US00D602016S

# (12) United States Design Patent
## Andre et al.

(10) Patent No.: **US D602,016 S**
(45) Date of Patent: ** **Oct. 13, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/319,377**

(22) Filed: **Jun. 6, 2008**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/306,334, filed on Apr. 7, 2008, and a continuation-in-part of application No. 29/306,950, filed on Apr. 18, 2008, which is a continuation of application No. 29/306,334, filed on Apr. 7, 2008.

(51) **LOC (9) Cl.** .................................. **14-02**
(52) **U.S. Cl.** .................................. **D14/341**

(58) Field of Classification Search ........ D14/341–347, D14/420, 426, 427, 432, 439–441, 448, 496, D14/125, 129–130, 137, 138, 147, 156, 218, D14/247–248, 250, 389; D10/65, 104; D18/6–7; D21/329, 686; D6/596, 601, 605; 455/90.3, 455/6.1, 556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169; 346/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D337,569 S | 7/1993 | Kando |
| D420,354 S | 2/2000 | Morales |
| D424,535 S | 5/2000 | Peltola |
| 6,297,795 B1 * | 10/2001 | Kato et al. ............... 345/684 |
| D498,754 S | 11/2004 | Blyth |
| D504,889 S | 5/2005 | Andre et al. |
| D505,950 S | 6/2005 | Summit et al. |
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D520,020 S | 5/2006 | Senda et al. |
| D527,379 S * | 8/2006 | Oe et al. .................. D14/248 |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S * | 4/2007 | Andre et al. .............. D14/496 |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D556,211 S | 11/2007 | Howard |
| D557,238 S | 12/2007 | Kim |
| D557,259 S * | 12/2007 | Hirsch .................... D14/217 |




| | | | | |
|---|---|---|---|---|
| D558,460 S | | 1/2008 | Yu et al. | |
| D558,756 S | | 1/2008 | Andre et al. | |
| D558,757 S | | 1/2008 | Andre et al. | |
| D558,758 S | | 1/2008 | Andre et al. | |
| D558,792 S | | 1/2008 | Chigira | |
| D559,220 S | | 1/2008 | Lee et al. | |
| D560,192 S | | 1/2008 | Lee et al. | |
| D560,683 S | | 1/2008 | Lee | |
| D560,686 S | | 1/2008 | Kim | |
| D561,153 S | | 2/2008 | Hong et al. | |
| D561,204 S | | 2/2008 | Toh | |
| D561,782 S | | 2/2008 | Kim | |
| D562,285 S | | 2/2008 | Lim | |
| D563,432 S | | 3/2008 | Kim | |
| D563,929 S | | 3/2008 | Park | |
| D568,309 S | * | 5/2008 | Cebe et al. | D14/341 |
| D575,259 S | | 8/2008 | Kim et al. | |
| D578,500 S | * | 10/2008 | Lee et al. | D14/138 G |
| D579,898 S | * | 11/2008 | Lee et al. | D14/138 G |
| D580,387 S | | 11/2008 | Andre et al. | |
| D581,384 S | * | 11/2008 | Kim et al. | D14/138 AD |
| D581,922 S | | 12/2008 | Andre et al. | |
| D583,345 S | | 12/2008 | Kim et al. | |
| D584,272 S | * | 1/2009 | Chung et al. | D14/138 G |
| D584,303 S | * | 1/2009 | Andre et al. | D14/341 |
| D584,646 S | * | 1/2009 | Sanguinetti | D10/65 |
| D584,711 S | | 1/2009 | Kim et al. | |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D585,411 S | * | 1/2009 | Eaton | D14/138 G |
| D588,146 S | * | 3/2009 | Tsuboi | D14/474 |
| D591,252 S | * | 4/2009 | Kim et al. | D14/138 G |
| D592,628 S | * | 5/2009 | Kim et al. | D14/138 AD |
| 2003/0125079 A1 | * | 7/2003 | Park et al. | 455/556 |
| 2004/0132499 A1 | | 7/2004 | Abe | |
| 2004/0166907 A1 | | 8/2004 | Yajima | |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet .<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet .<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan., 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet .<URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 ( Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.
U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.
U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device showing our new design;

FIG. 2 is a rear perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a side view thereof;

FIG. 6 is another side view thereof;

FIG. 7 is a top view thereof;

FIG. 8 is a bottom view thereof;

FIG. 9 is a front perspective view of another embodiment of an electronic device showing our new design;

FIG. 10 is a rear perspective view thereof;

FIG. 11 is a front view thereof;

FIG. 12 is a rear view thereof;

FIG. 13 is a side view thereof;

FIG. 14 is another side view thereof;

FIG. 15 is a top view thereof; and,

FIG. 16 is a bottom view thereof.

The face, back and side surfaces of the electronic device shown in the FIGS. 1–8 are illustrated with color designations. The face and the back surface are black. The side surfaces are silver, grey or chrome.

The face, back and side surfaces of the electronic device shown in the FIGS. 9–16 are illustrated with color designa-

tions. The face and the back surface are white. The side surfaces are silver, grey or chrome.

The broken lines in the Figures represent unclaimed portions of the electronic device andb form no part of the claimed design. The shade lines in the Figures show contour and not surface ornamentation.

**1 Claim, 4 Drawing Sheets**

U.S. Patent     Oct. 13, 2009     Sheet 1 of 4     US D602,016 S



**FIG. 1**



**FIG. 2**

U.S. Patent	Oct. 13, 2009	Sheet 2 of 4	US D602,016 S



FIG. 3

FIG. 4

FIG. 5   FIG. 6

FIG. 7

FIG. 8

**U.S. Patent**  Oct. 13, 2009  Sheet 3 of 4  US D602,016 S



**FIG. 9**



**FIG. 10**

**U.S. Patent**  Oct. 13, 2009  Sheet 4 of 4  US D602,016 S



**FIG. 11**

**FIG. 12**

**FIG. 15**

**FIG. 16**

**FIG. 13**  **FIG. 14**