Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,475,327
Registered July 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER



APPLE, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HANDHELD COMPUTER, PERSONAL DIGITAL ASSISTANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELECTRONIC CALENDAR, CALCULATOR, AND CAMERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2007; IN COMMERCE 6-29-2007.

THE COLOR(S) GRAY, SILVER AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE. THE MATERIAL SHOWN IN DOTTED LINES, NAMELY, THE BUTTONS AND OPENINGS ON THE DEVICE SHOW THE POSITION OF THE MARK IN RELATION TO THE DEVICE AND ARE NOT CONSIDERED A PART OF THE MARK. THE COLOR GRAY APPEARS AS A RECTANGLE AT THE FRONT, CENTER OF THE DEVICE. THE COLOR BLACK APPEARS ON THE FRONT OF THE DEVICE ABOVE AND BELOW THE GRAY RECTANGLE AND ON THE CURVED CORNERS OF THE DEVICE. THE COLOR SILVER APPEARS AS THE OUTER BORDER AND SIDES OF THE DEVICE. THE COLOR WHITE IS SHOWN SOLELY TO IDENTIFY PLACEMENT OF THE MARK AND IS NOT CLAIMED AS A PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-303,049, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY