# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,886,196**  
**Registered Dec. 7, 2010**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)  
1 INFINITE LOOP  
CUPERTINO, CA 95014

FOR: TELEPHONY SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR MAKING, MANAGING, AND RECEIVING PHONE CALLS, AND FOR REVIEWING, MANAGING, AND PLAYING ELECTRONIC VOICE MESSAGES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) GREEN, LIGHT GREEN, DARK GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED WHITE TELEPHONE RECEIVER AGAINST A STRIPED GREEN AND DARK GREEN BACKGROUND. A SHADE OF LIGHT GREEN COVERS THE UPPER HALF OF THE RECTANGLE DESIGN.

SER. NO. 85-019,804, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY

*David J. Kappos*  
Director of the United States Patent and Trademark Office