# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,200**  
**Registered Dec. 7, 2010**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR ORGANIZING, STORING, SHARING, AND VIEWING IMAGES, SOLD AS A FEATURE OF COMPUTERS AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC PERSONAL ORGANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) YELLOW, BLUE, GREEN, BROWN, BLACK, GRAY AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A GRAY, WHITE, AND BLUE RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED FLOWER IN THE COLORS GREEN, YELLOW, BROWN, BLACK, WHITE AND GRAY.

SER. NO. 85-019,831, FILED 4-21-2010.

JAMES MACFARLANE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office