# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,889,685**  APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
**Registered Dec. 14, 2010** CUPERTINO, CA 95014

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: COMPUTER SOFTWARE FOR MANAGING USER SYSTEM SETTINGS AND PREFERENCES SOLD AS A FEATURE OF COMPUTERS AND HAND-HELD MOBILE DIGITAL DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC PERSONAL ORGANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NOS. 3,470,983 AND 3,586,577.

THE COLOR(S) GRAY, WHITE, SILVER AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF PARTIAL IMAGES OF THREE GEARS SHOWN IN GRAY, WHITE AND SILVER, ON A BACKGROUND OF GRAY WITH BLACK DOTS, ALL CONTAINED WITHIN A RECTANGULAR GREY AND WHITE FRAME WITH ROUNDED CORNERS.

SER. NO. 85-020,006, FILED 4-21-2010.

FRED CARL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office