# Ex. 20

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-04-15 12:59:06 ET

**Serial Number:** 85041463 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**



**Standard Character claim:** No

**Current Status:** Review prior to publication completed.

**Date of Status:** 2011-03-16

**Filing Date:** 2010-05-18

**The Information will be/was published in the Official Gazette on** 2011-04-19

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2011-03-16

---
### LAST APPLICANT(S)/OWNER(S) OF RECORD
---

1. Apple Inc.

**Address:**
Apple Inc.
1 Infinite Loop

Cupertino, CA 95014
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software for use in searching, browsing, reviewing, sampling, playing, purchasing, and downloading pre-recorded audio and video content
**Basis:** 1(a)
**First Use Date:** 2008-06-00
**First Use in Commerce Date:** 2008-06-00

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) purple, white and light purple is/are claimed as a feature of the mark.

**Description of Mark:** The mark consists of a rectangle with rounded corners depicting a stylized musical note. A circle surrounds the musical note. The color purple appears in the lower portion of the rectangle; the color white appears in the musical note and in the circle surrounding the musical note; and the color light purple appears in the upper portion of the rectangle.

**Design Search Code(s):**
**24.17.13** - Clef symbol (musical); Musical notes; Musical staff; Musical symbols, including treble and bass clef symbols, sharp and flat symbols and notes
**26.01.21** - Circles that are totally or partially shaded.
**26.11.21** - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
2935038
3470983

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0022114
**International Registration Number:** 1057958
**International Registration Date:** 2010-11-12
**Original Filing Date with USPTO:** 2010-11-12
**International Registration Status:** Application For IR Registered By IB
**Date of International Registration Status:** 2010-12-09
**International Registration Renewal Date:** 2020-11-12
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
12-09-2010 - 23:03:13 - Application For IR Registered By IB
11-13-2010 - 21:02:33 - IR Certified And Sent To IB
11-13-2010 - 05:51:19 - New Application For IR Received

11-13-2010 - 05:51:19 - Automatically Certified

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-03-30 - Notice of publication

2011-03-16 - Law Office Publication Review Completed

2011-03-16 - Assigned To LIE

2011-02-27 - Approved for Pub - Principal Register (Initial exam)

2011-02-03 - Teas/Email Correspondence Entered

2011-02-03 - Communication received from applicant

2011-02-03 - TEAS Response to Office Action Received

2010-08-03 - Non-final action mailed

2010-08-03 - Non-Final Action Written

2010-08-03 - Assigned To Examiner

2010-05-25 - Notice Of Design Search Code Mailed

2010-05-22 - New Application Office Supplied Data Entered In Tram

2010-05-21 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lisa G. Widup

**Correspondent**
LISA G. WIDUP
APPLE INC.
1 INFINITE LOOP # MS3TM
CUPERTINO, CA 95014-2083

---