Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,935,038
Registered Mar. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR USE IN PURCHASING, AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, PLAYING, STORING AND ORGANIZING AUDIO DATA , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2001; IN COMMERCE 1-9-2001.

THE MARK CONSISTS OF A DESIGN OF A COMPACT DISC WITH TWO MUSICAL NOTES.

SER. NO. 78-382,867, FILED 3-11-2004.

HENRY S. ZAK, EXAMINING ATTORNEY