Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,935,038

Registered Mar. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



APPLE COMPUTER. INC. (CALIFORNIA COR-
PORATION)
1 INFINITE LOOP
CUPERTINO. CA 95014

FOR: COMPUTER SOFTWARE FOR USE IN
PURCHASING, AUTHORING, DOWNLOADING,
TRANSMITTING, RECEIVING, EDITING. EX-
TRACTING, ENCODING, DECODING, PLAYING,
STORING AND ORGANIZING AUDIO DATA , IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2001; IN COMMERCE 1-9-2001.

THE MARK CONSISTS OF A DESIGN OF A
COMPACT DISC WITH TWO MUSICAL NOTES.

SER. NO. 78-382,867, FILED 3-11-2004.

HENRY S. ZAK, EXAMINING ATTORNEY