ORIGINAL

HAROLD J. MCELHINNY (CA SBN 66781)
Email: HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
Email: MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

FILED
2011 APR 15 P 5: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LB

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. CV 11 1846

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

By Fax

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 15, 2011

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
JASON R. BARTLETT
MORRISON & FOERSTER LLP

By: _____
Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
sf-2982961