ORIGINAL

1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   APPLE INC.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  APPLE INC., a California corporation,          CV 11 1846

13          Plaintiff,                             **APPLE INC.'S CORPORATE
                                                   DISCLOSURE STATEMENT**
14      v.

15  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG ELECTRONICS
16  AMERICA, INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
17  AMERICA, LLC, a Delaware limited liability
    company,
18
            Defendants.
19

20

21

22

23

24

25

26

27

28

1      Plaintiff Apple Inc. hereby submits this Corporate Disclosure Statement pursuant to FED.
2  R. CIV. P. 7.1(a).
3      Plaintiff Apple Inc. ("Apple"), through its undersigned counsel, hereby certifies that
4  Apple has no parent corporation and that, according to Apple's Proxy Statement filed with the
5  United States Securities and Exchange Commission in January 2011, no publicly held company
6  owns more than 10% of Apple's outstanding common stock.

8  Dated: April 15, 2011

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
JASON R. BARTLETT
MORRISON & FOERSTER LLP

By: _____
    MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.

APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
sf-2982966