# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| APPLE INC., a California corporation, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) | CV 11 1846 LB |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
1301 East Lookout Drive
Richardson, Texas 75081


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harold J. McElhinny (CA SBN 66781)
Michael A. Jacobs (CA SBN 111664)
Jennifer Lee Taylor (CA SBN 161368)
Jason R. Bartlett (CA SBN 214530)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
415.268.7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

HELEN ALMACEN

Date: APR 15 2011

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com