HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LB<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**<br><br>Date: May 3, 2011<br>Time: 9:00 a.m.<br>Place:<br>Judge: |

1     I, JASON R. BARTLETT, declare as follows:

2     1.     I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in
3 this action for plaintiff Apple Inc. ("Apple").  I submit this declaration in support of Apple's
4 Motion to Expedite Discovery.  Unless otherwise indicated, I have personal knowledge of the
5 matters set forth below.  If called as a witness I could and would testify competently as follows:

6     2.     Attached as **Exhibit 1** is a true and correct copy of a report entitled "LIVE FROM
7 BARCELONA: Check Out The New 10-Inch Samsung Galaxy Tab."  This copy of this report
8 was printed on April 18, 2011 from the website of *Business Insider* at the following website
9 address: http://www.businessinsider.com/galaxy-tab-10-2011-2.

10    3.     Attached as **Exhibit 2** is a true and correct copy of a report entitled "Samsung
11 Galaxy Tab 10.1 hands-on."  This copy of this report was printed on April 18, 2011 from the
12 website *Boy Genius Report* at the following website address:
13 http://www.bgr.com/2011/02/13/samsung-galaxy-tab-10-1-hands-on/.

14    4.     Attached as **Exhibit 3** is a true and correct copy of a report entitled "IPad 2:
15 Thinner, faster, and with a Steve Jobs Surprise."  This copy of this report was printed on April 18,
16 2011 from the website *CNN Money* at the following website address:
17 http://money.cnn.com/2011/03/02/technology/ipad_2_announcement/index.htm.

18    5.     Attached as **Exhibit 4** is a true and correct copy of a report entitled "iPad 2 Sends
19 Galaxy Tab Back to the Drawing Board."  This copy of this report was printed on April 18, 2011
20 from the website *NBC Bay Area* at the following website address:
21 http://www.nbcbayarea.com/blogs/press-here/iPad-2-Sends-Galaxy-Tab-Back-to-the-Drawing-
22 Board-117417979.html.

23    6.     Attached as **Exhibit 5** is a true and correct copy of a report entitled "Samsung
24 considers Galaxy Tab 10.1 overhaul following iPad 2 unveiling."  This copy of this report was
25 printed on April 18, 2011 from the website *Boy Genius Report* at the following website address:
26 http://www.bgr.com/2011/03/04/samsung-considers-galaxy-tab-10-1-overhaul-following-ipad-2-
27 unveiling/.

28

7. Attached as **Exhibit 6** is a true and correct copy of a report entitled "Samsung Announces Galaxy Tab 8.9 Android Honeycomb Tablet." This copy of this report was printed on April 18, 2011 from the website *Boy Genius Report* at the following website address: http://www.bgr.com/2011/03/22/samsung-announces-galaxy-tab-8-9-android-honeycomb-tablet/.

8. Attached as **Exhibit 7** is a true and correct copy of the CTIA 2011: Samsung Mobile Announcements section of Samsung's website. This copy was printed on April 15, 2011 from the following website address: http://pages.samsung.com/us/2011mobile/.

9. Attached as **Exhibit 8** is a true and correct copy of a report entitled "Samsung Galaxy S2 i9100 specs, price revealed on UK website." This copy of the report and user comments was printed on April 18, 2011 from the website *TalkAndroid* at the following website address: http://www.talkandroid.com/29897-samsung-galaxy-s2-i9100-specs-price-revealed-on-uk-website/.

10. Attached as **Exhibit 9** is a true and correct copy of a report entitled "Video review: Samsung Galaxy S 2 – Warp speed captain!" This copy of the report and user comments was printed on April 18, 2011 from the website *Inspect-a-Gadget* at the following website address: http://www.computerweekly.com/blogs/inspect-a-gadget/2011/04/video-review-samsung-galaxy-s-2---its-time.html.

11. Attached as **Exhibit 10** is a true and correct copy of the cover page of US Patent No. 7,812,828 entitled "Ellipse Fitting for Multi-Touch Surfaces."

12. Attached as **Exhibit 11** is a true and correct copy of an excerpt from US Patent No. 7,844,915 entitled "Application Programming Interfaces for Scrolling Operations."

13. On April 19, 2011, I caused to be electronically filed Apple's Motion to Expedite Discovery with the Clerk of the Court using CM/ECF. I also sent a summons and copy of the complaint filed in this case, a copy of the Motion to Expedite Discovery, and a copy of the Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery, together with all supporting papers, to process servers who are instructed to hand deliver both documents on Samsung Electronics America, Inc.'s and Samsung Telecommunications America, LLC's registered service agents on April 20, 2011.

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the forgoing is true and correct and that this Declaration was executed this 19th day of April,
3  2011, at San Francisco, California.
4
5  _____/s/ Jason R. Bartlett_____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28