# Exhibit 1

# BUSINESS INSIDER



Business Insider Is Giving Away Three Boxee Boxes. Enter Now To Win! The one box your TV needs.

## LIVE FROM BARCELONA: Check Out The New 10-Inch Samsung Galaxy Tab

**Dan Frommer** | Feb. 13, 2011, 1:00 PM | ♦ 27,365 | 💬 27

Share 36 | Tweet 139 | Like 28 | Email | A A A

Tweet 139 | Like 28

We are LIVE at the Mobile World Congress in Barcelona, where much of the wireless industry is gathered this week to *ooh* and *ahh* at new products, talk about the Nokia-Microsoft deal, make fun of each other's ad campaigns, wonder where Apple is, etc.

Disclaimer: Samsung was generous enough to sponsor our trip to Barcelona, fly us in posh business class, and stuff us with tapas and jamón. (Photos forthcoming!) So we're feeling pretty warm and fuzzy about Samsung right now!

That said, we will continue to strive for editorial accuracy and fairness, and we don't think that our Mobile World Congress coverage will be different as a result. We will be speaking to and writing about as many companies as possible, live blogging the major events, etc. (Except Sony Ericsson, who says its press event tonight is "full." Thanks a lot!)



Click here to flip through photos of Samsung's new tablet →

Anyway, this morning, we and several other reporters briefly had access to Samsung's new gadgets -- the new 10-inch Galaxy Tab tablet and the Galaxy S II smartphone -- which they're officially revealing at the show. Most of the details have been leaked already; you can see plenty of photos and information on Techmeme.

The "Galaxy Tab 10.1," as it's called, is basically an iPad-sized version of the Galaxy Tab, running Google's new Android 3.0 "Honeycomb" software.

From the front, it looks like an iPad, just made out of high-end plastic instead of metal, and runs the new Android, which is vastly improved for tablets but still feels less polished than Apple's iOS. (We expect Android to do okay in tablets, but not as well as it has in phones. See our analysis here.)

But it's nice and light, and has two cameras, so those considering an Android tablet will have choices between the new Galaxy Tab, the Motorola Xoom, and others.

The Galaxy Tab 10.1 will NOT be launching immediately in the U.S., and Samsung isn't saying yet when it will be available in the States. And no word on pricing.

But it's smart than Samsung is branching out from the 7-inch Galaxy Tab, as we think tablet buyers will find the bigger, 10-inch devices more useful.

Here it is, the Galaxy Tab 10.1. From a few feet away, it looks like an iPad.



**RECOMMENDED FOR YOU**
Donald Trump's Weird Attack On Bain Capital And Mitt Romney

Powered by Sailthru



**The back is a sculpted plastic, which has a nice gripping feeling to it. There's also an 8MP camera on the back, and it shoots video.**



**It's a little thinner and lighter than the original iPad. (No idea what the iPad 2 will be like.)**





**RECOMMENDED FOR YOU**
Donald Trump's Weird Attack On Bain Capital And Mitt Romney
Powered by Sailthru

**The screen is bright and shiny! (Here it is booting up.)**



**The Android "Honeycomb" unlock screen.**



**Android "Apps" screen. This is a stock Android build, without any major Samsung customization.**



**Tablet babes!**



**RECOMMENDED FOR YOU**
Donald Trump's Weird Attack On Bain Capital And Mitt Romney

Powered by Sailthru

LIVE FROM BARCELONA: Check Out The New 10-Inch Samsung Galaxy Tab
Case 5:11-cv-01846-LHK   Document 11-1   Filed 04/19/11   Page 5 of 5

4/18/2011



*Image: Samsung*

**Bonus: Here is the new Samsung Galaxy S II, which DOES have a customized version of Android. Notice the big screen. It also has a dual-core chip, making it snappy. (But no word on battery life.)**



Now, don't miss...

# 10 HUGE Questions About The iPad 2 →



Tags: Gadgets, Mobile World Congress, Samsung, Galaxy Tab, Tablets, Android, Mobile, iPad, Features | **Get Alerts for**



**RECOMMENDED FOR YOU**
Donald Trump's Weird Attack On Bain Capital And Mitt Romney

Powered by Sailthru