# Exhibit 5

# Samsung considers Galaxy Tab 10.1 overhaul following iPad 2 unveiling

By: Zach Epstein | Mar 4th, 2011 at 10:37AM

View Comments

Filed Under: Tablets



Following the unveiling of Apple's second-generation iPad tablet earlier this week, competitors are left scrambling to react. The iPad 2 wasn't perfect, of course, but it still sets the standard for tablets in 2011 and it will still outsell the competition 10 to one. Apple had its eye on hardware with its iPad 2 update, and the sleek, slender result was so impressive that it seemingly left Samsung scrambling to overhaul its upcoming Galaxy Tab 10.1 slate. The company is already rethinking some of the tablet's hardware components, Korea's *Yonhap News Agency* reports, in consideration of the iPad 2′s 8.8-millimeter aluminum body. "We will have to improve the parts that are inadequate," Lee Don-joo, EVP of Samsung's mobile business, told *Yonhap*. "Apple made it very thin." Samsung is also considering a lower price point when it releases the Tab 10.1 later this year, according to Lee. "The 10-inch [Galaxy Tab] was to be priced higher than the 7-inch [Galaxy Tab] but we will have to think that over."

Read

Tags: 10.1, Android, Android 3.0, Android Tablet, Apple, Galaxy Tab, google, Hardware, honeycomb, Honeycomb tablet, iOS, iPad, iPad 2, overhaul, pricing, Samsung, Samsung Galaxy Tab 10.1, tablet, Tablets





Like   1 person liked this.

## ADD NEW COMMENT

Optional: Login below.

