Exhibit 6


CTIA

# Samsung announces Galaxy Tab 8.9 Android Honeycomb tablet

By: Todd Haselton | Mar 22nd, 2011 at 11:17AM                                    View Comments

Filed Under: CTIA, Tablets



Samsung wasn't exactly coy about its plans to launch an 8.9-inch Galaxy Tab during CTIA this week, and that's exactly what it just did. On Tuesday Samsung took the wraps off of the Galaxy Tab 8.9, its third Android-powered tablet. The Galaxy Tab 8.9 runs Android 3.0 Honeycomb, and features a mini-apps drawer for quickly launching your favorite applications. A future update will also bring Samsung's custom UI to the slate. As its name implies, the Galaxy Tab 8.9 has an 8.9-inch screen with a 1280 x 600-pixel resolution. Despite being thin and light — it weighs just 470g and is 8.6mm thick — it packs some serious hardware muscle including a 1GHz dual-core processor and support for 802.11n Wi-Fi in both the 2GHz and 5GHz frequency bands. The 16GB Wi-Fi-only model of the Galaxy Tab 8.9 will retail for $469 and the 32GB version will cost $569 when the devices launch later this year. Hit the jump for the full release, and be sure to check out our hands-on.

        **Samsung Unveils GALAXY Tab 10.1 and GALAXY Tab 8.9,**

> **World's Thinnest Mobile Tablets**
>
> *Samsung GALAXY Tab 10.1 and GALAXY Tab 8.9*
>
> *to feature the first customized Android™ 3.0 experience*
>
> **ORLANDO, March 22, 2011** – Samsung Electronics Co. Ltd., the global leader in Android™ mobile devices, announced two new additions to its family of GALAXY Tabs, the GALAXY Tab 10.1 and GALAXY Tab 8.9, the world's thinnest mobile tablets, measuring just 8.6 millimeters.
>
> The GALAXY Tab 10.1 and 8.9 feature Samsung's own TouchWiz user interface implemented on the Android™ 3.0 (Honeycomb) platform, offering superior multi-tasking and enhanced user interaction and navigation.
>
> "The GALAXY Tab 10.1 and 8.9 are remarkable examples of Samsung's constant innovation and show our dedication to designing premium tablets that fit the unique needs of consumers around the world", said JK Shin, President and Head of Samsung's Mobile Communications Business. "By combining Samsung's innovations in design and display with
>
> our exciting new user experience, we've created a new class of products that will lead the tablet market."
>
> **Thinner & Lighter**
>
> The GALAXY Tab 10.1 and 8.9 are the thinnest mobile tablets available. The GALAXY Tab 10.1 weighs 595 grams and 8.9 weighs 470 grams. Combining the GALAXY Tabs' ultra-thin form factor with a lightweight design adds to the outstanding mobility of these two products.
>
> **Super Fast**
>
> The new GALAXY Tabs will support HSPA+ network speeds of up to 21Mbps as well as Bluetooth® and Wi-Fi 802.11 a/b/g/n connectivity to deliver rapid mobile download speeds and reduce data transfer times. Also, the GALAXY Tab 10.1 and 8.9 include a 1GHz dual core application processor for a powerful multimedia and web browsing experience.
>
> **Customized User Experience "Samsung TouchWiz UX"**



Samsung's TouchWiz user experience is designed with a Live Panel menu users can customize to display a variety of content on the home screen including digital pictures, favorite Web sites and social network feeds.

In addition, the interface includes an application tray of commonly used features such as task manager, calendar and music player which can be launched while other major applications are also in use, including large file downloads and document editing. This Mini Apps Tray provides a mixture of convenience and flexibility previously unheard of with tablet devices.

**The Ultimate Entertainment Hub**

The GALAXY Tab 10.1 and 8.9 are pre-loaded with Readers Hub and Music Hub giving consumers instant access to more than 2.2 million books, 2,000 newspaper (49 languages), 2,300 magazines (22 languages), and 13 million songs. The devices are also designed with Samsung's Social Hub, which will aggregate email, instant messaging, contacts, calendar and social network connections into a single interface.

The GALAXY Tab 10.1 and 8.9 feature a 3 megapixel rear camera and a 2 megapixel front camera, providing smooth transition and seamless 1080p HD video and Flash playback for a rich entertainment experience.

**Ready for Business**

The GALAXY Tab 10.1 and 8.9 will include an industry leading suite of solutions designed to give enterprise customers and IT managers more security. Developed in collaboration with industry-leading partners such as Cisco, Sybase, SAP and Citrix, Samsung's enterprise mobility solutions will provide flexibility and connectivity for mobile workforces, ensuring that users are able to operate more efficiently on–the-move.

**GALAXY Tab 10.1**

GALAXY Tab 10.1, with its WXGA TFT LCD display (1280 x 800) powered by 1GHz dual core AP, is 8.6mm thin and weighs only 595g. It is the perfect device for sharing and enjoying media content with family and friends. In addition, with its surround-sound stereo speakers and support for Flash 10.2, the GALAXY Tab 10.1 will deliver premium entertainment experience whether watching videos, movies or playing games.



**GALAXY Tab 8.9**

At just 8.6mm thin and weighing only 470g, the GALAXY Tab 8.9 is the perfect device for today's mobile professional. Whether writing emails on a trip or reading an eBook on the couch, the GALAXY Tab 8.9 provides the ultimate tablet experience without compromising mobility.

The GALAXY Tab 10.1 and 8.9 now join the original 7-inch GALAXY Tab to provide consumers with an unmatched array of choices to select the mobile tablet experience that fits their needs the best.

Samsung's entire line of GALAXY Tabs will be on display at the Samsung booth (#2440) at CTIA Wireless 2011, March 22 through March 24.

Tags: 8.9, 8.9-inch tablet, Android 3.0, android honeycomb, CTIA, CTIA Wireless, CTIA Wireless 2011, Galaxy Tab, Galaxy Tab 8.9, honeycomb, Honeycomb tablet, mobile, Samsung, tablet

Email This Post                                                                 Like 23     Tweet 61

