Exhibit 7



News    About Samsung    Login

# Mobile Devices

Featured at CTIA 2011

At CTIA Wireless 2011, Samsung Mobile's next generation of innovation focus on the evolution of screen, speed and content on Samsung Smart Mobile Devices.

**Sign Up ▶** Get notified when these products become available.

For the latest on Samsung @ CTIA 2011 and more, connect with us on Facebook, Twitter, Youtube and the Samsung Newsroom.

      



## Samsung Galaxy Tab™ 10.1" with Honeycomb

- Honeycomb (Android OS 3.0) Based Device
- 10.1" Wide Display (1280x800)
- Dual Core Application Processor
- HSPA+ Enabled
- High Speed Multitasking
- Available June 8
- Wi-Fi version: 16GB for $499, 32GB for $599

Read the press release



## Samsung Galaxy Tab™ 8.9" with Honeycomb

- Honeycomb (Android OS 3.0) Based Device
- 8.9" Wide Display (1280x800)
- Dual Core Application Processor
- HSPA+ Enabled
- High Speed Multitasking
- Available early this summer
- Wi-Fi version: 16GB for $469, 32GB for $569

Read the press release



## Nexus S™ 4G with Android™ 2.3 OS

- Lightning fast 1GHZ Processor
- 4" AMOLED Contour Display
- Full Integration with Google Mobile™ Services
- Portable Wi-Fi® Hotspot

Sign up to receive an update when the newest Sprint 4G smartphone is available. .



## Samsung Infuse™ 4G* (AT&T)



## Samsung 4G LTE



## Samsung 4G LTE Mobile

- Thinnest Android device and largest screen at 4.5 inches in AT&T's lineup
- Brilliant display using Samsung's next-generation Super AMOLED™ Plus technology
- 1.2GHz application processor
- Android 2.2 platform

## Smartphone* (Verizon)

- Android 2.2 Platform
- Super AMOLED™ Plus Display
- 1Ghz Application Processor
- Rear and Front-Facing Cameras

## Hotspot* (Verizon)

- Mobile Hotspot fits easily in a purse or pocket
- Provides mobile broadband speeds to five Wi-Fi enabled devices at a time
- Available on the Verizon 4G LTE Mobile Broadband network
- Backward compatible with Verizon Wireless' 3G network



## WiFi-only Samsung Galaxy Tab™

- 7-inch TFT display with 1024x600 WSVGA resolution
- Lightweight and sleek, weighs only 13 ounces and is 12 millimeters thin
- 16GB of internal storage and has a microSD expansion for up to 32GB of additional storage
- Supports Adobe® Flash® 10.1 to deliver an enhanced content experience

Like what you see? Share this page with your friends and spread the news of Samsung's exciting products for 2011.

Share this page:

Connect with us:

Facebook | Twitter | Youtube | Samsung Newsroom

LTE is a trademark of ETSI.

Android, Google Maps, Google Goggles, and Android Market are trademarks of Google, Inc.

Mobile devices and screen images are simulated and may vary from the actual.

Nexus S 4G: 4G used in connection with the Samsung Nexus S 4G product name refers to the fact that the Nexus S 4G is capable of operating on Sprint's WiMax network.

Samsung 4G LTE Smartphone: "4G LTE" as used herein refers to the fact that the Samsung 4G LTE Smartphone can operate on Verizon Wireless' 4G LTE network.  Samsung 4G LTE Smartphone is backward compatible with Verizon Wireless' 3G networks.

Samsung Infuse 4G: 4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Samsung 4G LTE Mobile Hotspot: "4G LTE" as used herein refers to the fact that the Samsung 4G LTE Mobile Hotspot can operate on Verizon Wireless' 4G LTE network. Samsung 4G LTE Mobile Hotspot is backward compatible with Verizon Wireless' 3G networks.

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Cell Phone Accessories | Camcorders | Monitors | Refrigerators | Get downloads |
| News | Projectors | Laptops | Digital Photo Frames | Printers | Microwaves | Owner benefits |
|  | Home Theater |  |  | Projectors | Dishwashers | Contact us |

Case 5:11-cv-01846-LHK   Document 11-7   Filed 04/19/11   Page 4 of 4

Systems            MP3 Players                    Memory & Storage     Ranges

Business   Apps   Privacy   Legal   Sitemap   RSS      USA / English

Copyright @ 1995-2010 SAMSUNG All rights reserved.