# Exhibit 8

Case 5:11-cv-01846-LHK   Document 11-8   Filed 04/19/11   Page 1 of 4

# TalkAndroid - Latest ANdroid news, applications, and forum discussion

Search

- Android News
- Android Forum
- Guides
- Applications
- Wallpapers
- Android FAQ
- Contact Us!

February 11th, 2011 by **Mikka Burrell**

# Samsung Galaxy S2 i9100 specs, price revealed on UK website



37





Samsung Galaxy S2 i9100 specs, price revealed on UK website

It looks like Samsung Galaxy S2 rumors are finally becoming a reality, as UK online retailer mobilefun.co.uk has the device listed as the Samsung Galaxy S2 i9100. The website also discloses the price, specs and release date.

According to MobileFun, the Galaxy S2 will be released on March 4 for £549.95, which is about ~$880 USD. Here's a spec list on the i9100:

- Powerful dual-core 1.2GHz Samsung Orion processor
- Ultra sharp 4.3″ Super AMOLED Plus screen
- Next-generation Bluetooth 3.0
- NFC technology for contactless payments and more
- 1GB RAM lets you multitask with ease
- Comes with Android 2.3 Gingerbread
- 8MP camera with LED flash and 1080p video recording with 1.3MP front-facing camera

Keep in mind that these specs and price listing can't exactly be confirmed as of yet, so hopefully we will get the official word on the Samsung Galaxy S2 i9100 at the upcoming Mobile World Congress in Barcelona.

UK users, is the i9100 a device you could see yourself using? Leave a comment below!

[via AC]



 Digg  StumbleUpon  del.icio.us  Facebook  Technorati  Subscribe

*Did you enjoy this post?* **Subscribe to our RSS Feed!** or visit the **Android Forum!**



Posted in Android News, Android Phones, Android Rumors | Tags: Android Phones, Samsung, Samsung Galaxy S2 i9100, uk

## Latest Android Forum Discussion

Screen Blanks out after dialing
[APP] Tracked!
Ringer in android
Hello
Evo 4G or Epic 4G

## Related Posts

[Rogers Wireless Samsung Galaxy Tab Pricing Leaked!](#)
[Samsung Galaxy S2 and Galaxy Tab 2 Press Info Leaked Early.](#)
[KDDI launching Galaxy Tablet replica SMT i900 in Japan](#)
[Samsung Galaxy Tab detailed specs, pricing revealed](#)
[Samsung Galaxy K launched in South Korea](#)

**6 Responses to "Samsung Galaxy S2 i9100 specs, price revealed on UK website"**

1. masterjorie Says:
   
   February 11th, 2011 at 12:13 pm

   picture looks like iphone 4 with samsung on it?
   Further nice specs, i would like to get one 😃

2. Jon Says:
   
   February 11th, 2011 at 12:15 pm

   I have the current samsung galaxy s, it's a great phone outside of how crappy kies is. If they can improve kies and the update process this will be an even better product

3. Corey Says:
   
   February 11th, 2011 at 1:19 pm

   That just looks like an iPhone, all the way down to the icons. C'mon samsung… Apart from the fact that the screen is just too big and the fact that the price will leave a crater in your wallet, damn sure I'd be buying one

4. Fegruson Says:
   
   February 12th, 2011 at 5:48 am

   If they made it out of decent materials then yes.

   The same plastic they used on the S1 and Nexus S? No!

5. Rob Says:
   
   April 12th, 2011 at 12:58 pm

   @ Ferguson

   Screen – Its made from the same glass that the Iphone4 is made from

   Rest – Same crappy plastic as S1

   I'll be getting mine May 1st lol

6. Stark Says:
   
   April 18th, 2011 at 1:20 am

   These phones are charmful and cheesy but too much cost

**Leave a Reply**