Exhibit 10

US007812828B2

(12) United States Patent  (10) Patent No.: US 7,812,828 B2
Westerman et al. (45) Date of Patent: Oct. 12, 2010

(54) ELLIPSE FITTING FOR MULTI-TOUCH SURFACES

(75) Inventors: **Wayne Westerman**, San Francisco, CA (US); **John G. Elias**, Townsend, DE (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 707 days.

(21) Appl. No.: **11/677,958**

(22) Filed: **Feb. 22, 2007**

(65) Prior Publication Data

US 2007/0139395 A1   Jun. 21, 2007

Related U.S. Application Data

(63) Continuation of application No. 11/015,434, filed on Dec. 17, 2004, now Pat. No. 7,339,580, which is a continuation of application No. 09/236,513, filed on Jan. 25, 1999, now Pat. No. 6,323,846.

(60) Provisional application No. 60/072,509, filed on Jan. 26, 1998.

(51) Int. Cl.
G06F 3/041 (2006.01)

(52) U.S. Cl. .................. **345/173**; 345/174; 345/175; 178/18.01; 178/18.03

(58) Field of Classification Search ......... 345/173–178; 178/18.01, 18.03, 19.01, 20.01; 715/863
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| 3,333,160 | A | 7/1967 | Gorski |
| 3,541,541 | A | 11/1970 | Engelhart |
| 3,662,105 | A | 5/1972 | Hurst et al. |
| 3,798,370 | A | 3/1974 | Hurst |
| 4,237,421 | A | 12/1980 | Waldron |
| 4,246,452 | A | 1/1981 | Chandler |
| 4,266,144 | A | 5/1981 | Bristol |
| 4,290,061 | A | 9/1981 | Serrano |
| 4,291,303 | A | 9/1981 | Cutler et al. |
| 4,550,221 | A | 10/1985 | Mabusth |
| 4,561,002 | A | 12/1985 | Chiu |
| 4,672,364 | A | 6/1987 | Lucas |
| 4,672,558 | A | 6/1987 | Beckes et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

CA   1243096   10/1988

(Continued)

OTHER PUBLICATIONS

Chang, C-C. et al. (Aug. 1, 1993). "A Hashing-Oriented Nearest Neighbor Searching Scheme," *Pattern Recognition Letters*, 14(8):625-630.

(Continued)

*Primary Examiner*—Amare Mengistu
*Assistant Examiner*—Koosha Sharifi
(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) ABSTRACT

Apparatus and methods are disclosed for simultaneously tracking multiple finger and palm contacts as hands approach, touch, and slide across a proximity-sensing, multi-touch surface. Identification and classification of intuitive hand configurations and motions enables unprecedented integration of typing, resting, pointing, scrolling, 3D manipulation, and handwriting into a versatile, ergonomic computer input device.

35 Claims, 45 Drawing Sheets

