```
 1  HAROLD J. MCELHINNY (CA SBN 66781)
    HMcElhinny@mofo.com
 2  MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
 3  JENNIFER LEE TAYLOR (CA SBN 161368)
    JTaylor@mofo.com
 4  JASON R. BARTLETT (CA SBN 214530)
    JasonBartlett@mofo.com
 5  MORRISON & FOERSTER LLP
    425 Market Street
 6  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 7  Facsimile: 415.268.7522

 8  Attorneys for Plaintiff
    APPLE INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: May 3, 2011<br>Time: 9:00 a.m.<br>Place:<br>Judge: |
| Defendants. | |

Plaintiff Apple Inc. ("Apple") has moved the Court for an order to expedite discovery regarding certain products soon to be released by Defendant Samsung Telecommunications America, LLC ("Samsung").

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Apple's Motion to Expedite Discovery, and orders Samsung to produce the following documents and things by May 17, 2011:

1    (1) a domestic production model[1] of the Galaxy S2, along with its commercial packaging and initial release marketing materials;

2    (2) a domestic production model of the Galaxy Tab 8.9, along with its commercial packaging and initial release marketing materials;

3    (3) a domestic production model of the Galaxy Tab 10.1, along with its commercial packaging and initial release marketing materials;

4    (4) a domestic production model of the Infuse 4G, along with its commercial packaging and initial release marketing materials;

5    (5) a domestic production model of the 4G LTE (or "Droid Charge"), along with its commercial packaging and initial release marketing materials; and

6    (6) documents relating to any copying of design elements of, or attempts to design around Apple's intellectual property relating to, the iPhone 4, iPad, and iPad 2.

In addition, by May 19, 2011, Samsung shall make available for deposition in the United States a 30(b)(6) corporate witness on the following topics:

(a) The design of the shell and graphical user interface of the Galaxy S2, Galaxy Tab 8.9, Galaxy Tab 10.1, Infuse 4G, and 4G LTE;

(b) Any copying of design elements from the iPhone 4, iPad, and iPad 2; and

(c) Any attempts to design around the iPhone 4, iPad, and iPad 2.

**IT IS SO ORDERED.**

Dated: _____, 2011   By: _____
                                                                       Honorable _____

---

[1] "Domestic Production Model" means a final, commercial version of a product to be sold in the United States.