HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.   4:11-cv-01846-LB<br><br>**PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**<br><br>Date: April 26, 2011<br>Time: 9:00 a.m.<br>Place:<br>Judge: |

# NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 26 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, Plaintiff Apple Inc. shall and hereby does move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on its accompanying Motion to Expedite Discovery.

This motion is based on this notice of motion and supporting memorandum of points and authorities; the supporting declaration of Jason R. Bartlett; and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: April 19, 2011             HAROLD J. MCELHINNY
                                  MICHAEL A. JACOBS
                                  JENNIFER LEE TAYLOR
                                  JASON R. BARTLETT
                                  MORRISON & FOERSTER LLP


                                  By:  /s/ Michael A. Jacobs
                                       MICHAEL A. JACOBS

                                       Attorneys for Plaintiff
                                       APPLE INC.

# MEMORANDUM OF POINTS AND AUTHORITIES

In accordance with Civil Local Rules 6-1(b) and 6-3, Plaintiff Apple Inc. ("Apple") moves the Court to shorten time for the briefing and hearing schedule for its Motion to Expedite Discovery. Specifically, Apple requests that the opposition to that motion be filed no later than April 29, 2011, any reply be filed by May 2, 2011, and that the hearing on that motion be set for May 3, 2011, or as soon thereafter as the matter may be heard. Because the underlying action was filed only four days ago, counsel for defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") have not yet entered appearances in this case and no deadlines have been set. (Declaration of Jason R. Bartlett in Support of Plaintiff's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery ("Bartlett Decl.") ¶¶ 2-4.)

A court "may grant a motion to shorten time where the moving party identifies 'the substantial harm or prejudice that would occur if the Court did not change the time.'" *Noble v. Kiewit Pac. Co.*, No. C 08-00666 SI, 2008 U.S. Dist. LEXIS 82243, at *2 (N.D. Cal. Feb. 13, 2008) (quoting N.D. Cal. L. Civ. R. 6-3(a)(3)). Apple has moved for an order to allow it to take limited expedited discovery of Samsung regarding products that likely infringe Apple's intellectual property and that Samsung is currently preparing to introduce to the U.S. market. (Bartlett Decl. ¶ 5.) The urgency underlying Apple's motion to shorten time is based on the substantial, imminent harm Apple will suffer if those products are allowed to enter the market, transforming potential prejudice into actual harm. Resolution of Apple's Motion to Expedite Discovery at the earliest possible date will allow Apple to assess the extent to which Samsung's soon-to-be-released products infringe Apple's intellectual property rights before those products become entrenched in the marketplace. (Bartlett Decl. ¶ 6.)

Even Samsung stands to benefit from a speedy resolution to the issues identified in Apple's Motion to Expedite Discovery, as allowing Apple immediate access to information pertaining to Samsung's potentially infringing products will provide greater certainty regarding the legal status of those products prior to their launch dates.

1  If Apple's Motion to Shorten Time is not granted, a hearing on Apple's Motion to
2  Expedite Discovery will not be held until May 24, 2011 at the earliest.  (*Id*.)  By that time,
3  Samsung's new and likely infringing products may have entered the market, and an opportunity
4  to prevent serious injury will be lost.  (*Id.*)

## CONCLUSION

6  For the foregoing reasons, Apple respectfully requests that the Court grant Apple's
7  Motion to Shorten Time for briefing and hearing on Apple's Motion to Expedite Discovery.

8  Dated: April 19, 2011           HAROLD J. MCELHINNY
                                   MICHAEL A. JACOBS
9                                  JENNIFER LEE TAYLOR
                                   JASON R. BARTLETT
10                                 MORRISON & FOERSTER LLP

12                                 By:  /s/ Michael A. Jacobs
13                                      MICHAEL A. JACOBS

14                                 Attorneys for Plaintiff
                                   APPLE INC.

| | |
|---|---|
| 1 | **ECF ATTESTATION** |

2    I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to
file the following document: PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING
AND HEARING ON PLAINTIFF'S MOTION to EXPEDITE DISCOVERY.  In compliance
with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.

Dated: April 19, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER LLP**

By: /s/ Jason R. Bartlett
         JASON R. BARTLETT

MOTION TO SHORTEN TIME
sf-2983397