1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   APPLE INC.
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12 | APPLE INC., a California corporation,        | Case No.   4:11-cv-01846-LB
13 |            Plaintiff,                         | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**
14 |     v.                                        |
15 | SAMSUNG ELECTRONICS CO., LTD., A              |
   | Korean business entity; SAMSUNG               |
16 | ELECTRONICS AMERICA, INC., a New York         |
   | corporation; SAMSUNG                          | Date: April 26, 2011
17 | TELECOMMUNICATIONS AMERICA, LLC, a            | Time: 9:00 a.m.
   | Delaware limited liability company,           | Place:
18 |                                                | Judge:
   |            Defendants.
19

20

21     Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for

22 an order shortening the briefing and hearing schedule for Plaintiff's Motion to Expedite

23 Discovery.

24     Having considered the arguments of the parties and the papers submitted, and finding

25 good cause therefore, the Court hereby grants Apple's Motion to Shorten Time For Briefing and

26 Hearing On Plaintiff's Motion To Expedite Discovery, and sets the hearing on Apple's Motion to

27 Expedite Discovery for May 3, 2011, at 9:00 a.m.  Defendants may file and serve their opposition

28

1
[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
sf-2983411

1 | papers on Apple no later than April 29, 2011.  Plaintiff may file and serve a reply brief on
2 | defendants no later than May 2, 2011.

**IT IS SO ORDERED.**

Dated: _____, 2011        By: _____

                                            Honorable _____