# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## Oakland Division

| | |
|---|---|
| Apple Inc., | No. C 11-1846 LB |
|     Plaintiff(s), | |
|     v. | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>** |
| Samsung Electronics Co., LTD., et al., | |
|     Defendant(s), | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference before Magistrate Judge Laurel Beeler set for **September 8, 2011 10:30 a.m.** is hereby **VACATED**. Plaintiff's Motion to Expedite Discovery set for **May 3, 2011** at **9:00 a.m.** is hereby **VACATED**. Plaintiff's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery set for **April 26, 2011** at **9:00 a.m.** is hereby **VACATED**.

Dated: April 21, 2011

                                         Richard W. Wieking, Clerk
                                         United States District Court

*Lashanda Scott*
_____
By: Lashanda Scott - Deputy Clerk

reassign.DCT