HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    4:11-cv-01846-LB<br><br>**CERTIFICATE OF SERVICE** |

B 131 — Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1980 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| | COURT | UNITED STATES DISTRIC COURT |
|---|---|---|
| COUNTY OF | | NORTHERN DISTRICT OF CALIFORNIA |

APPLE INC., a California corporation,

*Plaintiff(s)*

against

SAMSUNG ELECTRONICS CO., LTD.,
a Korean corporation; et al

*Defendant(s)*

*Index No.* CV 11 1846 LB

*AFFIDAVIT OF
SERVICE* OF SUMMONS
(AND COMPLAINT)
SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF MERCER       SS:   The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides at      EWING, NJ

That on  APRIL 21, 2011      at 10:55 A.M. at  820 TAVERN ROAD, WEST TRENTON, NJ
deponent served the within summons and complaint        SAMSUNG ELECTRONICS AMERICA, INC.   defendant therein named,
SEE ATTACHED RIDER                                      c/o THE CORPORATION TRUST COMPANY,
                                                        REGISTERED AGENT

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

**CORPORATION**
2. ☒ a   DOMESTIC         corporation, by delivering thereat a true copy *of each* to   JOANNA ORTIZ
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be  MANAGING AGENT          thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                                    a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
6. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                                      and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
6b. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on
APRIL 21, 2011   *Carmen I. Molina*

CARMEN I. MOLINA
Notary Public
State of New Jersey
My Commission Expires Feb 13, 2014

THEODORE CORDASCO
License No. N/A

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------

APPLE INC., a California corporation,

v.

Case No. CV 11 1846 LB

SAMSUNG ELECTRONICS CO., LTD.,
A Korean corporation; et al

RIDER TO AFFIDAVIT OF SERVICE
(Page 1 of 2)

-------------------------------------------------------

List of documents served:


Civil Cover Sheet

Summons

Complaint For Patent Infringement, Federal False Designation Of Origin And Unfair
Competition, Federal Trademark Infringement, State Unfair Competition, Common Law
Trademark Infringement, And Unjust Enrichment, with Exhibits

Certification Of Interested Entities Or Persons

Apple Inc.'s Corporate Disclosure Statement

Order Setting Initial Case Management Conference And ADR Deadlines

Standing Order For United States Magistrate Judge Laurel Beeler

Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

Notice of Assignment of Case To A United States Magistrate Judge For Trial

United States District Court Oakland Divisional Office Filing Process Guidelines

U.S. District Court Northern California ECF Registration Information Handout

Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United
States District Judge

Plaintiff's Motion To Expedite Discovery

Declaration Of Jason R. Bartlett In Support Of Plaintiff's Motion To Expedite Discovery, with
Exhibits and Proposed Order

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------------------

APPLE INC., a California corporation,

                                       Case No. CV 11 1846 LB

v.

                                         RIDER TO AFFIDAVIT OF SERVICE

SAMSUNG ELECTRONICS CO., LTD.,          (Page 2 of 2 continued)
A Korean corporation; et al
------------------------------------------------------

List of documents served:


Plaintiff's Motion To Shorten Time For Briefing And Hearing On Plaintiff's Motion To
Expedite Discovery

Declaration Of Jason R. Bartlett In Support Of Plaintiff's Motion To Shorten Time On Its
Motion For Expedited Discovery, and Proposed Order