**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 22, 2011

**CASE NUMBER: CV 11-01846 LB**
**CASE TITLE: APPLE INC-v-SAMSUNG ELECTRONICS CO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable LUCY H. KOH** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: April 22, 2011

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 04/22/11 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                          Transferor CSA