| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LB |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: 4:11-CV-01846-LB

Plaintiff:
**Apple, Inc.**

vs.

Defendant:
**Samsung Electronics Co., Ltd., et al.**

For:
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Received by Serving By Irving, Inc. on the 20th day of April, 2011 at 4:09 pm to be served on **Samsung Telecommunications America, LLC by serving its registered agent in Texas, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **21st day of April, 2011** at **10:30 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **See attached List** with the date of service endorsed thereon by me, to: **Samsung Telecommunications America, LLC by serving its registered agent in Texas, Corporation Service Company, Sue Vertrees as authorized agent** at the address of: **211 E. 7th Street, Suite 620, Austin, TX 78701** on behalf of **Samsung Telecommunications America, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 21st day of April, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Tom Kroll
SCH3012

Serving By Irving, Inc.
233 Broadway
Ste 2201
New York, NY 10279
(212) 233-3346
Our Job Serial Number: 2011000988

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------
APPLE INC., a California corporation,

v.

SAMSUNG ELECTRONICS CO., LTD.,
A Korean corporation; et al
-------------------------------------------------------

Case No. CV 11 1846 LB

RIDER TO AFFIDAVIT OF SERVICE

List of documents served:

Civil Cover Sheet

Summons

Complaint For Patent Infringement, Federal False Designation Of Origin And Unfair Competition, Federal Trademark Infringement, State Unfair Competition, Common Law Trademark Infringement, And Unjust Enrichment, with Exhibits

Certification Of Interested Entities Or Persons

Apple Inc.'s Corporate Disclosure Statement

Order Setting Initial Case Management Conference And ADR Deadlines

Standing Order For United States Magistrate Judge Laurel Beeler

Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

Notice of Assignment of Case To A United States Magistrate Judge For Trial

United States District Court Oakland Divisional Office Filing Process Guidelines

U.S. District Court Northern California ECF Registration Information Handout

Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge