1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward J. DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.,
17 and Samsung Telecommunications America, LLC

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 4:11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Charles K. Verhoeven, Kevin P.B. Johnson, Victoria F.

3 Maroulis, Edward J. DeFranco, and Michael T. Zeller, of Quinn Emanuel Urquhart& Sullivan

4 LLP hereby appear as counsel of record for Samsung Electronics America, Inc. and Samsung

5 Telecommunications America, LLC.

6    The contact information for each of these attorneys is set forth above.

7

8    DATED: April 25, 2011                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
9

10

11                                        By /s/ Victoria F. Maroulis
                                             Charles K. Verhoeven
12                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
13                                           Edward DeFranco
                                             Michael T. Zeller
14                                           Attorneys for SAMSUNG ELECTRONICS
                                             AMERICA, INC., and SAMSUNG
15                                           TELECOMMUNICATIONS AMERICA, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

03498.51845/4107366.1

-1-                                      Case No. 4:11-cv-01846-LHK
                                         NOTICE OF APPEARANCE