1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward J. DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America, LLC

18
                    UNITED STATES DISTRICT COURT
19
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 4:11-cv-01846-LHK |
   |---|---|
   | Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC** |
   | vs. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendants. | |

03498.51845/4107798.1

Case No. 4:11-cv-01846-LHK
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6  Samsung Electronics America, Inc. ("SEA") is a wholly-owned subsidiary of Samsung
7 Electronics Co., Ltd. ("SEC"), a publicly held corporation organized under the laws of the
8 Republic of Korea.  SEC is not owned by any parent corporation and no other publicly held
9 corporation owns 10% or more of its stock.  No other publicly held corporation owns 10% or more
10 of SEA's stock.

11  Samsung Telecommunications America, LLC ("STA") is a wholly-owned subsidiary of
12 SEA.  No other publicly held corporation owns 10% or more of STA's stock.

14 DATED: April 25, 2011        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By /s/ Victoria F. Maroulis
                                   Charles K. Verhoeven
                                   Kevin P.B. Johnson
                                   Victoria F. Maroulis
                                   Edward DeFranco
                                   Michael T. Zeller
                                   Attorneys for SAMSUNG ELECTRONICS
                                   AMERICA, INC., and SAMSUNG
                                   TELECOMMUNICATIONS AMERICA, LLC

03498.51845/4107798.1

-1-   Case No. 4:11-cv-01846-LHK
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**