QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward DeFranco (Cal. Bar No.165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 4:11-cv-01846-LHK<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME**<br><br>Date: April 26, 2011<br>Time:<br>Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

03498.51845/4107411.1

Case No. 4:11-cv-01846-LHK
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF
SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SHORTEN TIME

1    I, Victoria F. Maroulis, hereby declare as follows:

2    1.    I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3    2.    Attached hereto as Exhibit A is an Affidavit of Service of Plaintiff's Motion to Expedite Discovery and other documents upon the registered agent of SEA, dated April 20, 2011.

4    3.    Attached hereto as Exhibit B is an Amended Affidavit of Service of Plaintiff's Motion to Expedite Discovery and other documents upon the registered agent of STA, dated April 21, 2011.

5    4.    Samsung Electronics Co., Ltd.  ("SEC") has not yet been served with a copy of Plaintiff Apple Inc.'s ("Apple") complaint in this action.

6    5.    SEA, STA and SEC and their counsel need more time to coordinate amongst themselves than that proposed by Apple in its Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery in order to meaningfully oppose Plaintiff's Motion to Expedite Discovery.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on April 25, 2011.

/s/ Victoria F. Maroulis
Victoria F. Maroulis