# EXHIBIT B

# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: 4:11-CV-01846-LB

Plaintiff:
**Apple, Inc.**

vs.

Defendant:
**Samsung Electronics Co., Ltd., et al.**

For:
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Received by Serving By Irving, Inc. on the 20th day of April, 2011 at 4:09 pm to be served on **Samsung Telecommunications America, LLC by serving its registered agent in Texas, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **20th day of April, 2011** at **4:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Plaintiff's Motion to Expedite Discovery; Declaration of Jason R. Bartlett in Support of Plaintiff's Motion to Expedite Discovery with Proposed Order; Plaintiff's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery; and Declaration of Jason R. Bartlett in Support of Plaintiff's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Expedite Discovery with Proposed Order** with the date of service endorsed thereon by me, to: **Samsung Telecommunications America, LLC by serving its registered agent in Texas, Corporation Service Company, Sue Vertrees** as **authorized agent** at the address of: **211 E. 7th Street, Suite 620, Austin, TX 78701** on behalf of **Samsung Telecommunications America, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 21st day of April, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Mike Techow
SCH-1215

Serving By Irving, Inc.
233 Broadway
Ste 2201
New York, NY 10279
(212) 233-3346
Our Job Serial Number: 2011000935

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a