QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No.165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 4:11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**<br><br>Date: April 26, 2011<br>Time:<br>Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

03498.51845/4108504.1

Case No. 4:11-cv-01846-LHK
**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

1    Before the Court is Plaintiff Apple Inc.'s ("Apple") Motion to Shorten Time for Briefing
2 and Hearing on Plaintiff's Motion to Expedite Discovery ("Motion to Shorten Time").
3    Having considered Apple's Motion to Shorten Time, all declarations cited therein, and all
4 pleadings and other papers in support thereof; and the opposition filed by Samsung Electronics
5 America, Inc. and Samsung Telecommunications America, LLC, all declarations cited therein, and
6 all pleadings and other papers in support thereof; the Court concludes that good cause does not
7 exist for Apple's motion.  The Court therefore DENIES Apple's Motion to Shorten Time.
8    Pursuant to the Reassignment Order in this case (D.N. 19), Apple shall re-notice its Motion
9 to Expedite Discovery following the procedures set forth in the San Jose Judges' Standing Order.
10 The briefing and hearing schedule for Apple's Motion to Expedite Discovery shall proceed
11 thereafter according to the normal schedule prescribed by the Civil Local Rules of this Court.

13   **IT IS SO ORDERED.**

15 Dated:  April __, 2011                    _____
                                              The Honorable Lucy H. Koh
16                                            United States District Court Judge