UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER GRANTING IN PART MOTION TO SHORTEN TIME |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On April 19, 2011, Plaintiff Apple, Inc. filed a Motion to Shorten Time for briefing and hearing its simultaneously filed motion to expedite discovery. Apple seeks expedited discovery regarding products that it believes are likely to infringe Apple's intellectual property and which Defendants are preparing to introduce into the U.S. market. Apple claims that it will suffer substantial, imminent harm if those products are allowed to enter the market, and argues that expeditious resolution of its motion to expedite discovery will benefit both parties by providing greater certainty regarding the legal status of Defendants' products prior to their launch dates. Apple states that if the motion to shorten time is not granted, Samsung's products may have entered the marketplace before Apple's motion for expedited discovery can be heard, and Apple will have lost any opportunity to prevent serious injury to its intellectual property rights.

Defendants Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") oppose Apple's motion on several grounds. They argue, first, that the urgency of Apple's motion is undermined by its delay in bringing this action or moving for expedited discovery. Defendants point out that although Apple relies upon press accounts issued in February and March 2011 to support its claim of infringement, Apple did not move for expedited discovery until April 19, 2011. Second, Samsung argues that it will be severely prejudiced if the Motion to Shorten Time is granted. Samsung notes that responding to Apple's motion for expedited discovery will require coordination with Korea-based Samsung Electronics Co., Ltd., which has not yet been served, and argues that it needs sufficient time to analyze the prejudice it would face if Apple is granted expedited discovery. Finally, Samsung notes that Apple's motion did not fully comply with the requirements of Civil Local Rule 6-3, which governs motions to shorten time.

Based on the limited information available at this time, the Court finds merit to both parties' arguments. Accordingly, the Court will set a briefing and hearing schedule intended to provide expeditious resolution of Apple's motion, while also affording Samsung an adequate opportunity to analyze and respond to the motion. Apple's motion for expedited discovery will be briefed and argued as follows:

(1) Samsung's opposition brief is due May 5, 2011;

(2) Apple's reply is due May 9, 2011;

(3) The Court will hold a hearing, if necessary, on May 12, 2011, at 1:30 p.m. If the motion can be resolved without oral argument, the Court will inform the parties and vacate the motion hearing.

In addition, Apple is directed to serve Samsung Electronics Co., Ltd. as soon as possible.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART MOTION TO SHORTEN TIME