1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK
14 | Plaintiff, | **NOTICE OF APPEARANCE BY DEOK KEUN MATTHEW AHN**
15 | v. |
16 | SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
17 | |
18 | |
19 | Defendants. |
20

21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF DEOK KEUN MATTHEW AHN
CASE NO. 4:11-CV-01846-LHK
sf- 2986977

1  PLEASE TAKE NOTICE that attorney Deok Keun Matthew Ahn of Morrison & Foerster
2  LLP, a member of the State Bar of California (CA SBN 256644) and admitted to practice in this
3  Court, and whose contact information appears below, hereby enters an appearance as an
4  additional attorney of record for Plaintiff Apple Inc. in the above-captioned case.

        Deok Keun Matthew Ahn
        Morrison & Foerster LLP
        425 Market St.
        San Francisco, CA 94105
        Phone: (415) 268-6629
        Fax: (415) 268-7522
        Email: dahn@mofo.com.

Dated: April 26, 2011          MORRISON & FOERSTER LLP

        By:  /s/ *Deok Keun Matthew Ahn*
            DEOK KEUN MATTHEW AHN

        Attorney for Plaintiff APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY DEOK KEUN MATTHEW AHN was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.  Any other counsel of record will be served by electronic mail.

Dated: April 26, 2011

By:  /s/ *Deok Keun Matthew Ahn*
　　　DEOK KEUN MATTHEW AHN