1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward J. DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.,
17 and Samsung Telecommunications America, LLC

18

19                    UNITED STATES DISTRICT COURT

20           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   |---|---|
22 | Plaintiff, | **NOTICE OF APPEARANCE** |
23 | vs. | |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
25 | | |
26 | | |
27 | Defendants. | |

28

03498.51845/4110606.1

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Charles K. Verhoeven of Quinn Emanuel Urquhart &

3   Sullivan, LLP hereby appears as counsel of record for Samsung Electronics America, Inc. and

4   Samsung Telecommunications America, LLC.

5   The contact information for this attorney is set forth above.

6

7   DATED: April 26, 2011            QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
8

9

10                                   By /s/ Charles K. Verhoeven
                                        Charles K. Verhoeven
11                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
12                                      Edward DeFranco
                                        Michael T. Zeller
13                                      Attorneys for SAMSUNG ELECTRONICS
                                        AMERICA, INC., and SAMSUNG
14                                      TELECOMMUNICATIONS AMERICA, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

03498.51845/4110606.1

-1-    Case No. 11-cv-01846-LHK
       NOTICE OF APPEARANCE