1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics America, Inc.
   and Samsung Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 79-5 and 7-11, and General Order No. 62, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") hereby bring this administrative motion for a sealing order to seal the Declarations of Brian Rosenberg and Travis Merrill in support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery (the "Rosenberg Opposition Declaration" and "Merrill Opposition Declaration"), and portions of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery that reference these declarations.

Samsung has established good cause to permit filing this information under seal through the Declarations of Brian Rosenberg and Travis Merrill In Support of Samsung's Administrative Motion to File Documents Under Seal filed contemporaneously herewith (the "Rosenberg Sealing Declaration" and "Merrill Sealing Declaration").  The Rosenberg and Merrill Opposition Declarations contain information relating to unreleased product launch dates, and information relating to Samsung's total number of employees, and the number of employees involved in the design and marketing of the products at issue. (Rosenberg Sealing Decl. at ¶ 3;  Merrill Sealing Decl. at ¶ 3.)  It is Samsung's policy and practice not to disclose such product release dates or employee information because such information is confidential to Samsung.  (Id.)  The employee information is indicative of the way in which Samsung manages its business affairs, and thus can be used by Samsung's competitors to its disadvantage.  (Id.)  The product release dates are especially sensitive to Samsung, since Samsung's competitors can use them to anticipate and counter Samsung's business strategy relating to mobile devices.  (Id.)   In order to narrowly tailor the requested sealing to only sealable material, Samsung has limited its request to:

- Declaration of Brian Rosenberg in support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery,
- Declaration of Travis Merrill in support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery, and
- The unredacted version of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery, which references confidential Samsung information contained in the Rosenberg and Merrill Declarations.

1   Accordingly, Samsung respectfully requests that the Court order that the Rosenberg and
2   Merrill Declarations and the portions of Samsung's Opposition to Plaintiff's Motion to Expedite
3   Discovery referencing these declarations be filed under seal. Counsel for Apple Inc. has stated
4   that Apple will not oppose Samsung's Motion to Seal. (Decl. of Victoria Maroulis In Support of
5   Samsung's Administrative Motion to Seal Documents at ¶ 3.)

DATED: May 5, 2011                QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By /s/ Victoria F. Maroulis
                                     Charles K. Verhoeven
                                     Kevin P.B. Johnson
                                     Victoria F. Maroulis
                                     Michael T. Zeller
                                     Attorneys for SAMSUNG ELECTRONICS
                                     AMERICA, INC., and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC