1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics America, Inc.
   and Samsung Telecommunications America LLC

14

15                     UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 18 | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 19 | vs. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |

24

25

26

27

28

# [PROPOSED] ORDER

Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal ("Administrative Motion"). The Administrative Motion requests that the Declarations of Brian Rosenberg and Travis Merrill in support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery (the "Rosenberg" and "Merrill" Declarations), and the portions of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery that reference these declarations be filed under seal because they contain confidential information.

Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. Those declarations establish that the information contained in the below documents is confidential and therefore sealable.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Declaration of Brian Rosenberg In Support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery,

- Declaration of Travis Merrill In Support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery, and

- The unredacted version of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery, which references confidential Samsung information contained in the Rosenberg and Merrill Declarations.

**IT IS SO ORDERED.**

DATED: _____, 2011

The Honorable Lucy H. Koh
United States District Court Judge