QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/4124292.1

Case No. 11-cv-01846-LHK
**DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S
OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

1  I, Erik Olson, declare:

2  1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of an article entitled "Police Seize Gizmodo's computers in iPhone probe," from CNET News, dated April 26, 2010. This copy of the article was printed on May 3, 2011 from the following website address: http://news.cnet.com/8301-13579_3-20003446-37.html.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 5, 2011.

By /s/ Erik Olson
Erik Olson