1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics America, Inc.
   and Samsung Telecommunications America LLC
14

15                    UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19 | vs. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |
| 24 | | |

25

26

27

28

02198.51855/4123045.1

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On May 5, 2011, I served or had served true copies of the following documents, described as:

- **UNREDACTED VERSION OF SAMSUNG'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

- **DECLARATION OF BRIAN ROSENBERG IN SUPPORT OF SAMSUNG'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

- **DECLARATION OF TRAVIS MERRILL IN SUPPORT OF SAMSUNG'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

**BY HAND**, by leaving them at the office of the person identified below with a clerk or other person in charge or, if no one was in charge, in a conspicuous place in the office.

Michael A. Jacobs
Morrison & Foerster, LLP
425 Market Street
San Francisco, California 94105-2482

and **BY ELECTRONIC MAIL TRANSMISSION** from erikolson@quinnemanuel.com, by transmitting a PDF format copy of such document(s) to each such person identified below, at the e-mail addresses listed below. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Harold J. McElhinny
HMcElhinny@mofo.com
Michael A. Jacobs
MJacobs@mofo.com
Jennifer Lee Taylor
JTaylor@mofo.com
Jason R. Bartlett
JasonBartlett@mofo.com

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2011, at San Francisco, California.

By /s/ Erik Olson
Erik Olson