HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LB<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO EXPEDITE DISCOVERY**<br><br>Date: May 12, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

I, Jason R. Bartlett, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Reply in Support of its Motion Expedite Discovery. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. Attached as **Exhibit 1** is a true and correct copy of a report titled "*Samsung Matches Apple Patent Challenge with Countersuit*." This copy of this report was printed on May 4, 2011 from the website of *PC World* at the following website address: http://www.pcworld.com/article/226003/samsung_matches_apple_patent_challenge_with_c.

3. On April 21, 2011, Samsung Electronics Co., Ltd. and/or its subsidiaries filed two legal actions in Tokyo, Japan for preliminary injunction based on alleged patent infringement. On the same day, Samsung Electronics Co, Ltd. and/or its subsidiaries filed a separate legal action in Seoul, S. Korea alleging patent infringement. Samsung claims to have filed a similar action in Mannheim, Germany. Combined with the action titled *Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC v. Apple Inc.*, Case No. 4:11-cv-02079, filed in the Northern District of California on April 27, 2011, Samsung entities have filed at least five separate actions around the world against Apple and its subsidiaries.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed this 9th day of May, 2011, at San Francisco, California.

                                                                                                               _____/s/ Jason R. Bartlett_____

DECLARATION OF JASON R. BARTLETT IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO EXPEDITE DISCOVERY
sf-2991885

2

# Exhibit 1



| News | Reviews | How-To's | Downloads | Shop & Compare | Apps | Business Center |

Search    Sign in | Join Us | Newsletters |

**Magazine**
Subscribe & Get a Bonus CD
Customer Service

Sign in with     or Create a New Account.

PCWorld » Phones     Follow us:   Feeds & Newsletters

Facebook 572   Twitter 306   Stumbleupon   Share 1K   2 Comments   Email   Print

# Samsung Matches Apple Patent Challenge with Countersuit

By Ralph Jennings, Macworld-U.K.     Apr 22, 2011 7:16 am

**TREND MICRO FREE TRIAL** Smart protection against online security threats. Free 30-Day trial.

**QUIZ: WIRED, WIRELESS, OR BOTH?** How should you network your office? Take the Quiz!

Samsung Electronics has hit back at Apple with lawsuits in three countries alleging infringement of patents on smartphone technologies.



Last week Apple sued Samsung for allegedly copying features of Apple's iPad, iPod Touch, and iPhone in its Galaxy smartphone and Galaxy Tab tablet PC.

On Thursday, the South Korean electronics giant sued Apple in Seoul alleging five patent infringements, in Tokyo over two alleged infringements and in Manheim, Germany, over three.

"Samsung is responding actively to the legal action taken against us in order to protect our intellectual property and to ensure our continued innovation and growth in the mobile communications business," the company said in a statement.

According to Samsung, the lawsuits say Apple infringed on patents concerning reducing data transmission errors in WCDMA (Wideband CDMA) mobile networks, tethering mobile phones to PCs so the PC can use the phone's wireless data connection, and reducing power consumption when transmitting data over HSPA (High Speed Packet Access) networks.

Apple's lawsuit filed on April 15 in the U.S. says Samsung copied external design features on the iPhone, iPod Touch and iPad. The lawsuit further alleges that Samsung designed application icons that come close to icons on Apple's devices.



Samsung last year became the first major consumer electronics maker to release a tablet that threatened the iPad market dominance. Its series of handsets that run Google's Android mobile OS also began vying last year with iPhones.

Apple introduced the first iPhone in 2007 and announced the first iPad more than a year ago. Samsung came out with the Galaxy S in mid-2010 and the first Galaxy Tab late last year.

Market research firm Gartner has forecast that iPad sales will reach 48 million this year, compared to 13.9 million Android tablets, giving Apple's iOS a 68.7 percent share of the tablet market. Next year, Gartner predicts, that share will drop to 63.5 percent.

See more like this: samsung, apple, legal issues

Would you recommend this story?   YES | 8   NO | 2

Facebook 572   Twitter 306   Stumbleupon   Share 1K   0 Comments   Email   Print



**Sponsored Links**

**Remote Access & Support**
Fully Customizable Remote Helpdesk Solution. Get Your Free Trial Today
www.logmeinrescue.com

**Remote Control Software**
Easily Access Your PC From Any Browser. Free 30 Day Trial!
www.GoToMyPC.com

**BlackBerry® Smartphones**
There Is A BlackBerry For Everyone. Find Your New BlackBerry Today.
BlackBerry.com

**Free Download**
LogMeIn - Really 100% Free & Easy Access To PCs & Macs From Anywhere
www.LogMeIn.com



NEW TABLET TITLES FROM DUMMIES

iPad For Dummies, 2nd Edition — Learn More
Motorola XOOM For Dummies — Learn More
Samsung Galaxy Tab For Dummies — Learn More
BlackBerry PlayBook For Dummies — Learn More
Kindle 3 For Dummies

**Lenovo Laptop Deals**
ThinkPad X220
Fast and light, with great input ergonomics and battery life, this powerhouse ultraportable is best-of-breed.
Buy now direct from Lenovo

**Similar Articles:**
Samsung Galaxy Tab vs. the iPad: The Tablet Battle Begins
Meet the Galaxy Tab

## Comments

 Leave a comment     Submit Comment

Once you click submit you will be asked to sign in or register an account if you are not already a member.

**zeth006** says:

Fri Apr 22 12:02:34 PDT 2011

For the love of God, America needs to step in and clean up this patent infringement madness!

**REPLY**

**Toulinwoek** says:

Fri Apr 22 15:21:07 PDT 2011

I agree! This has gone far beyond the bounds of reason!

**REPLY**

## Today's Special Offers

**Develop custom business solutions on iPhone and iPad.**
Filemaker offers the fastest way to develop and deploy custom business solutions on the iPhone & iPad.

**Scan anything, anywhere!**
Hi-speed color scanner. Battery powered. 512MB internal memory. Expandable with SD card or USB flash

**Special Offer from Bitdefender**
Try any of our award winning antivirus solutions and get a second year of protection FREE!

**Protect your PC with ESET Smart Security**
ESET Smart Security is the best defense against viruses, spam, & other threats. Get a free trial now!

**iMeet - Free Trial**
Best of audio conferencing, video conferencing and social networking.

**Simplify storage with the power of convergence.**
HP StorageWorks D2D2500 Backup System with Intel? Xeon? 5500 series

**Save $30 instantly and create the PC you want from Newegg.com.**
Save $30 instantly and create the PC you want using this top-of-the-line AMD processor and graphics card at Newegg.com

**iMeet - Free Trial**
Best of audio conferencing, video conferencing and social networking.

**Dell Vostro for Small Business**
Systems designed specifically for your Small Business in Mind.

**Experience the MAINGEAR Difference**
Discover the MAINGEAR SHIFT with Super Stock options, overclocked, liquid cooled and specially painted just for you.

**Special Offer from Bitdefender**
Try any of our award winning antivirus solutions and get a second year of protection FREE!

**Protect your PC with ESET Smart Security**
ESET Smart Security is the best defense against viruses, spam, & other threats. Get a free trial now!

**Protect your PC with ESET Smart Security**
ESET Smart Security is the best defense against viruses, spam, & other threats. Get a free trial now!

**Save $30 instantly and create the PC you want from Newegg.com.**
Save $30 instantly and create the PC you want using this top-of-the-line AMD processor and graphics card at Newegg.com

**Lenovo Ideapad Laptops**
Multimedia powerhouse on the go Save $$$ and Customize your Ideapad Y Series laptop

**Dell Vostro for Small Business**
Systems designed specifically for your Small Business in Mind.

**Durable Small Business Laptops**
Save $$$ on Lenovo's and Customize your ThinkPad T Series

**Simplify storage with the power of convergence.**
HP StorageWorks D2D2500 Backup System with Intel? Xeon? 5500 series


Samsung Reportedly Sells 600,000 Galaxy Tabs

Samsung Not Rethinking Features for Its Galaxy Tab 10.1 Tablet

Samsung Galaxy Tab vs. the iPad: Compare For Yourself

Samsung Droid Charge: Verizon 4G Phone is Fast, Frustrating

### Best Prices on Cell Phones

Most Popular | All Categories


Galaxy S 4G Black Smartphone - T-Mobile
$139.53 and up   See All Prices

iPhone 4 32GB Black Smartphone - AT&T
$736.00 and up   See All Prices


iPhone 3GS Black Smartphone - AT&T
$19.00 and up   See All Prices

iPhone 4 16GB Black Smartphone - AT&T
$199.00 and up   See All Prices

See all Best Prices on Cell Phones

See also: VOIP Phones, Headsets, Best Prices on PDAs



### Daily Technology Newsletter

Get great stories from PCWorld like this one delivered in your inbox for free!

Enter e-mail     Go

See All Newsletters »

### Editors' Picks

  

New iPhone Isn't Expected in June or July

 

Quiz: Who Said It--Cult Member or Fanboy?

| Apple iOS 4.3.3 is Out; Location Tracking | My PC Doesn't Recognize My Android | Microsoft Releases First Windows Phone | Android, Apple, BlackBerry: Are They |

**Home**

**Products**

| Android App Reviews | Desktop PCs | Laptops | Storage |
| iPhone App Reviews | E-Readers | Macs & iPods | Tablets |
| Business Center | Gadgets | Monitors | Tech Industry |
| Cameras | Gaming | Printers | Tech Events |
| Camcorders | HDTV | Software | Upgrading |
| Cell Phones & PDAs | Home Theater | Spyware & Security | Windows 7 |
| Consumer Advice | | | |

**Network Sites**  **About PCWorld**  **Resources**

| PCWorld Business Center | About Us | Newsletters |
| Search for Tech Jobs | Ad Choices | FAQ |
| Careers at IDG | Advertise | Contact Us |
| Macworld | PCWorld Content Works | RSS Feeds |
| MacUser | Terms of Service Agreement | Magazine Customer Service |
| Mac OS X Hints | Privacy Policy | Community Standards |
| iPhone Central | Site Map | |

Visit other IDG sites: Select One

© 1998-2011, PCWorld Communications, Inc.



Name / City
Address 1 / State / Zip
Address 2 / E-mail (optional)

Canadian Residents | Foreign Residents | Gift Subscriptions
Customer Service | Privacy Policy