| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Jason R. Bartlett, do hereby certify that on this 9th day of May, 2011, I electronically filed a true and correct copies of Apple's Reply in Support of its Motion to Expedite Discovery and the Declaration of Jason R. Bartlett in Support of Plaintiff's Reply in Support of its Motion to Expedite Discovery through the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

Dated: May 9, 2011

By:  /s/ Jason R. Bartlett
       Jason R. Bartlett

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-2992317

2