HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,

Defendants.

Case No. 4:11-cv-01846-LHK

**STIPULATION AND [PROPOSED] ORDER**

Place: Courtroom 4, 5th Floor
Judge: Hon. Lucy H. Koh

**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS**

WHEREAS, plaintiff Apple Inc. ("Apple") filed its complaint on April 15, 2011, naming as defendants Samsung Electronics Co. LTD ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, the "Samsung Entities") (D.I. 1);

WHEREAS, on April 21, 2011, the summons and complaint were served on SEA and STA (D.I. 17-18);

WHEREAS, the summons and complaint have not yet been served on SEC, a Korean business entity;

WHEREAS, the Court has directed Apple to serve SEC as soon as possible (D.I. 26);

WHEREAS, the parties seek to eliminate the time and expense associated with service of process abroad;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

I) The undersigned attorneys from Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for the Samsung Entities, hereby accept service on behalf of Defendant SEC;

II) Defendant SEC waives additional service requirements of the summons and complaint, if any, which may be required under the laws of the United States, South Korea, or any other jurisdiction;

III) Notwithstanding the times set forth in Rule 12(a)(1)(A), the time for the Samsung Entities to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21, 2011;

IV) No other dates or deadlines shall be modified by this stipulation and order; and

V) This extension of time is without prejudice to Apple, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of irreparable harm to Apple arising from the acts alleged in this action. Nor shall this extension be construed or argued to relieve the Samsung Entities from participating in any proceedings occurring prior to the filing of their responsive pleadings.

Dated: May 9, 2011

MORRISON & FOERSTER LLP

By:__/s/ Michael A. Jacobs_
HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
JASON R. BARTLETT

Attorneys for Plaintiff
APPLE INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:__/s/ Victoria Maroulis_________
CHARLES K. VERHOEVEN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
EDWARD DEFRANCO
MICHAEL T. ZELLER

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

**IT IS SO ORDERED.**

Dated: ____________________, 2011 By: ____________________________________

Honorable Lucy H. Koh

**ECF ATTESTATION**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs and Victoria Maroulis have concurred in this filing.

Dated: May 9, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER LLP**

By: /s/ Jason R. Bartlett
JASON R. BARTLETT