UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC.,

    *Plaintiff(s),*

V.

SAMSUNG ELECTRONICS CO., LTD, ET AL,

    *Defendant(s).*

Case No: 11-CV-01846LHK

CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that a Case Management Conference is hereby set on Wednesday, August 24, 2011 at 2:00 p.m. before Judge Lucy H. Koh. Case Management statements are due no later than Wednesday, August 17, 2011. Parties are to appear in courtroom #4, 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: May 10, 2011

    For the Court,
    RICHARD W. WEIKING, Clerk

    /s/ Martha Parker Brown
By: _____
Martha Parker Brown
Courtroom Deputy Clerk