HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>               Defendants. | Case No.     4:11-cv-01846-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS**

WHEREAS, plaintiff Apple Inc. ("Apple") filed its complaint on April 15, 2011, naming as defendants Samsung Electronics Co. LTD ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, the "Samsung Entities") (D.I. 1);

1   WHEREAS, on April 21, 2011, the summons and complaint were served on SEA and
2 STA (D.I. 17-18);
3   WHEREAS, the summons and complaint have not yet been served on SEC, a Korean
4 business entity;
5   WHEREAS, the Court has directed Apple to serve SEC as soon as possible (D.I. 26);
6   WHEREAS, the parties seek to eliminate the time and expense associated with service of
7 process abroad;
8   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:
9   I)   The undersigned attorneys from Quinn Emanuel Urquhart & Sullivan, LLP,
10 counsel of record for the Samsung Entities, hereby accept service on behalf of Defendant SEC;
11   II)   Defendant SEC waives additional service requirements of the summons and
12 complaint, if any, which may be required under the laws of the United States, South Korea, or any
13 other jurisdiction;
14   III)   Notwithstanding the times set forth in Rule 12(a)(1)(A), the time for the Samsung
15 Entities to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21,
16 2011;
17   IV)   No other dates or deadlines shall be modified by this stipulation and order; and
18   V)   This extension of time is without prejudice to Apple, and shall not be construed or
19 otherwise used in any way to support a contention of delay, untimeliness, or lack of irreparable
20 harm to Apple arising from the acts alleged in this action. Nor shall this extension be construed
21 or argued to relieve the Samsung Entities from participating in any proceedings occurring prior to
22 the filing of their responsive pleadings.

1  Dated: May 9, 2011

2
3  MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART & SULLIVAN, LLP
4
5  By:__/s/ Michael A. Jacobs_       By:__/s/ Victoria Maroulis_____
     HAROLD J. MCELHINNY                 CHARLES K. VERHOEVEN
6      MICHAEL A. JACOBS                   KEVIN P.B. JOHNSON
     JENNIFER LEE TAYLOR                 VICTORIA F. MAROULIS
7      JASON R. BARTLETT                   EDWARD DEFRANCO
                                         MICHAEL T. ZELLER
8    Attorneys for Plaintiff
    APPLE INC.                          Attorneys for SAMSUNG ELECTRONICS
9                                          CO. LTD, SAMSUNG ELECTRONICS
                                         AMERICA, INC., AND SAMSUNG
10                                      TELECOMMUNICATIONS AMERICA, LLC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS
CASE NO. 4:11-CV-01846-LHK
sf-2990290

3

**IT IS SO ORDERED.**

Dated: _____May 10_____, 2011    By: _____*Lucy H. Koh*_____

                                                            Honorable Lucy H. Koh

**ECF ATTESTATION**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs and Victoria Maroulis have concurred in this filing.

Dated: May 9, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER** LLP

By: /s/ Jason R. Bartlett
         JASON R. BARTLETT