QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co. Ltd.,
Samsung Electronics America, Inc. and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER CASES RELATED** |

**[PROPOSED] ORDER**

Pursuant to Local Rule 3-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LCC (collectively "Samsung") moved to have this action, <u>Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC</u>, Case No. 11-cv-01846-LHK ("the Apple Action") considered related to <u>Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC v. Apple, Inc.</u>, Case No. 11-cv-02079-EDL ("the Samsung Action") ("Motion to Consolidate").

The Court, having considered the Motion to Consolidate and the pleadings and papers submitted in support of the Motion; any Opposition to the Motion, and pleadings and papers submitted in support thereof; and all other evidence the Court duly received on the Motion; the Court is of the opinion that Samsung has shown good cause to consider the Apple and Samsung Actions related. The Court therefore GRANTS the Motion. The Clerk shall reassign the Samsung Action to this Court, and it shall be consolidated with the Apple Action.

**IT IS SO ORDERED.**

DATED: _____, 2011

The Honorable Lucy H. Koh
United States District Court Judge

02198.51855/4134564.1

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S
CIVIL L.R. 3-12(b) MOTION TO CONSIDER CASES RELATED**