QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

02198.51855/4134494.1

Case No. 11-cv-01846-LHK
**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

I, Victoria F. Maroulis, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On May 6, 2011, I e-mailed counsel for Apple, Inc. ("Apple") asking whether Apple would join Samsung in filing a joint motion to consider related this case and <u>Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC v. Apple, Inc.</u> (Case No. 11-cv-02079-EDL) (N.D. Cal. April 27, 2011) (the "Samsung Action").  I attached to this email a draft of such joint motion and a draft stipulation in support of the motion.  I requested that counsel for Apple let me know by Monday, May 9 whether Apple would join such a motion.

3. On May 10, 2011, counsel for Apple replied to my e-mail, indicating that Apple would oppose a motion to consider related this case and the Samsung Action.

4. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in the Samsung Action.

5. Attached hereto as Exhibit B is a true and correct copy of Exhibit 1 to the complaint filed in the Samsung Action.

6. Attached hereto as Exhibit C is a true and correct copy of Exhibit 2 to the complaint filed in the Samsung Action.

7. Attached hereto as Exhibit D is a true and correct copy of Exhibit 3 to the complaint filed in the Samsung Action.

8. Attached hereto as Exhibit E is a true and correct copy of Exhibit 4 to the complaint filed in the Samsung Action.

9. Attached hereto as Exhibit F is a true and correct copy of Exhibit 5 to the complaint filed in the Samsung Action.

10. Attached hereto as Exhibit G is a true and correct copy of Exhibit 6 to the complaint filed in the Samsung Action.

02198.51855/4134494.1

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1       11.    Attached hereto as Exhibit H is a true and correct copy of Exhibit 7 to the
2 complaint filed in the Samsung Action.
3       12.    Attached hereto as Exhibit I is a true and correct copy of Exhibit 8 to the complaint
4 filed in the Samsung Action.
5       13.    Attached hereto as Exhibit J is a true and correct copy of Exhibit 9 to the complaint
6 filed in the Samsung Action.
7       14.    Attached hereto as Exhibit K is a true and correct copy of Exhibit 10 to the
8 complaint filed in the Samsung Action.
9       15.    Attached hereto as Exhibit L is a true and correct copy of the e-mail I sent to
10 counsel for Apple on May 6, 2011.
11       16.    Attached hereto as Exhibit M is a true and correct of the May 10, 2011 e-mail that I
12 received from counsel for Apple.
13      I declare under penalty of perjury that the foregoing is true and correct.  Executed in
14 Redwood Shores, California on May 11, 2011.

                                          By /s/ Victoria F. Maroulis
                                              Victoria F. Maroulis