

US007200792B2

(12) **United States Patent**
Kim et al.

(10) **Patent No.:** **US 7,200,792 B2**
(45) **Date of Patent:** **Apr. 3, 2007**

(54) **INTERLEAVING APPARATUS AND METHOD FOR SYMBOL MAPPING IN AN HSDPA MOBILE COMMUNICATION SYSTEM**

(75) Inventors: **Hun-Kee Kim**, Seoul (KR); **Gin-Kyu Choi**, Seoul (KR); **Jae-Seung Yoon**, Songnam-shi (KR); **Noh-Sun Kim**, Suwon-shi (KR); **Jun-Sung Lee**, Suwon-shi (KR); **Yong-Suk Moon**, Songnam-shi (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.** (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 583 days.

(21) Appl. No.: **10/324,215**

(22) Filed: **Dec. 20, 2002**

(65) **Prior Publication Data**

US 2003/0120995 A1 Jun. 26, 2003

(30) **Foreign Application Priority Data**

Dec. 21, 2001 (KR) ..................... 10-2001-0083064

(51) **Int. Cl.**
*H03M 13/00* (2006.01)
*H03M 13/03* (2006.01)

(52) **U.S. Cl.** ..................... **714/755**; 714/786; 714/758; 714/790

(58) **Field of Classification Search** ..................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,689,439 A * 11/1997 Weerackody et al. ....... 370/329

| | | | |
|---|---|---|---|
| 6,351,832 B1 * | 2/2002 | Wei | 714/701 |
| 6,560,748 B2 * | 5/2003 | Li | 714/786 |
| 6,631,491 B1 * | 10/2003 | Shibutani et al. | 714/762 |
| 7,028,230 B2 * | 4/2006 | Manninen et al. | 714/702 |
| 2002/0159501 A1 * | 10/2002 | Agami et al. | 375/130 |
| 2003/0079170 A1 * | 4/2003 | Stewart et al. | 714/755 |

FOREIGN PATENT DOCUMENTS

| EP | 1 248 404 | 10/2002 |
|---|---|---|
| JP | 2001-332980 | 11/2001 |

OTHER PUBLICATIONS

European Search Report dated Apr. 29, 2003, issued in a counterpart application, namely, Appln. No. 02028629.0.

(Continued)

*Primary Examiner*—Phung My Chung
(74) *Attorney, Agent, or Firm*—The Farrell Law Firm

(57) **ABSTRACT**

In an apparatus for data transmission in a communication system, a turbo encoder encodes data bits to generate systematic bits and parity bits, and a rate matcher matches the systematic bits and parity bits. A first interleaver writes the rate-matched systematic bits on a row by row basis, and performs inter-column permutation. A second interleaver writes the rate-matched parity bits on a row-by-row basis, and performs inter-column permutation. A modulator alternatively collects the permuted bits on a column by column basis from the first and second interleavers, and maps collected bits from the first and second interleavers onto one modulation symbol, wherein a size of the first interleaver is equal to a size of the second interleaver.

**16 Claims, 27 Drawing Sheets**

INTERLEAVING BLOCK

| 210 | 220 | 230 | 240 | 250 | 270 | 280 |
|---|---|---|---|---|---|---|
| CRC GENERATOR | CHANNEL ENCODER | RATE MATCHER | DISTRIBUT | INTERLEAVER #1 / INTERLEAVER # | P/S CONVERTER | MODULATOR |

260

290

CONTROLLER

## OTHER PUBLICATIONS

Samsung Electronics: "Enhanced Symbol Mapping Method for the Modulation of Turbo-coded Bits based on Bit Priority," 3GPP TSG RAN WG1/WG2 Joint Meeting on HSDPA, Apr. 5-6, 2001, pp. 1-6.

Nokia: "Channel Interleaver Modification for HSDPA," TSG-RAN WG1 HSDPA ADHOC Meeting TDOC, Nov. 5-7, 2001, pp. 1-6.

Samsung Electronics: "Performance Evaluation of the Enhanced Symbol Mapping Method based on Priority (SMP) in HSDPA," 3GPP TSG-RAN WG1 Meeting #20, May 21-25, 2001, pp. 1-7.

Samsung Electronics: "FER Evaluation of SMP for Different TTI Sizes in HSDPA," 3GPP TSG RAN WG1 ADHOC TDOC R1-01-0738, Jun. 26-28, 2001, pp. 1-4.

Texas Instruments: "Frame Error Rate Based Comparison of Full Bit Level Channel Interleaving, split bit level channel interleaving and symbol based channel interleaving," TSG-RAN Working Group 1 Meeting #20, May 21-25, 2001, pp. 1-10.

3GPP: 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Physical Layer Aspects of UTRA High Speed Downlink Packet Access, Feb. 27, 2001, pp. 1-92.

* cited by examiner

Case 5:11-cv-01846-LHK  Document 425  Filed 05/11/11  Page 3 of 23



FIG.1
(PRIOR ART)

Case 5:11-cv-02079-LHK Document 125 Filed 05/17/11 Page 4 of 23



FIG.2

Case 5:11-cv-01846-LHK   Document 425   Filed 05/27/11   Page 5 of 23



FIG.3



FIG.4

FIG.5

Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 8 of 23



FI  .6

Case 5:11-cv-01846-LHK Document 425 Filed 05/17/11 Page 9 of 23



FIG.7



I.8

Case 5:11-cv-01846-LHK   Document 4-5   Filed 05/17/11   Page 11 of 23



FIG. 8



Case 5:11-cv-01846-LHK Document 425 Filed 05/17/11 Page 13 of 23



FI .9B

Case 5:11-cv-01846-LHK Document 425 Filed 05/17/11 Page 14 of 23



I .10

R = 3/4

I .10

Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 16 of 23



I .1

Case 5:11-cv-01846-LHK Document 425 Filed 05/27/11 Page 17 of 23



# FIG.10D

Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 18 of 23



I .11

Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 19 of 23



I .11

Case 5:11-cv-01846-LHK Document 425 Filed 05/17/11 Page 20 of 23



$$I\ .12$$

Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 21 of 23



FIG.13

Case 5:11-cv-01846-LHK Document 425 Filed 05/17/11 Page 22 of 23



Case 5:11-cv-01846-LHK   Document 425   Filed 05/17/11   Page 23 of 23

