# Erik Olson

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Friday, May 06, 2011 10:22 AM |
| **To:** | william.lee@wilmerhale.com; mark.selwyn@wilmerhale.com |
| **Cc:** | Bartlett, Jason R.; McElhinny, Harold J.; Jacobs, Michael A.; Taylor, Jennifer Lee (SF); Kevin Johnson; Erik Olson |
| **Subject:** | Apple/Samsung litigation: Motion to Relate Cases |
| **Attachments:** | 4127447_Stipulation and Proposed Order Granting Administrative Motion to Consider Cases Related.DOC; 4127416_Joint Administrative Motion to Consider Whether Cases Should be Related and Consolidated (2).DOC.DOC |

Dear Bill and Mark,

I understand you represent Apple in the case that Samsun recently filed in the Northern District of California. As you likely know, there is another case between Samsung and Apple filed by Apple in the Northern District of California pending before Judge Koh. Samsung plans to move the Court to relate the two cases. This is best accomplished by a joint motion. Pursuant to Civil L.R. 3-12(b), the Motion to Relate must be filed in the earliest-filed case. We are reaching out to both you and counsel for Apple in the earlier-filed case to determine whether the joint motion is possible or whether Apple plans to oppose the Motion. Please advise us by the end of the day Monday, May 9, 2011, regarding your position. Attached for your convenience are the draft Joint Motion and Proposed Order.

Best Regards,


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.