1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc. and Samsung
14 Telecommunications America LLC

15
                    UNITED STATES DISTRICT COURT
16
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   |---|---|
19 | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | |
20 | | |
   | SAMSUNG ELECTRONICS CO., LTD., a | |
21 | Korean business entity; SAMSUNG | |
   | ELECTRONICS AMERICA, INC., a New | |
22 | York corporation; SAMSUNG | |
   | TELECOMMUNICATIONS AMERICA, | |
23 | LLC, a Delaware limited liability company, | |
   | Defendants. | |
24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On May 11, 2011, I served or had served true copies of the following documents, described as:

- **SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND EXHIBITS THERETO**

- **[PROPOSED] ORDER GRANTING SAMSUNG'S CIVIL L.R. 3-12(b) MOTION TO CONSIDER CASES RELATED**

**BY HAND**, by leaving them at the office of the person identified below with a clerk or other person in charge or, if no one was in charge, in a conspicuous place in the office.

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Also on May 11, 2011, I delivered or had delivered **BY HAND** true copies of the above-described documents to the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, addressed to Magistrate Judge Elizabeth D. Laporte Courtroom E - 15th Floor.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2011, at Redwood Shores, California.

By /s/ Erik Olson
Erik Olson