Mark D. Selwyn (SBN 244180)
(*mark.selwyn@wilmerhale.com*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Specially Appearing as Attorney for Plaintiff Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF SPECIAL APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Mark D. Selwyn (State Bar No. 244180) of Wilmer Cutler Pickering Hale and Dorr LLP hereby specially appears as counsel for plaintiff Apple Inc. in this action for the limited purpose of Apple Inc.'s Opposition to the Motion to Relate, which is being filed today.

Dated: May 16, 2011

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 16, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                        /s/ Mark D. Selwyn
                                        Mark D. Selwyn