UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Lucy H. Koh, Presiding
Courtroom 4 - 5th Floor

**Civil Minute Order**

Date: Thursday, May 12, 2011

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 55 minutes
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple Inc. V. Samsung Electronics Co. Ltd., et al**
**CASE NUMBER**: 11-CV-01846

Plaintiff(s) Attorney(s) present: Harold J. McElhinny, Michael A. Jacobs, Jason R. Bartlett, Grant L. Kim

Defendant(s) Attorney(s) present: Charles K. Verhoeven, Victoria F. Maroulis, Crik C. Olson, Kevin P.B. Johnson

**PROCEEDINGS:**   MOTION HEARING

The motion is argued by counsel and taken under submission. The Court will issue a written order.