1  Mark D. Selwyn (SBN 244180)
   (*mark.selwyn@wilmerhale.com*)
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California  94304
4  Telephone:  (650) 858-6000
   Facsimile:   (650) 858-6100
5

6  Specially Appearing as Attorney for Plaintiff Apple Inc.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | APPLE INC., a California corporation,          | Case No. 11-cv-01846-LHK
12 |                      Plaintiff,                |
13 |           vs.                                  |
14 | SAMSUNG ELECTRONICS CO., LTD., a               | **[PROPOSED] ORDER DENYING
   | Korean business entity; SAMSUNG                | SAMSUNG'S CIVIL L.R. 3-12(B)
15 | ELECTRONICS AMERICA, INC., a New               | MOTION TO CONSIDER WHETHER
   | York corporation; SAMSUNG                      | CASES SHOULD BE RELATED**
16 | TELECOMMUNICATIONS AMERICA,                    |
17 | LLC, a Delaware limited liability company,     |
18 |                      Defendants.               |

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to Local Rule 3-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LCC (collectively "Samsung") moved to have this action, *Apple Inc. v. Samsung Electronics Co., et al.*, Case No. 11-cv-01846, considered related to *Samsung Electronics Co., Ltd., et al v. Apple Inc.,* Case No. 11-cv-02079 (N.D. Cal.).

The Court, having considered the briefs and arguments of the parties, finds that good cause does not exist to designate the two cases as related.  The Court therefore DENIES the Motion.

**IT IS SO ORDERED**

DATED: _____, 2011

_____
The Honorable Lucy H. Koh
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 17, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

              /s/ Mark D. Selwyn
              Mark D. Selwyn

- 2 -   Case No. 11-cv-01846-LHK
APPLE INC.'S OPPOSITION TO SAMSUNG'S CIVIL L.R. 3-12(B) MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

US1DOCS 7942549v1