QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY** |

02198.51855/4162249.1

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY**

**[PROPOSED] ORDER**

Before the Court is Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively "Samsung") Motion to Compel Apple to Produce Reciprocal Expedited Discovery (the "Motion").

Having considered Samsung's Motion, the declarations cited therein, and all pleadings and other papers in support thereof; and the Opposition filed by Apple Inc. ("Apple"), all declarations cited therein, and all pleadings and other papers in support thereof; and any further argument or evidence presented by the parties; the Court concludes that good cause exists for Samsung's Motion.  The Court therefore ORDERS that Apple shall produce the following by June 17, 2011:

(1)  The latest iteration of a product sample of the next generation iPhone that Apple will release, whether that product will be known as the "iPhone 4S," "iPhone 5," or some other name;

(2)  The latest iteration of a product sample of the next generation iPad that Apple will release, whether that product will be known as the "iPad 3," "Third Generation iPad," or some other name;

(3)  The latest iteration of the packaging in which the next generation iPhone and iPad will be sold; and

(4)  The latest iteration of the package insert(s) for the next generation iPhone and iPad.

This discovery shall be produced with the designation "Outside Counsel Eyes Only" and shall not be provided to Samsung or its in-house counsel.

**IT IS SO ORDERED.**

DATED: _____, 2011

LUCY H. KOH
United States District Judge