# Exhibit 1

# CNNMoney
A Service of CNN, Fortune & Money

Register  Log In  CNN

| Home | Video | Business News | Markets | Term Sheet | Economy | Tech | Personal Finance | Small Business |

Like 23K

Apple 2.0 | Big Tech | Tech Tumblr | Innovation Nation | Video | Tablet View


Adobe — Bringing the right content to the right people is music to their ears. Adobe® Online Marketing Suite. Learn more. Replay.

# Today in Tech: Why the iPad 3 is one to watch, Verizon killing unlimited data

comments

By JP Mangalindan, Writer-Reporter March 2, 2011: 5:00 AM ET

A curated selection of the day's most newsworthy tech stories from all over the Web. **Sign up** to get the newsletter delivered to you everyday.

- *The Telegraph* reports that Steve Jobs was reportedly blocked from knighthood because the Apple CEO refused an invitation to speak at the Labour Party conference. (Other notable honorary knights include Bill Gates and Apple collaborate-U2 frontman Bono.) The info comes from a former senior Labour Party member, but a party spokesperson denies the news. (Telegraph via Fortune)

- Meanwhile, Apple is currently in the midst of defending its attempt to trademark the phrase "App Store," claiming that Microsoft failed to prove that the term should remain a generic term that can be used by any mobile app marketplace. (TechFlash)

- Also, expect Apple to finally unveil the follow-up to its über-popular iPad at its big event this afternoon at 10 AM PST/1 PM EST in San Francisco, where Jobs himself may make an appearance. If outlets like Engadget are to be believed, expect the next-generation tablet to be thinner, faster, and more powerful with a dual-core ARM processor, double the RAM (512 MB), and at least one video camera, though it will likely not have a higher-resolution display and built-in SD card slot. *Fortune* will cover the event throughout the day, so keep checking in for the latest. (Fortune, AllThingsD, and Engadget)

- But according to an unnamed Apple staffer who spoke with Cult of Mac, today's iPad 2 won't hold a candle to the iPad 3, which this person says is on track for a release later this year. "For the iPad 2 don't get your hopes up too high," the source said. "That's all I'm going to say. They've had a number of problems along the way, and the third-generation iPad is the one to make a song and a dance about." (Cult of Mac)

- Andreesen Horowitz named Scott Weiss the venture capital firm's fourth partner. As our own Dan Primack reports, Weiss was employee #13 at Hotmail and stuck around as head of a business development team once the email provider was acquired by Microsoft in 1998. In 2000, he founded and ran networking security company IronPort Systems, which was acquired in 2007 by Cisco Systems for $830 million. He most recently served as vice president and general manager of Cisco's Security Technology Group. (Fortune)

- Hulu CEO Jason Kilar says the popular video streaming company is on track to make as much as $500 million in ad and subscription sales this year, almost 100% more than the $263 million it hauled in during 2010. (Ad Week)

- Verizon Wireless' CFO said during a recent webcast that Big Red will probably kill off its unlimited data option some time this summer. The mobile carrier had kept the plan largely to attract Verizon iPhone customers, which launched last month. So expect tiered plans and pricing for data usage like AT&T coming very, *very* soon. (Reuters)

**Follow Fortune Magazine**

Recommend  39 recommendations. Sign Up to see what your friends recommend.

Sprint Global MPLS. The best foundation for your converged network needs. Learn more. Replay.

**Featured Newsletters**

**Today in Tech**
Every morning, discover the companies, deals and trends in tech that are moving markets and making headlines.
SUBSCRIBE

**The Term Sheet**
Receive Fortune's newsletter on all the deals that matter, from Wall Street to Sand Hill Road.
SUBSCRIBE

**Ask Annie**
Anne Fisher answers career-related questions and offers helpful advice for business professionals.
SUBSCRIBE

SEE ALL NEWSLETTERS

**Markets**

MARKET MOVERS | US INDICES

| Company | Price | Change | % Change |
|---|---|---|---|
| Ford Motor Co | 14.60 | -0.06 | -0.42% |
| Bank of America Corp... | 11.44 | -0.02 | -0.19% |
| Sprint Nextel Corp | 5.88 | 0.04 | 0.68% |
| Cisco Systems Inc | 16.13 | -0.14 | -0.86% |
| Intel Corp | 22.71 | 0.10 | 0.44% |

Data as of 2:54pm ET

symbol  Go

- Facebook just scooped up group messaging service Beluga, founded by ex-Google employees last July. The startup was in the midst of an angel round of funding, which according to TechCrunch, had become a heated competition over the quickly-rising service. (TechCrunch)

- Boxee announced it received $16.5 million in funding to expand its offerings. The Series C round was led by new investors like Pitango and Softbank and also included existing investors like Union Square Ventures and General Catalyst. (paidContent)

- Microsoft Bing passed Yahoo for the first time for global search engine market share last month. According to StatCounter, Bing closed out the month with a 4.37% search share, while Yahoo owned 3.93%. Of course, both still fall way behind Google's lead with 89.94% of the market. (ReadWriteWeb)




Don't miss the latest tech news. Sign up now to get Today in Tech emailed to you each and every morning.

Posted in: **Apple**, **Beluga**, **Bing**, **Boxee**, **Facebook**, **Google**, **Hulu**, **iPad**, **iPad 2**, **iPad 3**, **iPad 3G**, **iPhone**, **Labour Party conference**, **Mobile**, **new iPad**, **StatCounter**, **Steve Jobs**, **unlimited data**, **Verizon iPhone**, **Verizon Wireless**

## More from Fortune Tech

Talking Tom is rich: Outfit7 wants to turn smartphone characters into Saturday cartoons

NFC: the future of mobile payments. Eventually.

Look who's been dumping their Apple holdings

VIEW ALL

### Most Popular

| | |
|---|---|
| Clinton: NY win is no excuse on Medicare | 114 |
| $67 billion in vacation days, out the window | 296 |
| Stocks: Markets are in a 'tug-of-war' | 10 |
| New-fangled auto fuel economy labels unveiled | 5 |
| Florida pulls plug on rocket-docket foreclosure courts | 0 |

**Sponsored Links**

**Mortgage Rates Hit 2.99%**
If you owe under $729k, you probably qualify for Gov't Refi Programs

**Scholarships for Moms**
Grant Funding May Be Available to Those Who Qualify!

**$500,000 Life Insurance**
No Exam Necessary. Same- day coverage as low as $6. month. Free Quotes

**SHOCKING: 52" LCD TVs for $60.34**
TODAY: Auction site sells 52" LCD TVs for up to 98% off retail price.

Buy a link here

**Sponsored Links**

**Motorola ATRIX™ 4G**
Introducing the world's most powerful smartphone only from AT&T.
wireless.att.com

**HOTTEST OIL STOCK IN US!**
Will the "new Bakken" oil find pump wealth into your portfolio? Only if you act now.
www.AmericanEnergyReport.com

**SHOCKING: Apple iPad for $24.87**
TODAY ONLY: Auction site to give away 1,000 iPads for $24.87!
LocalToday9.com/ShockingDeal

Buy a link here

CNNMoney.com Comment Policy: CNNMoney.com encourages you to add a comment to this discussion. You may not post any unlawful, threatening, libelous, defamatory, obscene, pornographic or other material that would violate the law. Please note that CNNMoney.com may edit comments for clarity or to keep out questionable or off-topic material. All comments should be relevant to the post and remain respectful of other authors and commenters. By submitting your comment, you hereby give CNNMoney.com the right, but not the obligation, to post, air, edit, exhibit, telecast, cablecast, webcast, re-use, publish, reproduce, use, license, print, distribute or otherwise use your comment(s) and accompanying personal identifying information via all forms of media now known or hereafter devised, worldwide, in perpetuity. CNNMoney.com Privacy Statement.

## Join the Conversation

Sort by  Newest first     Subscribe by RSS

**Login below to leave a comment**

CNNMoney

| About CNNMoney | Content | Magazines | Site Tools | Stay Connected |
|---|---|---|---|---|
| Contact Us | Fortune Magazine | Subscribe to Fortune | Site Map | My Account |
| Advertise with Us | Money Magazine | Subscribe to Money | Watchlist | Mobile Site & Apps |
| User Preferences | Business News | Give the Gift of Fortune | Search Jobs | Facebook |
| Career Opportunities | Markets | Give the Gift of Money | Real Estate Search | Twitter |
| Conferences | Term Sheet | Reprints | Mortgage and Savings Center | LinkedIn |
| Business Leader Council | Economy | Special Sections | Calculators | YouTube |
| | Tech | Magazine Customer Service | Widgets | RSS Feeds |
| | Personal Finance | | Corrections | Newsletters |
| | Small Business | | Market Data Alerts | Tumblr |
| | Video | | News Alerts | |

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer LIBOR Warning: Neither BBA Enterprises Limited, nor the BBA LIBOR Contributor Banks, nor Reuters, can be held liable for any irregularity or inaccuracy of BBA LIBOR. Disclaimer. Morningstar: © 2011 Morningstar, Inc. All Rights Reserved. Disclaimer The Dow Jones IndexesSM are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones IndexesSM © 2011 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2011. All rights reserved. Most stock quote data provided by BATS.

© 2011 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. Ad choices.

Powered by WordPress.com VIP.