Exhibit 2

Business    Investing    Tech    Entrepreneurs    Op/Ed    Leadership    Lifestyle    Lists



Help | Login | Signup

Search news, business leaders, and stock quotes

 *Gallery:* The World's Top 25 Companies     10 Most Depressing Jobs     Apply For Our List Of Most Promising Cos.     AdVoice: SAP and Microsoft Manage Cloud    Free Issue >

2 hours ago
### Facebook To Launch Music Service With Spotify
**PARMY OLSON** *Disruptors*

5 hours ago
### TSA Threatens To Cancel All Flights Out Of Texas If 'Groping Bill' Passed
**KASHMIR HILL** *The Not-So Private Parts*


IF YOU'RE THE RIGHT CANDIDATE, WE'LL TRAIN YOU TO BE THE
**RIGHT ADVISOR.** BECOME A FINANCIAL ADVISOR ▶

Merrill Lynch Wealth Management
THE POWER OF THE RIGHT ADVISOR ▶



# Eric Savitz
## THE TECH TRADE

MY PROFILE    MY HEADLINE GRABS    MY RSS FEED

TECH

# Apple: Analyst Says No LTE in iPhone 5; To Add Sprint, T-Mobile

May. 13 2011 - 2:04 pm | 40,487 views | 0 recommendations | 2 comments

471
Share

172

2 

0

Share



Apple's iPhone 5 launch in September isn't likely to include LTE functionality, Jefferies & Co. analyst Peter Misek asserts in a research note.

"According to our industry checks, the device should be called iPhone 4S and include minor cosmetic changes, better cameras, A5 dual-core processor, and HSPA+ support," he writes in a research note.

But he also says that "industry checks indicate Apple will likely announce Sprint, T-Mobile, and China Mobile as new carriers."

As for LTE, he says the Qualcomm LTE chipset Apple would have used "is currently not achieving yields sufficient for inclusion in the iPhone 5." He


See how Windows Server® is changing the conversation.
Let's talk private cloud ▸
Windows Server Hyper-V

## MY ACTIVITY FEED

Show all activity ▾

ERIC'S NEW POST    1 hour ago
### Dish Chief Won't Rule Out Combination With DirecTV

ERIC'S NEW POST    1 hour ago
### Telsa Jumps; Plans Stock Offer; Musk, Daimler To Boost Stakes

ERIC'S NEW POST    2 hours ago
### Telsa Jumps; Plans Stock Offer; Musk, Daimler To Boost Stakes

ERIC'S NEW POST    5 hours ago
### Apple: Why You Should Be Buying The Stock Right Now

● ● ● ● ● ● ●

## MOST POPULAR

MY POSTS    All Posts Last 24 Hours

1. The Untapped Power Of Smiling    42,010 views

says Apple had hoped to have the LTE chipsets ready, but was planning a version without LTE called iPhone 4S.

On the new carriers, he says Apple will announce distribution deals with Sprint and T-Mobile in time for the holidays. He also contends that China Mobile could be added in the next 12 months.

Meanwhile, he says that demand trends indicate "significant ramps" for the iPad, but that demand for the iPhone is "flat" as "strength from the white iPhone 4 release and launches on new carriers such as SK Telekom are offset by slowing at AT&T and Vodafone."

Apple is down $3.77, or 1.1%, to $342.80.

Recommend   ⚡Buzz Up!   🔴Reddit   🟢StumbleUpon   🔵Facebook   🐦Twitter   ✉Email this

| Previous Post: | Next Post: |
|---|---|
| Yahoo: Time For Regime Change? (Updated) | Update: Yahoo's Board Still Backs CEO Bartz, Source Says |

## More on Forbes Right Now

**Related Posts**

Sprint: Bernstein Reverses Course; Downgrades To Underperform

Sprint Looks To Shake Up The Big Guys

A Royal Flush For The Samsung Galaxy S?

iPhone 4 Shortages In China

Sprint: Piper Turns Bullish



**LIVE STREAMS ▶**

**Related streams**

CIO Network   Games
Gear   Investing
Social Media   Stocks
Tech

## Comments

DISPLAY

| Called-Out Comments | All comments |
|---|---|

       2 Total Comments
       Post your comment »

DISPLAY

| Called-Out Comments | All comments |
|---|---|

Log in for notification options

Comments RSS

---

2.   Apple: Analyst Says No LTE    40,487 views
    in iPhone 5; To Add Sprint,
    T-Mobile

3.   Apple's Next Multi-Billion-    34,252 views
    Dollar Business: Connected
    Televisions

4.   Apple's Big Mistake    32,643 views

5.   Apple Plots Move To Expand    21,173 views
    iPhone's Market Share

**ABOUT ME**

After a long career at Barron's, I joined Forbes as San Francisco bureau chief in December 2010. I've been writing about technology and investing for more than 25 years. With the Tech Trade, I'll pick up where I left off when I was writing the Tech Trader Daily blog at Barrons.com. When I'm not working, you can find me riding my road bike around the Bay Area hills, managing my fantasy baseball team, rooting for my beloved Phillies and Eagles and hanging out in the Valley with my family.

See my profile »

| Followers: | 300 |
|---|---|
| Contributor Since: | December 2010 |
| Location: | San Francisco and Palo Alto |

| MY PROFILE | MY RSS FEED |
|---|---|
| MY HEADLINE GRABS | EMAIL ME TIPS |

**Sprint™ Official Site** now.sprint.com/nexus
4" Touchscreen & Android 2.3. Learn More About Nexus S™ 4G at Sprint™

**Retire On One HOT Stock** ProfitConfidential.co...
Our gurus pick the best stock for 2011. Buy now and retire faster

**Merrill Lynch FAs** www.totalmerrill.com/careers
Do You Have The Desire To Change Lives? Start With Your Own Today.

**T-Mobile® Official Site** T-Mobile.com
Join America's Largest 4G Network™ Free Shipping on Phones Everyday!

Ads by Google