# Exhibit 4

5/25/2011 Case 5:11-cv-01846-LHK   Document 57-4   Filed 05/27/11   Page 2 of 4
Apple Announces the New iPhone 3GS…
iPhone 3GS images

# Apple Announces the New iPhone 3GS—The Fastest, Most Powerful iPhone Yet

## iPhone 3G Now Available for $99

SAN FRANCISCO—June 8, 2009—Apple® today introduced the new iPhone™ 3GS, the fastest, most powerful iPhone yet, packed with incredible new features including improved speed and performance—up to twice as fast as iPhone 3G—with longer battery life, a high-quality 3 megapixel autofocus camera, easy to use video recording and hands free voice control. iPhone 3GS includes the new iPhone OS 3.0, the world's most advanced mobile operating system with over 100 new features such as Cut, Copy and Paste, MMS*, Spotlight Search, landscape keyboard and more. iPhone 3GS customers get access to more than 50,000 applications from Apple's revolutionary App Store, the largest application store in the world where customers have already downloaded over one billion apps. iPhone 3GS offers twice the capacity for the same price with a 16GB model for just $199 and a new 32GB model for just $299.** And beginning today, iPhone 3G is available at the breakthrough price of just $99 for the 8GB model—a huge milestone for the high end smartphone market.

"iPhone 3GS is the fastest, most powerful iPhone yet and we think people will love the incredible new features including autofocus camera, video recording and the freedom of voice control," said Philip Schiller, Apple's senior vice president of WorldWide Product Marketing. "And with a breakthrough price of $99, we are thrilled to get iPhone 3G into the hands of even more users who want them."

iPhone 3GS offers incredible speed and performance, on average up to twice as fast as iPhone 3G, so you can render web pages quicker and launch applications faster. iPhone 3GS takes advantage of the OpenGL ES 2.0 standard for stunning high-quality 3D graphics, making mobile gaming and other graphic intense applications better than ever. iPhone 3GS is not only faster, but with longer battery life you can watch more videos, listen to more music, browse the Internet or keep using your favorite apps even longer. The new iPhone 3GS also supports 7.2 Mbps HSDPA for faster networking speeds.***

iPhone 3GS features a new 3 megapixel autofocus camera that takes amazing pictures and video, making it easier than ever to capture, edit and share those moments instantly with family and friends. The new autofocus camera adjusts focus, exposure, color and contrast for the best possible image and includes an automatic macro focus for extra close up shots. With the new "tap to focus" feature, you simply touch the display to select an object or area of interest and the camera automatically re-adjusts focus and exposure. You can record incredible high-quality video clips and edit them right on your iPhone 3GS by simply trimming the start and stop points. With iPhone 3GS you can send photos and video by email or MMS and post them to MobileMe™ or YouTube with just one tap.

The voice control feature in iPhone 3GS offers hands free operation for both iPhone and iPod® functions. Simply speak the appropriate commands into the built-in microphone or headset microphone to dial by name or number. With voice control you can play your favorite music by artist, album or playlist and activate the Genius feature by saying "play more songs like this." You can also tell iPhone to pause the music, play the next track, turn on shuffle or ask, "What's playing right now?"

iPhone 3GS features a new built-in digital compass for instant navigation.**** The Compass app shows you which way you are headed and rotates as you change direction. You can orient yourself to true north or magnetic north, and iPhone's built-in GPS automatically displays the coordinates of your current location. The new built-in digital compass is also integrated within Maps, so it automatically orients any map to the direction you are facing.

iPhone 3GS provides new accessibility features including VoiceOver, a screen reader that speaks what appears on the iPhone 3GS display, enabling visually impaired users to make calls, read email, browse web pages, play music and run applications. The new universal Zoom function magnifies the entire screen, and the White on Black feature reverses the colors on screen to provide higher contrast for people with low vision. iPhone 3GS also supports Mono Audio which combines left and right audio channels so that they can be heard in both earbuds for those with hearing loss in one ear.

iPhone 3GS includes the new iPhone OS 3.0 software with more than 100 new features including: Cut, Copy and Paste; MMS; Spotlight Search to search across iPhone or within Mail, Contacts, Calendar and iPod; landscape keyboard for Mail, Messages, Notes and Safari®; expanded parental controls for TV shows, movies and apps from the App Store; and the ability to capture and send audio recordings on the go with the new Voice Memo app. iPhone 3.0 software also includes a new Find My iPhone feature that works together with MobileMe so you can locate your lost iPhone on a map, send a message that will appear on the screen or play a sound to help you find it even if your phone is set to silent. If you cannot find your iPhone, you can erase all data and content on your iPhone with the new Remote Wipe feature. New iTunes® features available with iPhone 3.0 software include wirelessly downloading movies, TV and audio programs as well as iTunes U so students can download learning materials on the go.

iPhone 3GS gives users access to the revolutionary App Store, the largest application store in the world with more than 50,000 applications. The App Store allows developers to reach tens of millions of iPhone and iPod touch® users around the world. To date, customers have downloaded more than one billion apps from the App Store. And with more than 1,000 new APIs available with the iPhone SDK, developers can create even more innovative applications using In-App Purchases, a new Maps API and Push Notifications.

iPhone 3GS also features built-in Nike + iPod support making it an incredible workout companion. Users simply place the optional Nike + iPod sensor ($19) in their Nike + shoe to seamlessly connect with iPhone 3GS to track miles run or sync with the latest generation gym equipment.

### Pricing & Availability
iPhone 3GS will be available in the US on June 19 for a suggested retail price of $199 (US) for the 16GB model and just $299 (US) for the new 32GB model in both Apple and AT&T's retail and online stores, Best Buy and Wal-Mart stores. iPhone 3GS requires a new two year contract with AT&T for qualifying customers. iPhone OS 3.0 software will be available on June 17 as a free software update via iTunes 8.2 or later for all iPhone customers. iPod touch customers will be able to purchase a software update for $9.95 (US). Beginning June 8, iPhone 3G will be available for just $99 (US) for the 8GB model. New MobileMe features for iPhone require iPhone OS 3.0. MobileMe is available for an annual subscription price of $99 (US).

iPhone 3GS will also be available in more than 80 countries in the coming weeks. For further information about US and international pricing and availability visit www.apple.com/iphone.

*MMS messaging is available only on iPhone 3G or iPhone 3GS; fees may apply. MMS may not be available in all areas. MMS support from AT&T will be available in late summer.

**Qualified customers only. Requires a new two year AT&T rate plan, sold separately.

***Where available from AT&T later this year.

****Compass reliability may be affected by usage conditions such as nearby magnetic fields.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital

media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market with its revolutionary iPhone.

**Press Contacts:**

3/3

Tom Neumayr
Apple
tneumayr@apple.com
(408) 974-1972

Christine Monaghan
Apple
cmonaghan@apple.com
(408) 974-8850

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, MobileMe, iPod, Safari, iTunes and iPod touch are trademarks of Apple. Other company and product names may be trademarks of their respective owners.