# Exhibit 9



Wednesday May 25, 2011

**Get our new FREE iPad app now**

Bloomberg

# Apple Discontinues Sale of IPhone 3G Model Ahead of Conference

June 04, 2010, 2:58 PM EDT

By Amy Thomson

June 4 (Bloomberg) -- Apple Inc.'s iPhone 3G is no longer available on the company's website ahead of next week's Worldwide Developers Conference, where some analysts say a new device will be announced.

Though the $99 iPhone, with 8 gigabytes of memory, is pictured on Apple's site, it isn't available for sale. The company is offering the iPhone 3GS for $199 and $299 with 16 gigabytes and 32 gigabytes respectively.

Apple has used the annual developers conference to unveil new products for the past three years and analysts predict Chief Executive Officer Steve Jobs will deliver the fourth iPhone model at the gathering on June 7.

"Key hardware improvements are expected, which we believe will keep the iPhone competitive rather than leading-edge," Toni Sacconaghi, an analyst with Sanford C. Bernstein & Co., wrote in a research note today.

The new iPhone may include a front-facing camera for video chats, a higher-resolution display and a high-definition video camera, he wrote.

Apple spokeswoman Natalie Harrison had no immediate comment.

AT&T Inc., the exclusive U.S. carrier of the iPhone, is still offering the iPhone 3G, as well as other newer models, on its website. Mark Siegel, a spokesman for the Dallas-based company, declined to comment on how long the carrier will continue to offer the iPhone 3G.

Apple dropped $5.23 to $257.89 in Nasdaq Stock Market trading at 2:24 p.m. New York time. The Cupertino, California- based company's stock had gained 25 percent this year before today.

--With assistance from Greg Bensinger in New York and Connie Guglielmo in San Francisco. Editors: Peter Elstrom, Jerry Byrd

To contact the reporter on this story: Amy Thomson in New York at athomson6@bloomberg.net

To contact the editor responsible for this story: Peter Elstrom at pelstrom@bloomberg.net



About | Advertising | Custom Publishing | EDGE Programs | Reprints | Terms of Use | Disclaimer | Privacy Notice | Ethics Code | Contact Us | Site Map
©2011 BLOOMBERG L.P. ALL RIGHTS RESERVED.