# Exhibit 11

**quinn emanuel**  trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000   FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5022

WRITER'S INTERNET ADDRESS
victoriamaroulis@quinnemanuel.com

May 19, 2011

<u>VIA E-MAIL</u>

Jason R. Bartlett, Esq.
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105
JasonBartlett@mofo.com

Re:   Apple, Inc. v. Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Jason:

Apple has not responded to my May 16, 2011 letter regarding the reciprocal discovery Samsung requests that Apple produce.   Please confirm by the end of this week that Apple will produce the discovery requested in my May 16 letter by June 13, 2011.


Sincerely,

/s/ Victoria F. Maroulis

Victoria F. Maroulis

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000   FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000   FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600   FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400   FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000   FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711   FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000   FAX +49(0) 621 43298 6100