# Exhibit 14

# Gizmodo

## First Gen iPhone Shortage Hits NYC



At the Apple store on NYC's West 14th Street this morning, I caught this line, 30 people deep (my conservative estimate). I asked an employee what they were waiting for, and he told me "the iPhone." When I incredulously said it wasn't coming—we suppose—for another month, he said it wasn't the 3G iPhone, but "the one that came out last June. It's been out of stock all week." I asked him if he thought anyone should tell these poor saps that they should hold off for a month—before their dreams are crushed—but he just said "I don't think so." He couldn't actually confirm whether or not replenishments were on their way.

Contact information for this author is not available.



Follow Gizmodo on Facebook    Get Gizmodo in your inbox:
Like  245K                    email address  Join

**By Benny Goldman**

Like   Sign Up to see what your friends like.

0



May 8, 2008 01:30 PM   9,770   42



**more about** #3g

**read more:** #apple, #3g, #applestore, #nyc, #suckers, #iphone



Original material is licensed under a Creative Commons License permitting non-commercial sharing with attribution.