# Exhibit 15

Skip to Content

AOL Tech



- AOL
- MAIL
-   - You might also like:
    - Engadget,
    - HuffPost Tech
    - and More

TUAW

Search for Software, Reviews 

- Main
- Mac
- iPhone
- iPad
- Video
- Photos
- App Reviews
- Macworld 2011
- About Us
- Send Tips & Feedback

Filed under: Analysis / Opinion, Retail, iPhone

# iPhone is 'unavailable' in UK and US Apple stores; 3G release imminent?

by **Christina Warren** (RSS feed) on May 10th 2008 at 2:00PM

As many of our intrepid readers have pointed out, iPhones are unavailable at the online Apple Store in both the US and the UK. As we mentioned earlier in the week, cell carrier and Apple retail stores on both continents are reportedly facing shortages as well.

With all the buzz surrounding the 3G model, the international rollout and the SDK, this is just one more sign that the

release of a new device is right around the corner.

While I'm obviously not privy to any official dates (or even unofficial speculation), my past experiences in the cell phone retail world lead me to believe that an early June release seems very, very probable.

*Thanks to everyone who sent this in!*



Like    Sign Up to see what your friends like.

**Tags:** 3g iphone, 3g rumors, 3gIphone, 3gRumors, iphone, tweet-this

- Source
- Comments (*34*)

|    Email

## From TUAW

Apple offering free repairs for iPod touches, iPhones, and Macs damaged in the Japan quake and tsunami

Golden MacBook Pro

No Comment: Friskies makes iPad web games for cats

Rumor: Apple no longer allows Best Buy to sell the iPad 2 [Updated]

PadRacer lets you draw your own track, join two iPads together and steer with iPhones

## From Around The Web

- ExxonMobil's earnings: The real story you won't hear in Washington - ExxonMobil's Perspectives
- What's Your Virtual Weight Index? - The Digital Diet
- iPad 3 rumors now compete with iPad 2 rumors - ITworld
- The Era of the Apple iPod May Have Passed - TheStreet
- Gut Check: 10 Best and Worst Foods for Your Tummy - Lifescript.com

[what's this]

Sponsored Links
Download Jailbreak
Jailbreak and Unlock 4.2.1Safe. Secure. Support Guaranteed.
jailbreakunlock.org/4.2.1
Unlock Your l-Phone Now
Lifetime Membership -Instant AccessUnlock Your l-Phone In A Few Clicks
WWW.AutomaticiPhoneUnlockers.com

## Reader Comments (Page 1 of 2)

 1

[Mat McCoy](#) said 2:07PM on 5-10-2008

I've heard from a couple of people that work in Apple Stores that they haven't replenished stock in iPhones for a couple of weeks....

Glad I got my tax rebate check this week!

[Reply](#)

⭐⭐☆ [↓↑report](#)

 2

[Adrian Rollett](#) said 2:37PM on 5-10-2008

I guess this tuesday would be too much to hope for :-D

[Reply](#)

⭐⭐☆ [↓↑report](#)

 3

[Evan Lugh](#) said 2:38PM on 5-10-2008

again! submitted and used my title >_

[Reply](#)

⭐⭐☆ [↓↑report](#)

 4

[DJCarbon43](#) said 7:08PM on 5-10-2008

Yup...no surprise...thats how they roll. And just throw a "thanks to everyone who sent this in" at the end to avoid having to give real credit....so sad.

⭐⭐☆ [↓↑report](#)

 5

**shaun** said 3:38AM on 5-12-2008

They credited me the other day when I tipped



⭐⭐ ↓↑report

6

**PSM** said 2:43PM on 5-10-2008

My personal guess (though I'd love to see it right now!):

1) special press event on Apple Campus before WWDC to announce 3G iPhone.

2) WWDC: doesn't have to be devoted to iPhone announcement, but it allows Apple to use the conference to give developers more news on the new iPhone prior to release

3) Release in the 2nd half of June, to coincide with the AT&T employee vacation memo

Reply

⭐⭐ ↓↑report

 7

**Kevin Miller** said 2:49PM on 5-10-2008

Seems like June is a long time away, and the AT&T vacation memo appears to clearly outline late June as a release date. So I'm guessing this could be an unrelated supply issue. Not good for helping towards that 10M goal!

Reply

⭐⭐ ↓↑report

 8

**iPhoneinator** said 3:07PM on 5-10-2008

YES!! finally! but heres my input:
i i dont think apple would wait a whole 'nother month before selling even ONE iphone. i mean i could see them putting

this memo (saying theyre currently unavailable) up maybe.. a week at the earliest before the thing comes out. were are talking almost a month and a half before the no vacation allowed slot time. do you really think theyd go that long without selling an iphone? even tho the 2nd gen one is comming out people are still buying the 1st gen ones. they would lose a whole lotta money waiting another month and a half without selling them.

the only reason i see that we would still have to wait another month is becasue this is an accident. by that i mean jobs probably said a month ago "were only going to (x number of iphones) and then stop cause this will last us till late june" then they were selling them more than they thought and ran out erly. i would think (or hope) they would also give a price reduction before the new iphone. for if i am rite (and i REALLY hope i am) and they start selling 2nd gen iphones next week the 3g (hopefully 32gb) iphone could soar into the 6-700's range! you could buy a laptop with that!

does anyone agree?

Reply

⭐⭐⭐ ↓↑report

 9

**PSM** said 4:40PM on 5-10-2008

I'm inclined to think the supply thing was a miscalculation, too. It's a shame for Apple because this is a good time of year with Mother's Day, graduation, and maybe even Father's Day in between now and the release date. I don't know how possible it would be for them to speed up the release if that was the case.

Here's a question to devs: is the beta 2.0 software and SDK in any condition to be released? I kind of think they'll have to do both at once.

⭐⭐⭐ ↓↑report

 10

**Bob** said 3:28PM on 5-10-2008

I think that its more believable that aliens abducted all the iphones or all the iphones got jacked like a few months ago. Im not anticipating the release until at least WWDC. But I think its more like an '09 release.

Reply

⭐⭐⭐ ↓↑report

 11

**sam** said 3:39PM on 5-10-2008

We still haven't seen it go through the FCC. AFAIK there is no way around that, and once it hits the FCC it's still a month or two off.

Reply

⭐⭐ ↓↑report

12

**Christina Warren** said 3:50PM on 5-10-2008

They can actually "cloak" some of their FCC filings so that they don't show up in public records until after or on launch day. I think we'll see them in June -- early or late, who knows -- but just because we don't have access to the FCC filings doesn't mean they haven't already been filed.

⭐⭐ ↓↑report

13

**sam** said 4:54PM on 5-10-2008

Really? I didn't know they could do that... How does it work?

⭐⭐ ↓↑report

14

**Athtart** said 4:00PM on 5-10-2008

Prediction: No 3G phone in June, but maybe an announcement of when it will be out. The shortage is just that, a shortage. With the new apps finally being released with iPhone firmware 2.0 there will be more than enough new "toys" to play with and talk about while we wait for the final arrival of the 3G phone. Cramming in all in at WWDC would be a waste of good hype potential and there is "no rush" for a 3G phone when iPhone 1.0 is still seeling like hot cakes.

Just one opinion. YMMV. ;-)

Reply

⭐⭐ ↓↑report

15

**Jay** said 4:11PM on 5-10-2008

For what it's worth, I confirmed with a guy last night at the AT&T store that they are going to release the 3G in mid-to-late June. No word on the pricing yet, but he did say the rumor has it at 200$.

Reply

⭐⭐☆ ↓↑report

 16

**basscadet** said 4:41PM on 5-10-2008

iphone at 200$ is so far from reality (unless they're talking about v.1 stock) that it hurts. After v.2 is announced no one will buy a v.1 waiting either to buy v.2 or v.1 with a substancial price cut (many used ones will also flood the market). All this is forcing Apple into a very tight time space between announcement and release, so we'll hear about it maybe 1-2 weeks before it's released, if not on the same day...

Reply

⭐⭐☆ ↓↑report

 17

**tomb** said 5:42PM on 5-10-2008

Maybe I'm just dreaming out loud. But Apple has had supply shortages before. They never listed a product as "unavailable".

Also it would be economically completely irresponsible to have a product unavailable for over a month.

I'm thinking tuesday might be it.

Reply

⭐⭐☆ ↓↑report

 18

**jikespingleton** said 7:04PM on 5-10-2008

Just put my iPhone on craigslist... if that offers any inclination as to what this situation is making me think. ;)

When the 3G iphone is released, 2.5G iphones will not be worth much. I'm jumping ship to maximize my ability to buy a 3G phone without dipping into my pockets at all. I'm shooting for selling mine for some even trade money.

Reply

⭐⭐☆ ↓↑report

19

**blinkcowz182** said 7:56PM on 5-10-2008

Except it will likely take month(s) for the hackers to unlock the 3G iPhone. In the meantime, there will still be demand for those wanting an iPhone and not on an "approved" carrier and also not willing to wait for the 3G unlock.

⭐⭐☆ ↓↑report

20

**SuperPac** said 7:54PM on 5-10-2008

The timing on this really doesn't make much sense. 1) People are getting their stimulus checks right around now and have the $$$ to spend. 2) With graduation and Father's Day upon us they have two potential holidays they will have lost for iPhone sales. 3) They've never before let products go "unavailable" like this, even more expensive laptops or other hardware.

I just don't see how they could go a whole month without selling another single iPhone. Seems like a lot of potentially lost ground there.

The argument that they're doing it to prevent people from returning "outdated" iPhones doesn't make sense either...they've never stopped selling outdated, about-to-be-obsolete iPods just because the next day they're gonna introduce a new one--IMO there will definitely be a market even for the used 2.5G iPhones after the 3G phone comes out 'cuz let's face it sometimes people don't need the absolute top of the line in speed or storage space. If a 2.5G phone were cheaper I'm sure there'd be plenty of people who would buy, just like there are plenty of people that buy Shuffles and Nanos when there are larger iPods out there.

Reply

⭐⭐☆ ↓↑report
| **1** | 2 | Most Recent | Next 20 Comments



## Get App News in your email!

Email: [            ]  Subscribe

## Tip of the Day

The home button on your iPhone is a multitasker: although a single press takes you home and a press-and-hold activates Voice Control, be sure to try double and triple-presses. Double-pressing gives you the iOS multitasking bar (swipe to the left to see older apps, to the right to see iPod controls); triple-pressing triggers the accessibility action configured in Settings (VoiceOver, Zoom or White-on-Black display).

Learn More





Buy an ad here

# Hot Apps on TUAW



## Breaking news Feed

- Sparrow announces new features at TechCrunch Disrupt
- Developers band together to fight Lodsys if necessary
- Apple: Mac OS X update coming to block MacDefender malware
- Apple responds to Lodsys patent claims, backs up developers (Updated)
- Square kills the need for NFC with virtual "tabs" and Card Case
- iPad 2 production may not be affected by explosion at Foxconn plant
- Apple Store 2.0 launches with interactive iPads
- Hype 1.0 allows you to create slick, animated websites in HTML5
- Foxconn Chengdu plant fire, possible explosion
- MacDefender malware protection and removal guide

## Featured stories Feed

- TUAW TV Live: A trio of guests, a lot of topics
- TomTom GPS app offers good maps, terrible interface
- Roundup of Kickstarter Apple-related projects for 5/25
- How Apple iBooks could compete with Amazon's Kindle in the ebook space [updated]
- iTunes, Tiger, and irrational ire: The difference between updates and upgrades
- MacDefender malware protection and removal guide
- TUAW TV Live: A whole lotta appin' going on
- Adonit Writer: Taking iPad keyboard cases to a higher level
- djay app updated for iPad 2
- Samson Meteor Mic USB studio microphone: Solid quality in a compact package

## TUAW Meetups
in **20 cities**

Honolulu · 06/02
Kyyiv · 06/02
Cranston
Denton
Porto
London
Phoenix
Flushing
New York
Greenville
Austin
Portland
Harrison
Athens
San Diego
Ufa

**Find your local**





## TUAW flickr Pool

  

www.flickr.com



## Featured Galleries





## Our Writers

**Victor Agreda, Jr.**

Editor-in-Chief

RSS Feed

**Michael Rose**

Lead Editor

RSS Feed

**Dave Caolo**

News Editor

RSS Feed

**Mike Schramm**

News Editor

RSS Feed

**Chris Rawson**

News Editor

RSS Feed

**Steve Sande**

Features Editor

RSS Feed

View more Writers

## Most Commented On *(7 days)*

- iTunes, Tiger, and irrational ire: The difference between updates and upgrades (69)
- Group looking to form Apple Retail Workers Union (64)
- Four tips for better iPhone battery life (61)
- Is it possible? AT&T drops lower in customer satisfaction survey (53)
- Apple Store 2.0 launches with interactive iPads (44)
- MacDefender malware protection and removal guide (39)
- AppleCare rep tells Ed Bott Mac malware reports are up (32)
- The Apple Store is down (Update: back up, no changes) (30)
- Lawsuit says AT&T overcharging users for iPhone, iPad data (29)
- Square and Apple have plans for Monday (29)

## Recent Comments

- Michael Rose on iPhone: What is DFU mode, and what's the difference from recovery mode?
- Nacho on iPhone: What is DFU mode, and what's the difference from recovery mode?
- HashMaster9000 on iPhone: What is DFU mode, and what's the difference from recovery mode?
- AndreyCo on iPhone: What is DFU mode, and what's the difference from recovery mode?
- Jon on TomTom GPS app offers good maps, terrible interface
- Peter on twelvesouth introduces BookBook for Macbook Air

- AndreyCo on iPhone: What is DFU mode, and what's the difference from recovery mode?
- tim on How Apple iBooks could compete with Amazon's Kindle in the ebook space [updated]
- nxiv on iPhone: What is DFU mode, and what's the difference from recovery mode?
- phlavor on Alarm Dock gives your iPhone retro cred

## TUAW Tags

google iPad Developer ios att mac Ipad2 lawsuit Iphone5 apple Ios4.3 features SteveSande AuntieTuaw AppStore patent SteveJobs software iPhone retail app rumor update games applestore apps iMac WhiteIphone Iphone4 lion MacAppStore legal sales itunes hardware TuawsDailyApp Microsoft video AuntTuaw ipod music DearAuntTuaw gaming accessories twitter tuaws-daily-app SoftwareUpdate OsX review IpodTouch

## More Apple Analysis

- AAPL on BloggingStocks The Apple category feed from BloggingStocks.com
- AAPL Quote, News & Summary The AAPL financials page from AOL Money and Finance
- Macintosh news and reviews on Download Squad The Macintosh category feed from Download Squad

## Also on AOL

- Autos
- Technology
- Lifestyle
- Gaming
- Finance
- Entertainment on AOL
- Lifestyle on AOL
- Sports on AOL
- Travel on AOL
- More on AOL



### Engadget

- Pioneer unveils its AppRadio, integrates iOS into your automobile
- Sony announces 160GB PlayStation 3 bundle with Call of Duty: Black Ops
- Spotify and Facebook partner up, send Europe a friend request?

### Joystiq

- Square Enix to reveal new MMO by April 2012
- Two Witcher 2 patches coming, including one today
- Dungeons and Dragons: Daggerdale review: Critical miss

### TechCrunch

- Live Blog: TechCrunch Disrupt Battlefield Finale
- 4Chan Has 18M Uniques A Month, Canvas Participation Is Optional
- Google Maps For Mobile Crosses 200 Million Installs; In June It Will Surpass Desktop Usage

AOL Tech

© 2011 AOL Inc. All rights Reserved. Privacy Policy | Terms of Use | Trademarks | AOL A-Z HELP | Advertise With Us