# Exhibit 17

# TechCrunch

**Watch TechCrunch Disrupt 2011 - Day 3 - LIVE from New York! »**

## No More iPhones at Apple Store — 3G Imminent?
**John Biggs**
May 11, 2008

The **Apple online store** has stopped selling iPhones completely, stating they are currently unavailable. What does it mean? In some way I'm inclined to say "not much." Apple rarely telegraphs its moves this far in advance. However, since **O2 in the UK** has stopped selling iPhones and a number of folks have had trouble buying them in stores, we might be seeing a **next-gen iPhone** in the **next few days**. Here's hoping.

Advertisement

   

**Now**   Commented   Facebook

Absolute Must Watch: Office Hours With Paul Graham At TC Disrupt
TechCrunch Disrupt, Day 3, Livestreaming For You Right Here, Right Now
Uber CEO: I Think I've Got 20,000 Years Of Jail Time In Front Of Me
Live Blog: TechCrunch Disrupt Battlefield Finale
The Top 10 VC Firms, According To InvestorRank

**Related Topics**

Advertisement

   

**Showing 36 comments**   Sort by popular now

 **Erik**

I wonder how much they're going to charge for the 3G data plan.

I'm betting it's more than $20.

3 years ago                                                                                          Like  Reply

 **Parris Whittingham,** Parris Whittingham is New York wedding photographer on a quest to document remarkable love stories and the p...

I guess Apple can't resist the summer love fest. Ironically, my phone plan expires this summer….hmmmmm


**lol**

No love for engadget I see, but like taking their content? ;)

[http://www.engadgetmobile.com/...](http://www.engadgetmobile.com/...)

3 years ago                                                                                                               Like  Reply


**Jim McNelis**

i wonder if the new blackberry release is at all related to this.

3 years ago                                                                                                               Like  Reply


**Nick Gonios**

So the rumor is from downunder (Australia that is) is that Steve Jobs will be coming here at the end of June to both open the 1st ever Apple store in the heart of Sydney's CBD AND launch the 3G iphone!

Let's wait and see!

3 years ago                                                                                                               Like  Reply


**Tim G**

@Wayne - It's not personal I just think the whole concept is a pointless waste of bandwidth. But regardless…you deserve a good flaming for posting a clip as crappy as that.

3 years ago                                                                                                               Like  Reply


**Ryan**

Video in comments is like mixing oil and water. You'd be better off just saying "click here to see my comment", and have it go to your blog.

3 years ago                                                                                                               Like  Reply


**DLEETM**

There was an interesting article about this very topic on iphones on rabbledabble.com located at [http://www.rabbledabble.com](http://www.rabbledabble.com).

Very eye opening …

3 years ago                                                                                                               Like  Reply


**Wayne Lambright**

@Tim G

Thanks for the complements Tim, I love the video capability also.

3 years ago                                                                                                               Like  Reply


**jeff brookes**

A 3g iPhone sure would be nice.

[http://www.mobiletraffic.tv](http://www.mobiletraffic.tv)

3 years ago                                                                                                               Like  Reply


**Crazyglues**

I could care less about 3g for iPhone, I just want an iPhone on verizon wireless… because I'm on, yes you guessed it… Verizon.

Apple Can I please have my iPhone now!


**D**

At least there are still all of the iphone clones on ebay.

3 years ago    Like  Reply


**Don C**

iPhone interface designers check out **http://www.320480.com**

320480 will be a comprehensive site dedicated to helping interface designers and developers create interfaces for iPhone applications.

3 years ago    Like  Reply


**Darnell Clayton**

That's odd. AT&T has them over <a href="**http://www.wireless.att.com/ce...**"on their site.

I wonder how apple sold out before AT&T did?

3 years ago    Like  Reply


**Hendra**

They're running out of stock, what else?

3 years ago    Like  Reply


**Tim G**

I haven't seen a single Seesmic video comment yet that didn't come off as either awkward or creepy. What a gimmicky waste of bandwidth.

3 years ago    Like  Reply


**Pseudorant**

I'll be very interested to see what this means. I find it hard to believe that they are unavailable because they can't manufacturer them quick enough as has been the case with game consoles in the past.

I have used my iPhone so much in the past year that my battery is finally starting to wear down so I would be really interested in buying the latest model, and passing down my old phone to my fiance! Here's hoping.. ^_^

3 years ago    Like  Reply


**Gary**

Yaaaaaaaawwwwwwwwwnnnnnnnnnnn!!!!!!!!!!!!!

3 years ago    Like  Reply


**bob cobb**

The 3g iPhone may finally get me to get rid of windows mobile. Im not looking forward to the $60 a month after being on a sprint sero plan, but I need something that will let me easily update my site from my phone, and the iphone can probably do that. I need to find a copy/paste solution though

3 years ago    Like  Reply


**dummy**

so what does 3g buy you? Calling when international + higher speeds? How much better is it than what the iphone currently runs on?

3 years ago    Like  Reply


**Wayne Lambright**

@9

its the imac camera settings. A fix is in the works :-)

3 years ago · Like · Reply


**joey b**

@JR - Agreed! Or at least give the folks at engadget some credit!

3 years ago · Like · Reply


**TechPluto**

It's good to hear that Apple is following up with their next installment of iPhone.Hope,they will fix up the flaws that they had in the earlier version like 2.0 MP camera(low resolution),poor battery life etc..

3 years ago · Like · Reply


**William Ahouma**

Pavlo, same here in Côte d'Ivoire (Ivory Coast). It costs between $800 and $1000
We might stick with the v1.0 since no telcom operators offer 3G here.

3 years ago · Like · Reply


**Moe Glitz**

The first iPhone was a great looking phone and hopefully the new 3G model will keep most of the same features.

I only hope that the 3G iPhone is not tied to just one network. I am on Tmobile in the UK and I just hope that the 3G iPhone is available on my Network.

3 years ago · Like · Reply


**Lars Fischer**

A Telekom employee in Germany told me that the new (3G) iPhones are ready to be sold. They're just waiting to get rid of the first version (because no one would buy the old one).

3 years ago · Like · Reply


**Nigel Eccles**

My money is still on the back end of June. I think the AT&T 'no holiday' memo is more significant than then pulling back on sales.

3 years ago · Like · Reply


**albino**

@2.
Easy on the camera lighting/hue settings, you look white - literally.

3 years ago · Like · Reply


**Pavlo Zahozhenko**

Unlocked iPhone costs $800 here in Ukraine (16 Gb version). I wonder how much iPhone 2.0 will cost and when it will reach our market.

3 years ago · Like · Reply


**Raul**

Wasted? I love my iPhone, it wasn't a waste at all... When the new one comes im selling this one and getting the new, just like most PCs

3 years ago · Like · Reply


**Amanda**

@ Tim - From what I've hear from AT&T reps, AT&T will be selling the iPhone for $199 and $299.. still another chunk of change but 3G

would be worth it I think. I hear a lot of people say they'll give their old iPhone to their significant others, mothers, kids, etc.

3 years ago  Like  Reply


**Tim**

I wonder how many people, who just wasted $400-$600 within the past year, will fork over another ~$500 for the new model..

3 years ago  Like  Reply


**Amanda**

Oh god I am so excited!

3 years ago  Like  Reply


**JR**

Imminent indeed - try changing up the title next time :)

3 years ago  Like  Reply


**Wayne Lambright**

Sweet, I can't wait, Iphone II {seesmic_video:{"url_thumbnail":{"value":"**http://t.seesmic.com/thumbnail…**"}"title":{"value":"Sweet, I can't wait, Iphone II "}"videoUri":{"value":"**http://www.seesmic.com/video/e…**"}}}

3 years ago  Like  Reply


**Utkarsh Sinha**

Apple keeps coming up with something interesting i.e. everytime I hear their name in the market. Lets see what other features did Steve add in the already highly useful phone box.

3 years ago  Like  Reply

' Subscribe by email + RSS

Real-time updating is **enabled**. **(Pause)**

**Add New Comment**                                                                                                           Login



blog comments powered by DISQUS

Advertisement



Powered by WordPress.com VIP

1946K readers
BY FEEDBURNER

About   About Our Ads   Advertise   Archives   Contact   Events   Jobs   Network   Privacy Policy   Staff
© 2011 TechCrunch

Aol Tech. TechCrunch