# Exhibit 18

[CNET](#) [News](#)

- log in
- join CNET

- [Home](#)
- [Reviews](#)
- *You are here:*News
- [Downloads](#)
- [Video](#)

Search

Go
- [Latest News](#)
  - [CNET River](#)
  - [Latest News](#)
  - [Webware](#)
  - [Crave](#)
  - [Business Tech](#)
  - [Green Tech](#)
  - [Wireless](#)
  - [Security](#)
  - [Blogs](#)
  - [Video](#)
  - [Photos](#)
  - [More *Menu*](#)

[Apple](#)



MAY 12, 2008 9:55 AM PDT

# Today's sign that the 3G iPhone is nigh

by **Tom Krazit**

0     Recommend



The iPhone will soon be faster. We'll define 'soon' as between four and six weeks.
(Credit: CNET Networks)

Widespread **iPhone** shortages, combined with an explosion in carrier deals, point to the launch of the next-generation iPhone as right around the corner, according to **Piper Jaffray**.

I know, I know: **this isn't the first time** you've heard that theory. But you have to admit that signs are piling up that a 3G iPhone is in Apple's short-term plans. Let's recap the evidence so far.

The iPhone is currently unavailable at half the Apple retail stores surveyed by Piper Jaffray over the weekend. Both the **8GB and 16GB models are unavailable** from Apple's online store. Shortages have also been reported **in recent weeks in the U.K.** following a price cut.

Also, Apple is adding wireless carriers at a frantic pace. **Canada**, Mexico, Australia, much of Latin America, **four new countries in Asia**, and almost **half of Europe** are now on track to start officially selling iPhones in short fashion. The big Asian prizes, China and Japan, remain outsiders for the moment, but unlocked iPhones are **selling briskly in China** under the table.

Piper Jaffray expects Apple to announce the 3G iPhone at the **Worldwide Developer's Conference** in June (where, believe it or not, **Apple CEO Steve Jobs will deliver a keynote address**). The **iPhone 2.0 software** is expected to arrive by the end of June, which will mark the **one-year anniversary of the iPhone's debut**.

So, those of you who were wondering if you should wait to purchase an iPhone until the 3G model comes out, rest easy. You simply can't buy one now even if you wanted to--or at least, you're going to have trouble finding one.

Case 5:11-cv-01846-LHK   Document 57-18   Filed 05/27/11   Page 4 of 5

## Tom Krazit

Like  253   Full Profile   E-mail Tom Krazit

Tom Krazit writes about the ever-expanding world of Google, as the most prominent company on the Internet defends its search juggernaut while expanding into nearly anything it thinks possible. He has previously written about Apple, the traditional PC industry, and chip companies.

**Topics:** iPhone

**Tags:** Apple, iPhone, 3G, WWDC, Piper Jaffray

**Share:** Digg  Del.icio.us  Reddit  Facebook  Twitter

- Reviews
- All Reviews
- Camcorders
- Car Tech
- Cell Phones
- Digital Cameras
- GPS
- Laptops
- TVs

- News
- All News
- Business Tech
- Crave
- Cutting Edge
- Green Tech
- Security
- Wireless

- Downloads
- Add Your Software
- All Downloads
- Mac
- Mobile
- Software Deals
- Webware
- Windows

- Video
- All Videos
- Apple Byte
- Buzz Report
- CNET Top 5

- Loaded
- Prizefight

- More
- About CBS Interactive
- About CNET
- CNET Deals
- CNET Forums
- CNET Mobile
- CNET Site Map
- CNET Widgets
- Corrections
- Help Center
- Newsletters
- Permissions
- RSS

- Join us on
- Facebook
- LinkedIn
- Twitter
- YouTube

## POPULAR TOPICS:

- Apple iPhone,
- Apple iPod,
- LCD TV,
- Apple iPad,
- Smartphones,
- Windows 7,
- CES 2011,
- Google Android,
- HTC phones,
- Android phones

- © 2011 CBS Interactive. All rights reserved.
- Privacy Policy
- Ad Choice
- Terms of Use
- Mobile User Agreement
- Visit other CBS Interactive sites: Select Site