# Exhibit 20

# Apple Sues HTC for Patent Infringement

CUPERTINO, California—March 2, 2010—Apple® today filed a lawsuit against HTC for infringing on 20 Apple patents related to the iPhone's user interface, underlying architecture and hardware. The lawsuit was filed concurrently with the U.S. International Trade Commission (ITC) and in U.S. District Court in Delaware.

"We can sit by and watch competitors steal our patented inventions, or we can do something about it. We've decided to do something about it," said Steve Jobs, Apple's CEO. "We think competition is healthy, but competitors should create their own original technology, not steal ours."

Apple reinvented the mobile phone in 2007 with its revolutionary iPhone®, and did it again in 2008 with its pioneering App Store, which now offers more than 150,000 mobile applications in over 90 countries. Over 40 million iPhones have been sold worldwide.

**Press Contacts:**
Steve Dowling
Apple
dowling@apple.com
(408) 974-1896

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh and iPhone are trademarks of Apple. Other company and product names may be trademarks of their respective owners.