# Exhibit 21



- HP
- TouchPad
- Phones
- Applications
- Accessories
- Support
- Home

- Search...     Search

- Phones
- 

# palm prē
Full featured for the full-on life.

Out of stock.
- Overview
- Features
- webOS
- Tech specs


Share



### Multitasking

Flip from one open application to another and back again—without losing your place or your information.[1,2] In webOS, open apps appear like cards in a deck that you can move around, minimize, rearrange, or flick offscreen. Swipe your finger left or right to move among your open apps. Then tap to maximize one, like Email. Need to see something in a different app, like an appointment time in your calendar? Swipe your finger to minimize Email, and move over to the Calendar app. It's all so easy.



**Integration**

HP webOS uses the HP Synergy feature to bring together information from multiple sources automatically, so the information you need is all in one place. It gathers contact and calendar information from places like Facebook®, Google™, LinkedIn®, Microsoft® Office Outlook®, and Yahoo!®, and puts it in one view.[3] It recognizes text and IM chats with the same person and combines them in one conversation. And many apps built for webOS are integrated with other apps on the phone, sharing information with each other and doing more for you in fewer steps.



**Intuitive interface**

HP webOS uses multitouch gestures and a touchscreen, which makes navigation fast and easy. Zoom in or out on a web page, move open apps around like cards in a deck, or close apps simply by flicking them offscreen.



**Notifications**

Receive new messages, event reminders, and more without being completely interrupted, so you never miss a thing. These notifications appear at the bottom of the screen, giving you a quick snapshot that you can respond to or ignore with one touch—and without having to close any applications.[1,2] Tap a notification to act on it, or slide it off the screen to dismiss it. If you don't act on a notification after a few seconds, it reduces to a small icon that you can handle later.



### Universal search

Automatically start searching the phone or the web just by typing on the keyboard.[4] HP webOS begins looking for results on the phone—and then offers to search Google, Google Maps, Wikipedia, or Twitter. One tap takes you to the search results from any of these sources.



### Apps

Applications designed for webOS make your phone more powerful, more useful, and more fun. And many take advantage of HP Synergy, allowing you to do more with just a touch. Automatically add an event date to your calendar. Share location information in one step.[1] Both free and paid apps expand what you can do.[5]



### Launcher

Everything is at your fingertips. The Launcher consists of a group of screens that display all your applications. You can change their order by holding an app icon and then dragging it to another place onscreen. You open the Launcher by tapping the arrow icon from Quick Launch.



**Cut, copy, and paste**

It's simple to copy text from one place and paste it in another. You can cut or copy any editable text, such as text from a web page or email. Tap the text to insert the cursor—if the cursor appears, you can edit the text. Then just select the text, choose cut or copy, and insert the cursor where you want to paste it.



**Over-the-air services**

Over-the-air (OTA) software updates keep you up to speed with all the latest enhancements and new features in webOS. The same goes for data backup, which happens automatically each day. You can even erase your data remotely if your phone is lost or stolen.[6]



**Palm profile**

When you set up your phone, you create a Palm profile. This gives you access to over-the-air services like data backup and software updates. Your phone backs up the contacts, calendar events, tasks, and memos that are in your Palm profile, as well as system settings and any apps downloaded to your phone.[6]

- 1. Within wireless coverage area only. Actual speeds may vary. Email, mobile number, and related information required for setup and activation. Required data services sold separately; unlimited plan recommended and may be required. Not all web content may be available.
- 2. Within wireless coverage area only. Microsoft Exchange email available for ActiveSync only; requires Microsoft Outlook using Exchange Server 2003 with SP2 or Exchange Server 2007.
- 3. Performance varies based upon actual usage.
- 4. Within wireless coverage area only.
- 5. Third-party software available separately. Within wireless coverage area only. Requires data services at additional cost.

Palm, Pre, Touchstone, and webOS are trademarks of Palm, Inc., a subsidiary of Hewlett-Packard Company. Facebook is a registered trademark of Facebook, Inc. Google is a trademark of Google, Inc. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn Corporation in the United States and/or other countries. Microsoft is a trademark of the Microsoft group of companies. Need for Speed © 2010 Electronic Arts Inc. EA, the EA logo, and Need for Speed is a trademark of Electronic Arts Inc. in the U.S. and/or other countries. All Rights Reserved. The names, designs, and logos of all products are the property of their respective owners and used by permission. All other trademarks are the property of their respective owners. All screen images simulated.

- **Out of stock** »
- **Charge on contact**

[HP Touchstone Technology gives you an incredibly simple way to charge your Palm smartphone.](#)

Learn how it works

- **Find great apps**

  [Choose from thousands of the most popular apps.](#)

- **Get support**

  [Helpful resources, tips, troubleshooting, and more.](#)

- **Download user guides**

  [Get the user guide for your Palm smartphone.](#)

- **Stay in touch**

  [Receive Palm news and more.](#)

**Palm Pre accessories**

-  HP Touchstone Back Cover - Black
-  HP Touchstone Charging Dock
- Palm Vehicle Power Charger

- 
- About Palm
- Contact us
- Careers
- Developers
- Palm blog
- Legal notices
- Sitemap
- Site Feedback
- Country: USA

© 2011 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein.