# Exhibit 22





## Nice touch

### Touch screen technology
Type in portrait or landscape mode on the beautiful full QWERTY keyboard. If you need to switch from text to talking, just press the familiar BlackBerry® phone buttons below the screen.

### SurePress™ and SureType
Text, email and surf with pinpoint accuracy, and use two fingers to select multiple items. BlackBerry® Storm™ smartphones feature advanced SurePress™ technology with exclusive SureType® technology, which learns your habits as you type.

**FEATURED APPS**

  

**EA NFS Shift**   **ScoreMobile**   **7digital**

## Enhanced multimedia

### Display
View pictures, video and more in over 65,000 colors on the spectacular, high-resolution 480x360 screen.

### Extra memory included
Make 128 MB of flash memory go further by adding the included 1 GB media card to the BlackBerry Storm. Stretch 256 MB by adding the included 2 GB media card to the BlackBerry Storm2.





## Speedy networks

### Global roaming
Stay connected to voice and data when you travel overseas on your BlackBerry® Storm2™ 9550 smartphone with 3G and quad-band GSM® networks.



### Wi-Fi support
Browse and download quickly and reliably with the BlackBerry Storm2 on your home Wi-Fi® network or anywhere there's a wireless hotspot.[1, 2]





**Kobo eReader**   **Thomson Reuters**   **Fixmo**



## Works as hard as you do



### Keep it together
The calendar, calculator, memos and task list work toget[her]
to keep you organized.

### Stay in touch
With reliable voice dialing, mute, conference calling and
built-in speakerphone features, you can be as productive [on]
the go as you are at your desk.

## Get to know your smartphone

**Getting started**
Set up your smartphone, get battery saving tips, learn how to sync your music and more.

▶ Get started now



**Interactive demos**
BlackBerry® Storm2™ 9550 ▶
BlackBerry® Storm™ 9530 ▶



## See the series

Large touch screen. SureType technology. Enhanced multimedia. You can't go wrong with either model.

▶ View the specs


BlackBerry Storm2 9550


BlackBerry Storm 9530

## Accessories


BlackBerry® Music Gateway


BlackBerry® Visor mount speakerphone


Leather swivel holster

▶ See more BlackBerry Storm accessories

## Get it all  Learn more about core BlackBerry smartphone features.

| ✉ Communication | ✓ Productivity | ▶ Multimedia | .ıll Connections |
|---|---|---|---|
| Email & text messaging | Browser | Camera & video | Wi-Fi® |
| Instant messaging | Organizer | Media player | Bluetooth® |
| Voice | SurePress | | Tethered modem |
| Social networking | SureType | | GPS |

[1] Requires activation with appropriate data plan. Check with service provider for availability, costs and restrictions.
[2] The BlackBerry Storm2 9550 smartphone supports Wi-Fi 802.11 b/g. Placing calls over Wi-Fi requires a GAN/UMA network. Not all BlackBerry pla[ns] support Wi-Fi access to BlackBerry services. Check with your service provider for supported services and features.
[3] Certain features require a minimum version of software, and may require BlackBerry Enterprise Server.