# Exhibit 23

LG Life's Good

Back to Mobile Phones

# Axis LGAS740

Join us on Facebook

Search all of LG

OVERVIEW FEATURES GALLERY SPECIFICATIONS REVIEWS RESOURCES ACCESSORIES FUN STUFF

Share : Compare (0) Recently Viewed (0)

- Mobile
- Mobile Phones
- All Phones
- LGAS740

$ **349** Carrier Recommended Price

Recommended Products

C900
Windows® Phone OS 7, 5MP Camera with Fla.....

US: English

Contact Us | Sitemap | Glossary | Buyers' Guide | Jobs | LG Recycling Program | Commercial Customers
Low Bandwidth Site | Public Notices | Privacy | Legal | Copyright 2011 LG Electronics. All Rights Reserved.

