# Exhibit 24

SIGN UP FOR EMAIL UPDATES

Search



| | Experience | Overview | Tech Specs | Compatibility | Support |



 SHARE    ACCESSORIES    SUPPORT    BUY NOW    WEBTOP APP

Certain features, services and applications are network dependent and may not be available in all areas; additional terms, conditions and/or charges may apply. All features, functionality and other product specifications are subject to change without notice or obligation. Contact your service provider for details.

Motorola Home  >  Consumer Product & Services  >  Mobile Phones  > MOTOROLA ATRIX™ 4G

The Office, property of NBC Studios used under license. PrimeTime2Go is a trademark of Quickplay Inc.

Google, Google Search, Google Maps, Gmail, Google Latitude, Google Talk, YouTube, Google Quick Search Box, Android, and Android Market are trademarks of Google, Inc.
DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.

**ATRIX Disclaimer:** Certain features, services and applications are network dependent and may not be available in all areas; additional terms, conditions and/or charges may apply. All features, functionality and other product specifications are subject to change without notice or obligation. Contact your service provider for details.">
More.

**DROID BIONIC Disclaimer:** 4G speeds delivered by Verizon Wireless 4G LTE network, currently available in limited areas. Learn more at http://network4g.verizonwireless.com.

CLIQ 2 Disclaimer:
1. 4G speeds reached on T-Mobile's HSPA+ network, not available everywhere; device peak capability is 10.1 Mbps.
2. Mobile hotspot requires a qualifying data plan and additional Wi-Fi Hotspot and Tethering service.
3. Exchange 2007 only.
4. KINDLE, AMAZONKINDLE, and the AMAZONKINDLE logo are trademarks of Amazon.com, Inc. or its affiliates.
5. BLOCKBUSTER name, design and related marks are trademarks of Blockbuster, Inc.
6. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries.

**ATRIX Disclaimer:** 4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network.

Airtime, data charges, and/or additional charges may apply to applications. Certain applications or features may not be available in all areas. Some listed applications may be trial versions. See your service provider for details.

Less.

**WHO WE ARE**
ABOUT MOTOROLA
CAREERS
CORPORATE RESPONSIBILITY

MEDIA CENTER
PRIVACY POLICY
TERMS OF USE

**MORE FROM MOTOROLA**
DEVELOPERS
INVESTORS

**STAY CONNECTED**

SITE MAP
CONTACT US

**TELL US**
SITE FEEDBACK

CONSUMERS     VIDEO SOLUTIONS     USA  change location

©2011 MOTOROLA MOBILITY, INC. ALL RIGHTS RESERVED

Are you looking for two-way radios, mobile computers, bar code scanners, OEM, wireless broadband networks and other business products and solutions?
Visit Motorola Solutions.