# Exhibit 25

Products & services | Smartphones | Support | Community

# XPERIA PLAY

Sign up

## NEED /
## ANDROID SMARTPHONE

Need a superfast, super efficient smartphone to manage your super busy life? You got it. The Xperia™ PLAY, powered by the latest Android smartphone platform, has everything you need.

The Xperia(TM) PLAY is now the official mobile handset of Major League Gaming, the world's largest gaming community. Want to get your game on, find out more here

Find out more here



WANT

Buy Now



**Looking for?**
A phone
Extras
Buy now
Car accessories

**Your phone**
User guides
Product software
Troubleshooting
Manage your phone

**More from Sony Ericsson**
Developer World
Facebook
Special Needs Center
Sign up for news
Technology Innovation
Support Forum
Find us follow us talk to us

**Company & press**
This is us
Sustainability
Company
Jobs & Careers
Press resources

**Explore & share**

Change location & language
U.S. - English

Global Website | Retailers | Legal | Sony | Ericsson | Contact us | Software security
Copyright © 2010 Sony Ericsson Mobile Communications AB. All rights reserved