Exhibit 26

