# Exhibit 27

# Erik Olson

| | |
|---|---|
| **From:** | Bartlett, Jason R. [JasonBartlett@mofo.com] |
| **Sent:** | Friday, May 27, 2011 10:06 AM |
| **To:** | Erik Olson |
| **Cc:** | Charles K Verhoeven; Kevin Johnson; Margret Caruso; Michael T Zeller; McElhinny, Harold J.; Jacobs, Michael A.; Taylor, Jennifer Lee (SF); Kim, Grant L.; Todd Briggs; Victoria Maroulis |
| **Subject:** | RE: Case No. 11-cv-01846-LHK (N.D. Cal.): Correspondence |

Erik,

We are not comfortable stipulating to a hearing date that the court did not allow you to reserve. Also, it looks like the court wants to consider the timing of the hearing after the moving papers are filed. If you want to file a motion to set a schedule consistent with our earlier exchange (*i.e.*, you file on May 27, we file a response on June 2, you file a reply on June 7) we will not oppose it.

Jason

---

**From:** Erik Olson [mailto:erikolson@quinnemanuel.com]
**Sent:** Thursday, May 26, 2011 2:08 PM
**To:** Bartlett, Jason R.
**Cc:** Charles K Verhoeven; Kevin Johnson; Margret Caruso; Michael T Zeller; McElhinny, Harold J.; Jacobs, Michael A.; Taylor, Jennifer Lee (SF); Kim, Grant L.; Todd Briggs; Victoria Maroulis
**Subject:** Case No. 11-cv-01846-LHK (N.D. Cal.): Correspondence

Dear Jason,

Attached is a draft stipulated request to shorten the briefing schedule on Samsung's motion to compel. Please let us know by 10 a.m. tomorrow morning whether Apple will join the stipulation, and if so, whether you have any edits to it.

We spoke to Judge Koh's courtroom deputy yesterday morning. She instructed us to notice the motion for September 1, and that chambers will decide whether to grant the shortened schedule after receiving the moving papers and the request to shorten time.

Regards,

Erik

**Erik Olson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111

1

415-875-6410 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
erikolson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------