QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S UNOPPOSED CIVIL L.R. 6-3 MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING SCHEDULE ON SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY**<br><br>Honorable Lucy H. Koh<br>United States District Judge |

**Relief Requested**

Pursuant to Civil Local Rule 6-3, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") respectfully request that the Court shorten the briefing and hearing schedule on Samsung's Motion to Compel Apple to Produce Reciprocal Expedited Discovery (the "Motion to Compel"), filed contemporaneously with the instant motion.  Samsung requests the Court to shorten time on these proceedings as follows:

- Samsung's Opening Brief on its Motion will be due on or before May 27, 2011;
- Apple's Opposition to Samsung's Motion will be due on or before June 2, 2011;
- Samsung's Reply in support of its Motion will be due on or before June 7, 2011; and
- If the Court's schedule permits, a hearing on Samsung's Motion shall be held on June 9, 2011 at 1:30 p.m., or as soon thereafter as counsel may be heard.

**Reasons for the Request to Shorten Time**

On May 18, 2011, the Court issued a written order granting Apple limited expedited discovery of Samsung's future products, including Samsung's production to Apple of "[t]he latest iteration of product samples for the Galaxy S2, Galaxy Tab 8.9, Galaxy Tab 10.1, Infuse 4G, and 4G LTE (or 'Droid Charge')," as well as the latest iterations of the packaging and packaging inserts for these products.  (Order Granting Limited Expedited Disc. (D.N. 52), at 6.)  Apple requested this discovery from Samsung "for the express purpose of evaluating a motion for a preliminary injunction directed at products to be released in the near future."  (Apple's Reply In Support of Mot. to Expedite Disc. (D.N. 34), at 6.)

On May 16, after the hearing on Apple's Motion to Expedite Discovery, Samsung requested that Apple produce samples of the final, commercial version of the next generation iPhone and iPad that Apple will release, as well as the final version of the packaging in which these products will be delivered to retail customers and the final version of the insert(s) that will be included within such packaging.  (Declaration of Todd M. Briggs In Support of Samsung's Motion to Compel Apple to Produce Reciprocal Expedite Discovery and Unopposed Civil L.R. 6-

3 Motion to Shorten Time ("Briggs Decl.") Ex. 10.) Samsung requested this discovery to determine whether there will be a likelihood of confusion between the Samsung and Apple products that will be in the market at the same time. (Id.; Briggs Decl. at ¶ 33.) Apple informed Samsung that Apple does not believe that the discovery that Samsung has requested will be relevant to the resolution of a motion for a preliminary injunction that Apple will bring in this lawsuit. (Briggs Decl. Ex. 12.) Apple has refused to produce the discovery that Samsung has requested, and has not agreed to provide any discovery prior to its filing of a preliminary injunction motion. (Id.; Briggs Decl. ¶ 38.) Samsung seeks resolution of this discovery dispute on a shortened schedule so that it is not prejudiced in defending against Apple's motion for a preliminary injunction by Apple's early access to Samsung's products and Samsung's delayed access to the discovery that it seeks from Apple. (Briggs Decl. ¶ 39.)

**Samsung Sought Apple's Stipulation to Shorten Time**

On May 24, 2011, counsel for Apple sent a letter to counsel for Samsung stating that Apple was "prepared to address [Samsung's Motion to Compel] on the expedited schedule" set forth above. (Briggs Decl. Ex. 13.) On May 26, 2011, Samsung provided Apple with a draft of a stipulated request to shorten the briefing and hearing schedule accordingly. (Briggs Decl. Ex. 27.) On May 27, 2011, Apple's counsel replied that Apple declined to join the stipulated request. (Briggs Decl. Ex. 27.) However, Apple's counsel stated that Apple would not oppose any motion that Samsung filed seeking the proposed briefing schedule on its Motion to Compel. (Id.)

**Samsung Will Be Prejudiced If the Court Does Not Shorten Time**

Currently, Samsung must produce to Apple samples of the latest iterations of the Galaxy S2, Galaxy Tab 8.9, Galaxy Tab 10.1, Infuse 4G and 4G LTE, and those products' packaging and packaging inserts by June 17. (See Order Granting Limited Expedited Disc. (D.N. 52), at 6.) Samsung was instructed by the Court's courtroom deputy to notice its Motion to Compel for September 1. But if Samsung's Motion to Compel is not heard until September 1, Apple will have approximately two and a half months to use Samsung's product samples and other discovery to work up its motion for a preliminary injunction and supporting evidence. In the meantime,

Samsung would not have the relevant discovery from Apple that it seeks to prepare its defense to such a motion. Any delay in resolving the current discovery dispute would thus prejudice Samsung's ability to defend itself on the merits against any motion for a preliminary injunction that Apple brings. (Briggs Decl. ¶ 45.)

**Prior Time Modifications**

On Monday, April 19, 2011, Apple filed a Motion to Expedite Discovery. (D.N. 10.) Also on April 19, Apple filed a Motion to Shorten Time for Briefing and Hearing on its Motion to Expedite Discovery ("Motion to Shorten Time"). (D.N. 12.) The Court granted in part Apple's Motion to Shorten Time, resulting in an approximately 12-day shortening of the briefing and hearing schedule on Apple's Motion to Expedite Discovery that would have otherwise been allowable under the Local Rules. (D.N. 26)

**Effect of Requested Modification**

The requested modification should have no effect on the rest of the schedule in this action.

**Conclusion**

For all the foregoing reasons, Samsung respectfully requests that its Motion To Shorten Time For Briefing And Hearing Schedule On Samsung's Motion To Compel Apple To Produce Reciprocal Expedited Discovery be granted, and that the Court order the following schedule:

- Samsung's Opening Brief on its Motion to Compel will be due on or before May 27, 2011;
- Apple's Opposition to Samsung's Motion to Compel will be due on or before June 2, 2011;
- Samsung's Reply in support of its Motion to Compel will be due on or before June 7, 2011; and
- If the Court's schedule permits, a hearing on Samsung's Motion to Compel shall be held on June 9, 2011 at 1:30 p.m., or as soon thereafter as counsel may be heard.

| | |
|---|---|
| 1  DATED: May 27, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Victoria F. Maroulis
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC