1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc. and
14 Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED CIVIL L.R. 6-3 MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING SCHEDULE ON SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Honorable Lucy H. Koh<br>United States District Judge |

02198.51855/4163357.1

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO SHORTEN TIME**

**[PROPOSED] ORDER**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") have moved this Court for an order to Shorten Time For the Briefing And Hearing Schedule On Samsung's Motion To Compel Apple To Produce Reciprocal Expedited Discovery (the "Motion to Shorten Time").

Having considered Samsung's Motion to Shorten Time, the declaration cited therein, and all pleadings and other papers in support thereof; there being no opposition filed or otherwise argued; and having found good cause appearing, the Court ORDERS that the briefing and hearing schedule on Samsung's Motion to Compel Apple to Produce Reciprocal Expedited Discovery (the "Motion to Compel") shall proceed as follows:

- Samsung's Opening Brief on its Motion to Compel will be due on or before May 27, 2011;
- Apple's Opposition to Samsung's Motion to Compel will be due on or before June 2, 2011;
- Samsung's Reply in support of its Motion to Compel will be due on or before June 7, 2011; and
- The hearing on Samsung's Motion to Compel shall be held on June 9, 2011 at 1:30 p.m., or as soon thereafter as counsel may be heard.

**IT IS SO ORDERED.**

DATED: _____ , 2011                                       _____

                                                          LUCY H. KOH

                                                          United States District Judge

-1-   Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO SHORTEN TIME**

02198.51855/4163357.1