UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING IN PART MOTION TO SHORTEN TIME |

On May 27, 2011, Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") moved to shorten time for hearing and briefing the motion to compel that Samsung filed the same day. Samsung seeks to have its motion to compel heard on June 9, 2011, less than two weeks after the motion was filed with the Court. The deadline for opposing Samsung's motion to shorten time has passed, *see* Civ. L.R. 6-3(c), and no opposition has been filed.

Having considered materials submitted, the Court hereby grants in part Samsung's motion to shorten time. Samsung's motion to compel shall be briefed and argued as follows:

(1) Apple's opposition brief is due Tuesday, June 7, 2011;

(2) Samsung's reply is due Friday, June 10, 2011;

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART MOTION TO SHORTEN TIME

(3) The Court will hold a hearing, if necessary, on Friday, June 17, 2011, at 1:30 p.m. If the motion can be resolved without oral argument, the Court will inform the parties and vacate the motion hearing.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
LUCY H. KOH
United States District Judge