HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 79-5 and 7-11, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the Declaration of Richard J. Lutton in Support of Apple's Opposition to Defendants' Motion to Compel Apple to Produce Reciprocal Expedited Discovery (the "Lutton Opposition Declaration"), and portions of Apple's opposition brief that reference this declaration.

1   Apple has established good cause to permit filing this information under seal through the
2   Declaration of Jayna R. Whitt in Support of Apple's Administrative Motion to File Documents
3   Under Seal (the "Whitt Sealing Declaration"), filed herewith.  The Lutton Opposition Declaration
4   contains information relating to Apple's confidential business practices, including its product
5   launch and marketing strategies, as well as certain of its policies for preserving the secrecy and
6   confidentiality of its product development.  (Whitt Sealing Decl. at ¶ 2.)  It is Apple's policy and
7   practice not to disclose such information because it is confidential to Apple.  (*Id*.)  This
8   information is indicative of the way in which Apple manages its business affairs and conducts
9   product development, and thus can be used by Apple's competitors to its disadvantage. (*Id*.)  In
10  order to narrowly tailor the requested sealing to only sealable material, Apple has limited its
11  request to the Lutton Opposition Declaration and the unredacted version of Apple's Opposition to
12  Defendants' Motion to Compel Apple to Produce Reciprocal Expedited Discovery, which
13  references confidential Apple information contained in the Lutton Opposition Declaration.
14  In conclusion, Apple requests that the Court order that the Lutton Opposition Declaration
15  and portions of Apple's opposition brief referencing this declaration be filed under seal.  Counsel
16  for the Samsung defendants has stipulated to Apple's motion.  (Decl. of Jason Bartlett in support
17  of Apple's Administrative Motion to File Documents Under Seal, filed herewith, at ¶ 2.)

Dated:  June 7, 2011

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
JASON R. BARTLETT
MORRISON & FOERSTER LLP

By:  /s/ Michael A. Jacobs
         MICHAEL A. JACOBS

         Attorneys for Plaintiff
         APPLE INC.

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL                                         1
Case No. 4:11-cv-01846-LHK
sf-3004104

**ECF ATTESTATION**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file the following document: APPLE'S ADMINSTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.  In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs has concurred in this filing.

Dated: June 7, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER** LLP

By:  /s/ Jason R. Bartlett
      JASON R. BARTLETT