HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**DECLARATION OF JAYNA R. WHITT IN SUPPORT OF APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Jayna R. Whitt, do hereby declare as follows:

1. I hold the position of Director, Patent Litigation at Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal. If called as a witness, I could and would testify competently as follows.

2. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the Declaration of Richard J. Lutton in Support of Apple's Opposition to Defendants' Motion to Compel Apple to Produce Expedited Reciprocal Discovery (the "Lutton Opposition Declaration"), and portions of Apple's opposition brief that reference this declaration. Specifically, the Lutton Opposition Declaration contains information relating to Apple's product launch and marketing strategies, as well as its business practices. Apple does not to disclose or comment on speculation about its business practices. This information can be used by Apple's competitors to its disadvantage.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 7th day of June, 2011, at Cupertino, California.

Dated: June 7, 2011                    By: /s/ Jayna R. Whitt
                                            Senior Director and Chief Patent Counsel at Apple Inc.

## ECF ATTESTATION

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file the following document: DECLARATION OF JAYNA R. WHITT IN SUPPORT OF APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.  In compliance with General Order 45, X.B., I hereby attest that Jayna R. Whitt has concurred in this filing.

Dated: June 7, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER** LLP

By:  /s/ Jason R. Bartlett
     JASON R. BARTLETT

DECLARATION OF JAYNA R. WHITT ISO APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 4:11-cv-01846-LHK
sf-3004768

2