| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

I, Jason R. Bartlett, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. On June 7, 2011, counsel for the Samsung defendants stipulated to Apple's filing under seal portions of Apple's Opposition to Samsung's Motion to Compel Apple to Produce Reciprocal Expedited Discovery and the Declaration of Richard J. Lutton in support of the same.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed this 7th day of June, 2011, at San Francisco, California.

Dated: June 7, 2011                    By: /s/  Jason R. Bartlett
                                            JASON R. BARTLETT

DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL         1
Case No. 4:11-cv-01846-LHK
sf-3004135