| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff Apple Inc. ("Apple") has moved to file the following documents under seal: (1) the unredacted version of Apple's Opposition to Samsung's Motion to Compel Apple to Produce Reciprocal Expedited Discovery; and (2) the declaration of Richard J. Lutton in support of Apple's opposition.  The Samsung defendants have stipulated to this motion.

1

[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE DISCOVERY

sf-3004644

1 | Having considered the stipulated motion and the declarations cited therein, and finding good cause therefore, the Court hereby grants Apple's Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated: _____, 2011        By: _____
                                                            LUCY H. KOH
                                                            UNITED STATES DISTRICT JUDGE