# Exhibit 1

```
1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5
     APPLE INC., A CALIFORNIA     )  C-11-01846 LHK
6    CORPORATION,                 )
                                  )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,         )
                                  )  MAY 12, 2011
8         VS.                     )
                                  )  PAGES 1-52
9    SAMSUNG ELECTRONICS CO.,     )
     LTD., A KOREAN BUSINESS      )
10   ENTITY; SAMSUNG              )
     ELECTRONICS AMERICA,         )
11   INC., A NEW YORK             )
     CORPORATION; SAMSUNG         )
12   TELECOMMUNICATIONS           )
     AMERICA, LLC, A DELAWARE     )
13   LIMITED LIABILITY            )
     COMPANY,                     )
14                                )
               DEFENDANTS.        )
15   _____

16                   TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
17                 UNITED STATES DISTRICT JUDGE

18

19

20                  APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
25


                                                                1
```

```
 1
 2    A P P E A R A N C E S:

 3    FOR THE PLAINTIFF:   MORRISON & FOERSTER
                           BY:  HAROLD J. MCELHINNY,
 4                              MICHAEL A. JACOBS,
                                JASON R. BARTLETT, AND
 5                              GRANT L. KIM
                           425 MARKET STREET
 6                         SAN FRANCISCO, CALIFORNIA  94105

 7    ALSO PRESENT:        MAUREEN MCCALL AND JAMES WITT

 8

 9    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
10                         BY:  CHARLES K. VERHOEVEN AND
                                ERIK C. OLSON
11                         50 CALIFORNIA STREET, 22ND FLOOR
                           SAN FRANCISCO, CALIFORNIA  94111
12
                           BY:  VICTORIA F. MAROULIS AND
13                              KEVIN P.B. JOHNSON
                           555 TWIN DOLPHIN DRIVE
14                         SUITE 560
                           REDWOOD SHORES, CALIFORNIA  94065
15
16
17
18
19
20
21
22
23
24
25
```

                                                                    2

1           THE COURT: YES.
2           MR. VERHOEVEN: IF WE'RE GOING TO HAVE
3  EXPEDITED DISCOVERY FOR THE EXPRESS PURPOSE OF THEM
4  FILING A MOTION FOR PRELIMINARY INJUNCTION, WHICH
5  WE OPPOSE, YOUR HONOR, BUT IF THAT'S WHAT'S GOING
6  TO HAPPEN, IN ALL FAIRNESS, SHOULDN'T THAT
7  DISCOVERY BE RECIPROCAL?
8           AND I WOULD REQUEST -- I DON'T KNOW
9  WHETHER WE WOULD GO TO THE MAGISTRATE BECAUSE I
10 KNOW THE MAGISTRATE'S BEEN ASSIGNED, BUT THERE ARE
11 THINGS THAT WE FAIRLY SHOULD BE ENTITLED TO GET,
12 THROUGH DISCOVERY, TO OPPOSE A PRELIMINARY
13 INJUNCTION, SUCH AS ANY EVIDENCE THEY HAVE OF ANY
14 CONFUSION, OR LACK OF CONFUSION, BETWEEN THESE
15 PRODUCTS AND APPLE PRODUCTS; ANY DOCUMENTS
16 CONCERNING GOOD WILL; LOSS OF GOOD WILL; MARKET
17 SHARE; REPUTATION TO APPLE THROUGH THE INTRODUCTION
18 OF THESE.
19          IF THEY'VE DONE RESEARCH SURVEYS OR
20 STUDIES RELATING TO LIKELIHOOD OF CONFUSION, WE
21 WOULD BE ENTITLED TO THOSE IF WE WERE TO FAIRLY
22 OPPOSE A PRELIMINARY INJUNCTION MOTION.
23          THE COURT: WHAT'S YOUR RESPONSE TO THAT?
24          MR. MCELHINNY: MY RESPONSE TO THAT, YOUR
25 HONOR, IS THAT THE RULES SET OUT THE BASIS FOR

1    THIS.
2              THERE'S BEEN NO REQUEST -- I MEAN, WE
3    FILED THREE BRIEFS HERE.  THERE'S BEEN NO REQUEST.
4              THE WAY DISCOVERY STARTS IN THIS
5    DISTRICT, WHICH IS A MEET AND CONFER ABOUT WHAT
6    THEY REASONABLY NEED, IF THEY'RE GOING TO NEED IT
7    TO OPPOSE AN INJUNCTION AND IF IT'S REASONABLE AND
8    IF YOUR HONOR IS GOING TO GIVE IT TO THEM, WE'LL
9    RESOLVE THAT.
10             I HAVE SAID NOW TWICE THAT WE'RE WILLING
11   TO LIVE BY THE RULES THAT YOU SET FOR US, BECAUSE
12   WE WANT AN INJUNCTION HERE AND WE'RE NOT GOING TO
13   GET AN INJUNCTION HERE IF WE'RE NOT RECIPROCAL IN
14   DISCOVERY.  I UNDERSTAND THAT.
15             THE COURT:  OKAY.  SO I'M HEARING THAT
16   YOU ARE WILLING, THEN, TO AGREE TO SOME EXPEDITED
17   PRODUCTION OF YOUR OWN.
18             MR. MCELHINNY:  YES.  THE ANSWER TO THAT
19   IS YES, AS YOUR HONOR STATES IT.
20             CAN I SUGGEST, ON THE DEPOSITION ISSUE --
21             THE COURT:  YES.
22             MR. MCELHINNY:  -- THAT WE WILL ACCEPT
23   THEIR GOOD FAITH IF THEY GIVE US A PERSON THAT
24   THEY'RE GOING TO CERTIFY AS, YOU KNOW,
25   KNOWLEDGEABLE ON THESE AREAS, WE WILL TAKE IT AS A

```
1                THE COURT:  -- YOU WOULD NEED TO SHOW
2     WHATEVER --
3                MR. MCELHINNY:  I AGREE.
4                THE COURT:  -- WAS PRODUCED TO YOUR
5     IN-HOUSE COUNSEL.
6                MR. MCELHINNY:  I AGREE.
7                THE COURT:  IF YOU'VE ALREADY GOT IT,
8     YOU'VE GOT IT, RIGHT?
9                MR. MCELHINNY:  I AGREE WITH YOUR HONOR.
10               I MISUNDERSTOOD.  I AGREE WITH YOUR
11    HONOR.
12               THE COURT: ALL RIGHT. OKAY. WELL,
13    THAT'S STILL MY -- YOU KNOW, I -- THIS IS WHAT I'M
14    GOING TO DO:  I'M GOING TO GO AHEAD AND I THINK --
15    I DON'T WANT TO BE OVERWHELMED WITH PAPER, SO I
16    THINK WE NEED TO SET A FURTHER CMC OR SOMETHING,
17    BECAUSE OTHERWISE I THINK A LOT OF INTERIM MOTIONS
18    WILL PROBABLY BE FILED.
19               SO AT THIS POINT I WOULD GO AHEAD AND
20    ORDER THAT ONE SAMPLE, THE PACKAGE AND THE PACKAGE
21    INSERT, BE PRODUCED WITHIN 30 DAYS PURSUANT TO THE
22    PATENT LOCAL RULE 2-2'S INTERIM MODEL PROTECTIVE
23    ORDER, WITH NO IN-HOUSE COUNSEL REVIEW AT ALL AND
24    THE PATENT PROSECUTION BAR AS STRICT AS SAMSUNG
25    WANTS; NO INDIVIDUAL DEPOSITION OR 30(B)(6); AND NO
```

1       MARKETING MATERIALS.
2                 NOW, IF SOMETHING CHANGES, I GUESS YOU
3       COULD COME BACK AND ASK.
4                 AT THIS POINT, I DON'T THINK THAT
5       SAMSUNG'S REQUEST FOR MUTUAL DISCOVERY IS RIPE, BUT
6       YOU CAN PURSUE THAT FOR SOME TYPE OF RECIPROCAL
7       DISCOVERY.
8                 AND WHY DON'T WE SET A TIME, LIKE A
9       FURTHER CMC MAYBE -- OR I GUESS WE CAN JUST WAIT
10      AND SEE WHAT, IF ANYTHING, GETS FILED AND THEN
11      WE'LL SET IT THEN.  BUT I JUST ANTICIPATE THAT
12      THERE MAY BE ISSUES.
13                MR. MCELHINNY:  MAY I --
14                THE COURT:  OKAY?
15                MR. MCELHINNY:  MAY I INQUIRE, YOUR
16      HONOR?
17                THE COURT:  YES.
18                MR. MCELHINNY:  AGAIN, I'M IN THE SAME
19      MINDSET THAT I DON'T KNOW OF ANY OTHER ISSUES.
20                THE COURT:  YES.
21                MR. MCELHINNY:  BUT WE GOT AN ORDER
22      ASSIGNING DISCOVERY MATTERS IN THIS CASE TO
23      MAGISTRATE JUDGE GREWAL.
24                THE COURT:  WELL, SINCE I'VE ISSUED THIS
25      ORDER, IF THERE'S ANY FOLLOW-UP REGARDING THIS

<u>CERTIFICATE OF REPORTER</u>

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595