# Exhibit 3

quinn emanuel  trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5020**

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

June 1, 2011

<u>VIA E-MAIL</u>

Jason R. Bartlett, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Re:   Apple, Inc. v. Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., <u>Samsung Telecommunications America, LLC, Case No. 11-cv-1846-LHK (N.D. Cal.)</u>

Dear Jason:

This responds to your May 31, 2011 letter to Victoria Maroulis. Your assertion that our motion to compel mischaracterizes the record is incorrect, and we decline your request that we withdraw it.

While we do not address all the points raised in your letter, one warrants immediate correction. Your statement that I "explained that Samsung is no longer seeking the discovery that Mr. Verhoeven requested during the hearing" is wrong. We trust you simply misremember the conversation. During our May 23 teleconference, I explained that the Court's May 18, 2011 "Order Granting Limited Expedited Discovery" defined the scope of information the parties were required to produce to one another during the limited expedited discovery period. This includes the product samples, packaging, and packaging inserts we requested relating to Apple's future iPhone and iPad products. I in no way disavowed Samsung's right to seek additional discovery beyond this. Furthermore, Ms. Maroulis' May 16 letter to you also made clear that Samsung may request additional discovery from Apple:

> Unless and until we learn more information from Apple about what

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

>products, and on what basis, Apple intends to move for a preliminary injunction, Samsung cannot narrowly tailor its requests for additional discovery necessary to defend against Apple's motion. Accordingly, by requesting the specific product samples, packaging and packaging inserts described above, Samsung in no way waives its right to seek further discovery relevant to Samsung's defense against any potential preliminary injunction motion Apple may file in these proceedings.

Thus, Samsung has explicitly reserved its right – and hereby reiterates its right – to seek discovery beyond the specific product samples, packaging, and packaging inserts that are the subject of Samsung's currently pending motion to compel.

Sincerely,

Todd M. Briggs

02198.51855/4169183.1