Exhibit 6

Case 5:11-cv-01846-LHK   Document 61-6   Filed 06/07/11   Page 2 of 3

Mac
iPod
iPhone
iPad
iTunes
Support

iPhone 4 images

# iPhone 4 Sales Top 1.7 Million

CUPERTINO, California—June 28, 2010—Apple® today announced that it has sold over 1.7 million of its iPhone® 4 through Saturday, June 26, just three days after its launch on June 24. The new iPhone 4 features FaceTime®, which makes video calling as easy as one tap, and Apple's new Retina display, the highest resolution display ever built into a phone, resulting in stunning text, images and video.

"This is the most successful product launch in Apple's history," said Steve Jobs, Apple's CEO. "Even so, we apologize to those customers who were turned away because we did not have enough supply."

iPhone 4 also features a 5 megapixel camera with LED flash, HD 720p video recording, Apple's A4 processor, a 3-axis gyro and up to 40 percent longer talk time—in a beautiful all-new design of glass and stainless steel that is the thinnest smartphone in the world.

iPhone 4 comes with iOS 4, the newest version of the world's most advanced mobile operating system, which features Multitasking, Folders, enhanced Mail, deeper Enterprise support and Apple's new iAd mobile advertising platform.

Pricing & Availability
iPhone 4 is available in the US for a suggested retail price of $199 (US)* for the 16GB model and $299 (US) for the 32GB model in both Apple and AT&T's retail and online stores, Best Buy, Radio Shack and Wal-Mart stores. iPhone 4 is also available in the UK, France, Germany and Japan and will be available in an additional 18 countries by the end of July—Australia, Austria, Belgium, Canada, Denmark, Finland, Hong Kong, Ireland, Italy, Luxembourg, Netherlands, Norway, New Zealand, Singapore, South Korea, Spain, Sweden and Switzerland.

*Qualified customers only. Requires a new two year AT&T rate plan, sold separately.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork, and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

Press Contacts:
Natalie Harrison
Apple
harri@apple.com
(408) 862-0565

Natalie Kerris
Apple
nat@apple.com
(408) 974-6877

NOTE TO EDITORS: For additional information visit Apple's **PR website**, or call Apple's Media Helpline at (408) 974-2042.

Case 5:11-cv-01846-LHK   Document 61-6   Filed 06/07/11   Page 3 of 3

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone and FaceTime are trademarks of Apple. Other company and product names may be trademarks of their respective owners.