# Exhibit 12

The New York Times
# Bits
Business ■ Innovation ■ Technology ■ Society

JANUARY 7, 2011, 4:38 PM

## Is It Finally Time for the Verizon iPhone?

By **MIGUEL HELFT**

Just yesterday, Verizon's top executives had the attention of the world's technology press during a keynote speech and news conference at the Consumer Electronics Show in Las Vegas. The events left some disappointed: Verizon had little new to announce, and in particular, there was no announcement about an iPhone running on Verizon Wireless.

Now Verizon has invited reporters to an unexpected red carpet event at Lincoln Center in New York on Tuesday. Speculation is rampant across the Web that this time Lowell McAdam, Verizon's president, will finally announce that the iPhone is coming to Verizon. And all signs suggest it is.

A reporter for The Loop, a Web site dedicated to Apple news, was invited. Another Apple news site reports that employees of Verizon stores have been told to attend mandatory training sessions later this month for "an iconic pre-order." And BoyGeniusReport, a gadget site, reports that Apple retail store employees have been barred from taking vacation in early February.

So the consensus is that Mr. McAdam will announce the iPhone on Verizon on Tuesday and that the device will go on sale in a few weeks.

A representative for Verizon did not immediately return a call for comment. A spokeswoman for Apple declined to comment.

We have known for some time that early this year Apple planned to make the iPhone available on Verizon, ending AT&T's exclusivity on the coveted smartphone in the United States.

But another question is whether Apple executives will be on stage at the New York event. Don't count on Steven P. Jobs, the company's chief executive, to be there. Apple typically announces new iPhone carriers through press releases. Then again, Verizon is not just another carrier. So perhaps another Apple executive will make the trip.

Whatever the case, whenever the iPhone comes to Verizon, demand from customers is expected to be huge.

Copyright 2011 The New York Times Company | Privacy Policy | NYTimes.com 620 Eighth Avenue New York, NY 10018