Exhibit 13

# SlashGear

Feeding Your Gadget and Tech Obsessions
Tip Us
SlashGear JP

**Submit Query**



- Wii U Announced and Detailed in Full



- PokeMon Black and White Announced for Nintendo 3DS Pokedex 3D in Tow – for FREE!



- E3 Nintendo Keynote Opens with Zelda Orchestra, Four New Zelda Titles



- E3 2011: Sony NGP Officially PS Vita [Updated with VIDEO]



- Sony Announces 3D Bombshell at E3 2011



- Apple WWDC 2011 Super Wrap-Up



- Apple's Compelling New Features Means Continued Consumer Appeal



- iTunes "Match" Revealed As iCloud Music Scanning Option

- Meet the new Super Phones and Tablets

- Home
- Reviews
- Columns
- Archive
- Videos
- GALLERY
- Phones / Tablets

SlashGear on Facebook
Trending   Galaxy S II Review   E3 2011   WWDC 2011   iCloud   Sensation Review   4G   Super Phones/Tablets

## Apple netbook rumors persist: 10-inch touchscreen order confirmed?

**Chris Davies**, Mar 11th 2009  Discuss [0]


0
Like

0

Case 5:11-cv-01846-LHK   Document 61-13   Filed 06/07/11   Page 3 of 4





Worth Reading?

+9 [11 votes]

Further momentum for the Apple netbook rumor, as Reuters claims an unnamed source <u>has confirmed</u> 10-inch touchscreens have been ordered by the company.  The source, who is supposedly close to Taiwanese touchscreen-specialist Wintek – the manufacturer tipped to provide Apple with the multitouch <u>hardware</u> in the second half of 2009 – has said he doesn't know which products the panels are intended for, but the assumption is that Apple are planning to develop an ultraportable computer.



What isn't clear is whether Reuters' source is different from that reported by the Dow Jones Newswire <u>earlier this week</u>, or the <u>Chinese-language paper Commercial Times</u>, or if they're rehashing existing rumors.  A Wintek spokesperson has confirmed that Apple is a major client of the company – they already provide the iPhone touch panels – but declined to comment on new products.

Earlier rumors have suggested that Quanta Computer are building the <u>touchscreen</u> Apple device, although the manufacturer themselves – like Apple – have declined to comment.  It's unclear whether the new Apple device would conform to a netbook or tablet form-factor.

**Microsoft® Windows Azure**
Create, Deploy and Manage Web Apps With Windows Azure. Watch Tutorials
Microsoft.com/Cloud/WindowsAzure
AdChoices

**RELEVANT ENTRIES:**

- VAIO Hybrid PC Featuring Sony's Thunderbolt Port?
- iPad is Iconic says new Apple ad; 60,000 iPad apps available [Video]
- Steve Jobs Declared Person of the Year by Financial Times

**Tags:**

Apple, computing, laptop, multitouch, netbook, rumor, touchscreen



SUBSCRIBE VIA **RSS** OR **EMAIL** | READ **7,829** TIMES

## Must Read Bits & Bytes



- PC Free Cuts the iOS 5 Cable

- iCloud Revealed and Detailed 
- Microsoft E3 leak: Halo 4 confirmed; Kinect Fun Labs games detailed [Video] 
- WWDC 2011: Steve Jobs keynote liveblog tomorrow! 
- iOS 5 gets tethered Jailbreak after only hours in wild 

## More Must Read Bits & Bytes »

**Add New Comment**

Optional: Login below.

Image

Post as …

**Showing 0 comments**

Sort by  Newest first     Subscribe by email     Subscribe by RSS

Real-time updating is **enabled**. (Pause)