# Exhibit 14

Gadget Lab
Hardware News and Reviews
Previous post
Next post

# *WSJ*: Verizon iPhone Debuts Early 2011

By Brian X. Chen ✉ 🅱  October 6, 2010  |  2:29 pm  |  Categories: Phones
@bxchen · 8,844 followers



Apple will begin mass producing a Verizon-compatible iPhone that will debut in early 2011, *The Wall Street Journal* reported Wednesday.

The Verizon iPhone will be similar to the iPhone 4 in design and be based on the CDMA standard used by Verizon, according to WSJ, who cites "people briefed by Apple."

Apple does not officially comment on product rumors.

WSJ's latest article is slightly inconsistent with its March report claiming that Apple would begin mass producing a CDMA-compatible iPhone in September. The March report did not suggest a release date for a presumed Verizon iPhone.

Technology observers have learned to take Verizon iPhone rumors with a big grain of salt. Speculation about a Verizon iPhone has run wild ever since the original iPhone's launch on AT&T. Multiple publications have published rumors claiming different release dates for the fabled device (see part of the list below).

*Wired* magazine's Fred Vogelstein published a feature in July illustrating that a Verizon iPhone is stifled by complicated business negotiations, not technical limitations; Steve Jobs has actively considered splitting with AT&T for over a year.

**See Also:**

- Analyst Predicts Verizon iPhone Announcement Next Week
- AT&T Sees No Threat in a Verizon iPhone
- Verizon CEO Throws Wet Blanket on iPhone Rumors
- WSJ: Apple to Produce Verizon iPhone in September
- Bloomberg: Verizon to Launch iPhone in 2011
- Verizon to Apple: We Want the iPhone
- Big Chunk of Verizon Customers Would Switch to an iPhone
- Apple's Contract With AT&T Does Not Quash Verizon Rumor

*Photo of an AT&T-compatible iPhone 4: Jon Snyder/Wired.com*

Brian is a Wired.com technology reporter focusing on Apple and Microsoft. He recently wrote a book about the always-connected mobile future called *Always On* (publishing June 7, 2011 by Da Capo).
Follow @bxchen and @gadgetlab on Twitter.

Tags: Apple, iPhone, rumors, Verizon, WSJ
Post Comment  |  Permalink

Login
**Add New Comment**


Type your comment here.

Real-time updating is **enabled**. (Pause)

Sort by popular now

**Showing 1 comment**



**doyama**

Isn't this like the 10th time they've 'confirmed' a Verizon iPhone?

8 months ago    2 Likes                                                            Like    Reply

M    Subscribe by email    S    RSS

## Reactions



**treocast** via  twitter

WSJ: Verizon iPhone Debuts Early 2011 http://ff.im/-rY6Lh

7 months ago



**GEEKLEETIST** via  twitter

WE'll see...RT @niellemc: WSJ: Verizon iPhone Debuts Early 2011 | Gadget Lab | Wired.com http://t.co/RRbRkUj

8 months ago



**manueldeycaza** via  twitter

WSJ: Verizon iPhone Debuts Early 2011 | Gadget Lab | Wired.com http://t.co/ifzntvf

8 months ago



**scastriotta** via  twitter

Suprised I haven't seen more about the Verizon iPhone debut in 2011. Do you think it will really happen? http://bit.ly/b8eeCn

8 months ago



**P3T3RK3Y5** via  twitter

Verizon iPhone Debuts Early 2011 | Wired.com http://t.co/3RHAINF

8 months ago


**CPT_Obvious64** via twitter

Would be nice, but not holding my breath: Verizon iPhone Debuts Early 2011-Wired.com http://t.co/q0Y1iId

8 months ago


**SelenaLBlue** via twitter

I hope it comes out in time for my upgrade in April!! WSJ: Verizon iPhone Debuts Early 2011 | Gadget Lab | Wired.com http://t.co/UlNacXr

8 months ago


**VeraFBirkenbihl** via twitter

RT @gadgetlab: Here we go again: Wall Street Journal claims we'll get a Verizon iPhone in early 2011 http://bit.ly/bEEIcP

8 months ago   One more retweet from paulcalvo10


**holyTmoon** via twitter

sk도 출시해라!ㅋㅋ RT @gadgetlab: Here we go again: Wall Street Journal claims we'll get a Verizon iPhone in early 2011 http://bit.ly/bEEIcP

8 months ago

**Show more reactions**

blog comments powered by **DISQUS**