# Exhibit 15





News | Reviews | How-To's | Downloads | Shop & Compare | Apps | Business Center

Sign in | Join Us | Newsletters |

**Magazine**
Subscribe & Get a Bonus CD
Customer Service

Discover **news**, **guides**, and **products** for your business

Search | Job Center

Software & Services | Office Hardware | Security | Servers & Storage | Cell Phones & Mobile | Operating Systems | Networking & VOIP | Virtualization

Sign in with     or Create a New Account.

 Facebook  0    Twitter  0    Stumbleupon    Share  1    0 Comments   Email   Print

Follow us:   Feeds & Newsletters

**Ultimate Fun**
Acer's new tablet is both fun and functional.
Check it out.

**BUSINESS CENTER**    Apr 2, 2009 5:20 pm

# Apple Hints at Launch of Nehalem-based Xserve

By **Agam Shah**, IDG News

An Apple online store is set to take preorders of new Xserve servers carrying Intel's new Xeon chips, hinting at launch of the devices in the near future.

SIMILAR ARTICLES:

- VIA Goes Dual-Core With the Nano X2 Chip
- AMD Expects Llano-Powered Laptops in Second Quarter
- Why AMD's New Llano Processor is a Big Deal
- RIP XServe: Apple Pulls the Plug, Offers Alternatives
- Apple's MacBook Pro Update: What's New
- Inside Intel's Next-Gen Processors
- Intel's New Core i7 and Core i5 Processors Explained

A notice on Apple's Hong Kong online store is offering to take preorders of the Xserve based on Intel's latest Xeon server chips. However, preorders cannot be placed as the link hasn't been activated yet, and customization capabilities for the old Xserve products have been disabled.

"Preorder the new Xserve with Intel Xeon (Nehalem)," the Web page states.

Apple does not comment on future products, an Apple spokesperson said. It is unclear when the servers would be released, though enthusiast sites including AppleInsider have predicted availability in a few weeks.

The upcoming servers could carry quad-core chips from the Xeon 5500 and 3500 family, which Apple has already included in its Mac Pro workstations launched last month. Intel has said the Xeon chips are its fastest server chips to date, which can be cranked up to run at speeds of 3.46GHz.

Intel's Nehalem microarchitecture improves system speed by cutting bottlenecks that plagued Intel's earlier chips. In certain circumstances, the chips could double server performance while consuming less power compared to its predecessors.

The chips' improved energy consumption relative to performance gives users a reason to upgrade, said Dean McCarron, principal analyst at Mercury Research

"The idea of saving power is more pervasive in Nehalem. You're seeing a much more fine-grained level of power control across [switches] on the chip," McCarron said. The current Xserve servers run chips belonging to Intel's earlier Penryn family.

One of the major improvements involves Intel integrating the memory controller on the CPU, which helps processors communicate faster with memory. It removes the memory latency affecting earlier Intel processors, which should translate to better server performance.

Data-intensive applications like video processing frequently require processors to fetch information from memory, and Intel's earlier chips had to go through a bus called the front-side bus (FSB). After years of criticism, Intel removed the FSB and integrated the memory controller into the CPU with Nehalem chips.





**Business News Daily**
Get the latest technology news that's important to you and your business, fresh seven days a week.

Enter e-mail address | Subscribe

**Best Prices on Servers**
MOST POPULAR | ALL CATEGORIES


ProLiant Micro Tower Server
$316.72 and up   See All Prices

Nehalem also offers a faster pipe for a CPU to communicate with other processors and system components. That helps servers execute more tasks in parallel and tackle larger workloads. The faster communication improvements are bundled under a technology Intel calls QuickPath InterConnect, or QPI.

The chip advancements bode well for Apple's effort to push parallelism through its future Mac OS X server operating system, code-named Snow Leopard Server. The OS is built for a multicore system, and includes Grand Central technologies that will help server software better allocate tasks across multiple cores while saving power.

Details about the server operating system that will ship with these new servers are scarce, but it could possibly have hooks to crank down the clock speed as it executes tasks in parallel, McCarron said. Intel allows reduction in clock speed through the Turbo Mode feature that can crank down chip clock speed to save power.

WAS THIS ARTICLE USEFUL?   Yes   10   No   5

Sponsored Resource:   How to protect your PCs and servers in minutes.

**Sponsored Links**

**Free Download**
LogMeIn - Really 100% Free & Easy Access To PCs & Macs From Anywhere
www.LogMeIn.com

**We backup pictures.**
And home videos on your pc too. 30 day free trial
www.rombodrive.com

**Meet Windows® Phone**
Check Out the New Features of Windows® Phone. View the Demos.
Microsoft.com/WindowsPhone

**Shop iPad Cases**
Uniquely styled iPad cases. All reasonably priced.
BoxWave.com

**Comments** Readers reply with their ideas and expertise.
SUBSCRIBE TO THIS DISCUSSION VIA EMAIL OR RSS

Leave a comment    Submit Comment

Once you click submit you will be asked to sign in or register an account if you are not already a member.



ProLiant ML110 G5 Network Storage Server
$867.49 and up  See All Prices

HP ProLiant DL160 G6 651125-S01 Entry-level Server - 2-Way - 1 Intel Xeon E5620 Quad-core 2.4GHz - 4GB Standard - DDR3 SDRAM - Ultra ATA - Gigabit Ethernet - Green Compliance: Yes - Rack - 1U
$1922.29 and up  See All Prices

ProLiant DL380 G5 Server
$2989.95 and up  See All Prices

See all Best Prices on Servers »
See also:



**Top Small Business Ready Products**

Lenovo ThinkPad W701ds
355 people want this

HP EliteBook 8440w
270 people want this

Lenovo ThinkPad X100e
247 people want this

HP ProBook 5310m
193 people want this

Lenovo ThinkPad SL510 (2847-22U)
186 people want this

See all

**Latest in Business Center Blogs**



**BIZFEED** - JUNE 07, 2011 12:34 PM
iMessage, BBM Miss the Mark in Consumerized Tech Age
Single-platform communication tools will frustrate, disappoint in a market with multiple strong business-friendly mobile operating systems.

**BIZFEED** - JUNE 07, 2011 11:56 AM
Plan Now For Apple Lion's Arrival
Whether the new OS is encouraged or forbidden, Mac-friendly businesses need to have a policy in place well before Lion arrives in the Mac App Store.

**BIZFEED** - JUNE 07, 2011 10:39 AM
Why Groupon Sucks for Small Businesses
Here are seven reasons to stop and think before you sign your business up for deep discounts through Groupon and other social coupon services.

**BIZFEED** - JUNE 07, 2011 10:00 AM
Webian Shell: A New Answer to Google's Chrome OS
Based on Mozilla Chromeless, this new software aims to launch a vendor-independent ecosystem of Web apps.

**NET WORK** - JUNE 07, 2011 9:14 AM
Skype Down Again--Is Microsoft to Blame?

### Free Whitepapers

Software and Services Whitepapers from PCWorld

- How voip can save your business thousands of dollars
- 8 Essentials of Business Analytics
- 7 Ways Dell Compellent Optimizes VMware Server Virtualization
- Top Eight Identity & Access Management Challenges with SaaS Applications
- Three Tips for Every Start-Up Considering Google Apps
- Best Practice Tips on Building a Unified Communications Business Case

- NEW Free Tool - VM Console! Monitor, Shutdown & Restart VMware® Machines
- Deduplication's Business Imperatives Prioritizing an Investment Now
- What to Look for in a Video Conferencing System
- What's New in VMware vSphere 4.1 for Small and Midsize Businesses
- Implementing Virtualized Network Services with Coyote Point Systems' VLB Adva...
- Choosing a Strategic Sourcing Model for Localization

More whitepapers »

**Featured Whitepapers**



**Top Eight Identity & Access Management Challenges with SaaS Applications**

This white paper presents the eight biggest identity and access management (IAM) challenges associated with adopting and deploying cloud and SaaS applications, and discusses best practices for addressing each of them.

**Whitepaper Alerts**

Get updates on white papers, case studies, and spotlights on tech products and solutions for your business.

[Enter e-mail address] [Subscribe]

**NET WORK** - JUNE 07, 2011 6:50 AM
**Day 6: In Search of Unity**
Skype has suffered another service outage, and seems to be experiencing more issues since the announcement that it is being acquired by Microsoft.

I like what I have seen of Ubuntu Linux, but I haven't been using the slick Unity interface, so today I set out to figure out how to get Unity working for me.

All Blogs »

**Featured Webcasts**

**Top 10 Concerns of Buying a VoIP Business Phone System**
Type: whitepaper
Company: CompareBusinessProducts.com
Categories: VOIP

**Buying a Phone System? Compare the 94 Business Phone Systems in One Chart**
Type: whitepaper
Company: CompareBusinessProducts.com
Categories: VOIP

More webcasts »

### More from the PCWorld BusinessCenter


Judge Rules Against Trial in Lawsuit by Victim of $588K Cyber Heist


To Beat Hackers, You Must Think Like Them


Cell Phones and Cancer: 8 Precautions Worth Taking

**About Us**
About Us
Contact Us
FAQ
Magazine Customer Service

**Resources**
Twitter
RSS
Newsletters
Advertise
Ad Choices

**Network**
PCWorld
PCWorld Business Center
Search for Tech Jobs
Careers at IDG
Macworld
MacUser
Mac OS X Hints
iPhone Central

Name | City
Address 1 | State | Zip
Address 2 | E-mail (optional)

[CLICK HERE]

Canadian Residents | Foreign Residents | Gift Subscriptions
Customer Service | Privacy Policy

© 1998-2011, PCWorld Communications, Inc.    Terms of Service Agreement    Privacy Policy    Community Standards