# Exhibit 17

![CNNMoney.com]

# Apple 2.0

# Why Steve Jobs' keynotes matter

**They are the reason Apple's shares leaped out of the box at the opening bell Tuesday.**



Jobs at Macworld 2007

The key words in the press release Apple (AAPL) issued Tuesday morning were not OS X Lion, iOS 5, or iCloud -- the three components of what the company is billing as the "next generation software."

As important as the operating systems and services to be unveiled next week at Apple's annual Worldwide Developers Conference may be, they had already been telegraphed to investors and baked into Apple's share price. In fact, one of the reasons given for the stock's lackluster performance lately had been that these software advances -- and not a new iPhone -- were all that Apple was planning to showcase at WWDC.

No, the four words that set the Street's hardened hearts aflutter -- and Apple's share price soaring nearly 2% in early morning trading -- were "Steve Jobs" and "keynote address." [The stock closed at $347.83, up $10.42 (3.09%) for the day.]

The news here is that Jobs, who is on medical leave, is well enough to give the keynote and that he feels what Apple is introducing is important enough to be given the Steve Jobs imprimatur.

What makes a Jobsian keynote different from any other presentation by any other CEO?

It helps that he generally delivers the goods in terms of new products with real impact. But he also works hard to deliver them with some drama and flair. Insiders say he prepares his product introductions as if they were Broadway shows. The format is deceptively simple: a setup,

Advertisement



Some things you've just got to see.

SEE IT HERE LIFE.com

Print Powered By FormatDynamics

a twist, and a big reveal. It's actually surprising that no other high-tech luminary seems to have mastered the form.

To give you a feel for what's involved, check out the first 4:47 minutes of one of Jobs' signature performances: the January 2007 Macworld keynote at which he introduced the iPhone.

Next week's keynote begins Monday June 6 at 10 a.m. PDT (1 p.m. EDT). We'll be there to live blog it, the gods of Wi-Fi permitting.

Below: the text of Apple's press release.

Posted in: **Apple**, **Apple Worldwide Developers Conference**, **iCloud**, **iOS**, **iPhone**, **Keynote**, **Mac OS X Lion**, **Macworld**, **Mobile**, **Steve Jobs**, **WWDC**


Advertisement

Print Powered By FormatDynamics

- Home
- Video
- Business News
- Markets
- Term Sheet
- Economy

- Tech
- Personal Finance
- Small Business
- 
  Like  25K

- Apple 2.0
- Big Tech
- Tech Tumblr
- Innovation Nation
- Video
- Tablet View

Search Results for: Other,Other

- # $1 billion / 1 br - AMAZING STARTUP, SLIGHT HISTORY OF SPAM PROBLEM

  Airbnb embraced a different, questionable kind of advertising to help get off the ground. It'd be surprising if it wasn't so necessary.

  FORTUNE -- Dave Gooden says he didn't intend to be a whistle blower. But last week that's what he became, forcing Airbnb -- the next Groupon, Zynga, and/or Twitter, if you believe the hype -- to investigate its own advertising practices and compelling the media to hound him until MORE

  Chadwick Matlin - Jun 7, 2011 1:02 PM ET
  Posted in:   Airbnb,   Christopher Lukezic,   Craigslist,   Groupon,   Hacker News,   Mimbeo,   Toronto,   Zynga

- # Cell phone use is way up. So why did brain cancer rates fall?

  Despite a 500-fold increase in radiation exposure from cell-phones since 1990, brain cancer rates have fallen.

  FORTUNE -- During the 1980s, just as Americans began pumping low-frequency radiation through their skulls with cell phones, brain cancer rates in the U.S. slowly increased. At the beginning of the decade, doctors delivered the devastating diagnosis of brain cancer to 63 out of every 1 million Americans every year; by 1990 that number had risen MORE

  Scott Woolley - Jun 7, 2011 11:22 AM ET
  Posted in:   AT&T,   Brain tumor,   Brown University,   Cancer,   Leap Wireless,   Mobile phone,   National Cancer Institute,   World Health Organization

- # iCloud: What the analysts say

  The sell-side analysts liked the show. The market, not so much.

  Source: Apple Inc.

With one exception (ahem, J.M.P.'s Alex Gauna), the analysts who follow Apple (AAPL) seemed to understand what the traders who drove Apple's shares down Monday $5.40 (1.57%) to $338.04 did not: The hundreds of improvements in its software ecosystem -- big and small -- that Apple announced Monday could, in the long run, sell more devices, convert more MORE

Philip Elmer-DeWitt - Jun 7, 2011 8:18 AM ET
Posted in: Apple, Deutsche Bank, iCloud, iOS, iPad, iPhone, iTunes, Mobile, MobileMe, PCs, Piper Jaffray, RBC, Steve Jobs, Susquehanna, Tablets

- ## Apple offers music pirates permanent amnesty for $24.99

   Steve Jobs' master plan to draw a generation raised on stolen music into the iTunes store

   Image: Apple Inc. Click to enlarge.

   Of the 5,364 items in my iTunes music library, 143 are songs I purchased on Apple's (AAPL) iTunes store. The vast majority were ripped from my old CD collection. A few were obtained by other means.

   My children have even larger digital music collections that they store on iTunes and MORE

   Philip Elmer-DeWitt - Jun 7, 2011 7:16 AM ET
   Posted in: Digital Rights Management, iCloud, iTunes, iTunes in the Cloud, iTunes Match, iTunes Store, Microsoft, Music, Music library, Steve Jobs, Windows 7, WWDC

- ## Does Mason want to get out of Groupon?

   By Kevin Kelleher, contributor

   Troubling financials and an offering letter full of mixed messages should make investors wary about buying into Groupon's IPO.

   Groupon founder Andrew Mason

   FORTUNE --- Dear Potential Groupon Shareholder,

   I'm writing this letter to provide some insight into the Groupon IPO that was omitted from the cheery, twee "Letter from Andrew D. Mason" that prefaced the prospectus filed by the group-buying startup.

   You get the feeling that the original draft MORE

   Jun 6, 2011 11:35 AM ET
   Posted in: Andrew Mason, Credit Suisse, Goldman Sachs, Google, Groupon, Initial public offering, Morgan Stanley, Wall Street

- ## Live from San Francisco: Steve Jobs unveils the iCloud

   Apple cuts the cord that connected its mobile devices to Macs and PCs

   Steve Jobs on stage. Photo: PED

   12:00 p.m. PDT (3 p.m EDT) Jobs thanks the crowd for coming and hopes they have a great week.

   In summary, Apple on Monday introduced three major new products: iCloud, iOS 5 and Mac OS X Lion.

   The most important was the one Steve Jobs chose to personally unveil: iCloud, a service that automatically MORE

Philip Elmer-DeWitt - Jun 6, 2011 10:09 AM ET
Posted in: Apple, iCloud, iOS, iPad, iPhone, iTunes, Mac OS X Lion, Mobile, Moscone West, PCs, Steve Jobs, Tablets

- ## 25 ways of downloading Angry Birds

  Rovio has a blockbuster franchise just as notable for its flock of revenue streams as its wildly addictive game play.

  FORTUNE -- You don't have to try very hard to spot *Angry Birds* in their natural habitat -- online -- because they are as ubiquitous as a Manhattan pigeon.

  Since launching as an iPhone app in December 2009, the franchise has been downloaded 200 million times -- double the number reported just MORE

  JP Mangalindan, Writer-Reporter - Jun 3, 2011 12:33 PM ET
  Posted in: Angry Birds, Apple, Apple Inc., Barnes & Noble, Google, iPhone, Microsoft, Nokia, Rovio, Rovio Mobile

- ## In Quebec, an economic plan for an environmental mutation

  As the polar ice caps recede, Canada plans Asian shipping routes and sustainable developments for its northern lands.

  FORTUNE -- Climate change is reshaping our world from pole to pole. But one result of global warming could alter the face of commerce in North America and Asia forever: the opening, thanks to the melting polar ice caps, of a new maritime shipping route through the Arctic ocean. The route would connect MORE

  Shelley DuBois, reporter - Jun 3, 2011 11:04 AM ET
  Posted in: Canada, climate change, Jean Charest, Nord-du-Québec, Pew Charitable Trusts, Quebec, Sustainable Development

- ## Today in Tech: more Apple iCloud details

  *Fortune's* curated selection of the day's most newsworthy tech stories from all over the Web. Sign up to get the newsletter delivered to you every day.

  * The *L.A. Times* is reporting new details on Apple's iCloud service, which will likely be announced this Monday at the company's annual Worldwide Developers Conference (WWDC). The cloud-based service, which will at the very least allow users to stream music to computer browsers and iOS devices, may MORE

  JP Mangalindan, Writer-Reporter - Jun 3, 2011 10:04 AM ET
  Posted in: Apple, Apple Worldwide Developers Conference, Criticism of Facebook, iCloud, iOS, Mark Zuckerberg, Morgan Stanley, Sony Pictures Entertainment

- ## Stephen Elop's mission impossible

  Stephen Elop is sure he can turn Nokia around, but if succeeds it will be an entirely different Nokia.

  FORTUNE -- Nokia chief executive officer Stephen Elop is a man on a mission. Despite the Finnish phonemaker's rough week (it issued a profit warning on Tuesday, which sent shares tumbling), the newish CEO recently made the rounds at a couple of confabs in Southern California to pitch his turnaround plan for MORE

Michal Lev-Ram, writer - Jun 2, 2011 6:47 PM ET

Posted in: [Android](), [Apple](), [Google](), [Intel Corporation](), [iPhone](), [Microsoft](), [Nokia](), [Stephen Elop](), [Windows Phone 7]()

← Previous page

CNNMoney.com Comment Policy: CNNMoney.com encourages you to add a comment to this discussion. You may not post any unlawful, threatening, libelous, defamatory, obscene, pornographic or other material that would violate the law. Please note that CNNMoney.com may edit comments for clarity or to keep out questionable or off-topic material. All comments should be relevant to the post and remain respectful of other authors and commenters. By submitting your comment, you hereby give CNNMoney.com the right, but not the obligation, to post, air, edit, exhibit, telecast, cablecast, webcast, re-use, publish, reproduce, use, license, print, distribute or otherwise use your comment(s) and accompanying personal identifying information via all forms of media now known or hereafter devised, worldwide, in perpetuity. CNNMoney.com Privacy Statement.

## Follow Fortune Magazine

Featured Newsletters

### Today in Tech

Every morning, discover the companies, deals and trends in tech that are moving markets and making headlines.

SUBSCRIBE

### The Term Sheet

Receive Fortune's newsletter on all the deals that matter, from Wall Street to Sand Hill Road.

SUBSCRIBE

### Ask Annie

Anne Fisher answers career-related questions and offers helpful advice for business professionals.

SUBSCRIBE

SEE ALL NEWSLETTERS

## Markets

| MARKET MOVERS | US INDICES |
|---|---|

| Company | Price | Change | % Change |
|---|---|---|---|
| Bank of America Corp... | 10.90 | 0.06 | 0.60% |
| Sprint Nextel Corp | 5.49 | -0.11 | -1.96% |
| Cisco Systems Inc | 15.74 | -0.25 | -1.57% |
| Ford Motor Co | 14.02 | 0.12 | 0.83% |
| Intel Corp | 22.25 | 0.42 | 1.92% |

Data as of 1:41pm ET

 

## Most Popular

Walk away from your mortgage? Time to get 'ruthless'
Apple offers music pirates permanent amnesty for $24.99
Ford's better idea: A 50% sales boost
Stocks gain after string of losses
Michael Jordan: Road warrior

- About CNNMoney
  - Contact Us
  - Advertise with Us
  - User Preferences
  - Career Opportunities
  - Conferences
  - Business Leader Council
- Content

Case 5:11-cv-01846-LHK   Document 61-17   Filed 06/07/11   Page 8 of 8

- Fortune Magazine
- Money Magazine
- Business News
- Markets
- Term Sheet
- Economy
- Tech
- Personal Finance
- Small Business
- Video
- Magazines
  - Subscribe to Fortune
  - Subscribe to Money
  - Give the Gift of Fortune
  - Give the Gift of Money
  - Reprints
  - Special Sections
  - Magazine Customer Service
- Site Tools
  - Site Map
  - Watchlist
  - Search Jobs
  - Real Estate Search
  - Mortgage and Savings Center
  - Calculators
  - Widgets
  - Corrections
  - Market Data Alerts
  - News Alerts
- Stay Connected
  - My Account
  - Mobile Site & Apps
  - Facebook
  - Twitter
  - LinkedIn
  - YouTube
  - RSS Feeds
  - Newsletters
  - Tumblr

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer LIBOR Warning: Neither BBA Enterprises Limited, nor the BBA LIBOR Contributor Banks, nor Reuters, can be held liable for any irregularity or inaccuracy of BBA LIBOR. Disclaimer. Morningstar: © 2011 Morningstar, Inc. All Rights Reserved. Disclaimer The Dow Jones Indexes$^{SM}$ are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones Indexes$^{SM}$ © 2011 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2011. All rights reserved. Most stock quote data provided by BATS.
© 2011 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. Ad choices .
Powered by WordPress.com VIP.