# Exhibit 18

# All Tech Considered - Technology News And Culture

## Live Blog: Steve Jobs Introduces The iPhone 4

**12:43 pm**

June 7, 2010

by LAURA SYDELL



Justin Sullivan/Getty

Apple CEO Steve Jobs announces the new iPhone 4.

**3:06 p.m.** I just had my hands on one. It is light, fast and the screen resolution is amazing. This will be a very hard phone to beat.

**2:56 p.m.** Jobs thanks the teams that have created the iPhone 4.

Ah... the difference between San Francisco and New York: No one's wearing a tie and most are wearing jeans.

OK. Jobs ends by saying, "This is our new baby. I hope you love it as much as we do."

**2:53 p.m.** We're winding down now. Jobs has a slide up of two street signs crossing. One street is technology; the other is Liberal Arts. Jobs has always believed that Apple is the company that brings these two things together.

Justin Sullivan/Getty
Apple CEO Steve Jobs delivers the opening keynote address at the 2010 Apple World Wide Developers conference.

**2:48 p.m.** One more video phone function: You will be able to use the back camera to show off what you are looking at to the person you are talking to on the other end.

**2:43 p.m.** iPhone 4 comes in black and white. $199 dollars for 16 GB model and $299 for 32 GB.



AT&T will have a special upgrade offer. If your contract expires anytime in 2010, you are eligible for an upgrade, that would add another two years to your contract.

These go on sale June 24th.

**2:39 p.m.** They now play examples of the video phone uses, including a vet talking to family and deaf people being able to sign with each other over the phone.

**2:37 p.m.** In 2010, Facetime is only available on WiFi. But they are working on a deal with the phone companies says Jobs.

**2:37 p.m.** Jobs shows off video calling with a short call to designer Jony Ive. Anywhere there is WiFi you can use it. There is no set up requirement. You just make a phone call. "We call this face time."

**2:33 p.m.** Now he's doing one more thing.

"In 2007 when we launched the iPhone I called Jony Ive and I'm going to do that again now."

Jobs shows off the video iPhone.

**2:31 p.m.** Apple has a $60 million commitment ads for the iPhone.

**2:28 p.m.** The iAd video really looks amazing. It is also interactive. You can register with the company.

You can get more information about the product if you are interested. You can enter a contest through the ad to win a car. And you can shake the iPhone and change the color of the car.

**2:26 p.m.** Jobs is showing off a Nissan ad for a fully electric car. He says it's a work in process in terms of the kinds of ads that will be on iAds.

**2:24 p.m.** Now on to iAds... to help developers earn money so they can create free apps for users.

Jobs says its really easy to put iAds into your app. Apple sells and hosts the ads. "You just tell us where to put them and you get 60 percent of revenues." That seems a bit low.

**2:18 p.m.** Jobs asks what we can do now that iBooks is on iPhone, iPad, and iPod touch: You download a book to all of your devices at no extra charge.  You only have to buy it once.

iBooks will automatically sync your current page, all your notes etc. across all of your devices.  So you can start reading a book on the iPad and then pick up the iPhone and be in the same place.

**2:17 p.m.** iBooks will now be on the iPhone.

**2:15 p.m.** Jobs introduced multitasking for the iPhone. It also has folders so you can put all your sports apps in one folder and all your news apps in another.

You can now search with Bing or Google as a default.  They also added Yahoo but that is going to be powered by Bing.

So this is a coup for Microsoft.  Maybe Jobs wants to let MS compete for valuation against Apple, which just went past it.

**2:05 p.m.** iMovie for the iPhone 4 is on sale for $4.99. If they approve it —Jobs jokes.

**2:03 p.m.** Wow.  They just showed off a film recorded and edited using the iPhone.  It looked amazing.

**2:01 p.m.** They have Randy Ubillos, chief architect for video apps, explain iMovie for the iPhone.

You can edit, share and film all on the iPhone.

You can add titles, get the Ken Burns effect.

The camera also records geolocation information that automatically goes into the title.

Paul Sakuma/Associated Press
The Moscone Center, in San Francisco, is the host site for the Apple Worldwide Developers Conference, where Apple CEO Steve Jobs is expected to give the keynote address.

**1:57 p.m.** The camera also records HD video.  It has built-in video editing, one click sharing and the LED flash will stay on to illuminate scenes for video recording.

So you can record and edit video right on the phone.

**1:56 p.m.** Jobs says, "A whole new camera system. We ask the question how do we make better pictures?"



It now has a five megapixel camera and it has a back side illuminated sensor.

The pixels are the same size so they don't capture less photons per pixel.

It has an LED flash.

The pictures he's showing off really do look pretty awesome.

**1:53 p.m.** The new iPhone has a Gyroscope. Pitch roll & yaw. Rotation. It provides six axis motion sensing and it's perfect for gaming.

It will be built into every iPhone 4.

Now he's giving a demo. It's a pretty amazing the way you can rotate around and move objects inside of the iPhone. He's got a big fake wooden block in the viewer and he's pulling out strips of wood.

Gamers should have some fun with this.

**1:49 p.m.** He says the iPhone 4 has the A4 chip. They have a Micro Sim. The biggest component on the Phone is the battery.

Because everything else is smaller the battery life is better. Seven hours of 3G talk. 300 hours of standby. 802.11 n Wi-Fi.

**1:47 p.m.** Jobs says he thinks no one will come close to the Retina scan that they have in the iPhone 4 for a very long time.

**1:46 p.m.** Jobs says they are using IPS technology and not OLED.  He believes IPS is superior and it results in sharp text and video.

78 percent of pixels that you would find on an iPad are on the new iPhone.

**1:42 p.m.** Jobs is showing photos side by side and there is an enormous difference between the old and the new phone. Unfortunatley, he can't get on WiFi to show us how the front page of the New York Times looks.  It's the first time I've seen

something like this go wrong at at Jobs talk. But, he's got an audience of fans here so they are forgiving.

**1:41 p.m.** Jobs is showing us the difference between the old iPhone and the new ones in terms of how the display looks. It certainly looks impressive from here. But, I'm sure it's set up to make it seem like it is.

**1:40 p.m.** Jobs is introducing something called Retina Display. The new iPhone will have four times as many pixels. 326 pixels per inch. He says there has never been a display like this on a phone. It turns out there is a magic number when it looks like reading print to the human eye at 300 pixels per inch and now they are well past that.

**1:36 p.m.** People have been asking... what are the slits along the side of the stainless steel on the side? Jobs says it is actually an integrated antenna that has never been done before.

**1:35 p.m.** Jobs says the iPhone 4 is 9.3 mm thick. It is 24 percent thinner than the last version. It is the thinnest iPhone on the planet. As expected it has a front facing camera. Camera and LED flash on the back. And a Mic and speaker on the bottom.

**1:33 p.m.** Jobs says in 2010, Apple is going to take the biggest leap since the original iPhone. He introduces iPhone 4.

"This is really hot," he says. We will go over eight new features. "The first one... an all new design." Jobs jokes – now tell me if you've already seen this – referring to the leak from Gizmodo. He says you have to see it in person to really see it. Glass in the front and the rear and stainless steel around the edges. It looks like a beautiful old Leica Camera.

**1:30 p.m.** Now Jobs is talking about the iPhone. In first quarter of 2010, he says, iPhone market is over three times that of the Android. There's a chuckle in the audience.

This may help to put things in perspective says Jobs.

**1:28 p.m.** Jobs back on stage... just this week Apple surpassed five billion downloads.

And now his favorite stat of the week: He notes that 70 percent of what they make goes to developers and just a few days ago they crossed $1 billion in revenues sent to developers.

**1:27 p.m.** Guitar Hero is available today for $2.99.

**1:25 p.m.** A Guitar Hero app for iPhone and iPad touch. You will be able to create your avatar. It uses the multi-touch display. There's going to be some serious finger tip action.

**1:21 p.m.** Mark Pincus, the CEO of Zynga is here. He is introducing Farmville for the iPhone. Hmmmm.

He says 35 million play Zinga games every day. 70 million monthly active users for Farmville.

Farmville will be able to have the same farm you have on Facebook.

**1:19 p.m.** I wonder if watching movies on Netflix will be as popular as Netflix on iPad. I really don't like watching movies on a tiny screen.

**1:17 p.m.** Reed Hastings of Netflix is up next to speak now about an App for the iPhone. He says they have had amazing response to the Netflix app on the iPad.

The iPhone app will be out this summer for free. Of course, you have subscribe to at least the $8.99 Netflix plan to get to the content.

**1:15 p.m.** Jobs moves on to HTML5. He's defending HTML5 standards. He's defending the fact that five percent of apps are rejected. He says the number one reason is that the app doesn't do what it says it is supposed to do.

The other reason is that they are using private APIs.

The third most frequent reason is that they crash.

Clearly, he's responding to media criticism of the app approval process. Note he did not mention that Apple originally rejected cartoonist Mark Fiore's app for content reasons. That is what the criticism is about.

**1:12 p.m.** You can now view and read PDF's in iBooks app. And you will get a whole new book shelf for iBooks.

**1:11 p.m.** iBooks app is getting an update today. In the first 65 days users downloaded more than five million books and that is about 2.5 books per iPad.

iBooks is now getting 22 percent of eBooks according to the five out of six big publishers.

You will now be able to put margins on the side of the page. When you are reading in iBooks.

**1:06 p.m.** Big promo film now about the iPad with clips from news media around the world where the iPad has gone on sale. He says it's on sale in ten countries. They will soon be in 19. 85-hundred apps in the store that are just for the iPad.

**1:03 p.m.** I have to say that from the side Jobs looks as thin as an iPad.

**1:02 p.m.** 5,200 hundred people are attending. Jobs said it sold out in 8 days.

**1:02 p.m.** Mr. Jobs steps on stage to a standing ovation. Black turtleneck and blue jeans and he needs a shave. He's still looking very, very skinny.

**1 p.m.** The program is about to begin. They've got *What A Wonderful World* playing and the audience feels downright rowdy today. They've panned to iPads in the audience with Hi Mom written across the top.

**12:52 p.m.** I loved what just came up on the screen above the seats. They have a camera panning the audience and it focused on someone touch typing on an iPad in Japanese. Very funny.

**UPDATE, 12:41 p.m.** We're waiting. There is a line around the block outside the Moscone Convention Center in San Francisco and there's a big white Apple on the side of the building. In the many years I've been covering Apple events, it seems like the last year in particular has been more of a frenzied media circus than in the last decade. Apple is so clear the hot company right now. When Steve Jobs opens his mouth everyone seems to dwell on his every word.

At its Worldwide Developers Conference, Apple is expected to unveil a new iPhone. The hype isn't quite what it's been in the past; partly because it's been three years since the device was first introduced, and more than likely because an Apple developer left an iPhone prototype at a bar.

Gizmodo got its hands on it, dissected it and already gave us the goodies. Among them:

> Front-facing video chat camera
> Power, mute, and volume buttons are all metallic
> Split buttons for volume
> Improved regular back-camera (the lens is quite noticeably larger than the iPhone 3GS)
> Camera flash
> Micro-SIM instead of standard SIM (like the iPad)
> Improved display. It's unclear if it's the 960x640 display thrown around before—it certainly looks like it, with the "Connect to iTunes" screen displaying much higher resolution than on a 3GS.
> What looks to be a secondary mic for noise cancellation, at the top, next to the headphone jack

Either way, Laura Sydell will be in San Francisco live blogging the keynote. Will we see the same leaked phone? Will we see a new phone at all?

The event starts at 1 p.m. ET.