Exhibit 20

Live Chat   1-800-MY-APPLE

Help   Account   Cart

**Departments**

**Shop Mac**
**Shop iPod**
**Shop iPhone**
**Shop iPad**

**Others Also Bought**

 iPhone - AppleCare Protection Plan
$69.00

 Apple In-Ear Headphones with Remote...
★★★☆☆
$79.00

 Apple World Travel Adapter Kit
★★★★☆
$39.00

 Apple USB Power Adapter
★★★★☆
$29.00

 Apple iPhone 3G Dock
★★★★☆
$29.00

## iPhone 3GS 8GB Black for AT&T

Keep applications open in the background. Organize your apps with folders. Shop for books in the iBookstore. The 8GB[1] iPhone 3GS takes advantage of all the great features of iOS 4. And it starts at an amazing price.

iPhone 3GS works only with AT&T wireless service and requires a new two-year AT&T contract.[2]

Learn more



Enlarge images

 From **$49.00**

Ships: Within 24hrs
Free Shipping

Select

**Wireless Carrier**
◉ AT&T

 Print

## Overview

 **Multitasking**
Run multiple apps at the same time and instantly switch between them — without sacrificing performance or battery life.[3]

 **Phone**
On iPhone, making a call is as simple as tapping a name or number. And Visual Voicemail lets you play messages in any order — just like email.

 **Mail**
iPhone works with popular email providers and supports multiple accounts in a unified inbox.

 **Safari**
Experience the Internet with the most advanced web browser on a mobile phone.

 **Built-in video camera**
Shoot videos in landscape or portrait. Edit them on the spot. Share them with a tap.

 **App Store**
Discover hundreds of thousands of apps that let you do even more on your iPhone.

 **3-megapixel camera**
Take great pictures with the built-in autofocus camera and share them easily.

**What's in the box**

iPhone 3GS
Apple Earphones with Remote and Mic
Dock Connector to USB Cable
USB Power Adapter
Documentation

**Mac system requirements**

Mac computer with USB 2.0 port
Mac OS X v10.5.8 or later
iTunes 10.1 or later (free download from www.itunes.com/download)
iTunes Store account
Internet access

**Windows system requirements**

PC with USB 2.0 port
Windows 7; Windows Vista; or Windows XP Home or Professional with Service Pack 3 or later
iTunes 10.1 or later (free download from www.itunes.com/download)
iTunes Store account
Internet access

1. 1GB = 1 billion bytes; actual formatted capacity less.
2. Requires new two-year AT&T wireless service contract, sold separately to qualified customers; credit check required; must be 18 or older. Existing AT&T customers who want to upgrade from another phone or replace an iPhone 3G or iPhone 3GS should check with AT&T or use www.apple.com/iphone/buy. For those who are not eligible for an early upgrade or who wish to buy iPhone 3GS as a gift, the price is $449. In CA, MA, and RI, sales tax is collected on

the unbundled price of iPhone. Service may not be available in all areas or at the signal strength, rates, speeds, or bandwidth as demonstrated. Wi-Fi Internet access required for some features; broadband recommended; fees may apply. Some applications, features, and services are not available in all areas. Visit www.wireless.att.com to check AT&T network coverage in your area. iPhone is configured to work only with wireless service provided by AT&T. Warranty information available at www.apple.com/legal/warranty/iphone. When available, transferring your mobile number to a different service provider will terminate your service with your existing provider; termination fees and other charges may apply. Some features may require added fees. Contact your service provider for more details. Use constitutes acceptance of Apple's software license agreement and third-party terms located in the iPhone box. Unauthorized modification of your iPhone software violates the software license agreement. Inability to use an iPhone due to unauthorized modifications is not covered under your warranty.

3. Multitasking is available with apps that have been developed to work with iOS 4.

Apple Store (U.S.)   Change Country   Education Store   Business Store   Government Store        Help   Account   Returns   Site Map   Security Policy   Contact Us

Copyright © 2011 Apple Inc. All rights reserved.      Terms of Use    Privacy Policy    Sales and Refunds                                       You can also order from The Apple Store by calling 1-800-MY-APPLE.