# Exhibit 21





**Fast just got faster**

Nexus S 4G from Google. Now available!

Learn more ›





**Apple® - iPhone 3GS with 8GB Memory - Black (AT&T)**

**Model:** 8GB BLK 3GS | **SKU:** 1048998

**Customer Reviews:**  4.7  Read reviews (56)

**Shipping:** Not available

**Store Pickup:** Check Stores

**Financing:**
  18 Month Financing
  6 Month Financing

Reg Price:                  $499.99
**Our Price:**          **$49.99** *

*With new 2-year contract

| Overview | Specifications | Customer Reviews | Learn |

find accessories

**Customer Rating**

 4.7

Read reviews (56)
Write a review

Share this product:  

0

**Have Mobile Questions?**
Call us at **1-877-702-2211**

chat online ▶   email us ▶

Mobile consultants are available 7 days a week, 7AM-11PM CT.

Emails will be answered within 24 hours of receipt, 7 days a week.

This fast and powerful iPhone features a high-quality 3.0-megapixel digital camera that shoots VGA video with audio, convenient voice-controlled operation and a host of apps that can be tailored to best fit your way of life.

**Requires a data plan starting at $15**

**Early Termination Fee $325 minus $10 for each full month of your Service Commitment that you complete.**

**iPhone 3GS Questions**



Ask fellow shoppers and Best Buy staff. Share your answers.

**1,974** Questions
**2,142** Answers
Ask. Answer. Learn.

**What's Included**

- Apple® iPhone 3GS with 8GB Memory
- Built-in, rechargeable battery
- USB power adapter
- Dock connector to USB cable
- Apple earphones with remote and mic
- Owner's manual

**Product Features**

- **Internet wireless access and browsing (802.11b/g)**
  Lets you access the Web via Safari web browser. Surf the Web while you're talking on the phone. iPhone OS 3.0 operating system provides convenient functionality.

- **Multiple networks**
  Operates on GSM/EDGE 850/900/1800/1900MHz and UMTS/HSDPA 850/1900/2100MHz networks so you can access the Web.

- **3.5" widescreen color multitouch display**
  With 480 x 320 resolution shows off your music, video, Podcasts and more. Fingerprint-resistant oleophobic coating lets you tap, touch and manipulate menus without damaging the screen.

- **8GB built-in memory**
  For storage of your music, photos and contacts.

- **Built-in 3.0MP digital camera**
  With autofocus and tap-to-focus support lets you capture stunning still images. Video recording mode captures VGA video at 30 fps with audio so you don't miss important moments.

- **Bluetooth-enabled**
  For wireless communication and easy connection to Bluetooth-enabled peripherals.

- **Multimedia messaging**
  Lets you text your friends and family and add digital photos and video clips for them to enjoy.

- **Visual voicemail**
  Lets you go to directly to any message without listening to prior messages.

- **Operates as an Apple® iPod®**
  So you can listen to your music on the go.

- **Maps with GPS**
  Lets you find your location, get directions and search for nearby businesses on your phone. Built-in compass mode helps point you in the right direction to get where you want to be.

- **Voice control**
  Allows you to play music and make calls by speaking commands. Also allows you to record voice memos with the built-in microphone.

- **Landscape keyboard**
  Allows you to type with 2 fingers on the 3.5" widescreen display.

- **Multiple external sensors**
  Including an accelerometer, proximity sensor and ambient light sensor.

- **Downloadable content**
  Includes applications, maps, e-mails and web sites.

- **Up to 5 hours talk time; up to 300 hours standby**
  With included battery.

- * Phone activation required before use.

Product images, including color, may differ from actual product appearance.

| | |
|---|---|
| **Warranty Terms - Parts** | 1 year limited |
| **Warranty Terms - Labor** | 1 year limited |
| **Product Height** | 4-1/2" |
| **Product Width** | 2-2/5" |
| **Product Weight** | 4.8 oz. |
| **Product Depth** | 1/2" |
| **Phone Style** | Bar phone |
| **Band and Mode** | Quad-band |
| **Technology Details** | GSM 850/900/1850/1900MHz\|UMTS 850/1900/2100MHz |
| **Bluetooth-Enabled** | Yes |
| **Talk Time** | Up to 5 hours |
| **Standby Time** | Up to 300 hours |
| **Battery Type** | Lithium-ion |
| **Vibrate Mode** | Yes |
| **Customizable Ring Tones** | Yes |
| **Voice Activated** | Yes |
| **Downloadable Games** | Yes |
| **Speed Dialing** | Yes |
| **Color Display** | Yes |
| **Internet/Email Capable** | Yes |
| **Built-in Digital Camera** | Yes |
| **Built-In GPS** | Yes |
| **MMS** | Yes |
| **Text Messaging/Instant Messaging** | Yes |
| **Mobile Operating System** | iPhone |
| **QWERTY Keyboard** | Yes |
| **Touch Screen** | Yes |
| **Vibration Alert** | Yes |
| **Speakerphone** | Yes |
| **Graphics** | Yes |

| | |
|---|---|
| Downloadable Ringtones | Yes |
| External Caller ID | Yes |
| Phonebook | Yes |
| Service Provider | AT&T |
| Device Manufacturer | Apple |
| Color Category | Black |
| iPhone 3G/3GS | Yes |

## Suggested Accessories

**ZAGG InvisibleSHIELD Screen Protector for Apple® iPhone® 3G/3G S - Clear**
Model: APLIPHONE2FB | SKU: 9250945
Customer Rating: ★★★☆☆ 3.3
Our Price: $29.99
☐ Add to Cart

**ZAGG InvisibleSHIELD Screen Protector for Apple® iPhone 3G - Clear**
Model: APLIPHONE2FR | SKU: 8916694
Customer Rating: ★★★★☆ 3.7
Our Price: $20.99
☐ Add to Cart

**Incase Slider Case for Apple® iPhone® 3G and 3GS - Black**
Model: CL59055 | SKU: 9136179
Customer Rating: ★★★★☆ 3.9
Our Price: $34.99
☐ Add to Cart

**Rocketfish™ Mobile Silicone Case for Apple® iPhone® (2-Pack) - Black/Gray**
Model: RF-WR507 | SKU: 9528709
Customer Rating: ★★☆☆☆ 2
Our Price: $14.99
☐ Add to Cart

**Rocketfish™ Mobile Arm Band with Molded Case for Apple® iPhone 3G/3G S**
Model: RF-WR448 | SKU: 8988884
Customer Rating: ★★★☆☆ 3
Our Price: $17.99
☐ Add to Cart

**OtterBox Defender Case for Apple® iPhone® 3G - Black**
Model: 60-2197-05-BB | SKU: 9347389
Customer Rating: ★★★★☆ 4.4
Our Price: $49.99
☐ Add to Cart

**Plantronics Discovery 975 Bluetooth Headset - Black**
Model: D975 | SKU: 9443863
Customer Rating: ★★★★☆ 3.7
Reg. Price: $129.99
You Save: $30.00
Sale: $99.99
☐ Add to Cart

**XM SkyDock for Apple® iPod® touch and iPhone®**
Model: XVSAP1V1 | SKU: 9530224
Customer Rating: ★★★★☆ 4.1
Our Price: $119.99
☐ Add to Cart

**BlueAnt Bluetooth Headset**
Model: Blue Ant Q1 | SKU: 2022316
Not yet rated. ☆☆☆☆☆ 0
Our Price: $39.99
☐ Add to Cart

[ ADD ACCESSORIES TO CART ]

★★★★★ 4.7

**95%** of customers would recommend this product to a friend

**Order Support**
- Order Status
- Shipping & Store Pickup
- International Orders
- Store Pickup
- Returns & Refunds
- Customer Service

**Product Support**
- Installation & Delivery
- Warranties & PSPs
- Check Gift Card Balance
- Product Recalls
- Buy Back Program
- Trade-in Center
- Recycling
- PartStore

**Credit Cards**
- Apply Now
- Make a Payment
- Financing Offers

**Reward Zone® Program**
- Learn More
- Check Your Points

**Legal**
- Conditions of Use
- Legal Notices
- Privacy Policy
- California Privacy Rights
- Price Match Guarantees

**Corporate Info**
- About Best Buy
- News – The BBY
- Careers
- For Our Investors
- Developers
- Sustainability
- Community Relations
- Affiliate Program
- Contact Us
- Site Map

[More Best Buy Sites ▼]

**Get Connected**
- Ask Twelpforce
- Join us on Facebook
- Share your ideas
- Community Forums
- Best Buy on your Phone
- More Ways to Connect ›

(53 out of 56 )

**Rating Snapshot**
56 reviews

Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)

**Filter Reviews By:**

| Star Rating | Notable Reviews | Review Source |

Use these Filters to narrow which reviews are shown.

| 5 stars | 43 |
| 4 stars | 10 |
| 3 stars | 3 |
| 2 stars | 0 |
| 1 star | 0 |

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. ©2003-2011 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.

Share this product:

Sort by:  Date: Newest

### Best phone to date
★★★★★ 5.0

Posted by: **RickMN50**  from Minneapolis, MN  on 03/09/2011

The iPhone 8GS is a great phone for the price! For those who are not ready to make the more expensive jump to the iPhone 4 this is a great alternative. The phone is easy to use and packed with features right out of the box. Apps can be added easily and at a fair value. My only complaint would be the battery.

**What's great about it:** Features
**What's not so great:** Battery

**I would recommend this to a friend!**

**Value for Price**  5.0
**Features**  5.0
**Ease of Use**  5.0
**Battery life**  2.0

**30** out of **38** found this review helpful.

Was this review helpful?   30   8   Flag Review

Share this review:                                              Post Comment

### Awesome ^5
★★★★★ 5.0

Posted by: **susannc**  from susieNC  on 06/05/2011

I have so many friends with the newest Android phones, Blackberry, etc and I checked them all out and finally decided on the iphone 3G. I would have gotten the iphone 4 but in all reality it doesnt do a ton more that this doesnt do. As far as the camera, theres an app with a camera with flash in it, and works awesome when youre on trips and want to catch a photo. *GB is alot of storage, thought Id use it by now but not even close. Get the car charger bcuz if you use internet and camera, like ALL phones, the battery dies. It does last long tho for all that this little thing does. I just love it, I got my daughter one and we are getting my husband one for fathers day.

**What's great about it:** EVERYTHING
**What's not so great:** NOTHING

**I would recommend this to a friend!**

**0** out of **0** found this review helpful.

Was this review helpful?  0   0   Flag Review

Share this review:  f  t   Post Comment

### Awesome 1st Smart Phone!!!!

★★★★★ 5.0

Posted by: **ninet1gt**  from canton, ohio  on 04/27/2011

I actually bought 3 of these. One for my wife, my mother in law (60 y/o), and myself. Very easy to use, very good plans (switched from verizon), very cheap! My wife goes through her battery about once every day in a half (using mainly texting and apps). Mine last about 2-3 days, as I really only text and play the occasional game. My mother in law needed a little help but can do pretty much everything with it! Our biggest issue was finding good cases for the 3gs!

Love this phone!

**What's great about it:** Ease of use & Price
**What's not so great:** Harder to find accessories in stores

**I would recommend this to a friend!**

| Value for Price | 5.0 |
| Features | 5.0 |
| Ease of Use | 5.0 |
| Battery life | 4.0 |

**8** out of **9** found this review helpful.

Was this review helpful?  8   1   Flag Review

Share this review:  f  t   Post Comment

### iPhone 3GS for ONLY $50

★★★★★ 5.0

Posted by: **Santos4**  from Victorville, Ca  on 03/27/2011

Great quality phone and amazing price $50 with 2 yr contract only AT&T .

**What's great about it:** Battery life

**I would recommend this to a friend!**

| Value for Price | 5.0 |
| Features | 5.0 |
| Ease of Use | 5.0 |
| Battery life | 5.0 |

**11** out of **15** found this review helpful.

Was this review helpful?  11   4   Flag Review

Share this review:  f  t   Post Comment

1 | 2 | 3 | 4 | 5 | ... 14 | next

**Featured Terms**

- Mobile Glossary

**Ads by Google**

**Overstock iPhone4: $41.93**
Today Only: BidRack to sell 1,000 iPhone 4s for $42. Grab yours now!
www.BidRack.com/AppleiPhone4

**Local Coupons**
1 ridiculously huge coupon a day. Get 50-90% off your city's best!
www.Groupon.com

**BlackBerry® Smartphones**
Shopping For A New 3G Smartphone? BlackBerry® Is The Answer.
BlackBerry.com

**iPhone VoIP App**
Make Unlmited iPhone Calls w/ Line2 The Only Tri-Mode VoIP - Cell App
Line2.com