Exhibit 22


Get live help placing your order. Chat Now

**Back to List (http://www.wireless.att.com/cell-phone-service/cell-phones/cell-phones.jsp?feacondition=allphones&feaavailable=allphones&feaphonetype=standard&feafilter=all&featopcat1003=cat1003&osApple=100004&allFeatures=on&allManus=on)**

Apple iPhone 3GS - 8 GB



**More about the device**
**Details**



**PACKAGE DETAILS:**                                             **View Family package options**

**Your Choice of Phone**
**Apple iPhone 3GS - 8 GB - Black**
Included in package
**Features**
**Please note:** A data plan is required for the life of your iPhone service and cannot be removed in the future.

**DataPro 4GB for iPhone**
$45.00/month

**DataPro 2 GB for iPhone**
$25.00/month

**DataPlus 200 MB for iPhone**
$15.00/month
**Your choice of individual plan**
Choose the plan that works best for you. If you want to share minutes with more than one phone, **view FamilyTalk plan options**.

**Nation Unlimited**
$69.99/month

**Nation 900 w/Rollover® Minutes**
$59.99/month

**Nation 450 w/Rollover® Minutes**
$39.99/month
**Recommended Features**
Add a messaging feature to get the most out of your iPhone.
**Your choice of preferred feature**

**Messaging Unlimited with Mobile to Any Mobile Calling**
$20.00/month

None - $0.20 per Text/Instant Message; $0.30 per Picture/Video Message

**Safety/Insurance**

**AT&T Roadside Assistance**
$2.99/month
**GPS**

**AT&T Navigator(SM) for iPhone**
$9.99/month
**Early Nights and Weekends**

**Early Nights and Weekends**
$8.99/month

**Optional Features and Accessories**

Interested in adding more items? See below for other features and accessories that are compatible with your selected package.

**Optional Features**
**Parental Controls**

**Smart Limits for Wireless Parental Controls**
$4.99/month
**GPS / Parental Controls**

**AT&T FamilyMap for iPhone:Locate up to 5 people**
$14.99/month

**AT&T FamilyMap for iPhone:Locate up to 2 people**
$9.99/month

None

**Optional Accessories**
**BLUETOOTH®**
**BLUETOOTH® Headset - Sound ID 510**



Package Price              $49.00
Online Discount           - $0.00
Total Due at Time of Shipping*  $49.00
You Save $0.00

**Add to Cart**

*Requires a minimum data service starting at $15/month. 2 year contract & new activation required. Limit 5 iPhone devices per household when ordering online.
**Learn about early termination fees (http://www.wireless.att.com/learn/article-resources/early-term-fees.jsp )**

**Current AT&T Customers**
▶ Upgrade    ▶ Add A Line

Qty. [0]

**BLUETOOTH® Car Kit - LG HFB-500**
Qty. [0]                                                     $35.00

**Chargers**
**Car Charger with USB Port - Apple**
Qty. [0]                                                     $17.99

**Cases**
**OtterBox Black Commuter Case - iPhone 3G & 3GS**
Qty. [0]                                                     $36.00

**OtterBox Black/Yellow Commuter Case - iPhone 3G & 3GS**
Qty. [0]                                                     $36.00

**OtterBox White/Black Defender Case - iPhone - iPhone 3G & 3GS**
Qty. [0]                                                     $49.99

**Corded headsets**
**Skullcandy Titan Stereo Earbuds**
Qty. [0]                                                     $20.99

**TTY Adapter - Apple iPhone**
Qty. [0]                                                     $10.00

**Skullcandy Smokin' Bud Black Stereo Earbuds**
Qty. [0]                                                     $29.99

**Skullcandy Smokin' Bud White Stereo Earbuds**
Qty. [0]                                                     $29.99

**Skullcandy Full Metal Jacket Black Stereo Earbuds**
Qty. [0]                                                     $60.00

**Skullcandy Full Metal Jacket Chrome Stereo Earbuds**
Qty. [0]                                                     $48.00

**Stereo Headset - Apple iPhone**
Qty. [0]                                                     $29.99

**iPhone**
**MobileMe - All iPhone**
Qty. [0]                                                     $99.99

**AppleCareProtection Plan - Apple iPhone**
Qty. [0]                                                     $69.00

---

Other Monthly Charges | Plan Terms | Online Pricing
Returns Policy & Early Termination Fee | Additional Messaging & Data Charges (http://www.wireless.att.com/learn/articles-resources/wireless-legal-charges.jsp)
Shipping Information

†Not redeemable for cash.

Service provided by AT&T Mobility.

**Wireless Legal Site** (http://www.att.com/wirelesslegal) | **Wireless Customer Agreement** (http://www.att.com/wirelessterms) | **Cell Phone Records Security** (http://www.att.com/learn/articles-resources/records-security.jsp)