# Exhibit 23

Hello, Ken MacCardle. We have **recommendations** for you. (Not Ken?)   Up to 50% off select Father's Day gifts Presented by DEWALT

Ken's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards    Your Digital Items | Your Account | Help

**Shop All Departments**   Search  All Departments    Cart  Your Lists

**Cell Phones & Accessories**   All Electronics | Brands | Bestsellers | Phones with Service (AmazonWireless.com) | Replacement Phones | Unlocked Phones | Prepaid | Accessories | Mobile Apps | Deals | Help



See larger image and other views

See all 9 customer images
Share your own customer images

**Apple iPhone 3G 8GB - Black - Unlocked**
by Apple

(22 customer reviews) | (61)

Price: **$343.88**

**In Stock.**
Ships from and sold by **SellPhoneStop**.
Only 9 left in stock--order soon.

**16 new** from $310.00    **37 used** from $180.00
**8 refurbished** from $219.00

  **Sell Your Used iPhone**
Thinking of upgrading to the iPhone 4? **List** your used iPhone for sale at Amazon.com.



$343.88 + Free Shipping
In Stock. Sold by **SellPhoneStop**
Quantity: 1

or
**Sign in** to turn on 1-Click ordering.

**More Buying Choices**
Orange Discount Center
**$343.90** + Free Shipping

SUPREMEDEAL
**$355.00** & this item ships for **FREE** with **Super Saver Shipping**. Details

Unlocked Fones
**$339.99** + $25.00 shipping

**61 used & new** from **$180.00**

Have one to sell?

**Share**

---

## Frequently Bought Together

 +  + 

**Price For All Three: $347.34**

These items are shipped from and sold by different sellers. **Show details**

☑ **This item:** Apple iPhone 3G 8GB - Black - Unlocked  $343.88
☑ 5-Pack Premium Reusable LCD Screen Protector with Lint Cleaning Cloth for Apple iPhone 3G 8GB 16GB [Accessory Export Packaging] by Qwest 25356 1   $1.06
☑ Car Charger for Apple iPod iPhone 3G 3GS (White) by iPod   $2.40

---

## What Do Customers Ultimately Buy After Viewing This Item?

  **66%** buy the item featured on this page:
Apple iPhone 3G 8GB - Black - Unlocked   (22)
$343.88

  **14%** buy
Apple iPhone 3GS 8GB (Black) Unlocked by Apple   (6)
$391.95

  **7%** buy
Apple iPhone 3G 8 GB - Black by Apple   (8)
$358.99

  **7%** buy
5-Pack Premium Reusable LCD Screen Protector with Lint Cleaning Cloth for Apple iPhone 3G 8GB 16GB [Accessory Export Packaging] by Qwest 25356 1   (560)
$1.06

› **Explore similar items**

## Product Details

**Item Weight:** 1 pounds

**Shipping Weight:** 3 pounds (View shipping rates and policies)

**ASIN:** B001UBB9GM

**Item model number:** A1241

**Average Customer Review:**    (22 customer reviews)

**Amazon Bestsellers Rank:** #244 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
#14 in Cell Phones & Accessories > **Unlocked Phones**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

ORIGINAL UNLOCKED RELEASE 3G IPHONE. NO CARRIER LOGO OR BRANDING

With fast 3G wireless technology, GPS mapping, support for enterprise features like Microsoft Exchange, and the new App Store, Apple iPhone Black 8GB mobile phone 3G puts even more features at your fingertips. Like the original iPhone, a combination of three products in one revolutionary phone, a widescreen iPod, and a breakthrough Internet device with rich HTML email and a desktop-class web browser. The Apple iPhone 8GB mobile phone 3G. It redefines what a mobile phone can do again. The 2.0 software is, in many ways, the most important feature of the iPhone 3G. And it's excellent. The extra width also makes typing on the iPhone with two thumbs slightly more comfortable by giving the thumbs a bit more room on which to roam. As this Apple iPhone Black 8GB mobile phone is sim free even after any iTunes or updates this phone will NEVER Lock unlike many others on the market.

## Customers Who Bought This Item Also Bought

Page 1 of 11

Back

Amazon.com: Apple iPhone 3G 8GB - Black - Unlocked: Cell Phones & Accessories     Page 3 of 7
Case 5:11-cv-01846-LHK   Document 61-23   Filed 06/07/11   Page 4 of 8
Page 1 of 11




Next

**Apple iPhone 3G 8 GB - Black** by Apple
(8)
**$358.99**

**5-Pack Premium Reusable LCD Screen Protector wit…** by Qwest 25356 1
(560)
**$1.06**

**Car Charger for Apple iPod iPhone 3G 3GS (White)** by iPod
(345)
**$2.40**

**Apple iPhone 3G 16GB Black Without contract** by Apple Computer
(5)
**$410.00**



**Apple iPhone 3GS 8GB (Black) Unlocked** by Apple
(6)
**$391.95**

**Apple iPhone 3GS 16GB - Unlocked** by apple
(3)
**$497.59**

**Apple iPhone 4 Black Smartphone 16GB (AT&T)** by Apple
(79)
**$581.13**

**5-Pack Premium Reusable LCD Mirror Scree…** by Accessory Export, LLC
(203)
**$1.27**



**Apple iPhone 3G 16GB - White - (Refurbished) [AT…** by Apple Computer
(1)
**$385.00**

---

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

| | | |
|---|---|---|
| **iPhone 3GS from AT&T** | - Starting at $49 and Free Shipping. Fastest, Most Powerful **iPhone** Yet! | www.att.com |
| **iPhone 4. Verizon. Now.** | - A New Era Begins. **iPhone** 4. Now On America's Most Reliable Network. | www.verizonwireless.com/**iPhone** |
| **Unlocked Phone** | - Buy Cheap Cell Phones Here, Huge Selection,All **Unlocked**. | www.tradetang.com/**Unlocked**CellPhone |

See a problem with these advertisements? Let us know                                    Advertise on Amazon

---

## Customer Reviews

**22 Reviews**

| | | |
|---|---|---|
| 5 star: | (11) | **Average Customer Review** |
| 4 star: | (3) | (22 customer reviews) |
| 3 star: | (0) | |
| 2 star: | (3) | |
| 1 star: | (5) | |

Share your thoughts with other customers:

A D V E R T I S E M E N T

**Most Helpful Customer Reviews**

31 of 31 people found the following review helpful:
**Good unlocked iphone**, January 14, 2011

By **Cheng** - See all my reviews
**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black - Unlocked

This unlocked iphone 3G is very good and can used T-mobile or orther network except Net10.

Unfortunately, this unlocked iphone not includes any charger or original box.

| Help other customers find the most helpful reviews | Report abuse  Permalink |
|---|---|
| Was this review helpful to you? | Comments (4) |

43 of 47 people found the following review helpful:
**Just didn't work**, February 21, 2011
By **Joshua Garcia "Garcia de Vega"** (Nofreedom, In USA) - See all my reviews

**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black - Unlocked

When I originally purchased for the phone, I opted for expedited shipping. Well that didn't happen because it took almost two weeks to get here instead of the 3-5 days that was promised with expedited shipping. After I had finally gotten the phone I connected it to my PC. It did a search and needed to be updated to the latest version, which had been accessible for quite a while. While I was running the update, the phone froze and was not doing anything. I took it to the nearest apple store for them to tell me that the software was screwed up on the phone and that the battery doesn't hold a charge at all. I had the phone to charge for more than five hours, and it was getting ready to die after only two. I then had to purchase a new phone with the store instead. Poor poor purchase.

| Help other customers find the most helpful reviews | Report abuse  Permalink |
|---|---|
| Was this review helpful to you? | Comment (1) |

12 of 12 people found the following review helpful:
**not the best**, March 25, 2011
By **T. Hartmannsson** - See all my reviews

**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black - Unlocked

I had two issues after receiving the iphone, one the center or home button was hard to push, after only one day of use - the screen displayed the itunes logo and a usb cable, i tried turning on/off several times and tried reloading thru itunes-failed due to iphone being unlock, this according to vendor i purchased the phone from. The vendor seemd kind and concerned about addressing my two issues, so I sent back the iphone for him to fix at my own expense, he reloaded software and stated in a letter I got with the repaired phone to NEVER update your iphone on itunes, and as far as the center button or home key, the vendor stated it seems to be ok, thus, no it was not fixed, so after spending several hundred dollars for this used iphone that was advertised as in great shape,was in my opinion not, buyer beware- software is one big issue with unlocked phones and performance or buttons are another, I used the iphone for another week and got a pineapple on the screen, so long story short, I ended up just buying buying a iphone thru Apple store.

| Help other customers find the most helpful reviews | Report abuse  Permalink |
|---|---|
| Was this review helpful to you? | Comment |

Share your thoughts with other customers:

› **See all 22 customer reviews...**


Ad feedback

**Most Recent Customer Reviews**

**Buy from this seller**
I was sceptical about buying this from 3rd party and not at&t. Didn't want their hefty plans. Meant to use it with t-mobile. I bought a 3G version first. **Read more**
Published 9 days ago by TheMaslow

**Jailbroken iPhone**
This phone is not unlocked by Apple corporation. This iPhone is illegal jailbroken. Never upgrade it! **Read more**
Published 11 days ago by P.

**Awesome Seller**
jrsshop provided an excellent product and was available for any questions or issues that came up. I would definately recommend this seller for any product purchases.
Published 20 days ago by abraaten

**Perfect gift for Mom**
I am an iPhone fan myself and own it. I bought this as a Mother's Day gift for my Mom who lives in India--that's why it had to be unlocked. **Read more**
Published 23 days ago by Samarjit K Mikolic

**Excellent Phone**
I owned the phone for over 2 years, and I enjoyed it tremendously. The iOS works well and is more streamlined than the current Android OS. **Read more**
Published 27 days ago by Parker

**iPhone. Is Advanced Technology...**
That is in my opinion.

I'm am in the business of Manufacturing. It is a very complex trade off of Expenditure for different aspects of a given item or product line... **Read more**
Published 1 month ago by Book Lover!

**Great service**
The I-Phone was in great shape as described. The dock cable had a little tear. I contacted the seller and they replced it right away.
Published 1 month ago by ruzaiq

**Product was locked**
I bought this product because it was advertised as unlocked. In fact it was locked. That was cheating and I did not expect from a company that does business with Amazon.com. **Read more**
Published 1 month ago by Abdimalik Mohamed

**cool as**
Okay i guess i won't be the first to say I'm stoked on it- apps are fun and its fast as.
Published 1 month ago by rob

**Apple Iphone 3g**
I Bought it for my wife and she loves it.The battery time is very poor. I recommend you to buy a back up battery.
Published 2 months ago by Gerard Tcheumani

**Search Customer Reviews**

☑ Only search this product's reviews

› **See all 22 customer reviews...**

---

**Tag this product** (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

---

## Customer Discussions

**This product's forum**

| Discussion | Replies | Latest Post |
|---|---|---|
| Iphone lacks adobe flash! | 0 | Feb 4, 2011 |
| The GSM network | 0 | Jan 25, 2011 |

› **See all 2 discussions...**   [Start a new discussion]

**Search Customer Discussions**

☑ Only search this product's forum

---

## Listmania!

 Harmony's Recommendations:  A list by Gregory J. Sisolak

 Daughter's Bedroom Makeover:  A list by Nathan Labish

 My Best Stuff:  A list by Carol Finnen

Create a Listmania! list

**Search Listmania!**

## So You'd Like to...

 [Transfer files to a New Kindle](#): A guide by **Wolfy**

 [Buy an ebook reader](#): A guide by **Captain Skurvy**

 [explore and remember your visit to Hawaii](#): A guide by **Adrien**

Create a guide

**Search Guides**

## Look for Similar Items by Category

Cell Phones & Accessories > Unlocked Phones

### Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

SellPhoneStop Privacy Statement    SellPhoneStop Shipping Information    SellPhoneStop Returns & Exchanges

### Your Recent History (What's this?)

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
|  | › See all | Help |



Canada   China   France   Germany   Italy   Japan   United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Endless<br>Shoes<br>& More | Fabric<br>Sewing, Quilting<br>& Knitting |
| --- | --- | --- | --- | --- | --- | --- | --- |
| IMDb<br>Movies, TV<br>& Celebrities | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Small Parts<br>Industrial<br>Supplies | Soap.com<br>Health, Beauty &<br>Home Essentials | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   © 1996-2011, Amazon.com, Inc. or its affiliates