# Exhibit 24

Up to 50% off select Father's Day gifts
Presented by DEWALT

Hello, Ken MacCardle. We have recommendations for you. (Not Ken?)

| Ken's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Digital Items | Your Account | Help |

**Shop All Departments**    Search  [All Departments ▼] [                    ]    Cart    Your Lists

**Cell Phones & Accessories** | All Electronics | Brands | Bestsellers | Phones with Service (AmazonWireless.com) | Replacement Phones | Unlocked Phones | Prepaid | Accessories | Mobile Apps | Deals | Help



See larger image and other views

See all 2 customer images
Share your own customer images

**Apple iPhone 3G 8GB - Black (Refurbished)**
by Apple

(8 customer reviews)  |  (18)

List Price: $499.99
Price: **$259.99** & this item ships for **FREE with Super Saver Shipping**. Details
You Save: $240.00 (48%)

**In Stock.**
Sold by **ExpressMedia** and **Fulfilled by Amazon**.

Only 6 left in stock--order soon.

Want it delivered **Wednesday, June 8?** Order it in the next **3 hours and 59 minutes**, and choose **One-Day Shipping** at checkout. Details

**15 new** from $259.99     **17 used** from $209.99
**2 refurbished** from $249.99

Quantity: [1 ▼]

or
**Sign in** to turn on 1-Click ordering.
or

[Add to Cart with FREE Two-Day Shipping]

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

SHIPFASTTECH
$289.95 + $4.99 shipping

SellPhoneStop
$299.88 & this item ships for **FREE with Super Saver Shipping**. Details

Amazon.com
$340.48 & this item ships for **FREE with Super Saver Shipping**. Details

**34 used & new** from $209.99

Share

---

## Frequently Bought Together

 + 

Price For All Three: **$263.45**

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Apple iPhone 3G 8GB - Black (Refurbished) by Apple    $259.99
☑ 5-Pack Premium Reusable LCD Screen Protector with Lint Cleaning Cloth for Apple iPhone 3G 8GB 16GB [Accessory Export Packaging] by Qwest 25356 1    $1.06
☑ Car Charger for Apple iPod iPhone 3G 3GS (White) by iPod    $2.40

---

## What Do Customers Ultimately Buy After Viewing This Item?

  **41%** buy the item featured on this page:
Apple iPhone 3G 8GB - Black (Refurbished) by Apple     (8)
$259.99

  **33%** buy
Apple iPhone 3G 8GB - Black - Unlocked     (22)
$343.88

  **13%** buy
Apple iPhone 3G 8 GB - Black by Apple     (8)
$358.99

  **7%** buy
Apple iPhone 3GS 8GB (Black) Unlocked by Apple     (6)
$391.95

› **Explore similar items**

## Technical Details

- GSM 850/900/1800/1900 (Quadband)
- MMS Enabled, Color Screen, Bluetooth Enabled, GPS,
- Calendar, Email Access, Internet Browser, MP3 Player, SMS-Text Messaging, 3G Data Capable, Speakerphone, USB Interface, Touch Screen
- iPhone OS 3.1.2

› See more technical details

## Product Details

**Product Dimensions:** 4.5 x 0.5 x 2.4 inches ; 4.6 ounces

**Shipping Weight:** 9.6 ounces (View shipping rates and policies)

**Shipping:** This item can only be shipped to the 48 contiguous states. We regret it cannot be shipped to APO/FPO, Hawaii, Alaska, or Puerto Rico.

**ASIN:** B0032SJGWK

**Item model number:** MB046LL/A RFB

**Batteries:** 1 Lithium ion batteries required. (included)

**Average Customer Review:**            (8 customer reviews)

**Amazon Bestsellers Rank:** #842 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
      #64 in Cell Phones & Accessories > **Unlocked Phones**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Apple MB046LL/A RFB iPhone 3G 8GB (Refurbished) - Unlocked Phone - No Warranty - Black

## Customers Who Bought This Item Also Bought                                    Page 1 of 11

Back

Amazon.com: Apple iPhone 3G 8GB - Black (Refurbished): Cell Phones & Accessories   Page 3 of 7
Case 5:11-cv-01846-LHK   Document 61-24   Filed 06/07/11   Page 4 of 8
Page 1 of 11

Next


**Apple iPhone 3G 8GB - Black - Unlocked**
(22)
$343.88


**Apple iPhone 3G 8 GB - Black** by Apple
(8)
$358.99


**Apple iPhone 3GS 16GB - Unlocked** by apple
(3)
$497.59


**Apple iPhone 3G 16GB Black Without contract** by Apple Computer
(5)
$410.00


**BlackBerry Storm 9530 Unlocked GSM + CDMA Cell Phon…** by BlackBerry
(215)
$124.99


**5-Pack Premium Reusable LCD Screen Protector wit…** by Qwest 25356 1
(560)
$1.06


**Apple iPhone 3G 8GB Black OS 4.0 (Refurbished)** by Apple Computer
(3)
$299.99


**5-Pack Premium Reusable LCD Mirror Scree…** by Accessory Export, LLC
(203)
$1.27


**Apple iPhone 3GS 8GB (Black) Unlocked** by Apple
(6)
$391.95

---

### Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| | | |
|---|---|---|
| **Phone 3G, Refurbished** | - $199, No Contract, 100% Guaranteed. Shop Our **Refurbished 3G 8GB** Phones. | www.nobetterdeal.com/**iPhone_3G** |
| **AT&T™ New Apple iPhone 4** | - Face Time, Multitasking, and More Order Yours Today at ATT.com | www.att.com |
| **AT&T iPhone From $49** | - Don't Wait, Get it Today From The Nation's Fastest Data Network! | www.attonlineoffers.com |

See a problem with these advertisements? Let us know                                         Advertise on Amazon

---

## Customer Reviews

**8 Reviews**

| | | |
|---|---|---|
| 5 star: | (1) | |
| 4 star: | (1) | |
| 3 star: | (1) | |
| 2 star: | (3) | |
| 1 star: | (2) | |

**Average Customer Review**
(8 customer reviews)

Share your thoughts with other customers:

A D V E R T I S E M E N T

**Most Helpful Customer Reviews**

27 of 27 people found the following review helpful:
**Disappointed**, October 15, 2010
By **nkau4643** - See all my reviews
**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black (Refurbished) (Wireless Phone)

Accessory)

While item is in working condition, by "refurbished to manufacturer" standards, I assume the phone would look as if it had not been used. Unfortunately, the bezel of the phone is extremely scratched, as is the back. Also, the "home" button is harder to press than should be. Again, the item is functional, but don't be fooled by terminology of the seller. My item came in USED condition.

Help other customers find the most helpful reviews     Report abuse | Permalink

Was this review helpful to you?                         Comment (1)



Ad feedback

13 of 13 people found the following review helpful:
**Iphone**, August 24, 2010
By **dz4911** - See all my reviews
**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black (Refurbished) (Wireless Phone Accessory)

Bought the phone in plans to use overseas. The phone is great but when they said that it was unlocked it wasn't for out of USA plans. The product is a little wierd as the back button has to be pushed really hard to get it to function properly. The manual doesn't explain a whole lot and technical support is nonexistent. But once it gets working pretty good overall.

Help other customers find the most helpful reviews     Report abuse | Permalink

Was this review helpful to you?                         Comment

4 of 4 people found the following review helpful:
**Never got it**, October 27, 2010
By **tikka** - See all my reviews
**Amazon Verified Purchase** (What's this?)
**This review is from:** Apple iPhone 3G 8GB - Black (Refurbished) (Wireless Phone Accessory)

I orderd something from them and actually between usps and them it got mis placed some where. i was told that case was being filed with usps and that i would here about this sometimes in two to three weeks..well its been more then that and i still haven't heard anything about it..so think twice before ordering thru them.

Help other customers find the most helpful reviews     Report abuse | Permalink

Was this review helpful to you?                         Comment

Share your thoughts with other customers:

› **See all 8 customer reviews...**

### Most Recent Customer Reviews

**Worked for one week only**
This was a crappy piece. Worked only for one week. Now its of no use. I can't even switch it on. Who ever repaired it, he did it just to sell it. Rest the the buyer suffer.
Published 4 days ago by Nitin

**refurb or used????**
I bought a refurbished Iphone thinking that it was going to be a good deal. WRONG WRONG WRONG!!! I have had the phone for a month and in the first week it started locking up, even... Read more
Published 3 months ago by marksandsfire

**Refurbished iphone purchased**
The product was recieved in the condition stated. However, I would have preferred if the product was unlocked. Nonetheless it is in good condition
Published 7 months ago by Astro

**Received on time, i little bit expensive!**
I receive on time, but it is possible a little bit expensive, but if you want to receive quickly it is a good option, i only missed the manual, i would like to have. Read more
Published 7 months ago by Cesar

**Great Price.**
Usally, even though its 8gb... in ebay they sell it around $300's.
But its good anyway...
Published 10 months ago by Sonicforce41

**Search Customer Reviews**

☑ Only search this product's reviews

› **See all 8 customer reviews...**

### Related Items




SquareTrade 2-Year Cell Phone Warranty Plus Accident Protection

AmazonBasics Travel Adapter Kit for iPod; iPhone 3G; iPhone 3GS;…

(117)
$124.99 **$99.99**
In Stock from SquareTrade.

(31)
**$35.00**
In Stock and eligible for FREE Super Saver Shipping

**Tag this product** (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

## Customer Discussions

### This product's forum

| Discussion | Replies | Latest Post |
|---|---|---|
| Sim | 0 | Oct 26, 2010 |
| Israel? | 0 | Jul 16, 2010 |

› See all 2 discussions...    Start a new discussion

**Search Customer Discussions**

☑ Only search this product's forum

---

## Listmania!

 amazon holiday specials amazon holiday specials amazon holiday special: A list by Jeffrey A. Sousa "Jeffrey Allan Sousa"

**Search Listmania!**

 Top 10 Items for Parents Traveling with Infant or Toddler Children: A list by Kaamna Dhawan

 My Best Stuff: A list by Carol Finnen

Create a Listmania! list

---

## So You'd Like to...

 Get Big Biceps Doing Just ONE Set of Exercise...A Week!: A guide by Trainer X

**Search Guides**

 create a Human-Powered Internet Video!: A guide by Scott Flowers

Create a guide

---

## Look for Similar Items by Category

Cell Phones & Accessories > Unlocked Phones

---

### Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

ExpressMedia Privacy Statement        ExpressMedia Shipping Information        ExpressMedia Returns & Exchanges

---

**Your Recent History** (What's this?)

| **Get to Know Us** | **Make Money with Us** | **Let Us Help You** |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Self-publish with Us | Manage Your Kindle |
|  | › See all | Help |

amazon.com

Canada    China    France    Germany    Italy    Japan    United Kingdom

| AbeBooks | AmazonWireless | Askville | Audible | Diapers.com | DPReview | Endless | Fabric |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting |
| IMDb | MYHABIT | Shopbop | Small Parts | Soap.com | Warehouse Deals | Woot | Zappos |
| Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies | Health, Beauty & Home Essentials | Open-Box Discounts | Never Gonna Give You Up | Shoes & Clothing |

Conditions of Use    Privacy Notice    © 1996-2011, Amazon.com, Inc. or its affiliates