# Exhibit 25

# Apple® iPad® with Wi-Fi + 3G 64GB

DETAILS
COMPATIBLE ACCESSORIES
CUSTOMER REVIEWS

Back to device list

Print Summary

Color: Black




Qty. 1

**FREE SHIPPING**
**WITH ONLINE PURCHASE**

DETAILS | COMPATIBLE ACCESSORIES | CUSTOMER REVIEWS |



## The Apple® iPad® with Wi-Fi + 3G 64GB has:

**3G**
Get high-speed data access via AT&T's ultra-fast 3G broadband network (data charges apply)

**9.7-INCH DISPLAY**
High-resolution LED-backlit widescreen display with IPS technology.

**MULTI-TOUCH(TM) SCREEN**
Experience the Web, email, photos, and video with the touch of a finger.

**WI-FI SUPPORT**
Integrated Wi-Fi gives you increased in-building coverage and extra fast data connections

## Technical Specifications

### Battery

| | |
|---|---|
| Capacity | Built-in 25-watt-hour rechargeable lithium-polymer battery |
| In-use Time | Up to 9 hours |
| Size (cells and/or WHr) | 25 WHr |

### Dimensions

| | |
|---|---|
| Weight | 1.6 pounds |
| Size (inches) | 9.56 x 7.47 x 0.5 inches |

### Processor

| | |
|---|---|
| CPU Type | Apple A4 |
| CPU Speed | 1 GHz |

### Memory

| | |
|---|---|
| Hard Drive Size | 64 GB |

### Wireless Technology

| | |
|---|---|
| GSM/EDGE: | GSM/EDGE 850/900/1800/1900 |
| 3G | UMTS/HSDPA (850/1900/2100 MHz) |
| EDGE high speed data network | ✓ |
| BLUETOOTH® technology | 2.1 with Enhanced Data Rate (EDR) |
| Connect to the Internet via Wi-Fi | ✓ |
| Connect to the Internet via AT&T's Data Connect 3G network | ✓ |
| International Connectivity | ✓ |

### Display

| | |
|---|---|
| Display size | 9.7 inches |
| Resolution (pixels) | 1024x768 |
| Display Type | LED-backlit glossy widescreen Multi-Touch display with IPS technology |
| Screen Type | Glossy LED-backlit |

### Keyboard

| | |
|---|---|
| Touchscreen | ✓ |
| QWERTY | ✓ |
| Backlit Keys | ✓ |

### Ports

| | |
|---|---|
| Microphone Jack | ✓ |
| Speakers | ✓ |

**Current AT&T Customers**
Upgrade Add A Line

**Recently Viewed**
Apple iPhone 3GS - 8 GB
$49.00

**Find Similar Wireless Devices**
More Apple cell phones
More Apple Phones
More camera phones
More music phones
More BLUETOOTH® cell phones
Netbook Center

Item SKU: 68088(Apple® iPad® with Wi-Fi + 3G 64GB Black)

Back to top

**Warranty and additional information**

New wireless devices carry a one-year warranty from date of purchase. Refurbished devices carry a ninety-day warranty from the date of purchase. To make a warranty claim after the first 30 days from purchase, call 1-800-801-1101.

All talk, data and standby times depend on network configuration.

**Other Monthly Charges** | **Plan Terms** | **Online Pricing**
**Returns Policy & Early Termination Fee** | **Additional Messaging & Data Charges (http://www.wireless.att.com/learn/articles-resources/wireless-legal-charges.jsp)**
**Shipping Information**

†Not redeemable for cash.

Service provided by AT&T Mobility.

**Wireless Legal Site (http://www.att.com/wirelesslegal)** | **Wireless Customer Agreement (http://www.att.com/wirelessterms)** | **Cell Phone Records Security (http://www.att.com/learn/articles-resources/records-security.jsp)**