Exhibit 26






Up to 50% off select Father's Day gifts
Presented by DEWALT

**Hello, Ken MacCardle.** We have recommendations for you. (Not Ken?)

**Ken's Amazon.com** | **Today's Deals** | **Gifts & Wish Lists** | **Gift Cards** Your Digital Items | Your Account | Help

**Shop All Departments** **Search** All Departments **Cart** **Your Lists**

**Computer & Accessories** Brands Bestsellers Accessories Laptops Desktops Drives & Storage Printers & Ink Connected Home Software Deals

Click for larger image and other views

View and share related images

# Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi)

by Apple

(608 customer reviews) | (359)

**There is a newer model of this item.** See details below, or go to the newer item.

List Price: ~~$499.00~~
Price: $488.99
You Save: $10.01 (2%)

**52 new** from $409.99 **109 used** from $354.99
**13 refurbished** from $389.99

**Capacity:** 16GB

16GB 32GB 64GB

**Style:** Wifi

Wifi Wifi + 3G

**In Stock.**
Ships from and sold by **Planet Fun Toys**.

Only 4 left in stock--order soon.

**Tablets at Amazon.com**
Visit our Tablet Store for the latest arrivals in tablet computers and essential accessories.

**There is a newer model of this item:**

Apple iPad 2 MC769LL/A Tablet (16GB, Wifi, Black) NEWEST MODEL
(136)
124 used & new from $545.00

**$488.99** + $9.49 shipping
In Stock. Sold by **Planet Fun Toys**
Quantity: 1

**or**
Sign in to turn on 1-Click ordering.

**More Buying Choices**

ManjaTech
$489.01 + $9.99 shipping

Rockyboy Superstore
$492.99 + $6.49 shipping

Concord Quick Ship
$498.99 + $6.49 shipping

**174 used & new** from $354.99

Have one to sell?
**or**
Get up to a $234.50 Amazon gift card Trade in here

Share

## Available Warranties or Services for This Item

SquareTrade 3-Year Computer Warranty Plus Accident...
(28)
$119.99

SquareTrade 3-Year Computer Warranty ($400-500 Items)
(18)
$69.99

## Frequently Bought Together

Capacity: **16GB** | Style: **Wifi**



**Price For All Three: $494.38**

These items are shipped from and sold by different sellers.  **Show details**

- ☑ **This item:** Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi) by Apple   $488.99
- ☑ 3 Pack of Premium Crystal Clear Screen Protectors for Apple iPad  $3.30
- ☑ 3 Pack of Universal Touch Screen Stylus Pen (Red + Black + Silver) by CCM   $2.09

## What Do Customers Ultimately Buy After Viewing This Item?

Capacity: **16GB** | Style: **Wifi**


**79%** buy the item featured on this page:
Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi) by Apple     (608)
$488.99

**8%** buy
Apple iPad 2 MC769LL/A Tablet (16GB, Wifi, Black) NEWEST MODEL by Apple    (136)


**5%** buy
3 Pack of Premium Crystal Clear Screen Protectors for Apple iPad    (442)
$2.30


**5%** buy
3 Pack of Universal Touch Screen Stylus Pen (Red + Black + Silver) by CCM    (498)
$2.09

› **Explore similar items**

## Technical Details

Capacity: **16GB** | Style: **Wifi**

- 9.7-inch (diagonal) LED-backlit glossy widescreen Multi-Touch display with IPS technology. 1024-by-768-pixel resolution at 132 pixels per inch (ppi).
- 16GB flash drive with 1Ghz Apple A4 custom-designed system on a chip.
- Wi-Fi (802.11a/b/g/n) Bluetooth 2.1 + EDR technology
- Box Contents: iPad Dock Connector to USB Cable, 10W USB Power Adapter, Documentation

› **See more technical details**

## Product Details

Capacity: **16GB** | Style: **Wifi**

**Product Dimensions:** 9.6 x 7.5 x 0.5 inches ; 1.5 pounds

**Shipping Weight:** 4 pounds (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S.

**ASIN:** B002C7481G

**Item model number:** MB292LL/A

**Average Customer Review:**            (608 customer reviews)

**Amazon Bestsellers Rank:** #8 in Computer & Accessories (See Top 100 in Computer & Accessories)
    #5 in Electronics > Computers & Add-Ons > Tablets

**Discontinued by manufacturer:** Yes

**Date first available at Amazon.com:** January 27, 2010

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Product Description

A magically and revolutionary product at an unbelievable price.

---

## Customers Who Bought This Item Also Bought    Page 1 of 11

Capacity: **16GB** | Style: Wifi


Back


Leather Carrying Case Cover / Folio With Built-in Stand for Appl…
(375)
$5.67


Apple iPad Case (CASE-ZML MC361ZM / B)
(186)
$29.49


3 Pack of Premium Crystal Clear Screen Protectors for Apple iPad
(442)
$2.30


DigitalsOnDemand 15-Item Accessory Bundle for Apple iPad 1st Gen…
(46)
$39.99

Next


3 Pack of Universal Touch Screen Stylus Pen (Red + Black +… by CCM
(498)
$2.09


Bear Motion (Trademark) Genuine Leather Case for Apple Ipad 1 (f…
(136)
$22.99


Otterbox APL2-iPAD1-20-C4OTR iPad Defender Series Case
(566)
$34.99


iPad Screen Protector LCD Screen Guard with Anti-reflective and…
(87)
$1.99


NEW! PINK! Protective Leather iPad Case with Snap Flap for Secur…
(37)
$5.84

---

## Customers Viewing This Page May Be Interested in These Sponsored Links  (What's this?)

| | | |
|---|---|---|
| **Get iPad On Verizon.** | - Magic of **iPad**. Power of Verizon. Free Shipping With Online Orders | www.verizonwireless.com/**iPad** |
| **All Apple Product 90% Off** | - All Factory Sealed & With AppleCare Exclusive Promo Offer, Today Only | www.costdropper.com/**iPad**2-64gb-Closeout |
| **BlackBerry® PlayBook™** | - The Wait is Over. The BlackBerry PlayBook is Here. Find Out More. | www.blackberry.com/playbook |

See a problem with these advertisements? Let us know                                      Advertise on Amazon

---

Product Ads from External Websites (What's this?)
Sponsored Content




| Apple iPad 10W USB Power Adapter $29.00 No Shipping Info **Apple Store** | elements w internet ipod dock $100.00 No Shipping Info **Unicahome** |
|---|---|

See a problem with these advertisements? **Let us know**
**Advertise here**

---

## Customer Reviews

**608 Reviews**

| 5 star: | (304) |
| 4 star: | (108) |
| 3 star: | (59) |
| 2 star: | (57) |
| 1 star: | (80) |

**Average Customer Review**
(**608 customer reviews**)

Share your thoughts with other customers:



ADVERTISEMENT

Ad feedback

## Most Helpful Customer Reviews

3,430 of 3,509 people found the following review helpful:

**A leap in the right direction**, April 3, 2010

By **Craig Whisenhunt** - **See all my reviews**

I've now spent the better part of a day playing with the new iPad, and while it excels in many things there are still some things anyone considering buying one should probably keep in mind.

First the good sides:

This thing is very fast, opening and closing applications is quick, the screen is incredibly responsive, there is no lag while typing, and the built in Safari browser does a great job of quickly loading even graphic intense pages.

The not so good sides:

As has been thoroughly pointed out, there is not presently much in the way of multitasking within the iPhone OS, but with most expectations pointing towards a summer release of OS 4.0 this might be remedied by mid summer, and almost certainly by a generation 2 release. That said, it should be kept in mind that on such a little screen being able to view multiple applications at once will likely never be something you'll use, and the speed by which you can open and close applications makes this less a headache than you might think. It isn't as fast as moving between open apps, but it isn't a deal breaker by any means. The lack of a camera in this generation is a little surprising, while I've purchased my iPad already, I honestly believe that with the number of competitors expected over the course of 2010 we're probably going to see a generation 2 by Christmas with a camera. It's still an amazing device, but the ability to video chat with it would definitely put it over the top, that's a feature worth waiting for. The lack of Flash support isn't as irritating as I expected it to be, but still something to consider. Many major sites have evolved to html5, or are in the process of doing so. This allows for full viewing by the Safari browser, and where it exists, it works great. The remaining sites still using Flash show up with annoying little boxes looking for a plugin that is likely never going to exist. If you spend a lot of time on flash heavy sites it really probably is worth considering holding out to see how the Slate/Android Tablets look in a few months, but if you're mostly just e-mailing and checking facebook (no Farmville) the lack of Flash support probably won't bother you too much.

As a laptop replacement:

The inclusion of the iWorks utilities gives this device a little bit of a laptop personality. Don't let that persuade you into believing that you don't need a computer though. You might be able to get away with ditching a laptop if all you really do is e-mail or very light word processing, but if you do anything more than that you'll like the freedom and ease a full computer offers for more complex tasks. That said, this device is a tremendous leap

## Most Recent Customer Reviews

**It's Apple...what do you expect?**
The iPad is amazing. It's the perfect tablet and can do virtually anything you want it to. it's a great productive tool when you're on the go and a nice little handheld gaming...
**Read more**
Published 1 day ago by Phil Black

**Apple is pricey but worth the joy it brings**
the iPad is great - it doesn't replace a laptop at this point but it is wonderful to have around the house

Great thing about it is that we can now do so many things I... **Read more**
Published 3 days ago by George Glass

**It's Useful - It's FUN!**
I won't go into detail about the technical features because many others have already described that here, but just want to say that I love it my iPad!!! **Read more**
Published 3 days ago by Jean1960

**Premium Product Built for Travel.**
I begin by stating that the Apple product line is still far ahead of any competition. I love all

towards a future tablet style device that may very well be a replacement for your computer, but for now it is more of a casual use device than something you can really expect to do substantial work with. I have put together a presentation in keynote, which was easy enough to do, but pages isn't as intuitive as I'd have liked, and taking lengthy notes or writing long letters/e-mails/reports will probably make it worth considering buying either the keyboard dock or the wireless bluetooth keyboard.

Battery life seems to live up to the claims, I managed to get about 7 hours before getting the 20% remaining battery life indication, which puts it about right for 10 hours or so of total use. One very important thing to realize about charging the device is that presently (at launch) there is some issues with charging via USB from many computers. The iPad is different than other iPod products, it requires a bit more power to charge up, and unfortunately most USB ports aren't set up to support that higher power draw. This is something that may be fixed in a firmware update to allow for a slower charge, or it may simply be that you'll need to either rely on a new Mac (seems like they can handle the power issue) or rely on the wall charger. Just don't be surprised if you plug it into your computer and it doesn't show that it is charging.

All in all, the iPad is an impressive device that might make for a reasonable replacement of a netbook for casual users. For people who need something to really do a lot of work on, you may find that for the price that a netbook or laptop still offers the better value for your needs. Future generations of this device will probably transition into fitting that market better than this first generation. However, if you're an avid reader, casual gamer, music fan, who doesn't do much more on the web than check a few sites, and e-mail. This thing is definitely worth considering! If you're on the fence, nothing about this product is so incredible as to justify running out and buying one right now, but it is worthy of your consideration if you're thinking you might like a tablet style device. I definitely would encourage you to go play with one at best buy or an apple store to get a feel for it. With a number of competitors due out over the next few months we're likely to see some price movement, or a second generation release, so it may be worth it to wait it out a little while.

One final note, the screen is absolutely gorgeous while it is turned on. It is crisp, bright, and very easy to see from any angle. But when you turn it off, every finger print and swipe is suddenly very visible (while it is on the light is bright enough you don't see them fingerprints). If you are a neat freak, or just hate finger prints on your devices you'll have to invest in some microfiber cloths or get used to using your shirt sleeve!

In conclusion, it's a lot of fun, and I'm not the least bit sorry to have bought one. It does many things, and over the next months will do many more. If you think you want one, go play with one, and if you don't want to wait for a next generation this one is definitely awesome. If you have specific needs that aren't really addressed in this generation or by apple, don't let the hype or peer pressure bully you into this one, there are a number of devices coming with great potential, one of those might be a better fit.

**Help other customers find the most helpful reviews**    Report abuse | Permalink
Was this review helpful to you?                                  Comments (125)

---

1,095 of 1,120 people found the following review helpful:
**Everyone wants things to be simpler, and along comes this simple thing.**, May 11, 2010
By **Just Trying to Help "Product Guru"** (USA) - See all my reviews

The main difference between this item, and the wi-fi only version, is of course the sim card with 3G. So, before I talk about the iPad in general, I'd like to explain my take on the 3G.

3G Performance:
The BOTTOM LINE: Works good as long as you aren't using it in a moving car. I ran an internet speed test on it and in the metro area it was

of my many Apple/Mac products, especially my Ipad. **Read more**
Published 4 days ago by Dieter67

### Apple iPad(1st Gen.) 64GB,WIFI +3G
This item was better than described. It was in incredible condition for the awesome price too. You have my vote. **Read more**
Published 5 days ago by Kentuckygirl

### What a waste of money...
I first have to admit that I didn't actually buy the iPad, my husband won it through work, but regardless I would still NEVER recommend this product to anyone!
**Read more**
Published 6 days ago by ashley c

### iPad, Gen 1
I'm very satisfied with the iPad. It arrived in the condition as described by the seller; like new. I'm glad that I bought it through Amazon; good savings on a great product!
Published 9 days ago by Howard

### Ipad
Not being very computer savvy, it has taken some time to learn all the bells and whistles, but I really enjoy the Ipad. It is a great tool for work and play.
Published 9 days ago by dparker

### I Love It!!!
I don't see a need to re-hash a product review seeing that the majority of those who purchased the iPad like it.
Simply put, the iPad is amazing. **Read more**
Published 11 days ago by K. Kerr

### Perfect
This was a perfect transaction both ordering and receiving. The product was exactly what I envisioned. Great transaction. I am VERY pleased.
Published 11 days ago by Frank

**Search Customer Reviews**
[                                    ]
☑ Only search this product's reviews

› **See all 608 customer reviews...**

1.2Mbps down and 210kbps up, which is decent.
The DETAILS: If you are doing basic computing, you will be able to be anywhere within a 3G service area to enjoy the internet. (If 3g service sucks in your area, don't buy an iPad 3g) Here is the only problem: when you pass from tower to tower the signal can hang as the data has to be rerouted to the new tower. Lets put this another way. If you are using the iPad netflix app to stream "Kim Possible season 3" videos to your iPad while driving at 60 MPH it will "hang" during the 22 minute show. In summary: The AT&T 3G works the same as my 3G expresscard from Verizon.

2G Performance: Yes, you can use your iPad on AT&T's 2G EDGE network as needed. The data is slow. You won't enjoy it.

3G setup:
3G setup is simple:
- press settings button, choose cellular data, press set up cellular service.
- put in your *iTunes* password. (AT&T is "invisible" except for a logo.)
- put your credit card into the iPad
- voila! you have service for 30 days
Its very slick and takes less than a minute. Its how it should be.

Avoiding the 3G data charges: If you are an iPhone user, and you have an iPad, you can avoid paying for 2 data plans by swapping sim cards. Of course, you might miss a few calls while your sim is in the iPad because the iPad doesn't support phone calls. If you have an older iphone: Older iPhones use large SIM cards and the ipad uses small microSIM cards. You would have to cut your large sim card down to the microsim size, and put it in your iPad (you will need a needle to pop it out). You would need to buy a little adapter (sold on the internet) to make your small sim fit back into your iPhone (so, buy the adapter first!) But this isn't a great long term solution, because, if you want to use the iPad as a GPS in the car you will not be able to use your phone quickly or easily until you switch them back out again. Here it is on Amazon: Microsim Adapter for Ipad Iphone4g Convert Micro Sim to Regular Sim Adapter

DO YOU WANT THE 3G INTERNET?
Despite my little princess being vexed at Kim Possible hanging, the answer is yes. Certainly, its wonderful to have the 3G access. Everything about the iPad works better because its a bigger screen, and being able to access the internet (almost) anywhere is very, very useful for me.

Now, the question begs to be asked: why the ipad at all?
I have to say I originally joined the legion of pundits who said "hey, its just a big ipod touch" and "it won't replace my laptop". Certainly, this has to be the two most common things you hear people say about the ipad, right? And yes, that can be the truth you choose.

iPad vs. Laptop: If your idea is to buy an iPad to replace your laptop, and get an external keyboard, and a docking station, and bla bla bla… then you will be disappointed. This is a different kind of device, and you can't put a square peg in a round hole. The iPad is for even more mobile computing than a laptop can provide. ***A laptop needs a desk. But the iPad doesn't.*** Thats the point, and if its not compelling for you, then consider carefully before buying an iPad.

iPad vs. iPod Touch: To say its just a big iPod touch is not really fair. The processor is much more powerful, allowing you to do a LOT MORE. You also get a big screen. And the 3g with this version. So to refuse to upgrade from the ipod Touch is similar to refusing to upgrade from a Kia Rio on the grounds that all other cars do the same thing.

But the biggest reason the iPad+3G will work for you, is that after a few weeks with it, you will want learn how to make it work for you. You will *enjoy* using it and it will be easier to use. You will say "how can I change what I do so I can do it on the iPad" not "how can the iPad do exactly what I did before".

For an example: here is a day with the iPad.
I get up in the morning, and if I'm not being lazy, I get on the treadmill. I prop the ipad up on the treadmill while I walk. I watch some news video on the iPad, read some email, play a game, catch up on facebook. I'm usually not done with this after my walk, so I head downstairs. Its like

carrying a magazine, its so easy. I bump into my daughter in the hall and show her a picture from her Grandmother, with the iPad securely held in only one hand. While I'm eating breakfast, and shaving, and brushing my teeth, I'm catching up on a book I was reading on my wife's Kindle: using the kindle ipad app. Then I can use the iPad when I leave the house, in a myriad of ways that I would not use my iPod Touch or Laptop. And the iPad fits in the pocket in my car door. Its really never in the way!

So far I have used the iPad to:
1) Watch streaming netflix movies.
2) Read books on iBooks and Kindle for iPad, both to myself and to my children.
3) Browse the internet without constantly having to use finger motions similar to "pinch" and "peace" (goodbye iPhone!).
4) My kids use it as an interactive coloring book at restaraunts.
5) I can control my laptop when I am away from home if something crucial comes up, as if I'm sitting at my laptop.
6) Move pictures from my digital camera to the iPad very quickly and easily (using the camera adapter, sold separately). Either for storage or for emailing.
7) Listen to Pandora internet radio anywhere in the house. (ok, I can't really listen to "Crystal Method thump thump boom boom music" but most other music sounds good)
8) I have used the internet to teach my children things when we are away from the house (Daddy, where does the word "helicopter" come from?)
9) Watched owned or rented iTunes movies on my 42 inch LCD TV (using an adapter sold separately).

The point of the above is that the iPad gives me more FREEDOM when computing, due to its small footprint and light weight.

What you can't do on an iPad:
1) Multitask. You don't really need all those windows open, but, we're all used to that.
2) Print.
3) Use the iPad to connect to a TV and give a presentation. When you use the HDTV adapter, the iPad screen blacks out so you can only use this for movies.
4) See macromedia Flash based content online. (a lot of websites use this, like Hulu)

Steve Jobs says 1 and 2 are coming, in fact, multitasking is on the new iPhone4 so it won't be long.
#4 will probably never come. If you need to use Flash websites, then, stick with our laptop. End of story.

Oh and the battery…. The battery is consistently lasting all day, 12 hours, without a recharge. But, its important to note that MANY USB ports will not charge an iPad. None of mine will. Also, my cheap iPhone car charger will not charge my iPad. There has been discussion about this lately, apparently the charger or USB port has to actually provide the correct rated power. Most don't provide enough power. But the battery lasts all day for me so this is not a negative.

If the reasons above don't help you make up your mind, consider Steve Wozniak's recent comments about the iPad: "Everyone wants things to be simpler, and along comes this simple thing." No viruses. No compatibility issues. No wondering why your iPad is so slow (Apple vets all software to make sure this doesn't happen). No questionable upgrades. No cryptic errors. All these things were things that took the joy out of computing for a lot of people.

The iPad is such a simple thing. And thats why the average person will love it and prefer to use it instead of a computer.

I'll upgrade this to 5 stars if/when:
1) More powerful iPad apps come out
2) Multitasking 2 things at once is possible (at least web browser and word processing, or pandora internet radio app + any other app would be nice)
3) Some kind of printing would be cool, although, I'm ok with paperless, really…

There you have it.

| Help other customers find the most helpful reviews | Report abuse \| Permalink |
|---|---|
| Was this review helpful to you? | Comments (28) |

2,515 of 2,621 people found the following review helpful:

### Not without flaws, but certainly more than just a glorified iPod Touch!, April 16, 2010

By **Scott Showalter "purefusion"** (Ohio, USA) - See all my reviews

**This review is from:** Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi) (Personal Computers)

Having spent some serious time with Apple's iPad since its release, it's easy to see how the device can stir up so much excitement and so much disappointment from all different angles with much less middle-ground. People tend to either love it or hate it. I hope I can shed some light on the details of real-world iPad usage, not just blind claims like several non-iPad users seem to be screaming. I'll detail all the benefits and the caveats of owning the device I've found so far, with hopes that you'll get a clear picture of whether or not the iPad really is for you.

For those interested, I've also compiled two iPad listmania lists:

Must-Have iPad Accessories:
http://www.amazon.com/lm/R1M3AJDBR2BCA7?tag=1pad-20&ie=UTF8

iPad vs. Other Tablets:
http://www.amazon.com/lm/R3QLZ307253XU6?tag=1pad-20&ie=UTF8


===== Background and Initial Reaction =====

I'm a mobile app developer who's created apps and games for the iPhone, iPod Touch and now iPad. Leading up to the announcement of the iPad, several rumors surfaced about Apple's new tablet device within iPhone development circles. The big rumor was that it would likely be based on the iPhone OS (the operating system built for the iPhone/iPod Touch). I had a lot of mixed feelings about that though. Part of me wanted the iPad to be able to run standard Mac apps (which the iPhone OS simply cannot do), while the other part of me saw the potential for app developers to take full advantage of the iPad's bigger screen and multi-touch interface on a whole new level, as iPhone/iPad apps generally aren't available for the Mac or PC specifically. What this meant for future iPad users was the potential to do more with the iPad than you would be able to do with an ordinary Mac or PC, though there would be some compromise therein until Apple or other developers could create an app that would fill any gaps in functionality.

When announced, I was fairly critical about how similar the iPad was to the iPod Touch. Indeed it does seem like an oversized iPod Touch, especially with the overly huge icons (and excessive spacing between them) on the home screen. Only 4 additional apps per-screen are permitted on the iPad (24 total) than the iPod Touch (20 total). But while iPad isn't without flaw, nor is it a complete laptop or desktop replacement by any means, it's still certainly more than just a glorified iPod Touch. After spending some time with it, the differences quickly become evident.

Neither is it a "Kindle killer" though it is certainly a great e-reader that will have a lasting effect on the future of digital books and publications. Moreover, there is a definite potential for the device to be useful beyond everything it is currently being touted as by Apple. Consider what the iPhone can do now compared to its first version with nothing but Apple's standard iPhone apps (before the app store was created).


===== First Impression =====

Taking the iPad out of the box for the first time, you'll come to realize just how touch-worthy the device really is. The slick screen reflects your glossy-eyed likeness as you gaze upon it and inhale in that one-of-a-kind scent synonymous with brand-new electronic gadgetry. Wrapping your

hand around your new baby to embrace it for the first time, you find new meaning to the term "baby" because the back feels smooth like a baby's butt. And there's no doubt that this is exactly how Apple wants you to feel when unboxing the iPad for the first time.

Right away, you'll probably notice that it's heavier than you might expect for such a slim device. For a real-world reference, the weight is comparable to that of two 200-page magazines (or 400 pages). Why so heavy? This thing's got two massive batteries which give it that touted 10 full-hours of life with wifi, though I got eight full hours out of constant Netflix streaming. Either way though, such a great battery life is something the iPhone/iPod Touch can't, uh… touch! Another contributor is Apple's signature glass touch-screen. However, the glass screen is phenominal at preventing scratches and ensures the display will always be crystal clear… at least until you lay your greasy mitts all over it.

Smudging of finger oils is an issue with just about any touch screen device, but the iPad is special. It has an "oleophobic" coating that should repel the greasy smears, streaks and fingerprints. After using it a majority of the first day, it became evident that the coating doesn't work 100%. It resisted much better than the iPod Touch, which has no such coating, but you can expect there will still be some traces of oil residue from the skin contacting the screen. Washing your hands frequently helps reduce this, but you'll really only notice it if you try to notice it (by either reflecting light off the screen, or turning the screen off). So ultimately your experience interacting with the iPad will hardly be affected by such smearing--there won't be any blurriness or ill effects. However, do note that oleophobic coatings usually start deteriorating after a few months, so expect it to degrade over time, and eventually wear off completely, resulting in more pronounced smearing.

One of my bigger grievances with the iPad is the utter waste of screen real-estate. I'm specifically talking about the excessive 1" black margin around the sides. What is the deal with that? Surely Apple could have thinned that out and either made the actual screen slightly bigger, or made the iPad itself slightly smaller. It really disheartens me for Apple to have squandered such valuable space on rubbish like that. The margin should have been the size of the margin used for the 13" or 15" MacBook Pro or the iPhone/iPod Touch--about half an inch.

While on the subject of wasted space, I'm also equally disappointed with the excessive spacing (padding) between the app icons on the home screen. Just like the much-smaller iPod Touch, you can only have four apps per row (i.e. four columns) when in portrait mode (orientation in the upright position), though an additional row has been added. On the other hand, flipping the iPad to landscape mode (on its side) enables you to have one additional column of apps, though you lose the additional row that you get with the iPad's orientation set to portrait mode. Meanwhile, the iPhone/iPod Touch cannot show apps in any orientation other than portrait/upright.

Either way, in both iPad orentations, it seems like Apple could have fit an additional column of app icons between each other, though five or six columns in portait mode (and six or seven columns in lamdscape mode) would satisfy my preferences. In any case, at least the iPhone OS 4.0 update (scheduled for the iPad this fall) will bring "folders" to the iPad, a feature that allows you to better-organize apps on the home screen by grouping them into a single icon whose app collection is revealed in a popup region.


===== So What Can This Thing Do? =====

When Apple first announced the iPad they didn't tout it so much as an ebook reader as they did a "netbook killer" (due to its ability to surf the web, check e-mail, watch videos, listen to music, and do a lot of the simpler tasks that netbooks were originally designed to do. Thus Apple had put less weight on the iPad as an e-reader in their announcement, which is still very apparent now that the iPad has been released.

Despite the fact that it has begun to spark a revolution in the publication and delivery of full-color magazines and news, in addition to its support for reading e-books, Apple has taken a low-lying strategy with their iPad

as an e-reader or "Kindle killer" as some iPad users have touted. When you go to Apple's website, and browse the guided tours that Apple has made for the iPad, you'll see that the guided tour for Apple's e-book reader app "iBooks" is near the bottom of the list. (Just below it is Apple's guided tour for its iPad productivity suite "iWork" which lets you edit Microsoft office documents such as Word files, Excel spreadsheets and PowerPoint presentations). What they don't exactly tell you outright is that iBooks (or iWork) is not included on the iPad out-of-the-box. They're extra applications that you have to download from Apple's iPad app store.

Having not bundled the iBooks app with the iPad, Apple seems to be positioning the iPad as more than just an e-book reader. Despite the fact that you have to download iBooks, the app itself is indeed free, though the books themselves aren't (of course). As a courtesy though, and as a sort of demonstration, Apple decided to throw in a Winnie the Pooh book for free. What a nice gesture, Apple!

On the other hand, to use the iPad for editing office documents, you'll need to download Apple's productivity suite iWork, a trilogy of apps which consists of: Pages, for word processing; Each of the three apps can be downloaded separately for $9.99 each. Completely reworked for the iPad, the complete iWork suite will set you back a whole thirty bucks. So be aware of that before you go ahead and grab the iPad for use with work-related document editing, and so forth.

Also note that if you do intend to use the iPad for heavy writing or word-processing purposes, you'll find that your ability to type quickly will be greatly inhibited by the virtual keyboard. Thus, you should snag the external keyboard as well (Note: I'll also explain some typing techniques below). Either way, be prepared to pay more than merely the price for the iPad alone. There's clearly more than meets the eye if you intend to transform the iPad into something a little more productive than it might be for you out of the box.

===== Interaction Experience =====... Read more ›

**Help other customers find the most helpful reviews**  
Was this review helpful to you?

Report abuse | Permalink  
Comments (115)

**Share your thoughts with other customers:**

› **See all 608 customer reviews...**

## Related Items

| Most Popular |
| --- |
| Electronics Service & Replacement Plans |
| Touch Screen Tablet Cases & Sleeves |
| Touch Screen Tablet Screen Protectors |
| PDA & Handheld Keyboards & Styluses |
| Touch Screen Tablet Accessory Bundles |
| MP3 Players |
| Touch Screen Tablet Chargers, Adapters & Cables |
| Laptop Bags & Cases |

Page 1 of 3



Case 5:11-cv-01846-LHK   Document 61-26   Filed 06/07/11   Page 13 of 15

**Tags Customers Associate with This Product** (What's this?)

Click on a tag to find related items, discussions, and people.

**Check the boxes next to the tags you consider relevant or enter your own tags in the field below.**

ipad (235)
apple ipad (125)
apple (96)
tablet (87)

touch screen (77)
16gb (69)
ebook reader (68)
wi-fi (65)

32gb (46)
wifi (25)

**Agree with these tags?**
**See all 115 tags...**

**Search Products Tagged with**

Your tags:

(Press the 'T' key twice to quickly access the "Tag this product" window.)

---

## Customer Discussions

### This product's forum

Capacity: **16GB** | Style: **Wifi**

| Discussion | Replies | Latest Post |
|---|---|---|
| Problem connecting with the internet | 2 | Apr 30, 2011 |
| iPad 2 Release? | 31 | Apr 10, 2011 |
| ipod Kindle app work on the iPad? | 31 | Apr 3, 2011 |
| iPad/iPhone USB AA Battery Charger | 0 | Mar 27, 2011 |
| How much memory do you need? | 3 | Mar 22, 2011 |
| Amazon's iPad prices | 13 | Mar 14, 2011 |
| will this work where there is no wifi?? | 3 | Mar 9, 2011 |
| Apple IPAD | 0 | Mar 8, 2011 |

› See all 79 discussions...    [Start a new discussion]

**Search Customer Discussions**

☑ Only search this product's forum

---

## Listmania!

**Search Listmania!**

PlayStation 3 Sleepless Nights Pack: A list by I. Gan

Best Tablet PCs for 2011: A list by Tech Insider "Tech Insider"

College Survival Kit: A list by M. Einspahr

Create a Listmania! list

---

## So You'd Like to...

**Search Guides**


buy a tablet but have no idea which one is best.: A guide by C. Schmidt


Get Big Biceps Doing Just ONE Set of Exercise...A Week!: A guide by Trainer X


Buy an ebook reader: A guide by Captain Skurvy

Create a guide

## Look for Similar Items by Category

Capacity: **16GB** | Style: **Wifi**

Electronics > Computers & Accessories > Tablets

### Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

Planet Fun Toys Privacy Statement       Planet Fun Toys Shipping Information       Planet Fun Toys Returns & Exchanges

### Your Recent History (What's this?)

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Self-publish with Us
› See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon.com**

Canada   China   France   Germany   Italy   Japan   United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Endless<br>Shoes<br>& More | Fabric<br>Sewing, Quilting<br>& Knitting |
| --- | --- | --- | --- | --- | --- | --- | --- |
| IMDb<br>Movies, TV<br>& Celebrities | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Small Parts<br>Industrial<br>Supplies | Soap.com<br>Health, Beauty &<br>Home Essentials | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    © 1996-2011, Amazon.com, Inc. or its affiliates