# Exhibit 28

# Consistent Trade Dress of iPhone Products





**iPhone**                  **iPhone 3G/3GS**                  **iPhone 4**

- A rectangular product shape with all four corners uniformly rounded;

- The front surface of the product dominated by a screen surface with black borders;

- Substantial black borders above and below the screen having roughly equal width and narrower black borders on either side of the screen having roughly equal width;

- A metallic surround framing the perimeter of the top surface;

- A display of a grid of colorful square icons with uniformly rounded corners; and

- A bottom row of square icons (the "Springboard") set off from the other icons and that do not change as the other pages of the user interface are viewed.