Exhibit 28

# Consistent Trade Dress of iPad Products



**iPad**

**iPad 2**

- A rectangular product shape with all four corners uniformly rounded;

- The front surface of the product dominated by a screen surface with black borders;

- Substantial black borders on all sides being roughly equal in width;

- A metallic surround framing the perimeter of the top surface;

- A display of a grid of colorful square icons with uniformly rounded corners; and

- A bottom row of square icons (the "Springboard") set off from the other icons and that do not change as the other pages of the user interface are viewed.