# Exhibit 29

# Samsung Infuse (TM) 4G*

- OVERVIEW
- VIDEO GALLERY
- DETAILS
- COMPATIBLE ACCESSORIES
- CUSTOMER REVIEWS



**Back to device list**

🖨 Print Summary

Color: Caviar Black

| | |
|---|---|
| **No Commitment Pricing** | $549.99 |
| 2-yr Contract Price | $199.99 |
| Total Due at Time of Shipping | $199.99 |
| *You Save $350.00* | |

Requires a minimum data service starting at $15/month. 2 year contract & new activation required.

**Learn about early termination fees** (http://www.wireless.att.com/learn/articles-resources/early-term-fees.jsp )

Qty. 1

**FREE SHIPPING**
**WITH ONLINE PURCHASE**

Like  4770 likes. Sign Up to see what your friends like.

---

**DETAILS**  |  **COMPATIBLE ACCESSORIES**  |  **CUSTOMER REVIEWS** |

### The Samsung Infuse (TM) 4G* has:



**ANDROID(TM) 2.2 OS**
Games, productivity, maps, and tens of thousands of apps available in the Android Market(TM)

**8 MP CAMERA**
Autofocus and LED flash plus HD 720p video recording and 1.3 MP front-facing camera

**4.5" DISPLAY**
Large high-resolution Super AMOLED Plus touchscreen for brilliant colors and crystal clear clarity

**ULTRA-THIN DESIGN**
The nation's thinnest 4G smartphone - 8.99 mm at its thinnest - fits comfortably in pocket or purse

### Additional Details



**Camera**

| | |
|---|---|
| Camera | ✓ |
| Resolution | 8 MP |
| Zoom | Continuous |
| Live video capture and playback | ✓ |

**Music**

| | |
|---|---|
| Music player | ✓ |
| Supported music formats | MP3, AAC, AMR, MIDI, MP3, WAV, WMA |
| AT&T Mobile Music | ✓ |
| Customizable equalizer | ✓ |
| Create music playlists | ✓ |
| Visualizer | ✓ |

**Messaging**

| | |
|---|---|
| Text Messaging | Insert pictures, video clips |

**Email**

| | |
|---|---|
| Mobile Email | Exchange Active Sync (Outlook), Gmail, POP3, IMAP |
| Microsoft Direct Push | ✓ |

**Video & Web**

| | |
|---|---|
| Web browser | full HTML |
| U-verse Live TV | watch live, on-demand and downloadable** TV shows on your phone |

**Applications/Media**

| | |
|---|---|
| Ringtones | MP3 |
| Ringback Tones - have your friends hear your favorite song or funny phrase when they call you | ✓ |
| Cool Tools | Angry Birds, Samsung Media Hub, Facebook, YouTube, Quick Office |
| Games, puzzle, sports, action, card, racing and more | ✓ |
| Graphics | Choose from your favorite music artists, celebrities, sports heroes, and more |
| Themes | Wallpaper, background, custom menus/popups, icons and more |
| AT&T Preloaded Apps | AT&T Navigator®, AT&T Code Scanner, AT&T FamilyMap®, YPmobile(SM), myAT&T |

**Productivity**

| | |
|---|---|
| Caller ID | ✓ |

**Current AT&T Customers**
▶ Upgrade   ▶ Add A Line

**Related Package**

Samsung Infuse(TM) 4G* Package
$199.99

This package includes:
- Samsung Infuse(TM) 4G*
- Choice of Plan - starting at $39.99 per month
- Choice of service - starting at $15 per month

**View package details**

**Recently Viewed**

Apple® iPad® with Wi-Fi + 3G 64GB Black
$529.00

Apple iPhone 3GS - 8 GB
$49.00

**Find Similar Wireless Devices**
More Samsung cell phones
More Android Phones
More camera phones
More music phones
More PDA/SmartPhones
More BLUETOOTH® cell phones
Netbook Center

| | | |
|---|---|---|
| | Address book | ✓ |
| | Conference calling | ✓ |
| | Call Forwarding | ✓ |
| | Multitasking | Use voice and data simultaneously |

### ⊕ Extras

| | |
|---|---|
| 3G | high-speed data and voice |
| World phone | ✓ |
| BLUETOOTH® wireless connectivity | ✓ |
| USB connectivity | USB Cable Included |
| Hands-free speakerphone | ✓ |
| Voice dialing and voice commands | ✓ |
| Hearing Aid (HAC) rating | M3 |
| Advanced Audio | ✓ |

## Technical Specifications

### Battery
| | |
|---|---|
| Capacity | 1750 mAh |
| Talk time | Up to 8 hours 50 minutes |
| Standby time | Up to 16 days 16 hours |

### Dimensions
| | |
|---|---|
| Weight | 4.9 ounces |
| Size (inches) | 5.15 x 2.77 x 0.36 inches |

### Memory
| | |
|---|---|
| Internal memory storage | Up to 18 GB |
| Expandable memory storage | Up to 32 GB |
| Memory format | microSD(TM) |

### Wireless Technology
| | |
|---|---|
| GSM/EDGE: | GSM/EDGE 850/900/1800/1900 |
| 3G - UMTS/HSDPA | HSPA 850/1900/2100 |
| 4G* | HSPA+ with enhanced backhaul |
| EDGE high speed data network | ✓ |
| BLUETOOTH® technology | 2.1 with Enhanced Data Rate (EDR) |
| FOTA capable - upgrade Firmware Over the Air | ✓ |

### Operating System
| | |
|---|---|
| Android | ✓ |

### Display
| | |
|---|---|
| Display size | 4.5 inches |
| Resolution (pixels) | 480 x 800 |
| Colors | 16 Million |

### Keyboard
| | |
|---|---|
| Touchscreen | ✓ |
| QWERTY | ✓ |
| Predictive text for fast typing | ✓ |

▲ Back to top

Item SKU: 65239(Samsung Infuse (TM) 4G*)

Legal: important information

*4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

© 2011 Samsung Telecommunications America, LLC ("Samsung"). Samsung and Infuse are both trademarks of Samsung Electronics America, Inc. and/or its related entities.

**AT&T U-verse Live TV requires mobile broadband service. Service not available in all areas. Programming subject to blackout restrictions. Download and watch capability available for select content requires Wi-Fi connection and is available for viewing for limited time periods.

Other Monthly Charges | Plan Terms | Online Pricing
Returns Policy & Early Termination Fee | Additional Messaging & Data Charges (http://www.wireless.att.com/learn/articles-resources/wireless-legal-charges.jsp)
Shipping Information

Case 5:11-cv-01846-LHK   Document 61-29   Filed 06/07/11   Page 4 of 4

†Not redeemable for cash.

Service provided by AT&T Mobility.

**Wireless Legal Site (http://www.att.com/wirelesslegal)** | **Wireless Customer Agreement (http://www.att.com/wirelessterms)** | **Cell Phone Records Security (http://www.att.com/learn/articles-resources/records-security.jsp)**