Exhibit 30

| RESIDENTIAL | BUSINESS | WIRELESS | | My Verizon | Cart Empty | San Francisco, CA |

Español | Why Verizon | About Us | Contact Us | Order Status | Store Locator | Coverage Locator

Phones & Devices | Plans | Accessories | Entertainment & Apps | Messaging | Business | Support | SEARCH

# DROID CHARGE by Samsung

Like    344 likes. Sign Up to see what your friends like.

Read Reviews (253)  |  Write a Review  |  Back to All Phones and Devices



**Demos and Video**

 Simulator

Learn About Messaging

Network

**Key Features**

Verizon 4G LTE Network
4.3" Super AMOLED Plus Screen
HTML Web Browser
Front and Rear Cameras
4G LTE Mobile Hotspot

**Pricing For**  2-Year Contract

Full Retail Price          $569.99
**PRICE** with 2-Year contract   **$299.99**

**Free Overnight Shipping!**

4G plan pricing on this phone
This phone requires a data package

1
Data pack required
Early Termination Fee $350 (2yr contracts)

**Add to Wish List**



Full Screen  |  Size  |  Product Views

**DETAILS**    APPS & MEDIA    ACCESSORIES    CUSTOMER REVIEWS (253)

**Harness Hyperspeed**
At your command: a 1GHz processor and a 4G LTE network that puts all others to shame. Download. Upload. Stream. Browse. Droid Charge makes you a wait–time–vanquishing velociraptor, an electromagnet of media — willing it all into the palm of your hand almost as fast as you can say "You're mine."

**The Eyes Have It**
Fire up a 720p HD video capture array that lets you grab hold of all you behold. Witness a 4.3" Super AMOLED Plus display so sharp, so brilliant, it'll recalibrate your retinas. Plug in with HDMI media sharing that shows the big screens how it's done.

**Ultimate Movie/TV Watching**
Become a walking megaplex with a vast and vivid screen. Pound your brain's pleasure center with non–stop movie magic and TV intensity, downloading and streaming at speeds that make your entertainment have to keep up with you for a change.

**Tap Into The Apps**
Bulldoze boredom and become a paragon of productivity with an arsenal of Android Market and V–CAST Apps for Droid Charge — news, sports, work, games — everything you're into. Go to the VZW Media Store to learn more about V–CAST Apps. Go to the Android Market to learn more about Android Apps and download over the air.

"DROID" is a trademark of Lucasfilm Ltd. and its related companies. Used under license.

Droid Charge by Samsung. The first Droid          Web          Specifications

powered by Verizon 4G LTE.

Runs on Android 2.2 (Froyo)

Over 150,000 apps from the Android Market

Movies, TV shows and music downloaded at super speeds

Access to Samsung Media Hub for everything awesome

Powered by a Cortex A8 1GHz processor for ultra–fast web browsing

## Camera

8.0 megapixel Rear

Auto–focus

Led flash

1.3 megapixel Front Facing

## Video

**Media Hub** capable

DivX 720p HD video

video recording & playback

HDMI Output

Blockbuster Mobile Application for downloading full–length movies the same day they are available on DVD, using your device's Wi–Fi connection.

Bitbop capable

## Music

Audio Formats Supported: WAV, MP3, AAC, AAC+, eAAC+, WMA, MIDI, SP–MIDI

Slacker Radio capable

TuneWiki capable

Rhapsody capable

Headset: 3.5mm Audio Jack

**Mobile Hotspot capable** (Supports up to 10 devices on 4G & up to 5 devices on 3G)

Integrated Google Mobile Services , Microsoft Outlook Exchange contacts & calendar, and Facebook contacts & birthdays, MySpace, Twitter, Windows Live!, AIM and Yahoo integration

HTML Browser with Adobe Flash 10.2

Wi–Fi Capable (802.11 b/g/n)

Google Search; Google Maps; Gmail; Google Talk; YouTube™

Thousands of apps & widgets available on Android Market

Fast access to YouTube™, Twitter, MySpace and Facebook®

## Communication

Visual Voice Mail capable

Backup Assistant capable

City ID capable

Amazon Kindle Reader

Text, Picture & Video Messaging with threaded messaging feature

Speech to Text Feature

Tools: Calculator, Alarm Clock, World Clock, Stop Watch, Timer, Calendar & Voice Commands

DLNA via AllShare–share photos, videos and music with other DLNA compatible devices

Samsung SNS widgets (Weatherbug Clock, Daily Briefing, Buddies Now)

ThinkFree Office ™

Task Manager

Phonebook capacity dependant upon available memory

GPS/E911

Google Over the Air Updates

TTY Compatible

Hearing Aid Compatibility =M4/T4

## Bluetooth 3.0

Bluetooth® Profiles Supported: Headset, Handsfree, Stereo, File Transfer, Basic Printing, Phonebook Access, Object Push (vCard & vCalendar only), Human Interface Device Profiles

**Dimensions**
Dimensions: 5.11" x 2.66" x .46"

Weight: 5.04 oz.

**Operating System/Network**
OS: Android 2.2

Network:LTE, CDMA/PCS/1xEVDO Rev. A (800/1900 MHz)

**Display**
4.3" Touch Screen

480x800 Super AMOLED™ Plus display

Supports up to 16M color

**Keyboard**
Virtual QWERTY Keyboard with Swype

**Battery**
Standard Battery: Usage time –up to 660 mins; Standby time –up to 280 hrs

SAR: Head: 1.01 W/kg; Body: 1.00 W/kg

**Memory / Processor**
2GB onboard memory (Actual formatted capacity may be less.)

32GB microSD™ card pre–installed on device–up to 32GB microSD supported (Actual formatted capacity may be less.)

1GHz Hummingbird application processor

---

**Trade–In Program**



Trade in your used handset or tablet from any carrier and receive a Verizon Wireless gift card.

**Details**

**Up to 25% off Accessories**



Purchase 3 or more accessories and save 25% on those accessories! Only need 2 accessories? Great, we'll take 20% off those!

**Details**

**Certified Pre-Owned Devices**



Same great phones, better prices! All certified pre-owned devices pass a 100+ point quality checklist.

**Details**