| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL EXPEDITED DISCOVERY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,, | Date:   June 17, 2011<br>Time:   1:30 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |
| Defendants. | |

**[PROPOSED ORDER]**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") have moved this Court for an order to compel Apple Inc. ("Apple") to produce to Samsung samples of products that have not been announced or released for sale.

Having considered the briefing and other papers submitted by the parties, the Court DENIES Samsung's motion.

**IT IS SO ORDERED.**

Dated: _____, 2011     By: _____
                                      LUCY H. KOH
                                      UNITED STATES DISTRICT JUDGE