HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I declare that I am employed with the law firm of Morrison & Foerster LLP, whose |
| 3 | address is Morrison & Foerster LLP, 425 Market St., San Francisco, California  94105-2482. |
| 4 | I am not a party to the within cause, and I am over the age of eighteen years. |
| 5 | I further declare that on June 7, 2011, I served a copy of: |

1. **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL EXPEDITED DISCOVERY [SEALED AND REDACTED VERSIONS]**

2. **DECLARATION OF RICHARD J. LUTTON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL EXPEDITED DISCOVERY [SEALED AND REDACTED VERSIONS]**

☐ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California  94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

**Edward J. DeFranco**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue , 22nd Floor
New York, NY 10017
212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

1

**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street , 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver & Hedges L
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email: victoriamaroulis@quinnemanuel.com

Executed in San Francisco, California, this 7th day of June, 2011.

_____
Robin L. Sexton