QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY** |

02198.51855/4191461.1

Case No. 11-cv-01846-LHK
**DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY**

I, Erik Olson, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an e-mail that I sent to Jason R. Bartlett, of Morrison & Foerster LLP, counsel for Apple, Inc., on June 6, 2011.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document entitled "Patent Local Rule 2-2 Interim Model Protective Order," which was attached to my June 6 e-mail to Mr. Bartlett.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document entitled "Stipulated Modification to Patent L.R. 2-2 Interim Model Protective Order for Purposes of Expedited Discovery," which was attached to my June 6 email to Mr. Bartlett.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in San Francisco, California on June 10, 2011.

By /s/ Erik Olson
Erik Olson

02198.51855/4191461.1

-1-   Case No. 11-cv-01846-LHK
**DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE RECIPROCAL EXPEDITED DISCOVERY**