# EXHIBIT 1

# Erik Olson

| | |
|---|---|
| **From:** | Erik Olson |
| **Sent:** | Monday, June 06, 2011 11:01 AM |
| **To:** | 'Bartlett, Jason R.' |
| **Cc:** | Charles K Verhoeven; Kevin Johnson; Victoria Maroulis; Margret Caruso; Michael T Zeller; 'McElhinny, Harold J.'; 'Jacobs, Michael A.'; 'Taylor, Jennifer Lee (SF)'; 'Tucher, Alison M.' |
| **Subject:** | Stipulated Modification to Interim Protective Order for Purposes of Expedited Discovery |
| **Attachments:** | Pat LR 2-2 Interim Model Prot Ord1[1].pdf; 4176997_Stipulated Modification to Interim Protective Order for Purposes of Expedited Discovery.DOC |

Dear Jason,

In advance of the production to Apple of discovery relating to Samsung's unreleased products, I write to seek Apple's stipulation to the attached modification to the Patent Local Rule 2-2 Interim Model Protective Order of the United States District Court for the Northern District of California ("Interim Model Protective Order").  For your reference, I have also attached as a PDF the Interim Model Protective Order itself.

Please let me know by Wednesday, June 8, whether Apple agrees to enter into the attached stipulated modification.  If not, please let me know whether Apple would be willing to stipulate to the attached modification with edits and please provide the edits that would make the modification acceptable to Apple.

Thank you.

Regards,

**Erik Olson**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6410 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
erikolson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.