| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE BY ALISON M. TUCHER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that attorney Alison M. Tucher of Morrison & Foerster LLP, a
2  member of the State Bar of California (CA SBN 171363) and admitted to practice in this Court,
3  and whose contact information appears below, hereby enters an appearance as an additional
4  attorney of record for Plaintiff Apple Inc. in the above-captioned case.

Alison M. Tucher
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
Phone: (415) 268-7269
Fax: (415) 268-7522
Email: atucher@mofo.com

Dated: June 15, 2011            MORRISON & FOERSTER LLP

By:   /s/ *Alison M. Tucher*
        ALISON M. TUCHER

Attorney for Plaintiff APPLE INC.

NOTICE OF APPEARANCE OF ALISON M. TUCHER
CASE NO. 4:11-CV-01846-LHK
sf-3007702

1

1 **CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that the foregoing document entitled NOTICE OF

3 APPEARANCE BY ALISON M. TUCHER was filed electronically in compliance with Civil

4 Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung

5 Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented

6 to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

7

8 Dated: June 15, 2011                    By:   /s/ *Alison M. Tucher*
                                                   ALISON M. TUCHER

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF ALISON M. TUCHER
CASE NO. 4:11-CV-01846-LHK
sf-3007702

2