HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No.   5:11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE OF GRANT L. KIM** |

NOTICE OF APPEARANCE OF GRANT L. KIM
CASE NO. 4:11-CV-01846-LHK
sf-3008336

1  PLEASE TAKE NOTICE that attorney Grant L. Kim of Morrison & Foerster LLP, a
2  member of the State Bar of California (CA SBN 114989) and admitted to practice in this Court,
3  and whose contact information appears below, hereby enters an appearance as an additional
4  attorney of record for Plaintiff Apple Inc. in the above-captioned case.

> Grant L. Kim
> Morrison & Foerster LLP
> 425 Market St.
> San Francisco, CA 94105
> Phone: (415) 268-7359
> Fax: (415) 268-7522
> Email: gkim@mofo.com

Dated: June 15, 2011     MORRISON & FOERSTER LLP

By:  /s/ *Grant L. Kim*
     GRANT L. KIM

Attorney for Plaintiff APPLE INC.

NOTICE OF APPEARANCE OF GRANT L. KIM
CASE NO. 4:11-CV-01846-LHK
sf-3008336

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE OF GRANT L. KIM was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: June 15, 2011

By:  /s/ *Grant L. Kim*
     GRANT L. KIM