| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | KENNETH H. BRIDGES (SBN 243541) |
|   | kbridges@bridgesmav.com |
| 9 | MICHAEL T. PIEJA (SBN 250351) |
|   | mpieja@bridgesmav.com |
| 10 | BRIDGES & MAVRAKAKIS LLP |
|   | 3000 El Camino Real |
| 11 | One Palo Alto Square, 2nd Floor |
|   | Palo Alto, CA 94306 |
| 12 | Telephone: (650) 804-7800 |
|   | Facsimile: (650) 852-9224 |
| 13 | |
|   | Attorneys for Plaintiff |
| 14 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | | **NOTICE OF APPEARANCE BY KENNETH H. BRIDGES** |
| v. | | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

NOTICE OF APPEARANCE OF KENNETH H. BRIDGES
CASE NO. 4:11-CV-01846-LHK
sf-3007716

1
2
3   PLEASE TAKE NOTICE that attorney Kenneth H. Bridges of Bridges & Mavrakakis
4   LLP, a member of the State Bar of California (CA SBN 243541) and admitted to practice in this
5   Court, and whose contact information appears below, hereby enters an appearance as an
6   additional attorney of record for Plaintiff Apple Inc. in the above-captioned case.
7
   Kenneth H. Bridges
   Bridges & Mavrakakis LLP
   3000 El Camino Real
8   One Palo Alto Square, 2nd Floor
   Palo Alto, CA 94306
9   Phone: (650) 804-7800
   Fax: (650) 852-9224
10  Email: kbridges@bridgesmav.com

11
12  Dated: June 16, 2011                    BRIDGES & MAVRAKAKIS LLP

                                            By:  /s/ *Kenneth H. Bridges*
13                                                 KENNETH H. BRIDGES
                                            Attorney for Plaintiff APPLE INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY KENNETH H. BRIDGES was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: June 16, 2011

By:  /s/ *Kenneth H. Bridges*
       KENNETH H. BRIDGES