| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE BY MICHAEL T. PIEJA** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

NOTICE OF APPEARANCE OF MICHAEL T. PIEJA
CASE NO. 4:11-CV-01846-LHK
sf-3007727

1
2
3  PLEASE TAKE NOTICE that attorney Michael T. Pieja of Bridges & Mavrakakis LLP, a
4  member of the State Bar of California (CA SBN 250351) and admitted to practice in this Court,
5  and whose contact information appears below, hereby enters an appearance as an additional
6  attorney of record for Plaintiff Apple Inc. in the above-captioned case.

7  Michael T. Pieja
   Bridges & Mavrakakis LLP
8  3000 El Camino Real
   One Palo Alto Square, 2nd Floor
9  Palo Alto, CA 94306
   Phone: (650) 804-7800
10 Fax: (650) 852-9224
   Email: mpieja@bridgesmav.com

11
12 Dated: June 16, 2011                    BRIDGES & MAVRAKAKIS LLP

13                                         By:  /s/ *Michael T. Pieja*
                                                MICHAEL T. PIEJA
14
                                           Attorney for Plaintiff APPLE INC.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY MICHAEL T. PIEJA was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: June 16, 2011

By: /s/ *Michael T. Pieja*
MICHAEL T. PIEJA