Exhibit 7

US007864163B2

## (12) United States Patent
Ording et al.

(10) **Patent No.:** **US 7,864,163 B2**

(45) **Date of Patent:** **Jan. 4, 2011**

(54) **PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS**

(75) Inventors: **Bas Ording**, San Francisco, CA (US); **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Stephen O. Lemay**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Richard Williamson**, Los Gatos, CA (US); **Chris Blumenberg**, San Francisco, CA (US); **Marcel Van Os**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 688 days.

(21) Appl. No.: **11/850,013**

(22) Filed: **Sep. 4, 2007**

(65) **Prior Publication Data**

US 2008/0094368 A1     Apr. 24, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/946,715, filed on Jun. 27, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
*G06F 3/041* (2006.01)

(52) **U.S. Cl.** ........................ **345/173**; 715/234; 715/781

(58) **Field of Classification Search** ......... 345/173–178; 178/18.01–18.09, 18.11; 715/810, 828–831, 715/234, 781, 700
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,025,842 A     2/2000  Filetto et al. ................. 345/345

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0476972 A2       3/1992

(Continued)

OTHER PUBLICATIONS

Milic-Frayling, N. et al., "Smartview: Enhanced Document Viewer for Mobile Devices," Microsoft Technical Report, Nov. 15, 2002, URL:       ftp://ftp.research.microsoft.com/pub/tr/tr-2002-114.pdf, retrieved Dec. 17, 2007.

(Continued)

*Primary Examiner*—Stephen G Sherman
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content, and detecting a first gesture at a location on the displayed portion of the structured electronic document. A first box in the plurality of boxes at the location of the first gesture is determined. The first box on the touch screen display is enlarged and substantially centered.

**61 Claims, 29 Drawing Sheets**



**US 7,864,163 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,073,036 | A | 6/2000 | Heikkinen et al. | 455/575 |
| 6,177,936 | B1 | 1/2001 | Cragun | 345/340 |
| 6,199,082 | B1 | 3/2001 | Ferrel et al. | 707/522 |
| 6,243,080 | B1 | 6/2001 | Molne | 345/173 |
| 6,262,732 | B1 | 7/2001 | Coleman et al. | 345/348 |
| 6,326,970 | B1 | 12/2001 | Mott et al. | 345/439 |
| 6,349,410 | B1 | 2/2002 | Lortz | 725/110 |
| 6,359,615 | B1 | 3/2002 | Singh | 345/173 |
| 6,411,283 | B1 | 6/2002 | Murphy | 345/173 |
| 6,466,198 | B1 | 10/2002 | Feinstein | 345/158 |
| 6,466,203 | B2 | 10/2002 | Van Ee | 345/173 |
| 6,489,975 | B1 | 12/2002 | Patil et al. | 345/781 |
| 6,570,583 | B1 | 5/2003 | Kung et al. | 345/661 |
| 6,613,100 | B2 | 9/2003 | Miller | 715/526 |
| 6,639,584 | B1 | 10/2003 | Li | 345/173 |
| 6,771,250 | B1 | 8/2004 | Oh | 345/156 |
| 6,928,461 | B2 | 8/2005 | Tuli | 709/203 |
| 7,054,965 | B2 | 5/2006 | Bell et al. | 710/72 |
| 7,075,512 | B1 | 7/2006 | Fabre et al. | 345/156 |
| 7,149,549 | B1 | 12/2006 | Ortiz et al. | 455/566 |
| 7,166,791 | B2 | 1/2007 | Robbin et al. | 84/477 |
| 7,346,855 | B2 | 3/2008 | Hellyar et al. | 715/783 |
| 7,461,353 | B2 | 12/2008 | Rohrabaugh et al. | 715/815 |
| 2002/0152283 | A1 | 10/2002 | Dutta et al. | 709/218 |
| 2003/0033331 | A1 | 2/2003 | Sena et al. | 707/513 |
| 2003/0095135 | A1 | 5/2003 | Kaasila et al. | 345/613 |
| 2003/0095155 | A1 | 5/2003 | Johnson | 345/864 |
| 2003/0164861 | A1 | 9/2003 | Barbanson et al. | 345/815 |
| 2003/0193524 | A1 | 10/2003 | Bates et al. | 345/786 |
| 2004/0103371 | A1 | 5/2004 | Chen et al. | 715/513 |
| 2004/0143796 | A1 | 7/2004 | Lerner et al. | 715/538 |
| 2004/0169674 | A1 | 9/2004 | Linjama | 345/702 |
| 2004/0201595 | A1 | 10/2004 | Manchester | 345/649 |
| 2005/0071364 | A1 | 3/2005 | Xie et al. | 707/102 |
| 2005/0071778 | A1 | 3/2005 | Tokkonen | 715/822 |
| 2005/0079896 | A1 | 4/2005 | Kokko et al. | 345/702 |
| 2005/0093826 | A1 | 5/2005 | Huh | 345/168 |
| 2005/0114788 | A1 | 5/2005 | Fabritius | 715/767 |
| 2005/0166232 | A1 | 7/2005 | Lamkin et al. | 725/43 |
| 2005/0177783 | A1 | 8/2005 | Agrawala et al. | 715/512 |
| 2005/0285880 | A1 | 12/2005 | Lai et al. | 345/660 |
| 2006/0026521 | A1 | 2/2006 | Hotelling et al. | 715/702 |
| 2006/0033761 | A1 | 2/2006 | Suen et al. | 345/660 |
| 2006/0064647 | A1 | 3/2006 | Tapuska et al. | 715/800 |
| 2006/0085743 | A1 | 4/2006 | Baudisch et al. | 715/526 |
| 2006/0097991 | A1 | 5/2006 | Hotelling et al. | 345/173 |
| 2006/0101354 | A1 | 5/2006 | Hashimoto et al. | 715/863 |
| 2006/0125799 | A1* | 6/2006 | Hillis et al. | 345/173 |
| 2006/0143574 | A1 | 6/2006 | Ito et al. | 715/800 |
| 2006/0146016 | A1 | 7/2006 | Chan et al. | 345/156 |
| 2006/0146038 | A1 | 7/2006 | Park et al. | 345/173 |
| 2006/0197753 | A1 | 9/2006 | Hotelling | 345/173 |
| 2006/0277588 | A1 | 12/2006 | Harrington et al. | 725/135 |
| 2006/0284852 | A1* | 12/2006 | Hofmeister et al. | 345/173 |
| 2007/0038612 | A1 | 2/2007 | Sull et al. | 707/3 |
| 2007/0152984 | A1 | 7/2007 | Ording et al. | 345/173 |
| 2007/0155434 | A1 | 7/2007 | Jobs et al. | 455/565 |
| 2007/0157228 | A1 | 7/2007 | Bayer et al. | 725/34 |
| 2007/0250768 | A1* | 10/2007 | Funakami et al. | 715/521 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 651 544 | A2 | 5/1995 |
| EP | 0 701 220 | A1 | 3/1996 |
| EP | 0880090 | A2 | 11/1998 |
| EP | 0 990 202 | A1 | 4/2000 |
| EP | 1 049 305 | A1 | 11/2000 |
| EP | 1 517 228 | A2 | 3/2005 |
| EP | 1 632 874 | A2 | 3/2006 |
| EP | 1 752 880 | A1 | 2/2007 |
| JP | 11 143604 | | 5/1999 |
| JP | 2000181436 | | 6/2000 |
| JP | 2005 267049 | | 9/2005 |
| WO | WO 99/54807 | A1 | 10/1999 |
| WO | WO 02/46903 | A1 | 6/2002 |
| WO | WO 02/082418 | A2 | 10/2002 |
| WO | WO 02/093542 | A1 | 11/2002 |
| WO | WO 02093542 | A1 * | 11/2002 |
| WO | WO 03/052626 | A1 | 6/2003 |
| WO | WO 2004/021166 | A1 | 3/2004 |
| WO | WO 2004/040481 | A1 | 5/2004 |
| WO | WO 2005/036416 | A2 | 4/2005 |
| WO | WO 2005/074268 | A1 | 8/2005 |
| WO | WO 2005/106684 | A1 | 11/2005 |
| WO | WO 2006/003591 | A2 | 1/2006 |

### OTHER PUBLICATIONS

Holmquist, L., "The Zoom Browser Showing Simultaneous Detail and Overview in Large Documents," Human IT, 1998, URL : http://www.hb.se/bhs/ith/3-98/leh.htm, retrieved Dec. 17, 2007.

Khella, A. et al., "Pocket PhotoMesa: A Zoomable Image Browser for PDAs," Proceedings of the 3rd International Conference on Mobile and Ubiquitous Multimedia, Oct. 29, 2004, pp. 19-24, URL: http://delivery.acm.org/10.1145/1060000/1052384/p19-khella.pdf?key1=1052384&key2=2419987911&co11=GUIDE&d1=GUIDE&CFID=47073625&CFTOKEN=65767142, retrieved Dec. 17, 2007.

Invitation to Pay Additional Fees for International Application PCT/US2007/077644, dated Jan. 23, 2008.

Cooper, A., "The Inmates Are Running the Asylum," Sams Publishing, 1999, pp. 138-147.

European Search Report dated Jan. 26, 2010, received in European Application No. 09171787.6-2212, which corresponds to U.S. Appl. No. 11/850,013.

Versiontracker, "Photogather—7.2.6. Hi-res Image Viewer & Editor for Palm," printed Jun. 12, 2006, 5 pages, http://www.versiontracker.com/dyn/moreinfo/palm/4624.

Office Action dated Sep. 28, 2009, received in Australian Patent Application No. 2009100760, which corresponds to U.S. Appl. No. 11/850,013.

Agarwal, A., "iTunesInlineVideo," Digital Inspiration—The Tech Guide, 27 pages, http://:labnol.blogspot.com/2006_09_17_labnol_archive.html.

Ahmad I. et al., "Content-Based Image Retrieval on Mobile Devices," Proc. Of SPIE-IS&T Electronic Imaging, vol. 5684, 2005, 10 pages.

Alam, H. et al., "Web Document Manipulation for Small Screen Devices: A Review," 4 pages, http://www.csc.liv.ac.uk/~wda2003/Papers/Section_II/Paper_8.pdf, 2003.

Apparao, V. et al., "Level 1 Document Object Model Specification," W3C Working Draft Jul. 20, 1998, 3 pages, http://www.w3.org/TR/WD-DOM/.

Bos, B. et al., "3 Conformance: Requirements and Recommendations," Cascading Style Sheets, level 2 CSS2 Specification, W3C Recommendation, May 12, 1998, 6 pages, http://www.w3.org/TR/CSS21/conform.html#doctree.

Chen, L. et al., "DRESS: A Slicing Tree Based Web Representation for Various Display Sizes," Microsoft Researach, Technical Report MSR-TR-2002-126, Nov. 16, 2002, 9 pages.

Eyemodule, "Turn Your Handspring™ Handheld into a Digital Camera," User's Manual, www.eyemodule.com, 9 pages, 2000.

Fling, B., "Designing for Mobile, Bringing Design Down to Size," Copyright© 2006 Blue Flavor.

Hart, K., "Rewriting the Web for Mobile Phones," washingtonpost.com, Jul. 26, 2006, 2 pages, http://www.washingtonpost.com/wp-dyn/content/article/2006/07/25/AR2006072501517_pf.html.

Hinckley et al., "Input/Output Devices and Interaction Techniques," Microsoft Research, 79 pages, 2003.

Laakko, T. et al., "Adapting Web Content to Mobile User Agents," IEEE Internet Computing, vol. 9, Issue 2, Mar./Apr. 2005, 8 pages.

Opera Software, "Download the Opera Mobile™ Browser," 5 pages, http://www.opera.com/products/mobile/products/, 2006.

Opera Software, "Opera 7.60 for Series 60 Mobile," http://jp.opera.com/support/tutorials/s60/760/O760manual.pdf, 2009.

Palme, J. et al., "MIME Encapsulation of Aggregate Documents, such as HTML," The Internet Society, 1999, 24 pages.

Raman, B. et al., "Application-specific Workload Shaping in Multimedia-enabled Personal Mobile Devices," CODES + ISSS' 06, Oct. 22-25, 2006, Seoul, Korea, Copyright 2006 ACM, 6 pages.

Robie, J., "What is the Document Object Model?" Texcel Research, 5 pages, http://www.w3.orgTR-DOM/introduction.html, 2006.

Rohrer, T., "Metaphors We Compute by: Bringing Magic into Interface Design," http://www.uoregon.edu/-uophil/metaphor/gui4web.htm, printed Jun. 13, 2006, 7 pages.

Roto, V. et al. "Minimap—A Web Page Visualization Method for Mobile Phones," CHI 2006, Nokia Research Center, Apr. 22-27, 2006, 10 pages.

Salmre, I., "Chapter 2, Characteristics of Mobile Applications," Salme__02.fm, pp. 19-36, Dec. 20, 2004.

Schreiner, T., "High DPI in IE: Tip & Mystery Solved," Tony Schreiner's Weblog, May 2004, 2 pages, http://blogs.msdn.com/tonyschr/archive/2004/05/05/126305.aspx.

Stampfli, T., "Exploring Full-Screen Mode in Flash Player 9," Jan. 5, 2007, http://web.archive.org/web20070105231635/http://www.adobe.com/devnet/flashplayer/articles/full_13 screen__mode.html.

Stanek, W. et al., "Chapter 9, Video and Animation Plug-Ins," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet edu.pk/taimoor/books/1-57521-198-X/index.htm.

Stanek, W. et al., "Chapter 22, Adding Multimedia to Your Web Site," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet.edu.pk/taimoor/books/1-57521-198-X/index.htm.

Surfin'Safari, "XUL," 7 pages, Oct. 2003, http://weblogs.mozillazine.org/hyatt/archives/2003__10.html.

w3 schools.com, "Multimedia Video Formats," www.w3sschools.com/media/media_videoformats.asp?output=print, 2006.

w3schools.com, "Playing QuickTime Movies," http://www.w3schools.com/media/media_quicktime.asp?output=print, 2006.

w3schools.com, "Playing Videos On The Web," www.w3schools.com/media/media_browservideos.asp?out=print, 2006.

Wave Technologies, "Certified Internet Webmaster Foundations Study Guide," Wave Technologies Internation, Inc., a Thomson Learning company, copyright 1988-2000.

Warabino, T. et al., "Video Transcoding Proxy for 3Gwireless Mobile Internet Access," IEEE Communications Magazine, vol. 38, Issue 10, Oct. 2000, 6 pages.

weblogs, "Chapter 1: Downloading and Building WebCore," WebCore documentation, 2 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter1.html, 2006.

weblogs, "Chapter 2: An Overview of WebCore," WebCore documentation, 3 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter2.html, 2006.

webmasterworld.com, "Page Zooming with IE," webmasterworld.com, Jul. 2004, 7 pages, http://www.webmasterworld.com/forum83/4179.htm.

Wikipedia, "Comparison of Layout Engines," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/Comparison__of_loyout__engines, 2005.

Wikipedia, "KDE," Wikipedia, the free encyclopedia, 9 pages, http://en.wikipedia.org/wiki/KDE, 2004.

Wikipedia, "KHTML," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/KDHTML, 2004.

Wikipedia, "List of Layout Engines," 1 page, http://en.wikipedia.org/wiki/List__of_layout__engines, 2005.

Wobbrock, J. et al., "WebThumb: Interaction Techniques for Small-Screen Browsers," Human Computer Interaction Institute and School of Design, Carnegie Mellon University, {jrock, forlizzi, scott.hudson, bam}@cs.cmu.edu, Oct. 27-30, 2002, 4 pages.

Yin, X. et al., "Using Link Analysis to Improve Layout on Mobile Devices," WWW2004, May 17-22, 2004, 7 pages, http://www.iw3c2.org/WWW2004/docs/1p338.pdf.

Xiao, X. et al., "Slicing*-Tree Based Web Page Transformation for Small Displays," CIKM'05, Oct. 31-Nov. 5, 2005, Bremen, Germany, 2 pages.

Xie, X. et al., "Efficient Browsing of Web Search Results on Mobile Devices Based on Block Importance Model," Microsoft Research Asia, mgx03@ mails.tsinghua.edu.cn, 10 pages, 2005.

Zhiwei et al., "Zoom Selector: A Pen-based Interaction Technique for Small Target Selection," Transactions of the Information Processing Society of Japan, Aug. 2004, vol. 45, No. 8, pp. 2087-2097, Inf. Process. Soc. Japan, ISSN 0387-5806.

International Search Report and Written Opinion for International Application No. PCT/US2007/088893, mailed Jul. 11, 2008.

Designing Interfaces.com, "Animated Transition," http://designinginterfaces.com/Animated_Transition, printed Oct. 16, 2006, 2 pages.

Alejandre, S., "Graphing Linear Equations," http://mathforum.org/alejandre/palm/times.palm.html, printed Jun. 12, 2006, 3 pages.

Baudisch, P., "Collapse-to-Zoom: Viewing Web Pages on Small Screen Devices by Interactively Removing Irrelevant Content," Oct. 24-27, 2004, 4 pages.

Bitstream®, "ThunderHawk Pocket PC Edition for End Users," http://www.bitstream.com/wireless/products/pocketpc/faq_using.html, printed Jun. 12, 2006, 4 pages.

Buyukkokten, O. et al., "Power Browser: Efficient Web Browsing for PDAs," Digital Libraries Lab (InfoLab), Stanford University, Stanford, CA, 8 pages, 2002.

Chen, H. et al, "A Novel Navigation and Transmission Technique for Mobile Handheld Devices," 8 pages, 2002.

Chen, Y., "Detecting Web Pages Structure for Adaptive Viewing on Small Form Factor Devices," Microsoft Research, i-yuchen@microsoft.com, May 20-24, 2003, 9 pages.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Getgreg, "Jeff Han's Multiple Touch Point Display, the Stuff Dreams are Made of," http://www.theyshoulddothat.com2006/08/jeff_hanns__multiple__touch__poin.html>, Aug. 16, 2006, 2 pages.

Han, J., "Talks Jeff Han: Unveiling the Genius of Multi-touch Interface Design," Ted Ideas Worth Spreading, http://www.ted.com/inhttp://www.ted.com/phd/talks/view/id/65>, Aug. 6, 2006, 1 page.

Karlson et al., "AppLens and Lunch Tile: Two Designs for One-handed Thumb Use on Small Devices," http://heil.cs.umd.edu/trs/2004-37.html, printed Jun. 12, 2006, 11 pages.

Landragin, F., "The Role of Gesture in Multimodal Referring Actions," Proceedings of the Fourth IEEE Internaational Conference on Multimodal Interfaces, http://ieeexplore.iee.org/ie15/8346i/26309/01166988pdf?arnumber=116i6988>, 2002, 6 pages.I.

Lie, H., "Cascading Style Sheets," http://people.opera.com/howcome/2006/phd/css.pdf, 2005, pp. 243-247.

Milic-Frayling, N. et al., "Smartview: Flexible Viewing of Web Page Contents," The Eleventh International World Wide Web Conference, http://www2002.org/CDROM/poster/172/>, May 11, 2002, 4 pages.

Opera Software, "Opera for Mobile, The Full Web Anytime, Anywhere," www.opera.com/mobile, Jan. 2006, 7 pages.

Opera Software, "Opera for S60 Tutorial," http://www.opera.com/support/tutorials/260/, Apr. 5, 2006, 5 pages.

Opera—Press Releases Database, "The New Opera Browser for Series 60 Features Zoom and Password Manager," Nov. 14, 2005, 3 pages.

Opera Software, "Opera for Windows Mobile Smartphone 2003 Tutorial," http://www.opera.com/support/tutorials/winmobile, Apr. 5, 2005, 4 pages.

Opera Software, "Opera 8.5 Beta 2 for Windows Mobile, Pocket PC," http://www.opera.com/products/mobile/products/winmobileppc, Apr. 5, 2006, 2 pages.

Opera, "Opera 8.5 for S60 Phones-Get the Full Internet Experience on Your Mobile Phone," http://www.symbian-freak.com/news/1105/opera.htm, Apr. 5, 2006, 3 pages.

International Search Report and Written Opinion for International Application No. PCT/US2007/077644, mailed May 30, 2008.

International Search Report and Written Opinion dated Jun. 30, 2008, received in International Application PCT/US2007/088879 which corresponds to U.S. Appl. No. 11/620,647.

**US 7,864,163 B2**

Page 4

Office Action dated Nov. 17, 2009, received in U.S. Appl. No. 11/620,647.

Office Action dated Jun. 24, 2010, received in U.S. Appl. No. 11/620,647.

Examiner's Report dated Mar. 24, 2010, received in Australian Patent Application No. 2007292383, which corresponds to U.S. Appl. No. 11/850,013, 2 pages.

Office Action dated Jun. 7, 2010, received in German Patent Application No. 11 2007 002 107.1-53, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Jun. 21, 2010, received in European Application No. 07 814 690.9-2212, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 13, 2010, received in Chinese Patent Application No. 20078004122.6, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 19, 2010, received in European Application No. 07 814 690.9, which corresponds to U.S. Appl. No. 11/850,013.

* cited by examiner



Figure 1A



Figure 1B



**Figure 2**



**Figure 3**



**Figure 4A**



**Figure 4B**



**Figure 5A**



**Figure 5B**



**Figure 5C**

U.S. Patent        Jan. 4, 2011        Sheet 10 of 29        US 7,864,163 B2



Figure 5D



**Figure 5E**



**Figure 5F**



**Figure 5G**



**Figure 5H**



**Figure 5I**



**Figure 5J**



**Figure 5K**



**Figure 5L**



**Figure 5M**



Figure 6A



**Figure 6B**



**Figure 6C**



**Figure 7A**



**Figure 7B**



**Figure 7C**



**Figure 7D**



**Figure 7E**



**Figure 7F**



Figure 8

US 7,864,163 B2

**1**

## PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS

### RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application Nos. 60/937,993, "Portable Multifunction Device," filed Jun. 29, 2007; 60/946,715, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Structured Electronic Documents," filed Jun. 27, 2007; 60/879,469, "Portable Multifunction Device," filed Jan. 8, 2007; 60/879,253, "Portable Multifunction Device," filed Jan. 7, 2007; and 60/824,769, "Portable Multifunction Device," filed Sep. 6, 2006. All of these applications are incorporated by referenced herein in their entirety.

This application is related to the following applications: (1) U.S. patent application Ser. No. 10/188,182, "Touch Pad For Handheld Device," filed Jul. 1, 2002; (2) U.S. patent application Ser. No. 10/722,948, "Touch Pad For Handheld Device," filed Nov. 25, 2003; (3) U.S. patent application Ser. No. 10/643,256, "Movable Touch Pad With Added Functionality," filed Aug. 18, 2003; (4) U.S. patent application Ser. No. 10/654,108, "Ambidextrous Mouse," filed Sep. 2, 2003; (5) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (6) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (7) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed Jan. 18, 2005; (8) U.S. patent application Ser. No. 11/057,050, "Display Actuator," filed Feb. 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed Mar. 4, 2005; (10) U.S. patent application Ser. No. 11/367, 749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006; and (11) U.S. Provisional Patent Application No. 60/947,155, "Portable Electronic Device, Method, And Graphical User Interface For Displaying Inline Multimedia Content," filed Jun. 29, 2007. All of these applications are incorporated by reference herein in their entirety.

### TECHNICAL FIELD

The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable electronic devices that display structured electronic documents such as web pages on a touch screen display.

### BACKGROUND

As portable electronic devices become more compact, and the number of functions performed by a given device increase, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particular significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions. Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store

**2**

and manipulate data. These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible. This may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users. When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

In particular, it is slow and tedious to navigate in structured electronic documents (e.g., web pages) in portable electronic devices with small screens using conventional input devices (e.g., 5-way toggle switches). Moreover, it is cumbersome to control and view multimedia content within such documents on portable electronic devices.

Accordingly, there is a need for portable electronic devices with more transparent and intuitive user interfaces for viewing and navigating structured electronic documents and multimedia content within such documents. Such interfaces increase the effectiveness, efficiency and user satisfaction with activities like web browsing on portable electronic devices.

### SUMMARY

The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer readable storage medium or other computer program product configured for execution by one or more processors.

In one aspect of the invention, a computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises: displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; detecting a first gesture at a location on the displayed portion of the structured electronic document; determining a first box in the plurality of boxes at the location of the first gesture; and enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content. In response to detecting a first gesture at a location on the portion of the structured electronic document, a first box in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display.

In another aspect of the invention, a portable electronic device comprises: a touch screen display, one or more pro-

3

cessors, memory, and one or more programs. The one or more programs are stored in the memory and configured to be executed by the one or more processors. The one or more programs include instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content. The one or more programs also include: instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document; instructions for determining a first box in the plurality of boxes at the location of the first gesture; and instructions for enlarging and substantially centering the first box on the touch screen display.

In another aspect of the invention, a computer-program product comprises a computer readable storage medium and a computer program mechanism (e.g., one or more computer programs) embedded therein. The computer program mechanism comprises instructions, which when executed by a portable electronic device with a touch screen display, cause the device: to display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; to detect a first gesture at a location on the displayed portion of the structured electronic document; to determine a first box in the plurality of boxes at the location of the first gesture; and to enlarge and substantially center the first box on the touch screen display.

In another aspect of the invention, a portable electronic device with a touch screen display comprises: means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; means for detecting a first gesture at a location on the displayed portion of the structured electronic document; means for determining a first box in the plurality of boxes at the location of the first gesture; and means for enlarging and substantially centering the first box on the touch screen display.

The disclosed embodiments allow users to more easily view and navigate structured electronic documents and multimedia content within such documents on portable electronic devices.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices with touch-sensitive displays in accordance with some embodiments.

FIG. 2 illustrates a portable multifunction device having a touch screen in accordance with some embodiments.

FIG. 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

FIGS. 4A and 4B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments.

FIGS. 5A-5M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

FIGS. 6A-6C are flow diagrams illustrating a process for displaying structured electronic documents such as web

4

pages on a portable electronic device with a touch screen display in accordance with some embodiments.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

FIG. 8 is a flow diagram illustrating a process for displaying inline multimedia content on a portable electronic device with a touch screen display in accordance with some embodiments.

DESCRIPTION OF EMBODIMENTS

Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, circuits, and networks have not been described in detail so as not to unnecessarily obscure aspects of the embodiments.

It will also be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited by these terms. These terms are only used to distinguish one element from another. For example, a first gesture could be termed a second gesture, and, similarly, a second gesture could be termed a first gesture, without departing from the scope of the present invention.

The terminology used in the description of the invention herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used in the description of the invention and the appended claims, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will also be understood that the term "and/or" as used herein refers to and encompasses any and all possible combinations of one or more of the associated listed items. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof.

Embodiments of a portable multifunction device, user interfaces for such devices, and associated processes for using such devices are described. In some embodiments, the device is a portable communications device such as a mobile telephone that also contains other functions, such as PDA and/or music player functions.

The user interface may include a physical click wheel in addition to a touch screen or a virtual click wheel displayed on the touch screen. A click wheel is a user-interface device that may provide navigation commands based on an angular displacement of the wheel or a point of contact with the wheel by a user of the device. A click wheel may also be used to provide a user command corresponding to selection of one or more items, for example, when the user of the device presses down on at least a portion of the wheel or the center of the wheel. Alternatively, breaking contact with a click wheel image on a touch screen surface may indicate a user command corresponding to selection. For simplicity, in the discussion that follows, a portable multifunction device that includes a touch screen is used as an exemplary embodiment. It should be understood, however, that some of the user interfaces and associated processes may be applied to other devices, such as

US 7,864,163 B2

5

personal computers and laptop computers, which may include one or more other physical user-interface devices, such as a physical click wheel, a physical keyboard, a mouse and/or a joystick.

The device supports a variety of applications, such as one or more of the following: a telephone application, a video conferencing application, an e-mail application, an instant messaging application, a blogging application, a photo management application, a digital camera application, a digital video camera application, a web browsing application, a digital music player application, and/or a digital video player application.

The various applications that may be executed on the device may use at least one common physical user-interface device, such as the touch screen. One or more functions of the touch screen as well as corresponding information displayed on the device may be adjusted and/or varied from one application to the next and/or within a respective application. In this way, a common physical architecture (such as the touch screen) of the device may support the variety of applications with user interfaces that are intuitive and transparent.

The user interfaces may include one or more soft keyboard embodiments. The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. patent application Ser. Nos. 11/459,606, "Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, and 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed Jul. 24, 2006, the contents of which are hereby incorporated by reference. The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter. This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols. The keyboard embodiments may be adaptive. For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols. One or more applications on the portable device may utilize common and/or different keyboard embodiments. Thus, the keyboard embodiment used may be tailored to at least some of the applications. In some embodiments, one or more keyboard embodiments may be tailored to a respective user. For example, one or more keyboard embodiments may be tailored to a respective user based on a word usage history (lexicography, slang, individual usage) of the respective user. Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

Attention is now directed towards embodiments of the device. FIGS. 1A and 1B are block diagrams illustrating portable multifunction devices 100 with touch-sensitive displays 112 in accordance with some embodiments. The touch-sensitive display 112 is sometimes called a "touch screen" for convenience, and may also be known as or called a touch-sensitive display system. The device 100 may include a memory 102 (which may include one or more computer readable storage mediums), a memory controller 122, one or more processing units (CPU's) 120, a peripherals interface 118, RF circuitry 108, audio circuitry 110, a speaker 111, a microphone 113, an input/output (I/O) subsystem 106, other input or control devices 116, and an external port 124. The device 100 may include one or more optical sensors 164. These components may communicate over one or more communication buses or signal lines 103.

6

It should be appreciated that the device 100 is only one example of a portable multifunction device 100, and that the device 100 may have more or fewer components than shown, may combine two or more components, or a may have a different configuration or arrangement of the components. The various components shown in FIGS. 1A and 1B may be implemented in hardware, software or a combination of both hardware and software, including one or more signal processing and/or application specific integrated circuits.

Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

The peripherals interface 118 couples the input and output peripherals of the device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the device 100 and to process data.

In some embodiments, the peripherals interface 118, the CPU 120, and the memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other communications devices via the electromagnetic signals. The RF circuitry 108 may include well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced Data GSM Environment (EDGE), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a, IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP), Wi-MAX, a protocol for email (e.g., Internet message access protocol (IMAP) and/or post office protocol (POP)), instant messaging (e.g., extensible messaging and presence protocol (XMPP), Session Initiation Protocol for Instant Messaging and Presence Leveraging Extensions (SIMPLE), and/or Instant Messaging and Presence Service (IMPS)), and/or Short Message Service (SMS)), or any other suitable communication protocol, including communication protocols not yet developed as of the filing date of this document.

The audio circuitry 110, the speaker 111, and the microphone 113 provide an audio interface between a user and the device 100. The audio circuitry 110 receives audio data from the peripherals interface 118, converts the audio data to an electrical signal, and transmits the electrical signal to the speaker 111. The speaker 111 converts the electrical signal to human-audible sound waves. The audio circuitry 110 also

US 7,864,163 B2

7

receives electrical signals converted by the microphone **113** from sound waves. The audio circuitry **110** converts the electrical signal to audio data and transmits the audio data to the peripherals interface **118** for processing. Audio data may be retrieved from and/or transmitted to memory **102** and/or the RF circuitry **108** by the peripherals interface **118**. In some embodiments, the audio circuitry **110** also includes a headset jack (e.g. **212**, FIG. **2**). The headset jack provides an interface between the audio circuitry **110** and removable audio input/output peripherals, such as output-only headphones or a headset with both output (e.g., a headphone for one or both ears) and input (e.g., a microphone).

The I/O subsystem **106** couples input/output peripherals on the device **100**, such as the touch screen **112** and other input/control devices **116**, to the peripherals interface **118**. The I/O subsystem **106** may include a display controller **156** and one or more input controllers **160** for other input or control devices. The one or more input controllers **160** receive/send electrical signals from/to other input or control devices **116**. The other input/control devices **116** may include physical buttons (e.g., push buttons, rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth. In some alternate embodiments, input controller(s) **160** may be coupled to any (or none) of the following: a keyboard, infrared port, USB port, and a pointer device such as a mouse. The one or more buttons (e.g., **208**, FIG. **2**) may include an up/down button for volume control of the speaker **111** and/or the microphone **113**. The one or more buttons may include a push button (e.g., **206**, FIG. **2**). A quick press of the push button may disengage a lock of the touch screen **112** or begin a process that uses gestures on the touch screen to unlock the device, as described in U.S. patent application Ser. No. 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed Dec. 23, 2005, which is hereby incorporated by reference. A longer press of the push button (e.g., **206**) may turn power to the device **100** on or off. The user may be able to customize a functionality of one or more of the buttons. The touch screen **112** is used to implement virtual or soft buttons and one or more soft keyboards.

The touch-sensitive touch screen **112** provides an input interface and an output interface between the device and a user. The display controller **156** receives and/or sends electrical signals from/to the touch screen **112**. The touch screen **112** displays visual output to the user. The visual output may include graphics, text, icons, video, and any combination thereof (collectively termed "graphics"). In some embodiments, some or all of the visual output may correspond to user-interface objects, further details of which are described below.

A touch screen **112** has a touch-sensitive surface, sensor or set of sensors that accepts input from the user based on haptic and/or tactile contact. The touch screen **112** and the display controller **156** (along with any associated modules and/or sets of instructions in memory **102**) detect contact (and any movement or breaking of the contact) on the touch screen **112** and converts the detected contact into interaction with user-interface objects (e.g., one or more soft key icons, icons, web pages or images) that are displayed on the touch screen. In an exemplary embodiment, a point of contact between a touch screen **112** and the user corresponds to a finger of the user.

The touch screen **112** may use LCD (liquid crystal display) technology, or LPD (light emitting polymer display) technology, although other display technologies may be used in other embodiments. The touch screen **112** and the display controller **156** may detect contact and any movement or breaking thereof using any of a plurality of touch sensing technologies now known or later developed, including but not limited to

8

capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with a touch screen **112**.

A touch-sensitive display in some embodiments of the touch screen **112** may be analogous to the multi-touch sensitive tablets described in the following U.S. Pat. Nos. 6,323, 846 (Westerman et al.), 6,570,557 (Westerman et al.), and/or 6,677,932 (Westerman), and/or U.S. Patent Publication 2002/0015024A1, each of which is hereby incorporated by reference. However, a touch screen **112** displays visual output from the portable device **100**, whereas touch sensitive tablets do not provide visual output.

A touch-sensitive display in some embodiments of the touch screen **112** may be as described in the following applications: (1) U.S. patent application Ser. No. 11/381,313, "Multipoint Touch Surface Controller," filed May 2, 2006; (2) U.S. patent application Ser. No. 10/840,862, "Multipoint Touchscreen," filed May 6, 2004; (3) U.S. patent application Ser. No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed Jul. 30, 2004; (4) U.S. patent application Ser. No. 11/048,264, "Gestures For Touch Sensitive Input Devices," filed Jan. 31, 2005; (5) U.S. patent application Ser. No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices," filed Jan. 18, 2005; (6) U.S. patent application Ser. No. 11/228,758, "Virtual Input Device Placement On A Touch Screen User Interface," filed Sep. 16, 2005; (7) U.S. patent application Ser. No. 11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed Sep. 16, 2005; (8) U.S. patent application Ser. No. 11/228,737, "Activating Virtual Keys Of A Touch-Screen Virtual Keyboard," filed Sep. 16, 2005; and (9) U.S. patent application Ser. No. 11/367,749, "Multi-Functional Hand-Held Device," filed Mar. 3, 2006. All of these applications are incorporated by reference herein.

The touch screen **112** may have a resolution in excess of 100 dpi. In an exemplary embodiment, the touch screen has a resolution of approximately 160 dpi. The user may make contact with the touch screen **112** using any suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments, the user interface is designed to work primarily with finger-based contacts and gestures, which are much less precise than stylus-based input due to the larger area of contact of a finger on the touch screen. In some embodiments, the device translates the rough finger-based input into a precise pointer/cursor position or command for performing the actions desired by the user.

In some embodiments, in addition to the touch screen, the device **100** may include a touchpad (not shown) for activating or deactivating particular functions. In some embodiments, the touchpad is a touch-sensitive area of the device that, unlike the touch screen, does not display visual output. The touchpad may be a touch-sensitive surface that is separate from the touch screen **112** or an extension of the touch-sensitive surface formed by the touch screen.

In some embodiments, the device **100** may include a physical or virtual click wheel as an input control device **116**. A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the touch screen **112** by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel). The click wheel may also be used to select one or more of the displayed icons. For example, the user may press down on at least a portion of the click wheel or an associated button. User commands and navigation commands

US 7,864,163 B2

9

provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102. For a virtual click wheel, the click wheel and click wheel controller may be part of the touch screen 112 and the display controller 156, respectively. For a virtual click wheel, the click wheel may be either an opaque or semitransparent object that appears and disappears on the touch screen display in response to user interaction with the device. In some embodiments, a virtual click wheel is displayed on the touch screen of a portable multifunction device and operated by user contact with the touch screen.

The device 100 also includes a power system 162 for powering the various components. The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode (LED)) and any other components associated with the generation, management and distribution of power in portable devices.

The device 100 may also include one or more optical sensors 164. FIGS. 1A and 1B show an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors. The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image. In conjunction with an imaging module 143 (also called a camera module), the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the device 100, opposite the touch screen display 112 on the front of the device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located on the front of the device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the device housing) so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

The device 100 may also include one or more proximity sensors 166. FIGS. 1A and 1B show a proximity sensor 166 coupled to the peripherals interface 118. Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106. The proximity sensor 166 may perform as described in U.S. patent application Ser. No. 11/241,839, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/240,788, "Proximity Detector In Handheld Device," filed Sep. 30, 2005; Ser. No. 11/620,702, filed Jan. 7, 2007, "Using Ambient Light Sensor To Augment Proximity Sensor Output," Ser. No. 11/586,862, filed Oct. 24, 2006, "Automated Response To And Sensing Of User Activity In Portable Devices," and Ser. No. 11/638,251, filed Dec. 12, 2006, "Methods And Systems For Automatic Configuration Of Peripherals," which are hereby incorporated by reference. In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g., when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the device is a locked state.

10

The device 100 may also include one or more accelerometers 168. FIGS. 1A and 1B show an accelerometer 168 coupled to the peripherals interface 118. Alternately, the accelerometer 168 may be coupled to an input controller 160 in the I/O subsystem 106. The accelerometer 168 may perform as described in U.S. Patent Publication No. 20050190059, "Acceleration-based Theft Detection System for Portable Electronic Devices," and U.S. Patent Publication No. 20060017692, "Methods And Apparatuses For Operating A Portable Device Based On An Accelerometer," both of which are which are incorporated herein by reference. In some embodiments, information is displayed on the touch screen display in a portrait view or a landscape view based on an analysis of data received from the one or more accelerometers.

In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for handling data received by the RF circuitry 108 and/or the external port 124. The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

The contact/motion module 130 may detect contact with the touch screen 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or physical click wheel). The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen 112, and determining if the contact has been broken (i.e., if the contact has ceased). Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact. These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multitouch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

The graphics module 132 includes various known software components for rendering and displaying graphics on the touch screen 112, including components for changing the intensity of graphics that are displayed. As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons

US 7,864,163 B2

11

(such as user-interface objects including soft keys), digital images, videos, animations and the like.

The text input module **134**, which may be a component of graphics module **132**, provides soft keyboards for entering text in various applications (e.g., contacts **137**, e-mail **140**, IM **141**, blogging **142**, browser **147**, and any other application that needs text input).

The GPS module **135** determines the location of the device and provides this information for use in various applications (e.g., to telephone **138** for use in location-based dialing, to camera **143** and/or blogger **142** as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/navigation widgets).

The applications **136** may include the following modules (or sets of instructions), or a subset or superset thereof:

- a contacts module **137** (sometimes called an address book or contact list);
- a telephone module **138**;
- a video conferencing module **139**;
- an e-mail client module **140**;
- an instant messaging (IM) module **141**;
- a blogging module **142**;
- a camera module **143** for still and/or video images;
- an image management module **144**;
- a video player module **145**;
- a music player module **146**;
- a browser module **147**;
- a calendar module **148**;
- widget modules **149**, which may include weather widget **149-1**, stocks widget **149-2**, calculator widget **149-3**, alarm clock widget **149-4**, dictionary widget **149-5**, and other widgets obtained by the user, as well as user-created widgets **149-6**;
- widget creator module **150** for making user-created widgets **149-6**;
- search module **151**;
- video and music player module **152**, which merges video player module **145** and music player module **146**;
- notes module **153**; and/or map module **154**.

Examples of other applications **136** that may be stored in memory **102** include other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the contacts module **137** may be used to manage an address book or contact list, including: adding name(s) to the address book; deleting name(s) from the address book; associating telephone number(s), e-mail address(es), physical address(es) or other information with a name; associating an image with a name; categorizing and sorting names; providing telephone numbers or e-mail addresses to initiate and/or facilitate communications by telephone **138**, video conference **139**, e-mail **140**, or IM **141**; and so forth.

In conjunction with RF circuitry **108**, audio circuitry **110**, speaker **111**, microphone **113**, touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the telephone module **138** may be used to enter a sequence of characters corresponding to a telephone number, access one or more telephone numbers in the address book **137**, modify a telephone number that has been entered, dial a respective telephone number, conduct a conversation and disconnect or hang up when the conversation is completed. As noted above, the wireless communication may use any of a plurality of communications standards, protocols and technologies.

12

In conjunction with RF circuitry **108**, audio circuitry **110**, speaker **111**, microphone **113**, touch screen **112**, display controller **156**, optical sensor **164**, optical sensor controller **158**, contact module **130**, graphics module **132**, text input module **134**, contact list **137**, and telephone module **138**, the video-conferencing module **139** may be used to initiate, conduct, and terminate a video conference between a user and one or more other participants.

In conjunction with RF circuitry **108**, touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the e-mail client module **140** may be used to create, send, receive, and manage e-mail. In conjunction with image management module **144**, the e-mail module **140** makes it very easy to create and send e-mails with still or video images taken with camera module **143**.

In conjunction with RF circuitry **108**, touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the instant messaging module **141** may be used to enter a sequence of characters corresponding to an instant message, to modify previously entered characters, to transmit a respective instant message (for example, using a Short Message Service (SMS) or Multimedia Message Service (MMS) protocol for telephony-based instant messages or using XMPP, SIMPLE, or IMPS for Internet-based instant messages), to receive instant messages and to view received instant messages. In some embodiments, transmitted and/or received instant messages may include graphics, photos, audio files, video files and/or other attachments as are supported in a MMS and/or an Enhanced Messaging Service (EMS). As used herein, "instant messaging" refers to both telephony-based messages (e.g., messages sent using SMS or MMS) and Internet-based messages (e.g., messages sent using XMPP, SIMPLE, or IMPS).

In conjunction with RF circuitry **108**, touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, text input module **134**, image management module **144**, and browsing module **147**, the blogging module **142** may be used to send text, still images, video, and/or other graphics to a blog (e.g., the user's blog).

In conjunction with touch screen **112**, display controller **156**, optical sensor(s) **164**, optical sensor controller **158**, contact module **130**, graphics module **132**, and image management module **144**, the camera module **143** may be used to capture still images or video (including a video stream) and store them into memory **102**, modify characteristics of a still image or video, or delete a still image or video from memory **102**.

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, text input module **134**, and camera module **143**, the image management module **144** may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images.

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, audio circuitry **110**, and speaker **111**, the video player module **145** may be used to display, present or otherwise play back videos (e.g., on the touch screen or on an external, connected display via external port **124**).

In conjunction with touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, audio circuitry **110**, speaker **111**, RF circuitry **108**, and browser module **147**, the music player module **146** allows the user to download and play back recorded music and other sound files stored in one or more file formats, such as MP3 or AAC files.

**13**

In some embodiments, the device **100** may include the functionality of an MP3 player, such as an iPod (trademark of Apple Computer, Inc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the browser module **147** may be used to browse the Internet, including searching, linking to, receiving, and displaying web pages or portions thereof, as well as attachments and other files linked to web pages. Embodiments of user interfaces and associated processes using browser module **147** are described further below.

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, e-mail module **130**, and browser module **147**, the calendar module **148** may be used to create, display, modify, and store calendars and data associated with calendars (e.g., calendar entries, to do lists, etc.).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**, the widget modules **149** are mini-applications that may be downloaded and used by a user (e.g., weather widget **149-1**, stocks widget **149-2**, calculator widget **149-3**, alarm clock widget **149-4**, and dictionary widget **149-5**) or created by the user (e.g., user-created widget **149-6**). In some embodiments, a widget includes an HTML (Hypertext Markup Language) file, a CSS (Cascading Style Sheets) file, and a JavaScript file. In some embodiments, a widget includes an XML (Extensible Markup Language) file and a JavaScript file (e.g., Yahoo! Widgets).

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, and browser module **147**, the widget creator module **150** may be used by a user to create widgets (e.g., turning a user-specified portion of a web page into a widget).

In conjunction with touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the search module **151** may be used to search for text, music, sound, image, video, and/or other files in memory **102** that match one or more search criteria (e.g., one or more user-specified search terms).

In conjunction with touch screen **112**, display controller **156**, contact module **130**, graphics module **132**, and text input module **134**, the notes module **153** may be used to create and manage notes, to do lists, and the like.

In conjunction with RF circuitry **108**, touch screen **112**, display system controller **156**, contact module **130**, graphics module **132**, text input module **134**, GPS module **135**, and browser module **147**, the map module **154** may be used to receive, display, modify, and store maps and data associated with maps (e.g., driving directions; data on stores and other points of interest at or near a particular location; and other location-based data).

Each of the above identified modules and applications correspond to a set of instructions for performing one or more functions described above. These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various embodiments. For example, video player module **145** may be combined with music player module **146** into a single module (e.g., video and music player module **152**, FIG. 1B). In some embodiments, memory **102** may store a subset of the modules and data structures identified above. Furthermore, memory **102** may store additional modules and data structures not described above.

**14**

In some embodiments, the device **100** is a device where operation of a predefined set of functions on the device is performed exclusively through a touch screen **112** and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the device **100**, the number of physical input/control devices (such as push buttons, dials, and the like) on the device **100** may be reduced.

The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the device **100** to a main, home, or root menu from any user interface that may be displayed on the device **100**. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

FIG. **2** illustrates a portable multifunction device **100** having a touch screen **112** in accordance with some embodiments. The touch screen may display one or more graphics within user interface (UI) **200**. In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers **202** (not drawn to scale in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics. In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward) and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the device **100**. In some embodiments, inadvertent contact with a graphic may not select the graphic. For example, a swipe gesture that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.

The device **100** may also include one or more physical buttons, such as "home" or menu button **204**. As described previously, the menu button **204** may be used to navigate to any application **136** in a set of applications that may be executed on the device **100**. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen **112**.

In one embodiment, the device **100** includes a touch screen **112**, a menu button **204**, a push button **206** for powering the device on/off and locking the device, volume adjustment button(s) **208**, a Subscriber Identity Module (SIM) card slot **210**, a head set jack **212**, and a docking/charging external port **124**. The push button **206** may be used to turn the power on/off on the device by depressing the button and holding the button in the depressed state for a predefined time interval; to lock the device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the device or initiate an unlock process. In an alternative embodiment, the device **100** also may accept verbal input for activation or deactivation of some functions through the microphone **113**.

Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable multifunction device **100**.

FIG. **3** illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments. In some embodiments, user interface **300** includes the following elements, or a subset or superset thereof:

Unlock image **302** that is moved with a finger gesture to unlock the device;

Arrow **304** that provides a visual cue to the unlock gesture;

US 7,864,163 B2

15

Channel **306** that provides additional cues to the unlock gesture;

Time **308**;

Day **310**;

Date **312**; and

Wallpaper image **314**.

In some embodiments, the device detects contact with the touch-sensitive display (e.g., a user's finger making contact on or near the unlock image **302**) while the device is in a user-interface lock state. The device moves the unlock image **302** in accordance with the contact. The device transitions to a user-interface unlock state if the detected contact corresponds to a predefined gesture, such as moving the unlock image across channel **306**.

Conversely, the device maintains the user-interface lock state if the detected contact does not correspond to the predefined gesture. As noted above, processes that use gestures on the touch screen to unlock the device are described in U.S. patent application Ser. Nos. 11/322,549, "Unlocking A Device By Performing Gestures On An Unlock Image," filed Dec. 23, 2005, and 11/322,550, "Indication Of Progress Towards Satisfaction Of A User Input Condition," filed Dec. 23, 2005, which are hereby incorporated by reference.

FIGS. **4**A and **4**B illustrate exemplary user interfaces for a menu of applications on a portable multifunction device in accordance with some embodiments. In some embodiments, user interface **400**A includes the following elements, or a subset or superset thereof:

Signal strength indicator(s) **402** for wireless communication(s), such as cellular and Wi-Fi signals;

Time **404**;

Battery status indicator **406**;

Tray **408** with icons for frequently used applications, such as one or more of the following:

Phone **138**, which may include an indicator **414** of the number of missed calls or voicemail messages;

E-mail client **140**, which may include an indicator **410** of the number of unread e-mails;

Browser **147**; and

Music player **146**; and

Icons for other applications, such as one or more of the following:

IM **141**;

Image management **144**;

Camera **143**;

Video player **145**;

Weather **149-1**;

Stocks **149-2**;

Blog **142**;

Calendar **148**;

Calculator **149-3**;

Alarm clock **149-4**;

Dictionary **149-5**; and

User-created widget **149-6**.

In some embodiments, user interface **400**B includes the following elements, or a subset or superset thereof:

**402**, **404**, **406**, **141**, **148**, **144**, **143**, **149-3**, **149-2**, **149-1**, **149-4**, **410**, **414**, **138**, **140**, and **147**, as described above;

Map **154**;

Notes **153**;

Settings **412**, which provides access to settings for the device **100** and its various applications **136**, as described further below; and

Video and music player module **152**, also referred to as iPod (trademark of Apple Computer, Inc.) module **152**.

In some embodiments, UI **400**A or **400**B displays all of the available applications **136** on one screen so that there is no

16

need to scroll through a list of applications (e.g., via a scroll bar). In some embodiments, as the number of applications increase, the icons corresponding to the applications may decrease in size so that all applications may be displayed on a single screen without scrolling. In some embodiments, having all applications on one screen and a menu button enables a user to access any desired application with at most two inputs, such as activating the menu button **204** and then activating the desired application (e.g., by a tap or other finger gesture on the icon corresponding to the application).

FIGS. **5**A-**5**M illustrate exemplary user interfaces for a browser in accordance with some embodiments.

In some embodiments, user interfaces **3900**A-**3900**M (in FIGS. **5**A-**5**M, respectively) include the following elements, or a subset or superset thereof:

**402**, **404**, and **406**, as described above;

Previous page icon **3902** that when activated (e.g., by a finger tap on the icon) initiates display of the previous web page;

Web page name **3904**;

Next page icon **3906** that when activated (e.g., by a finger tap on the icon) initiates display of the next web page;

URL (Uniform Resource Locator) entry box **3908** for inputting URLs of web pages;

Refresh icon **3910** that when activated (e.g., by a finger tap on the icon) initiates a refresh of the web page;

Web page **3912** or other structured document, which is made of blocks **3914** of text content and other graphics (e.g., images and inline multimedia);

Settings icon **3916** that when activated (e.g., by a finger tap on the icon) initiates display of a settings menu for the browser;

Bookmarks icon **3918** that when activated (e.g., by a finger tap on the icon) initiates display of a bookmarks list or menu for the browser;

Add bookmark icon **3920** that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding bookmarks (e.g., UI **3900**F, FIG. **5**F, which like other UIs and pages, can be displayed in either portrait or landscape view);

New window icon **3922** that when activated (e.g., by a finger tap on the icon) initiates display of a UI for adding new windows to the browser (e.g., UI **3900**G, FIG. **5**G);

Vertical bar **3962** (FIG. **5**H) for the web page **3912** or other structured document that helps a user understand what portion of the web page **3912** or other structured document is being displayed;

Horizontal bar **3964** (FIG. **5**H) for the web page **3912** or other structured document that helps a user understand what portion of the web page **3912** or other structured document is being displayed;

Share icon **3966** that when activated (e.g., by a finger tap on the icon) initiates display of a UI for sharing information with other users (e.g., UI **3900**K, FIG. **5**K);

URL clear icon **3970** (FIG. **5**I) that when activated (e.g., by a finger tap on the icon) clears any input in URL entry box **3908**;

Search term entry box **3972** (FIG. **5**I) for inputting search terms for web searches;

URL suggestion list **3974** that displays URLs that match the input in URL entry box **3908** (FIG. **5**I), wherein activation of a suggested URL (e.g., by a finger tap on the suggested URL) initiates retrieval of the corresponding web page;

URL input keyboard **3976** (FIGS. **5**I and **5**M) with period key **3978**, backslash key **3980**, and ".com" key **3982** that make it easier to enter common characters in URLs;

US 7,864,163 B2

17                                                                     18

Search term clear icon **3984** that when activated (e.g., by a finger tap on the icon) clears any input in search term entry box **3972**;

Email link icon **3986** (FIG. **5**K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains a link to be shared with one or more other users;

Email content icon **3988** (FIG. **5**K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an email that contains content to be shared with one or more other users;

IM link icon **3990** (FIG. **5**K) that when activated (e.g., by a finger tap or other gesture on the icon) prepares an IM that contains a link to be shared with one or more other users; and

Cancel icon **3992** (FIG. **5**K) that when activated (e.g., by a finger tap or other gesture on the icon) cancels the sharing UI (e.g., UI **3900**K, FIG. **5**K) and displays the previous UI.

In some embodiments, in response to a predefined gesture by the user on a block **3914** (e.g., a single tap gesture or a double tap gesture), the block is enlarged and centered (or substantially centered) in the web page display. For example, in response to a single tap gesture **3923** on block **3914**-**5**, block **3914**-**5** may be enlarged and centered in the display, as shown in UI **3900**C, FIG. **5**C. In some embodiments, the width of the block is scaled to fill the touch screen display. In some embodiments, the width of the block is scaled to fill the touch screen display with a predefined amount of padding along the sides of the display. In some embodiments, a zooming animation of the block is displayed during enlargement of the block. Similarly, in response to a single tap gesture **3925** on block **3914**-**2**, block **3914**-**2** may be enlarged with a zooming animation and two-dimensionally scrolled to the center of the display (not shown).

In some embodiments, the device analyzes the render tree of the web page **3912** to determine the blocks **3914** in the web page. In some embodiments, a block **3914** corresponds to a render node that is: a replaced inline; a block; an inline block; or an inline table.

In some embodiments, in response to the same predefined gesture by the user on a block **3914** (e.g., a single tap gesture or a double tap gesture) that is already enlarged and centered, the enlargement and/or centering is substantially or completely reversed. For example, in response to a single tap gesture **3929** (FIG. **5**C) on block **3914**-**5**, the web page image may zoom out and return to UI **3900**A, FIG. **5**A.

In some embodiments, in response to a predefined gesture (e.g., a single tap gesture or a double tap gesture) by the user on a block **3914** that is already enlarged but not centered, the block is centered (or substantially centered) in the web page display. For example, in response to a single tap gesture **3927** (FIG. **5**C) on block **3914**-**4**, block **3914**-**4** may be centered (or substantially centered) in the web page display. Similarly, in response to a single tap gesture **3935** (FIG. **5**C) on block **3914**-**6**, block **3914**-**6** may be centered (or substantially centered) in the web page display. Thus, for a web page display that is already enlarged, in response to a predefined gesture, the device may display in an intuitive manner a series of blocks that the user wants to view. This same gesture may initiate different actions in different contexts (e.g., (1) zooming and/or enlarging in combination with scrolling when the web page is reduced in size, UI **3900**A and (2) reversing the enlargement and/or centering if the block is already centered and enlarged).

In some embodiments, in response to a multi-touch **3931** and **3933** de-pinching gesture by the user (FIG. **5**C), the web page may be enlarged. Conversely, in response to a multi-touch pinching gesture by the user, the web page may be reduced.

In some embodiments, in response to a substantially vertical upward (or downward) swipe gesture by the user, the web page (or, more generally, other electronic documents) may scroll one-dimensionally upward (or downward) in the vertical direction. For example, in response to an upward swipe gesture **3937** by the user that is within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll one-dimensionally upward in the vertical direction.

Conversely, in some embodiments, in response to a swipe gesture that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally (i.e., with simultaneous movement in both the vertical and horizontal directions). For example, in response to an upward swipe gesture **3939** (FIG. **5**C) by the user that is not within a predetermined angle (e.g., 27°) of being perfectly vertical, the web page may scroll two-dimensionally along the direction of the swipe **3939**.

In some embodiments, in response to a multi-touch **3941** and **3943** rotation gesture by the user (FIG. **5**C), the web page may be rotated exactly 90° (UI **3900**D, FIG. **5**D) for landscape viewing, even if the amount of rotation in the multi-touch **3941** and **3943** rotation gesture is substantially different from 90°. Similarly, in response to a multi-touch **3945** and **3947** rotation gesture by the user (UI **3900**D, FIG. **5**D), the web page may be rotated exactly 90° for portrait viewing, even if the amount of rotation in the multi-touch **3945** and **3947** rotation gesture is substantially different from 90°.

Thus, in response to imprecise gestures by the user, precise movements of graphics occur. The device behaves in the manner desired by the user despite inaccurate input by the user. Also, note that the gestures described for UI **3900**C, which has a portrait view, are also applicable to UIs with a landscape view (e.g., UI **3900**D, FIG. **5**D) so that the user can choose whichever view the user prefers for web browsing.

FIGS. **6**A-**6**C are flow diagrams illustrating a process **6000** for displaying structured electronic documents such as web pages on a portable electronic device with a touch screen display (e.g., device **100**) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display. The structured electronic document comprises a plurality of boxes of content (e.g., blocks **3914**, FIG. **5**A) (**6006**).

In some embodiments, the plurality of boxes is defined by a style sheet language. In some embodiments, the style sheet language is a cascading style sheet language. In some embodiments, the structured electronic document is a web page (e.g., web page **3912**, FIG. **5**A). In some embodiments, the structured electronic document is an HTML or XML document.

In some embodiments, displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the touch screen display width independent of the document length (**6008**).

In some embodiments, the touch screen display is rectangular with a short axis and a long axis (also called the minor axis and major axis); the display width corresponds to the short axis (or minor axis) when the structured electronic document is seen in portrait view (e.g., FIG. **5**C); and the display width corresponds to the long axis (or major axis) when the structured electronic document is seen in landscape view (e.g., FIG. **5**D).

In some embodiments, prior to displaying at least a portion of a structured electronic document, borders, margins, and/or paddings are determined for the plurality of boxes (**6002**) and

**19**

adjusted for display on the touch screen display (**6004**). In some embodiments, all boxes in the plurality of boxes are adjusted. In some embodiments, just the first box is adjusted. In some embodiments, just the first box and boxes adjacent to the first box are adjusted.

A first gesture is detected at a location on the displayed portion of the structured electronic document (e.g., gesture **3923**, FIG. **5**A) (**6010**). In some embodiments, the first gesture is a finger gesture. In some embodiments, the first gesture is a stylus gesture.

In some embodiments, the first gesture is a tap gesture. In some embodiments, the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

A first box (e.g., Block **5 3914-5**, FIG. **5**A) in the plurality of boxes is determined at the location of the first gesture (**6012**). In some embodiments, the structured electronic document has an associated render tree with a plurality of nodes and determining the first box at the location of the first gesture comprises: traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture (**6014**); traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content (**6016**); and identifying content corresponding to the closest parent node as the first box (**6018**). In some embodiments, the logical grouping of content comprises a paragraph, an image, a plugin object, or a table. In some embodiments, the closest parent node is a replaced inline, a block, an inline block, or an inline table.

The first box is enlarged and substantially centered on the touch screen display (e.g., Block **5 3914-5**, FIG. **5**C) (**6020**). In some embodiments, enlarging and substantially centering comprises simultaneously zooming and translating the first box on the touch screen display (**6022**). In some embodiments, enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display (**6024**).

In some embodiments, text in the enlarged first box is resized to meet or exceed a predetermined minimum text size on the touch screen display (**6026**). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (**6028**); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box (**6030**); and if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size (**6032**). In some embodiments, the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging. In some embodiments, the resizing occurs during the enlarging. In some embodiments, the resizing occurs after the enlarging.

For example, suppose the predetermined minimum text size is an 18-point font and the scale factor is determined to be two. In that case, the minimum text size for text in the first box is 18 divided by 2, or 9. If text in the first box is in a 10-point font, its text size is not increased, because 10 is greater than the 9-point minimum. Once the scale factor is applied, the text will be displayed in a 20-point font, which is greater than the predetermined minimum text size of 18. If, however, text in the first box is in an 8-point font, application of the scale factor would cause the text to be displayed in a 16-point font, which is less than the predetermined minimum text size of 18. Therefore, since 8 is less than 9, the text size is increased to at least a 9-point font and displayed in at least an 18-point font after application of the scale factor.

**20**

In some embodiments, text in the structured electronic document is resized to meet or exceed a predetermined minimum text size on the touch screen display (**6026**; FIG. **6**B). In some embodiments, the text resizing comprises: determining a scale factor by which the first box will be enlarged (**6028**); dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document (**6030**); and if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size (**6032**). In some embodiments, the text resizing comprises: identifying boxes containing text in the plurality of boxes; determining a scale factor by which the first box will be enlarged; dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box to accommodate the resized text.

In some embodiments, a second gesture (e.g., gesture **3929**, FIG. **5**C) is detected on the enlarged first box (**6034**). In response to detecting the second gesture, the displayed portion of the structured electronic document is reduced in size (**6036**). In some embodiments, the first box returns to its size prior to being enlarged (**6038**).

In some embodiments, the second gesture and the first gesture are the same type of gesture. In some embodiments, the second gesture is a finger gesture. In some embodiments, the second gesture is a stylus gesture.

In some embodiments, the second gesture is a tap gesture. In some embodiments, the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, while the first box is enlarged, a third gesture (e.g., gesture **3927** or gesture **3935**, FIG. **5**C) is detected on a second box other than the first box (**6040**). In response to detecting the third gesture, the second box is substantially centered on the touch screen display (**6042**). In some embodiments, the third gesture and the first gesture are the same type of gesture. In some embodiments, the third gesture is a finger gesture. In some embodiments, the third gesture is a stylus gesture.

In some embodiments, the third gesture is a tap gesture. In some embodiments, the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

In some embodiments, a swipe gesture (e.g., gesture **3937** or gesture **3939**, FIG. **5**C) is detected on the touch screen display (**6044**; FIG. **6**C). In response to detecting the swipe gesture, the displayed portion of the structured electronic document is translated on the touch screen display (**6046**). In some embodiments, the translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display (**6048**). In some embodiments, the swipe gesture is a finger gesture. In some embodiments, the swipe gesture is a stylus gesture.

In some embodiments, a fifth gesture (e.g., multi-touch gesture **3941**/**3943**, FIG. **5**C) is detected on the touch screen display (**6050**). In response to detecting the fifth gesture, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (**6052**). In some embodiments, the fifth gesture is a finger gesture. In some

21

embodiments, the fifth gesture is a multifinger gesture. In some embodiments, the fifth gesture is a twisting gesture.

In some embodiments, a change in orientation of the device is detected (**6054**). For example, the one or more accelerometers **168** (FIGS. 1A-1B) detect a change in orientation of the device. In response to detecting the change in orientation of the device, the displayed portion of the structured electronic document is rotated on the touch screen display by 90° (**6056**).

In some embodiments, a multi-finger de-pinch gesture (e.g., multi-touch gesture **3931/3933**, FIG. 5C) is detected on the touch screen display (**6058**). In response to detecting the multi-finger de-pinch gesture, a portion of the displayed portion of the structured electronic document is enlarged on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture (**6060**).

While the content display process **6000** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **6000** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

A graphical user interface (e.g., UI **3900**A, FIG. 5A) on a portable electronic device with a touch screen display comprises at least a portion of a structured electronic document (e.g., web page **3912**, FIG. 5A). The structured electronic document comprises a plurality of boxes of content (e.g., blocks **3914**, FIG. 5A). In response to detecting a first gesture (e.g., gesture **3923**, FIG. 5A) at a location on the portion of the structured electronic document, a first box (e.g., Block 5 **3914-5**, FIG. 5A) in the plurality of boxes at the location of the first gesture is determined and the first box is enlarged and substantially centered on the touch screen display (e.g., Block 5 **3914-5**, FIG. 5C).

In some embodiments, in response to a tap or other predefined user gesture on URL entry box **3908**, the touch screen displays an enlarged entry box **3926** and a keyboard **616** (e.g., UI **3900**B, FIG. 5B in portrait viewing and UI **3900**E, FIG. 5E in landscape viewing). In some embodiments, the touch screen also displays:

Contextual clear icon **3928** that when activated (e.g., by a finger tap on the icon) initiates deletion of all text in entry box **3926**;

a search icon **3930** that when activated (e.g., by a finger tap on the icon) initiates an Internet search using the search terms input in box **3926**; and

Go to URL icon **3932** that when activated (e.g., by a finger tap on the icon) initiates acquisition of the web page with the URL input in box **3926**;

Thus, the same entry box **3926** may be used for inputting both search terms and URLs. In some embodiments, whether or not clear icon **3928** is displayed depends on the context.

UI **3900**G (FIG. 5G) is a UI for adding new windows to an application, such as the browser **147**. UI **3900**G displays an application (e.g., the browser **147**), which includes a displayed window (e.g., web page **3912-2**) and at least one hidden window (e.g., web pages **3912-1** and **3934-3** and possibly other web pages that are completely hidden off-screen). UI **3900**G also displays an icon for adding windows to the application (e.g., new window or new page icon **3936**). In response to detecting activation of the icon **3936** for adding windows, the browser adds a window to the application (e.g., a new window for a new web page **3912**).

22

In response to detecting a gesture on the touch screen display, a displayed window in the application is moved off the display and a hidden window is moved onto the display. For example, in response to detecting a tap gesture **3949** on the left side of the screen, the window with web page **3912-2** is moved partially or fully off-screen to the right, the window with web page **3912-3** is moved completely off-screen, partially hidden window with web page **3912-1** is moved to the center of the display, and another completely hidden window with a web page (e.g., **3912-0**) may be moved partially onto the display. Alternatively, detection of a left-to-right swipe gesture **3951** may achieve the same effect.

Conversely, in response to detecting a tap gesture **3953** on the right side of the screen, the window with web page **3912-2** is moved partially or fully off-screen to the left, the window with web page **3912-1** is moved completely off-screen, partially hidden window with web page **3912-3** is moved to the center of the display, and another completely hidden window with a web page (e.g., **3912-4**) may be moved partially onto the display. Alternatively, detection of a right-to-left swipe gesture **3951** may achieve the same effect.

In some embodiments, in response to a tap or other predefined gesture on a delete icon **3934**, the corresponding window **3912** is deleted. In some embodiments, in response to a tap or other predefined gesture on Done icon **3938**, the window in the center of the display (e.g., **3912-2**) is enlarged to fill the screen.

Additional description of adding windows to an application can be found in U.S. patent application Ser. No. 11/620, 647, "Method, System, And Graphical User Interface For Viewing Multiple Application Windows," filed Jan. 5, 2007, the content of which is hereby incorporated by reference.

FIGS. 7A-7F illustrate exemplary user interfaces for playing an item of inline multimedia content in accordance with some embodiments.

In some embodiments, user interfaces **4000**A-**4000**F (in FIGS. 7A-7F, respectively) include the following elements, or a subset or superset thereof:

**402**, **404**, **406**, **3902**, **3906**, **3910**, **3912**, **3918**, **3920**, **3922**, as described above;

inline multimedia content **4002**, such as QuickTime content (**4002-1**), Windows Media content (**4002-2**), or Flash content (**4002-3**);

other types of content **4004** in the structured document, such as text;

Exit icon **4006** that when activated (e.g., by a finger tap on the icon) initiates exiting the inline multimedia content player UI (e.g., UI **4000**B or **4000**F) and returning to another UI (e.g., UI **4000**A, FIG. 7A);

Lapsed time **4008** that shows how much of the inline multimedia content **4002** has been played, in units of time;

Progress bar **4010** that indicates what fraction of the inline multimedia content **4002** has been played and that may be used to help scroll through the inline multimedia content in response to a user gesture;

Remaining time **4012** that shows how much of the inline multimedia content **4002** remains to be played, in units of time;

Downloading icon **4014** that indicates when inline multimedia content **4002** is being downloaded or streamed to the device;

Fast Reverse/Skip Backwards icon **4016** that when activated (e.g., by a finger tap on the icon) initiates reversing or skipping backwards through the inline multimedia content **4002**;

Play icon **4018** that when activated (e.g., by a finger tap **4026** (FIG. 7C) on the icon) initiates playing the inline

US 7,864,163 B2

23

multimedia content **4002**, either from the beginning or from where the inline multimedia content was paused;

Fast Forward/Skip Forward icon **4020** that initiates forwarding or skipping forwards through the inline multimedia content **4002**;

Volume adjustment slider icon **4022** that that when activated (e.g., by a finger tap on the icon) initiates adjustment of the volume of the inline multimedia content **4002**; and

Pause icon **4024** that when activated (e.g., by a finger tap on the icon) initiates pausing the inline multimedia content **4002**.

FIG. **8** is a flow diagram illustrating a process **8000** for displaying inline multimedia content on a portable electronic device with a touch screen display (e.g., device **100**) in accordance with some embodiments. The portable electronic device displays at least a portion of a structured electronic document on the touch screen display (**8002**). The structured electronic document comprises content (e.g., content **4002** and **4004**, FIG. **7A**). In some embodiments, the structured electronic document is a web page (e.g., web page **3912**). In some embodiments, the structured electronic document is an HTML or XML document.

A first gesture (e.g., gesture **4028**, FIG. **7A**) is detected on an item of inline multimedia content (e.g., content **4002-1**, FIG. **7A**) in the displayed portion of the structured electronic document (**8004**). In some embodiments, the inline multimedia content comprises video and/or audio content. In some embodiments, the content can be played with a QuickTime, Windows Media, or Flash plugin.

In response to detecting the first gesture, the item of inline multimedia content is enlarged on the touch screen display and other content (e.g., content **4004** and other content **4002** besides **4002-1**, FIG. **7A**) in the structured electronic document besides the enlarged item of inline multimedia content ceases to be displayed (e.g., UI **4000**B, FIG. **7B** or UI **4000**F, FIG. **7F**) (**8006**).

In some embodiments, enlarging the item of inline multimedia content comprises animated zooming in on the item. In some embodiments, enlarging the item of inline multimedia content comprises simultaneously zooming and translating the item of inline multimedia content on the touch screen display. In some embodiments, enlarging the item of inline multimedia content comprises rotating the item of inline multimedia content by 90° (e.g., from UI **4000**A, FIG. **7A** to UI **4000**B, FIG. **7B**).

In some embodiments, the item of inline multimedia content has a full size; the touch screen display has a size; and enlarging the item of inline multimedia content comprises enlarging the item of inline multimedia content to the smaller of the full size of the item and the size of the touch screen display.

In some embodiments, enlarging the item of inline multimedia content comprises expanding the item of inline multimedia content so that the width of the item of inline multimedia content is substantially the same as the width of the touch screen display (e.g., UI **4000**B, FIG. **7B** or UI **4000**F, FIG. **7F**).

In some embodiments, ceasing to display other content in the structured electronic document besides the item of inline multimedia content comprises fading out the other content in the structured electronic document besides the item of inline multimedia content.

While the enlarged item of inline multimedia content is displayed, a second gesture is detected on the touch screen display (e.g., gesture **4030**, FIG. **7B**) (**8008**).

24

In response to detecting the second gesture, one or more playback controls for playing the enlarged item of inline multimedia content are displayed (**8010**). In some embodiments, the one or more playback controls comprise a play icon (e.g., icon **4018**, FIG. **7C**), a pause icon (e.g., icon **4024**, FIG. **7E**), a sound volume icon (e.g., icon **4022**), and/or a playback progress bar (e.g., icon **4010**).

In some embodiments, displaying one or more playback controls comprises displaying one or more playback controls on top of the enlarged item of inline multimedia content (e.g., playback controls **4016**, **4018**, **4020**, and **4022** are on top of enlarged inline multimedia content **4002-1** in FIG. **7C**). In some embodiments, the one or more playback controls are superimposed on top of the enlarged item of inline multimedia content. In some embodiments, the one or more playback controls are semitransparent.

In some embodiments, an instruction in the structured electronic document to automatically start playing the item of inline multimedia content is overridden, which gives the device time to download more of the selected inline multimedia content prior to starting playback.

A third gesture is detected on one of the playback controls (e.g., gesture **4026** on play icon **4018**, FIG. **7C**) (**8012**).

In response to detecting the third gesture, the enlarged item of inline multimedia content is played (**8014**). In some embodiments, playing the enlarged item of inline multimedia content comprises playing the enlarged item of inline multimedia content with a plugin for a content type associated with the item of inline multimedia content.

In some embodiments, while the enlarged item of inline multimedia content is played, the one or more playback controls cease to be displayed (e.g., FIG. **7D**, which no longer displays playback controls **4016**, **4018**, **4020**, and **4022**, but still shows **4006**, **4008**, **4010**, and **4012**). In some embodiments, all of the playback controls cease to be displayed. In some embodiments, ceasing to display the one or more playback controls comprises fading out the one or more playback controls. In some embodiments, the display of the one or more playback controls is ceased after a predetermined time. In some embodiments, the display of the one or more playback controls is ceased after no contact is detected with the touch screen display for a predetermined time.

In some embodiments, a fourth gesture is detected on the touch screen display (**8016**). In response to detecting the fourth gesture, at least the portion of the structured electronic document is displayed again (e.g., FIG. **7A**) (**8018**). In some embodiments, the fourth gesture comprises a tap gesture on a playback completion icon, such as a done icon (e.g., gesture **4032** on done icon **4006**, FIG. **7D**). In some embodiments, the item of inline multimedia content returns to its size prior to being enlarged.

In some embodiments, the first, second, and third gestures are finger gestures. In some embodiments, the first, second, and third gestures are stylus gestures.

In some embodiments, the first, second, and third gestures are tap gestures. In some embodiments, the tap gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

While the multimedia display process **8000** described above includes a number of operations that appear to occur in a specific order, it should be apparent that the process **8000** can include more or fewer operations, which can be executed serially or in parallel (e.g., using parallel processors or a multi-threading environment), an order of two or more operations may be changed and/or two or more operations may be combined into a single operation.

US 7,864,163 B2

25                                                          26

A graphical user interface on a portable electronic device with a touch screen display comprises: at least a portion of a structured electronic document, wherein the structured electronic document comprises content; an item of inline multimedia content in the portion of the structured electronic document; and one or more playback controls. In response to detecting a first gesture on the item of inline multimedia content, the item of inline multimedia content on the touch screen display is enlarged, and display of other content in the structured electronic document besides the enlarged item of inline multimedia content is ceased. In response to detecting a second gesture on the touch screen display while the enlarged item of inline multimedia content is displayed, the one or more playback controls for playing the enlarged item of inline multimedia content are displayed. In response to detecting a third gesture on one of the playback controls, the enlarged item of inline multimedia content is played.

The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

**1**. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display;

displaying at least a portion of a web page on the touch screen display, wherein the web page comprises a plurality of boxes of content;

detecting a first finger tap gesture at a location on the displayed portion of the web page;

determining a first box in the plurality of boxes at the location of the first finger tap gesture; and

enlarging and translating the web page so as to substantially center the first box on the touch screen display, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display;

resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display;

while the first box is enlarged, detecting a second finger tap gesture on a second box other than the first box; and

in response to detecting the second finger tap gesture, translating the web page so as to substantially center the second box on the touch screen display.

**2**. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display;

displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

detecting a first gesture at a location on the displayed portion of the structured electronic document;

determining a first box in the plurality of boxes at the location of the first gesture;

enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

**3**. The method of claim **2**, including: prior to displaying at least a portion of a structured electronic document,

determining borders, margins, and/or paddings for the plurality of boxes that are specified in the structured electronic document; and

adjusting the borders, margins, and/or paddings for the plurality of boxes for display on the touch screen display.

**4**. The method of claim **2**, wherein the structured electronic document is a web page.

**5**. The method of claim **2**, wherein the structured electronic document is an HTML or XML document.

**6**. The method of claim **2**, wherein:

the structured electronic document has a document width and a document length;

the touch screen display has a display width; and

displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length.

**7**. The method of claim **6**, wherein:

the touch screen display is rectangular with a short axis and a long axis;

the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and

the display width corresponds to the long axis when the structured electronic document is seen in landscape view.

**8**. The method of claim **2**, wherein the plurality of boxes are defined by a style sheet language.

**9**. The method of claim **8**, wherein the style sheet language is a cascading style sheet language.

**10**. The method of claim **2**, wherein the first gesture is a finger gesture.

**11**. The method of claim **2**, wherein the first gesture is a stylus gesture.

**12**. The method of claim **2**, wherein the first gesture is a tap gesture.

**13**. The method of claim **12**, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

**14**. The method of claim **2**, wherein:

the structured electronic document has an associated render tree with a plurality of nodes; and determining the first box at the location of the first gesture comprises:

traversing down the render tree to determine a first node in the plurality of nodes that corresponds to the detected location of the first gesture;

traversing up the render tree from the first node to a closest parent node that contains a logical grouping of content; and

identifying content corresponding to the closest parent node as the first box.

**15**. The method of claim **14**, wherein the logical grouping of content comprises a paragraph, an image, a plugin object, or a table.

**16**. The method of claim **14**, wherein the closest parent node is a replaced inline, a block, an inline block, or an inline table.

**17**. The method of claim **2**, wherein enlarging and translating the structured electronic document comprises display-

US 7,864,163 B2

27

ing at least a portion of the second box of the plurality of boxes of content on the touch screen display.

**18**. The method of claim **2**, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.

**19**. The method of claim **2**, including resizing text in the enlarged first box to meet or exceed a predetermined minimum text size on the touch screen display.

**20**. The method of claim **19**, wherein the text resizing comprises:

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the first box; and

if a text size for text in the first box is less than the determined minimum text size, increasing the text size for text in the first box to at least the determined minimum text size.

**21**. The method of claim **20**, wherein: the first box has a width; the display has a display width; and the scale factor is the display width divided by the width of the first box prior to enlarging.

**22**. The method of claim **19**, wherein the resizing occurs during the enlarging.

**23**. The method of claim **19**, wherein the resizing occurs after the enlarging.

**24**. The method of claim **2**, including resizing text in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.

**25**. The method of claim **24**, wherein the text resizing comprises:

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and

if a text size for text in the structured electronic document is less than the determined minimum text size, increasing the text size for text in the structured electronic document to at least the determined minimum text size.

**26**. The method of claim **24**, wherein the text resizing comprises:

identifying boxes containing text in the plurality of boxes;

determining a scale factor by which the first box will be enlarged;

dividing the predetermined minimum text size on the touch screen display by the scaling factor to determine a minimum text size for text in the structured electronic document; and

for each identified box containing text, if a text size for text in the identified box is less than the determined minimum text size, increasing the text size for text in the identified box to at least the determined minimum text size and adjusting the size of the identified box.

**27**. The method of claim **2**, including:

detecting a third gesture on the enlarged second box; and

in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document.

**28**. The method of claim **27**, wherein the first box returns to its size prior to being enlarged.

**29**. The method of claim **27**, wherein the third gesture and the first gesture are the same type of gesture.

28

**30**. The method of claim **27**, wherein third gesture is a finger gesture.

**31**. The method of claim **27**, wherein the third gesture is a stylus gesture.

**32**. The method of claim **27**, wherein the third gesture is a tap gesture.

**33**. The method of claim **32**, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

**34**. The method of claim **2**, wherein the second gesture and the first gesture are the same type of gesture.

**35**. The method of claim **2**, wherein the second gesture is a finger gesture.

**36**. The method of claim **2**, wherein the second gesture is a stylus gesture.

**37**. The method of claim **2**, wherein the second gesture is a tap gesture.

**38**. The method of claim **37**, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers.

**39**. The method of claim **2**, including:

detecting a swipe gesture on the touch screen display; and

in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display.

**40**. The method of claim **39**, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display.

**41**. The method of claim **39**, wherein the swipe is a finger gesture.

**42**. The method of claim **39**, wherein the swipe gesture is a stylus gesture.

**43**. The method of claim **2**, including:

detecting a fifth gesture on the touch screen display,

in response to detecting the fifth gesture, rotating the displayed portion of the structured electronic document on the touch screen display by 90° .

**44**. The method of claim **43**, wherein the fifth gesture is a finger gesture.

**45**. The method of claim **44**, wherein the fifth gesture is a multifinger gesture.

**46**. The method of claim **45**, wherein the fifth gesture is a twisting gesture.

**47**. The method of claim **2**, including:

detecting a change in orientation of the device,

in response to detecting the change in orientation of the device, rotating the displayed portion of the structured electronic document on the touch screen display by 90° .

**48**. The method of claim **2**, including:

detecting a multi-finger de-pinch gesture on the touch screen display,

in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multi-finger de-pinch gesture.

**49**. A graphical user interface on a portable electronic device with a touch screen display, comprising:

at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content;

US 7,864,163 B2

29      30

wherein:

in response to detecting a first gesture at a location on the portion of the structured electronic document:

    a first box in the plurality of boxes at the location of the first gesture is determined;

    the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display;

while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

**50**. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:

    instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

    instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;

    instructions for determining a first box in the plurality of boxes at the location of the first gesture;

    instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

    instruction for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

    instructions for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

**51**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

    display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

    detect a first gesture at a location on the displayed portion of the structured electronic document;

    determine a first box in the plurality of boxes at the location of the first gesture;

    enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display;

    while the first box is enlarged, detect a second gesture on a second box other than the first box; and

    in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display.

**52**. A portable electronic device with a touch screen display, comprising:

    means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content;

    means for detecting a first gesture at a location on the displayed portion of the structured electronic document;

    means for determining a first box in the plurality of boxes at the location of the first gesture;

    means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display;

    means for, while the first box is enlarged, a second gesture is detected on a second box other than the first box; and

    means for, in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display.

**53**. A portable electronic device, comprising:

a touch screen display;

one or more processors;

memory; and

a program, wherein the program is stored in the memory and configured to be executed by the one or more processors, the program including instructions for:

    displaying a user interface on the touch screen display, wherein the user interface includes:

        a displayed window of an application, the displayed window being in full view on the touch screen display, and

    one or more partially hidden windows of the application;

    while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

    in response to detecting the gesture,

        moving the displayed window partially or fully off the touch screen display, and

        moving a first partially hidden window into full view on the touch screen display; and

    in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

**54**. The portable electronic device of claim **53**, wherein the detected gesture is a swipe gesture.

**55**. The portable electronic device of claim **53**, including:

    in response to detecting the gesture, moving a second partially hidden window off the touch screen display.

**56**. The portable electronic device of claim **53**, wherein the detected gesture is a left-to-right swipe gesture, including:

    in response to detecting the left-to-right swipe gesture:

        moving the displayed window partially off-screen to the right,

        moving the first partially hidden window into full view on the touch screen display, and

        moving a second partially hidden window completely off-screen.

**57**. The portable electronic device of claim **53**, wherein the user interface is displayed in response to activation of an icon for initiating display of the user interface, and wherein the icon for initiating display of the user interface indicates the number of windows in the application.

**58**. The portable electronic device of claim **53**, wherein the displayed window and the one or more partially hidden windows are displayed prior to detecting the gesture.

**59**. A computer-implemented method, comprising:

at a portable electronic device with a touch screen display:

    displaying a user interface on the touch screen display, wherein the user interface includes:

        a displayed window of an application, the displayed window being in full view on the touch screen display, and

    one or more partially hidden windows of the application;

US 7,864,163 B2

31

while displaying the displayed window and the one or more partially hidden windows, detecting a gesture on the touch screen display;

in response to detecting the gesture,

moving the displayed window partially or fully off the touch screen display, and

moving a first partially hidden window into full view on the touch screen display; and,

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

**60**. A graphical user interface on a portable electronic device with a touch screen display, the graphical user interface comprising:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application; wherein:

while displaying the displayed window and the one or more partially hidden windows, a gesture is detected on the touch screen display;

in response to detecting the gesture:

the displayed window is moved partially or fully off the touch screen display, and

a first partially hidden window is moved into full view on the touch screen display; and,

32

in response to detecting a gesture on an icon, a window of the application in the center of the touch screen display is enlarged.

**61**. A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

display a user interface on the touch screen display, wherein the user interface includes:

a displayed window of an application, the displayed window being in full view on the touch screen display, and

one or more partially hidden windows of the application;

while displaying the displayed window and the one or more partially hidden windows, detect a gesture on the touch screen display;

in response to detecting the gesture,

move the displayed window partially or fully off the touch screen display, and

move a first partially hidden window into full view on the touch screen display; and

in response to detecting a gesture on an icon, enlarge a window of the application in the center of the touch screen display.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.            : 7,864,163 B2                                      Page 1 of 2
APPLICATION NO.   : 11/850013
DATED                    : January 4, 2011
INVENTOR(S)         : Ording et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 2, column 25, line 66, between the words "enlarged," and "a second" insert --detecting--, and at the end of the line, delete "is detected".

Claim 2, column 26, line 1, between the words "gesture," and "the structured" insert --translated--.

Claim 2, column 26, line 2, delete "is translated".

Claim 50, column 29, line 34, between the words "enlarged," and "a second" insert --detecting--.

Claim 50, column 29, line 35, delete "is detected".

Claim 50, column 29, line 38, between the words "gesture," and "the structured" insert --translating--, and at the end of the line delete "is translated".

Claim 52, column 30, line 8, between the words "enlarged" and "a second" insert --detecting--.

Claim 52, column 30, line 9, delete "is detected".

Claim 52, column 30, line 10, between the words "gesture," and "the structured" insert --translating--.

Claim 52, column 30, line 11, delete "is translated".

Claim 53, column 30, line 35, between the words "icon," and "a window" insert --enlarging--.

Claim 53, column 30, line 37, delete "is enlarged".

Signed and Sealed this
Fifteenth Day of March, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 7,864,163 B2**

Claim 59, column 31, line 9, between the words "icon," and "a window" insert --enlarging--.

Claim 59, column 31, line 11 delete "is enlarged".