Exhibit 9

US00D627790S

(12) **United States Design Patent**  (10) Patent No.: **US D627,790 S**
Chaudhri  (45) **Date of Patent:** ** **Nov. 23, 2010**

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventor: **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/283,656**

(22) Filed: **Aug. 20, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 29/281,695, filed on Jun. 28, 2007, which is a continuation-in-part of application No. 29/281,507, filed on Jun. 25, 2007, now Pat. No. Des. 608,366, which is a continuation-in-part of application No. 29/281,460, filed on Jun. 23, 2007, now Pat. No. Des. 604,305.

(51) **LOC (9) Cl.** .................................................. **14-04**
(52) **U.S. Cl.** .................................................. **D14/486**
(58) **Field of Classification Search** .......... D14/485–95; D18/24–33; D19/6, 52, 9, 10; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,736,199 | A | * | 4/1988 | Chadwick et al. ........... 715/781 |
| D295,877 | S | | 5/1988 | Wells-Papanek et al. |
| 5,214,756 | A | | 5/1993 | Franklin et al. |
| 5,345,552 | A | * | 9/1994 | Brown ........................ 715/784 |
| 5,555,364 | A | | 9/1996 | Goldstein |
| 5,642,490 | A | * | 6/1997 | Morgan et al. .............. 715/762 |
| 5,712,995 | A | * | 1/1998 | Cohn ........................ 715/792 |
| D390,548 | S | | 2/1998 | Maekawa et al. |
| D392,266 | S | | 3/1998 | Snyder et al. |
| 5,995,103 | A | | 11/1999 | Ashe |
| D418,826 | S | | 1/2000 | Pavely et al. |
| D420,993 | S | | 2/2000 | Decker |
| D438,213 | S | | 2/2001 | Herget et al. |
| D441,763 | S | | 5/2001 | Kahn et al. |
| 6,229,532 | B1 | * | 5/2001 | Fujii ......................... 715/733 |
| D445,428 | S | | 7/2001 | Pattenden |
| D462,076 | S | | 8/2002 | Robbin et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

JP  D1235127  4/2005

OTHER PUBLICATIONS

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

(Continued)

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The FIGURE is a front view of a graphical user interface for a display screen or portion thereof showing my new design.

The broken lines of the display screen or portion thereof and other elements form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



US D627,790 S

Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | Kind | Date | Inventor | Class |
|---|---|---|---|---|
| 6,452,608 | B1 * | 9/2002 | Goken | 715/716 |
| 6,498,612 | B1 * | 12/2002 | Brown et al. | 715/762 |
| D472,244 | S | 3/2003 | Wasko | |
| 6,538,670 | B1 * | 3/2003 | Kido | 715/767 |
| 6,731,316 | B2 | 5/2004 | Herigstad et al. | |
| 6,798,630 | B1 * | 9/2004 | Del Vecchio et al. | 361/97 |
| 6,807,557 | B1 * | 10/2004 | Novaes et al. | 709/201 |
| D507,577 | S | 7/2005 | Totten et al. | |
| 6,983,424 | B1 | 1/2006 | Dutta | |
| 7,020,848 | B2 * | 3/2006 | Rosenzweig et al. | 715/855 |
| 7,058,902 | B2 * | 6/2006 | Iwema et al. | 715/810 |
| 7,075,512 | B1 * | 7/2006 | Fabre et al. | 345/156 |
| 7,107,549 | B2 | 9/2006 | Deaton et al. | |
| 7,185,289 | B1 * | 2/2007 | Taima | 715/810 |
| D540,340 | S | 4/2007 | Cummins | |
| D544,875 | S | 6/2007 | Wang et al. | |
| D548,239 | S | 8/2007 | Rimas-Ribikauskas et al. | |
| D552,620 | S | 10/2007 | Sato et al. | |
| D555,660 | S | 11/2007 | Noviello et al. | |
| D559,261 | S | 1/2008 | Jung et al. | |
| D564,530 | S | 3/2008 | Kim et al. | |
| D565,586 | S | 4/2008 | Shin et al. | |
| D565,588 | S | 4/2008 | Sherry | |
| D568,900 | S | 5/2008 | Seo et al. | |
| D569,383 | S | 5/2008 | Jung et al. | |
| D570,358 | S | 6/2008 | Anastasopoulos et al. | |
| D574,009 | S | 7/2008 | DelPonte | |
| D574,388 | S | 8/2008 | Armendariz et al. | |
| D576,171 | S | 9/2008 | Armendariz et al. | |
| D579,456 | S | 10/2008 | Chen et al. | |
| D579,946 | S | 11/2008 | Lee et al. | |
| D580,949 | S | 11/2008 | Durarte | |
| D581,424 | S | 11/2008 | Hong | |
| D585,075 | S | 1/2009 | Flynt et al. | |
| 7,487,467 | B1 * | 2/2009 | Kawahara et al. | 715/810 |
| D587,720 | S | 3/2009 | Noviello et al. | |
| 7,552,401 | B2 * | 6/2009 | Guido et al. | 715/838 |
| 7,574,666 | B2 * | 8/2009 | Miyamoto | 715/769 |
| 7,587,680 | B2 * | 9/2009 | Wada | 715/804 |
| 7,600,192 | B1 * | 10/2009 | Hashimoto et al. | 715/802 |
| 7,643,036 | B1 * | 1/2010 | Rees | 345/594 |
| 7,653,882 | B2 * | 1/2010 | Horentrup et al. | 715/821 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,460, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 23, 2007.
U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.
U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.
U.S. Appl. No. 29/281,747, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.
U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,837, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,839, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,842, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,264, Lemay at al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.
U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for A Portion of Display Screen, filed Jan. 8, 2008.
U.S. Appl. No. 29/302,063, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 9, 2008.
U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 11, 2008.
U.S. Appl. No. 29/302,429, Chaudhri at al., Animated Image for A Portion of Display Screen, filed Jan. 16, 2008.
U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Mar. 4, 2008.
U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.
U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.
U.S. Appl. No. 29/318,446 Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.
U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.
U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 15, 2008.
U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.
U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.
U.S. Appl. No. 29/333,233 Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.
U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.
U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.
U.S. Appl. No. 29/335,282, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

\* cited by examiner



FIGURE