Exhibit 10

Case 5:11-cv-01846-LHK  Document 75-10  Filed 06/16/11  Page 2 of 12

US00D617334S

# (12) United States Design Patent
## Chaudhri

(10) Patent No.: **US D617,334 S**
(45) Date of Patent: ✱✱ **Jun. 8, 2010**

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventor: **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/321,374**

(22) Filed: **Jul. 15, 2008**

(51) **LOC (9) Cl.** .................................................. **14-04**
(52) **U.S. Cl.** .................................................. **D14/486**
(58) **Field of Classification Search** .......... D14/485–95; D18/24–33; D19/6, 52, 9, 10; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D277,113 S     1/1985   Gordon
D295,877 S     5/1988   Wells-Papanek et al.

(Continued)

FOREIGN PATENT DOCUMENTS

JP         D1235127         4/2005

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,460, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 23, 2007.

(Continued)

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a graphical user interface for a display screen or portion thereof showing our new design;
FIG. **2** is a front view of a second embodiment thereof;
FIG. **3** is a front view of a third embodiment thereof;
FIG. **4** is a front view of a fourth embodiment thereof; and
FIG. **5** is a front view of a fifth embodiment thereof;
FIG. **6** is a front view of a sixth embodiment thereof;
FIG. **7** is a front view of a seventh embodiment thereof; and,
FIG. **8** is a front view of an eighth embodiment thereof.

The broken line showing of the display screen or portion thereof in all views is not part of the claimed design.

The AT&T trademark in the upper left corner of the Figure is the property of AT&T Intellectual Property II, L.P. The YouTube trademark on the left hand side of the Figures is the property of Google Inc. The iTunes trademark on the left hand side of the Figures is the property of Apple Inc. The App Store trademark on the bottom of the Figures is the property of Apple Inc. The Safari trademark on the bottom of the Figures is the property of Apple Inc. The iPod trademark on the bottom right corner of the Figures is the property of Apple Inc. Trademarks are the property of their respective owners.

**1 Claim, 8 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| Patent No. | Type | Date | Inventor(s) | Class |
|---|---|---|---|---|
| 5,214,756 | A | 5/1993 | Franklin et al. | |
| 5,555,364 | A | 9/1996 | Goldstein | |
| D385,870 | S | 11/1997 | Thomas | |
| D386,487 | S | 11/1997 | Thomas | |
| D390,548 | S | 2/1998 | Maekawa et al. | |
| D392,266 | S | 3/1998 | Snyder et al. | |
| 5,995,103 | A | 11/1999 | Ashe | |
| D418,826 | S | 1/2000 | Pavely et al. | |
| D420,993 | S | 2/2000 | Decker | |
| D438,213 | S | 2/2001 | Herget et al. | |
| D441,763 | S | 5/2001 | Kahn et al. | |
| D445,428 | S | 7/2001 | Pattenden | |
| D462,076 | S | 8/2002 | Robbin et al. | |
| D468,748 | S | 1/2003 | Inagaki | |
| D472,244 | S | 3/2003 | Wasko | |
| 6,731,316 | B2 | 5/2004 | Herigstad et al. | |
| D497,367 | S | 10/2004 | Wasko et al. | |
| D507,577 | S | 7/2005 | Totten et al. | |
| D511,525 | S | 11/2005 | Hernandez et al. | |
| D511,526 | S | 11/2005 | Totten et al. | |
| 6,983,424 | B1 | 1/2006 | Dutta | |
| D517,087 | S * | 3/2006 | Sands | D14/488 |
| D523,441 | S | 6/2006 | Sapp et al. | |
| D525,981 | S | 8/2006 | Hally et al. | |
| D540,340 | S | 4/2007 | Cummins | |
| D544,875 | S | 6/2007 | Wang et al. | |
| D547,769 | S | 7/2007 | Griffith | |
| D548,239 | S | 8/2007 | Rimas-Ribikauskas et al. | |
| D549,726 | S | 8/2007 | Van Dongen et al. | |
| D552,620 | S * | 10/2007 | Sato et al. | D14/486 |
| D553,638 | S * | 10/2007 | Kim et al. | D14/486 |
| D554,656 | S * | 11/2007 | Seo et al. | D14/486 |
| D554,658 | S * | 11/2007 | Park et al. | D14/486 |
| D559,261 | S * | 1/2008 | Jung et al. | D14/486 |
| D560,680 | S | 1/2008 | Armendariz | |
| D563,985 | S | 3/2008 | Jewitt et al. | |
| D564,530 | S * | 3/2008 | Kim et al. | D14/486 |
| D565,586 | S | 4/2008 | Shin et al. | |
| D565,588 | S | 4/2008 | Sherry | |
| D566,126 | S * | 4/2008 | Park et al. | D14/486 |
| D568,893 | S * | 5/2008 | Choi | D14/486 |
| D568,900 | S | 5/2008 | Seo et al. | |
| D570,358 | S | 6/2008 | Anastasopoulos et al. | |
| D573,152 | S * | 7/2008 | Jasinski | D14/485 |
| D574,388 | S | 8/2008 | Armendariz et al. | |
| D574,846 | S | 8/2008 | O'Donnell et al. | |
| D576,171 | S | 9/2008 | Armendariz et al. | |
| D577,738 | S * | 9/2008 | Kwag | D14/486 |
| D579,456 | S | 10/2008 | Chen et al. | |
| D579,946 | S * | 11/2008 | Lee et al. | D14/486 |
| D580,949 | S | 11/2008 | Duarte | |
| D581,424 | S * | 11/2008 | Hong | D14/486 |
| D581,940 | S * | 12/2008 | Van Dongen | D14/486 |
| D582,427 | S | 12/2008 | Neuhaus | |
| D585,075 | S | 1/2009 | Flynt et al. | |
| D586,359 | S | 2/2009 | Makoski et al. | |
| D587,720 | S | 3/2009 | Noviello et al. | |
| D587,723 | S * | 3/2009 | Lee | D14/486 |
| D588,150 | S | 3/2009 | Stone et al. | |
| D589,050 | S * | 3/2009 | Ha et al. | D14/486 |
| D589,521 | S * | 3/2009 | Napier et al. | D14/486 |
| D599,811 | S * | 9/2009 | Watanabe et al. | D14/486 |
| 2005/0050474 | A1 * | 3/2005 | Bells et al. | 715/747 |
| 2008/0189658 | A1 * | 8/2008 | Jeong et al. | 715/810 |
| 2009/0064038 | A1 * | 3/2009 | Fleischman et al. | 715/810 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

U.S. Appl. No. 29/281,695, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof (as amended) filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.

U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof.

U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.

U.S. Appl. No. 29/284,263, Bull, et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of a Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Matas, Graphical User Interface for a Display Screen or Portion Thereof, filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, LeMay, Graphical User Interface for a Display Screen or Portion Thereof, filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image For A Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Sepulveda, Graphical User Interface for a Display Screen or Portion Thereof, filed Mar. 4, 2008.

U.S. Appl. No. 29/335,282, Sepulveda, Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/325,998, Anzures, Graphical User Interface for a Display Screen or Portion Thereof, filed Oct. 9, 2008.

U.S. Appl. No. 29/333,233 Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interface and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,282, Sepulveda et al., Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

Symbol Sourcebook, Henry Dreyfuss, Van Nostrand Reinhold, pp. 213-214, copyright 1972.

\* cited by examiner



FIG. 1



**FIG. 2**



**FIG. 3**



**FIG. 4**



FIG. 5



FIG. 6



FIG. 7



**FIG. 8**