Exhibit 14

US00D622270S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.:     **US D622,270 S**
(45) Date of Patent:    \*\* **Aug. 24, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Vincent Keane Seid**, legal representative, Los Gatos, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/344,620**

(22) Filed: **Oct. 1, 2009**

### Related U.S. Application Data

(63) Continuation of application No. 29/284,188, filed on Aug. 31, 2007, now Pat. No. Des. 602,486.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** ..................................................... **D14/341**
(58) Field of Classification Search .......... D14/341–347,
D14/137, 138, 138.1, 138 AA, 138 R, 138 AB,
D14/18 AC, 138 AD, 138 C, 138 G, 496,
D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7,
D14/402–411, 431, 417, 426, 427, 428, 432,
D14/429, 129, 130, 420, 439–441, 448, 125,
D14/147, 156, 218, 247–248, 250, 389; D10/65,
D10/104; D21/324, 329, 330, 331; 455/556.1,
455/556.2, 566, 575.1, 575.3, 575.4, 90.3,
455/6.1; 379/433.04, 433.11, 433.12, 433.13,
379/910, 916, 433.01, 433.06, 433.07; 345/169,
345/901, 905; 361/814; 341/122; 346/173;
273/454–456, 459–461, 153 R, 148 R, 148 B,
273/259, 138.2, 237; 463/1, 46, 47, 47.3;
D3/18, 19, 26, 200, 201, 203.1–203.8, 205,
D3/207, 212, 218, 226–228, 247, 250, 265,
D3/269, 272, 303, 304, 309, 315, 321; D9/700,
D9/500, 414, 337; D28/5, 61, 73, 76, 78,
D28/83
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D289,873 S | | 5/1987 | Gemmell et al. |
| D306,583 S | \* | 3/1990 | Kropp et al. ............. D14/137 |
| D337,569 S | | 7/1993 | Kando |
| D340,917 S | | 11/1993 | Sakaguchi et al. |
| D420,354 S | | 2/2000 | Morales |
| D424,535 S | | 5/2000 | Peltola |
| D456,023 S | | 4/2002 | Andre et al. |
| D489,731 S | | 5/2004 | Huang |
| D498,754 S | | 11/2004 | Blyth |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | | 2/2005 | Jung et al. |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | | 1/2006 | Johnson |




| | | |
|---|---|---|
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D519,523 S | 4/2006 | Chiu et al. |
| D520,020 S | 5/2006 | Senda et al. |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D556,211 S | 11/2007 | Howard |
| D557,238 S | 12/2007 | Kim |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D558,792 S | 1/2008 | Chigira |
| D559,220 S | 1/2008 | Lee et al. |
| D560,192 S | 1/2008 | Lee et al. |
| D560,683 S | 1/2008 | Lee |
| D560,686 S | 1/2008 | Kim |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |
| D561,782 S | 2/2008 | Kim |
| D562,285 S | 2/2008 | Lim |
| D563,432 S | 3/2008 | Kim |
| D563,929 S | 3/2008 | Park |
| D565,596 S | 4/2008 | Kim |
| D565,599 S | 4/2008 | Jang et al. |
| D569,830 S | 5/2008 | Kwak |
| D570,346 S | 6/2008 | Suk et al. |
| D570,839 S | 6/2008 | Hofer et al. |
| 7,409,059 B2 | 8/2008 | Fujisawa |
| D580,387 S | 11/2008 | Andre et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D586,800 S | 2/2009 | Andre et al. |
| D593,087 S | 5/2009 | Andre et al. |
| D602,014 S | 10/2009 | Andre et al. |
| D602,486 S | 10/2009 | Andre et al. |
| 2006/0281501 A1 | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | 4/2007 | Yoon et al. |
| 2008/0004085 A1 | 1/2008 | Jung et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| KR | 30-0452432 | 7/2007 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, http://www.gsmarena.com.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, http://www.gsmarena.com.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, http://www.mobilewhack.com.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, http://www.engadget.com.

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/345,051, Andre et al., Electronic Device, filed Oct. 8, 2009.
U.S. Appl. No. 29/332,683, Andre et al., Electronic Device, filed Feb. 23, 2009.
U.S. Appl. No. 29/328,018, Andre et al., Electronic Device, filed Nov. 18, 2009.
U.S. Appl. No. 29/336,923, Andre et al., Electronic Device, filed May 12, 2009.
U.S. Appl. No. 29/343,549, Andre et al., Electronic Device, filed Sep. 15, 2009.

* cited by examiner

*Primary Examiner* — Jennifer Rivard
*Assistant Examiner* — Barbara Fox
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a left side view thereof;

FIG. **6** is right side view thereof;

FIG. **7** is a top plan view thereof;

FIG. **8** is a bottom plan view thereof; and,

FIG. **9** is an enlarged elevational view of a representative corner of the electronic device.

The broken lines show portions of the electronic device which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**          **FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**