Exhibit 16

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,470,983
Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HANDHELD COMPUTER, PERSONAL DIGITAL ASSISTANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELECTRONIC CALENDAR, CALCULATOR, AND CAMERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, BLUE, BROWN, BROWN-GRAY, GRAY-GREEN, GREEN, ORANGE, RED, SILVER, TAN, WHITE AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURATION OF A RECTANGULAR HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE WITH ROUNDED SILVER EDGES, A BLACK FACE, AND AN ARRAY OF 16 SQUARE ICONS WITH ROUNDED EDGES. THE TOP 12 ICONS APPEAR ON A BLACK BACKGROUND, AND THE BOTTOM 4 APPEAR ON A SILVER BACKGROUND. THE FIRST ICON DEPICTS THE LETTERS "SMS" IN GREEN INSIDE A WHITE SPEECH BUBBLE ON A GREEN BACKGROUND; THE SECOND ICON IS WHITE WITH A THIN RED STRIPE AT THE TOP; THE THIRD ICON DEPICTS A SUNFLOWER WITH YELLOW PETALS, A BROWN CENTER, AND A GREEN STEM IN FRONT OF A BLUE SKY; THE FOURTH ICON DEPICTS A CAMERA LENS WITH A BLACK BARREL AND BLUE GLASS ON A SILVER BACKGROUND; THE FIFTH ICON DEPICTS A TAN TELEVISION CONSOLE WITH BROWN KNOBS AND A GRAY-GREEN SCREEN; THE SIXTH ICON DEPICTS A WHITE GRAPH LINE ON A BLUE BACKGROUND; THE SEVENTH ICON DEPICTS A MAP WITH YELLOW AND ORANGE ROADS, A PIN WITH A RED HEAD, AND A RED-AND- BLUE ROAD SIGN WITH THE NUMERAL "280" IN WHITE; THE EIGHTH ICON DEPICTS AN ORANGE SUN ON A BLUE BACKGROUND, WITH THE TEMPERATURE IN WHITE; THE NINTH ICON DEPICTS A WHITE CLOCK WITH BLACK AND RED HANDS AND NUMERALS ON A BLACK BACKGROUND; THE TENTH ICON DEPICTS THREE BROWN-GRAY CIRCLES AND ONE ORANGE CIRCLE ON A BLACK BACKGROUND WITH A WHITE BORDER, WITH THE MATHEMATICAL SYMBOLS FOR ADDITION, SUBTRACTION, MULTIPLICATION, AND THE EQUAL SIGN DISPLAYED IN WHITE ON THE CIRCLES; THE ELEVENTH ICON DEPICTS A PORTION OF A YELLOW NOTEPAD WITH BLUE AND RED RULING, WITH BROWN BINDING AT THE TOP; THE TWELFTH ICON DEPICTS THREE SILVER GEARS OVER A THATCHED BLACK-AND-SILVER BACKGROUND; THE THIRTEENTH ICON DEPICTS A WHITE TELEPHONE RECEIVER AGAINST A GREEN BACKGROUND; THE FOURTEENTH ICON DEPICTS A WHITE ENVELOPE OVER A BLUE SKY

WITH WHITE CLOUDS; THE FIFTEENTH ICON DEPICTS A WHITE COMPASS WITH A WHITE-AND-RED NEEDLE OVER A BLUE MAP; THE SIXTEENTH ICON DEPICTS THE DISTINCTIVE CONFIGURATION OF APPLICANT'S MEDIA PLAYER DEVICE IN WHITE OVER AN ORANGE BACKGROUND.

SEC. 2(F).

SER. NO. 77-303,282, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY