Exhibit 18

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 3,475,327**

## United States Patent and Trademark Office

Registered July 29, 2008

### TRADEMARK
### PRINCIPAL REGISTER



APPLE, INC. (CALIFORNIA CORPORATION)

1 INFINITE LOOP

CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRO-NIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HAND-HELD COMPUTER, PERSONAL DIGITAL ASSIS-TANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELEC-TRONIC CALENDAR, CALCULATOR, AND CAM-ERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2007; IN COMMERCE 6-29-2007.

THE COLOR(S) GRAY, SILVER AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURA-TION OF A HANDHELD MOBILE DIGITAL ELEC-TRONIC DEVICE. THE MATERIAL SHOWN IN DOTTED LINES, NAMELY, THE BUTTONS AND OPENINGS ON THE DEVICE SHOW THE POSITION OF THE MARK IN RELATION TO THE DEVICE AND ARE NOT CONSIDERED A PART OF THE MARK. THE COLOR GRAY APPEARS AS A REC-TANGLE AT THE FRONT, CENTER OF THE DE-VICE. THE COLOR BLACK APPEARS ON THE FRONT OF THE DEVICE ABOVE AND BELOW THE GRAY RECTANGLE AND ON THE CURVED CORNERS OF THE DEVICE. THE COLOR SILVER APPEARS AS THE OUTER BORDER AND SIDES OF THE DEVICE. THE COLOR WHITE IS SHOWN SOLELY TO IDENTIFY PLACEMENT OF THE MARK AND IS NOT CLAIMED AS A PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-303,049, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY