Exhibit 20

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77921829**
**Filing Date: 01/27/2010**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) black and silver is/are claimed as a feature of the mark. The mark consists of the configuration of a digital electronic device.
The applicant, Apple Inc., a corporation of California, having an address of
   1 Infinite Loop
   Cupertino, California 95014
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009: Computers; computer peripheral devices; computer gaming machines; digital electronic devices; digital audio and video devices; portable media players; digital electronic devices incorporating computers, personal digital assistants, electronic organizers, electronic notepads, book and periodical readers, global positioning systems (GPS), telephones, cameras, videophones, media players; digital electronic devices for recording, organizing, transmitting, manipulating, playing and reviewing text, data, audio files, video files, and multimedia files; digital electronic devices providing access to the Internet and email
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant claims ownership of U.S. Registration Number(s) 3457218 and 3475327.

The applicant's current Attorney Information:
Lisa G. Widup and Thomas R. La Perle, John Donald of Apple Inc.
   1 Infinite Loop, MS 3TM
   Cupertino, California 95014
   United States


 The applicant's current Correspondence Information:
   Lisa G. Widup
   Apple Inc.
   1 Infinite Loop, MS 3TM
   Cupertino, California 95014

408-974-4954(phone)

408-253-0186(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Lisa G. Widup/   Date Signed: 01/27/2010
Signatory's Name: Lisa G. Widup
Signatory's Position: Intellectual Property Counsel


RAM Sale Number: 6253
RAM Accounting Date: 01/28/2010

Serial Number: 77921829
Internet Transmission Date: Wed Jan 27 20:02:02 EST 2010
TEAS Stamp: USPTO/BAS-17.193.15.207-2010012720020237
6922-77921829-460688bc2eccf2c8586d3ef757
7aa4f5d6-DA-6253-20100127190642733809

