Exhibit 22

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85299118
Filing Date: 04/19/2011

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of the configuration of a rectangular handheld mobile digital electronic device with rounded corners. The matter shown in broken lines is not part of the mark.
The applicant, Apple Inc., a corporation of California, having an address of
    1 Infinite Loop
    Cupertino, California 95014
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009:  Handheld mobile digital electronic devices comprised of a mobile phone, digital audio and video player, handheld computer, personal digital assistant, electronic personal organizer, electronic notepad, electronic calendar, electronic book reader, calculator, and camera, and capable of providing access to the Internet and sending and receiving electronic mail, digital audio, video, text, images, graphics and multimedia files

In International Class 009, the mark was first used at least as early as 06/07/2010, and first used in commerce at least as early as 06/24/2010, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Photo of Applicant's goods.
Specimen File1


The applicant claims ownership of U.S. Registration Number(s) 3457218, 3475327, and 3470983.

The applicant's current Attorney Information:
Lisa G. Widup and Thomas R. La Perle, John Donald, Yuka Sugar, Marianne David, David Weiskopf of Apple Inc.
    1 Infinite Loop, MS 36-4TM
    Cupertino, California 95014
    United States


  The applicant's current Correspondence Information:
    Lisa G. Widup
    Apple Inc.

    1 Infinite Loop, MS 36-4TM

    Cupertino, California 95014

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Lisa G. Widup/   Date Signed: 04/19/2011
Signatory's Name: Lisa G. Widup
Signatory's Position: Attorney of record, California bar member



RAM Sale Number: 4122
RAM Accounting Date: 04/20/2011

Serial Number: 85299118
Internet Transmission Date: Tue Apr 19 17:26:00 EDT 2011
TEAS Stamp: USPTO/BAS-17.212.150.225-201104191726001
69611-85299118-480fe4e6b03dc73232969426a
2ecfdcb7b-DA-4122-20110419165210603824



