Exhibit 24

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,889,642**  
**Registered Dec. 14, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: TEXT AND MULTIMEDIA MESSAGING SOFTWARE, NAMELY, SOFTWARE FOR PROCESSING IMAGES, GRAPHICS AND TEXT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) WHITE, GREEN, DARK GREEN AND LIGHT GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED SPEECH BUBBLE ON A DIAGONAL STRIPED BACKGROUND. THE COLOR WHITE APPEARS IN THE SPEECH BUBBLE DESIGN; THE COLORS GREEN AND DARK GREEN APPEAR IN THE DIAGONAL STRIPES IN THE BACKGROUND OF THE RECTANGLE DESIGN; AND THE COLOR LIGHT GREEN APPEARS IN THE UPPER HALF OF THE RECTANGLE DESIGN.

SER. NO. 85-018,959, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office