Exhibit 27

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,169**  APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
**Registered Dec. 7, 2010**  CUPERTINO, CA 95014

**Int. Cl.: 9**  FOR: COMPUTER SOFTWARE FOR COMPOSING, READING, SEARCHING, SHARING AND SYNCING TEXT FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**  FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) YELLOW, BROWN AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED CROSS-SECTION OF A PAGE OF NOTEBOOK PAPER. THE COLOR YELLOW APPEARS IN THE NOTEBOOK PAPER; THE COLOR BROWN APPEARS AT THE TOP ABOVE THE NOTEBOOK PAPER AND IN THE VERTICAL LINES ON THE LEFT SIDE OF THE NOTEBOOK PAPER; AND THE COLOR GRAY APPEARS IN THE HORIZONTAL LINES ACROSS THE NOTEBOOK PAPER.

SER. NO. 85-019,396, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office