Exhibit 28

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,197**  
**Registered Dec. 7, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR CONTACT INFORMATION MANAGEMENT SOLD AS A FEATURE OF COMPUTERS AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC PERSONAL ORGANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-2009; IN COMMERCE 6-19-2009.

OWNER OF U.S. REG. NOS. 3,462,199, 3,462,224, AND 3,470,983.

THE COLOR(S) BROWN, WHITE AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BROWN RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED WIRE-BOUND BOOK WITH THE SILHOUETTE OF A MAN IN THE MIDDLE. THE WIRE BINDING APPEARS IN WHITE AND GRAY. THERE ARE BROWN TABS ON THE RIGHT OF THE BOOK WITH THE LETTERS "ABCDEF" IN GRAY AND WHITE.

SER. NO. 85-019,809, FILED 4-21-2010.

JAMES MACFARLANE, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office