Exhibit 33



## LIVE FROM BARCELONA: Check Out The New 10-Inch Samsung Galaxy Tab

Dan Frommer  |  Feb. 13, 2011, 1:00 PM  |  27,820  |  27

Share  36     139     A A A

We are LIVE at the Mobile World Congress in Barcelona, where much of the wireless industry is gathered this week to *ooh* and *ahh* at new products, talk about the Nokia-Microsoft deal, make fun of each other's ad campaigns, wonder where Apple is, etc.

Disclaimer: Samsung was generous enough to sponsor our trip to Barcelona, fly us in posh business class, and stuff us with tapas and jamón. (Photos forthcoming!) So we're feeling pretty warm and fuzzy about Samsung right now!

That said, we will continue to strive for editorial accuracy and fairness, and we don't think that our Mobile World Congress coverage will be different as a result. We will be speaking to and writing about as many companies as possible, live blogging the major events, etc. (Except Sony Ericsson, who says its press event tonight is "full." Thanks a lot!)



Click here to flip through photos of Samsung's new tablet →

Anyway, this morning, we and several other reporters briefly had access to Samsung's new gadgets -- the new 10-inch Galaxy Tab tablet and the Galaxy S II smartphone -- which they're officially revealing at the show. Most of the details have been leaked already; you can see plenty of photos and information on Techmeme.

The "Galaxy Tab 10.1," as it's called, is basically an iPad-sized version of the Galaxy Tab, running Google's new Android 3.0 "Honeycomb" software.

From the front, it looks like an iPad, just made out of high-end plastic instead of metal, and runs the new Android, which is vastly improved for tablets but still feels less polished than Apple's iOS. (We expect Android to do okay in tablets, but not as well as it has in phones. See our analysis here.)

But it's nice and light, and has two cameras, so those considering an Android tablet will have choices between the new Galaxy Tab, the Motorola Xoom, and others.

The Galaxy Tab 10.1 will NOT be launching immediately in the U.S., and Samsung isn't saying yet when it will be available in the States. And no word on pricing.

But it's smart than Samsung is branching out from the 7-inch Galaxy Tab, as we think tablet buyers will find the bigger, 10-inch devices more useful.

Click here to flip through photos of the new Galaxy Tab 10.1 →

View As One Page

Please follow SAI: Silicon Alley Insider on Twitter and Facebook.
Follow Dan Frommer on Twitter.

Tags: Gadgets, Mobile World Congress, Samsung, Galaxy Tab, Tablets, Android, Mobile, iPad, Features | Get Alerts for these topics »



**Share:**

| Twitter | Facebook | Buzz | Digg | StumbleUpon | Buzz | Reddit | LinkedIn | Email | Embed |

| Alerts | Newsletter |

Short URL  http://read.bi/gf9nm3

| Android | Edit » | Galaxy Tab | Edit » | iPad | Edit » |

  

**Summary**
Android is a mobile operating system, owned by Google. Android Inc. was the startup company that developed the initial Android OS. Google acquired the company in July 2005, and many of the original Android Inc. founders work... More »

**Summary**
The Samsung Galaxy Tab is an Android-based compact tablet computer produced by Samsung that debuted on the 2nd of September at the 2010 IFA in Berlin. It features a 7-inch (180 mm) TFT-LCD touchscreen, Wi-Fi capability, a 1.0... More »

**Summary**
The iPad is Apple's tablet computer, unveiled in January, 2010, and launched in April, 2010. The second generation of the iPad -- the iPad 2 -- was unveiled on March 2, 2011. It will be available for sale in the U.S. on March... More »

| Mobile World Congress | Edit » | Samsung | Edit » |

 

**Summary**
The GSMA GSM Association Mobile World Congress is the combination of the world's largest exh bition for the mobile industry and a congress featuring prominent Chief Executives representing mobile operators, vendors and content... More »

**Summary**
Though the Samsung Group is a multinational conglomerate that has its hand in a number of enterprises, it is best known for its electronic sector. Samsung is Asia's largest chip manufacturer and, as of May 2010, is the number... More »

---



**Dan Frommer** is Senior Staff Writer at Business Insider. He writes about Apple and other big players in the technology industry, with a special focus on mobile tech.

**Contact:**
**e-mail:**  dfrommer@businessinsider.com
Subscribe to his RSS feed | twitter feed

**Recent Posts**
Watch This Video And You'll...
Phew  Facebook Hasn't Forgo...
15 Amazing Facts About Appl...