UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 39 min

**JUDGE LUCY H. KOH**

CRT REPRTR: IRENE RODRIGUEZ
COURTROOM DEPUTY: MARTHA PARKER BROWN
DATE: 6/17/11
CASE #: C 11-01846LHK

CASE TITLE: APPLE, INC. VS. SAMSUNG ELECTRONICS CO., LTD., ET AL

**Appearances for Plaintiff(s)**

HAROLD J. MCELHINNY

MICHAEL A. JACOBS

GRANT L. KIM

**Appearances for Defendant(s)**

CHARLES K. VERHOEVEN, ERIK C. OLSON,

VICTORIA F. MAROULIS, MICHAEL T.

ZELLER, KEVIN P.B. JOHNSON

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { X } | { } | 1. TO COMPEL EXPEDITED DISCOVERY |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

*[ ] BRIEFS TO BE FILED AS FOLLOWS:*

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: THE MATTER IS HEARD AND SUBMITTED. THE COURT WILL ISSUE A WRITTEN ORDER.