| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | KENNETH H. BRIDGES (CA SBN 243541) |
| hmcelhinny@mofo.com | kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) | MICHAEL T. PIEJA (CA SBN 250351) |
| mjacobs@mofo.com | mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) | BRIDGES & MAVRAKAKIS LLP |
| jtaylor@mofo.com | 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) | One Palo Alto Square, 2nd Floor |
| atucher@mofo.com | Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) | Telephone: (650) 804-7800 |
| rhung@mofo.com | Facsimile: (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) | |
| jasonbartlett@mofo.com | |

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT**<br><br>**JURY TRIAL DEMANDED** |

APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT
CASE NO. 11-CV-01846-LHK
sf-3014157

1       In accordance with Northern District of California Civil Local Rule 7-11, Apple moves the Court for leave to exceed the page limit for its Motion for a Preliminary Injunction.

      Because a substantial portion of Apple's brief is devoted to Samsung's infringement of its design patents, Apple has included images of figures from Apple's patents, Apple's products, and the accused Samsung products. These comprise approximately nine pages of the brief. The size and dimensions of these images has caused Apple to exceed the page limit set in Civil L.R. 7-2(b) by approximately five pages. Because the additional length of the brief is largely attributable to use of images rather than an excess of text, Apple requests leave to exceed the 25-page limit for opening briefs.

      Counsel for Samsung was unavailable to meet and confer prior to the filing of this motion, so Apple was not able to obtain a stipulation regarding expansion of this page limit. (Declaration of Richard S.J. Hung Regarding Meet and Confer Obligations relating to Apple Inc.'s Motions Filed on July 1, 2011, filed herewith, ¶¶ 2-3, 5.)

Dated:    July 1, 2011                                 MORRISON & FOERSTER LLP

                                                                         By:  /s/ Michael A. Jacobs
                                                                                 Michael A. Jacobs

                                                                    Attorney for Plaintiff APPLE INC.

1  I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to
2  file the following document: APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE
3  LIMIT.  In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs has
4  concurred in this filing.

Dated: July 1, 2011                    **MORRISON & FOERSTER LLP**

By:  /s/ Jason R. Bartlett
     JASON R. BARTLETT