| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br> Attorneys for Plaintiff <br> APPLE INC. | KENNETH H. BRIDGES (CA SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (CA SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone: (650) 804-7800 <br> Facsimile: (650) 852-9224 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 79-5 and 7-11, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for a Preliminary Injunction (the "Lutton Declaration").

Apple has established good cause to permit filing this information under seal through the Declaration of Richard J. Lutton, Jr. in Support of Apple's Administrative Motion to File Documents Under Seal (the "Lutton Sealing Declaration"), filed herewith. The Lutton Declaration contains information relating to Apple's discussions with Samsung prior to the initiation of this lawsuit. (Lutton Sealing Decl. at ¶ 2.)

Although they took place before the commencement of litigation, these negotiations are akin to settlement negotiations that are often protected from disclosure by the courts. *See, e.g.*, *Jones v. Metro. Life Ins. Co.*, 08-cv-3971, 2010 U.S. Dist. LEXIS 113219, at *11 (N.D. Cal. Oct. 15, 2010) (redacting contents of settlement negotiations filed under seal). Apple negotiated with Samsung intending and expecting that the communications exchanged would not be broadcast to the public. (Lutton Sealing Decl. at ¶ 2.) Maintaining the privacy of such business discussions is important to promoting efficient resolution of business disputes, because it encourages a frank dialogue in spite of the possibility that the negotiating parties might later become legal adversaries.

In order to narrowly tailor the requested sealing to only sealable material, Apple has limited its request to the Lutton Declaration. Apple does not request to file its Motion for a Preliminary Injunction or supporting brief under seal, and any references to the Lutton Declaration in those documents are constructed to avoid disclosing confidential information.

In conclusion, Apple requests that the Court order that the Lutton Declaration be filed under seal. Counsel for the Samsung defendants have stipulated to this request. (Declaration of Richard S.J. Hung Regarding Meet and Confer Obligations relating to Apple Inc.'s Motions Filed on July 1, 2011, filed herewith, ¶ 4.)

Dated: July 1, 2011                    MORRISON & FOERSTER LLP

                                       By: /s/ Michael A. Jacobs
                                           MICHAEL A. JACOBS

                                       Attorneys for Plaintiff
                                       APPLE INC.

|  |  |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to |
| 3 | file the following document: APPLE'S STIPULATED ADMINSTRATIVE MOTION TO FILE |
| 4 | DOCUMENTS UNDER SEAL.  In compliance with General Order 45, X.B., I hereby attest that |
| 5 | Michael A. Jacobs has concurred in this filing. |

Dated: July 1, 2011

**MORRISON & FOERSTER** LLP

By: /s/ Jason R. Bartlett
         JASON R. BARTLETT