| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | KENNETH H. BRIDGES (CA SBN 243541) |
| hmcelhinny@mofo.com | kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) | MICHAEL T. PIEJA (CA SBN 250351) |
| mjacobs@mofo.com | mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) | BRIDGES & MAVRAKAKIS LLP |
| jtaylor@mofo.com | 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) | One Palo Alto Square, 2nd Floor |
| atucher@mofo.com | Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) | Telephone:  (650) 804-7800 |
| rhung@mofo.com | Facsimile:  (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) | |
| jasonbartlett@mofo.com | |

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Having considered all of the papers filed in connection with Plaintiff's Motion for Expedited Trial on its Claims and for Early Case Management Conference, as well as the arguments presented by the parties at the hearing on this motion, the Court HEREBY ORDERS:

Plaintiff's Motion for Expedited Trial is hereby GRANTED.

The following case schedule is entered as to Apple's claims in this case.

| Date | Event |
|---|---|
| July 25, 2011 | Case Management Conference. |
| Aug. 4, 2011 | Apple serves infringement contentions and produces required documents (Patent L.R. 3-1, 3-2). Apple proposes claim terms for construction (Patent L.R. 4-1). |
| Sept. 2, 2011 | Samsung serves invalidity contentions and produces required documents (Patent L.R. 3-3, 3-4). Samsung proposes claim terms for construction (Patent L.R. 4-1). |
| Sept. 9, 2011 | Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2). |
| Sept. 16, 2011 | Parties file Joint Claim Construction and Prehearing Statement, limited to ten total terms in dispute (Patent L.R. 4-3). |
| Oct. 7, 2011 | Close of claim construction discovery |
| Oct. 13, 2011 | Apple's Opening Claim Construction Brief |
| Oct. 27, 2011 | Samsung's Claim Construction Opposition |
| Nov. 3, 2011 | Apple's Claim Construction Reply |
| Nov. 17, 2011 | Claim Construction Hearing |
| Dec. 2, 2011 | Fact discovery cut-off and initial expert disclosures/reports |
| Dec. 16, 2011 | Rebuttal expert reports |
| Dec. 29, 2011 | Close of expert discovery |
| Jan. 25, 2012 | Final pretrial conference |
| Feb. 1, 2012 | Jury trial begins on Apple's claims |

1  IT IS SO ORDERED.

2

3  Dated: _____

4

5                                         HONORABLE LUCY H. KOH
                                   UNITED STATES DISTRICT COURT JUDGE