| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | KENNETH H. BRIDGES (CA SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (CA SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone:  (650) 804-7800 <br> Facsimile:  (650) 852-9224 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE** |

1  Whether trial of Apple's claims should be expedited is a simple issue.  Indeed, Apple's
2  brief in support of its Motion for Expedited Trial and for Early Case Management Conference
3  ("Motion for Expedited Trial") is limited to about four pages of argument.  Prompt resolution of
4  that motion will benefit both parties because Apple will obtain swift resolution of its claims of
5  infringement and Samsung will benefit from having certainty regarding the legal status of its
6  accused products.  Accordingly, pursuant to Civil Local Rule 6-3, Apple requests that the briefing
7  schedule for its Motion for Expedited Trial be shortened as follows: any opposition will be filed
8  by July 11, any reply will be filed by July 14, and any hearing will be held on July 21, or as soon
9  thereafter as is convenient to the Court.

10  Counsel for Samsung was unavailable to meet and confer prior to the filing of this motion,
11  so Apple was not able to obtain Samsung's agreement to an expedited briefing schedule.
12  (Declaration of Richard S.J. Hung Regarding Meet and Confer Obligations relating to Apple
13  Inc.'s Motions Filed on July 1, 2011, filed herewith, ¶¶ 2-3, 5.)  Per Civil L.R. 6-3, Apple notes
14  that there have been two prior time modifications in this case, shortening time on Apple's Motion
15  to Expedite Discovery and Samsung's Motion to Compel.  (*Id.*, ¶ 6.)

16  Apple has moved for an expedited trial date in February 2012 because prompt relief is
17  needed to prevent the irreparable harm arising from Samsung's infringement of Apple's
18  extremely valuable intellectual property rights.  Because each day that Samsung's products
19  remain for sale is another day that Apple continues to suffer harm, the Court should accelerate the
20  briefing schedule on Apple's Motion for Expedited Trial.  *See Noble v. Kiewit Pac. Co.*, No. C
21  08-00666 SI, 2008 U.S. Dist. LEXIS 82243, at *2 (N.D. Cal. Feb. 13, 2008) (court "may grant a
22  motion to shorten time where the moving party identifies 'the substantial harm or prejudice that
23  would occur if the Court did not change the time'") (quoting N.D. Cal. Civ. L.R. 6-3(a)(3)).

24  If Apple's Motion for Expedited Trial were heard on the normal briefing schedule, this
25  would delay a decision by several weeks.  In the interim, the schedule for this proceeding would
26  remain uncertain.  Prompt resolution of Apple's Motion for Expedited Trial at the earliest
27  possible date will allow both parties to work towards an established trial date.  Accordingly,
28

1 | Apple respectfully requests that the Court grant Apple's Motion to Shorten Time for Briefing and
2 | Hearing on Apple's Motion for Expedited Trial.

3 | Dated:  July 1, 2011                                    MORRISON & FOERSTER LLP

5 |                                                         By:    /s/ Michael A. Jacobs
6 |                                                                Michael A. Jacobs

7 |                                                                Attorneys for Plaintiff
                                                                   APPLE INC.

**ECF ATTESTATION**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file the following document: APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION FOR EXPEDITED TRIAL.  In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.

Dated: July 1, 2011

MORRISON & FOERSTER LLP

By: /s/ Jason R. Bartlett
     JASON R. BARTLETT