| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | KENNETH H. BRIDGES (CA SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (CA SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone:  (650) 804-7800 <br> Facsimile:  (650) 852-9224 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE** |

    Plaintiff Apple Inc. has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion for Expedited Trial.

    Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion for Expedited Trial on its Claims and for Early Case Management

1 | Conference, and sets the hearing on Apple's Motion for Expedited Trial on its Claims and for
2 | Early Case Management Conference for July 21, 2011, at 1:30 p.m.  Defendants may file and
3 | serve their opposition papers on Apple no later than July 11, 2011.  Plaintiff may file and serve a
4 | reply brief on Defendants no later than July 14, 2011.

**IT IS SO ORDERED.**

Dated: _____

                                              HONORABLE LUCY H. KOH
                                      UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
sf-3014335