HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF RICHARD S.J. HUNG REGARDING MEET AND CONFER OBLIGATIONS RELATING TO APPLE INC.'S MOTIONS FILED ON JULY 1, 2011**

I, RICHARD S.J. HUNG, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, counsel of record in this action for Plaintiff Apple Inc. I submit this declaration in support of:

    (A) Apple's Motion for Expedited Trial on its Claims and for Early Case Management Conference;

    (B) Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion for Expedited Trial on its Claims and for Early Case Management Conference;

    (C) Apple's Administrative Motion to Exceed Page Limit for its Motion for a Preliminary Injunction; and

    (D) Apple's Administrative Motion to File Documents Under Seal.

Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows:

2. On Thursday morning, June 30, 2011, I requested a conference for that day with counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunication America, LLC (collectively, "Samsung") regarding Apple's motion to expedite trial and motion for a preliminary injunction. I informed counsel for Samsung that Apple would be moving for an expedited trial and to shorten time on the briefing schedule for that motion. I also informed counsel for Samsung that, in connection with Apple's Motion for a Preliminary Injunction, Apple would be moving to exceed the page limit for briefing and to seal one declaration. I clarified shortly thereafter that Apple would be moving the next day, Friday, July 1, 2011, on these motions.

3. Counsel for Samsung responded by email at the close of business on Thursday that they were unavailable to meet and confer until late Friday afternoon. Shortly thereafter, I offered to make myself available until midnight on Thursday and on early Friday morning for this conference, but counsel for Samsung did not respond to this offer to meet and confer.

4. Counsel for Samsung subsequently filed Samsung's Answer to the Amended Complaint at 11:10 p.m. on Thursday night. Shortly thereafter, counsel for Samsung stipulated to

Apple's filing under seal the Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for a Preliminary Injunction.

5. As of the time of the filing of this declaration, Samsung has not yet presented its position on Apple's (A) Motion for Expedited Trial on its Claims and for Early Case Management Conference; (B) Motion to Shorten Time for Briefing and Hearing on Apple Inc.'s Motion for Expedited Trial on its Claims and for Early Case Management Conference; or (C) Administrative Motion to Exceed Page Limit for its Motion for a Preliminary Injunction.

6. There have been two previous time modifications in this proceeding. Neither of these relates to this motion to shorten time or to Apple's concurrently filed motion for expedited trial. Instead, the two prior time modifications related to shortened briefing schedules for Apple's Motion to Expedite Discovery (filed on April 19, 2011) and Samsung's Motion to Compel Apple to Produce Reciprocal Expedited Discovery (filed on May 27, 2011).

7. Apple's Motion to Shorten Time will affect the briefing and hearing schedule for its Motion for Expedited Trial by setting the deadline for the filing of Samsung's opposition at July 11, any reply at July 14, and any hearing at July 21, 2011, or as soon thereafter as is convenient to the Court.

8. Apple is requesting that the Court shorten the briefing and hearing schedule on its Motion for Expedited Trial because otherwise a decision may not be made for several weeks. In the interim, the schedule for this litigation would remain uncertain.

9. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the June 17, 2011 hearing on Samsung's motion for expedited discovery.

10. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the International Trade Commission Complaint filed by Samsung against Apple on June 28, 2011.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2011

By: /s/ Richard S.J. Hung
Richard S.J. Hung

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file the following document: DECLARATION OF RICHARD S.J. HUNG REGARDING MEET AND CONFER OBLIGATIONS RELATING TO APPLE INC.'S MOTIONS FILED ON JULY 1, 2011.  In compliance with General Order 45, X.B., I hereby attest that Richard S. J. Hung has concurred in this filing.

Dated: July 1, 2011

**MORRISON & FOERSTER LLP**

By:  /s/ Jason R. Bartlett
      JASON R. BARTLETT