# Exhibit 1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5     APPLE, INC.,                  )  C-11-01846-LHK
                                     )
 6              PLAINTIFF,           )  JUNE 17, 2011
                                     )
 7                  V.               )
                                     )
 8     SAMSUNG ELECTRONICS           )  PAGES 1 - 39
       COMPANY LIMITED, ET           )
 9     AL.,                          )
                                     )
10              DEFENDANTS.          )
       _____        )
11

12

13            THE PROCEEDINGS WERE HELD BEFORE

14         THE HONORABLE UNITED STATES DISTRICT

15                  JUDGE LUCY H. KOH

16     A P P E A R A N C E S:

17

18

19     FOR THE PLAINTIFF:  MORRISON & FOERSTER
                           BY:  HAROLD J. MCELHINNY
20                              MICHAEL A. JACOBS
                                GRANT L. KIM
21                         425 MARKET STREET
                           SAN FRANCISCO, CALIFORNIA 94105
22

23          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24
       OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
25                              CERTIFICATE NUMBER 8074


                                                             1
```

```
 1    A P P E A R A N C E S: (CONT'D)

 2


 3    FOR THE DEFENDANTS: QUINN, EMANUEL, URQUHART &
                          SULLIVAN
 4                        BY:   CHARLES K. VERHOEVEN
                                MICHAEL T. ZELLER
 5                              ERIK C. OLSON
                                KEVIN P.B. JOHNSON
 6                              VICTORIA F. MAROULIS
                          865 SOUTH FIGUEROA STREET
 7                        10TH FLOOR
                          LOS ANGELES, CALIFORNIA 90017
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                         JUNE 17, 2011
 2                      P R O C E E D I N G S
 3
 4             (WHEREUPON, COURT CONVENED AND THE
 5    FOLLOWING PROCEEDINGS WERE HELD:)
 6             THE CLERK:  CALLING CASE NUMBER
 7    C-11-1846-LHK, APPLE VERSUS SAMSUNG ELECTRONICS
 8    COMPANY LIMITED, ET AL.
 9             MR. MCELHINNY:  GOOD AFTERNOON, YOUR
10    HONOR.  HAROLD MCELHINNY, MICHAEL JACOBS, AND GRANT
11    KIM FOR THE PLAINTIFFS APPLE.
12             THE COURT:  GOOD AFTERNOON.
13             MR. VERHOEVEN:  GOOD AFTERNOON, YOUR
14    HONOR.  CHARLES VERHOEVEN FOR QUINN EMANUEL ON
15    BEHALF OF THE SAMSUNG DEFENDANTS AND WITH ME IS MY
16    PARTNER KEVIN JOHNSON, MIKE ZELLER, VICKIE
17    MAROULIS.
18             THE COURT:  GOOD AFTERNOON.  PLEASE SIT
19    OR STAND, WHICHEVER IS MOST COMFORTABLE.
20             I HAVE QUESTIONS FOR ALL SIDES TODAY.
21             I'LL START FIRST WITH MR. VERHOEVEN.
22    WHEN WE HAD THE HEARING ON APPLE'S MOTION YOU HAD
23    SPECIFIED SOME EXPEDITED DISCOVERY THAT SAMSUNG
24    WOULD NEED, WHICH I THOUGHT WAS VERY REASONABLE,
25    BUT IT DOESN'T APPEAR THAT YOU'RE REQUESTING THAT
```

3

```
14:35:02   1        CONSTRUCTION AND A FULL ANALYSIS ON A P.I. BASIS.
14:35:05   2                 SO TELL ME WHAT YOU'RE CURRENT THINKING
14:35:07   3        IS.
14:35:07   4                 MR. MCELHINNY:  MY CURRENT THINKING IS
14:35:08   5        THAT I INTEND TO, IF NECESSARY, CHANGE YOUR MIND
14:35:12   6        ABOUT THE UTILITY PATENTS, BUT THE DIRECT ANSWER TO
14:35:16   7        YOUR QUESTION IS WE'RE GOING TO REVIEW THE RIGHTS
14:35:22   8        THAT WE HAVE ASSERTED.
14:35:23   9                 AND WE'RE GOING TO MOVE -- IF WE MOVE, WE
14:35:25  10        ARE GOING TO MOVE ONTO SOME KIND OF COMBINATION OF
14:35:27  11        THE RIGHTS THAT WE HAVE ASSERTED, YOUR HONOR.
14:35:29  12                 BUT I CAN'T TELL YOU RIGHT NOW THAT WE
14:35:31  13        HAVE DECIDED TO MOVE, MUCH LESS WHICH OF OUR MANY
14:35:34  14        CLAIMS WE'RE GOING TO MOVE ON.
14:35:35  15                 THE COURT:  WELL, LET ME ASK ACTUALLY OF
14:35:37  16        BOTH PARTIES AND IT SOUNDS LIKE BOTH OF YOU ARE
14:35:41  17        INTERESTED IN GETTING -- ESPECIALLY IF YOU WANT TO
14:35:43  18        LITIGATE UTILITY PATENTS, THEN LET'S JUST SET AN
14:35:47  19        ==EXPEDITED SCHEDULE FOR THE WHOLE CASE.==
14:35:49  20                 I WOULD RATHER US JUST START NOW AND I
14:35:51  21        WANT TO HEAR FROM BOTH SIDES WHETHER YOU WOULD
14:35:54  22        AGREE WITH IT RATHER THAN EVERY SIX WEEKS HAVING AN
14:35:57  23        EXPEDITED DISCOVERY MOTION.
14:35:59  24                 IF YOU REALLY FEEL THIS ANXIOUS, SET THE
14:36:02  25        SCHEDULE NOW AND I'LL GIVE YOU A TRIAL IN
```

9

```
 1
 2
 3
 4                    CERTIFICATE OF REPORTER
 5
 6
 7
 8          I, THE UNDERSIGNED OFFICIAL COURT
 9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12    CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18    TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22
23                      /S/
                       _____
24                     IRENE RODRIGUEZ, CSR, CRR
                       CERTIFICATE NUMBER 8074
25
                       DATED:  JUNE 20, 2011
```