Exhibit 2

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C. 20436

In the Matter of

**CERTAIN ELECTRONIC DEVICES, INCLUDING WIRELESS COMMUNICATION DEVICES, PORTABLE MUSIC and DATA PROCESSING DEVICES, AND TABLET COMPUTERS**

Investigation No. 337-TA-_____

## COMPLAINT UNDER SECTION 337 OF
## THE TARIFF ACT OF 1930, AS AMENDED

**Complainants:**

Samsung Electronics Co., Ltd.
416 Maetan-3dong, Yeongtong-gu
Suwon-City, Gyeonggi-do, Korea 443-742
Telephone: 011-82-31-200-1114

Samsung Telecommunications America, LLC
1301 East Lookout Drive
Richardson, Texas 75082
Telephone: 972-761-7000

**Counsel for Complainants:**

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415-875-6600

Kevin P.B. Johnson
Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5000

**Respondent:**

Apple Inc.
1 Infinite Loop
Cupertino, California 95014
Telephone: 408-996-1010

William Price
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000

Charles F. Schill
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-429-8162

(f)   Impose a bond upon importation of wireless communication devices,

portable music and data processing devices, and tablet computers during

the 60-day Presidential review period pursuant to 19 U.S.C. § 1337(j); and

(g)   Issue such other and further relief as the Commission deems just and

proper under the law, based on the facts determined by the Investigation

and the authority of the Commission.

DATED:  June 28, 2011                        Respectfully submitted,

_____
Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Kevin P.B. Johnson
Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5066

William Price
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000

Charles F. Schill
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-429-8162