| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | KENNETH H. BRIDGES (CA SBN 243541) |
| hmcelhinny@mofo.com | kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) | MICHAEL T. PIEJA (CA SBN 250351) |
| mjacobs@mofo.com | mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) | BRIDGES & MAVRAKAKIS LLP |
| jtaylor@mofo.com | 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) | One Palo Alto Square, 2nd Floor |
| atucher@mofo.com | Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) | Telephone: (650) 804-7800 |
| rhung@mofo.com | Facsimile: (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) | |
| jasonbartlett@mofo.com | |

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] PRELIMINARY INJUNCTION** |
| v. | Date: August 25, 2011 |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 1:30 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1   Before the Court is Plaintiff Apple Inc.'s Motion for a Preliminary Injunction. In
2   consideration of the entire record, Apple has demonstrated that it is likely to succeed on the
3   merits of its design and utility patent infringement allegations against Defendants Samsung
4   Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
5   America, Inc. (collectively "Samsung"); that it suffers irreparable harm from Samsung's ongoing
6   infringement, which results in the erosion of Apple's market share, and good will; and that the
7   balance of equities and public interest favor the protection of Apple, whose intellectual property
8   was targeted by Samsung in its efforts to gain market share in the mobile device market.

9   Accordingly, IT IS HEREBY ORDERED:

10  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
11  Telecommunications America, Inc., its officers, directors, partners, agents, servants, employees,
12  attorneys, subsidiaries, and those acting in concert with any of them, are enjoined from making,
13  using, offering to sell, or selling within the United States, or importing into the United States,
14  Samsung's Galaxy S 4G and Infuse 4G phones and Galaxy Tab 10.1 tablet computer, which are
15  depicted in Apple's moving papers, and any product that is no more than colorably different from
16  these specified products and embodies any design contained in U.S. Design Patent No. D618,677,
17  D593,087, or D504,889.

18  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
19  Telecommunications America, Inc., its officers, directors, partners, agents, servants, employees,
20  attorneys, subsidiaries, and those acting in concert with any of them, are enjoined from making,
21  using, offering to sell, or selling within the United States, or importing into the United States
22  Samsung's Galaxy S 4G, Infuse 4G, and Droid Charge phones and Galaxy Tab 10.1 tablet
23  computer, and any product that is no more than colorably different from these specified products
24  and infringes U.S. Patent No. 7,469,381.

25
26  Dated: _____, 2011
    
    _____
    HONORABLE LUCY H. KOH
    UNITED STATES DISTRICT JUDGE
27
28