# Exhibit 2

**MAGAZINE**
Subscribe & Get a Bonus CD
Digital Edition
Customer Service



Sign in with     or Create a New Account.

**PCWorld » Blogs » Mobile Computing**    Follow us:    Feeds & Newsletters

Facebook  11    Twitter  4    Stumbleupon    Share  15    1 Comment  Email  Print

**NAS BUYING GUIDE**
Network-attached storage is crucial at work and at home.
Find the right device for you.

**ULTIMATE FUN**
Acer's new tablet is both fun and functional.
Check it out.

MOBILE COMPUTING

# Samsung Galaxy S: How Does It Measure Up to the Competition?

By Ginny Mies, PCWorld    Jun 29, 2010 5:42 PM



This spring, Samsung introduced the Samsung Galaxy S, a super Android smartphone to rival the HTC EVO 4G, the various Droids (both Motorola's and HTC's) and of course, the iPhone 4. Versions of the Galaxy S will be making its way to U.S. shores this summer in four different form factors to all four major U.S. carriers. I was lucky enough to get my hands on the original European Galaxy S and did some quick side-by-side comparisons with the other hot phones of the summer.

**Design and Display**

When I first picked up the Galaxy S, I was amazed with how thin and lightweight it was. I was also surprised by how familiar it looked. The design is actually very iPhone 3GS-like with an all black, shiny plastic body and minimal buttons on the phone's face. It is thinner than both the EVO 4G and the Droid X measuring 0.39-inches thick, but slightly beefier than the ultra-slim 0.37-inch iPhone 4. It is the lightest of the bunch, weighing a scant 4.2 ounces.



The Galaxy S's feather-light weight is due in part to the Super AMOLED technology, which the Samsung first introduced at Mobile World Congress on the Samsung Wave. Super AMOLED technology has touch sensors on the display itself as opposed to creating a separate layer (Samsung's old AMOLED displays) had this extra layer) making it the thinnest display technology on the market. Super AMOLED is fantastic; you really have to see it in real life to experience it. Colors burst out of the display and animations appeared lively and smooth.

The Galaxy S' 4-inch display is larger than the iPhone's (3.5-inches), but smaller than the HTC EVO 4G and Motorola Droid X's displays (4.3-inches). Despite its smaller size, the Galaxy S outshined both the Droid X and the EVO 4G in my casual side-by-side comparisons. The side-by-side with the iPhone 4 was a closer call. The iPhone 4's display appeared slightly sharper, but I thought the Galaxy S's colors looked more natural. It is really hard to declare a winner--both displays are stunning.

**Samsung TouchWiz 3.0 with Android 2.1**

The Samsung Galaxy S runs Android 2.1 (Eclair) with Samsung's own TouchWiz 3.0 user interface. Overall, this version of TouchWiz is a lot better than the version on the Samsung Behold II for T-Mobile, which was slow and difficult to navigate. But while this version is an improvement, I encountered some familiar issues with TouchWiz 3.0. Despite the 1GHz Hummingbird processor, the phone lags when launching apps, flipping through menus and scrolling down contact lists or Web pages. This could be due to the fact that this is a pre-production unit, however, and not everything is in perfect working order.

Like HTC Sense, Samsung has its own social media aggregator. Social Hub combines streams from your Facebook, MySpace and Twitter accounts into a single view. It is a useful feature if you need a simple way to keep track of your networks. One odd feature is Mini Diary, which lets you create blog entries with photos, weather info, texts and more. This would be a great feature if you could actually sync this information to your blog or Facebook profile--but weirdly, you can't.

**Camera**

We put the Galaxy S's 5-megapixel camera through a modified version of our PCWorld Lab Test for point-and-shoot digital cameras along with the iPhone 4, the Motorola Droid X and the HTC EVO 4G. Unfortunately our test panel was not very impressed with the Galaxy's photo quality. The

**Similar Articles:**

HTC's Sensation 4G vs. Samsung's Galaxy S II

Watch Out iPhone: Samsung's Galaxy S II Is Hot

Samsung Galaxy S II: Hands-On

Apple Ditches Samsung for A6 Chip Building

10 Great Android Devices



NEW TABLET TITLES FROM DUMMIES

iPad For Dummies, 2nd Edition
Learn More

Motorola XOOM For Dummies
Learn More

Samsung Galaxy Tab For Dummies
Learn More




Samsung Galaxy S Test Shot

Galaxy S phone earned the lowest score out of the four and an overall word score of "Fair." It finished ahead of the Evo 4G in terms of exposure quality, but finished in last place in our color accuracy, sharpness, and distortion tests.

On the other hand, it took second place in overall video quality. Its performance was skewed heavily toward good performance in bright light. According to our panel, bright-light footage looked a bit underexposed and slightly grainy in a full-screen view, but great at smaller sizes. The Galaxy S's auto-focus searches a bit before locking onto a crisp image. Its microphone actually picks up audio a bit too well: our audio clip sounded far too loud and blown-out, while it was barely picked up at all by some of the other smartphones in this comparison. In low light, the footage was a bit too murky and undefined to earn a better rating. Read the full test results in our Smartphone Camera Battle: iPhone vs. the Android Army.

Keep an eye out for full reviews of the Samsung Galaxy S phones including the Samsung Epic 4G (Sprint), Samsung Vibrant (T-Mobile) and the Samsung Captivate and the Samsung Fascinate (Verizon).

See more like this: samsung, android, verizon, at&t, t-mobile, sprint

Would you recommend this story?   YES   109   NO   14

### Sponsored Links

**samsung galaxy tab**
The New Sprint Samsung Galaxy Tab™! See Our Price Today at RadioShack.
www.RadioShackWireless.com

**Employee Manual Software**
Create and Manage Employee Manuals Online Fast and Efficiently. Trial!
PolicyTech.com

**Dell Android Tablets**
Take Your Media to Go With Dell's Brand-New Portable 4G Tablets!
www.Dell.com/Tablet

**TracFone Cell Phones**
Motorola, Nokia, Lg Handsets In Different Styles At The Best Prices
www.TracFone.com

## Comments


Leave a comment       Submit Comment
Once you click submit you will be asked to sign in or register an account if you are not already a member.

## Today's Special Offers

**HP ProLiant FlexFabric**
HP ProLiant FlexFabric enabled BL460c G7 server powered by the Intel? Xeon? processor 5600 series

**Special Offer from Bitdefender**
Try any of our award winning antivirus solutions and get a second year of protection FREE!

**New Adobe Captivate 5.5:**
Engage learners with interactivity and multimedia. Add simulations, voiceover, videos, and quizzes.

**Save now with the best deals from CDW.**
Click here to save on desktops, notebooks, LCDs and more.

**Scan anything, anywhere!**
Hi-speed color scanner. Battery powered. 512MB internal memory. Expandable with SD card or USB flash

**Brother? printers rated # 1 by PC Magazine readers**

**Restore your PC to Factory Settings while leaving your data intact!**
Refresh your PC with Reimage, the only program with OS replacement files. 10 percent off coupon: PCW10

**Simplify storage with the power of convergence.**
HP StorageWorks D2D2500 Backup System with Intel? Xeon? 5500 series

**iMeet - Free Trial**
Best of audio conferencing, video conferencing and social networking.

**New Adobe Captivate 5.5:**
Engage learners with interactivity and multimedia. Add simulations, voiceover, videos, and quizzes.

**Experience the power of the AMD VISION Premium Quad Core Barebone PC and much more!**
Don't miss out on these exclusive AMD deals from Tiger Direct. Act now and purchase. Terms and conditions apply.

---


BlackBerry PlayBook For Dummies
Learn More ▶

Kindle 3 For Dummies

Looking for something for Dads & Grads?

  How-to Print Digital Photos

  Best DSLR Cameras for Beginners

  Best DSLR Cameras Under $1000



### Mobile Computing
Most Recent | Most Recommended

### Best Prices on Cell Phones
Most Popular | All Categories

  iPhone 4 32GB Black Smartphone - AT&T
$500.00 and up  See All Prices

  Infuse 4G Black Smartphone - AT&T
$199.99 and up  See All Prices

  Torch 9800 Black Smartphone - AT&T
$49.99 and up  See All Prices

  iPhone 4 32GB White Smartphone - AT&T
$937.99 and up  See All Prices

See all Best Prices on Cell Phones »

See also: VOIP Phones, Headsets, Best Prices on PDAs

### All PCWorld Blogs
Most Recent | Most Recommended

**Use Folder Checkboxes To Manage Files More Productively**
This lesser-known feature in Windows 7 makes it easy to organize your workflow into folders and track them as you complete them.

**Lync Is the Unsung Hero of Microsoft Office 365**
The revamped collaboration tool is a key, if underappreciated, part of Microsoft's new cloud-based productivity suite.

**See-Food Diet: Restaurant Projects Menu Choices Onto Table**
Want to get a preview of the menu before buying? A new restaurant table offers a very interactive service.

**Tau Day: An Even More Fundamental Holiday Than Pi Day**

In reliability, customer satisfaction, and likely to recommend.

**Protect your PC with ESET Smart Security**
ESET Smart Security is the best defense against viruses, spam, & other threats. Get a free trial now!

Did you miss Pi Day in March? Celebrate the truly fundamental Tau Day today instead!

**Restore your PC to Factory Settings while leaving your data intact!**
Refresh your PC with Reimage, the only program with OS replacement files. 10 percent off coupon: PCW10

**Daily Technology Newsletter**

Get great stories from PCWorld like this one delivered in your inbox for free!

**Special Offer from Bitdefender**
Try any of our award winning antivirus solutions and get a second year of protection FREE!

Enter e-mail  [Go]

See All Newsletters »

**Simplify storage with the power of convergence.**
HP StorageWorks D2D2500 Backup System with Intel? Xeon? 5500 series

**Brother? printers rated # 1 by PC Magazine readers**
In reliability, customer satisfaction, and likely to recommend.

**Protect your PC with ESET Smart Security**
ESET Smart Security is the best defense against viruses, spam, & other threats. Get a free trial now!

**Introducing the Samsung Replenish, only from Sprint.**
Introducing the Samsung Replenish, the eco-friendly Android? phone. Only from Sprint.

## Editors' Picks


T-Mobile Touts Camera in MyTouch 4G Slide


Two New iPhones? Three Reasons It Won't Happen


Google Teams Up With the Getty Museum, Gives Art Fans 'Goggles'


500,000 Android Devices Activated Every Day


35 Percent of College Students Use Apps While Driving


Symantec Compares Apple's iOS and Android Security





Name      City

Address 1     State   Zip

Address 2     E-mail (optional)

Click Here

Canadian Residents | Foreign Residents | Gift Subscriptions
Customer Service | Privacy Policy

Home
**Products**
Android App Reviews | Desktop PCs | Laptops | Storage
iPhone App Reviews | E-Readers | Macs & iPods | Tablets
Business Center | Gadgets | Monitors | Tech Industry
Cameras | Gaming | Printers | Tech Events
Camcorders | HDTV | Software | Upgrading
Cell Phones & PDAs | Home Theater | Spyware & Security | Windows 7
Consumer Advice

**Network Sites** | **About PCWorld** | **Resources**
PCWorld Business Center | About Us | Newsletters
Search for Tech Jobs | Ad Choices | FAQ
Careers at IDG | Advertise | Contact Us
Macworld | PCWorld Content Works | RSS Feeds
MacUser | Terms of Service Agreement | Magazine Customer Service
Mac OS X Hints | Privacy Policy | Community Standards
iPhone Central | Site Map

Visit other IDG sites:  Select One

© 1998-2011, PCWorld Communications, Inc.