Exhibit 5



# Samsung Has Been Copying Everyone Forever, Not Just Apple

**Dan Frommer** | **Apr. 19, 2011, 6:29 PM** | **72,026** | **48**

Share  **77**          **250**    Recommend            A A A

Apple has sued Samsung, one of its biggest suppliers, for copying its designs, among other things.



We'll leave it up to the courts to figure out what's legal and what's not.

But anyone who's been watching the mobile industry over the last decade knows that this isn't the first time Samsung has blatantly ripped off a competitor.

Remember the Samsung BlackJack, that was half BlackBerry, half Motorola Q? (RIM even sued Samsung over the name in 2006.)

**2006: Motorola RAZR vs. Samsung SYNC**



**2006: Motorola Q vs. Samsung BlackJack**



**2007: Apple iPhone vs. Samsung Instinct**

 

**Apple iPhone 3GS (2009) vs. Samsung Galaxy S (2010)**



**Here's another look at the Galaxy S vs. the iPhone 3GS**



*Image: This Is My Next*

**Apple iPhone USB cable (2007) vs. Samsung Galaxy Tab USB cable (2010)**



**2011: Apple iPad 2 vs. Samsung Galaxy Tab 10.1**

