Exhibit 9




# SlashGear

Feeding Your Gadget and Tech Obsessions
Tip Us
SlashGear JP

Submit Query



- In Pursuit of Brand Me



- SlashGear Weekly Roundup Video – June 26, 2011



- Making the Case for $20 Console Video Games



- LaCie Little Big Disk with Thunderbolt hands-on [Video]



- I Refuse to Use A Smartphone or Tablet As A Remote



- Xbox LIVE TV and NUads for Kinect could save TV advertising



- iPhone Overtakes Flickr as Most Popular Camera



- Why Nokia's N9 leaves me confident about Windows Phone



- Meet the new Super Phones and Tablets

- Home
- Reviews
- Columns
- Archive

- Videos
- GALLERY
- Phones / Tablets

SlashGear on Facebook
Trending   Galaxy S II Review, WP7 Mango Review, Nokia N9, iCloud, HTC EVO 3D Review, 4G, Super Phones/Tablets

# Acer Stream launches with Android 2.1, Snapdragon & HDMI [Video]

**Chris Davies**, May 27th 2010 Discuss [3]



Like  1

0





Worth Reading?

+5 [7 votes]



Acer have officially announced their latest Android smartphone, the Acer Stream, a Nexus One rivalling Android 2 1 Eclair device  with a 3 7-inch AMOLED touchscreen  The Stream is based around Qualcomm's 1GHz Snapdragon processor, along with 512MB of RAM and 2GB of internal storage, and has HSDPA, WiFi b/g/n and Bluetooth

There's also GPS, a 5-megapixel camera that can apparently capture 720p HD video and a microSD card slot  Acer have also customized the standard Android UI, adding various spinning panels, app history shortcuts and other tweaks, but the most interesting addition is UPnP and DLNA streaming media support, just like their new LumiRead ereader

**Update: Video demo after the cut**

The whole smartphone measures 11 2mm thick and there's an FM radio with RDS together with Dolby Mobile support   Acer have also managed to squeeze in an HDMI port  No word on pricing at this stage, but the Stream was recently spotted clearing the FCC which suggests a US release

**Update:** Batista70Phone have a video demo of the Acer Stream:

[vimeo]http://vimeo com/12066497[/vimeo]

[via Android Community]

**Press Release:**

    **Acer Stream**

    the Perfect Entertainment Machine

Case 5:11-cv-01846-LHK   Document 87-9   Filed 07/01/11   Page 4 of 4

Powerful  Spectacular  Cutting-edge technologies  State-of-the-art connectivity  Ultra-fast  Highly sensitive  These are just some of the words that best describe Acer Stream, the latest technological jewel of the Taiwanese company  Defining it a smartphone would be reductive  In fact, Acer Stream is the utmost expression of technology, design, performance and entertainment

Acer Stream is a high-end multimedia smartphone, optimized for watching movies, listening to music and enjoying web browsing like at home  Perfect for most demanding users who look for the best in entertainment

Elegant and minimalist in design, Acer Stream is made from highly resistant materials and offers truly outstanding user interface and technical features, all in just 11 2 mm, ensuring users a unique and unrepeatable experience

The completely brand new user interface has been totally redesigned in order to focus on what is essential to users and guarantee a simple and quick access to what matters to them
- Enjoy smooth animations and fine graphics: surf between photos and video thanks to the stunningly fluid 3D interface and unlock the phone by a 'peeling' gesture, assure a cool but very functional detail!
- Read information straight from the lock screen widget: accessing ambient information on the idle screen gives the user what he needs before he even asks for it
- Quickly start your favorite applications with one tap: the status bar appears as an innovative divider between logical spaces  It shows all the essential information, providing shortcuts to most frequently used settings and its position allows a very easy access to the settings or notifications
- Easily switch applications with the History panel: the top part of the Home screen has been dedicated to applications history, with the benefit of reducing complexity and providing significant cues for navigation
- Reorder applications across several pages at their convenience: Apps can be moved around from one page to another or easily uninstalled by simply dragging them to the bin
- Customize the phone according to specific needs:a simple customization page accessible from the Home screen will be a pleasant surprise, enabling customers to tailor their smartphone through wallpaper and sound personalization

Coupled with three types of predictive keyboards, a smart dialer and a redesigned contacts list, the Acer user interface makes using the smartphone an efficient and delightful experience

Social and entertaining: All the most popular applications are pre-installed: Nemo player to enjoy multimedia content to the fullest, Acer UrFooz to create your virtual "look-a-like", add your profile and bookmarks and post it to your social networks, Facebook™ and Twidroid perfectly integrated into the address book  And for music addicts Acer Stream features Spinlets™, a completely free streaming service that lets you browse and listen to major music labels and record companies for great music and instantly post what you find to your favorite Social Networking sites

Main features:
Superb display quality: the touch screen with Amoled technology boasts 1 67 million exceptionally bright colors, through a generous 3 7" WVGA display  Furthermore, its incredible contrast (superior 2000:1) makes for clear images and perfect legibility in any environment and light condition  Moreover, this type of display consumes less energy to help increase battery life

Ultrafast connectivity 3G+ for streaming: HSDPA 7 2 Mbps in download, Bluetooth and WiFi n, enabling faster transmission of multimedia content than ever!

Power and performance: the Qualcomm Snapdragon 1GHz processor, with its 512 MB RAM, makes the Acer Stream one of the fastest and most reactive phones on the market  The operating system behind Stream is Android version 2 1, better known as Éclair

Unique and high-quality multimedia features, enabling the recording of HD videos up to 720p  Listening to your favorite music or the radio with RDS has never been so pleasant; enjoy the Dolby Mobile quality, with powerful bass and crystal-clear clarity for an unparalleled purity of sound  UPnP technology enables content sharing with other devices  Furthermore, a 5MP photocamera and integrated GPS system allow photos and videos to be geotagged  Last but not least, you can connect the Acer Stream to your home TV with HDMI port and watch a movie on a larger screen

2GB of internal Flash memory is ideal for downloading tons of applications and 3D games, while an 8GB memory card as free bundle and a micro-SD card slot support up to 32GB enables users to enjoy their favorite multimedia content at all times

**RELEVANT ENTRIES:**

- Windows Phone "Mango" official  Acer, Fujitsu and ZTE onboard
- Acer Iconia Tab A100 postponed until 2H 2011
- HP Touchpad priced/dated  7-inch webOS Opal incoming, plus 4 Honeycomb 10-inchers

**Tags:**

Acer, AMOLED, Android, HDMI, phone, Qualcomm, smartphone, Snapdragon, Videos



SUBSCRIBE VIA **RSS** OR **EMAIL** | READ **10,939** TIMES

## Must Read Bits & Bytes



- T-Mobile myTouch 4G Slide official: QWERTY Android with boosted camera