# Exhibit 11

| Site Search | ALL |

HOME    PHONES    TABLETS    **NEWS**    REVIEWS    PLANS    DISCUSSION

Home › News › Android 2.1 powered LG Axis is now available for $90 through Alltel

# Android 2.1 powered LG Axis is now available for $90 through Alltel

Posted: 13 Jan 2011, 20:56, by John V.
Categories: LG, Android    **Bookmark**

**Share this page:**    Discuss   2    Like            5        0



Since Verizon customer already had the chance to check out LG's first Android powered device for them, the LG Ally, it's only natural to find a variant of the smartphone finding its way onto Alltel's lineup. And that's what we find with the **LG Axis**, which bears a close resemblance to the Ally, now that it's being sold by Alltel for the 2-year contract price of $89.99 after a $50 mail-in-rebate.



Similar to the Ally, the LG Axis features a 3.2" WVGA (480 x 800) capacitive display with support for 262k colors, landscape sliding keyboard, Wi-Fi, GPS, Bluetooth, and a 3.2-megapixel auto-focus camera.

With more and more devices shipping with Android 2.2 Froyo, it's a step backwards with the LG Axis because it's running Android 2.1. Although it won't matter to some people, it's just rather difficult seeing devices come out with older builds of Android when Gingerbread is the latest one out of the gates.

Nevertheless, the handset should prove to be a decent addition to Alltel's Android lineup.

source: LG via Mobileburn