# Exhibit 12

Case 5:11-cv-01846-LHK   Document 87-12   Filed 07/01/11   Page 2 of 4

# HELLO GORGEOUS

Site Search                              ALL

**HOME**   PHONES   TABLETS   NEWS   REVIEWS   PLANS   DISCUSSION

Home › LG phones › LG Cookie

# LG Cookie

Specs   Reviews (27)   Discussions (0)   News   Price   Size it   360°   Videos   Photos



**Posted:** 30 Sep 2008  **Announced:** 30 Sep 2008    **Bookmark**

**Market Status:** Released

**Release date:** 26 Nov 2008

Do you ...?    Want it   3    Have it   6    Had it   4

**Links:**
LG Cookie Review    LG Cookie Official Page

LG KP500 is the budget companion to the KC910 Renoir, with similar design and interface but lower price. It has 3-megapixel camera instead of 8MP one and lacks support for DivX and XviD, W-Fi and GPS.

**Rating**                                      **Share**

Excellent          Good
**8.5**            **7.2**          0        0
out of 10          out of 10

 

**More Photos** (16)

## LG Cookie specifications          Show Full Specs    COMPARE

*also known as* **LG KP500**

To see the full specifications with in-depth details click here.

## General info

**Network technology:**
  GSM: 850, 900, 1800, 1900
  Data: EDGE

## Design

**Design:**
  Form Factor: Candybar
  Dimensions: 4.19 x 2.18 x 0.47 (106.5 x 55.4 x 11.9 mm)
  Weight: 3.14 oz (89 g)
  the average is 4.1 oz (116 g)
  Stylus: Yes
  Colors: Black, White, Pink, Gray

## Display

**Display:**
  Technology: TFT
  Resolution: 240 x 400 pixels
  Physical Size: 3.00 inches
  Colors: 262 144
  Touch Screen: Yes (Resistive)

## Battery

**Capacity:** 900 mAh
**Talk time:** 3.50 hours
  the average is 7 h (444 min)
**Stand-by time:** 350 hours
  the average is 441 h (18 days)

## Camera

**Camera:** Yes
  Resolution: 3 megapixels
**Video capture:** Yes

## Multimedia

**Music Player:** Yes
  Supports: MP3, AAC, AAC+, WMA, RA
**Video Playback:** Yes

## Organizer

**Calendar:** Yes
**Alarms:** Yes
**To-Do / Tasks:** Yes
**Document Viewer:** Yes
  Supported formats: Office 2003, PDF
**Other:** Calculator

## Messaging

**SMS:** Yes
**E-mail:** Yes

## Memory

**Memory Expansion:**
  Slot Type: microSD, microSDHC
**Built-in:** 48 MB

## Connectivity

**Bluetooth:** Yes
  Version: 2.1
  EDR: Yes
**USB:** Yes
  Version: USB 2.0

## Other features

**Sensors:** Accelerometer

## Availability

**Officially announced:** Yes (30 Sep 2008)
**Scheduled release:** Q4 2008 (Official)

Despite our efforts to provide full and correct LG Cookie specifications, there is always a possibility of admitting a mistake. If you see any wrong or incomplete data, please **LET US KNOW**.

If you are interested in using our specs commercially check out our Phone specs database licensing page

Case 5:11-cv-01846-LHK   Document 87-12   Filed 07/01/11   Page 4 of 4

| | |
|---|---|
| Supports: | MPEG4 |
| **Radio:** | Yes |
| Type: | FM |

| Internet browsing | |
|---|---|
| **Internet Browsing:** | Yes |
| Supports: | WAP 2.0 |

| Phonebook | |
|---|---|
| **Support:** | Yes |
| **Capacity:** | Limited (1000 entries) |
| **Features:** | Caller groups, Multiple numbers per contact, Picture ID, Ring ID |

Do you like LG Cookie?

0          0          0

Discuss



### New LG Phones



LG EGO Wi-Fi     LG E300     LG Genesis

LG X330          LG P930     LG A200

1   2   3   4