# Exhibit 14



| Site Search | ALL |

**HOME**  PHONES  TABLETS  NEWS  REVIEWS  PLANS  DISCUSSION

Home › LG phones › LG Pop GD510

# LG Pop GD510

Specs  Reviews (23)  Discussions (1)  News  Price  Size it  360°  Videos  Photos



**Posted:** 30 Sep 2009  **Announced:** 30 Sep 2009    **Bookmark**

**Market Status:** Released

**Release date:** 28 Oct 2009

Do you ...?    Want it   3    Have it   1    Had it   0

**Links:**
  LG Pop GD510 Preview    LG Pop GD510 Review    LG Pop GD510 Official Page

LG Pop GD510 is not anything oustanding specs-wise, but rather a far more stylish brother of the cheap LG Cookie KP500. It has a WQVGA-resolution screen (not WVGA, like top-models), 3-megapixel camera for shooting pictures and recording video.

**Rating**                                   **Share**

Good           Average
8              6.4          1         0
out of 10      out of 10



**More Photos** (24)

## LG Pop GD510 specifications          Show Full Specs    COMPARE

*also known as* **LG Cookie PEP**

To see the full specifications with in-depth details click here.

| General info | |
|---|---|
| **Network technology:** | |
|  GSM: | 850, 900, 1800, 1900 |
| **Data:** | EDGE |

| Design | |
|---|---|
| **Design:** | |
|  Form Factor: | Candybar |
|  Dimensions: | 3.85 x 1.95 x 0.44 (97.8 x 49.5 x 11.2 mm) |
|  Weight: | 3.07 oz (87 g) the _average_ is 4.1 oz (116 g) |

| Display | |
|---|---|
| **Display:** | |
|  Technology: | TFT |
|  Resolution: | 240 x 400 pixels |
|  Physical Size: | 3.00 inches |
|  Touch Screen: | Yes |

| Battery | |
|---|---|
| **Capacity:** | 900 mAh |
| **Talk time:** | 3.33 hours the _average_ is 7 h (444 min) |
| **Stand-by time:** | 350 hours the _average_ is 441 h (18 days) |

| Camera | |
|---|---|
| **Camera:** | Yes |
|  Resolution: | 3 megapixels |
|  Features: | Digital zoom |
| **Video capture:** | Yes |

| Multimedia | |
|---|---|
| **Music Player:** | Yes |
|  Supports: | MP3, AAC, AAC+, WMA, RA |
| **Video Playback:** | Yes |
|  Supports: | MPEG4 |
| **Radio:** | Yes |

| Organizer | |
|---|---|
| **Calendar:** | Yes |
| **Alarms:** | Yes |
| **To-Do / Tasks:** | Yes |
| **Document Viewer:** | Yes |
| **Other:** | Calculator |

| Messaging | |
|---|---|
| **SMS:** | Yes |
| **Templates:** | Yes |
| **E-mail:** | Yes |

| Memory | |
|---|---|
| **Memory Expansion:** | |
|  Slot Type: | microSD, microSDHC |
| **Built-in:** | 42 MB |

| Connectivity | |
|---|---|
| **Bluetooth:** | Yes |
|  Version: | 2.1 |
|  EDR: | Yes |
| **USB:** | Yes |
|  Type: | microUSB |
|  Version: | USB 2.0 |

| Other features | |
|---|---|
| **Sensors:** | Accelerometer |

| Availability | |
|---|---|
| **Officially announced:** | Yes (30 Sep 2009) |

Despite our efforts to provide full and correct LG Pop GD510 specifications, there is always a possibility of admitting a mistake. If you see any wrong or incomplete data, please **LET US KNOW**.

If you are interested in using our specs commercially check out our Phone specs database licensing page

| Type: | FM |
|---|---|

### Internet browsing

| **Internet Browsing:** | Yes |
|---|---|
| Browser name: | Teleca Obigo browser |

### Phonebook

| **Support:** | Yes |
|---|---|
| **Capacity:** | Limited (1000 entries) |
| **Features:** | Caller groups, Multiple numbers per contact, Picture ID, Ring ID |

### Do you like LG Pop GD510?

**1**       0       **0**

**Discuss**



### New LG Phones

|  | | |
|---|---|---|
| LG EGO Wi-Fi | LG E300 | LG Genesis |
| LG X330 | LG P930 | LG A200 |

1   2   3   4

View all