# Exhibit 15

SIGN UP FOR EMAIL UPDATES

MEDIA CENTER

Motorola Home > About Motorola > Media Center > Press Releases

Recommend 720 people recommend this. Be the firs

ABOUT MOTOROLA
CAREERS
CORPORATE RESPONSIBILITY
ENVIRONMENT
HISTORY
INVESTOR RELATIONS
MEDIA CENTER
EVENT CALENDAR
EXECUTIVE TEAM
FACT SHEETS
IMAGE GALLERY
INDUSTRY ANALYSTS
MEDIA CONTACTS
NEWS BYTES
PRESS KITS
PRESS RELEASES
SOCIAL MEDIA
MOTOROLA MOBILITY VENTURES
TECHNOLOGY

## PRESS RELEASES

### Motorola Mobility and AT&T Announce ATRIXâ„¢ 4G, t Future of Mobile Computing

The worldâ€™s most powerful smartphone packs the power and capabilities of a PC in your pocket through Motorolaâ€™s revolu webtop

Jan. 05, 2011

Embed: <object width="480" height="289"> <param name="movie" va

LAS VEGAS â€“ CES â€“ Jan. 5, 2011 â€" Motorola Mobility, Inc. (NYSE: MMI), and unveiled Motorola ATRIXâ„¢ 4G, the only smartphone that allows you to carry the pow computing inside your pocket. Motorolaâ€™s revolutionary webtop application chang computing forever by unleashing the power of the smartphone like never before. Desi bring unprecedented computing to your smartphone, Motorolaâ€™s webtop applicati full Mozilla Firefox 3.6 browser and supports AdobeÂ® FlashÂ® Player to open up all tl graphics, animations and video on the web. Motorola ATRIX 4G includes a dual core with each core running at 1 GHz, delivering up to two GHz of processing power. Put s Motorola ATRIX 4G is the worldâ€™s most powerful smartphone.

â€œConsumers are increasingly using smartphones as their primary digital screens,â€ said Bill Ogle, chief marketing officer, Motorola Mobility, Inc. â€œMotorola ATRIX 4G ushers in a new era of mobile computing. ATRIX comes loaded with the Motorola webtop application, and when used with one of our exclusive docks, enables consumers to extend the capabilities of their smartphones. Together, these provide a revolutionary interactive computing experience that empowers individuals in new ways for staying connected, informed and entertained at home, on the job and anywhere in between.â€

"With ATRIX 4G, we are rethinking what a smartphone can be, and literally changing the game with a new device category that combines the power of a laptop with the latest smartphone features and 4G speeds," said David Christopher, chief marketing officer, AT&T mobility and consumer markets. "With Motorola Mobility, we're delivering on our commitment to provide customers with the best mobile broadband experience and best smartphones."

Motorola ATRIXâ„¢ 4G Dy
Camera
View | Download

Motorola ATRIX 4G is designed to essentially become a userâ€™s primary digital hub to create, edit and interact with documents, media and content. This is facilitated by Motorolaâ€™s webtop application and incredible new accessory docks, such as the Laptop Dock, that provide users with a larger screen, keyboard and trackpad enabling them to have an enhanced and more interactive computer-like experience with their devices.

While in the webtop application users can run their Android applications in a window, browse their favorite websites with a full Firefox desktop browser, send instant messages and make phone calls, all at the same time. Calls continue uninterrupted if Motorola ATRIX 4G is removed from a dock. Users can take advantage of the ability to surf the web, view social networking, and use HTML5 web-based applications and supported cloud computing services. Plus, the new Entertainment Center feature lets you show all of the photos, music and videos you already enjoy on-the-go on a big screen in your living room. In the U.S., ATRIX 4G will feature the AT&T U-verseÂ® Mobile application, which allows users to schedule recordings, and for qualifying TV customers, download and watch hit TV shows on their smartphones.

Motorola ATRIXâ„¢ 4G Fr
View | Download

Motorola ATRIX 4G provides consumers with instantaneous access to all their emails, files and media. While using the webtop application, business users with an existing Citrix account will benefit from the integrated Citrix Receiver application that provides secure, high performance access to virtual desktops as well as WindowsÂ®, web and office applications hosted on Citrix XenDesktop. In addition to the full suite of office productivity applications and email applications, users can also access a great number of web applications such as Salesforce.com, Google Docs, and any HTML application or service from the full desktop browser.

Motorola ATRIX 4G runs Androidâ„¢ 2.2 with access to more than 100,000 apps and games in the Android Marketâ„¢.

Motorola ATRIXâ„¢ 4G Fr
Camera
View | Download

Motorola is introducing two industry-leading companion docks for ATRIX 4G:

- The Motorola HD Multimedia Dock has three USB ports and an HDMI port enabling connections to a keyboard, mouse, speakers and HDMI-compatible monitor for working at your desk/office, or connecting to an HDMI-compatible television and home theater audio system for interacting with content and enjoying video, music, games and more in your living room.
- The Motorola Laptop Dock has an incredibly thin design with an 11.6-inch screen, full keyboard, stereo speakers, 36Wh three-cell battery that delivers up to eight hours of battery life and weighs just 2.4 pounds. Users simply dock their Motorola ATRIX 4G into the back of the Laptop Dock to turn it into an active, connected machine to experience true mobility at work, home and playing on-the-go in a form factor thatâ€™s lighter and smaller than most laptops on the market.

**Key features and specifications:**

- A dual-core processor capable of opening web pages twice as fast as most other smartphones, rendering games faster and displaying HD video on big-screen TVs
- A full 1 GB of RAM for twice the RAM of most smartphones to deliver effortless multi-tasking, such as watching a movie while receiving and responding to email
- The worldâ€™s first qHD display for a smartphone, offering high resolution and 24-bit color, making it easier to read indoors and outdoors
- Front- and rear-facing cameras and the ability to record in HD
- Convenient biometric fingerprint reader for easily unlocking your phone while providing extra security
- Up to 48GB of storage (16GB internal and optional 32GB MicroSD card) â€“ enough to store thousands of songs, photos and movies
- 2.4GHz and 5GHz Wi-Fi 802.11n support, enabling as much as 50 percent faster download and upload speeds in WiFi mode compared to most other smartphones
- Optional AT&T Mobile Hotspot service for connecting up to five additional Wi-Fi-enabled devices
- Under 11 mm thin with an extra large 1930 mAh battery for extended standby and talk time
- Two microphones for noise-reduction technology so your calls will be heard loud and clear in even the noisiest environments
- Supports HD video capture and replay for most multimedia standards

**Availability**

Motorola ATRIX 4G will be available to AT&T customers in Q1 2011. For more ATRIX 4G information visit: www.motorola.com/atrix and www.att.com/ATRIX4G. Motorola ATRIX 4G will be available exclusively in the U.S. for AT&T customers.

**About Motorola Mobility**
Motorola Mobility, Inc. (NYSE:MMI) fuses innovative technology with human insights to create experiences that simplify, connect and enrich people's lives. Our portfolio includes converged mobile devices such as smartphones and tablets; wireless accessories; end-to-end video and data delivery; and management solutions, including set-tops and data-access devices. For more information, visit motorola.com/mobility.

**Media Contacts** (for media and analysts only):

Juli Burda
+1 847-523-5035
Juli.Burda@motorola.com
Motorola Mobility, Inc.

**Customer Service**
For customers looking for product information or support, please contact Motorola Support Forum or Motorola Customer Service +1 866-289-6686.

ATRIX Lapdock Dyn L scr
View | Download

ATRIX Lapdock Back Dyn
View | Download

**PRESS RELEASES BY**

Sign up to receive Motorol releases by email.

SIGN UP

Manage my subscriptior

**RELATED LINKS**

Corporate Overview
Corporate Responsibility
Media Experiences 2 Go

Motorola Home > About Motorola > Media Center > Press Releases

**WHO WE ARE**
ABOUT MOTOROLA
CAREERS
CORPORATE RESPONSIBILITY

MEDIA CENTER
PRIVACY POLICY
TERMS OF USE

**MORE FROM MOTOROLA**
DEVELOPERS
INVESTORS

**STAY CONNECT**

**CONSUMERS**      **VIDEO SOLUTIONS**       USA   change location

Are you look
wirele