# Exhibit 18



Home > Newsroom > News >

## Partner Press Release

*November 13, 2008*

## BlackBerry Storm Available in U.S. November 21 Exclusively From Verizon Wireless

*BASKING RIDGE, N.J. -* The BlackBerry® Storm™ (model 9530) from Research In Motion (NASDAQ: RIMM) – the first touch screen BlackBerry smartphone with the world's first "clickable" touch screen – will be available beginning Nov. 21 in Verizon Wireless Communications Stores and online at www.verizonwireless.com for $199.99 after a $50 mail-in rebate with a new two-year customer agreement.  For additional details and specifications about the BlackBerry Storm, please visit www.verizonwireless.com/storm.

(EDITOR'S NOTE: Media can access images and video of the BlackBerry Storm smartphone at Verizon Wireless' News Center at www.verizonwireless.com/multimedia.)

**About Verizon Wireless**
Verizon Wireless operates the nation's most reliable wireless voice and data network, serving 70.8 million customers.  Headquartered in Basking Ridge, N.J., with 71,000 employees nationwide, Verizon Wireless is a joint venture of Verizon Communications (NYSE: VZ) and Vodafone (NYSE and LSE: VOD).  For more information, visit www.verizonwireless.com.  To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

The BlackBerry and RIM families of related marks, images and symbols are the exclusive properties and trademarks of Research In Motion Limited.