Exhibit 19

**PRODUCTS**          **BUSINESS**          **APPS**                    **SUPPORT**

You are here : Home > News > Latest news

**Latest news**

**International news**

SAMSUNG Unveils Revolutionary Ultra Smart F700
on Feb 08, 2007

**The latest multimedia Ultra phone will be shown at 3GSM in Barcelona**



Seoul, February 8th, 2007: Samsung today announced a new addition to its Ultra
introduction of Ultra Smart F700. This revolutionary mobile phone will be showca
World Congress, the largest telecommunications event, next week. The F700 fea
design and brings a superior range of multimedia experiences to consumers.

The Ultra Smart is a part of Samsung's Ultra portfolio which boasts a full touch screen as well as QWERTY key pad. It reflects the recent trend in telecommunications industry of touch screen user interface and, for users who are not yet familiar with a touch-screen-only user interface, it also implements a QWERTY key pad and VibeTonz technology which allows them to feel the buttons accompanied by responsive vibrations. A "Drag and drop" method of touch screen was adopted for easier menu navigation along with music play list control for an expanded multimedia experience. Volume, play lists, brightness of screens as well as other menu control can be controlled utilizing the touch screen.

As speed is becoming crucial for data communications, Samsung has included the latest trends in mobile to the Ultra Smart F700. The Ultra Smart reflects the latest speed of 7.2 Mbps under the High Speed Downlink Packet Access (HSDPA) network. Once the 7.2 Mbps HSDPA network completely deployed, F700 users can download an mp3 song (about 4MB each) in 4.4 seconds. A full HTML browser along with the QWERTY key pad enables easy access to the internet for e-mail and data services.

Using the new F700, business and creative professionals are able to view content on a stunning 2.78" color display. The device features first class entertainment with a top-of-the-line 5 mega-pixel camera with auto focus and Bluetooth. With 7.2 Mbps HSDPA, it makes it easier to watch videos, listen to songs, share high-quality photos, or catch up on email on the move.

"The introduction of our Ultra Smart F700 reflects the needs of today's consumers by including features such as touch screen, enhanced connectivity to mobile internet, and access to an array of multimedia content," said Geesung Choi, President of Samsung's Telecommunications Network Business. "The Ultra Smart F700 is a good example of how mobile phone will evolve in the future. Samsung will focus on bringing products that reflect and pursue our position as a premium leader"

..

printer-friendly

▲  **previous**   Change in Shareholding by BOD Member

▼  **next**   SAMSUNG And The Starkey Hearing Foundation Give The Gift Of Hearing And Music On "So The World May Hear Day"

List  ❯

| About Samsung | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home** |
|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washe |
| Sustainability | | | | | |

| News | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrig |
| Investor Relations | | Cell Phone Accessories | | Monitors | Microw |
| | Home Projectors | | | Printers | Dishwa |
| | Home Theater Systems | Laptops | | Projectors | Range |
| | | Chromebook | | Memory & Storage | |

Business   Apps   Privacy   Legal   Sitemap   RSS      USA / English      Like   207K