# Exhibit 20



# SlashGear

Feeding Your Gadget and Tech Obsessions
Tip Us
SlashGear JP

- In Pursuit of Brand Me
- SlashGear Weekly Roundup Video – June 26, 2011
- Making the Case for $20 Console Video Games
- LaCie Little Big Disk with Thunderbolt hands-on [Video]
- I Refuse to Use A Smartphone or Tablet As A Remote
- Xbox LIVE TV and NUads for Kinect could save TV advertising
- iPhone Overtakes Flickr as Most Popular Camera
- Why Nokia's N9 leaves me confident about Windows Phone
- Meet the new Super Phones and Tablets

- Home
- Reviews
- Columns
- Archive

- Videos
- GALLERY
- Phones / Tablets

SlashGear on Facebook
Trending   Galaxy S II Review  WP7 Mango Review  Nokia N9  iCloud  HTC EVO 3D Review  4G Super Phones/Tablets

# Samsung Galaxy S GT-I9000 Android 2.1 smartphone announced

**Chris Davies**, Mar 23rd 2010  Discuss [19]



Like  74

1





**Worth Reading?**

+234 [266 votes]

Samsung have announced their latest Android smartphone, the Galaxy S, and it's running Android 2 1   The Galaxy S GT-I9000 has a 4-inch Super AMOLED display running at WVGA 800 x 480 resolution, together with a 5-megapixel autofocus camera, 1GHz processor and the company's own custom UI and "social hub" for integrating social networking functionality



There's also A-GPS, Bluetooth 3 0, USB 2 0 and WiFi b/g/n, while onboard storage will be either 8GB or 16GB   That can be expanded courtesy of a microSD card slot  happy with up to 32GB cards   Connectivity includes quadband GSM and  triband (900/1900/2100) UMTS/HSPA

All in all it's a particularly well-specified device, and Samsung are obviously looking to take on the Sony Ericsson XPERIA X10 and the Google Nexus One with this new flagship   Preloaded apps will include Swype, Layar, a DLNA streaming app and the ThinkFree Office viewer   No word on when it might hit the market, however, beyond "sometime this year"

  

  

[via Android Community]

**Press Release:**

**Samsung Welcomes You to the "Smart Life" with the Global Launch of the Galaxy S**

Powered by 4-inch Super AMOLED and the latest version of Android™,
Galaxy S brings rich technology and enhanced mobile experience

LAS VEGAS, March 23, 2010 – Samsung Electronics Co Ltd , a leading mobile phone provider, today introduced the Galaxy S (Model: GT-I9000), a smartphone that makes users' lives more convenient, more exciting, and more integrated  JK Shin, president and head of Samsung Electronics' Mobile Communications Business announced the global launch of the Galaxy S at his keynote speech at the International CTIA Wireless 2010  The Galaxy S will be available in Europe, North America, Latin America, Australia, and Asia soon

The Android-powered Galaxy S incorporates a 4-inch Super AMOLED screen and a 1 GHz application processor that enables vibrant HD videos, rich augmented reality content through Layar Reality Browser, and advanced LBS (Location Based Services)  The 'Social Hub' provides always-on social networks connectivity allowing users to enjoy communications with their friends,  colleagues, and families whenever they want and wherever they are

The Galaxy S is designed to provide immersive, intelligent and integrated experiences, with the power to enrich people's lives through best-in-class services and technologies  The Galaxy S will allow users around the world to experience the "Smart Life," which  Samsung anticipates will shift the way that consumers view smartphones and how they interact with them in their daily lives

The Galaxy S immerses users in a world of rich multimedia  The large 4-inch Super AMOLED display delivers unrivalled screen quality, with less reflection, free viewing angles and super-fast touch-response  The mDNIe (mobile Digital Natural Image engine) – a technology used in Samsung's best-selling LCD and LED TVs – boosts an even sharper and crisper viewing experience for photos, videos, and e-books  It creates a perfect environment  to record, edit and play HD video, to browse the Internet, and to read your favorite e-books  A variety of applications from Android Market™ allows users to even more extend the benefits and excitement of smartphone experience  Plus, users have access to Google™ mobile services, such as Google Search™, Gmail™, and Google Maps™

Living a "Smart Life" requires intelligence, and the Galaxy S delivers just that by utilizing personal preferences to gather information online that each user needs and wants  With a user-defined daily briefing, lightning-fast processing speeds and location-based search options like Layar Reality Browser – the Galaxy S gives users the information they need wherever and whenever needed  The Galaxy S represents the next level of intelligence in smartphones

The Galaxy S integrates every aspect of life in a smart and sophisticated way  In addition to wireless integration with a variety of other devices, such as notebooks, TVs and cameras, the highly advanced Social Hub plugs users quickly and conveniently into their complete world of social networking and email

"The Android-powered Galaxy S will set a new standard for smartphones," said JK Shin, president and head of Mobile Communications Business  "The Galaxy S is the perfect device for people in all corners of the world who want that extra edge; to be more effective, productive, better connected, and in tune with their smart life – both personal and professional – all in a very easy and simple way "

Other Key Features

• Daily Briefing: Offers instant access to weather, news, stocks, and the scheduler
• All Share: Enables inter-device connectivity via DLNA (Digtal Living Network Alliance) technology
• Home Cradle: Enables use as a digital photo frame, table clock, calendar, and music station
• Write and go: Jot down an idea first and later decide on a format such as SMS/ MMS, email, calendar or memo
• Swype: Provides fast and easy way to input text on screen while on-the-move
• ThinkFree: Apps to view and edit Microsoft Office 2007 documents
• Smart Alarm: Wakes up with a natural alarm sound and  automatically turned-on display light

The Galaxy S is exhibited at The International CTIA Wireless  at booth # 1023

Note to Editors:
JK Shin, Keynote Speech "Future of the Smartphone is NOW"

At Samsung's CTIA keynote address this morning, JK Shin unveiled the Galaxy S and discussed the company's vision for 'Democratization of Smartphone'  With an increasingly challenging and dynamic market environment, Samsung is continuing to innovate to stay ahead, looking to smartphones as the core of its strategy  According to industry estimates, global sales of smartphones will double by 2013 and account for one-fourth of all handset sales  With first-time buyers driving half of global sales, it's clear that the appeal of smartphones is no longer  limited to early adopters or even to advanced economies

JK Shin announced Samsung's vision "to advance the democratization of the smartphone" and "to make smartphones available for everyone, regardless of cost, need, lifestyle or geographic location "  This strategy points to Samsung's commitment to deliver devices, applications and services that are relevant for every lifestyle and to empower users around the globe with access to the information and connections that produce valuable user experiences  Mr Shin also introduced the Smart Life concept and said, "Smart Life is delivering a smartphone experience that is simple, organized and integrated  And Smart Life is flexible and versatile, allowing smartphone users to customize their user experience to fit their own needs "  Based on feedback from U S  consumers, this philosophy embodies Samsung's drive to build a new class of smartphones that will maximize user  experiences

**RELEVANT ENTRIES:**

- Verizon iPhone 4 vs AT&T iPhone 4
- 4G: What does this really mean?
- Motorola XOOM Review

**Tags:**

3G, AMOLED, Android, Bluetooth, Bluetooth 3 0, CTIA 2010, GPS, phone, Samsung, Samsung Galaxy S, smartphone, wifi



SUBSCRIBE VIA **RSS** OR **EMAIL** | READ **76,729** TIMES

## Must Read Bits & Bytes

- T-Mobile myTouch 4G Slide official: QWERTY Android with boosted camera
- Samsung Galaxy S II Plus 1 4GHz Upgrade Tipped as Global iPhone 5 Competitor
- iPhone 4S and iPhone 5 could both drop in late Q3 tip analysts
- Samsung Nexus Prime to be first Ice Cream Sandwich phone?
- Over 500,000 Android devices activated daily tweets Rubin



**More Must Read Bits & Bytes »**

**Like**