Exhibit 21

# News from Mobile World Congress 2011

# Introducing Xperia PLAY – the world's first PlaySta smartphone

XperiaTM PLAY combines a PlayStation-quality gaming experience with the very latest Android smartphone technology.
Super fast graphics and dedicated game controls deliver the ultimate smartphone gaming experience from March 2011
Sony Computer Entertainment and leading game publishers provide top titles from launch –available to download from the AndroidTM Mar

**February 13, 2011, Barcelona, Spain** – Sony Ericsson today announced the game changing XperiaTM PLAY, the latest pho
smartphones.

XperiaTM PLAY delivers the smartphone functionality that the most serious power users could need, teamed with the immers

In portrait mode, the Android smartphone offers all the benefits that users have come to expect from Sony Ericsson's existing
entertainment experiences, a great 5 megapixel camera, a brilliant 4" multi-touch screen and great social networking features

However, slide out the gaming control and users enter a new world of immersive mobile gaming. The slide out game pad reve
shoulder buttons and the four PlayStation icons: circle, cross, square and triangle. Qualcomm's optimized Snapdragon proce
graphics processor deliver silky smooth 60fps play-back 3D mobile gaming and Web browsing with minimal power consumpti
battery life and game time.

*Image gallery:*



Rikko Sakaguchi, Executive Vice President and Chief Creation Officer at Sony Ericsson commented: "Today is a very proud
truly revolutionary to the market. Living up to our vision of Communication Entertainment, Xperia PLAY will forever change th
gaming.

XperiaTM PLAY will run on Gingerbread (version 2.3), the latest version of Google's AndroidTM platform. The XperiaTM PLAY
means it will have access to PlayStation® game content provided through the PlayStation® Suite initiative, currently under de
to launch later this calendar year.

*Video gallery:*

| Looking for? | Your phone | More from Sony Ericsson | Company & pr |
|---|---|---|---|
| A phone | User guides | Developer World | This is us |



Kazuo Hirai, President of Networked Products and Services Group at Sony Corporation said: "I am delighted to see Xperia P
hit the market. Xperia PLAY provides a unique consumer offering and is yet another example of great products and services

Sony Ericsson has partnered with key publishers in the gaming industry to deliver a rich, vibrant ecosystem at launch and po
the Android™ Marketplace. Leading franchises coming to Xperia™ PLAY includes EA's The Sims 3 and a multiplayer versio
bringing Guitar Hero while Gameloft's titles include Assassin's Creed and Splinter Cell. Sony Ericsson is also partnering with
development platform, to ensure a continuous flow of high quality 3D game titles.

Mr Sakaguchi continued: "The launch of Xperia PLAY could not have been possible without the close collaboration of both Go
commitment of so many industry leading game publishers further demonstrates that Xperia PLAY will deliver on the long-hel

Xperia™ PLAY and PlayStation Certified gaming are great examples of the kind of innovation that's possible in the open And
Engineering at Google.

A pre-loaded application will enable users to easily discover and download titles that have been optimised for game play on X
information about the games they have downloaded.

Sony Ericsson Xperia™ PLAY will be available globally in selected markets from March 2011

**What do our content partners say?**

Electronic Arts, Travis Boatman, VP of Worldwide Studios for EA Mobile:
"EA collaborated closely with Sony Ericsson to bring exciting versions our best-selling consumer favourites such as The Sims
The device's dedicated gaming keypad gives FIFA players what matters most in a footy game — ultimate ball control, quick p
more. The Xperia PLAYS's unique gamepad also delivers robust control in The Sims 3 bringing a whole new life simulation e
watching consumers interact with our great games in new ways through the Xperia PLAY."

Gameloft, Michel Guillemot, President:
"We are pleased to partner with Sony Ericsson to offer a catalogue of 10 of our best-selling games at launch of the Sony Eric
of Gameloft. "My vision since the creation of Gameloft was to turn video games into a true mass market form of entertainmen
PLAY, which combines a perfect smartphone for daily use as well as a real game controller to provide the best gaming exper
support the launch with more than 20 titles over the next 6 months that will take full advantage of the power of this device."

Glu Mobile, Niccolo de Masi, CEO:
"Glu's strategic relationship with Sony Ericsson aligns us with a leading innovator in mobile and gaming. We look forward to a
with compelling offerings on Sony Ericsson's newest mobile devices."

Content partners at launch include:
Sony Computer Entertainment
Digital Chocolate

Digital Legends

Electronic Arts

Fishlabs

Gamehouse

Gameloft

Glu Mobile

Handy Games

Namco Bandai Networks

Polarbit

PopCap

Trendy Entertainment

Unity Tecnologies

For further information, images and videos visit www.sonyericsson.com/mwcnews

Xperia™ PLAY at a glance:

Sony Ericsson Xperia™ PLAY

Camera

5.1 megapixel camera
Auto focus
Flash / Photo light
Geo tagging
Image stabiliser
Send to web
Touch focus
Video light
Video recording
Video blogging

Music

Album art
Bluetooth™ stereo (A2DP)
Google™ Music Player
Music tones (MP3/AAC)
PlayNow™ service*
Sony Ericsson Music player
Stereo speakers
TrackID™ music recognition application

Internet

Android Market™*
Bookmarks
Google™ search*
Google™ Voice Search*
Pan & zoom
Web browser (Webkit)

Communication

Call list
Conference calls
Facebook™ application (from Android Market™)
Google™ Talk*
Noise Shield

Polyphonic ringtones
Speakerphone
Sony Ericsson Timescape™***
Twitter™ application (from Android Market™)
Vibrating alert

### Messaging

Android Cloud to Device messaging (C2DM)
Conversations
Email
Google Mail™*
Instant messaging
Picture messaging (MMS)
Predictive text input
Sound recorder
Text messaging (SMS)

### Design

Auto rotate
Keyboard (onscreen, 12 key)
Keyboard (onscreen, QWERTY)
Picture wallpaper
Touchscreen
Wallpaper animation

### Entertainment

3D games
Dedicated gaming keys
Flash Lite™
Gesture gaming
Motion gaming
Video streaming
YouTube™

### Organiser

Alarm clock
Calculator
Calendar
Document editors
Document readers
E-Manual
Flight mode
Google Calendar™
Google Gallery 3D™
Infinite button
Phone book
Set-up Wizard
Widget manager

### Connectivity

3.5 mm audio jack
aGPS
Bluetooth™ technology
DLNA Certified
Google Latitude™

Google Location Service
Google Maps™ with Street View
Media Transfer Protocol support
Micro USB Connector
Modem
Synchronisation via Facebook™**
Synchronisation via Google Sync™
Synchronisation via Microsoft Exchange ActiveSync®
Synchronisation via Sony Ericsson Sync
USB 2.0 high speed support
Wi-Fi™
Wi-Fi™ Hotspot functionality

* The service is not available in all markets.

** Requires Facebook™ application installed on the device.

Google™ services*

* These services may not be available in every market Android Market™ Client

Gmail™
Google Calendar™
Google Gallery 3D™
Google Latitude™
Google Maps™ with Street View
Google Media Uploader
Google Music Player™
Google Phone-top Search
Google Search widget
Google Sync™
Google Talk™
Google Voice Search
Set-up Wizard
YouTube™

Screen

16,777,216 colour TFT
Capacitive multi-touch
4 inches
480 x 854 pixels (FWVGA)

In-Box:

Xperia™ PLAY
Battery
Stereo portable handsfree
8GB microSD™ memory card
Charger
Micro USB cable for charging, synchronisation and file transfer
User documentation

Facts

Size: 119 x 62 x 16 mm
Weight: 175 grams
Phone memory: up to 400 MB
Memory card support: microSD™, up to 32 GB
Memory card included: 8GB microSD™
Operating system: Google™ Android 2.3 (Gingerbread)

Processor: 1 GHz Scorpion ARMv7

Talk time and networks Networks

Talk time GSM/GPRS: Up to 8 hrs 25 min*
Standby time GSM/GPRS: Up to 425 hrs*
Talk time UMTS: Up to 6 hrs 25 min*
Standby time UMTS: Up to 413 hrs*
Talk time CDMA2000®: Up to 7 hrs 40 min*
Standby time CDMA2000®: Up to 405 hrs*
Game play time: Up to 5 hrs 35 min*
MP3 playback: Up to 30 hrs 35 min*

Networks

UMTS HSPA 800, 850, 1900, 2100
GSM GPRS/EDGE 850, 900, 1800, 1900
UMTS HSPA 900, 2100
GSM GPRS/EDGE 850, 900, 1800, 1900
CDMA2000®, cdmaOne, EVDO

Colour

Black
White

Legal

1) Facts and features may vary depending on local variant. 2) Operational times are affected by network
preferences, type of SIM card, connected accessories and various activities e.g. playing games. Kit contents and colour optic
accessories may not be available in every market.

© Sony Ericsson Mobile Communications AB, 2011

The Liquid Identity logo and Xperia are trademarks or registered trademarks of Sony Ericsson Mobile Communications AB. S
Corporation. Ericsson is the trademark or registered trademark of Telefonaktiebolaget LM Ericsson. Additional information reg
www.sonyericsson.com/cws/common/legal/disclaimer.

PlayStation® is a registered trademark of Sony Computer Entertainment Inc.

Other product and company names mentioned herein may be the trademarks of their respective owners. Any rights not expre
subject to change without prior notice.
Sony Ericsson Mobile Communications AB, SE-221 88 Lund, Sweden.
Printed in January 2010, R1A

Sony Ericsson celebrates its 10th year as a joint venture between Sony Corporation and Ericsson in October, 2011. Over the
communication technologies with superior entertainment user experiences to create its Xperia™ line of the most entertaining
global corporate functions in London, Sony Ericsson has sales and marketing operations in all major regions of the world, as
development sites in China, Japan, Sweden and Silicon Valley, California. For more information, please visit: www.sonyericss

FOR MEDIA INFORMATION PLEASE CONTACT:
Sony Ericsson Global Communications & PR
Mattias Holm +44 20 8762 6065
General Press: +44 208 762 5858
E-mail: press.global@SonyEricsson.com
Product images: www.sonyericsson.com/press

# Images

 Xperia PLAY cafe

 Xperia PLAY FIFA

 Xperia PLAY front landscape

 Xperia PLAY front portrait

# Videos


Interview with Xavier Carillo Costa



Interview with EA Mobile's Luca Pagan



Jonas Berg, Sony Ericsson gaming am



Aaron Duke, product manager

# Documents

Xperia PLAY press release
Verizon availability press release

# Contact Details

Sony Ericsson Global Communications & PR
Mattias Holm +44 20 8762 6065
General Press: +44 208 762 5858
E-mail: press.global@SonyEricsson.com
Product images: www.sonyericsson.com/press

| Extras | Software updates | Facebook | Sustainability |
|--------|------------------|----------|----------------|
| Buy now | Troubleshoot | Support Forum | Company |
| Car accessories | Manage your phone | Technology innovation | Jobs & Careers |
| Business phones | | | Press resources |

Global Website | SE Retail portal | Legal | Sony | Ericsson | Contact us | Software security

Copyright © 2011 Sony Ericsson Mobile Communications AB. All rights reserved