Exhibit 25

# Happy birthday iPhone 4! Now, when will we finally see iPhone 5?

By
Matthew Arevelo
Topics
Trending Now

- 1 Comment Have Your Say
- Email StorySend to a Friend
- 13 SharesTell Your Friends
- Tweet ThisTweet This
- MoreShare It



Sadly, it seems some people would do anything for the latest and greatest.

(Credit: CC Jorge Quinteros/Flickr)

(CBS/What's Trending) - Today marks the first year anniversary of the iPhone 4, the most advanced mobile phone Apple released to date. It satisfied a number of requests for features, including a front-facing camera while upgrading the hardware in beautiful metal and glass.

Even as rumors of the next iPhone continue to spread across enthusiast sites, gadget blogs and more, the iPhone 4 continues to be highly imitated and respected as an engineering marvel.

Let's take a moment to look back at the iPhone, its major milestones and where experts and rumor sites feel like it is going next.

**iPhone - 2007**

The screen-centric design had been seen befor but never quite like this. Unlike most phones during the same time period such as the Blackberry and Palm Treo, the large display made the software the focus. The newly dubbed iOS featured a browser that worked like an actual browser and ushered in the era of "the app."



(Credit: Apple)

**iPhone 3G - 2008**

Apple's second generation release brought a sleeker design, ditching a lot of the metal for shiny black. This model gave the critics what they wanted: super fast 3G connectivity and additional software updates. The App Store continued to grow, which unlocked new ways of using the phone and launched entirely new categories of mobile software. AT&T was still Apple's exclusive partner in the U.S., and the popularity of the device caused the carrier to quickly build up its network to handle the increase in use.

**iPhone 3GS - 2009**

Largely carrying over the same design, the 3GS added quite a bit internally when released in October of 2009. Apple increased the speed of the processor, added support for OpenGL 2.0 for faster, better looking games. The addition of a compass for navigation and video recording support once again raised the bar for smartphones. We learned what oleophobic means (it is the coating added to resist fingerprints), while Voice Control was added though very few people used it.

**iPhone 4 - 2010**

Apple's latest model took everything to the next level and featured a brand new exterior that flattened the surface and caused Steve Jobs to declare it "the thinnest smart phone on the planet." Even a year later the phone continues to amaze users and critics with its Retina Display capable of a pixel density of 326 pixels per inch, an additional front facing camera, back facing LED light and much more. Facetime and additional software updates push the phone even further and early beta reviews of iOS 5 show a revolutionary jump, extending the life cycle even more.

**iPhone 5 - ?**

Contradicting a mountain of rumors pointing to an August release, Wall Street says we won't see a new device until mid 2012. Rumors range from a smaller handset to 4G connectivity to NFC (near field communication), the list goes on and on. The truth is we know nothing for sure. Leaks will no doubt happen as they have in the past, but even then, we're sure Apple will surprise and delight us with even more then we could have expected.

Want to know What's Trending? Check out the last episode of the What's Trending live show, featuring Weird Al Yankovic talking about what it takes to make a viral parody hit.