# Exhibit 26

- News | Web

- BIG NEWS:
- Google
- Hackers
- Twitter
- Mark Zuckerberg

Blackberry 101  More
Log in



Like
349K

This is the print preview: Back to normal view »

# iPad 2 Release Day: How To Get Apple's New Tablet



First Posted: 03/10/11 11:46 AM Updated: 03/11/11 11:38 AM

[Inspiring](#)
[Funny](#)
[Obsolete](#)
[Scary](#)
[Must-Have](#)
[Amazing](#)
[Innovative](#)
[Nerdy](#)

**Read More:** [Apple Store](#), [Apple Store Ipad](#), [Apple Stores](#), [Ipad 2](#), [Ipad 2 Lines](#), [Ipad 2 Release](#), [Ipad 2 Release 2011](#), [Ipad 2 Release Date](#), [Ipad 2 Release Date 2011](#), [Ipad 2 Release Date Price](#), [Ipad 2 Release Date Us](#), [Ipad 2 Release Day](#), [Ipad 2 Stores](#), [Ipad Lines](#), [Technology News](#)



The new [iPad 2](#) officially goes on sale Friday, March 11, and Apple has [released an announcement](#) with instructions on when and where consumers can buy the tablet.

Users can order the iPad 2 online via [Apple.com](#) starting at 1AM PT/4AM ET on Friday, March 11.

The "magical" tablet will be available at Apple stores throughout the U.S. (there are now 236 of them, Apple notes) starting at 5PM local time. Buying the iPad 2 in an Apple store comes with an extra perk: "Every customer who buys an iPad 2 at an Apple retail store will be offered free Personal Setup service, helping them customize their iPad 2 by setting up email, loading new apps from the App Store☐ and more, so they'll be up and running with their new iPad 2 before they leave the store," Apple explains.

Also starting at 5PM local time, the iPad 2 will be on sale at AT&T and Verizon Wireless stores, in addition to Best Buy, Target, Walmart and "Apple Authorized Resellers."

The iPad 2 starts at $499 (Wi-Fi only) and $629 (W-Fi + 3G).

Critics have just published their [reviews](#) of the tablet and they have good things to say. "As of now," Walt Mossberg of All Things Digital [writes](#), "I can comfortably recommend it as the best tablet for average consumers."

Not convinced by Apple's iPad? There are a slew of other tablets available and coming to market soon. We've highlighted [7 iPad alternatives](#) if you're looking for a non-Apple tablet.

Read our [review roundup here,](#) then check out [our guide to everything you need to know about the iPad 2.](#)

**Sponsored Links**

**Work At Home Jobs EXPOSED**
We investigated work at home jobs. What we found may shock you...
HomeJobManual.com

**eBay® Sporting Goods**
Find high quality sporting goods on eBay!
www.ebay.com

**Mortgage Rates Hit 2.75%**
Homeowners Are Using This Ridiculously Easy Trick To Pay Off Their Homes In Half The Time!
www.SeeRefinanceRates.com

**How Stressed Are You?**
You are not alone. Learn about the breakthrough program to beat stress
www.MeQuilibrium.com

**Buy a link here**