# Exhibit 33





## Samsung Galaxy S 4G Launching on Feb. 23 for $150
**ARTICLE DATE:** 02.14.11

By Sara Yin

T-Mobile on Monday announced that its first high-speed HSPA+ phone, the Samsung Galaxy S 4G, will launch on February 23 for $149.99 when you sign a two-year contract with Unlimited Web.

The price is net after instant and mail-in-rebates for a limited time period, and doesn't include tax and fees.

The Samsung Galaxy S 4G is T-Mobile's first high-speed HSPA+ 21 phone. It comes with an Android operating system, 1Ghz Samsung Hummingbird processor, and bright Super AMOLED screen.

See PC Mag's hands-on with the Samsung Galaxy S 4G.

Copyright (c) 2011 Ziff Davis Inc. All Rights Reserved.

.