# Exhibit 34

## Verizon's Samsung DROID Charge, Motorola DROID2 Release Dates Revealed

Copyright 2011 by Virgo Publishing.
http://www.channelpartnersonline.com/
By:
Posted on: 05/13/2011

PRINT

The Samsung DROID Charge, the 4G smartphone whose release date on <u>Verizon Wireless'</u> network was delayed as a result of problems on the operator's LTE network, is scheduled to go on sale Saturday, according to a report.

Verizon sales reps and techs have been asked to don Charge t-shirts if they are scheduled to work this weekend, Droid Life <u>says.</u> And that's not all – the Motorola DROID2, originally scheduled for release today, <u>is now said</u> to have a May 26 release date.

A Verizon spokesperson was not immediately available to confirm the report.

Last month, Verizon Wireless delayed the release of the DROID Charge – its second 4G smartphone – after its customers faced problems connecting to its high-speed LTE network.

Up until now, the HTC ThunderBolt has been Verizon's only 4G smartphone offering.

Basking Ridge, N.J.-based Verizon Wireless is rolling out a high-speed fourth-generation network across the United States to support the escalating demand for bandwidth-intensive services like Web-based entertainment.

A joint venture of Verizon Communications and Vodafone Group PLC, Verizon Wireless is the largest mobile operator in the United States with 88.4 million retail customers and 15.6 million wholesale and other connections.