# Exhibit 35

CNET Reviews
CNET Home
**Shop Motorola ATRIX 4G from AT&T**

- sign in with
- log in
- join CNET

- Home
- *You are here:*Reviews
- News
- Downloads
- Video
- How To

Search    Go

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories *Menu*
- Forums



Home • Apps • Devices • Discussions • How To • Rumors • Podcast

Search...

MAY 5, 2011 1:30 PM PDT

# Samsung Infuse 4G finally gets release date, pricing

by **Bonnie Cha**

   **47**

NEW YORK--We haven't heard a peep about the **Samsung Infuse 4G** since it was **first introduced at CES 2011**, and frankly, we were beginning to wonder if the **Android** smartphone would ever see the light of day, but it looks like its day has finally come.

**Samsung Infuse 4G (AT&T)**

At a special event in New York today, AT&T and Samsung announced that the Infuse 4G would be available starting May 15 for $199.99 with a two-year contract (no mail-in rebates).

Unlike the petite **HP Veer 4G**, which is also launching on that day, the Infuse sits on the opposite side of the size spectrum with its massive 4.5-inch Super AMOLED Plus touch screen. The rectangular slab is admittedly large, but it's only 8.9mm thin, so despite its looks, the phone feels rather manageable once in hand.



Never one to shy away from making bold claims, Samsung says the Infuse 4G is the thinnest smartphone available in the U.S., but we're more impressed with the fact that it doesn't feel so plasticky and slick like the first-generation of **Galaxy S phones**. The textured surface on back goes a long way in giving the Infuse a more high-quality feel.

The main attraction of the Infuse 4G though is the Super AMOLED Plus display. It offers 50 percent more subpixels than previous generation of Super AMOLED touch screens, so you get better contrast and outdoor visibility. The display is noticeably sharp and vibrant, but even more so, when you put it next to one of the older Galaxy models.

The Samsung Infuse 4G also steps it up a notch with a 1.2GHz processor and 16GB of internal memory. It will also be the first HSPA+ Category 14 (21Mbps) 4G phone for AT&T and it's HSUPA-enabled at launch. The smartphone will ship running Android 2.2.1 with the TouchWiz overlay, but Samsung would not comment on future software updates. You do, however, get a special edition of Angry Birds preloaded on the device. The version includes a special level that, once completed, will unlock a "Golden Egg" that will lead you to a Web site where you can register to win free prizes from Samsung.

Other features include an 8-megapixel camera with 720p HD video recording and a front-facing 1.3-megapixel camera for video calls. AT&T is also offering another little extra by including a $25 credit voucher to use with Samsung's Media Hub video store for the first 500,000 customers.

We got a preview of the Samsung Infuse 4G before the event, so check out our photo gallery and First Look video for some hands-on impressions and look for our full review in a few days. As always, feel free to leave your thoughts in the comment section below.

## Samsung Infuse 4G hands-on (photos)



Recommend  58             47         Share  3

  **Bonnie Cha**
E-mail Bonnie Cha    Like  328

Bonnie Cha is a senior editor for CNET, covering smartphones. When she's not testing the latest gadgets, you can find her chasing after her crazy lab or surfing in the chilly waters of Northern California.

- Reviews
  - All Reviews
  - Camcorders
  - Car Tech
  - Cell Phones
  - Digital Cameras
  - GPS
  - Laptops
  - TVs

- News
  - All News
  - Business Tech
  - Crave
  - Cutting Edge
  - Green Tech
  - Security
  - Wireless

- Downloads