Exhibit 36

- News
- Web

- BIG NEWS:
- Google

- Hackers
- Twitter
- Mark Zuckerberg

Blackberry 101  More
Log in

# HUFFPOST TECH

Search News and Topics

Like
349K

Like · 348K

This is the print preview: Back to normal view »

# Samsung Galaxy Tab REVIEW ROUNDUP: Critics React To iPad's 7-Inch Android Challenger (PHOTOS)

**The Huffington Post**  | Catharine Smith First Posted: 11-11-10 02:03 PM   | Updated: 11-11-10 02:05 PM

**Read More:** Android, Android Tablet, Galaxy Tab, Galaxy Tab Review, Samsung Galaxy Tab, Samsung Galaxy Tab Review, Samung, Slidepollajax, Technology News

**share this story**

Like

29 likes. Sign Up to see what your friends like.

13
8
0

0

The 7-inch Samsung Galay Tabs are now available from from T-Mobile and Verizon, Engadget reports. AT&T, Sprint, and U.S. Cellular will offer the device "soon," according to Samsung's website.

Samsung's iPad competitor runs Google's Android smart phone software, sports front and rear-facing cameras, and plays Flash video from the Web. Steve Jobs himself criticized 7-inch tablets, calling them "too small" and "DOA, Dead on Arrival."

Critics are also raising concerns over the Tab's price tag, which varies slightly by carrier. T-Mobile, for example, offers the device for $399 with a two-year contract, $599 without.

Reviewers have had their hands on the Tab, and the verdicts are in. We've sampled reviews from Wired, New York Times, Gizmodo, Wall Street Journal, Engadget, PCWorld, TIME, and CrunchGear and Pocket-Lint. See who picked and who panned the 7-inch Samsung Galaxy Tab in our slideshow (below). For a hands-on look at the Samsung Galaxy Tab, click here.

Get HuffPost Technology On Twitter and Facebook! Know something we don't? E-mail us at technology@huffingtonpost.com

**Sponsored Links**

**Don't Pay For Home Repair**
Homeowners in California Get A Full Coverage Home Warranty Program.
www.life-stylechoices.com

**eBay® Sporting Goods**
Find high quality sporting goods on eBay!
www.ebay.com

**Penny Stock Jumping 3000%**
Join our 100% Free Newsletter & get Penny Stock Picks that jump high!
www.AwesomePennyStocks.com

**"Best Diet Pills of 2011"**
Which Diet Pills Really Work? Updated 2011 Expert & Consumer Ratings.
www.ConsumerDietRatings.org

**Buy a link here**

FOLLOW US

- 
- 
- 
- 
- 
- 
- 

Connect with your friends
Check out stories you might like,
and see what your friends are sharing!



[Most Popular on HuffPost](#)
oNBrUfXCPoWEUDIdbS%2BfJFHhc1cEWypR4s4E20igyhr7d5Iq5M9V7XHgD%
2FsTnJHUiDeItPAKxMR7RWT9aC96yOdtAVXXPU8g tXLojZBbhxqq%2Fiir98mU6LcqnqojtS3K3JP96nUDfNT%
2FH38rEuHsjD46dE60JkoG%2BTLXqXFpzT9uuza11BxkhmF03fSLkxo
1 of 2



[Mark Halperin SUSPENDED For Calling Obama 'D*ck' (VIDEO)](#)
[Like](#)
11K

[image]

['To Catch A Predator' Host Chris Hansen Caught Cheating... By Hidden Camera: Report](#)
[Recommend](#)
28K