# Exhibit 37



Everything iPad on TUAW



| MAIL

| **MANGO PREVIEW** | **WWDC 2011** | **E3 2011** | **COMPUTEX 2011** | AS |

FILED UNDER  *Tablet PCs*

# Samsung Galaxy Tab 10.1 on sale at NYC Best Buy today, pre-orders now open

*By Vlad Savov* posted Jun 8th 2011 5:11AM





The Galaxy Tab 10.1 is finally among us. At noon Eastern Time today, Best Buy's New York City store at Union Square will start selling Samsung's extra-slim 10-inch Tegra 2 tablet, with the first 200 buyers also receiving a matching leather pouch to store their *precious* inside of. Geographically challenged Android tablet lovers will also be able to pre-order the Tab 10.1 from Best Buy today (eventually, the pre-order button doesn't currently work) and widespread US availability is still expected on June 17th. Pricing isn't explicitly listed on Best Buy's landing page, but we presume it's the same as we've been told earlier: $499 for the 16GB or $599 for the 32GB WiFi-only versions. If you can't live without some LTE goodness in

your mobile life, Verizon's also promised pre-orders for the 4G-capable Galaxy Tab 10.1 today, though that costs a far less palatable $530 (16GB) and $630 (32GB) *on top of* a two-year data contract.

[Thanks, Jack and Arturo]

**Update:** Best Buy has sorted out its systems and all four WiFi variants (black or white, with 16GB or 32GB storage) are up for pre-order.

SOURCE *Best Buy*

322

3   | Like |   89 people like this. Be the first of your friends.   89   **178**   6

*1ghz*, *4g*, *android*, *availability*, *best buy*, *BestBuy*, *dual-core*, *galaxy tab*, *galaxy tab 10.1*, *GalaxyTab*, *GalaxyTab10.1*, *honeycomb*, *launch*, *lte*, *new york city*, *NewYorkCity*, *nyc*, *on sale*, *OnSale*, *pre-orders*, *release*, *samsung*, *slate*, *tablet*, *tegra 2*, *Tegra2*, *verizon*

Login below to leave a comment:

## Add New Comment

Powered by DISQUS

Type your comment here.