Exhibit 38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>APPLE INC., )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>NOKIA CORPORATION and NOKIA INC., )<br>)<br>Counterclaim-Defendants. )<br>_____ ) | C.A. 09-791-GMS<br><br>**JURY TRIAL DEMANDED** |

## APPLE INC.'S ANSWER, DEFENSES, AND COUNTERCLAIMS

### INTRODUCTORY STATEMENT

1. This is Apple Inc.'s ("Apple") responsive pleading under Fed. R. Civ. P. 12, and contains Apple's defenses and Apple's counterclaims pursuant to Fed. R. Civ. P. 13.

2. Apple responds to the allegations contained in the numbered paragraphs of Nokia's Complaint below, but first provides this brief overview of its response. With respect to Nokia's claims of infringement (a) Apple denies that it infringes any valid claim of the patents identified in Counts I – X of Nokia's Complaint ("Nokia Asserted Patents"), (b) Apple denies that the Nokia Asserted Patents are essential to any standard, but to the extent that they are construed by the Court as essential, Apple asserts that Nokia is obligated by commitments it

Case 5:11-cv-01846-LHK Document 87-38 Filed 03/01/11 Page 3 of 5

231. Nokia reviewed Apple's patent portfolio prior to its filing of this action, and, in addition, Apple has identified various specific patents to Nokia prior to Nokia's commencement of this lawsuit.

232. Nokia has engaged in and/or is now engaging in willful and deliberate infringement of the '034 Patent that justifies an increase of up to three times the damages to be assessed pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

233. Nokia's continued infringement of the '034 Patent has and will continue to cause irreparable harm.

### THIRTY-FOURTH CAUSE OF ACTION

### (Infringement of U.S. Patent No. 7,469,381 B2)

234. Apple repeats and realleges the allegations of the preceding counterclaim Paragraphs 1 – 97 as if set forth fully herein.

235. On December 23, 2008, the USPTO duly and legally issued U.S. Patent No. 7,469,381 B2 (the "'the '381 Patent") entitled List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display. A copy of the '381 Patent is attached as Exhibit H. By assignment, Apple has acquired and continues to maintain all rights, title, and interest in and to the '381 Patent, including the right to sue and collect for damages for past infringement.

236. Nokia has infringed and continues to infringe at least one claim of the '381 Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling, offering for sale and/or importing into the United States products and/or services that infringe one or more of the claims of the '381 Patent, contributorily where the direct infringement occurs by the activities of the end users of the products or services, by inducement where the direct

m. Award to Apple damages for Nokia's infringement with interest, as well as costs (including expert fees), disbursements, and reasonable attorneys' fees incurred in this action, pursuant to 35 U.S.C. § 285;

n Award Apple treble damages pursuant to 35 U.S.C. § 284; and

o. Grant such further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Apple hereby demands trial by jury on all issues so triable raised by the Complaint or by this Counterclaim.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William F. Lee
WILMERHALE
60 State Street
Boston, MA 02109
Tel: 617 526 6000

Mark D. Selwyn
WILMERHALE
1117 California Avenue
Palo Alto, CA 94304
Tel: (650) 858-6000

Kenneth H. Bridges
Michael T. Pieja
WONG CABELLO
540 Cowper Street
Suite 100
Palo Alto, CA
Tel: (650) 681-4475

Dated: December 11, 2009
945916 / 35035

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 11, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 11, 2009, the attached document was electronically mailed to the following person(s)

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Patrick J. Flinn
John D. Haynes
Keith E. Broyles
Mark A. McCarty
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
patrick.flinn@alston.com
john.haynes@alston.com
keith.broyles@alston.com
mark.mccarty@alston.com

Alan L. Whitehurst
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
alan.whitehurst@alston.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

941557/35035