Exhibit 44

PRODUCTS         BUSINESS              APPS                        SUPPORT         MY ACCOUNT

Home >Cell Phones >

Galaxy S™ 4G Android Smartphone                                                                    73

SGH-T959V       175 REVIEWS                           OVERVIEW   FEATURES   SPECS   GALLERY   REV

Faster Downloads, Uploads and Web Browsing at 4G Speeds

Video Chats without Buffering

1.0 GHz Processor for Accelerated Multitasking

Responsive and Brilliant Super AMOLED™ Display



Please check with an authorized Samsung retailer for price information

**SHOP**

Prices for online and local retailers near you.

## Product Features    See All Features

**Faster Downloads, Uploads and Web Browsing at 4G Speeds**

You're never without a range of instant and endless entertainment options when you have your Galaxy S™ 4G. Download and immediately start watching all your favorite movies and TV shows from the Samsung Media Hub. Video games and websites with Flash content are never a problem. With expandable memory of up to 32GB and a larger battery, you will easily have plenty of space and time to enjoy all your favorite pictures and media.

**Video Chats without Buffering**

Stay constantly connected with friends and family from practically anywhere, thanks to the front facing camera with QIK, the popular video chat app from Skype specifically for Android OS based devices. And there's no need for any buffering with T-Mobile's all new 4G network, perfect for video chats. The Galaxy S™ 4G's 5.0 Megapixel rear facing camera shoots sharp photos and HD videos with excellent resolution.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

## Specificati


Platform
HSDPA 
5.76Mbp


Platform
Android 

Display
4" Displa


Display
Touch S

Color
Charcoa


Connectivi
Wi-fi Cor


Size
4.82 x 2.