# Exhibit 45

NEWS ABOUT SAMSUNG LOGIN
PRODUCTS BUSINESS APPS SUPPORT MY ACCOUNT Search

Home >Cell Phones >

# Samsung Infuse™ 4G Smartphone

48 Like 1K SHOP

SGH-I997 141 REVIEWS

OVERVIEW FEATURES SPECS GALLERY REVIEWS ACCESSORIES SUPPORT

**The Nation's Thinnest 4G Smartphone**

Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology

Full Suite of Entertainment ON-THE-GO Including Media Hub

8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front -Facing Camera

Please check with an authorized Samsung retailer for price information

SHOP

Prices for online and local retailers near you.




Samsung INFUSE™ 4G

# Super slim. Super Smart.

Get access to over 150,000 Android apps on the nation's thinnest 4G smartphone.

Print This

## Product Features

See All Features

## Specifications



Carrier
AT&T

Platform
Android 2.2, Froyo

Display
4.5" Display

Display
Touch Screen

Color
Caviar Black

Connectivity
Wi-Fi

Size
5.2" x 2.8" x .35"

See Full Specs

**The Nation's Thinnest 4G Smartphone**

The Infuse 4G is Samsung's thinnest smartphone at just 8.99 mm at its thinnest, so it's easy to slip into a purse or pocket. You'll have access to over 150,000 Android apps, allowing you total freedom to create your own customized collection of apps to fit your individual lifestyle.




**Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology**

To a smartphone, the screen is critical. The Infuse™4G gives you the largest touch screen on any Samsung phone. Samsung screens have a reputation for brilliant color, and the Infuse 4G's 4.5" Super AMOLED™ Plus screen exhibits our latest innovations. The screen gives you a full spectrum of rich, vivid color with high color contrast, for an incredible cinematic experience. The screen's amazing luminance allows you to easily read the display even in daylight. With its brilliant color and thin design, the Infuse 4G is fantastic for social messaging, outstanding browsing and entertainment on-the-go.

**Full Suite of Entertainment ON-THE-GO Including Media Hub**

With the Infuse 4G, you're only seconds away from being able to watch hit movies and TV shows from Samsung Media Hub. It's your best entertainment experience on-the-go in a handheld device. And there is a 2GB microSD card that comes pre-loaded with this summer's hottest movie trailers. With the brilliant color and sound, videos and TV shows come to life. Once you choose a movie or show to watch, the content can be shared with up to four other devices.

You also get a free $25 Media Hub movie credit from Samsung with your Infuse 4G phone purchase, good towards movie rentals or purchases. Read about the Media Hub credit, details and restrictions.

## Owner Reviews See All

**Overall:** Features: Performance: Design: Value:

## Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Get Carried Away with the Infuse 4G

## Watch Anything, On Us

We'll start your movie library. Get $25 to spend at the Media Hub with your Infuse 4G. **Read about**



the Media Hub credit, details and restrictions.



## ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. See how to step up your game.




## Accessories See All



HM1700 Bluetooth Headset Kit, Black
BHM1700NDACSTA
(0)
$39.99
SHOP Learn More



HM1700 Bluetooth Headset Kit, MagentaBHM1700NPAC
BHM1700NPACSTA
(0)
$39.99
SHOP Learn More

HM3700 Bluetooth Headset Kit, Gray
BHM3700NDACSTA
(0)
$59.99
SHOP Learn More



HS3000 Bluetooth Stereo Headset kit, Black
BHS3000NBACSTA
(0)
$59.99
SHOP Learn More






## TV Remote App



Control your TV with your Galaxy devices.

## For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**
Get the most out of every feature.

**Visit Support page**
Get help and learn more.

**Troubleshooting**
Help with any issues, big or small.

**Register this Product**
Exclusive owner benefits.

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of Infuse 4G may vary.

Features and specifications are subject to change without prior notification

About Samsung
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray & DVD Players
Home Projectors
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook

**Photo**
Cameras
Camcorders

**Computing**
Laptops
Chromebook
Monitors
Printers
Projectors
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges

Find product support
Register your product
Get downloads
Owner benefits
Contact us

Search

Business Apps Privacy Legal Sitemap RSS USA / English Like 4

Copyright © 1995-2011 SAMSUNG All rights reserved.