Exhibit 46

NEWS  ABOUT SAMSUNG  LOGIN

| PRODUCTS | BUSINESS | APPS | SUPPORT | MY ACCOUNT | Search |

Home > Cell Phones >

## Droid Charge Smartphone

75   Like  648   SHOP

SCH-I510    85 REVIEWS    **OVERVIEW**  FEATURES  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

**Slimmest 4G LTE Smartphone on Verizon's lightning fast network**

4.3" Super AMOLED™ Plus Touch Screen Display

Android™ 2.2 Platform

Loaded with Multimedia and Entertainment



Please check with an authorized Samsung retailer for price information

SHOP

Prices for online and local retailers near you.

# So slim so you can do it all

Search for favorite songs—then jog while listening to them. Light, elegant design will keep you going.

Print This

## Product Features  See All Features

**Loaded with Multimedia and Entertainment Features**

Having the Droid Charge is like having your own portable entertainment headquarters. You'll have access to Samsung Media Hub with tons of hit movies and TV shows. You can enjoy fast-paced video games with no lag time. There is an expansion slot that increases your storage capacity to 32 GB, for storing all your favorite movies, songs, and games.



**Slim Design – Easy to hold with a streamlined form factor**

The Charge is slim and stylish, and not at all bulky like so many other smartphones. It fits easily into a pocket or purse. Its thin, elegant design is also easy to carry while jogging or exercising to enjoy your favorite music.

**4.3" Super AMOLED Plus Touch Screen Display**

Samsung is clearly the world leader in screen technology. This large 4.3" Super AMOLED™ Plus screen will amaze you with its vivid color and brilliant detail. The contrast and brightness are richer and more true to life than other leading smartphones. Your videos will be more enjoyable, and video games will be more exciting to play – even in full daylight.

## Specifications

 Carrier
Verizon

 Platform
Android 2.2, Froyo

 Display
4.3" Display

 Display
Touch Screen

Color
Mirror Gray

Size
5.11" x 2.66" x 0.46"

See Full Specs

## Owner Reviews  See All

**Overall:**        Features:        Performance:        Design:        Value:

Case 5:11-cv-01846-LHK   Document 87-46   Filed 07/01/11   Page 3 of 4

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW**

## The Droid Charge: Flying in at 4G Speed



## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, app compatibility and more. **See its superior specs.   Read the rave review.**



## Watch Anything, On Us

We'll start your movie library. Get $25 to spend at the Media Hub with your Droid Charge. **Read about the Media Hub credit, details and restrictions.**



## Accessories  See All



**HM1700 Bluetooth Headset Kit, Black**
BHM1700NDACSTA

(0)

**$39.99**

SHOP     Learn More



**HM1700 Bluetooth Headset Kit, Magenta** BHM1700NPAC
BHM1700NPACSTA

(0)

**$39.99**

SHOP     Learn More



**HM3700 Bluetooth Headset Kit, Gray**
BHM3700NDACSTA

(0)

**$59.99**

SHOP     Learn More



**HS3000 Bluetooth Stereo Headset kit, Black**
BHS3000NBACSTA

(0)

**$59.99**

SHOP     Learn More



## Dazzle Your Devices

Skin all your devices with cool designs or your very own photos.

**Shop Skinit®**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

---

LTE is a trademark of ETSI. 4G LTE as used in connection with the Droid Charge by Samsung refers to the Droid Charge operating on Verizon Wireless 4G LTE network. Coverage not available everywhere.DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.Android, Google Maps, Google Goggles, and Android Market are trademarks of Google, Inc. Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.Screen images simulated. Appearance may vary.

Features and specifications are subject to change without prior notification

| | TV + Video | Mobile | Photo | Computing | Home Appliances | |
|---|---|---|---|---|---|---|
| About Samsung | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Find product support |
| Careers | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Register your product |
| Sustainability | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Get downloads |
| News | Home Theater Systems | Laptops | | Printers | Dishwashers | Owner benefits |
| Investor Relations | | Chromebook | | Projectors | Ranges | Contact us |
| | | | | Memory & Storage | | |

Search

Business   Apps   Privacy   Legal   Sitemap   RSS   USA / English   Like   4

Copyright © 1995-2011 SAMSUNG All rights reserved.