Exhibit 52

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5
     APPLE INC., A CALIFORNIA     )  C-11-01846 LHK
 6   CORPORATION,                 )
                                  )  SAN JOSE, CALIFORNIA
 7               PLAINTIFF,       )
                                  )  MAY 12, 2011
 8          VS.                   )
                                  )  PAGES 1-52
 9   SAMSUNG ELECTRONICS CO.,     )
     LTD., A KOREAN BUSINESS      )
10   ENTITY; SAMSUNG              )
     ELECTRONICS AMERICA,         )
11   INC., A NEW YORK             )
     CORPORATION; SAMSUNG         )
12   TELECOMMUNICATIONS           )
     AMERICA, LLC, A DELAWARE     )
13   LIMITED LIABILITY            )
     COMPANY,                     )
14                                )
                 DEFENDANTS.      )
15   _____

16            TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE
18
19
20            APPEARANCES ON NEXT PAGE
21
22
23
24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                    CERTIFICATE NUMBER 9595
25

                                                           1
```

```
 1

 2    A P P E A R A N C E S:

 3    FOR THE PLAINTIFF:   MORRISON & FOERSTER
                           BY:  HAROLD J. MCELHINNY,
 4                              MICHAEL A. JACOBS,
                                JASON R. BARTLETT, AND
 5                              GRANT L. KIM
                           425 MARKET STREET
 6                         SAN FRANCISCO, CALIFORNIA   94105

 7    ALSO PRESENT:        MAUREEN MCCALL AND JAMES WITT

 8

 9    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART,
                           OLIVER & HEDGES
10                         BY:  CHARLES K. VERHOEVEN AND
                                ERIK C. OLSON
11                         50 CALIFORNIA STREET, 22ND FLOOR
                           SAN FRANCISCO, CALIFORNIA   94111
12
                           BY:  VICTORIA F. MAROULIS AND
13                              KEVIN P.B. JOHNSON
                           555 TWIN DOLPHIN DRIVE
14                         SUITE 560
                           REDWOOD SHORES, CALIFORNIA   94065
15

16

17

18

19

20

21

22

23

24

25
                                                              2
```

1                    OKAY.  GO AHEAD, PLEASE.

2                    MR. VERHOEVEN:  SINCE THERE'S NO

3    OBJECTION, COULD I -- MAY I HAND UP THESE SLIDES,

4    YOUR HONOR?

5                    THE COURT:  YES, PLEASE.

6                    (PAUSE IN PROCEEDINGS.)

7                    MR. VERHOEVEN:  AND AS TO THE ISSUE OF

8    TIME GOING PAST, YOUR HONOR, ON SLIDE 2, WE JUST

9    PUT THE BASIC CASE LAW THAT I'M SURE YOUR HONOR IS

10   AWARE OF.

11                   IF YOU WAIT TOO LONG BEFORE YOU FILE A

12   PRELIMINARY INJUNCTION MOTION, YOU CAN'T SHOW

13   IRREPARABLE HARM AS A MATTER OF LAW.

14                   AND HERE ON SLIDE 3, YOUR HONOR, WE PUT

15   FORTH THE ACCUSED PRODUCTS AND WHEN THEY WERE

16   RELEASED AND ANNOUNCED, AND YOU'LL SEE, YOUR HONOR,

17   THAT THE GALAXY -- ON SLIDE 3, THE GALAXY S WAS

18   FIRST ANNOUNCED IN MARCH OF 2010, NO PRELIMINARY

19   INJUNCTION.

20                   RELEASED IN THE U.S., THE FIRST MODEL IN

21   THE U.S., THE GALAXY S VIBRANT WITH T-MOBILE

22   JULY 15TH, 2010.  NO PRELIMINARY INJUNCTION MOTION.

23                   THE GALAXY S CAPTIVATE WITH AT&T,

24   JULY 18TH, 2010; THE GALAXY S EPIC 4G WITH AT&T,

25   AUGUST 31, 2010; THE GALAXY S FASCINATE,

1  SEPTEMBER 9, 2010; GALAXY S MESMERIZE WITH U.S.
2  CELLULAR, OCTOBER 27TH, 2010; GALAXY S CONTINUUM,
3  VERIZON, NOVEMBER 11, 2010.
4          WHEN DID THEY SUE?  NOT UNTIL APRIL 15TH,
5  2011.  NO SEEKING OF A PRELIMINARY INJUNCTION.
6          THESE ARE THE -- THIS IS -- IF YOU READ
7  THEIR MOTION PAPERS, YOUR HONOR, THE THING THAT
8  THEY'RE ACCUSING AND SAYING THAT THEY WANT TO GET
9  EXPEDITED DISCOVERY TO MOVE FOR A PRELIMINARY
10 INJUNCTION ON, YOU CAN SEE THAT THIS SAME BASIS
11 THAT THEY'RE MOVING ON THEIR PAPERS THEY WOULD
12 ARGUE, AND HAVE ARGUED IN THEIR COMPLAINT, AS TO
13 ALL OF THESE PRODUCTS.
14         UNDER BLACK LETTER LAW, THERE'S NO WAY
15 THEY CAN SHOW IRREPARABLE HARM BECAUSE OF THIS
16 DELAY.
17         AND, YOU KNOW, YOUR HONOR, IN THE MOTION
18 PAPERS ON THEIR REPLY, WHAT I READ WAS APPLE
19 SAYING, "YOU GUYS, THE STANDARD ISN'T IRREPARABLE
20 HARM, THE STANDARD IS GOOD CAUSE."
21         OKAY, FINE.  WHAT'S YOUR GOOD CAUSE?
22         WELL, THEIR GOOD CAUSE IS THEY WANT TO
23 FILE A PRELIMINARY INJUNCTION MOTION.
24         WELL, IN ORDER FOR THEM TO HAVE ANY
25 COLORABLE BASIS FOR A PRELIMINARY INJUNCTION

```
 1
 2
 3
 4                    CERTIFICATE OF REPORTER
 5
 6
 7
 8           I, THE UNDERSIGNED OFFICIAL COURT
 9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13           THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22
23                        /S/
                          _____
24                        LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
25
```

52