Exhibit 3

www.usatoday.com | THE NATION'S NEWSPAPER | 75 CENTS

**FINAL SCORES**



UCLA's Arron Afflalo: No. 1 until loss to Oregon. *By Michael Conroy, AP*

### Pacific but not peaceful
- For some, rough-and-tumble Pac-10 is 'best league in the country' for men's hoops, 1C

# USA TODAY
### NO. 1 IN THE USA

### Apple wants to rock your phone
- CEO Steve Jobs unveils the long-anticipated iPhone, which combines a mobile phone, widescreen iPod and Internet access in a thin, handheld device, 1, 4B


*Apple via AP*

**Wednesday, January 10, 2007**

# Newsline
■ News ■ Money ■ Sports ■ Life

## Carmakers' hopes on stage

- Camaro concept car, left, part of drama at Detroit show, 1B
- Five power players, 3B

*Bloomberg News*

### GenNext defines itself
18- to 25-year-olds focus on riches, fame, survey shows, 1-2D

*By Santa Fabio for USA TODAY*

Kristine Molina: University of Michigan grad student, 23, hopes to be "influential figure."

 
*Reuters / US Presswire*

## Ripken, Gwynn make Hall
- Cal Ripken, left, gets third-highest vote yet for Cooperstown. Tony Gwynn, right, safely in; Mark McGwire far back, 1, 4C


*By Bob Riha Jr., USA TODAY*

## Fire destroys Malibu homes
- Calif. damage in millions; homeowner Suzanne Somers sees 'glass half-full,' 3A

### Changes in homeland security sought
Democrats' bill aims to tighten security at ports and on planes, improve emergency planning and prevent terrorist attacks. 5A.

■ **Money: Tax collection effort assailed**
Report calls for end to IRS' hiring of private collection firms, saying move is "fatally flawed" by high costs and security risks. 1B.
▶ United Airlines wins government approval to begin service between Washington and Beijing. 3B.

■ **Sports: What home-field advantage?**
In NFL playoffs, there may be no clear winner. 1C.

■ **Life: FDA aims at unapproved drugs**
Agency plans aggressive effort to get the medications off the market; companies defend products. 8D.

*By John O. Buckley*

■ Stocks end day slightly mixed

---

Size of U.S. force in Baghdad could double: Soldiers from the U.S. Army's 2nd Battalion, 17th Field Artillery Regiment get ready to monitor a mosque during Friday prayers in Baghdad on Dec. 29. *By Darko Vojinovic, AP*

# Questions fill the air as Bush speaks on Iraq

### President plans to boost troop numbers; neither party united on a position

*By Tom Vanden Brook and Jim Michaels*
*USA TODAY*

WASHINGTON — In a pivotal moment of his six years in the White House, President Bush goes before the nation tonight to announce a strategy to salvage the most controversial decision of his presidency: the 2003 invasion of Iraq.

As Bush made last-minute preparations Tuesday for the 9 p.m. ET address, opposition to emerging details about his intention to increase the number of U.S. troops in Iraq appeared to grow.

"The escalation, whether it is called a 'surge' or any other name, is still an escalation," said Sen. Edward Kennedy, D-Mass. He said Tuesday that he would introduce legislation to bar Bush from using any money to increase troop levels in Iraq without congressional approval.

In a briefing with congressional leaders Monday, Bush said up to 20,000 extra troops would be sent to Baghdad and to Anbar province in the west, a base of the mostly Sunni insurgency, Sen. Kay Bailey Hutchison, R-Texas, and others said. The reinforcements could double the number of U.S. forces in the capital.

Bush is also considering turning over responsibility for security in all provinces to Iraqis by November, three administration officials briefed on the proposal said Tuesday. They asked not to be identified because the details of the plan were not

**Cover story**

**Fierce battle**
■ In central Baghdad, 2A

Please see COVER STORY next page ▶

# Coming to an airport checkpoint

---

# El Niño gives USA its hottest year in '06

## Climate change enters as a factor

*By Patrick O'Driscoll*
*USA TODAY*

DENVER — Last summer's deadly heat wave and a balmy December helped make 2006 the warmest year ever recorded in the USA, federal climate officials announced Tuesday.

The National Climatic Data Center says factors include the El Niño climate pattern and "the long-term warming trend" of climate change, due in part to "greenhouse gases." The center says the warmth made drought more severe in the Plains and parts of the West. Wildfire agencies say it helped make it the worst wildfire season ever, with 9.8 million acres burned.

"There's no denying that climate change is occurring, and warmer winters and warmer years are more common for that reason," says Jay Lawrimore, monitoring chief for the center, which keeps the nation's weather records. "What we're seeing (in 2006) is just becoming so much more common."

New York City, still without snow this winter, last week broke a 129-year record for latest date for the first snowfall. In the Northeast, ski resorts report little snow and temperatures too warm to make artificial snow.

Temperatures were above normal even in Colorado, where major snowstorms before Christmas and New Year's paralyzed Denver and socked the Great Plains. The city's average reading for December was still 1.4 degrees warmer than usual.

A side benefit: Residential energy demand for heating was 13.5% lower than normal for October through December, the center said.



**Hot years**

Warmest average temperatures recorded in the USA:

| Year | Temp |
|---|---|
| 2006 | 55.01 |
| 1998 | 54.94 |
| 1934 | 54.91 |
| 1999 | 54.53 |

# Apple unveils all-in-one iPhone

## Combines Net, music, phone

By Jon Swartz
USA TODAY

SAN FRANCISCO — Apple on Tuesday introduced iPhone, a new cellphone version of its iPod portable music player that its iconoclastic CEO Steve Jobs called among the company's most important products ever.

"Apple is clearly redefining the phone," Jobs said in an interview after unveiling the iPhone at the sprawling Macworld conference here. "People will not look at smart phones the same way again."

### Technology

The handheld device, priced at $499 and $599, packs the features of an iPod, cellphone and Internet service onto a 3.5-inch screen. New technology, called Multi-Touch, lets consumers use their fingers to make calls, play content and troll the Web. The iPhone won't be available until June.

"This is a revolutionary product that has the chance to really impact people's lives," said Jobs, comparing the iPhone to the original Macintosh and iPod. "This is the ultimate digital device."

Jobs demonstrated how iPhone users will be able to make calls while viewing content on the Web and exchanging e-mail — at the same time.

Underscoring the sweep of the event, Apple announced an exclusive deal with Cingular. Apple also said it is dropping "Computer" from its name.

Apple expects the all-in-one device — which houses Apple's OS X operating system and Google Maps, among several features — to make an immediate impact in the burgeoning market for cellphones worldwide. Jobs predicted Apple will sell about 10 million iPhones, or about 1% of the worldwide market, by 2008.

The iPhone has been in development for 2½ years, and the subject of speculation for months. While tech analysts expect the iPhone to make an immediate splash with iPod devotees, there are concerns its steep price and five hours of battery life may scare off others. "Initially, I'm sure there are people who want one regardless of the price," says Charles Golvin, principal analyst at Forrester Research. "Still, 10 million is an ambitious goal."

The iPhone could get more people to buy iPods, tech analysts say. Jobs says Apple expects to ship its 100 millionth iPod this year.

The iPhone dominated most of Jobs' two-hour speech, a combination pep rally and product introduction. Earlier, Jobs unveiled Apple TV, hardware that plays video, music and photos on televisions. It is $299, and ships in February.

Apple shares rose 8% to close at a record $92.57 Tuesday.

The product blitz comes amid a stock-option scandal, and the role Jobs played. Last month, Apple said an internal investigation found no misconduct by current management and said it has "complete confidence" in Jobs.

## Apple's iPhone: What does it do?

**Phone**
Sleek touch-screen eliminates cumbersome buttons; "visual" voice mail lets you choose which message to listen to; simple conference calling.

**iPod**
Full iPod functionality — music, video, photos; scroll album art with Cover Flow.

**Camera**
Photo library syncs with Mac or PC.

**Web access**
View full Web pages or zoom in; free "push" e-mail from Yahoo.



### For techies
**Size:** 4.5 by 2.4 by 0.46 inches
**Weight:** 4.8 ounces
**Camera phone:** 2 megapixels
**iPod:** 3.5-inch wide screen with touch controls
**Internet:** HTML e-mail and Safari Web browser with built-in Google and Yahoo search
**Wireless:** Wi-Fi (802.11b/g) + Edge + Bluetooth 2.0
**Battery:** Up to 5 hours, talk/video/browsing; up to 16 hours, audio playback

▶ New iPhone offers lots of goodies. page 4B

### Cost & storage
**$499:** 4 gigabytes
**$599:** 8 gigabytes

Source: Apple

This material may be protected by Copyright law (Title 17 U.S. Code)

4B · WEDNESDAY, JANUARY 10, 2007 · USA TODAY

## Macworld/Consumer Electronics Show

# Apple packs all kinds of high-tech goodies into iPhone

### In addition to iPod, there's e-mail, camera

By Edward C. Baig
USA TODAY

LAS VEGAS — With its long-anticipated iPhone, Apple is hoping to do to the wireless industry what it has already done to the music business: Rock it.

The iPhone is certainly a looker: super thin, touch-screen, closer in appearance to a Nano than a Treo. It combines a mobile phone, widescreen iPod and Internet capabilities.

At $499 for a 4-gigabyte version and $599 for 8 GB, the devices won't be cheap. You'll be able to buy them online or at retail stores through Apple and Cingular, the wireless carrier for the phone. Service plans will be announced before the phone is available in June.

The details:



New gadget: Apple CEO Steve Jobs introduces the Apple iPhone during his keynote address Tuesday at Macworld in San Francisco.
By John G. Mabanglo, epa



**A record high**
Apple shares closed Tuesday at an all-time high. Annual closes:

Tues.: $92.57
$6.56
'97      '07

Sources: Investor.com, USA TODAY research
By Marcy E. Mullins, USA TODAY

▶ **Apple's Steve Jobs introduces the iPhone, 1B**

▶ **As an iPod.** Using your finger, you can navigate the device's 3.5-inch display. You can watch podcasts, TV shows, movies — and, of course, listen to music and audiobooks. You can also rapidly scroll through album covers using the clever Cover Flow feature on iTunes. But you cannot wirelessly download music purchased off iTunes. Instead, you connect or dock the device as with any iPod.

▶ **As a phone.** Touch a name or number in your address book to dial the phone. Or you can use a virtual onscreen keypad. You can synchronize contacts from a PC or Mac and create a favorites list of the folks you frequently call. A nifty visual voice-mail feature lets you jump to the messages you most care about and ignore others. And you can send short text messages using a virtual touch-screen "qwerty" keyboard.

The phone works exclusively over Cingular's so-called GSM and Edge wireless networks — speedy but not the fastest of the emerging third-generation, or 3G, networks. It has built-in Wi-Fi and Bluetooth wireless capabilities.

Battery life could be a concern. Apple claims up to five hours of talk time, including watching video or browsing the Web. Apple says you'll get up to 16 hours if you use it just for audio.

▶ **Connectivity.** Included is a full-blown version of Apple's Safari Web browser. You can sync bookmarks from your computer. E-mail can be automatically delivered, or "pushed," for free to you through Yahoo Mail; iPhone also works with Microsoft Exchange as well as other industry standard e-mail services. You can download e-mails in the background while surfing the Web.

The iPhone also includes an icon for Google Maps, plus the light applications (found on a Mac) known as Widgets, for checking stock prices, the weather and other data you want at a glance in real time.

▶ **Other goodies.** The phone includes sensors that detect when you rotate it from portrait to landscape mode; the onscreen controls are oriented accordingly. Lift the phone to your ear, and the sensor turns off the display to save power and prevent you from accidentally hitting the wrong controls when on a call. Also on board is a 2-megapixel still digital camera.

**Set-top box:** Tuesday, Apple also showed off the new Apple TV multimedia device. You'll have to wait only until next month for its arrival in stores. The $299 box, which resembles a Mac Mini, lets you wirelessly move iTunes content off a PC or Mac to your TV. You hook it up to the TV (it has HDMI connector, among other connectors.) You can stream content from up to five additional computers, sans wires.

Apple TV's 40-GB hard drive can store up to 50 hours of video, 9,000 songs, 25,000 photos or some combination and can deliver high-definition content. You can control your media through Apple's wireless remote.

# Moonves: CBS has eye on new media

### Network welcomes bloggers, downloads





LAS VEGAS — **Leslie Moonves** is CEO of CBS, which owns old-media stalwarts such as the CBS network, TV and radio stations and a billboard business. He is at the giant Consumer Electronics Show this week with a message: The home of Bob Barker and Andy Rooney is also the place for bloggers, video down-