Exhibit 4


**Alan Murray On Lawyers As CEOs**
BUSINESS | A11


**Why Plastics Are in the Past At GE**
MARKETPLACE | B1


**Hello, iPhone: The Bold Call From Apple**
PERSONAL JOURNAL | D1

# THE WALL STREET JOURNAL.

DOWJONES · · · · · WEDNESDAY, JANUARY 10, 2007 - VOL. CCXLIX NO. 8 · · · · ★★★★ $1.00

DJIA 12416.60 ▼6.89 -0.1% NASDAQ 2443.83 ▲0.2% NIKKEI 17237.77 ▲0.9% DJ STOXX 50 (Europe) 3717.31 ▲0.1% 10-YR TREAS unchanged, yield 4.658% OIL $55.64 ▼$0.45 GOLD $613.10 ▲$5.60 EURO 1.2998 YEN 119.40

## What's News—

### Business and Finance

**A**pple introduced a media-playing cellphone, dubbed the iPhone, that lets users download and play music, browse the Web, send emails and make calls. The June release of the phone could be a boon for AT&T, whose Cingular unit has an exclusive deal to provide cellphone service in the U.S. But the device's price tag of up to $599 is a potential stumbling block. **A3, D1**

■ Alcoa kicked off the earnings season with a 60% jump in profit. The company cited higher metal prices and strong demand for aluminum. Revenue rose 20%. **A2**

■ D.R. Horton's orders fell 23% and cancellations remained high as the home builder continued to struggle with a deteriorating housing market. **C6**

■ Germany's Commerzbank said it will stop handling dollar transactions for Iran at its New York branch, a boost for U.S. efforts to isolate Iran's economy. **A8**

■ United won a four-way contract to provide new service to China. The airline plans to launch the route between Washington and Beijing March 25. **A2**

■ The Dow industrials eased 6.89 points to 12416.60 despite big gains for IBM. Apple's product news boosted the Nasdaq. **C1**
■ Oil ended down 45 cents at $55.64 after dipping below $54 for the first time in 18 months. **C3**

■ Schwarzenegger ordered a cut in the carbon content of vehicle fuels, while 37 governors prepared to push for a rule requiring greater use of ethanol. **A2**

■ Some Cuban economists are laying plans for a more market-oriented approach, including proposals to decentralize control and extend private ownership. **A1**

■ The Supreme Court reversed a rule that companies forfeit the right to challenge a patent if they pay royalties, in a victory for drug maker MedImmune. **A8**

■ Vodafone's CEO plans talks with Indian officials on a deal for Hutchison Essar, as the country's cellphone sector lures foreign bidders. **B11, C3**

■ The White House is raising royalty payments it charges producers of oil and gas in the Gulf of Mexico, apparently to appease critics in Congress. **A2**

■ Russia's main oil pipeline to Europe remained shut for a second day as a trade war with Belarus worsened. EU officials said refineries dipped into stocks. **A4**

■ Thailand's government approved plans to force some foreign investors to reduce shareholdings in businesses considered vital to national security. **A14**

■ Mills plans to write off some $350 million in shareholder equity after an accounting probe found "possible misconduct." **B4**

■ Hedge funds are proliferating in London, sending rents skyrocketing and vacancy rates plunging in the city's Mayfair district. **C1**

### World-Wide

■ U.S. troops had a fierce Baghdad clash, a possible "surge" preview.
Airstrikes were called in to battle insurgents after Iraqi police checkpoints came under attack in a Sunni section not far from the Green Zone. As many as 50 militants died, some foreigners, Iraq's Defense Ministry said. A Pentagon official said initial units of the 20,000 reinforcements Bush is to call for in tonight's TV address may go into action this month. Reid and Pelosi pledge votes on the escalation, despite apprehension by Democrats. The president also is expected to lay out a shift from big aid projects by U.S. firms to small ones that put Iraqis to work. Meanwhile, a plane crash in Iraq's north left 34 Turkish contract workers dead. **A4**
*An Army private accused of raping an Iraqi girl and killing her and her family last year had been diagnosed a threat months earlier but returned to duty, the Associated Press reports.*

■ U.S. officials said AC-130 strikes killed 10 al Qaeda suspects among Islamic militiamen trapped by Ethiopian soldiers in Somalia, but local officials said the toll was far higher and included civilians. U.N. chief Ban also raised concerns on killing civilians and expanding the conflict. **A8**

■ The House, 299-128, passed antiterrorism measures urged by the 9/11 panel, a Democratic priority that Republicans dismissed as posturing.
■ Bush sidestepped a fight with the new Democratic Senate, withdrawing four judge nominees whose confirmation had been blocked in 2006.
■ The CBO said the fiscal 2007 budget deficit is running well below the 2006 rate, and credited continued healthy growth in tax receipts. **A4**
■ The taxpayer advocate told how shadowy IRS rules changes known as "phaseouts" can significantly complicate tax planning for millions. **D1**

■ Israel's Olmert arrived in China to push for firmer nuclear sanctions on Iran. The U.S. asked Beijing to reconsider a big gas deal with Tehran.

■ Jordan said it foiled a terror plot when police killed an al Qaeda man and arrested another said to be tied to a 2004 gas plot against Amman.

■ North Korea is likely to test another nuclear weapon, the U.S. commander for Korea said, but the timing of it is known only to Pyongyang.
■ The U.S. is sending a squadron of over 15 Stealth fighters to the South.

■ Basque separatist group ETA admitted bombing Madrid airport and killing two Dec. 30, erasing doubts sown by its political arm, Batasuna.

■ A Nigerian newspaper said security police detained its editor over an article on alleged Obasanjo meddling in the selection of a successor.

■ Bush may issue an executive order endorsing nonembryonic stem-cell work to deflate a move by Congress to boost research funding. **A6**
■ Medicaid enrollment plunged in Virginia since a 2006 federal law requiring citizenship papers. Some officials say even citizens are deterred.
■ Blood banks are worried that selecting new screening protocols, like one that could affect up to 20% of females, might reduce supplies. **D1**

■ Insurers say they won't be pressured by any deal State Farm strikes on Mississippi Katrina damage, said to be close but still out of reach. **C2**

■ Steroid suspicions appear to be behind the thwarting of McGwire's first bid for baseball's Hall of Fame; Gwynn and Ripken will be admitted.

---

## FASHION VICTIM

# To Refurbish Its Image, Tiffany Risks Profits

### After Silver Took Off, Jeweler Raises Prices To Discourage Teens

**By Ellen Byron**

In the late 1990s, Tiffany & Co.'s silver charm bracelet was a must-have fashion accessory. Teens jammed Tiffany's hushed stores clamoring for the $110 silver bauble. Sales skyrocketed, investors cheered.



Tiffany's managers worried. They knew the bracelet had become a fad, one that could alienate the jewelry firm's older, wealthier, and more conservative clientele. Worse, it could forever damage Tiffany's reputation for luxury.

*Michael Kowalski* "The large number of silver customers did represent a fundamental threat just to the business but to the core franchise of our brand," says Tiffany CEO Michael Kowalski.

So in a dramatic gamble, Tiffany decided to kill its golden goose. In 2002, the firm began hiking prices on its fast-growing, highly profitable line of cheaper silver jewelry. It simultaneously introduced pricier jewelry collections, renovated stores and showed off its craftsmanship by highlighting spectacular gems like a $2.5 million pink diamond ring.

Like a growing number of publicly traded luxury-goods makers, Tiffany is attempting to walk a razor-thin line: broadening offerings to the upper-middle-classes while pitching privilege to the truly rich. The dilemma is particularly common these days, as investors clamor for sales growth on one side and fickle luxury buyers demand exclusivity on the other.

Other purveyors of designer wares
*Please turn to page A15*

**Lost Luster**
Tiffany's weekly stock price since the late 1990s, when it got a boost from sales of its silver jewelry (above).
Yesterday: $39.62

---

## Newspapers Set To Jointly Sell Ads on Web Sites

### Gannett, McClatchy And Tribune to Form Nationwide Network
### Yahoo's Competing Effort

**By Julia Angwin**

The nation's three largest newspaper publishers are gearing up to sell advertising jointly on their newspapers' Web sites, believing their survival depends on seizing more online revenue.

Gannett Co., McClatchy Co. and Tribune Co. are planning to offer advertisers one-stop shopping for display ads on Internet sites. The goal is to attract big advertisers such as car makers and phone companies that want to reach a nationwide online audience but don't want the hassle of negotiating ad deals with each company or newspaper.

The joint effort, code-named "Open Network," marks a big new bid to win back advertisers that are defecting in droves to the Web. Currently, national advertisers buy the bulk of their online display ads—banners and boxes—from big portals such as Yahoo Inc., Time Warner Inc.'s AOL or Microsoft Corp.'s MSN. Yahoo has announced plans to work with seven other newspaper publishers to build a similar one-stop-shopping spot for advertisers. Google Inc. has also reaped a bonanza with advertising links that appear next to search results.

The three newspaper companies, known in the industry as GMT, are likely to each contribute 10% of their online-advertising space to the network, according to people familiar with the situation. They hope to announce something
*Please turn to page A15*

---

## Siberians Love Their Billionaire And His Largess

### Popular Gov. Abramovich Enriched Chukotka Region; Now He Wants to Leave

**By Guy Chazan**



ANADYR, Russia—When Lyubov Vereshchakova heard that her local governor was resigning, she thought about collecting signatures to beg him stay—for good.

"God sent us Roman Arkadievich and we won't let him go," the kindergarten principal says, defiantly. "He must stay here for the rest of his life."





*Roman Abramovich*

Most super-rich businessmen are reviled in Russia. But Roman Arkadievich Abramovich is an exception—at least in the corner of northeastern Siberia that he has ruled for the past six years. In Chukotka, affection for Gov. Abramovich borders on the cultish.

An orphan who during the 1990s rose to become one of Russia's richest and most influential oligarchs, Mr. Abramovich has spent a chunk of his personal fortune on making Chukotka more livable. Since his election in 2000, the economy has tripled in size. Once hemorrhaging people, it's now in the grip of a baby boom.

That has created a thorny problem for the 40-year-old tycoon, who is desperate to quit. When Mr. Abramovich first tried to resign, in 2005, President Putin asked him to stay on another year. Last month, he tried again. So far, the Kremlin hasn't given him an answer.

"I believe my mission is accomplished," Mr. Abramovich told a group of journalists late last month. "Life in Chukotka is now no worse than in any other part of Russia."

It's easy to see why he has had enough. Half inside the Arctic circle, Chukotka is a Texas-size expanse of treeless permafrost, nine nine zones
*Please turn to page A14*

---

## Cuban Economists Envision Role For Markets in Post-Castro Era

**By Bob Davis**

With Fidel Castro ailing and absent from the public stage, some influential Cuban intellectuals are laying plans for a more market-oriented approach to fortify the island's ailing communist economy.

The debate over economic experimentation, accelerating a decade ago by the Castro regime, offers a glimpse of what a post-Castro Cuba could look like. Now it is intensifying at a time when Castro disciple Hugo Chávez is steering Venezuela toward the kind of hardline socialism that has failed to produce prosperity in Cuba.

Together, the Cuban economists' proposals would cut down on state interference in businesses and aim to wring more productivity out of the island nation's economy. Among the steps under discussion: decentralizing control, expanding the power of managers at privately owned agricultural cooperatives, extending private ownership to other sectors, boosting investment in infrastructure and increasing incentives to workers.

None of the plans would shuck communism for capitalism or open the island further to foreign investment—which economists outside Cuba say are critical for the island to prosper. But the fact that the government is permitting—and perhaps even encouraging—the debate suggests regime officials might find these kinds of changes acceptable, though it may take Mr. Castro's death to put them into action.

"We are in the midst of a process of debate, which is cautious and controlled, but is happening for the first time in many years," said Pedro Monreal, a senior professor at the Center for Research on the International Economy in Havana. "It's an historic moment," says Julia Sweig, a Cuba specialist at the Council on Foreign Relations in Washington. "The Cuban regime feels confident enough to have voices it once purged be at the center of the economic debate on reform."

*Fidel Castro*

The proposals are prompted by the continuing economic privation in Cuba, where state salaries don't even come close to covering living costs. But the planning is made more immediate by the 80-year-old Mr. Castro's continuing health problems. The Cuban government hasn't disclosed the
*Please turn to page A14*

---



**HOW LONG DOES IT TAKE TO STOP A CAR TRAVELING AT 60 MPH?**
☐ 45 FT  ☐ 75 FT
☐ 125 FT  ☐ 234 FT

**Will your teenager have the right answer?**

Knowing what to do behind the wheel can help them avoid a serious accident. For answers on how to start a conversation with your teen about safer driving habits, visit ToyotaTeenDriver.com

**TOYOTA** | moving forward ▸ safely

---

### INSIDE

♦ At 90, Jerry Wexler has CDs left to burn
LEISURE & ARTS .......... D9

♦ A three-issue triangle over the minimum wage
POLITICS & ECONOMICS .......... A6

**WSJ.COM**
**ACT ONE:** How to offer advice when your parents struggle with finances.

CONTENTS
Corporate Focus ....... A11   Marketplace ........... B2
Deals & Deal Makers .. D9:10   Media & Marketing .... B8
The Economy .......... A2   Personal Finance ...... D2
Leading the News ..... A3   Politics & Economics .. A6
                             Review & Outlook ..... A16
Stocks in the News ... C6
Gadgets ............... D5
Heard on the Street .. C1

© Copyright 2007 Dow Jones & Company. All Rights Reserved

023118



**THE WALL STREET JOURNAL.** Wednesday, January 10, 2007  A3

## LEADING THE NEWS

# Apple Storms Cellphone Field

### Cingular to Offer Service For High-End iPhone; Obstacles: Price, Rivals

By Li Yuan And Pui-Wing Tam

The long-awaited announcement that Apple Inc. would offer a media-playing cellphone—dubbed the iPhone—sent ripples through the telecom industry and pushed Apple's stock to a high, but it also raised questions about the company's strategy to parlay its successful iPod music player as an entry in the cutthroat handset market.

The device, priced up to $599 in addition to a two-year cellular-service contract, allows users to download and play iTunes music, browse the Web, send email and make calls. Equipped with a wide screen and a two-megapixel camera it can also link wirelessly to music headsets, stereo systems and Wi-Fi networks. (See related article on page D1.)

The iPhone, scheduled for release in June, could be a boost for AT&T Inc., the world's largest telecom operator, and its Cingular Wireless unit, which has an exclusive multi-year deal for the U.S. market to provide cellphone service for the device. The phone will be sold at Apple and Cingular stores, as well as on each company's Web site. Cingular hopes the phone will attract high-end customers and give it an advantage over rival Verizon Communications Inc., which also is trying to reposition itself as multimedia service provider.

The iPhone is the latest example of how lines between the entertainment and telecom industries are blurring. Verizon Wireless recently began offering YouTube videos on cellphones, while Sprint Nextel Corp. produces its own TV shows for cellphone screens. Comcast Corp. and other cable companies, are offering internet calling services and have partnered with Sprint to offer wireless service and television for cellphones.

The market for high-priced multimedia wireless devices has been growing fast. For example, BlackBerry wireless email devices have been selling for several years for as much as $400 without such features as cameras or music players. Consumers have also been willing to pay a premium for well-designed handsets, such as Motorola Inc.'s RAZR, as a fashion statement, in Europe and Asia, where carriers don't subsidize handsets as much as in the U.S., many consumers pay upward of $500 for the latest handsets. What's more is that Apple's design and strong brand name have allowed the company to charge more than its rivals for items from laptops to music players. And Cingular is expected to promote the phone aggressively.

At this price point, "if anybody could pull it off, it will be Apple," says Hugues de la Vergne, handset analyst of the research firm Gartner Inc.

However, whether the iPhone can match the success of the iPod remains to be seen. One potential stumbling block: The price tag is high for the U.S. market, where as much as 80% of handsets sell for $100 or less, Mr. de la Vergne said. Analysts say Apple is unlikely to lower the phone's price because it doesn't want to cannibalize its iPod business.

And while the iPhone appears unparalleled in its design, many equipment makers have pushed in the same direction: SonyEricsson's Walkman phone, which sold more than 15.5 million units by the end of September, has a camera, video and music player and a phone, for example, and one model is available free with some cellphone service contracts. Motorola last week warned investors its 2007 revenue and profit would fall short of its own forecasts, even after the company sold more than 50 million RAZR units. The price of the RAZR fell from $500 to being offered free with service contracts. Apple could face a similar price pressure over time, some analysts suggest.

Entering the cellphone market also carries risks that have left other large tech companies bloodied. Microsoft Corp., for instance, had a tough time breaking into the market with its cellphone software platform and still hasn't made significant inroads into the market.

Apple also is wading into a market with very different dynamics from the consumer-electronics market in which it plays. While Apple is used to connecting directly with customers through its stores and its Web site, access to consumers in the cellphone market is largely controlled by wireless carriers.

Apple's historical model—relying on sales of hardware—would also be tough to replicate in the cellphone industry, where carriers typically lure customers by discounting handsets and earn most of their profit from the service. It also will be dealing with intense competition: Many sub-$500 phones already offer music-playing capabilities. "Wireless is hard," says Mike Abramsky, an analyst at RBC Capital Markets. "Success in this industry has cofounded other companies like Microsoft and even Motorola at times."

Apple's iPhone will compete in an increasingly crowded field of high-end smartphones that include Motorola's Q, Research in Motion Ltd.'s BlackBerry Pearl and Palm Inc.'s Treo 750, all released in the past year and are targeted at the consumer market.

Of course, Apple has a trump card: a loyal following in the downloadable music world. Apple introduced its iPod player five years ago, and bolstered the device by creating an iTunes music store where consumers can download songs for 99 cents. In recent years, Apple has added other content onto iTunes, including network TV shows such as "Desperate Housewives," movies and music videos.

Adding to the drama of the iPhone's unveiling, which was shrouded in secrecy through the course of two and a half years of development, the disclosure took place at the same time that the giant Consumer Electronics Show—where Apple rivals such as Microsoft typically put on a big show—was unfolding in Las Vegas, dividing the attention of the tech world. And to reflect its new role in the tech world, Apple changed its corporate name from Apple Computer Inc. to Apple Inc.

As the iPhone announcement sparked fears that Apple, Cupertino, Calif., would steal market share, the stocks of competitors dropped. Shares of RIM dropped 7.9%, while those of Palm dropped 5.7%. Shares of some larger telecom equipment makers dropped as well, though not drastically. After the news, Apple's stock rose $7.10, or 8.3%, to $92.57 in 4 p.m. composite Nasdaq Stock Market trading.

— *Sara Silver and Nick Wingfield contributed to this article.*

*Apple CEO Steve Jobs holds up the new iPhone during his keynote address yesterday at MacWorld Conference & Expo.*

**Share of mobile handsets sold, third-quarter 2006**
- Motorola 20.6%
- Nokia 35.1%
- Samsung 12.2%
- Sony Ericsson 7.7%
- LG 6.0%
- Other 18.4%

Total handsets sold: 251.3 million
*Source: Gartner Dataquest*

---

# U.S. Effort to Isolate Iran Gains Ground As European Bank Restrictions Take Hold

By Glenn R. Simpson in Brussels And David Crawford in Berlin

The U.S. government's attempt to isolate Iran's economy will get a significant boost this month when the last European bank known to be clearing large volumes of that country's dollar transactions in the U.S. halts the practice.

Commerzbank AG, Germany's second-largest bank, said it will stop handling dollar transactions for Iran at its New York branch by Jan. 31.

Over the past year, most European banks with longstanding relationships with Iran have bowed to U.S. pressure and sharply curtailed transactions with Iran's state-controlled banks, which the U.S. says support terrorism. The U.S. also is seeking to financially quarantine Iran because of Tehran's vows to press ahead with its nuclear program, in defiance of international will.

In a related move, the Treasury Department yesterday named Iran's fifth-largest state-owned bank, Bank Sepah, and its subsidiaries as weapons proliferators and barred banks operating in the U.S. from handling any transactions on their behalf. Last year, Commerzbank became Bank Sepah's principal clearer of dollar transactions in the U.S., said Stuart Levey, Treasury's undersecretary for terrorism and financial intelligence, said Bank Sepah served as the key financial conduit for Iran's main missile firm, which were singled out in a United Nations sanctions resolution against Iran's nuclear program last month. "U.S. analysts say there is evidence that Iranian firms are feeling the pinch of the U.S.-led drive. Iranian banks and companies, for instance, are now having to put up large deposits—as high as 100%—in foreign banks to get them to issue letters of credit for foreign transactions, they claim. Iranian officials deny the nation's banks handle money for terrorist organizations or purposes. Mohammad Jafar Mojarrad, vice governor of the country's central bank, said that while the U.S. has "put a lot of pressure on Iran" and some foreign banks have scaled back dealings with the country, operations of the country's banks haven't been affected.

Choking off Iran's financial ties to Europe is key to Washington's effort to isolate Iran. The European Union is Iran's largest trading partner by far. Trade between the two topped $25 billion last year, but trade growth is stagnating, largely because of U.S. pressure.

Because many big European banks have stopped dealing with Tehran in recent months, the country's Islamic regime of President Mahmoud Ahmadinejad has relied on Commerzbank and a handful of smaller banks to handle its dollar-based transactions. The result: Iran's beleaguered economy is having a harder time moving hard currency around the globe in an easy and cost-effective way. That implies a higher cost of doing business for Iranian companies and the government, which are being forced into more expensive, alternative financial markets.

Pressure isn't likely to bring Iran's economy to its knees, but it could cause serious pain. Iran receives tens of billions of dollars annually in oil revenue, but it spends much of those funds to import refined fuels and other goods. As Iran's access to hard currency becomes more restricted and costly, the country could see a reduction in its ability to pay for heavy machinery and other items essential to keeping its oil industry—and other key parts of its economy—going.

In response to U.S. pressure on European and other bankers who serve Iranian firms, Iran has said it wants to switch most of its business to euros, the currency of the EU. But oil is Iran's biggest export, and many of the country's trade partners in the Middle East will do business only in dollars—the currency of the international petroleum industry.

At present, Commerzbank handles both dollar and euro transactions for Iran's state-owned banks. Three several other European banks, it will cease handling only dollar transactions. That is likely to limit the economic damage to Iran, enabling the country's banks to continue paying suppliers who will accept euros or other currencies.

But it is likely to subject Commerzbank and its peers to further U.S. pressure. "The risks of doing business with Iran are the same in all currencies," said Mr. Levey. Intelligence officials say Bank Sepah, a large, state-controlled Iranian bank placed on a U.S. Treasury blacklist in October for allegedly funding terrorism, has been able to process dollar transactions through Commerzbank's New York branch in recent months by using the accounts of two other Iranian banks.

Commerzbank says it ceased dealing with Sepah after it was put on the U.S. blacklist and has no knowledge of any subsequent transactions. "Commerzbank has no knowledge of Bank Sepah directly or indirectly using the accounts of other Iranian banks to process dollar transactions," the bank said in a statement. Commerzbank, in a response to an inquiry from The Wall Street Journal about its dealings with Iran, also said "all such [dollar clearing] transactions are currently being phased out" as of Jan. 31. It added that "any clearing conducted by our U.S. operations is in strict compliance" with U.S. government regulations.

The efforts to isolate Iran also appear to be yielding results in Italy, one of Tehran's largest trading partners. In 2005, trade between the two countries topped $6 billion. In a sign of how some European banks are rethinking their dealings with Iran, Italy's largest bank, Intesa Sanpaolo SpA, says its trade-finance business with the country has dropped significantly in recent months.

U.S. efforts to stop European banks from dealing with Iran are controversial. European banks view the campaign as an attempt to extend the reach of U.S. sanctions on Iran without the backing of the United Nations or the EU.

Indeed, there is no general international ban on providing financial and trade services to Iranian banks. But banks that assist Iran's banks are increasingly exposed to U.S. regulatory scrutiny and political pressure from the U.S. Treasury Department. The U.S., a key market for most international banks, has long unilaterally imposed strict limits on what business banks and companies with operations in the U.S. can conduct with Iran.

In response to U.S. pressure, ABN Amro Holding NV, Credit Suisse Group and UBS AG of Switzerland, Credit Lyonnais and Société Générale SA of France, and Barclays PLC and HSBC Holdings PLC of the United Kingdom all limited or ended their dealings with Iranian banks over the past year.

— *Gabriel Kahn and Bill Spindle in Rome and Neil King Jr. in Washington*

### Seeking Curbs
The U.S. has led a long-running campaign to isolate Iran ever since its 1979 revolution.

**April 7, 1980:** U.S. severs diplomatic ties after hostages seized in Tehran.

**Oct. 29, 1987:** U.S. government accuses Tehran of supporting terrorism and prohibits most imports from Iran.

**May 6, 1995:** Washington imposes more comprehensive sanctions.

**March 17, 2000:** U.S. persons to purchase and import carpets and food products.

**Early 2003:** International Atomic Energy Agency declares that Iran has violated program it made vouch for. It it could be used for weapons. U.S. pushes for broad international sanctions.

**Sept. 8, 2006:** U.S. Treasury designates Bank Sadarat for support of terrorism and bans financial cooperation with the bank.

**October–November:** Iranian banks increase correspondent activities with Commerzbank.

**Dec. 5:** Commerzbank board orders end of U.S. dollar clearing for Iranian partners effective Jan. 31; will service euro transactions for Iranian clients.

**Dec. 22:** Security Council imposes limited sanctions on elements of the Iranian regime involved in proliferation.

*Sources: U.S. Treasury; U.S. State Department; WSJ research*

### Cracking Down
**The Issue:** As the U.S. aims to isolate Iran, Commerzbank will join other European banks in halting its dollar transactions.

**What's at Stake:** The U.S. says banks provide unwitting support for Iran's efforts to back terrorism and build nuclear weapons.

**The Bottom Line:** Few big banks continue cooperating with Iran, forcing it to do business in euros, not dollars, and increasing the cost of international transactions.

---

**ADVERTISEMENT**

## COLORADO VACATION
www.laneguestranch.com

Plan now for a relaxing summer vacation at our small mountain resort for 40 guests and 55 staff. Ideal temperatures in the 70's in Colorado's most beautiful mountain lake region. Just 65 miles from Denver, yet secluded next to Rocky Mountain National Park near Estes Park, CO.

Rustic over-scene trails, instruction, bush rides, water & cheese rides and overnight pack trips. White water rafting (several experienced fishing guides, river chef will cook your catch), guided hikes, photography hikes with a professional, landscape drawing and silversmith classes (you can keep your creation) and wildlife viewing trips, some of the finest elk herds in the U.S. Relax in our heated pool, hot tub or jacuzzi, a massage, tennis court, video conditioning & strength training center. Mountain bikes. All day child care for infants, and no children after 6 and no transfers. Cookouts, archery, building, & playground, kids enjoy current video games on our Sony PlayStation and XBox.

Our chefs dinner entrées – N.Y. steak, smoked salmon, prime rib, fresh trout, chick, grilled fresh tuna, roasted pork loin, shrimp curry, Italian & seafood dinners. Fresh vegetables, homemade soups & desserts, salad bar, desserts, and poolside lunches. Your choice of breakfast with fresh fruit buffet. Free house wines & beers. Live entertainment five nights weekly; a magic and comedy show, jazz quintet, an evening of karaoke starring, guests & staff, a talk on Rocky Mountain National Park, and a pianist at our champagne welcome party. Golf & tennis nearby. Live high speed satellite WiFi internet access. Pets are welcome. Comfortable 1 & 2 bedroom units with queen beds, twin beds, patios or hammocks, TVs, DVDs, VCRs & (over 1270 selections, minibars, most with private hot tubs (extra), and the "Doctor's House" accommodating up to 14—perfect for family reunions. Early morning wake up college delivered to your room when you wish.

Package Plan includes all of the above $275 per person per day. Children 8-11 $175, 3-7 $110, under age 3 $80 per day with childcare & free with no childcare (we are transfers from Denver airport). Our 54th year under the personal supervision of Lloyd Lane, and advertised in The Wall Street Journal for June 3 – Sept 2, 2007. See our new 90 picture slide show at www.laneguestranch.com. Telephone Lloyd Lane now at (858) 259-8524 (including evenings and weekends) for a Lane Guest Ranch brochure & reservations. After April 20, 2007 phone (303) 717-2494.

E-mail: lgrlane@aol.com



## Sit on your assets.

*Thomas Chippendale mahogany ribbon backed chair; purchased by King George II for £18. Present market value: £250,000.*

Like King George II, Greenbaum Interiors selects the finest home furnishings for your appreciation. Our Interior Designers and Custom-Craftspeople understand your individual preferences for the extraordinary. Invest in today's quality assets to enjoy in your home everyday. Live with fine design!

## GREENBAUM INTERIORS
World class home furnishings & design for over 55 years
(973)279-3000  www.greenbauminteriors.com
Headquarters: 101 Washington Street, Historic Paterson, NJ
On the Country Mile: 1305 Mt. Kemble (Rt. 202), Morristown, NJ



WHICHEVER OF OUR TILES YOU CHOOSE, IT'S SURE TO BE A JEWEL.

## ARTISTIC TILE
New York · New York · New York · Paramus · White Plains
1.877.237.8890  www.artistictile.com
And showrooms nationwide

This material may be protected by Copyright law (Title 17 U.S. Code)

# Apple Storms Cellphone Field

*Cingular to Offer Service For High-End iPhone; Obstacles: Price, Rivals*

**By Li Yuan And Pui-Wing Tam**

The long-awaited announcement that **Apple** Inc. would offer a media-playing cellphone—dubbed the iPhone—sent ripples through the telecom industry and pushed Apple's stock to a high, but it also raised questions about the company's strategy to parlay its successful iPod music player as an entry in the cutthroat handset market.

The device, priced up to $599 in addition to a two-year cellular service contract, allows users to download and play iTunes music, browse the Web, send email and make calls. Equipped with a wide screen and a two-megapixel camera it can also link wirelessly to music headsets, stereo systems and Wi-Fi networks. (See related article on page D1.)

The iPhone, scheduled for release in June, could be a boost for **AT&T** Inc., the world's largest telecom operator, and its Cingular Wireless unit, which has an exclusive multi-year deal for the U.S. market to provide cellphone service for the device. The phone will be sold at Apple and Cingular stores, as well as on each company's Web site. Cingular hopes the phone will attract high-end customers and give it an advantage over rival **Verizon Communications** Inc., which also is trying to reposition itself as multimedia service provider.

The iPhone is the latest example of how lines between the entertainment and telecom industries are blurring. Verizon Wireless recently began offering YouTube videos on cellphones, while **Sprint Nextel Corp.** produces its own TV shows for cellphone screens. **Comcast** Corp. and other cable companies, are offering Internet calling services and have partnered with Sprint to offer wireless service and television for cellphones.

The market for high-priced multimedia wireless devices has been growing fast. For example, BlackBerry wireless email devices have been selling for several years for as much as $400 without such features as cameras or music players. Consumers have also been willing to pay a premium for well-designed handsets, such as **Motorola** Inc.'s RAZR, as a fashion statement. In Europe and Asia, where carriers don't subsidize handsets as much as in the U.S., many consumers pay upward of $500 for the latest handsets. What's more is that Apple's design and strong brand name have allowed the company to charge more than its rivals for items from laptops to music players. And Cingular is expected to promote the phone aggressively.

At this price point, "if anybody could pull it off, it will be Apple," says Hugues de la Vergne, handset analyst at the research firm Gartner Inc.

However, whether the iPhone can match the success of the iPod remains to be seen. One potential stumbling block: The price tag is high for the U.S. market, where as much as 80% of handsets sell for $99 or less, Mr. de la Vergne said. Analysts say Apple is unlikely to lower the phone's price because it doesn't want to cannibalize its iPod business.

And while the iPhone appears unparalleled in its design, many equipment makers have pushed in the same direction: **Sony Ericsson**'s Walkman phone, which sold more than 15.5 million units by the end of September, has a camera, video and music player and a phone, for example, and one model is available free with some cellphone service subscriptions. Motorola last week warned investors its 2007 revenue and profit would fall short of its own forecasts, even after the company sold more than 50 million RAZR units. The price of the RAZR fell from $500 to being offered free with service contracts. Apple could face a similar price pressure over time, some analysts suggest.

Entering the cellphone market also carries risks that have left other large tech companies bloodied. **Microsoft** Corp., for instance, had a tough time breaking into the market with its cellphone software platform and still hasn't made significant inroads into the market.

Apple also is wading into a market with very different dynamics from the consumer-electronics market in which it plays. While Apple is used to connecting directly with customers through its stores and its Web site, access to consumers in the cellphone market is largely controlled by wireless carriers.

Apple's historical model—relying on sales of hardware—would also be tough to replicate in the cellphone industry, where carriers typically lure customers by discounting handsets and earn most of their profit from the service. It also will be dealing with intense competition: Many sub-$100 phones already offer music-playing capabilities. "Wireless is hard," says Mike Abramsky, an analyst at RBC Capital Markets. "Success in this industry has confounded other companies like Microsoft and even Motorola at times."

Apple's iPhone will compete in an increasingly crowded field of high-end smartphones that include Motorola's Q, **Research in Motion** Ltd.'s BlackBerry Pearl and **Palm** Inc.'s Treo 750, all released in the past year and are targeted at the consumer market.

Of course, Apple has a trump card: a loyal following in the downloadable music world. Apple introduced its iPod player five years ago, and bolstered the device by creating an iTunes music store where consumers can download songs for 99 cents. In recent years, Apple has added other content onto iTunes, including network TV shows such as "Desperate Housewives," movies and music videos.

Adding to the drama of the iPhone's unveiling, which was shrouded in secrecy through the course of two and a half years of development, the debut took place at the same time that the giant Consumer Electronics Show—where Apple rivals such as Microsoft typically put on a big show—was unfolding in Las Vegas, dividing the attention of the tech world. And to reflect its new role in the tech world, Apple changed its corporate name from Apple Computer Inc. to Apple Inc.

As the iPhone announcement sparked fears that Apple, Cupertino, Calif., would steal market share, the stocks of competitors dropped. Shares of RIM dropped 7.9%, while those of Palm dropped 5.7%. Shares of some larger telecom equipment makers dropped as well, though not drastically. After the news, Apple's stock rose $7.10, or 8.3%, to $92.57 in 4 p.m. composite Nasdaq Stock Market trading.

*Sara Silver and Nick Wingfield contributed to this article.*



Apple CEO Steve Jobs holds up the new iPhone during his keynote address yesterday at MacWorld Conference & Expo.

**Share of mobile handsets sold, third-quarter 2006**

- Nokia 35.1%
- Motorola 20.6%
- Samsung 12.2%
- Sony Ericsson 7.7%
- LG 6.0%
- Other 18.4%

Total handsets sold: 251.3 million
Source: Gartner Dataquest

# PERSONAL JOURNAL.

Copyright 2007 Dow Jones & Company. All Rights Reserved.

THE WALL STREET JOURNAL.     Wednesday, January 10, 2007    D1



**A Guide to Investing In Real Estate**
PERSONAL FINANCE D3



**The Man Who Made Hits With Aretha**
CULTURAL CONVERSATION D9

**IRS REPORT:** *The 20 most serious problems facing taxpayers and the agency.* .............................. D2

**THE MOSSBERG SOLUTION:** *Programming your TiVo when you aren't in the room.* ........................ D8

---

## Apple's iPhone: Is It Worth It?

By NICK WINGFIELD And LI YUAN



APPLE INC.'s feverishly anticipated iPhone combines the music and video features of an iPod with the communications functions of a smartphone. The question is how many consumers will be willing to pay the hefty price for the combo.

The iPhone has a sleek design and is only 11.6 millimeters thick. A 3.5-inch screen, bigger than on most iPods, extends for almost the entire length of the nearly button-free device. Instead of the iPod's iconic scroll wheel, users will navigate through their song collections, make phone calls and perform other tasks by tapping their fingers on the iPhone's touch-sensitive screen. Users of the iPhone will make calls or type emails on a virtual keyboard that pops up onscreen as needed.

Apple, of Cupertino, Calif., has an exclusive agreement with AT&T Inc.'s Cingular, the nation's largest cellular carrier by subscriber, to sell the iPhone in the U.S. for $499 and $599—well above mass-market cellphones—with a commitment to a two-year wireless plan. Although it has been on a hot streak, Apple doesn't always hit it big when it enters new markets. The company collaborated with Motorola Corp. on a phone called ROKR that plays songs from users' iTunes music collections, but it was seen by many as a disappointment because of limited storage capacity.

It's unclear if and when the prices for the iPhone might come down, as prices for electronics gear such as flat-screen television sets and video camcorders tend to do. While prices for the iPod have generally stayed in the same range over the years, consumers have been getting more features on new generations of iPods, essentially getting more for their money each time. With cellphones, the historical model has been for prices of such devices to come down gradually, with wireless carriers sometimes taking a loss on the products in order to get consumer subscription revenue.

In defense of the price of the iPhone, Apple Chief Executive Steve Jobs said on a speech at the start of the Macworld conference in San Francisco that consumers normally have to pay $399 for a comparable iPod nano and $299 for a smartphone, which would lack many of the whiz bang features of the iPhone at roughly the same price.

With Cingular, Apple developed a feature the companies describe as a major innovation, calling it "visual voice mail." Instead of having to wade through voice mail messages in the order in which they were left, iPhone users will see a list with the names and phone numbers of people

*Please turn to page D8*

---

## The Tax Hit You May Not See

*Phaseouts, Which Limit Tax Breaks Based on Income, Come Under Renewed Fire; What to Watch Out For*

By TOM HERMAN

MILLIONS of people are paying taxes at higher rates than they probably realize because of tricky provisions that can reduce—or even eliminate—major tax breaks based on their income.

These so-called phaseouts become some benefits begin to phase out when your income exceeds certain levels) and similar provisions should be repealed, or at least simplified, said Nina Olson, the Internal Revenue Service's National Taxpayer Advocate, in a report to Congress released yesterday. Ms. Olson, who isn't a political appointee, heads an IRS unit designed to help taxpayers cut through red tape and deal with problems that typically couldn't be resolved through normal channels.

The report says more than 60 million individual income-tax returns, about 44% of the total filed last year, are affected each year by one or more of these provisions, which can drive up a taxpayer's marginal tax rate well above his or her official tax rate.

It's doubtful that Congress will eliminate phaseouts. Repealing them would cost the U.S.

### Stealth Taxes

Many people stand to lose part or all of key tax benefits because their income is too high

■ Numerous tax benefits include income-based "phaseout" provisions.

■ Among the breaks affected: the chaseout of personal exemptions and limits on many itemized deductions.

■ A new report by IRS National Taxpayer Advocate Nina Olson urges Congress to repeal, or at least simplify, phaseouts.

*Source: IRS National Taxpayer Advocate*

Treasury Department billions of dollars each year at a time when lawmakers are focusing more on cutting budget deficits than on simplifying the nation's notoriously complex tax system. Yet the report throws a new spotlight on a dimly lit corner of the tax world that many taxpayers need to understand more thoroughly in order to make intelligent tax and investment-planning decisions.

Phaseouts are also referred to as "stealth" taxes because they're difficult for the average taxpayer to detect. Among the most significant: limits on personal exemption amounts and on many itemized deductions, such as charitable contributions and state and local taxes, for taxpayers whose incomes exceed certain levels. (More than 5.7 million individual returns for 2004 were hit by the income limit on itemized deductions. As a result, taxpayers were unable to deduct a total of more than $36.7 billion of itemized deductions for that year.)

Other benefits that may be affected include a credit for adopting a child, the child tax credit and education-related incentives. A new deduction for mortgage insurance also has phaseout provisions. Even sophisticated taxpayers may be un-

*Please turn to the next page*

---

## New Rules May Shrink Ranks of Blood Donors

*HIV Risk Eases, but Concern Over Other Threats Grows; A Problem With Pregnancies*

By LAURA LANDRO



FAST-EMERGING threats to the blood supply—including infectious diseases from abroad and newly recognized risks of transfusion—are raising safety concerns and threatening to shrink the supply of eligible blood donors.

The chances of getting HIV or hepatitis C from donated blood have been all but eliminated thanks to sophisticated screening. But regulators and blood banks are adding new protections in an effort to quell the latest threats.

Among the most sweeping are changes that could affect the use of certain blood components from 10- to 20% of female donors—as many as a

million women. Scientists have only recently come to understand that certain antibodies in the blood of women who have ever been pregnant can cause a reaction known as transfusion-related acute lung injury, or TRALI. While rare, TRALI has emerged as

the leading cause of transfusion-related deaths, associated with 50-100 fatalities annually.

In addition, the Food and Drug Administration recently approved a new standard donor-screening form to better ferret out risk factors that could lead to a transmissible infection, with more direct and detailed questions about travel, relationships and lifestyle, such as intravenous drug use.

Last month, the FDA, which continues to seek new donor-screening tests for infectious diseases, approved a test for Chagas disease, a potentially fatal blood-borne illness linked to a parasite that affects as many as 11 million people in Latin America. Chagas is of increasing concern in the U.S. because of the rise in immigration from those countries.

Amid these concerns, there is growing debate about lifting bans on gay men, which could increase the pool of donors. Last year, transfusion-medicine experts, researchers and blood centers,

*Please turn to page D8*

---

### GETTING GOING

## To Find Hotter Funds, Go With The Winners—and the Losers



By Jonathan Clements

If you buy last year's top-performing stock funds, you have a good shot at earning market-beating results over the next 12 months. What if you buy last year's worst performers? That, too, could earn you superior returns.

Puzzled? I am not advocating either strategy. But their success offers valuable lessons in how the stock market works—and three lessons that could help bolster your portfolio's performance.

■ **Seeking heat.** Each January, the New Lord Fund Investor newsletter in Brentwood, Tenn., reports buying the top-performing no-load fund from the prior year and then hanging on for the next 12 months.

In making its annual calculation, the newsletter sticks to certain funds, such as those focused on foreign stocks or a particular industry sector. That year's pick, FBR Small Cap, which soared 24.5% in 2006.

"It's a speculative strategy," concedes the newsletter's editor, Mark Salzinger. "We're going to recommend investors own seven to 10 funds." Still, Mr. Salzinger says, you might try the hot-fund strategy with a small portion of your portfolio.

If history is any guide, it could be mighty rewarding. The newsletter's annual gains have clocked a 13.5% annualized return over the past 15 years, versus 10.6% for the Standard & Poor's 500-stock index.

But here's where things get curious: It seems you can also score sizzling gains with funds that are stone cold. Consider the strategy followed by Jon Fossel, retired chairman of New York's OppenheimerFunds. Each year for the past 19 years, he has bought the Oppenheimer stock fund that has fared worst over the prior 12 months—and he has outpaced the S&P 500 by a wide margin.

In making his annual pick, Mr. Fossel excludes sector funds and those funds that have been around for less than three years. In 2007, he purchased Oppenheimer Mid-Cap, a growth-stock fund that gained some 2% in 2006.

Mr. Fossel tested his strategy using other companies' funds and got similar results. But he insists it's for the strategy to work, so invest a company with a broad array of funds, including large-cap, small-growth, mid-value, small-growth, mid-value and foreign plates.

■ **Bouncing back.** What explains these impressive results? Mark Carhart, a managing director at Goldman Sachs Asset Management, studied mutual funds' performance. He found that a year's top performers tend to post winning returns over the next year or two, so you can squeeze more gains out of the underlying market momentum

prices that continued outperformance," he says.

By contrast, Mr. Carhart found that the worst performers typically struggled in the year that followed. The fund industry's laggards, however, often include a slew of small, oddball funds with high costs—and Mr. Fossel may have avoided these perennial losers by sticking with a single, well-run fund family.

With Mr. Fossel's strategy, "you're getting 'mean reversion' of individual stocks," suspects Jeremy Siegel, a finance professor at the University of Pennsylvania's Wharton School. "Something negative drives stocks below their true value, and then you get the bounceback."

It is, of course, risky to bank heavily on a single fund focused on one market segment. Instead, you want to own a globally diversified portfolio. That said, you might take a few cues from Mr. Fossel's and Mr. Salzinger's success.

Suppose you're adding new funds to your portfolio. One strategy: Hunt for low-cost funds that have performed poorly because their investment style has been out of favor. But before you buy, wait until you should have a sector that's relatively cheap—but where the momentum is now in your favor.

Similarly, let's say you want to rebalance, to bring your funds back in line with your target portfolio percentages. If you have a fund that's posted a huge one-year return after years of lackluster results, you might delay trimming back your position for another year or two, so you can squeeze more gains out of the underlying market momentum.

### Trading Tips

■ When chasing red-hot funds, stick with no-loads.

■ Look for beaten-down funds that are starting to revive.

■ Let your winners run before rebalancing.

■ Aim to trade in a tax-sheltered account.

---



## U.S. TRUST

Our mission is

org...

inf...

children and grandchildren.

o...

de...

in...

b...

*He understood it all beginning in 1853*

U.S. TRUST

This material may be protected by Copyright law (Title 17 U.S. Code)

By Nick Wingfield
And Li Yuan

APPLE INC.'s feverishly anticipated iPhone combines the music and video features of an iPod with the communications functions of a smartphone. The question is how many consumers will be willing to pay the hefty price for the combo.

The iPhone has a sleek design and is only 11.6 millimeters thick. A 3.5-inch screen, bigger than on most iPods, extends for almost the entire length of the nearly button-free device. Instead of the iPod's iconic scroll wheel, users will navigate through their song collections, make phone calls and perform other tasks by tapping their fingers on the iPhone's touch-sensitive screen. Users of the iPhone will make calls or type emails on a virtual keyboard that pops up onscreen as needed.

Apple, of Cupertino, Calif., has an exclusive agreement with **AT&T** Inc.'s Cingular, the nation's largest cellular carrier by subscriber, to sell the iPhone in the U.S. for $499 and $599—well above mass-market cellphones—with a commitment to a two-year wireless plan. Although it has been on a hot streak, Apple doesn't always hit it big when it enters new markets. The company collaborated with **Motorola** Corp. on a phone called ROKR that plays songs from users' iTunes music collections, but it was seen by many as a disappointment because of limited storage capacity.

It's unclear if and when the prices for the iPhone might come down, as prices for electronics gear such as flat-screen television sets and video camcorders tend to do. While prices for the iPod have generally stayed in the same range over the years, consumers have been getting more features on new generations of iPods, essentially getting more for their money each time. With cellphones, the historical model has been for prices of such devices to come down quickly, with wireless carriers sometimes taking a loss on the products in order to get consumer subscription revenue.

In defense of the price of the iPhone, Apple Chief Executive Steve Jobs said in a speech at the start of the Macworld conference in San Francisco that consumers normally have to pay $199 for a comparable iPod nano and $299 for a smartphone, which would lack many of the whiz bang features of the iPhone at roughly the same price.

With Cingular, Apple developed a feature the companies described as a major innovation, calling it "visual voice mail." Instead of having to wade through voice mail messages in the order in which they were left, iPhone users will see a list with the names and phone numbers of people

*Please turn to page D8*

# New Rules May

*HIV Risk Eases, but Concern Over Other Threats Grows; A Problem With Pregnancies*

By Laura Landro

FAST-EMERGING threats to the blood supply—including infectious diseases from abroad and newly recognized risks of transfusion—are raising safety concerns and threatening to shrink the supply of eligible blood donors.

The chances of getting HIV or hepatitis C from donated blood have been all but eliminated thanks to sophisticated screening. But regulators and blood banks are adding new protections in an effort to quell the latest threats.

Among the most sweeping are changes that could affect the use of certain blood components from 10% to 20% of female donors—as many as a

# GADGETS

**THE MOSSBERG SOLUTION** | Edited by Walter S. Mossberg

## Using Your DVR From Afar

### Two Methods Allow Remote Recording; Checking the Grid



By Katherine Boehret

The whole point of using a digital video recorder is convenience. Rather than arranging your schedule around television shows, you watch when you want when it's best for you. But you may be running out the door for a weeklong trip, forgetting to plot out which shows will air while you're gone. Or you might learn of a new series or show while at work, unable to get home in time to record it.

This week, I was reminded of how setting my TiVo digital video recorder to record programs can be done more conveniently through remote online access. I did so using two methods: TiVo Inc.'s own Web service, TiVo Central Online at www.Tivo.com, and Sling Media Inc.'s downloadable Sling-Player software program, which works when Slingbox hardware is attached to your television. Other remote recording solutions also are available using computer-based programs.

These two programming aids came in handy, allaying my fears of ever missing a show like the "Oprah" episode on which the entire "Grey's Anatomy" cast appeared (I forgot to set my TiVo). TiVo Central Online's remote programming scheduling grid was helpful, and Sling Media's SlingPlayer brought the TiVo's features onto my computer screen, as well as a live feed from the remote television.

Remote access from TiVo. com is included with the monthly or annual service fee TiVo owners already pay, but many of them don't know

TiVo Inc.'s TiVo Central Online, www.tivo.com, and Sling Media Inc.'s SlingPlayer, www.slingmedia.com, both aid in remotely recording programs on your TiVo.

about it or use it.

TiVo Central Online works best with a broadband-connected TiVo, such as the Series2 used with the $53 Wireless G USB Network Adapter, which I have, or the new TiVo Series3. The earlier version of TiVo, called the Series1 box, uses a phone line to periodically dial in and receive TiVo data; the Series2 can also use a phone line.

TiVo using a broadband connection only need about a half hour of notice from TiVo Central Online to record a coming show; phone-connected TiVos need at least 24 hours notice.

I created a Tivo.com account which automatically knew of my home TiVo's channels and broadband connection. Searches on the TiVo Central Online site can be narrowed using genres.

TiVo Central Online's grid guide is useful for remotely programming your TiVo—displaying titles, times, durations and channels for each show. From my office, I recorded a coming episode of "Oprah" by following steps similar to those on my actual TiVo. The episode title appeared in my home TiVo's To Do list with a computer icon beside it, indicating that it had been scheduled via TiVo's Web site.

This worked well. But TiVo doesn't allow you to actually watch the program while away from the TiVo recorder, unless you use a more laborious and complicated process called TiVo ToGo, which requires that you transfer content from the TiVo to a laptop or portable player.

The Slingbox is a separate device that attaches to your television and lets you remotely watch the TV's content from anywhere using a computer or mobile device. If your TV has a TiVo connected to it, the Slingbox lets you remotely control your TiVo's scheduled recordings and settings, or watch its content as if you were sitting in your living

room. An on-screen image of the TiVo remote control adds familiarity to SlingPlayer.

The Slingbox costs between $180 and $250 depending on which product you get, and the SlingPlayer software program is a free download from www.slingmedia.com. The company charges a one-time $30 fee, though, for the mobile software programs that work on Windows Mobile devices.

The experience of using the SlingPlayer is rich, and becomes even more enjoyable when TiVo is added to the equation. I downloaded the SlingPlayer on my Apple iMac; it also runs on Windows XP and Vista, as well as mobile platforms.

I logged in to view content from a Slingbox-enhanced TV and TiVo. A vivid image of a TiVo remote control worked just as it should: its buttons are all usable, and you can even hear the TiVo sound effects.

As I watched shows remotely, the picture was choppy at times, slowing down to "optimize" the video every so often. But the longer I watched, the better it got.

Any changes that you make on the TiVo using your Sling-Player are reflected back on the actual TiVo. So if you've watched half of a show on your computer before stopping, you can resume the rest of the show by watching on your TV—starting where you left off.

Next time you're away from your TiVo but want it to record something, think about setting up a free TiVo Central Online account, allowing you the flexibility of remote recording—should you want to use it. The Slingbox and SlingPlayer work well for users who miss their TV programs enough to want to see them right away.

MossbergSolution@wsj.com



## Tech's New Trend: Multitasking

### Phones Play Music, Cameras Make Calls At Las Vegas CES

By JESSICA E. VASCELLARO And DON CLARK

IN 2007, techies can take multitasking to whole new level.

Exhibitors at the Consumer Electronics Show in Las Vegas this week are displaying devices that do double, triple or quadruple duty, carrying out tasks as calling, getting weather reports and visiting Web sites.

Cellphone makers such as Nokia Corp. and Motorola Inc. are incorporating media players, powerful Web browsers and high-end digital cameras into tiny phones. Verizon Wireless's suppliers, including Samsung Electronics Co., are developing phones that can receive broadcast TV or video-on-demand, while still making calls or sending text messages.

Here are some of the products being showcased at this year's CES:

■ HP MediaSmart Server. Price: Undetermined. Availability: Third quarter 2007. What it is: A server for multiple home computers.

Vital chores we companies—such as sharing and making copies of data—are becoming just as important in households. So Hewlett-Packard Co. is introducing a device for the home that has been commonplace in businesses for years: the server.

H-P's new MediaSmart Server acts as a repository for photos, music, movies and other digital content. It was built around new software from Microsoft Corp., called Windows Home Server, which helps automatically manage tasks such as making backup copies of files on all the laptop and desktop machines connected to a home network.

■ Bang & Olufsen BeoVi-

sion D. Price: $21,900. Availability: On sale now. What it is: A monster media center.

Well-heeled couch potatoes may be drawn to this latest fantasy product from Bang & Olufsen. It looks like a sleek silver picture frame—about four feet tall and four feet wide—with a 50-inch plasma TV.

There's more. The BeoVision 9 is a true media server, with built-in networking, a hard drive for storing photos and other digital content from the home PC—all controlled by a remote that can also cruise to favorite Web sites. A motorized stand turns the screen to face the user's easy chair when the set is on, returning it to a rest position when powering down.

■ Bushnell Weather Tracker ONIX 400. Price: Undetermined. Availability: Summer 2007. What it is: A hand-held GPS system with built-in weather tracking and XM satellite radio.

A freak storm brewing along their route might encourage hikers to cut a trek short—if they knew about it in advance. This gizmo aims to provide that heads-up by combining a Global Positioning System map with weather data, along with service from XM Satellite Radio Holdings Inc. to liven up evenings by the campfire.

The ONIX 400 delivers weather reports layered onto a map, plus satellite photos. It also offers a sports scoreboard, a 3.5" color LCD screen, an imbedded 64MB Micro SD card for data and map services, and a rechargeable Li-ion battery.

■ Panasonic Globarange BB-GT1500B. Price: $99.95. Availability: summer 2007 or later. What it is: A dual-line phone that can make free Internet calls as well as landline calls.

Making phone calls over the Internet via services like eBay Inc.'s Skype Ltd. and Vonnge Holdings Corp. has become popular, but one requires users to connect via a PC while the other requires a monthly subscription.



Motorola Bluetooth Active Headphones S9 for wireless access to music and voice calls

The Bushnell Weather Tracker hand-held GPS system

The GoPro Digital Hero 3 wrist-mounted video camera

Matsushita Electric Industrial Co.'s new Panasonic cordless phone addresses both issues.

Globarange users can easily make Internet calls to each other free—as long as they have broadband connections—without a computer or a separate service. The phone, which operates at the 5.8 gigahertz frequency range, also comes with a second line that can make and receive phone calls from traditional phone lines.

■ Motorola Bluetooth Active Headphones S9, Price: Customers will need to check with their local Motorola store on prices. Availability: Scheduled for first half of 2007. What it is: A hands-free wireless headphone that provides access to music and voice calls on a Bluetooth-enabled cellphone on the go, running along the back of a person's head.

Weighing barely an ounce, the Motorola S9 is designed to be easy to use and wear. It lets users play music or answer a phone call by simply pressing the buttons on the headphones. The product streams music from compatible Bluetooth-enabled stereo music phones and Bluetooth-enabled MP3 players, as well as iPod players equipped with the naviPlay Bluetooth Stereo Adaptor for iPod.

■ GoPro Digital Hero 3. Price: $140. Availability: January 2007. What it is: A wrist-mounted video camera for surfers and other extreme sports fans.

GoPro, a Pescadero, Calif., start-up founded by surfer Nicholas Woodman, has already produced still cameras. The new Digital Hero 3 adds video, and is housed in a case that straps to a user's wrist, over their ski gloves, or on their bike handlebars.

—Sarnaad Ali, Christopher Lawton, Sarah McBride and Yukari Iwatani Kane contributed to this article.

Online Today: Our blog tracks the latest dispatches from the Consumer Electronics Show in Las Vegas, at WSJ.com/OnlineToday.

---



## Is Apple's iPhone Worth It?

Continued from page D1

who left them voice messages and tap to listen the messages in whichever order they like.

There are also sophisticated sensors within the product that, for instance, adjust the brightness level of the screen to make it more legible based on ambient lighting conditions. Another sensor automatically shifts the screen-orientation of the iPhone to landscape from portrait mode when a user holds the device between two hands, which will allow users to view movies and television shows in wide-screen mode.

Initially, users will load music, video and other content onto the iPhone from their computers, not wirelessly over the Cingular network. Executives in the music industry say Apple will need to negotiate new licensing agreements with music labels to obtain rights to sell songs wirelessly on the iPhone.

In a nod to how altercially products like the iPod, iPhone and a new television set-top box coming out in February called Apple TV are reshaping the company, Apple yesterday said it has changed its corporate name to Apple Inc. after decades as Apple Computer Inc. In his speech, Mr. Jobs said the iPhone was the result of more than 2½ years of development work at Apple and positioned its importance on par with the two other biggest innovations in Apple's history, the Macintosh computer and iPod.

Mr. Jobs also said the company had worked with Yahoo Inc. and Google Inc. to bring popular Internet features like Yahoo Mail and Google Maps to the product. He said the iPhone is powered by Apple's Mac OS X operating system, which runs the company's line of computers.

All of the product's features come at a steep cost for consumers, though, leading some ana-



The Apple TV has a 40 gigabyte hard drive and will be able to play video and photos from PCs.

lysts to question how big Apple's opportunity is to tap the mass market, as it has with the iPod. Mr. Jobs said Apple was aiming to sell about 10 million iPhones through the end of 2008, which would account for about 1% of annual global shipments of cellphones.

But at $499 and $599, prices for versions of the iPhone with four gigabytes and eight gigabytes of storage capacity, respectively, Apple will be going after a fraction of the market, Toni Sacconaghi, an analyst at Sanford C. Bernstein, said cellphones priced above $300 account for only about 5% of the global market.

For its part, Cingular said it expects to attract high-end customers who are willing to pay the price of the device and for the data services the phone could offer, prices for which the companies didn't disclose. Cingular wouldn't say whether it was subsidizing the cost of the iPhone, as carriers typically do for most handsets. On average, North American carriers subsidize $70 to $90 per phone, according to research firm Gartner Inc.

Cingular CEO Stan Sigman said he was so convinced that Apple would come up with a breakthrough phone that Cingular signed a deal with Apple in New York two years ago without even seeing a product. The deal is a multiyear agreement, in which Cingular will handle customer support, billing and

other chores. Through the deal, Apple is not becoming a mobile virtual network operator—in effect, a reseller of airtime on another carrier's network.

Apple also said its new Apple TV product, formerly called iTV, will go on sale in February for $299. The Apple TV, originally announced in September, will feature a 40 gigabyte hard drive and will be able to play video and photos from computers throughout the home.

Mr. Jobs said Vincom Inc.'s Paramount Pictures will join Walt Disney Co. in selling movie downloads that can be played on the Apple TV through the iTunes Store, providing more than 100 movies from its back catalog for download on iTunes.

To allay concerns of DVD retailers about competition from iTunes, Paramount is not including its new releases. Paramount studio head Brad Grey noted that the bulk of iTunes movie downloads so far have been library titles. Paramount's library includes movies such as "Breakfast at Tiffany's" as well as concert titles from artists like Bob Dylan and U2.

—Merissa Marr and Ethan Smith contributed to this article.

Question of the Day: Will the iPhone be a hit like the iPod or a miss like the Newton? Vote at WSJ.com/Question. Plus, watch highlights of Steve Jobs's presentation at WSJ.com/Video.

---

## HEALTH

# Rules May Deter Blood Donors

Continued from page D1

including the American Red Cross, recommended that the FDA ease restrictions on gay men, who are primary carriers of HIV, to reflect improvements in HIV testing.

With more than 15 million units of blood donated annually in the U.S., the supply is still adequate—for now. But according to the Department of Health and Human Services, the margin between blood supply and demand has never been smaller. Only about 5% of donors in the U.S. who are eligible to give blood actually do so, but a growing number have been deferred for a year or more in recent years because of travel histories to high-risk areas or risk-related behavior.

"There's an endless barrage of emerging or expanding pathogens, and it's a constant juggling act" between retaining donors and curbing risk, says Michael Busch, a transfusion medicine specialist and director of the nonprofit Blood Systems Research Institute in San Francisco.



BUY MUNI BONDS HERE
FMSbonds.com
Plus strategies, commentary and more
from the individual municipal bond buyer
fms bonds, inc.
Municipal Bond Specialists
1-800-367-BOND Founded 1978

Increasingly, researchers believe TRALI can occur when certain antibodies, produced by pregnant women to prevent rejection of the foreign male blood cells in their fetus, react with a transfusion recipient's cells, allowing fluid to enter the lungs.

The nonprofit group AABB (formerly the American Association of Blood Banks) is recommending that blood centers have plans in place to reduce the risk of TRALI from plasma donations by this November and in platelet donations by November 2008. Many centers will comply by shifting to predominantly male donors for plasma used for transfusion. The highest risk of TRALI is from plasma products and platelets, versus whole blood; plasma is the liquid portion of blood which carries cells and helps in blood clotting, and platelets help prevent massive blood loss from trauma and blood-vessel leakage.

American Red Cross Chief Medical Officer Richard Benjamin says his organization is already beginning the shift to 95% male plasma donors from 50% in some parts of the country for transfusion. "We need female donors," Dr. Benjamin says. So the group will use plasma from women "for the manufacture of other blood products where there is no risk." The Red Cross is also developing ways to screen platelet donors for the presence of antibodies and will divert women who test positive to donating only whole blood.

Adding new screening tests will boost the cost of blood collection. Brian Custer, an investigator for Blood Systems Research, estimates that the new Chagas-disease test adds $5 to $7 to the cost of screening a unit

of donated blood, bringing the total cost to about $54 this year.

The total cost of testing the blood supply for seven known high-risk infectious agents each year in the U.S. is approximately $600 million, with about 60% coming from tests that weren't in place a decade ago—including tests for HIV and West Nile Virus, according to James AuBuchon, chairman of the pathology department at Dartmouth-Hitchcock Medical Center in Lebanon, N.H. "The increase in costs is relatively minor to keep the blood supply safe," Dr. AuBuchon says.

The FDA says it must err on the safe side, even if it reduces the supply of donors. "For every deferral we put into place, we do a very careful consideration of how it will impact the donor pool," says Alan Williams, head of the division of blood applications for the FDA's biologics center.

The FDA is under growing pressure to ease the policy that effectively bans blood donations from men who have had sex with other men ever since 1997. Last March, AABB, the American Red Cross and America's Blood Centers told the FDA that because of new tests that can quickly detect HIV, the policy is "medically and scientifically unwarranted" and recommended that it be changed to allow men who have abstained from sex with another man for a period of one year.

But the FDA says men who have had sex with men account for 25% of donors found positive for HIV, even though only a fraction of those admit to homosexual contact. The FDA says the policy is based on "the well-documented association of this behavior with risk of transfusion transmissible infection."



# Is Apple's iPhone Worth It?

*Continued from page D1*

who left them voice messages and tap to listen the messages in whichever order they like.

There are also sophisticated sensors within the product that, for instance, adjust the brightness level of the screen to make it more legible based on ambient lighting conditions. Another sensor automatically shifts the screen-orientation of the iPhone to landscape from portrait mode when a user holds the device between two hands, which will allow users to view movies and television shows in wide-screen mode.

Initially, users will load music, video and other content onto the iPhone from their computers, not wirelessly over the Cingular network. Executives in the music industry say Apple will need to negotiate new licensing agreements with music labels to obtain rights to sell songs wirelessly on the iPhone.

In a nod to how drastically products like the iPod, iPhone and a new television set-top box coming out in February called Apple TV are reshaping the company, Apple yesterday said it has changed its corporate name to Apple Inc. after decades as Apple Computer Inc. In his speech, Mr. Jobs said the iPhone was the result of more than 2½ years of development work at Apple and positioned its importance on par with the two other biggest innovations in Apple's history, the Macintosh computer and iPod.

Mr. Jobs also said the company had worked with **Yahoo** Inc. and **Google** Inc. to bring popular Internet features like Yahoo Mail and Google Maps to the product. He said the iPhone is powered by Apple's Mac OS X operating system, which runs the company's line of computers.

All of the product's features come at a steep cost for consumers, though, leading some analysts to question how big Apple's opportunity is to tap the mass market, as it has with the iPod. Mr. Jobs said Apple was aiming to sell about 10 million iPhones through the end of 2008, which would account for about 1% of annual global shipments of cellphones.

But at $499 and $599, prices for versions of the iPhone with four gigabytes and eight gigabytes of storage capacity, respectively, Apple will be going after a fraction of the market. Toni Sacconaghi, an analyst at Sanford C. Bernstein, said cellphones priced above $300 account for only about 5% of the global market.

For its part, Cingular said it expects to attract high-end customers who are willing to pay the price of the device and for the data services the phone could offer, prices for which the companies didn't disclose. Cingular wouldn't say whether it was subsidizing the cost of the iPhone, as carriers typically do for most handsets. On average, North American carriers subsidize $70 to $90 per phone, according to research firm Gartner Inc.

Cingular CEO Stan Sigman said he was so convinced that Apple would come up with a breakthrough phone that Cingular signed a deal with Apple in New York two years ago without even seeing a product. The deal is a multiyear agreement, in which Cingular will handle customer support, billing and other chores. Through the deal, Apple is not becoming a mobile virtual network operator—in effect, a reseller of airtime on another carrier's network.

Apple also said its new Apple TV product, formerly called iTV, will go on sale in February for $299. The Apple TV, originally announced in September, will feature a 40 gigabyte hard drive and will be able to play video and photos from computers throughout the home.

Mr. Jobs said **Viacom** Inc.'s Paramount Pictures will join **Walt Disney** Co. in selling movie downloads that can be played on the Apple TV through the iTunes Store, providing more than 100 movies from its back catalog for download on iTunes.

To allay concerns of DVD retailers about competition from iTunes, Paramount is not including its new releases. Paramount studio head Brad Grey noted that the bulk of iTunes movie downloads so far have been library titles. Paramount's library includes movies such as "Breakfast at Tiffany's" as well as concert titles from artists like Bob Dylan and U2.

*—Merissa Marr and Ethan Smith contributed to this article.*



The Apple TV has a 40 gigabyte hard drive and will be able to play **video and photos** from PCs.

**Question of the Day:** *Will the iPhone be a hit like the iPod or a flop like the Newton? Vote at* **WSJ.com/Question**. *Plus, watch highlights of Steve Jobs's presentation, at* **WSJ.com/Video**.