# Exhibit 6



Contact | Sitemap | Search this site: [                    ] 

Products & Services    Solutions    Approach    Press & Events    CGM Resources    About

Press & Events

In the News

Events

Webinars

E-Mail Updates

PR Contacts

Story Ideas

Photos and Graphics

Subscri

 Su
BuzzM
feed.

Upcom


Webir
How ¡
consu
video
medi¿
Regis

# Unprecedented Pre-Launch Buzz Sets High Expectations for iPhone Sales and Customers, Nielsen BuzzMetrics Reports

## Nielsen BuzzMetrics Webinar to Probe Key CGM Metrics Leading to Launch

**NEW YORK, June 25, 2007** – Thanks in part to unprecedented pre-launch blog buzz, anticipation is soaring for Apple's iPhone as the June 29 launch nears. Apple CEO Steve Jobs' January 2007 announcement of the new handheld media device – which combines functionality from the iPod, mobile telephony and the Internet via touch screen – resulted in buzz levels higher than any other product announcement this year.

According to Nielsen BuzzMetrics, the global measurement standard in consumer-generated media, the buzz around the forthcoming iPhone was 33% higher the week ending June 23, 2007 versus the average of the prior four weeks.

"Apple's iPhone is riding an unprecedented wave of pre-launch conversation and expectations are mounting," said John Latona, Vice President of Client Services, Consumer Technology, at Nielsen BuzzMetrics. "Starting next week, the nature of the conversation will shift to very explicit and descriptive commentary about actual experiences with the product, and this will have a huge impact on ongoing trial, advocacy and sales."

Case 5:11-cv-01846-LHK   Document 88-6   Filed 07/01/11   Page 3 of 4



### What's behind iPhone buzz?

- Top appeal drivers include anticipated features, especially visual voicemail and the inclusion of a music library
- Negative issues raised in conversation include high price point, lack of keyboard, and concerns over AT&T's coverage
- Expectations are extremely high and reflect huge levels of confidence in Apple brand; consumers believe the iPhone will have a successful launch
- Several conversations related to the iPhone take place on Gizmodo, The Unofficial Apple Weblog (TUAW) and Engadget

### iPhone Web Traffic

Traffic to the official corporate site, apple.com, spiked following the iPhone announcement.  According to Nielsen//NetRatings, the iPhone section of the site had 1.79+ million unique visitors in January 2007 and the keyword "iPhone" was searched 870,000 times.  Consumers continued to visit the site during February and March frequently, with more than 980,000 unique visitors per month, with a slight decline during April (almost 637,000 unique visitors).  Web traffic to the site increased again during May with more than 701,000 unique visitors a month prior to release.

### iPhone Webcast

Join industry experts Pete Blackshaw, CMO and John Latona, VP and Consumer Technology practice lead, of Nielsen BuzzMetrics for a thought-provoking Webcast to dissect the buzz on this year's most anticipated consumer electronics product. The Webcast takes place live on June 28, from 12:30-1:30 pm EDT.  Sign-up now at http://nielsenbuzzmetrics.com/webinars

### iPhone Syndicated Product Offering

Nielsen BuzzMetrics is monitoring consumer sentiment around the iPhone launch and will report the findings via a special syndicated report.  For information on how to purchase this study, please

contact Jay Rampuria at jay.rampuria@buzzmetrics.com or
619.944.3603.


**Press Contact**: Sandra Parrelli;
Sandra.parrelli@buzzmetrics.com; 646-654-7772

**Sales Inquiries**: sales@buzzmetrics.com; 1.877.999.7335

### About Nielsen BuzzMetrics

The Nielsen BuzzMetrics service, marketed by BuzzMetrics, Inc., is
the global standard in measuring consumer-generated media and
word of mouth. Nielsen BuzzMetrics helps more than 100 leading
global companies strategically leverage the buzz surrounding
them—clients like Canon, Comcast, Ford, General Motors, HBO,
Kraft, Microsoft, Nokia, P&G, Sony, Target and Toyota, as well as
15 of the top 15 pharmaceutical concerns. Partners include the
world's largest marketing-services firms, and innovative new-
marketing agencies. The company has also collaborated with
distinguished research organizations such as the Pew Internet and
American Life Project. BuzzMetrics, Inc. is an affiliate of VNU,
owner of such renowned research names as ACNielsen and Nielsen
Media Research. For more information, visit
www.nielsenbuzzmetrics.com..

top



A subsidiary of The Nielsen Company    ©2007 BuzzMetrics. All rights reserved.
Terms and Privacy. Contact us, or call us toll free: 1.877.