# Exhibit 8

# The New York Times

"All the News That's Fit to Print"

**Late Edition**
New York: Today, hazy, hot and humid, isolated storms, high 91. Tonight, muggy, low 76. Tomorrow, sultry with a few storms, high 88. Yesterday, high 91, low 72. Weather map, Page D7.

VOL. CLVI .. No. 53,988   Copyright © 2007 The New York Times   NEW YORK, WEDNESDAY, JUNE 27, 2007   ONE DOLLAR

## Files on Illegal Spying Show C.I.A. Skeletons From Cold War

### Catalog of Wiretaps, Assassination Plots and Mind Control

**By MARK MAZZETTI and TIM WEINER**

WASHINGTON, June 26 — Long-secret documents released Tuesday provide new details about how the Central Intelligence Agency illegally spied on Americans decades ago, including trying to bug a Las Vegas hotel room for evidence of infidelity and tracking down an expert lockpicker for a Watergate conspirator.

Known inside the agency as the "family jewels," the 702 pages of documents catalog domestic wiretapping operations, failed assassination plots, mind-control experiments and spying on journalists from the early years of the C.I.A.

The papers provide evidence of paranoia and occasional incompetence as the agency began a string of illegal spying operations in the 1960s and 1970s, often to hunt links between Communist governments and the domestic protests that roiled the nation in that period.

Yet the long-awaited documents leave out a great deal. Large sections are censored, showing that the C.I.A. still cannot bring itself to expose all the skeletons in its closet. And many activities about overseas operations disclosed years ago by journalists, Congressional investigators and a presidential commission — which led to reforms of the nation's intelligence agencies — are not detailed in the papers.

In a note to agency employees, Gen. Michael V. Hayden, the C.I.A. director, said that Tuesday's release of documents was part of the agency's "social contract" with the American public, "to give those we serve a window into the complexities of intelligence."

General Hayden drew a contrast between the illegal activities of the past and current C.I.A. practices, which he insists are lawful.

The 60-year-old agency has been under fire, though, by critics who object to the secret prisons and harsh interrogation practices it has adopt-

---

**SECRET EYES ONLY**

**1960  AN ASSASSINATION PLOT**



Fidel Castro and the "DCI," or C.I.A. Director Allen W. Dulles.

SUBJECT:  Johnny Roselli

1. In August 1960, Mr. Richard M. Bissell approached Colonel Sheffield Edwards to determine if the Office of Security had assets that may assist in a sensitive mission requiring gangster-type action. The mission target was Fidel Castro.

2. Because of its extreme sensitivity, only a small group was made privy to the project. The DCI was briefed and gave his approval.

**1963  SPYING ON REPORTERS**



Both Robert F. Kennedy and Robert S. McNamara knew of the surveillance.

Project Mockingbird, a telephone intercept activity, was conducted between 12 March 1963 and 15 June 1963, and targeted two Washington-based newsmen who, at the time, had been publishing news articles based on, and frequently quoting, classified materials of this Agency

Col. Edwards' authority for the activity was Mr. John A. McCone, Director of Central Intelligence. The latter conducted the activity in coordination with the Attorney General (Mr. Robert Kennedy), the Secretary of Defense (Mr. Robert McNamara),

*Highlighting by The New York Times*

### How Today's Tactics Compare

Comparing misdeeds of the C.I.A. in its first quarter-century with its actions since 2001 is inevitably flawed. But it is also irresistible. And it raises a question: do the current actions of the intelligence agencies, including

### ONLINE: Examining the Archives

▶ The New York Times has assembled a panel of intelligence experts and historians to review and comment on the documents released yesterday by the Central Intelligence Agency. Comments by Philip

---

## Canada's Policy On Immigrants Brings Backlog

### Point System Is Similar to Proposal for U.S.

**By CHRISTOPHER MASON and JULIA PRESTON**

TORONTO, June 26 — With an advanced degree in business management from a university in India and impeccable English, Salman Kureishy is precisely the type of foreigner that Canada's merit-based immigration system was designed to attract.

Yet eight years went by from the time Mr. Kureishy passed his first Canadian immigration test until he moved from India to Canada. Then he had to endure nine months of bureaucratic delays before landing a job in his field in March.

Mr. Kureishy's experience — and that of Canada's immigration system — offers a cautionary tale for the United States. Mr. Kureishy came to this country under a system Canada pioneered in the 1960s that favors highly skilled foreigners, by assigning points for education and work experience and accepting those who earn high scores.

A similar point system for the United States is proposed in the immigration bill that bounced back to life on Tuesday, when the Senate reversed a previous stand and brought the bill back to the floor. [Page A17.] The vote did not guarantee passage of the bill, which calls for the biggest changes in immigration law in more than 20 years.

The point system has helped Canada compete with the United States and other Western powers for highly educated workers, the most coveted immigrants in high-tech and other cutting-edge industries. But in recent years, immigration lawyers and labor market analysts say, the Canadian system has become an immovable beast, with a backlog of more than 800,000 applications and waits of four years or more.

The system's bias toward the edu-

---

## YOUNG AMERICANS ARE LEANING LEFT, NEW POLL FINDS

### SUPPORT FOR DEMOCRATS

### Universal Health Plan Is Backed — Many Expect Success in Iraq

**By ADAM NAGOURNEY and MEGAN THEE**

Young Americans are more likely than the general public to favor a government-run universal health care insurance system, an open-door policy on immigration and the legalization of gay marriage, according to a New York Times/CBS News/MTV poll. The poll also found that they are more likely to say the war in Iraq is heading to a successful conclusion.

The poll offers a snapshot of a group whose energy and idealism have always been as alluring to politicians as its scattered focus and shifting interests have been frustrating. It found that substantially more Americans ages 17 to 29 than four years ago are paying attention to the presidential race. But they appeared to be really familiar with only two of the candidates, Senators Barack Obama and Hillary Rodham Clinton, both Democrats.

They have continued a long-term drift away from the Republican Party. And although they are just as worried as the general population about the outlook for the country and think their generation is likely to be worse off than that of their parents, they retain a belief that their votes can make a difference, the poll found.

More than half of Americans ages 17 to 29 — 54 percent — say they intend to vote for a Democrat for president in 2008. They share with the public at large a negative view of President Bush, who has a 28 percent approval rating with this group, and of

**The New York Times**

# Matching the Ballyhoo, Mostly

## The iPhone, Despite a Few Foibles, Does Things No Phone Has Ever Done



Illustration by The New York Times

Talk about hype. In the last six months, Apple's iPhone has been the subject of 11,000 print articles, and it turns up about 69 million hits on Google. Cultists are camping out in front of Apple stores; bloggers call it the "Jesus phone." All of this before a single consumer has even touched the thing.

**DAVID POGUE**
**STATE OF THE ART**

So how is it?

As it turns out, much of the hype and some of the criticisms are justified. The iPhone is revolutionary; it's flawed. It's substance; it's style. It does things no phone has ever done before; it lacks features found even on the most basic phones.

Unless you've been in a sensory-deprivation tank for six months, you already know what the iPhone is: a tiny, gorgeous hand-held computer whose screen is a slab of touch-sensitive glass.

The $500 and $600 models have 4 and 8 gigabytes of storage, respectively — room for about 825 or 1,825 songs. (In each case, 700 megabytes is occupied by the phone's software.) That's a lot of money; then again, the price includes a cellphone, video iPod, e-mail terminal, Web browser, camera, alarm clock, Palm-type organizer and one heck of a status symbol.

The phone is so sleek and thin, it makes Treos and BlackBerrys look obese. The glass gets smudgy — a sleeve wipes it clean — but it doesn't scratch easily. I've walked around with an iPhone in my pocket for two weeks, naked and unprotected (the iPhone, that is, not me), and there's not a mark on it.

But the bigger achievement is the software. It's fast, beautiful, menu-free, and dead simple to operate. You can't

Continued on Page 10

## Waiting for the Latest in Wizardry

### Already in Line, Hoping at 6 P.M. Friday They Will Get . . . a Cellphone

# The iPhone Matches Most of the Ballyhoo Despite a Few Foibles

Continued From First Business Page

get lost, because the solitary physical button below the screen always opens the Home page, arrayed with icons for the iPhone's 16 functions.

You've probably seen Apple's ads, showing how things on the screen have a physics all their own. Lists scroll with a flick of your finger, CD covers flip over as you flick them, e-mail messages collapse down into a trash can. Sure, it's eye candy. But it makes the phone fun to use, which is not something you can say about most cellphones.

**DAVID POGUE**
**STATE OF THE ART**

Apple has chosen AT&T (formerly Cingular) to be the iPhone's exclusive carrier for the next few years, in part because the company gave Apple carte blanche to revise everything people hate about cellphones.

For example, once the phone goes on sale this Friday, you won't sign up for service in a phone store, under pressure from the sales staff. You will be able to peruse and choose a plan at your leisure, in the iTunes software on your computer.

Better yet, unlimited Internet service adds only $20 a month to AT&T's voice-plan prices, about half what BlackBerry and Treo owners pay. For example, $60 gets you 450 talk minutes, 200 text messages and unlimited Internet; $80 doubles that talk time. The iPhone requires one of these voice-and-Internet plans and a two-year commitment.

On the iPhone, you don't check your voice mail; it checks you. One button press reveals your waiting messages, listed like e-mail. There's no dialing in, no password — and no sleepy robot intoning, "You...have...t-wenty...one...messages."

To answer a call, you can tap Answer on the screen, or pinch the microscopic microphone bulge on the white earbud cord. Either way, music or video playback pauses until you hang up. (When you're listening to music, that pinch pauses the song. A double-pinch advances to the next song.)

Making a call, though, can take as many as six steps: wake the phone, unlock its buttons, summon the Home screen, open the Phone program, view the Recent Calls or speed-dial list, and select a name. Call quality is only average, and depends on the strength of your AT&T signal.

E-mail is fantastic. Incoming messages are fully formatted, complete with graphics; you can even open (but not edit) Word, Excel and PDF documents.

The Web browser, though, is the real dazzler. This isn't some stripped-down, claustrophobic My First Cellphone Browser; you get full Web layouts, fonts and all, shrunk to fit the screen. You scroll with a fingertip — much faster than scroll bars. You can double-tap to enlarge a block of text for reading, or rotate the screen 90 degrees, which rotates and magnifies the image to fill the wider view.

Finally, you can enlarge a Web page — or an e-mail message, or a photo — by spreading your thumb and forefinger on the glass. The image grows as though it's on a sheet of latex.

The iPhone is also an iPod. When in its U.S.B. charging cradle, the iPhone slurps in music, videos and photos from your Mac or Windows PC. Photos, movies and even YouTube videos look spectacular on the bright 3.5-inch very-high-resolution screen.



*The iPhone, like a cellphone or an iPod, can easily display photographs on its 3.5-inch screen.*  
Christopher Capozziello for The New York Times

The Google Maps module lets you view street maps or aerial photos for any address. It can provide driving directions, too. It's not real G.P.S. — the iPhone doesn't actually know where you are — so you tap the screen when you're ready for the next driving instruction.

But how's this for a consolation prize? Free live traffic reporting, indicated by color-coded roads on the map.

Apple says one battery charge is enough for 8 hours of calls, 7 hours of video or 24 hours of audio. My results weren't quite as impressive: I got 5 hours of video and 23 hours of audio, probably because I didn't turn off the phone, Wi-Fi and other features, as Apple did in its tests. In practice, you'll probably wind up recharging about every other day.

So yes, the iPhone is amazing. But no, it's not perfect.

There's no memory-card slot, no chat program, no voice dialing. You can't install new programs from anyone but Apple; other companies can create only iPhone-tailored mini-programs on the Web. The browser can't handle Java or Flash, which deprives you of millions of Web videos.

The two-megapixel camera takes great photos, provided the subject is motionless and well lighted (samples are at nytimes.com/tech). But it can't capture video. And you can't send picture messages (called MMS) to other cellphones.

Apple says that the battery starts to lose capacity after 300 or 400 charges. Eventually, you'll have to send the phone to Apple for battery replacement, much as you do now with an iPod, for a fee.

Then there's the small matter of typing. Tapping the skinny little virtual keys on the screen is frustrating, especially at first.

Two things make the job tolerable. First, some very smart software offers to complete words for you, and, when you tap the wrong letter, figures out what word you intended. In both cases, tapping the Space bar accepts its suggestion.

Second, the instructional leaflet encourages you to "trust" the keyboard (or, as a product manager jokingly put it, to "use the Force"). It sounds like new-age baloney, but it works; once you stop stressing about each individual letter and just plow ahead, speed and accuracy pick up considerably.

Even so, text entry is not the iPhone's strong suit. The BlackBerry won't be going away anytime soon.

The bigger problem is the AT&T network. In a Consumer Reports study, AT&T's signal ranked either last or second to last in 19 out of 20 major cities. My tests in five states bear this out. If Verizon's slogan is, "Can you hear me now?" AT&T's should be, "I'm losing you."

Then there's the Internet problem. When you're in a Wi-Fi hot spot, going online is fast and satisfying.

But otherwise, you have to use AT&T's ancient EDGE cellular network, which is excruciatingly slow. The New York Times's home page takes 55 seconds to appear; Amazon.com, 100 seconds; Yahoo, two minutes. You almost ache for a dial-up modem.

These drawbacks may be deal-killers for some people. On the other hand, both the iPhone and its network will improve. Apple points out that unlike other cellphones, this one can and will be enhanced with free software updates. That's good, because I encountered a couple of tiny bugs and one freeze. (There's also a tantalizing empty space for a row of new icons on the Home screen.) A future iPhone model will be able to exploit AT&T's newer, much faster data network, which is now available in 160 cities.

But even in version 1.0, the iPhone is still the most sophisticated, outlook-changing piece of electronics to come along in years. It does so many things so well, and so pleasurably, that you tend to forgive its foibles.

In other words, maybe all the iPhone hype isn't hype at all. As the ball player Dizzy Dean once said, "It ain't bragging if you done it."

---

**ONLINE: IPHONE? WHAT IPHONE?**

In a Web video, David Pogue shares the pain of being one of the few people on the planet with an iPhone in his pocket. The video, along with his blog, Pogue's Posts, a downloadable audio reading of this column, and sample photos taken with the iPhone, is at
**nytimes.com/pogue**

---

## Reviewing iPhone Anatomy

*David Pogue looks at some of the external features of Apple's new cellphone. For an expanded version visit nytimes.com/pogue.*



**SIM CARD SLOT**
Any recent AT&T SIM card should work in this card tray, although only after iPhone activation in the iTunes software.

**SILENCER SWITCH**
A one-touch way to ensure that no ring sound will humiliate you in a meeting, a movie or church.

**VOLUME KEYS**
An up/down rocker switch with a corresponding onscreen volume graphic to show where you are on the volume scale.

**PLASTIC COVER**
The back is mostly aluminum—except the bottom inch, which is a black plastic piece over the antenna. Cellphone signals have a hard time going through metal.

**MICROPHONE**

**30-PIN CONNECTOR**
Charges and synchronizes the iPhone with your computer.

**EARPIECE**

**POWER/STANDBY SWITCH**

**SENSORS**
Camouflaged behind the black glass is an ambient light sensor, which brightens or dims the display. The proximity sensor turns off the illumination and touch sensitivity when the phone is against your ear, to save power and avoid stray touches.

**HOME BUTTON**
Push it to summon the Home screen, the gateway to everything the iPhone can do. Also wakes up the iPhone if it's in standby, and "force quits" a stuck program.

**SPEAKERPHONE**

*Photo is approximate size of actual phone.*   The New York Times

---

E-mail: Pogue@nytimes.com. For his regular column tomorrow, David Pogue will answer frequently asked questions about the iPhone.



THE NEW YORK TIMES PHOTO ARCHIVES
NSAPA2

**The New York Times**
**nytimes.com/stor**

# The iPhone Matches Most of the Ballyhoo Despite a Few Foibles

Continued From First Business Page

get lost, because the solitary physical button below the screen always opens the Home page, arrayed with icons for the iPhone's 16 functions.

You've probably seen Apple's ads, showing how things on the screen have a physics all their own. Lists scroll with a flick of your finger, CD covers flip over as you flick them, e-mail messages collapse down into a trash can. Sure, it's eye candy. But it makes the phone fun to use, which is not something you can say about most cellphones.

**DAVID POGUE**
**STATE OF THE ART**

Apple has chosen AT&T (formerly Cingular) to be the iPhone's exclusive carrier for the next few years, in part because the company gave Apple carte blanche to revise everything people hate about cellphones.

For example, once the phone goes on sale this Friday, you won't sign up for service in a phone store, under pressure from the sales staff. You will be able to peruse and choose a plan at your leisure, in the iTunes software on your computer.

Better yet, unlimited Internet service adds only $20 a month to AT&T's voice-plan prices, about half what BlackBerry and Treo owners pay. For example, $60 gets you 450 talk minutes, 200 text messages and unlimited Internet; $80 doubles that talk time. The iPhone requires one of these voice-and-Internet plans and a two-year commitment.

On the iPhone, you don't check your voice mail; it checks you. One button press reveals your waiting messages, listed like e-mail. There's no dialing in, no password — and no sleepy robot intoning, "You...have...t-wenty...one...messages."

To answer a call, you can tap Answer on the screen, or pinch the microscopic microphone bulge on the white earbud cord. Either way, music or video playback pauses until you hang up. (When you're listening to music, that pinch pauses the song. A double-pinch advances to the next song.)

Making a call, though, can take as many as six steps: wake the phone,



The iPhone, like a cellphone or an iPod, can easily display photographs on its 3.5-inch screen.
Christopher Capozziello for The New York Times

latex.

The iPhone is also an iPod. When in its U.S.B. charging cradle, the iPhone slurps in music, videos and photos from your Mac or Windows PC. Photos, movies and even YouTube videos look spectacular on the bright 3.5-inch very-high-resolution screen.

The Google Maps module lets you view street maps or aerial photos for any address. It can provide driving directions, too. It's not real G.P.S. — the iPhone doesn't actually know where you are — so you tap the screen when you're ready for the next driving instruction.

But how's this for a consolation prize? Free live traffic reporting, indicated by color-coded roads on the map.

Apple says one battery charge is enough for 8 hours of calls, 7 hours of video or 24 hours of audio. My results weren't quite as impressive: I got 5 hours of video and 23 hours of audio, probably because I didn't turn off the phone, Wi-Fi and other features, as Apple did in its tests. In practice, you'll probably wind up recharging about every other day.

So yes, the iPhone is amazing. But no, it's not perfect.

There's no memory-card slot, no chat program, no voice dialing. You can't install new programs from anyone but Apple; other companies can create only iPhone-tailored mini-programs on the Web. The browser can't handle Java or Flash, which de-

## Reviewing iPhone Anatomy

**SIM CARD SLOT**
Any recent AT&T SIM card should work in this card tray, although only after iPhone activation in the iTunes software.

David Pogue looks at some of the external features of Apple's new cellphone. For an expanded version visit nytimes.com/pogue.

**EARPIECE**

**POWER/STANDBY SWITCH**

**ONLINE: IPHONE? WHAT IPHONE?**

In a Web video, David Pogue shares the pain of being one of the few people on the planet with an iPhone in his pocket. The video, along with his blog, Pogue's Posts, a downloadable audio reading of this column, and sample photos taken with the iPhone, is at
**nytimes.com/pogue**

iPhone's strong suit. The BlackBerry won't be going away anytime soon.

The bigger problem is the AT&T network. In a Consumer Reports study, AT&T's signal ranked either last or second to last in 19 out of 20 major cities. My tests in five states bear this out. If Verizon's slogan is, "Can you hear me now?" AT&T's should be, "I'm losing you."

Then there's the Internet problem. When you're in a Wi-Fi hot spot, going online is fast and satisfying.

But otherwise, you have to use AT&T's ancient EDGE cellular network, which is excruciatingly slow. The New York Times's home page takes 55 seconds to appear; Amazon .com, 100 seconds; Yahoo, two minutes. You almost ache for a dial-up modem.

These drawbacks may be deal-killers for some people. On the other hand, both the iPhone and its network will improve. Apple points out that unlike other cellphones, this one can and will be enhanced with free software updates. That's good, because I encountered a couple of tiny bugs and one freeze. (There's also a tantalizing empty space for a row of new icons on the Home screen.) A future iPhone model will be able to exploit AT&T's newer, much faster data network, which is now available in 160 cities.

But even in version 1.0, the iPhone is still the most sophisticated, outlook-changing piece of electronics to come along in years. It does so many things so well, and so pleasurably, that you tend to forgive its foibles.

In other words, maybe all the iPhone hype isn't hype at all. As the

The iPhone, like a cellphone or an iPod, can easily display photographs on its 3.5-inch screen.

Better yet, unlimited Internet service adds only $20 a month to AT&T's voice-plan prices, about half what BlackBerry and Treo owners pay. For example, $60 gets you 450 talk minutes, 200 text messages and unlimited Internet; $80 doubles that talk time. The iPhone requires one of these voice-and-Internet plans and a two-year commitment.

On the iPhone, you don't check your voice mail; it checks you. One button press reveals your waiting messages, listed like e-mail. There's no dialing in, no password — and no sleepy robot intoning, "You...have...t-wenty...one...messages."

To answer a call, you can tap Answer on the screen, or pinch the microscopic microphone bulge on the white earbud cord. Either way, music or video playback pauses until you hang up. (When you're listening to music, that pinch pauses the song. A double-pinch advances to the next song.)

Making a call, though, can take as many as six steps: wake the phone, unlock its buttons, summon the Home screen, open the Phone program, view the Recent Calls or speed-dial list, and select a name. Call quality is only average, and depends on the strength of your AT&T signal.

E-mail is fantastic. Incoming messages are fully formatted, complete with graphics; you can even open (but not edit) Word, Excel and PDF documents.

The Web browser, though, is the real dazzler. This isn't some stripped-down, claustrophobic My First Cellphone Browser; you get full Web layouts, fonts and all, shrunk to fit the screen. You scroll with a fingertip — much faster than scroll bars. You can double-tap to enlarge a block of text for reading, or rotate the screen 90 degrees, which rotates and magnifies the image to fill the wider view.

Finally, you can enlarge a Web page — or an e-mail message, or a photo — by spreading your thumb and forefinger on the glass. The image grows as though it's on a sheet of latex.

The iPhone is also an iPod. When in its U.S.B. charging cradle, the iPhone slurps in music, videos and photos from your Mac or Windows PC. Photos, movies and even YouTube videos look spectacular on the bright 3.5-inch very-high-resolution screen.

The Google Maps module lets you view street maps or aerial photos for any address. It can provide driving directions, too. It's not real G.P.S. — the iPhone doesn't actually know where you are — so you tap the screen when you're ready for the next driving instruction.

But how's this for a consolation prize? Free live traffic reporting, indicated by color-coded roads on the map.

Apple says one battery charge is enough for 8 hours of calls, 7 hours of video or 24 hours of audio. My results weren't quite as impressive: I got 5 hours of video and 23 hours of audio, probably because I didn't turn off the phone, Wi-Fi and other features, as Apple did in its tests. In practice, you'll probably wind up recharging about every other day.

So yes, the iPhone is amazing. But no, it's not perfect.

There's no memory-card slot, no chat program, no voice dialing. You can't install new programs from anyone but Apple; other companies can create only iPhone-tailored mini-programs on the Web. The browser can't handle Java or Flash, which deprives you of millions of Web videos.

The two-megapixel camera takes great photos, provided the subject is motionless and well lighted (samples are at nytimes.com/tech). But it can't capture video. And you can't send picture messages (called MMS) to other cellphones.

Apple says that the battery starts to lose capacity after 300 or 400 charges. Eventually, you'll have to send the phone to Apple for battery replacement, much as you do now with an iPod, for a fee.

Then there's the small matter of typing. Tapping the skinny little virtual keys on the screen is frustrating, especially at first.

Two things make the job tolerable. First, some very smart software offers to complete words for you, and, when you tap the wrong letter, figures out what word you intended. In both cases, tapping the Space bar accepts its suggestion.

Second, the instructional leaflet encourages you to "trust" the keyboard (or, as a product manager jokingly put it, to "use the Force"). It sounds like new-age baloney, but it works; once you stop stressing about each individual letter and just plow ahead, speed and accuracy pick up considerably.

Even so, text entry is not the

The New York Times's home page takes 55 seconds to appear; Amazon.com, 100 seconds; Yahoo, two minutes. You almost ache for a dial-up modem.

These drawbacks may be deal-killers for some people. On the other hand, both the iPhone and its network will improve. Apple points out that unlike other cellphones, this one can and will be enhanced with free software updates. That's good, because I encountered a couple of tiny bugs and one freeze. (There's also a tantalizing empty space for a row of new icons on the Home screen.) A future iPhone model will be able to exploit AT&T's newer, much faster data network, which is now available in 160 cities.

But even in version 1.0, the iPhone is still the most sophisticated, outlook-changing piece of electronics to come along in years. It does so many things so well, and so pleasurably, that you tend to forgive its foibles.

In other words, maybe all the iPhone hype isn't hype at all. As the ball player Dizzy Dean once said, "It ain't bragging if you done it."

---

E-mail: Pogue@nytimes.com. For his regular column tomorrow, David Pogue will answer frequently asked questions about the iPhone.

## Reviewing iPhone Anatomy

David Pogue looks at some of the external features of Apple's new cellphone. For an expanded version visit nytimes.com/pogue.



**SIM CARD SLOT** Any recent AT&T SIM card should work in this card tray, although only after iPhone activation in the iTunes software.

**SILENCER SWITCH** A one-touch way to ensure that no ring sound will humiliate you in a meeting, a movie or church.

**VOLUME KEYS** An up/down rocker switch with a corresponding onscreen volume graphic to show where you are on the volume scale.

**PLASTIC COVER** The back is mostly aluminum—except the bottom inch, which is a black plastic piece over the antenna. Cellphone signals have a hard time going through metal.

**MICROPHONE**

**30-PIN CONNECTOR** Charges and synchronizes the iPhone with your computer.

Photo is approximate size of actual phone.

**EARPIECE**

**POWER/STANDBY SWITCH**

**SENSORS** Camouflaged behind the black glass is an ambient light sensor, which brightens or dims the display. The proximity sensor turns off the illumination and touch sensitivity when the phone is against your ear, to save power and avoid stray touches.

**HOME BUTTON** Push it to summon the Home screen, the gateway to everything the iPhone can do. Also wakes up the iPhone if it's in standby, and "force quits" a stuck program.

**SPEAKERPHONE**

The New York Times



THE NEW YORK TIMES PHOTO ARCHIVES
NSAPA2

The New York Times
nytimes.com/store