Exhibit 9



# USA TODAY

www.usatoday.com · THE NATION'S NEWSPAPER · 75 CENTS

**Weekend guide**
Today: 60 predictions, Sunday: Picks and brackets at usatoday, Monday: Bonus

**Sequels face off**
- Spider-Man, Shrek, Pirates storm theaters in May, 10D

*Pirates III:* Chow Yun-Fat, Johnny Depp.

**Preview to Madness**
Alando Tucker: Big Ten player of the year
- The waiting game, 1C
- Latest results, 1, 3-5C

---

Fri/Sat/Sun, March 9–11, 2007

## Newsline
■ News ■ Money ■ Sports ■ Life

### Democrats want deadline on Iraq
■ House Speaker Nancy Pelosi among those leading call for a vote later this month on a 2008 withdrawal, 1A



### Spring forward on Sunday
■ Daylight-saving time begins at 2 a.m. in USA; set clocks ahead one hour, 7B



**Bush embarks on Latin America mission**
President begins goodwill trip to tout new aid programs, despite cuts in some others. 9A.

■ **Money:** Vonage to pay Verizon $58M
Jury rules on patent infringement case; judge will decide if Vonage's use of technology can continue. 1B.
▶ Jeep Wrangler fans have more to love. Review, 5B

■ **Sports:** NASCAR rolls into Las Vegas
Juan Pablo Montoya is one to watch Sunday, coming off his controversial win in Mexico. 9C.

■ **Life:** New Zealand, a grape escape
With eight major wine-producing regions on two islands, a drinkable paradise blossoms. 1D.

*By John O. Buckley*

### Weekend gas gauge



| | Regular | Mid | Premium |
|---|---|---|---|
| Current average | $2.507▲ | $2.661▲ | $2.757▲ |
| Week ago | $2.409 | $2.558 | $2.650 |
| Year ago | $2.336 | $2.480 | $2.570 |

Source: AAA; arrows show direction of prices from previous week

■ Strong demand, lower supplies, 1B
■ Find prices in 50 states at money.usatoday.com

■ **Stocks get a lift from global markets**

| Index | Close | Change |
|---|---|---|
| Dow Jones industrial average | 12,260.70 ▲ | 68.25 |
| Nasdaq composite | 2387.73 ▲ | 13.09 |
| Treasury note, 10-year yield | 4.51% ▲ | 0.02 |
| USA TODAY Internet 50 | 136.46 ▲ | 0.86 |

Sources: USA TODAY research, MarketWatch.com

### USA TODAY Snapshots®

**Child labor lingers**
Percentage of children ages 5 to 14 who work:



- Sub-Saharan Africa: 26.4%
- Asia and the Pacific: 18.8%
- Latin America and the Caribbean: 5.1%
- Other regions: 5.2%

*By David Stuckey and Alejandro Gonzalez, USA TODAY*



| | |
|---|---|
| Crossword, Sudoku | 13B |
| Editorial/Opinion | 11, 13A |
| Lotteries | 13C |
| State-by-state | 6A |
| Marketplace Today | 12-13B |
| USA TODAY Scoreboard | 8B |
| Market Scoreboard | 8B |

©COPYRIGHT 2007 USA TODAY, a division of Gannett Co., Inc.
Subscriptions, customer service 1-800-USA-0001
www.usatodayservice.com



---

In Houston: TV personality Free, middle, poses Saturday with fans at the Hip-Hop Summit. The tour has six more stops in Detroit, Toronto, Washington, Miami, Atlanta and Greensboro, N.C.
*Photos by Eileen Blass, USA TODAY*

## Need advice on finances? Ask a hip-hop artist

### Rappers share hard-learned fiscal lessons with young minorities

*By Mindy Fetterman and Priyanka Dayal*
*USA TODAY*

HOUSTON — Bun B held up his silver chain to show off the 4-inch-square, diamond-encrusted "B" hanging at the end. It flashed in the spotlight.

"If you're gonna buy a chain for $30,000, be sure it's not the only $30,000 you have."

Good advice.

Bun B, who started duo UGK in 1987 with his friend Pimp C (before Pimp C went to jail and was later released), is part of a nationwide tour of hip-hop recording artists who are using their fame to draw young African-American and Hispanic fans to hear tales of the financial mistakes they've made and the lessons they've learned.

Between swapping stories about blowing money, the artists gave financial advice to a packed auditorium at Texas Southern University last weekend.

Despite the difference in tone and sometimes language, their advice was what you'd get from Merrill Lynch. Just more colorful.

**Cover story**

Chingo Bling: His tip: Always invest in yourself.

Please see COVER STORY next page ▶

**Financial literacy varies**
High school seniors fare poorly when quizzed about money management. Average correct scores by group:

- Whites: 55.0%
- Hispanics: 46.8%
- African-Americans: 44.7%

Source: 2006 survey of 5,775 students by JumpStart Coalition for Personal Literacy
*By Adrienne Lewis, USA TODAY*

---

## Democrats draw up Iraq deadlines

**But even if '08 pullout is approved, veto likely**

*By Kathy Kiely and Ken Dilanian*
*USA TODAY*

WASHINGTON — A constitutional showdown over the war in Iraq looms as Democratic leaders in Congress plan to press for votes this month on withdrawing U.S. combat troops next year.

The Democratic effort, announced Thursday, represents the most forceful attempt yet to counter President Bush's Iraq strategy.

House Speaker Nancy Pelosi said she will include a deadline for troop withdrawal by August 2008 — or sooner, if Iraqis can't resolve sectarian differences — in a bill to provide funding for military operations in Iraq and Afghanistan. Senate Majority Leader Harry Reid signaled he would follow suit by seeking a vote on a similar measure that would set a target of March 2008 for most combat troops to be out.

The White House immediately threatened a veto. Dan Bartlett, a senior presidential adviser, told reporters traveling with the president to Latin America that Bush will reject any legislation that sets dates for troop withdrawal.

**Party's proposals**

**Senate Democratic bill**
▶ Troop withdrawal would begin within four months of enactment. Most combat forces would be out by end of March 2008.
▶ Some troops would remain to train and equip Iraqis.
▶ Progress reports would be required from President Bush.

**House Democratic bill**
▶ Bush would have to show success in meeting benchmarks for progress by July or else withdraw most troops by December.
▶ Most combat troops would be out by the end of August 2008, even if benchmarks were met.
▶ An invasion of Iran would be prohibited without congressional authorization.

Source: Democratic leadership

The Democratic plans face an uphill battle in Congress, largely because Senate rules would require 60 votes to overcome Republican blocking tactics. Last month, opponents of the president's plan to send more troops to Iraq were able to muster only 56 votes for a non-binding resolution of disapproval.

"It's a very frustrating time right now," Sen. Hillary Rodham Clinton, D-N.Y., told a Democratic audience Thursday. "We still don't have the votes."

The effort to mandate troop withdrawals also raises thorny legal questions about whether the lawmakers' constitutional authority to declare war and fund military operations trumps the president's powers as commander in chief.

"It is of no legal force," David Rivkin, a lawyer in the administrations of presidents Ronald Reagan and George H.W. Bush, said of the Democrats' proposed timetable. "The president does not even need to veto it."

David Cole, a professor at Georgetown University law school, countered that "Congress as a whole has the power to declare war, and within that certainly is encompassed the power to declare the end to a war."

Democrats are gambling that they can score a political victory even if they lose the legislative fight. The USA TODAY/Gallup Poll this week showed that six in 10 people want Congress to set a timetable to withdraw. "We believe, as does the majority of the American people, that the president needs to change course in Iraq," Reid said.

Some Republicans said the Democratic plans could jeopardize the mission and the safety of U.S. troops. "By telling the enemy when you plan to pack up and go home, you're pretty much waving a white flag of surrender — and handing him a road map to victory," said Rep. Sam Johnson, R-Texas.

Some House Democrats think their leadership's plan doesn't go far enough. They object to provisions allowing the president to request a waiver of the timetable. "This nightmare must end," said Rep. Lynn Woolsey, D-Calif.

Contributing: Jill Lawrence and David Jackson

---

## Kids face cutbacks in health coverage

### Money running out in 14 states

*By Richard Wolf*
*USA TODAY*

ATLANTA — A 10-year-old national program that has helped 6.6 million children get health insurance faces cutbacks here Sunday, and more states could follow unless Congress grants new funding.

Georgia's PeachCare for Kids program, part of the national Children's Health Insurance Program (CHIP), will freeze enrollment because of a federal funding shortfall that threatens 13 other states. New Jersey, Iowa, Mississippi and others say cuts may be required later this year.

The program — which provides subsidized insurance for children whose families are not eligible for Medicaid — has helped trim the percentage of uninsured kids nationwide to 11.2% in 2005 from 15% in 1997. It is running out of money because of inflation, higher enrollment and program expansions.

The problem is worst in Georgia, where Republican Gov. Sonny Perdue has warned of Sunday's cuts. "It's not a game. It's not brinksmanship," he said. "It's fiscal responsibility."

Democrats in Congress want to add $745 million to a bill funding the Iraq war to take care of this year's shortfalls. Unless the federal government raises its $5 billion annual stake, however, 35 states could face shortfalls by 2012, and 1.5 million children could lose coverage.

Advocates see the program as a precursor to universal coverage. Sen. Edward Kennedy, D-Mass., and others want to spend $60 billion over five years to enroll an additional 6 million eligible children whose families are either unaware of the program or have chosen not to join. President Bush wants to add $4.8 billion over five years but refocus on poor children. Fourteen states cover adults under the children's program.

Under Georgia's new policy, enrollment will be frozen, leaving out an estimated 3,000 children a month. The approximately 10,000 families a month that fall behind on premiums will be cut off. In those cases, families either pay out of pocket, receive free care, the costs of which are passed on to others, or go without.

Among states facing shortfalls:
▶ New Jersey may run out of money this month. It hopes to get additional federal aid, but "there is still an element of risk," says Suzanne Esterman of the state Department of Human Services.
▶ Iowa will run out of money at the end of June. Anita Smith, chief of the Bureau of Medical Supports, says 13,300 of 22,000 children could lose coverage.
▶ Mississippi may face cutbacks this summer, says Francis Rullan of the state's Division of Medicaid.

Other states facing shortfalls are Alaska, Illinois, Maine, Maryland, Massachusetts, Minnesota, Missouri, Nebraska, Rhode Island and Wisconsin.

**Coming up short**
Fourteen states face shortfalls in children's health insurance funding in 2007. The number facing projected shortfalls:

- '08: 20
- '12: 35

Source: Congressional Research Service
*By Marcy E. Mullins, USA TODAY*

**Too successful?**
■ Keys to saving the program, 4A

---

### NYC house fire kills nine in one family



■ Eight of the victims were children; 19 people were injured in three-story house fire linked to space heater, 2A

*By Stan Honda, AFP/Getty Images*



By David Paul Morris, Getty Images

 See photos of Apple's marketing efforts at money.usatoday.com

**Debut:** People check out the new iPhone on display Jan. 10 at the Macworld Conference & Expo in San Francisco.

# Apple buffs marketing savvy to a high shine

## Announcement about iPhone generated tons of free publicity

By Jefferson Graham
USA TODAY

LOS ANGELES — Apple's marketing machine has done it again.

While the biggest names in tech were in Las Vegas at the Consumer Electronics Show in January showing off new gadgets and gizmos, Apple gambled it could extract attention in San Francisco for a sneak-peek debut of the iPhone, the combination music player/cellphone and Internet device.

Apple CEO Steve Jobs' bet paid off like a gushing Vegas jackpot. The avalanche of headlines and TV news stories about the iPhone — which hits the market in June — already have generated $400 million in free publicity, says Harvard Business School professor David Yoffie. "No other company has ever received that kind of attention for a product launch," Yoffie says. "It's unprecedented."

The attention may have been more supersized than usual, but the results were textbook Apple. The company's knack for the spotlight is in part born of necessity — it has just a 3% market share for computers — but it consistently generates buzz and anticipation for new products.

Apple's arsenal of attention-getting tools holds lessons for any company: design cool, innovative products. Have a streamlined product line. Invest in memorable ads. Work your customer base to make customers feel special and create word-of-mouth agents. Most important: keep the world and media surprised, to generate gobs of attention.

The company's masterful buzz machine has helped generate record profits (thanks to the worldwide digital music cultural icon, the iPod), but it's barely nudged Apple's computer market share. Apple executives declined comment

**Cover story**

Please see COVER STORY next page ▶

# Apple goes a long way by keeping it simple

Continued from 1B

for this story.

Marketing guru Peter Sealey, a professor at Claremont Graduate University, calls the charismatic Jobs "the best marketing CEO in the business." USA TODAY spoke to professors such as Sealey, authors and former Apple marketing executives, asking what other companies could learn from the Apple marketing manual:

▶ **Make innovative products.** It sounds simple, but Apple's obsession with design and innovation, and history of inventing and designing products in-house (most tech competitors outsource), brings on the spotlight.

**Cover story**

"People take notice because of Apple's track record," says Mike Evangelist, a former Apple product manager who now is CEO of digital music compression firm Wired. "They know the products will be groundbreaking."

The iPod, which has been the catalyst for Apple's dramatic comeback, wasn't the first MP3 player, but it was the easiest to use and coolest looking. The Mac Mini, a pint-sized Macintosh computer just a little larger than a DVD, and its big brother, the sleek, white iMac, with a built-in monitor, are computer designs that wowed critics.

The company's marketing prowess is so renowned that it prompted a satirical headline in The Onion this week: "Apple Unveils New Product-Unveiling Product." The product? The fictional iLaunch, which would "revolutionize the process of unveiling new products throughout the world."

▶ **Keep it simple.** When Jobs returned to a languishing Apple in 1997 after his 1985 ouster, he slashed the product lines to make it easier for consumers to focus. While rivals such as Hewlett-Packard and Dell offer 100 models of desktop computers, often with non-memorable product names, Apple has fewer than 20 options, with simple names such as the Mac Mini, MacBook, iMac and PowerMac.

That's been key to the iPod's success, too. It comes in three basic styles: video iPod, Nano and Shuffle.

"You can have so many options, and so confuse people, that less is truly more in many instances," says Sealey, who often discusses with students how product lines have gone wild, with too many choices. "When I was at Procter & Gamble, Crest (toothpaste) was available in two sizes. Now, there are so many, you can't make a decision," he says.

▶ **Create truly memorable ads.** Apple regularly receives awards and acclaim for hip and effective advertising created by its longtime agency, TBWA/Chiat/Day. Apple introduced its first ad for the iPhone during the Academy Awards telecast, a 30-second smorgasbord of TV and movie clips, featuring actors from Lucille Ball and Dustin Hoffman to the animated Betty Rubble from The Flintstones saying hello into a phone.

Its humorous Mac-vs.-PC spots feature actors John Hodgman and Justin Long debating the merits of Apple vs. Windows computers. Hodgman plays the Windows guy, who pales in comparison to cool Mac guy Long.

But it's the campaign for the iconic iPod, with dancing hipsters set against a silhouette, that put Apple back on the map.

"How many ads have you seen where you say, 'Cool ad,' and you forget what it was for within three minutes," says Michael Markman, a former director of advertising for Apple in the 1990s, who now consults for tech companies. "The iPod advertising has been extraordinary. It's a word-



**Introducing:** Apple CEO Steve Jobs demonstrates the new iPhone on Jan. 9 at the Macworld Conference & Expo in San Francisco. *By Paul Sakuma, AP*

**Apple's rapid growth**
Number of Macintosh computers and iPods shipped per quarter: (in millions)

Macintosh: 1.6 (2006 Q4)
iPod: 21.1 (2006 Q4)

Source: Apple
*By Keith Simmons, USA TODAY*

less product demo, with a great tag line that doesn't make the viewer work hard. 'One thousand songs in your pocket.'"

Adds Evangelist: "No one really understood what an MP3 player was until that tag line. It made the product really simple to understand for the masses."

Sealey says Apple spends much less on advertising than its rivals do. "The ads just stand out because they're so good," he says.

▶ **Find an enemy.** Apple has never been shy about blasting the competition, encouraging the world in its advertising to "think different" and use its products.

"Early on, Apple figured out ways to make consumers feel like they were insiders in this secret society," says Jeffrey Cruikshank, a Boston-area marketing consultant and author of The Apple Way. "They clearly identified the bad guys who were outside their cult — IBM, Intel and then Microsoft. It was a consistent and far-reaching world view: you and me against the world."

▶ **Work the taste-makers.** Out of necessity, with a tiny and then declining market share for computers, Apple had to work harder to get its products in front of the public. In the past few years, it has aggressively set up Apple retail stores in metropolitan areas. Apple has also been very PR-centric, says Cruikshank, pushing to get its products reviewed and used as product placement in movies and TV shows.

In The Apple Way, Cruikshank writes that Apple computers have appeared on screen more than 1,500 times in the past 20 years on TV shows and movies including 24, Sex and the City, Seinfeld and You've Got Mail.

"More than half of all computer product placement during this time was from Apple, at a time when its market share was just 3%," Cruikshank says.

▶ **Offer surprises.** Apple is well known for efforts to keep launches close to the vest, to the point of suing secret-spilling bloggers. The secrecy often pays off with massive news coverage, as with its January introduction of the iPhone at Macworld.

The iPhone had been expected for weeks. What the world didn't know was what it would look like. The sleek design of the phone touched an immediate chord with the Macworld audience when Jobs unveiled it. The media ate it up.

▶ **Put on a show.** Tech companies such as Microsoft, Intel, Oracle and Adobe stage splashy events to unveil products, be it an operating system or software upgrade. Only Apple consistently succeeds in turning those kinds of events into headlines, because of Jobs' endless devotion to fine-tuning. "Steve works harder than almost any CEO at being the master showman," Yoffie says.

Most CEOs, says Charles Wolf, an analyst for Needham & Co., go on stage with an endless round of platitudes. "Steve leaves all the crap out of his presentation and focuses on what's important," Wolf says.

Says Markman: "What he does that few communicators do is leave things out. He starts with what he wants people to remember and works backward."

Wolf says that Apple's track record at keeping details of new products close to the vest produces "a snowball effect. Steve invites the general public, and they flock to these shows. You have this mesmerizing speaker in front of 4,000 people, and it's almost like a religion. The high priest and all his followers, and that adds to the excitement. And the press is a willing accomplice."

Evangelist, who is writing an online book about his career at Apple, worked with Jobs on planning speeches. "The actual setup and rehearsal takes a week, but the planning takes months," he says. "There are constant meetings about it, and they are very intense. Steve is a no-nonsense guy. If you're anything less than 100% prepared, he knows immediately and lets you know in no uncertain terms."

In the past three years, Apple's market capitalization has ballooned from $6 billion in 2003 to over $75 billion, Wolf says. The company is riding high from sales of the iPod, which has an 80% market share and now generates 50% of Apple's revenue.

But despite a slight uptick in Mac computer shipments, Apple is still "stuck at 2% to 3% market share," says Roger Kay, an analyst at Endpoint Technology.

Kay says Apple's free PR hasn't resulted in dramatically higher computer sales, but it has translated into enthusiasm on Wall Street, which has pushed up its stock price.

Indeed, Wolf has upped the target price of Apple stock to $130 by year's end, up from about $90 today, based on the June launch of the iPhone. Jobs predicts Apple will sell 10 million iPhones in the first year, which, at an average price of $500, equals an additional $5 billion in revenue.

Yoffie says the publicity from the iPhone announcement will "drive people into the stores to test the products. It will help sell a lot more iPods and iPhones. Think of all that publicity as a substitute for marketing costs and an opportunity for Apple to dramatically increase its market share."