# Exhibit 10





## Introducing iPhone. Apple reinvents the phone.

   

Presenting tv | More movies | New iPod Ads | New Mac

Visit an Apple Store ▼     Search

1-800-MY-APPLE | Find a Reseller | Site Map | RSS Feeds | Job Opportunities | Media Info | Terms of Use | Privacy Policy | Contact Us