# Exhibit 13

www.usatoday.com THE NATION'S NEWSPAPER 75 CENTS

FINAL SCORES

## Angel answers prayers

■ Speedy rookie Reggie Willits is tearing up AL pitching for first-place Los Angeles, 1C

By Robert Hanashiro, USA TODAY

Willits: Batting .337 with 18 stolen bases.



NO. 1 IN THE USA

## More than meets the eye

■ *Transformers*, including Optimus Prime, reborn yet again, 1E

By DreamWorks/Paramount

Fri/Sat/Sun, June 29–July 1, 2007

# Newsline

■ News ■ Money ■ Sports ■ Life





### Weekend gas gauge

| | Regular | Mid | Premium |
|---|---|---|---|
| Current average | $2.975 ▼ | $3.159 ▼ | $3.274 ▼ |
| Week ago | $2.996 | $3.181 | $3.297 |
| Year ago | $2.859 | $3.036 | $3.146 |

Source: AAA.com; arrows show direction of prices from previous week

■ Find prices in 50 states at money.usatoday.com



By Joshua Roberts, Reuters

## Bush is dealt a major blow on immigration

■ Sens. Edward Kennedy, left, and Harry Reid discouraged by bill's failure, 4A



Reuters

## Jobs jittery as iPhone debuts

■ Apple CEO waits out launch today of much-anticipated device, 1B

■ Q&A, 6B



role reversal

*Your aging parents and you*

## Are you prepared to aid folks?

■ Financial planners and experts in elder care say it's never too soon to plan, 3B

### How about $1,300 for a speeding ticket?

Starting Sunday, that's what you could face in Virginia for going 20 mph over the speed limit. 3A

### ■ Money: End near for cable boxes

Starting Sunday, cable TV operators must offer a decoder that plugs into DVRs, TVs and computers. 1B.

### ■ Sports: Milestones for Thomas, Biggio

Blue Jays' Frank Thomas hits 500th home run; Astros' Craig Biggio gets 3,000th hit. 1, 4, 6C.

### ■ Life: Going to the castle to get married

Celebrities such as Eva Longoria and Tony Parker opt for storybook settings to exchange vows. 1-2D.

▸ 10 places to honor USA's independence. 3D.

### ■ Fed leaves interest rates unchanged, 1B

| Index | Close | Change |
|---|---|---|
| Dow Jones industrial average | 13,422.28 | ▼ 5.45 |
| Nasdaq composite | 2608.37 | ▼ 3.02 |
| Treasury note, 10-year yield | 5.11% | ▼ 0.03 |
| USA TODAY Internet 50 | 152.75 | ▼ 0.84 |

Sources: USA TODAY research, MarketWatch.com

### USA TODAY's 25th Anniversary Snapshots®

We salute the nation's charities

**Support for families**

For more than 30 years, Ronald McDonald House Charities® has helped children and families in 50 countries around the world. Its primary programs:

- 270 Houses, offering a place for families to stay near hospitals where kids are being treated
- 110 Family Rooms, providing havens inside hospitals
- 30 Care Mobiles, bringing medical, dental and educational care to underserved neighborhoods

Learn more at rmhc.org

By Sam Ward, USA TODAY




| | |
|---|---|
| Crossword, Sudoku | 11E |
| Editorial/Opinion | 14-15A |
| Lotteries | 15C |
| Marketplace Today | 11E |
| Market Scoreboard | 5B |
| State-by-state | 11A |


©COPYRIGHT 2007 USA TODAY, a division of Gannett Co. Inc.
Subscriptions, customer service 1-800-USA-0001
www.usatodayservice.com

# Draft follows script: Oden, Durant go fast

NBA draft

■ Portland takes Greg Oden No. 1; Seattle picks Kevin Durant, 1, 8-10C



Congratulations: Greg Oden, right, shares a hug with his father, Greg Oden Sr., after Thursday's draft in New York City.

By Todd Plitt, USA TODAY

# FDA 'detains' Chinese fish

■ U.S. health officials say Thursday that China must prove five kinds of seafood are free of banned antibiotics before they can be imported.

■ Food and Drug Administration says tests found contamination, but risk is 'low.'

■ Chinese officials tell their side of the story.

■ Stories, 1, 6A

**Fish under scrutiny**

- Shrimp
- Catfish
- Eel
- Basa
- Dace



By Calum MacLeod, USA TODAY

Fish processing: Yongyan Aquatic Food Group has invested in equipment that tests for drugs that the FDA bans in fish for human consumption.

# Crisis reflects struggles to improve safety of seafood

## FDA refuses more shipments from China than any nation

By Julie Schmit, Calum MacLeod, Elizabeth Weise and Barbara Hansen
USA TODAY

CHANGLE, China — At the Meihua Aquatic Processing Factory here, hundreds of workers in white coats and masks chop up squid headed for the U.S. market.

The tiled walls and stainless-steel equipment are those of a modern factory. But Meihua also represents the tarnished food-safety reputation that China is trying to shed and the risks facing U.S. consumers who increasingly are eating fish from China, the world's top seafood producer.

In the past 13 months, at least two dozen shipments of catfish, eel and tilapia from Meihua were rejected for entry into the USA by the Food and Drug Administration, FDA records show. The products were rejected because of actual or suspected contamination that included an anti-fungal that battles fish diseases but isn't allowed by the FDA because it has been shown to increase cancer rates in lab animals.

**Cover story**

Recently, there have been massive recalls linked to tainted ingredients in pet food, toothpaste and toy trains that came from China, but U.S. consumers are also likely to encounter Chinese seafood.

Please see COVER STORY page 6A ▸

# School diversity programs in doubt

## Ruling limits use of race as factor

By Joan Biskupic
USA TODAY

WASHINGTON — A Supreme Court decision striking down programs that consider race in students' school assignments to build district diversity reverberated nationwide Thursday as education analysts said it could threaten an array of public school programs.

The dramatic 5-4 decision throws into legal doubt programs that factor in race, including magnet schools that use race to draw students from different neighborhoods. The ruling is likely to spawn litigation nationwide.

The decision came on the last day of the court's 2006-07 session — a term marked by deep ideological divisions and heated rhetoric. Chief Justice John Roberts announced the decision decrying racial balancing in schools. Stephen Breyer, speaking for the liberal dissenters, declared that the legacy of *Brown v. Board of Education* was at risk. That 1954 case set the nation on the path of desegregation.

The nation's schools use race in countless ways, from set percentages of whites and blacks in school assignments, as did districts from Seattle and Louisville before the court ruling Thursday, to more subtle methods that steer minority students into special programs. It will be left to lower courts to determine what policies meet the standard set by Justice Anthony Kennedy, who provided the key fifth vote for the majority and whose opinion dictates the new rule of the case.

"There are a lot of districts who will say, 'We don't want to run the risk of lawsuits,' and will simply move away from magnet school programs," said Spelman College president Beverly Daniel Tatum.

National School Boards Association executive director Anne Bryant said she hoped schools would continue with "careful race-conscious policies," including magnet programs.

**Mentally ill killer**

■ Execution blocked, 9A

Kennedy wrote separately to disagree with Roberts' categorical opposition to racial policies and to say that the door is still open to some district efforts that consider schools' racial makeup, rather than individual student's skin color. He said officials could pursue diversity by strategically considering where to build a school or where to allocate resources.

The voluntary integration policies at issue Thursday were part of district efforts to counteract racially segregated housing patterns.

In Louisville, the Jefferson County School Board ensured that each elementary and secondary school had at least 15% but no more than 50% African-American students. In Seattle, a student assignment plan similarly sought a racial balance among high schools. When a school was oversubscribed, officials used various tiebreakers, one of them race, to achieve diversity.

Some parents were denied the schools of their choice and sued, saying the programs violated the Constitution's equality guarantee. "Each child's education is more important than their plan," said Crystal Meredith, who sued on behalf of her son in Louisville.

"Classifying and assigning schoolchildren according to ... race is an extreme approach," Roberts wrote. In addition to Kennedy, he was joined by Antonin Scalia, Clarence Thomas and Samuel Alito.

Breyer, who read a 21-minute dissent, was joined by John Paul Stevens, David Souter and Ruth Bader Ginsburg.

Contributing: Greg Toppo

# Dry areas must settle for quiet 4th

## Communities blast fireworks as too risky

By Judy Keen
USA TODAY

A laser light show will replace traditional July Fourth fireworks in Burbank, Calif. Woodstock, Ga., canceled its fireworks and plans to shoot them off on Halloween.

Dozens of communities in drought-stricken areas are scrapping public fireworks displays and cracking down on backyard pyrotechnics to reduce the risk of fires.

"From a fire standpoint and a safety standpoint, it was an easy call," Burbank Fire Chief Tracy Pansini says. He recommended calling off fireworks at the Starlight Bowl because they're launched from a mountainside covered with vegetation that's "all dead."

It's the only time Burbank's fireworks have been canceled since they were first held at the amphitheater in 1994. "Ticket sales are pretty slow" for the night's events, says city recreation supervisor Cathryn Villalobos. "People are saying, 'If you're not having fireworks, we're not coming.'" Elsewhere:

▸ Alabaster, Ala., canceled its public fireworks and Fire Chief Frank Matherson might propose at a City Council meeting Monday that all fireworks be prohibited.

"Most people will comply because they see how dry it is," he says. Water restrictions, including a ban on watering lawns, make fireworks even more risky, he says.

▸ A 120-day ban on fireworks in Kentucky's Daniel Boone National Forest took effect Tuesday, says fire management officer Mitch Gandy. The 700,000-acre forest is popular with families with their own fireworks. It's the first ban since 1999.

"We've had 70 fires so far this year," Gandy says. "Fireworks land in the leaves and set fires, which is potentially very dangerous." The fine for possessing or igniting fireworks: $75.

▸ In Madison, Ala., public fireworks were canceled so firefighters can focus on possible fires from illegal but rampant private fireworks. "We're worried about tying up the manpower because we're afraid we'll be busy elsewhere," Fire Chief Ralph Cobb says.

▸ The July Fourth parade and festival are still on in Woodstock, but residents worried about dry conditions wrote to the city recommending that the fireworks be postponed, says city community affairs director Donna Godfrey.

There have been a record number of fire-danger warnings this year, Fire Marshal Dave Soumas says. The official fireworks always cause "little spot fires" that people don't see, he says. "Imagine how dry it is, and maybe we can't keep those contained."

His advice to anyone planning fireworks: "Have adult supervision and a hose or fire extinguisher in the area."

Contributing: Stefanie Frith of *The (Palm Springs, Calif.) Desert Sun*



**Movies with impact**

Coming Monday: From hobbits to Tarantino, our anniversary look at films that changed Hollywood



With soft new bedding, a good night's sleep just got even better.

For details, visit choicehotels.com. ©2007 Choice Hotels International, Inc. All rights reserved.

We'll see you there.

CHOICE HOTELS INTERNATIONAL®

# Bush is dealt a major blow on immigration

■ Sens. Edward Kennedy, left, and Harry Reid discouraged by bill's failure, 4A


Reuters

## Jobs jittery as iPhone debuts

■ Apple CEO waits out launch today of much-anticipated device, 1B

■ Q&A, 6B




role reversal

*Your aging parents and you*

## Are you prepared to aid folks?

■ Financial planners and experts in elder

bei
be i
■ F
Dru
stra
test
con
but
■ C
offi
thei
the
■ S

Fis
sc
▶ S
▶ C
▶ E
▶ E
▶ I

This material may be protected by Copyright law (Title 17 U.S. Code)




Friday, June 29, 2007

role reversal

*Your aging parents and you*

USA TODAY abc NEWS

By Robert Ahrens, USA TODAY

# If Mom moves in . . .

You might have to do some remodeling to accommodate an elderly parent's needs. Time to start saving now. Story, 3B

Road warrior tested. Multitasker approved.

The new, slimmer Palm® Treo® 755p, powered by the nation's largest mobile broadband network.

Go to a Sprint or Nextel retailer. 1-800-Sprint-1 sprint.com/business




# Moneyline

## Thursday markets




| Index | Close | Change |
|---|---|---|
| Nasdaq composite | 2608.37 | 3.02 |
| Standard & Poor's 500 | 1505.71 | 0.63 |
| Treasury bond, 30-year yield | 5.21% | 0.01 |
| Treasury note, 10-year yield | 5.11% | 0.03 |
| USA TODAY Internet 50 | 152.75 | 0.84 |
| e-Business 25 | 119.45 | 1.23 |
| e-Consumer 25 | 262.53 | 0.72 |
| Oil, light sweet crude, barrel | $69.57 | 0.60 |
| Euro (dollars per euro) | $1.3432 | 0.0013 |
| Yen per dollar | 123.18 | 0.75 |

Sources: USA TODAY research, MarketWatch.com

▸ Market scoreboard with currencies, 5B



### Live stock quotes on your cellphone

Send text message to 44636 (4INFO) with STOCK TICKER (DELL) or FUND TICKER (AGTHX).

### Airlines seek broader antitrust immunity

Northwest and Delta, along with four other members of the SkyTeam global airline alliance, asked the Transportation Department on Thursday for expanded antitrust immunity that would allow them to act together in scheduling, pricing and operating their trans-Atlantic services. Delta now has antitrust immunity with Air France, Alitalia and CSA Czech Airlines, while Northwest and KLM Royal Dutch Airlines have immunity. The request is to expand the immunity to cover all six of the carriers. Four of the carriers, Delta, Northwest, Air France and KLM, also plan to form a joint venture to "create a comprehensive and integrated partnership . . . across the Atlantic."

### RIM's profit surges; Palm's plummets

BlackBerry maker Research In Motion reported a higher first-quarter profit Thursday, beating expectations and sending its shares higher, as it added more subscribers for its popular wireless e-mail devices than it had forecast. The company also announced a 3-for-1 stock split, which it plans to implement through a stock dividend. RIM said it earned $223 million, or $1.17 a share, for the three months ended June 2. That was up from a profit of $129 million, or 67 cents a share, in the same period a year ago. Adjusted profit was $1.20 a share, beating predictions RIM made in April, as well as analysts' expectations. Its shares rose $27.46 in after-hours trading to $193.05. . . . Meanwhile, **Palm** reported a 43% plunge in fiscal fourth-quarter profit amid sharply rising costs and blistering competition. For the three months ended June 1, the company said it earned $15.4 million, or 15 cents per share, on revenue of $401 million. In the year-ago period, Palm earned $27.2 million, or 25 cents per share, on sales of $403 million. Palm shares closed Thursday at $16.56, up 31 cents or nearly 2%, but lost 42 cents in extended trading after the fourth-quarter results were announced.

### Security Benefit to acquire Rydex

Security Benefit, a privately held financial services firm, said Thursday that it agreed to acquire Rydex Investments. Rydex manages more than $15 billion in mutual funds, exchange traded funds and institutional products. Security Benefit provides mutual funds, annuities and retirement plans and programs. Terms of the deal, which is expected to close in the fourth quarter, were not disclosed. Rydex is known for innovative products such as "inverse" funds that move in the opposite direction of a market or magnify the direction of a move. It was an early entrant in exchange traded funds, one of the fastest-growing investment areas.

### Briefly . . .

Blockbuster said Thursday that it expects to close about 282 stores this year as it struggles with competition. In an investor presentation filed with regulators, Blockbuster said it closed about 290 stores in 2006. . . . An online charity auction for the right to dine with billionaire **Warren Buffett** has so far fetched a top bid of $300,100, less than half of last year's $620,100. The auction ends today at 10 p.m. ET.

Compiled by Eric Nordwall from staff and wire reports

### Track stocks, mutual funds online



Get quotes any time at money.usatoday.com. Set up a free portfolio to track your stocks and mutual funds. Click on "Your Portfolio."

USA TODAY Snapshots®

### Latest CD yields

Average certificate of deposit yields as of Wednesday:

| Term | | Yield |
|---|---|---|
| 6-month | This week | 3.57% |
| | Last week | 3.57% |
| | Year ago | 3.41% |
| 1-year | This week | 3.76% |
| | Last week | 3.76% |
| | Year ago | 3.81% |
| 2½-year | This week | 3.76% |
| | Last week | 3.75% |
| | Year ago | 3.93% |
| 5-year | This week | 3.98% |
| | Last week | 3.96% |
| | Year ago | 4.17% |

Savers' Scoreboard, 3B

Find more interest rates at rates.usatoday.com

Source: Bankrate.com — USA TODAY

# iPhone's launch gives Jobs butterflies

## Apple CEO says sales of 10 million are 'reasonable'

By Jefferson Graham and Edward C. Baig
USA TODAY

NEW YORK — After all the hype around today's launch of Apple's much-awaited iPhone, Apple CEO Steve Jobs admits he's nervous.

"We wanted to make a phone so great, you couldn't imagine going anywhere without it," Jobs said in an interview Thursday. "That was our goal, and we think we achieved it. That's why we have such butterflies in our stomach. We get to see Friday if people agree with us."

**Technology**

The iPhone — a combination widescreen iPod, cellphone and pocket Internet device — goes on sale at 6 p.m. at Apple's 164 stores and nearly 1,800 AT&T stores. Apple will limit purchases to two per customer.

Apple will take orders at its website, but not AT&T. If you're an AT&T customer in North Dakota and parts of Montana, Idaho and Maine, where AT&T has few stores and Apple has none, stick with Apple's website.

The phones cost $499 or $599, in addition to a two-year AT&T contract that starts at $59.99 a month.

"It's not that expensive when you think about how much a BlackBerry is, and how much more you get with this," says Rebecca Boorsma, a student from Michigan who'd been camping out since Wednesday at the Apple Store on Fifth Avenue in New York.

Scott Conley, also waiting in line in New York, says he has room in his pocket for one device and wants something that can give him e-mail and music. USA TODAY showed Conley its loaner review copy, and he was impressed. "This has better resolution than I thought."

In January, when he first unveiled the iPhone, Jobs projected sales of 10 million in the first 18 months, a figure he reiterated on Thursday. "We think 10 million is reasonable," he said.

Some tech and Wall Street analysts believe Apple could exceed that. "Like the iPod, Apple will come out with many versions and different prices," says Mike McGuire, an analyst at research firm Gartner.

Charles Wolf, an independent analyst at Wolf Insights, expects prices to fall within two years. By 2015, he forecasts sales of 100 million iPhones a year. According to IAG Research, some 1 billion cellphones are sold annually worldwide.

Apple stock, up 44% this year, closed Thursday at $120.56 a share, near the $127.61-a-share peak it hit a few weeks ago.

For the iPhone faithful camped out in New York, even waiting through a Wednesday night downpour was worth it.

"People think we're nuts," said Vincent Nguyen, an iPhone hopeful camped outside the New York Apple Store since 5 a.m. Wednesday. "I've been nuts since January."

Graham reported from Los Angeles, and Baig, from New York

AP

Steve Jobs

▸ Q&A with Jobs, AT&T's Randall Stephenson, 6B

Cover story

# Sunday begins new era for cable subscribers

## Mandated change in boxes means consumers could see new services



By Sam Ward, USA TODAY

By David Lieberman
USA TODAY

NEW YORK — The summer's just started, yet cable operators are already drenched in sweat.

They are bracing for a deadline they staved off for more than a decade — one that could bring a wave of new TV viewing options for many of the 65.6 million homes connected to cable.

A Federal Communications Commission order taking effect on Sunday requires all major cable operators to give up the conventional cable boxes they so profitably lease to subscribers. These proprietary boxes contain technology for functions such as video-on-demand and perhaps a digital video recorder — and also house the operator's decoder that unscrambles digital premium and HDTV channels.

All big operators now will have to provide a standard external decoder called a CableCard that plugs into their box — or into equipment from any company. Customers could ditch the operator's box and get their channels via a TV, DVR, computer or other device built for CableCards.

Nothing has to change for the 58% of cable subscribers with the old boxes. The FCC rule applies only to new installations or upgrades.

The FCC was ordered in the Telecommunications Act of 1996 to help electronics companies compete with the cable guys' leased boxes on the theory that lower prices and more choices of equip-

See COVER STORY next page ▸

# Ruling may hurt discount pricing

## Supreme Court overturns ban on setting minimums

By Christine Dugas, Jayne O'Donnell and Laura Petrecca
USA TODAY

Bargain hunters may find fewer deals on high-end apparel, accessories and electronics following a Supreme Court ruling Thursday.

The 5-4 decision overturned a 96-year-old law that prevented manufacturers from setting minimum retail prices. The majority wrote that lifting the pricing ban could benefit consumers if retailers offer better service or selection.

Richard Doherty of technology market researcher The Envisioneering Group agrees, saying the price ruling could lead retailers to use more free products and better service as sales incentives. "It's sure to be to consumers' benefit this summer and through Christmas."

Others predict a different result. "Many prestigious brands will use the decision to require retailers to sell at a specified price," says Washington, D.C., antitrust lawyer Steve Feirman. "Suggested retail prices had to be suggested to be lawful. Now, they can be mandatory."

Consumer advocates say that will be costly to shoppers. "Over the long term . . . discounters will be squeezed out of the market," says the Consumer Federation of America's Mark Cooper.

Antitrust lawyer Joe Sims expects limited impact from the ruling. Manufacturers now may set prices, but it will be costly to monitor and enforce that price distribution, says the Washington, D.C., lawyer. And, he adds, if the price is too high, they'll lose customers.

The lawsuit arose when Leegin Creative Leather stopped shipping its Brighton tooled-leather accessories to Dallas-area shop Kay's Kloset because the store was selling the goods more cheaply than Leegin wanted. After Leegin cut the store off, PSKS, parent of Kay's Kloset, filed an antitrust lawsuit.

Burlington Coat Factory, which filed a brief supporting PSKS, worries about the impact on the off-price chain. Burlington attorney Stacy John Haigney called the decision "an open invitation to manufacturers and full-price retailers to fix retail prices at a higher level. It will be detrimental to our business, but I really can't tell how much."

The Consumer Electronics Association says it supports the court decision because, it says, "sales training, industry marketing and after-sales service" are what many TV and audio gear buyers look for in electronics stores.

Bill Gates, of golf equipment maker Ping, says, "Not every consumer is a bargain shopper. Some consumers are looking for quality, innovation, personalization and customer service when they shop."

# Fed again leaves interest rates unchanged

## Inflation outlook lessens chances of a cut this year

By Barbara Hagenbaugh
USA TODAY

WASHINGTON — Federal Reserve policymakers welcome recent declines in inflationary pressures, but they aren't declaring victory, dashing any remaining hopes for an interest rate cut in 2007.

**The economy**

Fed officials in a unanimous move left their target for short-term interest rates at 5.25%, the highest in 6½ years, following the conclusion of their two-day meeting Thursday. The Fed has not changed rates since June 2006 after raising them 17 times over two years.

In their post-meeting statement, Fed Chairman Ben Bernanke and his colleagues said the economy was expected to continue to grow at a "moderate pace" during the rest of the year, suggesting growth is not so strong as to warrant a rate increase to slow the economy.

But while inflation data have "improved modestly" recently, "a sustained moderation . . . has yet to be convincingly demonstrated," the Fed officials said. They warned there was a risk inflation pressures could build, disappointing those who had been hoping the Fed would cut rates soon to boost the economy.

"Some market participants may have been holding out for a signal that (the Fed) will cut rates, and they didn't get that," Raymond James & Associates chief economist Scott Brown says. He expects the Fed will leave rates unchanged for the rest of 2007, but, "The next move is as likely to be higher as it is to be lower."

Financial markets erased modest gains seen prior to the announcement. The Dow Jones industrial average closed the day down 5.45 points at 13,422.28.

Inflation has moderated in recent months but still remains on the high side of what some Fed officials, including Bernanke, have deemed their comfort zone of 1% to 2%. The Fed's preferred inflation measure, based on spending excluding food and energy, was 2% in April, down from 2.4% in February.

The Fed's decision to leave short-term rates unchanged means a wide range of borrowing costs and interest rates will likely stay the same.

Consumers with home equity lines of credit, car loans, variable-rate credit cards and other consumer loans tied to the prime rate will likely see little, if any, change in rates. Mortgage rates, which have risen in recent months, will likely not move higher as worries about rate increases diminish, Quicken Loans chief economist Bob Walters says.

Savers hoping for higher rates of return may be disappointed, because rates on certificates of deposit are also not expected to change much.

Contributing: Sandra Block

Unlock the income potential of your retirement plan. LEARN MORE TODAY.
Prudential IncomeFlex
www.prudential.com/incomeflex 888-PRU-IFX8
Prudential






By Robert Ahrens, USA TODAY

modeling to accommodate an elderly parent's needs. Time to start saving now. Story, 3B

1-800-Sprint-1 sprint.com/business









Sprint Mobile Broadband Network reaches over 200 million people. Not available everywhere – see in-store map for details. Not available in all markets or retail locations.

# iPhone's launch gives Jobs butterflies

## Apple CEO says sales of 10 million are 'reasonable'

By Jefferson Graham and Edward C. Baig
USA TODAY

NEW YORK — After all the hype around today's launch of Apple's much-awaited iPhone, Apple CEO Steve Jobs admits he's nervous.

**Technology**

"We wanted to make a phone so great, you couldn't imagine going anywhere without it," Jobs said in an interview Thursday. "That was our goal, and we think we achieved it. That's why we have such butterflies in our stomach. We get to see Friday if people agree with us."

The iPhone — a combination widescreen iPod, cellphone and pocket Internet device — goes on sale at 6 p.m. at Apple's 164 stores and nearly 1,800 AT&T stores. Apple will limit purchases to two per customer.

Apple will take orders at its website, but not AT&T. If you're an AT&T customer in North Dakota and parts of Montana, Idaho and Maine, where AT&T has few stores and Apple has none, stick with Apple's website.

The phones cost $499 or $599, in addition to a two-year AT&T contract that starts at $59.99 a month.

"It's not that expensive when you think about how much a BlackBerry is, and how much more you get with this," says Rebecca Boorsma, a student from Michigan who'd been camping out since Wednesday at the Apple Store on Fifth Avenue in New York.

Scott Conley, also waiting in line in New York, says he has room in his pocket for one device and wants something that can give him e-mail and music. USA TODAY showed Conley its loaner review copy, and he was impressed. "This has better resolution than I thought."

In January, when he first unveiled the iPhone, Jobs projected sales of 10 million in the first 18 months, a figure he reiterated on Thursday. "We think 10 million is reasonable," he said.

Some tech and Wall Street analysts believe Apple could exceed that. "Like the iPod, Apple will come out with many versions and different prices," says Mike McGuire, an analyst at research firm Gartner.



AP

**Steve Jobs**

▶ Q&A with Jobs, AT&T's Randall Stephenson, 6B

Charles Wolf, an independent analyst at Wolf Insights, expects prices to fall within two years. By 2015, he forecasts sales of 100 million iPhones a year. According to IAG Research, some 1 billion cellphones are sold annually worldwide.

Apple stock, up 44% this year, closed Thursday at $120.56 a share, near the $127.61-a-share peak it hit a few weeks ago.

For the iPhone faithful camped out in New York, even waiting through a Wednesday night downpour was worth it.

"People think we're nuts," said Vincent Nguyen, an iPhone hopeful camped outside the New York Apple Store since 5 a.m. Wednesday. "I've been nuts since January."

Graham reported from Los Angeles, and Baig, from New York

ige

0 p.m.
,422

hange
3.02
0.63
0.01
0.03
0.84
1.23
0.72
0.60
0.0013
0.75

NFO)

nity

Cover story

# Sunday begins new era

# Ruling may hurt

# Apple, AT&T CEOs see iPhone as industry game-changer

With the iPhone set to go on sale today, Apple CEO **Steve Jobs** and AT&T CEO **Randall Stephenson** spoke with USA TODAY's **Jefferson Graham** about the hotly anticipated launch and its impact on their companies. Edited excerpts:

**Q: Even before its release, the iPhone has taken the country by storm. Why?**

Jobs: People throw technology at us constantly, and most of us say, "I don't have time to figure that out."

As people have read about the iPhone, they've seen amazing capabilities, capabilities they themselves could figure out how to use.

We've had millions and millions and millions of views of our videos about the iPhone. One (video) is 25 minutes long.

We've crossed 5 million views of that video on our site, and it went up less than a week ago — and that's not including the copies on YouTube.

We're excited not about the anticipation but about putting this in people's hands.

Stephenson: We use this term a lot at AT&T: We think the iPhone is a game-changer in our industry. It will change how people think about these handsets.

**Q: People are lining up now to buy the iPhone. How do you make sure there isn't bedlam?**

Jobs: It's happened before. People line up for our products and are respectful of each other.

We don't anticipate any problems.

**Q: Why did you choose 6 p.m. to put the phone on sale, instead of the more traditional 10 a.m.?**

Jobs: People are off work. It's a time that's democratic. It's still light out. We wanted everybody to have the same chance.

**Q: Many analysts believe the iPhone will sell out on opening night. Are they right?**

Jobs: We don't know.



By Tony Avelar, AFP/Getty Images

**Jobs:** Says he's excited about putting iPhone in consumers' hands.

By John Raoux, AP

**Stephenson:** Edge network more broad-based than 3G network.

**Q: How long will it take to get phones if you are sold out?**

Jobs: We've made a lot of 'em. It may not be enough, but we will work as hard as we can to get more into the stores.

**Q: What if you are sold out by Saturday? Will you let people buy them for pickup later?**

Jobs: No, you're going to have to come back in. When you start taking people's money and can't deliver the product, there are lots of legal issues.

Stephenson: Same here. They'll have to come back.

**Talking Tech**

USA TODAY .com Check out Ed Baig showing the iPhone to the faithful waiting in line at the Apple Store in New York at tech.usatoday.com

► iPhone on sale today, 1B

**Q: Reviewers were effusive in praise for the iPhone but had issues with AT&T's Edge network, which they say is slower than so-called 3G, or third-generation, networks.**

Stephenson: With a device like this, you need a broad-based network that covers every nook and cranny of the country. That's Edge. It does a nice job.

(The iPhone) also has Wi-Fi, which is better than anything you'll find in any handset. Between the two, you'll get a good experience.

We're selling tens of thousands of BlackBerry devices, which are all Edge phones, and they perform well. We've tested this nine ways to Sunday, and we think the experience will be great.

Jobs: The iPhone switches to any known Wi-Fi network when it senses one. What we've found is that Edge is terrific for e-mail and basic Internet usage. When people need more speed, there's Wi-Fi. People are in areas with Wi-Fi much more than they think. I walk into work with the iPhone, and it instantly switches to a Wi-Fi network. If I'm walking down the street in downtown Palo Alto, the iPhone will switch from Edge to Wi-Fi. It's very fluid.

Stephenson: I carry a 3G phone and the iPhone, and in terms of the general experience, it's comparable. I'm not concerned.

**Q: What about corporate e-mail? I understand that's an issue for many consumers who may not be able to tap company networks.**

Jobs: You'll be hearing more about this in the coming weeks. We have some pilots going with companies with names you'll recognize. This won't be a big issue.

**Q: When will the iPhone go on sale overseas?**

Jobs: We have no announcement to make now.

**Q: Many tech analysts have suggested that with the expected success of the iPhone, Apple is about to be transformed.**

Jobs: I hope it doesn't change Apple too much. We like it the way it is. We've got two strong legs on our chair: the Mac business, which is a $10 billion business, and music — our iPod and iTunes business — which is $10 billion. We hope the iPhone is the third leg on our chair. And maybe one day, Apple TV will be the fourth.

Stephenson: It helps us complete our change from Cingular to AT&T and has created a halo effect for the rebranding. I'm with Steve, though: I like it the way we are, and I hope it doesn't change it too much.

Jobs: Working together with a partner like AT&T is a change for us. AT&T knows more about large networks. One of the things that's fun for us is partnering on new features like visual voice mail. Now, we have a radically improved voice mail for the customer, and there's nothing we could have done on our own to make that happen.

Stephenson: Voice mail is one of the least-favorite products I sell. Now, with visual voice mail, it's a product I like.

**Q: How long has the iPhone been in development?**

Jobs: We started with the iPhone three years ago. We're product folks. We wanted to create a phone we loved. When we started this, none of us loved our phones. We wanted to make a phone so great, you couldn't imagine going anywhere without it.

That was our goal, and we think we achieved it. That's why we have such butterflies in our stomach. We'll get to see Friday if people agree with us.

## Mutuals

Mutual fund closing quotations

USA TODAY .com Track all your mutual funds daily at money.usatoday.com; set up a free portfolio

| Fund | NAV | Chg | YTD% |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

Continued on Page 7B

## Nasdaq & AMEX

Stocks in bold rose or fell 5% or more

USA TODAY .com Track your investments with our continuously updated stocks. Visit us on the web at money.usatoday.com

| 52-week High | Low | Stock | Last | Change |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# Apple, AT&T CEOs see iPhone as industry game-changer

With the iPhone set to go on sale today, Apple CEO **Steve Jobs** and AT&T CEO **Randall Stephenson** spoke with USA TODAY's **Jefferson Graham** about the hotly anticipated launch and its impact on their companies. Edited excerpts:

**Q: Even before its release, the iPhone has taken the country by storm. Why?**

Jobs: People throw technology at us constantly, and most of us say, "I don't have time to figure that out."

As people have read about the iPhone, they've seen amazing capabilities, capabilities they themselves could figure out how to use.

We've had millions and millions and millions of views of our videos about the iPhone. One (video) is 25 minutes long.

We've crossed 5 million views of that video on our site, and it went up less than a week ago — and that's not including the copies on YouTube.

We're excited not about the anticipation but about putting this in people's hands.

Stephenson: We use this term a lot at AT&T: We think the iPhone is a game-changer in our industry. It will change how people think about these handsets.

**Q: People are lining up now to buy the iPhone. How do you make sure there isn't bedlam?**

Jobs: It's happened before. People line up for our products and are respectful of each other.

We don't anticipate any problems.

**Q: Why did you choose 6 p.m. to put the phone on sale, instead of the more traditional 10 a.m.?**

Jobs: People are off work. It's a time that's democratic. It's still light out. We wanted everybody to have the same chance.

**Q: Many analysts believe the iPhone will sell out on opening night. Are they right?**

Jobs: We don't know.



By Tony Avelar, AFP/Getty Images

**Jobs:** Says he's excited about putting iPhone in consumers' hands.



By John Raoux, AP

**Stephenson:** Edge network more broad-based than 3G network.

**Q: How long will it take to get phones if you are sold out?**

Jobs: We've made a lot of 'em. It may not be enough, but we will work as hard as we can to get more into the stores.

**Q: What if you are sold out by Saturday? Will you let people buy them for pickup later?**

Jobs: No, you're going to have to come back in. When you start taking people's money and can't deliver the product, there are lots of legal issues.

Stephenson: Same here. They'll have to come back.

**Talking Tech**

USA TODAY.com Check out Ed Baig showing the iPhone to the faithful waiting in line at the Apple Store in New York at tech.usatoday.com.

▶ iPhone on sale today, 1B

**Q: Reviewers were effusive in praise for the iPhone but had issues with AT&T's Edge network, which they say is slower than so-called 3G, or third-generation, networks.**

Stephenson: With a device like this, you need a broad-based network that covers every nook and cranny of the country. That's Edge. It does a nice job.

(The iPhone) also has Wi-Fi, which is better than anything you'll find in any handset. Between the two, you'll get a good experience. We're selling tens of thousands of BlackBerry devices, which are all Edge phones, and they perform well. We've tested this nine ways to Sunday, and we think the experience will be great.

Jobs: The iPhone switches to any known Wi-Fi network when it senses one. What we've found is that Edge is terrific for e-mail and basic Internet usage. When people need more speed, there's Wi-Fi. People are in areas with Wi-Fi much more than they think. I walk into work with the iPhone, and it instantly switches to a Wi-Fi network. If I'm walking down the street in downtown Palo Alto, the iPhone will switch from Edge to Wi-Fi. It's very fluid.

Stephenson: I carry a 3G phone and the iPhone, and in terms of the general experience, it's comparable. I'm not concerned.

**Q: What about corporate e-mail? I understand that's an issue for many consumers who may not be able to tap company networks.**

Jobs: You'll be hearing more about this in the coming weeks. We have some pilots going with companies with names you'll recognize. This won't be a big issue.

**Q: When will the iPhone go on sale overseas?**

Jobs: We have no announcement to make now.

**Q: Many tech analysts have suggested that with the expected success of the iPhone, Apple is about to be transformed.**

Jobs: I hope it doesn't change Apple too much. We like it the way it is. We've got two strong legs on our chair: the Mac business, which is a $10 billion business, and music — our iPod and iTunes business — which is $10 billion. We hope the iPhone is the third leg on our chair. And maybe one day, Apple TV will be the fourth.

Stephenson: It helps us complete our change from Cingular to AT&T and has created a halo effect for the rebranding. I'm with Steve, though: I like it the way we are, and I hope it doesn't change it too much.

Jobs: Working together with a partner like AT&T is a change for us. AT&T knows more about large networks. One of the things that's fun for us is partnering on new features like visual voice mail. Now, we have a radically improved voice mail for the customer, and there's nothing we could have done on our own to make that happen.

Stephenson: Voice mail is one of the least-favorite products I sell. Now, with visual voice mail, it's a product I like.

**Q: How long has the iPhone been in development?**

Jobs: We started with the iPhone three years ago. We're product folks. We wanted to create a phone we loved. When we started this, none of us loved our phones. We wanted to make a phone so great, you couldn't imagine going anywhere without it.

That was our goal, and we think we achieved it. That's why we have such butterflies in our stomach. We'll get to see Friday if people agree with us.

# Mutuals

Mutual fund closing quotations

Track all your mutual funds

| Fund | NAV | Chg | YTD |
|---|---|---|---|
| EqGrol | 26.95 | .02 | +6.7 |
| EqInc | 8.89 | | +4.5 |
| GNMAI | 9.93 | -.02 | +.2 |
| Gift | 27.17 | +.1 | +24.7 |
| GlGold | 18.10 | +.12 | -7.2 |
| Growth | 23.96 | | +7.9 |
| Heritage | 19.69 | +.07 | +24.7 |
| IncGro | 35.13 | -.01 | +7.9 |
| IntlBnd | 13.62 | .03 | -1.0 |
| IntDisc | 16.99 | +.1 | +15.5 |
| TxExA | 12.28 | -.01 | 0.00 |
| TECAA | 16.48 | | -.1 |
| WshA | 37.23 | -.04 | +7.8 |
| **Ariel Mutual Fds:** | | | |
| Apprec | 53.32 | +.16 | +10.3 |
| Ariel | 58.19 | +.09 | +12.3 |
| **Artisan Funds:** | | | |
| Intl | 31.81 | +.18 | +9.7 |
| IntlSmCp | 24.45 | +.05 | +12.0 |
| IntlVal | 29.36 | +.11 | +5.1 |
| MidCap | 35.14 | +.01 | +15.4 |
| **BlackRock Instl:** | | | |
| IntlVal | 34.26 | +.06 | +10.1 |
| BaVlI | 33.99 | -.04 | +8.1 |
| BalCapI | 29.03 | -.01 | +5.9 |
| BondFd | 11.21 | .02 | -.4 |
| NatMun | 10.37 | .01 | +.3 |
| S&P500 | 18.62 | -.01 | +7.0 |
| ValueOpp | 26.87 | +.02 | +9.6 |
| **Brandywine Fds:** | | | |
| BlueFd | 35.28 | +.08 | +11.3 |
| **Columbia Class Z:** | | | |
| Acorn Z | 32.81 | +.08 | +11.7 |
| AcornIntZ | 45.49 | +.21 | +13.8 |
| AcornSelZ | 30.94 | +.21 | +17.1 |
| AcornUSA | 31.24 | +.13 | +10.0 |
| CoreBdZ | 10.31 | -.02 | +.1 |
| HiIncZ | 9.03 | +.01 | +2.3 |
| IntBdZ | 8.65 | .02 | +.4 |
| IntTEBd | 10.11 | | .3 |
| IntEqZ | 18.14 | +.06 | +7.8 |
| IntlStkZ | 20.77 | +.05 | +11.0 |
| GNMA S | 14.36 | .03 | +.2 |
| GlblThem | 36.82 | +.13 | +10.9 |
| GroIncS | 22.77 | .02 | +3.1 |
| Intl FdS | 67.70 | +.35 | +9.7 |
| LaCoVIS | 23.73 | .05 | +6.8 |
| LatAmrEq | 71.24 | +.76 | +23.9 |
| MgdMuni | 58.97 | | 0.00 |
| **DWS Scudder Instl:** | | | |
| Eq500IL | 170.50 | -.07 | +7.1 |
| LfLngIL | 11.38 | +.01 | +4.8 |
| **DWS Scudder Inv:** | | | |
| IntVa | 25.61 | +.03 | +12.5 |
| IntVa2 | 23.81 | +.03 | +12.6 |
| IntVa3 | 24.11 | +.03 | +12.6 |
| IntVa4 | 21.18 | +.03 | +12.7 |
| GlbSFxInc | 10.75 | | +2.2 |
| LCapInt | 26.30 | +.07 | +10.4 |
| TM USTatV | 27.03 | +.08 | +7.7 |
| TM IntVa | 21.86 | +.03 | +12.4 |
| TMMktwV | 19.37 | +.02 | +8.7 |
| TMMIV2 | 19.76 | +.02 | +8.8 |
| TMUSEq | 15.88 | | +7.5 |
| CoTxEBdZ | 14.56 | -.01 | -.2 |
| EmgMktA | 24.35 | +.2 | +15.5 |
| NwLdA | 49.87 | -.03 | +5.7 |
| **Driehaus Funds:** | | | |
| EMktGr | 45.76 | +.5 | +17.1 |
| **Dupree Mutual:** | | | |
| KYTF | 7.42 | | -.1 |
| EVFIRIHIA | 29.71 | ... | +3.3 |
| EVTxMgEmI | 47.48 | +.22 | +21.2 |
| **Eaton Vance Cl A:** | | | |
| **FBR Funds:** | | | |
| SmCap | 58.30 | +.01 | +8.3 |
| **FMI Funds:** | | | |
| Focus | 36.60 | -.01 | +13.3 |
| **FPA Funds:** | | | |
| Capit | 46.64 | -.17 | +12.5 |
| NwInc | 10.94 | | +2.0 |
| FPACres | 28.39 | | +7.5 |
| Fairholme | 31.48 | +.16 | +9.3 |
| **Federated A:** | | | |
| FF2035 | 13.94 | +.01 | +8.5 |
| FF2040 | 9.97 | +.01 | +8.7 |
| Income | 11.66 | | +3.2 |
| **Fidelity Invest:** | | | |
| AggrGr | 22.04 | +.08 | +13.7 |
| AMgr50 | 16.86 | -.01 | +5.3 |
| AMgr70 | 17.39 | | +7.0 |
| AMgr20 | 12.82 | -.01 | +2.9 |
| Balanc | 20.96 | -.02 | +8.4 |
| BlueChGr | 47.49 | +.07 | +7.2 |
| IntlSCp | 29.23 | +.24 | +17.2 |
| IntlSCOp | 17.79 | +.14 | +12.7 |
| InvGB | 7.22 | -.01 | +.3 |
| Japan | 17.75 | -.09 | +4.0 |
| JpnSm | 12.35 | +.07 | -3.7 |
| LargCap | 19.35 | ... | +10.7 |
| LCpVl | 15.81 | | +7.8 |
| LatAm | 55.33 | +.52 | +23.7 |
| LevCoStk | 34.83 | +.07 | +20.2 |
| LowP | 47.54 | +.13 | +9.2 |