# Exhibit 15

Mac
iPod
iPhone
iPad
iTunes
Support
 iPhone images

## Apple Sells One Millionth iPhone

CUPERTINO, California—September 10, 2007—Apple® today announced it sold its one millionth iPhone™ yesterday, just 74 days after its introduction on June 29. iPhone combines three devices into one—a mobile phone, a widescreen iPod®, and the best mobile Internet device ever—all based on Apple's revolutionary multi- touch interface and pioneering software that allows users to control iPhone with just a tap, flick or pinch of their fingers.

"One million iPhones in 74 days—it took almost two years to achieve this milestone with iPod," said Steve Jobs, Apple's CEO. "We can't wait to get this revolutionary product into the hands of even more customers this holiday season."

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award - winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market this year with its revolutionary iPhone.

Press Contacts:
Natalie Kerris
Apple
(408) 974- 6877
nat@apple.com

Steve Dowling
Apple
(408) 974- 1896
dowling@apple.com

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974- 2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone and iPod are trademarks of Apple. Other company and product names may be trademarks of their respective owners.