# Exhibit 17



