Exhibit 18



**TIME ARCHIVE** 1923 to the Present

▸ **Home** | ▸ **Archive** | ▸ **Feedback**

Text size: -A A+

Articles   Covers
◉ Cover Search  [_____] [Search]  ▪ See All Covers
                                         ▪ Search Tips
○                                        Browse cover by year:

1923-1949 ▼   1950-1976 ▼   1977-2009 ▼

### Best Inventions of 2007         Nov. 12, 2007

✉ E-mail this    « previous week's cover | following week's cover »



ARTHUR HOCHSTEIN



**Own a Piece of History** — Buy or Frame this TIME Cover Today — Starting at $15.95 — BUY NOW!

» Buy This Cover
» Read the Cover Story
» Inside This Issue

**Related Categories:**
Apple, Inventions, Science & Technology, Telecommunications, Special Issues

Copyright © 2011 Time Inc. All rights reserved.
Reproduction in whole or in part without permission is prohibited.

Subscribe | Customer Service | Help | Site Map | Search | Contact Us
Privacy Policy | Terms of Use | Reprints & Permissions | Press Releases | Media Kit