Exhibit 19



Address: http://video.nytimes.com/video/2008/07/09/technology/personaltech/1194817110882/the-iphone-3g.html