Exhibit 20



HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS
Subscribe: Home Delivery / Digital | Log In | Register Now | Help

The New York Times
Business Day
Personal Tech
Search All NYTimes.com Go
Orange Home Loans As low as 3.05% APR

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

Search Technology Go
Personal Tech »
Camcorders | Cellphones | Digital Cameras | Portable Computers | TVs | ALL PRODUCTS
Pogue's Posts »
Gadgetwise »

Advertise on NYTimes.com

STATE OF THE ART

# New iPhone Arrives; Rivals, Beware

By DAVID POGUE
Published: June 22, 2010

RECOMMEND
TWITTER
COMMENTS (142)
SIGN IN TO E-MAIL
PRINT
SINGLE-PAGE
REPRINTS
SHARE

Apple's new iPhone, its fourth in four years, reaches stores on Thursday. Ordinarily, this is where you'd expect to find a review of it. But honestly —what's the point?

Enlarge This Image

Stuart Goldenberg

The iPhone 4 is already a hit. AT&T says that it received 10 times as many preorders as it did for the iPhone 3GS last year. On the first day of taking orders, Apple processed 600,000 requests —before its ordering system, and AT&T's, descended into chaos.

**Pogue's Posts**

The latest in technology from the Times's David Pogue, with a new look.

Go to the Posts »

In short, the public seems to be perfectly capable of sniffing out a winner without the help of tech critics.

On the other hand, the new model won't do anything for people who detest the iPhone. It wouldn't matter if the new iPhone could levitate, cure hepatitis and clean your gutters; the Cantankerous Committee would still avoid it.

Enlarge This Image

Jim Wilson/The New York Times

The iMovie app for the new iPhone lets you edit video clips and post them to YouTube.

Despite the strong initial, positive reaction, this must still be a nerve-racking time to be Apple; the iPhone is no longer the only worthy contender. Phones running Google's Android software are gaining rave reviews and packing in features that iPhone owners can only envy. The Android app store is ballooning, multiple phone makers are competing, and Google updates the software several times a year. Apple releases only one new model a year, so the new iPhone had better be pretty amazing to compete.

It is.

**Readers' Comments**

Readers shared their thoughts on this article.

Read All Comments (142) »

The first thing you notice is the new shape. Despite a beefier battery (16 percent more likely to last a full day), a faster processor and upgraded everything, the new model is still noticeably thinner and narrower than before. How is that possible? In part, the trick was squaring off the back. It's no longer gracefully curved —a design that, if you think about it, created wasted space around the rectangular components. The new iPhone is two glass slabs, front and back, wrapped by a stainless-steel band.

The result is beautiful, and since there's no more plastic, it feels solid and Lexus-like. But it no longer feels like a soothing worry stone, and it's now impossible to tell by touch which

Log in to see what your friends are sharing on nytimes.com. Privacy Policy | What's This?
Log In With Facebook

What's Popular Now

Democracy's Cradle, Rocking the World

No Deportation for Immigrant in Same-Sex Marriage

Politics E-Mail

Keep up with the latest news from Washington with the daily Politics e-mail newsletter.
Sign Up
See Sample | Privacy Policy

Subscribe to Technology RSS Feeds

Technology News
Internet
Start-Ups
Business Computing
Companies
Bits Blog
Personal Tech
Pogue's Posts

Similar Products
See all cellphones »

Scosche Car Kit for Hands-Free Cellphones IUBCKH - Bluetooth hands-free car kit

Samsung Gravity Smart - sapphire blue

HTC 7 Pro

MOST E-MAILED
MOST VIEWED

VIDEO »
More Video | Multimedia »

TECHNOLOGY

# The iPhone 4

With David Pogue for NYTimes.com and CNBC

This feature, called FaceTime, is pure Apple.

way it's facing in your pocket. The new metal mute and volume buttons are much stiffer. Still, Apple says the iPhone 4 is the world's thinnest smartphone, and most people will approve of the trade-offs.

The new phone uses the same custom chip that's in the iPad; it's really, really fast. It makes a difference every time you tap the touch screen.

It's not the first phone with both a front and back camera. It's not even the first one to make video calls. But the iPhone 4 is the first phone to make *good* video calls, reliably, with no sign-up or setup, with a single tap. The picture and audio are rock solid, with very little delay, and it works the first time and every time.

However, you can enjoy this classic "show Grandma the baby" fantasy only if you and Grandma both have the iPhone 4, and only when you're both in strong Wi-Fi hot spots. Both limitations may change in time; other software companies are free to create FaceTime-compatible programs for other gadgets. And Apple implies that next year, you'll be able to make such calls over the cellular airwaves. Clearly, Apple is giving its ball and chain, AT&T, time to get its network ready.

The new screen, with greater contrast, is excellent. It packs in four times as many pixels as before; at 326 dots an inch, it's now the sharpest phone screen on the market. Now, "the screen isn't sharp enough" wasn't exactly a common iPhone complaint before. But it's easy to see, and appreciate, the improvement in clarity of text, pictures and videos.

There's a new 5-megapixel camera, too —better, though it's still no rival to a real camera. The actual moment of photo-snapping is an instantaneous affair now, freed of the take-your-time sluggishness of last year's model. Apple has finally deigned to give us a small, bright LED flash, too. You can make it stay on when you're filming —a convenient video light for very close-range subjects.

Speaking of video: the new iPhone takes great-looking 720p high-definition video; now there's the equivalent of a Flip camcorder in your phone.

Furthermore, for $5, you can install iMovie for iPhone. This little app lets you trim and rearrange video clips, add music and credits, drop in photos with zooming and cross-fades, and then post the whole thing directly to YouTube.

Frankly, the whole concept sounds a little ridiculous; video editing on a phone? You might as well introduce Microsoft Excel for Hearing Aids.

But you watch. The way life goes, some iPhone production will win at Cannes next year.

Now, peculiar as it may sound, phone calls have always been the iPhone's weak spot. It took too many steps to dial. Audio quality wasn't state-of-the-art. And from Day 1, dropped calls in several big cities have driven people there wiggy.

With the iPhone 4, Apple tried to relieve the wigginess. Sound is much better on both ends of the call, thanks in part to a noise-canceling microphone and an improved audio chamber (which also helps speakerphone and music sound). The stainless-steel edge band is now part of the antenna. The new phone is also better at choosing the best channel for connecting with the cell tower, even if's not technically the strongest one. (Ever had four bars, but a miserable connection? Then you get it.)

| | |
|---|---|
|  | 1. Married, With Infidelities |
| | 2. Forget About Crunches. Here's How to Protect Your Back. |
|  | 3. FINDINGS<br>A Release Valve for Cyclists' Unrelenting Pressure |
|  | 4. We Call it Brown. They Call It 'Weekend in the Country.' |
|  | 5. Three Straights and You're Out in Gay Softball League |
|  | 6. When Fashion Meets Fishing, the Feathers Fly |
| | 7. EDITORIAL<br>The Cloud Darkens |
|  | 8. Beneath Connecticut's Image of Affluence, Deep Fiscal Pain |
| | 9. Despite Fears, Owning Home Retains Allure, Poll Shows |
| | 10. OP-ED CONTRIBUTOR<br>Democracy's Cradle, Rocking the World |

Go to Complete List »        Show My Recommendations



**Broadway Bares 2011**
ALSO IN THEATER »
 Gay men discuss "A Normal Heart"
 The finances of "Spider-Man"

nytimes.com                    THEATER

Does any of this mean no more dropped calls in New York and San Francisco? No. But there do seem to be fewer of them.

INSIDE NYTIMES.COM

1 | 2 | NEXT PAGE >

*E-mail: pogue@nytimes.com*

A version of this article appeared in print on June 23, 2010, on page B1 of the New York edition.

COMMENTS (142)
SIGN IN TO E-MAIL
PRINT
SINGLE-PAGE
REPRINTS

**The New York Times and the Bay Area -- save 50% on home delivery plus FREE All Digital Access.**

Ads by Google what's this?

**Free LG Optimus T™**
Get a Free LG Optimus T w/ Qual'g
2yr Agmt. Web Offer Ends Soon!
T-Mobile.com

FASHION & STYLE »

Fashion Forward (or Guard)

FASHION & STYLE »

In Paris, Sensuality Saves the Day

HOME & GARDEN »

In Nantucket, an Instant Heirloom House

OPINION »
## Bloggingheads: End of the Arab Spring?
Jillian Schwedler and F. Gregory Gause debate about the future of the Arab revolutionary movements.

GREAT HOMES »

Little House on the Baltic

OPINION »

Room for Debate: Taking Religion Out of Marriage

© 2011 The New York Times Company | Privacy | Your Ad Choices | Terms of Service | Terms of Sale | Corrections | RSS | Help | Contact Us | Work for Us | Advertise





