# Exhibit 21

Mac
iPod
iPhone
iPad
iTunes
Support
 iPhone 3G images

## Apple Sells One Million iPhone 3Gs in First Weekend

CUPERTINO, California—July 14, 2008—Apple® today announced it sold its one millionth iPhone™ 3G on Sunday, just three days after its launch on Friday, July 11. iPhone 3G is now available in 21 countries—Australia, Austria, Belgium, Canada, Denmark, Finland, Germany, Hong Kong, Ireland, Italy, Japan, Mexico, Netherlands, New Zealand, Norway, Portugal, Spain, Sweden, Switzerland, UK and the US—and will go on sale in France on July 17.

"iPhone 3G had a stunning opening weekend," said Steve Jobs, Apple's CEO. "It took 74 days to sell the first one million original iPhones, so the new iPhone 3G is clearly off to a great start around the world."

The new iPhone 3G combines all the revolutionary features of iPhone plus 3G networking that is twice as fast*, built- in GPS for expanded location- based mobile services, and iPhone 2.0 software which includes support for Microsoft Exchange ActiveSync and runs over 800 third party applications available through the new App Store. In the US, the new iPhone 3G is priced at just $199 for the 8GB model, and $299 for the 16GB model**.

*Based on 3G and EDGE testing. Actual speeds vary by site conditions.
**Requires new two- year AT&T rate plan for qualified customers, sold separately.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award- winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market with its revolutionary iPhone.

Press Contacts:
Jennifer Bowcock
Apple
jennifer.b@apple.com
(408) 974- 9758

Teresa Brewer
Apple
tbrewer@apple.com
(408) 974- 6851

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974- 2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh and iPhone are trademarks of Apple. Other company and product names may be trademarks of their respective owners.