Exhibit 22

Case 5:11-cv-01846-LHK   Document 88-22   Filed 07/01/11   Page 2 of 3

Mac
iPod
iPhone
iPad
iTunes
Support
iPhone 3GS images

# Apple Sells Over One Million iPhone 3GS Models

iPhone 3.0 Software Downloads Reach Six Million

CUPERTINO, California—June 22, 2009—Apple® today announced that it has sold over one million iPhone™ 3GS models through Sunday, June 21, the third day after its launch. In addition, six million customers have downloaded the new iPhone 3.0 software in the first five days since its release.

"Customers are voting and the iPhone is winning," said Steve Jobs, Apple's CEO. "With over 50,000 applications available from Apple's revolutionary App Store, iPhone momentum is stronger than ever."

The new iPhone 3GS is the fastest, most powerful iPhone yet, packed with incredible new features including improved speed and performance—up to twice as fast as iPhone 3G—with longer battery life, a high- quality 3 megapixel autofocus camera, easy to use video recording and hands free voice control. iPhone 3GS includes the new iPhone OS 3.0, the world's most advanced mobile operating system with over 100 new features such as Cut, Copy and Paste, MMS*, Spotlight™ Search, landscape keyboard and more. iPhone 3GS customers get access to more than 50,000 applications from Apple's revolutionary App Store, the largest application store in the world where customers have already downloaded over one billion apps. iPhone 3GS offers twice the capacity for the same price with a 16GB model for just $199 and a new 32GB model for just $299.** And iPhone 3G is available at the breakthrough price of just $99 for the 8GB model—a huge milestone for the high end smartphone market.

*MMS messaging is available only on iPhone 3G or iPhone 3GS; fees may apply. MMS may not be available in all areas. MMS support from AT&T will be available in late summer.

**Qualified customers only. Requires a new two year AT&T rate plan, sold separately.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award - winning computers, OS X operating system and iLife and professional applications. Apple is also spearheading the digital media revolution with its iPod portable music and video players and iTunes online store, and has entered the mobile phone market with its revolutionary iPhone.

Press Contacts:
Natalie Kerris
Apple
nat@apple.com
(408) 974- 6877

Steve Dowling
Apple

dowling@apple.com
(408) 974- 1896

NOTE TO EDITORS: For additional information visit Apple's **PR website**, or call Apple's Media Helpline at (408) 974- 2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone and Spotlight are trademarks of Apple. Other company and product names may be trademarks of their respective owners.