# Exhibit 25



# BRANDZ™ Top 100
## Most valuable global brands



2011

Valuation and Methodology by



WPP

## BrandZ Top 100 Most Valuable Global Brands 2011

| # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 | # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 | # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 | # | Brand | Brand Value 2011 ($M) | % Brand Value Change 2011 vs. 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Apple | 153,285 | 84% | 26 | Louis Vuitton | 24,312 | 23% | 51 | Shell | 15,168 | 0% | 76 | telcel | 11,558 | 7% |
| 2 | Google | 111,498 | -2% | 27 | Toyota | 24,198 | 11% | 52 | Tencent 腾讯 | 15,131 | N/A | 77 | Santander | 11,363 | -37% |
| 3 | IBM | 100,849 | 17% | 28 | HSBC | 22,587 | -4% | 53 | ICICI Bank | 14,900 | 3% | 78 | PetroChina | 11,291 | -19% |
| 4 | McDonald's | 81,016 | 23% | 29 | Baidu 百度 | 22,555 | 141% | 54 | Subway | 14,306 | 19% | 79 | Nintendo ***** | 11,147 | -37% |
| 5 | Microsoft | 78,243 | 2% | 30 | BMW | 22,425 | 3% | 55 | Colgate | 14,258 | 0% | 80 | MTS | 10,883 | 12% |
| 6 | Coca-Cola* | 73,752 | 8% | 31 | Tesco | 21,834 | -15% | 56 | Honda | 14,182 | -1% | 81 | Nokia | 10,735 | -28% |
| 7 | at&t | 69,916 | N/A | 32 | Gillette | 19,782 | -4% | 57 | Nike | 13,917 | 10% | 82 | eBay | 10,731 | 15% |
| 8 | Marlboro | 67,522 | 18% | 33 | China Life 中国人寿 | 19,542 | N/A | 58 | Intel | 13,904 | -2% | 83 | 中国平安 PING AN | 10,540 | N/A |
| 9 | China Mobile 中国移动通信 | 57,326 | 9% | 34 | Pampers | 19,350 | 11% | 59 | Carrefour | 13,754 | -8% | 84 | US Bank | 10,525 | 26% |
| 10 | GE | 50,318 | 12% | 35 | Facebook | 19,102 | 246% | 60 | MasterCard | 13,543 | 16% | 85 | Sony ****** | 10,443 | 19% |
| 11 | ICBC | 44,440 | 1% | 36 | Orange | 17,597 | N/A | 61 | Petrobras | 13,421 | 39% | 86 | Zara | 10,335 | 15% |
| 12 | Vodafone | 43,647 | -2% | 37 | Bank of China 中国银行 | 17,530 | -20% | 62 | H&M | 13,006 | 7% | 87 | Scotiabank | 10,076 | N/A |
| 13 | Verizon | 42,828 | N/A | 38 | Disney | 17,290 | 15% | 63 | Pepsi **** | 12,931 | 1% | 88 | Nissan | 10,072 | 17% |
| 14 | Amazon.com | 37,628 | 37% | 39 | RBC | 17,182 | 3% | 64 | BP | 12,542 | -27% | 89 | The Home Depot | 9,877 | 10% |
| 15 | Walmart | 37,277 | -5% | 40 | American Express | 17,115 | 23% | 65 | Target | 12,471 | 3% | 90 | Itaú | 9,600 | 29% |
| 16 | Wells Fargo | 36,876 | 97% | 41 | ExxonMobil | 16,973 | 10% | 66 | Porsche | 12,413 | 3% | 91 | China Telecom 中国电信 | 9,587 | N/A |
| 17 | UPS | 35,737 | 35% | 42 | TD | 16,931 | 19% | 67 | Samsung | 12,160 | 7% | 92 | Bank of America | 9,358 | -43% |
| 18 | HP | 35,404 | -11% | 43 | Agricultural Bank of China 中国农业银行 | 16,909 | N/A | 68 | Chase | 12,083 | -3% | 93 | Red Bull ******* | 9,263 | 4% |
| 19 | Deutsche Telekom ** | 29,774 | N/A | 44 | Cisco | 16,314 | -2% | 69 | Standard Chartered | 12,033 | 45% | 94 | Aldi | 9,251 | 6% |
| 20 | Visa | 28,553 | 15% | 45 | Budweiser *** | 15,952 | 0% | 70 | Siemens | 11,998 | 29% | 95 | TIM | 8,838 | 21% |
| 21 | Movistar | 27,249 | N/A | 46 | L'Oréal | 15,719 | 11% | 71 | Hermès | 11,917 | 41% | 96 | Barclays | 8,760 | 4% |
| 22 | Oracle | 26,948 | 9% | 47 | Citi | 15,674 | 17% | 72 | Starbucks | 11,901 | 40% | 97 | China Merchants Bank 招商银行 | 8,668 | 5% |
| 23 | SAP | 26,078 | 7% | 48 | NTT Docomo | 15,449 | 19% | 73 | FedEx | 11,759 | 25% | 98 | Bradesco | 8,600 | 15% |
| 24 | China Construction Bank 中国建设银行 | 25,524 | 22% | 49 | Accenture | 15,427 | 5% | 74 | O2 | 11,694 | N/A | 99 | СБЕРБАНК | 8,535 | N/A |
| 25 | BlackBerry | 24,623 | -20% | 50 | Mercedes-Benz | 15,344 | 12% | 75 | Telecom Italia | 11,609 | N/A | 100 | Goldman Sachs | 8,439 | -9% |

*The Brand Value of Coca-Cola includes Lites, Diets and Zero
**Deutsche Telekom is in the process of re-branding its business to 'T', which incorporates T-Mobile, T-Home and T-Systems
***The Brand Value of Budweiser includes Bud Light
****The Brand Value of Pepsi includes Lites, Diets and Zero
*****The Brand Value of Nintendo includes Wii and Nintendo DS
******The Brand Value of Sony includes Playstation 2 and 3, as well as PSP
*******The Brand Value of Red Bull includes sugar-free and Cola
Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)



# Top 20 Risers
## Technology, vision drove growth



**Facebook led the top risers last year.**

With a 246 percent surge in brand value, Facebook entered the BrandZ Top 100 for the first time at No. 35.

Along with Facebook, the Top 20 Risers included online retailer Amazon and four other technology brands – Apple and Baidu along with Siemens and Cannon, which benefited from resurgence in business-to-business demand. Visionary, entrepreneurial leadership also contributed to growth in value, especially for Facebook, Apple, Amazon and Starbucks.

With almost 600 million members worldwide, Facebook last year was anointed "The Social Network" by the film of the same name about the firm's founding in 2004 by Mark Zuckerberg. Ironically, the film's release coincided with Facebook's rapid evolution into a powerful commercial platform exploring ways to monetize its social reach by connecting shoppers, retailers and brand marketers. Valuation is based on a Goldman Sachs study.

Apple rose to the No. 1 position in the BrandZ Top 100 Most Valuable Global Brands. It earned an 84 percent increase in brand value with successful iterations of existing products like the iPhone, creation of the tablet category with iPad, and anticipation of a broadened strategy making the brand a trifecta of cloud computing, software, and innovative, well-designed devices. Perpetual concern over the health of CEO Steve Jobs intensified at the end of the year when he announced a temporary leave of absence.

The Chinese search engine Baidu captured rank No. 29 in the BrandZ Top 100, up from No. 75 in 2009 on a sharp 141 percent rise in brand value. As more of China's 1.3 billion citizens searched the Internet, they turned to Baidu because the brand has deeply understood the nuances of China's diverse cultures and languages.

Illustrating how dramatically shopping has changed, Amazon, the online company with no stores, surpassed Walmart as the most valuable retail brand. The company continued to add categories last year, even food, to drive traffic. Since founding the company in 1995, Jeff Bezos has worked to perfect its unparalleled selection, peer reviews and a delivery scheme that builds loyalty.

The Starbucks 40 percent rise in brand value demonstrated the success of the brand revitalization initiatives implemented two years ago by Howard Shultz when he returned as CEO. He closed underperforming locations and improved the coffeehouse experience while extending the brand into instant coffee and preparing it for aggressive international and multi-channel growth in grocery as well as fast food.

| | TOP BRANDS | Brand Value $M | Brand Value Growth |
|---|---|---|---|
| 1 | Facebook | 19,102 | 246% |
| 2 | Baidu | 22,555 | 141% |
| 3 | Wells Fargo | 36,876 | 97% |
| 4 | Burberry | 3,379 | 86% |
| 5 | Apple | 153,285 | 84% |
| 6 | Skol | 4,579 | 68% |
| 7 | Pizza Hut | 5,305 | 58% |
| 8 | GEICO | 2,785 | 53% |
| 9 | Standard Chartered Bank | 12,033 | 45% |
| 10 | Hermès | 11,917 | 41% |
| 11 | Starbucks | 11,901 | 40% |
| 12 | Petrobras | 13,421 | 39% |
| 13 | Amazon | 37,628 | 37% |
| 14 | UPS | 35,737 | 35% |
| 15 | Cartier | 5,327 | 34% |
| 16 | Estée Lauder | 2,592 | 31% |
| 17 | MetLife | 2,270 | 31% |
| 18 | Siemens | 11,998 | 29% |
| 19 | IKEA | 7,293 | 28% |
| 20 | Canon | 7,588 | 27% |

Source: Millward Brown Optimor
(including data from BrandZ,
Kantar Worldpanel and Bloomberg)



The housing recovery drove IKEA's 28 percent growth. Sector strength also helped brands in fast food, insurance and luxury. While the brand value of the luxury sector still lagged its pre-recession level, customers came back as evinced by Burberry's 86 percent leap and the brand appreciation of Cartier, Estée Lauder and Hermès.

The fast-growing market dynamism that boosted China's Baidu also pushed the brand values of Skol, Brazil's largest beer brand, up 68 percent, and Petrobras, the country's oil and gas giant, which advanced 39 percent. The 58 percent rise in the brand value of Pizza Hut was in part driven by its performance in China. Standard Chartered Bank of the UK, up 45 percent, also benefited from global business.