# Exhibit 27

www.usatoday.com
**FINAL SCORES**

**Tiger-less golf tour's anxiety in full swing**
Major concerns on PGA Tour about impact on bottom line, 1-2C
*By Robyn Beck, AFP/Getty Images*

# USA TODAY
THE NATION'S NEWSPAPER   $1.00
NO. 1 IN THE USA

**How cool is this? Put Potter in front of your webcam**
'Augmented-reality' map on newspaper page comes alive on your computer screen, 8D

---

Thursday, January 28, 2010

## Newsline
News  Money  Sports  Life

### Apple's iPad draws raves, questions

The new tablet with a 9.7-inch screen is elegant and cool, but will it really lead a media revolution? 1A



### In Haiti's rubble, a rescue
Teen girl found near college as crews work at hotel that trapped dozens, 6A



### Elizabeth Edwards is 'moving on'
Announces her split from husband John Edwards as details from tell-all book emerge, 2A
*2007 AP photo*

### Attorney denies Landrieu wiretap
Lawyer for James O'Keefe says suspect did not engage in illegal activity at senator's office, 3A.

**Money: Toyota eyes parts, recall list**
Delivery of new gas pedal assemblies could take months; five models added to floor mat recall, 1-3B

**Sports: Arenas, Crittenton suspended**
NBA exec condemns guns in locker room. 1C.
▶ Serena Williams in Australian Open final. 1, 7C.

**Life: Fifth of nursing homes low-rated**
One in five of the 15,700 facilities in the USA consistently score poorly for quality, analysis finds. 6D

### USA TODAY Snapshots®

**Which decade was the worst?**
Percentage of adults with a negative view of these decades:
1960s 15%  1970s 16%  1980s 12%  1990s 19%  2000s 50%
*Source: Pew Research Center for the People & the Press survey of 1,504 adults, Dec. 9-13*
*By Anne R. Carey and Alejandro Gonzalez, USA TODAY*



| | |
|---|---|
| 04 | Crossword, Sudoku 3D |
| | Editorial/Forum 8-9A |
| | Marketplace Today 3D |
| | Market scoreboard 4B |
| | State-by-state 7A |
| | Weather 10A |

©COPYRIGHT 2010 USA TODAY, a division of Gannett Co., Inc.
Subscriptions, customer service
1-800-USA-0001
www.usatodayservice.com

---

**State of the Union**

# 'We face a deficit of trust'


**Economy**
'Jobs must be our No. 1 focus, and that is why I am calling for a new jobs bill.'

**Politics**
'What frustrates the people is a Washington where every day is Election Day.'


**Health care**
'I take my share of the blame for not explaining it more clearly to the American people.'

## Obama says he will refocus agenda, not retreat: 'I don't quit'

By Richard Wolf
USA TODAY

WASHINGTON — President Obama pledged Wednesday to refocus his ambitious agenda on the nation's struggling economy, vowing in his first State of the Union Address to make job creation his immediate goal and deficit reduction his holy grail.

Chastened by a series of political and policy setbacks, the nation's 44th president acknowledged missteps during his first year in office. He did not retreat from his efforts to revamp the nation's health care system, but he acknowledged frustration with the results so far.

"I campaigned on the promise of change — 'Change we can believe in,' the slogan went," he said. "Right now, I know there are many Americans who aren't sure if they still believe we can change — or that I can deliver it."

To reassure them, the president outlined modest plans: reducing business taxes, rebuilding roads and rail lines, retrofitting homes. He offered to work with Republicans, even meet with them monthly, in search of common ground.

"Rather than fight the same tired battles that have dominated Washington for decades, it's time to try something new," Obama said. "Let's try common sense."

The speech represented an effort to recast his presidency as Democrats who control Congress face a tough midterm election in November. Already the party has lost governors' races in Virginia and New Jersey and a Senate race in Massachusetts that wiped out its 60-vote supermajority.

Virginia's victor, Gov. Bob McDonnell, responded to Obama by criticizing Washington for "simply trying to do too much" and decrying "the excessive growth of government."

Obama's speech combined soaring rhetoric with down-to-earth policies that he said Democrats and Republicans should agree on, such as incentives for companies to expand and community banks to extend credit.

Casting himself as a populist, he chastised Wall Street for excessive pay and Washington for outsized influence by special interests. As Supreme Court Justice Samuel Alito scowled, Obama challenged Congress to reverse a high court ruling that opened the spigot for more corporate and union spending on elections.

"We face more than a deficit of dollars right now," Obama said. "We face a deficit of trust — deep and corrosive doubts about how Washington works


Entering House chamber: President Obama acknowledged missteps in first year, called for "common sense" approach.
*By H. Darr Beiser, USA TODAY*

**Inside president's speech**
■ A new tone and a focus on hard calls. News analysis, 4A
■ Reality check on address, 4A
■ Republicans' response, 4A

that have been growing for years."

The president devoted much of his attention to the nation's deficit of dollars: an estimated $1.35 trillion this year and a $12.3 trillion national debt. He called for a three-year freeze on most domestic spending, a requirement that Congress pay for tax cuts or benefit increases, and a bipartisan task force to tackle the broader deficit.

While he did not give up on revamping the health care system or reversing global warming, those twin goals received less attention. Sweeping health care legislation was dealt a big blow by the upset victory in Massachusetts of Republican Scott Brown, who said he would be the 41st vote against the plan.

"I am not naïve," Obama said. "I never thought the mere fact of my election would usher in peace, harmony, and some post-partisan era."

---

# Is Apple's 'magical' iPad a game changer?

## Tablet offers new way to experience media

By David Lieberman, Edward C. Baig and Jefferson Graham
USA TODAY

**First look: Apple scores**
■ Baig checks out iPad, 3B

**Cover story**

SAN FRANCISCO — Apple CEO Steve Jobs on Wednesday unveiled the company's latest creation: the iPad, a state-of-the-art tablet computer that all but challenges traditional print and media companies to create content for it.

The device, which will be available in March, becomes the leading example of a new generation of portable entertainment centers.

With a 9.7-inch, high-resolution screen, the half-inch-thick device gives book, newspaper and magazine publishers — as well as movie and TV producers — a chance to show they have a future in the digital age. The iPad, which uses the same operating system as Apple's popular iPhone, promises to show off news and entertainment as well as, and maybe better than, print media and many TV sets.

It's a "truly magical and revolutionary product," Jobs said at a media event that finally confirmed weeks of speculation about Apple's new tablet.

Sales hype aside, it's fair to ask: If traditional media can't make it on devices such as the iPad, can they make it anywhere?

"What I've seen (of the iPad) does create a new space" for media, says Ned May, a lead analyst at the research firm Outsell. "There's an opportunity here, but they need to come up with more compelling experiences."

Please see COVER STORY next page ▶


A "new space" for media: A guest at Apple's unveiling in San Francisco tries an iPad. The devices go on sale in March.
*By Justin Sullivan, Getty Images*