Exhibit 30

# DIGITAL JOURNAL

http://www.digitaljournal.com/article/288710

## Apple's First iPad TV Commercial Airs During Academy Awards

Posted Mar 7, 2010 by Brenton Currie

**At tonight's Academy Awards, Apple aired its very first television commercial for the upcoming release of their latest device, the iPad.**

With Apple fans now trying to pre-empt the company's every move, its not often they can do something without it being leaked first. Tonight though, Apple showed the very first iPad television commercial during the Oscars in the United States, catching many Apple enthusiasts off-guard.


Photo courtesy Apple

In usual Apple tradition the ad is backed by some very catchy music, "There Goes My Love" by The Blue Van, and shows off the new iBookstore app alongside the revamped photo gallery, calendar, email and mapping applications. Some iWork applications for the iPad, promoting it as a one-stop shop device.

It ends with the words "April 3", which is when, as announced on Friday, the device becomes available for pre-order in the United States.

The advert has been met with excitement by most Twitter users, with one suggesting it has already enticed him to buy one when they launch.

"I didn't want an iPad but then I saw the commercial and can't wait to place my order," Twitter user JakeMertz tweeted out a short time ago.

"Ok Apple, you got me. I think I want one now," another user, brentchavez, tweeted.

The playing of the ad during the Oscars demonstrates just how mainstream Apple believe the iPad will be, choosing to debut their television commercial during a worldwide event.

The large Multi-Touch screen on iPad lets you see an entire webpage with vibrant color and sharp text. So whether you're looking at a page in portrait or landscape, you can see everything at a size that's actually readable. And with iPad, you use your finger to navigate webpages and you can scroll through a page just by flicking your finger up or down on the screen. Users can also pinch to zoom in or out on a photo.

The debut of the advert explains why Steve Jobs was spotted at the Oscars, who was earlier seen sneaking in around all the celebrities on the red carpet.