Exhibit 32

Mac
iPod
iPhone
iPad
iTunes
Support

## Apple Sells Three Million iPads in 80 Days

CUPERTINO, California—June 22, 2010—Apple® today announced that it sold its three millionth iPad™ yesterday, just 80 days after its introduction in the US. iPad is a revolutionary and magical product that allows users to connect with their apps, content and the Internet in a more intimate, intuitive and fun way than ever before.

"People are loving iPad as it becomes a part of their daily lives," said Steve Jobs, Apple's CEO. "We're working hard to get this magical product into the hands of even more people around the world, including those in nine more countries next month."

Developers have created over 11,000 exciting new apps for iPad that take advantage of its Multi-Touch™ user interface, large screen and high-quality graphics. iPad will run almost all of the more than 225,000 apps on the App Store, including apps already purchased for your iPhone® or iPod touch®.

Users can browse the web, read and send email, enjoy and share photos, watch HD videos, listen to music, play games, read ebooks and much more, all using iPad's revolutionary Multi-Touch user interface. iPad is 0.5 inches thin and weighs just 1.5 pounds—thinner and lighter than any laptop or netbook—and delivers up to 10 hours of battery life.*

*Battery life depends on device settings, usage and other factors. Actual results vary.

Apple ignited the personal computer revolution with the Apple II, then reinvented the personal computer with the Macintosh. Apple continues to lead the industry with its award-winning computers, OS X operating system, and iLife, iWork and professional applications. Apple leads the digital music revolution with its iPods and iTunes online store, has reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

Press Contacts:
Natalie Harrison
Apple
harri@apple.com
(408) 862-0565

Janette Barrios
Apple
jbarrios@apple.com
(408) 974-7608

NOTE TO EDITORS: For additional information visit Apple's PR website, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPad, Multi-Touch, iPhone and iPod touch are trademarks of Apple. Other company and product names may be trademarks of their respective owners.