Exhibit 35

advertisement | your ad here
Google offers beta
What will Google offer?
The best of the Bay Area at even better prices.
Sign up now

home of the

Subscribe to the weekend Chronicle

Search ◉ SFGate ○ Web Search by YAHOO! ○ Businesses | Advanced Sign In | Register

Bay Area & State Nation World Politics Crime Tech Obituaries Education Green Science Health Weird **Opinion**

San Francisco Chronicle App for iPad® Download today! Get your first 30 days FREE.

**CHRONICLE EDITORIALS**

Archive | Feedback | Facebook |

# With release of iPad, Apple has nailed it again

Tuesday, April 6, 2010

PRINT E-MAIL SHARE COMMENTS (14) FONT | SIZE:

**MORE OPINION**

- State's 'honest budget' is tilting at windfalls 06.29.11
- Letters to the editor, June 29 06.29.11
- Reporter's immigration secret raises credibility questions 06.29.11

0 0 share

Another Apple product debut, another smash hit. The tech world - or at least Apple's rivals - must wonder when the company will stumble, but the iPad doesn't appear to be it.

The gizmo debuted this weekend with first-day sales of 300,000. The device follows the approach of other company products. Take an existing trend - earphone audio or cell phones - and create a stylish leap that transforms the market and upends convention.

The iPad taps into 150,000 applications available for the iPhone and invites more with its wider screen, brighter colors and sleek design. It aims to conquer the world of small tablet computers and serve up books, music and other forms of entertainment.

Like other Apple offerings, the product blurs tech boundaries. Along with gunning for Amazon's Kindle e-book, the iPad also wants to dominate the next-rung-up world of junior-grade laptops known as netbooks. It may be missing a few features such as a camera or multi-tasking abilities and carries a hefty price tag starting at $499, but the company's deft marketing has made the device an industry standard nearly overnight.

Can the nation's purses and messenger bags handle another Apple device? The real challenge will be turning a fun-and-games device into an essential business tool. That hasn't happened yet. But Apple's steamroller success in the past suggests the company may yet turn an intriguing innovation into a workplace tool.

*This article appeared on page **A - 11** of the San Francisco Chronicle*

PRINT E-MAIL SHARE 0 0 share

**Subscribe to the San Francisco Chronicle and get a gift:**

- ○ **Sunday +** a **$15** gift card
- ○ **Fri-Sun +** a **$15** gift card
- ○ **Mon-Sun +** a **$25** gift card

Select an offer

**Add Your Comment**

**New to the site?**
To use commenting, you need to sign up.
Register

**Already a member?**
Please log in. (Forgot Password?)
Username
Password
Remember Me

**Galleries** 1-3 of 21

23 top summer events in the West

Patriotic pieces: Fashion for the Fourth

From burros to whale sharks: Mexico...

advertisement | your ad here

MOST READ | MOST E-MAILED | MOST COMMENTED

1. Time editor suspended for calling Obama 'kind of a dick'
2. Email from world's worst mother-in-law goes viral
3. Woman survives being rolled over by BART train
4. Gun-toting man 'on assignment' is shot by police
5. Was Chris Hansen caught cheating on camera?
6. Denise Richards adopts a baby girl
7. California won't be the same under new budget

**FROM OUR HOMEPAGE**

**Gov. Brown signs budget**
Plan closes $26.6B deficit; his line-item vetos cut millions more.
Comments & Replies (283)
Brace for budget impacts

