Exhibit 36

Newsweek – 2010 Covers

    

    

    

    







