Exhibit 37



# TIME ARCHIVE 1923 to the Present

▸Home | ▸Archive | ▸Feedback                                              Text size: -A A+

⦿ Cover Search     Articles     Covers                    Search    ▪ See All Covers
○                                                                   ▪ Search Tips

                                                        Browse cover by year:
1923-1949 ▾     1950-1976 ▾     1977-2009 ▾

**Inside Steve's Pad**                               Apr. 12, 2010

✉ E-mail this        « previous week's cover | following week's cover »



PHOTOGRAPH BY MARCO GROB FOR TIME

Own a Piece of History — Buy or Frame this TIME Cover Today — BUY NOW! Starting at $15.95

» Buy This Cover            **Related Categories:**
» Inside This Issue         Steve Jobs, Apple, Computers, Inventions, Science & Technology

Copyright © 2011 Time Inc. All rights reserved.
Reproduction in whole or in part without permission is prohibited.

Subscribe | Customer Service | Help | Site Map | Search | Contact Us
Privacy Policy | Terms of Use | Reprints & Permissions | Press Releases | Media Kit