# Exhibit 38

77,241 views, Jan 31, 2010 8:13 PM

POPULAR                                           LOGIN

**GRAMMYS**                                       Share

## Stephen Colbert Delivers Grammy for Song of the Year From His New Apple iPad

Jack Loftus —Comedian Stephen Colbert is presenting at the Grammys, and to mark the occasion of "Song of the Year" (*Single Ladies (Put a Ring On It)*), he pulled out his shiny new iPad.

Notable because it's one of the first out in the open (is he "the first?"). Also notable: No iPads in those obscene celebrity gift baskets people get for attending these things (Jay-Z didn't even get one, Colbert mocked).

And yes, this looked to be the real deal, as you could see the screen changing from portrait to landscape as the moved the iPad around.

**Update**: Now with video.

| DISCUSSION THREADS | Featured | All | Start a new thread |

| # | |
|---|---|
| 1 | The Must Have Jailbreak Apps |
| 2 | Watch the Very Worst Special Effects Reel Yet |
| 3 | The Android Apps Everyone Should Have June 2011 |
| 4 | Google's Looking Real Nice Right Now |
| 5 | The iPhone Apps Everyone Should Have June 2011 |
| 6 | The iPad Apps Everyone Should Have June 2011 |
| 7 | The Map of Human Impact on Planet Earth |
| 8 | You Can't Press *Pause* in This Call of Duty |
| 9 | The New Essential Apps June 2011 |
| 10 | Five Seats to Save Your Penis From Your Bike |
| 11 | The Best Deal of the Day |
| 12 | Do I Really Have to Set Up Yet Another Social Network? |
| 13 | Not-At-All Creepy Background Check App Hits Android and iPhone |
| 14 | Naturally, the Oldest Eye Ever Found Creeps Me Out |
| 15 | This Supermassive Black Hole Fuels a Quasar 60 Trillion Times as Bright as the Sun  Trillion |
| 16 | Use a Bluetooth Phone (or Device) to Lock and Unlock Your Mac When You're Near |
| 17 | Gmail's Getting a Whole New Look To Match Google+ |
| 18 | Finally Learn How To Use the Manual Settings On Your Camera |
| 19 | RIM Responds to 'Open Letter' Criticisms with More Nonsensical Business Jargon |
| 20 | Stunning photos capture 221 MPH race crash |
| 21 | The Devil Didn't Invent the Fork |
| 22 | HP TouchPad Review: Unbreak My Heart |
| 23 | Maybe Apple's Thunderbolt Cable Is Worth $50 After All |