# Exhibit 39

# WELCOM E TO TECHLOGR

Home    Shuffle    Mobile    Archives    Feed                                          Search

**y 28 2010**        Apple Design                                                                                          text
iPad iMac
Pro iPhone      Apple is undoubtedly the best designer in the tech field, and its design mostly focuses things like
Design          simplicity, and elegance. Well, it's becoming ever more simple and ever more elegant that it has
reached a point where the design is very predictable. Maybe it's due to the directness, and
simplicity of the design that even the Cupertino company has reached a point of saturation. The
saturation of design. You might be right if you say that there is no limit to good design, but it's good
to note that Apple hardware are reaching a state where an enclosure refresh is rare. The iPod
Classic current look bears extreme similarity to the 2004's iPod Classic. The 2005 iMac design is
the plastic version of today's iMac. Even looking at the MacBook, you can clearly see that although
Apple hasn't stopped at creating better-structured enclosure and making it of a higher build quality,
Apple has made a complete overhaul of design an extremely rare thing. I'm not saying it is a bad
thing, but we all love new things from Apple right?

Of course we've all seen pictures and videos of the iPad and you might have sat there thinking: "It
sure looks like an oversized iPhone!". Well, you are just half-right. It also look like a couple of
things. Remember how I said Apple Design has become more or less a predictable thing?



Yes, of course I knew you saw the similarity. But how about these?



It's kind of funny to see how the iPad looks like the lid of the MacBook Pro.



Well… you have the final take. All in all, I embrace good design, and I do not hope Apple rush things just to make things happen. But it's a good, fresh look of the whole of Apple Design Story from me.

(Images from www.apple.com)



« Previous　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Next »