Exhibit 42



**EDITION: U.S.**

Register   Sign In

Search News & Quotes   [SEARCH]



| ARTICLE | COMMENTS (1) |

**FOLLOW REUTERS**

Facebook
Twitter
RSS
YouTube

**READ**

1  White House snubs McConnell invitation to Obama
   30 Jun 2011

2  Casey Anthony will not testify in murder trial
   30 Jun 2011

3  Venezuela's Chavez says he was treated for cancer
   [VIDEO] |
   12:44am EDT

4  "Tudors" star Rhys Meyers hospitalized: report
   30 Jun 2011

5  Geithner mulls departing Treasury post: sources
   30 Jun 2011

Login or register    Latest from My Topics

# Apple iPad 2 sales seen clearing 1 million units

Recommend   216 people recommend this. Be the first of your friends.



**SAN FRANCISCO** | Mon Mar 14, 2011 11:45am EDT

214
Share  93
Share this

0
Email

Print

**Related News**

Big crowds greet Apple's iPad 2
Sat, Mar 12 2011

CORRECTED - UPDATE 1-Toshiba



**DISCUSSED**

Top Republicans insist no taxes in debt deal

(Reuters) - Apple Inc sold close to 1 million units of its next-generation tablet computer during its debut weekend, analysts estimated.

By comparison, the original version of the iPad, which launched in April of 2010, crossed the one-million mark 28 days after its launch.

Apple shares rose 0.6 percent to $354.20 in morning trade on the Nasdaq, even as shares of many other technology companies slumped. The Nasdaq was down 0.7 percent.

The iPad 2 went on sale in the United States on Friday evening at Apple stores, AT&T and Verizon Wireless outlets, as well as Target, Wal-Mart and Best Buy stores, greeted by thousands of eager customers.

Ticonderoga Securities analyst Brian White said it was difficult to find an iPad 2 over the weekend.

"Our field checks over the weekend indicate that the iPad 2 sold out at every Apple and non-Apple store we contacted," White wrote in a research note. "In fact, all the stores had worked through iPad 2 inventory by Saturday afternoon, and there were no new iPad 2 deliveries on Sunday."

Wedbush Securities analyst Scott Sutherland said: "We would not be surprised to see Apple sell closer to 1 million iPad 2's in the opening weekend."

Best Buy on Friday said some of its outlets ran out of the tablet and its accessories within 10 minutes.

The newest iPad is thinner, faster and features a pair of cameras for video chat. The pricing remains the same as the first-generation model, starting at $499.

The iPad 2's early success is a warning sign of a global tablet bubble, where supply could outpace demand for tablets by about 36 percent, said J.P. Morgan analyst Mark Moskowitz.

partner says chip production resumes
Fri, Mar 11 2011

iPad price remark gets Fed's Dudley an earful
Fri, Mar 11 2011

Apple iPad 2 to go on sale online first
Thu, Mar 10 2011

UPDATE 4-Marvell warns of mobile revenue drop, shares dive
Thu, Mar 3 2011

**Analysis & Opinion**

**Penny Arcade Expo East: Nothing small here**

**Tech wrap: Apple's iPad 2 launches**

**Related Topics**

**Technology »**

**Media »**

**iPad »**

**Steve Jobs »**