Exhibit 44





# The 50 Best Inventions of 2010

*Flying cars! Jet packs! Lasers that zap malaria-carrying mosquitoes! Here are the year's biggest (and coolest) breakthroughs in science, technology and the arts*

Select a Section | Story | All Best and Worst Lists

**Technology**

## iPad

By **HARRY MCCRACKEN** Thursday, Nov. 11, 2010

NEXT
View All

APPLE

How does Apple keep out-inventing the rest of the tech industry? Often, it's by reinventing a product category that its competitors have given up on. In theory, the iPad is merely a follow-up to such resoundingly unpopular slate-style computers as Microsoft's Tablet PC. But Apple is the first company that designed finger-friendly hardware and software from scratch rather than stuffing a PC into a keyboardless case. When it calls the results "magical" and "revolutionary," it's distorting reality only slightly. One analyst says the iPad is the fastest-selling nonphone gizmo in consumer-electronics history.

MORE

Like 95 people like this.

View the full list for "The 50 Best Inventions of 2010"

Recommendations

Login You need to be logged into Facebook to see your friends' recommendations

Animal Cruelty New Undercover Video Links Major Retailers to Barbaric Handling of Pigs
3,987 people recommend this.

No Laughing Matter Braving the World's First Tickle Spa
2,442 people recommend this.

Happy Birthday, Princess Diana 50 Rare Images of an Icon - Photo Essays
803 people recommend this.

Facebook social plugin

Sponsored Links

**Great 5 Year CD Rates**
Find and compare CD rates from a trusted provider
finddu com

**Penny Stock Jumping 3000%**
Join our 100% Free Newsletter & get Penny Stock Picks that jump high!
www AwesomePennyStocks com

**Official Barack Obama Website**
President Obama needs your help to move America forward Join us now
BarackObama com

Buy a link here

**Special Features:**

Photos: A Visual History of the Jet Pack

Photos: The Seed Cathedral

Photos: The Plane That Drives

Video: Best Inventions

Technology

Transportation

MORE

NEXT
View All

GADGETS
# Apple iPad
The top tablet

**13 Comments**

**Gadgets 2 of 12**



After years of companies trying to cram a computer into a tablet—the resulting boxes have been too heavy, the software too sparse, the screen too small—Apple made what everyone wanted: a sleek device with a gorgeous screen and a dead-simple interface that makes you want to sit back and play. The trick? Rather than shrink a computer, enlarge a phone. By using the same multitouch gestures and App Store as

the iPhone, Apple created an intimate gadget for updating your Facebook status, watching a movie, or reading a magazine. Making it look simple, though, is complicated.

The 9.7-inch high-definition screen is the best example yet of in-plane switching, in which liquid crystals are aligned to allow a wider viewing angle than regular LCDs, and its speedy one-gigahertz processor is still efficient enough to run for nearly nine hours on a single charge. Apple sold three million in the first 80 days (more than the iPod or iPhone); now companies are rushing LCD tablets to market. The iPad, something between phone and computer, is what we always hoped a gadget could be. **$500–$830.**



Engadget for the iPhone: download the app now



| MAIL

You might also like: Engadget HD, Engadget Mobile and More

| MANGO PREVIEW | WWDC 2011 | E3 2011 | COMPUTEX 2011 | ASUS PADFONE | GALAXY S II |

FILED UNDER *Announcements*, *HD Announcements*, *Mobile Announcements*

## The winners of the 2010 Engadget Awards -- Editors' Choice

*By Engadget staff posted Feb 25th 2011 2:02PM*



The results are in, and well over 100,000 of you voted in the 2010 Engadget Awards  The Readers' Choice picks were just the tip of the iceberg, friends, That's right, the  editors of Engadget have opinions, too, and here they are. Join us after the break for the year that was 2010 in gadgets



### Gadget of the Year
### Apple iPad

The iPad won this one going away -- there's just no denying the influence Apple's tablet had on the industry this year  But we think the Evo 4G will be remembered as the first of an entirely new breed of smartphones, and that's pretty amazing too

Runner-up: HTC Evo
Runner-up: HTC Evo



### Worst Gadget of the Year    Runner-up: Apple MacBook Air
### Microsoft Kin

Though it might not be the single worst product we saw in 2010, the sheer magnitude of the Kin's failure -- measured in the hundreds of millions of dollars -- takes it to the top of our list

Runner-up: Fusion Garage JooJoo

### Most Anticipated Gadget
### Sony NGP

iOS may be leading next phase of the mobile gaming revolution, but the NGP oozes raw power that's light years ahead of any other gaming handheld ever announced  We like power

Runner-up: HP TouchPad



ADVERTISEMENT

FEATURED BREAKING


R M gets handed open letter from disgrun led employee, quickly responds in kind
*35 minutes ago*

The Engadget Podcast, live at 5:00PM ET!
*4 hours ago*


Olympus PEN E-P3, PEN E-PL3, and PEN E-PM1 hands-on
*10 hours ago*


Google+ for Android app (hands-on)
*11 hours ago*


Skype 2.0 brings two-way video calling to Nexus S, Desire S, Xperia Neo and Xperia Pro
*15 hours ago*




### Phone of the Year
### Apple iPhone 4

We went endlessly back and forth on this one, but in the end the iPhone 4 won out -- it's simply a more polished device than the Evo, and it set a dramatic new quality standard for mobile displays



### Desktop of the Year
### Custom

Let's face it: Desktops are on their way out  Primo parts are preponderant, but the best machine you can buy today is the one you build yourself  We'll continue to write about towers on Engadget, if innovative ones appear, but unless there's substantive change, we're retiring Desktop of the Year



### Laptop of the Year
### HP Envy 14

Sure, HP unleashed its Envy line last year, but the Envy 14 corrected all of the original wrongs  Its aluminum chassis, Core i5 power, and Radiance display, truly make it the best PC on the market  That said, there's no denying the significance of the MacBook Air's new solid-state storage and speedy resume times



### Netbook of the Year
### ASUS Eee PC 1215n

The ASUS Eee PC 1215N is the netbook evolved  Thanks to the 12 1-inch laptop's NVIDIA Ion graphics and dual-core Atom processor, it can handle gaming and full HD  Google's Cr-48 may stand in stark contrast to that, but it's got one beautifully minamilstic chassis and is the first laptop to come with Chrome OS

Runner-up: Google Cr-48



### Digital Camera of the Year
### Canon EOS Rebel t2i

1080p video at both 24 and 30fps for well under $1,000  Need we say more? The T2i set a new bar for mass-market DSLR video performance, and 18 7 megapixel stills at ISO 6400 are nothing to sneeze at, either

Runner-up: Sony NEX



### E-reader of the Year
### Amazon Kindle 3

The Kindle 3 isn't necessarily the most exciting e-reading product we saw last year, but its ubiquity and price point have legitimized the market in a way nobody else has  The fact that it's almost impossibly small and light doesn't hurt, either

Runner-up: Nook Color



**FACEBOOK ACTIVITY**

Login — You need to be logged into Facebook to see your friends' activity

IBM develops 'instantaneous' memory, 100x faster than flash
7,845 people recommend this.

Visualized: a zettabyte
1,068 people recommend this.

Google+ invite received, we go hands-on
3,319 people recommend this.

HTC Eternity leaked: 1.5GHz processor, 4.7-inch display, front-facing camera
427 people recommend this.

Nevermind the Pi music, here's what Tau sounds like
6,445 people recommend this.

Facebook social plugin

**MOST COMMENTED**

The most commented posts on Engadget over the past 24 hours

Google+ users can now send email invites, brag about being into the service before it was cool — 2468

HP TouchPad review — 1297

HTC Eternity leaked: 1.5GHz processor, 4.7-inch display, front-facing camera — 806

Google+ for Android app (hands-on) — 701

Google+ invite received, we go hands-on — 1636

**ON TWITTER**

Trending posts from Engadget on Twitter, updated hourly

Pic3D sheet brings glasses-free 3D to iPhone for $25 -- Engadget — 1462

RIM gets handed open letter from disgruntled employee, quickly responds in kind -- Engadget — 532

Acer planning a sliding Android tab for the holidays, won't fit in your stocking -- Engadget — 165



### Display of the Year
### Corning Gorilla Glass

Though it was invented decades ago, Corning's Gorilla Glass finally found its calling in 2010 with a plethora of manufacturer agreements for phones and tablets, and it's helped to take some of the worry out of throwing your gadget in a bag or pocket unprotected

Runner-up: Apple Retina Display



### Game Console of the Year
### Xbox 360S

How many new game consoles came out this year? Not many, but the one that kept us playing longest was our shiny black Xbox  The Xbox 360 S made an already-great system more reliable, and the Kinect is poised to do amazing things  Honorable mention: OnLive, for making cloud-based gaming real

Runner-up: OnLive Game System



### Game Accessory of the Year
### Microsoft Kinect

What's the best thing you can buy for your game console, other than another disc? We'd recommend a motion controller, like the Kinect or PlayStation Move  Unfortunately, neither shipped with a killer app, but we'd give Kinect the edge -- hacks demonstrate the potential for fabulous game experiences

Runner-up: PlayStation Move



### GPS Device of the Year
### Garmin nuvi 3790T

Standalone GPS devices may be on their way out, but Garmin's still showing folks how it's done with its nuvi 3790t -- a sleek, feature-packed unit that almost makes us wish it were a phone  If you're not the standalone sort, however, the latest version of Google Maps for Android is tough to beat

Runner-up: Google Maps v5



### HDTV of the Year
### Panasonic VT25

3D features may be the headliners for our winner and runner up, but amazing 2D image quality propelled Panasonic's VT25 to the top of the wanted lists and Sony's slick monolith style plus local dimming LEDs were a close second

Runner-up: Sony Bravia HX909



### Home Entertainment Device
### Netflix

Netflix's Watch Instantly was unquestioned in its status as a must-have app for media devices this year (want to know why Boxee didn't win for 2010?) while the iPad found a surprisingly cozy place as remote control / second screen for your TV watching pleasure

Runner-up: Apple iPad
Runner-up: Parrot A R  Drone
Runner-up: Cowon X7
Runner-up: GRASP Labs quadrocopters

*Google+ code reveals intent to unleash Games and Questions to the social world -- Engadget*   154

134

*Olympus reveals PEN E-P3, PEN E-PL3, and PEN E-PM1 interchangeable lens cameras -- Engadget*

*IBM develops 'instantaneous' memory, 100x faster than flash -- Engadget*   116



**JOYSTIQ**
Halo: Glasslands novel arrives this October
Fine, you can have some more Uncharted 3 beta keys
The Baconing trailer features a bored DeathSpank

**TUAW**
WWDC Interview: FastSpring
Looking back at Apple's Cube, ten years later
Nielsen study shows climbing iPhone sales in the US

**TECHCRUNCH** 
Pool Party: Google Has Their Own Secret Photo-Sharing App Too — Built By Slide



**Peripheral of the Year**
## Microsoft Kinect

Microsoft's Kinect 3D depth camera was originally designed for the Xbox 360, but it proved to be the year's most fantastic hackable toy when interfaced with a PC  Our runner-up: the first mass-market quadrocopter, the AR Drone, a veritable flying platform for hacks of its own

 

**Portable Media Device**
## Apple iPod Touch

Now in its fourth generation, the iPod touch is more dominant than ever, and with good reason  It's caught up to the iPhone 4 in terms of most key specs, and the App Store remains a huge advantage over the rest of the non-phone competition  If storage and sound quality is key, though, the Cowon X7 is tops



**Robot of the Year**
## NASA Robonaut 2

Shuttle delays pushed its trip to space into 2011, but Robonaut 2's been ready to go for months, and has offered us all a hope that humans and robots can work together in harmony  GRASP Labs' quadrocopters, on the other hand, are terrifying autonomous bots that can move in packs and fly through hoops



**Tablet PC of the Year**
## Apple iPad

Love it or hate it, it's hard to argue that the iPad didn't set off this year's tablet mania encompassing dozens of manufacturers and virtually every major mobile platform -- and its influence will likely be felt in the industry for years to come  Oh, and it's a pretty solid device in its own right, too

**Runner-up:** Galaxy Tab



**Wearable Device of the Year**
## Jawbone Icon

Jawbone has emerged as one of the premier Bluetooth headset manufacturers, thanks largely to its NoiseAssassin technology that it's been refining over the past several years  The Icon is no exception -- and its support for software updates is a nice bonus

**Runner-up:** iPod Nano



**Wireless Device or Tech**
## Verizon LTE

Though it was beaten to the US market by MetroPCS, Verizon's deployment of LTE marks the beginning of a sea change in the American wireless industry -- a change that'll bring us much faster data

**Runner-up:** AirPlay

**TECH**
gdgt
Slashdot
MAKE
Technology Review
Ars Technica
TechMeme
Phone Scoop

**LIFESTYLE**
Lifehacker
Lemondrop
StyleList
Luxist
Personal finance
Gadling

**DESIGN**
FFFFOUND!
Core77
Popcorn Shower
MoCo Loco
Design*Sponge
The Sartorialist

**NEWS**
Politics Daily
The Daily Beast
AOL News
GNN
Taxes
Stock Quotes
DJIA

**ENVIRONMENTAL**
Inhabitat
Good
Autoblog Green
Green Daily
TreeHugger

**ENTERTAINMENT**
Massively
The Onion
i09
PopEater
Spinner
Cinematical
Big Download

Communication





2010 | 1993 - 2009   «-- | --»

### iPad

red dot award: product design 2010
red dot: best of the best



Manufacturer
Apple, Inc., USA
[home]

In-house design
Apple Industrial Design Team, USA
[home]

High resolution images »



View the yearbook in the red dot design store »

The event of communication

"Quality is not a thing. It is an event." In his book "Zen and the Art of Motorcycle Maintenance", American author Robert Maynard Pirsig expands the exploration of quality into metaphysics. For him quality is perceivable only within the complexity of structures –its characteristic exists beyond the objectively tangible matter and extends far beyond that. The iPad by Apple is such a product of extraordinary quality, the interactive possibilities of which cast their spell on the user almost immediately. Vivid user experiences are provided also by the way in which the highly precise and responsive touchscreen allows one to physically interact with applications and content –as quickly and comfortably as with a home computer. A large part of this sensually captivating experience is also due to the design of the iPad's display: featuring innovative IPS technology, it delivers almost three-dimensional images that are clearly visible even from disadvantageous viewing angles. Like the iPhone's screen, this display reacts immediately by repositioning itself to the user's viewing angle. The iPad is also an aesthetic event: the enclosure weighs in at only 700 grammes and its softly rounded edges are pleasing to the touch. With its integrated Web browser, its high-performance processor and up to 64 GB of memory, this tablet computer fulfils the requirements for, for instance, sending large amounts of data, watching video clips and downloading music. Thus designed and technically equipped, the iPad offers communication and interactive experiences with a new design and level of quality –it touches and fascinates its users each day anew.

More products by this company:



### 13" MacBook Pro

red dot award: product design 2010
red dot



### 17-inch MacBook® Pro

red dot award: product design 2009
red dot



### Apple Keyboard

red dot award: product design 2008
red dot