Exhibit 3

# Crank up the Apps.





**GuitarToolkit**

$9.99 • Like to jam? Your iPhone has the gear you need, with an accurate chromatic tuner, adjustable metronome and complete chord library of over 1500 chord variations.



**Concert Vault**

**Free** • The next best thing to hearing a concert in person is hearing one on your iPhone. Now you can get access to the world's largest collection of live concert recordings of shows spanning the 1960s through today.



**BeatMaker**

$19.99 • Whether you want to work out a rhythm sequence or sketch an entire song, your iPhone can help you produce high-quality tracks with built-in trigger pads, sequencing tools and audio effects.



**miniSynth**

$1.99 • Start that 80s hair band you've been thinking about with this powerful synth for your iPhone, featuring a 48-key, 4-octave keyboard with full recording, playback and audio file exporting.



**Pandora**

**Free** • Enjoy a personalized radio station right on your iPhone. Just enter the name of a favorite artist or song and Pandora creates a custom soundtrack based on your musical tastes.

The best phone on the nation's fastest 3G network gets even better, with over 85,000 apps on the App Store. iPhone users have already downloaded over 2 billion, in every category from games to business.

 at&t | 🍎 iPhone 3G Ⓢ

©2009 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com. 3G not available in all areas. Wireless service plan required. App availability and pricing subject to change. App count is global.