1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

KENNETH H. BRIDGES (CA
SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

10  Attorneys for Plaintiff
    APPLE INC.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16  APPLE INC., a California corporation,

17                  Plaintiff,

18        v.

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
22
                    Defendants.
23

Case No.    11-cv-01846-LHK

**MANUAL FILING
NOTIFICATION FOR EXHIBIT 6
TO DECLARATION OF SISSIE
TWIGGS IN SUPPORT OF
APPLE INC.'S MOTION FOR A
PRELIMINARY INJUNCTION**

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:        EXHIBIT 6 to the DECLARATION OF SISSIE TWIGGS IN SUPPORT OF

APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

MANUAL FILING NOT. EX. 6 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-cv-01846-LHK
sf-3015108

1

1    _____ Other (description): _____

2

3    Dated:    July 1, 2011                    MORRISON & FOERSTER LLP

4

5                                             By:   /s/ Michael A. Jacobs
                                                    Michael A. Jacobs

6
                                             Attorney for Plaintiff
7                                            APPLE INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28