| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | KENNETH H. BRIDGES (CA SBN 243541) |
| hmcelhinny@mofo.com | kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) | MICHAEL T. PIEJA (CA SBN 250351) |
| mjacobs@mofo.com | mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) | BRIDGES & MAVRAKAKIS LLP |
| jtaylor@mofo.com | 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) | One Palo Alto Square, 2nd Floor |
| atucher@mofo.com | Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) | Telephone: (650) 804-7800 |
| rhung@mofo.com | Facsimile: (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) | |
| jasonbartlett@mofo.com | |

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBIT 8 TO DECLARATION OF SISSIE TWIGGS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# MANUAL FILING NOTIFICATION

Regarding:   EXHIBIT 8 to the DECLARATION OF SISSIE TWIGGS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

MANUAL FILING NOT. EX. 8 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015221

1

_____ Other (description): _____

Dated:    July 1, 2011                     MORRISON & FOERSTER LLP

                                           By:  /s/ Michael A. Jacobs
                                                   Michael A. Jacobs

                                           Attorney for Plaintiff
                                           APPLE INC.

MANUAL FILING NOT. EX. 8 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015221

2