HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 10 TO DECLARATION OF SISSIE TWIGGS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

1 **MANUAL FILING NOTIFICATION**

3  Regarding:    EXHIBIT 10 to the DECLARATION OF SISSIE TWIGGS IN SUPPORT OF
4                APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

6  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
7  office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For
8  information on retrieving this filing directly from the court, please see the court's main web site at
9  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11  This filing was not efiled for the following reason(s):

13  _____ Voluminous Document (PDF file size larger than efiling system allowances)
14  _____ Unable to Scan Documents
15  _____ Physical Object (description): _____
16  _X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
17  _____ Item Under Seal
18  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

MANUAL FILING NOT. EX. 10 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015223

1

1 \_\_\_\_\_ Other (description): _____

3   Dated:    July 1, 2011                          MORRISON & FOERSTER LLP

5                                                   By:  /s/ Michael A. Jacobs
                                                         Michael A. Jacobs

6                                                   Attorney for Plaintiff
7                                                   APPLE INC.

MANUAL FILING NOT. EX. 10 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015223

2