Exhibit 13

