# Exhibit 14



#  iPad 2

Thinner. Lighter. Faster. FaceTime. Smart Covers. 10-hour battery.

©2011 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com.  Smart Cover sold separately.