# Exhibit 15



