Exhibit 16

