Exhibit 17



