# Exhibit 18

Case 5:11-cv-01846-LHK   Document 89-18   Filed 07/01/11   Page 2 of 2

