1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
4   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
9   Facsimile:  (415) 268-7522

    KENNETH H. BRIDGES (CA SBN 243541)
    kbridges@bridgesmav.com
    MICHAEL T. PIEJA (CA SBN 250351)
    mpieja@bridgesmav.com
    BRIDGES & MAVRAKAKIS LLP
    3000 El Camino Real
    One Palo Alto Square, 2nd Floor
    Palo Alto, CA 94306
    Telephone:  (650) 804-7800
    Facsimile:  (650) 852-9224

10  Attorneys for Plaintiff
    APPLE INC.

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15

16  APPLE INC., a California corporation,                Case No.    11-cv-01846-LHK

17                  Plaintiff,                           **MANUAL FILING
                                                         NOTIFICATION FOR EXHIBIT
18        v.                                             20 TO DECLARATION OF
                                                         SISSIE TWIGGS IN SUPPORT
19  SAMSUNG ELECTRONICS CO., LTD., a                     OF APPLE INC.'S MOTION FOR
    Korean business entity; SAMSUNG                      A PRELIMINARY INJUNCTION**
20  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
21  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
22
                    Defendants.
23

24

25

26

27

28

1

## **MANUAL FILING NOTIFICATION**

2

3    Regarding:    EXHIBIT 20 to the DECLARATION OF SISSIE TWIGGS IN SUPPORT OF

4                           APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

5

6    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

7    office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For

8    information on retrieving this filing directly from the court, please see the court's main web site at

9    http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

11    This filing was not efiled for the following reason(s):

12

13    _____ Voluminous Document (PDF file size larger than efiling system allowances)

14    _____ Unable to Scan Documents

15    _____ Physical Object (description): _____

16    _X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17    _____ Item Under Seal

18    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOT. EX. 20 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015225

1

1     _____ Other (description): _____

2

3    Dated:     July 1, 2011                 MORRISON & FOERSTER LLP

4

5                                  By:   /s/ Michael A. Jacobs
                                       Michael A. Jacobs

6

7                              Attorney for Plaintiff
                             APPLE INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOT. EX. 20 TO DECL. OF SISSIE TWIGGS I/S/O APPLE'S MOT. FOR A PRELIM. INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015225

2