# Exhibit 1

| No. | Patent No. | Date | Title of Patent | Inventors |
|---|---|---|---|---|
| 1. | D 224,308 | Jul. 18, 1972 | Vanity Sink | Woodring, Cooper C.<br>Lauer, Donald G.<br>Rinaldi, Joseph A. |
| 2. | D 245,613 | Aug. 30, 1977 | Strobe | Woodring, Cooper C.<br>Emmerling, Ronald<br>Boehm, Michael |
| 3. | 4,057,127 | Nov. 08, 1977 | Safety Actuating Devise Adapted for Two Wheeled Vehicles | Woodring, Cooper C. |
| 4. | 4,351,418 | Sep. 27, 1982 | Vehicle Brake Compensator | Woodring, Cooper C.<br>Torbet, Philip A. |
| 5. | D 286,032 | Oct. 07, 1986 | Infant Walker | Woodring, Cooper C.<br>MacGregor, Francis W.<br>Bruno, Robert H. |
| 6. | 4,856,718 | Aug. 15, 1989 | Food Processor and Food Cutting Devices | Woodring, Cooper C.<br>Gaber, Ira |
| 7. | D 316,207 | Apr. 16, 1991 | Hand-holdable Food Processor | Woodring, Cooper C.<br>Gaber, Ira |
| 8. | 5,163,362 | Nov. 17, 1992 | Food Press | Woodring, Cooper C.<br>Gaber, Ira |
| 9. | 5,165,459 | Nov. 24, 1992 | Window Covering | Woodring, Cooper C.<br>Gaber, Ira |
| 10. | 5,238,043 | Aug. 24, 1993 | Apparatus for Adjustment of the Slats in a Venetian Blind | Woodring, Cooper C.<br>Gaber, Ira |
| 11. | D 343,979 | Feb. 08, 1994 | Ladder Tape Fixer | Woodring, Cooper C.<br>Rapp, William H.<br>Gaber, Ira |
| 12. | 5,285,838 | Feb. 15, 1994 | Rotary Tubular Headrail Blind | Woodring, Cooper C.<br>Gaber, Ira<br>Rapp, William H. |
| 13. | 5,297,608 | Mar. 29, 1994 | Tilter Mechanism | Woodring, Cooper C.<br>Gaber, Ira<br>Rapp, William H. |
| 14. | 5,303,640 | Apr. 19,1994 | Food Press | Woodring, Cooper C.<br>Gaber, Ira |
| 15. | 5,316,066 | May 31, 1994 | Cord-lock Mechanism | Woodring, Cooper C.<br>Gaber, Ira<br>Rapp, William H. |
| 16. | 5,375,642 | Dec. 27, 1994 | Venetian Blinds | Woodring, Cooper C.<br>Gaber, Ira |
| 17. | D 383,315 | Sep. 09, 1997 | Closet Organizer | Woodring, Cooper C. |
| 18. | 5,810,187 | Sep. 22, 1998 | Drawer Organizer | Woodring, Cooper C. |
| 19. | 5,836,675 | Nov. 17, 1998 | Illuminated Closet Organizer | Woodring, Cooper C. |
| 20. | D 404,231 | Jan. 19, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 21. | D 407,929 | Apr. 13, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 22. | D 411,372 | Jan. 22, 1999 | Closet Organizer | Woodring, Cooper C. |
| 23. | D 411,768 | Jul. 06, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 24. | D 425,504 | May 23, 2000 | Dictation Interface Apparatus | Woodring, Cooper C.<br>Howell, Dennis S.<br>Latson, Donald E. |
| 25. | D 433,004 | Oct. 31, 2000 | Dictation Apparatus | Woodring, Cooper C.<br>Howell, Dennis S.<br>Latson, Donald E. |
| 26. | 6,371,191 | Apr. 16, 2002 | Decorative Venetian Blinds | Woodring, Cooper C. |
| 27. | D 556,918 | Dec. 04, 2007 | Building & Surfacing Material | Woodring, Cooper C. |