Exhibit 2

US00D425504S

# United States Patent [19]
## Woodring et al.

[11] Patent Number: **Des. 425,504**

[45] Date of Patent: ∗∗ **May 23, 2000**

[54] **DICTATION INTERFACE APPARATUS**

[75] Inventors: **Cooper C. Woodring**, Topeka, Kans.; **Donald E. Latson**, New Haven, Conn.; **Dennis S. Howell**, Olathe, Kans.

[73] Assignee: **Dynamic Voice L.L.C.**, Olathe, Kans.

[∗∗] Term: **14 Years**

[21] Appl. No.: **29/094,120**

[22] Filed: **Sep. 25, 1998**

[51] **LOC (7) Cl.** ....................................................... **14-01**
[52] **U.S. Cl.** ......................................... **D14/154**; D14/218
[58] **Field of Search** .................................... D14/124, 154, D14/155, 158, 159, 167, 217, 218, 299; D13/168; 348/734

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 263,300 | 3/1982 | Waagen | D14/154 |
| D. 266,758 | 11/1982 | Johannsen et al. | D14/218 X |
| D. 363,486 | 10/1995 | Shinohara et al. | D14/218 |
| D. 366,043 | 1/1996 | Hara et al. | D14/218 |
| D. 377,491 | 1/1997 | Chou | D14/167 |

*Primary Examiner*—Nanda Bondade
*Attorney, Agent, or Firm*—Hovey, Williams, Timmons & Collins

[57] **CLAIM**

The ornamental design for a dictation interface apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, top, left pictorial view of our preferred dictation interface apparatus;
FIG. **2** is a rear, top, right pictorial view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**     May 23, 2000     Sheet 1 of 2     **Des. 425,504**



Fig. 1.

Fig. 2.



Fig. 6.  Fig. 7.



Fig. 5.



Fig. 4.



Fig. 3.