# Exhibit 3

US00D433004S

# United States Patent [19]
## Woodring et al.

[11] Patent Number: Des. 433,004

[45] Date of Patent: ∗∗ Oct. 31, 2000

[54] **DICTATION APPARATUS**

[75] Inventors: **Cooper C. Woodring**, Topeka, Kans.; **Donald E. Latson**, Kansas City, Mo.; **Dennis S. Howell**, Olathe, Kans.

[73] Assignee: **Dynamic Voice, L.L.C.**, Lenexa, Kans.

[∗∗] Term: **14 Years**

[21] Appl. No.: **29/110,227**

[22] Filed: **Sep. 1, 1999**

[51] **LOC (7) Cl.** ........................................................ **14-01**
[52] **U.S. Cl.** .......................................... **D14/154**; D14/218
[58] **Field of Search** ................................... D14/124, 154, D14/155, 158, 159, 167, 217, 218, 299; D13/168; 348/734

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 263,300 | 3/1982 | Waagen | D14/154 |
| D. 266,758 | 11/1982 | Johannsen et al. | D14/218 X |
| D. 344,942 | 3/1994 | Gilman et al. | D14/155 |
| D. 363,486 | 10/1995 | Shinohara et al. | D14/218 |
| D. 366,043 | 1/1996 | Hara et al. | D14/218 |
| D. 377,491 | 1/1997 | Chou | D14/167 |

*Primary Examiner*—Nanda Bondade
*Attorney, Agent, or Firm*—Hovey, Williams, Timmons & Collins

[57] **CLAIM**

The ornamental design for a dictation apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of the present invention;
FIG. **2** is a left side elevational view thereof, the right side view being a mirror image;
FIG. **3** is a rear elevational view thereof of the present invention;
FIG. **4** is a top plan view thereof; and,
FIG. **5** is a bottom plan view thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**  Oct. 31, 2000  **Des. 433,004**

