# Exhibit 5

# USPTO Design Day 2006

A program devoted to educating customers and examiners on Design Patents

Date: April 10, 2006

Time: 9:00 am to 4:00 pm

Where: US Patent and Trademark Office
Madison Auditorium
600 Dulany Street
Alexandria, VA 22313

This Event is being cosponsored by the USPTO, AIPLA, IPO, and the ABA.

## Morning Session

- Hear from USPTO's design management team on the current status of Technology Center 2900.

- Hear how the Office is working to improve the time it takes to issue your patents.

- See a demonstration for the new web based filing system, EFS.

## Afternoon Session

- Guest speakers will address the USPTO design examiners to stress the value of the patents issued and how design patents impact the economy.

# Agenda

**Master of Ceremonies**
Lou Zarfas
Supervisory Patent Examiner, Technology Center 2900,
U.S. Patent and Trademark Office (USPTO)

| Time | Session |
|---|---|
| 9:00 - 9:10 | **Welcome and Kick-off**<br>Jay Lucas<br>Deputy Commissioner for Patent Policy, USPTO |
| 9:10 - 9:30 | **State of Design Briefing**<br>Jacqueline Stone<br>Director of Technology Center 1700 and 2900, USPTO |
| 9:30 - 10:00 | **New Examiner Training Program**<br>Joel Sincavage<br>Supervisory Patent Examiner, USPTO |
| 10:00 - 10:15 | **Break** |
| 10:15 - 10:45 | **Publications Update and Q&A**<br>Debbie Stephens<br>Director of Patent Publications, USPTO |
| 10:45 - 11:30 | **EFS Web Demo and Q&A**<br>William Stryjewski<br>Project Manager,<br>Search & Information Resources Administration, USPTO |
| 11:30 - 12:30 | **Lunch Break - Auditorium** |
| 12:30 - 1:00 | **Honda's Need for Design Protection**<br>Christen Millard, Principal Counsel<br>Honda R&D Americas |
| 1:00 - 1:30 | **Strategic Thinking (Design)**<br>Dennis Skarvan, Assistant General Patent Counsel<br>Caterpillar, Inc. |
| 1:30 - 2:00 | **Design Patents and Real World Examples**<br>Cooper Woodring<br>Industrial Designer |
| 2:00 - 2:15 | **Break** |
| 2:15 - 3:00 | **Nike Design Patent Program**<br>Julianne Davis, Assistant General Counsel<br>Nike, Inc.<br>Katie Maksym, Senior Design Patent Specialist<br>Nike, Inc. |
| 3:00 - 3:15 | **Recognition of Guest Speakers and Closing Remarks** |
| 3:15 - 4:00 | **Tour of USPTO**<br>Sign up at registration table upon arrival |