# Exhibit 6

**Cooper   Coolidge   Woodring,   FIDSA®**

131 Highland Avenue, Wakefield, RI 02879.3416, USA
Phone: 401.284.0890, Cell: 401.527.2171, e mail: ccwodring@cox.net

**Education:**

| | |
|---|---|
| 1955-1960 | Bachelor of Fine Arts in Industrial Design, University of Kansas, Lawrence, Kansas |
| 1960-1962 | Master of Fine Arts in Design, Cranbrook Academy of Art, Bloomfield Hills, Michigan, |

**Employment:**

| | |
|---|---|
| 1962-1964 | F. Eugene Smith Associates, Bath, Ohio, Designer |
| 1963-1964 | Akron Art Institute, Ohio, Instructor in Industrial Design and Modelmaking |
| 1964-1969 | BFGoodrich Co., New York City, Designer for BFG Tire Co. and BFG Research Center |
| 1969-1971 | JCPenney Co., Inc., New York City, Product Designer |
| 1971-1974 | JCPenney Co., Inc., New York City, Senior Product Designer |
| 1974-1983 | JCPenney Co., Inc., New York City, Manager, Product Design |
| 1983-1986 | JCPenney Co., Inc., New York City, Manager, New Product Development and Design |
| 1986-1997 | Better Mousetraps, Inc., Plandome, New York, President |
| 1997- 2003 | Independent Consultant Industrial Designer and Expert Witness, Topeka, KS |
| 2003 - 2008 | Independent Consultant Industrial Designer and Expert Witness, Corpus Christi, TX |
| 2007 - 2008 | Executive Director, Industrial Designers Society of America (IDSA), Washington, DC |
| 2008 - Present | Independent Consultant Industrial Designer and Expert Witness, Wakefield, RI |

**Professional:**

| | |
|---|---|
| 1967 | Member: Industrial Designers Society of America (IDSA) |
| 1978 | Chairman, New York Chapter, IDSA |
| 1979 | Chairman, IDSA National Conference, Washington, D.C. |
| 1979 | Recipient: New York Chapter, IDSA Bronze Apple Award |
| 1982 | Recipient: Fellowship, IDSA  (Represents less than 2% of IDSA's membership) |
| 1984-1985 | Executive Vice President, IDSA |
| 1985-1986 | President, IDSA |

1

| | |
|---|---|
| 1986-1988 | Chairman, IDSA |
| 1989-1990 | Chairman, IDSA Government Affairs Committee |
| 1990-1995 | Chairman, IDSA Design Legislation Committee |
| 1992 | Recipient: IDSA's Personal Recognition Award |
| 1993 | Member, Kansas Association of Inventors |
| 1996 | Chairman, IDSA National Nominations Committee |
| 1999 | Appointment, Juror in IDSA 's Annual Design Awards Program, IDEA 2000 |
| 1999 | Founder & Co-Chair, IDSA's Design Protection Section (with Perry J. Saidman, IDSA) |
| 2001 | Founding Trustee, The Design Foundation, Inc. (IDSA's 501.c.3 charitable organization) |
| 2001 | United States Delegate to ICSID Conference, Seoul, Korea |
| 2003 | United States Delegate to ICSID Conference, Berlin, Germany |

**Awards, Honors & Other Activities:**

| | |
|---|---|
| 1976-1983 | Elected Trustee - Incorporated Village of Plandome, NY |
| 1979 | Citation for Distinguished Service and Achievement<br>Design Alumni Society, University of Kansas |
| 1979 | First Industrial Designer to Address "The Conference Board" |
| 1983-1985 | Elected Mayor - Incorporated Village of Plandome, NY |
| 1983-1991 | Part Owner - ID (Industrial Design) Magazine |
| 1985-1987 | Reelected Mayor - Incorporated Village of Plandome, NY |
| 1985 | Responsible for ICSID "WORLDESIGN", Washington, DC<br>(International Congress of Societies of Industrial Design)<br>"The World's Largest Gathering of Industrial Designers" |
| 1986 | Presidential Appointment to Head USIA's Cultural Exchange Mission<br>"Design in America", behind the Iron Curtain |
| 1986 | Inducted, Charter Member, JCPenney Inventor's Club |
| 1987 | Testified before U.S. Senate, Industrial Design Bill (S-791) |
| 1989-1994 | International Congress of the Societies of Industrial Design (ICSID)<br>Representative to the United Nations |

| | |
|---|---|
| 1992 | Testified before U. S. House of Representatives<br>Industrial Design Innovation & Technology Act (HR-1790) |
| 1992 | Gubernatorial Appointment: Kansas Historic Sites Board of Review<br>State and National Register of Historic Places |
| 1993 | Guest Educator - University of Kansas, Dept. of Design<br>Senior course in Industrial Design in Spring 1993 |
| 1993 | Elected to Board of Directors, Friends of Cedar Crest Association<br>Kansas Governor's Residence, Topeka |
| Feb. 1993 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $600,000 Federal Funds to Kansas Historic Sites |
| 1994 | Elected to Board of Directors, Historic Topeka, Inc. |
| Feb. 1994 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $650,000 Federal Funds to Kansas Historic Sites |
| 1994 | Elected to Board of Directors, Kansas State Historical Society |
| Feb. 1995 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $650,000 Federal Funds to Kansas Historic Sites |
| 1995 | Elected to Board of Directors, Mulvane Art Center of Topeka, Inc. |
| April 1996 | Elected to University of Kansas, School of Fine Arts Board of Advisors |
| Fall 1997 | Elected, Board of Directors, Friends of the Free State Capitol<br>A preservation group to save the former Kansas State Capitol |
| Summer 1998 | Selection Committee, Kansas State Historical Society<br>Governor's Architectural Preservation Award |
| June 2000 | Elected President of Board of Directors, Mulvane Art Museum |
| June 2001 | Reelected President of Board of Directors, Mulvane Art Museum |
| Nov. 2001 | Elected, Vice President, Board of Directors, Kansas International Museum |
| Aug. 2005 | Appointed, Chairman of IDSA's Academy of Presidents |

**Speeches  and  Publications:**

| | |
|---|---|
| Sep./Oct.1976 | ID Magazine, Cover Article, "Design System Transforms Mass Retailer" |
| 1977 | Quotes, 75th Anniversary Edition, JCPenney News |
| 1981 | ID Magazine, "The Design Manager's Opinion" |
| 1982 | IDSA Journal, innovation, "Designing with Corporate Goals in Mind" |

3

| | |
|---|---|
| 1983 | Speaker, "Profits by Design", New York Chamber of Commerce and Industry |
| Fall 1983 | IDSA Journal, innovation, "The Client's Role in Great Design" |
| Apr. 19, 1984 | Quote, Philadelphia Daily News, "Read This - Quick!" |
| Aug. 8, 1984 | Interview, National Public Radio (1090) Seattle |
| July 11, 1984 | Speaker, Consumer Product Safety Commission (CPSC) Conference, Washington, DC |
| 1985 | Speaker, WORLDESIGN Conference, Washington, DC<br>"Driving Forces - What Shapes American Design" |
| 1985 | Article, New Product Development Newsletter<br>"The CW Formula for Successful New Products" |
| 1985 | Speaker/Panelist, International Design Conference/Aspen<br>"Everyday Art, Retailers v Museums" |
| Nov. 1985 | Speaker, 1st New Products Design Conference, New York<br>"The Best Kept American Business Secret" |
| Nov. 14, 1985 | Article, NY Times, Cover Home Section<br>"Made in America - How Does the US Fare in Design?" |
| 1985 | Jury's Introduction to Consumer Product Section, 5 Years of IDSA Design Excellence |
| Dec. 14, 1985 | Article, The Economist, "World Business" |
| 1985 | Editorial, IDSA Newsletter "Design Perspectives" |
| July 15, 1986 | Quote, Wall Street Journal, "Italian Designer of Sleek Autos Expands to US" |
| Sept. 10, 1986 | Keynote Speech, USIA Lecture Series "Design in America", Belgrade, Yugoslavia |
| Sept. 12, 1986 | Keynote Speech, USIA Lecture Series "Design in America", Zagreb, Yugoslavia |
| Dec. 2, 1986 | Keynote Speech, USIA Lecture Series "Design in America", Ljubljana, Yugoslavia |
| Dec. 5, 1986 | Keynote Speech, USIA Lecture Series "Design in America", Sarajevo, Yugoslavia |
| June 1986 | Feature Article, Technical Aesthetics, Soviet Publication<br>"Artists Do What They Want, Designers Want What They Do" |
| 1986 | Introduction Speech, The Whitney Museum of American Art<br>"High Styles - Twentieth Century American Design" |
| June 1987 | Full Page Interview, Housewares Executive Magazine |
| July 1987 | Article, High Technology, "Design With People in Mind" |
| Aug. 27, 1987 | Article, The London Financial Times, "The Sacrificial Enhancement Syndrome" |

| | |
|---|---|
| 1987 | Testimony, US Senate, Committee on The Judiciary Subcommittee on Patents, Copyrights and Trademarks |
| Feb. 4, 1988 | Article, NY Times, "US - Soviet Accord on Design" |
| 1988 | Speaker, Design Management Institute (DMI) Conference "Strategies for New Product Development" |
| 1988 | Article, DesignWeek, British Publication |
| Nov. 13, 1988 | Quotes, NY Times, Ideas and Trends "A Bigger American Following for Industrial Design - A New Approach to Products From Cars to Copiers" |
| Fall 1989 | Keynote Address, University of Baltimore Law School "A Designer's View of Current Design Protection" |
| Nov. 17, 1989 | Quote, DesignWorld, Australian Publication, "Design in the Soviet Union" |
| 1990 | Speaker, IDSA Annual Conference, "The Profession After Design Legislation" |
| Jan. 29, 1992 | Testimony, US House of Representatives Subcommittee on Intellectual Property and Judicial Administration The Industrial Design Innovation and Technology Act |
| May/June 1992 | Quote, ID Magazine, "Should We Copyright Design ?" |
| May 20, 1992 | Speaker, International Congress of the Societies of Industrial Design 17th ICSID Conference, Ljubljana, Slovenia "Designing a New Nation for Global Competitiveness" |
| Aug. 20, 1992 | Speaker, IDSA Worldesign Conference, San Francisco "If Ralph had said 'Design' instead of 'Build' a Better Mousetrap" |
| Oct. 14, 1992 | Speaker, Rocky Mountain Chapter, IDSA, "Are Industrial Designs Intellectual Property?" |
| Nov. 9, 1992 | Speaker, Topeka Chamber of Commerce, "How to Profit from Your Ideas" |
| Dec. 6, 1992 | The Topeka Capital-Journal, Front Page Business Section, "Making Better Mousetraps" |
| Sept. 1993 | Speaker, Kansas City Chapter, IDSA Do Industrial Designers Create Intellectual Property? |
| Nov. 1993 | Article, The Design Management Institute (DMI) Journal "U.S. Policy & it's Effect on the Economic Value of Design" |
| May 16, 1994 | Wall Street Journal - "Another Gizmo to Indulge Our Love of Garlic" Article about Better Mousetraps' GarlicEXPRESS |
| Jun. 11, 1994 | The Topeka Capital-Journal, Front Page Business Section "Better Mousetraps Smells a Winner" -   Half Page Article |

Nov./Dec. 1994    Article, Inventor's Digest Magazine  -  5 Page Article, "The Economic Value of Design"

Sept. 1995    Speaker, International Congress of the Societies of Industrial Design (ICSID) Taipei, Taiwan  -  "Design in the 21st Century"

Oct. 23, 1996    The National Conference on Industrial Design Protection
"Designer's View on What Should be Protected"
Sponsors: American Intellectual Property Law Association and the Industrial Designers Society of America (IDSA)

Sept. 25, 1997    Design Management Institute (DMI) Annual Conference
"Design Patents: An Underutilized Competitive Weapon", Newport, RI

Spring 1998    Kansas Technology Enterprise Corporation (KTEC), Advanced Manufacturing Institute
Speaker at Annual Conference, "Design and Manufacturing"

Summer 1998    Juror for NorthWest Chapter, IDSA, Annual Awards Competition

October 1998    Speaker, International Congress of the Societies of Industrial Design (ICSID)
Pittsburgh, PA, "Design Patents in United States"

Dec. 1998    International Congress of the Societies of Industrial Design (ICSID) News
"Design Protection in the US"

May 13, 1999    Public Hearing, Testimony, United States Patent & Trademark Office (USPTO)
The Hague Agreement Concerning the International Registration of Industrial Designs

Aug. 25, 1999    United States Patent & Trademark Office (USPTO) Annual Open House
Keynote Speaker:  "The Importance of Design to Business & the US Economy"

March 2000    Juror for IDSA's Industrial Design Excellence Awards (IDEA) Program
Selections announced in the June 2, 2000 edition of BusinessWeek Magazine

March 2000    Speaker at IDSA's Midwest Regional Conference, St. Louis, MO
"On the Witness Stand for Design"

Sep. 23, 2000    Presentation at IDSA Annual Conference, New Orleans, LA
Mock Trial on Design Patent Infringement with Perry J. Saidman, IDSA

Jan. 14, 2001    Speaker, National Housewares Show, Chicago, IL
"On the Witness Stand for Design"

Jan. 15, 2001    Speaker, Chicago Chapter, IDSA
"On the Witness Stand for Design"

Apr. 07, 2001    Speaker, Southern District Conference, IDSA
"On the Witness Stand for Design"

Aug. 16, 2001    Presentation at IDSA Annual Conference, Boston, MA
"Top Ten Mistakes Designers & Patent Attorneys Make in Filing Design Patents"

Nov. 2001       Keynote Speaker, Fédération Internationale des Conseils en Propriété Industrielle
                Rome, Italy  (FICPI is the International Association of Intellectual Property Attorneys)

July 2002       Presentation at IDSA Annual Conference, Monterey, CA
                "The Latest Skinny on Design Patents, Do's & Don't's"

Aug. 2003       Presentation at IDSA Annual Conference, New York City
                "US Design Patents & The New Registration System in the European Community

Jan./Feb. 2004  Silver Magazine, "The Trial of the Century: Gorham Verses White, 1871"

Sept. 8, 2005   Keynote Speaker, International Trademark Association (INTA)
                2005 Worldwide Forum on Marks & Designs, Vancouver, British Columbia, Canada
                in Cooperation with the World Intellectual Property Organization (WIPO)

Mar. 3, 2006    Presenter, "Design Patents, The Currency of the Innovation Age"
                Innovation Imperative, The University of Cincinnati

Apr. 10, 2006   Keynote Presenter, The First USPTO "Design Day", Washington, DC

May 2006        Keynote Speaker, Fédération Internationale des Conseils en Propriété Industrielle
                Paris, France  (FICPI is the International Association of Intellectual Property Attorneys)

Oct. 2007       Presenter, IDSA/ICSID WorldDesign Conference, San Francisco, CA
                "On the Witness Stand for Design"

June 2008       Taught IDSA Continuing Education Seminar in Reston, VA with Perry J. Saidman, Esq.
                "How to Serve as an Expert Witness in Design Patent Litigation"

1972-Present    Guest Lecturer, Industrial Design Department

                Auburn University
                Carnege-Mellon University
                Cranbrook Academy of Art
                Dartmouth College
                Georgia Institute of Technology
                Harvard University
                Illinois Institute of Technology
                Massachusetts Institute of Technology
                Pratt Institute
                Rhode Island School of Design
                Stanford University
                The Art Center
                University of Cincinnati
                University of Kansas