Exhibit 7



Case 5:11-cv-01846-LHK   Document 90-7   Filed 07/01/11   Page 3 of 4

