Exhibit 8





| 'D677 FIG. 3 | Galaxy S 4G |



| 'D677 FIG. 4 | Galaxy S 4G |

| 'D677 FIG. 5 | Galaxy S 4G |
|---|---|
|  |  |
| 'D677 FIG. 6 | Galaxy S 4G |
|  |  |





| 'D677 FIG. 8 | Galaxy S 4G |