Exhibit 9







| iPhone 3GS | Galaxy S 4G |

| iPhone 3GS | Galaxy S 4G |
|---|---|
|  |  |
| iPhone 3GS | Galaxy S 4G |
|  |  |





| iPhone 3GS | Galaxy S 4G |