# Exhibit 10

| 'D677 FIG. 1 | Galaxy S 4G | D563,929 FIG. 1 | D498,754 FIG. 6 |
|---|---|---|---|
| | | | |
| 'D677 FIG. 2 | Galaxy S 4G | D563,929 | D498,754 FIG. 8 |
| | | No comparable view available. | |





| 'D677 FIG. 6 | Galaxy S 4G | D563,929 FIG. 7 | D498,754 FIG. 5 |
|---|---|---|---|
| | | | |
| 'D677 FIG. 7 | Galaxy S 4G | D563,929 FIG. 4 | D498,754 |
| | | | No comparable view available. |

