Exhibit 11







| 'D677 FIG. 5 | Infuse 4G |
|---|---|
|  |  |
| 'D677 FIG. 6 | Infuse 4G |
|  |  |


| 'D677 FIG. 7 | Infuse 4G |

| 'D677 FIG. 8 | Infuse 4G |
|---|---|

