Exhibit 12





| iPhone 4 | Infuse 4G |
|---|---|
|  | |

| iPhone 4 | Infuse 4G |
|---|---|
|  |  |
| iPhone 4 | Infuse 4G |
|  |  |

| iPhone 4 | Infuse 4G |
|---|---|



| iPhone 4 | Infuse 4G |
|---|---|
|  | |