Exhibit 13



| 'D677 FIG. 1 | Infuse 4G | D563,929 FIG. 1 | D498,754 FIG. 6 |
| 'D677 FIG. 2 | Infuse 4G | D563,929 | D498,754 FIG. 8 |

No comparable view available.



| 'D677 FIG. 3 | Infuse 4G | D563,929 FIG. 2 | D498,754 FIG. 1 |

| 'D677 FIG. 4 | Infuse 4G | D563,929 FIG. 3 | D498,754 FIG. 2 |
|---|---|---|---|



| 'D677 FIG. 5 | Infuse 4G | D563,929 FIG. 6 | D498,754 FIG. 4 |
|---|---|---|---|

| 'D677 FIG. 6 | Infuse 4G | D563,929 FIG. 7 | D498,754 FIG. 5 |
|---|---|---|---|
| | | | |
| 'D677 FIG. 7 | Infuse 4G | D563,929 FIG. 4 | D498,754 |
| | | | No comparable view available. |

| 'D677 FIG. 8 | Infuse 4G | D563,929 FIG. 5 | D498,754 FIG. 3 |
|---|---|---|---|

