Exhibit 14

| 'D087 FIG. 41 | Galaxy S 4G |
|---|---|
| | |



| 'D087 FIG. 42 | Galaxy S 4G |
|---|---|

| 'D087 FIG. 43 | Galaxy S 4G |
|---|---|



| 'D087 FIG. 44 | Galaxy S 4G |
|---|---|



| 'D087 FIG. 45 | Galaxy S 4G |
|---|---|
|  |  |
| 'D087 FIG. 46 | Galaxy S 4G |
|  |  |

| 'D087 FIG. 47 | Galaxy S 4G |
|---|---|
|  | |

| 'D087 FIG. 48 | Galaxy S 4G |
|---|---|

