Exhibit 15



| iPhone 1 | Galaxy S 4G |
|----------|-------------|



| iPhone 1 | Galaxy S 4G |
|---|---|



| iPhone 1 | Galaxy S 4G |
|---|---|

| iPhone 1 | Galaxy S 4G |

| iPhone 1 | Galaxy S 4G |
|---|---|



| iPhone 1 | Galaxy S 4G |
|---|---|

