Exhibit 16

| 'D087 FIG. 41 | Galaxy S 4G | D563,929 FIG. 1 | D498,754 FIG. 6 |
|---|---|---|---|
| 'D087 FIG. 42 | Galaxy S 4G | D563,929<br><br>No comparable view available. | D498,754 FIG. 8 |





| 'D087 FIG. 46 | Galaxy S 4G | D563,929 FIG. 7 | D498,754 FIG. 5 |
|---|---|---|---|
| | | | |
| **'D087 FIG. 47** | **Galaxy S 4G** | **D563,929 FIG. 4** | **D498,754** |
| | | | No comparable view available. |

