Exhibit 17

| 'D087 FIG. 41 | Infuse 4G |
|---|---|
| | |
| 'D087 FIG. 42 | Infuse 4G |



| 'D087 FIG. 43 | Infuse 4G |
|:---:|:---:|



| 'D087 FIG. 44 | Infuse 4G |
|---|---|



| 'D087 FIG. 45 | Infuse 4G |
|---|---|
|  |  |
| 'D087 FIG. 46 | Infuse 4G |
|  |  |

| 'D087 FIG. 47 | Infuse 4G |
|---|---|



| 'D087 FIG. 48 | Infuse 4G |
|---|---|

