Exhibit 18



| iPhone 1 | Infuse 4G |
| iPhone 1 | Infuse 4G |

| iPhone 1 | Infuse 4G |
|---|---|



| iPhone 1 | Infuse 4G |
|---|---|



| iPhone 1 | Infuse 4G |
|----------|-----------|
|  |  |
| iPhone 1 | Infuse 4G |
|  |  |

| iPhone 1 | Infuse 4G |
|---|---|



| iPhone 1 | Infuse 4G |
|---|---|

