# Exhibit 19

| 'D087 FIG. 41 | Infuse 4G | D563,929 FIG. 1 | D498,754 FIG. 6 |
|---|---|---|---|
| 'D087 FIG. 42 | Infuse 4G | D563,929 | D498,754 FIG. 8 |
|  |  | No comparable view available. |  |





| 'D087 FIG. 46 | Infuse 4G | D563,929 FIG. 7 | D498,754 FIG. 5 |
|---|---|---|---|
| 'D087 FIG. 47 | Infuse 4G | D563,929 FIG. 4 | D498,754 |
|  |  |  | No comparable view available. |

