Exhibit 20







| 'D889 FIG. 4 | Tab 10.1 |
|---|---|
| 'D889 FIG. 5 | Tab 10.1 |
| 'D889 FIG. 6 | Tab 10.1 |
| 'D889 FIG. 7 | Tab 10.1 |

