Exhibit 21



| 'D889 FIG. 4 | Tab 10.1 | D451,505 FIG. 6 | D345,346 FIG. 6 |
|---|---|---|---|
| 'D889 FIG. 5 | Tab 10.1 | D451,505 FIG. 4 | D345,346 FIG. 4 |
| 'D889 FIG. 6 | Tab 10.1 | D451,505 FIG. 5 | D345,346 FIG. 7 |
| 'D889 FIG. 7 | Tab 10.1 | D451,505 FIG. 3 | D345,346 FIG. 5 |
| 'D889 FIG. 8 | Tab 10.1 | D451,505 FIG. 7 | D345,346 FIG. 8 |

Case 5:11-cv-01846-LHK   Document 90-21   Filed 07/01/11   Page 4 of 4

| 'D889 FIG. 9 | Tab 10.1 | D451,505 | D345,346 |
|---|---|---|---|
|  |  | No comparable view available. | No comparable view available. |