Exhibit 2

PRODUCTS   BUSINESS   APPS   SUPPORT   MY ACCOUNT   Search

Home > Cell Phones >

## Galaxy S™ 4G Android Smartphone

73   Like   2K   SHOP

SGH-T959V   177 REVIEWS   OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

**Faster Downloads, Uploads and Web Browsing at 4G Speeds**

**Video Chats without Buffering**

**1.0 GHz Processor for Accelerated Multitasking**

**Responsive and Brilliant Super AMOLED™ Display**



Please check with an authorized Samsung retailer for price information

**SHOP**

Prices for online and local retailers near you.

Print This

## Product Features   See All Features

**Faster Downloads, Uploads and Web Browsing at 4G Speeds**

You're never without a range of instant and endless entertainment options when you have your Galaxy S™ 4G. Download and immediately start watching all your favorite movies and TV shows from the Samsung Media Hub. Video games and websites with Flash content are never a problem. With expandable memory of up to 32GB and a larger battery, you will easily have plenty of space and time to enjoy all your favorite pictures and media.



**Video Chats without Buffering**

Stay constantly connected with friends and family from practically anywhere, thanks to the front facing camera with QIK, the popular video chat app from Skype specifically for Android OS based devices. And there's no need for any buffering with T-Mobile's all new 4G network, perfect for video chats. The Galaxy S™ 4G's 5.0 Megapixel rear facing camera shoots sharp photos and HD videos with excellent resolution.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T959V Galaxy S 4G Virtual User Guide – ENGLISH
SGH-T959V Galaxy S 4G Virtual Manual – SPANISH

### Specifications

 Platform
HSDPA 21Mbps/HSUPA 5.76Mbps

 Platform
Android 2.2, Froyo

 Display
4" Display

Display
Touch Screen

Color
Charcoal Gray

 Connectivity
Wi-fi Connectivity

 Size
4.82 x 2.54 x 0.39

 See Full Specs

## Owner Reviews   See All

**Overall:**   Features:   Performance:   Design:   Value:

"AWESOME PHONE"   "we bought 2"

I am very impressed with my Galaxy S 4G! This phone is very fast that has the most amazing battery life EVER! The camera quality is really good. I am very satisfied! Also, you get Galaxy support and the people are very nice and helpful!…**Read More »**

**Galaxywiz** on April  21, 2011

**"Great Everyday Phone...."**

Since I 1st heard about this phone coming to t-mobile i was excited. Its The 1st Samsung Phone on T-mo To Support 21 Mbps HSPA+ Speeds & Its a Galaxy S Device, So I knew this phone was going to be Awesome. The only thing i didn't like about this phone was the lack of no Camera LED flash. if it would…
**Read More »**

**NemiChoco** on May  16, 2011

love the phones, my wife and i have had no concerns with he phone at all and we are very happy. we had the phones fr 2 months and it does it all!…**Read More »**

**SalSharonn** on June  22, 2011

**Like it? A lot? A little? Tell us.**

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW**

## Galaxy S 4G Tips & Tricks

From tethering to shortcuts to integrating your entire social network, check out these tips and tricks for the Galaxy S 4G. **Master your smartphone.**



## ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. **See how to step up your game.**



## Accessories  See All



**HM1700 Bluetooth Headset Kit, Black**
BHM1700NDACSTA
(0)
**$39.99**
SHOP    Learn More



**HM1700 Bluetooth Headset Kit, MagentaBHM1700NPAC**
BHM1700NPACSTA
(0)
**$39.99**
SHOP    Learn More

**HM3700 Bluetooth Headset Kit, Gray**
BHM3700NDACSTA
(0)
**$59.99**
SHOP    Learn More



**HS3000 Bluetooth Stereo Headset kit, Black**
BHS3000NBACSTA
(0)
**$59.99**
SHOP    Learn More



## Brighter and Better Screens with AMOLED

The screens on Galaxy S phones are not only sharper and glare-free, but also

## For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**    **Visit Support page**



consume less power than traditional touch screens. **See the brilliance of AMOLED.**

Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

Get help and learn more.

**Register this Product**
Exclusive owner benefits.

Change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS      USA / English    Like  31

Copyright © 1995-2011 SAMSUNG All rights reserved.

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS           BUSINESS           APPS                          SUPPORT      MY ACCOUNT    Search

Home >Cell Phones >Features >
**Galaxy S™ 4G Android Smartphone**                                                           73    Like  2K    SHOP

SGH-T959V           177 REVIEWS                            OVERVIEW  **FEATURES**  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

### Faster Downloads, Uploads and Web Browsing at 4G Speeds

You're never without a range of instant and endless entertainment options when you have your Galaxy S™ 4G. Download and immediately start watching all your favorite movies and TV shows from the Samsung Media Hub. Video games and websites with Flash content are never a problem. With expandable memory of up to 32GB and a larger battery, you will easily have plenty of space and time to enjoy all your favorite pictures and media.



### Video Chats without Buffering

Stay constantly connected with friends and family from practically anywhere, thanks to the front facing camera with QIK, the popular video chat app from Skype specifically for Android OS based devices. And there's no need for any buffering with T-Mobile's all new 4G network, perfect for video chats. The Galaxy S™ 4G's 5.0 Megapixel rear facing camera shoots sharp photos and HD videos with excellent resolution.



### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.



SGH-T959V Galaxy S 4G Virtual User Guide – ENGLISH
SGH-T959V Galaxy S 4G Virtual Manual – SPANISH

### 1.0 GHz Processor for Accelerated Multitasking

The Galaxy S™ 4G comes equipped with a powerful 1.0GHz processor to keep all your apps and programs humming. Combine this lightning fast processing power with T-Mobile's 4G network, and you have a phone that's as speedy as it is smart. To kick-start your entertainment experience, your Galaxy S™ 4G comes with the hot new movie "INCEPTION" pre-loaded on a microSD for instant viewing!



### Responsive and Brilliant Super AMOLED™ Display

**Carrier**
T-Mobile

**Platform**
HSDPA 21Mbps/HSUPA 5.76Mbps
Android 2.2, Froyo
SAR Value: Head 0.55 W/kg
SAR Value: Body 0.75 W/kg

**Display**
480x800
4" Display
Touch Screen

**Color**
Charcoal Gray

**Battery**
Up to 400 Hours Standby Time
Up to 6.5 Hours Talk Time

**Connectivity**
Bluetooth Capability
GPS Capability
Internet HTML Browser
USB Connectivity
Wi-fi Connectivity

**Features**
Speakerphone
Voice Recognition
Memo Pad
Mobile TV

**Camera**
5.0MP Rear-Facing Camera with HD Camcorder
VGA Front Facing Camera
4x digital zoom

**Video**
Video Player

**Storage and Memory**
Up to 32GB
ROM: 1GB RAM: 512MB

**Calling Functions**

With rich, vivid colors and brilliant detail, the large 4" Super AMOLED™ display gives you a superior viewing experience of movies, videos, and gaming. And the screen is smooth and fluid to the touch when navigating between apps and websites. The Android 2.2 Froyo operating system is a new and improved Android platform, which transforms your device into a mobile hotspot, allows for Wi-Fi calling and has over 70,000 apps available at your fingertips.

Dialed/missed/received Call Display
Multiparty

### Messaging
Corporate email
Instant Messaging
SMS / EMS / MMS
Predictive Text Input T9

### Business & Office
Voice Mail

### Size
4.82 x 2.54 x 0.39

### Weight
4.16 oz


**Adaptermicro USB to 2.5mm DC Jack**
(0 Reviews)
AACP400DBEBSTD


**3.5mm Hands-Free Stereo Headset**
(1 Reviews)
AAEP404ABEBSTD


**WEP450Bluetooth Headset Kit, Black**
(2 Reviews)
AWEP450PBECST1


**Travel Charger (Micro USB)**
(0 Reviews)
ATADU10JBEBSTD


**Bluetooth 2.5mm Travel Charger**
(0 Reviews)
ATADD30JBEBSTD

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS   USA / English   Like 32

Copyright © 1995-2011 SAMSUNG All rights reserved.

NEWS  ABOUT SAMSUNG  LOGIN

| PRODUCTS | BUSINESS | APPS | SUPPORT | MY ACCOUNT | Search |

Home >Cell Phones >Specifications >

**Galaxy S™ 4G Android Smartphone**

73 | Like | 2K | SHOP

SGH-T959V | 177 REVIEWS | OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

Specifications Sheet PDF | Print This

## Carrier

| Type | T-Mobile |
|---|---|

## Platform

| Network & Data | HSDPA 21Mbps/HSUPA 5.76Mbps |
|---|---|
| Operating System | Android 2.2, Froyo |
| SAR value - Head (W/kg) | SAR Value: Head 0.55 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.75 W/kg |

## Display

| Internal Display Resolution (pixels) | 480x800 |
|---|---|
| Internal Display Size (inches) | 4" Display |
| Touch Screen | Yes |

## Color

| Color | Charcoal Gray |
|---|---|

## Battery

| Battery, Standby (hours) | Up to 400 Hours |
|---|---|
| Battery, Talk Time (hours) | Up to 6.5 Hours |

## Connectivity

| Bluetooth | Yes |
|---|---|
| GPS | Yes |
| Internet HTML Browser | Yes |
| USB | Yes |
| Wi-Fi | Yes |

## Features

| Speakerphone | Yes |
|---|---|
| Voice Recognition | Yes |
| Memo Pad | Yes |
| Mobile TV | Yes |

## Camera

| | |
|---|---|
| **Camera Resolution** | 5.0MP Rear-Facing Camera with HD Camcorder VGA Front Facing Camera |
| **Digital Zoom (x)** | 4x digital zoom |

## Video

| | |
|---|---|
| **Video Player** | Yes |

## Storage and Memory

| | |
|---|---|
| **External Memory Type** | Up to 32GB |
| **On Board Memory** | ROM: 1GB RAM: 512MB |

## Calling Functions

| | |
|---|---|
| **Dialed/missed/received Call Display** | Yes |
| **Multiparty** | Yes |

## Messaging

| | |
|---|---|
| **Email** | Yes |
| **Instant Messaging** | Yes |
| **Messaging Types** | Yes |
| **Predictive Text Input T9** | Yes |

## Business & Office

| | |
|---|---|
| **Voice Mail** | Yes |

## Size

| | |
|---|---|
| **Product Dimensions (inches)** | 4.82 x 2.54 x 0.39 |

## Weight

| | |
|---|---|
| **Weight** | 4.16 oz |

About Samsung | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support
Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product
Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads
News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits
Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us
 | | Chromebook | | Projectors | Ranges |
 | | | | Memory & Storage | | Search

Business  Apps  Privacy  Legal  Sitemap  RSS    USA / English    Like  32

Copyright © 1995-2011 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB-specs          6/29/2011