# Exhibit 3

Samsung Infuse 4G Smartphone | Samsung SGH-I997ZKAATT Page 1 of 4

NEWS ABOUT SAMSUNG LOGIN
PRODUCTS BUSINESS APPS SUPPORT MY ACCOUNT Search

Home >Cell Phones >

# Samsung Infuse™ 4G Smartphone

48 Like 1K SHOP

SGH-I997 145 REVIEWS

OVERVIEW FEATURES SPECS GALLERY REVIEWS ACCESSORIES SUPPORT

**The Nation's Thinnest 4G Smartphone**

**Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology**

**Full Suite of Entertainment ON-THE-GO Including Media Hub**

**8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front -Facing Camera**

Please check with an authorized Samsung retailer for price information

SHOP

Prices for online and local retailers near you.

10:10 AM
Google
Contacts
Messaging
Camera
Market
SAMSUNG

Samsung INFUSE™ 4G

# Super slim. Super Smart.

**Get access to over 150,000 Android apps on the nation's thinnest 4G smartphone.**

Print This

## Product Features

See All Features

## Specifications

Carrier
AT&T

Platform
Android 2.2, Froyo

Display
4.5" Display

Display
Touch Screen

Color
Caviar Black

Connectivity
Wi-Fi

Size
5.2" x 2.8" x .35"

See Full Specs

http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT 6/29/2011

**The Nation's Thinnest 4G Smartphone**

The Infuse 4G is Samsung's thinnest smartphone at just 8.99 mm at its thinnest, so it's easy to slip into a purse or pocket. You'll have access to over 150,000 Android apps, allowing you total freedom to create your own customized collection of apps to fit your individual lifestyle.




**Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology**

To a smartphone, the screen is critical. The Infuse™4G gives you the largest touch screen on any Samsung phone. Samsung screens have a reputation for brilliant color, and the Infuse 4G's 4.5" Super AMOLED™ Plus screen exhibits our latest innovations. The screen gives you a full spectrum of rich, vivid color with high color contrast, for an incredible cinematic experience. The screen's amazing luminance allows you to easily read the display even in daylight. With its brilliant color and thin design, the Infuse 4G is fantastic for social messaging, outstanding browsing and entertainment on-the-go.

**Full Suite of Entertainment ON-THE-GO Including Media Hub**

With the Infuse 4G, you're only seconds away from being able to watch hit movies and TV shows from Samsung Media Hub. It's your best entertainment experience on-the-go in a handheld device. And there is a 2GB microSD card that comes pre-loaded with this summer's hottest movie trailers. With the brilliant color and sound, videos and TV shows come to life. Once you choose a movie or show to watch, the content can be shared with up to four other devices.

You also get a free $25 Media Hub movie credit from Samsung with your Infuse 4G phone purchase, good towards movie rentals or purchases. Read about the Media Hub credit, details and restrictions.

## Owner Reviews See All

**Overall:** Features: Performance: Design: Value:

### "Best SmartPhone on the planet!"

I have been waiting for this phone to drop since it's announcement in January, I picked it up today on it's drop date and it's phenomenal. It's fast processor is more than enough, the screen is huge and crystal clear. I recommended this phone to all friends and family and two have already purchased…**Read More »**

**MikeDInfuseFan** on May 15, 2011

Very nice big phone. chip, awesome.! good job samsung… **Read More »**

**jay99** on May 16, 2011

### "Awesome"

Best phone on the market. Completely worth waiting for. Most responsive phone I've had. Beats the iPhone any day…**Read More »**

**i997** on May 17, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Get Carried Away with the Infuse 4G

## Watch Anything, On Us

We'll start your movie library. Get $25 to spend at the Media Hub with your Infuse 4G. **Read about**



the Media Hub credit, details and restrictions.

## ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. See how to step up your game.

## Accessories See All

HM1700 Bluetooth Headset Kit, Black
BHM1700NDACSTA
(0)
$39.99
SHOP Learn More

HM1700 Bluetooth Headset Kit, MagentaBHM1700NPAC
BHM1700NPACSTA
(0)
$39.99
SHOP Learn More

HM3700 Bluetooth Headset Kit, Gray
BHM3700NDACSTA
(0)
$59.99
SHOP Learn More

HS3000 Bluetooth Stereo Headset kit, Black
BHS3000NBACSTA
(0)
$59.99
SHOP Learn More

## TV Remote App

Control your TV with your Galaxy devices.

## For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**
Get the most out of every feature.

**Visit Support page**
Get help and learn more.

**Troubleshooting**
Help with any issues, big or small.

**Register this Product**
Exclusive owner benefits.

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of Infuse 4G may vary.

Features and specifications are subject to change without prior notification

About Samsung
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray & DVD Players
Home Projectors
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook

**Photo**
Cameras
Camcorders

**Computing**
Laptops
Chromebook
Monitors
Printers
Projectors
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges

Find product support
Register your product
Get downloads
Owner benefits
Contact us

Search

Business Apps Privacy Legal Sitemap RSS USA / English Like 23

Copyright © 1995-2011 SAMSUNG All rights reserved.

Features and Specifications - Samsung Infuse™ 4G Smartphone | Samsung Mobile Page 1 of 4
Case 5:11-cv-01846-LHK Document 91-3 Filed 07/01/11 Page 6 of 11

NEWS ABOUT SAMSUNG LOGIN

PRODUCTS BUSINESS APPS SUPPORT MY ACCOUNT Search

Home >Cell Phones >Features >

# Samsung Infuse™ 4G Smartphone

48 Like 1K SHOP

SGH-I997 145 REVIEWS OVERVIEW FEATURES SPECS GALLERY REVIEWS ACCESSORIES SUPPORT

http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT-features 6/29/2011

## The Nation's Thinnest 4G Smartphone

The Infuse 4G is Samsung's thinnest smartphone at just 8.99 mm at its thinnest, so it's easy to slip into a purse or pocket. You'll have access to over 150,000 Android apps, allowing you total freedom to create your own customized collection of apps to fit your individual lifestyle.

## Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology

To a smartphone, the screen is critical. The Infuse™4G gives you the largest touch screen on any Samsung phone. Samsung screens have a reputation for brilliant color, and the Infuse 4G's 4.5" Super AMOLED™ Plus screen exhibits our latest innovations. The screen gives you a full spectrum of rich, vivid color with high color contrast, for an incredible cinematic experience. The screen's amazing luminance allows you to easily read the display even in daylight. With its brilliant color and thin design, the Infuse 4G is fantastic for social messaging, outstanding browsing and entertainment on-the-go.

## Full Suite of Entertainment ON-THE-GO Including Media Hub

With the Infuse 4G, you're only seconds away from being able to watch hit movies and TV shows from Samsung Media Hub. It's your best entertainment experience on-the-go in a handheld device. And there is a 2GB microSD card that comes pre-loaded with this summer's hottest movie trailers. With the brilliant color and sound, videos and TV shows come to life. Once you choose a movie or show to watch, the content can be shared with up to four other devices.

You also get a free $25 Media Hub movie credit from Samsung with your Infuse 4G phone purchase, good towards movie rentals or purchases. Read about the Media Hub credit, details and restrictions.

## 8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing Camera

The Infuse 4G has an incredible 8.0 Megapixel rear-facing camera with LED flash and auto-focus. It shoots 720p HD video with incredible detail!* Now you can send stunning photos and videos to friends, and have high quality images to share with your social network. There is also a 1.3 Megapixel front-facing camera for video chats.

## 1.2 GHz High Speed Processor & Enabled for 4G

Blazing speed is ultra important for the Infuse 4G. Its 1.2 GHz High Speed Processor runs apps and websites with almost no waiting time. Imagine combining that much processing speed with AT&T's fastest mobile broadband network. We're talking wow! And, when combined with

### Carrier
AT&T

### Platform
Android 2.2, Froyo

### Display
4.5" Display
Touch Screen

### Color
Caviar Black

### Battery
Up to 400 hours Standby Time
Up to 8 hours Talk Time

### Connectivity
Bluetooth
Internet HTML Browser
Outlook Sync
Wi-Fi

### Features
Mobile TV
To do list

### Camera
Auto Focu
8.0 Megapixel
LED Flash

### Video
MP4

### Music & Sound
aac, amr, ogg, mid, mp3, wav, and wma

### Storage and Memory
32GB External Memory
16GB ROM: 512MB RAM:512MB

### Calling Functions
Dialed/missed/received Call Display

### Messaging

enhanced backhaul, you'll have super fast 4G data connection speeds with HSPA+ (Download speed up to 16+ Mbps in selective locations). All this plus the benefit of the extremely popular Android 2.2, Froyo operating system.

Email

Instant Messaging

SMS / EMS / MMS

**Size**

5.2" x 2.8" x .35"

**Weight**

4.6 oz

### Angry Birds exclusive version available only on the Infuse 4G

With the Infuse 4G, Samsung and AT&T are raising the stakes on pre-loaded content that is not available on any other device. In collaboration with Rovio, the Infuse 4G will feature a special edition of Angry Birds pre-loaded on the smartphone. Players can unlock a special "Golden Egg" level of the game, and once the special level is completed, users can register to win Samsung prizes exclusive to Infuse 4G users. Restrictions apply. See Official Rules.

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of Infuse 4G may vary.

*Playback on phone in HD-like quality only.

Adaptermicro USB to 2.5mm DC Jack

(0 Reviews)

Bluetooth 2.5mm Travel Charger

(0 Reviews)

Travel Charger (Micro USB)

(0 Reviews)

WEP450Bluetooth Headset Kit, Black

(2 Reviews)

WEP460 Bluetooth Headset Kit, Black

(0 Reviews)

AACP400DBEBSTD ATADD30JBEBSTD ATADU10JBEBSTD AWEP450PBECST1 AWEP460JBECSTA

Features and specifications are subject to change without prior notification

About Samsung
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray & DVD Players
Home Projectors
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook

**Photo**
Cameras
Camcorders

**Computing**
Laptops
Chromebook
Monitors
Printers
Projectors
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges

Find product support
Register your product
Get downloads
Owner benefits
Contact us

Search

Business Apps Privacy Legal Sitemap RSS USA / English Like 23

Copyright © 1995-2011 SAMSUNG All rights reserved.

Features and Specifications - Samsung Infuse™ 4G Smartphone | Samsung Mobile Page 1 of 2
NEWS ABOUT SAMSUNG LOGIN
PRODUCTS BUSINESS APPS SUPPORT MY ACCOUNT Search

Home >Cell Phones >Specifications >

# Samsung Infuse™ 4G Smartphone

48 Like 1K SHOP

SGH-I997 145 REVIEWS OVERVIEW FEATURES SPECS GALLERY REVIEWS ACCESSORIES SUPPORT

Print This

## Carrier

| | |
|---|---|
| **Type** | AT&T |

## Platform

| | |
|---|---|
| **Operating System** | Android 2.2, Froyo |

## Display

| | |
|---|---|
| **Internal Display Size (inches)** | 4.5" |
| **Touch Screen** | Yes |

## Color

| | |
|---|---|
| **Color** | Caviar Black |

## Battery

| | |
|---|---|
| **Battery, Standby (hours)** | Up to 400 hours |
| **Battery, Talk Time (hours)** | Up to 8 hours |

## Connectivity

| | |
|---|---|
| **Bluetooth** | Yes |
| **Internet HTML Browser** | Yes |
| **Outlook Sync** | Yes |
| **Wi-Fi** | Yes |

## Features

| | |
|---|---|
| **Mobile TV** | Yes |
| **To do list** | Yes |

## Camera

| | |
|---|---|
| **Auto Focus** | Yes |
| **Camera Resolution** | 8.0 Megapixel |
| **LED Flash** | Yes |

## Video

| | |
|---|---|
| **Video Player** | MP4 |

## Music & Sound

http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT-specs 6/29/2011

Features and Specifications - Samsung Infuse™ 4G Smartphone | Samsung Mobile Page 2 of 2

| | |
|---|---|
| **Music Formats** | aac, amr, ogg, mid, mp3, wav, and wma |

## Storage and Memory

| | |
|---|---|
| **External Memory Type** | 32GB |
| **On Board Memory** | 16GB ROM: 512MB RAM:512MB |

## Calling Functions

| | |
|---|---|
| **Dialed/missed/received Call Display** | Yes |

## Messaging

| | |
|---|---|
| **Email** | Yes |
| **Instant Messaging** | Yes |
| **Messaging Types** | SMS / EMS / MMS |

## Size

| | |
|---|---|
| **Product Dimensions (inches)** | 5.2" x 2.8" x .35" |

## Weight

| | |
|---|---|
| **Weight** | 4.6 oz |

About Samsung
Careers
Sustainability
News
Investor Relations

TV + Video
TVs
Blu-ray & DVD Players
Home Projectors
Home Theater Systems

Mobile
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook

Photo
Cameras
Camcorders

Computing
Laptops
Chromebook
Monitors
Printers
Projectors
Memory & Storage

Home Appliances
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges

Find product support
Register your product
Get downloads
Owner benefits
Contact us

Search

Business Apps Privacy Legal Sitemap RSS USA / English Like 23

Copyright © 1995-2011 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT-specs 6/29/2011