Exhibit 4

| PRODUCTS | BUSINESS | APPS | SUPPORT | MY ACCOUNT | Search |

Home > Cell Phones >

## Droid Charge Smartphone

75    Like   652    SHOP

SCH-I510        89 REVIEWS        OVERVIEW  FEATURES  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

**Slimmest 4G LTE Smartphone on Verizon's lightning fast network**

4.3" Super AMOLED™ Plus Touch Screen Display

Android™ 2.2 Platform

Loaded with Multimedia and Entertainment



## So slim so you can do it all

Search for favorite songs—then jog while listening to them. Light, elegant design will keep you going.

Please check with an authorized Samsung retailer for price information

SHOP

Prices for online and local retailers near you.

Print This

### Product Features   See All Features

**Loaded with Multimedia and Entertainment Features**

Having the Droid Charge is like having your own portable entertainment headquarters. You'll have access to Samsung Media Hub with tons of hit movies and TV shows. You can enjoy fast-paced video games with no lag time. There is an expansion slot that increases your storage capacity to 32 GB, for storing all your favorite movies, songs, and games.

**Slim Design – Easy to hold with a streamlined form factor**

The Charge is slim and stylish, and not at all bulky like so many other smartphones. It fits easily into a pocket or purse. Its thin, elegant design is also easy to carry while jogging or exercising to enjoy your favorite music.

**4.3" Super AMOLED Plus Touch Screen Display**

Samsung is clearly the world leader in screen technology. This large 4.3" Super AMOLED™ Plus screen will amaze you with its vivid color and brilliant detail. The contrast and brightness are richer and more true to life than other leading smartphones. Your videos will be more enjoyable, and video games will be more exciting to play – even in full daylight.

### Specifications

Carrier
**Verizon**

Platform
**Android 2.2, Froyo**

Display
**4.3" Display**

Display
**Touch Screen**

Color
**Mirror Gray**

Size
**5.11" x 2.66" x 0.46"**

See Full Specs



### Owner Reviews  See All

**Overall:**    Features:    Performance:    Design:    Value:

### "Very impressed and very happy"

This phone is incredible, I love its feel and responsiveness. The quickness of the screens is really great. I have recomended this phone to over a dozen people so far.…Read More »

**er48072** on June 06, 2011

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW**

---

## The Droid Charge: Flying in at 4G Speed



## Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, app compatibility and more. **See its superior specs.   Read the rave review.**



## Watch Anything, On Us

We'll start your movie library. Get $25 to spend at the Media Hub with your Droid Charge. **Read about the Media Hub credit, details and restrictions.**



---

## Accessories  See All



**HM1700 Bluetooth Headset Kit, Black**
BHM1700NDACSTA
(0)
**$39.99**
SHOP     Learn More



**HM1700 Bluetooth Headset Kit, MagentaBHM1700NPAC**
BHM1700NPACSTA
(0)
**$39.99**
SHOP     Learn More



**HM3700 Bluetooth Headset Kit, Gray**
BHM3700NDACSTA
(0)
**$59.99**
SHOP     Learn More



**HS3000 Bluetooth Stereo Headset kit, Black**
BHS3000NBACSTA
(0)
**$59.99**
SHOP     Learn More



## Dazzle Your Devices

Skin all your devices with cool designs or your very own photos.

**Shop Skinit®**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

---

LTE is a trademark of ETSI. 4G LTE as used in connection with the Droid Charge by Samsung refers to the Droid Charge operating on Verizon Wireless 4G LTE network. Coverage not available everywhere.DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.Android, Google Maps, Google Goggles, and Android Market are trademarks of Google, Inc. Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.Screen images simulated. Appearance may vary.

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS        USA / English    Like  23

Copyright © 1995-2011 SAMSUNG All rights reserved.

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS    BUSINESS    APPS    SUPPORT    MY ACCOUNT    Search

Home > Cell Phones > Features >

**Droid Charge Smartphone**                                                                                   75    Like  652    SHOP

SCH-I510            89 REVIEWS                        OVERVIEW  **FEATURES**  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

## Loaded with Multimedia and Entertainment Features

Having the Droid Charge is like having your own portable entertainment headquarters. You'll have access to Samsung Media Hub with tons of hit movies and TV shows. You can enjoy fast-paced video games with no lag time. There is an expansion slot that increases your storage capacity to 32 GB, for storing all your favorite movies, songs, and games.



**Carrier**

Verizon

**Platform**

Android 2.2, Froyo
SAR Value: Body 0.75 W/kg

**Display**

4.3" Display
Touch Screen

## Slim Design – Easy to hold with a streamlined form factor

The Charge is slim and stylish, and not at all bulky like so many other smartphones. It fits easily into a pocket or purse. Its thin, elegant design is also easy to carry while jogging or exercising to enjoy your favorite music.



**Color**

Mirror Gray

**Battery**

Standby Time: Up to 280 Hours
Usage Time: Up to 660 Minutes

**Size**

5.11" x 2.66" x 0.46"

**Weight**

5.04 Ounces

## 4.3" Super AMOLED Plus Touch Screen Display

Samsung is clearly the world leader in screen technology. This large 4.3" Super AMOLED™ Plus screen will amaze you with its vivid color and brilliant detail. The contrast and brightness are richer and more true to life than other leading smartphones. Your videos will be more enjoyable, and video games will be more exciting to play – even in full daylight.



## 4G LTE – Lightning fast download speeds so you can enjoy your content faster

Finally, a premium smartphone fast enough to keep up with your busy life. Verizon's 4G LTE (Long Term Evolution) network is ten times faster than 3G! Couple the speed of the network with a blazing fast 1GHz processor, and you have a phone that will outperform just about anything. You can upload photos or download songs in just a few seconds to start enjoying your content sooner. Even extra large data files such as GPS mapping can be transferred with amazing speed compared to 3G. Social networking updates and video conferencing are also smoother and more efficient.

LTE is a trademark of ETSI. 4G LTE as used in connection with the Droid Charge by Samsung refers to the Droid Charge operating on Verizon Wireless' 4G LTE network. Coverage not available everywhere. DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license. Android, Google Maps, Google Goggles, and Android Market are trademarks of Google, Inc. Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns. Screen images simulated. Appearance may vary.



Travel Charger (Micro USB)
(0 Reviews)
ATADU10JBEBSTD



WEP450Bluetooth Headset Kit, Black
(2 Reviews)
AWEP450PBECST1



WEP460 Bluetooth Headset Kit, Black
(0 Reviews)
AWEP460JBECSTA



Bluetooth 2.5mm Travel Charger
(0 Reviews)
ATADD30JBEBSTD

Adaptermicro USB to 2.5mm DC Jack
(0 Reviews)
AACP400DBEBSTD

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS       USA / English     Like  23

Copyright © 1995-2011 SAMSUNG All rights reserved.

Case 5:11-cv-01846-LHK   Document 91-4   Filed 07/01/11   Page 8 of 9

**Droid Charge Smartphone**

Like  652   SHOP

SCH-I510    89 REVIEWS    OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Print This

## Carrier

| | |
|---|---|
| Type | Verizon |

## Platform

| | |
|---|---|
| Operating System | Android 2.2, Froyo |
| SAR value - Head (W/kg) | SAR Value: Body 0.75 W/kg |

## Display

| | |
|---|---|
| Internal Display Size (inches) | 4.3" Display |
| Touch Screen | Yes |

## Color

| | |
|---|---|
| Color | Mirror Gray |

## Battery

| | |
|---|---|
| Battery, Standby (hours) | Standby Time: Up to 280 Hours |
| Battery, Talk Time (hours) | Usage Time: Up to 660 Minutes |

## Size

| | |
|---|---|
| Product Dimensions (inches) | 5.11" x 2.66" x 0.46" |

## Weight

| | |
|---|---|
| Weight | 5.04 Ounces |

About Samsung    TV + Video    Mobile    Photo    Computing    Home Appliances    Find product support
Careers    TVs    Cell Phones    Cameras    Laptops    Washers & Dryers    Register your product
Sustainability    Blu-ray & DVD Players    Tablets    Camcorders    Chromebook    Refrigerators    Get downloads
News        Cell Phone Accessories        Monitors    Microwaves    Owner benefits
Investor Relations    Home Projectors    Laptops        Printers    Dishwashers    Contact us
    Home Theater Systems    Chromebook        Projectors    Ranges
                Memory & Storage            Search

Business  Apps  Privacy  Legal  Sitemap  RSS    USA / English    Like  23

Copyright © 1995-2011 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SCH-I510RAAVZW-specs    6/29/2011

Case 5:11-cv-01846-LHK   Document 91-4   Filed 07/01/11   Page 9 of 9