# Exhibit 5

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS    BUSINESS    APPS    SUPPORT    MY ACCOUNT    Search

Home > Galaxy Tab >

**Samsung Galaxy Tab™ 10.1 (Wi-Fi Only) – 16GB Metallic Gray**

0    Like  161    SHOP

GT-P7510/M16    $499.99    11 REVIEWS    OVERVIEW  FEATURES  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

The power and speed of Android™ 3.1, Honeycomb

Widescreen HD (1280x800) viewing experience on a brilliant 10.1" display

Full HTML Browser with Adobe® Flash® Technology

Thinner, Lighter and Stylish - Only .34" thin and 1.25 lbs

**$499.99**

**SHOP**

Prices for online and local retailers near you.



**32GB Gray**    **16GB Gray**    **32GB White**



Print This

## Product Features  See All Features

**A Better Tablet**

Your mobile life just got better with the amazing Samsung Galaxy Tab 10.1. It's WXGA-TFT screen redefines high resolution performance with sharper movies, better game graphics, and crystal clear video chats. Android™ 3.1, Honeycomb provides open access to over 150,000 Marketplace Apps and an immersive, lightning fast web browsing experience. And with a sleek design that is only .34" thin, the amazingly lightweight Galaxy Tab 10.1 is sure to be the envy of all your friends. It's time to Tab.™



**Redefining High Performance**

Surf the Web, play games and access millions of web pages with Adobe® Flash® Technology on a 10.1 screen. The 1280 x 800 WXGA widescreen makes it easy to enjoy movies in brilliant HD clarity, while the Dual Core Tegra 2 processor delivers rich colors and stunning graphics. Or experience a visually stunning video chat with the 2MP front-facing camera.

**Immerse Yourself in the App World**

Experience the power and speed of Honeycomb: Google's Android™ 3.1. Get instant access to your favorite content, including thousands of apps in the vast Android Market™. Create your own pictures and video, enjoy music and movies, play games and browse the web while multitasking with applications like optimized Gmail™ and Google Maps™. Or start a video chat using the front-facing camera. Need to stay connected with your social circle? No problem. The immersive, lightning-fast Android-powered experience keeps you connected through email, Skype™, Qik, Facebook®, and Twitter™.

## Specifications

**Carrier**
Wi-Fi Only

**Operating System**
Android 3.1, Honeycomb

**Camera**
Front Camera: 2.0 Megapixel

**Camera**
Rear Camera: 3.0 Megapixel Auto Focus with Flash

**Dimensions (W x H x D)**
10.1" (W) x 6.9" (H) x 0.34" (D)

See Full Specs

## Owner Reviews  See All

**Overall:**  **Features:**  **Performance:**  **Design:**  **Value:**

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW**

## It's Time for a Better Tablet




**Official Info Clip**
3:11


**Zooppa Contest - Early Prize Winner**
3:20


**Galaxy Tab 10.1 It s Time To Tab**
1:37

## Discover the Better Tablet

The Galaxy Tab 10.1 is packed with amazing new features and optimized with Android 3.1. **Take a tour of this premium tablet. Or try the tab simulator now.**



## Quick Guide to the Samsung Galaxy

The world is buzzing about the Galaxy family. It's all here: performance, apps and more. **Get the scoop on the features.**



## Accessories  See All


**Galaxy Tab™ 10.1 Book Cover Case**
EFC-1B1NBEBSTD


**Galaxy Tab™ 10.1 Keyboard Dock (Full-Size)**
ECR-K14AWEGSTA


**Galaxy Tab™ 10.1 Multi-Media Dock**
EDD-D1B1BEGSTA


**Galaxy Tab™ 10.1 Leather Pouch**
EFC-1B1LBEGSTA

(0)            (0)            (0)            (0)

SHOP    Learn More          SHOP    Learn More          SHOP    Learn More          SHOP    Learn More



## Man of Many Devices

Broaden your mobile knowledge with this insightful column by Samsung's head of mobile phone and tablet product planning.

**Get the scoop on the latest trends, devices, apps and more.**

## For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**
Get the most out of every feature.

**Visit Support page**
Get help and learn more.

**Troubleshooting**
Help with any issues, big or small.

**Register this Product**
Exclusive owner benefits.

---

\* Please Note: Usage times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

Android and Android Market are trademarks of Google, Inc.

KINDLE and the AMAZONKINDLE logo are trademarks of Amazon.com, Inc. or its affiliates. Slacker and the Slacker logo are registered trademarks of Slacker, Inc. Qik is a trademark of Qik, Inc. © 2009 Gameloft. All rights reserved. © 1999-2011 BrainPOP. All rights reserved. © 2001-2010 Zinio LLC. All rights reserved. BLOCKBUSTER is a trademark of Blockbuster, Inc.

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS    USA / English    Like  23

Copyright © 1995-2011 SAMSUNG All rights reserved.

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS     BUSINESS     APPS     SUPPORT     MY ACCOUNT     Search

Home >Galaxy Tab (WiFi Only) >Features >

**Samsung Galaxy Tab™ 10.1 (Wi-Fi Only) – 16GB Metallic Gray**

4    Like  354    SHOP

GT-P7510/M16    $499.99    11 REVIEWS    OVERVIEW  **FEATURES**  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

### A Better Tablet

Your mobile life just got better with the amazing Samsung Galaxy Tab 10.1. It's WXGA-TFT screen redefines high resolution performance with sharper movies, better game graphics, and crystal clear video chats. Android™ 3.1, Honeycomb provides open access to over 150,000 Marketplace Apps and an immersive, lightning fast web browsing experience. And with a sleek design that is only .34" thin, the amazingly lightweight Galaxy Tab 10.1 is sure to be the envy of all your friends. It's time to Tab.™



### Redefining High Performance

Surf the Web, play games and access millions of web pages with Adobe® Flash® Technology on a 10.1 screen. The 1280 x 800 WXGA widescreen makes it easy to enjoy movies in brilliant HD clarity, while the Dual Core Tegra 2 processor delivers rich colors and stunning graphics. Or experience a visually stunning video chat with the 2MP front-facing camera.



### Immerse Yourself in the App World

Experience the power and speed of Honeycomb: Google's Android™ 3.1. Get instant access to your favorite content, including thousands of apps in the vast Android Market™. Create your own pictures and video, enjoy music and movies, play games and browse the web while multitasking with applications like optimized Gmail™ and Google Maps™. Or start a video chat using the front-facing camera. Need to stay connected with your social circle? No problem. The immersive, lightning-fast Android-powered experience keeps you connected through email, Skype™, Qik, Facebook®, and Twitter™.



### Thinner, Lighter and Stylish

Only .34" thin and ultra-light, the Galaxy Tab 10.1 travels well. Easily connect while on-the-go without any monthly service fees or carrier contracts. Access the internet and apps anywhere there is an available hotspot. The sleek, lightweight 1.25 lbs. design is lighter than the competition and the striking 10" WXGA display screen delivers brilliant viewing quality. A durable, easy to grip body fits comfortably in your hand.



**Carrier**
Wi-Fi Only

**Form Factor**
Touchscreen Tablet

**Design**
Gray Back

**Operating System**
Android 3.1, Honeycomb

**Camera**
Front Camera: 2.0 Megapixel
Rear Camera: 3.0 Megapixel Auto Focus with Flash

**Dimensions (W x H x D)**
10.1" (W) x 6.9" (H) x 0.34" (D)

**Weight**
19.9 oz.

**Battery**
Li-Polymer, 7000 mAh

**Memory**
16GB Internal Memory

**Connectivity**
Wi-Fi, 2.4GHz, 5GHz
Bluetooth 2.1+ EDR Connectivity

**Display**
10.1" Widescreen HD WXGA TFT Display

**User Interface**
Widgets, Smart Unlock, Accelerometer, Bilingual Spanish/English

**Audio**
MP3, OGG, AAC, AAC+, eAAC+, WAV, AMR, MID, IMY, WMA, Vorbis, RTTTL/RTX, OTA

**Video**

1080p playback, 720p capture Video Codec: MPEG4, H.264, H.263, XviD, WMV7/8, VP8, MP43, VC-1 Format: 3GP(MP4), WMV(asf), AVI

### Fun and Entertainment

Full HTML Web Browser, Books, Browser, Email Gallery, Gmail™, Google Maps™, Android Market, Google Search™, Google Talk™, Voice Search, Latitude, Music Hub, Navigation, Places Pulse, QuickOffice, Samsung Apps, YouTube, Music Player

### Business and Office

DOCUMENT FILES

Word File: doc, docx, xml, txt, rtf, dot, dotx Excel File: xls, xlsx, csv, xlt, xltx PowerPoint: ppt, pptx, pot, potx, pps, ppsx PDF: pdf







| Galaxy Tab™ 30-pin Vehicle Power Adapter with Detachable Cable | Galaxy Tab™ 10.1 Multi-Media Dock | Galaxy Tab™ Data Cable (Charging) USB to 30 Pin | Galaxy Tab™ 10.1 Keyboard Dock (Full-Size) | Galaxy Tab™ 10.1 Leather Pouch |
|---|---|---|---|---|
| (0 Reviews) | (0 Reviews) | (0 Reviews) | (0 Reviews) | (0 Reviews) |
| ECA-P10CBEGSTA | EDD-D1B1BEGSTA | ECC1DP0UBEGSTA | ECR-K14AWEGSTA | EFC-1B1LBEGSTA |
| **$39.99** | | **$19.99** | | |

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Contact us |
| | | Chromebook | | Projectors | Ranges | |
| | | | | Memory & Storage | | Search |

Business   Apps   Privacy   Legal   Sitemap   RSS   USA / English   Like 23

Copyright © 1995-2011 SAMSUNG All rights reserved.

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS | BUSINESS | APPS | SUPPORT | MY ACCOUNT | Search

Home >Galaxy Tab (WiFi Only) >Specifications >

**Samsung Galaxy Tab™ 10.1 (Wi-Fi Only) – 16GB Metallic Gray**

4   Like  354   SHOP

GT-P7510/M16    $499.99    11 REVIEWS    OVERVIEW  FEATURES  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT



Print This

| | |
|---|---|
| **Carrier** | |
| Carrier | Wi-Fi Only |
| **Form Factor** | |
| Form Factor | Touchscreen Tablet |
| **Design** | |
| Color | Gray |
| **Operating System** | |
| Operating System | Android 3.1, Honeycomb |
| **Camera** | |
| Camera (Front) | 2.0 Megapixel |
| Camera (Rear) | 3.0 Megapixel Auto Focus with Flash |
| **Dimensions (W x H x D)** | |
| Dimensions (W x H x D) | 10.1" x 6.9" x 0.34" |
| **Weight** | |
| Weight | 19.9 oz. |
| **Battery** | |
| Battery | Li-Polymer, 7000 mAh |
| **Memory** | |
| Internal | 16GB |

## Connectivity

| | |
|---|---|
| **WiFi** | Wi-Fi, 2.4GHz, 5GHz |
| **Bluetooth** | Bluetooth 2.1+ EDR Connectivity |

## Display

| | |
|---|---|
| **Display** | 10.1" Widescreen HD WXGA TFT Display |

## User Interface

| | |
|---|---|
| **User Interface** | Widgets, Smart Unlock, Accelerometer, Bilingual: Spanish/English |

## Audio

| | |
|---|---|
| **Audio** | MP3, OGG, AAC, AAC+, eAAC+, WAV, AMR, MID, IMY, WMA, Vorbis, RTTTL/RTX, OTA |

## Video

| | |
|---|---|
| **Video** | 1080p playback, 720p capture Video Codec: MPEG4, H.264, H.263, XviD, WMV7/8, VP8, MP43, VC-1 Format: 3GP(MP4), WMV(asf), AVI |

## Fun and Entertainment

| | |
|---|---|
| **Fun and Entertainment** | Full HTML Web Browser, Books, Browser, Email, Gallery, Gmail™, Google Maps™, Android Market, Google Search™, Google Talk™, Voice Search, Latitude, Music Hub, Navigation, Places, Pulse, QuickOffice, Samsung Apps, YouTube, Music Player |

## Business and Office

| | |
|---|---|
| **Business and Office** | DOCUMENT FILES<br>Word File: doc, docx, xml, txt, rtf, dot, dotx Excel File: xls, xlsx, csv, xlt, xltx PowerPoint: ppt, pptx, pot, potx, pps, ppsx PDF: pdf |

About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support
Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product
Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads
News | | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits
Investor Relations | Home Projectors | Laptops | | Printers | Dishwashers | Contact us
 | Home Theater Systems | Chromebook | | Projectors | Ranges |
 | | | | Memory & Storage | | Search

Business | Apps | Privacy | Legal | Sitemap | RSS     USA / English     Like 23

Copyright © 1995-2011 SAMSUNG All rights reserved.