# Exhibit 6



# GALAXY S 4G

exclusively from T-Mobile

**PORTABLE QUAD-BAND MOBILE PHONE**

**User Manual**

**Please read this manual before operating your phone, and keep it for future reference.**



SAMSUNG

# Section 2: Understanding Your Phone

This section outlines key features of your phone. It also describes the phone's keys, screen and the icons that display when the phone is in use.

## Features of Your Phone

Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.

- Touch screen with virtual (on-screen) QWERTY keyboard
- High Speed Packet Access Plus (HSPA+) delivering data speeds faster than the current 3G network technology.
- Android 2.2 Froyo Operating system
- Compatible with Adobe® Flash® 10.1
- Wi-Fi ® Capability
- USB Tethering-capable
- Bluetooth enabled
- Full integration with Google applications (Gmail, YouTube, Google Maps)
- Multiple Messaging Options: Email, Audio Postcard, Instant Messaging, Picture Messaging, Google Talk, Google Search, Video Messaging, Text Messaging, Predictive Text
- Supports synchronizing with a corporate email account
- 5 Megapixel camera and video with autofocus, multi shot 8x digital zoom
- Brilliant widescreen Super AMOLED™ display
- MP3 player with Multitasking features
- Assisted GPS (TeleNav GPS Navigation)
- Webkit-based browser
- Downloadable applications from the Android Market
- Up to 32GB expandable memory slot
- Front Facing camera and preloaded Qik(r) application for Video Chat
- Mobile Hotspot Capability
- Preloaded with the movie INCEPTION
- doubleTwist(r) with AirSync(tm) to wirelessly sync your music playlists, photos and videos with your home computer.
- T-Mobile TV™
- Samsung Media Hub
- E-Reader with preloaded Amazon® Kindle™ Application
- Slacker Radio®

19