# Exhibit 7

# Samsung INFUSE™ 4G

P O R T A B L E  Q U A D - B A N D

M O B I L E  P H O N E

## User Manual

Please read this manual before operating your
phone, and keep it for future reference.



## Section 2: Understanding Your Phone

This section outlines some key features of your phone and describes the screen and the icons that appear when the phone is in use. It also shows how to navigate through the phone and provides information on using a memory card.

### Features of Your Phone

Your phone is lightweight, easy-to-use and offers many useful features. The following list outlines a few of the features included in your phone.

- First Rel. 7, HSPA+ (4G) device for AT&T with HSDPA CAT 14 (21.1 Mbps) and HSUPA CAT 6 (5.76 Mbps) high speed download capability
- Touch screen provides quick response to a variety of in-phone menus and options including applications and seven home screens
- Solid 2.2 Android platform
- Full HTML Web Browser with Adobe® Flash® 10.1 Support
- Built-in Bluetooth and Wi-Fi technology
- Brilliant 4.5" Super AMOLED™ Plus Screen with Ultra-thin Design
- Video Chatting and 8 Megapixel camera and camcorder
- AT&T GPS Navigation functionality provides real-time navigation
- Pre-installed 2GB microSD™ card with select movie trailers
- Up to 32GB expandable memory slot
- Sync and update social network applications

### Front View of Your Phone



Understanding Your Phone   14