Exhibit 8

# DROID CHARGE

# USER MANUAL



## Section 2: Understanding Your Phone

This section outlines key features of your phone, including keys, displays, and icons.

### Features

- 4.3-inch 800x480 Super AMOLED Plus touch screen
- CDMA 1X/EVDO Rev-A /LTE Wireless Technology
- Android® 2.2 platform
- Google applications, including Google Talk and Gmail
- Android Market, plus pre-loaded applications
- Connections
  – Wi-Fi 802.11 b/g/n
  – Mobile Hotspot
  – Bluetooth 3.0
  – Tethering
  – VPN
- Messaging Services
  – Text Messaging
  – Picture Messaging
  – Video Messaging
  – Voice Messaging
  – Email
  – Mobile Instant Messenger (IM)
  – Chat
- 8 Megapixel CMOS Camera/Camcorder + 1.3 Megapixel Front camera
- Picture Gallery
- Video Player (720p)
- DivX Certified® to play DivX® video up to HD 720p, including premium content
- Music Player
- Speakerphone
- Voice recognition by Nuance®
- Support for microSD™ and microSDHC™ Memory Cards up to 32GB capacity
- Bluetooth® 3.0 + EDR Wireless Technology. For more information about supported profiles, see *"Bluetooth profiles"* on page 101.