Exhibit 9



# ANDROID TABLET

## User Manual

**Please read this manual before operating your
device and keep it for future reference.**



This section outlines key features of your device and describes the screen and the icons that appear when the device is in use. It also shows how to navigate through the device.

### Features

• 10.1-inch WXGA TFT (PLS) LCD touch screen
• Android™ 3.1, Honeycomb
• Android Market™ for access to over 200,000 Apps
• Full HTML Web Browser with Adobe® Flash® Technology
• Bluetooth® 2.1 Wireless technology. For more information, refer to *"Bluetooth Settings"* on page 98.
• Built-in Wi-Fi technology (802.11 a/b/g/n)
• 3 Megapixel Camera/Camcorder with Flash, plus 2 Megapixel forward-facing Camera for Video Chat
• Messaging Features:
  – Gmail
  – Email (corporate and personal)
  – Google Talk (Instant Messaging)

• Photo Gallery that supports JPEG, PNG, GIF, WBMP, BMP, and AGIF formats
• HD Video Player (720p)
  – Codec: MPEG4, H.264, H.263, VC-1 , XviD, WMV7/8, VP8, MP43
  – Format: 3GP (MP4), WMV (ASF), AVI
• Music Player that supports WAV, MP3, AAC+, eAAC+, AMR, WMA, MID, FLAC, IMY, RTTTL/RTX, OTA, and Vorbis formats
• 1GB RAM memory and 16GB or 32GB on-board memory, which is used for data storage and access
• Music Hub
• QuickOffice® for easy document viewing and editing
• Movie Studio

**Note:** This device does not support external memory cards.

**Warning!:** This device does not support some USB storage media devices. For more information, refer to *"Galaxy Tab Accessories"* on page 8.