Exhibit 10

**Infringement Claim Chart for U.S. Patent No. 7,469,381 v. Samsung Galaxy S 4G**

| Claim 1 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| A computer-implemented method, comprising: at a device with a touch screen display: | The Galaxy S 4G is a mobile computing device with a touch screen display.<br><br>**Features of Your Phone**<br><br>Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.<br><br>• Touch screen with virtual (on-screen) QWERTY keyboard<br><br>(Galaxy S 4G User Manual (Ex. 6) at 19.) |
| displaying a first portion of an electronic document; | The Galaxy S 4G includes an application called "Gallery" that displays electronic documents — more specifically, photographs — on the touch screen display.  When running the "Gallery" application, the Galaxy S 4G displays a first portion of a photograph.  (Ex. 13c.)<br><br><br><br>Figure 1:<br>*Displaying "first portion" of electronic document* |

| Claim 1 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| detecting a movement of an object on or near the touch screen display; in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion; | The Galaxy S 4G detects the movement of an "object" — for instance, a finger — on its touch screen.  In response, it scrolls the photograph in the same direction to display a second, different portion of the photograph.  (Ex. 13c.)<br><br><br>Figure 2:<br>Displaying "second portion" by moving document in first direction in response to finger movement on touch screen<br>First Direction |

| Claim 1 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display: displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; and | In response to reaching an edge of a photograph, while a finger continues to move the photograph in the same direction, the Galaxy S 4G displays a black region beyond the photograph's edge, and thus displays a third, smaller portion of the photograph.  (Ex. 13c.)<br><br><br>Figure 3:<br>Displaying "area beyond edge" and smaller "third portion" while moving document in first direction |

| Claim 1 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. | In response to detecting that the finger is no longer on the touch screen, the Galaxy S 4G scrolls the photograph in the opposite direction until it no longer displays the area beyond the photograph's edge.  What is then displayed is a fourth portion of the photograph that is different from the first portion.  (Ex. 13c.)<br><br> |

| Claim 2 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the first portion of the electronic document, the second portion of the electronic document, the third portion of the electronic document, and the fourth portion of the electronic document are displayed at the same magnification. | The entire sequence illustrated in Claim 1 is depicted below in a side-by-side comparison.  As is evident from this comparison, the portions of the photograph are displayed at the same magnification.<br><br><br><br>**Figure 1:** *Displaying "first portion" of electronic document*  **Figure 2:** *Displaying "second portion" by moving in first direction in response to finger movement*  **Figure 3:** *Displaying "area beyond edge" and smaller "third portion" while moving in first direction*  **Figure 4:** *When finger is lifted, document is moved in second direction to display "fourth portion" with no "area beyond edge"* |

| Claim 3 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display. | In the sequence illustrated in Claim 1, the movement of the finger is on the touch screen display. |

| Claim 4 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the object is a finger. | In the sequence illustrated in Claim 1, the object that moves on the touch screen display is a finger. |

| Claim 5 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | In the sequence illustrated in Claim 1, the first direction is a horizontal direction — specifically, to the right. |

| Claim 7 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the electronic document is a digital image. | In the sequence illustrated in Claim 1, the electronic document is a digital image, namely a digital photograph. |

| Claim 9 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | The Galaxy S 4G also includes an application called "Contacts" that displays an electronic document including a list of items — specifically, a list of contacts — on the touch screen display.  When running the "Contacts" application, the Galaxy S 4G performs the method of claim 1.  (Ex. 13d.)<br><br><br><br>**Figure 1:**<br>*Displaying "first portion" of electronic document*<br><br>**Figure 2:**<br>*Displaying "second portion" by moving in first direction in response to finger movement*<br><br>**Figure 3:**<br>*Displaying "area beyond edge" and smaller "third portion" while moving in first direction*<br><br>**Figure 4:**<br>*When finger is lifted, document is moved in second direction to display "fourth portion" with no "area beyond edge"* |

| Claim 10 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the second direction is opposite the first direction. | In the sequence illustrated in Claim 1, the "first direction" is to the right, while the "second direction" is opposite, to the left. |

| Claim 13 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | In the sequence illustrated in Claim 1, the area beyond the edge of the photograph is black. |

| Claim 14 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | In the sequence illustrated in Claim 1, the area beyond the edge of the photograph is black.  This area is visually distinct from the photograph itself, which is in color. |

| Claim 16 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | In the sequence illustrated in Claim 1, in response to detecting that the finger is no longer on the touch screen, the Galaxy S 4G changes from scrolling the photograph in the first direction (to the right) to scrolling the photograph in the opposite direction (to the left).  This change makes the photograph appear to "snap" or "bounce" back to the left, as though the photograph were elastically attached to the edge of the touch screen display. |

| Claim 19 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| A device, comprising: a touch screen display; one or more processors; memory; and one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | The Galaxy S 4G has a touch screen:<br><br>**Features of Your Phone**<br><br>Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.<br><br>• Touch screen with virtual (on-screen) QWERTY keyboard<br><br>(Galaxy S 4G User Manual (Ex. 6) at 19); a "1.0 GHz processor" (Ex. 2 at 5); "On Board Memory" of "ROM: 1GB RAM: 512 MB" (Ex. 2 at 8); and the "Gallery" and "Contacts" applications stored in memory (Exs. 13c-13d). |

| Claim 19 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| instructions for displaying a first portion of an electronic document; | The Galaxy S 4G includes an application called "Gallery" with instructions for displaying electronic documents — more specifically, photographs — on the touch screen display.  When running the "Gallery" application, the Galaxy S 4G displays a first portion of a photograph.  (Ex. 13c.)<br><br><br><br>Figure 1:<br>*Displaying "first portion" of electronic document* |

| Claim 19 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| instructions for detecting a movement of an object on or near the touch screen display; instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | The Galaxy S 4G includes instructions for detecting the movement of an "object" — for instance, a finger — on its touch screen.  In response, it scrolls the photograph in the same direction to display a second, different portion of the photograph.  (Ex. 13c.)<br><br><br><br>Figure 2:<br>Displaying "second portion" by moving document in first direction in response to finger movement on touch screen<br><br>First Direction |

| Claim 19 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| instructions for displaying an area beyond an edge of the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | The Galaxy S 4G includes instructions for displaying a black region beyond the photograph's edge in response to reaching an edge of a photograph, while a finger continues to move the photograph in the same direction, and thus displays a third, smaller portion of the photograph.  (Ex. 13c.)<br><br> |

| Claim 19 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | The Galaxy S 4G includes instructions for scrolling the photograph in the opposite direction until it no longer displays the area beyond the photograph's edge, in response to detecting that the finger is no longer on the touch screen.  What is then displayed is a fourth portion of the photograph that is different from the first portion.  (Ex. 13c.)<br><br> |

| Claim 20 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | The Galaxy S 4G has a touch screen:<br><br>**Features of Your Phone**<br><br>Your phone is lightweight, easy-to-use and offers many significant features. The following list outlines a few of the features included in your phone.<br><br>• Touch screen with virtual (on-screen) QWERTY keyboard<br><br>(Galaxy S 4G User Manual (Ex. 6) at 19); a "1.0 GHz processor" for executing instructions (Ex. 2 at 5); a computer readable storage medium ("On Board Memory" of "ROM: 1GB RAM: 512 MB") (Ex. 2 at 8); and the "Gallery" and "Contacts" applications stored in memory (Exs. 13c-13d). |

| Claim 20 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| display a first portion of an electronic document; | The Galaxy S 4G includes an application called "Gallery" that displays electronic documents — more specifically, photographs — on the touch screen display.  When running the "Gallery" application, the Galaxy S 4G displays a first portion of a photograph.  (Ex. 13c.)<br><br><br><br>Figure 1:<br>*Displaying "first portion" of electronic document* |

| Claim 20 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| detect a movement of an object on or near the touch screen display; translate the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | The Galaxy S 4G detects the movement of an "object" — for instance, a finger — on its touch screen.  In response, it scrolls the photograph in the same direction to display a second, different portion of the photograph.  (Ex. 13c.)



Figure 2:
Displaying "second portion" by moving document in first direction in response to finger movement on touch screen

First Direction |

| Claim 20 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| display an area beyond an edge of the electronic document and display a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | In response to reaching an edge of a photograph, while a finger continues to move the photograph in the same direction, the Galaxy S 4G displays a black region beyond the photograph's edge, and thus displays a third, smaller portion of the photograph.  (Ex. 13c.)<br><br> |

| Claim 20 of U.S. Patent No. 7,469,381 | Samsung Galaxy S 4G |
|---|---|
| translate the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | In response to detecting that the finger is no longer on the touch screen, the Galaxy S 4G scrolls the photograph in the opposite direction until it no longer displays the area beyond the photograph's edge.  What is then displayed is a fourth portion of the photograph that is different from the first portion.  (Ex. 13c.)  |