| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com | KENNETH H. BRIDGES (CA SBN 243541) kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com | MICHAEL T. PIEJA (CA SBN 250351) mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com | BRIDGES & MAVRAKAKIS LLP 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com | One Palo Alto Square, 2nd Floor Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com | Telephone: (650) 804-7800 Facsimile: (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com | |
| MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 13C TO THE DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT 13c to the DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description): _____

_X_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)
MAN. FILING NOT. EX. 13c TO DECL.OF RAVIN BALAKRISHAN i/s/o APPLE'S MOT. for A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015212

1

_____ Other (description): _____

Dated:    July 1, 2011                    MORRISON & FOERSTER LLP

By:  /s/ Michael A. Jacobs
       Michael A. Jacobs

Attorney for Plaintiff
APPLE INC.

MAN. FILING NOT. EX. 13c TO DECL.OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. FOR A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015212

2