1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

10 Attorneys for Plaintiff
   APPLE INC.
11

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16 APPLE INC., a California corporation,

17              Plaintiff,

18        v.

19 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
20 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
21 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company,
22
23              Defendants.

Case No.    11-cv-01846-LHK

**MANUAL FILING
NOTIFICATION FOR EXHIBIT
13E TO THE DECLARATION OF
RAVIN BALAKRISHNAN, PH.D.
IN SUPPORT OF APPLE INC.'S
MOTION FOR A PRELIMINARY
INJUNCTION**

24

25

26

27

28

## **MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT 13e to the DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN

SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

MAN. FILING NOT. EX. 13e TO DECL.OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. FOR A PRELIMINARY INJUNCTION
CASE NO. 11-cv-01846-LHK
sf-3015215

1

1      Other (description): _____

2

3    Dated:     July 1, 2011            MORRISON & FOERSTER LLP

4

5                               By:   /s/ Michael A. Jacobs

6                                   Michael A. Jacobs

                          Attorney for Plaintiff

7                           APPLE INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAN. FILING NOT. EX. 13e TO DECL. OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. FOR A PRELIMINARY INJUNCTION
CASE NO. 11-cv-01846-LHK
sf-3015215

2