| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | KENNETH H. BRIDGES (CA SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (CA SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.   11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 13G TO THE DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

1 **MANUAL FILING NOTIFICATION**

3 Regarding: EXHIBIT 13g to the DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN
4 SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

6 This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
7 office. If you are a participant on this case, this filing will be served in hard-copy shortly. For
8 information on retrieving this filing directly from the court, please see the court's main web site at
9 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11 This filing was not efiled for the following reason(s):

13 \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)
14 \_\_\_\_\_ Unable to Scan Documents
15 \_\_\_\_\_ Physical Object (description): _____
16 \_X\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
17 \_\_\_\_\_ Item Under Seal
18 \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

Man. Filing Not. Ex. 13g To Decl.of Ravin Balakrishan i/s/o Apple's Mot. for a Preliminary Injunction
Case No. 11-cv-01846-LHK
sf-3015218

1

1 \_\_\_\_\_ Other (description): _____

3 Dated: July 1, 2011                           MORRISON & FOERSTER LLP

5                                               By:  /s/ Michael A. Jacobs
                                                     Michael A. Jacobs

                                                Attorney for Plaintiff
                                                APPLE INC.

MAN. FILING NOT. EX. 13g TO DECL. OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. FOR A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015218

2