| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | KENNETH H. BRIDGES (CA SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (CA SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone:  (650) 804-7800 <br> Facsimile:  (650) 852-9224 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **MANUAL FILING NOTIFICATION FOR EXHIBIT 13H TO THE DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

MAN. FILING NOT. EX. 13H TO DECL. OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. FOR A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015219

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT 13g to the DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_X___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

MAN. FILING NOT. EX. 13h TO DECL.OF RAVIN BALAKRISHAN I/S/O APPLE'S MOT. for A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK
sf-3015219

1

_____ Other (description): _____

Dated:   July 1, 2011                MORRISON & FOERSTER LLP

                                     By:  /s/ Michael A. Jacobs
                                             Michael A. Jacobs

                                     Attorney for Plaintiff
                                     APPLE INC.

Man. Filing Not. Ex. 13h To Decl. of Ravin Balakrishan i/s/o Apple's Mot. for a Preliminary Injunction
Case No. 11-cv-01846-LHK
sf-3015219

2