| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 1, 2011, I served a copy of:

1. APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

2. DECLARATION OF RICHARD J. LUTTON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

3. [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

4. APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

5. DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

6. DECLARATION OF COOPER C. WOODRING IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

7. DECLARATION OF PATRICK J. ZHANG IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

8. DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

9. DECLARATION OF SISSIE TWIGGS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

10. DECLARATION OF RICHARD J. LUTTON, JR. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [UNDER SEAL]

11. [PROPOSED] ORDER GRANTING APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

12. PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR EXPEDITED TRIAL

13. [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR EXPEDITED TRIAL

14. APPLE INC.'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE

15. [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED TRIAL

16. APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT

17. [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT

18. DECLARATION OF RICHARD S.J. HUNG REGARDING MEET AND CONFER OBLIGATIONS RELATING TO APPLE INC.'S MOTIONS FILED ON JULY 1, 2011

☒ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

**Edward J. DeFranco**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 22nd Floor
New York, NY 10017
212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

Executed in San Francisco, California, this 1st day of July, 2011.

_Colleen Burns_
Colleen Burns