| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | KENNETH H. BRIDGES (CA SBN 243541) |
| hmcelhinny@mofo.com | kbridges@bridgesmav.com |
| MICHAEL A. JACOBS (CA SBN 111664) | MICHAEL T. PIEJA (CA SBN 250351) |
| mjacobs@mofo.com | mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR (CA SBN 161368) | BRIDGES & MAVRAKAKIS LLP |
| jtaylor@mofo.com | 3000 El Camino Real |
| ALISON M. TUCHER (CA SBN 171363) | One Palo Alto Square, 2nd Floor |
| atucher@mofo.com | Palo Alto, CA 94306 |
| RICHARD S.J. HUNG (CA SBN 197425) | Telephone: (650) 804-7800 |
| rhung@mofo.com | Facsimile: (650) 852-9224 |
| JASON R. BARTLETT (CA SBN 214530) | |
| jasonbartlett@mofo.com | |

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | JURY TRIAL DEMANDED |
| Defendants. | |

1 | Having considered all of the papers filed in connection with Apple's administrative
2 | motion to exceed the page limit in connection with its Motion for a Preliminary Injunction, the
3 | Court HEREBY ORDERS:
4 | Plaintiff's request for leave to file a brief in excess of the page limit under Civil Local
5 | Rule 7-2(b) is hereby GRANTED.
6 | IT IS SO ORDERED.

Dated: July 1, 2011

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT
CASE NO. 11-CV-01846-LHK
sf-3014339

1