UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

On July 1, 2011, Plaintiff Apple, Inc. filed a motion for preliminary injunction and requested a hearing date of August 5, 2011, five weeks from the date of filing. Based on the parties' previous representations, it appeared that the parties intended to conduct discovery pertinent to the preliminary injunction motion following the filing of the opening and opposition briefs. It appears that the schedule proposed by Apple would not provide sufficient time for such discovery. Accordingly, the Court requests input from the parties regarding a reasonable time frame for briefing and hearing Apple's motion. By July 8, 2011, the parties shall file a joint statement, not to exceed 3 pages, proposing a briefing schedule and hearing date. If the parties are

//

//

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

unable to agree upon a proposed schedule, each side may propose a schedule and briefly outline the reasons supporting the requested schedule.

**IT IS SO ORDERED.**

Dated: July 2, 2011

_____
LUCY H. KOH
United States District Judge