QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME**<br><br>Honorable Lucy H. Koh<br>United States District Judge |

02198.51855/4233727.1

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME**

**[PROPOSED] ORDER**

Having considered Apple Inc.'s ("Apple") Motion to Shorten Time for Briefing and Hearing on Apple's Motion for Expedited Trial on Its Claims and for Early Case Management Conference (the "Motion") (D.N. 84), the declaration cited therein, and all pleadings and other papers in support thereof; and the Opposition filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung"), the declaration cited therein, and all pleadings and other papers in support thereof; the Court concludes that good cause does not exist for Apple's Motion. The Court therefore DENIES Apple's Motion.

Apple's Motion for Expedited Trial on Its Claims and for Early Case Management Conference (D.N. 83) shall be briefed according to the normal schedule prescribed by the Civil Local Rules of this Court, as follows:

- Samsung's Opposition to the Motion will be due on or before July 15, 2011; and
- Apple's Reply in support of the Motion, if any, will be due on or before July 22, 2011;

In order to avoid undue burden on Samsung, representatives of whom must travel from South Korea, the hearing on Apple's Motion, if any, shall be held on the same day as the currently-scheduled Case Management Conference in this action, or August 24, 2011, at 2 p.m.

**IT IS SO ORDERED.**

DATED: _____ , 2011          _____

                                  LUCY H. KOH

                                  United States District Judge

02198.51855/4233727.1

-1-                                Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME**