QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SHORTEN TIME** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh<br>United States District Judge |
| Defendants. | |

02198.51855/4233811.1

I, Erik Olson, hereby declare as follows:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Transcript of Proceedings held before the Court in this case on May 12, 2011.

3. On July 22, 2011, lead trial counsel for Samsung, Charles K. Verhoeven, is scheduled to appear at a Markman hearing in Wisconsin before Judge Barbara B. Crabb in Apple Inc. et al. v. Motorola, Inc. et al., No. 10-cv-662-bbc (W.D. Wisc.). Mr. Verhoeven thus will be in Wisconsin on July 21 in anticipation of that hearing. Judge Crabb scheduled the Markman hearing in December of 2010. The case involves 21 asserted patents, 60 asserted claims, and 12 disputed claim terms.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 5, 2011 in San Francisco, California.

/s/ Erik Olson  
Erik Olson

02198.51855/4233811.1

-1-   Case No. 11-cv-01846-LHK  
DECLARATION OF ERIK OLSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SHORTEN TIME