| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | APPLE INC. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| 15 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 16 | v. | |
| 17 | SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 20 | Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3016391

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 6, 2011, I served a copy of:

**APPLE INC.'S REPLY IN SUPPORT OF MOTION TO SHORTEN TIME ON MOTION FOR EXPEDITED TRIAL AND EARLY CASE MANAGEMENT CONFERENCE]**

☒ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

**Michael Thomas Zeller**
865 S. Figueroa Street , 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3016391

2

1  **Edward J. DeFranco**
   Quinn Emanuel Urquhart Oliver & Hedges, LLP
2  335 Madison Avenue , 22nd Floor
   New York, NY 10017
3  212-849-7000
   Fax: 212-849-7100
4  Email: eddefranco@quinnemanuel.com

5

6  **Kevin P.B. Johnson**
   Quinn Emanuel Urquhart & Sullivan LLP
   555 Twin Dolphin Drive
7  5th Floor
   Redwood Shores, CA 94065
8  650-801-5000
   Fax: 650-801-5100
9  Email: kevinjohnson@quinnemanuel.com

10 **Victoria F. Maroulis**
   Quinn Emanuel Urquhart Oliver & Hedges L
11 555 Twin Dolphin Drive, Fifth Floor
   Redwood Shores, CA 94065
12 (650) 801-5000
   Fax: (650) 801-5100
13 Email: victoriamaroulis@quinnemanuel.com

14
   Executed in San Francisco, California, this 6th day of July, 2011.
15

16
                                              /s/
17                                            Kay Franklin

18

19

20

21

22

23

24

25

26

27

28