# EXHIBIT 2

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5022

WRITER'S INTERNET ADDRESS
victoriamaroulis@quinnemanuel.com

June 27, 2011

**VIA E-MAIL**

Jason R. Bartlett, Esq.
Partner
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Re:   Apple, Inc. v. Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Jason:

I write to request information regarding Morrison & Foerster's association with its co-counsel, Bridges & Mavrakakis, in this case. Mr. Bridges entered an appearance on behalf of Apple on June 16, 2011. It has come to our attention that Mr. Bridges, and other attorneys at Bridges & Mavrakakis, previously represented Samsung in one or more matters that are substantially related to the current litigation. Given Mr. Bridges' apparent conflict, Samsung is very concerned that you and other attorneys at Morrison & Foerster have received confidential Samsung information.

In light of these serious issues, we request a meet and confer, no later than June 29th to discuss the following issues:

- Any receipt by Morrison & Foerster of confidential Samsung information from any attorney at Bridges & Mavrakakis.

- A description of the relationship between Morrison & Foerster and Bridges & Mavrakakis in the present litigation, including (a) the name of the Morrison &

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

      Foerster attorneys that have had contact with attorneys from Bridges & Mavrakakis, and (b) the content of these communications.

- Whether any Morrison & Foerster attorneys conveyed confidential information received from any attorneys working for Bridges & Mavrakakis to Apple.

We appreciate your prompt cooperation on this matter. While we would prefer to resolve this matter without the need for judicial intervention, Samsung expressly reserves all of its rights therein.

Very truly yours,

*/s/ Victoria F. Maroulis*  /ADT

Victoria F. Maroulis

VFM

cc: Mr. Kenneth Bridges, Bridges & Mavrakakis