# EXHIBIT 5

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

June 30, 2011

Writer's Direct Contact
(415) 268-7602
rhung@mofo.com

*Via Electronic Mail*

Victoria Maroulis
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94-65-2139
victoriamaroulis@quinnemanuel.com

Re:   *Apple Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 (N.D. Cal.)

Dear Victoria:

I write in response to your June 27, 2011 letter to Jason Bartlett. That letter concerned Bridges & Mavrakakis LLP's involvement as co-counsel for Apple Inc. in this litigation.

As you know, Michael Pieja has already responded to your letter to Ken Bridges on this same topic. I trust that Mr. Pieja's response adequately addresses any good faith concerns that Samsung may have relating to the Bridges & Mavrakakis attorneys' appearance and involvement in this litigation.

Nevertheless, to respond to the specific issues raised by your letter:

- Morrison & Foerster LLP attorneys have not received any Samsung confidential information from Bridges & Mavrakakis attorneys.

- Morrison & Foerster attorneys have not conveyed any Samsung confidential information that they received from Bridges & Mavrakakis attorneys to Apple.

- Regarding your request for a "description of the relationship between Morrison & Foerster and Bridges & Mavrakakis in this litigation," that request plainly seeks information that is privileged or protected from disclosure under the work product doctrine.

sf-3015047

MORRISON | FOERSTER

Victoria Maroulis
June 30, 2011
Page Two

If you have additional questions on this topic, please do not hesitate to call.

Sincerely,

Richard S.J. Hung

cc: Michael Pieja, Esq.
    Mark Selwyn, Esq.

sf-3015047