# EXHIBIT 6

# WILMERHALE

June 30, 2011

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

**By E-mail and First Class Mail**

Victoria F. Maroulis, Esq.
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065-2139

Re:   **Samsung Electronics Co. Ltd., Samsung Telecommunications America LLC v. Apple Inc., Case No. 5:11-cv-01846-LHK**

Dear Victoria:

I write to respond to your letter dated June 28, 2011.

As you know from Mr. Pieja's letter to you of yesterday, the Bridges & Mavrakakis attorneys have confirmed that they have not provided, and have no intention of providing, WilmerHale or other Apple counsel with any non-public or confidential information relating to any prior representation of Samsung, and that they have no conflict that precludes their representation of Apple. In any event, in response to your questions, WilmerHale has neither received any confidential Samsung information from the Bridges & Mavrakakis attorneys, nor provided any confidential Samsung information to Apple.

You have requested a "description of the relationship between WilmerHale and Bridges & Mavrakakis in the present litigation." With respect to *Apple Inc. v. Samsung Electronics Co. Ltd., et al.*, Case No. 11-cv-01846-LKH, WilmerHale is not counsel of record. I filed a special notice of appearance "for the limited purpose of Apple Inc.'s Opposition to the Motion to Relate." (Docket No. 48.) However, WilmerHale and Bridges & Mavrakakis both represent Apple in connection with its litigation against Samsung.

Lastly, your request that I reveal "the content" of communications between WilmerHale and Bridges & Mavrakakis attorneys. Such a request clearly calls for privileged information, and is any event irrelevant to your inquiry given the assurances provided above.

Sincerely yours,

*/s/ Mark Selwyn*

Mark D. Selwyn

MDS:le

Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

**WILMERHALE**

June 30, 2011
Page 2

cc:   Kenneth Bridges, Bridges & Mavrakakis
      Jason Bartlett, Morrison & Foerster