1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 San Francisco, California 94111
Telephone: (415) 875-6600
4 Facsimile: (415) 875-6700

5 Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8 Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9
Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**<br><br>**Date: August 18, 2011**<br>**Time: 1:30 pm**<br>**Place: Courtroom 4, 5th Floor**<br>**Judge: Hon. Lucy H. Koh** |

1    The Court, having considered the moving, opposition, and reply papers, including evidence submitted therewith, applicable law, argument by counsel, and all other matters presented to this Court on Defendant's Motion to Disqualify Bridges & Mavrakakis, and good cause having been shown, HEREBY ORDERS that:

    1.    Defendant's Motion to Disqualify Bridges & Mavrakakis is GRANTED;

    2.    Defendant's request for detailed affidavits from Morrison & Foerster, Wilmer Hale, and Apple confirming that no Samsung confidential information has been passed to them from Bridges & Mavrakakis is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2011

---
Hon. Lucy H .Koh
United States District Court Judge