1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America LLC

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date: August 18, 2011**<br>**Time: 1:30 pm**<br>**Place: Courtroom 4, 5th Floor**<br>**Judge: Hon. Lucy H. Koh** |
| Defendants. | |

1   Pursuant to Civil L.R. 79-5 and 7-11, and General Order No. 62, Samsung Electronics
2   America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively
3   "Samsung") hereby bring this administrative motion for a sealing order to seal the Declaration of
4   Eunha Kim In Support of Samsung's Motion to Disqualify Bridges & Mavrakakis LLP and
5   attached Exhibits 1-3 (the "Kim Declaration").

6   Samsung has established good cause to permit filing this information under seal through
7   the Declaration of Eunha Kim in Support of Samsung's Administrative Motion to File Documents
8   Under Seal (the "Kim Administrative Declaration"), filed contemporaneously herewith.  The Kim
9   Declaration as well as the attached Exhibits 1-3, contain detailed information regarding past
10  Samsung litigation and strategy as well as detailed billing records submitted by the attorneys from
11  Bridges & Mavrakakis while they were at Kirkland & Ellis, LLP. ("Kim Administrative
12  Declaration" at ¶ 3.)  The declaration contains detailed descriptions of the tasks and strategies
13  undertaken by the former Kirkland & Ellis attorneys while representing Samsung.  (Id.)  This type
14  of detailed litigation strategy information is treated as highly confidential by Samsung and its
15  disclosure would harm future litigations.  (Id.)  Additionally, the billing records contain detailed
16  information regarding the tasks performed by the attorneys that would reveal highly confidential
17  information on how Samsung litigates claims of patent infringement.  (Id.)  In fact, it is precisely
18  this type of information that Samsung is concerned will be disclosed by attorneys at Bridges &
19  Mavrakakis if they are not disqualified as counsel for Apple.

20  Accordingly, Samsung respectfully requests that the Court order that the Kim Declaration
21  and Exhibits 1-3 to the Kim Declaration be filed under seal.

| | |
|---|---|
| 1  DATED: July 11, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Edward DeFranco
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC