1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America LLC

18
                       UNITED STATES DISTRICT COURT
19
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 APPLE INC., a California corporation,            CASE NO. 11-cv-01846-LHK

22         Plaintiff,                               **DECLARATION OF EUNHA KIM IN
                                                    SUPPORT OF SAMSUNG'S
23 vs.                                              ADMINISTRATIVE MOTION TO FILE
                                                    DOCUMENTS UNDER SEAL**
24 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
25 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

27         Defendants.

28

02198.51855/4243892.1

Case No. 11-cv-01846-LHK
**DECLARATION OF EUNHA KIM IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Eunha Kim, declare:

1. I am a director at Samsung Information Systems America, Inc., which is wholly owned by Samsung Electronics America. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Pursuant to Civil Local Rule 79-5 and General Order No. 62, I make this Declaration in support of Samsung's Administrative Motion to File Under Seal the Declaration of Eunha Kim in support of Samsung's Opposition to Plaintiff's Motion to Expedite Discovery (the "Kim" Declaration), and Exhibits 1-3 attached to that declaration.

3. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information contained in the Kim Declaration and accompanying exhibits. Specifically, the Kim Declaration contains detailed, highly confidential information regarding Samsung's conduct of prior litigations. This information provides an insight into how Samsung manages its litigations, in particular patent litigations, and this information could be used by future litigants to Samsung's disadvantage. The exhibits also contain the detailed billing records submitted by its former counsel. These records provide further insight into Samsung's litigation tactics and strategies with regards to patent litigation

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Jose, CA on July 11, 2011.

By _____
Eunha Kim

-1-    Case No. 11-cv-01846-LHK
DECLARATION OF EUNHA KIM IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL