QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward DeFranco (Cal. Bar No.165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Date: August 18, 2011**<br>**Time: 1:30 pm**<br>**Place: Courtroom 4, 5th Floor**<br>**Judge: Hon. Lucy H. Koh** |

02198.51855/4244221.1

Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Austin Tarango, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On July 11, 2011, I e-mailed counsel for Apple, Inc. ("Apple") requesting that Apple stipulate to the filing under seal of Eunha Kim's Declaration in Support of Samsung's Motion to Disqualify Bridges & Mavrakakis LLP and attached Exhibits 1-3.  I requested that counsel for Apple let me know by 7:00 p.m. today whether Apple would so stipulate.  I also placed calls to Apple's counsel at Morrison & Foerster to confirm this stipulation but was unable to reach anyone in their offices.

3. Mr. Pieja from Bridges & Mavrakakis was the only attorney representing Apple that responded to my e-mail.  Mr. Pieja stated that he would not respond today to my e-mail but said that he expected to provide a response tomorrow.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in Redwood Shores, CA on July 11, 2011.

By */s/ Austin Tarango*
Austin Tarango

02198.51855/4244221.1

-1-   Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**