QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward DeFranco (Cal. Bar No.165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics America, Inc.
and Samsung Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Date: August 18, 2011**<br>**Time: 1:30 pm**<br>**Place: Courtroom 4, 5th Floor**<br>**Judge: Hon. Lucy H. Koh** |

1    Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications
2    America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to
3    File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that
4    Exhibits 1-3 of Eunha Kim's Declaration in Support of Samsung's Motion to Disqualify Bridges
5    & Mavrakakis, LLP(the "Kim Declaration"), be filed under seal because they contain confidential
6    information.

7    Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order
8    No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The
9    declarations establish that the information contained in the below documents is confidential and
10   therefore sealable.

11   Accordingly, for good cause shown, the Court ORDERS that the following documents
12   shall be filed under seal:

13   • Eunha Kim's Declaration, including the attached Exhibits 1-3, in Support of
     Samsung's Motion to Disqualify Bridges & Mavrakakis, LLP.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
The Honorable Lucy H. Koh
United States District Court Judge

02198.51855/4242973.1

-1-    Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**