1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,       | CASE NO. 11-cv-01846-LHK
19 |                      Plaintiff,             |
20 |           vs.                               | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a            |
   | Korean business entity; SAMSUNG             |
22 | ELECTRONICS AMERICA, INC., a New            |
   | York corporation; SAMSUNG                   |
23 | TELECOMMUNICATIONS AMERICA,                 |
   | LLC, a Delaware limited liability company,  |
24 |                                             |
   |                      Defendants.            |
25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139.

On July 11, 2011, I served true copies of the following document described as

**DECLARATION OF EUNHA KIM IN SUPPORT OF SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS**

on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | KENNETH H. BRIDGES<br>kbridges@bridgesmav.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | MICHAEL T. PIEJA<br>mpieja@bridgesmav.com |
| JENNIFER LEE TAYLOR<br>JTaylor@mofo.com | BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square<br>Palo Alto, CA 94306 |
| RICHARD S.J. HUNG<br>rhung@mofo.com | |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhalecom |
| MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304 |

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from austintarango@quinnemanuel.com on , by transmitting a PDF format copy of such document to each such person at the e mail address listed above.  The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 11, 2011, at Redwood Shores, California.

/s/
Austin D. Tarango