1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S** |
| 20         vs. | **OPPOSITION TO APPLE'S MOTION FOR EXPEDITED TRIAL ON ITS** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 24, 2011<br>Time: 2:00 pm |
| 24         Defendants. | Place: Courtroom 4, 5th floor<br>Judge: Hon. Lucy H. Koh |

25

26

27

28

I, Austin Tarango, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a press release accessed and printed on on July 8, 2011, available at http://www.samsung.com/us/news/newsRead.do?news_seq=19707.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a press release accessed and printed on July 8, 2011, available at http://www.samsung.com/us/news/presskitRead.do?page=3&news_seq=19764&rdoPeriod=.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a website accessed and printed on July 8, 2011, available at http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB?cid=ppc_mob_goo_.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a website accessed and printed on July 8, 2011, available at http://www.samsung.com/us/mobile/cell-phones/SGH-T959ZKATMB?cid=ppc_mob_goo_.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the results of a civil party search for the name "Apple Inc." in the Northern District Court of California on the Pacer Case Locator, available at https://pcl.uscourts.gov/search, accessed and printed on July 7, 2011.

7. Attached hereto as **Exhibit 6** is a highlighted, true and correct copy of statistical table C-10, entitled "Median Time Intervals from Filing to Trial for Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2010" from the Administrative Office of the U.S. Courts' website, accessed and printed on July 8, 2011 available at http://www.uscourts.gov/uscourts/Statistics/JudicialBusiness/2010/appendices/C10Sep10.pdf.

**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE**

8. Attached hereto as **Exhibit 7** is a true and correct copy of a press release accessed and printed on July 14, 2011, available at http://www.samsung.com/us/news/newsRead.do?news_seq=19810.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the first page of the Complaint in the action filed in the Northern District of California entitled <u>Excelligence Learning Corporation v. Oriental Trading Company Inc. and Teresa Martini</u>, case number 5:03-cv-04947-JF.

10. Attached hereto as **Exhibit 9** is a true and correct copy of certain excerpts of the Complaint filed in a request for an ITC Investigation titled "Certain Electronic Digital Media Devices and Components Thereof," and the Verification of the Complaint filed with the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on July 15, 2011.

By /s/
Austin Tarango

-2-   Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR EXPEDITED TRIAL ON ITS CLAIMS AND FOR EARLY CASE MANAGEMENT CONFERENCE**