# EXHIBIT 2

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS      BUSINESS      APPS           SUPPORT    MY ACCOUNT    Search

You are here : Home > News

**Latest news**

**International news**

AT&T Introduces SAMSUNG Galaxy Tab With Pay-As-You-Go Monthly Data Plans

**Android-Powered Tablet Available Nov. 21 Online and in 2,200 AT&T Stores October 31**

**DALLAS, NoV. 10, 2010**— AT&T* and Samsung Telecommunications America (Samsung Mobile), today announced the **Samsung Galaxy Tab™** will launch on Sunday, Nov. 21 on the nation's fastest mobile broadband network, and just in time for the holiday season.

The Galaxy Tab will be available for $649.99** at more than 2,200 AT&T company owned stores and online at Samsung Galaxy Tab (www.att.com/galaxytab). AT&T will offer two pay-as-you-go data plan options for the Galaxy Tab, a $14.99 pay-as-you-go plan for 30 days with up to 250 MB of usage and a $25 pay-as-you-go plan for 30 days with up to 2 GB of usage. If customers use all the data included in their plan before 30 days, they can purchase another pay-as-you go plan. For additional convenience, these plans can automatically renew every 30 days, when customers pay for these plans with a credit card or debit card.

AT&T data plan subscribers also get access to AT&T's entire national Wi-Fi network at no additional charge. Subscribers can activate their service plan directly on the Galaxy Tab, without making a phone call or a visit to the store, whenever they need access to data within the allocated U.S. footprint.

The data plans do not require a long-term contract. Customers have the option to change plans or purchase more data without penalty as needed. As a courtesy reminder, AT&T will notify customers with a text and email when their 30-day plan is close to expiring or when they are close to depleting the amount of data available in the plan.

In addition to the domestic data plans, international passes are also available which provide data coverage in more than 100 countries, including Canada, Mexico, and countries in the Americas, Europe and Asia. Plans start at $24.99.

"Consumers are seeking cutting-edge mobile computing devices and we're proud to give them another great choice in our product portfolio," said **David Haight, vice president of business development, AT&T Emerging Devices**. "Samsung's Galaxy Tab is a sharp device boasting a brilliant screen for watching videos, a powerful processor and a host of cutting edge features that everyone in the family will enjoy. Pairing it with the nation's fastest mobile broadband network and most extensive Wi-Fi network gives AT&T Galaxy customers the best mobile broadband experience in the market."

"We are excited to bring the Galaxy Tab to AT&T customers for the holiday season," said **Omar Khan, Chief Strategy Officer, Samsung Mobile**. "Its seven inch form factor, pocketable weight and robust feature set make it ideal for work and play. It's the kind of device users will want to carry with them every day."

Powered by the Android™ 2.2 platform, the Samsung Galaxy Tab touts a 7-inch enhanced TFT touch screen, 1Ghz Hummingbird application processor, support for Adobe® Flash® Player 10.1, Media Hub - Samsung's own content service that offers an extensive library of acclaimed films and TV programming – Samsung Social Hub, dual cameras, and many additional features.

For a limited time, AT&T customers will receive a $50 Media Hub Movie Rental credit with Galaxy Tab purchases.2

AT&T consumers will enjoy a rich web browsing experience with the mobile tablet, along with access to many forms of multimedia content on the 7-inch display, including movies, photos, ebooks and more – all on the go Also, users can communicate via e-mail or social networking with the optimized user interface.

In addition to the numerous Samsung Mobile features, the AT&T-powered Samsung Galaxy Tab also features AT&T Connection Manager, which automatically connects users to AT&T Wi-Fi Hot Spots to better manage data usage.

Additional information on AT&T data plans for the Galaxy Tab is available at www.att.com/galaxytab. For more information on AT&T, please visit the AT&T website.

*AT&T products and services are provided or offered by subsidiaries and affiliates of AT&T Inc. under the AT&T brand and not by AT&T Inc.*

  
About Samsung — Welcome to Samsung

Corporate Profile
Investor Relations
Sustainability
Citizenship
Our Businesses
Global Procurement
Management
Careers

 
Press Release
more »

 
Media Contact
more »

SAMSUNG USA News Room
more »

2 Galaxy Tab customers are required to register their device at www.samsung.com/register to receive their $50 Media Hub Movie Rental credit. For additional information and terms and conditions, please visit www.samsung.com/atttabp.

Mobile broadband coverage not available in all areas.

Restrictions apply. Time begins expiring immediately upon activation whether you are using the service or not. Once you consume your allotted data or your time expires, whichever occurs first, your data access will cease. You forfeit any data you do not use within the plan's time period. Actual speed and coverage may vary. Coverage not available in all areas.Wi-Fi: largest claim based on company branded and operated hotspots. Access to AT&T Hot Spots requires active subscription to AT&T DataConnect Pass Access includes AT&T Wi-Fi Basic. Other restrictions apply. See www.attwifi.com for details and locations. Plans should be purchased before traveling outside the U.S., Puerto Rico or the U.S.V.I. For available countries and carriers, see www.att.com/dataconnectglobal. Availability, quality of coverage while roaming are not guaranteed. Fees are non-refundable. For complete terms and conditions see DataConnect Pass/iPad™/Session-Based Wireless Data Services Agreement on att.com/wirelesslegal.

**About AT&T**
AT&T Inc. (NYSE:T) is a premier communications holding company. Its subsidiaries and affiliates – AT&T operating companies – are the providers of AT&T services in the United States and around the world. With a powerful array of network resources that includes the nation's fastest mobile broadband network, AT&T is a leading provider of wireless, Wi-Fi, high speed Internet and voice services. A leader in mobile broadband, AT&T also offers the best wireless coverage worldwide, offering the most wireless phones that work in the most countries. It also offers advanced TV services under the AT&T U-verse® and AT&T │DIRECTV brands. The company's suite of IP-based business communications services is one of the most advanced in the world. In domestic markets, AT&T Advertising Solutions and AT&T Interactive are known for their leadership in local search and advertising. In 2010, AT&T again ranked among the 50 Most Admired Companies by FORTUNE®magazine.

Additional information about AT&T Inc. and the products and services provided by AT&T subsidiaries and affiliates is available at the AT&T Web Site. This AT&T news release and other announcements are available at AT&T Newsroom, and as part of an RSS feed at AT&T RSS Feed. Or follow our news on Twitter @ATT. Find us on Facebook at the AT&T Facebook to discover more about our consumer and wireless services or at AT&T Small Business Facebookto discover more about our small business services.

**About Samsung Telecommunications America**
Samsung Telecommunications America, LLC, a Dallas-based subsidiary of Samsung Electronics Co., Ltd., researches, develops and markets wireless handsets and telecommunications products throughout North America. For more information, please visit **www.samsung.com**.

**About Samsung Electronics Co., Ltd.**
Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2009 consolidated sales of US$116.8 billion. Employing approximately 188,000 people in 185 offices across 65 countries, the company consists of eight independently operated business units: Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, Digital Imaging, Semiconductor and LCD. Recognized as one of the fastest growing global brands, Samsung Electronics is a leading producer of digital TVs, memory chips, mobile phones and TFT-LCDs. For more information, please visit **www.samsung.com**.

printer-friendly

previous   Sprint Selects Samsung as Infrastru...

next   Verizon Wireless And SAMSUNG Mobile...

List



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | Chromebook | Refrigerators | Get downloads |
| News | Home Projectors | Cell Phone Accessories | | Monitors | Microwaves | Owner benefits |
| Investor Relations | Home Theater Systems | Laptops | | Printers | Dishwashers | Articles |
| | | | | Projectors | Ranges | Shopping guides |

| Chromebook | Memory & Storage | Contact us |

Search

Business   Apps   Privacy   Legal   Sitemap   RSS    USA / English     Like  283

Copyright © 1995-2011 SAMSUNG All rights reserved.