# EXHIBIT 3

Galaxy S™ 4G

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS          BUSINESS          APPS                    SUPPORT     MY ACCOUNT   Search

Home > Cell Phones >
**Galaxy S™ 4G Android Smartphone**                                         74     Like  2K      SHOP

SGH-T959V          178 REVIEWS                          OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

**Faster Downloads, Uploads and Web Browsing at 4G Speeds**

**Video Chats without Buffering**

**1.0 GHz Processor for Accelerated Multitasking**

**Responsive and Brilliant Super AMOLED™ Display**

Please check with an authorized Samsung retailer for price information



SHOP

Prices for online and
local retailers near you.

Print This

## Product Features   See All Features

**Faster Downloads, Uploads and Web Browsing at 4G Speeds**

You're never without a range of instant and endless entertainment options when you have your Galaxy S™ 4G. Download and immediately start watching all your favorite movies and TV shows from the Samsung Media Hub. Video games and websites with Flash content are never a problem. With expandable memory of up to 32GB and a larger battery, you will easily have plenty of space and time to enjoy all your favorite pictures and media.



**Video Chats without Buffering**

Stay constantly connected with friends and family from practically anywhere, thanks to the front facing camera with QIK, the popular video chat app from Skype specifically for Android OS based devices. And there's no need for any buffering with T-Mobile's all new 4G network, perfect for video chats. The Galaxy S™ 4G's 5.0 Megapixel rear facing camera shoots sharp photos and HD videos with excellent resolution.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T959V Galaxy S 4G Virtual User Guide – ENGLISH
SGH-T959V Galaxy S 4G Virtual Manual – SPANISH

## Specifications

 Platform
HSDPA 21Mbps/HSUPA 5.76Mbps

 Platform
Android 2.2, Froyo

 Display
4" Display

 Display
Touch Screen

 Color
Charcoal Gray

 Connectivity
Wi-fi Connectivity

 Size
4.82 x 2.54 x 0.39

See Full Specs

## Owner Reviews  See All

Overall:          Features:          Performance:          Design:          Value:

"AWESOME PHONE""Great Everyday "we bought 2"   Like it? A lot?
Phone...."