# EXHIBIT 4

NEWS  ABOUT SAMSUNG  LOGIN

PRODUCTS        BUSINESS        APPS            SUPPORT     MY ACCOUNT    Search

Home > Cell Phones >                                                29    Like  3K    SHOP
Samsung Vibrant™ Android Smartphone

SGH-T959            409 REVIEWS             OVERVIEW  FEATURES  SPECS  GALLERY  REVIEWS  ACCESSORIES  SUPPORT

Galaxy S with Android™ 2.2 OS

Super AMOLED touchscreen

Preloaded with the movie Avatar

Instant social networking capabilities

Please check with an authorized Samsung retailer for price information

SHOP

Prices for online and
local retailers near you.



Print This

Product Features   See All Features

**Galaxy S with Android 2.2 OS**

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Android Market -- everything from popular games to productivity tools to constellation maps. Powered by the latest Android platform, this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.



**Super AMOLED touchscreen**

Your world just got brighter and you don't even need shades. Experience HD-quality video recording that's clearly detailed, extraordinarily vivid and astonishingly colorful on the brilliant 4-inch Super AMOLED screen. Movies, games and websites all come to life even in broad daylight thanks to an anti-reflective screen. One of the thinnest, most responsive smartphones in the world, it also uses less power and has a longer battery life.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T959 Vibrant Virtual User Guide – ENGLISH
SGH-T959 Vibrant Virtual Manual – SPANISH

**Specifications**

 Carrier
T-Mobile

 Platform
Android 2.2 OS

Display
4" Display

 Display
Touch Screen

Color
Black

 Connectivity
Wi-fi Connectivity

 Size
4.82" x 2.54" x 0.39"

See Full Specs

Owner Reviews  See All

Overall:              Features:          Performance:         Design:            Value:

"the vibrant is   "Alot of bang for   "Incredible..."   Like it? A lot?
  vibrant!"        the buck!"                           A little? Tell