# EXHIBIT 5



**Civil Party Search**
Thu Jul 7 20:58:23 2011
123 records found

**User:** qe0001
**Client:** 51855
**Search:** Civil Party Search Name Apple Inc California Northern Page: 1

| | Party Name ▼ | Court | Case | NOS | Date Filed | D |
|---|---|---|---|---|---|---|
| 1 | Apple Inc (cc) | candce | 3:2009-cv-05241 | 830 | 11/05/2009 | |
| 2 | Apple Inc (cc) | candce | 4:2010-cv-05543 | 830 | 12/09/2010 | |
| 3 | Apple Inc (cc) | candce | 3:2011-cv-02226 | 830 | 05/09/2011 | |
| 4 | Apple Inc (dft) | candce | 3:2009-cv-05241 | 830 | 11/05/2009 | |
| 5 | Apple Inc (dft) | candce | 5:2010-cv-03231 | 370 | 07/23/2010 | |
| 6 | Apple Inc (dft) | candce | 5:2010-cv-05082 | 245 | 11/16/2010 | |
| 7 | Apple Inc (dft) | candce | 4:2010-cv-05543 | 830 | 12/09/2010 | |
| 8 | Apple Inc (dft) | candce | 3:2011-cv-02226 | 830 | 05/09/2011 | |
| 9 | Apple Inc. (3pd) | candce | 3:2000-md-01369 | 820 | 10/16/2000 | |
| 10 | Apple Inc. (3pd) | candce | 5:2008-cv-04312 | 380 | 09/12/2008 | |
| 11 | Apple Inc. (3pp) | candce | 3:2006-mc-80347 | | 12/04/2006 | |
| 12 | Apple Inc. (cc) | candce | 5:2001-cv-21218 | 840 | 12/28/2001 | |
| 13 | Apple Inc. (cc) | candce | 3:2003-cv-03931 | 840 | 08/26/2003 | |
| 14 | Apple Inc. (cc) | candce | 3:2006-cv-00019 | 830 | 01/04/2006 | |
| 15 | Apple Inc. (dft) | candce | 3:2002-cv-02048 | 190 | 04/25/2002 | |
| 16 | Apple Inc. (dft) | candce | 5:2003-cv-00267 | 190 | 01/17/2003 | |
| 17 | Apple Inc. (dft) | candce | 5:2003-cv-00628 | 190 | 02/13/2003 | |
| 18 | Apple Inc. (dft) | candce | 3:2003-cv-03931 | 840 | 08/26/2003 | |
| 19 | Apple Inc. (dft) | candce | 5:2003-cv-05504 | 440 | 12/08/2003 | |
| 20 | Apple Inc. (dft) | candce | 4:2004-cv-00405 | 442 | 01/29/2004 | |
| 21 | Apple Inc. (dft) | candce | 5:2004-cv-00805 | 442 | 02/26/2004 | |
| 22 | Apple Inc. (cc) | candce | 3:2011-cv-01509 | 830 | 03/29/2011 | |
| 23 | Apple Inc. (cc) | candce | 4:2011-cv-01079 | 830 | 03/11/2011 | |
| 24 | Apple Inc. (cd) | candce | 5:2002-cv-02062 | 190 | 04/26/2002 | |
| 25 | Apple Inc. (cd) | candce | 3:2005-cv-01894 | 830 | 05/09/2005 | |
| 26 | Apple Inc. (cd) | candce | 3:2006-cv-00019 | 830 | 01/04/2006 | |
| 27 | Apple Inc. (cd) | candce | 5:2006-cv-04256 | 190 | 07/11/2006 | |
| 28 | Apple Inc. (cd) | candce | 3:2008-cv-03251 | 820 | 07/03/2008 | |
| 29 | Apple Inc. (dft) | candce | 5:2004-cv-02424 | 442 | 06/18/2004 | |
| 30 | Apple Inc. (dft) | candce | 5:2004-cv-02928 | 830 | 07/20/2004 | |
| 31 | Apple Inc. (dft) | candce | 5:2005-cv-00037 | 890 | 01/03/2005 | |
| 32 | Apple Inc. (dft) | candce | 5:2005-md-01654 | 830 | 02/24/2005 | |
| 33 | Apple Inc. (dft) | candce | 5:2005-cv-03414 | 190 | 08/23/2005 | |
| 34 | Apple Inc. (dft) | candce | 5:2005-cv-00923 | 830 | 03/03/2005 | |
| 35 | Apple Inc. (dft) | candce | 5:2005-cv-01567 | 830 | 04/15/2005 | |
| 36 | Apple Inc. (dft) | candce | 5:2006-cv-05007 | 850 | 08/18/2006 | |
| 37 | Apple Inc. (dft) | candce | 5:2006-cv-05246 | 160 | 08/25/2006 | |
| 38 | Apple Inc. (dft) | candce | 5:2006-cv-05374 | 160 | 08/31/2006 | |
| 39 | Apple Inc. (dft) | candce | 5:2006-cv-05389 | 850 | 08/31/2006 | |
| 40 | Apple Inc. (dft) | candce | 5:2006-cv-04703 | 160 | 08/02/2006 | |
| 41 | Apple Inc. (dft) | candce | 5:2006-cv-05418 | 160 | 09/01/2006 | |
| 42 | Apple Inc. (dft) | candce | 5:2006-cv-05427 | 160 | 09/01/2006 | |
| 43 | Apple Inc. (dft) | candce | 5:2005-cv-04244 | 385 | 10/19/2005 | |
| 44 | Apple Inc. (dft) | candce | 5:2005-cv-04372 | 385 | 10/26/2005 | |
| 45 | Apple Inc. (dft) | candce | 5:1995-cv-20532 | 791 | 08/07/1995 | |
| 46 | Apple Inc. (dft) | candce | 5:2005-cv-04520 | 385 | 11/04/2005 | |
| 47 | Apple Inc. (dft) | candce | 5:2005-cv-05319 | 190 | 12/22/2005 | |
| 48 | Apple Inc. (dft) | candce | 5:2006-cv-02280 | 195 | 03/30/2006 | |
| 49 | Apple Inc. (dft) | candce | 5:2006-md-01754 | 385 | 04/18/2006 | |
| 50 | Apple Inc. (cd) | candce | 4:2011-cv-01327 | 840 | 03/18/2011 | |
| 51 | Apple Inc. (cd) | candce | 5:2011-cv-01846 | 840 | 04/15/2011 | |
| 52 | Apple Inc. (dft) | candce | 4:2001-cv-03667 | 850 | 09/27/2001 | |
| 53 | Apple Inc. (dft) | candce | 4:2001-cv-04054 | 850 | 10/29/2001 | |
| 54 | Apple Inc. (dft) | candce | 4:2001-cv-04212 | 850 | 11/13/2001 | |

**Receipt** 07/07/2011 20:58:24 49741690
**User** qe0001
**Client** 51855
**Description** Civil Party Search
    Name Apple Inc California Northern Page: 1
    You have previously been billed for this page.
**Pages** 1 ($0.00)



**Civil Party Search**
Thu Jul 7 20:58:23 2011
123 records found

**User:** qe0001
**Client:** 51855
**Search:** Civil Party Search Name Apple Inc California Northern Page: 2

| | Party Name ▼ | Court | Case | NOS | Date Filed |
|---|---|---|---|---|---|
| 55 | Apple Inc. (dft) | candce | 5:2001-cv-21218 | 840 | 12/28/2001 |
| 56 | Apple Inc. (dft) | candce | 3:2002-cv-01331 | 893 | 03/18/2002 |
| 57 | Apple Inc. (dft) | candce | 5:2006-cv-05035 | 850 | 08/22/2006 |
| 58 | Apple Inc. (dft) | candce | 5:2006-cv-06502 | 850 | 10/17/2006 |
| 59 | Apple Inc. (dft) | candce | 5:2006-cv-06505 | 160 | 10/18/2006 |
| 60 | Apple Inc. (dft) | candce | 5:2006-cv-05208 | 850 | 08/24/2006 |
| 61 | Apple Inc. (dft) | candce | 4:2006-cv-06573 | 830 | 10/20/2006 |
| 62 | Apple Inc. (dft) | candce | 3:2007-cv-00198 | 840 | 01/10/2007 |
| 63 | Apple Inc. (dft) | candce | 3:2007-cv-04397 | 446 | 08/24/2007 |
| 64 | Apple Inc. (dft) | candce | 5:2006-cv-03266 | 890 | 05/16/2006 |
| 65 | Apple Inc. (dft) | candce | 5:2006-cv-03602 | 195 | 06/06/2006 |
| 66 | Apple Inc. (dft) | candce | 5:2006-cv-04075 | 385 | 06/30/2006 |
| 67 | Apple Inc. (dft) | candce | 5:2006-cv-04457 | 410 | 07/21/2006 |
| 68 | Apple Inc. (dft) | candce | 5:2006-cv-04493 | 160 | 07/24/2006 |
| 69 | Apple Inc. (dft) | candce | 5:2006-cv-04454 | 160 | 07/20/2006 |
| 70 | Apple Inc. (dft) | candce | 5:2006-cv-04649 | 160 | 07/31/2006 |
| 71 | Apple Inc. (dft) | candce | 5:2009-cv-00706 | 791 | 02/18/2009 |
| 72 | Apple Inc. (dft) | candce | 4:2009-cv-01818 | 820 | 04/27/2009 |
| 73 | Apple Inc. (dft) | candce | 4:2009-cv-02607 | 820 | 06/11/2009 |
| 74 | Apple Inc. (dft) | candce | 5:2009-cv-03277 | 190 | 07/17/2009 |
| 75 | Apple Inc. (dft) | candce | 5:2009-cv-03278 | 190 | 07/17/2009 |
| 76 | Apple Inc. (dft) | candce | 5:2009-cv-03321 | 190 | 07/20/2009 |
| 77 | Apple Inc. (dft) | candce | 5:2009-cv-03353 | 190 | 07/23/2009 |
| 78 | Apple Inc. (dft) | candce | 5:2010-cv-04117 | 195 | 09/14/2010 |
| 79 | Apple Inc. (dft) | candce | 5:2010-cv-03957 | 890 | 09/02/2010 |
| 80 | Apple Inc. (dft) | candce | 5:2010-cv-04273 | 385 | 09/22/2010 |
| 81 | Apple Inc. (dft) | candce | 5:2010-cv-05081 | 890 | 11/16/2010 |
| 82 | Apple Inc. (dft) | candce | 5:2010-cv-05200 | 385 | 11/17/2010 |
| 83 | Apple Inc. (dft) | candce | 3:2010-cv-05762 | 830 | 12/17/2010 |
| 84 | Apple Inc. (dft) | candce | 5:2010-cv-05878 | 890 | 12/23/2010 |
| 85 | Apple Inc. (gar) | candce | 3:2005-cv-01909 | 152 | 05/09/2005 |
| 86 | Apple Inc. (ip) | candce | 3:2007-md-01827 | 410 | 04/20/2007 |
| 87 | Apple Inc. (misc) | candce | 5:2004-cv-02927 | 830 | 07/20/2004 |
| 88 | Apple Inc. (misc) | candce | 4:2001-cv-00326 | 830 | 01/19/2001 |
| 89 | Apple Inc. (misc) | candce | 5:2006-cv-04128 | 160 | 06/30/2006 |
| 90 | Apple Inc. (misc) | candce | 4:2011-cv-00329 | 830 | 01/25/2011 |
| 91 | Apple Inc. (mov) | candce | 4:2001-cv-01375 | 830 | 04/06/2001 |
| 92 | Apple Inc. (dft) | candce | 3:2010-cv-05895 | 380 | 12/27/2010 |
| 93 | Apple Inc. (dft) | candce | 3:2011-mc-80026 | | 02/09/2011 |
| 94 | Apple Inc. (dft) | candce | 4:2011-mc-80057 | 890 | 03/11/2011 |
| 95 | Apple Inc. (dft) | candce | 3:2011-cv-01509 | 830 | 03/29/2011 |
| 96 | Apple Inc. (dft) | candce | 5:2011-cv-01453 | 890 | 03/25/2011 |
| 97 | Apple Inc. (dft) | candce | 4:2011-cv-01079 | 830 | 03/11/2011 |
| 98 | Apple Inc. (dft) | candce | 4:2011-cv-02509 | 442 | 05/23/2011 |
| 99 | Apple Inc. (dft) | candce | 5:2009-cv-03862 | 890 | 08/24/2009 |
| 100 | Apple Inc. (dft) | candce | 5:2009-cv-05779 | 470 | 12/15/2009 |
| 101 | Apple Inc. (dft) | candce | 3:2010-cv-02475 | 830 | 06/04/2010 |
| 102 | Apple Inc. (dft) | candce | 5:2010-cv-03056 | 370 | 07/12/2010 |
| 103 | Apple Inc. (dft) | candce | 3:2010-cv-03448 | 830 | 08/06/2010 |
| 104 | Apple Inc. (dft) | candce | 5:2010-cv-03724 | 830 | 08/23/2010 |
| 105 | Apple Inc. (dft) | candce | 5:2010-cv-02588 | 370 | 06/11/2010 |
| 106 | Apple Inc. (pla) | candce | 5:2002-cv-02062 | 190 | 04/26/2002 |
| 107 | Apple Inc. (pla) | candce | 5:2002-cv-05070 | 890 | 10/18/2002 |
| 108 | Apple Inc. (pla) | candce | 5:2003-cv-04560 | 190 | 10/08/2003 |

**Receipt** 07/07/2011 20:58:31 49741695
**User** qe0001
**Client** 51855
**Description** Civil Party Search
  Name Apple Inc California Northern Page: 2

You have previously been billed for this page.
**Pages** 1 ($0.00)



**Civil Party Search**
Thu Jul 7 20:58:23 2011
123 records found

**User:** qe0001
**Client:** 51855
**Search:** Civil Party Search Name Apple Inc California Northern Page: 3

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 109 Apple Inc. (pla) | candce | 4:2004-cv-05383 | 820 | 12/20/2004 | 12/15/2005 |
| 110 Apple Inc. (pla) | candce | 3:2005-cv-00788 | 840 | 02/23/2005 | 04/05/2005 |
| 111 Apple Inc. (pla) | candce | 3:2005-cv-01894 | 830 | 05/09/2005 | 12/11/2006 |
| 112 Apple Inc. (pla) | candce | 5:2005-cv-01228 | 830 | 03/25/2005 | 06/05/2007 |
| 113 Apple Inc. (pla) | candce | 3:2006-cv-00019 | 830 | 01/04/2006 | 11/28/2007 |
| 114 Apple Inc. (pla) | candce | 5:2006-cv-04256 | 190 | 07/11/2006 | 06/28/2007 |
| 115 Apple Inc. (pla) | candce | 3:2008-cv-03251 | 820 | 07/03/2008 | 12/15/2009 |
| 116 Apple Inc. (pla) | candce | 5:2008-cv-05624 | 830 | 12/17/2008 | 10/15/2009 |
| 117 Apple Inc. (pla) | candce | 4:2009-cv-02705 | 830 | 06/17/2009 | 01/05/2010 |
| 118 Apple Inc. (pla) | candce | 5:2010-cv-01609 | 830 | 04/15/2010 | |
| 119 Apple Inc. (pla) | candce | 4:2010-cv-02996 | 830 | 07/08/2010 | 01/05/2011 |
| 120 Apple Inc. (pla) | candce | 5:2010-cv-03563 | 470 | 08/13/2010 | |
| 121 Apple Inc. (pla) | candce | 5:2010-cv-04042 | 830 | 09/09/2010 | 06/24/2011 |
| 122 Apple Inc. (pla) | candce | 4:2011-cv-01327 | 840 | 03/18/2011 | |
| 123 Apple Inc. (pla) | candce | 5:2011-cv-01846 | 840 | 04/15/2011 | |

**Receipt** 07/07/2011 20:58:35 49741699
**User** qe0001
**Client** 51855
**Description** Civil Party Search
Name Apple Inc California Northern Page: 3

You have previously been billed for this page.
**Pages** 1 ($0.00)