# EXHIBIT 8

1 | Wendy Lazerson (State Bar No.097285)
2 | Mark L. Venardi (State Bar No. 173140)
  | HOLLAND & KNIGHT LLP
3 | 50 California Street, 28th Floor
  | San Francisco, California 94111
4 | Telephone: (415) 743-6900
5 | Facsimile: (415) 743-6910
6 | Attorneys for Plaintiff
  | EXCELLIGENCE LEARNING CORPORATION,

ORIGINAL FILED
NOV 0 5 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EXCELLIGENCE LEARNING CORPORATION,

Plaintiff,

vs.

ORIENTAL TRADING COMPANY, INC. AND TERESA MARTINI,

Defendants.

No. C03 04947 RS

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR MISAPPROPRIATION OF TRADE SECRETS; UNFAIR COMPETITION UNDER 15 U.S.C. §1125(a); TRADEMARK INFRINGEMENT; AND VIOLATIONS OF BUSINESS & PROFESSIONAL CODE, §§17500 *et seq.* and 17200 *et seq.*

The plaintiff, Excelligence Learning Corporation, complains and alleges as follows:

**PARTIES**

1. The plaintiff, Excelligence Learning Corporation ("Excelligence"), is a corporation doing business at 2 Lower Ragsdale Drive, Monterey, California.

2. Defendant, Oriental Trading Company, Inc. ("Oriental Trading"), upon information and belief, is a corporation doing business at 4205 South 108th Street, Omaha, Nebraska.

- 1 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
FOR VIOLATION OF 15 U.S.C. § 1125(a); VIOLATION OF
CALIFORNIA'S BUSINESS & PROFESSIONAL CODE,
§§ 17500 *et seq.* AND 17200 *et seq.*; AND BUSINESS DEFAMATION

CASE NO. ____