1  Mark D. Selwyn (SBN 244180)
   (*mark.selwyn@wilmerhale.com*)
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   William F. Lee (*pro hac vice* anticipated)
6  (*william.lee@wilmerhale.com*)
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Telephone: (617) 526-6000
9  Facsimile: (617) 526-5000

10 Attorney for Apple Inc.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |

15 |           Plaintiff,                  |

16 |     vs.                                |

17 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
18 | ELECTRONICS AMERICA, INC., a New      | **NOTICE OF APPEARANCE OF**
   | York corporation; SAMSUNG              | **COUNSEL ON BEHALF OF APPLE INC.**
19 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
20

21 |           Defendants.

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Mark D. Selwyn (State Bar No. 244180) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that they be included via email on the Court's notification of all electronic filings in this action at the following email address: mark.selwyn@wilmerhale.com.

Dated:  July 18, 2011

          WILMER CUTLER PICKERING
           HALE AND DORR LLP


/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 18, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                      /s/ Mark D. Selwyn
                                      Mark D. Selwyn