UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br>　　　　　　　Plaintiff(s)<br><br>SAMSUNG ELECTRONICS CO., LTD, ET AL,<br>　　　　　　　Defendant(s). | Case No: 11-CV-01846LHK<br><br>**CLERK'S NOTICE CONTINUING MOTION HEARING** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

　　　　Due to the Court's unavailability on August 18, 2011, Defendant's Motion to Disqualify Counsel (docket #101) previously noticed for that date is hereby continued to Wednesday, August 24, 2011 at 2:00 p.m. to be heard at the same time as the Case Management Conference.

Dated: July 19, 2011

　　　　　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　/s/ Martha Parker Brown
　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Martha Parker Brown
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk