1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  KENNETH H. BRIDGES (CA SBN 243541)
   kbridges@bridgesmav.com
8  MICHAEL T. PIEJA (CA SBN 250351)
   mpieja@bridgesmav.com
9  BRIDGES & MAVRAKAKIS LLP
   3000 El Camino Real
10 One Palo Alto Square, 2nd Floor
   Palo Alto, CA 94306
11 Telephone:  (650) 804-7800
   Facsimile:  (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

12 Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.:  C-11-01846 (LHK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**<br><br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1   WHEREAS, plaintiff Apple Inc. ("Apple") filed its Complaint on April 15, 2011, naming
2  as defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively "Samsung").
4   WHEREAS, on June 16, 2011, counsel Kenneth Harold Bridges and Michael Thomas
5  Pieja of the law firm Bridges & Mavrakakis, LLP filed notices of appearance on behalf of Apple;
6   WHEREAS, on July 11, 2011 defendants filed a Motion to Disqualify the Bridges &
7  Mavrakakis, LLP firm from representing Apple in this litigation, setting the hearing date for
8  August 18, 2011 ("the Motion;" Docket Item No. 101);
9   WHEREAS, on July 19, 2011, this Court continued the hearing on the Motion from
10  August 18, 2011 to August 24, 2011, and issued a Clerk's Notice resetting deadlines as to the
11  Motion (Docket Item No, 116);
12   WHEREAS, pursuant to Civ. L. R. 7-3(a) the opposition to the Motion is currently due to
13  be filed on or before Monday, July 25, 2011;
14   WHEREAS, pursuant to Civ. L. R. 7-3(c) the reply to any opposition to the Motion is
15  currently due to be filed on or before Monday, August 1, 2011;
16   WHEREAS, Taylor & Company Law Offices, LLP is in the process of being retained to
17  assist the Bridges & Mavrakakis firm with respect to the Motion;
18   WHEREAS, on June 19, 2011 counsel for Samsung agreed to a modification of the
19  parties' briefing schedule for the Motion;
20   WHEREAS, the new filing dates jointly proposed by counsel for the parties would still
21  give the Court fifteen (15) days before the August 24, 2011 hearing in which to consider all papers
22  on the Motion;
23   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
24  parties, through their respective counsel, that:
25   (1)  The filing date for the opposition to Samsung's Motion will be extended to and
26  including August 1, 2011;
27   (2)  The filing date for the reply in support of the Motion will be extended to and
28  including August 8, 2011;

1.

Joint Stipulation and [Proposed] Order Regarding Extension of Time
Case No. C-11-01846 (LHK)

  (3) Pursuant to the Court's Notice issued on July 19, 2011, the hearing on the motion to disqualify will take place on August 24, 2011, at 2:00 p.m., in Courtroom 8 of the above-captioned Court;

  (4) No other dates or deadlines shall be modified by this stipulation and order; and

  (5) This extension of time is without prejudice to either Apple or Samsung, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of harm to Apple or Samsung arising from the acts alleged in this action or this motion.

Dated: July 20, 2011

| BRIDGES & MAVRAKAKIS, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ Michael T. Pieja<br> KENNETH H. BRIDGES<br> MICHAEL T. PIEJA<br><br>Attorneys for Plaintiff<br>APPLE INC. | By: /s/ Victoria Maroulis<br> CHARLES K. VERHOEVEN<br> KEVIN P.B. JOHNSON<br> VICTORIA F. MAROULIS<br> EDWARD DEFRANCE<br> MICHAEL T. ZELLER<br><br>Attorneys for Defendnats SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**IT IS SO ORDERED.**

DATED: _____   _____
                   HONORABLE LUCY H. KOH
                   UNITED STATES DISTRICT COURT JUDGE

**ECF ATTESTATION**

I, MICHAEL T. PIEJA, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated:  July 20, 2011                                        MICHAEL T. PIEJA
                                                                         BRIDGES & MAVRAKAKIS LLP

                                                                         By:     /s/    Michael T. Pieja