| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>KENNETH H. BRIDGES (SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone:  (650) 804-7800<br>Facsimile:  (650) 852-9224<br><br><br>Attorneys for Plaintiff<br>APPLE INC. | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice* anticipated)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>STEPHEN E. TAYLOR (SBN 58452)<br>staylor@tcolaw.com<br>JOSHUA R. BENSON (SBN 269111)<br>jbenson@tcolaw.com<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California  94111<br>Telephone:  (415) 788-8200<br>Facsimile:   (415) 788-8208 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.: C-11-01846 (LHK)<br><br>**NOTICE OF APPEARANCE BY STEPHEN E TAYLOR**<br><br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

NOTICE OF APPEARANCE BY STEPHEN E. TAYLOR: CASE NO. C-11-01846 (LHK)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Stephen E. Taylor of the law form Taylor & Company Law Offices, LLP, a member of the State Bar of California (California State Bar No. 58452) and admitted to practice in the Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned action.  Mr. Taylor's contact information is as follows:

>   Stephen E. Taylor
>   Taylor & Company Law Offices, LLP
>   One Ferry Building, Suite 355
>   San Francisco, California 94111
>   Telephone: (415) 788-8200
>   Facsimile: (415) 788-8208
>   Email: staylor@tcolaw.com

Dated: July 20, 2011                              TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/s/_____
        Stephen E. Taylor
Attorneys for Plaintiff APPLE INC.

NOTICE OF APPEARANCE BY STEPHEN E. TAYLOR: CASE NO. C-11-01846 (LHK)