HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.:  C-11-01846 (LHK)<br><br>**NOTICE OF APPEARANCE BY JOSHUA R. BENSON**<br><br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that attorney Joshua R. Benson of the law form Taylor &

3  Company Law Offices, LLP, a member of the State Bar of California (California State Bar No.

4  269111) and admitted to practice in the Court, and whose contact information appears below,

5  hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the

6  above-captioned action.  Mr. Benson's contact information is as follows:

7          Joshua R. Benson
            Taylor & Company Law Offices, LLP
8          One Ferry Building, Suite 355
            San Francisco, California 94111
9          Telephone: (415) 788-8200
            Facsimile: (415) 788-8208
10          Email: jbenson@tcolaw.com

11

12  Dated: July 20, 2011                    TAYLOR & COMPANY LAW OFFICES, LLP

13

14
                                           By:  _____/s/_____
15                                                    Joshua R. Benson
                                           Attorneys for Plaintiff APPLE INC.
16

17

18

19

20

21

22

23

24

25

26

27

28