HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: C-11-01846 (LHK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**<br><br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1  WHEREAS, plaintiff Apple Inc. ("Apple") filed its Complaint on April 15, 2011, naming
2  as defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively "Samsung").
4  WHEREAS, on June 16, 2011, counsel Kenneth Harold Bridges and Michael Thomas
5  Pieja of the law firm Bridges & Mavrakakis, LLP filed notices of appearance on behalf of Apple;
6  WHEREAS, on July 11, 2011 defendants filed a Motion to Disqualify the Bridges &
7  Mavrakakis, LLP firm from representing Apple in this litigation, setting the hearing date for
8  August 18, 2011 ("the Motion;" Docket Item No. 101);
9  WHEREAS, on July 19, 2011, this Court continued the hearing on the Motion from
10 August 18, 2011 to August 24, 2011, and issued a Clerk's Notice resetting deadlines as to the
11 Motion (Docket Item No, 116);
12 WHEREAS, pursuant to Civ. L. R. 7-3(a) the opposition to the Motion is currently due to
13 be filed on or before Monday, July 25, 2011;
14 WHEREAS, pursuant to Civ. L. R. 7-3(c) the reply to any opposition to the Motion is
15 currently due to be filed on or before Monday, August 1, 2011;
16 WHEREAS, Taylor & Company Law Offices, LLP is in the process of being retained to
17 assist the Bridges & Mavrakakis firm with respect to the Motion;
18 WHEREAS, on June 19, 2011 counsel for Samsung agreed to a modification of the
19 parties' briefing schedule for the Motion;
20 WHEREAS, the new filing dates jointly proposed by counsel for the parties would still
21 give the Court fifteen (15) days before the August 24, 2011 hearing in which to consider all papers
22 on the Motion;
23 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
24 parties, through their respective counsel, that:
25 (1) The filing date for the opposition to Samsung's Motion will be extended to and
26 including August 1, 2011;
27 (2) The filing date for the reply in support of the Motion will be extended to and
28 including August 8, 2011;

1.

Joint Stipulation and [~~Proposed~~] Order Regarding Extension of Time  
Case No. C-11-01846 (LHK)

(3)     Pursuant to the Court's Notice issued on July 19, 2011, the hearing on the motion to disqualify will take place on August 24, 2011, at 2:00 p.m., in Courtroom 8 of the above-captioned Court;

(4)     No other dates or deadlines shall be modified by this stipulation and order; and

(5)     This extension of time is without prejudice to either Apple or Samsung, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of harm to Apple or Samsung arising from the acts alleged in this action or this motion.

Dated: July 20, 2011

| BRIDGES & MAVRAKAKIS, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ Michael T. Pieja<br>    KENNETH H. BRIDGES<br>    MICHAEL T. PIEJA<br><br>Attorneys for Plaintiff<br>APPLE INC. | By: /s/ Victoria Maroulis<br>    CHARLES K. VERHOEVEN<br>    KEVIN P.B. JOHNSON<br>    VICTORIA F. MAROULIS<br>    EDWARD DEFRANCE<br>    MICHAEL T. ZELLER<br><br>Attorneys for Defendnats SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**IT IS SO ORDERED.**

DATED: July 21, 2011

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE