1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America LLC

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 18, 2011<br>Time: 1:30 pm<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1       Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications
2  America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to
3  File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that
4  Exhibits 1-3 of Eunha Kim's Declaration in Support of Samsung's Motion to Disqualify Bridges
5  & Mavrakakis, LLP(the "Kim Declaration"), be filed under seal because they contain confidential
6  information.

7       Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order
8  No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The
9  declarations establish that the information contained in the below documents is confidential and
10 therefore sealable.

11      Accordingly, for good cause shown, the Court ORDERS that the following documents
12 shall be filed under seal:

- Eunha Kim's Declaration, including the attached Exhibits 1-3, in Support of Samsung's Motion to Disqualify Bridges & Mavrakakis, LLP.

**IT IS SO ORDERED.**

DATED: ___July 21___, 2011

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court Judge