UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD J. LUTTON, JR. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, Richard J. Lutton, Jr., do hereby declare as follows:

1. I am a Senior Director and the Chief Patent Counsel at Apple Inc. ("Apple"). I submit this declaration in support of Apple's Motion for Preliminary Injunction. If called as a witness, I could and would testify competently as follows.

2. Apple's negotiations with Samsung over Samsung's copying of Apple's designs began in July 2010, when Samsung first launched its Galaxy line of smartphones bearing a striking resemblance to Apple's own iPhone products.

3.

4.

5.

6.

7.

DECLARATION OF RICHARD J. LUTTON, JR. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 11-CV-01846-LHK

8. My hopes, however, were not realized. In February 2011, Samsung announced that it would be introducing a new tablet-style device called the Galaxy Tab 10.1. The Tab 10.1, in size, shape, and styling, is a close copy of Apple's iPad. That same month, the press also released images of Samsung's new Galaxy S 2 smartphone, which bore a remarkable similarity to Apple's own iPhone.

9. As of late March 2011, with the emergence of additional Samsung products copying the iPhone's distinctive features arriving on the market such as the Galaxy S 4G, it became clear that Samsung had no intention of ceasing its infringement.

DECLARATION OF RICHARD J. LUTTON, JR. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION
Case No. 11-cv-01846-LHK

2

1  I declare under penalty of perjury that the forgoing is true and correct.

2

3  Dated: June 30, 2011

4                                                                 _____
                                                                            Richard J. Lutton, Jr.