| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> KENNETH H. BRIDGES (SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone: (650) 804-7800 <br> Facsimile: (650) 852-9224 <br><br> Attorneys for Plaintiff <br> APPLE INC. | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> WILLIAM F. LEE (*pro hac vice* anticipated) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> STEPHEN E. TAYLOR (SBN 58452) <br> staylor@tcolaw.com <br> STEPHEN McG. BUNDY (SBN 253017) <br> sbundy@tcolaw.com <br> JOSHUA R. BENSON (SBN 269111) <br> jbenson@tcolaw.com <br> TAYLOR & COMPANY LAW OFFICES, LLP <br> One Ferry Building, Suite 355 <br> San Francisco, California 94111 <br> Telephone: (415) 788-8200 <br> Facsimile: (415) 788-8208 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C-11-01846 (LHK) <br><br> **NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** <br><br> Date: August 24, 2011 <br> Time: 2:00 p.m. <br> Place: Courtroom 8, 4th Floor <br><br> Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5, Apple Inc. respectfully moves for leave to file portions of three selected declarations filed in support of the Plaintiff's Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP under seal.

1. The confidential version of the Declaration of Kenneth H. Bridges in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal. The following portions of the Declaration of Kenneth H. Bridges have been properly filed under seal because they contain confidential information: Page 2, lines 18-27.

3. The confidential version of the Declaration of Thomas C. Mavrakakis in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal. The following portion of the Declaration of Thomas C. Mavrakakis have been properly filed under seal because they contain confidential information: Page 1, lines 20-26.

5. The confidential version of the Declaration of Michael T. Pieja in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal. The following portions of the Declaration of Michael T. Pieja have been properly filed under seal because they contain confidential information: Page 1, lines 19-28; and page 2, lines 1-2.

TAYLOR & CO.
LAW OFFICES, LLP

1.
NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

1  This request is narrowly tailored to seal only the material for which good cause to seal has
2  been established. For the foregoing reasons, Apple Inc. and Bridges respectfully request that the
3  Court grant their Administrative Motion to Seal Portions of the supporting declarations of Kenneth
4  H. Bridges, Thomas C. Mavrakakis, and Michael T. Pieja. Apple and Bridges have lodged and
5  served a Proposed Order herewith, accompanied by the supporting Declaration of Joshua R.
6  Benson.

Dated: August 1, 2011                    Respectfully submitted,

                                      TAYLOR & COMPANY LAW OFFICES, LLP

                                      By:    /s/ Joshua R. Benson
                                                  Joshua R. Benson
                                      Attorneys for Plaintiff APPLE INC.

TAYLOR & CO.
LAW OFFICES, LLP

2.
NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)