HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No.: C-11-01846 (LHK)<br><br>**DECLARATION OF JOSHUA R. BENSON IN SUPPORT OF NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP**<br><br>Date:  August 24, 2011<br>Time:  2:00 p.m.<br>Place:  Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JOSHUA R. BENSON IN SUPPORT OF NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

I, JOSHUA R. BENSON, declare as follows:

1. I am admitted to practice before this Court, and I am an attorney with the law firm of Taylor & Company Law Offices, LLP, counsel to Plaintiff Apple Inc. in the above-captioned case. Except as otherwise stated, the representations made in this declaration are based upon my personal knowledge and, if called upon to do so, I could and would testify competently to the facts stated herein.

2. The documents that were redacted and conditionally filed under seal by Plaintiff are properly sealable.

3. The confidential version of the Declaration of Kenneth H. Bridges in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

4. The following portions of the Declaration of Kenneth H. Bridges have been properly filed under seal:

- Page 2, lines 18-27

3. The confidential version of the Declaration of Thomas C. Mavrakakis in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

4. The following portions of the Declaration of Thomas C. Mavrakakis have been properly filed under seal:

- Page 1, lines 20-26

TAYLOR & CO.
LAW OFFICES, LLP

1.
DECLARATION OF JOSHUA R. BENSON IN SUPPORT OF NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

5. The confidential version of the Declaration of Michael T. Pieja in Support of the Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP ("Opposition") contains confidential, non-public information regarding a settlement meeting that occurred between Apple and Samsung in or about September 2010. Pursuant to General Order No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

6. The following portions of the Declaration of Michael T. Pieja have been properly filed under seal:

- Page 1, lines 19-28; and
- Page 2, lines 1-2

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of August, 2011, in San Francisco, California.

                    /s/ Joshua R. Benson
                    JOSHUA R. BENSON

TAYLOR & CO.
LAW OFFICES, LLP

2.

DECLARATION OF JOSHUA R. BENSON IN SUPPORT OF NOTICE AND MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)