1  HAROLD J. MCELHINNY (SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  KENNETH H. BRIDGES (SBN 243541)
   kbridges@bridgesmav.com
8  MICHAEL T. PIEJA (SBN 250351)
   mpieja@bridgesmav.com
9  BRIDGES & MAVRAKAKIS LLP
   3000 El Camino Real
10 One Palo Alto Square, 2nd Floor
   Palo Alto, CA 94306
11 Telephone: (650) 804-7800
   Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

15 Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.: C-11-01846 (LHK)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP**<br><br>Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

1. This cause, having come before the Court upon Apple Inc.'s Motion to Seal Portions of the Declarations of Kenneth H. Bridges, Michael T. Pieja and Thomas C. Mavrakakis filed in support of Plaintiff's Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP filed concurrently therewith, and the Court being otherwise duly advised, hereby GRANTS such Motion to Seal.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

1.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

TAYLOR & CO.
LAW OFFICES, LLP