| | |
|---|---|
| 1  HAROLD J. MCELHINNY (SBN 66781) | MARK D. SELWYN (SBN 244180) |
|    hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 2  MICHAEL A. JACOBS (SBN 111664) | WILMER CUTLER PICKERING |
|    mjacobs@mofo.com | HALE AND DORR LLP |
| 3  RICHARD S.J. HUNG (SBN 197425) | 950 Page Mill Road |
|    rhung@mofo.com | Palo Alto, California 94304 |
| 4  MORRISON & FOERSTER LLP | Telephone: (650) 858-6000 |
|    425 Market Street | Facsimile: (650) 858-6100 |
| 5  San Francisco, California 94105-2482 | |
|    Telephone: (415) 268-7000 | WILLIAM F. LEE (*pro hac vice* anticipated) |
| 6  Facsimile: (415) 268-7522 | william.lee@wilmerhale.com |
|    | WILMER CUTLER PICKERING |
| 7  KENNETH H. BRIDGES (SBN 243541) | HALE AND DORR LLP |
|    kbridges@bridgesmav.com | 60 State Street |
| 8  MICHAEL T. PIEJA (SBN 250351) | Boston, MA 02109 |
|    mpieja@bridgesmav.com | Telephone: (617) 526-6000 |
| 9  BRIDGES & MAVRAKAKIS LLP | Facsimile: (617) 526-5000 |
|    3000 El Camino Real | |
| 10 One Palo Alto Square, 2nd Floor | STEPHEN E. TAYLOR (SBN 58452) |
|    Palo Alto, CA 94306 | staylor@tcolaw.com |
| 11 Telephone: (650) 804-7800 | STEPHEN MCG. BUNDY (SBN 253017) |
|    Facsimile: (650) 852-9224 | sbundy@tcolaw.com |
| 12 | JOSHUA R. BENSON (SBN 269111) |
|    | jbenson@tcolaw.com |
| 13 | TAYLOR & COMPANY LAW OFFICES, LLP |
|    | One Ferry Building, Suite 355 |
| 14 | San Francisco, California 94111 |
|    | Telephone: (415) 788-8200 |
| 15 Attorneys for Plaintiff | Facsimile: (415) 788-8208 |
|    APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C-11-01846 (LHK) |
|   Plaintiff, | **DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |
|   Defendants. | **REDACTED PUBLIC VERSION** |

DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

I, THOMAS C. MAVRAKAKIS, declare as follows:

1. I am a founding partner of the law firm Bridges & Mavrakakis, LLP, counsel for plaintiff Apple Inc. ("Apple") in the above-captioned action. I have been a member of the Bridges & Mavrakakis LLP law firm since it first opened in 2010, and a litigator for more than fourteen years, with significant experience handling matters relating to patent litigation, licensing and counseling. The facts set forth in this declaration are personally known to me to be true, and if called upon to testify about the matters contained in this declaration, I could and would testify competently thereto.

2. This declaration is submitted in support of Apple's Opposition to the Motion to Disqualify the Bridges & Mavrakakis LLP firm as counsel for plaintiff in this action that was filed on July 11, 2011 by defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

3. Bridges & Mavakakis LLP (the "Bridges Firm") was formed on September 1, 2010. Immediately prior to founding the Bridges Firm, I was a partner in the Palo Alto office of the Houston-based law firm Wong Cabello LLP (March 2009 to September 2010). Prior to that, I was Director of Patent Strategy at Apple (or worked in that role as a consultant) from May 2006 to March 2009.

4. I have not represented Samsung as a client since the mid-1990s when I briefly (*i.e.*, for less than two weeks) represented Samsung in a litigation brought by Texas Instruments concerning Claude D. Head's automated assembly line patents.

5. [REDACTED]

6. The Bridges Firm does not represent Apple in connection with any of the affirmative claims that have been asserted by Samsung against Apple. I understand that the law

---
DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") has been hired to defend Apple against those claims. I have never advised Apple or consulted with any counsel at WilmerHale about any issues associated with Samsung's assertion of its intellectual property rights against Apple products.

7. I have not provided any Samsung confidential information to Apple or to anyone representing Apple, including any attorneys, paralegals or staff affiliated with either the WilmerHale or the Morrison & Foerster LLP law firms.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of August, 2011, at Palo Alto, California.

                                          /s/ Thomas C. Mavrakakis
                                          THOMAS C. MAVRAKAKIS

2.

DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

## ECF ATTESTATION

I, Stephen E. Taylor, am the ECF User whose ID and password are being used to file this **DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP.** In compliance with General Order 45, X.B., I hereby attest that Thomas C. Mavrakakis has concurred in this filing.

Dated: August 1, 2011                           TAYLOR & COMPANY LAW OFFICES, LLP

                                                By:     /s/ Stephen E. Taylor
                                                        Stephen E. Taylor