| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (SBN 111664) mjacobs@mofo.com RICHARD S.J. HUNG (SBN 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |
| KENNETH H. BRIDGES (SBN 243541) kbridges@bridgesmav.com MICHAEL T. PIEJA (SBN 250351) mpieja@bridgesmav.com BRIDGES & MAVRAKAKIS LLP 3000 El Camino Real One Palo Alto Square, 2nd Floor Palo Alto, CA 94306 Telephone:  (650) 804-7800 Facsimile:  (650) 852-9224 | WILLIAM F. LEE (*pro hac vice* anticipated) william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 STEPHEN E. TAYLOR (SBN 58452) staylor@tcolaw.com STEPHEN MCG. BUNDY (SBN 253017) sbundy@tcolaw.com JOSHUA R. BENSON (SBN 269111) jbenson@tcolaw.com TAYLOR & COMPANY LAW OFFICES, LLP One Ferry Building, Suite 355 San Francisco, California  94111 Telephone: (415) 788-8200 Facsimile:  (415) 788-8208 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: C-11-01846 (LHK)<br><br>**DECLARATION OF JAMES A. SHIMOTA IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP**<br><br>Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |

1  I, JAMES A. SHIMOTA, declare as follows:

2  1. I am a partner in the law firm Bridges & Mavrakakis, LLP, counsel of record for plaintiff Apple Inc. ("Apple") in the above-captioned action. I have been an intellectual property litigator for more than eleven years, concentrating my practice on patent and technology litigation. The facts set forth in this declaration are personally known to me to be true, except as to matters that are stated on information and belief and, as to those matters, I believe them to be true. If called upon to testify about the matters contained in this declaration, I could and would competently testify thereto.

2. This declaration is submitted in support of Apple's Opposition to the Motion to Disqualify the Bridges & Mavrakakis, LLP firm as counsel for plaintiff in this action filed on July 11, 2011 by defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

3. I joined the Chicago Office of the Bridges & Mavrakakis, LLP law firm (the "Bridges Firm") in February 2011. Prior to that time, I was an associate and then a partner with the law firm Kirkland & Ellis LLP working in their Chicago Office (September 2000 to January 2011).

4. At Kirkland & Ellis, I worked on the International Trade Commission investigation *Wireless Communication Devices, Components Thereof, and Products Containing Same*, No. 337-TA-583 (the "583 Investigation"). The public record shows that the 583 Investigation involved claims that Samsung's wireless mobile telephone devices infringed patents held by plaintiffs Ericsson Inc., Telefonaktiebolaget LM Ericsson, Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc. I was not substantively involved with Wireless Communication Equipment, Articles Therein, and Products Containing the Same, No. 337-TA-577 (the "577 Investigation"), but had very limited interactions with attorneys working on the 577 Investigation. I also did work for Samsung in connection with the *Dicam Inc. v. United States Cellular Corporation* litigation beginning in 2008 and ending in the first or second quarter of 2009. During approximately one week in January or February 2010, I had a very limited role in the discovery phase of the *Samsung v. Spansion* ITC litigation.

1.

5. I performed work for Apple while at Kirkland & Ellis, and I continued working for Apple after I joined the Bridges Firm in 2011.

6. I have performed work in connection with the *Apple v. Samsung* matter (Case No. C-11-01846 (LHK)). I have not performed any work in connection with the case filed by Samsung against Apple on April 27, 2011 (*Samsung Electronic Co. Ltd., et al. v. Apple Inc.*, United States District Court, Northern District of California, Case No. C-11-02079). I work only on Apple's affirmative case against Samsung, and have no role in connection with the counterclaims Samsung is now asserting against Apple in this litigation.

7. While at the Bridges Firm, I have had no communications with Apple's litigation counsel at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") regarding litigation with Samsung.

8. In the course of my work for Apple, I have never used any of the Samsung confidential information I acquired during my representation of Samsung and, given the nature of my work for Samsung, none of that information would have been of any use to me. I have not provided any Samsung confidential information to Apple or to anyone representing Apple, including any attorneys, paralegals or staff affiliated with either the WilmerHale or the Morrison & Foerster LLP law firms.

9. Any and all information that is confidential to Samsung and known to myself as a result of my prior representation of and work for Samsung will continue to be maintained by me in the future in a confidential manner. I will not disclose to Apple or to any other third party and Samsung confidential information.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of August, 2011, at Chicago, Illinois.

/s/ James A. Shimota
JAMES A. SHIMOTA

## ECF ATTESTATION

I, STEPHEN E. TAYLOR, am the ECF User whose ID and password are being used to file this **DECLARATION OF JAMES A. SHIMOTA IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP**. In compliance with General Order 45, X.B., I hereby attest that James A. Shimota has concurred in this filing.

Dated: August 1, 2011                TAYLOR & COMPANY LAW OFFICES, LLP


                                     By:   /s/ Stephen E. Taylor
                                              Stephen E. Taylor