HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: C-11-01846 (LHK)<br><br>**DECLARATION OF HOWARD E. LEVIN IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP**<br><br>Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |

I, HOWARD E. LEVIN, declare as follows:

1. I am an associate in the law firm Bridges & Mavrakakis, LLP, counsel of record for plaintiff Apple Inc. ("Apple") in the above-captioned action. I have been a patent litigator for almost six years and also have experience handling patent licensing and counseling matters. The facts set forth in this declaration are personally known to me to be true, and if called upon to testify about the matters contained herein, I could and would testify competently thereto.

2. This declaration is submitted in support of Apple's Opposition to the Motion to Disqualify the Bridges & Mavrakakis, LLP law firm ("BridgesMav") as counsel for plaintiff in this action filed on July 11, 2011 by defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

3. In May 2011, I joined the Chicago Office of the Bridges & Mavrakakis LLP law firm (the "Bridges Firm") as an associate. Prior to that time, I was an associate at Kirkland & Ellis LLP (October 2005 to April 2011).

4. At Kirkland & Ellis, I worked on the *Samsung v. Ericsson* ITC 337-TA-57 litigation. During that litigation, I and other lawyers worked on a number of Samsung's patents, including Samsung's U.S. Patent No. 6,928,604 entitled "Turbo/Decoding Device and Methods for Processing Frame Data According to QOS."

5. While at Kirkland & Ellis, I also worked on two patent litigation cases brought by Spansion against Samsung, ITC investigation No. 337-TA-685 and in the United States District Court in Delaware, Civil Action No. 08-855 (SLR). The patents involved in both cases were limited to flash memory and related semiconductor manufacturing technology.

6. I have performed no work in the litigation filed on April 15, 2011 by Apple against Samsung. I also have not performed any work in connection with the case that was filed by Samsung against Apple on April 27, 2011 (*Samsung Electronic Co. Ltd., et al. v. Apple Inc.*, United States District Court, Northern District of California, Case No. C-11-02079).

7. I have had no communication with Apple's litigation counsel at Morrison & Foerster LLP or Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") related to any Samsung litigation.

8. In the course of my work for Apple, I have never used any of the Samsung confidential information I acquired during my representation of Samsung, nor would such information have been of any use to me. I have not provided any Samsung confidential information to Apple or to anyone representing Apple, including any attorneys, paralegals or staff affiliated with either the WilmerHale or the Morrison & Foerster LLP law firms.

9. Any and all information that is confidential to Samsung and known to myself as a result of my prior representation of Samsung will continue to be maintained by me in the future in a confidential manner, and will not be disclosed to Apple or to any other third party.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of August, 2011, at Chicago, Illinois.

                                             /s/ Howard E. Levin
                                             HOWARD E. LEVIN

DECLARATION OF HOWARD E. LEVIN IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

## ECF ATTESTATION

I, STEPHEN E. TAYLOR, am the ECF User whose ID and password are being used to file this **DECLARATION OF HOWARD E. LEVIN IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP.** In compliance with General Order 45, X.B., I hereby attest that Hoaward E. Levin has concurred in this filing.

Dated: August 1, 2011

TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ Stephen E. Taylor
Stephen E. Taylor

DECLARATION OF HOWARD E. LEVIN IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)