HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone:  (650) 804-7800
Facsimile:  (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC.,

　　　　Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

　　　　Defendants.

Case No.:  C-11-01846 (LHK)

**DECLARATION OF CHRISTOPHER
LUBECK IN SUPPORT OF THE
OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES
& MAVRAKAKIS, LLP**

Date:  August 24, 2011
Time:  2:00 p.m.
Place:  Courtroom 8, 4th Floor

Honorable Lucy H. Koh

1    I, CHRISTOPHER LUBECK, declare as follows:

2    1.    I am an associate in the law firm Bridges & Mavrakakis, LLP, counsel of record for

3    plaintiff Apple Inc. ("Apple") in the above-captioned action.  I have been practicing law for nearly

4    three years and I have experience in a variety of technologies related to materials science.  The

5    facts set forth in this declaration are personally known to me to be true, and if called upon to

6    testify about the matters contained herein, I could and would testify competently thereto.

7    2.    This declaration is submitted in support of Apple's Opposition to the Motion to

8    Disqualify the Bridges & Mavrakakis, LLP law firm (the "Bridges Firm") as counsel for plaintiff

9    in this action filed on July 11, 2011 by defendants Samsung Electronics Co. Ltd., Samsung

10   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

11   "Samsung").

12   3.    In October 2010, I joined the Palo Alto Office of the Bridges Firm as an associate.

13   Prior to that time, I was an associate at Kirkland & Ellis LLP (November 2009 through September

14   2010).

15   4.    At Kirkland & Ellis, I worked on the *Samsung v. Spansion* ITC Investigation (No.

16   337-TA-685).  The public record indicates that in the *Spansion* case, Samsung asserted that

17   Spansion's production of certain flash memory infringed Samsung's patents.

18   5.    I began performing work for Apple after I joined the Bridges Firm in 2010.

19   6.    I have performed limited work in connection with the *Apple v. Samsung* matter

20   (Case No. C-11-01846 (LHK)).  I have not performed any work in connection with the case filed

21   by Samsung against Apple on April 27, 2011 (*Samsung Electronic Co. Ltd., et al. v. Apple Inc.*,

22   United States District Court, Northern District of California, Case No. C-11-02079).  I work only

23   on Apple's affirmative case against Samsung, and have no role in defending Apple against the

24   counterclaims Samsung is now asserting against Apple in this litigation.

25   7.    I have had no communications with Apple's litigation counsel at Wilmer Cutler

26   Pickering Hale and Dorr LLP ("WilmerHale"), who I understand are representing Apple in

27   connection with the claims that are being asserted by Samsung against Apple, regarding any

28   aspect of those claims asserted by Samsung.

DECLARATION OF CHRISTOPHER LUBECK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

8.     In the course of my work for Apple, I have never used any of the Samsung confidential information I acquired during my representation of Samsung and, given the nature of my work for Samsung, none of that information would have been of any use to me.  I have not provided any Samsung confidential information to Apple or to anyone representing Apple, including any attorneys, paralegals or staff affiliated with either the WilmerHale or the Morrison & Foerster LLP law firms.

9.     Any and all information that is confidential to Samsung and known to myself as a result of my prior representation of and work for Samsung will continue to be maintained by me in the future in a confidential manner.  I will not disclose to Apple or to any other third party and Samsung confidential information.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 1st day of August, 2011, at Palo Alto, California.

_____/s/ Christopher Lubeck_____
CHRISTOPHER LUBECK

1

**ECF ATTESTATION**

2          I, STEPHEN E. TAYLOR, am the ECF User whose ID and password are being used to

3   file this **DECLARATION OF CHRISTOPHER LUBECK IN SUPPORT OF THE**

4   **OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES &**

5   **MAVRAKAKIS, LLP.**  In compliance with General Order 45, X.B., I hereby attest that

6   Christopher Lubeck has concurred in this filing.

7

8   Dated:  August 1, 2011                         TAYLOR & COMPANY LAW OFFICES, LLP

9

10                                                        By:  _____/s/ Stephen E. Taylor_____
                                                                        Stephen E. Taylor
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRISTOPHER LUBECK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS'
MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)