1  HAROLD J. MCELHINNY (SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  KENNETH H. BRIDGES (SBN 243541)
   kbridges@bridgesmav.com
8  MICHAEL T. PIEJA (SBN 250351)
   mpieja@bridgesmav.com
9  BRIDGES & MAVRAKAKIS LLP
   3000 El Camino Real
10 One Palo Alto Square, 2nd Floor
   Palo Alto, CA 94306
11 Telephone: (650) 804-7800
   Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C-11-01846 (LHK) <br><br> **DECLARATION OF BRIAN C. KWOK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** <br><br> Date: August 24, 2011 <br> Time: 2:00 p.m. <br> Place: Courtroom 8, 4th Floor <br><br> Honorable Lucy H. Koh |

I, BRIAN C. KWOK, declare as follows:

1. I am an associate with the law firm of Bridges & Mavrakakis LLP, counsel of record for plaintiff Apple Inc. ("Apple") in the above-captioned action. I have been a member of the Bridges & Mavrakakis LLP law firm since it first opened in 2010, and a patent litigator for more than four years with experience handling matters relating to the telecommunications industry. The facts set forth in this declaration are personally known to me to be true, and if called upon to testify about the matters contained in this declaration, I could and would testify competently thereto.

2. This declaration is submitted in support of Apple's Opposition to the Motion to Disqualify the Bridges & Mavrakakis LLP firm as counsel for plaintiff in this action filed on July 11, 2011 by defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

3. Immediately prior to joining Bridges & Mavrakakis LLP ("the Bridges Firm"), I was an associate in the Palo Alto office of the Houston-based law firm Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP (March 2009 to August 2010). Prior to that, I was an associate at the Kirkland & Ellis LLP law firm working in their San Francisco office (September 2006 to March 2009).

4. It was in 2006 at Kirkland & Ellis LLP that I represented Samsung as a client. As part of my work as a first-year associate at that firm, I was assigned to work with Kenneth H. Bridges on matters in which Kirkland & Ellis LLP represented Samsung in actions involving claims asserted by Ericsson Inc., Telefonaktiebolaget LM Ericsson, Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc. (the "*Ericsson Actions*").

5. After the *Ericsson* Actions settled, I represented Apple while I was still an associate at Kirkland & Ellis LLP. None of my work for Apple at Kirkland & Ellis was adverse to Samsung or was related to any Samsung intellectual property, patents, or mobile devices.

6. I continued to represent and perform work for Apple after I joined the Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP law firm in 2009.

1.

DECLARATION OF BRIAN C. KWOK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

7. When I joined the Bridges Firm law firm in September 2010, I continued to perform work for Apple.

8. The work I perform now for Apple relates primarily to licensing and patent strategy. I have performed no work on behalf of Apple in the litigation filed on April 15, 2011 by Apple against Samsung. I also have not performed any work in connection with the case that was filed by Samsung against Apple on April 27, 2011 (*Samsung Electronic Co. Ltd., et al. v. Apple Inc.*, United States District Court, Northern District of California, Case No. C-11-02079).

9. I have had no substantive communications with Apple's litigation counsel at Morrison & Foerster LLP or Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") concerning the case Apple filed against Samsung on April 15, 2011 (Case No. C-11-01846) or the case Samsung filed against Apple on April 27, 2011 (Case No. C-11-002079).

10. In the course of my work for Apple, I have never used any of the Samsung confidential information I acquired during my representation of Samsung. I have not provided any Samsung confidential information to Apple or to anyone representing Apple, including any attorneys, paralegals or staff affiliated with either the WilmerHale or the Morrison & Foerster LLP law firms.

11. Any and all information that is confidential to Samsung and known to myself as a result of my prior representation of Samsung will continue to be maintained by me in the future in a confidential manner, and will not be disclosed to Apple or to any other third party.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of August, 2011, at Palo Alto, California.

/s/ Brian C. Kwok
BRIAN C. KWOK

2.
DECLARATION OF BRIAN C. KWOK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

## ECF ATTESTATION

I, STEPHEN E. TAYLOR, am the ECF User whose ID and password are being used to file this **DECLARATION OF BRIAN C. KWOK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP.** In compliance with General Order 45, X.B., I hereby attest that Brian C. Kwok has concurred in this filing.

Dated: August 1, 2011                     TAYLOR & COMPANY LAW OFFICES, LLP

                                          By:    /s/ Stephen E. Taylor
                                                 Stephen E. Taylor

3.

DECLARATION OF BRIAN C. KWOK IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)