| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>KENNETH H. BRIDGES (CA SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (CA SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224<br><br>Attorneys for Plaintiff<br>APPLE INC. | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>STEPHEN E. TAYLOR (SBN 58452)<br>staylor@tcolaw.com<br>STEPHEN MCG. BUNDY (SBN 253017)<br>sbunby@tcolaw.com<br>JOSHUA R. BENSON (SBN 269111)<br>jbenson@tcolaw.com<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MICHAEL A. JACOBS IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**<br><br>Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

I, Michael A. Jacobs, declare as follows:

1. I am a partner at Morrison & Foerster LLP. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained herein, I could and would competently testify thereto.

2. I am responsible for the team representing Apple in this action. In that capacity, I supervise communications with our client and with co-counsel on the matter, including Bridges & Mavrakakis. Based on that supervisory role, and further investigation I conducted, I have confirmed the following.

3. Morrison & Foerster has received no Samsung confidential information of any kind from Bridges & Mavrakakis.

4. Morrison & Foerster is Apple's lead counsel on Apple's affirmative intellectual property claims against Samsung in this matter. Wilmer Hale is lead counsel in defending Samsung's intellectual property claims brought against Apple in this matter.

5. Bridges & Mavrakakis's has worked with Morrison & Foerster on the preparation and prosecution of affirmative intellectual property claims against Samsung. Bridges & Mavrakakis is well-versed in Apple's intellectual property portfolio. Accordingly, Morrison & Forester relies on Bridges & Mavrakakis to assist us in efficiently forming an accurate understanding of Apple's intellectual property.

6. The affirmative claims Apple has brought against Samsung have been based on inspection of the accused products or on analysis of the products' Android open source software platform. Android source code is publicly available on the Internet.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2011.

_____
Michael A. Jacobs

JACOBS DECLARATION IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS
CASE NO. 11-CV-01846-LHK
CASE NO. 11-CV-01846-LHK
sf-3017026

1