| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant Apple Inc.* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN RESPONSE TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS** |

DECLARATION OF MARK D. SELWYN IN
RESPONSE TO SAMSUNG'S MOTION TO
DISQUALIFY BRIDGES & MAVRAKAKIS
Case No. 11-cv-01846 (LHK)

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |
| 6 | Counterclaim-Plaintiff, |
| 7 | v. |
| 8 | APPLE INC., a California corporation, |
| 9 | Counterclaim-Defendants. |

1.   I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-entitled action. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and if called as a witness, I could and would testify competently to those facts under oath.

2.   I am the WilmerHale partner with lead day-to-day responsibility for managing Apple's defense against Samsung's patent claims in this matter.

3.   In connection with the preparation of this declaration, I have consulted with each WilmerHale attorney who has recorded time working on this matter.

4.   I have reviewed Samsung's Motion to Disqualify Bridges & Mavrakakis (Docket No. 101) ("Samsung's Motion"). Among other things, Samsung's Motion states the purported concern that Bridges & Mavrakakis has shared Samsung's confidential information and asks the Court to order WilmerHale to file an affidavit that they have not received "any confidential technical, financial, or other litigation strategy information from Bridges & Mavarakis."

2

DECLARATION OF MARK D. SELWYN IN RESPONSE TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS
Case No. 11-cv-01846 (LHK)

5.  I confirm that WilmerHale has not received any confidential Samsung information from Bridges & Mavrakakis, including any Samsung technical, financial, or other litigation strategy information.

6.  I also confirm that no attorney at Bridges & Mavrakakis has provided any contribution or input to WilmerHale in connection with the defense of Samsung's patent claims against Apple or Apple's assertions of affirmative defenses and counterclaims-in-reply to Samsung's patent claims, including Apple's twenty-fifth through thirty-second counterclaims-in-reply.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August, 2011, in Palo Alto, California.

_____
Mark D. Selwyn

DECLARATION OF MARK D. SELWYN IN
RESPONSE TO SAMSUNG'S MOTION TO
DISQUALIFY BRIDGES & MAVRAKAKIS
Case No. 11-cv-01846 (LHK)

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2011, to all counsel of record who are deemed to have consented to electronic service per Civil Local Rule 5.4.

/s/ Mark. D Selwyn
Mark D. Selwyn