| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> KENNETH H. BRIDGES (SBN 243541) <br> kbridges@bridgesmav.com <br> MICHAEL T. PIEJA (SBN 250351) <br> mpieja@bridgesmav.com <br> BRIDGES & MAVRAKAKIS LLP <br> 3000 El Camino Real <br> One Palo Alto Square, 2nd Floor <br> Palo Alto, CA 94306 <br> Telephone: (650) 804-7800 <br> Facsimile: (650) 852-9224 <br><br> Attorneys for Plaintiff <br> APPLE INC. | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> WILLIAM F. LEE (*pro hac vice* anticipated) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> STEPHEN E. TAYLOR (SBN 58452) <br> staylor@tcolaw.com <br> STEPHEN MCG. BUNDY (SBN 253017) <br> sbundy@tcolaw.com <br> JOSHUA R. BENSON (SBN 269111) <br> jbenson@tcolaw.com <br> TAYLOR & COMPANY LAW OFFICES, LLP <br> One Ferry Building, Suite 355 <br> San Francisco, California 94111 <br> Telephone: (415) 788-8200 <br> Facsimile: (415) 788-8208 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C-11-01846 (LHK) <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE: CASE NO. C-11-01846 (LHK)

1  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

4  On August 1, 2011, I served true copies of the following document(s) described as:

5  1.  **DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP (FILED UNDER SEAL);**

7  2.  **DECLARATION OF KENNETH H. BRIDGES IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP (FILED UNDER SEAL); and**

9  3.  **DECLARATION OF MICHAEL T. PIEJA IN SUPPORT OF THE OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP (FILED UNDER SEAL)**

11 on the interested parties in this action as follows:

☒  **BY MESSENGER SERVICE:** I provided such document(s) to a professional messenger service for service upon the individuals listed at the addresses below. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

| | |
|---|---|
| Charles K. Verhoeven<br>Quinn Emanuel Uurquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>E-Mail:<br>charlesverhoeven@quinnemanuel.com<br><br>**Attorney for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC** | Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Quinn Emanuel Uurquhart & Sullivan, LLP<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>E-Mail: kevinjohnson@quinnemanuel.com<br><br>**Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC** |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2011, at San Francisco, California.

_____
Jennifer R. Varnell

TAYLOR & CO.
LAW OFFICES, LLP

1.

PROOF OF SERVICE: CASE NO. C-11-01846 (LHK)

## DECLARATION OF MESSENGER

I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date): 8/1/11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 8/1/11

TOSHINORI KAWASE
(NAME OF DECLARANT)

_Toshinori Kawase_
(SIGNATURE OF DECLARANT)

TAYLOR & CO.
LAW OFFICES, LLP

2.

PROOF OF SERVICE: CASE NO. C-11-01846 (LHK)