1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Kevin P.B. Johnson (Bar No. 177129)
6    kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
7    victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
9  Facsimile:    (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Michael T. Zeller (Bar No. 196417)
11   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:    (213) 443-3000
13 Facsimile:    (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF TODD M. BRIGGS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG'S DISCOVERY OF APPLE PURSUANT TO CIVIL L.R. 6-2(a)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Trial Date:    None |
| Defendant. | |

I, Todd M. Briggs, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and counsel for defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of the parties' stipulation and proposed order extending the deadline for Samsung's discovery from Apple, pursuant to Civil L.R. 6-2. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. On July 1, 2011, plaintiff, counter-defendant and counter-claimant Apple Inc. ("Apple") filed a motion for preliminary injunction, seeking in part an order that Apple is entitled to a preliminary injunction based on Samsung's alleged infringement of U.S. Patent No. 7,469,381 ("the '381 patent"). *See* Dkt. No. 86.

3. On July 2, 2011, the Court invited the parties to provide input regarding a reasonable time frame for briefing and hearing Apple's motion, noting that the schedule would need to accommodate time to conduct discovery pertinent to the preliminary injunction motion. *See* Dkt. No. 95.

4. On July 8, 2011, the parties filed a joint submission regarding the briefing and hearing schedule. *See* Dkt. No. 100.

5. On July 18, this Court entered an Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (*see* Dkt. No. 115), setting August 8, 2011 as the deadline for Samsung's discovery from Apple relating to the preliminary injunction motion.

6. Since Apple filed its preliminary injunction motion, the parties have worked to schedule the depositions of witnesses with information to Apple's motion. Those witnesses include Bas Ording, the sole named inventor of the '381 patent which is one of the subjects of Apple's preliminary injunction motion; and Ravin Balakrishnan, who provided an expert declaration in support of Apple's preliminary injunction motion. Dkt. No. 91.

7. Despite the parties' best efforts to schedule the depositions within the deadline set by the Court's July 18, 2011 Order, counsel for the parties and Mr. Ording are not available for

-2-   Case No. 11-cv-01846-LHK
DECLARATION OF TODD M. BRIGGS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER

Mr. Ording's deposition until August 9, 2011, and counsel for the parties and Dr. Balakrishnan are not available until August 16, 2011 for Dr. Balakrishnan's deposition.

8. The parties have not previously modified the Court's July 18, 2011 Order setting the briefing and hearing schedule for Apple's preliminary injunction motion.

9. The requested time modification should not have any effect on the remainder of the schedule for this case.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 8, 2011            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                 By  */s/ Todd M. Briggs*
                                     Todd M. Briggs
                                     Attorneys for Defendants/Counter-Claimants
                                     SAMSUNG ELECTRONICS CO., LTD.,
                                     SAMSUNG ELECTRONICS AMERICA, INC.
                                     and SAMSUNG TELECOMMUNICATIONS
                                     AMERICA, LLC