1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America LLC

18
                      UNITED STATES DISTRICT COURT
19
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| 21 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 22 | Plaintiff, | **DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 23 | vs. | |
| 24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date: August 24, 2011** <br> **Time: 2:00 pm** <br> **Place: Courtroom 4, 5th Floor** <br> **Judge: Hon. Lucy H. Koh** |
| 27 | Defendants. | |

28

1   I, Austin Tarango, declare:

2   1.   I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
3   counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung
4   Telecommunications America, LLC. I have personal knowledge of the facts set forth in this
5   declaration and, if called upon as a witness, I could and would testify to such facts under oath.

6   2.   The confidential version of the Declaration of Eunha Kim In Support of Samsung's
7   Reply In Support of its Motion to Disqualify Bridges & Mavrakakis LLP (the "Kim Reply
8   Declaration") contains confidential, non-public information regarding a settlement meeting that
9   occurred between Apple and Samsung in or about September 2010.  Pursuant to General Order
10  No. 62, a copy of the Declaration has been lodged with the Court for *in camera* review, served on
11  all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

12  3.   The following portions of the Kim Reply Declaration have been properly filed
13  under seal: Paragraphs 5-6.

14  4.   Exhibit F of the Tarango Reply Declaration contains excerpts from the deposition
15  of Mr. Richard Lutton (the "Lutton Tr.").  Apple has designated this deposition HIGHLY
16  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order.  These
17  deposition excerpts also relate to the settlement meetings between Samsung and Apple and include
18  detailed, confidential, and non-public information regarding discussions that took place at these
19  meetings between Apple and Samsung.  Pursuant to General Order No. 62, a copy of Exhibit F has
20  been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the
21  Court pending the Court's granting of this Motion to Seal.

22  5.   Given that Apple designated Mr. Lutton's deposition testimony HIGHLY
23  CONFIDENTIAL-ATTORNEYS' EYES ONLY, and his testimony reveals confidential
24  information regarding the settlement meetings between Samsung and Apple, the entire transcript
25  provided in Exhibt F is properly filed under seal.

26  6.   The confidential version of Samsung's Reply In Support of Its Motion to Disqualify
27  Bridges & Mavrakakis LLP. ("Reply") contains confidential, non-public information regarding a
28  settlement meeting that occurred between Apple and Samsung.  This includes discussion of the

-1-                                       Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1  September 2010 meeting between Samsung and Apple, as well as the other meetings discussed by
2  Mr. Richard Lutton in his deposition.  Pursuant to General Order No. 62, a copy of the Reply has
3  been lodged with the Court for *in camera* review, served on all parties, and will be e-filed with the
4  Court pending the Court's granting of this Motion to Seal.

5      7.    The following portions of Samsung's Reply have been properly filed under seal:
6  Lines 18-20 and 22-24 on page 12, and lines 7-10 and 11-14 on page 14.

7      8.    On August 8, 2011, I e-mailed counsel for Apple, Inc. ("Apple") requesting that
8  Apple agree to the filing under seal of information pertaining to the settlement meetings between
9  Apple and Samsung, as well as portions of the Lutton Tr. that had been marked HIGHLY
10 CONFIDENTIAL-ATTORNEYS' EYES ONLY and also discussed the Apple Samsung meetings
11 in detail.  In response to this email, Apple's counsel agreed to not oppose Samsung's
12 Administrative Motion to file this information under seal.

14     I declare under penalty of perjury under the laws of the United States that the foregoing is
15 true and correct.  Executed in Redwood Shores, CA on August 8, 2011.

                By */s/ Austin Tarango*
                    Austin Tarango

-2-     Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S**
**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**