1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California  94111
Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
8  Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9
Edward DeFranco (Cal. Bar No.165596)
10  eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
11  New York, New York 10010
Telephone: (212) 849-7000
12  Facsimile: (212) 849-7100

13  Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
14  865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
15  Telephone: (213) 443-3000
Facsimile: (213) 443-3100
16
Attorneys for Samsung Electronics America, Inc.
17  and Samsung Telecommunications America LLC

18
UNITED STATES DISTRICT COURT
19
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| 21   APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 22            Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 23        vs. | |
| 24   SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New | **Date: August 24, 2011** |
| 25   York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, | **Time: 2:00 pm** **Place: Courtroom 4, 5th Floor** **Judge: Hon. Lucy H. Koh** |
| 26   LLC, a Delaware limited liability company, | |
| 27            Defendants. | |

28

**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1          Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications

2    America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to

3    File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that

4    portions of the Declaration of Eunha Kim In Support of Samsung's Reply In Support of its Motion

5    to Disqualify Bridges & Mavrakakis LLP. (the "Kim Reply Declaration"), Exhibit F attached to

6    the Declaration of Austin Tarango In Support of Samsung's Reply In Support of its Motion to

7    Disqualify Bridges & Mavrakakis, LLP ("Tarango Reply Declaration") and the corresponding

8    discussion of this confidential information in Samsung's Reply In Support of Its Motion to

9    Disqualify Bridges & Mavrakakis LLP ("Reply").

10          Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order

11    No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The

12    declaration establish that the information contained in the below documents is confidential and

13    therefore sealable.

14          Accordingly, for good cause shown, the Court ORDERS that the following documents

15    shall be filed under seal:

16        •    Paragraphs 5-6 of the Kim Reply Declaration;

17        •    Exhibit F of the Tarango Reply Declaration; and

18        •    The corresponding discussions of this confidential information in Samsung's Reply.

19

20        **IT IS SO ORDERED.**

21

22    DATED: _____, 2011

23                                  The Honorable Lucy H. Koh

24                                  United States District Court Judge

25

26

27

28

                                        Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**