QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS**<br><br>Date: August 24, 2011<br>Time: 2:00 pm<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

I, Austin Tarango, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the August 4, 2011 Northern District of California Order Granting Defendants' Motion to Disqualify in Oliver v. SD-3C, LLC et al., Case No. C 11-01260 JSW, Dkt. No. 70, as obtained through the ECF Website of Northern District of California.

3. Attached hereto as **Exhibit B** is a true and correct copy of the letter sent to Audrey Hollins from the Office of The Chief Trial Counsel Enforcement of the State Bar of California regarding the proposed changes to Professional Rule of Conduct 1.9 dated June 15, 2010, as obtained through/published by State Bar of California on its website at the following address, http://ethics.calbar.ca.gov/Committees/RulesCommission/June25262010MeetingMaterialsProposed.aspx.

4. Attached hereto as **Exhibit C** is a true and correct copy of California Proposed Rule of Professional Conduct 1.2, Scope of Representation and Allocation of Authority Between Client and Lawyer, as obtained through/published by State Bar of California on its website at the following address, http://ethics.calbar.ca.gov/Committees/RulesCommission/June25262010MeetingMaterialsProposed.aspx.

5. Attached hereto as **Exhibit D** is a true and correct copy of the February 5, 2010 draft of California Proposed Rule of Professional Conduct 1.2, including a comparison between the proposed rule and the ABA Model rules, as obtained through/published by State Bar of California on its website at the following address http://ethics.calbar.ca.gov/Committees/RulesCommission/June25262010MeetingMaterialsPropose

-1- Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**

1  d.aspx.    This comparison identifies modifications to the ABA Model Rules made by the Ethics
2  Committee.
3       6.    Attached hereto as **Exhibit E** is a true and correct copy of certain excerpts of the
4  transcripts of the hearing held on June 17, 2011 in this action.
5       7.    Attached hereto as **Exhibit F** is a true and correct copy of certain excerpts of the
6  transcript of the deposition of Richard J. Lutton Jr. dated July 26, 2011.
7
8       I declare under penalty of perjury that the foregoing is true and correct.   Executed in
9  Redwood Shores, California on August 8, 2011.
10
11
12
13       By  */s/ Austin Tarango*
        Austin Tarango

-2-   Case No. 11-cv-01846-LHK
**DECLARATION OF AUSTIN TARANGO IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**