UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG'S DISCOVERY OF APPLE PURSUANT TO CIVIL L.R. 6-2(a)**<br><br>Trial Date:   None |

1    By this stipulation, plaintiff, counter-defendant and counter-claimant Apple Inc. ("Apple")
2  and defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics
3  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")
4  hereby stipulate and request an order extending the deadline for Samsung's discovery from Apple,
5  set in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary
6  Injunction Motion (Dkt. No. 115), from August 8, 2011 to August 16, 2011.  This extension of
7  time will permit Samsung to take the depositions of two witnesses, Bas Ording and Ravin
8  Balakrishnan, whose depositions could not be scheduled at earlier dates.  *See* Declaration of Todd
9  M. Briggs in Support of Order Extending Deadline for Samsung's Discovery of Apple Pursuant to
10 Civil L.R. 6-2(a), filed concurrently herewith.  This extension of time for discovery from Apple
11 applies only to the depositions of Mr. Ording and Dr. Balakrishnan.  No other due dates set forth
12 in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary
13 Injunction Motion (Dkt. No. 115) are to be changed by this stipulation.

DATED: August 8, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
   Victoria F. Maroulis
   Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC

MORRISON & FOERSTER LLP

DATED: August 8, 2011

By  */s/ Jason R. Bartlett*
   Jason R. Bartlett
   Attorney for APPLE INC.

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: August 8, 2011

                                                           */s/ Victoria F. Maroulis*
                                                         Victoria F. Maroulis

**PURSUANT TO STIPULATION IT IS ORDERED THAT** the July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion in this action is amended such that the deadline for Samsung's discovery from Apple is extended to and including August 16, 2011. This extension of time for discovery from Apple applies only to the depositions of Mr. Ording and Dr. Balakrishnan.

Dated: August 10 2011

                                           _____
                                           Honorable Lucy H. Koh
                                           U.S. DISTRICT COURT JUDGE