UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISMISS AND STRIKE APPLE'S COUNTERCLAIMS**<br><br>**Date: September 22, 2011<br>Time: 1:30 pm<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh** |

1  The Court, having considered the moving, opposition, and reply papers, including evidence submitted therewith, applicable law, argument by counsel, and all other matters presented to this Court on Defendant's Motion to Dismiss and Strike Apple's Counterclaims, and good cause having been shown, HEREBY ORDERS that:

1. Defendant's Motion to Dismiss Counts XXVII, XXVIII, and XXIX of Apple Inc.'s Counterclaims in Reply is GRANTED;

2. Defendant's Motion to Strike Counts XXX, XXXI, and XXXII of Apple Inc.'s Counterclaims in Reply is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2011

Hon. Lucy H .Koh
United States District Court Judge