HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: C-11-01846 (LHK)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**<br><br>Date:    August 24, 2011<br>Time:   2:00 p.m.<br>Place:   Courtroom 4, 5th Floor<br><br>Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

Pursuant to Local Civil Rules 7-11(a) and 7-3(d), Plaintiff Apple Inc. respectfully moves for leave of Court to file a sur-reply to address new authority from the Northern District of California that defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc, and Samsung Telecommunications America, LLC ("Samsung") rely upon in their Reply in Support of Samsung's Motion to Disqualify Bridges & Mavrakakis LLP ("Reply").  Attached hereto as Exhibit 1 is Apple's proposed Sur-Reply to the Reply ("Apple's Sur-Reply").  The Declaration of Joshua R. Benson in Support of Apple Inc.'s Motion for Leave to File Sur-Reply in Opposition to Samsung's Motion to Disqualify Bridges & Mavrakakis LLP is filed concurrently herewith.

In its Reply, Samsung cites and relies upon the decision in *Oliver v. SD-3C*, Case No. C-11-01260 (N.D. Cal Aug. 4, 2011) to support its Motion for Disqualification.  The *Oliver* decision was issued on August 4, 2011, after Apple filed its Opposition to the Motion to Disqualify on August 1, 2011, and consequently Apple has not had an opportunity to brief or argue the decision.

Good cause therefore exists to grant Apple's request.  *See, e.g.*, *Landmark Screens, LLC v. Morgan, Lewis & Bockius*, No. 08-cv-2581 (JF), 2010 WL 3629816 at *2 (N.D. Cal. Sept. 14, 2010) (sur-reply permitted where authority cited for first time in reply papers); *Altavion, Inc. v. Konica-Monolta Sys. Lab., Inc.*, No. 07-cv-6358 (MHP), 2008 WL 2020593 at *1 n.1 (N.D. Cal. May 8, 2008) (sur-reply permitted where reply papers "relied upon cases which had not been previously cited"); *Sharper Image Corp. v. Consumers Union of U.S., Inc.*, No 03-4094 (MMC) 2004 WL 2713064 (N.D. Cal. Feb 23, 2004) at *1 (similar).

Apple has contacted counsel for Samsung and they have stipulated to Apple's request to file a sur-reply, as reflected in Stipulation and [Proposed] Order Granting Apple Inc. Leave to File Sur-Reply in Opposition to Samsung's Motion to Disqualify Bridges & Mavrakakis, LLP, filed August 16, 2011.

///
///
///
///

TAYLOR & CO.
LAW OFFICES, LLP

1.
APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)

1   For the foregoing reasons, Apple respectfully requests that the Court grant leave to file the
2 sur-reply attached hereto as Exhibit 1.

4 Dated: August 16, 2011                Respectfully submitted,

5                                         TAYLOR & COMPANY LAW OFFICES, LLP

7                                         By:      *Joshua R. Benson*
8                                                    Joshua R. Benson
                                          Attorneys for Plaintiff APPLE INC.

TAYLOR & CO.
LAW OFFICES, LLP

2.
APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO
SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)