| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>KENNETH H. BRIDGES (SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice* anticipated)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>STEPHEN E. TAYLOR (SBN 58452)<br>staylor@tcolaw.com<br>STEPHEN MCG. BUNDY (SBN 253017)<br>sbundy@tcolaw.com<br>JOSHUA R. BENSON (SBN 269111)<br>jbenson@tcolaw.com<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: C-11-01846 (LHK)<br><br>**DECLARATION OF JOSHUA R. BENSON IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP**<br><br>Date:    August 24, 2011<br>Time:    2:00 p.m.<br>Place:   Courtroom 4, 5th Floor<br><br>Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JOSHUA BENSON ISO APPLE INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)

I, JOSHUA R. BENSON, declare as follows:

1. I am an attorney with Taylor & Company Law Offices, LLP, and counsel for plaintiff Apple Inc. ("Apple") in connection with the above-captioned action. I am licensed to practice law in the State of California, and I respectfully submit this Declaration in Support of Apple Inc.'s Administrative Motion for Leave to File Sur-Reply in Opposition to Samsung's Motion to Disqualify Bridges & Mavrakakis LLP. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently thereto.

2. Local Civil Rule 7-3(d) provides that once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval.

3. On August 16, 2011, I emailed counsel for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"), to request that Samsung stipulate to allow Apple to file a short sur-reply to Samsung's Motion to Disqualify Bridges and Mavrakakis, LLP. I stated that Apple's proposed sur-reply was necessary to address new authority from the Northern District of California, *Oliver v. SD-3C*, Case No. C-11-01260 (N.D. Cal Aug. 4, 2011), which Samsung cited in its Reply in Support of its Motion to Disqualify, and which Apple has not had an opportunity to address.

5. As set forth in the Stipulation and [Proposed] Order Granting Apple Inc. Leave to File Sur-Reply in Opposition to Samsung's Motion to Disqualify Bridges & Mavrakakis, LLP, filed on August 16, 2011, the parties have agreed, by and through their counsel and subject to Court approval, that Apple may file a five-page sur-reply to Samsung's Motion to Disqualify.

6: I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 16th day of August, 2011, in San Francisco, California.

                                              *Joshua R. Benson*
                                              JOSHUA R. BENSON

TAYLOR & CO.
LAW OFFICES, LLP

1.
DECLARATION OF JOSHUA BENSON ISO APPLE INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)