| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| MICHAEL A. JACOBS (SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (SBN 197425) | 950 Page Mill Road |
| rhung@mofo.com | Palo Alto, California 94304 |
| MORRISON & FOERSTER LLP | Telephone: (650) 858-6000 |
| 425 Market Street | Facsimile: (650) 858-6100 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | WILLIAM F. LEE (*pro hac vice* anticipated) |
| Facsimile: (415) 268-7522 | william.lee@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| KENNETH H. BRIDGES (SBN 243541) | HALE AND DORR LLP |
| kbridges@bridgesmav.com | 60 State Street |
| MICHAEL T. PIEJA (SBN 250351) | Boston, MA 02109 |
| mpieja@bridgesmav.com | Telephone: (617) 526-6000 |
| BRIDGES & MAVRAKAKIS LLP | Facsimile: (617) 526-5000 |
| 3000 El Camino Real | |
| One Palo Alto Square, 2nd Floor | STEPHEN E. TAYLOR (SBN 58452) |
| Palo Alto, CA 94306 | staylor@tcolaw.com |
| Telephone: (650) 804-7800 | STEPHEN MCG. BUNDY (SBN 253017) |
| Facsimile: (650) 852-9224 | sbundy@tcolaw.com |
| | JOSHUA R. BENSON (SBN 269111) |
| | jbenson@tcolaw.com |
| | TAYLOR & COMPANY LAW OFFICES, LLP |
| | One Ferry Building, Suite 355 |
| | San Francisco, California 94111 |
| | Telephone: (415) 788-8200 |
| Attorneys for Plaintiff | Facsimile: (415) 788-8208 |
| APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C-11-01846 (LHK) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 24, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 4, 5th Floor |
| Defendants. | Honorable Lucy H. Koh |

1  Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3  "Samsung"), by and through their counsel and subject to the Court's approval, hereby
4  STIPULATE AS FOLLOWS:
5  WHEREAS, Samsung filed a Motion to Disqualify Bridges & Mavrakakis LLP (Docket
6  No. 101) ("Motion to Disqualify") and supporting documents on July 11, 2011;
7  WHEREAS, Apple filed its Opposition to Defendants' Motion to Disqualify (Docket No.
8  133) and supporting documents on August 1, 2011;
9  WHEREAS, Samsung filed its Reply in Support of Its Motion to Disqualify on August 8,
10  2011;
11  WHEREAS, in its Reply, Samsung discussed new authority from the Northern District of
12  California, *Oliver v. SD-3C*, Case No. C-11-01260 (N.D. Cal. Aug. 4, 2011);
13  WHEREAS, the order in *Oliver* was issued after Apple filed its Opposition to Samsung's
14  Motion to Disqualify, and therefore Apple has not had the opportunity to address the case;
15  WHEREAS, counsel for Samsung agreed that Samsung would not oppose Apple's request
16  to file a Sur-Reply provided that Apple restricts the Sur-Reply to the discussion of the *Oliver* case.
17  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO AND
18  BETWEEN THE PARTIES THAT, subject to the Court's approval:
19  On or before August 16, 2011, Plaintiff Apple Inc. may file a five-page Sur-Reply to
20  Samsung's Motion to Disqualify to address the recent disqualification decision of *Oliver v. SD-3C*,
21  Case No. C-11-01260 (N.D. Cal. Aug. 4, 2011).

Dated: August 16, 2011             TAYLOR & COMPANY LAW OFFICES, LLP


                                    By:     *Joshua R. Benson*
                                            Joshua R. Benson
                                    Attorneys for Plaintiff APPLE INC.

TAYLOR & CO.
LAW OFFICES, LLP

1.
STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN
OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)

| | |
|---|---|
| Dated: August 16, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: *Victoria F. Maroulis*<br>Victoria F. Maroulis |
| | Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Lucy H. Koh
Judge of the United States District Court

TAYLOR & CO.
LAW OFFICES, LLP

2.
STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)

**GENERAL ORDER ATTESTATION**

I, Joshua R. Benson, am the ECF user whose ID and password are being used to file the parties' STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP.  In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

/s/ Joshua R. Benson

Taylor & Co.
Law Offices, LLP

3.
STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)