HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C-11-01846 (LHK) <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SAMSUNG'S MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** <br><br> Date: August 24, 2011 <br> Time: 2:00 p.m. <br> Place: Courtroom 4, 5th Floor <br><br> Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

1   Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3   "Samsung"), by and through their counsel and subject to the Court's approval, hereby
4   STIPULATE AS FOLLOWS:
5   WHEREAS, Samsung filed a Motion to Disqualify Bridges & Mavrakakis LLP (Docket
6   No. 101) ("Motion to Disqualify") and supporting documents on July 11, 2011;
7   WHEREAS, Apple filed its Opposition to Defendants' Motion to Disqualify (Docket No.
8   133) and supporting documents on August 1, 2011;
9   WHEREAS, Samsung filed its Reply in Support of Its Motion to Disqualify on August 8,
10  2011;
11  WHEREAS, in its Reply, Samsung discussed new authority from the Northern District of
12  California, *Oliver v. SD-3C*, Case No. C-11-01260 (N.D. Cal. Aug. 4, 2011);
13  WHEREAS, the order in *Oliver* was issued after Apple filed its Opposition to Samsung's
14  Motion to Disqualify, and therefore Apple has not had the opportunity to address the case;
15  WHEREAS, counsel for Samsung agreed that Samsung would not oppose Apple's request
16  to file a Sur-Reply provided that Apple restricts the Sur-Reply to the discussion of the *Oliver* case.
17  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO AND
18  BETWEEN THE PARTIES THAT, subject to the Court's approval:
19  On or before August 16, 2011, Plaintiff Apple Inc. may file a five-page Sur-Reply to
20  Samsung's Motion to Disqualify to address the recent disqualification decision of *Oliver v. SD-3C*,
21  Case No. C-11-01260 (N.D. Cal. Aug. 4, 2011).

23  Dated: August 16, 2011             TAYLOR & COMPANY LAW OFFICES, LLP

                                        By:    *Joshua R. Benson*
                                               Joshua R. Benson
                                        Attorneys for Plaintiff APPLE INC.

TAYLOR & CO.
LAW OFFICES, LLP

1.

STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN
OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)

| | |
|---|---|
| Dated: August 16, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: _*Victoria F. Maroulis*_<br>         Victoria F. Maroulis |
| | Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: August 19, 2011

_/s/ Lucy H. Koh_
Honorable Lucy H. Koh
Judge of the United States District Court

TAYLOR & CO.
LAW OFFICES, LLP

2.
STIPULATION AND [PROPOSED] ORDER GRANTING APPLE INC. LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS: CASE NO. C-11-01846 (LHK)