HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　Defendants. | Case No.: C-11-01846 (LHK)<br><br>**NOTICE OF APPEARANCE**<br><br>Honorable Lucy H. Koh |

NOTICE OF APPEARANCE: CASE NO. C-11-01846 (LHK)

TAYLOR & CO.
LAW OFFICES, LLP

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Stephen McG. Bundy of the law form Taylor & Company Law Offices, LLP, a member of the State Bar of California (California State Bar No. 253017) and admitted to practice in the Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above-captioned action. Mr. Bundy's contact information is as follows:

> Stephen McG. Bundy
> Taylor & Company Law Offices, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone: (415) 788-8200
> Facsimile:  (415) 788-8208
> Email: sbundy@tcolaw.com

Dated: August 22, 2011

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By:   *Stephen McG. Bundy*
      Stephen McG. Bundy
Attorneys for Plaintiff APPLE INC.

TAYLOR & CO.
LAW OFFICES, LLP

1.

NOTICE OF APPEARANCE: CASE NO. C-11-01846 (LHK)