1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward J. DeFranco (Cal. Bar No. 165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics Co., Ltd.,
17 Samsung Electronics America, Inc., and Samsung
   Telecommunications America, LLC
18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| 21 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 22 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 23 | vs. | |
| 24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27 | Defendants. | |

28

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE Margret Caruso of Quinn Emanuel Urquhart & Sullivan, LLP

3 hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4 America, Inc. and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6 directed to:

7    Margret Caruso (CA Bar No. 243473)
       margretcaruso@quinnemanuel.com
8      555 Twin Dolphin Drive 5th Floor
       Redwood Shores, California  94065
9      Telephone: (650) 801-5000
       Facsimile: (650) 801-5100
10

11 DATED: August 22, 2011          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
12

13

14                                  By  */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
15                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
16                                      Edward DeFranco
                                        Michael T. Zeller
17                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
18                                      INC., and SAMSUNG
19                                      TELECOMMUNICATIONS AMERICA, LLC

20

21

22

23

24

25

26

27

28