QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE** |

1      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE Todd Briggs of Quinn Emanuel Urquhart & Sullivan, LLP

3  hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc. and Samsung Telecommunications America, LLC.

5      Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7        Todd M. Briggs (CA Bar No. 209282)
          toddbriggs@quinnemanuel.com
8         555 Twin Dolphin Drive 5th Floor
          Redwood Shores, California  94065
9         Telephone: (650) 801-5000
          Facsimile: (650) 801-5100
10

11  DATED: August 22, 2011              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
12

13

14                                       By  /s/ Victoria F. Maroulis
                                            Charles K. Verhoeven
15                                          Kevin P.B. Johnson
                                            Victoria F. Maroulis
16                                          Edward DeFranco
                                            Michael T. Zeller
17                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
18                                          INC., and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC
19

20

21

22

23

24

25

26

27

28

-1-                      Case No. 11-cv-01846-LHK
                                                           NOTICE OF APPEARANCE