QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT IN SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1    In accordance with Northern District of California Civil Local Rule 7-11, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") respectfully move the Court for leave to exceed the page limit under Local Rule 7-3(a) for Samsung's Opposition to Apple's Motion for a Preliminary Injunction ("Motion"). Apple does not oppose Samsung's request to exceed the page limit by 15 pages, as reflected in Stipulation and [Proposed] Order Granting Samsung Leave to Exceed Page Limit in Samsung's Opposition to Apple's Motion for a Preliminary Injunction, filed August 22, 2011.

To demonstrate that Apple is not entitled to a preliminary injunction, Samsung's opposition brief includes numerous arguments on the invalidity and non-infringement of Apple's patents that have been asserted in Apple's complaint in this action and in Apple's Motion. Samsung's opposition brief also includes various demonstrative images regarding products relevant to those arguments. Samsung requires additional pages to be able to fully address Apple's Motion and to include these demonstrative images.

Samsung therefore respectfully requests that the Court grant leave to exceed the page limit for its opposition brief by 15 pages.

DATED: August 22, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC