1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING SAMSUNG LEAVE TO EXCEED PAGE LIMIT IN SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1    Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung
2    Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3    "Samsung"), by and through their counsel and subject to the Court's approval, hereby
4    STIPULATE AS FOLLOWS:

5    WHEREAS, Apple filed a Motion for a Preliminary Injunction on July 1, 2011 (Docket
6    No. 86);

7    WHEREAS, Samsung requests additional pages for its Opposition to Apple's Motion for a
8    Preliminary Injunction;

9    WHEREAS, Apple does not oppose Samsung's Administrative Motion To Exceed Page
10   Limit in Samsung's Opposition to Apple's Motion for a Preliminary Injunction by 15 pages.

11   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN
12   THE PARTIES THAT, subject to the Court's approval:

13   On or before August 22, 2011, Samsung may exceed the page limit set forth in Northern
14   District of California Local Rule 7-3(a) in Samsung's Opposition to Apple's Motion for a
15   Preliminary Injunction by 15 pages.

Dated: August 22, 2011          QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By:   /s/ Victoria F. Maroulis

                                Attorneys for Defendants SAMSUNG
                                ELECTRONICS CO., LTD., SAMSUNG
                                ELECTRONICS AMERICA, INC., and SAMSUNG
                                TELECOMMUNICATIONS AMERICA, LLC

Dated: August 22, 2011          MORRISON & FOERSTER LLP

                                By:   s/ Richard S.J. Hung

                                Attorneys for Plaintiff APPLE INC.

1 **PURSUANT TO STIPULATION, IT IS ORDERED** that Samsung be permitted to
2 exceed the page limit set forth in N.D. Cal. L.R. 7-3(a) by 15 pages.

4 Dated: _____

Honorable Lucy H. Koh
Judge of the United States District Court

**GENERAL ORDER ATTESTATION**

In compliance with General Order 45(X)(B), I hereby attest that Richard S.J. Hung has concurred in this filing.

                                                 */s Victoria F. Maroulis*