# EXHIBIT E



# AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices



**Amy Karlson, Ben Bederson**
Computer Science Department
Human-Computer Interaction Lab (HCIL)
University of Maryland



**John SanGiovanni**
Microsoft Research
Microsoft Corporation





# Why One-Handed Interaction?

□ One hand occupied





□ Unstable environment

□ Attention divided among tasks





□ Two handed use unnatural

# Input and Interaction on Existing Devices

- ## Smartphones

  - □ Input:          Hardware Buttons

  - □ Interaction:   One-handed
    Keypad-mapped functions
    Directional navigation



- ## Personal Digital Assistants (PDAs)

  - □ Input:          Touch Sensitive Display
    Hardware Buttons

  - □ Interaction:   Two-handed
    Small software targets
    Directional navigation





# Design Goal

- ## Scalable User Interface (ScUI)

  - ### Single design & interaction architecture
  - ### Multiple resolutions & aspect ratios
  - ### University of Maryland's PocketPiccolo.NET toolkit for Zoomable User Interfaces (ZUIs)



**iMate Smartphone II**



**HP iPAQ PocketPC**



# One Application, Two Designs

## AppLens: Fisheye+Pan

- 9 Application Tiles

- Fisheye Zoom

- Command-Based Gestures





## LaunchTile: Zoom+Pan

- 36 Application Tiles

- Pure Zoom

- Direct Manipulation Gestures



# Related Work

- ## Gestures using Position & Orientation
  - General Purpose  [Reikimoto 1996] [Hinkley 2000]
  - Text Entry       [Sazawal 2002 ] [Widgdor 2003]

- ## Gestures with Stylus
  - App Specific      [Buyukkokten 2000] [Baudisch 2004]
  - Text Entry        [Perlin 1998] [Wobbrock 2003]

- ## Thumb-Based Hardware




**Jackito PDA**          **Apple iPod**



# AppLens Visual Design

- ## Generalized tabular fisheye
  - ### Motivated by DateLens calendar

- ## Three (fisheye) zoom levels







**Notification**          **Context**          **Full**



# AppLens Interaction Design

## ■ Input cursor

   

## ■ Command gestures

- ❏ Issued anywhere
- ❏ Access distant widgets
- ❏ Don't interfere with tap

 

**AppLens Video**

Interactive prototype based on images

# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**



**Zone**



**Application**

- ## "Blue"

- ## Navigation Landmarks 

# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**



**Zone**



**Application**

- ## "Blue"

- ## Navigation Landmarks



# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**          **Zone**          **Application**

- ## "Blue" 
- ## Navigation Landmarks 



# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**                    **Zone**                    **Application**

- ## "Blue" 
- ## Navigation Landmarks



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



# LaunchTile Interaction Design

■ Thumb-sized, keypad-mapped targets



**World**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**                    **Zone**



# LaunchTile Interaction Design

■ Thumb-sized, keypad-mapped targets



**World**                    **Zone**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**                    **Zone**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**                                    **Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**



**Zone**                    **Application**



# LaunchTile Interaction Design

## ▪ Thumb-sized, keypad-mapped targets





**World**          **Zone**          **Application**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



**Zone**          **Application**



# LaunchTile Interaction Design

## ■ Thumb-sized, keypad-mapped targets



**World**



**Zone**          **Application**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



**Zone**



**Application**

- ## Direct Manipulation Drag Gestures
  - ❑ Zoomspace
  - ❑ Application content
  - ❑ Toolglass

**LaunchTile Video**

Interactive prototype based on images

Reference study



# AppLens Command Gesture Study

- ## Gestures learnable with minimal training?

- ## Participants
  - ### 20 (12 Male, 8 Female)
  - ### 12 advanced computer users
  - ### 6 regular PDA users

- ## Time
  - ### Training:       5-15 minutes
  - ### Tasks:        15-30 minutes

Gesture Study

# Methods

- **Tasks**
  - ❑ Gesture
  - ❑ Navigation

- **Environment**
  - ❑ Hierarchical
  - ❑ Tabular
  - ❑ Zoomable

- **Measures**
  - ➢ Correctness and Speed
  - ➢ Correctness and Efficiency





Gesture Study



# Results

- ## Gesture Tasks                                  % Correct    Speed (sec)
  - Directional                        **93%**          **1.2**
  - Activate / Cancel                **87%**          **2.7**
  - Backward / Forward           **67%**          **3.6**

- ## Navigation Tasks
  - 95% correct
  - +2.4 gestures per task
  - Most of the problems from one third of users

- ## Subjective Reactions on 9-Point Scale
  - All between 5.9 - 6.75  (9 was best)

Gesture Study



# Discussion

- ## Errors from **recall** or **execution**?
  - ☐ Logs indicate both



- ## Navigation better than Action Gestures
  - ☐ Spatial mapping helps learnability
  - ☐ Abstract mappings require more effort
  - ☐ Similar mappings can be confusing

Gesture Study

# Formative Study Comparing Designs

- ## Goals:
  - ❑ Usability issues
  - ❑ Comparative preferences

- ## Participants:
  - ❑ 10 (8 Male, 2 Female)
  - ❑ All advanced computer users
  - ❑ 4 regular PDA users

- ## Time:
  - ❑ 45 minutes: 15 per interface, 15 discussion

Comparative Study



# Method

- # Software:





- # Tasks:

  - ❑ Exercised navigation & interaction features

- # Measures:

  - ❑ Subjective reactions

  - ❑ Comparative preferences

Comparative Study



# Results: AppLens

- ## Likes
  - ### Easy to learn
  - ### Effective to navigate
  - ### Comfortable
  - ### Fisheye valuable
  - ### Simultaneous access to apps

- ## Usability Issues
  - ### Gestures were hardest part

Comparative Study



# Results: LaunchTile

- ## Likes
  - ### Effective to navigate
  - ### Comfortable
  - ### "Blue"
  - ### Access to many apps

- ## Dislikes
  - ### Too many apps
  - ### Disorienting

- ## Usability Issues
  - ### Multi-modal "Blue"
  - ### Panning in Zone view

Comparative Study



# Results: AppLens vs. LaunchTile

- ## With minimal training, AppLens preferred
  - ❑ Easier to use
  - ❑ Faster application access
  - ❑ Better at-a-glance value
  - ❑ For own PDA use

Comparative Study



# Discussion

- ## AppLens beats LaunchTile?

  - ### Not necessarily

  - ### AppLens was simpler, shallower, fewer apps

    - Easier to learn and manage under time constraints
    - Performance unaffected by device limitations

- ## General Observations

  - ### Tapping used more than gestures

  - ### Utility of notification tiles

Comparative Study



# Conclusion

- **Promising Interfaces:**
  - ➢ One-handed
  - ➢ Notification-based
  - ➢ Tappable

- **Unknown:**
  - ➢ Scalable interfaces

- **Potential Challenge:**
  - ➢ Gesture-based interfaces