| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | Michael T. Zeller (Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
|   | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|   | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBIT G TO DECLARATION OF BENJAMIN BEDERSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT G to the DECLARATION OF BENJAMIN BEDERSON IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

        Voluminous Document (PDF file size larger than efiling system allowances)

        Unable to Scan Documents

        Physical Object (description):

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

        Item Under Seal

        Conformance with th eJudicial Conference Privacy Policy (General Order 53)

        Other (description):

DATED: August 22, 2011        Respectfully submitted,

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC