# EXHIBIT H



# AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices



**Amy Karlson, Ben Bederson**
Computer Science Department
Human-Computer Interaction Lab (HCIL)
University of Maryland



**John SanGiovanni**
Microsoft Research
Microsoft Corporation





# Why One-Handed Interaction?



❑ One hand occupied



❑ Unstable environment



❑ Attention divided among tasks



❑ Two handed use unnatural

# Input and Interaction on Existing Devices

■ Smartphones

    ❑ Input:          Hardware Buttons

    ❑ Interaction:    One-handed
                         Keypad-mapped functions
                         Directional navigation



■ Personal Digital Assistants (PDAs)

    ❑ Input:          Touch Sensitive Display
                         Hardware Buttons

    ❑ Interaction:    Two-handed
                         Small software targets
                         Directional navigation





# Design Goal

- ## Scalable User Interface (ScUI)

  - ### Single design & interaction architecture

  - ### Multiple resolutions & aspect ratios

  - ### University of Maryland's PocketPiccolo.NET toolkit for Zoomable User Interfaces (ZUIs)



**iMate Smartphone II**



**HP iPAQ PocketPC**



# One Application, Two Designs

## AppLens: Fisheye+Pan

- 9 Application Tiles

- Fisheye Zoom

- Command-Based Gestures





## LaunchTile: Zoom+Pan

- 36 Application Tiles

- Pure Zoom

- Direct Manipulation Gestures

# AppLens Visual Design

- ## Generalized tabular fisheye
  - ### Motivated by DateLens calendar

- ## Three fisheye zoom levels







**Overview**          **Context / Fisheye**          **Detail**



# AppLens Interaction Design

## Input cursor

   

## Command gestures

- Issued anywhere
- Access distant widgets
- Don't interfere with tap

 

**AppLens Video**

Interactive prototype based on images

We thank François Guimbretière for suggesting the arc-based design



# Formative Study Results: AppLens

- ## Likes
  - ❑ Easy to learn
  - ❑ Effective to navigate
  - ❑ Comfortable
  - ❑ Fisheye view valuable
  - ❑ Simultaneous access to apps

- ## Usability Issues
  - ❑ Gestures were hardest part

**AppLens Fisheye View**

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

# LaunchTile Visual Design

- ■ **Three pure zoom levels**



**Overview**



**Context / Zone**



**Detail**

# LaunchTile Visual Design

- ## Three pure zoom levels





**Overview**                    **Context / Zone**                    **Detail**



# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**          **Context / Zone**          **Detail**

- ## Animated zooming to transition between views

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

- ## Animated zooming to transition between views
- ## Visual landmarks

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

- ## Animated zooming to transition between views
- ## Visual landmarks



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**



# LaunchTile Interaction Design

■ Thumb-sized, keypad-mapped targets



**Overview**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

- # Thumb-sized, keypad-mapped targets



**Overview**              **Context / Zone**



# LaunchTile Interaction Design

- # Thumb-sized, keypad-mapped targets



**Overview**          **Context / Zone**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**



**Context / Zone**                  **Detail**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets





**Overview**          **Context / Zone**          **Detail**

- ## Direct Manipulation Drag Gestures
  - ❑ Zoomspace
  - ❑ Application content
  - ❑ Toolglass

**LaunchTile Video**

Interactive prototype based on images

# Formative Study Results: LaunchTile

- # Likes

  - ## Effective to navigate

  - ## Comfortable

  - ## Blue dot

  - ## Access to many apps

- # Dislikes

  - ## Too many apps
  - ## Disorienting

- # Usability Issues

  - ## Multi-modal "Blue"
  - ## Panning in Zone view



**LaunchTile Context / Zone View**



# Results: AppLens vs. LaunchTile

- ## With minimal training, AppLens preferred
  - ☐ Easier to use
  - ☐ Faster application access
  - ☐ Better at-a-glance value

- ## But…
  - ☐ Simpler design, fewer apps

- ## For both designs, users liked
  - ☐ Tap over gestures
  - ☐ Application summaries





# Lessons Learned

- **Promising Interfaces:**
  - One-handed
  - Notification-based
  - Tappable

- **Cross-Device Implementation:**
  - Different sizes and aspect ratios
  - Different input features

- **Potential Challenge:**
  - Gesture-based interfaces