# EXHIBIT J

**Subject:** LaunchTile source

**Date:**    Thursday, August 25, 2005 4:25:04 PM ET

**From:**    Bederson, Ben

**To:**      John SanGiovanni

John - the source for desktop LaunchTile is at
http://www.cs.umd.edu/~bederson/XNav2004.zip
Encryption info in next email.

  - Ben