# EXHIBIT K

**Subject:** RE: LaunchTile source code
**Date:** Wednesday, August 17, 2005 6:37:57 PM ET
**From:** John SanGiovanni
**To:** Bederson, Ben

Sounds like a good plan.  We'll wait until your visit.

Let's plan on Tuesday or Wednesday.  I'll send you meeting request(s) later this week.

Have fun visiting family with Aviva.  When Anne & I were in NYC this past weekend, it was *HOT*!  Yeesh.

JSG

---

**From:** Bederson, Ben [mailto:bederson@cs.umd.edu]
**Sent:** Wednesday, August 17, 2005 3:34 PM
**To:** John SanGiovanni
**Subject:** RE: LaunchTile source code

Hi John - I'm in total agreement.  Ask Aaron and just cc me so he knows it is ok w/ me.

As for calls, I should be able to make time any time tomorrow, Tuesday or Wednesday (I think Aviva and I are going to go visit family Fri-Mon).  Just let me know when.

I think I'd rather wait for Mary/George to visit - assuming I go there in September.  If that trip is delayed, I'll call, but I'd rather meet in person so I can show them our current work.

 - Ben

---

**From:** John SanGiovanni [mailto:johnsang@microsoft.com]
**Sent:** Wednesday, August 17, 2005 6:20 PM
**To:** Bederson, Ben
**Subject:** LaunchTile source code

Hey Ben.

I wanted to ping you before emailing Aaron…  As we explore sub-licensing opportunities, Microsoft needs to take delivery of the source code for the two LaunchTile prototypes.  The process flow for sponsored research does not include regular drops of source code like it does for papers & proposals.  There's a provision for receiving the DateLens source code, but not Sponsored Research code.  (This is probably for the best, so you don't have to worry about always sending us in-process code.)  I just verified that Microsoft has rights to the IP *and* copyright for source code developed under Sponsored Research…

> 4.3 b: Sponsored Research Technology.  University hereby grants and shall be deemed to have granted to Microsoft a perpetual, irrevocable, non-exclusive, royalty-free, fully paid up, worldwide right and license to: (i) make, have made, use, copy, reproduce, have reproduced, sell, have sold, import, display, distribute, license, translate, publicly perform, create Derivative Technology of, broadcast, transmit, sell, offer to sell, rent, lease, lend and otherwise exploit the Sponsored Research Technology (and Derivative Works thereof) in association with Microsoft products and/or services;  and (ii) sublicense the foregoing rights to third parties, including the right to grant further sublicenses, all in association with Microsoft products and/or services.
>
> 1.11: "Sponsored Research Technology" shall mean all developments, designs, concepts, techniques, inventions, discoveries, and works of authorship developed by University in the course of and arising out of the performance of a Research Project, including without limitation all University Patents and/or University Copyrights therein.
>
> 1.4: "Derivative Technology" means:  (a) for copyrightable or copyrighted material, any translation (including translation into other computer languages), port, modification, correction, addition, extension, upgrade, improvement, compilation,

> abridgement or other form in which an existing work may be recast, transformed or adapted; (b) for patentable or patented material, any improvement thereon; and (c) for material which is protected by trade secret, any new material derived from such existing trade secret material, including new material which may be protected by copyright, patent and/or trade secret.

I wanted to verify that you agree with this analysis.  If so, can I ask Aaron to FedEx me a CD with the sources for both the desktop & mobile LaunchTile prototypes?

Also, be sure to let me know potential times for a call this week and early next (previous email from me).

Thanks,
JSG