# EXHIBIT M

Server Logs – "launchtile.mov"

grep launchtile.mov access_log.2005_04_30_2005_05_07

204.119.25.11 - - [02/May/2005:12:55:23 -0400] "GET /~akk/launchtile.mov HTTP/1.1" 404 425
129.2.214.152 - - [05/May/2005:11:15:40 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
128.8.244.15 - - [05/May/2005:13:09:17 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277

grep launchtile.mov access_log.2005_05_07_2005_05_14

194.102.214.172 - - [07/May/2005:11:07:51 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
24.16.81.217 - - [07/May/2005:22:03:04 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277

grep launchtile.mov access_log.2005_05_14_2005_05_21

66.151.181.4 - - [14/May/2005:10:51:07 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.0" 200 24333277
131.107.0.101 - - [16/May/2005:18:48:24 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
131.107.0.80 - - [16/May/2005:19:57:00 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
131.107.0.80 - - [16/May/2005:19:57:02 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
128.244.129.54 - - [19/May/2005:08:58:29 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
128.244.129.54 - - [19/May/2005:08:58:55 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 304 0

grep launchtile.mov access_log.2005_05_21_2005_05_28

66.151.181.4 - - [25/May/2005:07:36:53 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.0" 200 24333277
13.8.125.11 - - [25/May/2005:12:54:12 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.0" 200 24333277
203.118.133.130 - - [26/May/2005:09:52:35 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277

grep launchtile.mov access_log.2005_05_28_2005_06_04

141.154.16.39 - - [30/May/2005:22:39:48 -0400] "HEAD /hcil/mobile/launchtile.mov HTTP/1.1" 200 -
141.154.16.39 - - [30/May/2005:22:39:52 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
140.78.145.102 - - [31/May/2005:04:49:02 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277
133.23.102.151 - - [03/Jun/2005:04:50:18 -0400] "GET /hcil/mobile/launchtile.mov HTTP/1.1" 200 24333277