QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROGER FIDLER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date: October 13, 2011**<br>**Time: 1:30 pm**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh** |

I, Roger Fidler, declare:

1. I make this declaration to bring to the Court's attention certain facts relating to the designs of tablet devices I have worked on since 1981 and also the interactions I had with Apple relating to tablet devices. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

**Personal Background**

2. I am currently the Program Director for Digital Publishing and Director of the Digital Publishing Alliance at the Donald W. Reynolds Journalism Institute at the University of Missouri in Columbia, Missouri.

3. I attended the University of Oregon from 1962-1966 and earned a Master's Degree in Journalism and Mass Communication from Kent State University in 1999. I was a professor of Journalism and Information Design at Kent State from 1996 until joining the Reynolds Journalism Institute in 2004. I was inducted into the University of Oregon School of Journalism's Hall of Achievement in 2004. I am a founding member of the Society of News Design, fellow of the World Technology Network, and member of the Gutenberg Society.

4. I began working in the newspaper industry in 1961, and worked as a science writer, reporter, copy editor, graphics editor, designer and computer systems manager. I joined Knight-Ridder Newspapers in 1974 as graphics editor for The Detroit Free Press. I moved to Knight-Ridder corporate offices in 1979. In 1992, I founded the Knight-Ridder Information Design Lab ("IDL") in Boulder, Colorado, and served as the Knight-Ridder Director of New Media until IDL closed and I resigned in 1995. From 1979 until 1983, I was a key member in the development of Knight-Ridder's videotex online service that was eventually known as Viewtron, a centralized system for providing and displaying interactive content to end-users. During my time at Knight-Ridder, I conceived and directed two successful companies: the Knight-Ridder Graphics Network in 1983, the first computer-based news graphics service, and PressLink in 1985, the first global intranet for the newspaper industry.

**Tablet Publications and Prototypes**

5. I have long been interested in the future of newspapers and the development of interactive, easy to read, portable electronic tablets. I first wrote about the idea of a tablet device in 1981, when I wrote an essay entitled "Videotex services will become mature businesses ... ." for the Associated Press Managing Editors (APME) which solicited ideas for how newspapers might look in the year 2000. APME published these ideas in a Special Report titled "The Changing Newspaper: Year 2000." In that essay, I suggested:

> One solution for newspapers may be the development of portable, flat-screen displays. ... [G]iven another 10 or 15 years, flat screens may have high-resolution displays and probably will be as ubiquitous as video tubes are today. . . . As an added enhancement, these units could have tactile controls. If they did, front pages for all sections could be summary capsules. When readers wanted to read the whole story, they would simply press the capsule or tease headline and the complete story would instantly appear on the screen.

The essay included photographs of prototypes of a digital newspaper displayed on a tablet that I anticipated. A copy of that essay, including the prototype images, is attached as Exhibit A.

6. Since the 1981 article, I have discussed and displayed my tablet designs and vision for the future of digital publishing at media conferences worldwide and on various television and radio programs, including CNN, the MacNeil-Lehrer NewsHour, NPR Morning Edition, Beyond 2000, Monitor Radio, and other programs in Canada, Australia, Germany, Japan, Spain, Singapore, Malaysia, and Brazil. Articles about my work have appeared in dozens of newspapers and magazines around the world, including *The New York Times*, *The Wall Street Journal*, *USA Today*, *Los Angeles Times*, *Scientific American*, *Business Week*, *U.S. News & World Report*, *Business 2.0*, *Playboy*, *MacWorld*, *MacWeek*, *Economist* (England), *Focus* (Germany), *Gente and Noticias*

**DECLARATION OF ROGER FIDLER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

(Argentina), *i-Magazine* (The Netherlands), *Suomen Lehdistö* (Finland), *Aera and Asahi Shimbun* (Japan), *El Mundo, El Periódico* and *El País* (Spain).

### The 1981 Tablet

7. In 1981, I learned about the invention of active matrix liquid crystal displays, which led me to design and create a mockup within a year of the 1981 essay's publication, of a tablet device. ("the 1981 Tablet"). Photographs of this prototype are attached as Exhibits B-D. From my first conception of a tablet device, I have always envisioned it with a touch screen and instant-on/instant-off functionality. I displayed the 1981 Tablet during speaking engagements at newspaper conferences in the United States, Asia, Australia, and Europe. The 1981 Tablet was shown in a *New York Times Sunday Business Edition* article by John Markoff, published on June 28, 1992, titled "A Media Pioneer's Quest: Portable Electronic Newspapers," a copy of which is attached as Exhibit E. The 1981 Tablet also was shown in an article titled "Enter the E-Paper" in the August 1993 issue of the magazine *Presstime*, a copy of which is attached as Exhibit F. I also brought the 1981 Tablet with me when I appeared on the MacNeil-Lehrer NewsHour on December 27, 1991, and displayed it on that program. Since creating the 1981 Tablet, I have displayed it in my office, except when I am traveling with it.

### The 1990 Tablet

8. For years after my 1981 essay was published, I continued to pursue the idea of the tablet for reading of newspapers in the electronic form. In 1990, in collaboration with Raychem Corporation, I produced an animated video featuring a tablet device to demonstrate how a tablet newspaper might function ("the 1990 Tablet"). This tablet included a touch screen and instant-on/instant-off functionality. In the video, a person uses the 1990 Tablet to read a news article and checks the weather and airplane fares by touching the headings for news, weather, and travel. A digital copy of the 1990 Video is attached as Exhibit G.

9. In the Fall 1990, I presented the 1990 Video to a group of executives at Knight-Ridder and to Alan Kay, who was an Apple Fellow at Apple Computer at the time.

**Apple's Direct Exposure to My Work With Tablets**

10. In 1992 Knight-Ridder established its Information Design Lab in Boulder, Colorado. From 1992 until 1995, I was both Corporate Director of New Media for Knight-Ridder and the Director of the IDL. Apple Computer had a laboratory in the same building and on the same floor. The IDL worked with Apple on news content for Apple's Newton product, until IDL shut down in 1995.

11. During the time IDL and Apple collaborated, Apple personnel were exposed to my tablet ideas and prototypes. Additionally, IDL employed Dr. Curt Stevens as its lead software engineer. Dr. Stevens designed and developed prototype software for Knight-Ridder's Newspaper of the Future, intended for a high resolution, full-color, flat panel tablet. Following IDL's closure, Dr. Stevens moved to Cupertino and started working for Apple.

12. In its October 25, 1993 issue, the magazine *Forbes ASAP* published a photograph of me with the 1981 Tablet in an article titled "Digital Darkhorse—Newspapers" by George Gilder ("the 1993 Forbes ASAP Article"). The article states that "the new world of converging technologies" will be "served à la carte on a flat-panel screen" and refers to me as "king of the flat panel." The article discusses my work at the IDL and notes that "an Apple Computer media center" was "[d]own the hall." A copy of the 1993 Forbes ASAP Article is attached as Exhibit H.

The 1994 Tablet and Video

13. In 1994, while at the IDL, I designed and produced another tablet mockup ("the 1994 Tablet"), photographs of which are attached as Exhibits I-K. Although I had always envisioned the tablet to have touch screen functionality, the technology available at the time let us to believe that a stylus might be required in the short term. So we showed the 1994 Tablet as operating with the help of a stylus. Members of the Apple lab viewed this tablet shortly after its creation.

14. Also in 1994, a videographer under my supervision made a video for the IDL titled "The Tablet Newspaper, A Vision for the Future" ("the 1994 Video"). The 1994 Video prominently features the 1994 Tablet. Although the 1994 Tablet was not a working device,

-4-

Case No. 11-cv-01846-LHK
DECLARATION OF ROGER FIDLER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION

through editing, the 1994 Video shows how I envisioned the tablet would eventually function. A digital copy of the 1994 Video is attached as Exhibit L.

15. More than 200 copies of the 1994 Video were distributed to various newspaper organizations and media outlets. Members of the Apple lab viewed the 1994 Video shortly after its creation.

**The 1996 Toshiba Tablet**

16. Starting in 1994, I provided Toshiba with specifications that they could use to create a working electronic tablet. Two Toshiba executives presented me with an operational prototype in 1996 at Kent State. A photograph of this presentation is attached as Exhibit M. Also in the photograph are then-Kent State University president Carol Cartwright, and then-Dean of the Kent State Journalism School, Pam Creedon. Additional photographs of that Toshiba tablet are attached as Exhibits N-P.

**Mediamorphisis**

17. In 1997 I authored the book Mediamorphosis: Understanding New Media. This book describes my work with the tablets and my efforts to promote the electronic newspaper reading devices. In this book, I predicted the future use of iPad-like devices and described a scenario in Chapter 9 of a newspaper reader using a touch screen interactive device. An excerpt of that chapter is attached as Exhibit Q.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbia, Missouri on August 16, 2011.

By: _____
Roger Fidler