# Exhibit B

THE MIAMI HERALD 100

# Construction begins for Moonbase Beta

# Slain pair's kin demand justice

# Yankees split double-header with Cubs




### Spaceport proposed

PARIS (AP) — They call Brickell the "the Wall Street of the Dopers" and say South American drug smugglers launder their huge profits through some accommodating Miami banks. The Reagan administration, frustrated that the traditional undercover "buy-and-bust" tactics have failed to put a major dent in drug trafffic.

### Typhoon kills 511

TOKYO (KNT) — As terrified customers watched, federal agents produced search warrants and then rifled through records seeking evidence that the banks were laundering illegal drug money. The raiders found enough evidence to charge three men, including Kattan-Kassin, the alleged kingpin of the biggest laundering operation in South Florida, with conspiracy and banking law violations.

### Gold passes $2500

LONDON (AP) — Law enforcement officials say the government's crackdown on drug financiers in South Florida — code-named "Operation Greenback" — has uncovered so-called "paper trails" showing that millions of dollars have been laundered here.

### Mexico seeks summit

MEXICO CITY (AP) — During 1978, the Federal Reserve Bank of Miami had a $5 billion cash surplus, the largest in the nation. Treasury officials estimate that during that year, smugglers laundered more than $100 million through Miami banks — a figure some authorities say is conservative.



*Julian Bond: Democrat's 2000 presidential candidate.*

## Bond wins on first ballot

WASHINGTON (KNT) — To about two dozen Miami area banks may have been used by smugglers at one time or another to launder money. Agents have examined records at more than 15 banks.

During 1978, the Federal Reserve Bank of Miami had a $5 billion cash surplus, the largest in the nation. Treasury officials estimate that during that year, smugglers laundered more than $100 million that millions of dollars have been laundered here.

Following such a paper trail left by reputed drug financier Isaac Kattan-Kassin, some 50 armed agents from the Internal Revenue Enforcement Administration, accompanied by television crews, earlier this year stormed into Great American Bank and the Bank of Miami and ordered patrons and employees to "freeze."

NEXT PAGE

PREVIOUS PAGE

NEWS INDEX | AD INDEX



*Monday's shift in Pacific plate caused widespread damage.*

## Sudden plate shift puzzles scientists

MIAMI (AP) — To Miami's stodgy banking community, Brickell Avenue is an address that exudes prestige and means money — the place where businessmen and bankers wheel and deal with billions of dollars pouring in from Latin America and Europe.

Bank officials angrily called the raids "gross publicity stunts" and said they gave Miami's financial community an undeserved black eye.

The Treasury Department says about two dozen Miami area banks may have been used by smugglers at one time or another to launder money.




Mockup of an e-reader and digital newspaper front page created by Roger Fidler in 1981 to illustrate an essay he wrote for an APME special report titled *The Changing Newspaper — Year 2000*. In that essay, Fidler predicted that online services would become mature businesses and that people would read newspapers on portable magazine-size devices in the first decade of the 21st century.