# Exhibit H



THE GOLD RUSH TO A $3.5 TRILLION MULTIMEDIA MARKET IS ON. FEW WOULD GUESS THAT THE RICHEST JACKPOT OF ALL MAY BE IN THE HANDS OF KNIGHT-RIDDER'S ROGER FIDLER, WHO IS CONCOCTING AN AUDACIOUS PLAN TO MAKE THE LOWLY NEWSPAPER THE SPEARHEAD OF THE INFORMATION ECONOMY.

"Media mirror on the wall, who is the fairest of us all?" The perennial question of all suitors of fate and fortune now whispers and resounds through conference resorts, executive retreats and consulting sessions across the land as business leaders from Hollywood to Wall Street pose with pundits and ponder the new world of converging technologies. Symbolized in a famous mandala by MIT's Media Lab, this grand fondue of information tools—to be served à la carte on a flat-panel screen—is foreseen to be a $3.5 trillion feast for American business sometime early next century. Few would guess that crucial to the emerging mediamorphosis—as king of the flat panel—will be a slight, graying, bearded man with some 30 teddy bears, Roger Fidler.

Fidler coined the term *mediamorphosis* as the title of his forthcoming book. His office in Boulder, Colo., looks out on the panorama of a picturesque downtown of red brick and neo-Gothic, surrounded by the Rocky Mountain foothills and sepia sandstone buildings of a mile-high Silicon Valley. Down the hall is an Apple Computer media center which is developing graphical forms of AppleLink, the company's on-line network. Down the block is Cablelabs, John Malone's research arm, which is designing the future of the cable industry.

Roger Fidler, though, is a newspaperman, a veteran of some 32 years in a business little known for technology. Beginning as an 11-year-old paperboy in Eugene, Oreg., Fidler went on to serve as a reporter, science columnist and art director before launching what is now Knight-Ridder Tribune Graphics. A multimillion-dollar business and reliable profit center, this venture provides digital graphics for newspapers and video animations for TV stations across the country over a dedicated network called PressLink, also launched by Fidler. Now Fidler and his allies working in Knight-Ridder's Information Design Laboratory are concocting an audacious plan to make the lowly newspaper the spearhead of the information economy.

Most information companies and executives are betting on him to fail. Barry Diller, the former ruler of 20th Century Fox, recently circled the planet of technology on a celebrated pilgrimage from Hollywood to find where the money would be made in the new information economy. Shunning Fidler's little lab, he arrived at nearby Cablelabs and resolved on home shopping through cable TV. He bought into QVC for some $20 million and went into business with John Malone. After a more corporate investigation, featuring polls and customer surveys, Robert Allen of AT&T settled to a remarkable degree on the $14 billion market in electronic games. Since launching an alliance with Sega, AT&T has been collecting game companies as compulsively as your kid collects games. It has bought shares of Sierra Online, 3DO, Spectrum HoloByte and PF Magic.

Moving toward the news trade is IBM. But rather than collaborating with one of the thousands of newspapers that use its equipment, the computer giant is trysting with General Electric's NBC in a kind of elephants' waltz into the sunset of old broadcast media.

Most of these leaders in the new gold rush toward multimedia are getting it wrong. Fixated by market surveys that map demand for existing video, they are plunging down dead ends and cul-de-sacs with their eyes firmly focused on the luminous visions in their rearview mirrors.



GEORGE GILDER'S  
TELECOSM  
"Digital Darkhorse—Newspapers"