# Exhibit M

