# Exhibit 1

**Nicholas P. Godici**
Executive Advisor
**Birch, Stewart, Kolasch, & Birch, LLP**

**Professional Experience**

**Birch, Stewart, Kolasch & Birch, LLP, Falls Church, VA.**

**Executive Advisor (April 2005-present)**
Responsibilities include business development, public relations, expert witness, and IP consulting.

**United States Patent and Trademark Office, Department of Commerce, Washington D.C.**

**Commissioner for Patents (March 2000-March 2005)**
Appointed by the Secretary of Commerce to a five-year term as Commissioner for Patents in 2000. Direct report to the Under Secretary Of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office. Served as the Chief Operating Officer for all aspects of patent related operations with the mission to properly implement the patent laws and regulations of the United States. Oversaw a budget of over $750 million dollars and a staff of over 5000 employees. Areas of responsibility included strategic planning, budget formulation and execution, information technology systems, staffing, employee development, labor management relations, customer outreach, congressional relations, public advisory committee relations, and patent policy formulation. Testified before the United States House and Senate on various intellectual property matters.

**Acting Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office (January 2001-December 2001)**
Served as Acting Under Secretary during the change in Administration in 2001. As the head of the Agency, chief executive officer and a direct report to the Secretary of Commerce, was responsible for all aspects of intellectual property policy and operations for the Administration. Represented the United States in international meetings at the World Intellectual Property Organization (WIPO) and with other national IP offices. Lead the "heads of office" meeting with the President of the European Patent Organization (EPO) and the Commissioner of the Japan Patent Office (JPO). Interacted with Congress, other agencies within the Administration, and major IP bar and trade associations on legal issues, operations of the USPTO, and national security.

**Expert Advisor at the USPTO (July-September 2009)**
At the request of the Secretary of Commerce I accepted a temporary assignment as an expert advisor to the Secretary and the Under Secretary of Commerce to strengthen the management structure of the USPTO and provide an up-to-date assessment of the challenges facing the agency.

**Various Positions Within the USPTO (June 1972-March 2000)**
Held various positions with the USPTO starting with patent examiner in the mechanical arts, Supervisory Patent Examiner, Group Director, and Deputy Assistant Commissioner for Patents. Lectured in the Patent Academy for many years. Responsibilities included oversight for Patent Cooperation Treaty (PCT) operations which included the processing of all international applications. Assumed responsibility for the entire patent examining corps as Deputy Assistant Commissioner for Patents in 1997.

## Education

B.S., Pennsylvania State University, Engineering Mechanics, 1972

Certificate of Advanced Public Management, The Maxwell School of Citizenship and Public Affairs, Syracuse University, 1999.

## Professional Affiliations and Awards

Elected fellow of the National Academy of Public Administration (NAPA) 2001.

Outstanding Engineering Alumni, Pennsylvania State University, 2002

Member of the Industrial and Professional Advisory Committee for the College of Engineering at Pennsylvania State University.2001-2003.

Named "One of the most important people in intellectual property today" by Legal Times Magazine in 2001.

Registered to Practice before the United States Patent and Trademark Office

## Publications

"Supporting a Knowledge Based Economy, Software Patents", Managing Intellectual Property Magazine, Innovation and Invention Focus 2004.

"Adequately Funding the USPTO: A Critical Problem that Must be Solved", Medical Innovation & Business, Summer 2010-Volume 2- Issue 2