# Exhibit 2

**List of Cases in Which Nicholas P. Godici Has Served as an Expert Witness and Given Testimony (either at deposition or trial) Within the Last Four Years**

*ConnecTel LLC v Cisco Systems, Inc.*, United States District Court for the Eastern District of Texas, Civil Action 2:24-cv-00396-LED

Certain Flash Memory Devices and Components Thereof, and Products Containing Such Devices and Components, United States International Trade Commission, Investigation No. 337-TA-552 (Hynix v Toshiba)

*Forgent Networks, Inc. v EchoStar Technologies, Inc., Scientific-Atlanta, Inc, Motorola, Inc., and Digeo, Inc.,* United States District Court For The Eastern District Of Texas, Consolidated Civil Action No. 6:06-cv-208

*New York University v AutoDesk, Inc.,* United States District Court For The Southern District Of New York, Civil Action No. 06-cv-5274 (JSR) (MHD)

*Trading Technologies Int'l, Inc. v eSpeed, Inc., eSpeed International, Ltd., Ecco LLC, and EccoWare, Ltd,* United States District Court For The Northern District of Illinois, Civil Action 2:06-CV-156

*American Calcar, Inc. v American Honda Motor Co., Inc. and Honda Of America Mfg., Inc.,* United States District Court for the Southern District of California, Civil No. 06-2433-DMS (CAB)

*Lazare Kaplan International Inc. v Photoscribe Technologies, Inc. et al.,* United States District Court for the Southern District of New York, Civil Action No. 06-4005 (TPG) (GWG)

*Repligen Corporation and the Regents of the University of Michigan, v Bristol-Myers Squibb Company,* United States District Court for the Eastern District of Texas, Case No. 2:06-CV-004-TJW

*Net2Phone, Inc., v eBay, Inc., Skype Technologies SA, Skype Inc., and John Does 1-10,* United States District Court District of New Jersey, Civil Action No. 06-2469 (KSH)

*In re K-Dur Antitrust Litigation,* United States District Court District of New Jersey, Civil Action No. 01-1652 (JAG)

*Bally Gaming, Inc. v IGT and Sierra Design Group*, United States District Court for the District of Nevada, Case No. 3:06-CV-00483-Erc-(RAM)

*Cross Atlantic Capital Partners Inc. v Facebook, Inc*., United States District Court for the Eastern District of Pennsylvania, CA No. 07-CV-02768-JP

*PDL Biopharma Inc. v SUN Pharmaceuticals Industries,* United States District Court District of New Jersey, CA No. 07-1788 (KSH)(PS)

*Medtronic Sofamor Danek v Globus Medical Inc*., United States District Court for the Eastern District of Pennsylvania, CA No. 06-CV-4248-JG

*Atlantic Research Marketing Systems, Inc. v Troy Industries, Inc.,* United States District Court for the District of Massachusetts, C.A. No. 07-cv-11576

*DESA IP, LLC and HEATHCO, LLC v EML Technologies and Costco Wholesale Corp.,* United States District Court for the Middle District of Tennessee, Civil Action no. 3-04-0160

Certain Vein Harvesting Surgical Systems and Components Thereof, United States International Trade Commission, Investigation No. 337-TA-645, (Marquet v Terumo)

*Degelman Industries LTD., v Pro-Tech Welding and Fabricating, Inc. and Michael P. Weagley,* United States District Court Western District of New York, Civ. Action No.: 06-CV-6346

*Conrad O. Gardner v. Toyota Motor Corp. et al*., United States District Court Western District of Washington at Seattle, No. C 08-0632 RAJ

*DataTreasury Corp. v. Wells Fargo & Co. et al*, United States District Court for the Eastern District of Texas Marshall Division, case 2:06-cv-72DF

*Semiconductor Energy Laboratory Co. v. Samsung Electronics Co. et al*., United States District Court Western District of Wisconsin, civil action no. 3:09-cv-00001-BBC

*Phillip M. Adams & Associates v. Fujitsu Limited et al*., United States District Court for the Northern District of Utah, Civil No. 1:05-CV-64 TS

*Software Tree LLC, v. Red Hat et al.,* United States District Court for the Eastern District of Texas, civil action no. 6:09-cv-00097

*B.Braun Melsungen AG et al. v. Terumo Medical Corp. et al.,* United States District Court for the District of Delaware, civil action no. 1:09-cv-00347

*Ebay Inc. v. IDT Corp, IDT Telecom, Inc., Union Telecard Alliance LLC, and Net2phone, Inc.,* United States District Court Western District of Arkansas, civil action 4:08-cv-04015

*The Chamberlain Group, Inc. and Johnson Controls Interiors LLC v. Lear Corporation*, United States District Court for the Northern District of Illinois, civil action no. 05-C-3449

*Kathrein-Werke KG, v.* <u>RYMSA,</u> United States District Court Northern District of Illinois, 07 C 2921

*SYNQOR Inc., v.* <u>Artesyn Technologies, Inc.,</u> United States District Court Eastern District of Texas, civil action no. 2:07-CV-497-TJW-CE

*Joy MM Delaware Inc., v.* <u>Cincinnati Mine Machinery Co.</u>, United States District Court Western District of Pennsylvania, civil action no. 2:09-cv-01415- GLL

<u>*Halo Electronics, Inc.,*</u> *v. Pulse Engineering Inc.,* United States District Court District of Nevada, case no. 2:07-cv-00331-PMP-PAL

*Wi-Lan, Inc. v.* <u>Acer et al, and Westell Technologies Inc .et al</u>, United States District Court Eastern District of Texas, case no 2:07-cv-473-TJW and 2:07-cv-474-TJW

*Mformation Technologies, Inc. v.* <u>Research In Motion Limited et al</u>*,* United States District Court Northern District of California , case no. 08-cv-4990

*Bedrock Computer Technologies LLC v.* <u>Softlayer Technologies et al</u>*,* United States District Court Eastern District of Texas Tyler Division, Civil Action No. 6:09-cv-269-LED

*US Rubber Recycling, Inc*., *v.* <u>ECORE International Inc.,</u> United States District Court Central District of California, Case No. CV 09-9516 SJO

*Bedrock Computer Technologies LLC v.* <u>Google et al</u>*,* United States District Court Eastern District of Texas Tyler Division, Civil Action No. 6:09-cv-269-LED

<u>*Halliburton Energy Services, Inc*</u>*. v. Weatherford International, Inc.,* United States District Court Northern District of Texas Dallas Division, civil action no. 3:10-cv-02595-N

*Sever Technology Inc. v.* <u>American Power Conversion Corp.,</u> United States District Court District of Nevada, case no. 3:06-CV-698-LRH-VPC

\* I served as an expert witness for the underlined party

3