# Exhibit 8-2

Electronically filed December 14, 2007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Application of: | Bas Ording | | Confirmation No.: | To be assigned |
| Serial No.: | To be assigned | | Art Unit | To be assigned |
| Filed: | December 14, 2007 | | Examiner: | To be assigned |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | | Attorney Docket No.: P4304US1/63266-5054-US | |

### STATEMENT UNDER 37 C.F.R. § 3.73(b)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Apple Inc., a corporation, states that it is the assignee of the entire right, title and interest in the patent application/patent identified above by virtue of an assignment from the inventor(s) of the patent application/patent identified above.

The assignment was recorded in the United States Patent and Trademark Office on _____ at Reel _____, Frame _____, or for which a copy thereof is attached.

The undersigned is authorized to act on behalf of the assignee.

Date:   December 14, 2007

*Robert Beyers* 46,552

Robert B. Beyers, Ph.D.                                    (Reg. No.)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
(650) 843-4000

1-PA/3672110.1

APLNDC00003848

MORGAN, LEWIS & BOCKIUS LLP Docket No. P4304US1/63266-5054-US

SOLE

## ASSIGNMENT

WHEREAS, I, **BAS ORDING**, ASSIGNOR, citizen of the Netherlands, residing in San Francisco, California, am the inventor of the invention in **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY** for which I have executed an application for a Patent of the United States

☒ which is executed on    ☒ even date herewith

☒ which is identified by Morgan, Lewis & Bockius LLP docket no. 63266-5054-US

☐ which was filed on _____, Application No. _____

☒ I hereby authorize and request my attorney, Gary S. Williams, of Morgan, Lewis & Bockius LLP, to insert here in parenthesis (Application number _____, filed _____) the filing date and application number of said application when known.

and WHEREAS, APPLE INC., ASSIGNEE, having a place of business at 1 Infinite Loop, Cupertino, California 95014, is desirous of obtaining my entire right, title and interest in, to and under the said invention and the said application:

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, I, the said ASSIGNOR, have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, my entire right, title and interest in, to and under the said invention, and the said United States application and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof; and all applications for industrial property protection, including, without limitation, all applications for patents, utility models, and designs which may hereafter be filed for said invention in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States application under the Patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates and designs which may be granted for said invention in any country or countries foreign to the United States and all extensions, renewals and reissues thereof;

AND I HEREBY authorize and request the Commissioner of Patents and Trademarks of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of industrial property protection on applications as aforesaid, to issue the same to the said ASSIGNEE, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND I HEREBY covenant and agree that I have full right to convey the entire interest herein assigned, and that I have not executed, and will not execute, any agreement in conflict herewith.

AND I HEREBY further covenant and agree that I will communicate to the said ASSIGNEE, its successors, legal representatives and assigns, any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing, reissue and foreign applications, make all rightful oaths, and generally do everything possible to aid the said ASSIGNEE, its successors, legal representatives and assigns, to obtain and enforce proper protection for said invention in all countries.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal the day and year set opposite my signature.

Date: __12_/_7_____, 2007                          _____L.S.

**BAS ORDING**

MORGAN, LEWIS & BOCKIUS LLP DOCKET NO. P4304US1/63266-5054-US

### DECLARATION FOR NON-PROVISIONAL PATENT APPLICATION*

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below at 201 et seq. beneath my name.

I believe I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names are listed at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY

and for which a patent application:

☒ is attached hereto and includes amendment(s) filed on        (if applicable)
☐ was filed in the United States on        as Application No.        (for declaration not accompanying application) with amendment(s) filed on        (if applicable)
☐ was filed as PCT international Application No.        on        and was amended under PCT Article 19 on  (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)–(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
| | | | YES ☐ | NO ☐ |
| | | | YES ☐ | NO ☐ |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| PROVISIONAL APPLICATION NUMBER | FILING DATE |
|---|---|
| 60/937,993 | June 29, 2007 |
| 60/946,971 | June 28, 2007 |
| 60/945,858 | June 22, 2007 |
| 60/879,469 | January 8, 2007 |
| 60/883,801 | January 7, 2007 |
| 60/879,253 | January 7, 2007 |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose information known to me which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| NON-PROVISIONAL APPLICATION SERIAL NO. | TYPE OF APPLICATION | FILING DATE | STATUS | | |
|---|---|---|---|---|---|
| | | | PATENTED | PENDING | ABANDONED |
| | | | | | |
| | | | | | |

MORGAN, LEWIS & BOCKIUS LLP DOCKET NO. P4304US1/63266-5054-US

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under § 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| 2 0 1 | FULL NAME OF INVENTOR | LAST NAME ORDING | FIRST NAME BAS | MIDDLE NAME | |
|---|---|---|---|---|---|
| | RESIDENCE & CITIZENSHIP | CITY San Francisco | STATE OR FOREIGN COUNTRY California | COUNTRY OF CITIZENSHIP Netherlands | |
| | POST OFFICE ADDRESS | STREET 44 Newburg Street | CITY San Francisco | STATE OR COUNTRY CA | ZIP CODE 94131 |
| | SIGNATURE OF INVENTOR 201 | | | DATE 12/7/'07 | |

| 2 0 2 | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|---|---|---|---|---|---|
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| | SIGNATURE OF INVENTOR 202 | | | DATE | |

| 2 0 3 | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|---|---|---|---|---|---|
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| | SIGNATURE OF INVENTOR 203 | | | DATE | |

| 2 0 4 | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME | |
|---|---|---|---|---|---|
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP | |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |
| | SIGNATURE OF INVENTOR 204 | | | DATE | |

APLNDC00003851

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2594332 |
| **Application Number:** | 11956969 |
| **International Application Number:** | |
| **Confirmation Number:** | 8460 |
| **Title of Invention:** | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display |
| **First Named Inventor/Applicant Name:** | Bas  Ording |
| **Customer Number:** | 61725 |
| **Filer:** | Gary Scott Williams/Beverly Gemello |
| **Filer Authorized By:** | Gary Scott Williams |
| **Attorney Docket Number:** | P4304US1/63266-5054-US |
| **Receipt Date:** | 14-DEC-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 16:31:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1160 |
| RAM confirmation Number | 1539 |
| Deposit Account | 500310 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLNDC00003852

| 1 | | 63266-5054_ApplicationAsFiled.pdf | 1433231<br><br>dc5ee0e1a9466fb07c6f727ed0b7ab05<br>2ddcfb96 | yes | 103 |
|---|---|---|---|---|---|

| Multipart  Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal of New Application | 1 | 1 |
| Oath or Declaration filed | 2 | 3 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 4 | 5 |
| Power of Attorney | 6 | 6 |
| Specification | 7 | 60 |
| Claims | 61 | 64 |
| Abstract | 65 | 65 |
| Drawings-only black and white line drawings | 66 | 103 |

**Warnings:**

**Information:**

| 2 | Petition for 12-month Accelerated Exam | 63266-5054_PetToMakeSpecial-AE.pdf | 270528<br><br>5dd8a577a769c83ebb8f806cfcd56493f<br>5726b2d | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

This is not a USPTO supplied Accelerated Exam SB28 form.

**Information:**

| 3 | Statement of preexamination search | 63266-5054_PreExamSearchStmt.pdf | 1189508<br><br>bdfc9ff90cdb53930cba6a0a7d05999b0<br>5935593 | no | 18 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Information Disclosure Statement (IDS) Filed | 63266-5054_IDS.pdf | 218258<br><br>64b3ce4391a4f6c4721695726aec8b7cf<br>bd30ccc | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 5 | Examination support document | 63266-5054_AESupportDocument.pdf | 235326<br><br>f87cffe5fd30fc9276a70378451e143fb7<br>4875a8 | no | 44 |
|---|---|---|---|---|---|

APLNDC00003853

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Application Data Sheet | 63266-5054_ADS3.pdf | 261511 <br> c0fbc36788546006b8719be81946245caab3b699 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 7 | Fee Worksheet (PTO-06) | fee-info.pdf | 8537 <br> d6fde06edb06227701aab40e424fa5c67d673d8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 3616899 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00003854

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P4304US1/63266-5054US |
|---|---|---|
| | Application Number | |
| Title of Invention | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Applicant Information:

**Applicant 1**

| Applicant Authority ◉ Inventor | ○ Legal Representative under 35 U.S.C. 117 | | ○ Party of Interest under 35 U.S.C. 118 | |
|---|---|---|---|---|
| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
| | Bas | | Ording | |
| **Residence Information (Select One)** | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service | |
| **City** | San Francisco | **State/Province** | CA | **Country of Residence** i | US |

| **Citizenship under 37 CFR 1.41(b)** i | | NL | |
|---|---|---|---|
| **Mailing Address of Applicant:** | | | |
| **Address 1** | 44 Newberg Street | | |
| **Address 2** | | | |
| **City** | San Francisco | **State/Province** | CA |
| **Postal Code** | 94131 | **Country** i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the Add button.    [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ An Address is being provided for the correspondence Information of this application.

| **Customer Number** | 61725 | |
|---|---|---|
| **Email Address** | gwilliams@morganlewis.com | [Add Email] [Remove Email] |

## Application Information:

| **Title of the Invention** | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | | |
|---|---|---|---|
| **Attorney Docket Number** | P4304US1/63266-5054US | **Small Entity Status Claimed** | ☐ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Suggested Class (if any)** | 345 | **Sub Class (if any)** | 684 |
| **Suggested Technology Center (if any)** | 2600 | | |
| **Total Number of Drawing Sheets (if any)** | 38 | **Suggested Figure for Publication (if any)** | |

EFS Web 2.2.1

APLNDC00003855

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P4304US1/63266-5054US |
|---|---|---|
| | Application Number | |
| Title of Invention | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Enter either Customer Number or complete the Representative Name section below. If both sections are completed the Customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 61725 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 60937993 | 2007-06-29 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 60946971 | 2007-06-28 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 60945858 | 2007-06-22 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 60879469 | 2007-01-08 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 60883801 | 2007-01-07 |
| Prior Application Status | Pending | | Remove |

APLNDC00003856

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | P4304US1/63266-5054US |
|---|---|---|
| | Application Number | |
| Title of Invention | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | |

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
|---|---|---|---|
| | non provisional of | 60879253 | 2007-01-07 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

Remove

| Application Number | Country i | Parent Filing Date (YYYY-MM-DD) | Priority Claimed |
|---|---|---|---|
| | | | ⦿ Yes ◯ No |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Assignee Information:

Providing this information in the application data sheet does not substitute for compliance with any requirement of part 3 of Title 37 of the CFR to have an assignment recorded in the Office.

**Assignee 1**

| If the Assignee is an Organization check here. | ☒ |
|---|---|
| Organization Name | Apple Inc. |

**Mailing Address Information:**

| Address 1 | 1 Infinite Loop | | |
|---|---|---|---|
| Address 2 | | | |
| City | Cupertino | State/Province | CA |
| Country i | US | Postal Code | 95014 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the **Add** button.

## Signature:

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Robert B. Beyers/ | | | Date (YYYY-MM-DD) | 2007-12-14 |
|---|---|---|---|---|---|
| First Name | Robert B. | Last Name | Beyers | Registration Number | 46552 |

APLNDC00003857

PTO/SB/14 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | P4304US1/63266-5054US |
| | Application Number | |
| Title of Invention | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

APLNDC00003858

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

APLNDC00003859

Electronically filed December 14, 2007

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Application of: | Bas Ording | Confirmation No.: | To be assigned |
| Serial No.: | To be Assigned | Art Unit: | To be assigned |
| Filed: | December 14, 2007 | Examiner: | To be assigned |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | Attorney Docket No.: | P4304US1/63266-5054-US |

# **Accelerated Examination Support Document**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir or Madam:

This accelerated examination support document is provided in support of the petition for accelerated examination filed herewith.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5054). A copy of this sheet is enclosed for such purpose.

**Listing of Claims** begins on page 2 of this paper.

**References Deemed Most Closely Related** are stated on page 6 of this paper.

**Identification of Limitations Disclosed by References** begins on page 6.

**Detailed Explanation of Patentability** begins on page 17 of this paper.

**Concise Statement of Utility** begins on page 18 of this paper.

**Showing of Support under 35 USC 112, First Paragraph** begins on page 19 of this paper.

**Identification of References Disqualified as Prior Art under 35 USC 103(c)** begins on page 44 of this paper.

APLNDC00003860

**Listing of Claims**

There are 3 independent claims and 20 total claims currently pending in the application. The claims read as follows:

1.      A computer-implemented method, comprising:

at a device with a touch screen display,

detecting a movement of an object on or near the touch screen display;

in response to detecting the movement, translating an electronic document displayed on the touch screen display in a first direction;

in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document; and

after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed.

2.      The computer-implemented method of claim 1, wherein the device is a portable multifunction device.

3.      The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display.

4.      The computer-implemented method of claim 1, wherein the object is a finger.

5.      The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction.

6.      The computer-implemented method of claim 1, wherein the electronic document is a web page.

7.      The computer-implemented method of claim 1, wherein the electronic document is a digital image.

8.      The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document.

APLNDC00003861

9.      The computer-implemented method of claim 1, wherein the electronic document includes a list of items.

10.      The computer-implemented method of claim 1, wherein the second direction is opposite the first direction.

11.      The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object.

12.      The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction.

13.      The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white.

14.      The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document.

15.      The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion.

16.      The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display.

17.      The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated

APLNDC00003862

translating distance is less than a distance of movement of the object after reaching the edge of the electronic document.

18.    The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed.

19.    A device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including:

instructions for detecting a movement of an object on or near the touch screen display;

instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement;

instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and

instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

20.    A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to:

APLNDC00003863

detect a movement of an object on or near the touch screen display;

translate an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement;

display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and

translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

APLNDC00003864

**References Deemed Most Closely Related:**

An Information Disclosure Statement in compliance with 37 CFR 1.98 has been filed herewith citing each of the following references deemed most closely related to the subject matter of the claims.

1. Zimmerman et al       US 6,690,387
2. Kwatinetz et al         US 5,495,566
3. Pallakoff                US Patent Application Publication 2005/0012723

**Identification of Limitations Disclosed by References:**

The following chart identifies the limitations that are disclosed, in whole or in part, by Zimmerman, Kwatinetz, and Pallakoff.

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 1. A computer-implemented method, comprising: | Abstract. | Abstract. | Abstract. |
| at a device with a touch screen display, | Col. 5, lines 26-29, and Fig. 2. | Kwatinetz discloses a system with a "display" (Col. 4, lines 50-56, col. 5, lines 37-44, and Figs. 1-2).<br><br>But Kwatinetz does not disclose "a device with a <u>touch screen</u> display" as required by claim 1. | Paragraph 0109 and Fig. 14-A. |
| detecting a movement of an object on or near the touch screen display; | Col. 3, lines 15-16, Col. 5, lines 27-31, and Fig. 2. |  | Paragraph 0120. |
| in response to detecting the movement, translating an electronic document displayed on the touch screen display in a first direction; | Col. 3, lines 55-57, Col. 5, lines 27-31. |  | Paragraph 0120. |

APLNDC00003865

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document; and | | | |
| after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed. | | | |
| 2. The computer-implemented method of claim 1, wherein the device is a portable multifunction device. | Zimmerman discloses the elements of a computer (Col. 5, lines 48-51).<br><br>But Zimmerman does not disclose "a portable multifunction device" as required by claim 2. | Kwatinetz discloses a "data processing system" configured using computer hardware (Col. 4, lines 50-56, and Fig. 1).<br><br>But Kwatinetz does not disclose "a portable multifunction device" as required by claim 2. | Paragraph 0002. |
| 3. The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display. | Col. 5, lines 26-29, and Fig. 2. | | Paragraph 0120. |

APLNDC00003866

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 4. The computer-implemented method of claim 1, wherein the object is a finger. | Col. 5, lines 26-29, and Fig. 2. | ✕ | Paragraph 0120. |
| 5. The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | Abstract. | Col. 5, lines 50-53. | Paragraph 0120. |
| 6. The computer-implemented method of claim 1, wherein the electronic document is a web page. | Zimmerman discloses the displacement of data on a touch screen (Col. 5, lines 45-47).<br><br>But Zimmerman does not disclose "a web page" as required by claim 6. | Kwatinetz discloses the scrolling of "screen objects or information" on the display (Col. 5, line 63 - col. 6, line 6).<br><br>But Kwatinetz does not disclose "a web page" as required by claim 6. | Fig. 14-A. |
| 7. The computer-implemented method of claim 1, wherein the electronic document is a digital image. | ✕ | Col. 5, line 63 - col. 6, line 6. | Paragraph 0002. |
| 8. The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document. | Zimmerman discloses the displacement of data on a touch screen (Col. 5, lines 45-47).<br><br>But Zimmerman does not disclose "a word processing, spreadsheet, email or presentation document" as required by claim 8. | Col. 5, line 63 - col. 6, line 6. | Paragraphs 0002 and 0088. |

APLNDC00003867

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 9. The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | Col. 1, lines 49-51. | Kwatinetz discloses the scrolling of "screen objects or information" on the display (Col. 5, line 63 - col. 6, line 6).<br><br>But Kwatinetz does not disclose "a list of items" as required by claim 9. | Paragraph 0192 and Fig. 4-A. |
| 10. The computer-implemented method of claim 1, wherein the second direction is opposite the first direction. | | | |
| 11. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | Abstract. | Kwatinetz discloses that the initial scrolling speed of contents corresponds to the acceleration of the mouse cursor on the display (Col. 7, lines 48-65, and Fig. 4A).<br><br>But Kwatinetz does not disclose a translation speed "correspond[ing] to a speed of movement of the object" as required by claim 11. | Paragraph 0194. |

APLNDC00003868

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 12. The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | Zimmerman discloses the displacement speed of the image being decreased at a controlled rate (Abstract).<br><br>But Zimmerman does not disclose that the displacement of the image is "in accordance with a simulation of an equation of motion having friction" as required by claim 12. | Kwatinetz discloses several ways of adjusting the scroll speed (Col. 8, lines 62-65 in connection with step 424 of Fig. 4B, col. 9, lines 57-60, col. 10, lines 45-49, and Figs. 5-6).<br><br>But Kwatinetz does not disclose adjusting the scroll speed "in accordance with a simulation of an equation of motion having friction" as required by claim 12. | |
| 13. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | | | |
| 14. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | | | |
| 15. The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion. | | | |

APLNDC00003869

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 16. The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | | | |

APLNDC00003870

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 17. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | | | |

APLNDC00003871

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| 18. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed. | | | |
| 19. A device, comprising: | Col. 5, lines 12-15, 26-29, and Fig. 2. | Abstract and Fig. 1. | Abstract. |
| a touch screen display; | Col. 5, lines 12-15, 26-29, and Fig. 2. | Kwatinetz discloses a system with a "display" (Col. 4, lines 50-56, co. 5, lines 37-44, and Figs. 1-2). But Kwatinetz does not disclose "a touch screen display" as required by claim 19. | Paragraph 0109 and Fig. 14-A. |
| one or more processors; | Col. 5, lines 12-15, 26-29, and Fig. 2. | Fig. 1. | Paragraph 0274 and Fig. 24. |

APLNDC00003872

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| memory; and | Col. 5, lines 16-19. | Fig. 1. | Paragraph 0274 and Fig. 24. |
| one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | Col. 5, lines 29-31. | Fig. 1. | Paragraph 0274 and Fig. 24. |
| instructions for detecting a movement of an object on or near the touch screen display; | Col. 3, lines 15-16, Col. 5, lines 27-31. | | Paragraph 0120. |
| instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | Col. 3, lines 55-57, Col. 5, lines 27-31. | | Paragraph 0120. |
| instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | | | |

APLNDC00003873

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | | | |
| 20. A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | Col. 5, lines 17-21, and 29-31. | Kwatinetz discloses a system with a "display" (Col. 4, lines 50-64, col. 5, lines 37-44, and Figs. 1-2).<br><br>But Kwatinetz does not disclose "a device with a <u>touch screen</u> display" as required by claim 20. | Paragraph 0274, and Fig. 24. |
| detect a movement of an object on or near the touch screen display; | Col. 3, lines 15-16, Col. 5, lines 27-31. | | Paragraph 0120. |
| translate an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | Col. 3, lines 55-57, Col. 5, lines 27-31. | | Paragraph 0120. |

APLNDC00003874

| Claim Language | Zimmerman et al | Kwatinetz et al | Pallakoff |
|---|---|---|---|
| display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | | | |
| translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | | | |

    In view of the remarks in the chart above, claims 1-20 are not anticipated by Zimmerman, Kwatinetz, or Pallakoff because none of these references discloses each and every limitation of these claims.

APLNDC00003875

**Detailed Explanation of Patentability:**

35 U.S.C. § 102

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." MPEP § 2131 citing *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631, 2 USPQ2d 1051, 1053 (Fed. Cir. 1987). . . . "The identical invention must be shown in as complete detail as is contained in the ... claim." MPEP § 2131 citing *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1236, 9 USPQ2d 1913, 1920 (Fed. Cir. 1989).

All of claims 1-20 include the element that in response to an edge of an electronic document being reached while translating the electronic document in a first direction while an object is still detected on or near a touch screen display, an area beyond the edge of the document is displayed:

> "in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document" (Claim 1);

> "instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display" (Claim 19); and

> "display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display" (Claim 20).

As shown in the chart in the preceding section, Zimmerman, Kwatinetz, and Pallakoff do not teach or suggest this claim element, either expressly or inherently.

Similarly, all of claims 1-20 include the element that after the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed:

> "after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed" (Claim 1);

> "instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the

APLNDC00003876

object is no longer detected on or near the touch screen display" (Claim 19); and

"translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display" (Claim 20).

As shown in the chart in the preceding section, Zimmerman, Kwatinetz, and Pallakoff do not teach or suggest this claim element, either expressly or inherently.

Thus, at least two elements in each of claims 1-20 are not taught or suggested by Zimmerman, Kwatinetz, and/or Pallakoff.

Applicants respectfully submit that for at least the reasons set forth above, Zimmerman, Kwatinetz, and Pallakoff do not anticipate any of claims 1-20 of the above captioned patent application under 35 U.S.C. § 102(a)-(g) at least because none of these references discloses each and every limitation of any of claims 1-20. MPEP §2131.

35 U.S.C. § 103(a)

One of the criteria required to establish a prima facie case of obviousness is that the prior art must teach or suggest all the claim limitations. MPEP §2143.

Applicants respectfully submit that Zimmerman, Kwatinetz, and Pallakoff, either standing alone or in combination, do not render claims 1-20 of the above-captioned patent application obvious under 35 U.S.C. § 103(a) because, as explained above, at least two elements in each of claims 1-20 are not taught or suggested by Zimmerman, Kwatinetz. and/or Pallakoff. MPEP §2143.

**Concise Statement of Utility:**

The invention as claimed in independent claims 1, 19, and 20 has utility at least because it visually indicates when one or more edges of an electronic document have been reached.

APLNDC00003877

**Showing of Support under 35 USC 112, First Paragraph:**

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 1. A computer-implemented method, comprising: | At least paragraph 0010; and Figures 7 and 8A-8D. | At least paragraph 0011 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraph 0011 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraph 0011 and claims 1-2; and Figures 7 and 8A-8D. |
| at a device with a touch screen display, | At least paragraphs 0010 and 0103; and Figure 2. | At least paragraphs 0011 and 0104 and claims 1-2; and Figure 2. | At least paragraphs 0011 and 0082 and claims 1-2; and Figure 2. | At least paragraphs 0011 and 0082 and claims 1-2; and Figure 2. |
| detecting a movement of an object on or near the touch screen display; | At least paragraphs 0010 and 0148; and Figures 7 and 8A-8D. | At least paragraphs 0011 and 0149 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 0011 and 0122 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 0011 and 0122 and claims 1-2; and Figures 7 and 8A-8D. |
| in response to detecting the movement, translating an electronic document displayed on the touch screen display in a first direction; | At least paragraphs 0010 and 0149; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0150 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0123 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0123 and claims 1-2; and Figures 7 and 8A-8D. |

APLNDC00003878

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document; and | At least paragraphs 0010 and 0151; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0152 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0125 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0125 and claims 1-2; and Figures 7 and 8A-8D. |
| after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed. | At least paragraphs 0010 and 0152; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0153 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0126 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 011 and 0126 and claims 1-2; and Figures 7 and 8A-8D. |
| 2. The computer-implemented method of claim 1, wherein the device is a portable multifunction device. | At least paragraphs 0103 and 0148; and Figures 2 and 4. | At least paragraphs 0104 and 0149; and Figures 2 and 4. | At least paragraphs 0082 and 0122; and Figures 2 and 4. | At least paragraphs 0082 and 0122; and Figures 2 and 4. |

APLNDC00003879

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 3. The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display. | At least paragraph 0148; and Figure 7. | At least paragraph 0149; and Figure 7. | At least paragraph 0122; and Figure 7. | At least paragraph 0122; and Figure 7. |
| 4. The computer-implemented method of claim 1, wherein the object is a finger. | At least paragraph 0148; and Figure 7. | At least paragraph 0149; and Figure 7. | At least paragraph 0122; and Figure 7. | At least paragraph 0122; and Figure 7. |
| 5. The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | At least paragraph 0149; and Figures 7 and 8A-8D. | At least paragraph 0150; and Figures 7 and 8A-8D. | At least paragraph 0123; and Figures 7 and 8A-8D. | At least paragraph 0123; and Figures 7 and 8A-8D. |
| 6. The computer-implemented method of claim 1, wherein the electronic document is a web page. | At least paragraph 0149; and Figures 8A-8D. | At least paragraph 0150; and Figures 8A-8D. | At least paragraph 0123; and Figures 8A-8D. | At least paragraph 0123; and Figures 8A-8D. |

APLNDC00003880

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 7. The computer-implemented method of claim 1, wherein the electronic document is a digital image. | At least paragraphs 0149 and 0156. | At least paragraphs 0150 and 0157. | At least paragraph 0059. | At least paragraph 0059. |
| 8. The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document. | At least paragraphs 0149 and 0156. | At least paragraphs 0150 and 0157. | At least paragraphs 0123 and 0128. | At least paragraphs 0123 and 0128. |
| 9. The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | At least paragraph 0133; and Figures 5 and 6A-6D. | At least paragraph 0134; and Figures 5 and 6A-6D. | At least paragraph 0110; and Figures 5 and 6A-6D. | At least paragraph 0110; and Figures 5 and 6A-6D. |
| 10. The computer-implemented method of claim 1, wherein the second direction is opposite the first direction. | At least paragraph 0152; and Figures 7 and 8A-8D. | At least paragraph 0153; and Figures 7 and 8A-8D. | At least paragraph 0126; and Figures 7 and 8A-8D. | At least paragraph 0126; and Figures 7 and 8A-8D. |

APLNDC00003881

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 11. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | At least paragraph 0150; and Figure 7. | At least paragraph 0151; and Figure 7. | At least paragraph 0124; and Figure 7. | At least paragraph 0124; and Figure 7. |
| 12. The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | At least paragraph 0150; and Figure 7. | At least paragraph 0151; and Figure 7. | At least paragraph 0124; and Figure 7. | At least paragraph 0124; and Figure 7. |
| 13. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | At least paragraph 0151; and Figures 7 and 8C. | At least paragraph 0152; and Figures 7 and 8C. | At least paragraph 0125; and Figures 7 and 8C. | At least paragraph 0125; and Figures 7 and 8C. |

APLNDC00003882

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 14. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | At least paragraphs 0151; and Figures 7 and 8C. | At least paragraph 0152; and Figures 7 and 8C. | At least paragraph 0125; and Figures 7 and 8C. | At least paragraph 0125; and Figures 7 and 8C. |
| 15. The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion. | At least paragraph 0152; and Figure 7. | At least paragraph 0153; and Figure 7. | At least paragraph 0126; and Figure 7. | At least paragraph 0126; and Figure 7. |

APLNDC00003883

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 16. The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | At least paragraph 0152; and Figures 7 and 8A-8D. | At least paragraph 0153; and Figures 7 and 8A-8D. | At least paragraph 0126; and Figures 7 and 8A-8D. | At least paragraph 0126; and Figures 7 and 8A-8D. |

APLNDC00003884

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 17. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | At least paragraph 0153; and Figure 8C. | At least paragraph 0154; and Figure 8C. | | |

APLNDC00003885

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 18. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed. | At least paragraph 0154; and Figure 8C. | At least paragraph 0154; and Figure 8C. | | |

APLNDC00003886

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| 19. A device, comprising: | At least paragraphs 0012 and 0103; and Figure 2. | At least paragraphs 0013 and 0104; and Figure 2. | At least paragraphs 0013 and 0082; and Figure 2. | At least paragraphs 0013 and 0082; and Figure 2. |
| a touch screen display; | At least paragraphs 0012 and 0103; and Figure 2. | At least paragraphs 0013 and 0104; and Figure 2. | At least paragraphs 0013 and 0082; and Figure 2. | At least paragraphs 0013 and 0082; and Figure 2. |
| one or more processors; | At least paragraphs 0012 and 0059; and Figure 1. | At least paragraphs 0013 and 0060; and Figure 1. | At least paragraphs 0013 and 0038; and Figure 1. | At least paragraphs 0013 and 0038; and Figure 1. |
| memory; and | At least paragraphs 0012 and 0061; and Figure 1. | At least paragraphs 0013 and 0062; and Figure 1. | At least paragraphs 0013 and 0040; and Figure 1. | At least paragraphs 0013 and 0040; and Figure 1. |
| one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | At least paragraph 0012; and Figure 1. | At least paragraph 0013; and Figure 1. | At least paragraph 0013; and Figure 1. | At least paragraph 0013; and Figure 1. |
| instructions for detecting a movement of an object on or near the touch screen display; | At least paragraphs 0012 and 0148; and Figures 7 and 8A-8D. | At least paragraphs 0013 and 0149; and Figures 7 and 8A-8D. | At least paragraphs 0013 and 0122; and Figures 7 and 8A-8D. | At least paragraphs 0013 and 0122; and Figures 7 and 8A-8D. |

APLNDC00003887

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | At least paragraphs 0012 and 0149; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0150 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0123 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0123 and claims 1-2; and Figures 7 and 8A-8D. |
| instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | At least paragraphs 0012 and 0151; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0152 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0125 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0125 and claims 1-2; and Figures 7 and 8A-8D. |

APLNDC00003888

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | At least paragraphs 0012 and 0152; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0153 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0126 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 013 and 0126 and claims 1-2; and Figures 7 and 8A-8D. |
| 20. A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | At least paragraph 0013; and Figure 1. | At least paragraph 0014; and Figure 1. | At least paragraph 0014; and Figure 1. | At least paragraph 0014; and Figure 1. |
| detect a movement of an object on or near the touch screen display; | At least paragraphs 0013 and 0148; and Figures 7 and 8A-8D. | At least paragraphs 0014 and 0149 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 0014 and 0122 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 0014 and 0122 and claims 1-2; and Figures 7 and 8A-8D. |
| translate an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | At least paragraphs 0013 and 0149; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0150 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0123 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0123 and claims 1-2; and Figures 7 and 8A-8D. |

APLNDC00003889

| Claim Limitation | Support for claim limitation in the above captioned patent application | Support for claim limitation in provisional application no. 60/946,971, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/945,858, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/883,801, to which the above captioned application claims benefit |
|---|---|---|---|---|
| display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | At least paragraphs 0013 and 0151; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0152 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0125 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0125 and claims 1-2; and Figures 7 and 8A-8D. |
| translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | At least paragraphs 0013 and 0152; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0153 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0126 and claims 1-2; and Figures 7 and 8A-8D. | At least paragraphs 014 and 0126 and claims 1-2; and Figures 7 and 8A-8D. |

APLNDC00003890

**Showing of Support under 35 USC 112, First Paragraph (continued):**

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 1. A computer-implemented method, comprising: | At least claims 318 and 319; and Figures 43B-43D. | At least claims 318 and 319; and Figures 43B-43D. | At least claims 303 and 304; and Figures 43B-43D. |
| at a device with a touch screen display, | At least paragraph 0756; and Figure 2. | At least paragraph 0724; and Figure 2. | At least paragraph 0703; and Figure 2. |
| detecting a movement of an object on or near the touch screen display; | At least paragraph 0761; and Figures 43B-43D. | At least paragraph 0729; and Figures 43B-43D. | At least paragraph 0708; and Figures 43B-43D. |
| in response to detecting the movement, translating an electronic document displayed on the touch screen display in a first direction; | At least paragraph 0762; and Figures 43B-43D. | At least paragraph 0730; and Figures 43B-43D. | At least paragraph 0709; and Figures 43B-43D. |
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |

APLNDC00003891

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document; and | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 2. The computer-implemented method of claim 1, wherein the device is a portable multifunction device. | At least paragraph 0003; and Figures 2 and 4A-4B. | At least paragraph 0003; and Figures 2 and 4A-4B. | At least paragraph 0003; and Figures 2 and 4A-4B. |
| 3. The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display. | At least paragraph 0761; and Figures 43B-43D. | At least paragraph 0729; and Figures 43B-43D. | At least paragraph 0708; and Figures 43B-43D. |

APLNDC00003892

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 4. The computer-implemented method of claim 1, wherein the object is a finger. | At least claims 318 and 319; and Figures 43B-43D. | At least claims 318 and 319; and Figures 43B-43D. | At least claims 303 and 304; and Figures 43B-43D. |
| 5. The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | At least paragraph 0762. | At least paragraph 0730. | At least paragraph 0709. |
| 6. The computer-implemented method of claim 1, wherein the electronic document is a web page. | At least paragraph 0756. | At least paragraph 0724. | At least paragraph 0703. |
| 7. The computer-implemented method of claim 1, wherein the electronic document is a digital image. | At least paragraph 0243. | At least paragraph 0237. | At least paragraph 0237. |

APLNDC00003893

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 8. The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document. | At least paragraph 0756. | At least paragraph 0724. | At least paragraph 0703. |
| 9. The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 10. The computer-implemented method of claim 1, wherein the second direction is opposite the first direction. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 11. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | At least paragraph 0762. | At least paragraph 0730. | At least paragraph 0709. |

APLNDC00003894

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 12. The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | At least paragraph 0762. | At least paragraph 0730. | At least paragraph 0709. |
| 13. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 14. The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 15. The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |

APLNDC00003895

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 16. The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |

APLNDC00003896

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 17. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | | | |

APLNDC00003897

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| 18. The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed. | | | |
| 19. A device, comprising: | At least paragraph 0084 and claim 338; and Figures 1A-1B. | At least paragraph 0083 and claim 338; and Figures 1A-1B. | At least paragraph 0083 and claim 322; and Figures 1A-1B. |
| a touch screen display; | At least paragraph 0084; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. |

APLNDC00003898

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| one or more processors; | At least paragraph 0084; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. |
| memory; and | At least paragraph 0084; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. | At least paragraph 0083; and Figures 1A-1B. |
| one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | At least paragraph 0104; and Figures 1A-1B. | At least paragraph 0103; and Figures 1A-1B. | At least paragraph 0103; and Figures 1A-1B. |
| instructions for detecting a movement of an object on or near the touch screen display; | At least paragraph 0761; and Figures 43B-43D. | At least paragraph 0729; and Figures 43B-43D. | At least paragraph 0708; and Figures 43B-43D. |
| instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | At least paragraph 0762; and Figures 43B-43D. | At least paragraph 0730; and Figures 43B-43D. | At least paragraph 0709; and Figures 43B-43D. |

APLNDC00003899

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| while the object is still detected on or near the touch screen display; and | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| 20. A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | At least claim 339; and Figures 1A-1B. | At least claim 339; and Figures 1A-1B. | At least claim 323; and Figures 1A-1B. |

APLNDC00003900

| Claim Limitation | Support for claim limitation in patent application no. 60/937,993, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,469, to which the above captioned application claims benefit | Support for claim limitation in provisional application no. 60/879,253, to which the above captioned application claims benefit |
|---|---|---|---|
| detect a movement of an object on or near the touch screen display; | At least paragraph 0761; and Figures 43B-43D. | At least paragraph 0729; and Figures 43B-43D. | At least paragraph 0708; and Figures 43B-43D. |
| translate an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement; | At least paragraph 0762; and Figures 43B-43D. | At least paragraph 0730; and Figures 43B-43D. | At least paragraph 0709; and Figures 43B-43D. |
| display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| while the object is still detected on or near the touch screen display; and | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |
| translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display. | At least paragraph 0537; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. | At least paragraph 0518; and Figures 43B-43D. |

APLNDC00003901

Thus, as shown in the table above, claims 1-20 satisfy the requirements of 35 U.S.C. §112, first paragraph.

The claims do not invoke 35 USC 112, sixth paragraph.  There are no means- (or step-) plus-function claim elements.

APLNDC00003902

**Identification of References Disqualified as Prior Art under 35 USC 103(c):**

The following references are disqualified as prior art under 35 USC 103(c):

1. Lemay et al       US 20070157094
2. Ording et al       US 20070152984
3. Jobs et al       US 20070152979
4. Kocienda et al       US 20070152978
5. Jobs et al       US 20070155434
6. Chaudhri et al       US 20070150842

In view of this accelerated examination support document, Applicants respectfully request that the Examiner grant the Petition for Accelerated Examination in the above-captioned patent application. Applicants respectfully submit that the claims of the above-captioned patent application are in condition for allowance, and respectfully request that the Examiner allow the claims of the above-captioned application to issue in a U.S. patent.

Respectfully submitted,

Date:   December 14, 2007       *Robert Beyers*       46,552

Robert B. Beyers, Ph.D.       (Reg. No.)

**MORGAN, LEWIS & BOCKIUS** LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
(650) 843-4000

APLNDC00003903

| INFORMATION DISCLOSURE CITATION<br><br>PTO-1449 | | | | Complete If Known | |
|---|---|---|---|---|---|
| | | | | Application Number | To be assigned |
| | | | | Filing Date | December 14, 2007 |
| | | | | First Named Inventor | Bas Ording |
| | | | | Art Unit | To be assigned |
| | | | | Examiner Name | To be assigned |
| Sheet | 1 | of | 1 | Attorney Docket No. | P4304US1/63266-5054-US |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code[1] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | 5,495,566 B1 | 02/27/1996 | Kwatinetz | 395 | 157 | |
| | | 6,690,387 B2 | 02/10/2004 | Zimmerman et al. | 345 | 684 | |
| | | 2005/0012723 A1 | 01/20/2005 | Pallakoff | 345 | 173 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code[2] - Number[3] - Kind Code[4] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] See Kind Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.   [2] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).   [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.   [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.   [5] Applicant is to place a check mark here if English language Translation is attached.
Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.

1-PA/3671244.1

APLNDC00003904

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display |
| First Named Inventor/Applicant Name: | Bas Ording |
| **Filer:** | Gary Scott Williams/Beverly Gemello |
| **Attorney Docket Number:** | P4304US1/63266-5054-US |
| Filed as Large Entity | |

## Utility    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 310 | 310 |
| Utility Search Fee | 1111 | 1 | 510 | 510 |
| Utility Examination Fee | 1311 | 1 | 210 | 210 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| Petition fee- 37 CFR 1.17(h) (Group III) | 1464 | 1 | 130 | 130 |

APLNDC00003905

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1160** |

APLNDC00003906

Electronically filed December 14, 2007

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Bas Ording | Confirmation No.: | To be assigned |
| Serial No.: | To be assigned | Art Unit: | To be assigned |
| Filed: | December 14, 2007 | Examiner: | To be assigned |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | Attorney Docket No.: | P4304US1/63266-5054-US |

### INFORMATION DISCLOSURE STATEMENT
### IN SUPPORT OF PETITION TO MAKE SPECIAL

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the duty of disclosure provisions of 37 C.F.R. §1.56, there is hereby provided certain information which the Examiner may consider material to the examination of the subject U.S. patent application.  It is requested that the Examiner make this information of record if it is deemed material to the examination of the application.

1.    Enclosures accompanying this Information Disclosure Statement are:

   1a.   ☒   A list of all patents, publications, applications, or other information submitted for consideration by the office.

   1b.   A legible copy of :

      ☐   Each U.S. patent application publication and U.S. and foreign patent;

      ☐   Each publication or that portion which caused it to be listed on the PTO-1449;

      ☐   For each cited pending U.S. application, the application specification including the claims, and any drawing of the application, or portion of the application which caused it to be listed on the PTO-1449 including any claims directed to that portion;

      ☐   all other information or portion which caused it to be listed on the PTO-1449.

   1c.   ☐   An English language copy of search report(s) from a counterpart foreign application or PCT International Search Report.

   1d.   ☐   Explanations of relevancy (ATTACHMENT 1(d), hereto) or English language abstracts of the non-English language publications.

1

APLNDC00003907

2. ☒ This Information Disclosure Statement is filed under 37 C.F.R. §1.97(b):

    ☒ Within three months of the filing date of a national application other than a continued prosecution application under §1.53(d);

    ☐ Within three months of the date of entry of the national stage as set forth in §1.491 in an international application;

    ☐ Before the mailing of the first Office action on the merits;

    ☐ Before the mailing of a first Office action after the filing of a request for continued examination under §1.114.

3. ☐ This Information Disclosure Statement is filed under 37 C.F.R. §1.97(c) after the period specified in 37 C.F.R §1.97(b), but before the mailing date of any of a final action under 37 C.F.R. §1.113, a notice of allowance under 37 C.F.R. §1.311 or an action that otherwise closes prosecution in the application.

*(Check either Item 3a or 3b)*

3a. ☐ The Certification Statement in Item 5 below is applicable.  Accordingly, no fee is required.

3b. ☐ The $180.00 fee set forth in 37 C.F.R. §1.17(p) in accordance with 37 C.F.R. §1.97(c) is:
    ☐ enclosed
    ☐ to be charged to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no.          ).

*(Item 3b to be checked if any reference known for more than 3 months)*

4. ☐ This Information Disclosure Statement is filed under 37 C.F.R. §1.97(d) after the period specified in 37 C.F.R. §1.97(c), but on or before the date of payment of the issue fee.

*(Check either Item 4a or 4b)*

4a. ☐ The Certification Statement in Item 5 below is applicable.

4.b ☐ The $180.00 fee set forth in 37 C.F.R. §1.17(p) is:
    ☐ enclosed.
    ☐ to be charged to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no.          ).

5. ☐ Certification Statement (applicable if Item 3a or Item 4a is checked)

*(Check either Item 5a, 5b or 5c)*

5a. ☐ In accordance with 37 C.F.R. §1.97(e)(1), it is certified that each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement.

5b. ☐ In accordance with 37 C.F.R. §1.97(e)(2), it is certified that no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application,

2

APLNDC00003908

and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

5c. ☐ Pursuant to 37 C.F.R. §1.704(d), each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart application, and the communication was not **received** by any individual designated in 37 C.F.R. §1.56(c) more than thirty days prior to the filing of this information disclosure statement.

6. ☒ Copies of each cited U.S. patent and each U.S. patent application publication are not enclosed pursuant to the USPTO OG Notice dated 05 August 2003 waiving the requirement under 37 C.F.R. 1.98(a)(2)(i) for U.S. patent applications filed after June 30, 2003.

7. ☐ This application is a continuation application under 37 C.F.R. §1.53(b) or (d).

*(Check appropriate Items 7a, 7b and/or 7c)*

7a. ☐ A Petition to Withdraw from issue under 37 C.F.R. §1.313(b)(5) is concurrently filed herewith.

7b. ☐ Copies of publications listed on Form PTO-1449 from prior application Serial No.      , filed on       , of which this application claims priority under 35 U.S.C. §120, are not being submitted pursuant to 37 C.F.R. §1.98(d).

7c. ☐ Copies of the publications listed on Form PTO-1449 were not previously cited in prior application Serial No.      , filed on       , and are provided herewith.

8. ☐ This is a Supplemental Information Disclosure Statement.  (Check Item 8a)

8a. ☐ This Supplemental Information Disclosure Statement under 37 C.F.R. §1.97(f) supplements the Information Disclosure Statement filed on       .  A bona fide attempt was made to comply with 37 C.F.R. §1.98, but inadvertent omissions were made.  These omissions have been corrected herein.  Accordingly, additional time is requested so that this Supplemental Information Disclosure Statement can be considered as if properly filed on       .

9. ☐ In accordance with 37 C.F.R. §1.98, a concise explanation of what is presently understood to be the relevance of each non-English language publication is:

*( Check Item 9a, 9b, or 9c)*

9a. ☐ satisfied because all non-English language publications were cited on the enclosed English language copy of the PCT International Search Report or the search report from a counterpart foreign application indicating the degree of relevance found by the foreign office.

9b. ☐ set forth in the application.

9c. ☐ enclosed as an attachment hereto.

10. ☒ The Commissioner is authorized to charge any additional fee required or credit any overpayment for this Information Disclosure Statement and/or Petition to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5054-US).

3

APLNDC00003909

11.  ☒  No admission is made that the information cited in this Statement is, or is considered to be, material to patentability nor a representation that a search has been made (other than a search report of a foreign counterpart application or PCT International Search Report if submitted herewith).  37 C.F.R. §§1.97(g) and (h).

Respectfully submitted,

Date:    December 14, 2007

*Robert Beyers*                              46,552

Robert B. Beyers, Ph.D.                    (Reg. No.)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
(650) 843-4000

4

APLNDC00003910

Doc Code: **PET.SPRE.ACX**

PTO/SB/28 (04-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION TO MAKE SPECIAL UNDER ACCELERATED EXAMINATION PROGRAM

| Attorney Docket Number | P4304US1/63266-5054US | First Named Inventor | Bas Ording |
|---|---|---|---|
| Application Number (if Known) | | | |
| Title of Invention | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | | |

**APPLICANT HEREBY PETITIONS TO MAKE THE ABOVE-IDENTIFIED APPLICATION SPECIAL UNDER THE REVISED ACCELERATED EXAMINATION PROGRAM. See Instruction sheet on page 3.**

1. **Claims of the application:**
   a. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims. The application may not contain any multiple dependent claims.

   b. **Applicant hereby agrees not to separately argue the patentability of any dependent claim during any appeal** in the application. Specifically, the applicant agrees that the dependent claims will be grouped together with and not argued separately from the independent claim from which they depend in any appeal brief filed in the application (37 CFR 41.37(c)(1)(vii)).

   c. The claims must be directed to **a single invention**.

2. **Interviews:**
   Applicant hereby agrees to have (if requested by examiner):
   a. An interview (including an interview before a first Office action) to discuss the prior art and any potential rejections or objections with the intention of clarifying and possibly resolving all issues with respect to patentability at that time, and

   b. A telephonic interview to make an election without traverse if the Office determines that the claims are not obviously directed to a single invention.

3. **Preexamination Search Statement and Accelerated Examination Support Document:**
   With this petition, applicant is providing: a **preexamination search statement**, in compliance with the requirements set forth in item 8 of the instruction sheet, and an **"accelerated examination support document"** that includes:
   a. An **information disclosure statement** in compliance with 37 CFR 1.98 citing each reference deemed most closely related to the subject matter of each of the claims;

   b. For each reference cited, **an identification of all the limitations of the claims** that are disclosed by the reference specifying where the limitation is disclosed in the cited reference;

   c. A **detailed explanation of how each of the claims are patentable** over the references cited with the particularity required by 37 CFR 1.111(b) and (c);

   d. A concise **statement of the utility** of the invention as defined in each of the independent claims (unless the application is a design application);

   e. An identification of any cited references that may be disqualified as prior art under 35 U.S.C. 103(c) as amended by the CREATE act; and

   f. **A showing of where each limitation of the claims finds support under the first paragraph of 35 U.S.C. 112** in the written description of the specification. If applicable, the showing must also identify: (1) each means- (or step-) plus-function claim element that invokes consideration under 35 U.S.C. 112, ¶6; and (2) the structure, material, or acts that correspond to any means- (or step-) plus-function claim element that invokes consideration under 35 U.S.C. 112, ¶6. If the application claims the benefit of one or more applications under title 35, United States Code, the showing must also include where each limitation of the claims finds support under the first paragraph of 35 U.S.C. 112 in each such application in which such support exists.

The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This form is estimated to take 12 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. *If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*
EFS Web 2.2

APLNDC00003911

**Doc Code: PET.SPRE.ACX**

PTO/SB/28 (04-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PETITION TO MAKE SPECIAL UNDER ACCELERATED EXAMINATION PROGRAM
### (Continued)

| Attorney Docket Number | P4304US1/63266-5054US | First Named Inventor | Bas Ording |
|---|---|---|---|

**Attachments:**

| | | |
|---|---|---|
| a. | | Accelerated Examination Support Document (see item 3 above). |
| b. | | A statement, in compliance with the requirements set forth in item 8 of the instruction sheet, detailing the preexamination search which was conducted. |
| c. | | Information Disclosure Statement. |
| d. | ☐ | Other (*e.g.*, a statement that the claimed subject matter is directed to environmental quality, energy, or countering terrorism (37 CFR 1.102(c)(2)). |

**Fees:  The following fees must be filed electronically via EFS or EFS-Web:**

| | |
|---|---|
| a. | The basic filing fee, search fee, examination fee, and application size fee (if required) under 37 CFR 1.16. |
| b. | Petition fee under 37 CFR 1.17(h)  - unless the petition is filed with a showing under 37 CFR 1.102(c)(2). |

**Signature:**

Click Remove if you wish to remove this signatory                                     Remove

| Signature | /Robert B. Beyers/ | Date | 2007-12-14 |
|---|---|---|---|
| Name (Print/Typed) | Robert B. Beyers, Ph.D. | Registration Number | 46552 |

Click Add if you wish to add additional signatory                                     Add

***Note:*** *Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 10.18.  Please see 37 CFR 1.4(d) for the form of the signature.*

APLNDC00003912

PTO/SB/28 (04-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Instruction Sheet Petition to Make Special Under the Accelerated Examination

*A grantable petition must meet the following conditions:*

1. The petition to make special under the accelerated examination program must be filed with the application and accompanied by the fee set forth in 37 CFR 1.17(h) or a statement that the claimed subject matter is directed to environmental quality, energy, or countering terrorism.

2. The application must be a non-reissue utility or design application filed under 35 U.S.C. 111(a).

3. The application must be **filed electronically** using the Office electronic filing system (EFS) or EFS-Web.

4. The application must be complete under 37 CFR 1.51 and in condition for examination on filing. For example, the application must be filed together with the basic filing fee, search fee, examination fee, and application size fee (if applicable), and an oath or declaration under 37 CFR 1.63.

5. The application must contain three (3) or fewer independent claims and twenty (20) or fewer total claims. The application may not contain any multiple dependent claims. The petition must include a statement that **applicant will agree not to separately argue the patentability of any dependent claim during any appeal** in the application. Specifically, the applicant is agreeing that the dependent claims will be grouped together with and not argued separately from the independent claim from which they depend in any appeal brief filed in the application (37 CFR 41.37(c)(1)(vii)).

6. The claims must be directed to a **single invention**. The petition must include a statement that applicant will agree to have a telephonic interview to make an election without traverse in a telephonic interview if the Office determines that all the claims are not directed to a single invention.

7. The petition must include a statement that **applicant will agree** to have an interview (including an interview before a first Office action) to discuss the prior art and any potential rejections or objections with the intention of clarifying and possibly resolving all issues with respect to patentability at that time.

8. At the time of filing, applicant must provide a statement that a **preexamination search was conducted**, including an identification of the field of search by United States class and subclass and the date of the search, where applicable, and, for database searches, the search logic or chemical structure or sequence used as a query, the name of the file or files searched and the database service, and the date of the search.
   a. This preexamination search must involve U.S. patents and patent application publications, foreign patent documents, and nonpatent literature, unless the applicant can justify with reasonable certainty that no references more pertinent than those already identified are likely to be found in the eliminated source and includes such a justification with this statement.
   b. This preexamination search must be directed to the claimed invention and encompass all of the features of the independent claims, giving the claims the broadest reasonable interpretation.
   c. The preexamination search must also encompass the disclosed features that may be claimed, in that an amendment to the claims (including any new claim) that is not encompassed by the preexamination search will be treated as non-responsive and will not be entered.
   d. A search report from a foreign patent office will not be accepted unless the search report satisfies the requirements set forth above.
   e. Any statement in support of a petition to make special must be based on a good faith belief that the preexamination search was conducted in compliance with this requirement. See 37 CFR 1.56 and 10.18.

9. At the time of filing, applicant must provide in support of the petition an **accelerated examination support document** that includes:
   a. An **information disclosure statement** in compliance with 37 CFR 1.98 citing each reference deemed most closely related to the subject matter of each of the claims;
   b. For each reference cited, **an identification of all the limitations of the claims** that are disclosed by the reference specifying where the limitation is disclosed in the cited reference;
   c. A **detailed explanation of how each of the claims are patentable** over the references cited with the particularity required by 37 CFR 1.111(b) and (c);
   d. A concise **statement of the utility** of the invention as defined in each of the independent claims (unless the application is a design application);
   e. An identification of any cited references that may be disqualified as prior art under 35 U.S.C. 103(c) as amended by the CREATE act; and
   f. A **showing of where each limitation of the claims finds support under the first paragraph of 35 U.S.C. 112** in the written description of the specification. If applicable, the showing must also identify: (1) each means- or step-) plus-function claim element that invokes consideration under 35 U.S.C. 112, ¶6; and (2) the structure, material, or acts that correspond to any means- (or step-) plus-function claim element that invokes consideration under 35 U.S.C. 112, ¶6. If the application claims the benefit of one or more applications under title 35, United States Code, the showing must also include where each limitation of the claims finds support under the first paragraph of 35 U.S.C. 112 in each such application in which such support exists.
   *For more information, see notice "Changes to Practice for Petitions in Patent Applications to Make Special and for Accelerated Examination" available on the USPTO web site at http://www.uspto.gov/web/office s/pac/dapp/ogsheet.html*

APLNDC00003913

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Fr eedom of Information Act requires disclosure of these records.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about indivi duals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

APLNDC00003914

Electronically filed December 14, 2007

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Application of: | Bas Ording | Confirmation No.: | To be assigned |
| Serial No.: | To be Assigned | Art Unit: | To be assigned |
| Filed: | December 14, 2007 | Examiner: | To be assigned |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | Attorney Docket No.: | P4304US1/63266-5054-US |

# Pre-Examination Search Statement

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir or Madam:

This pre-examination search statement is provided in support of the petition for accelerated examination filed herewith.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5054-US). A copy of this sheet is enclosed for such purpose.

A pre-examination search was conducted involving U.S. patents and patent application publications, foreign patent documents and non-patent literature as indicated below. The results of the search are provided on an Information Disclosure Statement filed concurrently herewith.

**<u>Pre-examination Search</u>**

> **<u>US Field of Search</u>:**

> **Class(es)/Subclass(es) Searched:**

>> 345/173, 660, 684;
>> 715/784, 785, 863, 864;

APLNDC00003915

**Date Conducted:**     July 20, 2007
**IPC Field of Search:**

Class(es)/Subclass(es) Searched:

G06F3/033, G06F3/041;
G09G5/00;

**Date Conducted:**     July 20, 2007

**Database Searches:**

**1) Database Service:**     USPTO EAST

**Files Searched:**

US Patent Document Databases: US-PGPUB; USPAT; USOCR
Foreign Patent Document Databases: FPRS; EPO; JPO; DERWENT

**Search Logic:**

| Line | Hits | Search String | Sources |
|------|------|---------------|---------|
| S1 | 265348 | (touch$3 or touch-screen or (touch adj screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S2 | 1089078 | (electronic or presentation or email or word or spreadsheet or (web adj page) or (digital adj image)) and (mov$3 or movement) and (edge or end or terminus or boundar$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S3 | 92684 | S1 and S2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S4 | 8669 | S3 and (device and portable and (object or finger or pen) and direction and speed$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S5 | 2582 | S3 and ((device near (portable or hand-held)) and (object or finger or pen) and direction and speed$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S6 | 2139 | S3 and ((device near (portable or hand-held)) and (object or finger or pen) and direction and speed$3) and detect$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| **S7** | **232** | **S2 and ((touch$3 or touch-screen or (touch adj screen)) same (display$3 or console or screen$3 or monitor$3 or terminal) same (device near (portable or hand-held))) and (object or finger or pen) and direction and speed$3 and detect$3** | **US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT** |
| S8 | 412 | "L1" and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |

APLNDC00003916

| | | detect$3 and direct$3 | |
|---|---|---|---|
| S9 | 265738 | (touch$3 or touch-screen or (touch adj screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S10 | 3487 | S9 and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S11 | 3487 | S9 and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S12 | 2028 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) and (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S13 | 1752 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) same (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S14 | 586 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) same (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion and ((portable or handheld or hand-held or (hand adj held)) near device) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S15 | 391 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) near (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion and ((portable or handheld or hand-held or (hand | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |

APLNDC00003917

| | | adj held)) near device) | |
|---|---|---|---|
| S16 | 259 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) near (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 same (list of content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion and ((portable or handheld or hand-held or (hand adj held)) near device) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S17 | 1090308 | (electronic or presentation or email or word or spreadsheet or (web adj page) or (digital adj image)) and (mov$3 or movement) and (edge or end or terminus or boundar$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S18 | 233 | S17 and ((touch$3 or touch-screen or (touch adj screen) same (display$3 or console or screen$3 or monitor$3 or terminal) same (device near (portable or hand-held))) and (object or finger or pen) and direction and speed$3 and detect$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S19 | 48 | S16 and S18 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| **S20** | **211** | **S16 not S18** | **US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT** |
| S21 | 43438 | (touch$3 or touch-screen or (touch adj screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) and (beyond or past or outside) and (edge or terminus or border or boundar$3) and (rotat$4 or zoom$3 or scroll$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S22 | 2848 | (touch$3 or touch-screen or (touch adj screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) and (beyond or past or outside) and (edge or terminus or border or boundar$3 or end$3) and (rotat$4 or zoom$3 or scroll$3) and (portable or handheld or hand-held) and (GUI or (graphic$2 adj user adj interface)) and detect$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S23 | 1275 | ((touch$3 or touch-screen or (touch adj screen)) near (display$3 or console or screen$3 or monitor$3 or terminal)) and (beyond or past or outside) and (edge or terminus or border or boundar$3 or end$3) and (rotat$4 or zoom$3 or scroll$3) and (portable or handheld or hand-held) and (GUI or (graphic$2 adj user adj interface)) and detect$3 and (finger or object) and memory and (CPU or (central adj process$3 adj unit) or processor or microprocessor) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| **S24** | **75** | **((touch$3 or touch-screen or (touch adj screen)) near (display$3 or console or screen$3 or monitor$3 or terminal)) and** | **US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT** |

APLNDC00003918

| | | | |
|---|---|---|---|
| | | (beyond or past or outside) and (edge or terminus or border or boundar$3 or end$3) and (rotat$4 or zoom$3 or scroll$3) and (portable or handheld or hand-held) and (GUI or (graphic$2 adj user adj interface)) and detect$3 and (finger or object) and memory and (CPU or (central adj process$3 adj unit) or processor or microprocessor) and (list or (web adj page) or (word adj processing) or (digital adj image) or spreadsheet or email) and (friction or motion) and speed$3 and (magnif$7 or multi-finger or (multi adj finger)) and correspond$3 | |
| S25 | 0 | "345".ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S26 | 86830 | "345"/$.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S27 | 152 | S23 and S26 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S28 | 46 | S27 and 345/173.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S29 | 1 | S27 and 345/684.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S30 | 30465 | "715"/$.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S31 | 173 | S23 and S30 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S32 | 3 | S31 and 715/784.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S33 | 5 | S31 and 715/864.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S34 | 21 | S31 and 715/863.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S35 | 0 | S31 and 715/785.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S36 | 797 | S26 and 345/660.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S37 | 4 | S27 and 345/660.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S38 | 0 | "455"/$.ccls | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S39 | 124548 | "455"/$.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S40 | 61 | S23 and S39 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S41 | 0 | S40 and 455/169.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S42 | 0 | ((touch$3 or touch-screen or (touch adj screen)) near (display$3 or console or screen$3 or monitor$3 or terminal)) and (beyond or past or outside) and (edge or terminus or border or boundar$3 or end$3) and (portable or handheld or hand-held) and (GUI or (graphic$2 adj | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |

APLNDC00003919

| # | results | criteria | |
|---|---------|----------|---|
| | | user adj interface)) and detect$3 and (finger or object) and memory and (CPU or (central adj process$3 adj unit) or processor or microprocessor) and rotat$4 and ((multi adj finger) or multifinger or multi-finger) and corespond$3 and degree and predefined and angle | |
| S43 | 0 | ((touch$3 or touch-screen or (touch adj screen)) near3 (display$3 or console or screen$3 or monitor$3 or terminal) near3 (portable or handheld or hand-held)) and (GUI or (graphic$2 adj user adj interface)) and detect$3 and (finger or object) and memory and (CPU or (central adj process$3 adj unit) or processor or microprocessor) and rotat$4 and ((multi adj finger) or multifinger or multi-finger) and corespond$3 and degree and predefined and angle | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S44 | 1 | ((touch$3 or touch-screen or (touch adj screen)) same (display$3 or console or screen$3 or monitor$3 or terminal) same (portable or handheld or hand-held)) and (GUI or (graphic$2 adj user adj interface)) and detect$3 and (finger or object) and memory and (CPU or (central adj process$3 adj unit) or processor or microprocessor) and rotat$4 and ((multi adj finger) or multifinger or multi-finger) and degree and predefined | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |

**Date Conducted:**      July 20, 2007

2) **Database Service:**     MicroPatent

**Files Searched:**

> US Patent Document Databases: USG USA
> Foreign Patent Document Databases: EPA EPB WO JP DEG DEA DET
> DEU GBA FRA

**Search Logic:**

| # | results | criteria | |
|---|---------|----------|---|
| 32 | 12 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) or (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) or (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or |

APLNDC00003920

| | | | |
|---|---|---|---|
| | | | bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) or (beyond or outside or past) or (edge*1 or boundar*3 or end*1 or terminus) |
| | | Patent/Publication No. | US6975306 or US20070157094 or US20070156364 or US20070155434 or US20070152984 or US20070152980 or US20070150842 or US20070155369 or US20070152979 or US20070152978 or US20070150826 or US20060238495 |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 31 | 3 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) or (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) or (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) or (beyond or outside or past) or (edge*1 or boundar*3 or end*1 or terminus) |
| | | Patent/Publication No. | US20070146337 or US20070150830 or US20070132789 |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| | | Any Classification | G06F000341 or G06F000333 or G09G000500 |
| 30 | 303 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| | | Any Classification | 345660 |
| 29 | 49 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or |

APLNDC00003921

| | | | |
|---|---|---|---|
| | | | folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| | | Any Classification | 345660 |
| 28 | 17 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and ((display*3 or console*1 or screen*3 or monitor*3 or terminal*1) same (beyond or outside or past)) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and ((beyond or outside or past) same (edge*1 or boundar*3 or end*1 or terminus)) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 27 | 186 hits | Combined query | 26 not (8 or 15 or 18 or 19 or 22 or 25) |
| | | Any Classification | 715864 or 715785 or 715784 or 715863 |
| 26 | 202 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 25 | 125 hits | Combined query | 24 not (8 or 15 or 18 or 19 or 22) |
| | | Any Classification | 345173 or 345684 |
| 24 | 144 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and ((display*3 or console*1 or screen*3 or monitor*3 or terminal*1) same (beyond or outside or past)) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj |

APLNDC00003922

| | | | |
|---|---|---|---|
| | | | information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and ((beyond or outside or past) same (edge*1 or boundar*3 or end*1 or terminus)) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| | | Any Classification | 345173 or 345684 |
| 23 | 589 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| **22** | **27 hits** | **Combined query** | **20 and 21** |
| | | Any Classification | 345 |
| 21 | 27 hits | Claims, Title or Abstract | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| | | Any Classification | 345 |
| 20 | 4098 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |

APLNDC00003923

| | | Priority Date (earliest) | <=20070628 |
|---|---|---|---|
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 19 | 2 hits | **Combined query** | **16 and 1** |
| 18 | 16 hits | **Combined query** | **16 and 17** |
| | | Priority Date (earliest) | <=20070628 |
| 17 | 16 hits | Title or Abstract | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (mov*3 or movement) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 16 | 69611 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and (scroll*3 or rotat*5 or zoom*3) and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1 or (electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (beyond or outside or past) and (edge*1 or boundar*3 or end*1 or terminus) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 15 | 282 hits | **Combined query** | **14 not (8 or 12)** |
| 14 | 364 hits | Combined query | 11 and 5 |
| 13 | 352 hits | Combined query | 12 not 8 |
| 12 | 359 hits | Full patent spec. | (((touch*3 or touch-screen or (touch adj screen)) near (display*3 or console*1 or screen*3 or monitor*3 or terminal*1)) same ((portable or hand-held) near device*1)) and detect*3 and (mov*3 or movement or scroll*3) and (list*3 or electronic or presentation or spreadsheet*1 or word or email or web or image*1) and direct*3 and (beyond or behind or after) and (edge*1 or boundar*3 or end*1 or terminus) and (object*1 or finger*1) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 11 | 979 hits | Full patent spec. | (((touch*3 or touch-screen or (touch adj screen)) same (display*3 or console*1 or screen*3 or monitor*3 or |

APLNDC00003924

| | | | |
|---|---|---|---|
| | | | terminal*1)) same ((portable or hand-held) same device*1)) and detect*3 and (mov*3 or movement or scroll*3) and (list*3 or electronic or presentation or spreadsheet*1 or word or email or web or image*1) and direct*3 and (beyond or behind or after) and (edge*1 or boundar*3 or end*1 or terminus) and (object*1 or finger*1) and translat*3 |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 10 | 12774 hits | Full patent spec. | ((touch*3 or touch-screen or (touch adj screen)) same (display*3 or console*1 or screen*3 or monitor*3 or terminal*1)) and ((portable or hand-held) same device*1) and detect*3 and (mov*3 or movement or scroll*3) and (list*3 or electronic or presentation or spreadsheet*1 or word or email or web or image*1) and direct*3 and (beyond or behind or after) and (edge*1 or boundar*3 or end*1 or terminus) and (object*1 or finger*1) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 9 | 22644 hits | Full patent spec. | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) and detect*3 and (mov*3 or movement) and (electronic or presentation or spreadsheet*1 or word or email or web or image*1) and direct*3 and (beyond or behind or after) and (edge*1 or boundar*3 or end*1) and (portable or hand-held) and (object*1 or finger*1) |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 8 | 349 hits | Combined query | 3 and 4 and 5 and 6 and 7 |
| 7 | 82991 hits | Full patent spec. | (zoom*3 or zoom-in or (zoom adj in) or zoom-out or (zoom adj out) or scal*3) and magnificat*4 |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 6 | 1468197 hits | Full patent spec. | rotat*3 and degree*1 |
| | | Priority Date (earliest) | <=20070628 |
| | | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
| | | Years | 1836-2007 |
| 5 | 53592 hits | Full patent spec. | scroll*3 and (list*1 or content*1 or (instant adj messag*3) or (phone adj number*1) or (contact adj information) or label*1 or folder*1 or (email adj (message*1 or address*2)) or (physical adj address*2) or ringtone*1 or name*1 or bookmark*1) and (edge*1 or boundar*3 or end*1) |
| | | Priority Date (earliest) | <=20070628 |

APLNDC00003925

|   |   |   | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
|---|---|---|---|---|
|   |   |   | Years | 1836-2007 |
| 4 | 845382 hits | Full patent spec. | | (mov*3 or movement) and ((electronic or presentation) or word or spreadsheet or email or (web adj page*1) or (digital adj image*1)) and (edge*1 or boundar*3 or end*1 or terminus) |
|   |   | Priority Date (earliest) | | <=20070628 |
|   |   |   | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
|   |   |   | Years | 1836-2007 |
| 3 | 379044 hits | Full patent spec. | | (touch*3 or touch-screen or (touch adj screen)) and (display*3 or console*1 or screen*3 or monitor*3 or terminal*1) |
|   |   | Priority Date (earliest) | | <=20070628 |
|   |   |   | Databases | USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA |
|   |   |   | Years | 1836-2007 |
| 2 | no hits | PCT Application Number | WO2006US61333* | |
|   |   | **Databases** | | **USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA** |
|   |   | **Years** | | **1836-2007** |
| 1 | 2 hits | **Patent/Publication No.** | **US5495566 or US6690387** | |
|   |   | **Priority Date (earliest)** | | **<=20070628** |
|   |   | **Databases** | | **USG USA EPA EPB WO JP DEG DEA DET DEU GBA FRA** |
|   |   | **Years** | | **1836-2007** |

**Date Conducted:**  July 20, 2007

**3) Database Service:**  PatBase

**File Searched:**

US Patent Document Databases: USG USA
Foreign Patent Document Databases: EPA EPB WO JP DEG DEA DET DEU GBA FRA

**Search Logic:**

**Search history**

Search 1: ((PN=(US5495566 or US6690387)) and (PRD<20070628)) (results 2)

Search 2: PN=(EP1758013 OR USD541801 OR US5850211 OR WO9957630 OR US5526023 OR US5864330 OR US6384845 OR US5075673 OR US4954967) (Results 9)

Search PN=(EP0880091 OR EP0952721 OR EP1679580 OR US5611060 OR US5726687 OR

APLNDC00003926

3:  US5732228 OR US5757368 OR US5774109 OR US5801696 OR US5848246 OR US5867158 OR US5872566 OR US5874936 OR US5896132 OR US5914716 OR US5936618 OR US5952995 OR US5963191 OR US5987245 OR US5995079 OR US5999972 OR US6016110 OR US6038590 OR US6067069 OR US6075533 OR US6078306 OR US6097387 OR US6128012 OR US6208343 OR US6211879 OR US6222528 OR US6266709 OR US6272555 OR US6304893 OR US6337694 OR US6339438 OR US6424991 OR US6434598 OR US6526435 OR US6538665 OR US6571390 OR US6628996 OR US6721953 OR US6738045 OR US6750850 OR US6781571 OR US6832084 OR US6850256 OR US6865718 OR US6899273 OR US6920619 OR US6972776 OR US6978127 OR US6989819 OR US7046230 OR US7065785 OR US7071919 OR US7084856 OR US7091964 OR US7111240 OR US7119792 OR US7168047 OR US7170491 OR US7173637 OR US7180431 OR US7233318 OR WO0042497 OR US4794386 OR US5196838 OR US5313229 OR US5374942) (Results 62)

Search 4:  1 or 2 or 3 (Results 73)

Search 5:  ((PN=(US4954967 or WO9957630)) and (PRD<20070628)) (results 2)

Search 6:  PN=(EP0730761 OR EP0767991 OR EP0880091 OR EP0938040 OR JP3122905 OR JP4076130 OR JP7034199 OR JP7086879 OR US5206949 OR US5426732 OR US5598524 OR US5621878 OR US5666552 OR US5739744 OR US5754178 OR US5825349 OR US5825617 OR US5889236 OR US5911067 OR US5936618 OR US5969705 OR US6028271 OR US6037937 OR US6084569 OR US6088024 OR US6215475 OR US6239389 OR US6266045 OR US6271829 OR US6310610 OR US6331863 OR US6340979 OR US6380931 OR US6388659 OR US6414671 OR US6535930 OR US6610936 OR US6686927 OR US6750852 OR US6807668 OR US6894680 OR US7109978 OR US7119797 OR US7184064 OR WO03060622 OR WO9418646 OR WO9607148 OR WO9633556 OR WO9928813 OR EP0150904 OR JP37029251 OR JP50098096 OR US3729129 OR US4071691 OR US4122438 OR US4221975 OR US4302011 OR US4365243 OR US4413314 OR US4421418 OR US4495651 OR US4504920 OR US4529968 OR US4561049 OR US4565999 OR US4566001 OR US4567480 OR US4578674 OR US4586035 OR US4758830) (Results 57)

Search 7:  PN=(US6310606 OR US6344791 OR US6404584 OR US6415707 OR US6456778 OR US6469691 OR US6470078 OR US6496449 OR US6504527 OR US6518953 OR US6529185 OR US6532000 OR US6538638 OR US6559831 OR US6563415 OR US6906700 OR US7184064 OR WO0145123 OR WO0169369 OR WO02090918 OR WO03060622 OR EP0565253 OR EP0707258 OR EP0813138 OR WO9718508) (Results 24)

Search 8:  4 or 5 or 6 or 7 (Results 148)

Search 9:  ((PN=(DE19621593 or WO9417469 or EP0342964)) and (PRD<20070628)) (results 3)

Search 10:  PN=(AU761413 OR EP0816987 OR EP0816990 OR EP0913986 OR EP1096362 OR EP1637994 OR GB2333215 OR GB2377605 OR GB2377606 OR NL1007407 OR US5601432 OR US5615347 OR US5649132 OR US5686937 OR US5721906 OR US5724492 OR US5745713 OR US5745909 OR US5764873 OR US5765168 OR US5777616 OR US5819225 OR US5825356 OR US5825360 OR US5828374 OR US5838927 OR US5859637 OR US5859638 OR US5862220 OR US5862339 OR US5872924 OR US5877763 OR US5879162 OR US5890905 OR US5896444 OR US5898433 OR US5900872 OR US5914723 OR US5918013 OR US5920304 OR US5923325 OR US5936623 OR US5936624 OR US5959626 OR US5963950 OR US5982365 OR US5986639 OR US5990862 OR US5999176 OR US5999177 OR US5999903 OR US6018345 OR US6025841 OR US6034689 OR US6037944 OR US6052130 OR US6054996 OR US6067085 OR US6073168 OR US6081256 OR US6097386 OR US6115646 OR US6133911 OR US6133913 OR US6134019 OR US6169546 OR US6173296 OR US6175363 OR US6184883 OR US6191785 OR US6191790 OR US6208342 OR US6215490 OR US6215901 OR US6216141 OR US6220743 OR US6236400

APLNDC00003927

OR US6249284 OR US6253326 OR US6259445 OR US6278773 OR US6288718 OR
US6297822 OR US6300950 OR US6307574 OR US6308221 OR US6311197 OR US6313823
OR US6314426 OR US6317316 OR US6326985 OR US6332157 OR US6335740 OR
US6340977 OR US6343318 OR US6366697 OR US6369833 OR US6388686 OR US6389386
OR US6397259 OR US6404441 OR US6404443 OR US6421065 OR US6437803 OR
US6448988 OR US6456303 OR US6460015 OR US6467081 OR US6476831 OR US6489975
OR US6496205 OR US6496844 OR US6496868 OR US6499101 OR US6502233 OR
US6505232 OR US6526502 OR US6538667 OR US6539407 OR US6539499 OR US6546481
OR US6556431 OR US6560726 OR US6563698 OR US6564220 OR US6567549 OR
US6573906 OR US6574615 OR US6577329 OR US6584496 OR US6587121 OR US6587886
OR US6590588 OR US6598223 OR US6606716 OR US6614890 OR US6628310 OR
US6628311 OR US6633885 OR US6647421 OR US6654035 OR US6657645 OR US6662218
OR US6683626 OR US6686925 OR US6704033 OR US6724401 OR US6731309 OR
US6738787 OR US6760708 OR US6798918 OR US6812938 OR US6816859 OR US6831666
OR US6845369 OR US6850259 OR US6867790 OR US6874123 OR US6874143 OR
US6876463 OR US6883168 OR US6891553 OR US6912552 OR US6915490 OR US6920445
OR US6920612 OR US6950991 OR US6954905 OR US6957260 OR US6966038 OR
US6996561 OR US6996784 OR US7000187 OR US7000230 OR US7007240 OR US7024626
OR US7024658 OR US7025209 OR US7039868 OR US7046254 OR US7047498 OR
US7058905 OR US7062711 OR US7092580 OR US7099876 OR US7107545 OR US7114130
OR US7117435 OR US7117479 OR US7120641 OR US7120866 OR US7120880 OR
US7127525 OR US7127527 OR US7127704 OR US7142890 OR US7152213 OR US7155667
OR US7168035 OR US7191394 OR US7193163 OR US7197515 OR US7210093 OR
US7216300 OR USD422982 OR USD423485 OR USD424037 OR USD424543 OR USD426207
OR USD426525 OR USD427576 OR USD427607 OR USD427980 OR USD428398 OR
USD430885 OR USD431038 OR USD432544 OR USD442185 OR USD443597 OR USD445427
OR USD453937 OR USD461821 OR USD467935 OR USD469444 OR USD490440 OR
WO0026760 OR WO0068769 OR WO02061561 OR WO0217292 OR WO03029952 OR
WO07054563 OR US4648062 OR US4939507 OR US5488685 OR US5479600 OR US4931783
OR EP0428261 OR US5155806 OR US4772882 OR US5287448 OR US332632 OR US4622545
OR US5550969 OR US5481667 OR US5510808 OR US5600779 OR US4689737 OR
US5050105 OR US4899377 OR US5339391 OR US4975690 OR US5157768 OR US4884223
OR US4748618 OR US5095448 OR EP0325443 OR WO9298284 OR US5602996 OR
US4847604 OR US5532715 OR WO9208184 OR US5062060 OR US5469540 OR FR2693810
OR US4831556 OR US4789962 OR US5072412 OR US4992972 OR US4533910 OR
US4812834 OR US5157763 OR US4785408 OR US4935865 OR US4890098 OR US5039937
OR EP0342964 OR US5179654 OR US4939508 OR US5226117 OR USRE32632 OR
US4899136 OR US4555775 OR US5148154 OR US4961070 OR US4914732 OR EP0239884)
(Results 227)

Search
11:      PN=(WO0060854 OR DE3047597 OR DE3431702 OR US5263174 OR US5357276 OR
         WO9532587) (Results 6)

Search
12:      PN=(AU637180 OR EP0438291 OR EP0453840 OR EP0740258 OR GB2290208 OR
         GB2290209 OR US5469540 OR US5488685 OR US5550967 OR US5600779 OR US5602996
         OR US5825355 OR US5828374 OR US5859638 OR WO9417469 OR GB2187580 OR
         JP60019227 OR JP62004953 OR JP62061166 OR JP62115519) (Results 12)

**Search
13:**    **8 or 9 or 10 or 11 or 12 (Results 393)**

Search
14:      (touch or touchscreen or touch-screen or (touch w1 screen)) and (beyond or past or outside) and
         (display or console or screen or monitor or terminal) and (edge* or border* or frame* or boundar*
         or end*) and (scroll* or rotat* or zoom*) (Results 30704)

**Search
15:**    **14 and 13 (Results 49)**

Search   14 and (portable or handheld or hand-held) (Results 9780)

P4304US1/63266-5054US                    14

APLNDC00003928

16:

Search 17: (touch* or touchscreen or touch-screen or (touch w1 screen)) and (beyond or past or outside) and (display or console or screen or monitor or terminal) and (edge* or border* or frame* or boundar* or end*) and (scroll* or rotat* or zoom*) (Results 45475)

Search 18: (UC=(345)) (Results 59323)

Search 19: 18 and 17 (Results 3486)

Search 20: (UC=(345/173)) (Results 2899)

Search 21: 20 and 17 (Results 498)

Search 22: (touch* or touchscreen or touch-screen or (touch w1 screen)) and ((beyond or past or outside) near (display or console or screen or monitor or terminal)) or ((beyond or past or outside) near (edge* or border* or frame* or boundar* or end* or terminus)) and (scroll* or rotat* or zoom*) (Results 22681)

**Search 23:** **22 and 20 (Results 194)**

Search 24: (UC=(345/684)) (Results 239)

Search 25: 22 and 24 (Results 19)

Search 26: 23 or 25 (Results 209)

**Search 27:** **26 and (list* or content* or (instant w1 messag*) or (phone adj number*) or (contact w1 information) or label* or folder* or (email w1 (message* or address*)) or (physical w1 address*) or ringtone* or name* or bookmark* or (electronic or presentation) or word or spreadsheet or email or (web w1 page*) or (digital w1 image*1)) (Results 199)**

Search 28: 27 and 1 (Results 2)

Search 29: (UC=(345/660)) (Results 701)

**Search 30:** **29 and 22 (Results 29)**

Search 31: (UC=(715/864 or 715/785 or 715/784 or 715/863)) (Results 794)

**Search 32:** **31 and 22 (Results 77)**

Search 33: (IC=(G06F3/033)) (Results 36179)

**Search 34:** **((TAC=((touch* or touchscreen or touch-screen) and (display or monitor or screen) and (scroll* or rotat* or zoom*) and (edge* or boundar* or end* or terminus) and (beyond or past or outside))) and (IC=(G06F3/033))) (Results 85)**

**Search 35:** **((TAC=((touch* or touchscreen or touch-screen) and (display or monitor or screen) and (scroll* or rotat* or zoom*) and (edge* or boundar* or end* or terminus) and (beyond or past or outside))) and (IC=(G09G5/00))) (Results 90)**

APLNDC00003929

**Search 36:** ((TAC=((touch* or touchscreen or touch-screen) and (display or monitor or screen) and (scroll* or rotat* or zoom*) and (edge* or boundar* or end* or terminus) and (beyond or past or outside))) and (IC=(G06F3/041))) (Results 24)

        **Date Conducted:**    July 20, 2007

4) Database Service:    DialogPRO: Derwent World Patent Index (DWPI) Abstracts

        File Searched:    (Non Patent Literature)

        Search Logic:

| Hits | Search String |
|---|---|
| 7 | touch? and (display? or screen?) and (scroll? or rotat? or zoom?) and beyond and (edge? or end? or boundar?) |
| 0 | touch? and (display? or screen?) and rotat? and multifinger? and degree? |
| 36641 | touch? and (display? or screen?) and zoom? and beyond or (edge? or end? or boundar?) and portable |
| 5 | touch? and (display? or screen?) and zoom? and beyond or (edge? or boundar?) and portable and finger? and magnif? |
| 7 | touch? and (display? or screen?) and scroll? and beyond or (edge? or boundar?) and portable and finger? and list? |
| 10 | touch? and (display? or screen?) and rotat? and finger? and degree? |

        Date Conducted:    July 20, 2007.

5) Database Service:    DialogPRO: Technical Literature Search

        File Searched:    (Non Patent Literature)

        Search Logic:

| Hits | Search String |
|---|---|
| 84 | touch? and (display? or screen?) and (scroll? or rotat? or zoom?) |
| 7 | touch? and (display? or screen?) and (scroll? or rotat? or zoom?) and (edge? or end? or boundar?) |
| 0 | touch? and (display? or screen?) and (scroll? or rotat? or zoom?) and beyond and (edge? or end? or boundar?) |
| 0 | touch? and (display? or screen?) and rotat? and finger? and degree? |

        Date Conducted:    July 20, 2007.

6) Database Service:    IP.com: Technical Literature Search

        File Searched:    (Non Patent Literature)

        Search Logic:

APLNDC00003930

| Hits | Search String |
|------|---------------|
| 85 | touch* and (display* or screen*) and (scroll* or rotat* or zoom*) and detect* and (beyond or outside) and (edge* or end* or boundar*) |
| 0 | touch* and (display* or screen*) and rotat* and detect* and multifinger* and degree* |
| 0 | touch* and (display* or screen*) and rotat* and detect* and multifinger* |
| 22 | touch* and (display* or screen*) and rotat* and detect* and finger* and degree* |
| 14 | touch* and (display* or screen*) and zoom* and detect* and beyond and (edge* or end* or boundar*) |
| 6 | touch* and (display* or screen*) and (zoom* or scroll*) and detect* and beyond and (edge* or end* or boundar*) and portable |

Date Conducted:    July 20, 2007.

7) Database Service:    IEEE Xplore (Institute of Electrical and Electronics Engineers, Inc.): Technical Literature Search

File Searched:    (Non Patent Literature)

Search Logic:

| Hits | Search String |
|------|---------------|
| 0 | ((touch and display and screen and beyond and (edge or boundary or end) and (zoom or scroll) and portable)<in>metadata) |
| 0 | ((touch and display and screen and (edge or boundary or end) and (zoom or scroll) and portable)<in>metadata) |
| 5 | ((touch and display and screen and (edge or boundary or end))<in>metadata) |
| 18 | ((touch and screen and (edge or boundary or end))<in>metadata) |
| 36 | ((touch and screen and (edge or boundary or end or beyond or corner or over or periphery))<in>metadata) |
| 24 | ((touch and screen and (port* or handh*))<in>metadata) |
| 0 | ((touch and display and screen and rotation and fingers)<in>metadata) |
| 0 | ((touch and display and screen and beyond and (edge or boundary or end) and (zoom or scroll))<in>metadata) |

Date Conducted:    July 20, 2007.

8) Database Service:    Internet (Google, Google Scholar, etc.): Technical Literature Search

File Searched:    (Non Patent Literature)

Search Logic:

| Search String |
|---------------|
| touchscreen display rotation degree portable fingers |
| touchscreen display scroll portable finger beyond edge |
| touchscreen display zoom portable finger beyond edge |
| touchscreen display zoom portable finger beyond edge magnification |
| touchscreen display scroll portable finger beyond edge direction list |

APLNDC00003931

Date Conducted:       July 20, 2007.

## Search Directed to the Invention

The pre-examination search was directed to the claimed invention, encompassing all the features of the claims and giving the claims their broadest reasonable interpretation.

## Search Directed to the Disclosure

No disclosed features that are unclaimed at this time in this application are currently seen as features that may be claimed later in this application.

## Search Report from a Foreign Patent Office

No search report from a foreign patent office is provided here as the pre-examination search.

## Statement of Good Faith

All statements above in support of the petition to make special are based on a good faith belief that the search was conducted in compliance with the requirements of this rule.

Respectfully submitted,

Date:   December 14, 2007          _Robert Beyers_                46,552
                                  Robert B. Beyers, Ph.D.       (Reg. No.)
                                  **MORGAN, LEWIS & BOCKIUS** LLP
                                  2 Palo Alto Square
                                  3000 El Camino Real, Suite 700
                                  Palo Alto, CA  94306
                                  (650) 843-4000

APLNDC00003932

PTO/SB/06 (12-04)

**Filing Date:** **12/14/07**

Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>**11/956,969** |
|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | **18** | 3 | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | **310** |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | **510** |
| EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | **210** |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | **20** | 1 | **0** | X$ 25 | | X$50 | 0 |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | **3** minus 3 = | * **0** | | X$100 | OR | X$210 | 0 |
| APPLICATION SIZE<br>FEE<br>(37 CFR 1.16(s)) | 11941538 | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 185 | | | 370 | |
| | | | TOTAL | **0** | | TOTAL | **1030** |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
| **AMENDMENT A** | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | | OR | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | PRESENT<br>EXTRA | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
| **AMENDMENT B** | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.   **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/956,969 | 12/14/2007 | Bas Ording | P4304US1/63266-5054US |

**CONFIRMATION NO. 8460**

61725
MORGAN LEWIS & BOCKIUS LLP/ APPLE COMPUTER INC.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA94306

Date Mailed. 12/27/2007

## NOTICE OF NEW OR REVISED PROJECTED PUBLICATION DATE

The above-identified application has a new or revised projected publication date. The current projected publication date for this application is 07/10/2008. If this is a new projected publication date (there was no previous projected publication date), the application has been cleared by Licensing & Review or a secrecy order has been rescinded and the application is now in the publication queue.

If this is a revised projected publication date (one that is different from a previously communicated projected publication date), the publication date has been revised due to processing delays in the USPTO or the abandonment and subsequent revival of an application. The application is anticipated to be published on a date that is more than six weeks different from the originally-projected publication date.

More detailed publication information is available through the private side of Patent Application Information Retrieval (PAIR) System. The direct link to access PAIR is currently http://pair.uspto.gov. Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Questions relating to this Notice should be directed to the Office of Patent Publication at 1-888-786-0101.

PART 1 - ATTORNEY/APPLICANT COPY



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 11/956,969 | 12/14/2007 | 2173 | 1030 | P4304US1/63266-5054US | 20 | 3 |

CONFIRMATION NO. 8460

61725
MORGAN LEWIS & BOCKIUS LLP/ APPLE COMPUTER INC.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

**FILING RECEIPT**

*OC000000027439167*

Date Mailed: 01/02/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
             Bas Ording, San Francisco, CA;
**Assignment For Published Patent Application**
             Apple Inc., Cupertino, CA
**Power of Attorney:** The patent practitioners associated with Customer Number 61725

**Domestic Priority data as claimed by applicant**
             This appln claims benefit of 60/879,253 01/07/2007
             and claims benefit of 60/883,801 01/07/2007
             and claims benefit of 60/879,469 01/08/2007
             and claims benefit of 60/945,858 06/22/2007
             and claims benefit of 60/946,971 06/28/2007
             and claims benefit of 60/937,993 06/29/2007

**Foreign Applications**


**If Required, Foreign Filing License Granted:** 12/26/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 11/956,969**

**Projected Publication Date:** 07/10/2008

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

APLNDC00003935

**Title**

List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display

**Preliminary Class**

715

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

APLNDC00003936

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00003937



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/956,969 | 12/14/2007 | Bas Ording | P4304US1/63266-5054US | 8460 |

61725          7590          02/29/2008
MORGAN LEWIS & BOCKIUS LLP/ APPLE COMPUTER INC.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

| EXAMINER |
|---|
| WILEY, DAVID ARMAND |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2174 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/29/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

APLNDC00003938



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

02/28/08

MORGAN LEWIS & BOCKIUS LLP
APPLE COMPUTER INC.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

| In re Application of: Bas ORDING | : | |
|---|---|---|
| Serial No.: 11/956,969 | : | |
| Filed: December 14, 2007 | : | DECISION ON PETITION TO |
| Docket: P4304US1/63266-5054US | : | MAKE SPECIAL FOR NEW |
| Title:   LIST SCROLLING AND DOCUMENT | : | APPLICATION UNDER 37 |
| TRANSLATION, SCALING, AND | : | C.F.R. § 1.102 & M.P.E.P. § |
| ROTATION ON A TOUCH-SCREEN | : | 708.02 |
| DISPLAY | | |

This is a decision on the petition filed on December 14, 2007 to make the above-identified application special for accelerated examination procedure under 37 C.F.R. § 1.102(d).

The petition to make the application special is **DISMISSED**.

REGULATION AND PRACTICE

A grantable petition to make special under 37 C.F.R. § 1.102(d) and pursuant to the "Change to Practice for Petitions in Patent Applications to Make Special and for Accelerated Examination" published in the Federal Register on June 26, 2006 (71 Fed. Reg. 36323), must satisfy the following conditions:

I. Conditions Regarding the Application:
    1. the application must be a non-reissue utility or design application filed under 37 CFR 1.111(a);
    2. the application, the petition and the required fees must be filed electronically using the USPTO's electronic filing system (EFS), or EFS-web; if not filed electronically, a statement asserting that EFS and EFS-web were not available during the normal business hours.
    3. at the time of filing, the application must be complete under 37 CFR 1.51 and in condition for examination;
    4. the application must contain three or fewer independent claims and twenty or fewer total claims and the claims must be directed to a single invention.

APLNDC00003939

II. Conditions Regarding the Petition:

The petition must:

1. be filed with the application;

2. include a statement that applicant agrees not to separately argue the patentability of any dependent claim during any appeal in the application;

3. include a statement that applicant agrees to make an election without traverse in a telephone interview.

4. include a statement that applicant agrees to conduct such an interview when requested by the examiner.

5. include a statement, made based on a good faith belief, that a preexamination search in compliance with the following requirements, was conducted, including an identification of the field of search by United States class and subclass, where applicable, and for database searches, the search logic or chemical structure or sequence used as a query, the name of the file(s) searched and the database service, and the date of the search.

The preexamination search must:

5.1 involve U.S. patents and patent application publications, foreign patent documents, and non-patent literature, unless the applicant can justify with reasonable certainty that no references more pertinent than those already identified are likely to be found in the eliminated sources and includes such a justification with this statement;

5.2. be directed to the claimed invention and encompass all of the features of the claims, giving the claims the broadest reasonable expectation;

5.3. encompass the disclosed features that may be claimed.

6. must provide in support of the petition an accelerated examination support document. An accelerated examination support document must include:

6.1. an information disclosure statement (IDS) in compliance with 37 CFR 1.98 citing each reference deemed most closely related to the subject matter of each of the claims;

6.2. an identification of all the limitations in the claims that are disclosed by the reference specifying where the limitation is disclosed in the cited reference;

6.3. a detailed explanation of how each of the claims are patentable over the references cited with particularity required by 37 CFR 1.111(b) and (c);

6.4. a concise statement of the utility of the invention as defined in each of the independent claims (unless the application is a design application);

6.5. a showing of where each limitation of the claims finds support under 35 USC 112, first paragraph, in the written description of the specification. If applicable, the showing must also identify: (1) each means- (or step) plus-function claim element that invokes consideration under 35 USC 112, sixth paragraph; and (2) the structure, material, or acts in the specification that corresponds to each means- (or step) plus-function claim element that invokes consideration under 35 USC 112, sixth paragraph; if the application claims the benefit of one or more applications under title 35, United States Code, the showing must also include where each limitation of the claims finds support under 35 USC 112, first paragraph, in each such application in which such supports exists;

6.6. an identification of any cited references that may be disqualified under 35 USC 103(c).

APLNDC00003940

## REVIEW OF FACTS

The conditions I. 1-4, II. 1-4, 5, 5.1, 6.1 - 6.6 above are considered to have been met. However, the petition fails to comply with conditions II. 5.2 & 5.3 above. Therefore, the petition fails to meet the required conditions to be accorded special status under the accelerated examination procedure.

Regarding the requirement of MPEP § 708.02(a)(I.)(H)[1] and items 5.2 & 5.3 above, the preexam search must be directed to the (instant) claimed invention and encompass all of the disclosed features of the claim. Note, the provision of the identified search area and search logic provided to locate the references cited in the instant petition does not meet this requirement, in particular, based upon the claimed subject matter of the instant application, a search in the following class and subclass is necessary in order to provide full coverage of where the most pertinent references are most likely to be found: class 715 (DATA PROCESSING: PRESENTATION PROCESSING OF DOCUMENT, OPERATOR INTERFACE PROCESSING, AND SCREEN SAVER DISPLAY PROCESSING) subclass 764 (where the instant application is classified), as well as class 715 subclasses 702, 781, 788 and 831 (consistent with the "computer implemented method" of claims 1-18, the "device" of claim 19 and the "computer readable storage medium" of claim 20) should be searched.

With respect to the search logic identified, corresponding to the instant claim language, the search terms utilized appear be too narrow. In conjunction with the above noted classification search, the following additional (supplemental) search terms and their various combinations (or equivalent) should be incorporated to complete the search:

```
stylus with touch adj3 (screen or display)

stylus near3 touch adj3 (screen or display)
```

This additional recommended search area was confirmed with (and recommended by) a (primary) examiner in the pertinent art area, based upon the pending claim of the instant application.

Thus, the petition does not meet the conditions II. 5.2 and 5.3 above.

## DECISION

---

[1] MPEP 8th ed. rev 5 August 2006

APLNDC00003941

*Application Serial No. 11/956,969*                                                                          *4*
*Decision on Petition*

For the above-stated reasons, the petition is **DISMISSED**. The application will therefore be taken up by the examiner for action in its regular turn.

Petitioner is given a single opportunity to perfect the petition. Any request for reconsideration of this decision must be submitted within 1 (one) month or 30 (thirty) days, whichever is longer, (no extension of time under 37 CFR 1.136(a)) from the date of this decision in order to be considered timely. Any request for reconsideration must address the deficiencies indicated above.

Petitioner is reminded that, upon granting of the special status of the application on request for reconsideration, the application will be processed expeditiously. However, due to the dismissal of the instant petition, examination may not be completed within twelve months of the filing date of the application.

Any inquiry regarding this decision should be directed to Brian Johnson, Quality Assurance Specialist, at (571) 272-3595. If attempts to reach the undersigned by telephone are unsuccessful, Kakali Chaki, Quality Assurance Specialist, can be reached at (571) 272-3719.

Brian L. Johnson
Quality Assurance Specialist, WG 2110
Technology Center 2100

APLNDC00003942

Electronically Filed on March 13, 2008

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Application of: | Bas Ording | Confirmation No.: | 8460 |
| Serial No.: | 11/956,969 | Art Unit: | 2174 |
| Filed: | December 14, 2007 | Examiner: | David Armand Wiley |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | Attorney Docket No.: | P4304US1/63266-5054-US |

# **Request for Reconsideration**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The following Request for Reconsideration is in response to the Decision on Petition to Make Special for New Application Under 37 C.F.R. § 1.102 and M.P.E.P. § 708.02, mailed on February 29, 2008.

This Request for Reconsideration is filed within one (1) month or thirty (30) days, whichever is the longer, of the mailing date of the Decision.

Applicants filed a Petition for Accelerated Examination under 37 C.F.R. § 1.102(d) on December 14, 2007. The Patent Office dismissed the Petition because the Petition did not, in the Patent Office's view, meet all the requirements of MPEP §§ 708.02 II.5 listed in the dismissal.

Specifically, the Patent Office dismissed the Petition because the Pre-Examination Search Statement did not include: (1) a search of class 715 subclasses 702, 764, 781, 788, and 831; and (2) searches with additional search terms "stylus with touch adj3 (screen or display)" and "stylus near3 touch adj3 (screen or display)."

APLNDC00003943

In this Request for Reconsideration, Applicants submit a revised Pre-Examination Search Statement that includes the requested additional searches. The additional searches did not find any references that were more closely related to the claimed invention than those already cited in the Accelerated Examination Support Document filed on December 14, 2007.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 063266-5054-US).

Respectfully submitted,

Date:   March 13, 2008                  *Robert Beyers*                46,552
                                        Robert B. Beyers, Ph.D.        (Reg. No.)
                                        **MORGAN, LEWIS & BOCKIUS LLP**
                                        2 Palo Alto Square
                                        3000 El Camino Real, Suite 700
                                        Palo Alto, CA  94306
                                        (650) 843-4000

APLNDC00003944

Electronically filed March 13, 2008

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Application of: | Bas Ording | Confirmation No.: | 8460 |
| Serial No.: | 11/956,969 | Art Unit: | 2174 |
| Filed: | December 14, 2007 | Examiner: | David Armand Wiley |
| For: | *List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display* | Attorney Docket No.: P4304US1/63266-5054-US | |

# **Pre-Examination Search Statement (Revised)**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir or Madam:

This revised pre-examination search statement is provided in support of the petition for accelerated examination filed herewith. This statement has been revised in accordance with the revisions requested in the Decision on Petition to Make Special for New Application Under 37 C.F.R. § 1.102 & M.P.E.P. § 708.02, mailed February 29, 2008.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5054-US).

A pre-examination search was conducted involving U.S. patents and patent application publications, foreign patent documents and non-patent literature as indicated below. The results of the search are provided on an Information Disclosure Statement filed concurrently herewith.

**<u>Pre-examination Search</u>**

> **<u>US Field of Search</u>:**

> **Class(es)/Subclass(es) Searched:**

P4304US1/63266-5054US                                    1

APLNDC00003945

715/702, 764, 781, 788, 831;

**Date Conducted:**       March 7, 2008.

**Class(es)/Subclass(es) Searched:**

345/173, 660, 684;
715/784, 785, 863, 864;

**Date Conducted:**       July 20, 2007.

**IPC Field of Search:**

**Class(es)/Subclass(es) Searched:**

G06F3/01, G06F3/048;

**Date Conducted:**       March 7, 2008.

**Class(es)/Subclass(es) Searched:**

G06F3/033, G06F3/041;
G09G5/00

**Date Conducted:**       July 20, 2007.

**Database Searches:**

**1) Database Service:**       USPTO EAST

**Files Searched:**

US Patent Document Databases: US-PGPUB; USPAT; USOCR
Foreign Patent Document Databases: FPRS; EPO; JPO; DERWENT

**Search Logic:**

| Line | Hits | Search String | Sources |
|------|------|---------------|---------|
| S1 | 265348 | (touch$3 or touch-screen or (touch adj screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S2 | 1089078 | (electronic or presentation or email or word or spreadsheet or (web adj page) or (digital adj image)) and (mov$3 or movement) and (edge or end or terminus or boundar$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S3 | 92684 | S1 and S2 | US-PGPUB; USPAT; USOCR; |

APLNDC00003946

| | | | FPRS; EPO; JPO; DERWENT |
|---|---|---|---|
| S4 | 8669 | S3 and (device and portable and (object or finger or pen) and direction and speed$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S5 | 2582 | S3 and ((device near (portable or hand-held)) and (object or finger or pen) and direction and speed$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S6 | 2139 | S3 and ((device near (portable or hand-held)) and (object or finger or pen) and direction and speed$3) and detect$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| **S7** | **232** | **S2 and ((touch$3 or touch-screen or (touch adj screen)) same (display$3 or console or screen$3 or monitor$3 or terminal) same (device near (portable or hand-held))) and (object or finger or pen) and direction and speed$3 and detect$3** | **US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT** |
| S8 | 412 | "L1" and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S9 | 265738 | (touch$3 or touch-screen or (touch screen)) and (display$3 or console or screen$3 or monitor$3 or terminal) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S10 | 3487 | S9 and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S11 | 3487 | S9 and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S12 | 2028 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) and (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S13 | 1752 | (touch$3 or touch-screen or (touch adj screen) or touchscreen) same (display$3 or console or screen$3 or monitor$3 or terminal) and scroll$3 and (list or content or (instant adj messag$3) or (phone adj number) or contact or label or folder or email or ringtone or name or bookmark) and (beyond or over) and (terminus or edge) and detect$3 and direct$3 and motion | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT |
| S14 | 586 | (touch$3 or touch-screen or (touch adj | US-PGPUB; USPAT; USOCR; |

APLNDC00003947