# Exhibit 12-1

Case 5:11-cv-01846-LHK   Document ... Filed ... Page ... of ...

US007469381C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (8187th)

# United States Patent
Ording

(10) **Number:** US 7,469,381 C1

(45) **Certificate Issued:** Apr. 26, 2011

(54) **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY**

(75) Inventor: **Bas Ording**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

**Reexamination Request:**
No. 90/010,963, Apr. 28, 2010

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **7,469,381** |
| Issued: | **Dec. 23, 2008** |
| Appl. No.: | **11/956,969** |
| Filed: | **Dec. 14, 2007** |

Certificate of Correction issued Feb. 17, 2009.

### Related U.S. Application Data

(60) Provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/883,801, filed on Jan. 7, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/945,858, filed on Jun. 22, 2007, provisional application No. 60/946,971, filed on Jun. 28, 2007, and provisional application No. 60/937,993, filed on Jun. 29, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 3/01* | (2006.01) |
| *G06F 3/048* | (2006.01) |
| *G06F 3/033* | (2006.01) |
| *G06F 3/14* | (2006.01) |

(52) **U.S. Cl.** ........................ **715/702**; 715/764; 715/769; 715/863; 715/864

(58) **Field of Classification Search** ................... 715/702
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,463,725 A | 10/1995 | Henckel et al. | ............. | 395/155 |
| 6,690,387 B2 | 2/2004 | Zimmerman et al. | | |
| 2005/0195154 A1 | 9/2005 | Robbins et al. | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2007283771 A1 | 4/2008 |
| CN | 1695105 A | 11/2005 |
| JP | 02140822 | 5/1990 |
| JP | 03271976 | 12/1991 |

OTHER PUBLICATIONS

Forlines et al., Glimpse: A Novel Input Model for Multi-Level Devices, Apr. 2005, 6 pages total, Mitsubishi Electric Research Laboratories, Cambridge, MA (Exhibit B).

Millhollon et al., Microsoft Office Word 2003 Inside Out, 2003, Microsoft Press, Redmond, Washington, pp. 93, 762–765. (Exhibit C).

*Primary Examiner*—Rachna S Desai

(57) **ABSTRACT**

In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed. In the method, a movement of an object on or near the touch screen display is detected. In response to detecting the movement, an electronic document displayed on the touch screen display is translated in a first direction. If an edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, an area beyond the edge of the document is displayed. After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.



US 7,469,381 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-20** is confirmed.

\*   \*   \*   \*   \*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/010,963 | 04/28/2010 | 7469381 | 0919/01028 | 8062 |

| 61725          7590          01/25/2011 | EXAMINER |
|---|---|

Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 01/25/2011

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS
BRIENT INTELLECTUAL PROPERTY LAW, LLC
2300 LAKEVIEW PARKWAY
SUITE 700
ALPHARETTA, GA 30009

Date:

MAILED

JAN 2 5 2011

CENTRAL REEXAMINATION UNIT

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90010963
PATENT NO. : 7469381
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

# UNITED STATES DEPARTMENT OF COMMERCE
## U.S. Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./<br>CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR /<br>PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 90010963 | 4/28/10 | 7469381 | 0919/01028 |

Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

| EXAMINER |
|---|
| RACHNA S. DESAI |

| ART UNIT | PAPER |
|---|---|
| 3992 | 20110121 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

With respect to the Information Disclosure Statement filed on 01/13/2011, where patents, publications, and other such items of information are submitted by a party (patent owner or requester) in compliance with the requirements of the rules, the requisite degree of consideration to be given to such information will be normally limited by the degree to which the party filing the information citation has explained the content and relevance of the information. The initials of the examiner placed adjacent to the citations on the form PTO/SB/08A and 08B or its equivalent, without an indication to the contrary in the record, do not signify that the information has been considered by the examiner any further than to the extent noted above.

It is noted that the citations that have been crossed out in the IDS are inappropriate for printing of the Reexam Certificate.

/Rachna S Desai/
Primary Examiner, Art Unit 3992

PTO-90C (Rev.04-03)

| INFORMATION DISCLOSURE CITATION<br><br>PTO-1449 | | | | Electronically filed January 13, 2010 | |
|---|---|---|---|---|---|
| | | | | Control Number | 90/010,963 (7,469,381) |
| | | | | Filing Date | April 28, 2010 |
| | | | | First Named Inventor | Bas Ording |
| | | | | Art Unit | 3992 |
| | | | | Examiner Name | Desai, Rachna Singh |
| Sheet | 1 | of | 2 | | |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code[1] | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| /RS/ | | 5,463,725 | 10-31-1995 | Henckel et al. | 395 | 155 | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code[2] - Number[3] - Kind Code[4] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|---|
| /RS/ | | AU 2007283771 A1 | 04-03-2008 | Apple Inc | G06F | 19/00 | | |
| /RS/ | | CN1695105A | 11-09-2005 | Koninkl Philips Electronics NV | G06F | 3/033 | | |
| /RS/ | | JP02140822 | 05-30-1990 | NEC Corp | G06F | 3/14 | | |
| /RS/ | | JP03271976 | 12-03-1991 | Toshiba Corp | G06F | 15/40 | | |

**OTHER NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | | Examiner's Report dated February 19, 2009, received in Australian Patent Application No. 2008201540, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent No. 7,469,381) |
| | | Examiner's Report dated July 15, 2009, received in Australian Patent Application No. 2008201540, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Examiner's Report dated July 1, 2008, received in Australian Patent Application No. 2008100283, which corresponds to U.S. Application No. 11956,969 (issued U.S. Patent 7,469,381) |
| | | Examiner's Report dated February 11, 2009, received in Australian Patent Application No. 2009200366, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent No. 7,469,381) |
| | | Examiner's Report dated April 8, 2010, received in Australian Patent Application No. 2009208103, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated December 1, 2009, received in Canadian Patent Application No. 2,658,177, which corresponds to U.S. Application 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated November 23, 2010, received in Chinese Patent Application No. 200880000019.9, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |

| Examiner Signature | DB2/22154267.1 | | Date Considered | |
|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] See Kind Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [2] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [5] Applicant is to place a check mark here if English language Translation is attached.
Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RS/

| INFORMATION DISCLOSURE CITATION<br><br>PTO-1449 | | *Electronically filed January 13, 2010* | |
|---|---|---|---|
| | | Control Number | 90/010,963 (7,469,381) |
| | | Filing Date | April 28, 2010 |
| | | First Named Inventor | Bas Ording |
| | | Art Unit | 3992 |
| | | Examiner Name | Desai, Rachna Singh |
| Sheet | 2 | of | 2 | | |

| | | |
|---|---|---|
| | | Office Action dated October 29, 2010, received in German Patent Application No. DE 11 2008 000 144 8-53, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated December 29, 2009, received in European Application No. 08 713 567.9, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated February 2010, received in Japanese Patent Application No. 2009-544996, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated November 19, 2010, received in Japanese Patent Application No. 2009-544996, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated August 27, 2009, received in Korean Patent Application No. 10-2009-7003574, which corresponds to U.S. Application No. 11/956,969 (issued patent no. 7,469,381) |
| | | |

| Examiner Signature | DB2/22154267.1      /Rachna Singh/ | Date Considered | 01/21/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ See Kind Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ² Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁵ Applicant is to place a check mark here if English language Translation is attached. Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RS/

| INFORMATION DISCLOSURE CITATION<br><br>PTO-1449 | *Electronically filed January 13, 2010* | |
|---|---|---|
| | **Control Number** | 90/010,963 (7,469,381) |
| | **Filing Date** | April 28, 2010 |
| | **First Named Inventor** | Bas Ording |
| | **Art Unit** | 3992 |
| | **Examiner Name** | Desai, Rachna Singh |

| Sheet | 1 | of | 2 | | |
|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code[1] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | 5,463,725 | 10-31-1995 | Henckel et al. | 395 | 155 | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code[2] - Number[3] - Kind Code[4] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|---|
| | | AU 2007283771 A1 | 04-03-2008 | Apple Inc | G06F | 19/00 | | |
| | | CN1695105A | 11-09-2005 | Koninkl Philips Electronics NV | G06F | 3/033 | | |
| | | JP02140822 | 05-30-1990 | NEC Corp | G06F | 3/14 | | |
| | | JP03271976 | 12-03-1991 | Toshiba Corp | G06F | 15/40 | | |

### OTHER NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published |
|---|---|---|
| | | Examiner's Report dated February 19, 2009, received in Australian Patent Application No. 2008201540, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent No. 7,469,381) |
| | | Examiner's Report dated July 15, 2009, received in Australian Patent Application No. 2008201540, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Examiner's Report dated July 1, 2008, received in Australian Patent Application No. 2008100283, which corresponds to U.S. Application No. 11956,969 (issued U.S. Patent 7,469,381) |
| | | Examiner's Report dated February 11, 2009, received in Australian Patent Application No. 2009200366, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent No. 7,469,381) |
| | | Examiner's Report dated April 8, 2010, received in Australian Patent Application No. 2009208103, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated December 1, 2009, received in Canadian Patent Application No. 2,658,177, which corresponds to U.S. Application 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated November 23, 2010, received in Chinese Patent Application No. 200880000019.9, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |

| Examiner Signature | DB2/22154267.1 | | Date Considered | |
|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
[1] See Kind Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [2] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [5] Applicant is to place a check mark here if English language Translation is attached.
Burden Hour Statement: This form is estimated to take 2.0 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO:  Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.

| INFORMATION DISCLOSURE CITATION<br><br>PTO-1449 | *Electronically filed January 13, 2010* | |
|---|---|---|
| | **Control Number** | 90/010,963 (7,469,381) |
| | **Filing Date** | April 28, 2010 |
| | **First Named Inventor** | Bas Ording |
| | **Art Unit** | 3992 |
| | **Examiner Name** | Desai, Rachna Singh |

| Sheet | 2 | of | 2 | |
|---|---|---|---|---|

| | | |
|---|---|---|
| | | Office Action dated October 29, 2010, received in German Patent Application No. DE 11 2008 000 144.8-53, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated December 29, 2009, received in European Application No. 08 713 567.9, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated February 2010, received in Japanese Patent Application No. 2009-544996, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated November 19, 2010, received in Japanese Patent Application No. 2009-544996, which corresponds to U.S. Application No. 11/956,969 (issued U.S. Patent 7,469,381) |
| | | Office Action dated August 27, 2009, received in Korean Patent Application No. 10-2009-7003574, which corresponds to U.S. Application No. 11/956,969 (issued patent no. 7,469,381) |
| | | |

| Examiner Signature | DB2/22154267.1 | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] See Kind Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [2] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [5] Applicant is to place a check mark here if English language Translation is attached.
Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventors: | Bas Ording | Confirmation No.: | 8062 |
| Patent No.: | 7,469,381 | Reexam Control No. | 90/010,963 |
| Filed: | April 28, 2010 | Art Unit: | 3992 |
| For: | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | Examiner: | Desai, Rachna Singh |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of INFORMATION DISCLOSURE STATEMENT, together with all exhibits and attachments and supporting documentation on compact disc (CD) has been has been served via USPS priority mail on January 13, 2011, upon the following:

Scott E. Brient
Brient Intellectual Property Law, LLC
2300 Lakeview Parkway, Suite 700
Alpharetta, GA 30009

*Robert Beyers*

Robert B. Beyers, Reg. No. 46,552

DB2/22154276.1

**(19)  AUSTRALIAN PATENT OFFICE**

**(11)** Application No.  **AU 2007283771 A1**

| | |
|---|---|
| (54) | Title |
| | Portable  electronic  device  for  photo  management |
| (51)[6] | International  Patent  Classification(s) |
| | G06F  19/00  (2006.01)  20060101AFI2008031 |
| | G06F    19/00      1BHAU |
| | PCT/US2007/077441 |

| | | | | |
|---|---|---|---|---|
| (21) | Application No: | 2007283771 | (22)  Application Date: | 2007.08.31 |

(30)    Priority Data

| (31) | Number | (32) | Date | (33) | Country |
|---|---|---|---|---|---|
| | 60/883,785 | | 2007.01.06 | | US |
| | 60/937,993 | | 2007.06.29 | | US |
| | 60/879,253 | | 2007.01.07 | | US |
| | 11/848,210 | | 2007.08.30 | | US |
| | 60/947,118 | | 2007.06.29 | | US |
| | 60/879,469 | | 2007.01.08 | | US |
| | 60/824,769 | | 2006.09.06 | | US |

| | | |
|---|---|---|
| (43) | Publication Date : | 2008.04.03 |
| (43) | Publication Journal Date : | 2008.04.03 |

(71)    Applicant(s)
Apple,  Inc.

(72)    Inventor(s)
Forstall,  Scott;  Van Os, Marcel;  Chaudhri, Imran;  Christie, Greg;  Ording, Bas;  Marcos, Paul D.;  Matas, Michael

(74)    Agent/Attorney
Freehills  Patent  &  Trade  Mark  Attorneys,  Level 38 MLC Centre Martin Place, Sydney, NSW, 2000

63266-5060WO
P4310WO2

# Portable Electronic Device for Photo Management

## ABSTRACT OF THE DISCLOSURE

A portable electronic device with a touch screen display for photo management is disclosed.

5    One aspect of the invention involves a computer-implemented method in which the portable electronic device displays an array of thumbnail images corresponding to a set of photographic images. The device replaces the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array. The user-selected photographic image is displayed at a larger

10   scale than the corresponding thumbnail image. The portable device displays a different photographic image in replacement of the user-selected photographic image in accordance with a scrolling gesture. The scrolling gesture comprises a substantially horizontal movement of user contact with the touch screen display.

49

63266-5060WO
P4310WO2

# Portable Electronic Device for Photo Management

## TECHNICAL FIELD

[0001]　　The disclosed embodiments relate generally to portable electronic devices, and more particularly, to portable devices for photo management, such as digital photographing, photo editing, and emailing photos.

## BACKGROUND

[0002]　　As portable electronic devices become more compact and capable of performing functions, it has become a significant challenge to design a user interface that allows users to easily interact with such a multifunction device. This challenge is more significant for handheld portable electronic devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because a user interface is the gateway through which a user receives information and a device receives user actions or behaviors, including user attempts to access the portable electronic device's features, tools, and functions.

[0003]　　Some portable devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more push buttons, increasing the density of push buttons, overloading the functions of push buttons, or using complex menu systems to allow a user to access, store, and manipulate data.  These approaches often result in complicated key sequences and menu hierarchies that must be memorized by the user.

[0004]　　Many conventional user interfaces, such as those that include physical push buttons, are also inflexible because a physical push button may prevent a user interface from being configured and/or adapted by either an application running on the portable electronic device or by users.  When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired push button, such inflexibility is frustrating to most users.

[0005]　　For example, cell phones with a built-in digital camera have been on the market for some time.  But existing cell phones are difficult to use for even basic photo-

1

63266-5060WO
P4310WO2

related operations such as displaying, deleting and sending a photo because of limitations with the cell phones' user interface.

[0006]     Accordingly, there is a need for portable multifunction devices with more transparent and intuitive user interfaces for photo management.

## SUMMARY

[0007]     The above deficiencies and other problems associated with user interfaces for portable devices are reduced or eliminated by the disclosed portable multifunction device. In some embodiments, the portable electronic device has a touch-sensitive display (also known as a "touch screen" or "touch screen display") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. Instructions for performing photo management may be included in a computer program product configured for execution by one or more processors.

[0008]     One aspect of the invention involves a computer-implemented method in which a portable electronic device with a touch screen: displays an array of thumbnail images corresponding to a set of photographic images; replaces the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and displays a different photographic image in replacement of the user-selected photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

[0009]     Another aspect of the invention involves a computer-implemented method in which a portable electronic device with a touch screen: displays an array of thumbnail images corresponding to a set of photographic images; detects a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and responds to the scrolling gesture by scrolling the display of thumbnail images in accordance with a direction of the scrolling gesture; wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

2

63266-5060WO
P4310WO2

[0010]    Another aspect of the invention involves a portable electronic device. The device includes a touch screen display, one or more processors, memory, and one or more programs. The one or more program are stored in the memory and configured to be executed by the one or more processors. The one or more programs include: instructions for displaying an array of thumbnail images corresponding to a set of photographic images; instructions for replacing the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and instructions for displaying a different photographic image in replacement of the user-selected photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

[0011]    Another aspect of the invention involves a portable electronic device. The device includes a touch screen display, one or more processors, memory, and one or more programs. The one or more program are stored in the memory and configured to be executed by the one or more processors. The one or more programs include: instructions for displaying an array of thumbnail images corresponding to a set of photographic images; instructions for detecting a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and instructions for responding to the scrolling gesture by scrolling the display of thumbnail images in accordance with a direction of the scrolling gesture; wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

[0012]    Another aspect of the invention involves a computer-program product that includes a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism includes instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: display an array of thumbnail images corresponding to a set of photographic images; replace the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and display a different photographic image in replacement of the user-selected photographic image,

3

63266-5060WO
P4310WO2

wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

[0013]      Another aspect of the invention involves a computer-program product that includes a computer readable storage medium and a computer program mechanism embedded therein. The computer program mechanism includes instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: display an array of thumbnail images corresponding to a set of photographic images; detect a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and respond to the scrolling gesture by scrolling the display of thumbnail images in accordance with a direction of the scrolling gesture; wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

[0014]      Another aspect of the invention involves a portable electronic device with a touch screen display, comprising: means for displaying an array of thumbnail images corresponding to a set of photographic images; means for replacing the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and means for displaying a different photographic image in replacement of the user-selected photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

[0015]      Another aspect of the invention involves a portable electronic device with a touch screen display, comprising: means for displaying an array of thumbnail images corresponding to a set of photographic images; means for detecting a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and means for responding to the scrolling gesture by scrolling the display of thumbnail images in accordance with a direction of the scrolling gesture; wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

[0016]      Another aspect of the invention involves a computer-implemented method in which an electronic device with a touch screen: detects a first movement of a physical object

4

63266-5060WO
P4310WO2

on or near the touch screen display; while detecting the first movement, translates a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects; in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, displays

5      an area beyond the edge of the first digital object; after the first movement is no longer detected, translates the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed; detects a second movement of the physical object on or near the touch screen display; and, in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translates the first

10     digital object in the first direction and displays a second digital object in the set of digital objects.

[0017]      Another aspect of the invention involves an electronic device. The device includes a touch screen display, one or more processors, memory, and one or more programs. The one or more program are stored in the memory and configured to be executed by the one

15     or more processors. The one or more programs include: instructions for detecting a first movement of a physical object on or near the touch screen display; instructions for, while detecting the first movement, translating a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects; instructions for, in response to display of a previously hidden edge of the first digital

20     object and continued detection of the first movement, displaying an area beyond the edge of the first digital object; instructions for, after the first movement is no longer detected, translating the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed; instructions for detecting a second movement of the physical object on or near the touch screen display; and instructions for, in response to

25     detecting the second movement while the previously hidden edge of the first digital object is displayed, translating the first digital object in the first direction and displaying a second digital object in the set of digital objects.

[0018]      Another aspect of the invention involves a computer-program product that includes a computer readable storage medium and a computer program mechanism embedded

30     therein. The computer program mechanism includes instructions, which when executed by an electronic device with a touch screen display, cause the device to: detect a first movement of a physical object on or near the touch screen display; while detecting the first movement,

5

63266-5060WO
P4310WO2

translate a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects; in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, display an area beyond the edge of the first digital object; after the first movement is no longer detected, translate the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed; detect a second movement of the physical object on or near the touch screen display; and, in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translate the first digital object in the first direction and display a second digital object in the set of digital objects.

[0019]        Another aspect of the invention involves an electronic device with a touch screen display, comprising: means for detecting a first movement of a physical object on or near the touch screen display; means for, while detecting the first movement, translating a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects; means for, in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, displaying an area beyond the edge of the first digital object; means for, after the first movement is no longer detected, translating the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed; means for detecting a second movement of the physical object on or near the touch screen display; and means for, in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translating the first digital object in the first direction and displaying a second digital object in the set of digital objects.

[0020]        Thus, the invention provides a transparent and intuitive user interface for managing photos on a portable electronic device with a touch screen display

BRIEF DESCRIPTION OF THE DRAWINGS

[0021]        For a better understanding of the aforementioned embodiments of the invention as well as additional embodiments thereof, reference should be made to the Description of Embodiments below, in conjunction with the following drawings in which like reference numerals refer to corresponding parts throughout the figures.

6

63266-5060WO
P4310WO2

[0022]     Figure 1 is a block diagram illustrating a portable electronic device with a touch-sensitive display in accordance with some embodiments.

[0023]     Figure 2 illustrates a portable electronic device having a touch screen in accordance with some embodiments.

[0024]     Figure 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.

[0025]     Figure 4 illustrates an exemplary user interface for a menu of applications on a portable electronic device in accordance with some embodiments.

[0026]     Figure 5 illustrates an exemplary user interface for a camera in accordance with some embodiments.

[0027]     Figure 6 illustrates an exemplary user interface for a camera roll in accordance with some embodiments.

[0028]     Figures 7A through 7C illustrate an exemplary user interface for viewing and manipulating images in accordance with some embodiments.

[0029]     Figure 8 illustrates an exemplary user interface for viewing photo albums in accordance with some embodiments.

[0030]     Figure 9 illustrates an exemplary user interface for setting user preferences in accordance with some embodiments.

[0031]     Figure 10 illustrates an exemplary user interface for viewing an album in accordance with some embodiments.

[0032]     Figure 11 illustrates an exemplary user interface for viewing images in an album in accordance with some embodiments.

[0033]     Figure 12 illustrates an exemplary user interface for selecting a use for an image in an album in accordance with some embodiments.

[0034]     Figures 13A through 13G illustrate an exemplary user interface for incorporating an image in an email message template in accordance with some embodiments.

[0035]     Figures 14A and 14B illustrate an exemplary user interface for assigning an image to a contact in the user's contact list in accordance with some embodiments.

7

63266-5060WO
P4310WO2

[0036]     Figure 15 illustrates an exemplary user interface for incorporating an image in the user's wallpaper in accordance with some embodiments.

[0037]     Figure 16 is a flowchart illustrating a process for displaying thumbnail images on a touch screen in accordance with some embodiments.

[0038]     Figure 17 is a flowchart illustrating a process for performing operations in response to user contact with the touch screen in accordance with some embodiments.

[0039]     Figure 18 is a flowchart illustrating a process for deleting an image in response to a user contact with the touch screen in accordance with some embodiments.

[0040]     Figure 19 is a flowchart illustrating a process for displaying multiple photo albums on the touch screen in accordance with some embodiments.

[0041]     Figure 20 is a flowchart illustrating a process for performing additional operations upon a user selection of an additional options icon in accordance with some embodiments.

[0042]     Figure 21 is a flowchart illustrating an animated process for rendering an email service interface that includes a user selected image in accordance with some embodiments.

[0043]     Figure 22 is a flowchart illustrating a process for assigning an image to a user selected contact in the user's contact list in accordance with some embodiments.

[0044]     Figures 23A-23H illustrate an exemplary user interface for viewing digital objects in a set of digital objects in accordance with some embodiments.

[0045]     Figure 24 is a flowchart illustrating a process for viewing digital objects in a set of digital objects in accordance with some embodiments.

DESCRIPTION OF EMBODIMENTS

[0046]     Reference will now be made in detail to embodiments, examples of which are illustrated in the accompanying drawings. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the invention. However, it will be apparent to one skilled in the art that the invention may be practiced without these specific details. In other instances, well-known methods, procedures,

8

63266-5060WO
P4310WO2

components, circuits, and networks have not been described in detail so as not to
unnecessarily obscure aspects of the embodiments.

[0047]        Embodiments of a portable electronic device, user interfaces for such devices,
and associated processes for using such devices are described.  In some embodiments, the

5        portable electronic device is a portable communications device such as a mobile telephone
that also contains other functions, such as PDA and/or music player functions.

[0048]        The user interface may include a physical click wheel in addition to a touch
screen or a virtual click wheel displayed on the touch screen.  A click wheel is a physical
user-interface device that may provide navigation commands based on an angular

10        displacement of the wheel or a point of contact with the wheel by a user of the portable
electronic device.  A click wheel may also be used to provide a user command corresponding
to selection of one or more items, for example, when the user of the portable electronic
device presses down on at least a portion of the wheel or the center of the wheel.
Alternatively, breaking contact with a click wheel image on a touch screen surface may

15        indicate a user command corresponding to selection.  For simplicity, in the discussion that
follows, a portable electronic device that includes a touch screen is used as an exemplary
embodiment.  It should be understood, however, that some of the user interfaces and
associated processes may be applied to other devices, such as personal computers and laptop
computers, which may include one or more other physical user-interface devices, such as a

20        physical click wheel, a physical keyboard, a mouse and/or a joystick.

[0049]        In addition to photo management, the device may support a variety of other
applications, such as a telephone application, a video conferencing application, an e-mail
application, an instant messaging application, a blogging application, a web browsing
application, a digital music player application, and/or a digital video player application.

25        [0050]        The various applications that may be executed on the portable electronic
device may use at least one common physical user-interface device, such as the touch screen.
One or more functions of the touch screen as well as corresponding information displayed on
the portable electronic device may be adjusted and/or varied from one application to the next
and/or within a respective application.  In this way, a common physical architecture (such as

30        the touch screen) of the portable electronic device may support the variety of applications
with user interfaces that are intuitive and transparent.

9

63266-5060WO
P4310WO2

[0051]     The user interfaces may include one or more soft keyboard embodiments.  The soft keyboard embodiments may include standard (QWERTY) and/or non-standard configurations of symbols on the displayed icons of the keyboard, such as those described in U.S. Patent Application No. 11/459,606, "Keyboards For Portable Electronic Devices," filed July 24, 2006, and U.S. Patent Application No. 11/459,615, "Touch Screen Keyboards For Portable Electronic Devices," filed July 24, 2006, the contents of which are hereby incorporated by reference.  The keyboard embodiments may include a reduced number of icons (or soft keys) relative to the number of keys in existing physical keyboards, such as that for a typewriter.  This may make it easier for users to select one or more icons in the keyboard, and thus, one or more corresponding symbols.  The keyboard embodiments may be adaptive.  For example, displayed icons may be modified in accordance with user actions, such as selecting one or more icons and/or one or more corresponding symbols.  One or more applications on the portable electronic device may utilize common and/or different keyboard embodiments.  Thus, the keyboard embodiment used may be tailored to at least some of the applications.  In some embodiments, one or more keyboard embodiments may be tailored to a respective user.  For example, based on a word usage history (lexicography, slang, individual usage) of the respective user.  Some of the keyboard embodiments may be adjusted to reduce a probability of a user error when selecting one or more icons, and thus one or more symbols, when using the soft keyboard embodiments.

[0052]     Attention is now directed towards embodiments of the portable electronic device.  Figure 1 is a block diagram illustrating a portable electronic device 100 with a touch-sensitive display 112 in accordance with some embodiments.  The touch-sensitive display 112 is sometimes called a "touch screen" for convenience.  The device 100 may include a memory 102 (which may include one or more computer readable storage mediums), a memory controller 122, one or more processing units (CPU's) 120, a peripherals interface 118, RF circuitry 108, audio circuitry 110, a speaker 111, a microphone 113, an input/output (I/O) subsystem 106, other input or control devices 116, and an external port 124.  The device 100 may include one or more optical sensors 164.  These components may communicate over one or more communication buses or signal lines 103.

[0053]     It should be appreciated that the portable electronic device 100 is only one example of a portable electronic device 100, and that the portable electronic device 100 may have more or fewer components than shown, may combine two or more components, or a

10

63266-5060WO
P4310WO2

may have a different configuration or arrangement of the components. The various components shown in Figure 1 may be implemented in hardware, software or a combination of hardware and software, including one or more signal processing and/or application specific integrated circuits.

5      [0054]      Memory 102 may include high-speed random access memory and may also include non-volatile memory, such as one or more magnetic disk storage devices, flash memory devices, or other non-volatile solid-state memory devices. Access to memory 102 by other components of the portable electronic device 100, such as the CPU 120 and the peripherals interface 118, may be controlled by the memory controller 122.

10     [0055]      The peripherals interface 118 couples the input and output peripherals of the portable electronic device to the CPU 120 and memory 102. The one or more processors 120 run or execute various software programs and/or sets of instructions stored in memory 102 to perform various functions for the portable electronic device 100 and to process data.

       [0056]      In some embodiments, the peripherals interface 118, the CPU 120, and the
15     memory controller 122 may be implemented on a single chip, such as a chip 104. In some other embodiments, they may be implemented on separate chips.

       [0057]      The RF (radio frequency) circuitry 108 receives and sends RF signals, also called electromagnetic signals. The RF circuitry 108 converts electrical signals to/from electromagnetic signals and communicates with communications networks and other
20     communications devices via the electromagnetic signals. The RF circuitry 108 may include well-known circuitry for performing these functions, including but not limited to an antenna system, an RF transceiver, one or more amplifiers, a tuner, one or more oscillators, a digital signal processor, a CODEC chipset, a subscriber identity module (SIM) card, memory, and so forth. The RF circuitry 108 may communicate with networks, such as the Internet, also
25     referred to as the World Wide Web (WWW), an intranet and/or a wireless network, such as a cellular telephone network, a wireless local area network (LAN) and/or a metropolitan area network (MAN), and other devices by wireless communication. The wireless communication may use any of a plurality of communications standards, protocols and technologies, including but not limited to Global System for Mobile Communications (GSM), Enhanced
30     Data GSM Environment (EDGE), high-speed downlink packet access (HSDPA), wideband code division multiple access (W-CDMA), code division multiple access (CDMA), time division multiple access (TDMA), Bluetooth, Wireless Fidelity (Wi-Fi) (e.g., IEEE 802.11a,

11

63266-5060WO
P4310WO2

IEEE 802.11b, IEEE 802.11g and/or IEEE 802.11n), voice over Internet Protocol (VoIP),
Wi-MAX, a protocol for email, instant messaging (IM), and/or Short Message Service
(SMS)), or any other suitable communication protocol, including communication protocols
not yet developed as of the filing date of this document.

**[0058]**      The audio circuitry 110, the speaker 111, and the microphone 113 provide an
audio interface between a user and the portable electronic device 100.  The audio circuitry
110 receives audio data from the peripherals interface 118, converts the audio data to an
electrical signal, and transmits the electrical signal to the speaker 111.  The speaker 111
converts the electrical signal to human-audible sound waves.  The audio circuitry 110 also
receives electrical signals converted by the microphone 113 from sound waves.  The audio
circuitry 110 converts the electrical signal to audio data and transmits the audio data to the
peripherals interface 118 for processing.  Audio data may be retrieved from and/or
transmitted to memory 102 and/or the RF circuitry 108 by the peripherals interface 118.  In
some embodiments, the audio circuitry 110 also includes a headset jack (not shown).  The
headset jack provides an interface between the audio circuitry 110 and removable audio
input/output peripherals, such as output-only headphones or a headset with both output (e.g.,
a headphone for one or both ears) and input (e.g., a microphone).

**[0059]**      The I/O subsystem 106 couples input/output peripherals on the portable
electronic device 100, such as the display system 112 and other input/control devices 116, to
the peripherals interface 118.  The I/O subsystem 106 may include a display controller 156
and one or more input controllers 160 for other input or control devices.  The one or more
input controllers 160 receive/send electrical signals from/to other input or control devices
116.  The other input/control devices 116 may include physical buttons (e.g., push buttons,
rocker buttons, etc.), dials, slider switches, joysticks, click wheels, and so forth. In some
alternate embodiments, input controller(s) 160 may be coupled to any (or none) of the
following: a keyboard, infrared port, USB port, and a pointer device such as a mouse.  The
one or more buttons (e.g., 208, Figure 2) may include an up/down button for volume control
of the speaker 111 and/or the microphone 113.  The one or more buttons may include a push
button (e.g., 206, Figure 2).  A quick press of the push button may disengage a lock of the
touch screen 112 or begin a process that uses gestures on the touch screen to unlock the
portable electronic device, as described in U.S. Patent Application No. 11/322,549,
"Unlocking a Device by Performing Gestures on an Unlock Image," filed December 23,

12

63266-5060WO
P4310WO2

2005, which is hereby incorporated by reference. A longer press of the push button (e.g.,
206) may turn power to the portable electronic device 100 on or off. The user may be able to
customize a functionality of one or more of the buttons. The touch screen 112 is used to
implement virtual or soft buttons and one or more soft keyboards.

5    **[0060]**    The touch-sensitive display system 112 provides an input interface and an
output interface between the portable electronic device and a user. The display controller 156
receives and/or sends electrical signals from/to the display system 112. The display system
112 displays visual output to the user. The visual output may include graphics, text, icons,
video, and any combination thereof (collectively termed "graphics"). In some embodiments,
10   some or all of the visual output may correspond to user-interface objects, further details of
which are described below.

**[0061]**    A touch screen in display system 112 is a touch-sensitive surface that accepts
input from the user based on haptic and/or tactile contact. The display system 112 and the
display controller 156 (along with any associated modules and/or sets of instructions in
15   memory 102) detect contact (and any movement or breaking of the contact) on the display
system 112 and converts the detected contact into interaction with user-interface objects (e.g.,
one or more soft keys, icons, web pages or images) that are displayed on the touch screen. In
an exemplary embodiment, a point of contact between a touch screen in the display system
112 and the user corresponds to a finger of the user.

20   **[0062]**    The touch screen in the display system 112 may use LCD (liquid crystal
display) technology, or LPD (light emitting polymer display) technology, although other
display technologies may be used in other embodiments. The touch screen in the display
system 112 and the display controller 156 may detect contact and any movement or breaking
thereof using any of a plurality of touch sensing technologies now known or later developed,
25   including but not limited to capacitive, resistive, infrared, and surface acoustic wave
technologies, as well as other proximity sensor arrays or other elements for determining one
or more points of contact with a touch screen in the display system 112. A touch-sensitive
display in some embodiments of the display system 112 may be analogous to the multi-touch
sensitive tablets described in the following U.S. Patents: 6,323,846 (Westerman et al.),
30   6,570,557 (Westerman et al.), and/or 6,677,932 (Westerman), and/or U.S. Patent Publication
2002/0015024A1, each of which is hereby incorporated by reference. However, a touch
screen in the display system 112 displays visual output from the portable electronic device

13

63266-5060WO
P4310WO2

100, whereas touch sensitive tablets do not provide visual output. The touch screen in the
display system 112 may have a resolution in excess of 100 dpi. In an exemplary
embodiment, the touch screen in the display system has a resolution of approximately 168
dpi. The user may make contact with the touch screen in the display system 112 using any
5    suitable object or appendage, such as a stylus, a finger, and so forth. In some embodiments,
the user interface is designed to work primarily with finger-based contacts and gestures,
which are much less precise than stylus-based input due to the larger area of contact of a
finger on the touch screen. In some embodiments, the portable electronic device translates the
rough finger-based input into a precise pointer/cursor position or command for performing
10   the actions desired by the user.

[0063]      A touch-sensitive display in some embodiments of the display system 112
may be as described in the following applications: (1) U.S. Patent Application No.
11/381,313, "Multipoint Touch Surface Controller," filed on May 2, 2006; (2) U.S. Patent
Application No. 10/840,862, "Multipoint Touchscreen," filed on May 6, 2004; (3) U.S. Patent
15   Application No. 10/903,964, "Gestures For Touch Sensitive Input Devices," filed on July 30,
2004; (4) U.S. Patent Application No. 11/048,264, "Gestures For Touch Sensitive Input
Devices," filed on January 31, 2005; (5) U.S. Patent Application No. 11/038,590, "Mode-
Based Graphical User Interfaces For Touch Sensitive Input Devices," filed on January 18,
2005; (6) U.S. Patent Application No. 11/228,758, "Virtual Input Device Placement On A
20   Touch Screen User Interface," filed on September 16, 2005; (7) U.S. Patent Application No.
11/228,700, "Operation Of A Computer With A Touch Screen Interface," filed on September
16, 2005; (8) U.S. Patent Application No. 11/228,737, "Activating Virtual Keys Of A Touch-
Screen Virtual Keyboard," filed on September 16, 2005; and (9) U.S. Patent Application No.
11/367,749, "Multi-Functional Hand-Held Device," filed on March 3, 2006. All of these
25   applications are incorporated by reference herein.

[0064]      In some embodiments, in addition to the touch screen, the portable electronic
device 100 may include a touchpad (not shown) for activating or deactivating particular
functions. In some embodiments, the touchpad is a touch-sensitive area of the portable
electronic device that, unlike the touch screen, does not display visual output. The touchpad
30   may be a touch-sensitive surface that is separate from the touch screen in the display system
112 or an extension of the touch-sensitive surface formed by the touch screen.

14

63266-5060WO
P4310WO2

[0065]      In some embodiments, the portable electronic device 100 may include a physical or virtual click wheel as an input control device 116.  A user may navigate among and interact with one or more graphical objects (henceforth referred to as icons) displayed in the display system 112 by rotating the click wheel or by moving a point of contact with the click wheel (e.g., where the amount of movement of the point of contact is measured by its angular displacement with respect to a center point of the click wheel). The click wheel may also be used to select one or more of the displayed icons.  For example, the user may press down on at least a portion of the click wheel or an associated button.  User commands and navigation commands provided by the user via the click wheel may be processed by an input controller 160 as well as one or more of the modules and/or sets of instructions in memory 102.  For a virtual click wheel, the click wheel and click wheel controller may be part of the display system 112 and the display controller 156, respectively. For a virtual click wheel, the click wheel may be either an opaque or semitransparent object that appears and disappears on the touch screen display in response to user interaction with the device. In some embodiments, a virtual click wheel is displayed on the touch screen of a portable multifunction device and operated by user contact with the touch screen.

[0066]      The device 100 also includes a power system 162 for powering the various components.  The power system 162 may include a power management system, one or more power sources (e.g., battery, alternating current (AC)), a recharging system, a power failure detection circuit, a power converter or inverter, a power status indicator (e.g., a light-emitting diode (LED)) and any other components associated with the generation, management and distribution of power in portable electronic devices.

[0067]      The device 100 may also include one or more optical sensors 164. Figure 1 shows an optical sensor coupled to an optical sensor controller 158 in I/O subsystem 106. The optical sensor 164 may include charge-coupled device (CCD) or complementary metal-oxide semiconductor (CMOS) phototransistors.  The optical sensor 164 receives light from the environment, projected through one or more lens, and converts the light to data representing an image.  In conjunction with an imaging module 143, the optical sensor 164 may capture still images or video. In some embodiments, an optical sensor is located on the back of the portable electronic device 100, opposite the touch screen display 112 on the front of the portable electronic device, so that the touch screen display may be used as a viewfinder for either still and/or video image acquisition. In some embodiments, an optical sensor is located

15

63266-5060WO
P4310WO2

on the front of the portable electronic device so that the user's image may be obtained for videoconferencing while the user views the other video conference participants on the touch screen display. In some embodiments, the position of the optical sensor 164 can be changed by the user (e.g., by rotating the lens and the sensor in the portable electronic device housing)
5    so that a single optical sensor 164 may be used along with the touch screen display for both video conferencing and still and/or video image acquisition.

[0068]    The device 100 may also include one or more proximity sensors 166. Figure 1 shows a proximity sensor 166 coupled to the peripherals interface 118.  Alternately, the proximity sensor 166 may be coupled to an input controller 160 in the I/O subsystem 106.
10    The proximity sensor 166 may perform as described in U.S. Patent Application Nos. 11/241,839, "Proximity Detector In Handheld Device," filed September 30, 2005, and 11/240,788, "Proximity Detector In Handheld Device," filed September 30, 2005, which are hereby incorporated by reference.  In some embodiments, the proximity sensor turns off and disables the touch screen 112 when the multifunction device is placed near the user's ear (e.g.,
15    when the user is making a phone call). In some embodiments, the proximity sensor keeps the screen off when the portable electronic device is in the user's pocket, purse, or other dark area to prevent unnecessary battery drainage when the portable electronic device is a locked state.

[0069]    In some embodiments, the software components stored in memory 102 may include an operating system 126, a communication module (or set of instructions) 128, a
20    contact/motion module (or set of instructions) 130, a graphics module (or set of instructions) 132, a text input module (or set of instructions) 134, a Global Positioning System (GPS) module (or set of instructions) 135, and applications (or set of instructions) 136.

[0070]    The operating system 126 (e.g., Darwin, RTXC, LINUX, UNIX, OS X, WINDOWS, or an embedded operating system such as VxWorks) includes various software
25    components and/or drivers for controlling and managing general system tasks (e.g., memory management, storage device control, power management, etc.) and facilitates communication between various hardware and software components.

[0071]    The communication module 128 facilitates communication with other devices over one or more external ports 124 and also includes various software components for
30    handling data received by the RF circuitry 108 and/or the external port 124.  The external port 124 (e.g., Universal Serial Bus (USB), FIREWIRE, etc.) is adapted for coupling directly to other devices or indirectly over a network (e.g., the Internet, wireless LAN, etc.). In some

16

63266-5060WO
P4310WO2

embodiments, the external port is a multi-pin (e.g., 30-pin) connector that is the same as, or similar to and/or compatible with the 30-pin connector used on iPod (trademark of Apple Computer, Inc.) devices.

[0072]    The contact/motion module 130 may detect contact with the touch screen in the display system 112 (in conjunction with the display controller 156) and other touch sensitive devices (e.g., a touchpad or physical click wheel).  The contact/motion module 130 includes various software components for performing various operations related to detection of contact, such as determining if contact has occurred, determining if there is movement of the contact and tracking the movement across the touch screen in the display system 112, and determining if the contact has been broken (i.e., if the contact has ceased).  Determining movement of the point of contact may include determining speed (magnitude), velocity (magnitude and direction), and/or an acceleration (a change in magnitude and/or direction) of the point of contact.  These operations may be applied to single contacts (e.g., one finger contacts) or to multiple simultaneous contacts (e.g., "multitouch"/multiple finger contacts). In some embodiments, the contact/motion module 130 and the display controller 156 also detects contact on a touchpad. In some embodiments, the contact/motion module 130 and the controller 160 detects contact on a click wheel.

[0073]    The graphics module 132 includes various known software components for rendering and displaying graphics on the display system 112, including components for changing the intensity of graphics that are displayed.  As used herein, the term "graphics" includes any object that can be displayed to a user, including without limitation text, web pages, icons (such as user-interface objects including soft keys), digital images, videos, animations and the like.

[0074]    The text input module 134, which may be a component of graphics module 132, provides soft keyboards for entering text in various applications (e.g., contacts 137, email 140, IM 141, blogging 142, browser 147, and any other application that needs text input).

[0075]    The GPS module 135 determines the location of the portable electronic device and provides this information for use in various applications (e.g., to telephone 138 for use in location-based dialing, to camera 143 and/or blogger 142 as picture/video metadata, and to applications that provide location-based services such as weather widgets, local yellow page widgets, and map/navigation widgets).

17

63266-5060WO
P4310WO2

[0076]        The applications 136 may include the following modules (or sets of instructions), or a subset or superset thereof:

- a contacts module 137 (sometimes called an address book or contact list);

- a telephone module 138;

- a video conferencing module 139;

- an e-mail client module 140;

- an instant messaging (IM) module 141;

- a blogging module 142;

- a camera module 143 for still and/or video images;

- an image management module 144;

- a video player module 145;

- a music player module 146;

- a browser module 147;

- a calendar module 148;

- widget modules 149, which may include weather widget 149-1, stocks widget 149-2, calculator widget 149-3, alarm clock widget 149-4, dictionary widget 149-5, and other widgets obtained by the user, as well as user-created widgets 149-6;

- widget creator module 150 for making user-created widgets 149-6; and/or

- search module 151.

[0077]        Examples of other applications 136 that may be stored in memory 102 include memo pad and other word processing applications, JAVA-enabled applications, encryption, digital rights management, voice recognition, and voice replication.

[0078]        In conjunction with display system 112, display controller 156, optical sensor(s) 164, optical sensor controller 158, contact module 130, graphics module 132, and image management module 144, the camera module 143 may be used to capture still images or video (including a video stream) and store them into memory 102, browse the still images or videos, modify characteristics of a still image or video, or delete a still image or video

18

-20-

63266-5060WO
P4310WO2

from memory 102. Embodiments of user interfaces and associated processes using camera module 143 are described further below.

[0079]        In conjunction with display system 112, display controller 156, contact module 130, graphics module 132, text input module 134, and camera module 143, the image management module 144 may be used to arrange, modify or otherwise manipulate, label, delete, present (e.g., in a digital slide show or album), and store still and/or video images. Embodiments of user interfaces and associated processes using image management module 144 are described further below.

[0080]        Note that the above identified modules and applications (including the camera module 143 and the image management module 144) correspond to a set of instructions for performing one or more functions described above. These modules (i.e., sets of instructions) need not be implemented as separate software programs, procedures or modules, and thus various subsets of these modules may be combined or otherwise re-arranged in various embodiments. In some embodiments, memory 102 may store a subset of the modules and data structures identified above. Furthermore, memory 102 may store additional modules and data structures not described above.

[0081]        In some embodiments, the portable electronic device 100 is a device where operation of a predefined set of functions on the portable electronic device is performed exclusively through a touch screen in the display system 112 and/or a touchpad. By using a touch screen and/or a touchpad as the primary input/control device for operation of the portable electronic device 100, the number of physical input/control devices (such as push buttons, dials, and the like) on the portable electronic device 100 may be reduced.

[0082]        The predefined set of functions that may be performed exclusively through a touch screen and/or a touchpad include navigation between user interfaces. In some embodiments, the touchpad, when touched by the user, navigates the portable electronic device 100 to a main, home, or root menu from any user interface that may be displayed on the portable electronic device 100. In such embodiments, the touchpad may be referred to as a "menu button." In some other embodiments, the menu button may be a physical push button or other physical input/control device instead of a touchpad.

[0083]        Figure 2 illustrates a portable electronic device 100 having a touch screen 112 in accordance with some embodiments. The touch screen may display one or more graphics.

19

63266-5060WO
P4310WO2

In this embodiment, as well as others described below, a user may select one or more of the graphics by making contact or touching the graphics, for example, with one or more fingers 202 (not drawn to scale in the figure) or a stylus (not shown in the figure). In some embodiments, selection of one or more graphics occurs when the user breaks contact with the one or more graphics.  In some embodiments, the contact may include a gesture, such as one or more taps, one or more swipes (from left to right, right to left, upward and/or downward and/or a rolling of a finger (from right to left, left to right, upward and/or downward) that has made contact with the portable electronic device 100.  In some embodiments, inadvertent contact with a graphic may not select the graphic.  For example, a swipe gesture with that sweeps over an application icon may not select the corresponding application when the gesture corresponding to selection is a tap.  In other words, the portable electronic device 100 interprets the meaning of a gesture and acts accordingly after considering which application or module is in use at the moment.

[0084]     The device 100 may also include one or more physical buttons, such as "home" or menu button 204.  As described previously, the menu button 204 may be used to navigate to any application 136 in a set of applications that may be executed on the portable electronic device 100. Alternatively, in some embodiments, the menu button is implemented as a soft key in a GUI in touch screen 112.

[0085]     In one embodiment, the portable electronic device 100 includes a touch screen 112, a menu button 204, a push button 206 for powering the portable electronic device on/off and locking the portable electronic device, and volume adjustment button(s) 208.  The push button 206 may be used to turn the power on/off on the portable electronic device by depressing the button and holding the button in the depressed state for a predefined time interval; to lock the portable electronic device by depressing the button and releasing the button before the predefined time interval has elapsed; and/or to unlock the portable electronic device or initiate an unlock process. In an alternative embodiment, the portable electronic device 100 also may accept verbal input for activation or deactivation of some functions through the microphone 113.

[0086]     Attention is now directed towards embodiments of user interfaces ("UI") and associated processes that may be implemented on a portable electronic device 100.

20

63266-5060WO
P4310WO2

[0087]      Figure 3 illustrates an exemplary user interface for unlocking a portable electronic device in accordance with some embodiments.  In some embodiments, user interface 300 includes the following elements, or a subset or superset thereof:

- Unlock image 302 that is moved with a finger gesture to unlock the portable electronic device;

- Arrow 304 that provides a visual cue to the unlock gesture;

- Channel 306 that provides additional cues to the unlock gesture;

- Time 308;

- Day 310;

- Date 312; and

- Wallpaper image 314.

[0088]      In some embodiments, the portable electronic device detects contact with the touch-sensitive display (e.g., a user's finger making contact on or near the unlock image 302) while the portable electronic device is in a user-interface lock state. The device moves the unlock image 302 in accordance with the contact. The device transitions to a user-interface unlock state if the detected contact corresponds to a predefined gesture, such as moving the unlock image across channel 306. Conversely, the portable electronic device maintains the user-interface lock state if the detected contact does not correspond to the predefined gesture. As noted above, processes that use gestures on the touch screen to unlock the portable electronic device are described in U.S. Patent Application 11/322,549, "Unlocking a Device by Performing Gestures on an Unlock Image," filed December 23, 2005, which is hereby incorporated by reference.

[0089]      Figure 4 illustrates an exemplary user interface for a menu of applications on a portable electronic device in accordance with some embodiments.  In some embodiments, user interface 400 includes the following elements, or a subset or superset thereof:

- Signal strength indicator 402 for wireless communication;

- Time 404;

- Battery status indicator 406;

21

63266-5060WO
P4310WO2

- Tray 408 with icons for frequently used applications, such as one or more of the following:

  - Phone 138;

  - E-mail client 140, which may include an indicator 410 of the number of unread e-mails;

  - Browser 147; and

  - Music player 146; and

- Icons for other applications, such as one or more of the following:

  - IM 141;

  - Image management 144;

  - Camera 143;

  - Video player 145;

  - Weather 149-1;

  - Stocks 149-2;

  - Blog 142;

  - Calendar 148;

  - Calculator 149-3;

  - Alarm clock 149-4;

  - Dictionary 149-5; and

  - User-created widget 149-6.

[0090]   In some embodiments, UI 400 displays all of the available applications 136 on one screen so that there is no need to scroll through a list of applications (e.g., via a scroll bar). In some embodiments, as the number of applications increase, the icons corresponding to the applications may decrease in size so that all applications may be displayed on a single screen without scrolling. In some embodiments, having all applications on one screen and a menu button enables a user to access any desired application with at most two inputs, such as activating the menu button 204 and then activating the desired application (e.g., by a tap or other finger gesture on the icon corresponding to the application).

22

63266-5060WO
P4310WO2

[0091]     In some embodiments, UI 400 provides integrated access to both widget-based applications and non-widget-based applications. In some embodiments, all of the widgets, whether user-created or not, are displayed in UI 400. In other embodiments, activating the icon for user-created widget 149-6 may lead to another UI (not shown) that contains the user-created widgets or icons corresponding to the user-created widgets.

[0092]     In some embodiments, a user may rearrange the icons in UI 400, e.g., using processes described in U.S. Patent Application No. 11/459,602, "Portable Electronic Device With Interface Reconfiguration Mode," filed July 24, 2006, which is hereby incorporated by reference. For example, a user may move application icons in and out of tray 408 using finger gestures on or near corresponding icons displayed on the touch screen 112.

[0093]     Figure 5 illustrates an exemplary user interface for a camera in accordance with some embodiments. In some embodiments, user interface 500 includes the following elements, or a subset or superset thereof:

- Viewfinder 502;

- Camera roll 504 that manages images and/or videos taken with the camera;

- Shutter 506 for taking still images;

- Record button 508 for starting and stopping video recording;

- Timer 510 for taking an image or recording a video after a predefined time delay; and

- Image 512 that appears (e.g., via the animation illustrated schematically in Figure 5) to be added to camera roll 504 when it is obtained.

[0094]     Figure 6 illustrates an exemplary user interface for a virtual camera roll in accordance with some embodiments. The portable electronic device displays the user interface after a user finger gesture 514 on the camera roll icon 504 in Figure 5. In some embodiments, the finger gesture is a momentary, substantially single-position contact with the touch screen, while in other embodiments other finger gestures may be used. In some embodiments, user interface 600 includes the following elements, or a subset or superset thereof:

- 402, 404, and 406, as described above;

- Thumbnail images 602 of images and/or videos obtained by camera 143;

23

-25-

63266-5060WO
P4310WO2

- Camera icon 604 that when activated (e.g., by a finger gesture on the icon) initiates transfer to the camera UI (e.g., UI 500);

[0095]     Figure 16 is a flowchart illustrating a process for displaying thumbnail images on a touch screen in accordance with some embodiments. Upon detecting the finger gesture 514 (1602), the portable electronic device identifies a set of thumbnail images in the virtual camera roll (1604) and displays the thumbnail images on the touch screen (1606).  In some embodiments, the thumbnail images are displayed in a 2-D array (Figure 6).  In some other embodiments, the thumbnail images are displayed in a vertical column or a horizontal row. In some embodiments, a thumbnail image may have a description including a name, a file size, and a timestamp indicating when the image was created.  In some embodiments, the thumbnail images of videos have a unique appearance that is visually distinguishable from the other still images.  The portable electronic device displays the camera icon 604 at the bottom of the touch screen (1608) and starts monitoring next user contact with the touch screen (1610).

[0096]     In some embodiments, the user may scroll through the thumbnail images 602 using vertically upward/downward finger gestures 606 on the touch screen (1612).  Upon detecting such a finger gesture (e.g., a vertical finger swipe), the portable electronic device scrolls the set of thumbnail images accordingly (1618).  In some embodiments, the scrolling gesture is independent of a horizontal position of the user contact with the touch screen display. In some embodiments, the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display (e.g., one or more side regions of the touch screen display may be reserved for other functions, such as functions corresponding to icons, soft keys or application navigation functions, and not available for the scroll gesture). In some embodiments, in response to a stationary gesture on a particular thumbnail image (1614), e.g., a finger tap 608 on the thumbnail image 602-11, the portable electronic device initiates a process of generating an enlarged display of the corresponding image (e.g., UI 700A) on the touch screen.  A more detailed description of this process is provided below in connection with Figures 7 and 17.  In some embodiments, upon detecting a user's finger gesture on the camera icon 604 (1616), the portable electronic device brings back the camera UI 500 as shown in Figure 5.

[0097]     Figures 7A through 7C illustrate an exemplary user interface for viewing and manipulating images in accordance with some embodiments.  Note that one skilled in the art

24

-26-

63266-5060WO
P4310WO2

would understand that the term "image" in the present application covers both still images and video streams.

[0098]      In some embodiments, user interface 700A includes the following elements, or a subset or superset thereof:

- 402, 404, 406, and 604, as described above;

- Camera roll icon 702 that when activated (e.g., by a finger gesture on the icon) initiates transfer to the camera roll UI (e.g., UI 600);

- Image 704;

- Additional options icon 706 that when activated (e.g., by a finger gesture on the icon) initiates transfer to a UI with additional options for use of image 704 (e.g., UI 1200, Figure 12));

- Previous image icon 708 that when activated (e.g., by a finger gesture on the icon) initiates display of the previous image in the virtual camera roll (e.g., 602-10);

- Play icon 710 that when activated (e.g., by a finger gesture on the icon) initiates a slide show of the images in the virtual camera roll;

- Next image icon 712 that when activated (e.g., by a finger gesture on the icon) initiates display of the next image in the virtual camera roll (e.g., 602-12); and

- Delete symbol icon 714 that when activated (e.g., by a finger gesture on the icon) initiates display of a UI to confirm that the user wants to delete image 704 (e.g. UI 700B, Figure 7B).

[0099]      Figure 17 is a flowchart illustrating a process for performing operations in response to user contact with the touch screen in accordance with some embodiments. After detecting a user selection of a thumbnail image (1702), the portable electronic device identifies an image associated with the thumbnail image (1704). Generally, this identified image is larger than the thumbnail image. In some embodiments, the thumbnail image is a sub-sampled version of the larger image. As shown in Figure 7A, the large image is displayed on the touch screen in replacement of all the thumbnail images (1706). The portable electronic device displays various icons at predefined locations on the touch screen (1708) and waits for next user contact with the touch screen (1710).

25

63266-5060WO
P4310WO2

[00100]      In some embodiments, as shown in Figure 7A, the portable electronic device
performs the same operation(s) in response to different user contacts.  In some embodiments,
a user can browse images in the virtual camera roll through three different gestures: (i) a
finger gesture on the previous/next image icon 708/712 (1716), (ii) a user image navigation
5      gesture by a finger tap 715/718 adjacent to the left/right edge of the touch screen (1714), or
(iii) a leftward/rightward horizontal finger swipe gesture 720 on the touch screen (1712).
Upon detecting any of these user gestures, the portable electronic device replaces the image
on the touch screen with the previous/next one in the virtual camera roll (1724).  In some
embodiments, this replacement is an animated process of moving the current image out of the
10     touch screen to the right/left side and moving the previous/next image into the touch screen
from the left/right side.  With multiple means to perform the same task, the portable
electronic device allows a user to choose whichever the user prefers, thereby making the
photo management simpler and more intuitive. In some embodiments, the tap gestures 715
and 718 are used to magnify (e.g., by zooming in) an image by a predetermined amount,
15     rather than to view a previous or next image. For this case, the user is still provided with two
different types of gestures for browsing images: (i) a finger gesture on the previous/next
image icon 708/712 (1716) and (ii) a leftward/rightward horizontal finger swipe gesture 720
on the touch screen (1712).

[00101]      In some embodiments, the portable electronic device rotates the image 704 by
20     an angle in response to a user image rotation gesture.  For example, the user image rotation
gesture may include three simultaneous finger contacts 722, 724 and 726 with the image 704.
When the three finger contacts move in the directions indicated by the respective arrows for
at least a predefined distance, the portable electronic device rotates the image 704 from a
portrait orientation to a landscape orientation or from a landscape orientation to a portrait
25     orientation.  In some embodiments, the rotation gesture is a two-finger multitouch gesture
(e.g., simultaneous finger contacts 722 and 726). In some embodiments, the image rotates in
response to detection of a change in the orientation of the device (e.g., using accelerometers
to detect the orientation of the device). For example, the image may rotate to maintain proper
viewing orientation as the touch screen 112 is physically rotated from a portrait orientation to
30     a landscape orientation.

[00102]      In some embodiments, a user finger gesture on the additional options icon 706
(1718) triggers the portable electronic device to render additional operations on the image

26

63266-5060WO
P4310WO2

704.  A more detailed description of some exemplary operations associated with the icon 706
is provided below in connection with Figures 12 and 20.

[00103]     In some embodiments, a user finger gesture on the delete symbol icon 714
(1717) causes the portable electronic device to provide a user interface 700B as shown in
Figure 7B.  Through the user interface 700B, the user can delete the current image 704 from
the camera roll.  The user interface 700B includes the following elements, or a subset or
superset thereof:

- 402, 404, 406, 604, 702, and 704, as described above;

- Delete icon 716 that when activated (e.g., by a finger gesture on the icon) deletes the
  image 704; and

- Cancel icon 718 that when activated (e.g., by a finger gesture on the icon) returns the
  portable electronic device to the previous user interface (e.g. UI 700A)

[00104]     Figure 18 is a flowchart illustrating a process for deleting an image in
response to a user contact with the touch screen in accordance with some embodiments.
Upon detecting a user contact with the delete symbol icon 714 (1802), the portable electronic
device displays the delete icon 716, the cancel icon 718, and the camera icon 604 on top of
the image 704 (1804) and then monitors next user contact with the touch screen (1806).

[00105]     In some embodiments, in response to a finger gesture on the delete icon 716
(1810), the portable electronic device eliminates the icons 716, 718 from the touch screen
(1816) and initiates an animated process of "shredding" the image 704 (1818).  In some
embodiments, the shredding process includes breaking the image 704 into vertical stripes and
dropping the vertical stripes from the touch screen at different paces.  Other shredding
animations, such as placing the image in a trash icon, may be used in other embodiments.

[00106]     In some embodiments, the portable electronic device brings back the camera
roll user interface 600 as shown in Figure 6 after deleting the image 704.  The user can then
repeat any aforementioned processes shown in Figure 16.  In some other embodiments, the
portable electronic device displays the next image in the virtual camera roll on the touch
screen.  The user may repeat any aforementioned processes shown in Figure 17.

[00107]     If the portable electronic device detects a finger gesture on the cancel icon 718
(1812), it the device brings back the user interface 700A as shown in Figure 7A.  If the next
user action is a finger gesture on the camera icon 604 (1814), the portable electronic device

27

63266-5060WO
P4310WO2

switches back to the camera mode user interface 500, which allows the user to take new photos.

[00108]     This deletion process, which requires user finger gestures on two different user interfaces (e.g., 700A and 700B), reduces the chance of a user accidentally deleting an image or other similar item.

[00109]     In some embodiments, the portable electronic device stores images within different photo albums. The images may come from different sources. They may be downloaded from locations such as the user's desktop or laptop computer and a website on the Internet, etc. For example, one album may include images downloaded from a website through the web browser 147, images attached to email messages received by the user of the portable electronic device, and photos taken by the portable electronic device using the camera module 143.

[00110]     Figure 8 illustrates an exemplary user interface for viewing photo albums in accordance with some embodiments. In some embodiments, user interface 800 includes the following elements, or a subset or superset thereof:

- 402, 404, and 406, as described above;
- Graphics 804, e.g., thumbnail images of the first picture or a user-selected picture in the corresponding albums;
- Album names 806;
- Selection icons 808 that when activated (e.g., by a finger gesture on the icon) initiates display of the corresponding album (e.g., UI 1000, Figure 10); and
- Settings icon 810, that brings up a settings menu (e.g., Figure 9) when activated by a user gesture (e.g., a tap gesture).

[00111]     Figure 19 is a flowchart illustrating a process for displaying multiple photo albums on the touch screen in accordance with some embodiments. After detecting a finger gesture 412 (Figure 4) on the icon for the image management module 144 (1902), the portable electronic device identifies a set of photo albums (1904) and displays them on the touch screen (1906). Figure 8 depicts a vertically list of photo albums 804 list, each album having a thumbnail image 804, a name 806, and a selection icon 808. In some embodiments, the photo albums are ordered alphabetically by their names. In some other embodiments, the

28

63266-5060WO
P4310WO2

photo albums are ordered by their creation timestamps, e.g., with the most recent one at the top of the list.

[00112]     The portable electronic device displays a setting icon 810 at the bottom of the touch screen (1908) and monitors user contact with the touch screen (1910). As will be described below in connection with Figure 9, a user can configure the image management module 144 to operate in a user-chosen manner through the setting icon 810.

[00113]     If there is a long photo album list, the user may scroll through the list using vertically upward/downward finger gestures 812 such as a vertical finger swipe on the touch screen (1912, 1920). When the user selects a particular album by a finger gesture (1914), the portable electronic device opens the album by executing the process described above in connection with Figure 16. The virtual camera roll shown in Figure 6 is one of many photo albums. User operations associated with the virtual camera roll also applies to images in a user-chosen album. A more detailed description of exemplary user operations is provided below in connection with Figures 10-12. In some embodiments, a user may initiate display of an album by contacting any region on the touch screen corresponding to the album (e.g., a finger tap on the graphic 804, album name 806, or selection icon 808).

[00114]     Upon detecting a finger gesture on the setting icon 810 (1916), the portable electronic device renders a Settings user interface that enables the user to configure the image management service (1918). Figure 9 illustrates an exemplary Settings user interface 900 for setting user preferences in accordance with some embodiments. In some embodiments, user interface 900 includes the following elements, or a subset or superset thereof:

- 402, 404, and 406, as described above;
- Music setting 902 for selecting the music during a slide show (e.g., Now Playing, 90s Music, Recently Added, or Off);
- Repeat setting 904 for selecting whether the slide show repeats (e.g., On or Off);
- Shuffle setting 906 for selecting whether the images in the slide show are displayed in a random or pseudo-random order (e.g., On or Off);
- Time per slide setting 908 (e.g., 2, 3, 5, 10, 20 seconds or manual);
- Transition setting 910 (e.g., random, wipe across, wipe down, or off);
- TV out setting 912 for external display (e.g., on, off, or ask user);

29

63266-5060WO
P4310WO2

- TV signal setting 914 (e.g., NTSC or PAL);

- Auto Rotate setting 916 (e.g. on or off);

- Done icon 918 that when activated (e.g., by a finger gesture on the icon) returns the portable electronic device to the previous UI (e.g., UI 800); and

5
- Selection icons 920 that when activated (e.g., by a finger gesture on the icon) show choices for the corresponding settings.

[00115]    In some embodiments, a user may touch anywhere in a row for a particular setting to initiate display of the corresponding setting choices.  For example, upon detecting a finger tap on TV Signal setting 914, the portable electronic device brings up a dropdown
10   menu adjacent to the corresponding row.  The dropdown menu lists configuration options associated with the setting.  The user can select one option over another by applying a finger gesture on the selected option.

[00116]    Figure 10 illustrates an exemplary user interface for viewing an album in accordance with some embodiments. In some embodiments, user interface 1000 includes the
15   following elements, or a subset or superset thereof:

- 402, 404, and 406, as described above;

- Photo albums icon 1002 that when activated (e.g., by a finger gesture on the icon) initiates transfer to the photo albums UI (e.g., UI 800);

- Thumbnail images 1006 of images in the corresponding album;

20
- Play icon 1008 that when activated (e.g., by a finger gesture on the icon) initiates a slide show of the images in the album;

[00117]    The user interface 1000 is similar to the user interface 600 associated with the camera roll icon 504.  Both user interfaces perform similar operations upon detecting a user contact with the thumbnail images.  For example, the user may scroll through the thumbnails
25   1006 using vertically upward/downward gestures 1010 on the touch screen.  In some embodiments, a stationary gesture on a particular thumbnail (e.g., a finger tap 1012 on thumbnail 1006-11) initiates transfer to an enlarged display of the corresponding image (e.g., UI 1100).

[00118]    In some embodiments, there are differences between the two user interfaces.
30   For example, the user interface 1000 has a play icon 1008 while the user interface 600 has a

30

63266-5060WO
P4310WO2

camera icon 604.  A user selection of the play icon 1008 triggers the portable electronic device to begin a slide show of the images in the user-selected album.  In contrast, the portable electronic device returns to the camera mode (e.g., for taking pictures) when there is a user finger gesture on the camera icon 604.

5      [00119]      Upon user selection of a particular image, the portable electronic device renders a new user interface displaying the user-selected image.  Figure 11 illustrates such an exemplary user interface for viewing images in an album in accordance with some embodiments. In some embodiments, user interface 1100 includes the following elements, or a subset or superset thereof:

10     • 402, 404, and 406, as described above;

       • Album name icon 1102 that when activated (e.g., by a finger gesture on the icon) initiates transfer to the corresponding album UI (e.g., UI 1000);

       • Image 1106;

       • Additional options icon 1108 that when activated (e.g., by a finger gesture on the
15       icon) initiates transfer to a UI with additional options for use of image 1106 (e.g., UI 1200, Figure 12));

       • Previous image icon 1110 that when activated (e.g., by a finger gesture on the icon) initiates display of the previous image in the album (e.g., 1006-10);

       • Play icon 1112 that when activated (e.g., by a finger gesture on the icon) initiates a
20       slide show of the images in the album; and

       • Next image icon 1114 that when activated (e.g., by a finger gesture on the icon) initiates display of the next image in the album.

       [00120]      Clearly, the user interface 1100 is very similar to the user interface 700A. Various image browsing functions described above with respect to Figure 7A are also
25     available at the user interface 1100.  For example, the user can initiate viewing of the previous image by making a tap gesture 1118 on the left side of the image or making a swipe gesture 1116 from left to right on the image.  Similarly, the user can initiate viewing of the next image by making a tap gesture 1120 on the right side of the image or making a swipe gesture 1116 from right to left on the image.

31

63266-5060WO
P4310WO2

[00121]     In some embodiments, image 1106 moves off screen to the left as the next image moves on screen from the right. In some embodiments, image 1106 moves off screen to the right as the previous image moves on screen from the left.

[00122]     With multiple ways to perform the same task, the portable electronic device
5     enables a user to choose whichever methodology or gesture the user prefers, thereby making the photo management simpler and more intuitive.

[00123]     A detailed description of the portable electronic device's operations in response to user selections of the previous image icon 1110, the play icon 1112, and the next image icon 1114 have been provided above in connection with Figures 7A and 17.  In
10     response to a user contact with the additional options icon 706 (Figure 7A) or 1108 (Figure 11), the portable electronic device renders a new interface with additional options for the user to choose in connection with the image being displayed.

[00124]     Figure 12 illustrates such an exemplary user interface for selecting a use for an image in an album in accordance with some embodiments. In some embodiments, user
15     interface 1200 includes the following elements, or a subset or superset thereof:

- 402, 404, 406, 1602, and 1106 as described above;

- Email photo icon 1208 that when activated (e.g., by a finger gesture on the icon) initiates a process for incorporating the image 1106 in an email (e.g., as illustrated in Figures 13A-13G);

20     - Assign to contact icon 1210 that when activated (e.g., by a finger gesture on the icon) initiates a process for associating the image 1106 with a contact in the user's contact list (e.g., as illustrated in Figures 14A-14B);

- Use as wallpaper icon 1212 that when activated (e.g., by a finger gesture on the icon) initiates a process for incorporating the image 1106 in the user's wallpaper (e.g., as
25     illustrated in Figure 15); and

- Cancel icon 1214 that when activated (e.g., by a finger gesture on the icon) initiates transfer back to the previous UI (e.g., UI 1100).

[00125]     In some embodiments, as shown in Figure 12, the image 1106 is displayed in the background and one or more the function icons 1208, 1210, 1212, 1214, are
30     superimposed over the displayed image 1106.

32

63266-5060WO
P4310WO2

[00126]      Figure 20 is a flowchart illustrating a process for performing additional operations upon a user selection of an additional options icon (e.g., icon 1108 in UI 1100, Figure 11) in accordance with some embodiments. Upon detecting a finger gesture 1122 on the additional options icon (2002), the portable electronic device displays a list of option

5      icons on the touch screen (2004). Each option icon corresponds to a specific operation on the image being displayed. As shown in Figure 12, the list includes Email photo icon 1208, Assign to contact icon 1210, Use as wallpaper icon 1212, and Cancel icon 1214. In some other embodiments, the user interface 1200 may include a subset of these icons, and may also include additional image usage icons for invoking other image usage functions.

10     [00127]      If the user selects the email photo icon 1208 by a finger gesture (2008), the portable electronic device renders an email service interface that allows the user to send the image 1106 to somebody through email. If the user selects the assign to contact icon 1210 (2010), the portable electronic device displays a user interface (having a list of contacts) for the user to select a contact to be associated with the image 1106. Similarly, if the user selects

15     the use as wallpaper icon 1212 (2012), the portable electronic device displays a user interface for the user to edit the image 1106 and set it as the portable electronic device's wallpaper.

[00128]      Figure 21 is a flowchart illustrating an animated process for rendering an email service interface that includes a user selected image in accordance with some embodiments. After detecting the user selection of Email photo icon 1208 (2102), the

20     portable electronic device animates a process of introducing an email message template onto the touch screen and placing the image into a predefined region of the email message template. In some embodiments, the animation includes initially reducing the image's size (Figure 13A) (2104); sliding or otherwise rendering an email message template behind the image 1106 (Figure 13B) (2106); and fitting the image into the message body field (Figure

25     13C) of an email composition user interface 1300C (2108).

[00129]      In some embodiments, following the animation, the device monitors the touch screen for user contact (2110). When the user taps on or makes other predefined gestures 1302 (Figure 13D) on the To: field of the email recipient field to enter an email address (2112). The portable electronic device then displays the user's contact list (2122) (Figure

30     13E). After detecting a user finger gesture or other predefined gesture on a recipient/contact (2124) (e.g., a finger tap 1316 on Bob Adams in Figure 13E), the portable electronic device

33

-35-

63266-5060WO
P4310WO2

associates the recipient's email address with the email message and displays the contact's
name in the To: field (2126) (e.g., "Bob Adams" in Figure 13F).

[00130]       In some embodiments, in response to a user finger tap or other predefined
gestures on predefined fields within the email message template (2114, 2116) (e.g., finger
5       taps 1304, 1306 in Figure 13D, or "Other Email" in Figure 13E), the portable electronic
device displays a letter keyboard 616 (2128) on the touch screen.  The user may enter text
into the respective fields through the letter keyboard 616 (Figure 13F).  In some
embodiments, the user may also enter an email address by tapping on character icons in the
letter keyboard or other character keyboards.

10      [00131]       As shown in Figure 13G, after detecting a finger gesture on the send icon 1314
(2120), the portable electronic device sends the email message to its recipient(s) (2132) and
returns to the user interface 1000 or 1100.  But if the user selects the cancel icon 1308 (2118),
the portable electronic device may display the save draft icon 1310 and the don't save icon
1312 (2130). The device saves the draft in a draft folder associated with the e-mail client
15      module 140 if the user chooses the save draft icon 1310 or deletes the draft if the user
chooses the don't save icon 1312.

[00132]       Assuming that the user taps or makes other predefined gestures on the assign
to contact icon 1210 shown in Figure 12, Figure 22 is a flowchart illustrating a process for
assigning an image to a user selected contact in the user's contact list in accordance with
20      some embodiments.

[00133]       Upon a user selection of the assign to contact icon 1210, the portable
electronic device displays the user's contact list (Figure 14A).  After the user selects a contact
in the contact list (e.g., a finger tap 1401 on Bob Adams in Figure 14A), the portable
electronic device produces a new user interface 1400B as shown in Figure 14B and monitors
25      next user contact with the touch screen (2208).  In some embodiments, the user interface
1400B includes the user instructions 1402 (2202), the user-selected image 1106 (2204), the
cancel icon 1404 and the set photo icon 1406 (2206).

[00134]       The portable electronic device modifies the image (2214) in response to a user
finger gesture on the image 1106 (2212).  For example, the user may crop, scale, and
30      otherwise adjust the image 1106 using different types of finger gestures.  In some
embodiments, the portable electronic device moves the image on the touch screen in response

34

63266-5060WO
P4310WO2

to a movement of one-finger contact gesture 1408; enlarges the image in response to a de-pinching gesture including at least two simultaneous and continuous contacts 1410 and 1412; reduces the image in response to a pinching gesture including at least two simultaneous and continuous contacts 1410 and 1412; and/or rotates the image in response to a twisting gesture including two or more simultaneous and continuous contacts 1410 and 1412.

[00135]     In some embodiments, the user assigns the modified image to the user-selected contact by tapping on the set photo icon 1406 (2216). This triggers the portable electronic device to associate the modified image with the contact. If the user selects the cancel icon 1404 (2218), the portable electronic device terminates the image assignment and brings back the user interface 1100.

[00136]     If the user taps or makes other predefined gestures on the use as wallpaper icon 1212 in Figure 12, the portable electronic device displays a user interface for incorporating an image in the user's wallpaper. Figure 15 illustrates such an exemplary user interface 1500 in accordance with some embodiments.

[00137]     In some embodiments, this wallpaper setting process is similar to the assign to contact process. For example, the user may move the image with a one-finger gesture 1508; enlarge the image with a de-pinching gesture using multiple contacts 1510 and 1512; reduce the image with a pinching gesture using multiple contacts 1510 and 1512; and/or rotate the image with a twisting gesture using multiple contacts 1510 and 1512.

[00138]     The wallpaper setting process is completed after the user selects the set photo icon 1506. If the user selects the cancel icon 1504, the portable electronic device stops the assignment process and brings back the UI 1100 in Figure 11. In some embodiments, the interface 1500 also includes user instruction information 1502.

[00139]     Figures 23A-23H illustrate an exemplary user interface for viewing digital objects in a set of digital objects in accordance with some embodiments.

[00140]     In Figure 23A, the displayed digital object is a digital image 2300-1. In this example, the entire image 2300-1 is displayed in Figure 23A. This exemplary image includes a first person 2302-1 and a second person 2302-2. In response to detecting a de-pinching gesture 2304 and 2306 on or about the second person 2302-2, a command to zoom in on a portion of the image 2300-1 that includes the second person 2302-2 is executed. Upon execution of the command to zoom in, a reduced portion of the image 2300-1 is displayed at

35

63266-5060WO
P4310WO2

a higher magnification than in Figure 23A. For example, in Figure 23B the second person 2302-2 is shown at a higher magnification than in Figure 23A and the first person 2302-1 is no longer shown.

[00141]      In Figure 23C, a swipe gesture 2310 is detected on or near the touch screen display. In response, the displayed portion of the image 2300-1, including the second person 2302-2, is translated in a direction corresponding to the direction of the swipe gesture 2310, as shown in Figures 23C-23D, where the image is translated horizontally from right to left. An edge 2312 of the (enlarged) image 2300-1 is displayed in Figure 23D. In response to continued detection of the swipe gesture 2310 (Figure 23D), an area 2314 beyond the edge 2312 is displayed (e.g., a black area or other area visually distinct from the digital object). After the swipe gesture 2310 is no longer detected, as shown in Figure 23E, the image 2300-1, including the image of the second person 2302-2, is translated in a second direction 2316 until the area 2314 is no longer displayed (e.g., horizontally from left to right).

[00142]      In response to detection of a second swipe gesture 2318, the displayed portion of the image 2300-1 is translated in a direction corresponding to the direction of the second swipe gesture 2318, as shown in Figure 23G, and a second digital image 2300-2 is displayed. In some embodiments, as shown in Figures 23G and 23H, the second digital image 2300-2 (or, more generally, digital object) slides on to the touch screen as the first digital image 2300-1 slides off of the touch screen.

[00143]      In this example, the display of area 2314 lets the user know that the edge of the (enlarged) digital object has been reached during the first gesture 2310. Upon detecting the second gesture 2318 in the same or substantially the same direction as the first gesture, the device transitions to the display of another image in a set of images, rather than just repeating the visual indication that the edge of the digital object has been reached.

[00144]      Figure 24 is a flowchart illustrating a process 2400 for viewing digital objects in a set of digital objects in accordance with some embodiments.

[00145]      In some embodiments, a device with a touch screen display (e.g., device 100, a tablet computer, or a desktop computer with a touch screen display) detects (2402) a first movement of a physical object on or near the touch screen display. In some embodiments, the device is a portable electronic device. In some embodiments, the physical object is a finger.

36

63266-5060WO
P4310WO2

In some embodiments, the physical object is a stylus. In some embodiments, the first
movement is a horizontal swipe gesture (e.g., 2310, Figure 23C).

[00146]      While detecting the first movement, the device translates (2404) a first digital
object (e.g., a digital image 2300-1) displayed on the touch screen display in a first direction.
In some embodiments, prior to the translating, at least one edge of the first digital object
extends beyond the touch screen display in the first direction.

[00147]      The first digital object is associated with a set of digital objects. In some
embodiments, the set of digital objects is a set of digital images (e.g., 2300-1, 2300-2, etc.,
which may be part of an album or part of a set of images taken with a camera in the device).
In some embodiments, the set of digital objects is a set of web pages (e.g., a set of web pages
selected by a user for display in a browser). In some embodiments, the set of digital objects is
a set of electronic documents.

[00148]      In response to display of a previously hidden edge (e.g., edge 2312, Figure
23D) of the first digital object and continued detection of the first movement (e.g., swipe
gesture 2310, Figure 23D), the device displays (2406) an area beyond the edge of the first
digital object (e.g., area 2314).

[00149]      After the first movement is no longer detected, the device translates (2408) the
first digital object in a second direction until the area beyond the edge of the first digital
object is no longer displayed.  For example, in Figure 23E the digital image 2300-1 is
translated in a direction 2316 (e.g., horizontally from left to right) until the area 2314 is no
longer displayed. In some embodiments, the second direction is opposite the first direction.
In some embodiments, the first digital object is translated in the second direction using a
damped motion.  In some embodiments, the change from translating the first digital object in
the first direction to translating the first digital object in the second direction until the area
beyond the edge of the first digital object is no longer displayed makes the edge of the first
digital object appear to be elastically attached to an edge of the touch screen display or to an
edge displayed on the touch screen display.

[00150]      The device detects (2410) a second movement (e.g., a second swipe gesture
2318 from right to left, Figure 23F) of the physical object on or near the touch screen display.

[00151]      In response to detecting the second movement while the previously hidden
edge of the first digital object is displayed (e.g., edge 2312, Figure 23F), the device translates

37

63266-5060WO
P4310WO2

(2412) the first digital object in the first direction and displays a second digital object (e.g., a digital image 2300-2, Figures 23G and 23H) in the set of digital objects.

[00152]    Thus, depending on the context, similar movements (e.g., 2310 and 2318 are both right to left swipe gestures) allow a user to either (1) translate a displayed first digital object or (2) transition from displaying the first digital object to displaying a second digital object in a set of digital objects.

[00153]    In some embodiments, the time between the first and second movements must be less than a predetermined value (e.g., 0.5 seconds). Otherwise, the device will not transition to displaying the second digital object. Rather, the device may just translate the first digital object and show the area beyond the edge of the object (to show the user again that the edge of the first digital object has been reached).

[00154]    In some embodiments, if the entire first digital object is displayed (e.g., Figure 23A), then the first movement (e.g., a horizontal swipe gesture) will transition the device to display another digital object in the set of digital objects.

[00155]    Process 2400 permits a touch screen user to easily navigate within a displayed digital object and between digital objects in a set of digital objects.

[00156]    The foregoing description, for purpose of explanation, has been described with reference to specific embodiments. However, the illustrative discussions above are not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described in order to best explain the principles of the invention and its practical applications, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated.

38

63266-5060WO
P4310WO2

What is claimed is:

1.      A computer-implemented method, comprising: at a portable electronic device with a
touch screen display,

5           displaying an array of thumbnail images corresponding to a set of photographic
images;

            replacing the displayed array of thumbnail images with a user-selected photographic
image upon detecting a user contact with a corresponding thumbnail image in the array,
wherein the user-selected photographic image is displayed at a larger scale than the
10      corresponding thumbnail image; and

            displaying a different photographic image in replacement of the user-selected
photographic image, wherein the different photographic image is selected in accordance with
a scrolling gesture comprising a substantially horizontal movement of a user contact with the
touch screen display.

15      2.      The method of claim 1, including:

            detecting a user image navigation gesture adjacent to a vertical edge of the touch
screen display; and

            upon detecting the user image navigation gesture, displaying a different photographic
image in the set of photographic images, selected in accordance with the vertical edge
20      adjacent to the user image navigation gesture.

3.      The method of claim 2, wherein the user image navigation gesture comprises a
momentary, substantially single-position contact with the touch screen display.

4.      The method of claim 1, including:

            detecting a user image rotation gesture, comprising rotation of multiple simultaneous
25      contacts with touch screen display; and

            upon detection of the user image rotation gesture, rotating the user-selected image on
the touch screen display.

5.      The method of claim 1, including:

            upon detecting user selection of an image deletion icon, displaying an image
30      destruction animation of the user selected image.

39

63266-5060WO
P4310WO2

6.    The method of claim 5, wherein the image destruction animation includes:

splitting the user selected image into multiple vertical stripes; and

visually moving the multiple vertical stripes out of the touch screen display with different stripes moving at different speeds.

5    7.    The method of claim 1, including:

upon detecting user selection of an email image icon, displaying an email composition user interface for composing an email message, with the user selected image included in the email message being composed.

8.    The method of claim 7, including:

10    upon detecting the user selection of the email image icon, displaying an animation of the user selected image being resized and placed into the email message being composed.

9.    The method of claim 8, wherein the animation of the user selected image includes

visually shrinking the user selected image to a predefined size;

visually moving the email composition user interface into the touch screen, the user

15    interface including a message body region; and

visually fitting the shrunk image into the message body region.

10.    The method of claim 9, including:

upon detecting a user selection of the message body region, displaying a letter keyboard overlaid on the user selected image; and

20    upon detecting a user selection of the letter keyboard, displaying a user selected character in the message body region.

11.    The method of claim 1, including:

upon detecting user selection of an image contact assignment icon, displaying a list of contacts; and

25    upon detecting user selection of a respective contact from the list of contact, displaying a user interface for associating the user selected image with the user selected contact.

40

-42-

63266-5060WO
P4310WO2

12.     The method of claim 11, wherein displaying a user interface for associating the user selected image with the user selected contact includes enabling the user to adjust the user selected image to form an adjusted image to be associated with the user selected contact.

13.     The method of claim 12, wherein the adjustment of the image includes:

5          moving the image on the touch screen in response to a movement of an one-finger contact gesture;

           enlarging the image in response to a de-pinching gesture including multiple simultaneous and continuous contacts with the touch screen;

           reducing the image in response to a pinching gesture including multiple simultaneous
10   and continuous contacts with the touch screen; and/or

           rotating the image in response to a twisting gesture including multiple simultaneous and continuous contacts with the touch screen.

14.     A computer-implemented method, comprising: at a portable electronic device with a touch screen display,

15          displaying an array of thumbnail images corresponding to a set of photographic images;

           detecting a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and

           responding to the scrolling gesture by scrolling the display of thumbnail images in
20   accordance with a direction of the scrolling gesture;

           wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

15.     A portable electronic device, comprising:
           a display;
25          one or more processors;
           memory; and
           a program, wherein the program is stored in the memory and configured to be executed by the one or more processors, the program including:

                 instructions for displaying an array of thumbnail images corresponding to a set
30   of photographic images;

41

-43-

63266-5060WO
P4310WO2

instructions for replacing the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and

5    instructions for displaying a different photographic image in replacement of the user-selected photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

16.    The device of claim 15, including:

10    instructions for detecting a user image navigation gesture in proximity to a vertical edge of the touch screen display; and

instructions for, upon detecting the user image navigation gesture, displaying a different photographic image in the set of photographic images, selected in accordance with the vertical edge in proximity to the user image navigation gesture.

15    17.    The device of claim 15, including:

instructions for detecting a user image rotation gesture, comprising rotation of multiple simultaneous contacts with touch screen display; and

instructions for, upon detection of the user image rotation gesture, rotating the user selected image on the touch screen display.

20    18.    The device of claim 15, including:

instructions for, upon detecting user selection of an image deletion icon, displaying an image destruction animation of the user selected image.

19.    The device of claim 18, wherein the image destruction animation includes:

instructions for splitting the user selected image into multiple vertical stripes; and

25    instructions for visually moving the multiple vertical stripes out of the touch screen display with different stripes moving at different speeds.

20.    The device of claim 15, including:

instructions for, upon detecting user selection of an email image icon, displaying an email composition user interface for composing an email message, with the user selected

30    image included in the email message being composed.

**42**

63266-5060WO
P4310WO2

21.     The device of claim 20, including:

        instructions for, upon detecting the user selection of the email image icon, displaying an animation of the user selected image being resized and placed into the email message being composed.

5       22.     The device of claim 21, wherein the animation of the user selected image includes:

        instructions for visually shrinking the user selected image to a predefined size;

        instructions for visually moving the email composition user interface into the touch screen, the user interface including a message body region; and

        instructions for visually fitting the shrunk image into the message body region.

10      23.     The device of claim 22, including:

        instructions for, upon detecting a user selection of the message body region, displaying a letter keyboard overlaid on the user selected image; and

        instructions for, upon detecting a user selection of the letter keyboard, displaying a user selected character in the message body region.

15      24.     The device of claim 15, including:

        instructions for, upon detecting user selection of an image contact assignment icon, displaying a list of contacts; and

        instructions for, upon detecting user selection of a respective contact from the list of contact, displaying a user interface for associating the user selected image with the user

20      selected contact.

        25.     The device of claim 24, wherein the instructions for displaying a user interface for associating the user selected image with the user selected contact further include:

        instructions for enabling the user to adjust the user selected image to form an adjusted image to be associated with the user selected contact.

25      26.     The device of claim 25, wherein the instructions for adjusting the image include:

        instructions for moving the image on the touch screen in response to a movement of an one-finger contact gesture;

        instructions for enlarging the image in response to a de-pinching gesture including multiple simultaneous and continuous contacts with the touch screen;

**43**

63266-5060WO
P4310WO2

instructions for reducing the image in response to a pinching gesture including multiple simultaneous and continuous contacts with the touch screen; and

instructions for rotating the image in response to a twisting gesture including multiple simultaneous and continuous contacts with the touch screen.

5      27.    A portable electronic device, comprising:

a display;

one or more processors;

memory; and

a program, wherein the program is stored in the memory and configured to be
10    executed by the one or more processors, the program including:

instructions for displaying an array of thumbnail images corresponding to a set of photographic images;

instructions for detecting a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and
15           instructions for responding to the scrolling gesture by scrolling the display of thumbnail images in accordance with a direction of the scrolling gesture;

wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

       28.    A computer program product, comprising:
20           a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

displaying an array of thumbnail images corresponding to a set of photographic images;
25           replacing the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and

displaying a different photographic image in replacement of the user-selected
30    photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

**44**

63266-5060WO
P4310WO2

29.    A computer program product, comprising:

a computer readable storage medium and a computer program mechanism embedded therein, the computer program mechanism comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to:

5            display an array of thumbnail images corresponding to a set of photographic images;

detect a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and

respond to the scrolling gesture by scrolling the display of thumbnail images

10    in accordance with a direction of the scrolling gesture;

wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

30.    A portable electronic device with a touch screen display, comprising:

means for displaying an array of thumbnail images corresponding to a set of

15    photographic images;

means for replacing the displayed array of thumbnail images with a user-selected photographic image upon detecting a user contact with a corresponding thumbnail image in the array, wherein the user-selected photographic image is displayed at a larger scale than the corresponding thumbnail image; and

20    means for displaying a different photographic image in replacement of the user-selected photographic image, wherein the different photographic image is selected in accordance with a scrolling gesture comprising a substantially horizontal movement of user contact with the touch screen display.

31.    A portable electronic device with a touch screen display, comprising:

25    means for displaying an array of thumbnail images corresponding to a set of photographic images;

means for detecting a scrolling gesture comprising a substantially vertical movement of user contact with the touch screen display; and

means for responding to the scrolling gesture by scrolling the display of thumbnail

30    images in accordance with a direction of the scrolling gesture; wherein the scrolling gesture is substantially independent of a horizontal position of the user contact with the touch screen display.

45

63266-5060WO
P4310WO2

32.    A computer-implemented method, comprising:

at a device with a touch screen display,

detecting a first movement of a physical object on or near the touch screen display;

while detecting the first movement, translating a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects;

in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, displaying an area beyond the edge of the first digital object;

after the first movement is no longer detected, translating the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed;

detecting a second movement of the physical object on or near the touch screen display; and

in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translating the first digital object in the first direction and displaying a second digital object in the set of digital objects.

33.    The computer-implemented method of claim 32, wherein, prior to the translating, at least one edge of the first digital object extends beyond the touch screen display in the first direction.

34.    The computer-implemented method of claim 32, wherein the physical object is a finger or a stylus.

35.    The computer-implemented method of claim 32, wherein the first movement is a horizontal swipe gesture.

36.    The computer-implemented method of claim 32, wherein the set of digital objects is a set of digital images, a set of web pages, or a set of electronic documents.

37.    The computer-implemented method of claim 32, wherein the device is a portable electronic device.

38.    An electronic device, comprising:

**46**

-48-

63266-5060WO
P4310WO2

a display;

one or more processors;

memory; and

a program, wherein the program is stored in the memory and configured to be

5    executed by the one or more processors, the program including:

instructions for detecting a first movement of a physical object on or near the
touch screen display;

instructions for, while detecting the first movement, translating a first digital
object displayed on the touch screen display in a first direction, wherein the first digital object

10   is associated with a set of digital objects;

instructions for, in response to display of a previously hidden edge of the first
digital object and continued detection of the first movement, displaying an area beyond the
edge of the first digital object;

instructions for, after the first movement is no longer detected, translating the

15   first digital object in a second direction until the area beyond the edge of the first digital
object is no longer displayed;

instructions for detecting a second movement of the physical object on or near
the touch screen display; and

instructions for, in response to detecting the second movement while the

20   previously hidden edge of the first digital object is displayed, translating the first digital
object in the first direction and displaying a second digital object in the set of digital objects.

39.    A computer program product, comprising:

a computer readable storage medium and a computer program mechanism embedded
therein, the computer program mechanism comprising instructions, which when executed by

25   an electronic device with a touch screen display, cause the device to:

detect a first movement of a physical object on or near the touch screen
display;

while detecting the first movement, translate a first digital object displayed on
the touch screen display in a first direction, wherein the first digital object is associated with a

30   set of digital objects;

47

63266-5060WO
P4310WO2

in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, display an area beyond the edge of the first digital object;

after the first movement is no longer detected, translate the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed;

detect a second movement of the physical object on or near the touch screen display; and

in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translate the first digital object in the first direction and display a second digital object in the set of digital objects.

40.    An electronic device with a touch screen display, comprising:

means for detecting a first movement of a physical object on or near the touch screen display;

means for, while detecting the first movement, translating a first digital object displayed on the touch screen display in a first direction, wherein the first digital object is associated with a set of digital objects;

means for, in response to display of a previously hidden edge of the first digital object and continued detection of the first movement, displaying an area beyond the edge of the first digital object;

means for, after the first movement is no longer detected, translating the first digital object in a second direction until the area beyond the edge of the first digital object is no longer displayed;

means for detecting a second movement of the physical object on or near the touch screen display; and

means for, in response to detecting the second movement while the previously hidden edge of the first digital object is displayed, translating the first digital object in the first direction and displaying a second digital object in the set of digital objects.

48



**Figure 1**

1/36



**Figure 2**
2/36



**Figure 3**

3/36



**Figure 4**
4/36



**Figure 5**
5/36



**Figure 6**

**6/36**



**Figure 7A**
7/36



**Portable Multifunction Device 100**

206

700B

208

208

⊿ 402    **Current Time** 404    🔋 406

**Camera Roll**    ~702    **11 of 29**

Speaker 111    Optical Sensor 164    Proximity Sensor 166

Image 704

**Delete**    ~716

**Cancel**    ~718

Camera 604

Microphone 113    Home 204

**Figure 7B**
**8/36**

-58-



**Figure 7C**
9/36



**Figure 8**

10/36



Figure 9

11/36



**Figure 10**
12/36



**Figure 11**
13/36



**Figure 12**

14/36



**Figure 13A**
15/36



**Figure 13B**
16/36



**Figure 13C**
17/36



**Figure 13D**
18/36



**Figure 13E**
19/36



**Figure 13F**
20/36



**Figure 13G**
**21/36**



**Figure 14A**
22/36



**Figure 14B**
23/36



**Figure 15**
24/36



**Figure 16**

25/36

-75-



**Figure 17**

26/36



**Figure 18**

27/36



**Figure 19**

28/36



**Figure 20**

29/36



**Figure 21**

30/36



**Figure 22**

31/36



**Figure 23A**



**Figure 23B**

32/36



**Figure 23C**



**Figure 23D**

**33/36**



**Figure 23E**



**Figure 23F**

34/36



**Figure 23G**



**Figure 23H**

35/36

-85-



2400

Detect a first movement of a physical object on or near the
touch screen display
2402

While detecting the first movement, translate a first digital
object displayed on the touch screen display in a first
direction, wherein the first digital object is associated with a
set of digital objects
2404

In response to display of a previously hidden edge of the
first digital object and continued detection of the first
movement, display an area beyond the edge of the first
digital object
2406

After the first movement is no longer detected, translate the
first digital object in a second direction until the area
beyond the edge of the first digital object is no longer
displayed
2408

Detect a second movement of the physical object on or
near the touch screen display
2410

In response to detecting the second movement while the
previously hidden edge of the first digital object is
displayed, translate the first digital object in the first
direction and display a second digital object in the set of
digital objects
2412

**Figure 24**

36/36

# Touch-screen image scrolling system and method

| | |
|---|---|
| **Patent number:** | CN1695105 (A) |
| **Publication date:** | 2005-11-09 |
| **Inventor(s):** | ANNETTE ZIMMERMAN JOHN Z MARTI [NL] + |
| **Applicant(s):** | KONINKL PHILIPS ELECTRONICS NV [NL] + |
| **Classification:** | |
| - international: | **G06F3/033; G06F3/041; G06F3/048;** G06F3/033; G06F3/041; G06F3/048; (IPC1-7): G06F3/033 |
| - european: | G06F3/048A1S; G06F3/048A3G |
| **Application number:** | CN20028026403 20021213 |
| **Priority number(s):** | US20010034375 20011228 |

**Also published as:**

- US2003122787 (A1)
- US6690387 (B2)
- US2004125088 (A1)
- US7184064 (B2)
- JP2009104649 (A)

more >>

Abstract not available for CN 1695105 (A)
Abstract of correspondent: **US 2003122787 (A1)**

Electronic image displays. of lists that extend beyond the vertical display dimension of the display screen, are displaced in the vertical direction by touching the screen with a finger and then moving the finger in the desired direction on the screen. In a natural manner, the initial speed of displacement of the displayed image corresponds to the speed of motion of the finger along the screen. When the user's finger is disengaged from the screen, the system senses the disengagement and thereafter allows the vertical displacement speed of the image to decrease at a controlled rate.; When it is desired to stop the motion of the image at a given point, or to make a selection from the displayed image, the system measures the length of time that the finger is in contact with the screen and the distance that the finger is moved during that time, to determine if a selection is desired or if it is desired only to stop displacement of the image. That is, a short term contact with the screen, say 500 ms or less, accompanied by little or no displacement on the screen, can be identified as an intended selection. while a longer contact with little or no accompanying displacement can be interpreted as being intended to stop the motion of the image without making a selection.



Data supplied from the *espacenet* database —— Worldwide

[19] 中华人民共和国国家知识产权局

[51] Int. Cl⁷
G06F 3/033



## [12] 发明专利申请公开说明书

[21] 申请号 02826403.7

[43] 公开日 2005 年 11 月 9 日

[11] 公开号 CN 1695105A

[22] 申请日 2002.12.13 [21] 申请号 02826403.7
[30] 优先权
　 [32] 2001.12.28 [33] US [31] 10/034,375
[86] 国际申请 PCT/IB2002/005422 2002.12.13
[87] 国际公布 WO2003/060622 英 2003.7.24
[85] 进入国家阶段日期 2004.6.28
[71] 申请人 皇家飞利浦电子股份有限公司
　　　 地址 荷兰艾恩德霍芬
[72] 发明人 J·Z·齐默尔曼 J·A·马蒂诺

[74] 专利代理机构 中国专利代理(香港)有限公司
　　　 代理人 程天正 王 勇

权利要求书3 页 说明书6 页 附图2 页

[54] 发明名称 触摸屏图像滚动系统和方法

[57] 摘要

通过用手指触摸屏幕，然后在屏幕上沿想要的方向移动手指，而使延展到显示屏的垂直显示大小之外的电子图像显示沿垂直方向移位。 按自然方式，被显示的图像的移位初始速度对应于沿屏幕的手指运动速度。 当用户的手指从屏幕上脱离开时，系统感知该脱离并且此后使得图像的垂直移位速度按受控的速率减少。 当想要在给定点停止该图像的运动，或者从被显示的图像中做出选择时，该系统测量手指与屏幕接触的时间长度以及在该时间里手指移动的距离，以便确定是想要选择还是仅想要停止图像的移位。 也就是说，伴随着屏幕上很少移位或者没有移位的与屏幕的短期接触，比方说 500 毫秒或更少，可以被识别为打算选择，而带有很少或者没有伴随移位的较长接触可被解释为打算停止图像的运动而不进行选择。



ISSN1008-4274

知识产权出版社出版

1. 一种改进的触摸屏图像滚动系统，包括：

电子图像显示屏40（10）；

被耦合到所述显示屏40（10）以便在其上显示信息以及从中接收交互信号的微处理器42（12）；

与所述微处理器相关联来为其提供定时能力的定时器装置43（12）；

能够在所述显示屏40（10）上显示的滚动格式数据的源45（12）；

被耦合到所述微处理器42（12）以便为其提供输入控制信号的键盘44（14）；

与所述微处理器42（12）相关联的手指触摸程序指令，用于感知与所述显示屏40（10）的手指触摸接触的速度、方向和持续时间；

与所述微处理器42（12）相关联的滚动运动程序指令，响应于所述手指触摸接触的持续时间，使得当所述持续时间超过第一个给定的预设最小时间并且伴随着沿所述屏幕表面运动之后所述手指触摸从所述屏幕上离开时，使所述屏幕40（10）上的滚动格式显示开始沿所述被感知的方向并且按所述被感知的初始速度滚动；

与所述微处理器42（12）相关联的时间延迟程序指令，用于按给定速率减少所述显示屏10上滚动移位的速率直到运动被终止；

与所述微处理器42（12）相关联的停止运动程序指令，用于在下列信号组中任何一个信号第一次出现后，终止所述屏幕上图像的滚动移位，该信号组包括：

（a）　持续的时段超过预设的最小时间的、屏幕上的基本静止手指触摸，以及

（b）　从所述滚动格式数据源45接收到的一个滚动结束信号。

2. 根据权利要求1所述的改进的触摸屏图像滚动系统，其中所述滚动运动程序指令还包括响应于跟随一个触摸的移动，而与手指触摸的移动相应地移动所述显示的指令，所述触摸具有的静止持续时间大于所述第一个预设的最小时间而小于第二个给定的预设最小时间。

3. 根据权利要求1所述的改进的触摸屏图像滚动系统，其中所述滚动运动程序指令还包括响应于跟随一个触摸的运动，而与所述手指触摸的移动相应地、相对于静止显示来移动一个触摸选择的项目的指令，所