# Exhibit 12-2

述触摸具有的静止持续时间大于所述第二个给定的预设最小时间。

4．根据权利要求1所述的改进的触摸屏图像滚动系统，其中用于终止所述显示屏上图像的滚动移位的所述信号组还包括：

(a) 指示所述屏幕上滚动移位的速率已经衰减到预定的给定值以5    下值的信号。

5．根据权利要求1所述的改进的触摸屏图像滚动系统，其中所述微处理器42（12）连同所述定时器装置43（12）一起包括常规计算机的处理单元。

6．根据权利要求5所述的改进触摸屏图像滚动系统，其中能够在所10   述显示屏40（10）上显示的滚动格式数据的所述源44包括所述常规计算机的存储器部分。

7．一种在电子显示屏上控制数据的滚动状显示的改进的方法，所述方法包括步骤：

100b感知与其上显示有可滚动数据的电子显示屏进行手指触摸接15   触的持续时间；

100c感知与所述显示屏的所述手指触摸接触运动的速度和方向；

104按所述感知的方向并且以所述感知的速度在所述显示屏上发起所述可滚动数据的滚动运动；

106从发起的速度开始减慢所述滚动运动的速度；以及20    当包括下列条件组的条件之一被感知时终止所述滚动运动：

(a) 具有有限持续时间的基本静止的手指触摸被感知；

(b) 滚动结束信号被感知。

8．根据权利要求7所述的控制电子显示屏上数据的滚动状显示的改进的方法，其中用于终止所述滚动运动的要被感知的所述条件组还包25   括：所述屏幕上所述滚动运动的速度减慢到一个预定的给定值以下的值。

9．根据权利要求7所述的控制电子显示屏上数据的滚动状显示的改进的方法，其中所述方法包括另一个步骤，即感知所述屏幕上的一个手指触摸，然后与该手指触摸的移动相应地移动所述显示，该手指触摸30   具有的持续时间大于所述第一个给定的预设最小时间且小于比该第一个给定时间长的第二个给定的预设最小时间。

10．根据权利要求 7 所述的控制电子显示屏上数据的滚动状显示的

改进的方法，其中所述方法包括另一个步骤103，即感知所述屏幕上的一个静止手指触摸，然后与该手指触摸的移动相应地、相对该静止显示来移动触摸选定的项目，该静止手指触摸具有的持续时间大于第二个预设的给定最小时间，该第二个预设的给定最小时间比所述第一个给定的预设时间长。

5

## 触摸屏图像滚动系统和方法

发明背景

5      1．发明领域

本发明一般涉及以符号的顺序行形式显示信息数据，通常包括单词和数字列表，并且更明确地涉及这样的显示的电子形式的使用和控制。

2．相关技术描述

在电子显示屏上显示单词和数字的列表以便用户简便地访问已经

10  众所周知。通常，这样的列表的长度延展超出电子屏幕的大小，并且在这样的情况下众所周知会导致列表的图像"滚"过屏幕，因此包括单词、数字或其它符号的文本行看上去从屏幕的一边移动到另一边，直到列表的想要部分或者一行的一部分显示在屏幕上。

众所周知目前用于控制屏幕图像的滚动运动的系统和方法受到很

15  多限制和缺点。例如，在一个系统中光标可能位于屏幕的一边，然后在压住一个选定"鼠标"按钮的同时将该光标移向相反的一边，因此参与并且沿想要的方向"拖动"屏幕图像。众所周知除了比较微小的相对移动之外，这样移动屏幕图像很慢并且很麻烦。目前使用的另一个系统是当光标位于图像的特定部分时激活图像的自动连续的"滚动"动作，同

20  时选定的鼠标按钮被按下。这要求压住选定按钮，直到屏幕图像的想要部分被显示为止。目前使用的相关系统根据光标相对于屏幕边缘的位置而改变滚动运动的速度。所有这些响应光标位置的控制系统都受到屏幕混乱、缺少审美的视觉要求，以及要求操纵和处理鼠标设备的类似限制。

25      发明概述

这里所公开的本发明通过使得用户/观看者有可能通过快速滚动到数据和信息的长列表的想要部分的位置并且以可能比以前更自然的方式来访问该部分，而改进电子显示屏上数据的滚动状显示。

本发明通过提供一个触摸屏响应系统去响应与屏幕接触的手指的

30  运动而将滚动运动告诉被显示的图像，从而克服且避免了已知控制系统对于滚动电子显示的限制。手指沿屏幕运动的速度和方向确定图像运动的初始速度和方向。手指从屏幕上离开之后，图像以逐渐减小的速度继

续沿相同方向移动，直到通过触摸屏幕而手指不运动、或者速度减少到零或者减少到预定的最小速度、或者直到图像到达其"终点"来人工地停止运动。替代地，图像的继续运动可以通过重复用户手指沿屏幕的"扫过"运动而被获得或再次增加。被显示的图像的运动可通过在有限的一段时间把手指放在屏幕上但不沿屏幕表面移动而被人工停止。如果手指被放在屏幕表面更短的一段时间，例如比最小设置时间短的一个时段，则手指触摸可被认为是"选择"对应于在触摸位置处显示的图像的项目或"东西"。而且，如果使屏幕上的手指触摸和显示一起移动，但是以比移动的当前速率更慢的速率，则显示将被减慢到对应于接触断开的移动处手指运动的速率。

本发明的系统的这个操作是通过以下方式来实现的，即：对基于微处理器的控制系统编程，以响应于屏幕上的手指触摸和以手指运动的初始速度沿屏幕表面的手指运动方向，而在诸如常规阴极射线管的屏幕的屏幕显示上移位图像。此后，使得移位的速度按选定的速率（每时间单位位移的单位或其函数）衰减，直到移位最终停止（例如，因为已到达"滚动"的终点）或者直到其如这里所解释的被故意停止。

根据本发明，显示屏上数据的滚动运动以看上去"自然"的方式移动，初始以用户的手指运动所给予的速度移动，此后速度以恒定速率减慢直到其最终停止，除非其被较早终止。

而且，如果滚动的速度被发现在一个点较慢，而该点被认为是在滚动中的想要位置之前太远，则滚动速度可仅通过再次触摸屏幕来给予该显示以"新"的运动来尽可能成倍地增加。

在滚动运动进行时的任何想要点或时间，可以仅通过用某人的手指触摸屏幕而同时保持其基本静止一段预定的时间，便再次看上去"自然"的方式使滚动运动完全停止。要求静止（即不运动）触摸时间有一个预定时间周期的原因是为了确保定时机制有足够的时间在想要停止滚动运动的触摸和想要"选择"或"标记"滚动数据中包含的特定项目的触摸（更短的时间）之间进行区分。"触摸标记"是目前的滚动显示技术的众所周知的特性，但是本发明公开了其结合一种新的、因此未知的滚动运动控制形式的使用。

参考下面结合附图而考虑的说明书，本发明的这些以及其它特性和优点将对本领域的技术人员更显而易见，其中：

附图简述

图1是根据本发明表示触摸屏图像滚动系统的顺序操作的流程图。

图2是根据图1的本发明一个实施方案的触摸屏图像滚动系统的简化图示表示。

图3是根据图1的触摸屏图像滚动系统的另一个实施方案的简化框图。

优选实施方案详述

在下面的描述中，被公开的实施方案的某些特定细节如体系结构、接口和技术等是出于说明而不是限制的目的被提出，以便提供本发明的清楚和完全的理解。但是本领域的那些技术人员应该很容易理解，在不是显著背离本公开内容的精神和范围的情况下，本发明可以以不完全遵守这里提出的细节的其他实施方案来被实践。而且，由于这个原因，并且为了简洁和清晰，众所周知的设备、电路和方法论的细节描述被忽略以便避免不必要的细节和可能的混淆。

现在参见附图的图1的框图，可看到根据本发明操作触摸屏图像滚动系统10（如图1所示）的方法在步骤100开始：感知手指在具有静止数据显示的电子显示屏100a上的触摸，确定手指接触屏幕100b的时间周期，以及确定手指是移动还是保持静止100c。用于感知和确定这里公开类型的信息的合适值的技术和方法对于本领域的技术人员是熟知的，因而在本说明书中不再被描述或讨论。

如果没有运动发生并且触摸接触的持续少于预定的最小时间，则在步骤100中触摸被当作对触摸到的数据项的"选择"对待，并且系统以"选择"路径102继续。选择路径的操作，从例如触摸到的项目或图标的高亮显示开始，是熟知的并且对关于本发明的系统的操作不具更多的意义。但是，如果触摸接触的持续多于第一个预定的最小时间，然后手指在那个时间之后移动，则本发明的过程将进行到步骤103，其中列表中"被选择"的项目于是将被"粘在手指上"，因此该项目可被"触摸－拖动"的已知过程来在该列表中重定位。这个重定位步骤可能是想要把几个优选的项目群集到给定位置的常见用户非常想要的。当项目在步骤103被重定位，并且手指与屏幕的接触被中断之后，过程将回到"等待"状态。向前参考步骤105，如下面解释的，应该注意到，在这一步其是"粘到手指上"的一个选定项，而不是完整的显示。

在另一个特性中，如果没有手指运动出现而同时屏幕静止，并且接触的持续比第二最小时间小，而该第二最小时间比第一最小时间少一个很容易可测量的有限值，则步骤100忽视该接触并且系统回到"等待"状态，等待进一步的输入信号。

5    但是，如果在第一个预定时间和第二个预定时间之间的有限时段里步骤100感知到与屏幕上手指触摸有关的运动，则本发明的方法进行到步骤104，将触摸运动的速度和方向转换到被显示数据的相应的初始滚动运动。并且步骤104直接进行到步骤106。步骤104根据手指是从与屏幕的接触中移开还是继续与屏幕接触而或者进行到步骤106，或者分

10   叉到步骤105。

也就是说，如果步骤104的手指接触向显示通知移动，然后触摸接触被断开，则显示的移动根据步骤106继续。但是，如果与屏幕的接触没有被断开，则本发明的方法从步骤104进行到步骤105，其中实际上整个显示[不仅是被选定的项目]"被粘到手指上"，因此整个显示可视

15   情况而随手指被上下前后移动。如果在与屏幕的手指接触在步骤105被断开时没有手指运动，则该显示将在没有进一步运动的情况下保持在那个时刻所处的位置上，并且该系统将再次回到"等待"状态。在替代方案中，如果在步骤105手指接触被断开而同时手指在运动，则本发明的系统如下所述进行到步骤106。

20   在步骤106，与本发明的系统相关的定时器功能测量时间，同时滚动运动继续，且系统从由手指触摸的速度确定的其初始值开始、以受控速率将滚动速度向零的方向降低，或者直到速度被降低到任何想要的预定最小速度。假设本系统的大部分用户将偏爱滚动速度的降低从滚动开始之后立即开始。但是，应该认识到降低速度功能的开始实际上可以被

25   延迟，以便在滚动运动开始之后的任何时候开始。为了利用本方法而将有限时间延迟合并到控制系统中完全是在本领域的技术人员知识范围里的简单技术。

在继续减慢滚动动作的同时，并且在滚动被完全终止之后，本系统继续等待进一步的输入信号，以便控制本系统的下一步操作。但是，根

30   据本发明，继续滚动速度的减慢，直到三个事件之一发生：（1）将滚动速度缓慢降低到零或者任何预设的最小值；或者（2）从数据源接收到"滚动终点"数据信号；或者（3）屏幕上的手指触摸指示该滚动将

被终止。不管减慢动作的状态，本发明的该方法使得系统能够在步骤106之后，在任何时候对下一个用户发起的输出信号作出反应。

步骤108显示本发明的方法通过基本上重复步骤100的功能而在滚动期间或者之后，对屏幕上的手指触摸作出反应。也就是说，在步骤108，本系统感知手指在电子显示屏上的触摸100a，确定手指接触屏幕的时间周期100b，并且确定手指是移动还是保持静止100b。如果触摸是静止的并且接触的持续少于预定的最小时间，则手指触摸在步骤108被当作（1）"选择"触摸的数据项，和（2）终止滚动运动的指示来对待。在这种情况下，滚动运行终止并且该系统回到"选择"路径102，如以前提到的。另一方面，如果触摸是静止的但是接触的持续没有多于最小时间，则该方法将触摸仅当作终止滚动运动的指示来对待，并且没有引起任何可能已被触摸的数据列表的"选择"。当在这些情况下滚动运动终止时，该方法回到步骤100开始之前存在的状态，等待采用输入信号形式的"指令"；也就是，等待被显示项的选择或者滚动运动的启动。

再次应该强调：屏幕上静止手指触摸的接触持续时间用作"选择"触摸和"停止滚动"触摸之间的区别。虽然上面已经说明，在滚动运动进行同时的相对长期的手指触摸既用作"选择"信号又用作"停止运动"信号，但是很显然，该方法可以被很容易地被设立为，使得不管触摸的长度如何，在滚动过程中的手指触摸都将仅作为"停止运动"信号；这将避免由仅想要"停住"滚动的无意中的长时间触摸而导致不想要的"选择"的可能性。

对比步骤108的静止触摸，如果系统感知屏幕上手指触摸的运动，则该方法回到步骤104，再次将触摸运动的速度和方向转换成被显示的数据的滚动运动并且重新开始滚动过程。如以前那样，然后步骤104直接进行到步骤106。

在图2所说明的本发明的系统的实施方案中，该系统被显示包括为一个简单的个人计算机设备，具有显示屏10、中央处理单元12和用于向处理单元12输入人工指令的键盘14。根据惯例，应该理解处理单元12包括有传统设计和能力的内部电子存储单元（未示出）。因此，为本公开内容的目的，将内部存储单元假设为是能够在显示屏10上出现的可滚动数据显示的源，该显示屏10是手或者触针式设备（这里在格式

上是由手 16 的外形来表示的）可访问的。

　　使用中，计算机被以熟知的方式设立以便在屏幕 10 上显示可滚动数据，并且手/手指或者触针 16 被触及屏幕并且沿屏幕向下移动来向数据显示告知一个初始的向下"滚动"运动。计算机中的软件交互地响应
5　于与屏幕的接触，以创建该显示的想要的移位运动，并且现在在这样的计算机设备中所固有的内部定时器设施，与处理单元 12 的编程进行合作，来通过逐渐降低移位的速度而响应运动的开始，如前面所解释的那样。当显示中想要的点被看到或者接近时，用户可以将手或者触针 16加到屏幕上来终止滚动运动。因为滚动运动不涉及任何具有真实或仿真
10　质量的移动部分，所以有可能立即停止显示的运动，而没有惯性力后果的任何困难或担心。

　　因此，现在应该理解本发明的系统和方法促进了一种快速、方便和自然感觉的方法来访问计算机屏幕上的数据的滚动状显示。

　　在图 3 所表示的实施方案中，本发明的系统被显示为包括图 2 的计
15　算机设备的基本元件，而没有计算机的配置。也就是，本发明的系统的基本组件在这里被显示来包括一个微处理器 42，其进而被耦合到键盘44、定时器装置 43 以及显示屏 40。这些组件的每个以与其在图 2 的实施方案中对应部分相同的方式起作用，在这里微处理器 42 和相关的定时器装置 43 一起起与图 2 的中央处理单元 12 相同的作用。

20　　　虽然本发明的优选实施方案已经被说明和描述，但是本领域的技术人员应该认识到在不显著背离这里公开的并且在所附权利要求中提出的本发明的精神和范围的情况下，各种其他形式和实施方案现在很容易被设想。

25



图    1



图　　2



图　　3

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :　　　02-140822

(43)Date of publication of application :　30.05.1990

(51)Int.Cl.　　　　　　　　　　G06F　3/14

(21)Application number : 63-295285　　(71)Applicant : **NEC CORP**

(22)Date of filing :　　　22.11.1988　　(72)Inventor : **IZEKI OSAMU**

## (54) MULTI-WINDOW DISPLAY SYSTEM



(57)Abstract：

PURPOSE: To effectively use a display area by including an optimum window arrangement calculation function calculating the arrangement of plural windows which can effectively use the display area in the internal part of a multi-window display controller.

CONSTITUTION: The window operation processing part 23 of the multi-window display controller 13 processes the alteration instruction such as the positions of the sizes of respective window transmitted from a processor and drawing data in the windows in accordance with data from a window data base control part 21, and draws data of a bit map memory 14 by using the function of a drawing part 24. An optimum arrangement calculation pat 25 refers to data in a control table 22, calculates the optimum origin coordinates of respectively windows, sets the values to the window control table 22 and prompts the win dow operation processing part 23 to re-draw based on a new data base. Thus, the display positions of respective windows are optimized and rearranged so as to effectively use a whole screen as much as possible, therefore, display efficiency is improved.

⑲ 日 本 国 特 許 庁 （ＪＰ）　　　　　⑪ 特 許 出 願 公 開

⑫ 公 開 特 許 公 報 （Ａ）　　　平２− 140822

⑤Int. Cl.⁵　　　　　識別記号　　　庁内整理番号　　　　⑬公開　平成２年(1990)５月30日
Ｇ 06 Ｆ　3/14　　　 350 Ａ　　　　8323−5Ｂ

　　　　　　　　　　　　　　　　　　審査請求　未請求　請求項の数 1　（全5頁）

㊴発明の名称　　マルチウインドディスプレイ方式

　　　　　　㉑特　　願　昭63−295285
　　　　　　㉒出　　願　昭63(1988)11月22日

㉔発 明 者　　井　関　　　治　　東京都港区芝5丁目33番1号　日本電気株式会社内
㉒出 願 人　　日 本 電 気 株 式 会 社　　東京都港区芝5丁目33番1号
㉔代 理 人　　弁理士　村田　幹雄

　　　　　　　明　　細　　書
1．発明の名称
　　マルチウインドディスプレイ方式
2．特許請求の範囲
　マイクロプロセッサなどの処理装置と、プログ
ラムやデータなどの情報を記憶するための主メモ
リと、ＣＲＴなどの表示装置と、表示装置に表示
するデータをドットイメージで描画展開するため
のビットマップメモリと、一つの画面上に複数の
矩形データ領域を重ね合わせ可能なように表示し
管理するマルチウインドディスプレイ制御装置と、
そして、ディスプレイ上のカーソルを制御したり
データやコマンド等を入力するためのキーボード
やマウスなどの入力装置とから構成される情報処
理装置において、マルチウインドディスプレイ制
御装置内部に、表示領域を有効に活用できる複数
のウインドの配置を計算するウインド最適配置計
算機能を含むことを特徴とするマルチウインドデ

ィスプレイ方式。

3．発明の詳細な説明
［産業上の利用分野］
　本発明は、複数のデータ表示領域（以後、一つ
の表示領域を「ウインド」と、複数集まったもの
を「マルチウインド」と呼ぶ）を持つディスプレ
イ装置付きの情報処理装置におけるマルチウイン
ドディスプレイ方式に関し、特に表示領域を有効
に利用するための改良に関するものである。

［従来の技術］
　近年、パーソナルコンピュータあるいはワーク
ステーションなどにおいて、そのディスプレイ画
面上に複数のウインドを設け、個々のウインドを
仮想的なディスプレイ画面として一台のディスプ
レイで複数のアプリケーションを実行させるマル
チウインドディスプレイシステムが多くなってき
た。
　マルチウインドディスプレイには、主として以

下の長所があげられる。

（1）作業中のウインドとは別のウインドから
データを引用できる。

（2）作業を完全に終了させることなく、つま
り、思考の中断もなく、一時的に簡単な
別作業、例えば、電卓計算を行い、再び
元の作業に戻ることができる。

（3）主作業とは別に複数のウインドが同時に
なんらかのプログラムを実行している時
は、それらの進行状況を確認しながら主
作業を遂行できる。

（4）一つのアプリケーションが複数のウイン
ドを利用することによって、多次元的あ
るいは多面的な表現が可能である。

従来、前記の長所を目的とした主なマルチウイ
ンドディスプレイ方式には、紙を机上に重ね合せ
るように画面上にウインドを自由に重ね合わせら
れる第5図（a）のようなオーバーラッピング型

と、画面を直線で分割して各々の矩形領域をウイ
ンドとする第5図（b）のようなタイル型があり、
それぞれのシステムの特質に応じて選択される。
なお、近年においては、操作者への自然で視角的
なアピール、複数のウインドの一部を示しながら
主たるウインドの作業領域の大きさを比較的大き
くとれるなどの理由から、オーバーラッピング型
とタイル型のうち、オーバーラッピング型が主流
になりつつある。

［発明が解決しようとする課題］

しかし、オーバーラッピング方式の場合表示面
積で考えると、無駄な非ウインド領域が場合によ
ってはかなり大きくなってしまい、必ずしも有効
に作業資源を生かしているとはいえない。また、
小さなウインドは、大きなウインドの後ろに完全
に隠れてしまうなどの問題点がある。また、これ
らの問題点を最小限に抑えるためには、ウインド
の移動やサイズ変更、表示、消去などウインド操

作が増えてしまい、本来の作業の効率が犠牲にな
ってしまうという問題点がある。

［課題を解決するための手段］

本発明のマルチウインドディスプレイ方式は、
マイクロプロセッサなどの処理装置と、プログラ
ムやデータなどの情報を記憶するための主メモリ
と、CRTなどの表示装置と、表示装置に表示す
るデータをドットイメージで描画展開するための
ビットマップメモリと、一つの画面上に複数の矩
形データ領域を重ね合わせ可能なように表示し管
理するマルチウインドディスプレイ制御装置と、
そして、ディスプレイ上のカーソルを制御したり
データやコマンド等を入力するためのキーボード
やマウスなどの入力装置とから構成される情報処
理装置において、該マルチウインドディスプレイ
制御装置内部に表示領域を有効に活用できる複数
のウインドの配置を計算するウインド最適配置計
算機能を有していることを特徴とする。

［実施例］

次に、本発明について図面を参照して説明する。

第1図は、本発明に係るマルチウインドディス
プレイ方式の一実施例を示すブロック図である。

第1図において、10はマイクロプロセッサな
どの処理装置、11はプログラムやデータなどを
格納する主メモリ、12はディスプレイ画面上の
対象物やコマンドメニューの選択、各種データや
制御コマンドの入力のための入力装置である。マ
ルチウインドを使用した表示は、マルチウインド
ディスプレイ制御装置13を通し、2次元点列を
現すビットマップメモリ14に描画することによ
ってなされる。ビットマップメモリ14には、重
なり合い表現の処理もなされた表示イメージその
ものが格納されており、各ウインド枠でのデータ
クリッピング、重なり合い制御、描画はマルチウ
インドディスプレイ制御装置13の機能による。
ビットマップメモリ14に描画された表示イメー

ジは、表示リフレッシュ回路１５によりＣＲＴなどの表示装置１６に表示される。

次に、本発明の特徴であるマルチウインドディスプレイ制御装置１３の内部の構成を第２図に示す。

表示されているウインドは、その重なり合いの関係、表示位置などデータベースとしてウインドデータベース管理部２１で管理される。この管理のもとになるデータは、ウインド管理テーブル２２に格納されている。

ウインド管理テーブル２２の内容の例を第３図に示す。

本例では、Ａ～Ｇのウインドに関する前後関係が示されている。例えば、ウインドＡは、データベース上はウインドＮｏ＝１で、前段ウインド＝０つまり最も先頭のウインドであることを示しており、それより１段低いウインドはウインドＮｏ＝３のウインドＢである。本例ではレベルの高い

４図（ａ）に、それが最適に再配置された例を第４図（ｂ）に示す。第４図（ａ）及び（ｂ）において、各ウインドの大きさには変化がない。

最適配置計算部２５での計算方法にはいろいろ考えられるが、一例としては、まず最もレベルの高いウインドの原点を最左上端に決定し、以下レベルの高い順に外郭に沿って各ウインドを配置するとともに重なり合う面積が最少で、しかも無駄な領域の面積総和が最少になるようにすることが考えられる。また、このような最適配置の命令は、指定によって操作者の指示による場合もあれば、ウインドを操作するたびに自動的に行われることもある。

［発明の効果］

以上説明したように、本発明によれば、マルチウインドディスプレイを応用した装置やシステムにおいて、できる限り画面全体を有効に利用できるように各ウインドの表示位置を最適化し再配置

ウインドが前面に表示されるとした。また、アイコンもウインドの表示形態の変形であると考え、再配置の対象にできる。

第２図の説明に戻ると、ウインド操作処理部２３では、処理装置１０から送られてきた各ウインドの位置、サイズなどの変更命令やウインド内の描画データをウインドデータベース管理部２１からのデータに応じて処理し後段の描画部２４の機能を用いてビットマップメモリ１４のデータを描画する。これらのウインド描画処理の中でウインドの最適配置が要求されると、命令がウインド操作処理部２３から最適配置計算部２５に送られる。最適配置計算部２５はウインド管理テーブル２２のデータを参照し各ウインドの最適な原点座標を計算しその値をウインド管理テーブル２２に設定するとともにウインド操作処理部２３に新しいデータベースに基づく再描画を促す。

第３図で説明した７個のウインドの表示例を第

するため、マルチウインドディスプレイの表示効率を向上させることができ、ひいては、操作者の作業効率を改善する効果がある。

４．図面の簡単な説明

第１図は、本発明の一実施例によるマルチウインドディスプレイ付きの情報処理装置のブロック構成図である。

第２図は、第１図に図示されたマルチウインドディスプレイ制御装置の構成を示すブロック図である。

第３図は、ウインド管理テーブルの内容を示す説明図である。

第４図（ａ）及び（ｂ）は、各々本発明によるウインド配置の最適化処理前後のディスプレイ画面を示す説明図である。

第５図（ａ）及び（ｂ）は、各々従来例のオーバラッピング型及びタイル型の表示例を示す説明図である。

特開平2-140822（4）

10…マイクロプロセッサ　11…主メモリ
12…入力装置
13…マルチウインドディスプレイ制御装置
14…ビットマップメモリ
15…表示リフレッシュ回路
16…表示装置
21…ウインドデータベース管理部
22…ウインド管理テーブル
23…ウインド操作処理部
24…描画部　　　25…最適配置計算部

代理人　弁理士　村田幹雄

第 3 図

| | ウィンド No | 原点座標 | 幅 | 高さ | ウィンド/アイコン | 前提ウィンド No | 次接ウィンド No |
|---|---|---|---|---|---|---|---|
| ウィンドA→ | 1 | … | … | … | ウィンド | 0 | 3 |
| ウィンドG→ | 2 | … | … | … | ウィンド | 6 | ⟨END⟩ |
| ウィンドB→ | 3 | … | … | … | ウィンド | 1 | 4 |
| ウィンドC→ | 4 | … | … | … | ウィンド | 3 | 7 |
| ウィンドE→ | 5 | … | … | … | アイコン | 7 | 6 |
| ウィンドF→ | 6 | … | … | … | アイコン | 5 | 2 |
| ウィンドD→ | 7 | … | … | … | アイコン | 4 | 5 |
| | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| | N | … | … | … | | | |



第 1 図



第 2 図

特開平2-140822 (5)

第 4 図
(a)



(b)



第 5 図

(a)



(b)



# PATENT ABSTRACTS OF JAPAN

(11)Publication number :          03-271976

(43)Date of publication of application :          03.12.1991

(51)Int.Cl.                GO6F 15/40

(21)Application number : 02-069701      (71)Applicant : TOSHIBA CORP

(22)Date of filing :        22.03.1990      (72)Inventor :   KUROSAWA YOSHIAKI

                                                SUZUKI KAORU

(54) ELECTRONIC DICTIONARY



(57)Abstract:

PURPOSE: To effectively support the intelligent work of a user and to improve operability and the convenience of use by providing a means to retrieve information concerning a code from a data base and to display this retrieved information.

CONSTITUTION: A picture input part 1 is provided to read and input an entire picture, and a encoding processing part 5 is provided to recognize and encode a picture pattern segmented from the input picture as the group of picture patterns, for example. Then, a retrieval part 6 is provided to retrieve the information concerning the code, which is obtained in this encoding processing part 5, from the data base and a means 3 is provided to display the retrieved information. Thus, since the groups of the patterns is extracted from the display picture in advance and respectively displayed while inputting and displaying the large picture such as a document picture, burden can be widely reduced for the processing of selecting a pattern train to calculate the keyword of dictionary retrieval.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9230356 |
| **Application Number:** | 90010963 |
| **International Application Number:** | |
| **Confirmation Number:** | 8062 |
| **Title of Invention:** | LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY |
| **First Named Inventor/Applicant Name:** | 7469381 |
| **Customer Number:** | 61725 |
| **Filer:** | Gary Scott Williams/Deborah Carney |
| **Filer Authorized By:** | Gary Scott Williams |
| **Attorney Docket Number:** | 0919/01028 |
| **Receipt Date:** | 13-JAN-2011 |
| **Filing Date:** | 28-APR-2010 |
| **Time Stamp:** | 23:39:37 |
| **Application Type:** | Reexam (Third Party) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 63266-5290-US_IDS.pdf | 330320<br>90a2ccda3a224afb6275eaf002fc02c31cc585a3 | yes | 7 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 4 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 5 | 6 |
| Reexam Certificate of Service | 7 | 7 |

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Foreign Reference | AU2007283771A1.pdf | 2767521<br>adfc753ec312a48e9c64a01965ef27c963c8dbec | no | 86 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Foreign Reference | CN1695105A.pdf | 724098<br>73f30a1eccc68cddadafd4c5ca9826c969c38cdf | no | 13 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Foreign Reference | JP02140822.pdf | 228712<br>8dab3224a58739fdadc1eb7a1e52a06445cfc913 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Foreign Reference | JP03271976.pdf | 36303<br>c97d5e29c20df8b6d9baa1db4198d7b9fd56d3f9 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | NPL Documents | 5054AU_021909.pdf | 72946<br>e46d8bc42251dbf710db2e26d51c0261677 0c83b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | NPL Documents | 5054AU_071509.pdf | 70147<br>3dc17277f9a0c36afe657eb57fa699c96908 81e5 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | NPL Documents | 5054AU01_07108.pdf | 67011<br>b3351709bf5b0f54f38508ca7009f493037 2098 | no | 2 |
| **Warnings:** | | | | | |

| Information: | | | | | |
|---|---|---|---|---|---|
| 9 | NPL Documents | 5054AU02_021109.pdf | 189656 4c04d1a3e209e647aed907464e00f4a8465e040e | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| 10 | NPL Documents | OAAU5054_4810.pdf | 93691 ae27761cc21a22e7af1c90cde3a1423af87 83bd | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 11 | NPL Documents | CA5054.pdf | 112718 92127f89cc4c9adf57a6c14db5786f85493d ee9a | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 12 | NPL Documents | 5054CN_112310.pdf | 875067 e861d35b032a78acbd0865a4f2e52070cf4f 8981 | no | 13 |
| Warnings: | | | | | |
| Information: | | | | | |
| 13 | NPL Documents | 5054DE_111510.pdf | 318526 0b7575a533283444d4e2ffaf3c9dd6dfcd82 31a1 | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 14 | NPL Documents | EPOA5054_122909.pdf | 227684 a167d1b2392649adfaf8873eff91875d6776f 046 | no | 5 |
| Warnings: | | | | | |
| Information: | | | | | |
| 15 | NPL Documents | OAJP5054.pdf | 47639 e66961389ecb4777954fa884540d961003 bf479 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 16 | NPL Documents | 5054JP_111910.pdf | 257504 6a25ceab8ea4453b7da60a562c689bf2bbd 388a1 | no | 6 |
| Warnings: | | | | | |
| Information: | | | | | |
| 17 | NPL Documents | 5054KR_082709.pdf | 53805 9f5979b1e8cd66397f10508d02f41acd51e4 0184 | no | 1 |
| Warnings: | | | | | |

| Information: | |
|---|---|
| **Total Files Size (in bytes):** | 6473348 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Electronically filed January 13, 2011

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventors: | Bas Ording | Confirmation No.: | 8062 |
| Patent No.: | 7,469,381 | Reexam Control No. | 90/010,963 |
| Filed: | April 28, 2010 | Art Unit: | 3992 |
| For: | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | Examiner: | Desai, Rachna Singh |

## INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

  In accordance with the duty of disclosure provisions of 37 C.F.R. §1.56, there is hereby provided certain information which the Examiner may consider material to the examination of the subject U.S. patent application.  It is requested that the Examiner make this information of record if it is deemed material to the examination of the application.

1.  Enclosures accompanying this Information Disclosure Statement are:

  1a. ☒ A list of all patents, publications, applications, or other information submitted for consideration by the office.

  1b. A legible copy of :

    ☒ Each foreign patent;

    ☐ Each publication or that portion which caused it to be listed on the PTO-1449;

    ☐ For each cited pending U.S. application, the application specification including the claims, and any drawing of the application, or portion of the application which caused it to be listed on the PTO-1449 including any claims directed to that portion;

    ☒ all other information or portion which caused it to be listed on the PTO-1449.

  1c. ☐ An English language copy of search report(s) from a counterpart foreign application or PCT International Search Report.

  1d. ☐ Explanations of relevancy (ATTACHMENT 1(d), hereto) or English language abstracts of the non-English language publications.

1

2. ☒   This Information Disclosure Statement is filed under 37 C.F.R. §1.97(b):

    ☐   Within three months of the filing date of a national application other than a continued prosecution application under §1.53(d);

    ☐   Within three months of the date of entry of the national stage as set forth in §1.491 in an international application;

    ☒   Before the mailing of the first Office action on the merits;

    ☐   Before the mailing of a first Office action after the filing of a request for continued examination under §1.114.

3. ☐   This Information Disclosure Statement is filed under 37 C.F.R. §1.97(c) after the period specified in 37 C.F.R §1.97(b), but before the mailing date of any of a final action under 37 C.F.R. §1.113, a notice of allowance under 37 C.F.R. §1.311 or an action that otherwise closes prosecution in the application.

*(Check either Item 3a or 3b)*

3a. ☐   The Certification Statement in Item 5 below is applicable.  Accordingly, no fee is required.

3b. ☐   The $180.00 fee set forth in 37 C.F.R. §1.17(p) in accordance with 37 C.F.R. §1.97(c) is:
    ☐ enclosed
    ☐ to be charged to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no.    ).

*(Item 3b to be checked if any reference known for more than 3 months)*

4. ☐   This Information Disclosure Statement is filed under 37 C.F.R. §1.97(d) after the period specified in 37 C.F.R. §1.97(c), but on or before the date of payment of the issue fee.

*(Check Item 4a and 4b)*

4a. ☐   The Certification Statement in Item 5 below is applicable.

4.b ☐   The $180.00 fee set forth in 37 C.F.R. §1.17(p) is:
    ☐ enclosed.
    ☐ to be charged to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no.    ).

5. ☐   Certification Statement (applicable if Item 3a or Item 4a is checked)

*(Check either Item 5a, 5b, 5c or 5d)*

5a. ☐   In accordance with 37 C.F.R. §1.97(e)(1), it is certified that each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement.

5b. ☐   In accordance with 37 C.F.R. §1.97(e)(2), it is certified that no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application,

and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of this information disclosure statement.

5c. ☐ Each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart application, and the communication was not **received** by any individual designated in 37 C.F.R. §1.56(c) more than thirty days prior to the filing of this information disclosure statement.

5d. ☐ Pursuant to 37 C.F.R. §1.704(d), each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart application, and the communication was not **received** by any individual designated in 37 C.F.R. §1.56(c) more than thirty days prior to the filing of this information disclosure statement.

6. ☒ Copies of each cited U.S. patent and each U.S. patent application publication are not enclosed pursuant to the USPTO OG Notice dated 05 August 2003 waiving the requirement under 37 C.F.R. 1.98(a)(2)(i) for U.S. patent applications filed after June 30, 2003.

7. ☐ This application is a continuation application under 37 C.F.R. §1.53(b) or (d).

*(Check appropriate Items 7a, 7b and/or 7c)*

7a. ☐ A Petition to Withdraw from issue under 37 C.F.R. §1.313(b)(5) is concurrently filed herewith.

7b. ☐ Copies of publications listed on Form PTO-1449 from prior application Serial No.        , filed on        , of which this application claims priority under 35 U.S.C. §120, are not being submitted pursuant to 37 C.F.R. §1.98(d).

7c. ☐ Copies of the publications listed on Form PTO-1449 were not previously cited in prior application Serial No.        , filed on        , and are provided herewith.

8. ☐ This is a Supplemental Information Disclosure Statement.  (Check Item 8a)

8a. ☐ This Supplemental Information Disclosure Statement under 37 C.F.R. §1.97(f) supplements the Information Disclosure Statement filed on        .  A bona fide attempt was made to comply with 37 C.F.R. §1.98, but inadvertent omissions were made.  These omissions have been corrected herein.  Accordingly, additional time is requested so that this Supplemental Information Disclosure Statement can be considered as if properly filed on        .

9. ☐ In accordance with 37 C.F.R. §1.98, a concise explanation of what is presently understood to be the relevance of each non-English language publication is:

*( Check Item 9a, 9b, or 9c)*

9a. ☐ satisfied because all non-English language publications were cited on the enclosed English language copy of the PCT International Search Report or the search report from a counterpart foreign application indicating the degree of relevance found by the foreign office.

3

9b. ☐ set forth in the application.

9c. ☐ enclosed as an attachment hereto.

10. ☒ The Commissioner is authorized to charge any additional fee required or credit any overpayment for this Information Disclosure Statement and/or Petition to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 63266-5290-US).

11. ☒ No admission is made that the information cited in this Statement is, or is considered to be, material to patentability nor a representation that a search has been made (other than a search report of a foreign counterpart application or PCT International Search Report if submitted herewith).  37 C.F.R. §§1.97(g) and (h).

Respectfully submitted,

Date:    January 13, 2011

_Robert Beyers_                46,552
Robert B. Beyers                (Reg. No.)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
(650) 843-4000

4



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/010,963 | 04/28/2010 | 7469381 | 0919/01028 | 8062 |

61725        7590        01/13/2011

Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 01/13/2011

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Brient Intellectual Property Law, LLC
2300 Lakeview Parkway
Suite 700
Alpharetta, GA 30009

MAILED

JAN 1 3 2011

CENTRAL REEXAMINATION UNIT

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/010,963*.

PATENT NO. *7469381*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| ***Notice of Intent to Issue Ex Parte Reexamination Certificate*** | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/010,963 | 7469381 |
| | Examiner | Art Unit | |
| | RACHNA S. DESAI | 3992 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☐ Patent owner's communication(s) filed: _____.
   (b) ☐ Patent owner's late response filed: _____.
   (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
   (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (e) ☒ Other: *Reexam Order filed 07/14/10*.

   Status of *Ex Parte* Reexamination:
   (f) Change in the Specification:     ☐ Yes  ☒ No
   (g) Change in the Drawing(s):         ☐ Yes  ☒ No
   (h) Status of the Claim(s):
       (1) Patent claim(s) confirmed: *1-20*.
       (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
       (3) Patent claim(s) canceled: _____.
       (4) Newly presented claim(s) patentable: _____.
       (5) Newly presented canceled claims: _____.

       (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____

       (7) Patent claim(s) not subject to reexamination: _____.

2. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

5. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have
       ☐ been received.
       ☐ not been received.
       ☐ been filed in Application No. _____.
       ☐ been filed in reexamination Control No. _____.
       ☐ been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

7. ☐ Note attached Examiner's Amendment.

8. ☐ Note attached Interview Summary (PTO-474).

9. ☐ Other: _____.

/Rachna S Desai/
Primary Examiner, Art Unit 3992

cc: Requester (if third party requester)

Application/Control Number: 90/010,963                                          Page 2
Art Unit: 3992

## DETAILED ACTION

1.      This Office action addresses claims 1-20 of United States Patent Number

7,469,381 (Ording patent).

### *Status of the Claims*

2.      Claims 1-20 are confirmed.

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

3.       The following is an examiner's statement of reasons for patentability and/or

confirmation of the claims found patentable in this reexamination proceeding:

        The prior art does not teach or fairly address the invention as recited in

independent claims 1, 19, and 20 of U.S. Patent No. 7,469,381 B2.  Specifically, the

prior art references of Glimpse, Inside Out, Robbins, and Zimmerman fail to disclose "in

response to detecting that the object is no longer on or near the touch screen display,

translating the electronic document in a second direction until the area beyond the edge

of the electronic document is no longer displayed to display a fourth portion of the

electronic document, wherein the fourth portion is different from the first portion" as

recited in claims 1, 19, and 20.

Application/Control Number: 90/010,963                                   Page 3
Art Unit: 3992

Glimpse discloses a method for editing objects with a multi-level input device such as a pressure sensitive stylus or pressure sensitive touch screen. Glimpse further discloses navigating through a dataset using a pan and zoom interface using touch input. Glimpse further teaches an object can be selected for editing through light pressure input upon which a preview of the results of user action can be provided. When the editing is finished, the user can reject or accept the edit. If a user chooses to lift their finger or stylus, the system returns to State 0 and the edit is automatically "undone" by retrieving the saved state. This undo is animated so that the action is clear to the user. See pages 1376-1377.

However, these teachings of Glimpse fail to teach translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. Specifically, Glimpses' teachings of returning to a previous state and animating this "undoing" fails to address both the feature of translating an electronic in a second direction *until the area beyond the edge of the electronic document is no longer displayed* and the fourth portion of the electronic document being different than the first portion. In other words, Glimpse does not discuss the edge of the electronic document and is not concerned with the area beyond the edge of the document. Glimpse appears only to be concerned with the return to a previous state, not with translating a document so that the area beyond the edge of the document is not visible. Further, in returning to a "previous state", Glimpse is not displaying a fourth portion that is different than the first portion since the previous

state corresponds to the first portion.  Glimpse also fails to explicitly teach displaying an area beyond the edge of the document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion.

Inside Out discloses displaying an area beyond the edge of the document as on page 764, figure 27-13.  However, Inside Out fails to disclose in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion.

Robbins discloses using a touch screen as input for a portable device.  A user can glance at other parts of a document while browsing through a data set on a portable device.  After a user releases a hardware or software button, the view quickly and smoothly (e.g. via animation) snaps back to a previous view.  Robbins further discloses panning from one region to another region.  When the screen approaches the new region, the view zooms out to a degree similar to the initial focus of interest.  See paragraphs 9, 75, 86 and figure 4.

However, these teachings of Robbins fail to teach, in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion.  Robbins neither provides alignment to the edges of screen nor teaches that the fourth portion is different than the

Application/Control Number: 90/010,963                                    Page 5
Art Unit: 3992

first portion. In fact, snapping back to the first region does not display a fourth portion

different than the first portion. Furthermore, in panning from one region to another, as

depicted in figure 4 and discussed in paragraph 75, Robbins is not concerned with the

edge or area beyond the edge of the document. Robbins zooms into the second region

based on a degree that was present in the initial focus of interest and is not related to

the edge of the document.

Zimmerman discloses the features of "damped motion"; however, Zimmerman

does not disclose in response to detecting that the object is no longer on or near the

touch screen display, translating the electronic document in a second direction until the

area beyond the edge of the electronic document is no longer displayed to display a

fourth portion of the electronic document, wherein the fourth portion is different from the

first portion.

Accordingly, each of Glimpse, Inside Out, Robbins, and Zimmerman, either

singularly or in combination fail to teach or suggest, "in response to detecting that the

object is no longer on or near the touch screen display, translating the electronic

document in a second direction until the area beyond the edge of the electronic

document is no longer displayed to display a fourth portion of the electronic document,

wherein the fourth portion is different from the first portion".


4.      Claims 2-18 are considered to be patentable due to their dependency on claim 1.

Application/Control Number: 90/010,963                                    Page 6
Art Unit: 3992

5.      Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays.  Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.


### *Conclusion*


6.      The patent owner is reminded of the continuing responsibility under 37 CFR

1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent

proceeding, involving Patent No. 7,469,381 B2 throughout the course of this

reexamination proceeding.  The third party requester is also reminded of the ability to

similarly apprise the Office of any such activity or proceeding throughout the course of

this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.


7.      Extensions of time under 37 CFR 1.136(a) will not be permitted in these

proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and

not to parties in a reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that

reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).

Extension of time in *ex parte* reexamination proceedings are provided for in 37 CFR

1.550(c).

Application/Control Number: 90/010,963                                    Page 7
Art Unit: 3992

8.      All correspondence relating to this ex parte reexamination proceeding should be

directed:

By Mail to:      Mail Stop *Ex Parte* Reexam
                 Central Reexamination Unit
                 Commissioner for Patents
                 United States Patent & Trademark Office
                 P.O. Box 1450
                 Alexandria, VA 22313-1450

By FAX to:       (571) 273-9900
                 Central Reexamination Unit

By hand:         Customer Service Window
                 Randolph Building
                 401 Dulany Street
                 Alexandria, VA 22314 .

         Any inquiry concerning this communication should be directed to Rachna Desai

at telephone number 571-272-4099.


/Rachna S Desai/
Primary Examiner, Art Unit 3992


Conferee:                                    Conferee:

                                             JESSICA HARRISON
                                    SUPERVISORY PATENT EXAMINER

| *Reexamination* | Application/Control No. 90010963 | Applicant(s)/Patent Under Reexamination 7469381 |
|---|---|---|
| | Certificate Date 01/05/2010 | Certificate Number C1 |

| Requester Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|

BRIENT INTELLECTUAL PROPERTY LAW, LLC
2300 LAKEVIEW PARKWAY
SUITE 700
ALPHARETTA, GA  30009

| LITIGATION REVIEW ☒ | /RSD/ (examiner initials) | 01/05/2010 (date) |
|---|---|---|
| Case Name | | Director Initials |
| 1:10CV16  Apple Inc v. High Tech Computer Corp et al.7 | | *Jh for Rey* |
| | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| NONE | |
| | |
| | |
| | |

| | |
|---|---|
| | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90010963 | 7469381 |
| | Examiner | Art Unit |
| | Christina Y. Leung | 3992 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Reviewed cited references and patented file's prosecution history. | 7-8-10 | /CL/ |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

| **Issue Classification** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 90010963 | 7469381 |
| | **Examiner** | **Art Unit** |
| | Rachna Desai | 3992 |

| **ORIGINAL** | | **INTERNATIONAL CLASSIFICATION** | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **CLASS** | **SUBCLASS** |
|---|---|
| 715 | 702.000 |

| | **CLAIMED** | | | | | | **NON-CLAIMED** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| G | 0 | 6 | F | 3 / 01 (2006.01.01) | | | | | | |
| G | 0 | 6 | F | 3 / 048 (2006.01.01) | | | | | | |
| G | 0 | 6 | F | 3 / 033 (2006.01.01) | | | | | | |
| G | 0 | 6 | F | 3 / 14 (2006.01.01) | | | | | | |

**CROSS REFERENCE(S)**

| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | |
|---|---|---|---|---|---|
| 715 | 764 | 769 | 863 | 864 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ☐ | Claims renumbered in the same order as presented by applicant | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 17 | 17 | | | | | | | | | | | | |
| 2 | 2 | 18 | 18 | | | | | | | | | | | | |
| 3 | 3 | 19 | 19 | | | | | | | | | | | | |
| 4 | 4 | 20 | 20 | | | | | | | | | | | | |
| 5 | 5 | | | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| 7 | 7 | | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |
| 10 | 10 | | | | | | | | | | | | | | |
| 11 | 11 | | | | | | | | | | | | | | |
| 12 | 12 | | | | | | | | | | | | | | |
| 13 | 13 | | | | | | | | | | | | | | |
| 14 | 14 | | | | | | | | | | | | | | |
| 15 | 15 | | | | | | | | | | | | | | |
| 16 | 16 | | | | | | | | | | | | | | |

| | | **Total Claims Allowed:** |
|---|---|---|
| (Assistant Examiner) | (Date) | 20 |
| /RACHNA S DESAI/ Primary Examiner.Art Unit 3992 | | **O.G. Print Claim(s)** / **O.G. Print Figure** |
| (Primary Examiner) | (Date) 01/04/2011 | 1 / 8C |



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

CONFIRMATION NO. 8062

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 90/010,963 | 04/28/2010 RULE | 715 | 3992 | 0919/01028 |

**APPLICANTS**
　　7469381, Residence Not Provided;
　　APPLE INC. (OWNER), CUPERTINO, CA;
　　BRIENT INTELLECTUAL PROPERTY LAW, LLC. (3RD PTY. REQ.), ALPHARETTA, GA;
　　BRIENT INTELLECTUAL PROPERTY LAW, LLC, ALPHARETTA, GA

** CONTINUING DATA ***************************
　　This application is a REX of 11/956,969 12/14/2007 PAT 7,469,381
　　　　which claims benefit of 60/879,253 01/07/2007
　　　　and claims benefit of 60/883,801 01/07/2007
　　　　and claims benefit of 60/879,469 01/08/2007
　　　　and claims benefit of 60/945,858 06/22/2007
　　　　and claims benefit of 60/946,971 06/28/2007
　　　　and claims benefit of 60/937,993 06/29/2007

** FOREIGN APPLICATIONS ***************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **

| Foreign Priority claimed ☐ Yes ☑ No<br>35 USC 119(a-d) conditions met ☐ Yes ☑ No<br>Verified and /Rachna Desai/<br>Acknowledged　Examiner's Signature | ☐ Met after Allowance<br><br>Initials | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS<br>20 | INDEPENDENT CLAIMS<br>3 |
|---|---|---|---|---|---|

**ADDRESS**
Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
UNITED STATES

**TITLE**
LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY

| FILING FEE RECEIVED<br>2520 | FEES: Authority has been given in Paper<br>No._____ to charge/credit DEPOSIT ACCOUNT<br>No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

# Litigation Search Report CRU 3999

## Reexam Control No. 90/010,963

| | |
|---|---|
| **TO: RACHNA DESAI**<br>Location: CRU<br>Art Unit: 3992<br>Date: 12/23/10<br>Case Serial Number: 90/010,963 | **From: DENISE L. BOYD**<br>Location: CRU 3999<br>MDW 7C35<br>Phone: (571) 272-0992<br>Denise.Boyd@uspto.gov |

## Search Notes

**Litigation was found involving U.S. Patent Number 7,469,381.**
**Sources:**


**1:10CV168 – OPEN**


1) I performed a KeyCite Search in Westlaw, which retrieves all history on the patent including any litigation.

2) I performed a search on the patent in Lexis CourtLink for any open dockets or closed cases.

3) I performed a search in Lexis in the Federal Courts and Administrative Materials databases for any cases found.

4) I performed a search in Lexis in the IP Journal and Periodicals database for any articles on the patent.

5) I performed a search in Lexis in the news databases for any articles about the patent or any articles about litigation on this patent.

Westlaw.

Date of Printing: Dec 23, 2010

## KEYCITE

**C US PAT 7469381 LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY, Assignee: Apple Inc. (Dec 23, 2008)**

### History
### Direct History

=> 1 **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY**, US PAT 7469381, 2008 WL 5338648 (U.S. PTO Utility Dec 23, 2008) (NO. 11/956969)

### Patent Family

2 COMPUTER-IMPLEMENTED LIST SCROLLING METHOD FOR USE WITH E.G. MOBILE PHONE, INVOLVES TRANSLATING DOCUMENT IN DIRECTION WHEN OBJECT IS NO LONGER DETECTED ON OR NEAR DISPLAY AND AREA BEYOND EDGE OF DOCUMENT IS NOT DISPLAYED, Derwent World Patents Legal 2008-H73568

### Assignments

3 Action: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). Number of Pages: 002, (DATE RECORDED: Aug 15, 2008)

### Patent Status Files

.. Request for Re-Examination, (OG DATE: Jul 13, 2010)
.. Certificate of Correction, (OG DATE: Mar 10, 2009)

### Docket Summaries

6 APPLE INC. v. HIGH TECH COMPUTER CORP. ET AL, (D.DEL. Mar 02, 2010) (NO. 1:10CV00167), (35 USC 271 PATENT INFRINGEMENT)

### Litigation Alert

7 Derwent LitAlert P2010-11-20 (Mar 02, 2010) Action Taken: complaint

### Prior Art (Coverage Begins 1976)

C 8 APPARATUS FOR MANIPULATING AN OBJECT DISPLAYED ON A DISPLAY DEVICE BY USING A TOUCH SCREEN, US PAT 5844547Assignee: Fujitsu Limited, (U.S. PTO Utility 1998)

C 9 AUTOMATIC SCROLLING, US PAT 6975306Assignee: Microsoft Corporation, (U.S. PTO

© 2010 Thomson Reuters. All rights reserved.

Utility 2005)

C  10 AUTOMATICALLY SCROLLING HANDWRITTEN INPUT USER INTERFACE FOR PER-
SONAL DIGITAL ASSISTANTS AND THE LIKE, US PAT 6661409Assignee: Motorola, Inc.,
(U.S. PTO Utility 2003)

C  11 DATA PROCESSING APPARATUS FOR SCROLLING A DISPLAY IMAGE BY DESIGNAT-
ING A POINT WITHIN THE VISUAL DISPLAY REGION, US PAT 5867158Assignee: Sharp
Kabushiki Kaisha, (U.S. PTO Utility 1999)

C  12 DISPLAY APPARATUS AND PORTABLE INFORMATION PROCESSING APPARATUS,
US PAT 6809724Assignee: Seiko Epson Corporation, (U.S. PTO Utility 2004)

C  13 FORM FACTOR FOR PORTABLE DEVICE, US PAT 7009599Assignee: Nokia Corporation,
(U.S. PTO Utility 2006)

C  14 IMAGE INPUT APPARATUS, PROGRAM EXECUTED BY COMPUTER, AND METHOD
FOR PREPARING DOCUMENT WITH IMAGE, US PAT 7154534Assignee: Ricoh Company,
Ltd., (U.S. PTO Utility 2006)

C  15 INFORMATION PROCESSING APPARATUS, INFORMATION PROCESSING METHOD
AND PROGRAM STORAGE MEDIA, US PAT 6912462Assignee: Sony Corporation, (U.S.
PTO Utility 2005)

C  16 MANUAL CONTROLLED SCROLLING, US PAT 6707449Assignee: Microsoft Corporation,
(U.S. PTO Utility 2004)

C  17 METHOD AND APPARATUS FOR INTEGRATING MANUAL INPUT, US PAT
6323846Assignee: University of Delaware, (U.S. PTO Utility 2001)

C  18 METHOD AND SYSTEM FOR NAVIGATING A DISPLAY SCREEN FOR LOCATING A
DESIRED ITEM OF INFORMATION, US PAT 7075512Assignee: PalmSource, Inc., (U.S. PTO
Utility 2006)

C  19 METHOD AND SYSTEM FOR PROVIDING TOUCH-SENSITIVE SCREENS FOR THE
VISUALLY IMPAIRED, US PAT 6489951Assignee: Microsoft Corporation, (U.S. PTO Utility
2002)

C  20 METHOD OF SCROLLING A DISPLAY WINDOW, US PAT 6907575Assignee: Danger, Inc.,
(U.S. PTO Utility 2005)

C  21 METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR DISPLAY OF IN-
FORMATION RELATING TO A VIRTUAL THREE-DIMENSIONAL BOOK, US PAT
7240291Assignee: Xerox Corporation, (U.S. PTO Utility 2007)

C  22 MOVABLE TOUCH PAD WITH ADDED FUNCTIONALITY, US PAT APP 20050052425
(U.S. PTO Application 2005)

C  23 MULTI-FUNCTION POINTING DEVICE, US PAT 7102626Assignee: Hewlett-Packard Devel-
opment Company, L.P., (U.S. PTO Utility 2006)

C  24 MULTI-TOUCH SYSTEM AND METHOD FOR EMULATING MODIFIER KEYS VIA FIN-
GERTIP CHORDS, US PAT 6570557Assignee: Finger Works, Inc., (U.S. PTO Utility 2003)

C  25 PCI RADIATION IMAGE PROCESSING APPARATUS, PCI RADIATION IMAGE DETECT-
ING APPARATUS, PCI RADIATION IMAGE OUTPUTTING APPARATUS, AND PCI IM-
AGE DIAGNOSIS SUPPORTING APPARATUS, US PAT 7155048Assignee: Konica Corpora-

© 2010 Thomson Reuters. All rights reserved.

tion, (U.S. PTO Utility 2006)

C   26 PERSONAL COMMUNICATION DEVICE HAVING A BUILT IN PROJECTION DISPLAY, US PAT 7184796Assignee: International Business Machines, (U.S. PTO Utility 2007)

C   27 SCROLLING CONTENTS OF A WINDOW, US PAT 5495566Assignee: Microsoft Corporation, (U.S. PTO Utility 1996)

C   28 SCROLLING METHOD USING SCREEN POINTING DEVICE, US PAT 6972776Assignee: Agilent Technologies, Inc., (U.S. PTO Utility 2005)

C   29 SCROLLING NAVIGATIONAL DISPLAY SYSTEM, US PAT 6034688Assignee: Sony Corporation, (U.S. PTO Utility 2000)

C   30 SYSTEM AND METHODS FOR NAVIGATING AND VISUALIZING MULTI-DI-MENSIONAL BIOLOGICAL DATA, US PAT 7181373Assignee: Agilent Technologies, Inc., (U.S. PTO Utility 2007)

C   31 TOUCH PAD FOR HANDHELD DEVICE, US PAT APP 20050110768 (U.S. PTO Application 2005)

C   32 TOUCH PAD HANDHELD DEVICE, US PAT 7046230Assignee: Apple Computer, Inc., (U.S. PTO Utility 2006)

C   33 TOUCH PAD HANDHELD DEVICE, US PAT APP 20030076306 (U.S. PTO Application 2003)

C   34 TOUCH-SCREEN IMAGE SCROLLING SYSTEM AND METHOD, US PAT 6690387Assignee: Koninklijke Philips Electronics N.V., (U.S. PTO Utility 2004)

C   35 TOUCH SCREEN USING PRESSURE TO CONTROL THE ZOOM RATIO, US PAT 6567102Assignee: Compal Electronics Inc., (U.S. PTO Utility 2003)

© 2010 Thomson Reuters. All rights reserved.

# US District Court Civil Docket

## U.S. District - Delaware
## (Wilmington)

## 1:10cv167

# Apple Inc v. High Tech Computer Corp et al

This case was retrieved from the court on Thursday, December 23, 2010

| | |
|---|---|
| **Date Filed:** 03/02/2010 | **Class Code:** |
| **Assigned To:** Judge Gregory M Sleet | **Closed:** No |
| **Referred To:** | **Statute:** 35:271 |
| **Nature of suit:** Patent (830) | **Jury Demand:** Both |
| **Cause:** Patent Infringement | **Demand Amount:** $0 |
| **Lead Docket:** None | **NOS Description:** Patent |
| **Other Docket:** 1:09-cv-00791-GMS | |
| 1:09-cv-01002-GMS | |
| 1:10-cv-00166-GMS | |
| 1:10-cv-00544-GMS | |
| 1:10-cv-00867 | |
| **Jurisdiction:** Federal Question | |

| Litigants | Attorneys |
|---|---|
| Apple Inc<br>Plaintiff | Richard K Herrmann<br>[COR LD NTC]<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington , DE  19899-2306<br>USA<br>(302) 888-6800<br>Email: Rherrmann@morrisjames.com<br><br>Melanie R Rupert<br>[COR LD NTC]<br>EMAIL: MELANIERUPERT@PAULHASTINGS.COM<br><I>PRO HAC VICE</I><br><br>Robert A Appleby<br>[COR LD NTC]<br>EMAIL: ROBERT.APPLEBY@KIRKLAND.COM<br><I>PRO HAC VICE</I> |
| High Tech Computer Corp Also Known as Htc Corp<br>Defendant | Frederick L Cottrell , III<br>[COR LD NTC]<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N King Street<br>Wilmington , DE  19801<br>USA<br>(302) 658-6541<br>Email: COTTRELL@RLF.COM |

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Htc (Bvi) Corp
Defendant

Frederick L Cottrell , III
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Htc America Inc

Frederick L Cottrell , III

Defendant

[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Exedea Inc
Defendant

Frederick L Cottrell , III
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square

920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Exedea Inc
Counter Claimant

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Htc (Bvi) Corp
Counter Claimant

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

High Tech Computer Corp
Counter Claimant

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Htc America Inc
Counter Claimant

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

Apple Inc

Richard K Herrmann

Counter Defendant

[COR LD NTC]
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington , DE  19899-2306
USA
(302) 888-6800
Email: Rherrmann@morrisjames.com

Melanie R Rupert
[COR LD NTC]
EMAIL: MELANIERUPERT@PAULHASTINGS.COM
<I>PRO HAC VICE</I>

Apple Inc
Counter Claimant

Richard K Herrmann
[COR LD NTC]
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington , DE  19899-2306
USA
(302) 888-6800
Email: Rherrmann@morrisjames.com

Melanie R Rupert
[COR LD NTC]
EMAIL: MELANIERUPERT@PAULHASTINGS.COM
<I>PRO HAC VICE</I>

High Tech Computer Corp
Counter Defendant

Frederick L Cottrell , III
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

John W Shaw
[COR LD NTC]
Young, Conaway, Stargatt & Taylor

The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
(302)571-6600
Email: JSHAW@YCST.COM

| Date | # | Proceeding Text |
|------|---|-----------------|
| 03/02/2010 | 1 | COMPLAINT filed with Jury Demand against Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 0311-700624.) - filed by Apple Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B part 2, # 5 Exhibit C - F, # 6 Exhibit G - I, # 7 Exhibit J)(dab) (Entered: 03/03/2010) |
| 03/02/2010 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dab) (Entered: 03/03/2010) |
| 03/02/2010 | -- | Summons Issued as to Exedea Inc. on 3/2/2010; HTC (BVI) Corp. on 3/2/2010; HTC America Inc. on 3/2/2010; High Tech Computer Corp. on 3/2/2010. (dab) (Entered: 03/03/2010) |
| 03/02/2010 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Apple Inc. (dab) (Entered: 03/03/2010) |
| 03/03/2010 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 7,362,331 B2; 7,479,949 B2; 7,657,849 B2; 7,469,381 B2; 5,920,726; 7,633,076 B2; 5,848,105; 7,383,453 B2; 5,455,599; 6,424,354 (Attachments: # 1 Continuation of Report to Pat Comm) (dab) (Entered: 03/03/2010) |
| 03/10/2010 | -- | Case assigned to Judge Robert F. Kelly of the Eastern District of Pennsylvania (in lieu of Vacant Judgeship). Please include the initials of the Judge (RK) after the case number on all documents filed. (rjb) (Entered: 03/10/2010) |
| 03/24/2010 | 5 | Letter to The Honorable Gregory M. Sleet from Richard K. Herrmann regarding related actions. (Herrmann, Richard) (Entered: 03/24/2010) |
| 03/31/2010 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint, - filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order)(Cottrell, Frederick) (Entered: 03/31/2010) |
| 03/31/2010 | 7 | AFFIDAVIT of Service for Complaint served on HTC America, Inc. and High Tech Computer Corp. a/k/a HTC Corp. on March 9, 2010 and March 16, 2010 respectively, filed by Apple Inc.. (Herrmann, Richard) (Entered: 03/31/2010) |
| 04/05/2010 | -- | SO ORDERED, re 6 MOTION for Extension of Time to File Answer - Set/Reset Answer Deadlines: Exedea Inc. answer due 5/21/2010; HTC (BVI) Corp. answer due 5/21/2010; HTC America Inc. answer due 5/21/2010; High Tech Computer Corp. answer due 5/21/2010. Signed by Judge Robert F. Kelly on 4/1/10. (rwc) (Entered: 04/05/2010) |
| 04/09/2010 | 8 | MOTION to Transfer Case to United States District Court for the Northern District California - filed by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Compliance 7.1.1 Certification)(Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 9 | OPENING BRIEF in Support re 8 MOTION to Transfer Case to United States District Court for the Northern District California filed by Exedea Inc., HTC America Inc., High Tech Computer Corp..Answering Brief/Response due date per Local Rules is 4/26/2010. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 10 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00166-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Brian Ong) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 11 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00166-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Andrew Rubin) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 12 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00166-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Jason Mackenzie) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 13 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00166-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Ellison Wada) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 - Part 1, # 3 Exhibit 2 - Part 2, # 4 |

Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47)(Ferguson, Stephen) (Entered: 04/09/2010)

| | | |
|---|---|---|
| 04/15/2010 | 14 | NOTICE OF SUBSTITUTION OF COUNSEL re Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.: Entry of appearance of attorney Karen L. Pascale. Attorney (1) Frederick L. Cottrell, III and (2) Stephen M. Ferguson terminated. (Pascale, Karen) (Entered: 04/15/2010) |
| 04/23/2010 | 15 | STIPULATION and Proposed Order on Motion to Transfer by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Pascale, Karen) (Entered: 04/23/2010) |
| 05/12/2010 | 16 | JOINDER by HTC (BVI) Corp., joining in (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) Motion to Transfer Case,. (Pascale, Karen) (Entered: 05/12/2010) |
| 05/14/2010 | 17 | Joint MOTION for Extension of Time to (1) respond to complaint and (2) respond to motion to transfer venue - filed by Apple Inc., Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp., NeXT Software Inc.. (Herrmann, Richard) (Entered: 05/14/2010) |
| 05/17/2010 | 18 | SO ORDERED, re (19 in 1:10-cv-00166-RK, 17 in 1:10-cv-00167-RK) Joint MOTION for Extension of Time to (1) respond to complaint and (2) respond to motion to transfer venue . Signed by Judge Robert F. Kelly on 5/17/10. Associated Cases: 1:10-cv-00166-RK, 1:10-cv-00167-RK(ntl) (Entered: 05/17/2010) |
| 05/17/2010 | -- | Reset Answer Deadlines: Exedea Inc. answer due 6/4/2010; HTC (BVI) Corp. answer due 6/4/2010; HTC America Inc. answer due 6/4/2010; High Tech Computer Corp. answer due 6/4/2010 PER D.I. 18. (ntl) (Entered: 05/17/2010) |
| 05/24/2010 | 19 | MOTION to Consolidate Cases 09-791; 09-1002; 10-166; and 10-167 - filed by Apple Inc.. (Herrmann, Richard) (Entered: 05/24/2010) |
| 05/24/2010 | 20 | OPENING BRIEF in Support re 19 MOTION to Consolidate Cases 09-791; 09-1002; 10-166; and 10-167 filed by Apple Inc..Answering Brief/Response due date per Local Rules is 6/10/2010. (Herrmann, Richard) (Entered: 05/24/2010) |
| 05/24/2010 | 21 | DECLARATION re 19 MOTION to Consolidate Cases 09-791; 09-1002; 10-166; and 10-167 by Apple Inc.. (Herrmann, Richard) (Entered: 05/24/2010) |
| 05/24/2010 | 22 | SEALED ANSWERING BRIEF in Opposition re 8 MOTION to Transfer Case to United States District Court for the Northern District California Pursuant to 28 U.S.C. Section 1404 filed by Apple Inc..Reply Brief due date per Local Rules is 6/4/2010. (Herrmann, Richard) (Entered: 05/24/2010) |
| 05/24/2010 | 23 | SEALED DECLARATION re 22 Answering Brief in Opposition, to Motion Pursuant to 28 U.S.C. Section 1404 to Transfer Venue to the Northern District of California by Apple Inc.. (Herrmann, Richard) (Entered: 05/24/2010) |
| 05/25/2010 | -- | NOTICE RE COURTESY COPIES: Please note that in cases assigned to Visiting Judges, courtesy copies of electronically filed documents - (OVER 50 PAGES) - should be sent to the chambers of the Visiting Judge unless otherwise directed. The courtesy copies of documents not filed electronically should also be sent to the chambers of the Visiting Judge. The originals of the non-electronic documents (sealed documents, oversized documents, etc.) should be filed in the Clerks Office in the District of Delaware. (rwc) (Entered: 05/25/2010) |
| 06/02/2010 | 24 | MOTION for Extension of Time to File 1) Reply Brief in Support of Defendants' Motion to Transfer Venue [D.I. 8 in C.A. No. 10-166-RK and D.I. 8 in C.A. No. 10-167-RK] and 2) Opposition to Plaintiffs' Motion for Consolidation [D.I. 21 in C.A. No. 10-166-RK and D.I. 19 in C.A. No. 10-167-RK] - UNOPPOSED - filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order)(Pascale, Karen) (Entered: 06/02/2010) |
| 06/03/2010 | 25 | SO ORDERED - Motion for Extension of Time. Signed by Judge Robert F. Kelly on 6/3/10. (rwc) (Entered: 06/03/2010) |
| 06/04/2010 | -- | REDACTION NOTICE: In accordance with section G of the Administrative Procedures Governing Filing and Service by Electronic Means, redacted versions of sealed documents shall be filed electronically within 7 days of the filing of the sealed document. The records of this case do not reflect the filing of a redacted version of (DI # 24,25 in CA 10-166 RK & DI # 22,23 in CA 10-167 RK) Associated Cases: 1:10-cv-00166-RK, 1:10-cv-00167-RK(rwc) (Entered: 06/04/2010) |
| 06/04/2010 | 26 | MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) - filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order)(Pascale, Karen) (Entered: 06/04/2010) |
| 06/04/2010 | 27 | OPENING BRIEF in Support re 26 MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) MOTION to Dismiss for Failure to State a Claim - Motion to |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp..Answering Brief/Response due date per Local Rules is 6/21/2010. (Pascale, Karen) (Entered: 06/04/2010) |
| 06/04/2010 | 28 | STATEMENT re 26 MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) , 27 Opening Brief in Support, - REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COUNT VIII OF COMPLAINT PURSUANT TO RULE 12(b)(6) - by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B-H) (Pascale, Karen) (Entered: 06/04/2010) |
| 06/07/2010 | 29 | REDACTED VERSION of (24 in 1:10-cv-00166-RK) Answering Brief in Opposition, (22 in 1:10-cv-00167-RK) Answering Brief in Opposition, to Motion to Transfer by Apple Inc.. (Herrmann, Richard) (Entered: 06/07/2010) |
| 06/07/2010 | 30 | DECLARATION re (23 in 1:10-cv-00167-RK) Declaration, (25 in 1:10-cv-00166-RK) Declaration of Richard Herrmann by Apple Inc.. (Herrmann, Richard) (Entered: 06/07/2010) |
| 06/09/2010 | 31 | SEALED REPLY BRIEF re 8 MOTION to Transfer Case to United States District Court for the Northern District California filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Pascale, Karen) (Entered: 06/09/2010) |
| 06/09/2010 | 32 | SEALED DECLARATION re 31 Reply Brief - Declaration of Karen L. Pascale - by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit 1-9-FILED UNDER SEAL)(Pascale, Karen) (Entered: 06/09/2010) |
| 06/14/2010 | 33 | REQUEST for Oral Argument by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp. re 8 MOTION to Transfer Case to United States District Court for the Northern District California. (Pascale, Karen) (Entered: 06/14/2010) |
| 06/18/2010 | 34 | REDACTED VERSION of (31 in 1:10-cv-00167-RK) Reply Brief, (30 in 1:10-cv-00166-RK) Reply Brief in Support of Motion to Transfer Case to United States District Court for the Northern District California by HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp., Exedea Inc.. (Pascale, Karen) (Entered: 06/18/2010) |
| 06/18/2010 | 35 | REDACTED VERSION of (32 in 1:10-cv-00167-RK) Declaration, (31 in 1:10-cv-00166-RK) Declaration of Karen L. Pascale - by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit 1-9)(Pascale, Karen) (Entered: 06/18/2010) |
| 06/21/2010 | 36 | MOTION to Defer Oral Argument on Pending Motion to Transfer - filed by Apple Inc., NeXT Software Inc.. (Herrmann, Richard) (Entered: 06/21/2010) |
| 06/21/2010 | 37 | PROPOSED ORDER granting Plaintiffs' Motion to Defer Oral Argument on Pending Motion to Transfer re (35 in 1:10-cv-00166-RK, 36 in 1:10-cv-00167-RK) MOTION to Defer Oral Argument on Pending Motion to Transfer by Apple Inc., NeXT Software Inc.. (Herrmann, Richard) (Entered: 06/21/2010) |
| 06/21/2010 | 38 | First AMENDED COMPLAINT against Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.- filed by Apple Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1, # 3 Exhibit B part 2, # 4 Exhibit C-E, # 5 Exhibit F, # 6 Exhibit G-H)(Herrmann, Richard) (Entered: 06/21/2010) |
| 06/21/2010 | 39 | ANSWERING BRIEF in Opposition re 26 MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) filed by Apple Inc..Reply Brief due date per Local Rules is 7/1/2010. (Herrmann, Richard) (Entered: 06/21/2010) |
| 06/21/2010 | 40 | PROPOSED ORDER Deny as Moot - Motion to Dismiss re 26 MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) by Apple Inc.. (Herrmann, Richard) (Entered: 06/21/2010) |
| 06/21/2010 | 41 | ANSWERING BRIEF in Opposition re 19 MOTION to Consolidate Cases 09-791; 09-1002; 10-166; and 10-167 filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp..Reply Brief due date per Local Rules is 7/1/2010. (Pascale, Karen) (Entered: 06/21/2010) |
| 06/21/2010 | 42 | DECLARATION re 41 Answering Brief in Opposition, - Declaration of Karen L. Pascale - by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit 1-3)(Pascale, Karen) (Entered: 06/21/2010) |
| 06/21/2010 | 43 | RESPONSE to Motion re 36 MOTION to Defer Oral Argument on Pending Motion to Transfer filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Pascale, Karen) (Entered: 06/21/2010) |
| 06/23/2010 | 44 | ORDER granting 36 Motion to Defer Oral Argument on Pending Motion to Transfer. Oral argument on the pending Motion to Transfer is deferred until the Court has ruled on Plaintiffs' Motion for Consolidation. Signed by Judge Robert F. Kelly on 6/23/10. (fms) (Entered: 06/23/2010) |
| 06/23/2010 | 45 | MOTION for Pro Hac Vice Appearance of Attorney Robert A. Appleby, Attorney Melanie R. Rupert and Attorney |

Ryan H. Coletti - filed by Apple Inc.. (Herrmann, Richard) (Entered: 06/23/2010)

| 06/25/2010 | -- | SO ORDERED, re 45 MOTION for Pro Hac Vice Appearance of Attorney Robert A. Appleby, Attorney Melanie R. Rupert and Attorney Ryan H. Coletti filed by Apple Inc. Signed by Judge Robert F. Kelly on 6/25/10. (ntl) (Entered: 06/28/2010) |
|---|---|---|
| 06/28/2010 | 46 | NOTICE of Withdrawal of Motion to Dismiss Count VIII of Complaint (D.I. 26) Without Prejudice Due to Mootness by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp. re 26 MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) MOTION to Dismiss for Failure to State a Claim - Motion to Dismiss Count VIII of Complaint Pursuant to Rule 12(b)(6) (Pascale, Karen) (Entered: 06/28/2010) |
| 07/01/2010 | 47 | REPLY BRIEF re 19 MOTION to Consolidate Cases 09-791; 09-1002; 10-166; and 10-167 filed by Apple Inc.. (Herrmann, Richard) (Entered: 07/01/2010) |
| 07/06/2010 | 48 | ANSWER to Amended Complaint ANSWER to 38 Amended Complaint, with Jury Demand, COUNTERCLAIM against Apple Inc. by Exedea Inc., HTC (BVI) Corp., High Tech Computer Corp., HTC America Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Shaw, John) (Entered: 07/06/2010) |
| 07/08/2010 | -- | Case reassigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. Associated Cases: 1:10-cv-00166-GMS, 1:10-cv-00167-GMS(rjb) (Entered: 07/08/2010) |
| 07/13/2010 | 49 | MOTION for Pro Hac Vice Appearance of Attorney Steven Cherny - filed by Apple Inc.. (Herrmann, Richard) (Entered: 07/13/2010) |
| 07/21/2010 | -- | SO ORDERED, re 49 MOTION for Pro Hac Vice Appearance of Attorney Steven Cherny filed by Apple Inc. Ordered by Chief Judge Gregory M. Sleet on 7/21/2010. (asw) (Entered: 07/21/2010) |
| 07/29/2010 | 50 | MOTION for Pro Hac Vice Appearance of Attorney James E. Marina - filed by Apple Inc.. (Herrmann, Richard) (Entered: 07/29/2010) |
| 07/30/2010 | 51 | ANSWER to 48 Answer to Amended Complaint, Counterclaim,,, COUNTERCLAIM against High Tech Computer Corp. by Apple Inc..(Herrmann, Richard) (Entered: 07/30/2010) |
| 07/30/2010 | 52 | MOTION for Pro Hac Vice Appearance of Attorney Mark D. Fowler, Attorney M. Elizabeth Day, Attorney David L. Alberti and Attorney Yakov Zolotorev - filed by Apple Inc.. (Herrmann, Richard) (Entered: 07/30/2010) |
| 08/04/2010 | -- | SO ORDERED, re 50 MOTION for Pro Hac Vice Appearance of Attorney James E. Marina filed by Apple Inc., 52 MOTION for Pro Hac Vice Appearance of Attorney Mark D. Fowler, Attorney M. Elizabeth Day, Attorney David L. Alberti and Attorney Yakov Zolotorev filed by Apple Inc. Ordered by Chief Judge Gregory M. Sleet on 8/4/10. (mmm) (Entered: 08/04/2010) |
| 08/05/2010 | 53 | MOTION for Pro Hac Vice Appearance of Attorney Clayton Thompson - filed by Apple Inc.. (Herrmann, Richard) (Entered: 08/05/2010) |
| 08/05/2010 | -- | SO ORDERED, re 53 MOTION for Pro Hac Vice Appearance of Attorney Clayton Thompson filed by Apple Inc. Ordered by Chief Judge Gregory M. Sleet on 8/5/2010. (asw) (Entered: 08/05/2010) |
| 08/23/2010 | 54 | ANSWER to 51 Answer to Counterclaim, [High Tech Computer Corp.'s a/k/a HTC Corp.'s Reply to Apple Inc.'s Counter-Counterclaims] by High Tech Computer Corp..(Pascale, Karen) (Entered: 08/23/2010) |
| 09/14/2010 | 55 | NOTICE requesting Clerk to remove Melanie Rupert as co-counsel. Reason for request: no longer with Kirkland & Ellis. (Herrmann, Richard) (Entered: 09/14/2010) |
| 09/17/2010 | -- | Pro Hac Vice Attorney Robert A. Appleby for Apple Inc., and for NeXT Software Inc. added for electronic noticing. Associated Cases: 1:10-cv-00166-GMS, 1:10-cv-00167-GMS, 1:10-cv-00544-GMS(nms) (Entered: 09/17/2010) |
| 09/27/2010 | -- | Pro Hac Vice Attorney Robert A. Appleby for Apple Inc. added for electronic noticing. (els) (Entered: 09/27/2010) |
| 12/06/2010 | 56 | ORDER denying (47) Motion to Consolidate Cases in case 1:09-cv-00791-GMS; denying (17) Motion to Consolidate Cases in case 1:09-cv-01002-GMS; denying (19) Motion to Consolidate Cases in case 1:10-cv-00167-GMS; denying (21) Motion to Consolidate Cases in case 1:10-cv-00166-GMS. Signed by Chief Judge Gregory M. Sleet on 12/6/2010. (asw) (Entered: 12/06/2010) |
| 12/16/2010 | 57 | MOTION for Pro Hac Vice Appearance of Attorney Gregory S. Arovas of the law firm of Kirkland & Ellis LLP - filed by Apple Inc., NeXT Software Inc.. (Herrmann, Richard) (Entered: 12/16/2010) |

Copyright © 2010 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

Switch Client |Preferences |Help |Sign Out

| *My Lexis*™ | Search | | Get a Document | *Shepard's*® | More | | History | Alerts |

All | Legal | News & Business | Public Records | Patent Law | Find A Source | Add/Edit Subtabs

Command Searching > Utility, Design and Plant Patents

---

**Search**                                                                   View Tutorial

**Select Search Type and Enter Search Terms**

| Terms & Connectors | patno=7469381 |
|---|---|
| Natural Language | |
| Easy Search™ | |
| Semantic Search What's this? | |

Suggest terms for my search

Check spelling

[ Search ]

**Restrict by Document Segment**

Select a document segment, enter search terms for the segment, then click Add.

[ Select a Segment ▾ ]  [                          ]  [ Add ᐱ ]

**Note:** Segment availability differs between sources. Segments may not be applied consistently across sources.

**Restrict by Date**

( ) No Date Restrictions    ( ) From [                ] To [                ]   Date formats...

---

**Search Connectors**

| and | and | w/p | in same paragraph |
| or | or | w/seg | in same segment |
| w/N | within N words | w/s | in same sentence |
| pre/N | precedes by N words | and not | and not |

More Connectors & Commands...

**How Do I...?**

Combine sources?
Restrict by date?
Restrict by document segment?
Use wildcards as placeholders for one or more characte
search term?

View Tutorials

---

In

About LexisNexis  | Privacy Policy  | Terms & Conditions  | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Switch Client | Preferences | Help | Sign Out

| *My Lexis*™ | **Search** | **Get a Document** | *Shepard's*® | **More** | | **History** | **Alerts** |
|---|---|---|---|---|---|---|---|

FOCUS™ Terms  patno=7469381      Search Within  Original Results (1 - 1)   ☐ Using Semantic Concepts

What's this?     Advanced...

View Tutorial

Source:  **Command Searching > Utility, Design and Plant Patents** ⓘ
Terms:  **patno=7469381**  (Edit Search | Suggest Terms for My Search)

*956969 (11) 7469381 December 23, 2008*

UNITED STATES PATENT AND TRADEMARK OFFICE GRANTED PATENT

**7469381**

Get Drawing Sheet 1 of 38
Access PDF of Official Patent *
Order Patent File History / Wrapper from REEDFAX®
Link to Claims Section

July 10, 2008

List scrolling and document translation, scaling, and rotation on a touch-screen display

**REEXAM-LITIGATE:**


Reexamination requested April 28, 2010 by Scott E. Brient, Brient Intellectual Property Law, LL., Alpharetta, GA, Reexamination No. 90/010,963 (O.G. July 13, 2010) Ex. Gp.: 3992 April 28, 2010


NOTICE OF LITIGATION

Apple Inc v. High Tech Computer Corp et al, Filed March 2, 2010, D.C. Delaware, Doc. No. 1:10cv167

**INVENTOR:** Ording, Bas - San Francisco, CALIFORNIA , United States of America (US), United States of America (US)

**APPL-NO:** 956969 (11)

**FILED-DATE:** December 14, 2007

**GRANTED-DATE:** December 23, 2008

**ASSIGNEE-PRE-ISSUE:**
August 15, 2008 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., APPLE INC. 1 INFINITE LOOP CUPERTINO CALIFORNIA 95014, Reel and Frame Number: 021397/0743

**ASSIGNEE-AT-ISSUE:**
Apple Inc., Cupertino, CALIFORNIA , United States of America (US), United States company or corporation (02)

**LEGAL-STATUS:**

August 15, 2008 - ASSIGNMENT
February 17, 2009 - CERTIFICATE OF CORRECTION
December 24, 2008 - Payor Number Assigned.

**CORE TERMS:** display, screen, touch, displayed, electronic, gesture, user, module, magnification, rotation, near, scrolling, detecting, detected, interface, web, portable, terminus, memory, predefined, icon, input, displaying, email, digital, finger, multifunction, controller, touch-sensitive, translation

   Source: **Command Searching > Utility, Design and Plant Patents** [i]
    Terms: **patno=7469381**  (Edit Search | Suggest Terms for My Search)
     View: Custom
Segments: Appl-no, Assignee, Filed, Granted-date, Inventor, Legal-status, Patno, Reexam-litigate
Date/Time: Thursday, December 23, 2010 - 4:20 PM EST

In              About LexisNexis  | Privacy Policy  | Terms & Conditions   | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Switch Client | Preferences | Help | Sign Out

| My Lexis™ | Search | Get a Document | Shepard's® | More | | History | Alerts |
|-----------|--------|----------------|-----------|------|--|---------|--------|

**FOCUS™** Terms 7469381 or 7,469,381 Search Within Original Results (1 - 1)     Advanced...     View Tutorial

All Results - (1) | News - (1)

Source: **Combined Source Set 1** [i]
Terms: **7469381 or 7,469,381** (Edit Search | Suggest Terms for My Search)

**All Results - 1**                                                    Print Summary Table

| Category | Sources |
|----------|---------|
| News - 1 | News, All (English, Full Text) - 1 |

Note: Sources may appear in more than one category. All Results counts the number of documents from each source only one time even though the source and its results may appear under multiple categories.

In

About LexisNexis  | Privacy Policy  | Terms & Conditions  | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Switch Client | Preferences | Help | Sign Out

| _My Lexis_™ | **Search** | **Get a Document** | _Shepard's_® | **More** | | **History** | **Alerts** |

FOCUS™ Terms 7469381 or 7,469,381 Search Within  Original Results (1 - 1)  Advanced...  View Tutorial

All Results - (1)  News - (1)

Source: **Combined Source Set 1** 🔽 **- News, All (English, Full Text)**
Terms: **7469381 or 7,469,381**  (Edit Search | Suggest Terms for My Search)

_Apple Sues HTC over 20 Mobile Phone Patents Global Insight March 3, 2010_

Copyright 2010 World Markets Research Limited
All Rights Reserved



Global Insight

March 3, 2010

**SECTION:** Main Story

**LENGTH:** 1329 words

**HEADLINE:** Apple Sues HTC over 20 Mobile Phone Patents

**BYLINE:** Seth Wallis-Jones

**BODY:**


Apple has hit back at Google's increasingly competitive Android platform with dual suits launched at the U.S. International Trade Commission and the U.S. District Court in Delaware against hardware vendor HTC, alleging infringement of 20 patents.

Apple has announced that it has launched suits to defend its patented intellectual property covering elements of the iPhone's user interface, underlying architecture, and hardware, which it alleges HTC has stolen and used in handsets, mainly those running the Android platform. Apple CEO Steve Jobs noted in a company statement that: "We can sit by and watch competitors steal our patented inventions, or we can do something about it. We've decided to do something about it....We think competition is healthy, but competitors should create their own original technology, not steal ours."

HTC has responded by noting that it has been "creating many of the most innovative smartphones" for some 13 years and that it "values U.S. and international patent rights work within the U.S. Judicial System to protect its own innovations and rights". This suggests a lightly veiled hint that it owns and will utilise its own relevant patent portfolio to defend the case.
**IHS Global Insight Perspective**

**Significance**               Apple has moved to defend its intellectual property as it
                               sees competing smartphones increasingly closing the gap

|  | with the iPhone. |
|---|---|
| **Implications** | The case will take years to settle and likely forms a plank of negotiating strategies that will result in some form of patent licensing for handsets sold in the United States. |
| **Outlook** | This will not help an increasingly held view that with its strong position Apple is acting as an overly dominant presence in the smartphone sector, belying its own previous image as the plucky underdog to the monolithic and corporate Microsoft. |

HTC also attempted to bring in some public support by positioning the case as Apple attempting to squash a rival that has brought real choice to the smartphone market: "HTC believes that consumer choice is a key component to success in the smartphone industry and this is best achieved through multiple suppliers providing a variety of mobile experiences." IT concluded that there is no short-term material impact.

Apple is seeking an injunction on imports of infringing devices through the U.S. International Trade Commission (ITC) and suing for triple damages--which are awardable in a case of wilful infringement--through the District Court in Delaware.

The Delaware complaint patents include:

- No. 7,362,331: Time-Based, Non-Constant Translation Of User Interface Objects Between States, issued 22 April 2008

- No. 7,479,949: Touch Screen Device, Method, And Graphical User Interface For Determining Commands By Applying Heuristics, issued 20 January 2009

- No. 7,657,849: Unlocking A Device By Performing Gestures On An Unlock Image, issued 2 February 2010

- No. **7,469,381:** List Scrolling And Document Translation, Scaling, And Rotation On A Touch-Screen Display, issued 23 December 2008

- No. 5,920,726: System And Method For Managing Power Conditions Within A Digital Camera Device, issued 6 July 1999

- No. 7,633,076: Automated Response To And Sensing Of User Activity In Portable Devices

- No. 5,848,105: GMSK Signal Processors For Improved Communications Capacity And Quality, issued 8 December 2008

- No. 7,383,453: Conserving Power By Reducing Voltage Supplied To An Instruction-Processing Portion Of A Processor, issued 3 June 2008

- No. 5,455,599: Object Oriented Graphic system, issued 3 October 1995

- No. 6,424,354: Object-Oriented Event Notification System With Listener Registration Of Both Interests And Methods

Those filed with the ITC include:

- No. 5,481,721: Method for Providing Automatic and Dynamic Translation of Object Oriented Programming Language-Based Message Passing Into Operation System Message Passing Using Proxy Objects, issued 2 January 1996

- No. 5,519,867: Object-Oriented Multitasking System, issued 21 May 1996

- No. 5,566,337: Method and Apparatus for Distributing Events in an Operating System, issued 15 October 1996

- No. 5,929,852: Encapsulated Network Entity Reference of a Network Component System, issued 27 July 1999

- No. 5,946,647: System and Method for Performing an Action on a Structure in Computer-Generated Data, issued 31 August 1999

- No. 5,969,705: Message Protocol for Controlling a User Interface From an Inactive Application Program, issued 19 October 1999

- No. 6,275,983: Object-Oriented Operating System, issued 14 August 2001

- No. 6,343,263: Real-Time Signal Processing System for Serially Transmitted Data, issued 29 January 2002

- No. 5,915,131: Method and Apparatus for Handling I/O Requests Utilizing Separate Programming Interfaces to Access Separate I/O Service, issued 22 June 1999

- No. RE39,486: Extensible, Replaceable Network Component System, reissued 6 February 2007


The devices covered include the Nexus One, the Touch Pro and Pro 2, the Touch Diamond, the Tilt II, Pure, Imagio and Dream/G1, the myTouch 3G, the Hero, the Droid Eris, and the HD2.

**Outlook and Implications**

**Defending Intellectual Property**

Apple is already tied up in patent litigation with Nokia, pursuing counterclaims through both the ITC and the courts against Nokia's original complaint that Apple was infringing its own intellectual property (see **United States: 23 February 2010:**  and **United States: 5 January 2010:** ). Apple, which has been mainly on the receiving end of recent patent actions, has acted here to assert its rights to a wide range of patents that have been used in the new generation of smartphones, notably the ones using the Android operating system (see **United States: 15 January 2010:** ). These manoeuvres are widely seen as an integral part of positioning for patent negotiations, proving the validity and relative value of claims as handset vendors will have a patent portfolio of their own with which to defend claims.

**Schedule of Events**

The ITC is generally quicker to act than the courts, with an initial decision after 45 days of beginning the hearing, although it must first be accepted, usually in a similar timescale. The ITC is limited to halting imports of infringing devices, which it takes as a serious measure. It is notable that the case against Qualcomm went through repeated stays of action and managed to obviate some of the impact on vendors using the contested chipsets and patented properties despite being in place for almost a year (see **United States: 15 October 2008:** ). There is potentially some similar confusion regarding the infringing party in this case with the Android operating system the underlying source of any patent infringement, bringing Google more firmly into

the picture. Qualcomm faced down both Nokia and Broadcom between 2005 and 2008 with claims and counterclaims dragging out the cases at both the ITC and the courts (see **World: 8 November 2005:** ).

**Bad Press**

The vocal "technorati" in the United States are generally ill-disposed to such actions, which are largely viewed as attempts to squeeze the competition. This is in large part due to the nature of the patent system in the United States, which is often accused of allowing frivolous patents that should not have passed prior art tests onto the books. There are shades of this in this case, with the patents on "Unlocking A Device By Performing Gestures On An Unlock Image" and some of the object-oriented patents coming in for specific criticism. Without deeper analysis of the patents under dispute it is difficult to determine their validity, which is likely the main avenue that HTC will pursue in fighting this case. In many ways Apple needs to defend these patents to lay claim to them and build up the value of its own patent portfolio. The targeting of HTC, a relatively small player seen as the underdog in this case, rather than directing the case at Google, which has developed much of the Android software used on the HTC phones and is widely seen as the real target in the case, has also proved something of a sore point for technology fans.

**LOAD-DATE:** April 2, 2010

Source: **Combined Source Set 1 ⓘ - News, All (English, Full Text)**
Terms: **7469381 or 7,469,381** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Thursday, December 23, 2010 - 4:16 PM EST

In

About LexisNexis  | Privacy Policy  | Terms & Conditions  | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark  Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/010,963 | 04/28/2010 | 7469381 | 0919/01028 | 8062 |

| 61725          7590          07/14/2010 | EXAMINER |
|---|---|
| Morgan Lewis & Bockius LLP/ AI<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306 | |

| | ART UNIT | PAPER NUMBER |
|---|---|---|

DATE MAILED: 07/14/2010

Please find below and/or attached an Office communication concerning this application or proceeding.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

BRIENT INTELLECTUAL PROPERTY LAW, LLC
2300 LAKEVIEW PARKWAY
SUITE 700
ALPHARETTA, GA 30009

**MAILED**

**JUL 1 4 2010**

**CENTRAL REEXAMINATION UNIT**

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/010,963*.

PATENT NO. *7469381*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. 90/010,963 | Patent Under Reexamination 7469381 | |
|---|---|---|---|
| | Examiner Christina Y. Leung | Art Unit 3992 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>28 April 2010</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,　　b)☒ PTO/SB/08,　　c)☐ Other: _____

1. ☒　The request for *ex parte* reexamination is GRANTED.

　　　　　RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐　The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

　　a) ☐　by Treasury check or,

　　b) ☐　by credit to Deposit Account No. _____,  or

　　c) ☐　by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

| /Christina Y. Leung/ Primary Examiner, Art Unit 3992 | | |
|---|---|---|

cc:Requester ( if third party requester )

Application/Control Number: 90/010,963                                                Page 2
Art Unit: 3992

## DECISION GRANTING EX PARTE REEXAMINATION

### *Decision on the Request*

The present request for *ex parte* reexamination raises a substantial new question of patentability with respect to **claims 1-20** of United States Patent 7,469,381 to **Ording**.

### *References Cited in the Request*

**Glimpse** (Forlines et al., "Glimpse: A Novel Input Model for Multi-Level Devices," Conference on Human Factors in Computing Systems CHI '05, Association for Computing Machinery, 2005, pp. 1375-1378)

**Inside Out** (Millhollon et al., "Microsoft Office Word 2003 Inside Out," Microsoft Press, 2004, pp. 13-16, 93, 762-765, 802-804)

**Robbins** (US 2005/0195154 A1)

**Zimmerman** (US 6,690,387 A)

### *Issues Raised by the Request*

**Issue 1**

The request alleges that Glimpse in combination with Inside Out raises a substantial new question of patentability with respect to claims 1-11, 13, 14, 16, 17, 19, and 20.

**Issue 2**

The request alleges that Glimpse in combination with Inside Out and Robbins raises a substantial new question of patentability with respect to claims 1-11, 13-17, 19, and 20.

**Issue 3**

Application/Control Number: 90/010,963                                    Page 3
Art Unit: 3992

The request alleges that Glimpse in combination with Inside Out, Robbins, and

Zimmerman raises a substantial new question of patentability with respect to claims 5, 9, 11, 12,

15, and 18.

## *The Ording Patent*

The Ording patent is generally directed to method and computer-readable instructions for

displaying an electronic document on a touch screen display in response to movement of an

object on or near the touch screen. Claim 1 is representative:

1. A computer-implemented method, comprising:

at a device with a touch screen display:

displaying a first portion of an electronic document;

detecting a movement of an object on or near the touch screen display;

in response to detecting the movement, translating the electronic document displayed on

the touch screen display in a first direction to display a second portion of the electronic

document, wherein the second portion is different from the first portion;

in response to an edge of the electronic document being reached while translating the

electronic document in the first direction while the object is still detected on or near the touch

screen display:

displaying an area beyond the edge of the document, and displaying a third portion of the

electronic document, wherein the third portion is smaller than the first portion; and

in response to detecting that the object is no longer on or near the touch screen display,

translating the electronic document in a second direction until the area beyond the edge of the

Application/Control Number: 90/010,963                                   Page 4
Art Unit: 3992

electronic document is no longer displayed to display a fourth portion of the electronic

document, wherein the fourth portion is different from the first portion.

### *Prosecution History*

Claims 1-20 are the current claims of the Ording patent, which issued 23 December 2008

from application 11/956,969 filed 14 December 2007. Application 11/956,969 claims priority to

provisional applications 60/937,993 filed 29 June 2007; 60/946,971 filed 28 June 2007;

60/945,858 filed 22 June 2007; 60/879,469 filed 08 January 2007; 60/883,801 filed 07 January

2007; and 60/879,253 filed 07 January 2007.

**14 December 2007:** Applicant originally filed claims 1-20.

**18 April 2008:** The Office granted Applicant's petition for accelerated examination.

**30 April 2008:** Applicant filed an examination support document, citing Zimmerman

(US 6,690,387 A), Kwatinetz (US 5,495,566 A), Pallakoff (US 2005/0012723 A1), and Miller

("Personal Java Application Environment," 1999) as references deemed most closely related to

the claims.

**02 June 2008:** Examiner initiated an interview with Applicant and discussed

Zimmerman, Microsoft Word screenshots, and Collins (US 2008/0104544 A1). Applicant agreed

to amend the independent claims to include "in response to detecting that the object is no longer

on or near the touch screen display, translating the document in a second direction until the area

beyond the edge of the document is no longer displayed."

**04 August 2008:** Examiner initiated an interview with Applicant and discussed Photo

Mesa screenshots and Jaeger (US 2004/0027398 A1). Applicant proposed amended claims, and

Examiner agreed that they were allowable over the cited art.

**29 October 2008:** Examiner amended claims 1, 2, 19, and 20 by Examiner's amendment and allowed claims 1-20, noting that:

"In regards to the independent claims 1, 19 and 20, the prior art found does not teach in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display: displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; and in response to detecting that the object is no longer detected on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion; in combination with all of the other claim limitations."

### *Detailed Analysis*

**Claims 1-20** will be reexamined. In view of the prosecution history, a substantial new question of patentability is raised by the evaluation of a prior art reference (or a combination of prior art references) that teaches the features and limitations added to independent claims 1, 19, and 20 in the 29 October 2008 Examiner's amendment and highlighted in Examiner's reasons for allowance. Specifically, these limitations include displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and translating the electronic document in a second direction until the area

Application/Control Number: 90/010,963           Page 6
Art Unit: 3992

beyond the edge of the electronic document is no longer displayed to display a fourth portion of

the electronic document, wherein the fourth portion is different from the first portion, in response

to detecting that the object is no longer on or near the touch screen.

### Issues 1-3

Glimpse, Inside Out, and Robbins are new prior art. Zimmerman was previously cited by

the examiner but was not considered in combination with Glimpse, Inside Out, and Robbins.

Glimpse teaches, among other things, translating an electronic document on a touch screen in a

first direction to display a second portion of the document different from the first portion when

an object is on or near the touch screen. Glimpse further teaches translating the document in a

second direction to display another portion of the document, different from the first portion,

when the object is no longer on or near the touch screen (i.e., Glimpse teaches panning back to a

saved state when contact is broken with the screen; page 1377). Inside Out teaches, among other

things, displaying an area beyond the edge of an electronic document and displaying a portion of

the document smaller than a first portion if the edge of the document is reached while translating

the document in a first direction (page 764).

Since these teachings are directly related to subject matter considered the basis for

allowability of claims 1-20, a reasonable examiner would consider evaluation of Glimpse in

combination with Inside Out important in determining the patentability of the claims. Therefore,

Glimpse in combination with Inside Out only, or with Inside Out and further references, raises a

substantial new question of patentability with respect to claims 1-20.

Application/Control Number: 90/010,963                                    Page 7
Art Unit: 3992

### *Conclusion*

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 7,469,381 throughout the course of this reexamination proceeding. The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By mail to:        Mail Stop *Ex Parte* Reexam
                   Central Reexamination Unit
                   Commissioner for Patents
                   United States Patent & Trademark Office
                   P.O. Box 1450
                   Alexandria, VA 22313-1450

By fax to:         (571) 273-9900
                   Central Reexamination Unit

By hand:           Customer Service Window
                   Randolph Building
                   401 Dulany Street
                   Alexandria, VA 22314

Application/Control Number: 90/010,963                                      Page 8
Art Unit: 3992

     Any inquiry concerning this communication should be directed to the Central

Reexamination Unit at telephone number (571) 272-7705.


    /Christina Y. Leung/

    Primary Examiner, Art Unit 3992


/D. M. H./
Primary Examiner, Art Unit 3992

ESIC

| Substitute for form 1449/PTO (Revised 07/2007) | Complete if Known | |
|---|---|---|
| | Application Number | 11/956,969 |
| | Filing Date | December 14, 2007 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Patent Number | 7,469,381 (Exhibit A) |
| | Issue Date | December 23, 2008 |
| | First Named Inventor | Ording |
| | Art Unit | 2174 |
| | Examiner Name | B. Pesin |
| Sheet _1_ of _1_ | Attorney Docket Number | 0919/01028 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| /CL/ | 1 | US-2005/0195154 A1 (Exhibit D) | 09-08-2005 | Robbins et al. | |
| /CL/ | 2 | US-6,690,387 B2 (Exhibit E) | 02-10-2004 | Zimmerman et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| /CL/ | 3 | FORLINES et al., Glimpse: A Novel Input Model for Multi-Level Devices, April 2005, 6 pages total, Mitsubishi Electric Research Laboratories, Cambridge, MA (Exhibit B) | |
| /CL/ | 4 | MILLHOLLON et al., Microsoft Office Word 2003 Inside Out, 2003, Microsoft Press, Redmond, Washington, pages 93, 762-765. (Exhibit C) | |
| | | | |
| | | | |

| Examiner Signature | /Christina Leung/ | Date Considered | 07/08/2010 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| *Reexamination* | Application/Control No.<br><br>90/010,963 | Applicant(s)/Patent Under Reexamination<br>7469381 |
|---|---|---|
| | Certificate Date | Certificate Number |

| Requester    Correspondence Address:    ☐ Patent Owner    ☒ Third Party |
|---|
| BRIENT INTELLECTUAL PROPERTY LAW, LLC<br>2300 LAKEVIEW PARKWAY<br>SUITE 700<br>ALPHARETTA, GA 30009 |

| LITIGATION REVIEW ☒ | /CL/<br>(examiner initials) | 5-21-2010<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| 1:10CV167, Apple Inc. v. High Tech Computer Corp. et al. | *Eric Reasel* | |
| Nokia v. Apple   Case No. 1:09-cv-00791 (Del) | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1.    none | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office                                          DOC. CODE **RXFILJKT**

| *Search Notes*  | Application/Control No. 90010963 | Applicant(s)/Patent Under Reexamination 7469381 |
|---|---|---|
| | Examiner Christina Y. Leung | Art Unit 3992 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Reviewed cited references and patented file's prosecution history. | 7-8-10 | /CL/ |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | /Christina Y Leung/ Primary Examiner.Art Unit 3992 |
|---|---|



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 8062**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 90/010,963 | 04/28/2010<br><br>RULE | 715 | 3992 | 0919/01028 |

**APPLICANTS**
   7469381, Residence Not Provided;
   APPLE INC. (OWNER), CUPERTINO, CA;
   BRIENT INTELLECTUAL PROPERTY LAW, LLC. (3RD PTY. REQ.), ALPHARETTA, GA;
   BRIENT INTELLECTUAL PROPERTY LAW, LLC, ALPHARETTA, GA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
   This application is a REX of 11/956,969 12/14/2007 PAT 7,469,381
      which claims benefit of 60/879,253 01/07/2007
      and claims benefit of 60/883,801 01/07/2007
      and claims benefit of 60/879,469 01/08/2007
      and claims benefit of 60/945,858 06/22/2007
      and claims benefit of 60/946,971 06/28/2007
      and claims benefit of 60/937,993 06/29/2007

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***

| Foreign Priority claimed ☐ Yes ☑ No<br>35 USC 119(a-d) conditions met ☐ Yes ☑ No<br>Verified and    /CHRISTINA Y LEUNG/<br>Acknowledged    Examiner's Signature | ☐ Met after Allowance<br><br>Initials | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS<br>20 | INDEPENDENT CLAIMS<br>3 |
|---|---|---|---|---|---|

**ADDRESS**
   Morgan Lewis & Bockius LLP/ AI
   2 Palo Alto Square
   3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
   UNITED STATES

**TITLE**
   LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY

| FILING FEE RECEIVED<br>2520 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

# Litigation Search Report CRU 3999

## Reexam Control No. 90/010,963

| | |
|---|---|
| **TO:  CHRISTINA LEUNG**<br>**Location: CRU**<br>**Art Unit: 3992**<br>**Date:  05/21/10**<br>**Case Serial Number:  90/010,963** | **From: DENISE L. BOYD**<br>**Location: CRU 3999**<br>**MDW 7C35**<br>**Phone: (571) 272-0992**<br>**Denise.Boyd@uspto.gov** |

## Search Notes

**Litigation was found involving U.S. Patent Number  7,469,381.**
**Sources:**

**1:10CV167 – OPEN**

1) I performed a KeyCite Search in Westlaw, which retrieves all history on the patent including any litigation.

2) I performed a search on the patent in Lexis CourtLink for any open dockets or closed cases.

3) I performed a search in Lexis in the Federal Courts and Administrative Materials databases for any cases found.

4) I performed a search in Lexis in the IP Journal and Periodicals database for any articles on the patent.

5) I performed a search in Lexis in the news databases for any articles about the patent or any articles about litigation on this patent.

Westlaw.

Date of Printing: May 11, 2010

### KEYCITE

C US PAT 7469381 LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTA-
TION ON A TOUCH-SCREEN DISPLAY, Assignee: Apple Inc. (Dec 23, 2008)

#### History

#### Direct History

=>      1 **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION
        ON A TOUCH-SCREEN DISPLAY,** US PAT 7469381, 2008 WL 5338648 (U.S. PTO Utility
        Dec 23, 2008) (NO. 11/956969)

#### Patent Family

2 COMPUTER-IMPLEMENTED LIST SCROLLING METHOD FOR USE WITH E.G. MOBILE
PHONE, INVOLVES TRANSLATING DOCUMENT IN DIRECTION WHEN OBJECT IS NO
LONGER DETECTED ON OR NEAR DISPLAY AND AREA BEYOND EDGE OF DOCU-
MENT IS NOT DISPLAYED, Derwent World Patents Legal 2008-H73568

#### Assignments

3 Action: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DE-
TAILS). Number of Pages: 002, (DATE RECORDED: Aug 15, 2008)

#### Patent Status Files

.. Certificate of Correction, (OG DATE: Mar 10, 2009)

#### Docket Summaries

5 APPLE INC. v. HIGH TECH COMPUTER CORP. ET AL, (D.DEL. Mar 02, 2010) (NO.
1:10CV00167), (35 USC 271 PATENT INFRINGEMENT)

#### Litigation Alert

6 Derwent LitAlert P2010-11-20 (Mar 02, 2010) Action Taken: complaint

#### Prior Art (Coverage Begins 1976)

C      7 APPARATUS FOR MANIPULATING AN OBJECT DISPLAYED ON A DISPLAY DEVICE
       BY USING A TOUCH SCREEN, US PAT 5844547Assignee: Fujitsu Limited, (U.S. PTO Utility
       1998)

C      8 AUTOMATIC SCROLLING, US PAT 6975306Assignee: Microsoft Corporation, (U.S. PTO
       Utility 2005)

© 2010 Thomson Reuters. All rights reserved.

c        9 AUTOMATICALLY SCROLLING HANDWRITTEN INPUT USER INTERFACE FOR PER-
            SONAL DIGITAL ASSISTANTS AND THE LIKE, US PAT 6661409Assignee: Motorola, Inc.,
            (U.S. PTO Utility 2003)

c       10 DATA PROCESSING APPARATUS FOR SCROLLING A DISPLAY IMAGE BY DESIGNAT-
            ING A POINT WITHIN THE VISUAL DISPLAY REGION, US PAT 5867158Assignee: Sharp
            Kabushiki Kaisha, (U.S. PTO Utility 1999)

c       11 DISPLAY APPARATUS AND PORTABLE INFORMATION PROCESSING APPARATUS,
            US PAT 6809724Assignee: Seiko Epson Corporation, (U.S. PTO Utility 2004)

c       12 FORM FACTOR FOR PORTABLE DEVICE, US PAT 7009599Assignee: Nokia Corporation,
            (U.S. PTO Utility 2006)

c       13 IMAGE INPUT APPARATUS, PROGRAM EXECUTED BY COMPUTER, AND METHOD
            FOR PREPARING DOCUMENT WITH IMAGE, US PAT 7154534Assignee: Ricoh Company,
            Ltd., (U.S. PTO Utility 2006)

c       14 INFORMATION PROCESSING APPARATUS, INFORMATION PROCESSING METHOD
            AND PROGRAM STORAGE MEDIA, US PAT 6912462Assignee: Sony Corporation, (U.S.
            PTO Utility 2005)

c       15 MANUAL CONTROLLED SCROLLING, US PAT 6707449Assignee: Microsoft Corporation,
            (U.S. PTO Utility 2004)

c       16 METHOD AND APPARATUS FOR INTEGRATING MANUAL INPUT, US PAT
            6323846Assignee: University of Delaware, (U.S. PTO Utility 2001)

c       17 METHOD AND SYSTEM FOR NAVIGATING A DISPLAY SCREEN FOR LOCATING A
            DESIRED ITEM OF INFORMATION, US PAT 7075512Assignee: PalmSource, Inc., (U.S. PTO
            Utility 2006)

c       18 METHOD AND SYSTEM FOR PROVIDING TOUCH-SENSITIVE SCREENS FOR THE
            VISUALLY IMPAIRED, US PAT 6489951Assignee: Microsoft Corporation, (U.S. PTO Utility
            2002)

c       19 METHOD OF SCROLLING A DISPLAY WINDOW, US PAT 6907575Assignee: Danger, Inc.,
            (U.S. PTO Utility 2005)

c       20 METHODS, SYSTEMS, AND COMPUTER PROGRAM PRODUCTS FOR DISPLAY OF IN-
            FORMATION RELATING TO A VIRTUAL THREE-DIMENSIONAL BOOK, US PAT
            7240291Assignee: Xerox Corporation, (U.S. PTO Utility 2007)

c       21 MOVABLE TOUCH PAD WITH ADDED FUNCTIONALITY, US PAT APP 20050052425
            (U.S. PTO Application 2005)

c       22 MULTI-FUNCTION POINTING DEVICE, US PAT 7102626Assignee: Hewlett-Packard Devel-
            opment Company, L.P., (U.S. PTO Utility 2006)

c       23 MULTI-TOUCH SYSTEM AND METHOD FOR EMULATING MODIFIER KEYS VIA FIN-
            GERTIP CHORDS, US PAT 6570557Assignee: Finger Works, Inc., (U.S. PTO Utility 2003)

c       24 PCI RADIATION IMAGE PROCESSING APPARATUS, PCI RADIATION IMAGE DETECT-
            ING APPARATUS, PCI RADIATION IMAGE OUTPUTTING APPARATUS, AND PCI IM-
            AGE DIAGNOSIS SUPPORTING APPARATUS, US PAT 7155048Assignee: Konica Corpora-
            tion, (U.S. PTO Utility 2006)

© 2010 Thomson Reuters. All rights reserved.

C    25 PERSONAL COMMUNICATION DEVICE HAVING A BUILT IN PROJECTION DISPLAY, US PAT 7184796Assignee: International Business Machines, (U.S. PTO Utility 2007)

C    26 SCROLLING CONTENTS OF A WINDOW, US PAT 5495566Assignee: Microsoft Corporation, (U.S. PTO Utility 1996)

C    27 SCROLLING METHOD USING SCREEN POINTING DEVICE, US PAT 6972776Assignee: Agilent Technologies, Inc., (U.S. PTO Utility 2005)

C    28 SCROLLING NAVIGATIONAL DISPLAY SYSTEM, US PAT 6034688Assignee: Sony Corporation, (U.S. PTO Utility 2000)

C    29 SYSTEM AND METHODS FOR NAVIGATING AND VISUALIZING MULTI-DIMENSIONAL BIOLOGICAL DATA, US PAT 7181373Assignee: Agilent Technologies, Inc., (U.S. PTO Utility 2007)

C    30 TOUCH PAD FOR HANDHELD DEVICE, US PAT APP 20050110768 (U.S. PTO Application 2005)

C    31 TOUCH PAD HANDHELD DEVICE, US PAT 7046230Assignee: Apple Computer, Inc., (U.S. PTO Utility 2006)

C    32 TOUCH PAD HANDHELD DEVICE, US PAT APP 20030076306 (U.S. PTO Application 2003)

C    33 TOUCH-SCREEN IMAGE SCROLLING SYSTEM AND METHOD, US PAT 6690387Assignee: Koninklijke Philips Electronics N.V., (U.S. PTO Utility 2004)

C    34 TOUCH SCREEN USING PRESSURE TO CONTROL THE ZOOM RATIO, US PAT 6567102Assignee: Compal Electronics Inc., (U.S. PTO Utility 2003)

© 2010 Thomson Reuters. All rights reserved.

# US District Court Civil Docket

## U.S. District - Delaware
### (Wilmington)

## 1:10cv167

# Apple Inc v. High Tech Computer Corp et al

### This case was retrieved from the court on Thursday, May 06, 2010

| | |
|---|---|
| Date Filed: 03/02/2010 | Class Code: |
| Assigned To: Judge Robert F Kelly | Closed: No |
| Referred To: | Statute: 35:271 |
| Nature of suit: Patent (830) | Jury Demand: Plaintiff |
| Cause: Patent Infringement | Demand Amount: $0 |
| Lead Docket: None | NOS Description: Patent |
| Other Docket: 1:10-cv-0016 | |
| Jurisdiction: Federal Question | |

| Litigants | Attorneys |
|---|---|
| Apple Inc<br>Plaintiff | Richard K Herrmann<br>[COR LD NTC]<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington , DE  19899-2306<br>USA<br>(302) 888-6800<br>Email: Rherrmann@morrisjames.com |
| High Tech Computer Corp Also Known as Htc Corp<br>Defendant | Frederick L Cottrell , III<br>[COR LD NTC]<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N King Street<br>Wilmington , DE  19801<br>USA<br>(302) 658-6541<br>Email: COTTRELL@RLF.COM<br><br>Karen L Pascale<br>[COR LD NTC]<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17TH Floor<br>PO Box 391<br>Wilmington , DE  19899-0391<br>USA<br>302-571-6600<br>Email: KPASCALE@YCST.COM<br><br>Stephen M Ferguson<br>[COR LD NTC]<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N King Street<br>Wilmington , DE  19801<br>USA<br>302-651-7665<br>Email: FERGUSON@RLF.COM |
| Htc (Bvi) Corp | Frederick L Cottrell , III |

Defendant

[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Htc America Inc
Defendant

Frederick L Cottrell , III
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

Exedea Inc
Defendant

Frederick L Cottrell , III
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
(302) 658-6541
Email: COTTRELL@RLF.COM

Karen L Pascale
[COR LD NTC]
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17TH Floor
PO Box 391
Wilmington , DE  19899-0391
USA
302-571-6600
Email: KPASCALE@YCST.COM

Stephen M Ferguson
[COR LD NTC]
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington , DE  19801
USA
302-651-7665
Email: FERGUSON@RLF.COM

| Date | # | Proceeding Text |
|------|---|-----------------|
| 03/02/2010 | 1 | COMPLAINT filed with Jury Demand against Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 0311-700624.) - filed by Apple Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B part 2, # 5 Exhibit C - F, # 6 Exhibit G - I, # 7 Exhibit J)(dab) (Entered: 03/03/2010) |
| 03/02/2010 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dab) (Entered: 03/03/2010) |
| 03/02/2010 | -- | Summons Issued as to Exedea Inc. on 3/2/2010; HTC (BVI) Corp. on 3/2/2010; HTC America Inc. on 3/2/2010; High Tech Computer Corp. on 3/2/2010. (dab) (Entered: 03/03/2010) |
| 03/02/2010 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Apple Inc. (dab) (Entered: 03/03/2010) |
| 03/03/2010 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 7,362,331 B2; 7,479,949 B2; 7,657,849 B2; 7,469,381 B2; 5,920,726; 7,633,076 B2; 5,848,105; 7,383,453 B2; 5,455,599; 6,424,354 (Attachments: # 1 Continuation of Report to Pat Comm) (dab) (Entered: 03/03/2010) |
| 03/10/2010 | -- | Case assigned to Judge Robert F. Kelly of the Eastern District of Pennsylvania (in lieu of Vacant Judgeship). Please include the initials of the Judge (RK) after the case number on all documents filed. (rjb) (Entered: 03/10/2010) |
| 03/24/2010 | 5 | Letter to The Honorable Gregory M. Sleet from Richard K. Herrmann regarding related actions. (Herrmann, Richard) (Entered: 03/24/2010) |
| 03/31/2010 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint, - filed by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order)(Cottrell, Frederick) (Entered: 03/31/2010) |
| 03/31/2010 | 7 | AFFIDAVIT of Service for Complaint served on HTC America, Inc. and High Tech Computer Corp. a/k/a HTC Corp. on March 9, 2010 and March 16, 2010 respectively, filed by Apple Inc.. (Herrmann, Richard) (Entered: 03/31/2010) |
| 04/05/2010 | -- | SO ORDERED, re 6 MOTION for Extension of Time to File Answer - Set/Reset Answer Deadlines: Exedea Inc. answer due 5/21/2010; HTC (BVI) Corp. answer due 5/21/2010; HTC America Inc. answer due 5/21/2010; High Tech Computer Corp. answer due 5/21/2010. Signed by Judge Robert F. Kelly on 4/1/10. (rwc) (Entered: 04/05/2010) |
| 04/09/2010 | 8 | MOTION to Transfer Case to United States District Court for the Northern District California - filed by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Compliance 7.1.1 Certification)(Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 9 | OPENING BRIEF in Support re 8 MOTION to Transfer Case to United States District Court for the Northern District California filed by Exedea Inc., HTC America Inc., High Tech Computer Corp..Answering Brief/Response due date per Local Rules is 4/26/2010. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 10 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Brian Ong) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 11 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Andrew Rubin) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 12 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Jason Mackenzie) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Ferguson, Stephen) (Entered: 04/09/2010) |
| 04/09/2010 | 13 | DECLARATION re (8 in 1:10-cv-00167-RK, 8 in 1:10-cv-00166-RK) MOTION to Transfer Case to United States District Court for the Northern District California, (9 in 1:10-cv-00166-RK) |

Opening Brief in Support, (9 in 1:10-cv-00167-RK) Opening Brief in Support, (Declaration of Ellison Wada) by Exedea Inc., HTC America Inc., High Tech Computer Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 - Part 1, # 3 Exhibit 2 - Part 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47)(Ferguson, Stephen) (Entered: 04/09/2010)

| 04/15/2010 | 14 | NOTICE OF SUBSTITUTION OF COUNSEL re Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.: Entry of appearance of attorney Karen L. Pascale. Attorney (1) Frederick L. Cottrell, III and (2) Stephen M. Ferguson terminated. (Pascale, Karen) (Entered: 04/15/2010) |
| 04/23/2010 | 15 | STIPULATION and Proposed Order on Motion to Transfer by Exedea Inc., HTC (BVI) Corp., HTC America Inc., High Tech Computer Corp.. (Pascale, Karen) (Entered: 04/23/2010) |

Copyright © 2010 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**LexisNexis®** *Total Research System*

Switch Client ⋮ Preferences ⋮ Sign Out ⋮ [?] Help

*My Lexis™* | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel

by Source | by Topic or Headnote | by Guided Search Form | by Dot Command

<u>Command Searching</u> > Utility, Design and Plant Patents [i]

## Search

[?]

### Select Search Type and Enter Search Terms

| Terms & Connectors |
| Natural Language |
| Easy Search™ |
| Semantic Search |
| What's this? |

patno=7469381

Suggest terms
for my search

[🔍 Search]

Check spelling

### Restrict by Document Segment

Select a document segment, enter search terms for the segment, then click Add.

Select a Segment                                                                                     Add | ↑

**Note:** Segment availability differs between sources. Segments may not be applied consistently across sources.

### Restrict by Date

(•) No Date Restrictions          ( ) From [          ] To [          ]    Date formats...

### Search Connectors

| and | and | w/p | in same paragraph |
| or | or | w/seg | in same segment |
| w/N | within N words | w/s | in same sentence |
| pre/N | precedes by N words | and not | and not |

> More Connectors & Commands...

### How Do I...?

> Combine sources?
> Restrict by date?
> Restrict by document segment?
> Use wildcards as placeholders for one or more characters in a search term?

📖 View Tutorials

---

*My Lexis™* | **Search** | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector

History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

**LexisNexis®**   About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis®** *Total Research System*

*My Lexis™* ┊ Search ┊ Research Tasks ┊ Get a Document ┊ *Shepard's®* ┊ Alerts ┊ Total Litigator ┊ Transactional Advisor ┊ Counsel

FOCUS™ Terms  patno=7469381                    Search Within  Original Results (1 - 1)              ☐ Using Semantic Concepts
What's this? Go → Advanced...

Source: Command Searching > **Utility, Design and Plant Patents** ⓘ
Terms: **patno=7469381** (Edit Search | Suggest Terms for My Search)

956969 (11) 7469381 December 23, 2008 ,

UNITED STATES PATENT AND TRADEMARK OFFICE GRANTED PATENT

# 7469381

Get Drawing Sheet 1 of 38
Access PDF of Official Patent *
Order Patent File History / Wrapper from REEDFAX®
Link to Claims Section

July 10, 2008 ,

List scrolling and document , , translation, scaling, and , , rotation on a touch-screen , , display

**REEXAM-LITIGATE:**


NOTICE OF LITIGATION

Apple Inc v. High Tech Computer Corp et al, Filed March 2, 2010, D.C. Delaware, Doc. No. 1:10cv167

**CERT-CORRECTION:**
February 17, 2009 - a Certificate of Correction was issued for this patent (O.G. March 10, 2009) ,

**APPL-NO:** 956969 (11)

**FILED-DATE:** December 14, 2007

**GRANTED-DATE:** December 23, 2008 ,

**ASSIGNEE-PRE-ISSUE:**
August 15, 2008 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., APPLE INC. 1
INFINITE LOOP CUPERTINO CALIFORNIA 95014, Reel and Frame Number: 021397/0743

**ASSIGNEE-AT-ISSUE:**
Apple Inc., Cupertino, CALIFORNIA , United States of America (US), United States company or corporation
(02)

**CORE TERMS:** display, screen, touch, displayed, electronic, gesture, user, module, magnification, rotation,
near, scrolling, detecting, detected, interface, web, portable, terminus, memory, predefined, icon, input,
displaying, email, digital, finger, multifunction, controller, touch-sensitive, translation


Source: Command Searching > **Utility, Design and Plant Patents** ⓘ

Terms: **patno=7469381**  (Edit Search | Suggest Terms for My Search)
View: **Custom**
Segments: Assignee, Cert-correction, Lit-reex, Reexam-cert, Reexam-litigate, Reissue, Reissue-comment
Date/Time: Friday, May 21, 2010 - 5:10 PM EDT

_My Lexis_™ | Search | Research Tasks | Get a Document | _Shepard's_® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

 **LexisNexis**®   About LexisNexis  | Terms & Conditions  | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis®** *Total Research System*

Switch Client ⋮ Preferences ⋮ Sign Out ⋮ ? Help

*My Lexis*™ | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel

by Source | by Topic or Headnote | by Guided Search Form | by Dot Command

Legal > Area of Law - By Topic > Patent Law > Find Cases > **Patent Cases, Administrative Decisions and Regulatory Materials** ⓘ

## Search

?

**Broaden this search with additional sources**

☑ Patent Cases, Administrative Decisions and Regulatory Materials ⓘ   *(Source you selected)*
☐ Chisum on Patents ⓘ
☐ Patent Law Digest ⓘ
☐ Patent Case Management Judicial Guide ⓘ
☐ Intellectual Property Counseling and Litigation ⓘ
☐ Court of Appeals for the Federal Circuit Practice & Procedure ⓘ

View all sources

**Select Search Type and Enter Search Terms**

| Terms & Connectors |
| Natural Language |
| Easy Search™ |

```
7469381 or 7,469,381
```

Suggest terms for my search

🔍 Search

Check spelling

**Restrict by Document Segment**

Select a document segment, enter search terms for the segment, then click Add.

Select a Segment ▾          Add ↑

**Note:** Segment availability differs between sources. Segments may not be applied consistently across sources.

**Restrict by Date**

◉ No Date Restrictions ⌄   ○ From          To          Date formats...

**Search Connectors**

| and | and | w/p | in same paragraph |
| or | or | w/seg | in same segment |
| w/N | within N words | w/s | in same sentence |
| pre/N | precedes by N words | and not | and not |

> More Connectors & Commands...

**How Do I...?**

> Combine sources?
> Restrict by date?
> Restrict by document segment?
> Use wildcards as placeholders for one or more characters in a search term?

🖥 View Tutorials

History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

 LexisNexis®  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

## No Documents Found
No documents were found for your search terms
**"7469381 or 7,469,381"**

---

Click "Save this search as an Alert" to schedule your search to run in the future.

- OR -

Click "Edit Search" to return to the search form and modify your search.

Suggestions:
- Check for spelling errors .
- Remove some search terms.
- Use more common search terms, such as those listed in "Suggested Words and Concepts"
- Use a less restrictive date range.

---



Edit Search

LexisNexis®   About LexisNexis  | Terms & Conditions  | Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis® *Total Research System***

Switch Client | Preferences | Sign Out | ? Help

My Lexis™ | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel

by Source | by Topic or Headnote | by Guided Search Form | by Dot Command

Legal > Area of Law - By Topic > Patent Law > Search Analysis, Law Reviews & Journals > **Intellectual Property Law Review Articles, Combined** ⓘ

## Search                                                                                      ?

**Broaden this search with additional sources**

☑ **Intellectual Property Law Review Articles, Combined** ⓘ   *(Source you selected)*
☐ Chisum on Patents ⓘ
☐ Patent Law Digest ⓘ
☐ Patent Case Management Judicial Guide ⓘ
☐ Intellectual Property Counseling and Litigation ⓘ
☐ Court of Appeals for the Federal Circuit Practice & Procedure ⓘ

View all sources

**Select Search Type and Enter Search Terms**

| Terms & Connectors |
| Natural Language |
| Easy Search™ |

```
7469381 or 7,469,381
```

Suggest terms
for my search

🔍 **Search**

Check spelling

**Restrict by Document Segment**
Select a document segment, enter search terms for the segment, then click Add.

Select a Segment                                          Add ↑

**Note:** Segment availability differs between sources. Segments may not be applied consistently across sources.

**Restrict by Date**

◉ No Date Restrictions    ○ From [        ]  To [        ]    Date formats...

| **Search Connectors** | | | | **How Do I...?** |
| and | and | w/p | in same paragraph | > Combine sources? |
| or | or | w/seg | in same segment | > Restrict by date? |
| w/N | within N words | w/s | in same sentence | > Restrict by document segment? |
| pre/N | precedes by N words | and not | and not | > Use wildcards as placeholders for one or more characters in a search term? |

> More Connectors & Commands...

🎬 View Tutorials

---

History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

 LexisNexis®

About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

## No Documents Found

No documents were found for your search terms

**"7469381 or 7,469,381"**

Click "Save this search as an Alert" to schedule your search to run in the future.

- OR -

Click "Edit Search" to return to the search form and modify your search.

Suggestions:
- Check for spelling errors .
- Remove some search terms.
- Use more common search terms, such as those listed in "Suggested Words and Concepts"
- Use a less restrictive date range.

 ✓ Save this Search as an Alert    Edit Search

LexisNexis®   About LexisNexis  |  Terms & Conditions  |  Contact Us
Copyright ©  2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



*My Lexis*™ | Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector

History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis® *Total Research System***

*My Lexis™* | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel

FOCUS™ Terms  `7469381 or 7,469,381`  Search Within  Original Results (1 - 2) ⌄  **Go** → Advanced...

Source: Legal > / . . . / > News, All (English, Full Text) ⓘ
Terms: **7469381 or 7,469,381** (Edit Search | Suggest Terms for My Search)

↰Select for FOCUS™ or Delivery

☐  1. Global Insight, March 3, 2010, Main Story, 1329 words, Apple Sues HTC over 20 Mobile Phone Patents, Seth Wallis-Jones

   **CORE TERMS:** patent, HTC, United States, Method, ITC, smartphone, Android, defend, intellectual property, operating system, Object, object-oriented, infringing, Translation, Performing, Delaware, Google, Touch, Nokia, increasingly, infringement, patented, handset, International Trade Commission, Implications, Programming, Unlocking, Apparatus, Oriented, Separate

   ... February 2010 No. **7,469,381:** List Scrolling And Document ...

☐  2. PC Magazine.com, March 2, 2010 Tuesday 12:27 PM EST, , CELL PHONES & SMARTPHONES, 701 words, Apple-HTC Suit Cites Multitouch, Gesture Patent, Mark Hachman mark_hachman@pcmag.com

   **CORE TERMS:** patent, HTC, filing, covering, Delaware, Android, iPhone, Touch, ITC, multitouch, objects, cited, operating system, joint venture, object-oriented, competitors, patented, gestures, powered, steal

   ... within a GUI; **7,469,381,** covering list scrolling; ...

Source: Legal > / . . . / > News, All (English, Full Text) ⓘ
Terms: **7469381 or 7,469,381** (Edit Search | Suggest Terms for My Search)
View: Cite
Date/Time: Friday, May 21, 2010 - 5:07 PM EDT

---

*My Lexis™* | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Switch Client | Preferences | Sign Out | Help

 **LexisNexis®**  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| REEXAM CONTROL NUMBER | FILING OR 371 (c) DATE | PATENT NUMBER |
|---|---|---|
| 90/010,963 | 04/28/2010 | 7469381 |

**CONFIRMATION NO. 8062**
**REEXAMINATION REQUEST**
**NOTICE**

BRIENT INTELLECTUAL PROPERTY LAW, LLC
2300 LAKEVIEW PARKWAY
SUITE 700
ALPHARETTA, GA 30009



*OC000000041459756*

Date Mailed: 05/05/2010

## NOTICE OF REEXAMINATION REQUEST FILING DATE

### (Third Party Requester)

Requester is hereby notified that the filing date of the request for reexamination is 04/28/2010, the date that the filing requirements of 37 CFR § 1.510 were received.

A decision on the request for reexamination will be mailed within three months from the filing date of the request for reexamination. (See 37 CFR 1.515(a)).

A copy of the Notice is being sent to the person identified by the requester as the patent owner. Further patent owner correspondence will be the latest attorney or agent of record in the patent file. (See 37 CFR 1.33). Any paper filed should include a reference to the present request for reexamination (by Reexamination Control Number).

cc: Patent Owner
61725
Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

/jawhitfield/
_____

Legal Instruments Examiner
Central Reexamination Unit 571-272-7705; FAX No. 571-273-9900



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| REEXAM CONTROL NUMBER | FILING OR 371 (c) DATE | PATENT NUMBER |
|---|---|---|
| 90/010,963 | 04/28/2010 | 7469381 |

**CONFIRMATION NO. 8062**
**REEXAM ASSIGNMENT NOTICE**

61725
Morgan Lewis & Bockius LLP/ AI
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306


*OC000000041459757*

Date Mailed: 05/05/2010

## NOTICE OF ASSIGNMENT OF REEXAMINATION REQUEST

The above-identified request for reexamination has been assigned to Art Unit 3992. All future correspondence to the proceeding should be identified by the control number listed above and directed to the assigned Art Unit.

A copy of this Notice is being sent to the latest attorney or agent of record in the patent file or to all owners of record. (See 37 CFR 1.33(c)). If the addressee is not, or does not represent, the current owner, he or she is required to forward all communications regarding this proceeding to the current owner(s). An attorney or agent receiving this communication who does not represent the current owner(s) may wish to seek to withdraw pursuant to 37 CFR 1.36 in order to avoid receiving future communications. If the address of the current owner(s) is unknown, this communication should be returned within the request to withdraw pursuant to Section 1.36.

cc: Third Party Requester(if any)
BRIENT INTELLECTUAL PROPERTY LAW, LLC
2300 LAKEVIEW PARKWAY
SUITE 700
ALPHARETTA, GA 30009

/jawhitfield/

_____

Legal Instruments Examiner
Central Reexamination Unit 571-272-7705; FAX No. 571-273-9900

# Patent Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Application #:** 11956969 | **Filing Dt:** 12/14/2007 | **Patent #:** 7469381 | **Issue Dt:** 12/23/2008 |
| **PCT #:** NONE | | **Publication #:** US20080168404 | **Pub Dt:** 07/10/2008 |
| **Inventor:** Bas Ording | | | |
| **Title:** LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY | | | |

**Assignment: 1**

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 021397 / 0743 | **Received:** 08/15/2008 | **Recorded:** 08/15/2008 | **Mailed:** 08/18/2008 | **Pages:** 2 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** ORDING, BAS | | | **Exec Dt:** 12/07/2007 | |

**Assignee:** APPLE INC.
1 INFINITE LOOP
CUPERTINO, CALIFORNIA 95014

**Correspondent:** GARY S. WILLIAMS
MORGAN, LEWIS & BOCKIUS LLP
3000 EL CAMINO REAL, BLDG. 2, SUITE 700
PALO ALTO, CA 94306

Search Results as of: 05/04/2010 04:06 PM

---

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.1

| Substitute for form 1449/PTO (Revised 07/2007) | **Complete if Known** | |
|---|---|---|
| | Application Number | 11/956,969 |
| | Filing Date | December 14, 2007 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Patent Number | 7,469,381 (Exhibit A) |
| | Issue Date | December 23, 2008 |
| | First Named Inventor | Ording |
| | Art Unit | 2174 |
| | Examiner Name | B. Pesin |

| Sheet | *1* | of | 1 | Attorney Docket Number | 0919/01028 |
|---|---|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Document Number<br>Number – Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages of Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US-2005/0195154 A1 (Exhibit D) | 09-08-2005 | Robbins et al. | |
| | 2 | US-6,690,387 B2 (Exhibit E) | 02-10-2004 | Zimmerman et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## OTHER DOCUMENTS

| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s) , volume-issue number(s), publisher, city and/or country where published. | English Language Translation Attached |
|---|---|---|---|
| | 3 | FORLINES et al., Glimpse: A Novel Input Model for Multi-Level Devices, April 2005, 6 pages total, Mitsubishi Electric Research Laboratories, Cambridge, MA (Exhibit B) | |
| | 4 | MILLHOLLON et al., Microsoft Office Word 2003 Inside Out, 2003, Microsoft Press, Redmond, Washington, pages 93, 762-765. (Exhibit C) | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY |
| **First Named Inventor/Applicant Name:** | Bas Ording |
| **Filer:** | Scott Ewing Brient |
| **Attorney Docket Number:** | 0919/01028 |

Filed as Large Entity

### ex parte reexam Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Request for ex parte reexamination | 1812 | 1 | 2520 | 2520 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **2520** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7507868 |
| **Application Number:** | 90010963 |
| **International Application Number:** | |
| **Confirmation Number:** | 8062 |
| **Title of Invention:** | LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY |
| **First Named Inventor/Applicant Name:** | Bas  Ording |
| **Customer Number:** | 93485 |
| **Filer:** | Scott Ewing Brient |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 0919/01028 |
| **Receipt Date:** | 28-APR-2010 |
| **Filing Date:** | |
| **Time Stamp:** | 23:23:51 |
| **Application Type:** | Reexam (Third Party) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $2520 |
| RAM confirmation Number | 6333 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Transmittal Letter | RequestforReexaminationTransmittal.pdf | 91651<br><br>3828f748645c887db7505825a17cb1fc67def86e | no | 2 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Miscellaneous Incoming Letter | CertificatofCorrection.pdf | 14886<br><br>a8111941b62954166e9c203f4c789e1aec67c87e | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Copy of patent for which reexamination is requested | ExhibitA.pdf | 3059092<br><br>d0bb1fa2f3ea73a18b7629fc698e5651a463b7cc | no | 61 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | NPL Documents | ExhibitB.pdf | 449573<br><br>534e4b192428ba4255dcc2eaacac5bd9cba5694c | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | NPL Documents | ExhibitC.pdf | 1062727<br><br>f9087f5ff5c5e4fdfbe97f3937c933df18cb8a70 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Miscellaneous Incoming Letter | ExhibitD.pdf | 2686602<br><br>14ba19291e1873754a4f507854bb85648b217c82 | no | 47 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Miscellaneous Incoming Letter | ExhibitE.pdf | 544774<br><br>5d0958fc7c65f150ac2fe0bfe609f729347e88bc | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Reexam Miscellaneous Incoming Letter | 381ReexaminationRequest.pdf | 3740744<br><br>0bac4b6cc3c6a16f3336e0371cde932dbf66e920 | no | 51 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Information Disclosure Statement (IDS) Filed (SB/08) | 1449Form.pdf | 83258<br><br>4f57e431f39340881537ce1b3f4cbb664b650a24 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |