# EXHIBIT 2

**Exhibit 2: U.S. Patent No. 7,469,381 and LaunchTile**

| U.S. Pat. No. 7,469,381 | LaunchTile |
|---|---|
| Claim 1 | |
| A computer-implemented method, comprising: | A computing device running LaunchTile discloses a computer that implements a method.  For example, LaunchTile is configured to run on mobile computing devices running versions of the Windows Mobile operating system, including the Compaq iPaq h1900 series PocketPC. <br><br> These devices include processors and memory.  For example, the Compaq iPaq h1900 series PocketPC model 1950 has a Samsung SC32442 processor and main memory of 32 MB SDRAM. <br><br> Processor      Samsung® SC32442 300 MHz Processor <br><br> Memory      User Available Memory      96 MB total memory (64 MB ROM and 32 MB SDRAM) <br>                                              Up to 33 MB user available persistent storage memory <br><br> Ex. 13 at p. 3 (HP iPaq 1950 Pocket PC QuickSpecs). |
| (a) at a device with a touch screen display: | A computing device running LaunchTile discloses a device with a touch screen display.  For example, LaunchTile can run on Windows Mobile devices with touch screen displays like the Compaq iPaq h1900 series PocketPC model 1950. |

<table>
<tr><td></td><td>



The Compaq iPaq h1900 series PocketPC.

</td></tr>
<tr><td>

(b) displaying a first portion of an electronic document;

</td><td>

Representative Example #1:

LaunchTile includes an email program capable of displaying a list of email messages, such as an inbox, as an electronic document.  The computing device will display a portion of the email list as a first portion:

</td></tr>
</table>



Representative Example #2:

In another example, the electronic document is a Zone in LaunchTile.  Each tile is itself an electronic document, and a Zone comprised of four adjacent tiles is also an electronic document.  In this example, the electronic document is the Zone located in the center of the World view.  This Zone is outlined in green in the picture below:



The user can scroll to a neighboring Zone by touching the touch screen device with a finger or a stylus and moving the finger or stylus.  If the user begins in the center Zone and moves to the left, a first portion of the Zone will be displayed.  The first portion is depicted in the picture below, outlined in green:



Representative Example #3:

Any set of contiguous tiles could be considered an electronic document.  Accordingly, two contiguous Zones comprised of eight tiles would also constitute the electronic document recited in claim 1.  Two contiguous Zones comprised of eight tiles is shown outlined in green below:

**Electronic document**



In this example, when the user enters Zone view (e.g., from the World view or from the Application Tile view), the user will see a single Zone that constitutes a first portion of an electronic document. Specifically, this single Zone is one portion of an eight-tile, two-Zone document.

<table>
<tr><td></td><td>

**First portion**



</td><td></td></tr>
<tr><td valign="top">

(c) detecting a movement of an object on or near the touch screen display; in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion;

</td><td colspan="2" valign="top">

Representative Example #1:

A computing device running LaunchTile discloses detecting a movement of an object on the touch screen display and, in response, translating the electronic document to display a second portion of the electronic document that is different from the first.

For example, in the email program, the user can scroll the list up so that a second portion is displayed:

</td></tr>
</table>




**First portion**

**Second portion**

Representative Example #2:

As another example, LaunchTile will detect movement of a finger on the touch screen and translate the electronic document in the direction of the movement of the finger.  Starting at the first portion referenced above, obtained by having previously scrolled the Zone slightly to the left, continuing from this position, if the user swipes her finger to the right, the electronic document will move to the right. A second portion of the electronic document is then displayed.  This second portion of the document is different from the first portion of the document.  This is depicted in the figure below:

**First portion**

**Second portion**




Representative Example #3:

In another example, where two contiguous Zones form a single electronic document, a second portion of that document is displayed when the user scrolls.  For example, if the user scrolls left, a second Zone comprising the second half of the electronic document will be displayed.  In the sequence below, the first image illustrates the starting point just prior to a scrolling operation, and the second and third images represent partial movement during the scrolling operation.

| | |
|---|---|
| | **First portion** ↓           **Second portion** ↓ <br>    |
| (d) in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen: displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; and | Representative Example #1: <br><br> A computing device running LaunchTile discloses displaying an area beyond the edge of the document and displaying a third portion of the electronic document that is smaller than the first portion in response to an edge of the electronic document being reached. <br><br> For example, in the email program, when the user reaches the bottom of the email list when scrolling up, the edge of the email list is displayed.  Beyond that edge a blank area is also displayed.  This blank area is not part of the electronic document that consists of the email list.  This results in the display of a third portion of the document, which is smaller than the first portion of the document, because of the blank area. |





Representative Example #2:

As another example, as the user reaches the left edge of a Zone while scrolling to the right in the example discussed above, an area beyond the left edge of that Zone will be displayed. That area will consist of a solid-colored "gutter," or border, followed by the neighboring Zone on the left. As the user

continues scrolling to the right, a third portion of the electronic document is displayed that is smaller than the first portion of the electronic document because more of the electronic document has been scrolled off the screen.  The third portion and the area beyond the edge of the electronic document are displayed in the picture below:

  



Representative Example #3:

In another example, in the case of two contiguous Zones being the electronic document, if the user continues scrolling to the left, the right edge of the electronic document will be encountered.  As the user scrolls past the edge, an area beyond that edge will be displayed.  That area will consist of a gray

| | |
|---|---|
| | "gutter," or border, followed by the neighboring Zone, similar to that in representative example #2. |
| |  |
| (e) in response to detecting | Representative Example #1: |

| | |
|---|---|
| that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. | A computing device running LaunchTile discloses, in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document that is different from the first portion.

For example, if the user lifts her finger after displaying the third portion of the email list, the email list will reverse direction and "snap" back to the bottom edge of the email list, subject to the threshold distance limitation,  such that the area beyond this edge will no longer be displayed.  The result will display a fourth portion of the Zone that is different from the first portion.

  |

 

Representative Example #2:

As another example, if the user lifts her finger while in the process of scrolling between Zones, the interface will automatically select a Zone to snap to.  If the user has not scrolled past a particular threshold in the direction of the next Zone, the application will snap back to the previous Zone.  This snap-back feature will cause the electronic document to be translated in a second direction, which will be opposite to the first direction, until the area beyond the edge of the electronic document can no longer be seen.  As a result, a fourth portion of the document is displayed.  The fourth portion is different from the first portion.



Representative Example #3:

In another example, in the case of two contiguous Zones being the electronic document, if the user lifts her finger after scrolling some distance beyond the second portion of the electronic document, the electronic document will snap back, translating in the opposite direction until the area beyond the edge

of the electronic document is no longer in view.  The result will display a fourth portion of the electronic document that is different from the first portion.



Claim 2

| The computer-implemented method of claim 1, wherein the first portion of the electronic document, the second portion of the electronic document, the third portion of the electronic document, and the fourth portion of the electronic document are displayed at the same magnification. | Representative Example #1:<br><br>A computing device running LaunchTile discloses the first, second, third, and fourth portions are all at the same magnification.  For example, the four portions previously described are all displayed at the same magnification:<br><br>**First portion**  **Second portion**<br> <br><br>**Third portion**  **Fourth portion**<br>  |

Representative Example #2:



Representative Example #3:



| Claim 3 | |
|---|---|
| The computer implemented method of claim 1, wherein the movement of the object is on the touch screen | A computing device running LaunchTile can detect movement of an object on a touch screen display. For example, in a Compaq iPaq h1900 series PocketPC the touch screen display can accept input based on a touch from either a finger or a stylus on the display. *See* claim 1(a). |

| | |
|---|---|
| display. | |
| Claim 4 | |
| The computer-implemented method of claim 1, wherein the object is a finger. | A computing device running LaunchTile discloses that the object used to interact with the touch screen is a finger.   For example, in a Compaq iPaq h1900 series PocketPC, the touch screen display can accept input based on a touch from a finger on the display.  *See* claim 1(a). |
| Claim 5 | |
| The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | Representative Example #1:<br><br>A computing device running LaunchTile discloses the first direction is a vertical or horizontal direction.  For example, LaunchTile permits the first direction to be in either a vertical or horizontal direction.  The figure below depicts movement in a vertical direction:<br><br><br><br>Representative Example #2:<br><br>The figure below depicts movement in a horizontal direction: |

Representative Example #3:



| Claim 6 | |
|---|---|
| The computer-implemented method of claim 1, wherein | Currently not at issue. |

| | |
|---|---|
| the electronic document is a web page. | |
| Claim 7 | |
| The computer-implemented method of claim 1, wherein the electronic document is a digital image. | A computing device running LaunchTile discloses the electronic document is a digital image.<br><br>Representative Example #1:<br><br>For example, the LaunchTile prototype email application has an electronic document that is at least one or more digital images.  In the prototype email application, the electronic document is the email list.  However, because the email application in only a prototype, each entry in the email list is actually an individual digital image or .png file, acting as placeholders in order to emulate an operative email application.  Thus, as the email application is currently written in LaunchTile, the electronic document (email list) is composed of one or more digital images (.png files representing entries in the list).<br><br><br><br>Representative Example #2 & #3:<br><br>Similarly, a Zone in LaunchTile is comprised of four tiles, and two contiguous Zones are comprised of eight tiles.  Each of these tiles is displayed as an individual image, and in fact many are .png image files. |

Electronic document

*See also* claim 1(b).

To the extent the examples discussed above do not anticipate claim 7, it would have been obvious to one of ordinary skill in the art to modify LaunchTile so that the electronic document is a single digital image. The user interface features identified above as anticipating claim 1 of the '381 patent operate independently of the nature of the underlying electronic document. An implementer could employ these same techniques to manipulate *any* document displayed on the screen, regardless of whether the document is a list of items or a digital image. Applying these techniques to a digital image would not have presented any unique problems, or even significant effort. Additionally, because digital images are commonly displayed on computing devices, one of skill in the art would be motivated to modify LaunchTile so that its user interface features would operate in the same manner described above when the electronic document is a single digital image. Thus, it is my opinion that Claim 7 recites an obvious modification to the functionality contained in LaunchTile if LaunchTile does not disclose each and every limitation of Claim 7.

| Claim 8 | |
|---|---|
| The computer-implemented method of claim 1, wherein the electronic document is a word processing, | Currently not at issue. |

| spreadsheet, email or presentation document. | |
|---|---|
| Claim 9 | |
| The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | A computing device running LaunchTile discloses the electronic document includes a list of items. For example, as shown in the image below, the electronic document includes an image of an "Inbox." This Inbox is a list of emails. Similarly, other electronic documents also include lists of phone-related events, including missed calls, outgoing calls, voicemail, and incoming text messages. Other electronic documents also includes a "Calendar," which consists of a list of scheduled events.<br><br>Representative Example #1:<br><br><br><br>Representative Example #2 & #3: |

Electronic document

List of items

| | |
|---|---|
| | |
| Claim 10 | |
| The computer-implemented method of claim 1, wherein the second direction is opposite the first direction, | Representative Example #1:<br><br>A computing device running LaunchTile discloses that the second direction is opposite the first direction. When the zone snaps back after the user lifts his finger, the direction of the snap back is opposite the direction in which the user was scrolling. |




Representative Example #2:




Representative Example #3:

<table>
<tr><td></td><td></td></tr>
</table>

| | |
|---|---|
| Claim 11 | |
| The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | Currently not at issue. |
| Claim 12 | |
| The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | Currently not at issue. |
| Claim 13 | |

| | |
|---|---|
| The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | Representative Example #1:<br><br>A computing device running LaunchTile discloses that the area beyond the document is solid color.<br><br>In LaunchTile, when the end of the list of emails is reached, the area beyond the edge of the email list is a solid color:<br><br><br><br>Representative Example #2 & #3: |

As another example, between each of the Zones displayed in LaunchTile is a solid-colored gray "gutter" area that indicates a separation between the Zones. This gutter area is displayed beyond the edge of the document. Accordingly, the gutter area beyond the edge of the document is a solid-colored gray area. This same area surrounds an eight-tile area of two contiguous Zones and forms a solid-colored gray area beyond the edge of that document.



| Claim 14 | |
|---|---|
| The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | Representative Example #1:<br><br>A computing device running LaunchTile discloses the area beyond the edge of the document is visually distinct from the document.<br><br>For example, in LaunchTile, when the end of the list of emails is reached, the area beyond the edge of the email list is visually distinct from the document.  The area beyond the edge is a solid color, whereas the email list contains text and images: |



Representative Example #2 & #3:

As another example, the area beyond the edge of the electronic document in LaunchTile is visually distinct, with a gray gutter area separating the area showing the next zone, which is its own separate electronic document, and the original electronic document.  This area is also displayed as a border of

an eight-tile area comprised of two contiguous Zones.  This gray area is displayed beyond the edge of such a document and is visually distinct from the document.



| Claim 15 | |
|---|---|
| The computer-implemented method of claim 1, wherein | Currently not at issue. |

| translating the document in the second direction is a damped motion. | |
|---|---|
| **Claim 16** | |
| The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | A computing device running LaunchTile discloses changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display.  For example, the snap-back effect in LaunchTile makes the document appear to be elastically attached to the edge of the display so that the edge of the document, moving in the second direction, is moving towards the edge of the display. |
| **Claim 17** | |
| The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond | Currently not at issue. |

| | |
|---|---|
| the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | |
| Claim 18 | |
| The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first | Currently not at issue. |

| associated translating speed. | |
|---|---|
| Claim 19 | |
| A device, comprising: | *See* preamble of claim 1. |
| a touch screen display; | *See* claim 1(a) |
| one or more processors; | *See* preamble of claim 1. |
| memory; and | *See* preamble of claim 1. |
| one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | *See* preamble of claim 1. |
| instructions for displaying a first portion of an electronic document; | *See* claim 1(b). |
| instructions for detecting a movement of an object on or near the touch screen display; instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | *See* claim 1(c). |
| instructions for displaying an area beyond an edge of | *See* claim 1(d) . |

| | |
|---|---|
| the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | |
| instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | *See* claim 1(e). |
| Claim 20 | |
| A computer readable storage medium having stored therein instructions, which when executed by a | *See* preamble of claim 1 and claim 1(a). |

| | |
|---|---|
| device with a touch screen display, cause the device to: | |
| display a first portion of an electronic document; | *See* claim 1(b). |
| detect a movement of an object on or near the touch screen display; translate the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement ; | *See* claim 1(c). |
| display an area beyond an edge of the electronic document and display a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | *See* claim 1(d). |

| | |
|---|---|
| translate the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | *See* claim 1(e). |