QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 11 TO DECLARATION OF ANDRIES VAN DAM IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

## __MANUAL FILING NOTIFICATION__

Regarding:      EXHIBIT 11 to the DECLARATION OF ANDRIES VAN DAM IN SUPPORT

OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____      Voluminous Document (PDF file size larger than efiling system allowances)

_____      Unable to Scan Documents

_____      Physical Object (description): _____

\_\_X\_\_\_      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____      Item Under Seal

_____      Conformance with th eJudicial Conference Privacy Policy (General Order 53)

_____      Other (description): _____

DATED: August 22, 2011              Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By\_\_\_\_\_/s/_____
       Victoria F. Maroulis
       Attorneys for SAMSUNG ELECTRONICS CO.,
       LTD., SAMSUNG ELECTRONICS AMERICA,
       INC. and SAMSUNG
       TELECOMMUNICATIONS AMERICA, LLC