# EXHIBIT 13

# QuickSpecs

HP iPAQ rx1950 Pocket PC

*Overview*



1. Active WLAN Indicator
2. Power Button
3. LED Battery/Notification Indicator
4. Color Display
5. iPAQ Wireless Button
6. Inbox Button
7. 5-Way Navigation Button
8. Contacts Button
9. Calendar Button
10. Record Button
11. 3.5 mm Stereo Headphone Jack
12. Microphone (top)

# QuickSpecs

HP iPAQ rx1950 Pocket PC

*Overview*

## At A Glance
- Microsoft® Windows Mobile™ 5.0 for Pocket PC, Premium Edition
- Integrated WiFi (802.11b)[1]
- Integrated SD expansion slot (SDIO)
- Removable/rechargeable Lithium-Ion 1100 mAh battery
- 3.5" transflective QVGA TFT display with 64K colors
- Integrated Personal Information Manager (PIM) software
- Supported music formats: WMA, MP3
- Supported video formats: WMV

NOTES:
[1] A standard WLAN (Wi-Fi) infrastructure, separately purchased equipment, and a service contract with a wireless airtime provider may be required for applicable wireless communication. Wireless Internet use requires a separately purchased service contract. Check with service provider for availability and coverage in your area. Not all web content available.



# Models

**HP iPAQ rx1950 Pocket PC – *64 MB ROM, 32 MB SDRAM, WiFi***

*FA630A#ABA – US Commercial*
*FA630A#ABU – United Kingdom & Ireland*
*FA630A#ABB – Euro English*
*FA630A#ABC – French Canadian*
*FA630A#UUF – Asia Pacific English*
*FA630A#ABG – Australia, New Zealand*
*FA630A#ARE – Malaysia English*
*FA630A#AB0 – Taiwan - Traditional Chinese*
*FA630A#AB2 – Simplified Chinese*
*FA630A#AB5 – Hong Kong T-Chinese*
*FA630A#ABD – Germany*
*FA630A#ABF – France*
*FA630A#ABZ – Italy*
*FA630A#ABE – Spain*
*FA630A#B16 – LA Spanish*
*FA630A#AC8 – Argentina*
*FA630A#AC4 – Brazil*
*FA630A#AB1 – Korea*
*FA630A#ABJ – Japan*

*FA630T#ABB – Euro English Top Value*
*FA630T#ABD – Germany Top Value*
*FA630T#ABE – Spain Top Value*
*FA630T#ABF – France Top Value*
*FA630T#ABU – United Kingdom & Ireland Top Value*
*FA630T#ABZ – Italy Top Value*

**HP iPAQ rx1955 Pocket PC – *64 MB ROM, 32 MB SDRAM, WiFi***

*FA629A#ABA – US Retail, English*

**HP iPAQ rx1955 Pocket PC – *64 MB ROM, 32 MB SDRAM, WiFi***

*FA633A#ABA – US Retail, English – RFID*

| | | |
|---|---|---|
| **Processor** | Samsung® SC32442 300 MHz Processor | |
| **Memory** | User Available Memory | 96 MB total memory (64 MB ROM and 32 MB SDRAM)<br>Up to 33 MB user available persistent storage memory |



# QuickSpecs 

HP iPAQ rx1950 Pocket PC

*Standard Features*

| | | |
|---|---|---|
| **Display** | Type | Transflective TFT QVGA color with LED backlight with power save mode |
| | Number of Colors | 64K color (65,536 colors) 16-bit |
| | Touch Screen | Yes |
| | Resolution (W x H) | 240 x 320 pixels |
| | Dot Pitch | 0.24 mm |
| | Viewable Image Size | 3.5 in (89 mm) diagonal |
| **Hardware Buttons/ Reset Buttons** | | One power button, one recording button, one soft reset switch, four software programmable AP buttons, one 5-way joy stick |
| **Stylus** | | One – Included in the box |
| **Audio** | | Integrated microphone, speaker and one 3.5 mm stereo headphone jack |
| **Indicators** | Alarms | Solid amber LED (right) – battery in unit fully charged<br>Flashing amber LED (right) – battery in unit is charging<br>Flashing green LED (right) – event alarm/notification<br>Solid Blue LED (left) – WiFi active |
| | Notification | Sound and visual message on the display |
| **Cradle Interfaces** (Cradle available as optional accessory) | Connector | 1 - 22 pin connector for synchronization and charging |
| | Cable | 1 USB cable connects to PC |
| | DC Power jack connector for AC/DC Adapter connection | 1 |
| | Integrated Spare battery charger | Charge additional slim or extended battery |
| **Other Interfaces** | | IrDA (SIR)<br>**USB 1.1 Client** – supported via HP standard 22-pin sync connector interface<br>**Serial RS232** – supported via HP standard 22-pin cable interface (cable must be purchased separately)<br>NOTE: Some HP authorized options may not be supported. See http://www.hp.com/go/ipaqaccessories. |
| **SD Slot** | | Support 1-bit/4-bit SDIO, SD/MMC type memory standard, and mini SD memory cards with SD adapters |

# QuickSpecs

HP iPAQ rx1950 Pocket PC

## Standard Features

| | | |
|---|---|---|
| Power Supply | Battery | Removable/rechargeable 1100 mAh Lithium-Ion (user changeable). Optional extended 1800 mAh Lithium-Ion battery available for purchase (http://www.hp.com/go/ipaqaccessories). |
| | AC Power | AC Input: 100~240 Vac, 50/60 Hz, AC Input current: 0.3 Aac max Output Voltage: 5Vdc (typical), Output Current: 2A (typical) |

**NOTE:** Battery run time varies based on the usage pattern of an individual user and the configuration of the handheld. Use of internal wireless capabilities and backlight will significantly decrease battery run time.

| | | | |
|---|---|---|---|
| AC Adapter | Dimensions (H x W x D) | 3 x 1.9 x 1.8 in (76 x 48 x 44 mm - including prongs), (may vary by model) | |
| | Cord Length (approximate) | 6 ft (1.83 m) | |
| | Power Supply Ratings | Voltage Range | 100 to 240 V Switching |
| | | Input Current | 0.4 A ac |
| | | Input Frequency | 50 to 60 Hz |
| | | Output Voltage | 5 V DC |
| | | Output Current | 2 Amp |

| | | | |
|---|---|---|---|
| System Unit | Dimensions (H x W x D) | 4.47 x 2.78 x 0.5 in (113.6 x 70.6 x 13.5 mm) | |
| | Weight | 4.4 oz (125 g) | |
| | Operating Temperature | 32° to 104° F (0° to 40° C) | |
| | Storage Temperature | -4° to 140° F (-20° to 60° C) | |
| | Operating Humidity | 90% RH | |
| | Regulatory Marks | Electrical | FCC Class B, UL or CSA NRTL, CE |
| | | Safety | C-UL, NOM |

| | |
|---|---|
| Design Features | 4 programmable application quick-launch buttons, 5-way navigation joystick, touch-sensitive display for stylus or fingertip, voice record button, microphone and speaker |

| | |
|---|---|
| Operating System | Microsoft® Windows Mobile™ 5.0 for Pocket PC, Premium Edition |
| | Mobile versions of Microsoft software are included (Word®, Excel®, PowerPoint® and Internet Explorer®) |
| | Microsoft® Outlook™ 2002 for Pocket PC |

| | |
|---|---|
| Operating System Applications | Powered by Microsoft® Windows Mobile™ Version 5.0 for Pocket PC, Premium Edition; Calendar, Contacts, Messaging (with Spell Checker for email), Tasks, Voice Recorder, Notes, Word® Mobile (with Spellchecker), Excel® Mobile, PowerPoint® Mobile, Internet Explorer Mobile, Windows Media Player 10 Mobile, Calculator, Solitaire, Jawbreaker, File Explorer, Pictures and Videos, Terminal Services Client, Beam, Clock, Align Screen, Memory, Volume. |

| | |
|---|---|
| In the box | HP iPAQ rx1950 Pocket PC, lithium-Ion 1100 mAh removable/rechargeable battery, AC adapter, USB desktop synchronization cable, slip case, Documentation Package and HP iPAQ Getting Started disc |

*Standard Features*

| | |
|---|---|
| Additional Software and links | Microsoft ActiveSync 4.0 and links to Microsoft websites for additional downloadable applications<br>NOTE: Some programs may require purchase of additional desktop software to utilize Pocket PC versions. |
| Service and Support | US Retail: 90 Days parts and labor. 90 days technical support for software in most regions.<br>Rest of World: One-year parts and labor; 90 days technical support for software in most regions.<br>Additional offers may vary by region. |
| HP Exclusive Applications | iPAQ Wireless: manage your wireless connections<br>Pocket Panel Lite: one touch access from Today Screen to device status; battery, memory, backlight settings<br>iPAQ Entertainment<br>Utilities: Self Test, iPAQ Audio, Power Status, Backlight Applet, Certificate Enroller |

| Getting Started Disc from HP | | Full Versions |
|---|---|---|
| | Applications | Active Sync<br>Adobe Acrobat Reader for PC<br>Microsoft Outlook 2002 |
| | CD Links | Handango |
| | <u>Additional Documentation</u><br>Important Safety Information on PDF, and Additional Product Information on PDF | |
| | NOTE: Programs may vary based on model. Some programs are accessed through CD links to download web sites. | |

| Wi-Fi (802.11b) Specifications[1,2] | | |
|---|---|---|
| | Technology | High-speed wireless access to the Internet, email and corporate data |
| | RF Network Standard | IEEE 802 Part 11b (802.11b) |
| | Frequency Band | 2.4000 to 2.4835 GHz |
| | | 2.4465 to 2.4835 GHz (France) |
| | | 2.4000 to 2.497 GHz (Japan) |
| | Antenna type | Embedded Antenna |
| | Security | WEP 64/128-bit compliant to IEEE 802.11<br>Compliant to 802.1X (EAP-TLS, PEAP)<br>WPA |
| | Network Architecture Models | Ad-hoc (Peer to Peer)<br>Infrastructure (Access Points Required) |
| | Modulation Technique | Direct Sequence Spread Spectrum |
| | Modulation Schemes | DBPSK, DQPSK, CCK |
| | Receiver Sensitivity – Packet Error Rate (8E-2) | 11 Mbps: <-80 dBm<br>5.5 Mbps: <-82 dBm<br>2 Mbps: <-86 dBm<br>1 Mbps: <-89 dBm |
| | Maximum Receive Level | -10dBm (1/2/5.5/11 Mbps) |
| | Output Power | 15 dBm |



# QuickSpecs

HP iPAQ rx1950 Pocket PC

*Standard Features*

| | |
|---|---|
| **Power Consumption** | Transmit mode: 1.33 Watts, typical |
| | Receive mode: 1.235 Watts, typical |
| **Media Access Protocol** | CSMA/CA (Collision Avoidance) with ACK |
| **Protocols Supported** | TCP/IP |
| | IPX/SPX |
| | UDP |
| **Operating Distance** | Up to 1000 feet – Open sight |
| **Certifications** | All necessary regulatory approvals for countries we support including: |
| | WECA Wi-Fi approval |
| | FCC (47 CFR) Part 15C, Section 15.247&15.249 |
| | ETS 300 328, ETS 301 489-6 |
| | Low Voltage Directive IEC950 |
| | UL, CSA, and CE Mark |

NOTES:
[1] A standard WLAN (Wi-Fi) infrastructure, separately purchased equipment, and a service contract with a wireless airtime provider may be required for applicable wireless communication. Wireless Internet use requires a separately purchased service contract. Check with wireless network service providers for availability and coverage in your area. Not all web content available.
[2] Wireless access points required and are not included. Availability of public wireless access points limited. Wireless Internet use may require separately purchased Internet service contract.



# QuickSpecs

HP iPAQ rx1950 Pocket PC

*Options*

| | | |
|---|---|---|
| | NOTE: Optional accessories are available at additional cost. | |
| Memory/Storage | 128 MB SD Memory Card | FA135A#AC3 |
| | 256 MB SD Memory Card | FA136A#AC3 |
| | 512 MB SD Memory Card | FA184A#AC3 |
| | 1 GB SD Memory Card | FA283A#AC3 |
| | 128 MB miniSD Memory Card* | FA602A#AC3 |
| | 256 MB miniSD Memory Card* | FA603A#AC3 |
| | 512 MB miniSD Memory Card* | FA604A#AC3 |
| | * Models with full-sized SD slots will require the use of an SD adapter (included). | |
| Power | 1100 mAh Lithium Ion Standard Battery | FA191x#AC3 |
| | 1800 mAh Lithium Ion Extended Battery | FA192x#AC3 |
| | Automobile Adapter | FA125A#AC3 |
| | Charger Adapter | FA133A#AC3 |
| | AC Adapter, 4 head (US, EU, UK, AU) | FA372A#AC3 |
| Synchronization | Desktop Cradle | FA188A#AC3 |
| | AutoSync Cable (USB and Serial) | FA122A#AC3 |
| Input Devices | Stylus Three-pack | FA113A#AC3 |
| | Foldable Keyboard | FA118A#xxx |
| Cases | Leather Belt Case | FA160A#AC3 |
| | Nylon Slimline Case | FA161A#AC3 |
| | Premier Leather Case | FA662A#AC3 |
| | Universal Rugged Wireless Case – Red | FA238A#AC3 |
| | Universal Rugged Wireless Case – Black | FA238B#AC3 |
| | Rugged Wireless Screen Protector 3-pack | FA138A#AC3 |
| | Custom Cases: to view and order go to: http://www.casesonline.com. | |

## HP iPAQ Pocket PC features Windows Mobile™ software

For more information on HP iPAQ Pocket PC, visit our website at http://www.hp.com/go/iPAQ

©Copyright 2005 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein. Microsoft, Windows, and the Windows Logo are U.S. registered trademarks of Microsoft Corporation.

