# EXHIBIT 14


    

## The power of a full-sized PC in the palm of your hand.

### VGN-U750P
Notebook

**Maximum Mobility**
Traveling with your PC has never been easier or lighter! Weighing slightly over 1.2 lbs. and equipped with Microsoft® Windows® XP Professional, Intel® Pentium® Processor, and an array of accessories, you can conveniently and comfortably use your PC in virtually any environment.

**Versatility at your Fingertips**
The VAIO U PC offers a variety of control and input options: type using the on-screen keyboard, fold-out keyboard or stylus, navigate using the pointing device and/or handwrite using Handwriting recognition software.

**Multimedia Entertainment**
With integrated wireless capabilities you can download music and movies directly to your PC[3] to enjoy at home or on the road. XBRITE™ technology lets you experience movies in ultra-sharp, brilliant detail. Convenient headphones allow you to take advantage of entertainment features without disturbing others.

**Wireless Freedom**
Integrated wireless capabilities let you connect to thousands of Hotspots across the country to check email, surf the web and stay connected.[3] Connect to work and play - wire-free!

Sony® VAIO® U Series ultra-portable PC provides you with ultimate versatility, function and entertainment. Its compact form factor and multitude of accessories give you the flexibility to work and play at home, at the office or while traveling.

---

**Model**
VGN-U750P

### HARDWARE

**Processor**
Intel® Pentium® M Processor Ultra Low Voltage 733 (1.10GHz[1], 2MB L2 Cache)
**Front Side Bus Speed**
400MHz
**Chipset**
Intel® 855GM
**Integrated Wireless LAN**
IEEE 802.11b/g[3]
**LCD**
5.0" SVGA (800x600) with inner Touch Panel hybrid and XBRITE™ technology
**Hard Drive**
20GB[2] (4200rpm)
**Memory**
512MB PC-2100 266MHz DDR (512MB x 1)
**Graphics**
Intel® 855GM Integrated Graphics
64MB Video RAM (shared w/ Main Memory)
**Graphics Interface**
VGA out on Port Replicator
VGA / Ethernet Adapter
**Ethernet**
10BASE-T/100BASE-TX - Ethernet on Port Replicator and VGA / Ethernet Adapter
**Audio**
Built-in speaker (Monoral)
**Audio Interface**
Headphone Mini-Jack (Stereo)
**Memory Stick® Media Slot**
Supports Memory Stick, Memory Stick PRO™ media[4] (sold separately)
**Other Media Slot**
Compact Flash Slot
**Other Interfaces**
1 USB 2.0 Port
DC in
**Port Replicator Interfaces**
i.LINK® Connector (IEEE 1394)[5],
4 USB 2.0 Ports , DC in, VGA out
Ethernet (RJ-45)
**Pointing Device**
Inner Touch Panel
Multi-Pointing Device

**Action Buttons**
Zoom / Rotate
Wireless LAN On/Off
Ctrl+Alt+Delete
Standby
Brightness Control
Function
On-Screen Touch Panel
Scroll / Right Click / Left Click
Cursor Keys / Enter
**Keyboard**
USB Fold-out Keyboard (VGP-KBC1) with Pointing Device
**Power Requirements**
26W+10%
**Battery**
Lithium-ion Battery (VGP-BPS1)
**Estimated Battery Life**
1.5 - 3.0 hours[6]
**Weight**
1.21 lbs.
**Size (W x H x D)**
6.6" x 4.3" x 1.04"
**Supplied Accessories**
Standard Lithium-ion Battery (VGP-BPS1)
Power Cord
AC Adapter (PCGA-AC16V7)
Port Replicator
VGA/Ethernet Adapter
Stylus
Headphones
Remote Control
Fold-out Keyboard
Carrying Case
Keyboard Case
**Optional Accessories**
Large Capacity Battery (VGP-BPL1)
Additional AC Adapter (PCGA-AC16V8)
External DVD±RW Drive (PCGA-DDRW2)[7, 10]
Protection Case with Stand (VGP-CKU1)
802.11a/b/g Wireless LAN Router Access Point (PCWA-AR800)
Visual Communication Camera (PCGA-UVC11A)
Wireless Optical Mouse (PCGA-WMS5/S)
USB Mobile Mouse- Black (PCGA-UMS3/B)
USB Mobile Mouse- Silver (PCGA-UMS3/S)

USB Optical VAIO Mouse (PCGA-UMS5)
Wireless Keyboard & Mouse (VGP-WKB1)
USB Bluetooth® Adapter (PCGA-BA2)
60GB External Hard Drive (PCGA-HDM06)[2]
External Floppy Disk Drive (PCGA-UFD5)
Slim Carrying Case (PCGA-CCB2)
Cleaning Kit (PCGA-CG10)
Notebook Briefcase (PCGA-CCV)

### SOFTWARE

**Operating System**
Microsoft® Windows® XP Professional with Service Pack 2
**SONY® Originial Software**
VAIO Video Download Manager
SonicStage® - Digital Music
VAIO Media™ - Network File Sharing
**VAIO® U Series Software Bundle**
Pen&Internet® ritePen™ advanced pen tool - Handwriting Recognition Software
Pen Plus
Adobe® Reader
Adobe® Photoshop® Album Starter Edition
InterVideo® WinDVD®
Liquid Surf™ for VAIO®
Microsoft® MovieMaker
Microsoft® Works 8.0 - Word Processing, Spreadsheet, Calendar, Scheduling, Contact Management and Database
Microsoft® Office 2003 60-Day Trial (Small Business Edition)
**Anti-Virus & Recovery Software**
Norton Internet Security™ 90-Day Subscription - Norton AntiVirus®, Norton Personal Firewall, Norton Privacy Control, Norton AntiSpam®, Norton Parental Control
Sony VAIO Update software
Sony VAIO Recovery Wizard software
Sony VAIO Help and Support software
**Internet Services**
AOL Online™ 90-day Trial - New Users Only

### SERVICE AND WARRANTY INFORMATION

**Limited Warranty**
1 Year Limited Warranty[8]
**Telephone Support**
1 year Toll-Free Technical Telephone Assistance, available 24/7[9]
**On-line Support**
Support available from http://www.sony.com/pcsupport

1. GHz denotes microprocessor internal clock speed; other factors may affect application performance. CPU speed will be reduced under certain operating conditions.
2. GB means one billion bytes when referring to hard drive capacity. Accessible capacity may vary. A portion of hard disk space is reserved as a recovery partition.
3. Requires compatible wireless LAN access point, sold separately. Internet connection may require fees.
4. Supports Memory Stick PRO™ high-capacity media tested up to 1GB. Does not support MagicGate™ functionality.
5. i.LINK is a trademark of Sony used only to designate that a product contains an IEEE 1394 connector. All products with an i.LINK connector may not communicate with each other.
6. Estimated battery life. Actual battery life may vary on usage.
7. DVD Media/Formats are not universally compatible.
8. See actual Limited Warranty for details.
9. For certain third party software applications, Sony provides first level Phone Support. Additional telephone support may be available from the applicable 3rd party vendor. Availability and schedule for any such support is determined by the applicable software vendor.
10. Use of Click to DVD™ software provided with this DVD±RW Drive, on the U Series PC, requires connection to an external display with XGA resolution (or better).

Computer Interface: The computer industry lacks standards, and therefore, there are a multitude of varying software packages and add-on hardware options. This personal computer is not manufactured to operate any specific software, and Sony does not and cannot make any warranty or representation with respect to the performance of this product with any particular software packages and/or non-Sony add-on hardware options except those mentioned in this document. Sony hereby disclaims any representations or warranty that this product is compatible with any combination of products you may choose to connect. While Sony representatives or Sony authorized dealers may be able to assist you and may make recommendations, they are NOT authorized to vary or waive this disclaimer. Purchasers must determine for themselves the suitability and compatibility of the hardware and software in each and every particular instance. Software titles pre-installed on the Sony Notebook Computer are subject to change without notice. Simulated graphic shown on display. Preinstalled software may not be identical to retail versions or have all documentation. This product meets the standards of the International Energy Star Program for energy efficiency. Features and specifications are subject to change without notice. Non-metric weights and measurements are approximate.

©2004 Sony Electronics Inc. All rights reserved. Reproduction in whole or in part without written permission is prohibited. Sony, i.LINK, SonicStage, Memory Stick, XBRITE, Memory Stick PRO, MagicGate, VAIO Media, Like No Other and VAIO are trademarks of Sony. Intel and Pentium are registered trademarks of Intel Corporation. Microsoft and Windows are registered trademarks of Microsoft Corporation. All other trademarks are trademarks of their respective owners.

Printed in U.S.A. 11/04


