1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendant. | |

1  Pursuant to Civil L.R. 79-5 and 7-11, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung
3  Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this
4  administrative motion for a sealing order to seal:

5  1) Exhibits 1, 3, 5 and 8 to the Declaration of Michael T. Zeller in Support of Samsung's
6  Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring
7  ("Zeller Declaration"); and

8  2) The confidential, unredacted version of Samsung's Motion to Exclude Ordinary
9  Observer Opinions of Apple Expert Cooper Woodring which includes the information
10  contained in Exhibits 1, 3, 5 and 8 to the Zeller Declaration.

11  Plaintiff Apple Inc. ("Apple") has designated the documents or deposition excerpts and deposition
12  exhibits in Exhibits 1, 3, 5 and 8 to the Zeller Declaration as "CONFIDENTIAL" or "HIGHLY
13  CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the interim protective order for the
14  Northern District of California.  Portions of Samsung's Motion to Exclude Ordinary Observer
15  Opinions of Apple Expert Cooper Woodring include discussion of the documents or transcript
16  excerpts and exhibits from the depositions that Apple has designated "CONFIDENTIAL" or
17  "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY."  Samsung accordingly files these
18  documents under seal, and expects that Apple will comply with Local Rule 79-5(d) by filing an
19  appropriate declaration with the Court within seven days for those sections and documents that
20  reference Apple-designated information.  Pursuant to General Order No. 62, copies of Exhibits 1,
21  3, 5 and 8 to the Zeller Declaration and the confidential, unredacted version of Samsung's Motion
22  to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring have been lodged with
23  the Court for in camera review, served on all parties, and will be e-filed with the Court pending the
24  Court's granting of this Motion to Seal.

25  This request is narrowly tailored to seal only the material for which good cause to seal has
26  been established.  Accordingly, Samsung respectfully requests that the Court order that the
27  confidential, unredacted version of Samsung's Motion to Exclude Ordinary Observer Opinions of
28

1 | Apple Expert Cooper Woodring, and Exhibits 1, 3, 5 and 8 to the Zeller Declaration, be filed
2 | under seal.
3 |
4 | DATED: August 22, 2011                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  */s/ Kevin Johnson*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC