QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San FranSamsung, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Case No. 11-cv-01846-LHK
DECL. OF MELISSA N. CHAN ISO SAMSUNG'S ADMIN. MOTION TO FILE UNDER SEAL

I, Melissa N. Chan, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Exhibits 1 and 5 of the Declaration of Michael T. Zeller in support of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Zeller Declaration") contain transcript excerpts and an exhibit from the deposition of Mr. Cooper Woodring ("the Woodring Tr.").  Apple initially designated the Woodring Tr. as HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order, but revised its designations on August 12, 2011.   However, the deposition excerpts and exhibit attached as Exhibits 1 and 5 of the Zeller Declaration remain designated by Apple as either CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order.

3. Exhibit 3 of the Zeller Declaration is a document produced by Apple in this case that Apple has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.

4. Exhibit 8 of the Zeller Declaration contains transcript excerpts from the deposition of Mr. Christopher Stringer ("the Stringer Tr.").  Apple has designated the entire Stringer Tr. as HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order.

5. Pursuant to General Order No. 62, copies of Exhibits 1, 3, 5 and 8 of the Zeller Declaration have been lodged with the Court for in camera review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

6. Given that Apple designated the above-referenced documents or portions of the excerpts and exhibits of the depositions of Cooper Woodring and Christopher Stringer as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY, those documents, excerpts and exhibits attached as Exhibits 1, 3, 5 and 8 to the Zeller Declaration are properly filed under seal under Local Rule 79-5(d).

1    7.    The confidential, unredacted version of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Motion to Exclude") contains information from Exhibits 1, 3, 5 and 8 to the Zeller Declaration.  Pursuant to General Order No. 62, a copy of the confidential, unredacted version of the Motion to Exclude has been lodged with the Court for in camera review, served on all parties, and will be e-filed with the Court pending the Court's granting of this Motion to Seal.

8.    On August 19, 2011, I e-mailed counsel for Apple, requesting that Apple agree to the filing under seal of the sections of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring, and the supporting declarations or exhibits, which include confidential information.  In response to this email, Apple's counsel indicated that it would not oppose Samsung's Administrative Motion to file this information under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed in Redwood Shores, CA on August 22, 2011.

DATED: August 22, 2011                 Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By   /s/ Melissa N. Chan
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Kevin Johnson, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Melissa N. Chan.

       /s/ Kevin Johnson