UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that portions of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring be filed under seal.

Samsung has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that the information contained in the below documents has been designated

as confidential by Apple and therefore sealable.  Apple does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Exhibits 1, 3, 5 and 8 to the Declaration of Michael T. Zeller in Support of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring;
- The confidential, unredacted version of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring which includes the information discussed in the exhibits above.

**IT IS SO ORDERED.**

DATED: _____, 2011

The Honorable Lucy H. Koh
United States District Court Judge