# EXHIBIT C

## Fidler 1981 Tablet Mockup

*front*  *back*




*edge*



---

*front*  *back*




*edge*

**'D889**