# EXHIBIT D

## Fidler 1994 Tablet Mockup

*front*  *back*




*edge*



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*front*  *back*




*edge*

**'D889**