# EXHIBIT G

(19)日本国特許庁　　　　　　　　　　　　(11)登録意匠番号

(45)平成7年(1995)3月9日発行　　(12)意 匠 公 報　(S)　　921403

(52)H5-41

(21)意願 平4-34606　　(22)出願 平4(1992)11月24日
　　　　　　　　　　　　(24)登録 平6(1994)12月26日

(72)創 作 者　杉 原　伸 一　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創 作 者　森 脇　政 彦　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創 作 者　山 田　文 彦　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創 作 者　山 崎　陽 子　　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(73)意 匠 権 者　松下電器産業株式会社　　大阪府門真市大字門真1006番地
(74)代　理　人　弁理士　小鍛治　明　外2名
　　審　査　官　岩 下　真由美

(54)意匠に係る物品　　電子計算機

(55)説　　　　明　　本物品は機体前面に液晶デイスプレイ部を形成した電子計算機であり、入力ペン等の外部機器とはワイヤレス（赤外線）で接続して使用するものである。また、本物品には電源スイツチは設けておらず、電源ＯＮ／ＯＦＦをふくむすべての操作は専用の入力ペンを用いて行うものである。



斜視図

正面図　　　　　　　　　　　　　　　背面図

平面図　　　　　　　　　　　　　　　底面図

921403 　　　　　　　　　　　　　　　（2）　　　　　　　　　　　　　　　H5-41



左側面図　　　　　　　　　　　　　　　　右側面図

A−A′ 拡大断面図



各部の名称を示す参考図



液晶ディスプレイ　手書き入力ペン　光ディスク挿入口

I certify that the following Japanese to English translation of the Japanese language document entitled, "JP-S-921403" is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Japanese to English translation of various legal, technical or business documents.

Translation Date: August 16, 2011

*Robert M. Ginns*

Translator's Signature                                              Date: August 16, 2011
Robert Ginns

(19) Japanese Patent Office

(45) Issue Date: March 9, 1995    (12) Design Gazette (S)
(11) Registration Design No.: 921403  (52) H5-41
(21) Design Application No. H4-34606
(22) Application Date: November 24, 1992
(24) Registration Date: December 26, 1994

(72) Creators Sugihara, Moriwaki, Yamada, Yamazaki
                             **1006**, Oaza Kadoma Kadoma-shi Osaka

(73) Owner of a (registered) design right    Matsushita Industries
                             **1006**, Oaza Kadoma Kadoma-shi Osaka

Representative, Patent Agent, Attorney    Okaji, Akira (2 others)

Examiner  Iwashita, Mayumi

Article Related to Design     Electronic Calculator

Description This article is an electronic calculator that has formed a liquid crystal display on the front surface of the equipment and is used by wirelessly connecting (infrared rays) with external equipment such as input pens. In addition, without a power switch on this article, all the operations that include power ON/OFF are performed using dedicated input pens.



1-perspective view, 2-front surface view, 3-back surface view, 4-level view, 5-base view



1-left side view, 2-right side view, 3-expanded cross-section along A-A', 4-Reference drawings showing the titles of each part, 5-liquid crystal display, 6-handwriting pen, 7-optical disk inlet