# EXHIBIT I

# JPD0887388



# 'D889