# EXHIBIT K

## JPD1142127



## 'D889

