# EXHIBIT Q



JP 1241638      iPhone 3GS