# EXHIBIT R

**also @ TechSpot:** Logitech unveils $40 G-series gaming mouse, the G300

| TECHSPOT | NEWS | DOWNLOADS | WEB |

Search

Join Now | Login | About

Trending | Features | Hardware | Software | Mobile | Gaming | The Web | IT | Apple | Microsoft | Security | More



HOME › NEWS › INDUSTRY NEWS

# The LG Chocolate phone

By Derek Sooman
On March 23, 2006, 4:09 PM EST

0    Like    0

LG Electronics has announced a new mobile with a groovy name – the LG Chocolate phone. The real name of the phone is the LG-KG800, and it will have a hidden LCD screen and touch-keypad controls that glow red when in use. It's also a GSM tri-band handset, and comes with a 1.3-megapixel camera and a 240 x 320 colour screen. It is expected to be available in Europe from May 3rd, 2006.

The European versions of the LG Chocolate phone will be tailored to suit the European market and therefore differ slightly from the one launched in Korea, however we are awaiting further confirmation as to what these are going to be.

LG has already sold 300,000 of the chocolate-coloured slider models with touch-sensitive keypad controls in its South Korean home market since the launch in November and is hoping to repeat the same success.

### Related Stories

Passwords Cracked By Chocolate

No tags present on this story

Next Article: *Sony to launch onlin...*

**Post a comment**

| Follow TechSpot | Subscribe to our Newsletter |
|---|---|
| Like us on Facebook and keep up with our latest stuff. | Get **weekly** news from TechSpot and Neowin on your mailbox and never miss on what's happening in the technology world. |
| | Subscribe |



## Most Popular

Trending | Featured

**1** BlackBerry Bold 9900/9930 hands-on impressions
6 Comments

**2** Firefox 7 beta now available, final build due next month
22 Comments

**3** BlackBerry Torch 9810 hands-on impressions
9 Comments

**4** HP halts webOS business, possible PC unit spin off, more
25 Comments

**5** iPad 3 to start trial production in October, launch in early 2012
6 Comments

**More Trending Topics**

### Downloads & Drivers

Downloads | Drivers

Mozilla Firefox 7.0 Beta 1
K-Lite Mega Codec Pack 7.6.6 Beta
RoboForm2Go 7.4.2
PlayOn 3.3.11
EditPad Lite 7.0.6

**More Downloads**

**Related Discussion**

Call of Duty 4 - same FPS on low and high res

Upgrades to an old computer

What is correct HDD problem & can OS be backed up?

How do I create a game

Need to fix BIOS via DOS for Dell computer

**More at the OpenBoards**

**Follow TechSpot**

| **Feeds & More** | Newsletter |

**Featured Tech Content - Inside TechSpot**

| **Main Sections** | **TS Community** | **Useful Resources** | **About TechSpot** | |
|---|---|---|---|---|
| Technology News | OpenBoard Forums | PC Buying Guide | About Us | TechSpot | PC Technology News and Analysis |
| Reviews | Most Commented | Laptops Guide | Advertising | Copyright © 1998-2011, TechSpot, Inc. |
| Guides | Recently Posted | Smartphones Guide | The TechSpot Blog | TechSpot is a registered trademark |
| Downloads | Community Archive | RSS Feeds | TechSpot en Español | All Rights Reserved |
| Drivers | Picture Gallery | Trending Topics | | |
| News Archive | | | | |

<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E id=stSegmentFrame height="0px" width="0px" name="stSegmentFrame" src="http://seg.sharethis.com/partners.php?partner=netshelter&rnd=1313982749257" frameBorder="0" scrolling="no" itxtNodeId="5" itxtHarvested="0">