# EXHIBIT T

 

LG Chocolate         iPhone 4