# EXHIBIT U

 

LG Prada            iPhone 4