# EXHIBIT V



# SoftBank 825SH



Compact Body with Full-Face Slider and Various Functions

Colors :

## Features

### Express yourself with 8 PANTONE® color options

The PANTONE® mobile hits the market as a Full-Face Slider. In collaboration with PANTONE®, SoftBank has released the 825SH in eight pop color variations. Use your mobile phone as a fashion accessory for casual self-expression.





### Full-Face Slider loaded with useful functions

A round design and 48 mm thin profile makes the 825SH easy to grasp and operate. This compact full-face slider is replete with useful features such as Digital TV (One Seg), Global Roaming Service and more!

No communication charge for watching Digital TV (One Seg).

### Motion Control Sensor makes operation a snap

Motion Control turns your motions into commands for the phone. Further, the screen menus automatically adjust as the handset is moved between horizontal to vertical positions, allowing greater freedom of operation.

## Specifications

| | |
|---|---|
| **Weight** (approx.) | 109 g |
| **Dimensions** (approx.) | 48.0 (W) x 102.9 (H) x 14.9 (D) mm (closed, excluding protrusions) |
| **Talk Time** (in normal reception conditions) | 240 minutes (3G); 210 minutes (GSM) |
| **Standby Time** (when phone not in use) | 330 hours (3G); 310 hours (GSM) |
| **Charging Time** (approx.) | 140 minutes |

Average talk and standby times shown above are estimates under stable reception conditions with new, fully charged battery. Calculations are based on handsets used in Japan (3G) with IP service, incoming Graphic Mail and S! Applications notification disabled.

## Software Update

September 11, 2008   Important Information for SoftBank 923SH/824SH/825SH Users

## Attention

Some content may not be available for SoftBank 3G models. Please check availability when you switch your contract to these models.

Requires prior application.

Interactive services and information retrieved from the web will incur communication charges.

Compatible with microSD™ Memory Card.

825SH has no internal camera; user's image is not sent for Video Calls.

With SoftBank 3G Handsets, a valid USIM Card must be inserted to use the TV and camera function.

All screen shots simulated. Actual images may vary.

PANTONE Colors displayed here may not match PANTONE-identified standards. Consult current PANTONE Color Publications for accurate color. PANTONE, the PANTONE Chip Design are trademarks of Pantone, Inc. in the United States and/or other countries. © Pantone, Inc., 2008. All rights reserved.

SOFTBANK, the SOFTBANK name and logo are registered trademarks or trademarks of SOFTBANK Corp. in Japan and other countries.

The "Y!" logo is a registered trademark or trademark of Yahoo! Inc., U.S.A.

Bluetooth® is a registered trademark of Bluetooth SIG, Inc. (USA).

microSD™ and microSDHC™ are registered trademarks of SD Card Association.

3G HighSpeed is a registered trademark or trademark of SOFTBANK MOBILE Corp.

## Customer Support

| Changing Price Plans / Models | Bill Information | Mileage Service | My SoftBank | Basic Services | Product Support | Troubleshooting | SoftBank Shop |
|---|---|---|---|---|---|---|---|
| Changing Price Plans | How to Check Your Billing Statement | Mileage Service | What's My SoftBank | Voice / Video Call Services | Download User Guide | Stolen / Lost Handsets | English-speaking SoftBank shop |
| Changing Models | Online Bill Information | | | Mail | Software Update | What's Spam Mail | |
| | Universal Service Charge | | | Web | Important Information for 2G Cellular Service | Safeguarding | |
| | | | | Service Area | | SoftBank Customer Support | |

Apple, the Apple logo, Mac OS are trademarks of Apple inc., registered in the U.S. and other countries.
iPhone, iPad, Multi-Touch are trademarks of Apple Inc..
The trademark 'iPhone' is used with a license from Aiphone K.K.
iPhone, iPad may be configured to work only with the wireless services of a single wireless operator.
AppleCare is a service mark of Apple Inc., registered in the U.S. and other countries.

SOFTBANK MOBILE Corp.

Copyright©SOFTBANK MOBILE Corp. All rights reserved.



## 【Revision】 IMPORTANT INFORMATION To SoftBank 923SH/824SH/825SH Users

September 11, 2008

Thank you for using SoftBank Mobile.
A fault described below has been found on SoftBank 923SH/824SH/825SH. A revision has also been made on SoftBank 923SH to improve its operation.
Software to resolve the fault and improve the operation will be made available via the network.
We encourage all 923SH/824SH/825SH users to download the new software.
Please accept our apologies for any inconvenience. We appreciate your understanding and ask for your continuous support for our products and services.

### 1-1. Revision of service specification (affected handset: SoftBank 923SH)

**When Double Number is active**

A revision was made to improve the operation when receiving the return call from the corresponding agency (police, marine safety agency or fire department), after placing emergency calls (110, 118 or 119) in B Mode. Details are as follows.

| | |
|---|---|
| **Before revision** | Receiving a call was not possible in B Mode.<br>To receive a call, the handset was required to be manually changed to Dual Mode or A Mode. |
| **After revision** | Receiving a call is possible in B Mode.<br>After placing emergency calls, it is possible to receive all calls in B Mode including those from land-line phones to Phone Number A. Since you may receive a return call from the corresponding agency, do not switch the mode until the emergency situation is resolved.<br>To cancel the state above, Power OFF/ON or switch the mode. |

See also the following link for "Emergency Call" when Double Number is active.
 The site is only available in Japanese.

  **http://mb.softbank.jp/mb/support/3G/doublenumber/attention.html**

### 1-2. Identified fault (affected handset: SoftBank 923SH/824SH/825SH)

**When S! Familiar Usability is set**

Scheduled Software Update and Secure Remote Lock cannot be executed.
This fault occurs only when S! Familiar Usability is set.
No error message appears to notify Secure Remote Lock cannot be executed as S! Familiar Usability is set.

### 2. Affected handsets and software update

Software update of the affected handsets will be available via the network as shown in the table below.
The software update will include other enhancements for the handsets.
Connection fees do not apply to updates (including checking, downloading and rewriting).

| Handset | Date of Software Update Available | Notes |
|---|---|---|
| 923SH | September 5, 2008 | To set Scheduled Update to update this software, cancel S! Familiar Operation in advance by following the steps below:<br>Menu -> Data Folder -> Customized Screen -> Cancel |
| 824SH | September 11, 2008 | To set Scheduled Update to update this software, cancel S! Familiar Operation in advance by following the steps below:<br>Menu -> Data Folder -> Customized Screen -> Cancel |
| 825SH | September 11, 2008 | To set Scheduled Update to update this software, cancel S! Familiar Operation in advance by following the steps below:<br>Menu -> Data Folder -> Customized Screen -> Cancel |

**< Software Update Precautions >**

1. Before updating software, turn power off to end all active functions/applications, then restart handset.
2. Make sure battery is fully charged or charger is connected; a low battery may cause update failure.
3. Implement Software Update in a place where signal is strong and stable. Do not remove battery during Software Update.
4. If USB is connected to the handset, disconnect it before Software Update.
5. Do not remove battery during Software Update. If Update fails to complete after about 20 minutes, remove and reinstall battery before retrying. If Update still fails after retrying, bring the handset to the nearest SoftBank Shop.
6. Other functions are disabled during Software Update. When other functions are active, Software Update cannot be implemented.
7. Software Update should not affect Phone Book entries, images, sounds, etc. saved on the handset. However, handset data may be lost due to hardware failure, damage, or water damage etc. Always back up important information before using Software Update.

**Click here for specific directions on updating software**

Back to Software Update list

**Customer Support**

| Changing Price Plans / Models | Bill Information | Mileage Service | My SoftBank | Basic Services | Product Support | Troubleshooting | SoftBank Shop |
|---|---|---|---|---|---|---|---|
| Changing Price Plans | How to Check Your Billing Statement | Mileage Service | What's My SoftBank | Voice / Video Call Services | Download User Guide | Stolen / Lost Handsets | English-speaking SoftBank shop |
| Changing Models | Online Bill Information | | | Mail | Software Update | What's Spam Mail | |
| | Universal Service Charge | | | Web | Important Information for 2G Cellular Service | Safeguarding | |
| | | | | Service Area | | SoftBank Customer Support | |

SOFTBANK MOBILE Corp.
Copyright©SOFTBANK MOBILE Corp. All rights reserved.