# EXHIBIT W

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１８年９月４日（２００６．９．４）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１２８０３１５号（Ｄ１２８０３１５）
（２４）【登録日】平成１８年７月２１日（２００６．７．２１）
（５４）【意匠に係る物品】携帯電話機
（５２）【意匠分類】Ｈ７－４３
（５１）【国際意匠分類（参考）】１４－０３
【Ｄターム】Ｈ７－４３ＡＣ，Ｈ７－４３Ｃ
（２１）【出願番号】意願２００５－３５４４９（Ｄ２００５－３５４４９）
（２２）【出願日】平成１７年１２月１日（２００５．１２．１）
（７２）【創作者】
【氏名】宮路　太平
【住所又は居所】東京都港区芝浦一丁目１番１号　　　　株式会社東芝　本社事務所内
（７３）【意匠権者】
【識別番号】０００００３０７８
【氏名又は名称】株式会社東芝
【氏名又は名称原語表記】ＫＡＢＵＳＨＩＫＩ　ＫＡＩＳＨＡ　ＴＯＳＨＩＢＡ
【住所又は居所】東京都港区芝浦一丁目１番１号
【住所又は居所原語表記】１－１，Ｓｈｉｂａｕｒａ　１－Ｃｈｏｍｅ，Ｍｉｎａｔｏ－ｋｕ，Ｔｏｋｙｏ　１０５－８００１　ＪＡＰＡＮ
（７４）【代理人】
【識別番号】１００１０９９００
【弁理士】
【氏名又は名称】堀口　浩
【審査官】前畑　さおり
（５６）【参考文献】意登１１６０２６６　意登１１６０４５９　意登１２０５７６５　意登１２１４７２０　意登１２１６３３４　意登１２２８２７６　意登１２３５８８８　意登１２４２５２８　大韓民国意匠商標公報、２００４－２０、（２００４－３－３１）、３０－０３４８２４７．（特許庁意匠課公知資料番号ＨＨ１６５１８８４２）
（５５）【意匠の説明】左側面図は右側面図と対称のため省略する。参考図中、平行斜線を施した部分は透光性を有する。
【図面】
【斜視図】

(2)　　　　　　　　意匠登録1280315



【ディスプレイを引き伸ばした状態の縮小斜視図】



【ディスプレイを回動した状態の斜視図】

(3)　　　　　　　　　　意匠登録1280315



【正面図】





【右側面図】

【平面図】

【背面図】



【底面図】

【内部機構を省略したＡ－Ａ端面図】

【ディスプレイを引き伸ばした状態の縮小正面図】



【ディスプレイを引き伸ばした状態の縮小右側面図】

【ディスプレイを回動した状態の正面図】

【ディスプレイを回動した状態の右側面図】

【ディスプレイを回動した状態の平面図】

【各部の名称を示す参考図１】

ディスプレイ
マイク
操作パッド
確定キー
スクロールキー
テンキー

【各部の名称を示す参考図2】

フラッシュ
カメラ



TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUESSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Afsana Liza, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document from Japanese into English.

JP1009317
JP1235888
JP1241383
JP1280315
JP1295003
JP1241638

Afsana Liza

Sworn to before me this
Monday, August 22, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public
State of New York

(19) [Country of issue] Japan Patent Office (JP)
(45) [Date issued] September 4, 2006 (2006.9.4)
(12) [Type of gazette] Design Gazette (S)
(11) [Registration number] Design registration number 1280315 (D1280315)
(24) [Date registered] July 21, 2006 (2006.7.21)
(54) [Article to the design] Portable telephone
(52) [Design classification] H7-43
(51) [International patent classification (reference)] 14-03
[D terms] H7-43AC, H7-43C
(21) [Application number] Design Application 2005-35449 (D2005-35449)
(22) [Application date] December 1, 2005 (2005.12.1)
(72) [Creator]
[Name] Taihei Miyaji
[Address or domicile] c/o Toshiba Corporation Headquarters, 1-1 Shibaura 1-Chome, Minato-ku, Tokyo
(73) [Holder of design right]
[ID number] 000003078
[Name or title] Toshiba Corporation
[Name or title spelling in original language] KABUSHIKI KAISHA TOSHIBA
[Address or domicile] 1-1 Shibaura 1-Chome, Minato-ku, Tokyo
[Address or domicile spelling in original language] 1-1, Shibaura 1-Chome, Minato-ku, Tokyo 105-8001 JAPAN
(74) [Agent]
[ID number] 100109900
[Patent attorney]
[Name or title] Hiroshi Horiguchi
[Examiner] Saori Maebata
(56) [Reference literature] Registration 1160266   Registration 1160459   Registration 1205765   Registration 1214720   Registration 1216334   Registration 1228276   Registration 12345888   Registration 1242528   South Korea Design Registration Publication 2004-20 (2004-3-31), 30-0348247 (Patent Office Design Section Public Domain Document Number HH16518842)
(55) [Description of design] The left side view will be omitted, as it is symmetrical to the right side view. In the reference drawings, the hatched portion is transparent.
[Drawings]
[Perspective view]

 Design registration 1280315



[Scaled down perspective view with display in extended state]



[Perspective view with display in rotated state]

(3)

Design registration 1280315

[Front view]

A
A

[Right side view]

(4)

Design registration 1280315



[Plane view]



[Rear view]



[Bottom view]

[A-A side without internal mechanism]

[Scaled down front view with display in extended state]



[Scaled down right side view with display in extended state]

[Front view with display in rotated state]

[Right side view of display in rotated state]

Design registration 1280315

[Plane view of display in rotated state]

[Reference drawing 1 showing name of each part]

(8)

Design registration 1280315

Display
Mic
Control pad
Confirm key
Scroll key
Keypad

[Reference drawing 2 showing name of each part]

Flash
Camera

