# EXHIBIT X



JP 1280315          iPhone 4