# EXHIBIT Y

(19)日本国特許庁 (11)登録意匠番号

(45)平成10年(1998)5月11日発行　(12)意 匠 公 報 (S)　1009317

(52) H3-30

(21)意願 平8-8461　(22)出願　平8(1996)3月28日
(24)登録　平10(1998)2月20日

(72)創 作 者　新 見　訓 正　大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内
(73)意匠権者　シャープ株式会社　大阪府大阪市阿倍野区長池町22番22号
(74)代 理 人　弁理士　澤田　勝　外2名
　　審 査 官　川 崎　典 子

(54)意匠に係る物品　携帯電話機

(51)国際意匠分類 (参考) 14-03

(55)説　　　明　本物品の操作方法は、液晶タッチパネルに表されたテンキー、文字等で行う。又アンテナは本体に内蔵されている。操作部の概略を示した参考図(2)及び通電状態を示した参考図中、斜線部は透明である。

(56)参 考 文 献　意登 989900
　　　　　　　　その他、先願あり。



正面図　　　　　　　　　　　　背面図

平面図　　　　　　　　　　　　底面図

左側面図　　　　　　　　　　　右側面図



1009317 (2) H3-30

内部機構を省略したA-A断面図



内部機構を省略したB-B断面図



通電状態を示した参考図



操作部の概略を示した参考図(1)



電源ボタン

操作部の概略を示した参考図(2)



タッチパネル付 表示部

スピーカー  マイク



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUESSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

City of New York, State of New York, County of New York

I, Afsana Liza, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document from Japanese into English.

JP1009317
JP1235888
JP1241383
JP1280315
JP1295003
JP1241638

Afsana Liza

Sworn to before me this
Monday, August 22, 2011

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public
State of New York

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

| | | |
|---|---|---|
| (45) Issued May 11, 1998 | (19) **Japan Patent Office (JP)** (12) **Design Gazette (S)** | (11) Design Registration Number **1009317** |

(52) H3-30

| | | | |
|---|---|---|---|
| (21) | Design H8-8461 | (22) Application | March 26, 1996 |
| | | (24) Registration | February 20, 1998 |
| (72) Creator | Yorimasa Niimi | ℅ Sharp Corporation, 22-22 Nagaike-cho, Abeno-ku, Osaka-shi, Osaka | |
| (73) Holder of design right | Sharp Corporation | 22-22 Nagaike-cho, Abeno-ku, Osaka-shi, Osaka | |
| (74) Agent | Patent attorney Masaru Kaida | (and 2 others) | |
| Examiner | Noriko Kawasaki | | |
| (54) Article to the design | Portable telephone | | |
| (51) International design classification (reference) | 14-03 | | |
| (55) Description | This article is operated using a numeric keypad, text, etc. displayed on a liquid crystal touch panel. Additionally, the antenna is built into the body. The hatched portion in the reference drawing showing an overview of the operation portion (2) and the reference drawing showing the electrified state is transparent. | | |
| (56) Reference literature | Design 989900 Other prior registrations. | | |



Front view    Rear view

Plane view    Bottom view

Left side view    Right side view

—6!—

A-A cross-section without internal mechanism



B-B cross-section without internal mechanism



Reference drawing showing electrified state



Reference drawing (1) showing overview of operation part



*Power button*

Reference drawing (2) showing overview of operation part



*Display part with touch panel*

*Speaker*   *Mic*