# EXHIBIT BB



JP 1241383      iPhone 3GS