# EXHIBIT DD



KR 30-041857      iPhone 4