# EXHIBIT EE

등록디자인 30-0452985유사2



(19)대한민국특허청(KR)
(12) 등록디자인공보(S)

(52) 분류 H3-301

(45) 공고일자    2007년08월27일
(11) 등록번호   30-0452985유사2
(24) 등록일자    2007년08월17일

(51) 국제분류    14-03
(21) 출원번호    30-2006-0050769
(22) 출원일자    2006년12월20일

(73) 디자인권자   삼성전자주식회사
             경기도 수원시 영통구 매탄동 416

(72) 창작자     박형신
             서울특별시 양천구 신정3동 1192-2 정은스카이빌 3차 702호
             이창수
             인천광역시 부평구 청천2동 대우아파트 107동 1101호
             현상민
             서울특별시 서초구 방배4동 809-26 대우멤버스카운티 201동 603호

(74) 대리인     류명현
             우광제

담당심사관 한효석

(54) 휴대용 전화기

디자인의 대상이 되는 물품

휴대용 전화기

디자인의 설명

1. 재질은 금속 및 합성수지재 등임.

2. 전면 상단에 디지털 카메라가 있는 것임.

3. 참고도 1에 도시된 바와 같이 키패드의 형상을 쿼티(QWERTY)키보드와 같이 배열하여 가로로 놓고 사용할 수 있는 것임.

디자인 창작 내용의 요점

본원 디자인은 폴더형을 기본 형상으로 하여, 전체적으로 부드러운 곡선을 살려 심플하고 한층 세련된 미감을 표현한 것을 디자인창작내용의 요점으로 함.

- 1 -

등록디자인 30-0452985유사2

【 사시도 】



【 정면도 】



【 배면도 】



【 좌측면도 】



등록디자인 30-0452985유사2

