# EXHIBIT FF




**KR 30-2006-0050769**   **iPhone 3GS**