# EXHIBIT HH



