1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
2  50 California Street, 22nd Floor
   San Francisco, California  94111
3  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
4

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
6  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
7  Redwood Shores, California  94065
   Telephone: (650) 801-5000
8  Facsimile: (650) 801-5100

9  Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
10 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
11 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
12
   Attorneys for Samsung Electronics Co., Ltd.,
13 Samsung Electronics America, Inc., and Samsung
   Telecommunications America LLC
14

15                        UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| --- | --- |
| Plaintiff, | **DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: October 13, 2011 Time: 1:30 p.m. Place: Courtroom 8, 4th Floor Judge: Hon. Lucy H. Koh |
| Defendants. | |

==SUBMITTED UNDER SEAL==
==HIGHLY CONFIDENTIAL –==
==OUTSIDE COUNSELS' EYES ONLY==

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL J. WAGNER**