1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,              |
20 |                    Plaintiff,                      | CASE NO. 11-cv-01846-LHK
21 |         vs.                                        | **MANUAL FILING NOTIFICATION FOR EXHIBIT D TO DECLARATION OF MICHAEL WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**
22 | SAMSUNG ELECTRONICS CO., LTD., a                   |
   | Korean business entity; SAMSUNG                    |
23 | ELECTRONICS AMERICA, INC., a New                   |
   | York corporation; SAMSUNG                          |
24 | TELECOMMUNICATIONS AMERICA,                        |
   | LLC, a Delaware limited liability company,         |
25 |                                                    |
   |                    Defendant.                      |
26

27

28

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT D TO DECLARATION OF MICHAEL WAGNER
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

**MANUAL FILING NOTIFICATION**

Regarding:     EXHIBIT D to the DECLARATION OF MICHAEL WAGNER IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____     Voluminous Document (PDF file size larger than efiling system allowances)

_____     Unable to Scan Documents

_____     Physical Object (description): _____

_____     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_     Item Under Seal

_____     Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____     Other (description): _____

DATED: August 22, 2011                    Respectfully submitted,

                                          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By     /s/
                                             Victoria F. Maroulis
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC