1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

15

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

20              Plaintiff,                        **MANUAL FILING NOTIFICATION FOR
                                                 EXHIBIT E TO DECLARATION OF
21      vs.                                       MICHAEL WAGNER IN SUPPORT OF
                                                 SAMSUNG'S OPPOSITION TO APPLE'S
22  SAMSUNG ELECTRONICS CO., LTD., a             MOTION FOR A PRELIMINARY
    Korean business entity; SAMSUNG              INJUNCTION**
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28
                                                                    Case No. 11-cv-01846-LHK

## **MANUAL FILING NOTIFICATION**

Regarding:      EXHIBIT E to the DECLARATION OF MICHAEL WAGNER IN SUPPORT OF

APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____      Voluminous Document (PDF file size larger than efiling system allowances)

_____      Unable to Scan Documents

_____      Physical Object (description):  _____

_____      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_\_      Item Under Seal

_____      Conformance with th eJudicial Conference Privacy Policy (General Order 53)

_____      Other (description):  _____

DATED: August 22, 2011              Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By\_\_\_\_/s/_____
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC