```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California  94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California  94065
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

 9  Michael T. Zeller (Cal. Bar No. 196417)
    michaelzeller@quinnemanuel.com
10  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
11  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
12
    Attorneys for Samsung Electronics Co., Ltd.,
13  Samsung Electronics America, Inc., and Samsung
    Telecommunications America LLC
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF JEFFREY JOHNSON, PH.D., IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: October 13, 2011<br>Time: 1:30 p.m.<br>Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | SUBMITTED UNDER SEAL<br>HIGHLY CONFIDENTIAL –<br>OUTSIDE COUNSELS' EYES ONLY |