# EXHIBIT 1

# Jeff Johnson's Curriculum Vita

# President and Principal Consultant, UI Wizards, Inc.

## Contact Information:

231 Moscow St.
San Francisco, CA 94112
*Home, work* (415) 586-5285
*E-mail:* jjohnson(at)uiwizards(dot)com
*Web:* www.uiwizards.com

## Education:

Yale University: 1970 - 1974
*Degree:* B.A.
*Major:* Psychology (experimental)
*Additional Studies:* Computer Science

Stanford University: 1974 - 1979
*Degree:* Ph.D.
*Department:* Psychology (developmental, experimental)
*Additional Studies:* Computer Science

## Employment History (most recent first):

**July, 1996 - Present: UI Wizards, Inc., a product usability consulting firm**

*Position*: President and Principal Consultant
*Duties*: Manage company. Perform product usability design, evaluation, testing, and training for clients. Write software design books.

*Product Industries of Clients*:

- CAD: Engineous
- Consumer Electronics: OpenWave, NetGear, Phone.com, Samsung
- Database: Informix, Oracle, Public Health Institute, RightPoint, Viador
- Education: Copperman Software
- Energy: Exxon Mobil Upstream Research Company
- Enterprise Productivity: Oracle
- Financial: Algorithmics, Tibco
- Games: Advance Reality, There
- Law Enforcement: Forensic Logic
- Medical: Scheduling.com
- Middleware: Vitra, Tibco
- Instrument Control: Bio-Rad, Euphonix
- Insurance: ClaimIQ

- Computer Security: TrendMicro
- Online Search: Virtual Synaptics
- Social Networking: AT&T Labs, iMeem, There
- Software development: CollabNet, Sun Microsystems, Object Technology Int'l, Macromedia, InXight
- System/server administration: NetLatency, Quantum, VMware
- Telecoms: Aspect Telecoms, AT&T Labs, Phone.com
- General website design: Chroma Design, eHealthInsurance, Sapient, Fujitsu

**November, 1994 - July, 1996: Sun Microsystems / SunSoft Developer Products (Menlo Park, CA)**

*Position*: Staff Engineer, Human Interface
*Duties*: Designed and evaluated user interfaces for software programming tools. Educated software engineers about user-interface design issues and guidelines. Conducted usability testing. Helped manage a summer intern laboratory assistant.

**June, 1993 - October, 1994: Sun Microsystems / First Person (Palo Alto)**

*Position*: Staff Engineer, Human Interface
*Duties*: Responsible for usability of user interfaces for consumer electronics and interactive TV product prototypes that were precursors of Sun's Java product. Designed and evaluated user interfaces. Established and operated a usability testing lab. Conducted usability testing. Managed a laboratory assistant.

**November, 1988 - June, 1993: Hewlett-Packard Laboratories (Palo Alto, CA)**

*Position*: Member of Technical Staff, Software Technologies Laboratory
*Duties*: Human-computer interaction research. Member of a team developing an application-development environment for use by end-users as well as programmers. Member of a task-force on handheld computer-based appliances for non-technical consumers. Member of a project to develop systems to support people in businesses in working together over long distances.

**March, 1987 - November, 1988: U S West Advanced Technologies (Denver)**

*Position*: Member of Technical Staff, "Advanced User Interfaces" Group, Science and Technology Research Lab
*Duties*: User-studies using prototype systems to derive principles of user-interface design and to examine new user-interface technologies. Included research on user-interface modes and on proper design of information services and terminals for the general public. User-interface design consulting. Training programmers in principles of user-interface design.

**March, 1984 - March, 1987: Xerox Information Systems (Sunnyvale, CA)**

*Position*: Development Team Leader; User Interface Designer
*Duties*: Design and implementation on various projects related to enhancing the Star/ViewPoint office computing system for electronic publishing applications. Designed and led implementation of a Stylesheets facility for the ViewPoint document editor. User-interface designer for most of the ViewPoint 2.0 enhancements.

**October, 1978 - February, 1984: Cromemco, Inc. (Mountain View, CA)**

*Position*: Software Engineer and Engineer Manager
*Duties*: Designing and implementing applications software (word processing, statistical analysis, graphics), designing keyboards, developing user-interface standards, designing user-interface toolkits, writing documentation, managing software engineers, LISP support.

**Summer, 1973 and 1974: Jet Propulsion Laboratories, Pasadena, CA**

*Position*: Programmer
*Duties*: Software development for Viking and Mariner data analysis.

# Teaching Experience:

- Erskine Fellow, Computer Science and Software Engineering Department, University of Canterbury, New Zealand (Winter Semester 2006).
- Visiting Assistant Professor, Math and Computer Science Department, Mills College (Spring 2003).
- Part-time lecturer, Computer Science Department, Stanford University (1997-1998).
- Full-day statistics tutorial, ACM CHI'95 Conference, Denver, CO, 1995.
- Teaching Assistant, Stanford University Psychology Department, 1974-1978.

**Invited Presentations:**

- ACM SF Bay Area Chapter: Cupertino, CA, July 2011.
- Mills College, Computer Science and Psychology Departments: Oakland, CA, March 2011.
- Center for Technology Innovation, University of Wisconson at Milwaukee: Milwaukee, WI, Jan 2011.
- Opening Keynote: UX Prague 2010, Prague, Czech Republic, June 2010.
- Keynote: Expo:QA 2009, Madrid, Spain, Oct 2009.
- Software Test & Performance 2009 Conference (STPcon 2009), San Mateo, CA, 2009.
- Opening Keynote: FutureTest 2009 Conference, NY, NY, 2009.
- Opening Keynote: Yggdrasil 2008 Conference, Lillehammer, Norway, 2008.
- User Experience Russia 2008 Conference (UXR 2008), Moscow, Russia, 2008.
- Usability Professionals Conference (UPA 2008), Baltimore, MD, 2008.
- Software Test & Performance 2008 Conference (STPcon 2008), San Mateo, CA, 2008.
- Computer Society of South Africa, Johannesburg, South Africa, 2008.
- University of South Africa, Pretoria, South Africa, 2008.
- Opening Keynote, CHI New Zealand (CHINZ) conference, Christchurch, New Zealand, 2006.
- Opening Keynote, Society for Technical Communication Trans-Alpine Chapter 2004 conference, Vienna, Austria, 2004.
- PARC Forum, Palo Alto, CA, 2003.
- Opening Keynote, Winwriters 2003 Online Help conference, Seattle, WA, 2003.
- Computer Science Department, University of California, Berkeley, CA, 1999, 2000, 2002.
- Computer Science Department, Stanford University, CA, 1993, 1994, 1995, 1996, 2000, 2001, 2002.
- Computer Science Department, University of San Francisco, CA, 1996, 2000, 2002, 2004.
- Computer Science Department, Cal. State University, San Francisco, CA, 2001, 2002.

- Mathematics and Computer Science Department, Cal. State University, Hayward, CA, 2000, 2002.
- Computer Science Department, Mills College, Oakland, CA, 2001, 2002.
- Computer Science Department, McPherson College, KS, 1998.
- Computer Science Department, Bethel College, KS, 1998.
- Computer Science Department, Tabor College, KS, 1998.
- ACM SIGCHI'97 Conference, Atlanta, GA, 1997.
- Department of Informatik and Mathematik, University of Bremen, Germany, 1994.
- Department of Informatik and Mathematik, University of Paderborn, Germany, 1994.
- Psychology Department, University of Colorado, Boulder, 1987.

**Subjects Taught:**

User Interface Design, User-Interface Frameworks and Components, Usability Testing, Statistics, Cognitive Psychology, Developmental Psychology.

## Implementation & Prototyping Experience:

- *Programming languages:* Java, C++, Mesa, C, LISP, Z-80 assembler, SAIL, APL, FORTRAN, BASIC.
- *Web tools:* HTML, CSS.
- *Desktop UI tools:* UIM/X, XDesigner, InterViews, Motif, Director, Symantec Visual Cafe.
- *Wireframing tools:* OmniGraffle, Photoshop, Word and Powerpoint graphics.

## Publications

- Johnson, J., "Updating Our Understanding of Perception and Cognition: Part II", *UX Matters*, Aug 9, 2010.
- Johnson, J., "Updating Our Understanding of Perception and Cognition: Part I", *UX Matters*, July 5, 2010.
- Johnson, J., "See the Change. Or Not.", *Inside MK*, June 2010, Morgan Kaufman Publishers.
- Johnson, J., *Designing with the Mind in Mind: A Simple Guide to Understanding User Interface Design Rules*, 2010, Morgan Kaufman Publishers.
- Molich, R., Hornbaek, K., Krug, S., Scott, J., and Johnson, J., "Recommendations on Recommendations: Making Usability Usable", *User Experience*, 7 (4), Nov-Dec 2008, pages 26-30.
- Johnson, J. "Web Usability in 2008: Mediocre", *Proceedings of Usability Professionals 2008 Conference* (UPA 2008), Baltimore, MD.
- Johnson, J., "GUI Bloopers: Common Interface Blunders and How to Avoid Them", *Software Test & Performance*, 4 (12), December 2007, pages 22-26.
- Johnson, J., *GUI Bloopers 2.0: Common User Interface Design Don'ts and Dos*, September 2007, Morgan Kaufman Publishers.
- Jarrett, C., Chisnell, D., and Johnson, J. "Usability Testing Then, Now, and Tomorrow", *Proceedings of Society for Technical Communication 2005 Conference* (STC 2005).
- Johnson, J., Marshall, C. "Convergent Usability Evaluation: A Case Study from the EIRS Project", *Proceedings of ACM CHI2005*.
- Johnson, J., "The Web: Not Ready for Prime Time?", *JavaRanch Journal*, Nov 2003, Java Ranch.
- Johnson, J., *Web Bloopers: 60 Common Web Design Mistakes and How to Avoid Them*,

March 2003, Morgan Kaufman Publishers.
- Nardi, B., Whittaker, S., Isaacs, E., Creech, M., Johnson, J., and Hainsworth, J. "Integrating Communication and Information Through ContactMap", *Communications of the ACM*, pages 89-95, April 2002.
- Johnson, J., Henderson, D.A. "Conceptual Models: Begin by Designing What to Design", *Interactions*, Jan-Feb 2002, 9(1), pages 25-32.
- Clement, A., Guerra, R., Johnson, J. and Stalder, F., "National Identification Schemes (NIDS): A Remedy Against Terrorist Attack?", in Brunnstein, K. & Berleur, J. (editors), *Human Choice and Computers: Issues of Choice and Quality of Life in the Information Society, IFIP 17*, World Computer Congress, Kluwer Academic Publishers, Boston, 2002, pp 195-205.
  [Also published as Clement, A., Stalder, F., Johnson, J., Guerra, R. "National Identification Schemes (NIDS) and the Fight against Terrorism: Frequently Asked Questions", *CPSR Journal*, Winter 2002.]
- Johnson, J., "Walking the Fine Line between Helpful and Harmful", *Software Testing and Quality Engineering*, September 2001, pages 12-14.
- Johnson, J., "GUI Bloopers: How NOT to Design Software", *Usability Interface*, October 2000, 7(2), pages 6-7.
- Johnson, J., "Textual Bloopers", *Interactions*, September 2000, 7(5), pages 28-48.
- Johnson, J., *GUI Bloopers: DON'Ts and DO's for Software Developers and Web Designers*, March 2000, Morgan Kaufman Publishers.
- Johnson, J., "Netiquette Training: Whose Responsibility?", *CPSR Newsletter*, Summer 1998.
- Johnson, J., "Simplifying the Controls of an Interactive Movie Game", *Proceedings of ACM CHI'98*, pages 65-72.
- Johnson, J., "Universal Access to the Net: Requirements and Social Impact", Invited talk for ACM CHI'97, March 1997, Atlanta, GA.
- Johnson, J. "R<->D, Not R&D", *Communications of the ACM*, September, 1996, pages 32-34.
- Johnson, J. and Nardi. B., "Creating Presentation Slides: A Study of Task-Specific vs. Generic Application Software", *ACM Transactions on Computer-Human Interaction*, March, 1996, 3(1), pages 38-65.
- Johnson, J., "The Information Highway: A Worst-Case Scenario", *Communications of the ACM*, February, 1996, 39(2), pages 15-17. [Also published in shorter form in *Electronic Engineering Times*, August 28, 1995.]
- Johnson, J. and Jeffries, R., "Intuitive Statistics for CHI Practitioners: Developing Understanding and Avoiding Bloopers", *ACM CHI'95 Tutorial Notes*.
- Johnson, J., "A Comparison of User Interfaces for Panning on a Touch-Controlled Display", *Proceedings of ACM CHI'95*, pages 218-225.
- Johnson, J., "Scenarios of People Using the National Information Infrastructure", *CPSR Newsletter*, Fall 1994.
- Nardi, B. and Johnson, J., "User Preferences for Task-Specific vs. Generic Application Software", *Proceedings of ACM CHI'94*, pages 392-398.
- Johnson, J., Nardi, B., Zarmer, C., and Miller, J., "ACE: A New Approach to Building Interactive Graphical Applications", *Communications of the ACM*, April 1993, pages 41-55. [Also published as HP Labs Technical Report HPL-92-126.]
- Johnson, J. and Pine, E., "Toward a Guide to Social Action for Computer Professionals", *ACM SIGCHI Bulletin*, January, 1993.
- Johnson, J., "Selectors: Going Beyond User-Interface Widgets", *Proceedings of ACM CHI'92*, pages 273-279. [Also published as *HP Labs Technical Report HPL-92-28*.]
- Zarmer, C., Nardi, B., Johnson, J., and Miller, J., "ACE: Zen and the Art of Application

Zarmer, C., Nardi, B., Johnson, J., and Miller, J., "ACE: Zen and the Art of Application Building", *Proceedings of HICSS'92*. [Also published as *HP Labs Technical Report HPL-91-146.]*
- Zarmer, C. and Johnson, J., "User Interface Tools: Past, Present, and Future Trends", *HP Labs Technical Report HPL-90-20*.
- Johnson, J., "Effect of Modes and Mode Feedback on Performance in a Simple Computer Task", *HP Labs Technical Report HPL-91-167*, 1991.
- Duis, D. and Johnson, J., "Improving User-Interface Responsiveness Despite Performance Limitations", *Proceedings of IEEE CompCon'90*, February 1990, pages 380-386.
- Johnson, J., "Modes in Non-Computer Devices", *International Journal of Man-Machine Studies*, 32, 1990, pages 423-438.
- Johnson, J., Roberts, T., Verplank, W., Smith, D.C., Irby, C., Beard, M., and Mackey, K., "The Xerox Star: A Retrospective", *IEEE Computer*, September, 1989, pages 11-29.
- Johnson, J. and Engelbeck, G., "Modes Survey Results", *SIGCHI Bulletin*, April 1989, pages 38-50.
- Johnson, J. and Beach, R., "Styles in Document Editing Systems", *IEEE Computer*, January 1988, 21(1), pages 32-43.
- Johnson, J., "How Faithfully Should the Electronic Office Simulate the Real One", *SIGCHI Bulletin*, July 1987, pages 21-25.
- Johnson, J., "Calculator Functions on Bitmapped Computers", *SIGCHI Bulletin*, July 1985, pages 23-28.