QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1    Pursuant to Civil L.R. 79-5 and 7-11, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung
3 Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this
4 administrative motion for a sealing order to seal:

5    1) Exhibits M, N, O, LL, P, FF, HH, MM, NN, OO and QQ to the Declaration of Sara
6       Jenkins in Support of Samsung's Opposition to Apple's Motion for a Preliminary
7       Injunction ("Jenkins Declaration");
8    2) The Declaration of Michael Wagner in Support of Samsung's Opposition to Apple's
9       Motion for a Preliminary Injunction and Exhibits B, D, and E;
10   3) Paragraph 58 and Exhibit 3 of the Declaration of Jeffrey Johnson in Support of
11      Samsung's Opposition to Apple's Motion for a Preliminary Injunction;
12   4) The confidential, unredacted version of Samsung's Opposition to Apple's Motion for a
13      Preliminary Injunction which includes information contained in the documents or
14      sections referenced in paragraphs (1)-(3) above.

15   Plaintiff Apple Inc. ("Apple") has designated the deposition excerpts and deposition
16 exhibits in Exhibits M, N, O, LL, P, FF, HH, MM, NN, OO, and QQ to the Jenkins Declaration as
17 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to
18 the interim protective order for the Northern District of California.  Apple also has e-filed the
19 Declaration of Richard J. Lutton under seal.  Dkt. No. 128.

20   Portions of Samsung's Opposition to Apple's Motion for a Preliminary Injunction include
21 discussion of the transcript excerpts and exhibits from the depositions that Apple has designated
22 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" or from the
23 Declaration of Richard Lutton.  Samsung accordingly files these documents under seal, and
24 expects that Apple will comply with Local Rule 79-5(d) by filing an appropriate declaration with
25 the Court within seven days for those sections and documents that reference Apple-designated
26 information.  Pursuant to General Order No. 62, copies of Exhibits M, N, O, LL, P, FF, HH, MM,
27 NN, OO, and QQ to the Jenkins Declaration have been lodged with the Court for in camera
28

1  review, served on all parties, and will be e-filed with the Court pending the Court's granting of
2  this Motion to Seal.
3       Moreover, the Declaration of Michael Wagner discusses information that Apple has
4  designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY."
5  In addition, paragraph 58 and Exhibit 3 of the Declaration of Jeffrey Johnson include highly
6  confidential information relating to Samsung's trade secrets and/or source code.  Portions of
7  Samsung's Opposition to Apple's Motion for a Preliminary Injunction discuss the information
8  from these declarations.  Pursuant to General Order No. 62, copies of these Declarations and the
9  confidential, unredacted version of Samsung's Opposition to Apple's Motion for a Preliminary
10 Injunction have been lodged with the Court for in camera review, served on all parties, and will be
11 e-filed with the Court pending the Court's granting of this Motion to Seal.
12      This request is narrowly tailored to seal only the material for which good cause to seal has
13 been established.  Accordingly, Samsung respectfully requests that the Court order that the
14 confidential, unredacted version of Samsung's Opposition to Apple's Motion for a Preliminary
15 Injunction; Exhibits M, N, O, LL, P, FF, HH, MM, NN, OO, and QQ to the Declaration of Sara
16 Jenkins in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction; the
17 Declaration of Michael Wagner; and Paragraph 58 and Exhibit 3 of the Declaration of Jeffrey
18 Johnson be filed under seal.

1  DATED: August 22, 2011            Respectfully submitted,

2                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
3

4

5                                    By  /s/ Victoria Maroulis
                                         Charles K. Verhoeven
6                                        Kevin P.B. Johnson
                                         Victoria F. Maroulis
7                                        Michael T. Zeller
8                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
9                                        INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28