1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,                  | CASE NO. 11-cv-01846-LHK
19 |              Plaintiff,                                 | **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**
20 |     vs.                                                 |
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG                              | **Date: October 13, 2011**
23 | TELECOMMUNICATIONS AMERICA,                            | **Time: 1:30 pm**
   | LLC, a Delaware limited liability company,             | **Place: Courtroom 8, 4th Floor**
24 |                                                         | **Judge: Hon. Lucy H. Koh**
   |              Defendants.
25

26

27

28

Case No. 11-cv-01846-LHK
**ZELLER DEC. ISO MOTION TO EXCLUDE OPINIONS AND REPORT OF COOPER WOODRING**

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, do hereby declare and state as follows:

1. I am a member of the State Bars of California, New York and Illinois and am counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") in these proceedings.  I have personal knowledge of the facts stated herein and, if sworn as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition Transcript of Cooper Woodring, dated August 5, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of Japanese design registration 1241638, marked as Deposition Exhibit 67 .

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Design Report of Non Infringement in the Case of TomTom International, B.V. v. Garmin International Inc., by Cooper Woodring, dated October 10, 2006, bates numbered APLNDC00010756-APLNDC00010808.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Cooper C. Woodring in Support of Apple's Motion for Preliminary Injunction, dated June 30, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of Apple, Inc.'s ComTech United States Report Q410, dated February 11, 2011, marked as Deposition Exhibit 14.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Transcript of the Hearing before the Subcommittee on Patents, Copyrights and Trademarks, of the Committee on the Judiciary, of the United States Senate, regarding Senate Bill 791 (One Hundredth Congress), dated March 26, 1987.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Transcript of the Hearing before the Subcommittee on Intellectual Property and Judicial Administration, of the Committee on the Judiciary, of the United States House of Representatives, regarding House Resolution 1790 (One Hundred Second Congress), dated January 29, 1992.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition Transcript of Christopher Stringer, dated August 3, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2011, at San Francisco, California.

 */s/ Michael T. Zeller*
 Michael T. Zeller

**GENERAL ORDER ATTESTATION**

I, Kevin Johnson, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Michael Zeller.


　　　/s/ Kevin Johnson