QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendant.

CASE NO. 11-cv-01846-LHK

**MANUAL FILING NOTIFICATION FOR
EXHIBIT 5 TO DECLARATION OF
MICHAEL T. ZELLER IN SUPPORT OF
MOTION TO EXCLUDE ORDINARY
OBSERVER OPINIONS OF APPLE
EXPERT COOPER WOODRING**

## MANUAL FILING NOTIFICATION

Regarding:        EXHIBIT 5 to the DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF

MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE

EXPERT COOPER WOODRING

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____        Voluminous Document (PDF file size larger than efiling system allowances)

_____        Unable to Scan Documents

_____        Physical Object (description):  _____

_____        Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__        Item Under Seal

_____        Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____        Other (description):  _____

1    DATED: August 22, 2011                Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4

5                                          By_____/s/_____
                                               Kevin Johnson
6                                              Attorneys for SAMSUNG ELECTRONICS CO.,
                                               LTD., SAMSUNG ELECTRONICS AMERICA,
7                                              INC. and SAMSUNG
                                               TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION FOR EXHIBIT 5 TO DECLARATION OF MICHAEL T. ZELLER
IN SUPPORT OF MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING