1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1  The Court, having considered the moving, opposition, and reply papers, including evidence
2 submitted therewith, applicable law, argument by counsel, and all other matters presented to this
3 Court on Defendants' Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper
4 Woodring, and good cause having been shown, HEREBY ORDERS:

5  Defendants' Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper
6 Woodring is GRANTED.

8  IT IS SO ORDERED.

10 DATED: _____, 2011

Hon. Lucy H .Koh
United States District Court Judge