# EXHIBIT A

View the full site

ZDNet / Equip / Review

# Check out the worlds first MP3 CDMA Phone

By on September 3rd, 2001

## Overview



Smaller, lighter and funkier, the new mobile phone just released by Samsung aims to have users grooving while they take care of business.

Samsung have released the world's first CDMA mobile phone with a built-in MP3 player. Weighing a mere 119g and measuring only 20.5mm, the stylish metallic silver SCH-M105 allows users freedom on the go.

One impressive feature is the stereo ear-microphone with remote control unit, which is provided along with the phone. Along with the standard volume control, and rewind buttons, it also has a voice record function to allows users to record important conversations. It also features Voice dialing support so there's no need to fumble with phone numbers or with any buttons while making a phone call on the run.

Another distinct advantage of the SCH-M105 is that it manages to combine the ultimate mobile technology with the ultimate in music tech, without threatening even the most non-technology minded. Downloading songs to your computer to the phone is only a matter of linking the two with the MP3 download cable, and accesing your files from there. Once that is done, simply drag and drop the songs of your choice.

The phone is able to support a standard albums worth of songs, and provides you with crisp CD quality sound without any annoying skipping.

Despite all the freedom it promises, at this point in time, users are required to link directly to their PC to transfer files to the phone. However, once MP3 phones eventually take off, the introduction of GPRS may solve that problem, as it is expected to provide four times the bandwith that is being offered at the moment.

GPRS, which is slated to be released in late 2001 will give users the freedom to browse through and download MP3s from the Web while on the move, wherever they may be.

**SCH-M105**

**Company:** Samsung
**Price:** AU$999
**Rating:**



## Related stories

- Mobile PDF Viewers
- Mobile phones linked to eye cancer
- Trium Mars Mobile Phone
- Digital + Mobile = Wireless

## Talkback

**Add your opinion**
In order to post a comment, you need to be registered. *(Sign In or register below)*

**E-mail*** *(Will not be displayed)*

**Password***

Username*

Retype your password*

Comment

Post your comment

ZDNet / Equip / Review

