# EXHIBIT C

NEWS | ABOUT SAMSUNG | LOGIN

SURGXFWV          EXVIQHVV          DSSV      VXSSRUW    P \ DFFRXQW

# News

## News

You are here : Home > News

**Latest news**

**International news**

### SAMSUNG Electronics Develops Satellite DMB Chip for Mobile Phones
on Feb 04, 2004

**- Unique device boosts localization of mobile phone components.- This core digital multimedia broadcasting component converts satellite signals into high quality images.- SAMSUNG applied on-board SOC technologies for managing pay-per-view and user verification- SAMSUNG is scheduled to launch a mobile phone with the new device in time for satellite DMB services.**

SAMSUNG Electronics has completed development of the world's first satellite digital multimedia broadcasting (DMB) chip for mobile phones. The satellite DMB chip for mobile phones requires ultra-high integration, and SAMSUNG Electronics has paved the way for localization of satellite DMB components. Satellite DMB is in the spotlight as the next generation in broadcasting formats. The service will be accessible anywhere to users on the move via either receivers in automobiles or handheld terminals.

SAMSUNG has applied system-on-a-chip (SOC) technologies to enable the satellite DMB chip to select the signals intended for individual users from a myriad of signals transmitted from the satellite and convert them into high quality video images. The device also bills the payment for the service and identifies the user. SAMSUNG has also designed the device to be extremely energy efficient.

A SAMSUNG spokesperson says, "We have completed development of the world's first satellite DMB chip for mobile phones. This achievement has paved the way for us to take the lead in core technology for various handheld products. We expect our work to accelerate the commercialization of satellite DMB services."

SAMSUNG Electronics aims to launch a mobile phone with its new chip on board in time for the opening of satellite DMB service.

 **About Samsung**
Welcome to Samsung 

- Corporate Profile
- Investor Relations
- Sustainability
- Citizenship
- Our Businesses
- Global Procurement
- Management
- Careers

P hg3d Prqwifw

Vhdufk DœQhz v

VVLQhz v

Jœedœilz v

printer-friendly



previous     SAMSUNG Unveils its New Satellite D...

next     World's First Terrestrial DMB Recei...

List

**Who We Are**

About Samsung
Careers
Sustainability
News
Investor Relations

**What We Make**

**TV + Video**
TVs
Blu-ray & DVD Players
Home Projectors
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook

**Photo**
Cameras
Camcorders

**Computing**
Laptops
Chromebook
Monitors
Printers
Projectors
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges

**How can we help you ?**

Find product support
Register your product
Get downloads
Owner benefits
Articles
Shopping guides
Contact us



Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English

Copyright © 1995-2011 SAMSUNG All rights reserved.