# EXHIBIT F

back to overview                                    start slideshow         88 /

**iF product design award 2007**

**01. Consumer Electronics/Telecommunications**

Display Only Phone (KE 850)
Mobile phone

**Manufacturer**
LG Electronics Inc.
Seoul, Korea, South
http://www.lge.com

**Design**
LG Electronics Inc.
Kang Heui Cha, Ah Jung Joo, Hwi Tae Lim
Seoul, Korea, South
http://www.lge.com

Featuring a streamlined display with "concealed" keypad, the KE 850 clearly differentiates itself from all other existing products on the market. The "buttons" on the 3-inch touch screen are operated by touching the LCD screen directly with your finger. To create a sense of luxury, we used a leather case to contrast with the high glossy black and metal texture deco. Double injection technology was used for the display screen, and the body deploys glass fiber to reinforce the strength.







© 2011 - iF Design · Masthead