# EXHIBIT G




## The LG KE850: touchable chocolate

By Chris Ziegler  posted December 15th 2006 5:50PM



Little is known about the KE850 from LG, but the folks over at International Forum Design must know a thing or two about it, seeing how they just hooked it up with a Product Design Award for 2007. And hey, with those hot Chocolate-esque looks -- though we have no proof this one'll actually be branded as a Chocolate -- who can blame them? The big draw here, of course, is a 400 x 240 touchscreen that takes the place of virtually every hard button you might find on a more traditional handset, save for Send, End, and a handful of keys on the sides. The posterior reveals a cam, though its specs remain a mystery. Does someone at LG (or iF) want to spill the beans for us?

[Via Slashphone]

SOURCE Read



TAGS *candybar*, *if*, *international forum design*, *InternationalForumDesign*, *ke850*, *lg*, *mobile*, *product design award*, *ProductDesignAward*, *touch*, *touchscreen*



Comments are currently turned off. You can enable them by clicking "on" above.



FEATURED BREAKING


Editorial: tablets aren't the 'third device' I'd hoped for... from a productivity standpoint, anyway
49 minutes ago


Griffin's Helo TC cleared for takeoff, we attempt to get airborne in a hands-on (video)
3 hours ago


Ask Engadget: best wireless keyboard for tablet use?
14 hours ago


Mobile Miscellany: week of August 15, 2011
1 day ago


The Engadget Show is live, here at 6:00PM ET!
1 day ago











Login You need to be logged into Facebook to see your friends' recent activity.

**Caption Contest: No doubt, these two are definitely made for each other**
2,246 people recommend this.

**Let the liquidation begin -- HP's 16GB TouchPad on sale for $99**
6,801 people recommend this.

**Apple, Microsoft meet with Turkish minister, may bid to supply 15 million tablets to schools**
835 people recommend this.

**Quantum entanglement could mean completely secure data transfer**
207 people recommend this.

Facebook social plugin

# MOST COMMENTED

The most commented posts on Engadget over the past 24 hours.

*Let the liquidation begin -- HP's 16GB TouchPad on sale for $99* 5401

*HP TouchPad fire sale spurs online sell out, brick-and-mortars may still carry stock (updated)* 1034

*Confirmed: Best Buy US begins selling TouchPads after all, good luck finding one* 755

*Engadget's back to school guide 2011: fun stuff!* 6221

*Best Buy stops selling the TouchPad, HP offers refunds to owners* 579

# ON TWITTER

Trending posts from Engadget on Twitter, updated hourly.

282

220

*in a hands-on
- Engadget*



BOOKED AROUND BLACKOUT DATES.

**JOYSTIQ**

The Joystiq Show - Gamescom 2011 Day 4
Class3 runs on CryEngine 3, has some lazy zombies
Gamescom 2011 welcomes 275,000

**TUAW**

Adonit Writer for iPad 2: A smart keyboard case
Energizer travel charger powers your Mac, iPhone, and iPad ... all at once
Australia fights with Apple on pricing

**TECHCRUNCH**

Facebook, Twitter Saw Record Numbers Of U.S. Visitors In July
Weekend Wacky Jumble Picture: What's Wrong With This TouchPad Ad?
ItsAlmo.st Time For A Decent Countdown

**HUFFPOST TECH**

HP TouchPad Price Dramatically Slashed
Facebook Spam Program Catches Innocent Users
Emergency Internet System Helps Disaster Rescue Crews Stay Connected



attendees											Tool

### SITES WE LIKE

| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | Politics Daily | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | Lemondrop | Good | The Onion |
| MAKE | Popcorn Shower | AOL News | StyleList | Autoblog Green | i09 |
| Technology Review | MoCo Loco | GNN | Luxist | Green Daily | PopEater |
| Ars Technica | Design*Sponge | Taxes | Personal finance | TreeHugger | Spinner |
| TechMeme | The Sartorialist | Stock Quotes | Gadling |  | Cinematical |
| Phone Scoop |  | DJIA |  |  | Big Download |

| LATEST NEWS | HUBS | GALLERIES | VIDEO | PODCASTS | TOPICS | REVIEWS

© 2011 AOL Inc. All rights Reserved. Privacy Policy | Terms of Use | Trademarks | AOL A-Z HELP | Advertise With Us