# EXHIBIT H



techshout

Home | Features | Reviews | Gaming | Gadgets | Mobile Phones | Internet | Hardware | Downloads | Google Custom Search | Search

Cameras | Home Entertainment | General | Interviews | iPod | Laptops | Legal | Apple | Science | Security | Software | Telecom | Weekly News | Wireless

# Ultra Smart F700 launched by Samsung seems to be the new 'iPhone Killer'

By Administrator - Feb 10, 2007 | **Mobile Phone News**

1 Share

Tweet 0

Like 0

+1

0 tweets

tweet

Share

**BlackBerry® Official Site**
Music, Internet, Email & More On Your 3G BlackBerry Smartphone.
BlackBerry.com

**Download Google Chrome**
A free browser that lets you do more of what you like on the web
www.google.com/chrome

**Today: $27.99 iPhone 4's**
32GB iPhone 4 for 95% Off Blowout Sale Today. Shop Now.
QuiBids.com

**The Best Cell Phones**
Learn About The Best Cell Phones. Get Expert Tips And Advice!
Pebble.com

AdChoices

## Other News

- SoftBank Android-based Yahoo Phone to arrive next month in Japan
- Sony Ericsson Xperia Mini ST15i goes live for pre-order on LetsBuy
- T-Mobile adds BlackBerry Bold 9900 smartphone to 4G portfolio
- Hardy Motorola Defy+ phone building tall on original version
- Nokia BH-112 Bluetooth headset drenched in attractive colors

## Reviews

1. Seagate GoFlex Slim 320GB Review
2. Apple iPad 2 Wi-Fi + 3G Review
3. Lenovo Ideapad U260 Review
4. SanDisk Extreme Pro SDHC UHS-I Card Review
5. Iomega Superhero Backup and Charger Review

## Latest News:

- Top 7 Google+ Games, Facebook watch out
- Slow and Silent death of HP webOS devices: The final goodbye?
- Evernote takes over Skitch, to improve Mac App
- Thrustmaster Ferrari 458 Italia racing wheel unveiled for Xbox 360
- Bing "We're In" app for Windows Phone 7 helps locate friends in a jiffy

## Subscription

Subscribe to TechShout feed  Follow on Twitter

## Most Read

- Nokia 6120 Classic Handset with Two Cameras unveiled
- Nokia N81, N81 8GB, N95 8GB, 5310 XpressMusic and 5610 XpressMusic Phones unveiled
- LG Cookie now in white available on O2
- RIM BlackBerry Bold Smartphone unveiled
- New Red BlackBerry Pearl and Crimson Treo 680 by AT&T

## Recently Commented

- How to get Google Plus invite: By hook or by crook - 1 comment
- Google Search Appliance Cloud 'Connect's on-premise and cloud based content - 0 comment
- Airtel Broadband users up in arms over download caps on unlimited plans - 10 comments
- Pioneer plays professional DJ with stylish CDJ-850 digital media player - 1 comment
- Mobiado Grand Touch phones won't burn a hole in the wallet - 0 comment

cebook



**Yesterday, Samsung Electronics announced the launch of a new mobile phone called the Ultra Smart F700 that very eerily resembles the recently launched Apple iPhone. Ok it's not that eerily similar, but the newly launched Samsung phone features a full-touch screen display that occupies most of its front face just like the iPhone.**

In fact, according to Samsung, the Ultra Smart F700 mobile phone thoroughly compliments the company's "Ultra" handset portfolio, and will be the fourth member to join Samsung's "Ultra" family of smart phones.

The Samsung Ultra Smart F700 mobile phone has Internet as well as great media capabilities. The F700 mobile phone features a 2.8-inch 440×240 color display, and a QWERTY key pad that slides out at its base. According to Samsung, the inclusion of such a key pad has mainly been for users who are not yet familiar with a touch-screen-only user interface.

The Samsung Ultra Smart F700 mobile phone measures just 4.1 x 2.9 x 0.6 inches, but when compared with the Apple iPhone, the F700 seems to be slightly thicker.

The Samsung Ultra Smart F700 cell phone also incorporates technology that allows the user to download a digital music track in around 4.4 seconds. The phone supports AAC audio, Real, and variants of MPEG-4 formats including H.264.

A noteworthy feature of the Samsung Ultra Smart F700 mobile phone is its support for 3G networks, and is compatible with 3G WCDMA (Wideband Code Division Multiple Access) besides the conventional GSM (Global System for Mobile Communications).

And that is not it; the Samsung Ultra Smart F700 mobile phone also features a 5-megapixel camera. Here, Samsung definitely has a one-up over Apple's iPhone, which has a 2-megapixel camera.

The Samsung Ultra Smart F700 mobile also features a MicroSD slot for additional storage. Besides, it also has support for Bluetooth 2.0.

It is interesting to know that LG had come out with a touch-screen mobile phone known as the LG Prada phone a while ago. The LG Prada carries a price of a whooping $770. Apple's iPhone comes at a lower price of $499 for the lower end model, whereas the higher end model costs $599. No word on the price of the Samsung Ultra Smart F700 mobile phone.

**You might like:**





Airtel prepping Apple iPhone 4 India launch

Third Rail System for iPhone 4, first protective grip featuring add-on battery

Apple iPhone 5 pre-order to start in late September?

[?]

cebook

Save time & money tomorrow. Financial
Formerly CitiFinancial

**People who read this, also read...**

- KE850 Touch-screen Mobile Phone launched by LG and Prada; becomes Direct Competitor to Apple's iPhone
- Samsung Ultra Video F500 Personal Multimedia Device unveiled at CES
- Samsung Ultra Edition 5.9 and 10.9 – the "World's Slimmest Slider Phones" debut
- Samsung SCH-V870 Ultra-Slim Mobile Phone
- Samsung launches 'The Ultra Edition' Range of Slim Mobile Phones

2 Responses to "Ultra Smart F700 launched by Samsung seems to be the new 'iPhone Killer'"

Post a Comment

Animax India's Sunder Aaron, speaks about the Anime craze created by the channel

YouTube Mobile Service launched as Vodafone and YouTube sign deal

**Readers Comments**

February 10th, 2007 at 11:13 am

What this resembles most is a VX-6700 right down to the way the keyboard slides out, and some of quite familiar with touchscreen technology STILL prefer keyboards for "serious" text input (even if it does perpetuate the restrictive QWERTY layout – why not "modernize" with a Dvorak layout since thumb typing is an all-new habit to acquire?)

Posted By: AROCEE

March 8th, 2008 at 4:15 pm

THIS PHONE IS HOT.COULD I UPGRADE A SAMSUNG G600 TO THIS F700

Posted By: SMEXI

**Your Comments**

Name (required)

Mail (will not be published) (required)

Website

Anti-spam word: (Required)*
To prove you're a person (not a spam script), type the security word shown in the picture. Click on the picture to hear an audio file of the word.

broad

Subscribe to comments (Email field must be filled in)

Submit Comment

Home | About | Advertise | Contact Us | Disclaimer | Privacy

Legal Information © 2011 TechShout.com

<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E id=stSegmentFrame name="stSegmentFrame" src="http://seg.sharethis.com/partners.php?partner=netshelter&rnd=1313946182597" frameBorder="0" scrolling="no" width="0px" height="0px">

