# EXHIBIT J

- Home
- Mobile Phones
    - Apple
    - Coming Soon
    - Google Android
    - Sony Ericsson
    - Windows Phone 7
- About

**0**

# LG: Apple iPhone is a Prada phone copy

by Mad4 on February 12, 2007

A corporate argument appears to be continuing between Apple and LG this week after the head of the LG Mobile R&D centre announced that as far as LG were concerned Apple copied the design of the Prada phone and used it to create the iPhone.

Although the iPhone was announced in January, just before the Prada phone became public knowledge, pictures of the LG had been circulating for months under a variety of names.

It is clear that the LG Prada and the iPhone are very similar. What is not clear is if anybody has been copying the other sides designs.

Mr. Woo-Young Kwak, head of LG Mobile Handset R&D Center said to the press:

We consider that Apple copied the Prada phone after the design was unveiled when it was presented in the iF Design Award and won the prize in September 2006.

Mr. Kang-Heui Cha, Senior Manager of MC Design Research Lab said:

LG Prada phone put focus on interfaces and Apple emphasized music phone concept. In the process of adding substances to the conceptual ideas, the two handset makers might end up with similar designs.

**Have your say**



{ 4 comments… read them below or add one }

donald February 13, 2007 at 4:34 pm

How can people say LG copied Apple when no-one knew what the apple phone looked like until recently and LG showed the Prada in September 2006! – still, I think it is just a coincidence. what else can a phone with a large screen look like?!

Reply

unown August 16, 2007 at 11:03 pm

There is no way that Apple copied the Prada phone whatsoever. Apple had been working on this idea for a while to produce this product, and so had prada. The iPhone and the Prada Phone are just two products that companies produced, and coincidentally they have the same concept. Talk about phones without any buttons have been talked about in the past…..so i don\\\'t think that it is right to point fingers at anyone

Reply

Kay October 13, 2008 at 7:23 pm

Okay, for one thing i think more than one person could come up with a touch phone! Does any one really care if the design is nearly the same? I care more about the price and what the phone can do. Any way, even if apple did copy LG, than thats nothing new in this world. There's always a bit of copying going on between products.
Either way the LG viewty is out and it is looking HOT with all its colours! And is really light weight,

much lighter than the iphone, cheaper an also is available on i think every net work.
KISS
KISS

Reply

 Jun Ang June 9, 2009 at 7:41 am

Even if apple copied Prada, who would think that someone like apple could do such thing? The good thing about technology these days is, it's cheaper and we can compare the two.

Reply

Leave a Comment

Name *

E-mail *

Website

☐ Notify me of followup comments via e-mail

Submit

Subscribe without commenting

E-Mail:  [          ]  Subscribe

Previous post: Toshiba G900 business phone first look

Next post: Mobile phones used to fight AIDS in Africa

- **Search Mobile Phone Deals**

  Deal Type
  All Contracts ▼
  Manufacturer
  Manufacturer ▼
  Model
  Model ▼
  Minutes

Minutes ▼
**Texts**
Texts ▼
**Network**
Network ▼
**Line Rental**
Cost per month ▼
**Data**
Inclusive Data ▼
**Sort by**
⦿ Total Cost   ◯ Phone Cost

[submit]

- **Top Mobile Phone Deals**



| Samsung Galaxy S 2 | Apple iPhone 4 16GB black | BlackBerry Torch 9800 | SIM only contract | BlackBerry Curve 3G 9300 | HTC Desire S | BlackBerry Bold 9780 | HTC Desire HD |

- **Latest Mobile Phones**

HTC Evo 3D



| Sony Ericsson Xperia Mini Pro | HP Pre 3 | BlackBerry Bold Touch 9900 | Sony Ericsson Xperia Mini | LG Optimus 3D P920 | HTC Sensation | Motorola Atrix |

- **Mobile Phone News Categories**

3 Mobile  3G  Android  Blackberry  Blogging  Camera Phones  Carphone Warehouse  Cingular  Concept Phones  Dell Phone  eBay  Environment  Expensive Phones  Games  General  Google  GPRS  GPS  htc  iPhone  LG  Linux  Microsoft  Mobile News  Motorola  Music Phones  Nokia  O2  Orange  Palm  Patents  Philips  Phone Charms  Reviews  Samsung  Sony Ericsson  Symbian  Text Messages  T Mobile  Verizon  Vodafone  VOIP  Weird Phones  Windows Phone 7  Zune Phone

- **Stay upto date**

Subscribe by RSS



Enter your Email addr     Go

Daily posts direct to your inbox



- 

| | | |
|---|---|---|
| | BlackBerry Bold 9900 | £524.99 |
| | Samsung GALAXY S II | £494.99 |
| | Motorola ATRIX Android Smartphone | £399.99 |
| | HTC Sensation | £439.99 |
| | LG Optimus 3D P920 | £449.99 |

view more →

Digital production & Search engine optimisation by Blogstorm.
We love mobile phones! © 2010 mad4mobilephones.com