# EXHIBIT K




**MACBOOK AIR** | **HP TOUCHPAD** | **MANGO PREVIEW** | **WWDC 2011** | **E3 2011** | **GALAXY S II**

FILED UNDER *Cellphones*

## Apple iPhone vs LG Prada: separated at birth? (part 2)

By Ryan Block  posted June 29th 2007 11:56PM





ADVERTISEMENT

**FEATURED** BREAKING


Engadget Mobile Podcast 100 - 08.21.2011
16 minutes ago


Editorial: tablets aren't the 'third device' I'd hoped for... from a productivity standpoint, anyway
1 hour ago


Griffin's Helo TC cleared for takeoff, we attempt to get airborne in a hands-on (video)
3 hours ago

The shot we've *waited six months to take*. (For the uninitiated, the LG Prada came first.) One more shot after the break.




Ask Engadget: best wireless keyboard for tablet use?
15 hours ago


Mobile Miscellany: week of August 15, 2011
1 day ago



DISCUSS

Facebook - Twitter - Email -

Like   One person likes this.

TAGS *apple*, *iphone*, *ke850*, *lg*, *prada*

COMMENTS   SUBSCRIBE                               Comments: on | off

Comments are currently turned off. You can enable them by clicking "on" above.



Login — You need to be logged into Facebook to see your friends' recent activity

**Caption Contest: No doubt, these two are definitely made for each other**
2,274 people recommend this.

**Let the liquidation begin -- HP's 16GB TouchPad on sale for $99**
6,829 people recommend this.

**Apple, Microsoft meet with Turkish minister, may bid to supply 15 million tablets to schools**
838 people recommend this.

**Quantum entanglement could mean completely secure data transfer**
223 people recommend this.

Facebook social plugin



**MOST COMMENTED**

The most commented posts on Engadget over the past 24 hours.

- *Let the liquidation begin -- HP's 16GB TouchPad on sale for $99* — 5440
- *HP TouchPad fire sale spurs online sell out, brick-and-mortars may still carry stock (updated)* — 1036
- *Confirmed: Best Buy US begins selling TouchPads after all, good luck finding one* — 778
- *Best Buy stops selling the TouchPad, HP offers refunds to owners* — 580
- *Engadget's back to school guide 2011: fun stuff!* — 6234



**ON TWITTER**

Trending posts from Engadget on Twitter, updated hourly.



*mean completely secure data transfer -- Engadget*

*All Things D: HP kept executives in the dark about webOS decision - Engadget*   283

*Engadget Mobile Podcast 100 - 08.21.2011*   264



| JOYSTIQ  | TUAW | TECHCRUNCH | HUFFPOST TECH |
|---|---|---|---|
| The Joystiq Show - Gamescom 2011 Day 4 | Adonit Writer for iPad 2: A smart keyboard case | Facebook, Twitter Saw Record Numbers Of U.S. Visitors In July | HP TouchPad Price Dramatically Slashed |
| Class3 runs on CryEngine 3, has some lazy zombies | Energizer travel charger powers your Mac, iPhone, and iPad ... all at once | Weekend Wacky Jumble Picture: What's Wrong With This TouchPad Ad? | Facebook Spam Program Catches Innocent Users |
| Gamescom 2011 welcomes 275,000 | Australia fights with Apple on pricing | ItsAlmo.st Time For A Decent Countdown | Emergency Internet System Helps Disaster Rescue Crews Stay Connected |

attendees                                      Tool



| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | Politics Daily | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | Lemondrop | Good | The Onion |
| MAKE | Popcorn Shower | AOL News | StyleList | Autoblog Green | i09 |
| Technology Review | MoCo Loco | GNN | Luxist | Green Daily | PopEater |
| Ars Technica | Design*Sponge | Taxes | Personal finance | TreeHugger | Spinner |
| TechMeme | The Sartorialist | Stock Quotes | Gadling | | Cinematical |
| Phone Scoop | | DJIA | | | Big Download |

| LATEST NEWS | HUBS | GALLERIES | VIDEO | PODCASTS | TOPICS | REVIEWS

© 2011 AOL Inc. All rights Reserved. Privacy Policy | Terms of Use | Trademarks | AOL A-Z HELP | Advertise With Us