# EXHIBIT L

Sunday, August 21st, 2011 - Unique Top 10 Lists.

[Podcast](#) | [Follow Us On Twitter](#) | [Facebook Page](#) | [RSS Feed](#) | [Comments](#)

**[Top 10 Lists](#)**

Life, on the short list. Top 10 Lists

- 

- [Home](#)
- [Charity](#)
- [Write a List](#)
- [All Top 10 Lists](#)
- [Podcast](#)
- [In The News](#)
  - [Our Writers](#)
- [Privacy](#)

GO

- [All](#)
- [Bizarre](#)
- [Entertainment](#)
  - [Art](#)
  - [Comics](#)
  - [Games](#)
  - [Literature](#)
  - [Movies](#)
  - [Music](#)
  - [Television](#)
- [Food](#)
- [Health](#)
- [History](#)
- [Humor](#)
- [Misc](#)
  - [Advertising](#)
  - [Business](#)
  - [Crime](#)
  - [Education](#)
  - [Engineering](#)
  - [Fashion](#)
  - [Holidays](#)
  - [Internet](#)
  - [iPhone](#)
  - [Photos](#)
  - [Quick Lists](#)
  - [Science](#)
  - [Shopping](#)
  - [TopTenz News](#)
- [Nature](#)
  - [Animals](#)
- [People](#)
- [Podcasts](#)
- [Politics](#)
- [Religion](#)
- [Sports](#)
- [Travel](#)

You are here: [Home](#) / [All](#) / Top 10 iPhone Knockoffs

# Top 10 iPhone Knockoffs

[23](#)

**Overstock iPhone4: $41.93**
Get an unlocked iPhone4 for $41.93. Limit One Per
Day. Grab Yours Now.
www.DealFun.com/iPhone4

**Verizon Official Site**
Find Exclusive Verizon Offers & Browse Phones. Get
Yours Now!
verizonwireless.com

**Today: $27.99 iPhone 4's**
32GB iPhone 4 for 95% Off Blowout Sale Today.
Shop Now.
QuiBids.com

**Pre-Owned Louis V. Bags**
Inspected and certified Authentic Pre-owned as New
Save Up to 72% Off
www.Emibella.com

AdChoices ▷

**Toptenz.net has an iPhone App – Read more our Top 10 List iPhone App and download yours today!**

Chinese manufacturers piggyback off of successful products by cranking out thousands of copies, nowhere is this truer than with the success of the iPhone.  There are literally hundreds of iPhone knockoffs, ranging from empty shells with the LED Apple logo lit up to exact copies (until the phone stops working and you crack it open to find all the parts are in the wrong place).

Here are our ten favorite wannabe phones:

## 10. Prada



We had to start the list off with the Prada for two reasons: one, because the name is so closely associated with great design, and two, because the design here is so flagrantly an iPhone it's hilarious.

Seriously, Prada?  How often do you complain about those evil pirates stealing your clothes, and then you turn around and do this?  We're going to buy knockoff handbags without wincing, now.

## 9. LG Dare





LG, on the other hand, should really know better.  So, your big innovation on the iPhone is…to mess up the icons on the screen?  Really?  That's your big sales innovation?  Sheesh.

## 8. oPhone



The oPhone is the first of many fine Chinese products that will make this list, but it comes first because this is from a respectable manufacturer.  Lenovo is what IBM's computer division used to be before IBM became a trivia question.  And, we see they're carrying on the torch of innovation that led to IBM being taken over by a Chinese company in the first place.  We think they just recycled the case from a Palm for this one.

## 7. The tPhone



Of all the competitors on this list, the tPhone gets the praise for being the most gutsy. They don't even pretend they're not ripping off the iPhone, they just get right in there and even steal the Apple logo, flipping it around so that, well, we guess that if you look in the mirror you can pretend you own an iPhone (image: chineseornot.com).

## 6. The 200 Fashion Mobile Phone



The 200 Fashion, on the other hand, is just kind of sad.  It's like they wanted to do an iPhone knockoff, they were so close, but the touch screen thing just wasn't affordable, so they kind of stuffed a keypad down at the bottom and called it a day.  There's nothing sadder than piracy that fails.

## 5. The A88



On the other end of the spectrum is the A88, a knockoff so perfect you won't even notice it's a knockoff until you look more closely at the icons on the screen, and try to use the phone (which isn't exactly a zippy, fun-filled experience) and realize you've been had.  As counterfeits go, this one is awesome.  Also, illegal.

## 4. The HiPhone



Second place in the fairly convincing knockoff sweepstakes is the HiPhone, which is just like the iPhone, but not quite enough for Apple to sue, because other than looking exactly like it, it's one letter off.  Somehow, we don't think the Jimmy Hart Version laws really apply to consumer electronics, guys.

## 3. The C-002



The C-002 missed first place for one reason; that screen is terrible!  Even in the few ugly as heck JPEGs we found of this thing, it looked like somebody had run over a monitor from 1995 with a steamroller.  Who was this going to fool?  The blind?  The technophobic?  It's the details that make a forgery, people!  I mean, really, if you don't even care enough to get the details right…

## 2. Meizu M8



Of all our knockoffs, the Meizu M8 deserves credit for actually bothering to inject some of its own design elements. Instead of just looking completely like an iPhone, it injects a little bit of its own style into the mix.  Granted that style makes it look like it's from the late '90s, but it's a start, anyway.

## 1. CECT P168



Our number one phone gets the top position for a very simple reason. It's kind of exactly what you imagine when you imagine "iPhone knockoff;" something with the same design that's just not quite as good as the original.

For us, the hilarious part is the speaker grills drilled into each corner.  They kept the speaker grill from the original iPhone design, but added another four.  It makes this thing look like it's made out of Lego.  Or that it's a kid's toy.  But this is apparently a fully functional phone.  It's just kind of ridiculous looking.

Although that pretty much describes all of the phones on this list…

by Dan Seitz

**Related Posts:**

- 10 Very Useful iPhone Apps
- Top 10 Time Management Games
- 10 Great Rivalries
- Top 10 Board Games (For Ruining Friendships)
- Top 10 Websites Useful For 1 Minute

Posted by TopTenz Master on Thursday, July 8, 2010 at 12:01 am
Filed under All, Business, Engineering, Shopping

Google AdWords

Start with
$75 of free advertising
on us.*

Google AdWords

Start with
$75 of free advertising
on us.*


Deal With It The
Manly Way


Inappropriate Army
Pictures


Find A Fun Job...


Di


Cool Russian
Illustrated Posters


Facebook Profile
Photo Fail


Couple Caught In
Public


Em


The Sexiest Girl
In MMA


Strictly Beautiful
Girls


Hot Girls
Dressed As Sexy
Harry Potter


Sexy Lifeguards
You'd Drown For
This Summer


The Drunken
Mess That Is The
Preakness Infield


Fan Catches HR
In 3 Straight
Games


A Gallery of
Crazy Tracy
Morgan Pics



## Comments

**23 Responses to "Top 10 iPhone Knockoffs"**

1.  *Claire* says:
   July 8, 2010 at 3:06 am

   Just FYI. The Prada is actually an LG phone that was designed by Prada. It came out in 2006 whereas the Iphone came out in 2007.

   Therefore not an iphone ripoff.

   Reply

   o  *Ethan* says:
     July 13, 2010 at 7:05 am

     YES! thankyou! I was about to write that in a comment.

     You'd think someone writing this sort of artical would have look up their facts.

     Its good to see someone with sense.

     Reply

   o  *Neil* says:
     October 7, 2010 at 12:33 am

     Shock and horror. Information on the 'net turns out to be inaccurate.
     So, the Prada phone is not a ripoff copycat, but the rest are.
     And yes, every 'android' whatever phone IS a knockoff. Anyone can do a tear-down-and-copy job.
     So do you want a Hyundai Sonata or a 328i?

     Reply

     ■  *TopTenz Master* says:
       October 7, 2010 at 10:27 am

       I want a 328i? So do I get one now?

       Reply

   o  *Rob* says:
     April 28, 2011 at 11:17 am

     Ok let me get this straight. So every phone that comes out from now on with a touchscreen (and even a full keypad in the case of #6) is inevitably a rip off of the iphone? Yes I know there are truly full-out Chineese copies, but LG and ALL Androids? There where many phones that came out earlier than the iphone with similar features. My next list will be titled "Top Ten LG Prada Ripoffs" and take a HUGE guess with phone will be #1! If you want to argue that LG still ripped off Apple by use of a time machine or something, (probably also made by Apple right?) there are plenty of others that predate the Iphone. The Siemens SX56 (HTC Wallaby) was introduced all the way back in 2002 and came equipped with the Microsoft Pocket PC 2002 Phone Edition, an Intel CPU, and a Flash ROM, and what else but a touchscreen! Go buy another black turtleneck and a pair of old-man jeans Mr. Jobs.

     Reply

2.  *sanh* says:
   July 8, 2010 at 5:50 am

   Yeah the LG prada was in SK and came out way before the Iphone, you need to get your facts straight before posting stuff like this on the Internet.

Reply



○ *bob* says:

September 5, 2010 at 10:39 am

Pretty much anything you read on the internet is wrong. Including this.

Reply



3. *will* says:

July 8, 2010 at 2:29 pm

dose anyone really care that there is one thing wrong because god forbid that someone post something that is not entirely correct on the internet. Like that has never happened before ever in the history of the internet

Reply



4. *Nicole* says:

July 8, 2010 at 9:19 pm

I'm sorry but yeah if you're going to publish something online on a site that is well read, get your facts straight. the iphone is more or less a knock-off of this prada phone by LG

Reply



5. *Sanh* says:

July 9, 2010 at 5:21 am

yes someone cares and that is me, if you can't get you fact right…. don't make a list !!!!

Reply



○ *will* says:

July 16, 2010 at 9:54 pm

oh god forbid that its wrong like u never done any thing wrong in ur life u morons

Reply



6. *Topher* says:

July 9, 2010 at 6:11 am

What about the Droid Incredible? total iPhone knockoff.

Reply



○ *Ethan* says:

July 13, 2010 at 7:16 am

How is it, exactly?

Its more powerful than any iphone ever made.

Better camera, better calling capabilites.

Uses a truly open source OS insted of being tied down to crapple.

So how is it a knockoff? Because it has a touch screen and a candy bar shape (apple knocked them off other companies…)

Reply



- *CallingYouOnIt* says:
  July 13, 2010 at 7:57 am

  Just because something is (arguably) an improvement over it's predecessor, doesn't mean it's not a knock off…

  Reply

7.  *iGay* says:
   July 9, 2010 at 8:35 am

   Who is the retarded who does this list?, Iphone is a ripoff of Prada!!..crapple fanboys!!.

   Reply

8.  *Milo Balls* says:
   July 9, 2010 at 8:47 am

   My friend it appears your lack of research skills has been called…by people on the internet no less. You must immediately shutter this site and post no more forever. Someone attach the rock of shame!

   Reply

9.  *Tanya Bennett* says:
   July 9, 2010 at 1:58 pm

   I'm not the writer of this list, but I am an editor for toptenz and thought I better check out the facts behind #10 before anyone's head completely pops off over the controversy. Yes, it looks like the LG Prada was available for sale before the iPhone. In that case it doesn't qualify as a knock-off, unless there is an iTimeMachine coming out soon that I don't know about.

   On another note, the lists on this site are written by humans just like you, which means mistakes are made. The Internet is full of all sorts of intentionally misleading information- why not save your time (and your name-calling) for that instead of picking on this writer?

   I also challenge any of you to write your own top 10 list and submit it… come on, you know you secretly want to participate – and it can be a lot of fun! I often invite the harshest critics to send in their own list and I haven't received one yet – prove me wrong and send it in! (Check out the guidelines from the home page).

   Reply

10.  *mikkel* says:
    July 10, 2010 at 8:41 am

    the only real knockoffs on this list

    oPhone – name

    tPhone – name and logo

    A88 – design

    HiPhone – name

    the rest is your run of the mill subpar smartphones, beeing a smartphone does not makes it a iphone rippoff

    Reply

11.  *Dude* says:
    July 17, 2010 at 5:13 pm

    hahaha china….you've done it again

Reply



12. _Kevin_ says:
    July 22, 2010 at 2:14 pm

    And the Iphone copied the Motorola A1000. What's your point?

Reply



13. _Hosea_ says:
    July 30, 2010 at 6:11 pm

    I purchased the CECT P168++ a few years ago. The worst cell phone I have ever had. So what do you think I did this time? I bought another CECT phone of course. This time I did a lot of research and praying. I was not going to spend $400+ for a phone just because it is an American phone company selling it. Crap for five times what the makers of most of those phones want for their products.

    So this time I bought a CECT N97. So far it is a great cell phone. The best I have ever had. I'm a close to a true geek so I love discovering new things my gadgets can do now and then. This phone has so many I am still finding them. TV, WIFI, Radio, Two cameras (front and back), flash and flash light, okay, I will stop there but the list goes on and on. It all words very well. All this for $117. I bought two. One for me and one for my wife. I'm not sure why they used N96 software but then, what difference does it make? I guess the big question anyway is can you get reception on your new Iphone?

Reply

14. _DC_ says:
    December 25, 2010 at 10:30 pm

    does anyone really care about the iphone clones anymore? china produce tons of iphone clones that some of my pals are using it on day to day basis.

Reply

15. _Choosilicious_ says:
    February 26, 2011 at 11:46 am

    The Prada phone was already announced BEFORE the iPhone was released. And; LG Dare SO does not look like the iPhone. Many other OS use the same interface as the iPhone does.

Reply

## Speak Your Mind

**Tell us what you're thinking. Read our comment policy.**
**If you want a pic to show with your comment, go get a gravatar!**
Do NOT post your comment more than once. Our spam filter may catch your comment, but if it isn't spam we will approve it ASAP.

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

☐ Notify me of followup comments via e-mail

- **Subscribe to TopTenz**

Sign up for our top 10 lists!

Enter your email address GO

facebook                    twitter                              RSS



- **Toptenz Charity of the Month**

Charity of the month: **Chronic Disease Fund** - Help the cause: DONATE

We switch charities every month. Read more on our Charity page or email in your suggestion.

- **Recent Top 10 Lists**
  - Top 10 Reasons For Extreme Couponing
  - Top 10 Craziest Movie Gimmicks
  - Top 10 Film Directors of the 1980s
  - Top 10 Lizards
  - Top 10 Mario Games
  - Top 10 Shocking Cases Of Delusional Behavior
  - Top 10 Celebrities Who Released Autobiographies Way Too Early
  - Top 10 Japanese RPGs
  - Top 10 Most Popular Pages on StumbleUpon
  - Top 10 Once in a Lifetime Experiences
- **Subscribe to YouTube Channel**







- 

- ZEDO 1



- **ZEDO 2**



Google AdWords | Start with $75 of free advertising on us.*

limousine service broadway tickets software upgrade latest computers mobile phone new glasses red shoes amusement parks grocery store search engine grand pianos swimming pools brake repair rainbow maker cheese aging wine tasting farm equipment light bulbs cotton candy machines scuba gear silk plants doctor office flower bouqet pizza delivery plumbing services

© TopTenz 2011 [Top 10 Lists](#)