QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT M TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

1 **MANUAL FILING NOTIFICATION**

2

3  Regarding:    EXHIBIT M to the DECLARATION OF SARA JENKINS IN SUPPORT OF

4                APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

5

6  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

7  office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

8  For information on retrieving this filing directly from the court, please see the court's main web

9  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

11  This filing was not e-filed for the following reason(s):

12  _____   Voluminous Document (PDF file size larger than efiling system allowances)

13  _____   Unable to Scan Documents

14  _____   Physical Object (description): _____

15  _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

16    X     Item Under Seal

17  _____   Conformance with th eJudicial Conference Privacy Policy (General Order 53)

18  _____   Other (description): _____

19

20  DATED: August 22, 2011              Respectfully submitted,

21                                     QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
22

23

24                                     By      /s/
                                          Victoria F. Maroulis
25                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
26                                        INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC
27

28