# EXHIBIT R

US00D593087S

(12) **United States Design Patent**
      Andre et al.

(10) Patent No.:       **US D593,087 S**
(45) Date of Patent:  ** **May 26, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/282,833**

(22) Filed: **Jul. 30, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 29/270,880, filed on Jan. 5, 2007, now Pat. No. Des. 558,756.

(51) LOC (9) Cl. ................................................. 14-03
(52) U.S. Cl. ............. **D14/341**; D14/203.7; D14/138 G
(58) Field of Classification Search ............... D14/137, D14/138, 147, 191, 218, 247–248, 341–347, D14/496, 138 R, 138 AA, 138 AB, 138 AC, D14/138 AD, 138 C, 138 G; D10/65, 78, D10/104; D13/168; D18/7; 455/556.1, 455/566, 575.1, 575.3; 345/169
See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| D289,873 S | 5/1987 | Gemmell et al. |
| D337,569 S | 7/1993 | Kando |
| D420,354 S * | 2/2000 | Morales ..................... D14/191 |
| D424,535 S | 5/2000 | Peltola |
| D456,023 S | 4/2002 | Andre et al. |
| D489,731 S | 5/2004 | Huang |
| D498,754 S | 11/2004 | Blyth |
| D499,423 S | 12/2004 | Bahroocha et al. |
| D502,173 S | 2/2005 | Jung et al. |
| D504,889 S | 5/2005 | Andre et al. |
| D505,950 S | 6/2005 | Summit et al. |
| D507,003 S | 7/2005 | Pai et al. |
| D514,121 S | 1/2006 | Johnson |
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D519,523 S | 4/2006 | Chiu et al. |
| D520,020 S | 5/2006 | Senda et al. |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S * | 2/2007 | Tanner ........................ D9/424 |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D541,785 S * | 5/2007 | Hwang et al. .............. D14/138 |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D554,098 S * | 10/2007 | Lee .......................... D14/138 |
| D556,211 S | 11/2007 | Kim |
| D557,238 S | 12/2007 | Kim |
| 7,303,424 B2 * | 12/2007 | Tu et al. .................... 439/372 |
| D558,460 S * | 1/2008 | Yu et al. .................... D6/308 |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S * | 1/2008 | Andre et al. .............. D14/341 |
| D558,792 S | 1/2008 | Chigira |
| D560,683 S * | 1/2008 | Lee .......................... D14/496 |
| D560,686 S | 1/2008 | Kim et al. |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |





EXHIBIT NO. 10
7.26.11
Andrea Ignacio, CSR 9830

## US D593,087 S
Page 2

| | | | | |
|---|---|---|---|---|
| D561,782 S | * | 2/2008 | Kim | D14/496 |
| D562,285 S | * | 2/2008 | Lim | D14/138 |
| D563,432 S | * | 3/2008 | Kim | D14/496 |
| D563,929 S | * | 3/2008 | Park | D14/138 |
| 2004/0132499 A1 | * | 7/2004 | Abe | 455/566 |
| 2004/0166907 A1 | * | 8/2004 | Yajima | 455/575.3 |
| 2004/0223004 A1 | * | 11/2004 | Lincke et al. | 345/649 |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 6/2007 |

### OTHER PUBLICATIONS

Samsung F490, announced Jan. 2008, [online], [retrieved on Jan. 18, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena. com>.*

LG KF700, announced Feb. 2008, [online], [retrieved on Mar. 21, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena. com>.*

Mobiz Apple iPhone Review, posted Apr. 30, 2007, [online], [retrieved on Nov. 5, 2008]. Retrieved from Internet ,<URL: http:// mobchina.blogspot.com/2007_04_01_archive.html>.*

U.S. Appl. No. 29/270,887, Andre et al., Electronic Device, filed Jan. 8, 2007.

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,834, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Philips S900, announced Jan. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena. com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack. com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/ wiki/IPod_U2_Special_Edition, Oct. 2004.

"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

Hilon LG DMB MP3 FM35, posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http:// hilon.com.cn.autobak/a88100005549>, 18 pgs.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 172, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730187190, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

* cited by examiner

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

### (57)                   CLAIM

The ornamental design of an electronic device, substantially as shown and described.

### DESCRIPTION

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view of the electronic device in FIG. 1;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is bottom view thereof;

FIG. 7 is a left side view thereof;

FIG. 8 is a right side view thereof;

FIG. 9 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 10 is a rear perspective view of the electronic device in FIG. 9;

## US D593,087 S

Page 3

FIG. **11** is a front view thereof;

FIG. **12** is a rear view thereof;

FIG. **13** is a top view thereof;

FIG. **14** is bottom view thereof;

FIG. **15** is a left side view thereof;

FIG. **16** is a right side view thereof,

FIG. **17** is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. **18** is a rear perspective view of the electronic device in FIG. **17**;

FIG. **19** is a front view thereof;

FIG. **20** is a rear view thereof;

FIG. **21** is a top view thereof;

FIG. **22** is bottom view thereof;

FIG. **23** is a left side view thereof;

FIG. **24** is a right side view thereof;

FIG. **25** is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. **26** is a rear perspective view of the electronic device in FIG. **25**;

FIG. **27** is a front view thereof;

FIG. **28** is a rear view thereof;

FIG. **29** is a top view thereof;

FIG. **30** is bottom view thereof;

FIG. **31** is a left side view thereof;

FIG. **32** is a right side view thereof;

FIG. **33** is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. **34** is a rear perspective view of the electronic device in FIG. **33**;

FIG. **35** is a front view thereof;

FIG. **36** is a rear view thereof;

FIG. **37** is a top view thereof;

FIG. **38** is bottom view thereof;

FIG. **39** is a left side view thereof;

FIG. **40** is a right side view thereof;

FIG. **41** is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. **42** is a rear perspective view of the electronic device in FIG. **41**;

FIG. **43** is a front view thereof;

FIG. **44** is a rear view thereof;

FIG. **45** is a top view thereof;

FIG. **46** is bottom view thereof;

FIG. **47** is a left side view thereof; and,

FIG. **48** is a right side view thereof.

The broken lines showing the remainder of the electronic device are directed to environment. The broken lines, within the claimed design, in embodiments **1**, **2**, and **4** that depict an elongated oval shape and the broken lines, within the claimed design, in embodiments **2**, **3**, and **6** that depict a circle shape are superimposed on a continuous surface and are for illustrative purposes only. The broken lines, within the claimed design, in embodiments **1**, **3**, and **5** that depict a large rectangular shape, indicate a non claimed shape below the continuous front surface and are for illustrative purposes only. None of the broken lines form a part of the claimed design.

**1 Claim, 12 Drawing Sheets**

U.S. Patent          May 26, 2009          Sheet 1 of 12          US D593,087 S



FIG. 1



FIG. 2

U.S. Patent     May 26, 2009     Sheet 2 of 12     US D593,087 S



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7     FIG. 8

U.S. Patent          May 26, 2009          Sheet 3 of 12          US D593,087 S



FIG. 9



FIG. 10

U.S. Patent     May 26, 2009     Sheet 4 of 12     US D593,087 S



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15     FIG. 16



**FIG. 17**



**FIG. 18**



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23          FIG. 24



**FIG. 25**



**FIG. 26**

U.S. Patent          May 26, 2009          Sheet 8 of 12          US D593,087 S



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31          FIG. 32



**FIG. 33**



**FIG. 34**



FIG. 35

FIG. 36

FIG. 37

FIG. 38

FIG. 39          FIG. 40



FIG. 41

FIG. 42



FIG. 43

FIG. 44

FIG. 45

FIG. 46

FIG. 47          FIG. 48