1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

20          Plaintiff,                          CASE NO. 11-cv-01846-LHK

21       vs.                                    **MANUAL FILING NOTIFICATION FOR
                                                EXHIBIT S TO DECLARATION OF
22 SAMSUNG ELECTRONICS CO., LTD., a             SARA JENKINS  IN SUPPORT OF
   Korean business entity; SAMSUNG              SAMSUNG'S OPPOSITION TO APPLE'S
23 ELECTRONICS AMERICA, INC., a New             MOTION FOR A PRELIMINARY
   York corporation; SAMSUNG                    INJUNCTION**
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
            Defendant.
26

27

28

                                                    Case No. 11-cv-01846-LHK

1    **MANUAL FILING NOTIFICATION**

2

3    Regarding:      EXHIBIT S TO THE DECLARATION OF SARA JENKINS  IN SUPPORT OF

4                    APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

5

6    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

7    office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

8    For information on retrieving this filing directly from the court, please see the court's main web

9    site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

11   This filing was not e-filed for the following reason(s):

12   _____      Voluminous Document (PDF file size larger than efiling system allowances)

13   _____      Unable to Scan Documents

14   _____      Physical Object (description): _____

15   __X___      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

16   _____      Item Under Seal

17   _____      Conformance with the  Judicial Conference Privacy Policy (General Order 53)

18   _____      Other (description): _____

19

20   DATED: August 22, 2011              Respectfully submitted,

21                                       QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
22

23

24                                       By____/s/_____
                                         Victoria F. Maroulis
25                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
26                                       INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
27

28