# EXHIBIT T

## iPad compared to D'889 and to Galaxy Tab 10.1 (screen)



## iPad2 compared to D'889 and to Galaxy Tab 10.1 (screen)



# D'889 compared to iPad and Galaxy Tab 10.1

*D'889 claimed design:*



*D'889 claimed design superimposed on iPad:*



*D'889 claimed design superimposed on Galaxy Tab 10.1:*





## Profile comparison of D'889, iPads, and Galaxy Tab 10.1

| D'889 | iPad | iPad2 | Galaxy Tab 10.1 |
|---|---|---|---|
|  |  |  |  |