# EXHIBIT U

|  | D'677 | D'087 | iPhone 3GS | Galaxy S 4G | Infuse 4G |
|---|---|---|---|---|---|
| Speaker Slot | | | | | |
| Equally Rounded Corners | | | | | |
| Bezel (Top) | | | | | |
| Bezel (Side) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Bezel (Bottom) | | | | | |
| Substantial Lack of Ornamentation | | | | | |
| Screen Size | N/A | N/A | 3.5 inches | 4.0 inches | 4.5 inches |
| Aspect Ratio of Display Screen[1] | 3:2 | 3:2 | 3:2 | 5:3 | 5:3 |

---

[1] *See* Declaration of Itay Sherman in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction, at ¶¶ 131, 132, 135, and 139.

02198.51855/4315043.1

## Comparison of screen aspect ratios

*iPhone 3GS*     *D'677*     *Galaxy S 4G*     *Infuse 4G*

