1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20              Plaintiff,                        **MANUAL FILING NOTIFICATION FOR
                                                  EXHIBIT CC TO DECLARATION OF
21        vs.                                     SARA JENKINS  IN SUPPORT OF
                                                  SAMSUNG'S OPPOSITION TO APPLE'S
22 SAMSUNG ELECTRONICS CO., LTD., a               MOTION FOR A PRELIMINARY
   Korean business entity; SAMSUNG               INJUNCTION**
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28

## **MANUAL FILING NOTIFICATION**

Regarding:     EXHIBIT CC TO THE DECLARATION OF SARA JENKINS  IN SUPPORT OF

APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____     Voluminous Document (PDF file size larger than efiling system allowances)

_____     Unable to Scan Documents

\_\_X\_\_     Physical Object (description):  <u>Samsung Infuse  4G</u>

_____     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____     Item Under Seal

_____     Conformance with the  Judicial Conference Privacy Policy (General Order 53)

_____     Other (description):  _____

DATED: August 22, 2011                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By\_\_\_\_/s/_____
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC