# EXHIBIT GG

Mac
iPod
iPhone
iPad
iTunes
Support

# iPad

Features
Built-in Apps
From the App Store
iOS 4
Guided Tours
Tech Specs



Thinner. Lighter. Faster. FaceTime. Smart Covers. 10-hour battery.
Starting at $499.

     

Watch the iPad 2 video    See the Smart Cover in action    Watch the TV ad "We Believe"    Watch the TV ad "If You Asked"    Watch the TV ad "Now"    Watch the TV ad "We'll Always"

## All-new design.
### Less in your hands.
### More at your fingertips.

iPad is now 33 percent thinner and up to 15 percent lighter. You'll feel the difference when you pick it up. And when you just can't put it down.
Learn more ▶

## Dual-core A5 chip.
### It's fast, times two.

Two powerful cores and faster graphics mean better surfing, better watching, better gaming, better everything. All with the same 10 hours of battery life.
Learn more ▶





**Two cameras.**
FaceTime, HD video, and
lots more to smile about.

Share big laughs with friends and family over FaceTime. Film your life in HD. And put a twist on your snapshots with Photo Booth.
Learn more ▸

**iPad Smart Cover.**
One great idea
on top of another.



It attaches magnetically and aligns perfectly. Open and close it, and iPad 2 wakes up and goes to sleep. Fold it into a stand for watching and typing. It's smart in more ways than one. Learn more ▸

**iOS 5** is coming this fall.
Get over 200 new features for iPad with the free iOS 5 Software Update.
Learn more ▸
**iCloud** is coming this fall.
iCloud stores your content and pushes it to all your devices. And it's free with iOS 5.
Learn more ▸
iPad in **Business**
With the all-new design and amazing built-in apps, iPad changes the way you work.
Learn more ▸
iPad in **Education**
When you learn on a whole new kind of device, it's a whole new kind of learning.
Learn more ▸





**iPad 2**
From $499

 **Shop online.**
iPad 2 is in stock and available
now from the Apple Online
Store. Free shipping.
Buy iPad 2 now ▸

 **Visit a store.**
Buy iPad 2 at your favorite
Apple Retail Store and we'll
help you set it up — free.
Find a store ▸

 **Talk to a Specialist.**
Get answers before you buy.
Talk with a knowledgeable
Specialist now.
Call 1–800–MY–APPLE

Compared with previous iPad. Battery life varies by use and configuration; see **www.apple.com/batteries** for more information.
iPad Smart Cover is sold separately.

 iPad

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2011 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy