1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,
                                              CASE NO. 11-cv-01846-LHK
20            Plaintiff,
                                              **MANUAL FILING NOTIFICATION FOR**
21       vs.                                  **EXHIBIT MM TO DECLARATION OF**
                                              **SARA JENKINS IN SUPPORT OF**
22 SAMSUNG ELECTRONICS CO., LTD., a           **SAMSUNG'S OPPOSITION TO APPLE'S**
   Korean business entity; SAMSUNG            **MOTION FOR A PRELIMINARY**
23 ELECTRONICS AMERICA, INC., a New           **INJUNCTION**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
              Defendant.
26

27

28
                                              Case No. 11-cv-01846-LHK
   MANUAL FILING NOTIFICATION FOR EXHIBIT MM TO DECLARATION OF SARA JENKINS
   IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

1        **MANUAL FILING NOTIFICATION**

2

3    Regarding:      EXHIBIT MM to the DECLARATION OF SARA JENKINS IN SUPPORT OF

4                         APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

5

6    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

7    office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

8    For information on retrieving this filing directly from the court, please see the court's main web

9    site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

11   This filing was not e-filed for the following reason(s):

12   _____      Voluminous Document (PDF file size larger than efiling system allowances)

13   _____      Unable to Scan Documents

14   _____      Physical Object (description): _____

15   _____      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

16   __X__       Item Under Seal

17   _____      Conformance with th eJudicial Conference Privacy Policy (General Order 53)

18   _____      Other (description): _____

19

20   DATED: August 22, 2011                    Respectfully submitted,

21                                                        QUINN EMANUEL URQUHART &
                                                          SULLIVAN, LLP
22

23

24                                                        By____/s/_____
                                                          Victoria F. Maroulis
25                                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                                          LTD., SAMSUNG ELECTRONICS AMERICA,
26                                                        INC. and SAMSUNG
                                                          TELECOMMUNICATIONS AMERICA, LLC
27

28

MANUAL FILING NOTIFICATION FOR EXHIBIT MM TO DECLARATION OF SARA JENKINS
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION