| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139 |
| 8 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 9 | |
| 10 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | |
| | | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | | |
| | | **MANUAL FILING NOTIFICATION FOR EXHIBIT NN TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendant. | | |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT NN to the DECLARATION OF SARA JENKINS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description): _____

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_   Item Under Seal

_____   Conformance with th eJudicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

DATED: August 22, 2011            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC