QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT PP TO DECLARATION OF SARA JENKINS  IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

|   |   |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | |
| 3 | Regarding: EXHIBIT PP TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF |
| 4 | APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION |
| 5 | |
| 6 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's |
| 7 | office. If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 8 | For information on retrieving this filing directly from the court, please see the court's main web |
| 9 | site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 10 | |
| 11 | This filing was not e-filed for the following reason(s): |
| 12 | _____ Voluminous Document (PDF file size larger than efiling system allowances) |
| 13 | _____ Unable to Scan Documents |
| 14 | _____ Physical Object (description): _____ |
| 15 | __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 16 | _____ Item Under Seal |
| 17 | _____ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 18 | _____ Other (description): _____ |
| 19 | |
| 20 | DATED: August 22, 2011           Respectfully submitted, |
| 21 | |
| 22 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 23 | |
| 24 | By    /s/    _____ |
| 25 | Victoria F. Maroulis |
| 26 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 27 | TELECOMMUNICATIONS AMERICA, LLC |
| 28 | |