1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,

20 |     Plaintiff,                          | CASE NO. 11-cv-01846-LHK

21 |   vs.                                   | **MANUAL FILING NOTIFICATION FOR EXHIBIT QQ TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
25 |
   |     Defendant.
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT QQ to the DECLARATION OF SARA JENKINS IN SUPPORT OF APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

 _____   Voluminous Document (PDF file size larger than efiling system allowances)
 _____   Unable to Scan Documents
 _____   Physical Object (description): _____
 _____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
 __X__   Item Under Seal
 _____   Conformance with th eJudicial Conference Privacy Policy (General Order 53)
 _____   Other (description): _____

DATED: August 22, 2011                Respectfully submitted,

                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                      By   /s/
                                         Victoria F. Maroulis
                                         Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC