# EXHIBIT TT

![Brighthand]

### Android OS-based Samsung Captivate Released by AT&T
*by Ed Hardy - 7/18/2010*

AT&T's first high-end Android OS smartphone is now available. The carrier offers two entry-level models running Google's operating system, but Samsung Captivate has a range of cutting-edge features.

It runs Android OS 2.1 on a 1 GHz Samsung Hummingbird processor, and is bundled with an array of software, including Google Maps, Gmail, Google Calendar, YouTube, and Google Talk,

In addition, the Captivate comes with Samsung's Social Hub, which integrates email, instant messaging, social network updates and SMS messages. It also includes AT&T Address Book and AT&T Navigate.

Users can find many thousands of additional apps on the Android Market.

### Loads of Features
The Captivate has a tablet shape with a 4-inch, WVGA (800 x 480), Super AMOLED display.



This smartphone is able to access AT&T's 7.2 Mbps 3G network, and it also sports Wi-Fi b/g/n and Bluetooth 3.0.



This model has a 5 megapixel camera with support for recording 720p HD video as well as still images.

It has 16 GB of internal storage and a microSD memory card slot for adding additional capacity.

Other items on the features list include a GPS receiver, six-axis sensor, accelerometer, and a gyroscope.

### Pricing and Availability
The Samsung Captivate is available now on AT&T's website.

The price is $200 -- typical for a high-end smartphone. What's not typical is that getting this price won't require sending in a mail-in rebate, though a two-year service contract will be a necessity.

Sign in | Join   | Browse Site



**SAMSUNG   BLACKBERRY   HTC   MORE IN MOBILE**

Home  >  Mobile  >  Samsung  >  Reviews

Leave a comment

Enter Your Search...   Search

# Samsung Continuum Review

Written by: Robert Faustus • Edited by: Simon Hill
Published Nov 25, 2010 • Related Guides: Android | Verizon

 The Samsung Continuum is the latest Samsung Galaxy S phone to be released on Verizon. Featuring a unique 1.8 inch Super AMOLED ticker screen below the main display, the Continuum offers a new way to view and use smartphones. Is the ticker enough to make the Continuum worth it?

**Samsung Continuum Review**

The Samsung Galaxy S has taken quite a foothold in the U.S. market. Not too long after the release of the Verizon variant, the Samsung Fascinate, Samsung and Verizon have partnered up to create one more Samsung Galaxy S phone, exclusive to Verizon, the Samsung Continuum. The Samsung Continuum, released on November 18th, is quite a unique phone. The Continuum is the first smartphone to feature 2 Super AMOLED screens, one being the main screen and the other being a small ticker. The Samsung Continuum has been priced at $199.99 with a 2 year contract and after a $100 mail in rebate. The timing for the Samsung Continuum is right in time for the holidays, however, with the Samsung Fascinate being released not too much earlier, sales for either phone may cannibalize the other.

**Samsung Continuum Specifications:**

- Dimensions: 4.94 x 2.28 x 0.48 inches (125 x 58 x 12.2 mm)
- Weight: 4.25 oz (120 g)
- Display: 3.4 inch Super AMOLED capacitive touchscreen display, 480 x 800 pixels, 1.8 inch Super AMOLED ticker
- Memory: 2 GB + 8 GB MicroSD (included), expandable up to 32 GB
- OS: Android OS 2.1
- Processor: 1 GHz Samsung Hummingbird Cortex A8
- Camera: 5 MP camera with LED flash, 720p HD video recording
- Connectivity: CDMA Dual Band (850/1900 Mhz)
- Data: 1xEV-DO rev.A
- Bluetooth: Bluetooth 3.0
- GPS: GPS with A-GPS
- Battery: Li-Ion 1500 mAh

**Dreamforce 2011**   www.salesforce.com/Dreamforce
Free Keynote & Expo Pass! Register Now to Reserve Your Spot.

Ads by Google



**SAMSUNG CELL PHONES AND SMART PHONES**

Apps
How To's & Guides
Reviews

**FEATURED AUTHORS**



**MOST POPULAR ARTICLES**

- Samsung Galaxy S vs. Samsung Galaxy S2 - What's Different?
- Samsung Galaxy Mini Review
- Samsung Galaxy Ace S5830 Reviewed
- Review of the Samsung Xcover B2710
- Samsung Galaxy Gio Review
- Comparison of the Galaxy S 2 and the Nexus S
- Samsung Wave II S8530 Reviewed
- Comparing the Nexus S and the Galaxy S
- Can Anything Beat the Samsung Galaxy S II?
- Samsung Galaxy 5 i5500 Reviewed

**Design and Display**
Rating ●●●●●

The Samsung Continuum measures in at a smaller size than the rest of the Samsung Galaxy S family. The rounded edges also give the smartphone a smaller feel and look. The Continuum has the familiar design with the front being largely the display along with a black, sleek finish around the sites. The big item that separates the Samsung Continuum from other smartphones is its second 1.8 inch ticker display that resides beneath the main 3.4 inch display. Both the displays are Super AMOLED screens, just like the other Samsung Galaxy S phones, allowing the Continnum to have some extreme viewing angles and allowing it to be a bit easier to use in direct sunlight. Between the two displays are the familiar touch sensitive Android shortcuts, menu, home, back and search.

To the left resides the volume rocker and the microUSB for charging and hooking up to computers. On the right side is a slot for the external microSD card, which comes in handy, and dedicated camera button. Up top is the 3.5 mm headphone jack along with the power button. On each side you'll also notice two sensors, grip sensors, that cause the ticker display to light up. Rounding out the back is the 5 megapixel camera along with an LED flash. Overall a familiar design but Samsung has, yet again, hit it out of the park. They made the Samsung Continuum look sleek, curved and small.

1   2   3   NEXT »

0   Like   Be the first of your friends to like this.   Comments | Flag

| 0 | 0 | 0 | Share 0 | Email 0 | Share New |



## WE ALSO RECOMMEND...

- Samsung Droid Charge Reviewed: Not a Great Verizon Android Phone
- Comparison of the HTC Desire and the Samsung Vibrant
- Samsung Gravity Smart Reviewed - Failing to Put the Smart in Smartphone
- Samsung Acclaim Review
- Samsung Galaxy 3 Reviewed

Ads by Google

**Overstock Galaxy Tab: $29**
Get a 16GB Galaxy Tab for $29.18.
Limit One Per Day. Grab Yours Now!
www.DealFun.com/SamsungGalaxy

About Bright Hub
Contact Us
Advertise with Us
Become a Writer
RSS

Site Map
Terms of Use
Privacy Policy
Copyright Policy

### Add a comment

Subject:

Your Name

Your Email*

Enter the code below:

2000 characters remaining

☐ Notify me of followup comments via email

Add Comment

**WRITE FOR BRIGHT HUB**

Bright Hub is looking for talented writers to contribute to one of the fastest growing communities online. If you have something bright to say, say it here! Learn more here.

©2011 Bright Hub Inc. All rights reserved.

Enter Your Search...

**SIGN UP FOR OUR NEWSLETTER**

Samsung Channel News | View All News

Enter Your Email...    Sub



**Verizon Official Site** Business High Speed Internet As Low As $24.99/Month & Free Activation! Verizon.com/SmallBus

**SF Usability Testing** User testing services and lab Mobile, desktop, and web www.UEGroup.com

**Total Cellphone Insurance** Limited Time Open Enrollment for Sprint customers only! www.TEPenroll.com

- CPS Forum
- T-Mobile News
- Other Carrier News
    - AT&T
    - Sprint/Nextel
    - Verizon Wireless
    - Alltel
- Reviews
- Upcoming Phones
    - Archived Phones
- Submit News

Search This Website   GO

Blog > Featured > Samsung Vibrant Review by MobileBurn

# Samsung Vibrant Review by MobileBurn

By: t-marco July 19th, 2010
Comments (0)





T-Mobile launched the new Android phone, Samsung Vibrant this past 15th. Now, thanks to MobileBurn we have an accurate review.

Powered by Android 2.1, the smartphone boasts a 4-inch Super AMOLED display, a 1GHz processor , a 5-megapixel camera with HD video capture and is the first phone with Samsung's new Smart Life user interface. Other features include FM radio, Bluetooth 3.0 digital compass, WiFi b/n, GPS, 16GB of memory and microSD card slot.

Check more Here

Filed Under: Featured, Reviews, T-Mobile News

Tags: Android, Review, Ssmsung, T-Mobile

**Related Posts**

- Samsung Galaxy S 4G review by Cnet
- Motorola Cliq 2 Review, ..by Mobileburn
- HTC Ruby specifications … amazing phone called Amaze 4G
- Deal Alert : T-Mobile G2X for free
- Deal Alert : HTC Wildfire S now Free .. via T-Mobile.com

1  retweet

Login

- This blog post
- All blog posts

Subscribe to this blog post's comments through...

- Add to My Yahoo!

- Add to Google

- 

RSS Icon RSS Feed

**Subscribe via email**

Email Address   Subscribe
Follow the discussion

**Comments**

Logging you in...

Close

**Login to IntenseDebate**

Or create an account

Username or Email:
Password:

Forgot login?

OpenID
Cancel Login

Close WordPress.com

Username or Email:
Password:

Lost your password?

Cancel Login

Close

**Login with your OpenID**

Or create an account using OpenID

OpenID URL: http://

Back
Cancel Login
Dashboard | Edit profile | Logout

- Logged in as

There are no comments posted yet. Be the first one!

**Post a new comment**

- Embed video
- PollDaddy Add poll
- 

Enter text right here!

Comment as a Guest, or login:

- Login to IntenseDebate
- Login to WordPress.com
- Login to Twitter
- Login to OpenID

☐ Tweet this comment

Connected as (Logout)

Email (optional)

Not displayed publicly.

Name
Email
Website (optional)

Displayed next to your comments.

Not displayed publicly.

If you have a website, link to it here.

OpenID URL  `http://`

Comment as a Guest or login using OpenID
**Submit Comment**

Subscribe to  None

Comments by IntenseDebate

## eNews & Updates

Sign up to receive breaking T-Mobile news as well as receive other site updates!

Enter your email address  GO

- ## Categories
  - T-Mobile News
  - Other Carrier News
    - AT&T
    - Sprint/Nextel
    - Verizon Wireless
    - Alltel
  - Reviews

- ## Archives
  - August 2011
  - July 2011
  - June 2011
  - May 2011
  - April 2011
  - March 2011
  - February 2011
  - January 2011
  - December 2010
  - November 2010
  - October 2010
  - September 2010
  - August 2010
  - July 2010
  - June 2010
  - May 2010
  - April 2010
  - March 2010
  - February 2010
  - January 2010
  - December 2009
  - November 2009
  - October 2009
  - September 2009
  - August 2009
  - July 2009
  - June 2009
  - May 2009

---

Limited Time Open Enrollment for Sprint customers only!
www.TEPenroll.com

**SF Usability Testing**
User testing services and lab Mobile, desktop, and web
www.UEGroup.com

---

- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- April 2008

### Featured Video



- **Subscribe to SMS Updates**

Phone number

Carrier
Verizon

Subscribe

- 
- **T-Mobile Tags**



### Latest Forum Posts

- 
  - **allow me to re-introduce myself...**
  - your thoughts >>
  - 
  - **Day Pass For PrePaid History?**
  - your thoughts >>

Copyright © 2011 T Mobile News & Phone Reviews From Cell Phone Signal

Cellphone Signal is a part of

