QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On August 22, 2011 at 11:50 p.m., I served true copies of the following documents described as

**REDACTED DECLARATION OF JEFFREY JOHNSON, PH.D., IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION;**

**CONFIDENTIAL DECLARATION OF JEFFREY JOHNSON, PH.D., IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION;**

**SEALED EXHIBIT THREE TO THE DECLARATION OF JEFFREY JOHNSON;**

**CONFIDENTIAL DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION; AND**

**SEALED EXHIBITS B, D, AND E TO THE DECLARATION OF MICHAEL J. WAGNER**

on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JTaylor@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | TAYLOR & COMPANY LAW OFFICES, LLP |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | One Ferry Building, suite 355<br>San Francisco, CA 94111 |
| MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | KENNETH H. BRIDGES<br>kbridges@bridgesmav.com<br><br>MICHAEL T. PIEJA |

| | |
|---|---|
| mpieja@bridgesmav.com | MARK D. SELWYN, ESQ. |
| | mark.selwyn@wilmerhale.com |
| BRIDGES & MAVRAKAKIS LLP | |
| 3000 El Camino Real | Wilmer Cutler Pickering Hale and Dorr LLP |
| One Palo Alto Square | 950 Page Mill Road |
| Palo Alto, CA 94306 | Palo Alto, CA 94304 |

**BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from victoriamaroulis@quinnemanuel.com, by transmitting a PDF format copy of such document to each person at the e-mail address listed above. The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

On August 22, 2011 at 11:50 p.m., I served true copies of the following documents described as

**MANUALLY FILED EXHIBITS D, F, G, AND L TO THE DECLARATION OF BENJAMIN B. BEDERSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION;**

**MANUALLY FILED EXHIBITS G AND L TO THE DECLARATION OF ROGER FIDLER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION;**

**MANUALLY FILED EXHIBIT GG TO THE DECLARATION OF ITAY SHERMAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION; AND**

**MANUALLY FILED EXHIBITS 6, 7, 8, 9, 10, AND 11 TO THE DECLARATION OF ANDRIES VAN DAM, PH.D IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

on the interested parties in this action as listed above.

**BY ELECTRONIC TRANSMISSION**: By placing a PDF format copy of such documents on an FTP site to which the interested parties were given access. The uploading of such documents was complete and without error.

On August 23, 2011 at 12:46 a.m., I served true copies of the following documents described as

**SEALED EXHIBITS M, N, O, P, FF, HH, LL, MM, NN, OO, QQ TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION;**

on the interested parties in this action as listed above.

**BY ELECTRONIC TRANSMISSION**: By placing a PDF format copy of such documents on an FTP site to which the interested parties had previously been given access. The uploading of such documents was complete and without error.

On August 23, 2011 at 12:57 a.m., I served true copies of the following documents described as

**MANUALLY FILED EXHIBITS S AND PP TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

on the interested parties in this action as listed above.

**BY ELECTRONIC TRANSMISSION**: By placing a PDF format copy of such documents on an FTP site to which the interested parties had previously been given access. The uploading of such documents was complete and without error.

On August 23, 2011 at 1:03 a.m., I served true copies of the following documents described as

**SAMSUNG'S SEALED OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

on the interested parties in this action as listed above.

**BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from victoriamaroulis@quinnemanuel.com, by transmitting a PDF format copy of such document to each person at the e-mail address listed above. The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

On August 23, 2011 at 1:31 a.m., I served true copies of the following documents described as

**PUBLIC EXHIBITS TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

on the interested parties in this action as listed above.

**BY ELECTRONIC TRANSMISSION**: By placing a PDF format copy of such documents on an FTP site to which the interested parties had previously been given access.   The uploading of such documents was complete and without error.

I declare that I am a member of the bar of this Court.

Executed on August 23, 2011, at Redwood Shores, California.

                                        /s/ Victoria F. Maroulis