QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On August 23, 2011, I served or had served true copies of the following documents described as:

SAMSUNG'S NOTICE OF MOTION AND MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (via email)

EXHIBITS 1, 3, 4, 5, and 8 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER   WOODRING (via FTP)

on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, suite 355<br>San Francisco, CA 94111 |
| JENNIFER LEE TAYLOR<br>JTaylor@mofo.com | KENNETH H. BRIDGES<br>kbridges@bridgesmav.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | MICHAEL T. PIEJA<br>mpieja@bridgesmav.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square<br>Palo Alto, CA 94306 |
| MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304 |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | |

1  **BY ELECTRONIC MAIL TRANSMISSION AND/OR FTP SITE TRANSMISSION**:
By electronic mail transmission from victoriamaroulis@quinnemanuel.com or
2  melissachan@quinnemanuel.com, by transmitting a PDF format or native format copy of such
document to each person at the e-mail address listed above.
3

4       I declare that I am a member of the bar of this Court.

5       Executed on August 23, 2011, at Redwood Shores, California.

6                                            */s/     Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28