UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 1 hr, 3 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** Lucy H. Koh | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 24, 2011 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** C-11-01846 LHK | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

CASE TITLE

Apple Inc. v. Samsung Electronics Co. Ltd, et al

APPEARANCES

**Attorney(s) for Plaintiff(s):** Michael Jacobs, Harold McElhinny, Michael Jacobs, Richard Hung, William Lee, Mark Selwyn
**Attorney(s) for Defendant(s):** Kathleen Sullivan, Kevin Johnson, Victoria Maroulis, and Michael Zeller

PROCEEDINGS

1. Motion to Disqualify Counsel [Doc. 101]
2. Motion to Expedite Trial [Doc. 83]

ORDER AFTER HEARING

Hearing held. Counsel present. The Court hear oral argument on both motions. The Court took the matters under submission after oral argument. The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: