STEPHEN E. TAYLOR
ATTORNEY
staylor@tcolaw.com

**TAYLOR & COMPANY**
LAW OFFICES, LLP

August 25, 2011

**E-FILED & HAND DELIVERED**

Honorable Lucy H. Koh
United States District Court,
Northern District of California
Courtroom 8, 4th Floor
280 South First Street
San Jose, CA 95113

Re:  Apple Inc. v. Samsung Electronics Co., Ltd., et al.,
United States District Court, No. District of California
Case No. C-11-01846 (LHK)

Your Honor:

This letter is to advise the Court that Bridges & Mavrakakis LLP has decided to withdraw as counsel for plaintiff Apple Inc. in the above-referenced case in light of the Court's decisions at the Case Managment Conference. Bridges & Mavrakakis will be filing a formal withdrawal notice shortly. As a result, defendant Samsung's Motion to Disqualify (Docket Item No. 101) is moot.

We appreciate the Court's attention to this matter and wanted to advise Your Honor of this decision as soon as possible.

Very truly yours,

*[signature]*

Stephen E. Taylor

cc: All Counsel of Record