UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Clerk:  Elizabeth Garcia
Reporter:  Lee-Anne Shortridge
Length of hearing: 26 minutes

Plaintiff Attorneys: Harold McElhinny, Michael Jacobs, Richard Hung, William Lee, Mark Selwyn
Defense Attorneys: Kathleen Sullivan, Kevin Johnson, Victoria Maroulis, and Michael Zeller.

A case management conference was held on August 24, 2011.

The Court denied, in part, Plaintiff's motion for an expedited trial schedule as to only Plaintiff's claims, but granted a modified, expedited trial schedule as to both Plaintiff's claims and Defendants' counterclaims as set forth below.

The Court ordered the following discovery limitations:
Each side is limited to 80 interrogatories.
Each side is limited to 250 hours of deposition testimony per side, with a 7 hour limit for each deposition.  Expert and third party depositions will not count against this total.

The Court will construe only 10 claim terms.  The parties shall identify the 10 claim terms pursuant to Patent Local Rule 4-3(c).

Magistrate Judge Paul Grewal will preside over future discovery disputes.  Lead trial counsel for all parties must meet and confer in person before filing any discovery motion.

The depositions of the inventors and prosecuting attorneys for Apple's patents must be completed by November 1, 2011.  The depositions of the inventors and prosecuting attorneys for Samsung's patents must be completed by December 1, 2011.

The next case management conference will be October 13, 2011 at 1:30 p.m. following the preliminary injunction hearing.

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

**Case Schedule through Trial.**

| | |
|---|---|
| Service of Apple's Initial Disclosures and Infringement Contentions | 8/26/2011 |
| Service of Samsung's Initial Disclosures and Infringement Contentions | 9/7/2011 |
| Parties Exchange Invalidity Contentions | 10/7/2011 |
| Parties Exchange Proposed Claim Terms | 10/17/2011 |
| Parties Exchange Preliminary Claim Constructions | 10/31/2011 |
| Parties File Joint Claim Construction Statement | 11/14/2011 |
| Deadline to Amend Pleadings | 11/14/2011 |
| Close of Claim Construction Discovery | 11/28/2011 |
| Claim Construction Opening Briefs Due | 12/8/2011 |
| Claim Construction Responsive Briefs Due | 12/22/2011 |
| Claim Construction Reply Briefs Due | 12/29/2011 |
| Claim Construction Tutorial | 1/17/2012 at 1:30-4:30 P.M. |
| Claim Construction Hearing | 1/20/2012 at 10-noon and 1-3 P.M. |
| Fact Discovery Cut Off | 3/8/2012 |
| Parties Serve Initial Expert Reports | 3/22/2012 |
| Parties Serve Rebuttal Expert Reports | 4/16/2012 |
| Close Expert Discovery | 4/27/2012 |
| Last Day to File Dispositive Motions | 5/17/2012 |
| Hearing on Dispositive Motions | 6/21/2012 at 1:30 P.M. |
| Final Pretrial Conference | 7/18/2012 at 2 P.M. |
| Jury Trial (13 court days) | 7/30/2012 at 9 A.M. |

**IT IS SO ORDERED.**

Dated: August 25, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER