KENNETH H. BRIDGES (SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224


Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C-11-01846 (LHK) <br><br> **NOTICE OF WITHDRAWAL OF BRIDGES & MAVRAKAKIS LLP** <br><br> Honorable Lucy H. Koh |

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that the law firm Bridges & Mavrakakis LLP, and attorneys |
| 3 | Kenneth H. Bridges and Michael T. Pieja of that law firm, hereby withdraw as attorneys for |
| 4 | plaintiff Apple Inc. in the above-captioned action. |

Dated: August 25, 2011

Respectfully submitted,

BRIDGES & MAVRAKAKIS LLP

By: */s/ Kenneth H. Bridges*
Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

Attorneys for Plaintiff
APPLE INC.

**PROOF OF SERVICE**

I, Kenneth H. Bridges, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 3000 El Camino Real, One Palo Alto Square, 2nd Floor, Palo Alto, CA 94306.

On August 25, 2011, I caused a copy of the foregoing **NOTICE OF WITHDRAWAL OF BRIDGES & MAVRAKAKIS LLP** to be served via electronic mail on all counsel of record who are listed on the Court's CM/ECF system.

Dated: May 11, 2011

*/s/ Kenneth H. Bridges*
Kenneth H. Bridges (SBN 243541)
kbridges@bridgesmav.com
Michael T. Pieja (SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

Attorneys for Plaintiff
APPLE INC.