# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO DISMISS AND STRIKE APPLE'S COUNTERCLAIMS** |
| Defendants. | Date: September 22, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

The Court, having considered the papers submitted by the parties, HEREBY ORDERS as follows:

1. Defendants' Motion to Dismiss Counts XXVII, XXVIII, and XXIX of Apple Inc.'s Counterclaims in Reply is DENIED; and

2. Defendants' Motion to Strike Counts XXX, XXXI, and XXXII of Apple Inc.'s Counterclaims in Reply is DENIED.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Lucy H. Koh
United States District Court Judge