HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO DISMISS AND STRIKE APPLE'S COUNTERCLAIMS** |

| | |
|---|---|
| 1 | |
| 2 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiffs, |
| 7 | v. |
| 8 | APPLE INC., a California corporation, |
| 9 | Counterclaim-Defendant. |

10

11   I, Mark D. Selwyn, hereby declare as follows:

12

13   1.   I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

14   counsel for Apple Inc. ("Apple") in the above-entitled action. I am licensed to practice law in

15   the State of California, the Commonwealth of Massachusetts, and the State of New York, and am

16   admitted to practice before the U.S. District Court for the Northern District of California. I am

17   familiar with the facts set forth herein, and, if called as a witness, I could and would testify

18   competently to those facts under oath.

19

20   2.   Attached as <u>Exhibit A</u> is a true and correct copy of the "Brief of Amici Curiae

21   Nvidia Corporation, Micron Technology, Inc., Samsung Electronics Corporation, Ltd., and

22   Hynix Semiconductor, Inc. on the Issue of the Appropriate Remedy for Rambus's Violations of

23   the FTC Act," submitted on September 15, 2006 in *In the Matter of Rambus Inc.*, Docket No.

24   9302 (F.T.C.).

25

26

27

28

3.      Attached as <u>Exhibit B</u> is a true and correct copy of the Cross-Complaint of Samsung Electronics Co., Ltd., Against Cross-Defendant Rambus, Inc., filed on February 24, 2006 in *Rambus, Inc. v. Micron Technology, Inc.*, Case No. 04-431105 (Cal. Super. Ct.).

4.      Attached as <u>Exhibit C</u> is a true and correct copy of a redacted version provided by counsel for Samsung of Samsung's Re-amended Defence and Counterclaim, filed on September 15, 2007 in *Telefonaktiebolaget LM Ericsson v. Samsung Electronics UK Limited and Samsung Electronics Co. Limited*, Claim No. HC06 C00618 (High Court of Justice, Chancery Division, Patents Court).

5.      Attached as <u>Exhibit D</u> is a true and correct copy of Samsung's First Amended Complaint, filed on September 14, 2007 in *Samsung Electronics Co., Ltd., v. InterDigital Communications Corp., et al.*, C.A. No. 07-167 (D. Del.).

6.      Attached as <u>Exhibit E</u> is a true and correct copy of the Order and Opinion dated June 7, 2011 in *Apple Inc. v. Motorola Mobility, Inc.*, Case No. 11-CV-178-BBC (W.D. Wis.).

7.      Attached as <u>Exhibit F</u> is a true and correct excerpt from IIA Phillip E. Areeda, et al., *Antitrust Law* (3rd ed. 2007).

8.      Attached as <u>Exhibit G</u> is a true and correct excerpt from 7 Phillip E. Areeda and Herbert Hovenkamp, *Antitrust Law* (2d ed. 2003).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 29th day of August, 2011, in Palo Alto, California.

Dated: August 29, 2011

*/s/ Mark D. Selwyn*
Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 29, 2011 to all counsel of record who are deemed to have consented to electronic service per Civil Local Rule 5.4.

_____
Mark D. Selwyn