UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO WITHDRAW |

On August 25, 2011, Plaintiff Apple, Inc. ("Apple") filed a Notice of Withdrawal of Bridges & Mavrakakis LLP.  *See* ECF No. 188.  The Court hereby orders Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") to file a one-page letter brief explaining whether or not it considers its Motion to Disqualify Plaintiff's Counsel moot in light of Apple's Notice of Withdrawal.  The letter brief is due tomorrow, Wednesday August 31, 2011.

**IT IS SO ORDERED.**

Dated: August 30, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER DIRECTING DEFENDANTS TO RESPOND