**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR MANUAL ROSALES, ) | Case No.: 11-CV-04246-LHK |
| ) Petitioner, ) | ORDER SETTING HEARING |
| v. ) | |
| ) | |
| TIMOTHY AITKEN, Director of San Francisco ) Office of Detention and Removal, United States ) Immigration and Customs Enforcement; et al., ) | |
| ) | |
| Respondents. ) | |

The parties filed a stipulation and briefing schedule for the Petitioners' Petition for a Writ of Habeas Corpus and Motion for a Temporary Restraining Order. The Court hereby sets a hearing on the above referenced matters for September 28, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 30, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00478-LHK
ORDER SETTING HEARING