HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SEALING SAMSUNG'S UNREDACTED MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING AND EXHIBITS 3, 5, AND 8 TO THE DECLARATION OF MICHAEL T. ZELLER**<br><br>Date:<br>Time:<br>Place:<br>Judge: Hon. Lucy H. Koh |

Pursuant to Civil L.R. 79-5(d), Plaintiff Apple Inc. submits the appended declaration of Cyndi Wheeler in support of Samsung's Stipulated Administrative Motion to File Under Seal Pursuant to Local Rules 7-11 and 79-5 (D.N. 169), to establish that the following are sealable:

- The confidential, unredacted version of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (D.N. 176) ("Motion to Exclude"); *and*

- Exhibits 3, 5, and 8 to the Declaration of Michael T. Zeller in support of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (D.N. 177) ("Zeller Declaration").

**DECLARATION OF CYNDI WHEELER**

I, Cyndi Wheeler, do hereby declare as follows:

1. I am a Senior Patent Litigation Counsel at Apple Inc. ("Apple"). I submit this Declaration in support of Samsung's Stipulated Administrative Motion to File Under Seal Pursuant to Local Rules 7-11 and 79-5 (D.N. 169). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit 3 to the Zeller Declaration is a document produced by Apple in this litigation, and is an expert report prepared by Cooper C. Woodring. It was designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order. It contains third party confidential information pertaining to the subject of Mr. Woodring's report, as well as quotations from witness statements. This information should remain confidential to preserve the confidentiality interests of the third parties involved in that litigation.

3. Exhibit 5 to the Zeller Declaration is a document that was produced by Apple in this litigation, and used as an exhibit during the depositions of Richard Lutton and Cooper Woodring. This document was designated HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY under the interim protective order. It contains confidential, proprietary market research and analysis, including information about the competitive landscape for mobile devices. This business information was created at a significant cost to Apple, and could be used by Apple's

1  competitors to its disadvantage, particularly because it discusses Apple's direct competitors.  It
2  also reflects Apple's confidential business strategy.

3      4.    Exhibit 8 to the Zeller Declaration is an excerpt from the deposition transcript of
4  Christopher Stringer, an Apple employee.  The entire transcript was initially designated HIGHLY
5  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order.  Following
6  the review period, Apple has revised its designations.  The following portions of Exhibit HH
7  remain HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY: pages 44:5-47; 56:1-56:23;
8  57:15-57:25.  These sections of the transcript contain information about Apple's highly
9  confidential internal industrial design process, including discussions of Apple trade secrets.  This
10 trade secret information could be used by Apple's competitors to its disadvantage.

11     5.    Those portions of the unredacted version of Samsung's Motion to Exclude
12 containing information drawn from Exhibits 3, 5, and 8 should remain under seal for the same
13 reasons as articulated above.

14     6.    The requested relief is necessary and narrowly tailored to protect this confidential
15 information.  The exhibits described above do not contain significant relevant, non-confidential
16 material.

17 I declare under penalty of perjury under the laws of the United States of America that the
18 forgoing is true and correct to the best of my knowledge.  Executed this 30th day of August, 2011,
19 in Cupertino, California.

                                             /s/ Cyndi Wheeler
                                             Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: August 30, 2011                    By:          /s/  Jason R. Bartlett
                                                                 Jason R. Bartlett