1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING AND SUPPORTING MATERIALS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Date:<br>Time:<br>Place:<br>Judge:   Hon. Lucy H. Koh |
| Defendants. | |

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED MOTION TO EXCLUDE ORDINARY
OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING AND SUPPORTING MATERIALS
CASE NO. 11-cv-01846-LHK
sf-3040123

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Stipulated Administrative Motion to File Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 on August 22, 2011 in support of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring. (D.N. 169.) Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" by plaintiff Apple Inc. ("Apple") under the interim protective order for the Northern District of California. Also pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Sealing Samsung's Unredacted Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring and Exhibits 3, 5, and 8 of the Declaration of Michael T. Zeller ("Wheeler Declaration"). The Wheeler Declaration provides sufficient evidence that the documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law" and thus sealable. Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibits 3, 5 and 8 to the Declaration of Michael T. Zeller in Support of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Zeller Declaration") (D.N. 177); and

- The confidential, unredacted version of Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (D.N. 176), which includes information from Exhibits 3, 5 and 8 to the Zeller Declaration.

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING AND SUPPORTING MATERIALS
CASE NO. 11-CV-01846-LHK
sf-3040123

1

1       IT IS SO ORDERED.

2

3 Dated: _____

                                                                                    Hon. Lucy H. Koh

4                                                                                     United States District Judge

[PROPOSED] ORDER SEALING SAMSUNG'S UNREDACTED MOTION TO EXCLUDE ORDINARY
OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING AND SUPPORTING MATERIALS
CASE NO. 11-CV-01846-LHK
sf-3040123

2