QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 AND GENERAL ORDER NO. 62** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2  Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung

3  Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this

4  administrative motion for an order to seal:

5         1.   Samsung's Motion to Compel Apple to Produce Documents And Things In

6              Response to Samsung's Request for Production No. 1 and Further Responses to

7              Interrogatories Nos. 1, 3, and 6 (the "Motion to Compel").

8         2.   The confidential, unredacted version of the Declaration of Sara Jenkins in Support

9              of Samsung's Motion to Compel (the "Supporting Declaration").

10        3.   Exhibits D-L, and N-P to the Supporting Declaration.

11   Samsung has established good cause to permit filing these documents under seal through

12  the Jenkins Declaration in support of this motion to file under seal, filed herewith.   In particular,

13  the Motion to Compel discusses in detail information that Apple has designated as HIGHLY

14  CONFIDENTIAL – ATTORNEY'S EYES ONLY.   (Jenkins Decl. ¶ 2.)

15   The Supporting Declaration to the Motion to Compel likewise discusses these confidential

16  sources of information, and a majority of the exhibits to the Supporting Declaration have been

17  designated by Apple as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the

18  interim protective order, or contain discussion and references to information that Apple has

19  designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.   (Jenkins Decl. ¶¶ 3-

20  14.)   Samsung expects that, pursuant to Local Rule 79-5(d), Apple will file within seven days an

21  appropriate declaration with the Court establishing that the documents and information it has

22  designated as highly confidential are sealable.

23   Pursuant to General Order No. 62, the complete, unredacted versions of Samsung's Motion

24  to Compel, Supporting Declaration, and all Exhibits to the Supporting Declaration will be lodged

25  with the Court for in camera review and served on all parties.

26   Apple does not oppose this motion.   (Jenkins Decl. ¶ 15.)

27

28

1

2     DATED: August 31, 2011              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
3

4

5                                        By   /s/ Victoria F. Maroulis
                                             Charles K. Verhoeven
6                                            Kevin P.B. Johnson
                                             Victoria F. Maroulis
7                                            Michael T. Zeller
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
8                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
9                                            TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SAMSUNG'S MOTION TO FILE UNDER SEAL**