UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXPEDITED BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL** |

Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"), by and through their counsel and subject to the Court's approval, hereby STIPULATE AS FOLLOWS:

WHEREAS, Apple filed a Motion for a Preliminary Injunction on July 1, 2011 (Dkt No. 86);

WHEREAS, the Court ordered Apple to provide to Samsung discovery related to Apple's preliminary injunction motion by August 8, 2011 (Dkt No. 115);

WHEREAS, Samsung served various discovery requests on Apple on July 6, 2011;

WHEREAS, the parties met and conferred several times regarding various disputes related to Samsung's discovery requests but were unable to resolve all of the issues;

WHEREAS, Samsung is filing and serving its Motion to Compel Apple to Produce Documents and Things in Response to Samsung's Request for Production No. 1 and Further Responses to Interrogatories Nos. 1, 3, and 6 ("Motion to Compel") concurrently herewith;

WHEREAS, pursuant to the 35-day rule in Civil Local Rule 7-2, Samsung noticed its Motion to Compel for a hearing at the earliest possible hearing date of October 11, 2011;

WHEREAS, the hearing on Apple's Motion for a Preliminary Injunction is scheduled for October 13, 2011, just two days after the current hearing date for the Motion to Compel;

WHEREAS, the parties respectfully request the Court to allow expedited briefing and hearing on Samsung's Motion to Compel to provide sufficient time to comply with the Court's decision regarding the Motion to Compel;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN THE PARTIES THAT, subject to the Court's approval:

- Apple's Opposition to Samsung's Motion to Compel will be due on or before Friday, September 9, 2011
- Samsung's Reply in support of its Motion to Compel will be due on or before Monday, September 12, 2011 at 8:00 a.m.

- A hearing on Samsung's Motion to Compel shall be heard on September 13, 2011 at 10:00 a.m., or the earliest date convenient for the Court.

Dated: August 31, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Victoria F. Maroulis*

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Dated: August 31, 2011          MORRISON & FOERSTER LLP

By:   */s/ Jason Bartlett*

Attorneys for Plaintiff APPLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____

Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

**GENERAL ORDER ATTESTATION**

In compliance with General Order 45(X)(B), I hereby attest that Jason Bartlett has concurred in this filing.

                                               */s/ Victoria F. Maroulis*