QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF THE STIPULATED MOTION TO EXPEDITE BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL** |

I, Sara Jenkins, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. This declaration is submitted in support of the proposed stipulation and order filed jointly by Apple, Inc ("Apple") and Samsung, requesting an order from this Court shortening the time for briefing and hearing in connection with Samsung's Motion to Compel, filed and served concurrently herewith.

3. On July 1, 2011, Apple filed a Motion for a Preliminary Injunction (Dkt No. 86).

4. On July 18, 2011, the Court adopted a hearing and briefing schedule, as well as a discovery schedule, for Apple's preliminary injunction motion.

5. On August 8, 2011, Samsung's discovery from Apple regarding the preliminary injunction motion was due. (Dkt No. 115.)

6. On August 22, 2011, Samsung served its Opposition to Apple's Preliminary Injunction Motion and filed a motion to file the Opposition brief under seal. (Dkt No. 175.)

7. Apple's Reply in support of its Motion for a Preliminary Injunction is due September 30, 2011. (Dkt No. 115.)

8. The hearing on the Preliminary Injunction Motion is scheduled for October 13, 2011. (Dkt No. 115.)

9. Between July 20, 2011 and August 29, 2011, counsel for Samsung and counsel for Apple met and conferred several times and exchanged various correspondence regarding a number of discovery requests by Samsung related to the preliminary injunction motion. The parties were

unable to reach agreement on all of the requests, including those raised in Samsung's Motion to Compel.

10. On August 31, 2011, Samsung served its Motion to Compel.

11. Pursuant to Civil Local Rule 7-2, all motions must be noticed for hearing not less than 35 days after service of the motion. Samsung's Motion to Compel is currently noticed for the earliest possible hearing on October 11, 2011, which is only two days prior to the hearing on the preliminary injunction motion.

12. On August 31, 2011, counsel for Apple agreed to a shortening of time for briefing and hearing on Samsung's Motion to Compel.

13. Pursuant to the parties' agreed-upon modification:

   a. Apple's opposition to Samsung's Motion to Compel would be due on or before Friday, September 9, 2011;

   b. Samsung's Reply would be due on or before Monday, September 12, 2011 at 8 a.m.; and

   c. the hearing on the motion would occur on Tuesday, September 13, 2011, at 10:00 a.m., or at the Court's earliest convenience.

14. Previous time modifications in the case, whether by stipulation or Court order, include the following:

   a. On April 26, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on its motion to expedite discovery. (Dkt No. 26.)

   b. On May 9, 2011, Apple and Samsung stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21, 2011. On May 10, 2011, the Court signed the

Stipulation and Order regarding an extension of time for Samsung to serve responsive pleadings.  (Dkt No. 40.)

    c.    On June 1, 2011, the Court granted in part Samsung's request to shorten time for hearing and briefing on Samsung's Motion to Compel Reciprocal Expedited Discovery.  (Dkt No. 59.)

    d.    On July 18, 2011 the Court ordered a briefing schedule related to expedited discovery and Apple's motion for a preliminary injunction, setting dates from July 2011 through the October 13, 2011 hearing on Apple's Motion for Preliminary Injunction.  (Dkt No. 115.)

    e.    On July 21, 2011, the Court granted the parties' stipulation to extend the time for briefing Samsung's Motion to Disqualify the Bridges & Mavrakakis, LLP law firm.  (Dkt No. 125.)

15.    The present request to shorten time will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 31, 2011 at Redwood Shores, California.

    /s/ Sara Jenkins

**General Order Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the **DECLARATION OF SARA JENKINS IN SUPPORT OF THE STIPULATED MOTION TO EXPEDITE BRIEFING ON SAMSUNG'S MOTION TO COMPEL** In compliance with General Order 45, X.B., I hereby attest that Sara Jenkins has concurred in this filing.

/s/ Victoria Maroulis