1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,    | CASE NO. 11-cv-01846-LHK

19         Plaintiff,

20     vs.                                  | **CERTIFICATE OF SERVICE**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
           Defendants.
25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On August 31, 2011, I served true copies of the following documents described as

- **SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO SAMSUNG'S REQUEST FOR PRODUCTION NO. 1 AND FURTHER RESPONSES TO INTERROGATORIES NOS. 1, 3, AND 6**

  o **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL**

  o **EXHIBITS A THROUGH Q TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL**

  o **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO SAMSUNG'S REQUEST FOR PRODUCTION NO. 1 AND FURTHER RESPONSES TO INTERROGATORIES NOS. 1, 3, AND 6**

- **STIPULATION AND [PROPOSED] ORDER GRANTING EXPEDITED BRIEFING ON SAMSUNG'S MOTION TO COMPEL**

  o **DECLARATION OF SARA JENKINS IN SUPPORT OF THE STIPULATED MOTION TO EXPEDITE BRIEFING ON SAMSUNG'S MOTION TO COMPEL**

- **SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 AND GENERAL ORDER NO. 62**

  o **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 AND GENERAL ORDER NO. 62**

  o **[PROPOSED] ORDER GRANTING SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, suite 355<br>San Francisco, CA 94111 |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| ALLISON M. TUCHER<br>atucher@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304 |
| MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | |

**BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from brettarnold@quinnemanuel.com, transmitting a PDF format copy of each document to each such person at the email address listed above.   The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am a member of the bar of this Court.

Executed on August 31, 2011, at Redwood Shores, California.

/s/     Brett J. Arnold

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

**CERTIFICATE OF SERVICE**

In compliance with General Order 45, X.B., I hereby attest that Brett Arnold has concurred in this filing.

/s/ Victoria Maroulis