1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the briefs and arguments presented to this Court on Samsung's Motion to Disqualify, and good cause having been shown, HEREBY ORDERS that:

(1) Bridges & Mavrakakis LLP ("B&M") will not provide support services, consult, or participate in any further aspects of this case or any cases between Apple and Samsung relating to tablet computers and mobile devices;

(2) Apple and its current counsel return to B&M any work product prepared by B&M prior to its withdrawal; and

(3) B&M will share no further work product related to the pending actions between Apple and Samsung it may have created during its participation in this case with Apple and its current counsel.

IT IS SO ORDERED.

DATED: _____, 2011

_____
Hon. Lucy H. Koh
United States District Court Judge