UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [**XXXXXXXXXXXXX**] ORDER GRANTING EXPEDITED BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL** |

1    Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung
2    Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3    "Samsung"), by and through their counsel and subject to the Court's approval, hereby
4    STIPULATE AS FOLLOWS:

5    WHEREAS, Apple filed a Motion for a Preliminary Injunction on July 1, 2011
6    (Dkt No. 86);

7    WHEREAS, the Court ordered Apple to provide to Samsung discovery related to
8    Apple's preliminary injunction motion by August 8, 2011 (Dkt No. 115);

9    WHEREAS, Samsung served various discovery requests on Apple on July 6, 2011;

10   WHEREAS, the parties met and conferred several times regarding various disputes
11   related to Samsung's discovery requests but were unable to resolve all of the issues;

12   WHEREAS, Samsung is filing and serving its Motion to Compel Apple to Produce
13   Documents and Things in Response to Samsung's Request for Production No. 1 and Further
14   Responses to Interrogatories Nos. 1, 3, and 6 ("Motion to Compel") concurrently herewith;

15   WHEREAS, pursuant to the 35-day rule in Civil Local Rule 7-2, Samsung noticed
16   its Motion to Compel for a hearing at the earliest possible hearing date of October 11, 2011;

17   WHEREAS, the hearing on Apple's Motion for a Preliminary Injunction is
18   scheduled for October 13, 2011, just two days after the current hearing date for the Motion to
19   Compel;

20   WHEREAS, the parties respectfully request the Court to allow expedited briefing
21   and hearing on Samsung's Motion to Compel to provide sufficient time to comply with the
22   Court's decision regarding the Motion to Compel;

23   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN
24   THE PARTIES THAT, subject to the Court's approval:

25   - Apple's Opposition to Samsung's Motion to Compel will be due on or before
26     Friday, September 9, 2011
27   - Samsung's Reply in support of its Motion to Compel will be due on or before
28     Monday, September 12, 2011 at 8:00 a.m.

- A hearing on Samsung's Motion to Compel shall be heard on September 13, 2011 at 10:00 a.m., or the earliest date convenient for the Court.

Dated: August 31, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Victoria F. Maroulis

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Dated: August 31, 2011

MORRISON & FOERSTER LLP

By:   /s/ Jason Bartlett

Attorneys for Plaintiff APPLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   September 1, 2011

Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

-2-   Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER GRANTING EXPEDITED BRIEFING ON SAMSUNG'S MOTION TO COMPEL**

**GENERAL ORDER ATTESTATION**

In compliance with General Order 45(X)(B), I hereby attest that Jason Bartlett has concurred in this filing.

                                                                 */s/ Victoria F. Maroulis*