HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: C-11-01846 (LHK)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR DISQUALIFICATION AS MOOT**<br><br>Date:     August 24, 2011<br>Time:    2:00 p.m.<br>Place:    Courtroom 8, 4th Floor<br><br>Honorable Lucy H. Koh |

1  The motion by defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") to disqualify the Bridges & Mavrakakis LLP law firm from representing plaintiff Apple Inc. ("Apple") in the above-captioned action (Docket No. 101) came on regularly for hearing before the Honorable Lucy H. Koh on August 24, 2011, in Courtroom 8 of the San Jose Division of the above-captioned Court.  All parties appeared and were represented at the hearing by and through their respective counsel of record.

Having considered all of the papers filed by the parties in favor of and in opposition to the Motion to Disqualify, the arguments of counsel appearing at the hearing on this matter, and all other matters deemed to be appropriate by the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion by Samsung to disqualify Bridges & Mavrakakis LLP ("Bridges") as plaintiff's counsel in this action is DENIED as moot.

Because Bridges has withdrawn from representing Apple in the above-captioned case (Docket No. 188), and because Samsung has received all relief sought in its motion, Samsung's motion to disqualify is moot.

IT IS FURTHER ORDERED that:

1.  Bridges shall not disclose or use any confidential information it may possess based on its prior representation of Samsung.

2.  Bridges shall not represent Apple as counsel in connection with the above captioned action.

DATED: _____        _____
                                    HONORABLE LUCY H. KOH
                                    UNITED STATES DISTRICT COURT JUDGE