1  HAROLD J. MCELHINNY (SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  STEPHEN E. TAYLOR (SBN 58452)
   staylor@tcolaw.com
8  STEPHEN MCG. BUNDY (SBN 253017)
   sbundy@tcolaw.com
9  JOSHUA R. BENSON (SBN 269111)
   jbenson@tcolaw.com
10 TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
11 San Francisco, California  94111
   Telephone:  (415) 788-8200
12 Facsimile:   (415) 788-8208

13

14 Attorneys for Plaintiff
   APPLE INC.

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN JOSE DIVISION

18

19 APPLE INC.,

20          Plaintiff,

21 v.

22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

25          Defendants.

Case No.: C-11-01846 (LHK)

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR
DISQUALIFICATION AS MOOT**

Date:     August 24, 2011
Time:     2:00 p.m.
Place:    Courtroom 8, 4th Floor

Honorable Lucy H. Koh

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

1   The motion by defendants Samsung Electronics Co. Ltd., Samsung Electronics America,

2 Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") to disqualify the

3 Bridges & Mavrakakis LLP law firm from representing plaintiff Apple Inc. ("Apple") in the

4 above-captioned action (Docket No. 101) came on regularly for hearing before the Honorable

5 Lucy H. Koh on August 24, 2011, in Courtroom 8 of the San Jose Division of the above-captioned

6 Court.  All parties appeared and were represented at the hearing by and through their respective

7 counsel of record.

8   Having considered all of the papers filed by the parties in favor of and in opposition to the

9 Motion to Disqualify, the arguments of counsel appearing at the hearing on this matter, and all

10 other matters deemed to be appropriate by the Court, and good cause appearing therefor,

11   IT IS HEREBY ORDERED that the motion by Samsung to disqualify Bridges &

12 Mavrakakis LLP ("Bridges") as plaintiff's counsel in this action is DENIED as moot.

13   Because Bridges has withdrawn from representing Apple in the above-captioned case

14 (Docket No. 188), and because Samsung has received all relief sought in its motion, Samsung's

15 motion to disqualify is moot.

16   IT IS FURTHER ORDERED that:

17    1.  Bridges shall not disclose or use any confidential information it may possess based

18 on its prior representation of Samsung.

19    2.  Bridges shall not represent Apple as counsel in connection with the above

20 captioned action.

22 DATED: _____   _____

23              HONORABLE LUCY H. KOH
                UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.