1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15

                     UNITED STATES DISTRICT COURT
16
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: Tuesday, October 11, 2011 Time: 10:00 a.m. Place: Courtroom 5, 4th Floor Judge: Hon. Paul S. Grewal |
| Defendants. | |

26

27

28

1    I, Sara Jenkins, declare:

2        1.       I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3    counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the

5    facts set forth in this declaration and, if called upon as a witness, I could and would testify to such

6    facts under oath.

7        2.       Attached as Exhibit A is a true and correct copy of Samsung's Requests for

8    Production of Documents and Things Relating to Apple Inc.'s Motion for a Preliminary Injunction.

9        3.       Attached as Exhibit B is a true and correct copy of Samsung's Interrogatories

10   Relating to Apple Inc.'s Motion for a Preliminary Injunction.

11       4.       Attached as Exhibit C is a true and correct copy of Apple's Objections and

12   Responses to Samsung's Requests for Production.

13       5.       Attached as Exhibit D is a true and correct copy of Apple's Objections and

14   Responses to Samsung's Interrogatories.

15       6.       ████████████████████████████████

16   ████████████████████████████████████████

17   ████████████████████████████████████████

18   ████████████████

19       7.       ████████████████████████████████

20   ████████████████████████████████████████

21   ████████████████

22       8.       Attached as Exhibit E is a true and correct copy of a July 28, 2011 letter from

23   Victoria Maroulis of Quinn Emanuel to Michael Jacobs of Morrison & Foerster.

24       9.       Attached as Exhibit F is a true and correct copy of excerpts of the deposition of

25   Christopher Stringer dated August 3, 2011.

26       10.      Attached as Exhibit G is a true and correct copy of an August 4, 2011 letter from

27   Michael Zeller of Quinn Emanuel to Michael Jacobs of Morrison & Foerster.

28

11.     Attached as Exhibit H is a true and correct copy of an August 5, 2011 letter from Jason Bartlett of Morrison & Foerster to Victoria Maroulis of Quinn Emanuel.

12.     Attached as Exhibit I is a true and correct copy of an August 11, 2011 letter from Michael Jacobs of Morrison & Foerster to Michael Zeller of Quinn Emanuel.

13.     Attached as Exhibit J is a true and correct copy of an August 15, 2011 letter from Sara Jenkins of Quinn Emanuel to Michael Jacobs of Morrison & Foerster.

14.     ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████

15.     Attached as Exhibit K is a true and correct copy of an August 18, 2011 letter from Melissa Chan of Quinn Emanuel to Jason Bartlett of Morrison & Foerster.

16.     Attached as Exhibit L is a true and correct copy of an August 19, 2011 letter from Jason Bartlett of Morrison & Foerster to Melissa Chan of Quinn Emanuel.

17.     ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

18.     ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

**JENKINS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL**

1 ██████████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████

4      19.     Attached as Exhibit M is a true and correct copy of Samsung's Notice of Rule

5 30(b)(6) Deposition of Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction.

6      20.     ████████████████████████████████

7 ████████████████████████████████████████

8 ██████████████████████████████████

9      21.     Attached as Exhibit O is a true and correct copy of a July 29, 2011 letter from Todd

10 Briggs of Quinn Emanuel to Jason Bartlett of Morrison & Foerster.

11      22.     Attached as Exhibit P is a true and correct copy of an August 1, 2011 letter from

12 Jason Bartlett of Morrison & Foerster to Todd Briggs of Quinn Emanuel.

13      23.     Apple has publicly released numerous CAD drawings on its website so that

14 manufacturers can create compatible cases for its released iPad, iPod, and iPhone products.  *See*

15 Apple, Designing cases for iPod, iPhone, and iPad, http://developer.apple.com/resources/cases/

16 (last visited Aug. 31, 2011).   Attached as Exhibit Q is a true and correct copy of one such

17 rendering, which depicts various views and dimensions of an iPhone 4 (available at

18 https://devimages.apple.com.edgekey.net/resources/cases/dimensions/iPhone-4-CDMA-

19 model.pdf) (last visited Aug. 31, 2011).

20

21

22      I declare under penalty of perjury that the foregoing is true and correct.   Executed in

23 Redwood Shores, California on August 31, 2011.

24

25

26                              By */s/ Sara Jenkins*

27

28

**JENKINS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL**

1

**General Order Attestation**

2      I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

3 **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S MOTION**

4 **TO COMPEL**

5 In compliance with General Order 45, X.B., I hereby attest that Sara Jenkins has concurred in this

6 filing.

7                                                                      /s/ Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28