# EXHIBIT K

# FILED UNDER SEAL

02198.51855/4324348.1