# EXHIBIT Q

02198.51855/4324361.1

