1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO SAMSUNG'S REQUEST FOR PRODUCTION NO. 1 AND FURTHER RESPONSES TO INTERROGATORIES NOS. 1, 3, AND 6** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    The Court, having considered the briefs and arguments presented to this Court on

2  Samsung's Motion to Compel, and good cause having been shown, HEREBY ORDERS that:

3    Samsung's Motion to Compel is GRANTED in its entirety.

6    IT IS SO ORDERED.

8  DATED: _____, 2011

_____
Hon. Paul S. Grewal
United States District Court Magistrate Judge