1  HAROLD J. MCELHINNY (CA SBN 66781)  
   hmcelhinny@mofo.com  
2  MICHAEL A. JACOBS (CA SBN 111664)  
   mjacobs@mofo.com  
3  RICHARD S.J. HUNG (CA SBN 197425)  
   rhung@mofo.com  
4  MORRISON & FOERSTER LLP  
   425 Market Street  
5  San Francisco, California  94105-2482  
   Telephone:  (415) 268-7000  
6  Facsimile:  (415) 268-7522  

   MARK D. SELWYN (SBN 244180)  
   mark.selwyn@wilmerhale.com  
   WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
   950 Page Mill Road  
   Palo Alto, California 94304  
   Telephone: (650) 858-6000  
   Facsimile: (650) 858-6100  

   WILLIAM F. LEE (*pro hac vice*)  
   william.lee@wilmerhale.com  
   WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
   60 State Street  
   Boston, MA 02109  
   Telephone: (617) 526-6000  
   Facsimile: (617) 526-5000  

   Attorneys for Plaintiff  
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO RESPOND TO SAMSUNG'S MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**<br><br>Date:      October 13, 2011<br>Time:     1:30 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

WHEREAS, defendants Samsung Electronics Co. LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Motion to Exclude");[1]

WHEREAS, Apple's current deadline to respond to Samsung's Motion to Exclude is September 6, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The time for Apple to respond to Samsung's Motion to Exclude shall be extended seven (7) days, up to and including Tuesday, September 13; and
2. In accordance with L.R. 7-3(c), Samsung shall file its reply in support of its Motion to Exclude by September 20, 2011.

Dated: September 6, 2011

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:__/s/ Jason Bartlett_____<br>　HAROLD J. MCELHINNY<br>　MICHAEL A. JACOBS<br>　JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By:__/s/ Todd Briggs_____<br>　CHARLES K. VERHOEVEN<br>　KEVIN P.B. JOHNSON<br>　VICTORIA F. MAROULIS<br>　EDWARD DEFRANCO<br>　MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

---

[1] D.N. 176 (filed under seal).

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: September 6, 2011      By:     /s/ Jason R. Bartlett
                                                    Jason R. Bartlett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2011     By: _____

Honorable Lucy H. Koh