HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**BARTLETT DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO RESPOND TO SAMSUNG'S MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**<br><br>Date:     October 13, 2011<br>Time:     1:30 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER RE: SAMSUNG'S MOTION TO EXCLUDE
CASE NO. 4:11-CV-01846-LHK
sf-3042443

1

I, Jason Bartlett, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in its suit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. This declaration is submitted in support of the proposed stipulation and order filed jointly by Apple and Samsung requesting an order from this Court extending Apple's time to respond to Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Motion to Exclude").

3. On August 23, 2011, Samsung filed its Motion to Exclude under seal.

4. Apple's opposition to Samsung's Motion to Exclude is due today, September 6, 2011.

5. The Court has scheduled a hearing on Samsung's Motion to Exclude at 1:30 p.m. on October 13, 2011.

6. The parties have met and conferred regarding the briefing schedule on Samsung's Motion to Exclude, and have agreed to extend Apple's responsive pleading deadline.

7. Pursuant to the parties' agreement:

   a. The time for Apple to respond to Samsung's Motion to Exclude would be extended seven (7) days, up to and including Tuesday, September 13; and

   b. In accordance with L.R. 7-3(c), Samsung would file its reply in support of its Motion to Exclude by September 20, 2011.

8. Previous time modifications in this case, whether by stipulation or Court order, include the following:

   a. On April 26, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on its motion to expedite discovery. (Dkt No. 26.)

   b. On May 9, 2011, Apple and Samsung stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12(a) shall be

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER RE: SAMSUNG'S MOTION TO EXCLUDE
CASE NO. 4:11-CV-01846-LHK
sf-3042443

2

1    75 days after April 21, 2011.  On May 10, 2011, the Court signed the
2    Stipulation and Order regarding an extension of time for Samsung to serve
3    responsive pleadings.[1]

    c. On June 1, 2011, the Court granted in part Samsung's request to shorten time for hearing and briefing on Samsung's Motion to Compel Reciprocal Expedited Discovery.[2]

    d. On July 18, 2011 the Court ordered a briefing schedule related to expedited discovery and Apple's motion for a preliminary injunction, setting dates from July 2011 through the October 13, 2011 hearing on Apple's Motion for Preliminary Injunction.[3]

    e. On July 20, 2011, the parties stipulated to altering the briefing schedule on Samsung's Motion to Disqualify Bridges and Mavrakakis LLP to reflect the Court's change in hearing dates, extending the time for both Apple's opposition and Samsung's reply by seven days to August 1 and August 8, respectively.[4]

    f. On August 8, the parties stipulated to extend Samsung's discovery deadline from August 8 until August 16.[5]

    g. On September 1, 2011, the Court granted the parties' stipulation to an expedited briefing schedule for Samsung's Motion to Compel Apple to Produce Documents and Things in Response to Samsung's Request for Production No. 1 and Further Responses to Interrogatories Nos. 1, 3, and 6, setting the hearing on Samsung's motion to compel for September 13, 2011, the deadline for Apple's opposition on September 9, 2011, and the deadline for Samsung's reply on September 12, 2011.[6]

---

[1] D.N. 40.
[2] D.N. 59.
[3] D.N. 115.
[4] D.N. 119; stipulation granted by D.E. 120 (July 21, 2011).
[5] D.N. 146; stipulation granted by D.E. 152 (August 10, 2011).
[6] D.N. 199.

1  9. This stipulation does not affect the scheduled hearing date of October 13, 2011.

2  10. No other deadlines or hearing dates are affected by this stipulation and [proposed] order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2011 in San Francisco, California.

                                                  /s/ Jason Bartlett
                                                JASON BARTLETT

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER RE: SAMSUNG'S MOTION TO EXCLUDE
CASE NO. 4:11-CV-01846-LHK
sf-3042443

4