| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE'S TIME TO RESPOND TO SAMSUNG'S MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**<br><br>Date:       October 13, 2011<br>Time:       1:30 p.m.<br>Place:      Courtroom 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

Case5:11-cv-01846-LHK Document210 Filed09/07/11 Page2 of 3

1  WHEREAS, defendants Samsung Electronics Co. LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Motion to Exclude");[1]

WHEREAS, Apple's current deadline to respond to Samsung's Motion to Exclude is September 6, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The time for Apple to respond to Samsung's Motion to Exclude shall be extended seven (7) days, up to and including Tuesday, September 13; and
2. In accordance with L.R. 7-3(c), Samsung shall file its reply in support of its Motion to Exclude by September 20, 2011.

Dated: September 6, 2011

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ Jason Bartlett<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By: /s/ Todd Briggs<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

---

[1] D.N. 176 (filed under seal).

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SAMSUNG'S MOTION TO EXCLUDE
CASE NO. 4:11-CV-01846-LHK
sf-3042150

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2011        By: *Lucy H. Koh*

Honorable Lucy H. Koh