| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 79-5 and 7-11, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Compel Regarding Request For Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Opposition");

2. The Declaration of Christopher J. Stringer in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Stringer Declaration");

3. The confidential, unredacted version of the Declaration of Jason Bartlett in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Bartlett Declaration");

4. Exhibits A, B, C, D, E, H, I, and J to the Bartlett Declaration; and

5. The Declaration of Patrick Zhang in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Zhang Declaration").

Apple has established good cause to permit filing this information under seal through the Declaration of Erica Tierney in Support of Apple's Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith.

The Opposition and accompanying Stringer, Bartlett and Zhang Declarations contain information relating to Apple's design trade secrets, confidential business practices and policies for preserving the secrecy and confidentiality of its product development. (Sealing Decl. at ¶ 2.) It is Apple's policy and practice not to disclose such information because it is confidential to Apple. (*Id*.) This information is indicative of the way in which Apple manages its business affairs and conducts product development, and thus can be used by Apple's competitors to its disadvantage. (*Id*.)

In conclusion, Apple requests that the Court order that the confidential, unredacted version of Apple's Opposition to Samsung's Motion to Compel Regarding Request For

Production No. 1 and Interrogatory Nos. 1, 3, and 6 and the accompanying declarations and exhibits be filed under seal.

Pursuant to General Order No. 62, the complete, unredacted versions of Apple's Opposition, Supporting Declarations, and all Exhibits to the Supporting Declarations will be lodged with the Court for in camera review and served on all parties.

Samsung does not oppose this motion.

Dated: September 9, 2011          MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs has concurred in this filing.

Dated: September 9, 2011          By:        /s/ Jason R. Bartlett
                                                    Jason R. Bartlett