| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California 94304 |
| Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

1   Plaintiff Apple Inc. ("Apple") has moved to file the certain documents related to Apple's
2   Opposition to Samsung's Motion to Compel Regarding Request For Production No. 1 and
3   Interrogatory Nos. 1, 3, and 6 under seal.  In support of the Administrative Motion, Apple has
4   filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62 to provide
5   evidence of good cause for this Court to permit filing under seal.  The declaration establishes that
6   the information contained in the below documents has been designated as HIGHLY
7   CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.  Samsung does not oppose this
8   administrative motion.

9   Accordingly, for good cause shown, the Court ORDERS that the following documents
10  shall be filed under seal:

11  1.  The confidential, unredacted version of Apple's Opposition to Samsung's Motion to
12  Compel Regarding Request For Production No. 1 and Interrogatory Nos. 1, 3, and 6
13  ("Opposition")

14  2.  The Declaration of Christopher J. Stringer in Support of Apple Inc.'s Opposition to
15  Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1,
16  3, and 6 ("Stringer Declaration").

17  3.  The confidential, unredacted version of The Declaration of Jason Bartlett in Support of
18  Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No.
19  1 and Interrogatory Nos. 1, 3, and 6 ("Bartlett Declaration").

20  4.  Exhibits A, B, C, D, E, H, I and J to the Bartlett Declaration.

21  5.  The Declaration of Patrick Zhang in Support of Apple Inc.'s Opposition to Samsung's
22  Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6
23  ("Zhang Declaration").

Case No. 11-cv-01846-LHK
sf-3042291

1  The Court further ORDERS that a redacted version of Apple's Opposition to Samsung's
2  Motion to Compel and the Bartlett Declaration shall be filed on ECF.
3  **IT IS SO ORDERED.**
4
5  Dated: _____, 2011   By: _____
6  HONORABLE PAUL GREWAL
   UNITED STATES MAGISTRATE
7  JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL    2
Case No. 11-cv-01846-LHK
sf-3042291