| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff and |
| | Counterclaim-Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 9, 2011, I served a copy of:

1. **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 1 AND INTEROGATORY NOS. 1, 3, AND 6 [SEALED VERSION AND PUBLIC REDACTED VERSION]**

2. **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 1 AND INTEROGATORY NOS. 1, 3, AND 6 AND EXHIBITS [SEALED VERSION AND PUBLIC REDACTED VERSION]**

3. **DECLARATION OF CHRISTOPHER J. STRINGER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 1 AND INTEROGATORY NOS. 1, 3, AND 6 [SEALED VERSION]**

4. **DECLARATION OF PATRICK ZHANG IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 1 AND INTEROGATORY NOS. 1, 3, AND 6 [SEALED VERSION]**

☐ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK

2

| | |
|---|---|
| 1 | Charles Kramer Verhoeven |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| 2 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 3 | Tel: 415-875-6600 |
| | Email: charlesverhoeven@quinnemanuel.com |
| 4 | |
| | Edward J. DeFranco |
| 5 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 335 Madison Avenue , 22nd Floor |
| 6 | New York, NY 10017 |
| | Tel: 212-849-7000 |
| 7 | Fax: 212-849-7100 |
| | Email: eddefranco@quinnemanuel.com |
| 8 | |
| | Kevin P.B. Johnson |
| 9 | Quinn Emanuel Urquhart & Sullivan LLP |
| | 555 Twin Dolphin Drive, 5th Floor |
| 10 | Redwood Shores, CA 94065 |
| | Tel: 650-801-5000 |
| 11 | Fax: 650-801-5100 |
| | Email: kevinjohnson@quinnemanuel.com |
| 12 | |
| | Michael Thomas Zeller |
| 13 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 865 S. Figueroa Street , 10th Floor |
| 14 | Los Angeles, CA 90017 |
| | Tel: 213-443-3000 |
| 15 | Fax: 213-443-3100 |
| | Email: michaelzeller@quinnemanuel.com |
| 16 | |
| | Victoria F. Maroulis |
| 17 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 555 Twin Dolphin Drive, Fifth Floor |
| 18 | Redwood Shores, CA 94065 |
| | Tel: 650-801-5000 |
| 19 | Fax: 650-801-5100 |
| | Email: victoriamaroulis@quinnemanuel.com |
| 20 | |
| | Margret Mary Caruso |
| 21 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 555 Twin Dolphin Drive, Suite 560 |
| 22 | Redwood Shores, CA 94065 |
| | Tel: 650-801-5000 |
| 23 | Fax: 650-801-5100 |
| | Email: margretcaruso@quinnemanuel.com |
| 24 | |
| | Todd Michael Briggs |
| 25 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 555 Twin Dolphin Drive, Fifth Floor |
| 26 | Redwood Shores, CA 94065 |
| | Tel: 650-801-5000 |
| 27 | Email: toddbriggs@quinnemanuel.com |
| 28 | |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK

3

Executed in San Francisco, California, this 9th day of September, 2011.

_____
Robin L. Sexton