1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL** |
| 20         vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendants. | |

02198.51855/4344671.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE ITS REPLY BRIEF UNDER SEAL**

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Reply in Support of its Motion to Compel Apple to Produce Documents And Things In Response to Samsung's Request for Production No. 1 and Further Responses to Interrogatories Nos. 1, 3, and 6 (the "Reply").

Samsung has established good cause to permit filing this document under seal through the Arnold Declaration in support of this motion to file under seal, filed herewith. In particular, the Reply contains information relating to Apple's design trade practices and policies. (Arnold Decl. ¶ 2.) Apple has represented to Samsung that such information is highly confidential to Apple. (*Id.*) The Reply also contains references to attorney communications and interrogatory responses that Apple has designated as highly confidential. (Arnold Decl. ¶ 3-4.)

Samsung expects that, pursuant to Local Rule 79-5(d), Apple will file within seven days an appropriate declaration with the Court establishing that the documents and information it has designated as highly confidential are sealable.

Pursuant to General Order No. 62, the complete, unredacted versions of Samsung's Reply will be lodged with the Court for in camera review and served on all parties.

Apple does not oppose this motion. (Arnold Decl. ¶ 5.)

1

2   DATED: September 12, 2011        QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
3

4

5                                    By    /s/ Victoria F. Maroulis
                                         Charles K. Verhoeven
6                                        Kevin P.B. Johnson
                                         Victoria F. Maroulis
7                                        Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
8                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
9                                        TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28