1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") have filed Samsung's Stipulated Administrative Motion to File Under Seal Its Reply Brief In Support of Its Motion to Compel ("Motion to Seal").

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the information contained in the below document has been designated

as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.   Apple does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following document shall be filed under seal:

1. The confidential, unredacted version of Samsung's Reply In Support of Its Motion to Compel Apple to Produce Documents And Things In Response to Samsung's Request for Production No. 1 and Further Responses to Interrogatories Nos. 1, 3, and 6 (the "Reply").

The Court further ORDERS that a redacted version of Samsung's Reply shall be filed on ECF.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
The Honorable Paul S. Grewal
United States District Court Magistrate Judge