1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19              Plaintiff, | |
| 20         vs. | **CERTIFICATE OF SERVICE** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24              Defendants. | |
| 25 | |

26

27

28

02198.51855/4327732.2

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On September 12, 2011, I served a true copy of the document described as **SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL** on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, suite 355<br>San Francisco, CA 94111 |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| ALLISON M. TUCHER<br>atucher@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304 |
| MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105 | |

**BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from brettarnold@quinnemanuel.com, transmitting a PDF format copy of the document to each such person at the email address listed above.   The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

1  I declare that I am a member of the bar of this Court.

2  Executed on September 12, 2011, at Redwood Shores, California.

3

4                                                    /s/     Brett J. Arnold

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/4346105.1

-3-                                Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**  In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

<u>/s/ Victoria Maroulis</u>