1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  950 Page Mill Road
   Attorneys for Plaintiff and                       Palo Alto, California 94304
9  Counterclaim-Defendant APPLE INC.                 Telephone: (650) 858-6000
                                                     Facsimile: (650) 858-6100

10

11                              UNITED STATES DISTRICT COURT

12                             NORTHERN DISTRICT OF CALIFORNIA

13                                      SAN JOSE DIVISION

14

15  APPLE INC., a California corporation,            Case No.     11-cv-01846-LHK

16                 Plaintiff,                        **ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AS MODIFIED BY THE COURT**

17         v.

18  SAMSUNG ELECTRONICS CO., LTD., A
    Korean business entity; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
20  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company.,
21
                   Defendants.
22

23

24

25

26

27

28

Plaintiff Apple Inc. ("Apple") has moved to file the certain documents related to Apple's Opposition to Samsung's Motion to Compel Regarding Request For Production No. 1 and Interrogatory Nos. 1, 3, and 6 under seal.  In support of the Administrative Motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that the information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.  Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Compel Regarding Request For Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Opposition")

2. The Declaration of Christopher J. Stringer in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Stringer Declaration").

3. The confidential, unredacted version of The Declaration of Jason Bartlett in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Bartlett Declaration").

4. Exhibits A, B, C, D, E, H, I and J to the Bartlett Declaration.

5. The Declaration of Patrick Zhang in Support of Apple Inc.'s Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3, and 6 ("Zhang Declaration").

The Court further ORDERS that a redacted version of Apple's Opposition to Samsung's Motion to Compel and the Bartlett, Stringer, and Zhang Declarations shall be filed on ECF.

**IT IS SO ORDERED.**

Dated: September 12, 2011    By: _____
                                             HONORABLE PAUL GREWAL
                                             UNITED STATES MAGISTRATE JUDGE