Exhibit C

## Bartlett, Jason R.

| | |
|---|---|
| **From:** | Victoria Maroulis [victoriamaroulis@quinnemanuel.com] |
| **Sent:** | Thursday, July 21, 2011 10:12 AM |
| **To:** | Bartlett, Jason R.; Todd Briggs; Sara Jenkins; Erik Olson |
| **Cc:** | Ahn, Deok Keun Matthew; Hung, Richard S. J.; Jacobs, Michael A.; McElhinny, Harold J.; Monach, Andrew E.; Taylor, Jennifer Lee (SF) |
| **Subject:** | RE: Apple v. Samsung: designation of 30(b)(6) topics for Lutton and Twiggs |

Thanks, Jason. On other deposition logistics:

1. We are making arrangements to start the Twiggs deposition at 10 am on Wednesday per witness's request; the deposition will take place in our Silicon Valley office and the notice will be sent later today;
2. We are making arrangements to start the Lutton deposition at 9 am on Tuesday; we understand that you are trying to reach the witness to confirm the start time so please let us know as soon as you hear from him if that time needs to be adjusted. Because Mr. Lutton is covering a number of topics, we are technically entitled to depose him for 7 hours in personal capacity and 7 hours as a 30(b)(6) deponent. We do not anticipate needing this much time but would appreciate it if you provided Mr. Lutton heads up that his deposition may go for longer than the usual 7 hours and may need to be resumed the next day.
3. Per our agreement, we understand that you will be producing documents relevant to those two witnesses no later than Saturday and Sunday respectively. To the extent possible, we will appreciate a production on Friday. If that is not possible, please designate a member of your team with whom someone on our team can communicate directly about weekend deliveries.

---

**From:** Bartlett, Jason R. [mailto:JasonBartlett@mofo.com]
**Sent:** Wednesday, July 20, 2011 10:50 PM
**To:** Victoria Maroulis; Todd Briggs; Sara Jenkins
**Cc:** Ahn, Deok Keun Matthew; Hung, Richard S. J.; Jacobs, Michael A.; McElhinny, Harold J.; Monach, Andrew E.; Taylor, Jennifer Lee (SF)
**Subject:** RE: Apple v. Samsung: designation of 30(b)(6) topics for Lutton and Twiggs

Dear Vicki,

Here is our current plan with respect to Lutton and Twiggs:

- Lutton will cover 5, 7-10, and aspects of 11 to the extent covered in his declaration, as well as market share loss.
- Twiggs will cover the aspects of 11 that are addressed in her declaration.

Jason

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Wednesday, July 20, 2011 11:47 AM
**To:** Bartlett, Jason R.; Todd Briggs; Sara Jenkins
**Cc:** Ahn, Deok Keun Matthew; Hung, Richard S. J.
**Subject:** Apple v. Samsung: designation of 30(b)(6) topics for Lutton and Twiggs

Dear Jason,

We understand that Apple plans to distribute some of its 30(b)(6) topics among the current deponents.

Please let us know today whether Mr. Lutton and Ms. Twiggs will be given any of the 30(b)(6) topics so that we can prepare accordingly.

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------