# Exhibit D

Confidential - Outside Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                    Plaintiff,
 7
     vs.                            CASE NO. 11-CV-01846-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                    Defendants.
13   _____/
14
15            C O N F I D E N T I A L
16        A T T O R N E Y S'  E Y E S  O N L Y
17           O U T S I D E   C O U N S E L
18
19     VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.
20             REDWOOD SHORES, CALIFORNIA
21               TUESDAY, JULY 26, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 40668
```

Confidential - Outside Attorneys' Eyes Only

Page 4

1              REDWOOD SHORES, CALIFORNIA
2                TUESDAY, JULY 26, 2011
3                       9:11 a.m.
4
5
6
7         THE VIDEOGRAPHER:  Good morning.
8         This is the start of tape labeled No. 1, in
9  the videotaped deposition of Richard Lutton, in the
10 matter of Apple, Inc., versus Samsung Electronics
11 Company Limited, et al., in the United States District
12 Court for the Northern -- Northern District of
13 California, San Jose Division.
14        Case No. 11-CV-01846-LHK.
15        This deposition is being held at
16 555 Twin Dolphin Drive, in Redwood Shores, California,
17 on July 26th, 2011, at approximately 9:11 a.m.
18        My name is Pete Sais, from TSG Reporting,
19 Inc., and I'm the legal video specialist.  The court
20 reporter is Andrea Ignacio in association with TSG
21 Reporting.
22        Will counsel please introduce yourself, and
23 the court reporter can swear in the witness.
24        MR. JOHNSON:  I'm Kevin Johnson, from Quinn
25 Emanuel, on behalf of Samsung.

Confidential - Outside Attorneys' Eyes Only

Page 338

1  Q   -- is that right?
2  A   -- practicing as a lawyer since 1993. I've
3  been --
4  Q   You were a clerk for a little bit; right?
5  A   I was a clerk for a little while, but I was
6  a -- the patent lawyer part, I was just gonna say I
7  was admitted to the PTS some time after that.
8  Maybe '96.
9       MR. JOHNSON: Okay. All right. Thank you.
10      No ques- -- no further questions, and I just
11 want to put on the record, from our standpoint, the
12 deposition remains open.
13      There are, obviously, several documents that
14 we thought should have been produced before today, and
15 so we reserve our rights with respect to continuing
16 the deposition.
17      MR. MONACH: Okay. You reserve your rights,
18 and our position is you're done.
19      THE VIDEOGRAPHER: This marks the end of
20 Volume I, Disk 5, in the deposition of Richard Lutton.
21      The time is 8:05 p.m., and we are off the
22 record.
23      (WHEREUPON, the deposition ended at
24      8:05 p.m.)
25                   ---oOo---