Exhibit E

CONFIDENTIAL - OUTSIDE COUNSEL ATTORNEYS' EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6

7           Plaintiff,

8    vs.                          Case No. 11-CV-01846-LHK

9    SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;

10   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;

11   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware

12   limited liability company,

13          Defendants.
     --------------------------------/

14

15

16                CONFIDENTIAL

17            ATTORNEYS' EYES ONLY

18             OUTSIDE COUNSEL

19   VIDEOTAPED DEPOSITION OF SISSIE TWIGGS
              Redwood Shores, California

20            Wednesday, July 27, 2011

21

22

23

24          Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR

25            JOB NO. 40670

CONFIDENTIAL - OUTSIDE COUNSEL ATTORNEYS' EYES ONLY

Page 4

1          (Marked for identification purposes,

2          Exhibits 26 - 27.)

3          THE VIDEOGRAPHER:  Good morning.  This is the

4    start of Disk 1, Volume I, of the videotaped deposition

5    of Sissie Twiggs in the matter Apple Incorporated,

6    versus Samsung Electronics Company Limited, et al., in

7    the U.S. District Court, Northern District of

8    California, San Jose Division.  Number 11-CV-01846-LHK.

9          The deposition is being held at 555 Twin

10   Dolphin Drive, Redwood City, California, on July 27th,

11   2011, at approximately 10:12 a.m.

12          My name is Sean McGrath from TSG Reporting,

13   Incorporated, and I am the legal video specialist.  The

14   court reporter is Lorrie Marchant in association with

15   TSG Reporting.

16          Will counsel please introduce yourselves.

17          MS. MAROULIS:  Victoria Maroulis with Quinn

18   Emanuel, counsel for Samsung.  With me are Erik Olson

19   and Alex Binder.

20          MS. TAYLOR:  Jennifer Taylor from Morrison &

21   Foerster for plaintiff, Apple Incorporated.

22          MS. KRIPKE:  Julia Kripke from Morrison &

23   Foerster for plaintiff, Apple Incorporated.

24          MS. TIERNEY:  Erica Tierney from Apple.

25          THE VIDEOGRAPHER:  Will the court reporter

CONFIDENTIAL - OUTSIDE COUNSEL ATTORNEYS' EYES ONLY

Page 214

1    Sissie Twiggs.  The time is 5:02 p.m., and we are off
2    the record.
3           (Time noted:  5:02 p.m.)
4                  ---oOo---
5

6

7                   _____
                        SISSIE TWIGGS
8

9    Subscribed and sworn to
     before me this    day
10   of         2011.
11

     _____
12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE COUNSEL ATTORNEYS' EYES ONLY

Page 215

1                          CERTIFICATE

2

          STATE OF CALIFORNIA )
3                              :  ss
          COUNTY OF SONOMA     )

4

5      I, Lorrie L. Marchant, a Certified Shorthand

6  Reporter, a Registered Professional Reporter, a

7  Certified Realtime Reporter, and a Certified Realtime

8  Professional within and for the State of California, do

9  hereby certify:

10     That SISSIE TWIGGS, the witness whose deposition is

11  herein set forth, was duly sworn/affirmed by me and that

12  such deposition is a true record of the testimony given

13  by such witness.

14     I further certify that I am not related to any of

15  the parties to this action by blood or marriage and that

16  I am in no way interested in the outcome of this matter.

17     In witness whereof, I have hereunto set my hand

18  this 27th day of July, 2011.

19

20

21

22     ---------------------------------------------

       LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR

23     CSR No. 10523

24

25