Exhibit F

Highly Confidential Under the Protective Order

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6           Plaintiff,
 7   vs.                                Case No. 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
             Defendants.
12   ---------------------------------/
13
14     *HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER*
15
16
17           VIDEOTAPED DEPOSITION OF BAS ORDING
                Redwood Shores, California
18                Tuesday, August 9, 2011
19
20           Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
21           JOB NO. 40970
22
23
24
25
```

Page 4

1      (Marked for identification purposes,
2      Exhibit 70.)
3      THE VIDEOGRAPHER: Good morning. This marks
4  the beginning of Disk 1 of the videotaped deposition of
5  Bas Ording in the matter Apple Incorporated versus
6  Samsung Electronics Company, et al., in the United
7  States District Court for the Northern District of
8  California, San Jose Division. Case No.
9  11-CV-01846-LHK.
10      This deposition is being held at the office of
11 Quinn Emanuel at 555 Twin Dolphin Drive in Redwood
12 Shores, California. ==The date today is August 9th, 2011,==
13 ==and the time is approximately 10:34 a.m.== My name is
14 Aric Kerhoulas from TSG Reporting. Our court reporter
15 today is Lorrie Marchant, in association with TSG
16 Reporting.
17      Will counsel and all present please identify
18 themselves for the record.
19      MR. JOHNSON: Kevin Johnson from Quinn Emanuel
20 on behalf of Samsung. With me is Henry Lien and
21 Todd Briggs.
22      MR. BRIDGES: Kenneth Bridges of Bridges &
23 Mavrakakis for Apple Inc. and the witness.
24      And ...
25      MR. AHN: Matthew Ahn of Morrison & Foerster on

1  Mr. Bridges and any other of the attorneys during the
2  break that you took before you came back in and
3  testified?
4          MR. BRIDGES:  Same objection and instruction.
5          THE WITNESS:  I can't answer that question.
6          MR. JOHNSON:  No further questions.  Thanks
7  very much.
8          THE VIDEOGRAPHER:  This marks the end of Disk 5
9  and concludes the deposition for today.  All disks will
10 be held by TSG.  We're off the record.  The time is
11 8:11 p.m.
12          (Time noted:  8:11 p.m.)
13                      ---oOo---
14
15
16                          _____
                            BAS ORDING
17
18    Subscribed and sworn to
      before me this     day
19    of           2011.
20

      _____
21
22
23
24
25