Exhibit G

Page 1

1              UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5    APPLE INC., a California         )
     corporation,                     )
6                                      )
                      Plaintiff,       )
7                                      )
          vs.                          )    No: 11-cv-01846
8                                      )        LHK
     SAMSUNG ELECTRONICS CO., LTD.,   )
9    a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
10   INC., a New York corporation,    )
     SAMSUNG TELECOMMUNICATIONS       )
11   AMERICA, LLC, a Delaware         )
     limited liability company,       )
12                                     )
                      Defendants.      )
13   _____)

14

15        DEPOSITION OF CHRISTOPHER STRINGER

16            Redwood Shores, California

17            Wednesday August 3, 2011

18

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 40906

1     about three times.  So given that it's

2     seven hours and I have a couple of

3     questions for this witness.

4          MR. ZELLER:  You're certainly not

5     asking questions before I finish.

6          MR. JACOBS:  Well, given the seven

7     hours, I think you will.

8          MR. ZELLER:  Absolutely.  The

9     seven hour rule does not apply here, and

10    that's just preposterous for you to be

11    suggesting you're entitled to a multi

12    billion dollar injunction, and that

13    you're offering seven hours on designs on

14    multiple patents.  But in any event, are

15    you cutting off my questioning now?

16         MR. JACOBS:  I am.

17         MR. ZELLER:  Well, then we are

18    adjourned, I guess, for now, so we can go

19    and seek further depositions as well as a

20    motion.

21         MR. JACOBS:  Actually, I'm going

22    to ask Mr. Stringer --

23         MR. ZELLER:  You're not entitled

24    to ask questions.  Counsel, it's

25    perfectly clear.  This deposition is not

Page 325

1    designs on it so that the witness could

2    be asked about CAD designs, and I'm

3    holding it for the video camera now.

4    Other than that, I think we are done.

5         MR. ZELLER:  And we obviously

6    reserve our rights and I think you intend

7    to leave, if I understand things

8    correctly.

9         MR. JACOBS:  Off the record.

10        THE VIDEOGRAPHER:  This marks the

11   end of Tape Number 5 of five and

12   concludes today's deposition of

13   Christopher Stringer.  The time is

14   7:04 p.m. and we are off the record.

15        (Time noted:  7:04 p.m.)

16

17

18                      _____

19                      CHRISTOPHER STRINGER

20

21   Subscribed and sworn to before me

22   This       day of                , 2011.

23   _____

24

25

1          C E R T I F I C A T E

2     STATE OF CALIFORNIA        )

3                                )

4     COUNTY OF SAN FRANCISCO )

5          I, LINDA VACCAREZZA, a Certified

6     Shorthand Reporter for the State of

7     California, do hereby certify:

8          That CHRISTOPHER STRINGER, the

9     witness whose deposition is hereinbefore

10    set forth, was duly sworn by me and that

11    such deposition is a true record of the

12    testimony given by such witness.

13         I further certify that I am not

14    related to any of the parties to this

15    action by blood or marriage; and that I

16    am in no way interested in the outcome of

17    this matter.

18         IN WITNESS WHEREOF, I have hereunto

19    set my hand this 3rd day of

20    August, 2011.

21

22    _____

23     LINDA VACCAREZZA, CSR. NO. 10201

24

25