| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Attorneys for Plaintiff<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL REGARDING REQUEST FOR PRODUCTION NO. 1 AND INTEROGATORY NOS. 1, 3, AND 6**<br><br>Date:    September 13, 2011<br>Time:    10:00.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul Singh Grewal |

PUBLIC REDACTED VERSION
EXHIBITS A, B, C, D, E, H, I and J FILED UNDER SEAL

I, JASON R. BARTLETT, declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Opposition to Samsung's Motion to Compel Regarding Request for Production No. 1 and Interrogatory Nos. 1, 3 and 6. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. Apple has provided over 35,000 pages of discovery, detailed responses to Samsung's interrogatories, and has offered over 10 witnesses on topics relevant to the preliminary injunction motion.

3.

Instead, counsel for Apple and Samsung met and conferred several times, during which Apple explained that it would provide only "narrowly tailored" discovery in connection with the Preliminary Injunction motion

4.

5.

6.

7.

1
2
3
4        .
5         8.
6
7
8
9         9.
10
11
12
13
14        10.
15
16
17
18        11.     The parties are currently negotiating a protective order to protect each companies'
19   confidential and trade secret information.
20
21
22        12.
23
24        13.     Attached as Exhibit A is a true and correct copy of my August 1, 2011 letter to
25   Todd Brigs, counsel for Samsung.
26        14.     Attached as Exhibit B is a true and correct copy of a July 29, 2011 letter from
27   Todd Briggs to myself.
28

1   15.   Attached as Exhibit C is a true and correct copy of my August 31, 2011 e-mail to
2   Sara Jenkins, counsel for Samsung.
3   16.   Attached as Exhibit D is a true and correct copy of an August 11, 2011 letter from
4   Michael A. Jacobs, counsel for Apple, to Michael Zeller, counsel for Samsung.
5   17.   Attached as Exhibit E is a true and correct copy of an August 4, 2011 letter from
6   Michael Zeller to Michael Jacobs.
7   18.   Attached as Exhibit F is a true and correct copy of an article entitled "Behind
8   Samsung's Tablet Redesign: We Won't Be Outdone By Apple," authored by Elizabeth Woyke for
9   Forbes.com, dated March 22, 2011, available at
10  http://www.forbes.com/sites/elizabethwoyke/2011/03/22/behind-samsungs-tablet-redesign-we-
11  wont-be-outdone-by-apple/.
12  19.   Attached as Exhibit G is a true and correct copy of an article entitled "The
13  Mysterious Case of the 'iPad 2′ Cases," authored by Owen Fletcher for the Wall Street Journal
14  dated December 31, 2010, available at http://blogs.wsj.com/chinarealtime/2010/12/31/the-
15  mysterious-case-of-the-ipad-2-cases/.
16  20.   Attached as Exhibit H is a true and correct copy of a July 27, 2011 e-mail from
17  Deok Keun Matthew Ahn, counsel for Apple, to Sara Jenkins, et al.
18  21.   Attached as Exhibit I is a true and correct copy of a July 28, 2011 e-mail from
19  Todd Briggs to Deok Keun Matthew Ahn.
20  22.   Attached as Exhibit J is a true and correct copy of excerpts from the July 26, 2011
21  deposition transcript of Richard J. Lutton.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed this 9th day of September, 2011, at San Francisco, California.

Dated: September 9, 2011         MORRISON & FOERSTER LLP

                                 By:   /s/ Jason R. Bartlett
                                       Jason R. Bartlett

                                 Attorneys for Plaintiff
                                 APPLE INC.