Exhibit G

Should you be worried about Europe's banks? If you have a $500,000 portfolio, download the latest report by Forbes columnist Ken Fisher's firm. It tells you where we think the stock market is headed and why. This must-read report includes our latest stock market forecast, plus research and analysis you can use in your portfolio right now. Click Here to Download Your Report! FISHER INVESTMENTS™

THE WALL STREET JOURNAL.
WSJ.com

DECEMBER 31, 2010, 7:17 PM HKT

## The Mysterious Case of the 'iPad 2′ Cases

Protective cases purportedly made for a new version of the iPad, posted for sale on Chinese e-commerce site Alibaba.com, have fueled some of the latest speculation about the rumored sequel to Apple's red-hot tablet computer. In fact, they drew enough attention that someone with pull appears to have objected to the listings.



Screenshot of a listing on Alibaba.com offering protective cases purportedly for an Apple iPad 2.

Apple has yet to publicly disclose any plans for an iPad 2. But gadget bloggers in the last week seized on pictures from Alibaba.com, a trading platform for smaller businesses in and outside China, as evidence of the new features that a second-generation iPad might have. In particular, they said the cases proved that the iPad 2 will include a camera on its back surface, since circular holes were depicted on the backs of the mostly silicon cases in the Alibaba listings. The cases were priced at a few dollars or lower and available in colors including bright pink and green.

But someone—it's unclear who—doesn't seem to appreciate all the attention: Alibaba.com was asked to remove the listings. "We do not know whether these products are what they say they are, but we have received a legitimate takedown request and are removing the listings," Alibaba Group spokesman John Spelich said Wednesday.

Mr. Spelich declined to comment on the source of the request, and Apple did not reply to a request for comment.

Several listings for iPad 2 cases had been removed by Friday, but at least two were still accessible as of Friday afternoon in Beijing. Mr. Spelich said the company is in the process of removing all the listings.

It's unclear what the specific objection was to the listings on Alibaba, and who the overzealous merchants that posted them are. The companies listed southern China phone numbers in their Alibaba.com profiles, suggesting they're based there. A man who answered the phone at one of the companies, called Fullchance Industrial Co., claimed that it works with Hon Hai Precision Industry and said Fullchance possesses firsthand material regarding the features of a new iPad, making the design of their case "extremely accurate."

The man declined to give his name or to elaborate, saying the matter was "very serious."

Hon Hai, which assembles Apple's iPhone and iPad, among other gadgets, is the world's largest electronics contract manufacturer by revenue. The Taiwan-based company, whose main factories are in southern China, is known for carefully guarding its customers' trade secrets.

A spokesman for Hon Hai said he saw no connection between Hon Hai and the listings on Alibaba.com. A second Hon Hai spokesman called remarks such as those made by the man from Fullchance "hostile."

Asked how they knew the design details of the iPad 2, other merchants selling the cases on Alibaba declined to comment, or simply hung up immediately.

*–Owen Fletcher*

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com