| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO CLOSE THE COURTROOM** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO CLOSE COURTROOM
CASE NO. 11-CV-01846-LHK
sf-3044420

Before the Court is Apple's Unopposed Administrative Motion to Close the Courtroom during the September 13, 2011, hearing on Samsung's Motion to Compel Regarding Request For Production No. 1 and Interrogatory Nos. 1, 3, and 6. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby grants the Administrative Motion to the Close the Courtroom.

**IT IS SO ORDERED.**

Dated: _____, 2011     By: _____
          HONORABLE PAUL GREWAL
          UNITED STATES MAGISTRATE
          JUDGE