| | |
|---|---|
| 1  HAROLD J. MCELHINNY (SBN 66781) | MARK D. SELWYN (SBN 244180) |
|    hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| 2  MICHAEL A. JACOBS (SBN 111664) | WILMER CUTLER PICKERING |
|    mjacobs@mofo.com | HALE AND DORR LLP |
| 3  RICHARD S.J. HUNG (SBN 197425) | 950 Page Mill Road |
|    rhung@mofo.com | Palo Alto, California 94304 |
| 4  MORRISON & FOERSTER LLP | Telephone: (650) 858-6000 |
|    425 Market Street | Facsimile: (650) 858-6100 |
| 5  San Francisco, California 94105-2482 | |
|    Telephone: (415) 268-7000 | WILLIAM F. LEE (*pro hac vice* anticipated) |
| 6  Facsimile: (415) 268-7522 | william.lee@wilmerhale.com |
|    | WILMER CUTLER PICKERING |
| 7  KENNETH H. BRIDGES (SBN 243541) | HALE AND DORR LLP |
|    kbridges@bridgesmav.com | 60 State Street |
| 8  MICHAEL T. PIEJA (SBN 250351) | Boston, MA 02109 |
|    mpieja@bridgesmav.com | Telephone: (617) 526-6000 |
| 9  BRIDGES & MAVRAKAKIS LLP | Facsimile: (617) 526-5000 |
|    3000 El Camino Real | |
| 10 One Palo Alto Square, 2nd Floor | STEPHEN E. TAYLOR (SBN 58452) |
|    Palo Alto, CA 94306 | staylor@tcolaw.com |
| 11 Telephone: (650) 804-7800 | STEPHEN MCG. BUNDY (SBN 253017) |
|    Facsimile: (650) 852-9224 | sbundy@tcolaw.com |
|    | JOSHUA R. BENSON (SBN 269111) |
|    | jbenson@tcolaw.com |
|    | TAYLOR & COMPANY LAW OFFICES, LLP |
|    | One Ferry Building, Suite 355 |
|    | San Francisco, California 94111 |
|    | Telephone: (415) 788-8200 |
| 15 Attorneys for Plaintiff | Facsimile: (415) 788-8208 |
|    APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C-11-01846 (LHK) |
|          Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 24, 2011 |
| | Time: 2:00 p.m. |
| | Place: Courtroom 8, 4th Floor |
|          Defendants. | Honorable Lucy H. Koh |

TAYLOR & CO.
LAW OFFICES, LLP

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)

1  This cause, having come before the Court upon Apple Inc.'s Motion to Seal Portions of the Declarations of Kenneth H. Bridges, Michael T. Pieja and Thomas C. Mavrakakis filed in support of Plaintiff's Opposition to Defendants' Motion to Disqualify Bridges & Mavrakakis LLP filed concurrently therewith, and the Court being otherwise duly advised, hereby GRANTS such Motion to Seal.

IT IS SO ORDERED.

DATED: September 12, 2011

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS, LLP: CASE NO. C-11-01846 (LHK)