1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Edward DeFranco (Cal. Bar No.165596)
10 eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 Facsimile: (212) 849-7100

13 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
14 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
15 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
16
   Attorneys for Samsung Electronics America, Inc.
17 and Samsung Telecommunications America LLC

18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: August 24, 2011<br>Time: 2:00 pm<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

                                            Case No. 11-cv-01846-LHK
   [~~PROPOSED~~] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS
                                                        UNDER SEAL

1   Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications
2   America, LLC ("STA") (collectively "Samsung") have filed Samsung's Administrative Motion to
3   File Documents Under Seal ("Administrative Motion").  The Administrative Motion requests that
4   portions of the Declaration of Eunha Kim In Support of Samsung's Reply In Support of its Motion
5   to Disqualify Bridges & Mavrakakis LLP. (the "Kim Reply Declaration"), Exhibit F attached to
6   the Declaration of Austin Tarango In Support of Samsung's Reply In Support of its Motion to
7   Disqualify Bridges & Mavrakakis, LLP ("Tarango Reply Declaration") and the corresponding
8   discussion of this confidential information in Samsung's Reply In Support of Its Motion to
9   Disqualify Bridges & Mavrakakis LLP ("Reply").

10   Samsung has filed the declarations required under Civil L.R. Rule 79-5 and General Order
11   No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The
12   declaration establish that the information contained in the below documents is confidential and
13   therefore sealable.

14   Accordingly, for good cause shown, the Court ORDERS that the following documents
15   shall be filed under seal:

16   • Paragraphs 5-6 of the Kim Reply Declaration;

17   • Exhibit F of the Tarango Reply Declaration; and

18   • The corresponding discussions of this confidential information in Samsung's Reply.

**IT IS SO ORDERED.**

DATED:  September 12, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**