# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: September 13, 2011                    Time in Court: [10:03 to 11:17 (14)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Toft

**TITLE: Apple, Inc v. Samsung Electronics, Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK (PSG)**
Plaintiff Attorney(s) present: Richard Hung and Michael Jacobs
Defendant Attorney(s) present: Victoria Maroulis, Sara Jenkins and Brett Arnold

### PROCEEDINGS
**Defendant's Motion to Compel (Doc. 205)**

The Court orally grants Plaintiff's request to clear the courtroom; the courtroom is cleared.

Parties present oral arguments.

The Court takes matter under submission; written order after hearing to be issued.

///