HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 79-5 and 7-11, and General Order No. 62, Apple Inc.
2 ("Apple") moves this Court for an order to seal:
3    1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to
4 Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Opposition"); and
5    2. Exhibits B and C to the Declaration of Patrick J. Zhang in support of Apple's
6 Opposition ("Zhang Declaration").
7    Apple has established good cause to permit filing this information under seal through the
8 Declaration of Erica Tierney in Support of Apple's Administrative Motion to File Documents
9 Under Seal (the "Sealing Declaration"), filed herewith.
10    The Opposition and above-identified exhibits to the Zhang Declarations contain
11 information relating to Apple's industrial design process and competitive market research.
12 (Sealing Decl. at ¶ 2.)  It is Apple's policy and practice not to disclose such information because
13 it is confidential to Apple. (*Id*.)  This information reveals the way in which Apple conducts
14 product development and research into the competitive landscape surrounding its products, and
15 thus can be used by Apple's competitors to its disadvantage. (*Id*.)
16    In conclusion, Apple requests that the Court order that the confidential, unredacted
17 version of Apple's Opposition to Samsung's Motion to Exclude Ordinary Observer Opinions of
18 Apple Expert Cooper Woodring and Exhibits B and C of the supporting Zhang Declaration be
19 filed under seal.
20    Pursuant to General Order No. 62, the complete, unredacted versions of Apple's
21 Opposition and the Zhang Declaration with unredacted Exhibits will be lodged with the Court for
22 in camera review and served on all parties.
23    Samsung does not oppose this motion.

24  Dated:  September 13, 2011                MORRISON & FOERSTER LLP

26                                             By:  /s/ Jason R. Bartlett
                                                    JASON R. BARTLETT

27                                             Attorneys for Plaintiff
                                               APPLE INC.
28