QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF EUNHA KIM IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Date: August 24, 2011
Time: 2:00 pm
Place: Courtroom 4, 5th Floor
Judge: Hon. Lucy H. Koh |
| Defendants. | |

I, Eunha Kim, declare:

1. I am a director at Samsung Information Systems America, Inc., which is wholly owned by Samsung Electronics America. Except as set forth below, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. From 2006 to 2010 I worked in the IP Legal Group of Samsung Electronics Co. Ltd. In my position I worked closely with both in-house Samsung attorneys and Samsung's outside counsel. During this period I was assigned to work on the following matters for Samsung against Ericsson (the "*Ericsson* litigations"):

- *Ericsson Inc., Telefonaktiebolaget Lm Ericsson, Sony Ericsson Mobile Communications AB, And Sony Ericsson Mobile Communications (USA) Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., And Samsung Telecommunications America LLP*, Case No. 2:06-cv-00063

- Wireless Communication Devices, Components Thereof, and Products Containing Same, 337-TA-583, U.S. International Trade Commission

- Wireless Communication Equipment, Articles Therein, and Products Containing the Same, 337-TA-577, U.S. International Trade Commission

3. I was in charge of patent litigations involving any telecommunication product of Samsung worldwide, including United States. I was also in charge of supervising my teams in the IP Legal Group. For the Ericsson litigations, I attended most face-to-face meetings and day-to-day conference calls with outside counsel and corresponded regularly with outside counsel.

4. At the time of the *Ericsson* Litigations, Mr. Pieja was an associate at the law firm of Kirkland & Ellis, LLP. As an associate working on the *Ericsson* litigation, his contact with internal Samsung employees and attorneys was limited.

[redacted]

02198.51855/4285630.3

-1-                                                                 Case No. 11-cv-01846-LHK
DECLARATION OF EUNHA KIM IN SUPPORT OF SAMSUNG'S SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY BRIDGES & MAVRAKAKIS LLP

REDACTED

7. None of these five Samsung employees were involved with any of the Ericsson litigations.

8. To the best of my information and belief, until June 16, 2011, when Mr. Bridges and Mr. Pieja entered appearances on behalf of Apple in this litigation, no one at Samsung realized that the same attorneys who had previously represented Samsung in the *Ericsson* litigations were now representing Apple against Samsung.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on August 8, 2011.

By _____
Eunha Kim

---

[1] Both ▮▮▮▮ and ▮▮▮▮ are currently employed at Samsung Mobile Display, and not currently Samsung Electronics Co. Ltd. employees, but both were employees of Samsung Electronics Co., LTD at the time of the September 2010 meeting.

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Eunha Kim has concurred in this filing.

/s/ Victoria Maroulis