# EXHIBIT F

Confidential - Outside Attorneys' Eyes Only

Page 1

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6

                    Plaintiff,

7

     vs.                          CASE NO. 11-CV-01846-LHK

8

     SAMSUNG ELECTRONICS CO., LTD.,

9    A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,

10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS

11   AMERICA, LLC, a Delaware
     limited liability company,

12

                    Defendants.

13   _____/

14

15            C O N F I D E N T I A L

16       A T T O R N E Y S'  E Y E S  O N L Y

17          O U T S I D E   C O U N S E L

18

19    VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.

20            REDWOOD SHORES, CALIFORNIA

21              TUESDAY, JULY 26, 2011

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 40668

Confidential - Outside Attorneys' Eyes Only

Page 2

1          TUESDAY, JULY 26, 2011

2              9:11 a.m.

3

4

5

6    VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON,

7    JR., taken at QUINN EMANUEL URQUHART &

8    SULLIVAN, LLP, 555 Twin Dolphin Drive,

9    5th Floor, Redwood Shores, California,

10   pursuant to Notice, before me,

11   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR, CSR

12   License No. 9830.

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Outside Attorneys' Eyes Only



Confidential - Outside Attorneys' Eyes Only

Page 151



Confidential - Outside Attorneys' Eyes Only

REDACTED

Confidential - Outside Attorneys' Eyes Only



Confidential - Outside Attorneys' Eyes Only

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 155

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 156

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 157

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 160

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 161

REDACTED

Confidential - Outside Attorneys' Eyes Only

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 163

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 247

REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 248

REDACTED

Confidential - Outside Attorneys' Eyes Only



Confidential - Outside Attorneys' Eyes Only

Page 250



REDACTED

Confidential - Outside Attorneys' Eyes Only

Page 251

REDACTED