HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff Apple Inc. ("Apple") has moved to file certain documents related to Apple's Opposition to Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring under seal. In support of the Administrative Motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple. Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Opposition"); and

2. Exhibits B and C to the Declaration of Patrick J. Zhang in support of Apple's Opposition ("Zhang Declaration").

The Court further ORDERS that a redacted version of Apple's Opposition shall be filed on ECF.

**IT IS SO ORDERED.**

Dated: Ugr vgo dgt"38, 2011        """"""""""""""""""""""By:   _____
                                                HONORABLE PAUL GREWAL
                                                UNITED STATES MAGISTRATE
                                                JUDGE