QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **SAMSUNG'S UNOPPOSED MOTION TO MOVE THE HEARING DATE FOR ITS MOTION TO DISMISS AND MOTION TO STRIKE** |

1  Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") hereby bring this unopposed motion to move the hearing date on Samsung's Motion to Dismiss and Motion to Strike Apple's Counterclaims ("Samsung's Motion to Dismiss") to Thursday, October 20, 2011 at 1:30 p.m., and would show the Court the following:

The hearing date for Samsung's Motion to Dismiss is currently set for Thursday, September 22, 2011 at 1:30 p.m.  (Dkt No. 153.)  Throughout this week, September 19–23, the parties will be conducting and defending at least three depositions around the country in connection with Apple's Preliminary Injunction Motion.  (Arnold Decl. ¶ 3.)  These depositions are taking place on September 20, 21, and 23, and will be located in Dallas, Texas, and Columbia, Missouri.  (*Id.*)  The parties have been negotiating and scheduling these depositions over the past several weeks and have only solidified all these dates in the past week.  (*Id.*)  In addition, counsel for Samsung not participating in these depositions have scheduling conflicts, including preparation for trial.  (Arnold Decl. ¶ 4.)

Samsung believes that moving the hearing date for Samsung's Motion to Dismiss from its current date to Thursday, October 20, 2011 will significantly reduce the burden on the parties and their counsel to attend the hearing.  (Arnold Decl. ¶ 5.)  Samsung further believes this will prevent prejudice to all the parties as under the current schedule they will need to prepare for the hearing on Samsung's Motion to Dismiss at the same time that they are preparing to conduct and/or defend multiple depositions around the country in connection with Apple's Preliminary Injunction Motion.  (*Id.*)

For the foregoing reasons, Samsung respectfully requests that the Court change the motion hearing date for Samsung's Motion to Dismiss to Thursday, October 20, 2011 at 1:30 p.m.  Apple does not oppose this motion.  (Arnold Decl. ¶ 8.)

DATED: September 19, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4352811.2

-2-   Case No. 11-cv-01846-LHK
**SAMSUNG'S UNOPPOSED MOTION TO MOVE THE HEARING DATE FOR ITS MOTION TO DISMISS AND STRIKE**