UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO MOVE THE HEARING DATE ON SAMSUNG'S MOTION TO DISMISS AND MOTION TO STRIKE** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Unopposed Motion to Move the Hearing Date on Its Motion to Dismiss and Motion to Strike.

Samsung has also filed the declaration required under Civil L.R. 6-3 and has established that there is good cause to move the hearing date on Samsung's Motion to Dismiss and Motion to Strike.   Plaintiff Apple Inc. also does not oppose this motion.

1  Accordingly, the Court ORDERS that the hearing date on Samsung's Motion to
2  Dismiss and Motion to Strike is changed from Thursday , September 22, 2011 at 1:30 p.m. to
3  Thursday, October 20, 2011 at 1:30 p.m.
4
5
6  **IT IS SO ORDERED.**
7
8  DATED: _____, 2011
9
10
11                                          The Honorable Lucy H. Koh
                                            United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.5185
-2-  Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO MOVE HEARING DATE**