1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING** |

1     Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5     1. The confidential, unredacted version of Samsung's Reply in Support of its Motion
6        to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (the
7        "Reply"); and
8     2. Exhibit 3 to the Supplemental Declaration of Michael Zeller in Support of the
9        Reply ("Exhibit 3").

10     Samsung has established good cause to permit filing these documents under seal through
11  the Buchakjian Declaration in support of this motion to file under seal, filed herewith.   In
12  particular, the Reply contains information and quotations from documents produced by Apple and
13  the deposition transcripts of Cooper Woodring and Christopher Stringer that have been designated
14  by Apple, Inc. ("Apple") as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY "
15  pursuant to the interim protective order for the Northern District of California.   (Buchakjian Decl.
16  ¶ 2.)   Exhibit 3 is a compilation of excerpts from the deposition of Christopher Stringer, all of
17  which Apple designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY "
18  pursuant to the interim protective order.   (Buchakjian Decl. ¶ 3.)
19     Samsung expects that, pursuant to Local Rule 79-5(d), Apple will file within seven days an
20  appropriate declaration with the Court establishing that the documents and information it has
21  designated as highly confidential are sealable.
22     Pursuant to General Order No. 62, the complete, unredacted version of Samsung's Reply
23  and Exhibit 3 to the Supplemental Zeller declaration along with all supporting documents will be
24  lodged with the Court for in camera review and served on all parties.
25     Apple does not oppose this motion.   (Buchakjian Decl. ¶ 4.)

26
27
28

02198.51855/4358611.2

-1-                                             Case No. 11-cv-01846-LHK
**SAMSUNG'S STIPULATED MOTION TO FILE ITS REPLY BRIEF UNDER SEAL**

1

2   DATED: September 20, 2011           QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
3

4

5                                        By   /s/ Victoria F. Maroulis
                                            Charles K. Verhoeven
6                                           Kevin P.B. Johnson
                                            Victoria F. Maroulis
7                                           Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
8                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
9                                           TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28