UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Stipulated Administrative Motion to File Under Seal Its Reply in Support of its Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (the "Motion to Seal").

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the below documents has been designated as

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.   Apple does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Reply in Support of its Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring (the "Reply"); and

2. Exhibit 3 to the Supplemental Declaration of Michael Zeller in Support of the Reply.

The Court further ORDERS that a redacted version of Samsung's Reply shall be filed on ECF.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Paul S. Grewal
United States District Court Magistrate Judge