1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19          Plaintiff, | |
| 20          vs. | **CERTIFICATE OF SERVICE** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24          Defendants. | |

25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On September 20, 2011, I served true copies of the documents described as

1. **UNREDACTED VERSION OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**

2. **SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MOTION TO EXCLUDE ORDINARY OBSERVER OPINIONS OF APPLE EXPERT COOPER WOODRING**

3. **EXHIBITS 1-3 OF THE SUPPLEMENTAL ZELLER DECLARATION**

on the interested parties in this action as follows:

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | ALLISON M. TUCHER<br>atucher@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105 |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, suite 355<br>San Francisco, CA 94111 |
| GRANT L. KIM<br>gkim@mofo.com | |

| | | |
|---|---|---|
| 1 | WILLIAM F. LEE | WILMER CUTLER PICKERING |
| 2 | william.lee@wilmerhale.com | HALE AND DORR LLP |
|   |   | 950 Page Mill Road |
| 3 | MARK D. SELWYN, ESQ. | Palo Alto, CA 94304 |
|   | mark.selwyn@wilmerhale.com | |

**BY ELECTRONIC MAIL TRANSMISSION**: By electronic mail transmission from brettarnold@quinnemanuel.com, transmitting PDF format copies of the documents to each such person at the email address listed above.   The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am a member of the bar of this Court.

Executed on September 20, 2011, at Redwood Shores, California.

                                   /s/     Brett J. Arnold

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

/s/ Victoria Maroulis