1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 247**<br><br>Date: No Hearing Requested<br>Time:<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

1   Apple Inc. hereby moves to remove the following documents from ECF, submitted
2   electronically on September 20, 2011, as Docket No. 247 in Case No. 4:11-cv-01846-LHK.

- **APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**
- **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**
- **DECLARATION OF MINN CHUNG IN SUPPORT OF APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**
- **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**

Defendant Samsung claims that these documents were incorrectly filed publicly, and that they should have been filed under seal.  The ECF helpdesk has already been contacted, and they have promptly locked the documents in question and are awaiting the Court's order to remove them from the record.

According to Samsung's request, Apple is resubmitting these documents under seal and will lodge a copy with the clerk's office on September 22, 2011.  Apple will also file an Administrative Motion to File Under Seal, solely to allow Samsung the opportunity to submit a declaration and proposed sealing order pursuant to Local Rule 79-5(d).

For the foregoing reasons, Apple Inc. respectfully requests that the Court grant Apple's Motion to Remove Incorrectly Filed Document: Docket No. 247.

Dated: September 21, 2011             HAROLD J. MCELHINNY
                                      MICHAEL A. JACOBS
                                      JENNIFER LEE TAYLOR
                                      JASON R. BARTLETT
                                      MORRISON & FOERSTER LLP


                                      By:  /s/ Jason R. Bartlett
                                           JASON R. BARTLETT

                                      Attorneys for Plaintiff and
                                      Counterclaim-Defendant APPLE INC.