1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 247**<br><br>Date: No Hearing Requested<br>Time:<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

Plaintiff Apple Inc. ("Apple") has moved to remove incorrectly filed Docket No. 247 at the request of Defendants.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Apple's Motion to Remove Incorrectly Filed Document: Docket No. 247. Docket No. 247 shall be removed from the publicly available docket.

**IT IS SO ORDERED.**

Dated: _____, 2011     By: _____
                                              Honorable Paul S. Grewal, U.S.M.J.

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
sf-3048835