| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | MORRISON & FOERSTER LLP<br>425 Market Street | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | |
| 6 | Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>              Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 79-5(d), Apple Inc. ("Apple") moves this Court for an order to seal:

    1. Apple's Motion to Compel Samsung to Produce Documents and Provide Responsive Answers to Propounded Discovery ("Motion to Compel");

    2. The Declaration of Jason R. Bartlett in support of the Motion to Compel, including all exhibits; and

    3. The Declaration of Minn Chung in support of the Motion to Compel.

Apple originally filed the Motion to Compel and supporting documents publicly on September 20, 2011, believing that the documents do not contain Samsung confidential information. Samsung has subsequently contacted Apple to request that the documents be withdrawn from public filing. Apple immediately contacted the Northern District of California ECF Helpdesk to request that the documents be removed from the publicly available docket. Apple continues to dispute that any Samsung confidential information is reflected in the Motion to Compel or in the supporting documents. Apple has submitted the Motion to Compel and supporting papers under seal solely to allow Samsung the opportunity to submit a declaration and proposed sealing order pursuant to Local Rule 79-5(d).

Dated: September 21, 2011        MORRISON & FOERSTER LLP

        By: /s/ Jason R. Bartlett
            JASON R. BARTLETT

        Attorneys for Plaintiff
        APPLE INC.

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL    1
CASE NO. 11-CV-01846-LHK
sf-3048607