1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   Attorneys for Plaintiff
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S DISCOVERY OF SAMSUNG**<br><br>Date:     TBD<br>Time:     TBD<br>Place:    Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

By this stipulation, plaintiff, counter-defendant, and counter-claimant Apple Inc. ("Apple") and defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby stipulate and request an order extending the deadline for Apple's discovery from Samsung, set in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (D.N. 115), from September 21, 2011 to September 26, 2011. This extension of time will permit Apple to take the depositions of Samsung's declarants Roger Fidler and Jeffrey Johnson, whose depositions could not be scheduled on an earlier date. *(See* Declaration of Jason Bartlett in Support of Order Extending Deadline for Apple's Discovery of Samsung Pursuant to Civil L.R. 6-2(a), filed herewith.) This extension of time is for the same length of time that Samsung requested to depose two additional Apple witnesses in a joint stipulation and [proposed] order that the Court granted on August 10, 2011 (D.N. 152), and it applies only to the depositions of Messrs. Fidler and Johnson. No other due dates set forth in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (D.N. 115) are changed by this stipulation.

Dated: September 21, 2011

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ Jason Bartlett<br>    HAROLD J. MCELHINNY<br>    MICHAEL A. JACOBS<br>    JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By: /s/ Todd Briggs<br>    CHARLES K. VERHOEVEN<br>    KEVIN P.B. JOHNSON<br>    VICTORIA F. MAROULIS<br>    EDWARD DEFRANCO<br>    MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: September 21, 2011       By:       /s/ Jason R. Bartlett
                                              Jason R. Bartlett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2011    By: _____
                                       Honorable Lucy H. Koh