HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**BARTLETT DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S DISCOVERY OF SAMSUNG**<br><br>Date:     TBD<br>Time:    TBD<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINE
CASE NO. 11-CV-01846-LHK
sf-3047626

1

I, Jason Bartlett, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in its suit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I submit this declaration in support of the parties' stipulation and proposed order extending the deadline for Apple's discovery from Samsung, pursuant to Civil L.R. 6-2.

3. On July 1, 2011, Apple filed a motion for preliminary injunction, seeking in part an order that Apple is entitled to a preliminary injunction based on Samsung's alleged infringement of three Apple design patents and one Apple utility patent. (*See* D.N. 86.)

4. On July 2, 2011, the Court invited the parties to provide input regarding a reasonable time frame for briefing and hearing Apple's motion, noting that the schedule would need to accommodate time to conduct discovery pertinent to the preliminary injunction motion. (*See* D.N. 95.)

5. On July 8, 2011, the parties filed a joint submission regarding the briefing and hearing schedule. (*See* D.N. 100.)

6. On July 18, 2011, this Court entered an Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (*see* D.N. 115), setting September 21, 2011 as the deadline for Apple's discovery from Samsung relating to the preliminary injunction motion.

7. Since Samsung filed its opposition to Apple's preliminary injunction motion, the parties have worked to schedule the depositions of witnesses with information pertaining to that opposition. Those witnesses include Roger Fidler and Jeffrey Johnson, who provided declarations in support of that opposition.

8. Despite the parties' best efforts to schedule the depositions within the deadline set by the Court's July 18, 2011 Order, the depositions of Messrs. Fidler and Johnson could not be scheduled to take place until September 23 and September 26, respectively.

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINE
CASE NO. 11-CV-01846-LHK
sf-3047626

2

1  9. The parties previously modified the Court's July 18, 2011 Order to give Samsung a one week extension of its discovery deadline, so it could depose two additional Apple witnesses.

10. No other deadlines or hearing dates are affected by this stipulation and [proposed] order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2011 in San Francisco, California.

                                                /s/ Jason Bartlett
                                                JASON BARTLETT

BARTLETT DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINE
CASE NO. 11-CV-01846-LHK
sf-3047626

3