| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff and |
|   | Counterclaim-Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LB |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 247 |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: No Hearing Requested<br>Time:<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |
| Defendants. | |

(["PROPOSED"] struck through)

1    Plaintiff Apple Inc. ("Apple") has moved to remove incorrectly filed Docket No. 247 at
2    the request of Defendants.
3    Having considered the arguments of the parties and the papers submitted, and finding
4    good cause therefore, the Court hereby grants Apple's Motion to Remove Incorrectly Filed
5    Document:  Docket No. 247.  Docket No. 247 shall be removed from the publicly available
6    docket.

**IT IS SO ORDERED.**

Dated: __Ugr vgo dgt"44_, 2011        By: _____
                                          Honorable Paul S. Grewal, U.S.M.J.

2

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
sf-3048835