| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|  | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|  | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|  | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|  | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|  | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|  | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF WESLEY E. OVERSON IN SUPPORT OF APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | Date: September 23, 2011<br>Time: 3:00 p.m.<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

DECLARATION OF WESLEY E. OVERSON
CASE NO. 11-CV-01846-LHK
la-1141655

I, Wesley E. Overson, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Motion to Shorten Time For Briefing and Hearing on Plaintiff's Motion to Compel.

2. On Friday, September 16, 2011, I met in person with Mr. Jason Bartlett, Mr. Kevin Johnson, and Ms. Melissa Chan to discuss discovery-related issues in the above-captioned matter. Mr. Bartlett and I served as counsel for Apple at that meeting, while Mr. Johnson and Ms. Chan appeared on behalf of Samsung. At that meeting, Ms. Chan represented that Samsung would be providing document productions both on the evening of September 16th and at some time on Saturday, September 17th. Samsung in fact later served supplemental document productions on each of these days.

3. Almost immediately after the processing of each document production, a team of attorneys on behalf of Apple began an expedited review of those materials. The team completed its review of these documents on Tuesday, September 20, 2011.

4. On Tuesday evening, Apple filed its Motion to Compel concerning Samsung's document production, which is the subject of this Motion to Shorten Time.

5. At 11:14 a.m. on Wednesday, September 21, 2011, I sent an email to Mr. Johnson and Ms. Chan, Samsung's counsel, to notify them that it was important for Apple to set a hearing date for the Motion to Compel prior to September 30, 2011—the due date for Apple's Reply in Support of its Motion for Preliminary Injunction. I further informed Samsung's counsel that I had been informed by the calendar clerk for the Court that a hearing on September 28 was a possibility. I asked if Samsung would stipulate to the following schedule: Samsung could file its opposition to Apple's Motion to Compel on Friday, September 23, Apple would reply on Monday, September 26th, and the hearing would take place the morning of Wednesday, September 28.

6. At 4:42 p.m. on Wednesday, September 21, 2011, Ms. Chan responded that Samsung was willing to agree to Apple's request for an expedited schedule on Apple's Motion to Compel, but that Samsung would require at least six business days to prepare its opposition.

7. I responded to Ms. Chan's email that day at 6:10 p.m, informing her that providing Samsung with six business days to respond would result in a hearing date after September 30, 2011—the due date for Apple's Reply in Support of its Motion for Preliminary Injunction. I then proposed the following schedule: Samsung could file its opposition to Apple's Motion to Compel by Noon on Monday, September 26; Apple would file its reply the next day; and we could then request that the hearing could be set for September 28.

8. Ms. Chan responded to this email proposal on Thursday, September 22, 2011, at 11:23 a.m. Ms. Chan stated that Samsung needed 8 business days to file its Opposition. This would make Samsung's filing date September 30, 2011, the same day as Apple's Reply in Support of its Motion for Preliminary Injunction.

9. Thereafter, I asked opposing counsel to place a joint call to the Court to see if the schedule could be decided telephonically. They declined. Opposing counsel offered to take less than 4 days to respond to Apple's Motion to Shorten Time, which they stated could possibly place the hearing on the Motion to Compel on October 4, 2011.

10. At 8:51 p.m. on Thursday, September 22, Ms. Rachel Herrick Kassabian, counsel for Samsung, stated that Samsung could respond to Apple's Motion to Shorten Time within two days.

Executed on September 22, 2011 in Los Angeles, California.

By: /s/ Wesley E. Overson
       Wesley E. Overson

DECLARATION OF WESLEY E. OVERSON
CASE NO. 11-CV-01846-LHK
la-1141655

2

...

# ECF ATTESTATION

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file the following document: OVERSON DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION to COMPEL. In compliance with General Order 45, X.B., I hereby attest that Wesley Overson has concurred in this filing.

Dated: September 22, 2011

JASON R. BARTLETT
**MORRISON & FOERSTER** LLP

By: /s/ Jason R. Bartlett
     JASON R. BARTLETT