Case 5:11-cv-01846-LHK   Document 253-2   Filed 09/23/11   Page 1 of 2

| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
| | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APPLE INC., a California corporation, | Case No.   4:11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: September 23, 2011<br>Time: 3:00 p.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| Defendants. | |

1

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
la-1141309
CASE NO. 11-CV-01846-LHK

1  Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Compel.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Apple's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Compel, and sets the hearing on Apple's Motion to Compel for September 28, 2011, at 10:00 a.m.  Defendants may file and serve their opposition papers on Apple no later than 12:01 p.m. on Monday, September 26, 2011.  Plaintiff may file and serve a reply brief on Defendants no later than 12:01 p.m. on Tuesday, September 27, 2011.

**IT IS SO ORDERED.**


Dated: _____, 2011         By: _____
                                                     Honorable Paul S. Grewal, U.S.M.J.