HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S DISCOVERY OF SAMSUNG**<br><br>Date:     TBD<br>Time:    TBD<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1   By this stipulation, plaintiff, counter-defendant, and counter-claimant Apple Inc. ("Apple") and defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby stipulate and request an order extending the deadline for Apple's discovery from Samsung, set in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (D.N. 115), from September 21, 2011 to September 26, 2011. This extension of time will permit Apple to take the depositions of Samsung's declarants Roger Fidler and Jeffrey Johnson, whose depositions could not be scheduled on an earlier date. *(See Declaration of Jason Bartlett in Support of Order Extending Deadline for Apple's Discovery of Samsung Pursuant to Civil L.R. 6-2(a), filed herewith.)* This extension of time is for the same length of time that Samsung requested to depose two additional Apple witnesses in a joint stipulation and [proposed] order that the Court granted on August 10, 2011 (D.N. 152), and it applies only to the depositions of Messrs. Fidler and Johnson. No other due dates set forth in the Court's July 18, 2011 Order Setting Briefing and Hearing Schedule for Preliminary Injunction Motion (D.N. 115) are changed by this stipulation.

Dated: September 21, 2011

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:  /s/ Jason Bartlett<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By:  /s/ Todd Briggs<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: September 21, 2011     By:     /s/  Jason R. Bartlett
                                      Jason R. Bartlett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 23, 2011       By: *Lucy H. Koh*
                                     Honorable Lucy H. Koh