HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL<br><br>~~Date: September 23, 2011~~<br>~~Time: 3:00 p.m.~~<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME
la-1141309
CASE NO. 11-CV-01846-LHK

1   Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Compel.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Apple's Motion to Shorten Time for Briefing and Hearing on Plaintiff's Motion to Compel, and sets the hearing on Apple's Motion to Compel for September 28, 2011, at 10:00 a.m. Defendants may file and serve their opposition papers on Apple no later than 5:00 p.m. on Monday, September 26, 2011. ~~Plaintiff may file and serve a reply brief on Defendants no later than 12:01 p.m. on Tuesday, September 27, 2011.~~

**IT IS SO ORDERED.**

Dated: _September 23_, 2011        By: _/s/ Paul S. Grewal_
                                       Honorable Paul S. Grewal, U.S.M.J.

2
[~~PROPOSED~~] ORDER GRANTING MOTION TO SHORTEN TIME
la-1141309
CASE NO. 11-CV-01846-LHK