DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-272
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Of Counsel:
MICHAEL E. JOFFRE
AARON M. PANNER
KELLOGG, HUBER, HANSEN, TODD, EVANS &
  FIGEL, PLLC
1615 M Street N.W., #400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Amicus Curiae
Cellco Partnership d/b/a Verizon Wireless

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE CELLCO PARTNERSHIP REGARDING APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Cellco Partnership d/b/a Verizon Wireless hereby moves the Court for leave to file an amicus curiae brief addressing Apple's preliminary injunction motion (Docket No. 86).

## MEMORANDUM OF POINTS AND AUTHORITIES

*Amicus curiae* Cellco Partnership d/b/a Verizon Wireless is a wireless carrier.[1] Verizon Wireless has invested billions of dollars in developing, deploying, and operating a broadband nationwide wireless network. That includes massive investments in a next-generation network that promises new capabilities, including new applications and uses impossible with current network technologies. Additionally, Verizon Wireless is an innovator in the field of wireless communication and has devoted considerable resources to developing and patenting new technology.

Verizon Wireless respectfully requests leave to file an amicus brief to apprise the Court of public interest considerations implicated by Apple's preliminary injunction motion regarding its utility patent. *See* Apple Inc.'s Motion for a Preliminary Injunction, ECF No. 86 (July 1, 2011). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). In this case, the potential effects of a preliminary injunction would go far beyond Apple and Samsung. Due to its leadership and extensive experience in the wireless communication industry, Verizon Wireless believes that it is uniquely positioned to describe how

---

[1] Amicus curiae and its undersigned counsel represent that they have authored this brief. No party or counsel for any party made any monetary contribution intended to fund the preparation or submission of this brief.

1
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE                                               Case No. 11-cv-01846-LHK

the requested injunction may harm U.S. consumers, wireless carriers, and businesses.  The parties' briefing may not be able to fully explain these third-party concerns to the Court.

Counsel for *amicus curiae* attempted to contact the parties prior to filing this motion. Counsel for Samsung indicated that it does not oppose this motion.  Counsel for Apple did not respond to Verizon Wireless's inquiry about Apple's position.

| | |
|---|---|
| September 23, 2011 | /s Melinda M. Morton |
| | Daniel J. Bergeson, Bar No. 105439 |
| | dbergeson@be-law.com |
| | Melinda M. Morton, Bar No. 209373 |
| | mmorton@be-law.com |
| | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| | San Jose, CA 95110-2712 |
| | Telephone: (408) 291-6200 |
| | Facsimile: (408) 297-6000 |

Of Counsel:

Michael E. Joffre
Aaron M. Panner
KELLOGG, HUBER, HANSEN, TODD, EVANS &
  FIGEL, PLLC
1615 M Street N.W., #400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Attorneys for Cellco Partnership d/b/a Verizon Wireless*

2
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE                                          Case No. 11-cv-01846-LHK