DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-272
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Of Counsel:
MICHAEL E. JOFFRE
AARON M. PANNER
KELLOGG, HUBER, HANSEN, TODD, EVANS &
  FIGEL, PLLC
1615 M Street N.W., #400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Amicus Curiae
Cellco Partnership d/b/a Verizon Wireless

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE CELLCO PARTNERSHIP REGARDING APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: October 13, 2011<br>Time: 1:30 pm<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Good cause appearing, the motion of Cellco Partnership d/b/a Verizon Wireless for leave to file a brief of *amicus curiae* is hereby GRANTED.

_____, 2011

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE