UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**<br><br>Date: September 28, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

On September 20, 2011, Plaintiff Apple Inc. ("Apple") moved for an order compelling Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") to produce documents and things responsive to various of Apple's Requests for Production relating to preliminary injunction issues, to provide a Rule 30(b)(6) witness on certain subjects, and for an award of discovery-related issue sanctions.

1   Having considered the briefs and the arguments of the parties, and the entire file in this
2   action, the Court hereby DENIES Apple's motion to compel and for sanctions in its entirety.

4   **IT IS SO ORDERED.**

6   DATED: _____, 2011

_____
The Honorable Paul S. Grewal
United States Magistrate Judge