QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL** |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5   1. The confidential, unredacted version of the Declaration of Melissa Chan in Support
6      of Samsung's Opposition to Apple's Motion to Compel (the "Chan Declaration");
7   2. Exhibits 10, 15-17 to the Chan Declaration;
8   3. The confidential, unredacted version of the Declaration of Sara Jenkins in Support
9      of Samsung's Opposition to Apple's Motion to Compel (the "Jenkins
10     Declaration");
11  4. The confidential, unredacted version of the Declaration of Russel Wilkins in
12     Support of Samsung's Opposition to Apple's Motion to Compel (the "Wilkins
13     Declaration").

14  Samsung has established good cause to permit filing these documents under seal through
15  the Arnold Declaration in support of this motion, filed herewith.
16  Pursuant to General Order No. 62, Samsung's entire filing, including the complete,
17  unredacted version of the Chan Declaration, Exhibits 10, 15-17 to the Chan Declaration, the
18  Jenkins Declaration, and the Wilkins Declaration, will be lodged with the Court for in camera
19  review and served on all parties.
20  Apple does not oppose this motion.

02198.51855/4368242.1

-1-   Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE SUPPORTING DOCUMENTS UNDER SEAL**

| | |
|---|---|
| DATED: September 26, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br><br> By   /s/ Victoria F. Maroulis <br> Charles K. Verhoeven <br> Kevin P.B. Johnson <br> Victoria F. Maroulis <br> Michael T. Zeller <br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |