1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 19 | Plaintiff, | |
| 20 | vs. | **CERTIFICATE OF SERVICE** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | Defendants. | |
| 25 | | |

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On September 26, 2011, I served or caused to be served true copies of the documents described as

1. **DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**

2. **EXHIBITS 1-8, 10-22 TO THE CHAN DECLARATION**

3. **DECLARATION OF RUSSELL WILKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**

4. **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**

on the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | ALLISON M. TUCHER<br>atucher@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | |

-2-

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

1   **BY ELECTRONIC MAIL TRANSMISSION**:   PDF format copies of the documents were sent

2   to each such person at the email address listed above.   The documents were transmitted by

3   electronic transmission and such transmission was reported as complete and without error.

4

5   I declare that I am a member of the bar of this Court.

6   Executed on September 27, 2011, at Redwood Shores, California.

7
                                        /s/    Melissa Chan
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                    Case No. 11-cv-01846-LHK
                                        **CERTIFICATE OF SERVICE**

1

2

**GENERAL ORDER ATTESTATION**

3
     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

4
foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I

5
hereby attest that Melissa Chan has concurred in this filing.

6

7
DATE: September 27, 2011                                        /s/ Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-                                        Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**