QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED ORDER] SEALING APPLE'S MOTION TO COMPEL, THE DECLARATION OF MINN CHUNG, AND EXHIBIT J OF THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S MOTION TO COMPEL** |

**[PROPOSED ORDER] SEALING APPLE'S MOTION TO COMPEL, THE DECLARATION OF MINN
CHUNG, AND EXHIBIT J OF THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF
APPLE'S MOTION TO COMPEL**

On September 21, 2011, Plaintiff Apple, Inc. ("Apple") filed Apple's Administrative Motion to File Under Seal (Dkt No. 249) in connection with Apple's Motion to Compel Samsung to Produce Documents and Provide Responsive Answers to Propounded Discovery ("Apple's Motion to Compel").   Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" under the interim protective order for the Northern District of California by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Also pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Samsung filed the Declaration of Hankil Daniel Kang in Support of Sealing Apple's Motion to Compel.   The Kang Declaration provides sufficient evidence that the documents and information designated as confidential by Samsung, and submitted under seal by Apple, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law" and thus sealable.   Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Sections II.B and II.C (on pages 6 and 7) of the Memorandum of Points and Authorities submitted with Apple's Motion to Compel;
- Page 9, line 25 to page 10, line 4 of the Memorandum of Points and Authorities submitted with Apple's Motion to Compel;
- Paragraphs 7, 8, 12, 13, 14, 16, 19, and 20 of the Declaration of Minn Chung in Support of Apple's Motion to Compel; and
- Exhibit J of the Declaration of Jason R. Bartlett in Support of Apple's Motion to Compel.

02198.51855/4371242.1

Case No. 11-cv-01846-LHK
**[PROPOSED ORDER] SEALING APPLE'S MOTION TO COMPEL, THE DECLARATION OF MINN CHUNG, AND EXHIBIT J OF THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S MOTION TO COMPEL**

1     **IT IS SO ORDERED.**

2

3     DATED: _____, 2011

4

5

6                                              _____
                                               Hon. Paul S. Grewal
7                                              United States District Court Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    02198.51855/4371242.1

**[PROPOSED ORDER] SEALING APPLE'S MOTION TO COMPEL, THE DECLARATION OF MINN
CHUNG, AND EXHIBIT J OF THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF
APPLE'S MOTION TO COMPEL**