MICHAEL J. BETTINGER (SBN 122196)
IRENE YANG (SBN 245464)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
irene.yang@klgates.com

Of Counsel:
MICHAEL J. ABERNATHY
BRIAN J. ARNOLD
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 560602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
mike.abernathy@klgates.com
brian.arnold@klgates.com

Attorneys for *Amicus Curiae*
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* T-MOBILE USA, INC. REGARDING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND FOR LEAVE TO APPEAR AT PRELIMINARY INJUNCTION HEARING**<br><br>Date: October 13, 2011<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on October 13, 2011 at 1:30 p.m. or at any other date and time as the Court may order, T-Mobile USA, Inc. ("T-Mobile") will and hereby does bring to this Court its Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing ("Motion for Leave").

T-Mobile asks this Court to allow it to file the attached *amicus curiae* brief regarding Apple Inc.'s Motion for a Preliminary Injunction ("P.I. Motion").  T-Mobile also asks this Court to allow it to appear at the preliminary injunction hearing on October 13, 2011 and present oral argument on issues relating to its *amicus curiae* brief.  As explained below, T-Mobile has a substantial interest in this matter, separate and apart from the interests of the parties in the above-captioned action, as to why Apple's P.I. Motion should not be granted and Defendants' products should not be enjoined.

This Motion for Leave is based on this Notice of Motion and Motion, the Points and Authorities below, the proposed *amicus curiae* brief of T-Mobile, the concurrently-filed Motion for an Order Shortening Time and declaration in support thereof, and such other matters as may be presented to the Court at oral argument.

### RELIEF REQUESTED

T-Mobile seeks leave to file a brief as *amicus curiae* regarding Apple's P.I. Motion, which is scheduled for hearing before the Court on October 13, 2011 at 1:30 p.m., and seeks leave to appear at the hearing and present oral argument on issues relating to its *amicus* brief.

### POINTS AND AUTHORITIES

*Amicus curiae* T-Mobile is a national provider of wireless voice, messaging, and data services capable of reaching over 293 million Americans.  T-Mobile's lineup of handheld devices, particularly its smartphone offerings, is heavy with Samsung-manufactured devices.  T-Mobile respectfully requests leave to file the attached amicus brief to apprise the Court of public interest considerations implicated by Apple's P.I. Motion, which seeks to preliminarily enjoin Samsung products, including the Galaxy S 4G smartphone and Galaxy Tab 10.1 tablet, in the midst of the critical holiday shopping season.  *See* Apple Inc.'s Motion for a Preliminary Injunction (Dkt. No. 86).  T-Mobile also

1

Mtn for Leave to File Brief of Amicus Curiae T-Mobile USA, Inc. Regarding Apple's Mtn for Preliminary Injunction and Leave to Appear at Preliminary Injunction Hearing                                                                                           CASE NO. 11-cv-01846-LHK

respectfully requests leave to appear at the preliminary injunction hearing on October 13, 2011 and present oral argument regarding T-Mobile's interests in the outcome of Apple's P.I. Motion.  Counsel for *amicus curiae* contacted the parties on September 27 and 28, 2011, prior to filing this motion to determine whether the parties would oppose this Motion for Leave and the concurrently-filed Motion to Shorten Time, which requests that the Court shorten the briefing schedule for this Motion for Leave so as to allow T-Mobile's *amicus* brief to be considered with respect to Apple's P.I. Motion.  Counsel for Apple indicated that Apple opposes and referred T-Mobile to Apple's Opposition to Cellco/Verizon Wireless's Motion for Leave to File Amicus Curiae Brief Regarding Apple's Motion for a Preliminary Injunction (Dkt. No. 262).  Counsel for Samsung indicated that it does not oppose the Motion for Leave or Motion to Shorten Time.

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Sonoma Falls Devs., LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003).  In this case, the potential effects of a preliminary injunction would go far beyond Apple and Samsung.  As a wireless carrier that has traditionally invested heavily in Samsung handheld devices and has already prepared its 2011 holiday sales season campaign prominently featuring the accused Samsung Galaxy S 4G and Galaxy Tab 10.1 products, T-Mobile is uniquely positioned to describe the harms likely to befall it, its business, and U.S. consumers should the requested injunction be granted.  T-Mobile thus has a direct and substantial interest in the outcome of this P.I. Motion, yet is not party to this litigation, and without an *amicus* brief from T-Mobile and appearance at the preliminary injunction hearing, its interests and concerns are unlikely to be fully explained to the Court.  For these reasons, T-Mobile respectfully requests that this Court exercise its discretion and grant T-Mobile's Motion for Leave.

//
//
//
//

2

Mtn for Leave to File Brief of Amicus Curiae T-Mobile USA, Inc. Regarding Apple's Mtn for Preliminary Injunction and Leave to Appear at Preliminary Injunction Hearing                                               CASE NO. 11-cv-01846-LHK

| | |
|---|---|
| Dated:  September 28, 2011 | Respectfully submitted, |
| | K&L GATES LLP |
| | By: /s/ *Michael J. Bettinger*<br>MICHAEL J. BETTINGER (SBN 122196)<br>Attorneys for *Amicus Curiae*<br>T-MOBILE USA, INC. |

3

Mtn for Leave to File Brief of Amicus Curiae T-Mobile USA, Inc. Regarding Apple's Mtn for Preliminary Injunction and Leave to Appear at Preliminary Injunction Hearing                                    CASE NO. 11-cv-01846-LHK