MICHAEL J. BETTINGER (SBN 122196)
IRENE YANG (SBN 245464)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
irene.yang@klgates.com

Of Counsel:
MICHAEL J. ABERNATHY
BRIAN J. ARNOLD
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 560602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
mike.abernathy@klgates.com
brian.arnold@klgates.com

Attorneys for *Amicus Curiae*
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* T-MOBILE USA, INC. REGARDING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND GRANTING LEAVE TO APPEAR AT PRELIMINARY INJUNCTION HEARING**<br><br>Date: October 13, 2011<br>Time: 1:30 p.m.<br>Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

T-Mobile USA, Inc. ("T-Mobile") filed its Notice of Motion and Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing ("Motion for Leave") on September 28, 2011. Having considered T-Mobile's Motion for Leave and the authorities cited therein, and good cause appearing, T-Mobile's Motion seeking leave to file a brief as *amicus curiae* regarding Apple's preliminary injunction motion and to appear at the preliminary injunction hearing, scheduled for hearing before the Court on October 13, 2011 at 1:30 p.m, is hereby GRANTED as follows:

1. T-Mobile shall be granted leave to file a brief as *amicus curiae* regarding Apple's preliminary injunction motion; and

2. T-Mobile shall be granted leave to appear at the preliminary injunction hearing on October 13, 2011 at 1:30 p.m. and present oral argument on issues relating to its *amicus curiae* brief.

IT IS SO ORDERED.

Dated:

Hon. Lucy H. Koh
United States District Judge