| | |
|---|---|
| 1 | MICHAEL J. BETTINGER (SBN 122196) |
| 2 | IRENE YANG (SBN 245464)<br>K&L GATES LLP |
| 3 | 4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994 |
| 4 | Telephone: 415.882.8200<br>Facsimile: 415.882.8220 |
| 5 | mike.bettinger@klgates.com<br>irene.yang@klgates.com |
| 6 | Of Counsel: |
| 7 | MICHAEL J. ABERNATHY<br>BRIAN J. ARNOLD |
| 8 | K&L GATES LLP<br>70 West Madison Street, Suite 3100 |
| 9 | Chicago, Illinois 560602<br>Telephone: (312) 372-1121 |
| 10 | Facsimile: (312) 827-8000<br>mike.abernathy@klgates.com |
| 11 | brian.arnold@klgates.com |
| 12 | Attorneys for *Amicus Curiae*<br>T-MOBILE USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* T-MOBILE REGARDING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND FOR LEAVE TO APPEAR AT PRELIMINARY INJUNCTION HEARING**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom 8, 4th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that T-Mobile USA, Inc. ("T-Mobile") will and hereby does bring to this Court its Motion for an Order Shortening Time on T-Mobile's Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing, pursuant to Civil L.R. 6-3.

T-Mobile asks this Court to shorten the briefing and hearing schedule on T-Mobile's motion for leave to file the *amicus curiae* brief attached thereto, regarding Apple Inc.'s Motion for a Preliminary Injunction ("P.I. Motion"), such that if the Motion for Leave is granted, T-Mobile's *amicus* brief would be considered at the October 13, 2011 hearing. As explained below, T-Mobile has a substantial interest in this matter, separate and apart from the interests of the parties in the above-captioned action, as to why Apple's P.I. Motion should not be granted and Defendants' products should not be enjoined, and could not present those interests in conjunction with the P.I. Motion should this Motion to Shorten Time be denied.

This Motion is based on this Notice of Motion and Motion, the Points and Authorities below, declaration in support of this Motion, the proposed *amicus curiae* brief of T-Mobile, the concurrently-filed Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing, and such other matters as may be presented to the Court at oral argument.

**POINTS AND AUTHORITIES**

Pursuant to Civil L.R. 6-3, *amicus curiae* T-Mobile USA, Inc. moves for an Order shortening time on T-Mobile's Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing ("Motion for Leave"), which is being concurrently filed. Specifically, T-Mobile requests that this Court shorten time for briefing and hearing on T-Mobile's Motion for Leave, such that if the Motion for Leave is granted, T-Mobile may file its *amicus curiae* brief regarding Apple's Motion for a Preliminary Injunction ("P.I. Motion"), which is attached to the Motion for Leave, and also appear at the preliminary injunction hearing on October 13, 2011 and present oral argument on issues relating to its *amicus curiae* brief.

Counsel for T-Mobile contacted counsel for the parties regarding a stipulation to shorten the briefing and hearing schedule on T-Mobile's Motion for Leave as well as on the Motion for Leave itself. Counsel for Apple indicated that Apple opposes and referred T-Mobile to Apple's Opposition to Cellco/Verizon Wireless's Motion for Leave to File Amicus Brief Regarding Apple's Motion for a Preliminary Injunction (Dkt. No. 262), which asks in the alternative that Apple "be allowed to respond to Verizon's submission on October 6, 2011." Counsel for Samsung indicated that Samsung does not oppose this Motion for Order Shortening Time or T-Mobile's Motion for Leave. Declaration of Irene Yang in Support of T-Mobile's Motion for an Order Shortening Time, ¶ 6.

T-Mobile believes there is good cause for a shortened time for briefing and hearing on the Motion for Leave. An Order shortening time on the Motion for Leave is efficient and will conserve the Court's and parties' resources by allowing for briefing from T-Mobile relating to Apple's P.I. Motion to be considered in conjunction with the parties' arguments on the P.I. Motion, rather than having to address T-Mobile's positions at a later date after the P.I. Motion has already been heard. If this Motion for an Order Shortening Time is not granted, allowing T-Mobile's Motion for Leave to be decided in shorter than the normal 35-day briefing and hearing schedule, T-Mobile's interests in this P.I. Motion will not be represented at the preliminary injunction hearing or taken into account in deciding the outcome of Apple's P.I. Motion. T-Mobile does not oppose a shortened schedule allowing Apple to respond to T-Mobile's Motion for Leave on October 6, 2011.

The underlying dispute here is a motion for preliminary injunction that Apple filed against Samsung devices, including the Galaxy S 4G smartphone and Galaxy Tab 10.1 tablet ("Samsung Galaxy devices"), on July 1, 2011. Dkt. No. 86. On July 18, the Court issued an expedited scheduling order that set the hearing on the P.I. Motion for October 13, 2011. Dkt. No. 115. Apple and Samsung are the only parties to the litigation. T-Mobile is a third party with a direct and substantial interest in the outcome of the preliminary injunction: the potential effects of a preliminary injunction would go far beyond Apple and Samsung. As a wireless carrier that has traditionally invested heavily in Samsung handheld devices and has already prepared its 2011 holiday sales season campaign prominently featuring the Samsung Galaxy devices, T-Mobile is uniquely positioned to describe the harms likely to befall it, its business, and U.S. consumers should the requested injunction

be granted in the midst of the critical holiday shopping season. T-Mobile announced on September 28, 2011 that it would be adding the Samsung Galaxy Tab 10.1 to its lineup. Yang Decl., Exh. A. T-Mobile thus has a direct and substantial interest in the outcome of this P.I. Motion, yet is not party to this litigation, and without a shortened schedule to decide whether T-Mobile may file an *amicus* brief and appear at the preliminary injunction hearing, its interests and concerns are unlikely to be fully explained to the Court. *See* Yang Decl., ¶¶ 4, 5.

T-Mobile has not been involved in any previous modifications to the schedule in this case. Yang Decl., ¶ 7. Granting T-Mobile's Motion for an Order Shortening Time would not affect any dates that are currently scheduled in this case. Yang Decl., ¶ 8. However, a denial of this Motion may affect the October 13, 2011 date for the preliminary injunction hearing, if T-Mobile's *amicus* brief is not considered until after the preliminary injunction hearing rather than in conjunction with it.

Respectfully submitted,

K&L GATES LLP

Dated: September 28, 2011        By:        */s/ Michael J. Bettinger*
                                         MICHAEL J. BETTINGER (SBN 122196)
                                         Attorneys for *Amicus Curiae*
                                         T-MOBILE USA, INC.