1  MICHAEL J. BETTINGER (SBN 122196)
   IRENE YANG (SBN 245464)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, California 94111-5994
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220
   mike.bettinger@klgates.com
5  irene.yang@klgates.com

6  Of Counsel:
7  MICHAEL J. ABERNATHY
   BRIAN J. ARNOLD
8  K&L GATES LLP
   70 West Madison Street, Suite 3100
9  Chicago, Illinois 560602
   Telephone: (312) 372-1121
10 Facsimile: (312) 827-8000
   mike.abernathy@klgates.com
11 brian.arnold@klgates.com

12 Attorneys for *Amicus Curiae*
   T-MOBILE USA, INC.

13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                                SAN JOSE DIVISION

17

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF IRENE YANG IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* T-MOBILE REGARDING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND FOR LEAVE TO APPEAR AT PRELIMINARY INJUNCTION HEARING**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom 8, 4th Floor |

---

Declaration of Irene Yang in Support of Motion for Order Shortening Time
Case No. 11-cv-01846-LHK

I, Irene Yang, declare as follows:

1. I am an attorney in the law firm of K&L Gates LLP, counsel for *amicus curiae* T-Mobile USA, Inc. ("T-Mobile"), and a member of the Bar of this Court. I make each of the statements below based on my personal knowledge, and if called as a witness, I could and would testify as to their truthfulness.

2. T-Mobile is a nationwide wireless carrier that carries a variety of Samsung handheld devices. It is not a party to the above-captioned litigation.

3. On July 1, 2011, Apple filed a Motion for a Preliminary Injunction against Samsung devices, including the Galaxy S 4G smartphone and Galaxy Tab 10.1 tablet ("Samsung Galaxy devices"). Dkt. No. 86. On July 18, 2011, this Court issued an expedited scheduling order setting the hearing on Apple's P.I. Motion for October 13, 2011. Dkt. No. 115.

4. T-Mobile would be directly and substantially affected should Apple's P.I. Motion be granted and the Samsung Galaxy devices be enjoined. T-Mobile has already prepared its 2011 holiday sales season advertising campaign, prominently featuring the Samsung Galaxy devices. T-Mobile is in a position to describe the harms that would befall it, its business, and its U.S. customers should the requested injunction issue during the holiday sales season.

5. Without a shortened briefing and hearing schedule to decide whether T-Mobile may file its *amicus* brief, attached to T-Mobile's concurrently-filed Motion for Leave to File Brief of *Amicus Curiae* T-Mobile USA, Inc. Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at the Preliminary Injunction Hearing ("Motion for Leave"), T-Mobile's interests in the outcome of Apple's P.I. Motion are unlikely to be fully explained to the Court. This would cause T-Mobile to be substantially harmed and prejudiced.

6. With K&L Gates LLP partner Shane Brun, I contacted counsel for Apple, Jason Bartlett, on September 28, 2011, and counsel for Samsung, Victoria Maroulis, on September 27, 2011, in an effort to obtain agreement to a shortened schedule for the Motion for Leave and/or agreement not to oppose T-Mobile's Motion for Leave. Counsel for Apple indicated that Apple opposes and referred T-Mobile to Apple's Opposition to Cellco/Verizon Wireless's Motion for Leave to File Amicus Brief Regarding Apple's Motion for a Preliminary Injunction (Dkt. No. 262).

1  Counsel for Samsung indicated that Samsung does not oppose T-Mobile's Motion for Leave or this
2  Motion for Order Shortening Time.
3      7.    T-Mobile has not been involved in any previous modifications to the schedule in this
4  case.
5      8.    Granting T-Mobile's Motion for an Order Shortening Time on the Motion for Leave
6  would not adversely affect any dates that are currently scheduled in this case.
7      9.    Attached hereto as Exhibit A is a true and correct copy of a web page located at
8  https://www.facebook.com/TMobile?sk=wall, which I downloaded on September 28, 2011.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.
12  Executed on September 28, 2011, at San Francisco, California.

By: *Irene Yang* (signature)
Irene Yang