# Exhibit A



 facebook

Email
Password
Log In
Keep me logged in
Forgot your password?

Sign Up **Facebook helps you connect and share with the people in your life.**

Wall
Info
Great Dress Debate
Support
Q&A: AT&T Acquisition
Photos
Videos

**About**

For customer support, visit our new support community!
http://support.t-mob/...
More

**352,880**
like this

**Likes** See All

LG USA Mobile

Samsung Mobile USA

Windows Phone

HTC USA

BlackBerry

# T-Mobile USA

Like

Create a Page

Company · Bellevue, Washington

**Wall** **T-Mobile USA** · Everyone (Top Posts)

**Share:** **Post** **Photo**

Write something...

**T-Mobile USA**
This week, we announced the fastest Galaxy in our smartphone universe. Today, we can confirm that we'll be adding yet another great Galaxy to our lineup: the Samsung Galaxy Tab 10.1. Stay tuned for more details in the coming weeks on this awesome tablet.
Like · Comment · about an hour ago via HootSuite

Javier Escobedo, Wilson Flores, Christina Patterson and 126 others like this.

View all 48 comments View 1 share

**T-Mobile USA**
Happy 13th Birthday Google. You don't look a day over 8. Click "like" if you use a Google product on your mobile device at least once a day. What's your favorite Google mobile application?

**Wall Photos**

Like · Comment · 16 hours ago

Mickey W., Ashley Aden, Paige Marie Kelley and 4,172 others like this.

View all 277 comments View all 20 shares

**T-Mobile USA** added 3 new photos to the album Samsung Galaxy S II.

**Samsung Galaxy S II**
Here's the full lowdown on the Samsung Galaxy S II, one of T-Mobile's fastest sm...
See More

Like · Comment · 19 hours ago

Shari L Hottel, Elba M Gutierrez, Christopher Baulckim and 991 others like this.

View all 261 comments

**T-Mobile USA** added 6 new photos to the album HTC Amaze 4G.

Create a Page

**HTC Amaze 4G**
The HTC Amaze 4G, exclusively from T-Mobile, delivers the most advanced camera o...
See More

Like · Comment · 22 hours ago

Christopher Baulckim, Adeoye Adelaja, Terri King and 568 others like this.

View all 155 comments

 **T-Mobile USA**

Introducing T-Mobile's fastest smartphones, the Samsung GalaxyTM S II and HTC AmazeTM 4G, along with its fastest 4G mobile hotspot, the T-Mobile® SonicTM 4G Mobile Hotspot. All three devices take advantage of T-Mobile's faster 4G (HSPA+ 42) network technology.

The HTC Amaze 4G will feature the most advanced camera experience of any smartphone. The Galaxy S II sports a 4.52-inch Super AMOLED Plus touch screen, the largest screen on a T-Mobile smartphone. And finally, the Sonic 4G Mobile Hotspot enables up to five Wi-Fi enabled devices to connect to America's Largest 4G Network®.

http://galaxy-s.t-mobile.com/samsung-galaxy-s2

http://htc.t-mobile.com/amaze-camera-phone

**Wall Photos**

Like · Comment · Monday at 12:08pm

Elder Escobar, Andrew Marty, Mandy Borkowski and 313 others like this.

View all 103 comments                                 View all 39 shares

 **T-Mobile USA**
Three years ago today, T-Mobile released the world's first Android-powered mobile phone—the T-Mobile G1. What is your favorite feature about Android? Happy Anniversary!

 **Wall Photos**

Like · Comment · September 23 at 4:13pm

Deyan Asks Alexandria, Joel Barrios, Rishab Hanjagimutt and 754 others like this.

View all 361 comments                                 View all 34 shares

 **T-Mobile USA**
Just a friendly reminder that T-Mobile's "Yes, Every Smartphone is on Sale, Sale" is happening tomorrow!

Come celebrate value on Saturday, Sept. 24 at any T-Mobile retail store across the country, and pick up one of our exceptional devices on any of our company's Unlimited Value™ plans with 2GB or higher of full-speed data, on 2-year agreement. Mail-in rebate may apply.

Check out http://deals.t-mobile.com/phone-deals for more information.

 **Yes, Every Smartphone is on Sale, Sale**
www.youtube.com

Like · Comment · September 23 at 12:39pm

Margaret Louise, Rayc Gladneyj, Paul Williams and 173 others like this.

View all 106 comments                                 View all 39 shares

 **T-Mobile USA**
There are so many ways to spend $4,000 including doing something nice for the people closest to you. If you won T-Mobile's 4G PayDay, how would you use your $4G's to surprise a loved one? Recent 4G PayDay winner Kevin D. said he would renew his family's Disneyland passes for another year.





You could be the next winner! Text START to 4444 to start playing now. For a list of known winners and official rules, visit http://t-mobile.com/4GPayDay.

**Wall Photos**

Like · Comment · September 23 at 9:42am

Rayc Gladneyj, Coreena Merae, Theressa Morgan and 115 others like this.

View all 136 comments

Facebook © 2011 · English (US) Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

**T-Mobile USA**

We're excited for the new changes that Facebook announced today, including Timeline. Click "like" if you want to see Timeline come to the Facebook Android application.

**Introducing Timeline**
www.facebook.com
Tell your life story with a new kind of profile.

Like · Comment · September 22 at 4:20pm

Joel Barrios, Janie Williams Ruffin, Dennis Mak and 635 others like this.

View all 146 comments View all 27 shares

**T-Mobile USA**

Great news sports fans: You can now access the ESPN station via Slacker. Download the newest version from the Android market today.

**Personalized ESPN Radio Content on Slacker**
market.android.com
Slacker Radio is free, totally customizable radio with over 100 genre stations. Listen to free personalized radio on your Android device.

Like · Comment · September 22 at 8:56am

Anna Dozal, Fabian Mendoza, Wesley Franklin and 44 others like this.

View all 8 comments View 1 share

**John Cochrane** Or, you know, promote Zune Pass on Windows Phone...
September 22 at 10:43am · 1 person

**Wesley Franklin** cool
September 24 at 4:47pm

**T-Mobile USA**

We're got a great deal for you night owls out there. The Samsung Galaxy S 4G and Nokia Astound are both FREE tonight from 9pm PDT to 3am PDT for new and existing T-Mobile customers. New 2-year agreement and qualifying rate plan required.

**Samsung Galaxy S™ 4G**
www.t-mobile.com
Samsung's Galaxy S™ 4G smartphone brings you breathtaking entertainment—where and when you want.

Like · Comment · September 21 at 8:52pm

Brooke Fletcher, Tajinder Singh Pooni, Lauren D Mathieu and 314 others like this.

View all 314 comments View all 36 shares

**T-Mobile USA**

One of America's greatest bands called it quits today. What's your favorite R.E.M. song? Do you use Slacker, or another application, to listen to music on your mobile phone?

**Slacker Radio - Android Market**
market.android.com
Slacker Radio is free, totally customizable radio with over 100 genre stations. Listen to free personalized radio on your Android device. Listen to over 100 expert-pro...

Like · Comment · September 21 at 4:35pm

Tajinder Singh Pooni, Jonathan Hernandez, Fabian Mendoza and 125 others like this.

View all 102 comments                                   View all 3 shares

**T-Mobile USA** added 6 new photos to the album BlackBerry Curve 9360.

**BlackBerry Curve 9360**

Like · Comment · September 21 at 9:10am

Ja Nebullen, Tajinder Singh Pooni, JustBlackberry Unlocks and 180 others like this.

View all 118 comments

**T-Mobile USA**

Yes, every smartphone – and tablet – and mobile broadband device – is on sale at T-Mobile!

Come celebrate value on Saturday, Sept. 24 at any T-Mobile retail store across the country, and pick up one of our exceptional devices on any of our company's Unlimited Value™ plans with 2GB or higher of full-speed data, on 2-year agreement. Mail-in rebate may apply.

Check out http://deals.t-mobile.com/phone-deals for more information.

**Wall Photos**

Like · Comment · September 20 at 9:40am

Justina Luvmoney Boiner, Shai Noluvlost, Nathaly Moithukshung and 419 others like this.

View all 198 comments                                   View all 229 shares

**T-Mobile USA**

Shiver me timbers! Click "Like" if yer talked like a pirate today in honor of "National Talk Like a Pirate Day." Aaaarrrrgggghhhh... here's a list of the top pirate-related applications for Android devices.

**Pirate Applications - Android Market**
market.android.com

Discover the latest apps and games. Purchase and enjoy instantly on your Android phone or tablet.

Like · Comment · September 19 at 4:36pm

Robin Kirby, Wesley Franklin, Jenn Foor and 318 others like this.

View all 40 comments                                    View all 15 shares

**T-Mobile USA**

Here's something that *may* make your Monday a little less painful: a list of the 25 best Android applications via our good friends at PC Mag.

**The 25 Best Android Apps**
www.pcmag.com

Smartphone owners running Google's OS need more than just a top ten list to stock their devices with the best programs for entertainment, productivity, reference, and more.

Like · Comment · September 19 at 8:06am

Ever Tovar, Wesley Franklin, Susan Michalik and 89 others like this.

View all 59 comments                                    View all 16 shares

**T-Mobile USA**

> The weekend has arrived for some, and is near for others. Click "like" if you'll use your phone to help organize some weekend plans. What Android applications will you use this weekend?
>
> Like · Comment · September 16 at 2:12pm
>
> Wesley Franklin, Divanshu Rishi, Andrew Peetoom and 370 others like this.
>
> View all 126 comments                                View 1 share


**T-Mobile USA**
$4,000 can go a long way, especially when it comes to helping others. If you had $4 grand to giveaway, what charity would you support? Recent 4G PayDay winners, Arvind S. would donate to preservation of open spaces, while Sue C. would help provide clean water in Africa.

Text START to 4444 to start playing today, and could be our next winner! For a list of known winners and official rules, visit http://t-mobile.com/4GPayDay.


**Wall Photos**

> Like · Comment · September 16 at 10:29am
>
> Wesley Franklin, Denzel Bibbs, Mark Buehler and 62 others like this.
>
> View all 96 comments                                View all 3 shares


**T-Mobile USA**
It's starting to feel like Fall in most parts of the country. Click "like" if you use your phone to check the weather at least once a day. What's your favorite weather application for Android?

> Like · Comment · September 15 at 11:16am
>
> Morgan Crabtree, Anthony Hogan Sr., Nancy Zona Ruiz and 1,281 others like this.
>
> View all 213 comments                                View 1 share


**T-Mobile USA**
This Friday, September 16, T-Mobile will take part in gdgt Live!, a free tech event in Chicago that is open to all ages. To celebrate our appearance, we'll be giving away exclusive, white T-Mobile G2x's to attendees at the show, and to our fans at home, via geek trivia on T-Mobile's Twitter account (@TMobile). Let us know what you think about these rare white G2x's.

Subject to Official Rules: http://blog.t-mobile.com/gdgt-live-chicago/

gdgt Live! Chicago: http://www.facebook.com/event.php?eid=128302653933395


**Wall Photos**

> Like · Comment · September 14 at 3:37pm
>
> Barbara Vaher, Daryoush Josenberger Hosseini, Antoine ChevyBoy Horton and 323 others like this.
>
> View all 173 comments                                View all 27 shares


**T-Mobile USA**
Click "like" if you use your phone to check for news headlines. What are some of your favorite news applications for Android?

> Like · Comment · September 13 at 4:30pm
>
> Rita Lamar, Tiffany Brown, Alicia A. Halberg and 1,248 others like this.
>
> View all 200 comments                                View 1 share


**T-Mobile USA**
We're extremely proud to take first and second place in PC World's Android Camera Shootout. Well done T-Mobile myTouch 4G Slide and HTC Sensation 4G. Well done.


**Android Camera Shootout: 13 Phones Put to the Test**
www.pcworld.com
"In our hands-on tests, the MyTouch 4G Slide wowed us with its multiple shooting modes and settings, its powerful flash, and its fast-reacting shutter."

Like · Comment · September 13 at 10:42am

Micah Watkins, Carolyn Riser, Elizabeth De Jesus Lopez and 232 others like this.

View all 66 comments                                    View all 2 shares

**T-Mobile USA**

Great news, movie lovers: The Netflix application for Android now runs on all Android 2.2 and Android 2.3 devices. Steaming movies via Netflix looks great on the HTC Sensation 4G's 4.3" qHD display.

**Netflix - Android Market**
market.android.com

Get Netflix on all Android 2.2 and 2.3 devices. Just download this free app and you can instantly watch TV shows & movies streaming from Netflix. • It's part of your …

Like · Comment · September 12 at 1:45pm

Tonyy Barajas, Brooke Fletcher, Keenan Yung Snuff Knight and 343 others like this.

View all 225 comments                                   View all 2 shares

**T-Mobile USA**

Together with so many of you across the country and the world, we're remembering September 11, 2001 and following the 911 Memorial in their effort to Honor. Remember. Unite.

Links to 911 Memorial for your information:

Web site: http://www.911memorial.org/

Facebook page: https://www.facebook.com/911memorial?v=app_148399668583981

**National September 11 Memorial & Museum | World Trade Center Memorial**
www.911memorial.org

The Memorial Museum is committed to offering useful educational programs and materials about the events of September 11, 2001. »

Like · Comment · September 11 at 9:01am

Elizabeth De Jesus Lopez, Maurice R Taylor, Emanuel Rolon and 422 others like this.

View all 19 comments

**Wesley Franklin** How does T mobile gets paid? just been thinking that?
September 24 at 5:40pm

Older Posts