1  MICHAEL J. BETTINGER (SBN 122196)
   IRENE YANG (SBN 245464)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, California 94111-5994
4  Telephone: 415.882.8200
   Facsimile: 415.882.8220
5  mike.bettinger@klgates.com
   irene.yang@klgates.com
6
   Of Counsel:
7  MICHAEL J. ABERNATHY
   BRIAN J. ARNOLD
8  K&L GATES LLP
   70 West Madison Street, Suite 3100
9  Chicago, Illinois 560602
   Telephone: (312) 372-1121
10 Facsimile: (312) 827-8000
   mike.abernathy@klgates.com
11 brian.arnold@klgates.com

12 Attorneys for *Amicus Curiae*
   T-MOBILE USA, INC.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                            SAN JOSE DIVISION
16

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* T-MOBILE REGARDING APPLE INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND FOR LEAVE TO APPEAR AT PRELIMINARY INJUNCTION HEARING** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Judge: Hon. Lucy H. Koh<br>Courtroom 8, 4th Floor |

*Amicus curiae* T-Mobile USA, Inc. ("T-Mobile") filed its Notice of Motion and Motion for Order Shortening Time on Motion for Leave to File Brief of *Amicus Curiae* T-Mobile Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at Preliminary Injunction Hearing ("Motion to Shorten Time") on September 27, 2011.  Having considered T-Mobile's Motion to Shorten Time and the authorities and evidence cited therein, and good cause appearing, T-Mobile's Motion to Shorten Time is hereby GRANTED as follows.

Apple shall file its response, if any, to T-Mobile's Motion for Leave to File Brief of *Amicus Curiae* T-Mobile Regarding Apple Inc.'s Motion for a Preliminary Injunction and for Leave to Appear at Preliminary Injunction Hearing on or before October 6, 2011.

IT IS SO ORDERED.

Dated:

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE