# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: September 28, 2011                    Time in Court: [10:01 to 11:24 (1:23)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc v. Samsung Electronics, Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Wesley Overson, Michael Jacobs, Richard Hung, Minn Chung
Defendant Attorney(s) present: Victoria Maroulis, Kevin Johnson, Brett Arnold

### PROCEEDINGS:
**Plaintiff's Motion to Compel (Doc. 247)**

Parties present oral arguments.

The Court takes matter under submission; written order after hearing to be issued.

///