1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

12
13
14
15
16
17
18
19
20

　　　　Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Documents in Support of its Opposition to Apple's Motion to Compel.

　　　　Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that information contained in the below documents has been designated as

21
22
23
24
25
26
27
28

02198.5185

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by both Apple and Samsung. Apple does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel (the "Chan Declaration");
2. Exhibits 10, 15-17 to the Chan Declaration;
3. The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion to Compel (the "Jenkins Declaration");
4. The confidential, unredacted version of the Declaration of Russell Wilkins in Support of Samsung's Opposition to Apple's Motion to Compel (the "Wilkins Declaration").

The Court further ORDERS that a redacted version of the Chan Declaration, the Jenkins Declaration, and the Wilkins Declaration shall be filed on ECF.

**IT IS SO ORDERED.**

DATED: _Ugrvgodgt"4:_, 2011

Hon. Paul S. Grewal
United States District Court Magistrate Judge