| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| JASON BARTLETT (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California  94105-2482 | 950 Page Mill Road |
| Telephone:  (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile:  (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

I, Jason Bartlett, do hereby declare as follows:

1.   I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's motion for administrative relief to exceed the page limits set by L.R. 7-4(b). Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2.   On Wednesday, September 28, 2011, I informed counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunication America, LLC (collectively, "Samsung") that Apple would be moving to exceed the page limit in connection with its Reply in support of its Motion for a Preliminary Injunction to be filed on Friday, September 30, 2011. (*See* Ex. A, Email from J. Bartlett to V. Maroulis, attached hereto.) The next day, counsel for Samsung refused to agree to Apple's request to file a 30-page reply brief. (*Id.*, Ex. B, September 29, 2011 Email from V. Maroulis to J. Bartlett.) The same day, counsel for Apple repeated its request and asked Samsung to reconsider its refusal. (*Id.*, Ex. C, September 29, 2011 Email from W. Overson to V. Maroulis.) Counsel for Samsung then responded by agreeing to Apple's request to file a 30-page Reply brief, contingent upon Apple's agreement to make available for deposition any Reply declarants. (*Id.*, Ex. D, September 29, 2011 Email from V. Maroulis to W. Overson.) Apple responded that Samsung's proposed approach was not responsive to its request, and that such depositions would conflict with the Court's scheduling order, but that it would meet and confer on the depositions after Samsung had reviewed the Reply declarations. Samsung was not satisfied with this response and declined to agree to the extension. (*Id.*, Ex. E, September 29, 2011 Email of W. Overson to V. Maroulis; Ex. F, September 29, 2011 Email of J. Bartlett to V. Maroulis; Ex. G, September 29, 2011 Email of K. Johnson to W. Overson.)

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on September 29, 2011 at San Francisco, California.

By: /s/ *Jason Bartlett*
         Jason Bartlett