Exhibit A

| | |
|---|---|
| **From:** | Bartlett, Jason R. |
| **Sent:** | Wednesday, September 28, 2011 7:42 PM |
| **To:** | Victoria F. Maroulis (victoriamaroulis@quinnemanuel.com); Sara Jenkins; 'melissachan@quinnemanuel.com' |
| **Cc:** | Overson, Wesley E.; Hung, Richard S. J. |
| **Subject:** | Apple v. Samsung - Motions related to PI Reply |

Counsel,

Apple plans to request leave to file a 30 page reply in support of the motion for preliminary injunction.  Apple also plans to file its reply and supporting papers under seal because it will contain information designated as confidential.

Will Samsung stipulate to the extra pages and the filing under seal?

Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA 94105
Direct: 415.268.6615