Exhibit C

| | |
|---|---|
| **From:** | Overson, Wesley E. |
| **Sent:** | Thursday, September 29, 2011 1:27 PM |
| **To:** | 'Victoria Maroulis'; Bartlett, Jason R.; 'Sara Jenkins'; 'Melissa Chan' |
| **Cc:** | Hung, Richard S. J.; 'Kevin Johnson'; McElhinny, Harold J.; Jacobs, Michael A. |
| **Subject:** | RE: Apple v. Samsung - Motions related to PI Reply |

Victoria,

We accomodated your request for an extra 15 pages on your opposition. We would ask that you reconsider and agree to this comparable request.

Jason is responding to your question about Reply declarations in a separate email.

Regards,
Wes

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Thursday, September 29, 2011 6:46 AM
**To:** Bartlett, Jason R.; Sara Jenkins; Melissa Chan
**Cc:** Overson, Wesley E.; Hung, Richard S. J.
**Subject:** RE: Apple v. Samsung - Motions related to PI Reply

Samsung concurs with filing under seal.

30 pages is excessive as it doubles Apple's reply, particularly considering that Samsung approved significant number of additional pages for Apple's moving papers. Solely to avoid motion practice, Samsung will agree to a reply brief of 25 pages.

I have not received a response to my correspondence regarding whether Apple will submit reply declarations. Please respond at your earliest convenience.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Bartlett, Jason R. [mailto:JasonBartlett@mofo.com]

**Sent:** Wednesday, September 28, 2011 7:42 PM
**To:** Victoria Maroulis; Sara Jenkins; Melissa Chan
**Cc:** Overson, Wesley E.; Hung, Richard S. J.
**Subject:** Apple v. Samsung - Motions related to PI Reply

Counsel,

Apple plans to request leave to file a 30 page reply in support of the motion for preliminary injunction. Apple also plans to file its reply and supporting papers under seal because it will contain information designated as confidential.

Will Samsung stipulate to the extra pages and the filing under seal?

Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA 94105
Direct: 415.268.6615

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------