Exhibit F

|   |   |
|---|---|
| **From:** | Bartlett, Jason R. |
| **Sent:** | Thursday, September 29, 2011 4:16 PM |
| **To:** | 'Victoria Maroulis' |
| **Cc:** | 'Kevin Johnson'; 'Michael T Zeller'; 'Todd Briggs'; 'Margret Caruso'; Overson, Wesley E.; Hung, Richard S. J.; Jacobs, Michael A.; McElhinny, Harold J.; 'Selwyn, Mark' |
| **Subject:** | RE: Apple/Samsung: Apple's reply brief |

Victoria,

Apple will be filing declarations in rebuttal to Samsung's Opposition papers tomorrow.  Because the Court's scheduling order of July 18 does not provide for depositions at this stage of the proceedings, your request calls for a modification of the existing schedule.  We believe that Samsung should first review Apple's reply declarations before we discuss whether a modification is appropriate.  If, after your review, Samsung believes it has grounds to request a modification of the schedule to allow for additional depositions, we should meet and confer on the issue.

Regards,

Jason

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, September 27, 2011 2:54 PM
**To:** Bartlett, Jason R.; Hung, Richard S. J.; Jacobs, Michael A.; McElhinny, Harold J.; Selwyn, Mark
**Cc:** Kevin Johnson; Michael T Zeller; Todd Briggs; Margret Caruso
**Subject:** Apple/Samsung: Apple's reply brief

Counsel,

Please confirm that Apple's reply brief which is due on September 30 will not be accompanied by reply witness declarations.  If Apple does intend to submit such declarations, please identify the dates next week on which these deponents will be available.  In asking for the deposition dates, Samsung does not in any way waive its right to move to strike such declarations or to seek any other appropriate relief from the court.

Best Regards,


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.