| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   5:11-cv-01846-LHK <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT** |

[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT
CASE NO. 4:11-CV-01846-LHK
sf-3051016

Having considered all of the papers filed in connection with Apple Inc.'s motion for administrative relief to exceed the page limit in connection with its Reply in support of its Motion for a Preliminary Injunction, the papers and records on file in this action, and other matters of which the Court may properly take judicial notice, the Court HEREBY ORDERS:

Apple's request for leave to file a Reply brief in excess of the limit under Local Rule 7-4(b), said brief not to exceed 30 pages (exclusive of the caption page, table of contents, table of abbreviations, and table of authorities), is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

HONORABLE LUCY H. KOH  
UNITED STATES DISTRICT COURT JUDGE