UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/4376095.1

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT**

1    On September 29, 2011, Plaintiff Apple Inc. ("Apple") moved for an order to extend the
2 page limit of its reply brief in support of its motion for a preliminary injunction.
3    Having considered the briefs and the arguments of the parties, and the entire file in this
4 action, the Court hereby DENIES Apple's motion.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Lucy H. Koh
United States District Judge