| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY RICHARD S. J. HUNG** |

NOTICE OF APPEARANCE OF RICHARD S.J. HUNG
CASE NO. 4:11-CV-01846-LHK
sf-3052301

1    PLEASE TAKE NOTICE that attorney Richard S.J. Hung of Morrison & Foerster LLP, a

2  member of the State Bar of California (CA SBN 197,425) and admitted to practice in this Court,

3  and whose contact information appears below, hereby enters an appearance as an additional

4  attorney of record for Plaintiff Apple Inc. in the above-captioned case.

    Richard S.J. Hung
    Morrison & Foerster LLP
    425 Market St.
    San Francisco, CA 94105
    Phone: (415) 268-7602
    Fax: (415) 268-7522
    Email: rhung@mofo.com

Dated:  September 30, 2011   MORRISON & FOERSTER LLP

           By:  /s/ *Richard S.J. Hung*
             RICHARD S.J. HUNG

           Attorney for Plaintiff APPLE INC.

NOTICE OF APPEARANCE OF RICHARD S.J. HUNG
CASE NO. 4:11-CV-01846-LHK
sf-3052301

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY RICHARD S.J. HUNG was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: September 30, 2011

By: /s/ *Richard S. J. Hung*
     RICHARD S.J. HUNG