| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Attorneys for Plaintiff<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.    11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT A TO THE REPLY DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

MANUAL FILING NOTIFICATION
CASE NO. 11-CV-01846-LHK
sf-3045115

1 **MANUAL FILING NOTIFICATION**

2

3  Regarding:     EXHIBIT A to the REPLY DECLARATION OF RAVIN BALAKRISHNAN,
4                 PH.D. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY
5                 INJUNCTION

6  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
7  office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For
8  information on retrieving this filing directly from the court, please see the court's main web site at
9  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10

11 This filing was not efiled for the following reason(s):

12

13 _____ Voluminous Document (PDF file size larger than efiling system allowances)

14 _____ Unable to Scan Documents

15 _____ Physical Object (description): _____

16 __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17 _____ Item Under Seal

18 _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

19 _____ Other (description): _____

20

21 Dated:    September 30, 2011              MORRISON & FOERSTER LLP

22

23                                          By:   /s/ Michael A. Jacobs
                                                  Michael A. Jacobs
24
                                            Attorney for Plaintiff
25                                          APPLE INC.

26

27

28

MANUAL FILING NOTIFICATION
CASE NO. 11-CV-01846-LHK                                                                            1
sf-3045115