# EXHIBIT I

Confidential Attorneys' Eyes Only
Outside Counsel

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

                  SAN JOSE DIVISION

3

4     APPLE INC., a California      Case No.
      corporation,

5                                   11-cv-01846-LHK

            Plaintiff,

6

      v.

7

      SAMSUNG ELECTRONICS CO.,

8     LTD., a Korean business
      entity; SAMSUNG ELECTRONICS

9     AMERICA, INC., a New York
      corporation; SAMSUNG

10    TELECOMMUNICATIONS AMERICA,
      LLC, a Delaware limited

11    liability company,

12          Defendants.

13          C O N F I D E N T I A L

14    A T T O R N E Y S'   E Y E S   O N L Y

15         O U T S I D E   C O U N S E L

16         VIDEOTAPED DEPOSITION

17        BENJAMIN B. BEDERSON, Ph.D.

18           Washington, D.C.

19      Saturday, September 17, 2011

20              9:30 a.m.

21

22    Job No. 41965

23

24    Reporter:  Linda S. Kinkade, RDR, CRR, RMR, CSR

25    Videographer:  Conway Barker

Confidential Attorneys' Eyes Only
Outside Counsel

Page 2

1

2

3

4

5          The following is the videotaped deposition

6   of BENJAMIN B. BEDERSON, Ph.D. held at the offices

7   of:

8

9

10          Morrison & Foerster

11          2000 Pennsylvania Avenue, N.W.

12          Washington, DC 20005

13

14

15

16          Taken pursuant to applicable Rules of Civil

17   Procedure, before Linda S. Kinkade, Registered

18   Diplomate Reporter, Certified Realtime Reporter,

19   Registered Professional Reporter, Registered Merit

20   Reporter, Certified Shorthand Reporter (CA), and

21   Notary Public, in and for the District of Columbia.

22

23

24

25

Confidential Attorneys' Eyes Only
Outside Counsel

Page 3

1    APPEARANCES:

2

3        On Behalf of Plaintiff APPLE INC., a

4    California corporation:

5            MICHAEL A. JACOBS, ESQUIRE

6            DEOK KEUN AHN, ESQUIRE

7            Morrison & Foerster

8            425 Market Street

9            San Francisco, California 94105

10

11

12

13

14        On Behalf of Defendant SAMSUNG ELECTRONICS

15    CO.:

16            ERIC HUANG, ESQUIRE

17            AARON KAUFMAN, ESQUIRE

18            Quinn Emanuel Urquhart & Sullivan

19            51 Madison Avenue

20            22nd Floor

21            New York, New York 10010

22

23

24

25

Confidential Attorneys' Eyes Only
Outside Counsel

1    me to explain what it does or how it does it?

2         Q.  Let's start with what it does.

3         A.  I believe that this finds the -- this

4    determines the bounds of an email header that

5    most overlaps with the specified cursor

6    rectangle, which is a -- in the application I

7    believe is a blue highlight.

8         Q.  So let's -- these will be concepts I

9    think we'll be using as we go through the rest

10   of the code, so let's make sure we understand

11   them clearly.  We talk about an email header.

12   We're talking about the actual set of characters

13   that is associated with an email on a list of --

14   on a list display of emails, correct?

15        A.  Is it all right if I just describe

16   what it does in my words?

17        Q.  Sure.

18        A.  So when you are zoomed into the email

19   tile application in X-node, one of the parts of

20   that display is a list of email headers where

21   each header is actually an image where the image

22   visually looks like the kind of information

23   commonly included in an email header, such as, I

24   believe, it includes who it's from and what the

25   subject is.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 30

1    So there is a list of these email headers

2    and there is also a partially transparent

3    highlight -- I'll just -- the code refers to it as a

4    cursor.  I'll just call it a highlight.  I think

5    that's -- that highlight can be moved up and down

6    among the different email headers, and the email

7    headers can be moved up and down under the highlight

8    in interaction of this application tile.

9    And so this code is given a particular

10   position of the list and a particular position of

11   the highlight.  It determines the rectangle -- the

12   rectangular bounds of a header that is the header

13   that is most under the highlight of which there is

14   only one.

15   Q.  And at this stage of the code all it's

16   going to do is answer that question, which

17   header is closest; it's not necessarily going to

18   take any action based on that decision.

19   Correct?

20        MR. HUANG:  Objection to the form.

21        THE WITNESS:  I don't believe that

22   this code has any what are sometimes called side

23   effects.  I believe all it does is return those

24   bounds, the calculated bounds.

25   BY MR. JACOBS:

Confidential Attorneys' Eyes Only
Outside Counsel

Page 56

1   their finger beyond a certain number of pixels,

2   the email list will then follow the finger up

3   and down.  As they move their finger up and

4   down, when the finger lets -- lifts off the

5   screen, the dragging will stop and specialized

6   method application specific method

7   SnapObjectToHighlight will be called.

8        Q.   And SnapObjectToHighlight is where?

9        A.   SnapObjectToHighlight is defined in

10  the class EmailAppNode.

11       Q.   So it's not in the code that we've

12  reviewed so far.

13       A.   Correct.

14       Q.   Let me see if I can sum this up.  We

15  have seen a determination made in this code, in

16  Exhibit 211, EmailListNode cs, we saw a

17  determination made of which header image is

18  closest to the cursor.  That was one of the

19  steps that early on in the code we saw, correct?

20            MR. HUANG:  Objection to form.

21            THE WITNESS:  We found a mechanism to

22  determine -- well, to compute the bounds and to

23  determine which email header node -- the

24  language I would use would be most overlaps the

25  highlight cursor.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 57

1  BY MR. JACOBS:

2      Q.  Most overlaps is the key there, right?

3      A.  Yes.

4          MR. HUANG:  Objection.

5          THE WITNESS:  That's the actual

6  calculation that gets computed.

7  BY MR. JACOBS:

8      Q.  And then another function we saw was

9  the function of determining whether the finger

10  or other input device has moved far enough such

11  that, depending on the constants that have been

12  input, the displayed item should itself move in

13  response to that input.

14          MR. HUANG:  Objection to the form.

15          THE WITNESS:  Since -- that way you

16  said was long.  Can I just try and restate the

17  same thing in my words?

18  BY MR. JACOBS:

19      Q.  Please.

20      A.  When the user moves their finger, the

21  email header list will follow their finger after

22  the finger has moved a certain definable number

23  of pixels.

24      Q.  And then when the finger -- when the

25  user lifts his finger, a function called

Confidential Attorneys' Eyes Only
Outside Counsel

Page 58

1    SnapObjectToHighlight is called.

2         A.  Correct.

3         Q.  And that's defined in, I believe it's

4    defined in Email.cs, which is Exhibit 212, if

5    you want to take a quick look at 212.  I promise

6    you we'll get a break in a second.

7              MR. HUANG:  Objection to the form.  Go

8    ahead.

9              THE WITNESS:  I think there was a

10   question that I was going to answer.  Can you

11   read back the question?

12   BY MR. JACOBS:

13        Q.  Yes.  Sure.  SnapObjectToHighlight

14   defined in Email.cs.

15        A.  So to clarify, assuming that Exhibit

16   212 is -- represents the contents of the file

17   Email.cs and that this is the file that I gave

18   to my counsel --

19        Q.  Yes.

20        A.  -- then, yes, that method is defined

21   inside of this source code.  And in looking at

22   this source code very briefly, I need to make

23   one further clarification to something I had

24   said.

25             I said that EmailAppNode appears to be the

Confidential Attorneys' Eyes Only
Outside Counsel

Page 64

1  then.  Can you describe what public

2  SnapObjectToHighlight at the bottom of page 29

3  does?

4       A.  Yes.  So this is the method that gets

5  called in the OnMouseUp method that I described

6  previously when the user lifts their finger off

7  the device after they finish dragging.

8       It takes two parameters, Node and Animate.

9  The first parameter that is passed in from the

10  caller OnMouseUp is DraggedNode, which I believe is

11  the node that was being dragged up and down, which I

12  believe is slidingNode -- refers back to slidingNode

13  in the original code.

14       And the second parameter is called Animate,

15  which is passed in as true.  So Animate is true.

16       So the definition of SnapObjectToHighlight

17  takes the overall email header list that is

18  displayed on the screen and moves it with animation

19  over time so that the email header object that most

20  overlaps the highlight cursor ends up completely

21  underneath the highlight cursor.

22       Q.  Can you explain how that occurs?

23       A.  Yes.  The first line determines the

24  bounds of the highlight cursor in the

25  appropriate coordinate system.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 78

1    BY MR. JACOBS:

2        Q.  And is it the very same code that

3    executes that functionality in the following two

4    conditions:  Condition 1, the cursor highlight

5    bar is between email header images in the list;

6    condition 2, the email header is in the white

7    display space underneath the last -- below the

8    last of the email headers in the list?

9            MR. HUANG:  Objection to the form of

10   the question.

11           THE WITNESS:  You used the word email

12   header where I think you meant highlight cursor.

13   BY MR. JACOBS:

14       Q.  I think I did, yes.  So let me ask it

15   again.  Maybe now that I have stated it orally I

16   can do it more clearly.

17       There are two possibilities for the email

18   highlight cursor to be out of alignment with

19   email headers.  One possibility is it's in

20   between email headers; the other possibility is

21   it's after the last of the email headers.

22   Correct?

23       A.  Yes.

24       Q.  Is it the exact same code that causes

25   the email header to snap into alignment with the

Confidential Attorneys' Eyes Only
Outside Counsel

Page 79

1    email cursor bar in either of those two cases?

2              MR. HUANG:  Same objection.

3              THE WITNESS:  So there is only one

4    code sequence of flow that performs snapping,

5    and that same sequence is used wherever the

6    email list is positioned vertically, including

7    when the bottom-most email header is above the

8    bottom of the screen.

9    BY MR. JACOBS:

10        Q.  And the -- it is possible that, when

11   the user lifts -- in the case of the depiction

12   on page 6 of your declaration -- when the user

13   lifts his finger, that the blue cursor bar and

14   email header image are in alignment, correct?

15             MR. HUANG:  Objection to the form.

16             THE WITNESS:  So at the time the user

17   lifts off, it's possible that one of the email

18   headers is already completely aligned underneath

19   the highlight cursor -- highlight cursor.

20   BY MR. JACOBS:

21        Q.  That's my question.

22        A.  Yes, that's possible.

23        Q.  So I think you did this before, but if

24   you could just again point us to the code that

25   tests whether that condition has been met.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 80

1      A.  Okay.

2      Q.  Or, to state the obvious, or that the

3   condition has not been met and that the snap

4   functionality must be invoked in order to create

5   alignment.

6           MR. HUANG:  Objection to the form.

7           THE WITNESS:  So I believe those --

8   the code does not distinguish between those two

9   conditions and it does exactly the same thing in

10  the case where the email header is already

11  aligned with the highlight.  It performs the

12  same animation over the same period of time, but

13  the calculated ydiff, the amount that it moves,

14  is zero.  And so it will actually do the code,

15  it will do the animation, it will render many

16  times with several in-between states, and those

17  in between states will all be the same.  So it

18  actually does do a kind of degenerate snapping.

19  BY MR. JACOBS:

20      Q.  So the calculation that needs to be

21  done in order to decide whether it's -- in order

22  to decide whether there is any kind of visual

23  movement that has to occur is the calculation of

24  ydiff?

25      A.  So ydiff calculates the amount of

Confidential Attorneys' Eyes Only
Outside Counsel

Page 81

1  movement.  If ydiff is zero, then the code

2  executed is the same, but the user will

3  experience that nothing changes on the screen.

4       Q.  Let's just go through again the

5  calculation of ydiff with that case in mind.  I

6  think that was on 212 at 28.

7       A.  On pages 28 and 29 there is the method

8  SnapPositionToObject, which we've already

9  discussed, and at the top on page 29, near the

10  top, it calculates ydiff to be

11  sourceRectangle.top minus Rectangle.Top.

12       So in this case where the top of the email

13  header is the same position as the top of the

14  highlight cursor, then these two top values will

15  be the same, whatever they are, and so when you

16  subtract one from the other, they will have the

17  value of zero.  Ydiff will then have a value of

18  zero.  Three lines later Matrix -- sorry -- the

19  OffsetY property of the Matrix variable gets

20  decreased by an amount whose value is ydiff.  If

21  ydiff is zero, then it won't be decreased.

22       So then, when it does the actual animation

23  by calling Animate to Matrix and it passes in that

24  Matrix variable, if Matrix has not been changed from

25  its initial value, then the result of calling

Confidential Attorneys' Eyes Only
Outside Counsel

Page 82

1   Animate to Matrix will be that nothing on the screen

2   changes position.

3       Q.  And then looking -- thinking about

4   this from the other end of the email list,

5   thinking about the top of the email list, is it

6   possible that the user ended his -- the user

7   experience with the blue bar -- by lifting the

8   finger at the point where the blue cursor bar is

9   above the first email header?

10          MR. HUANG:  Objection to the form.

11          THE WITNESS:  I don't recall.

12  BY MR. JACOBS:

13      Q.  Is there some -- is there something

14  that would stop that from happening?

15          MR. HUANG:  Same objection, objection

16  to the form.

17          THE WITNESS:  I haven't seen anything

18  in the code we looked at today that would stop

19  the highlight cursor from ending up above the

20  top-most email header.

21  BY MR. JACOBS:

22      Q.  And if there is no obstacle to that

23  occurring, then the same SnapTo functionality

24  should cause the blue bar to go to the top email

25  header, correct?

Confidential Attorneys' Eyes Only
Outside Counsel

Page 84

1    Do you see that?

2           A.   Yes, I do.

3           Q.   What's the reference to depending on

4    the degree of the over-pan?

5                MR. HUANG:  Objection, form.

6                THE WITNESS:  If in the example that's

7    described here with these images, for a concrete

8    example, if the user has dragged -- moves --

9    touches the screen, drags their finger up so

10   they are moving the email list up, and the

11   bottom-most email header is above the bottom of

12   the screen, if -- so this is the over-pan

13   position -- if they have over-panned to a degree

14   such that that bottom email header is partially

15   overlapping with the highlight cursor, then it

16   will snap back so that the bottom-most email

17   header is aligned with the bottom of the screen

18   in this situation.

19   BY MR. JACOBS:

20          Q.   And if -- so in order for the snap

21   back to occur, there must be some partial

22   overlap at the end -- when the user lifts his

23   finger?

24               MR. HUANG:  Objection to the form.

25               THE WITNESS:  If the -- it depends on

Confidential Attorneys' Eyes Only
Outside Counsel

Page 85

1    how much the bottom email header is above the

2    bottom of the screen.  So if it's -- that's why

3    I said, depending on the degree of the over-pan,

4    if the degree is such that there is some

5    overlap, then it will snap back.

6    BY MR. JACOBS:

7        Q.  And if the degree is such that there

8    is no overlap, what happens?

9        A.  I believe then it does not snap back.

10   Then I believe it just stays in that position.

11       Q.  And that's just a function of the

12   state of the code as -- let me start over again.

13       That is because the code in its -- in the

14   state in which you've provided it to us doesn't

15   have a case for no overlap or beyond overlap; is

16   that correct?

17       A.  Well, the code -- it does what it

18   does.  I mean, it does a very specific set of

19   features and interactions, as we talked about,

20   and that's what it does.  So --

21       Q.  Let me ask it this way.  Point us

22   where in the code the test is set forth in a way

23   that such that that constraint, that there must

24   be some overlap is present.

25       A.  So in Exhibit 212 --

Confidential Attorneys' Eyes Only
Outside Counsel

Page 86

1        Q.  Email.cs.

2        A.  -- Email.cs, pages 29 to 30, method

3    SnapObjectToHighlight, around the fifth line of

4    code it calls, GetIntersectingEmailItemBounds.

5    As we discussed earlier, this returns the

6    rectangle representing the bounds of the email

7    header that most overlaps the highlight cursor

8    implemented by that

9    GetIntersectingEmailItemBounds method.  If we're

10   in this condition where there is no email header

11   that overlaps -- sorry.  If we're in the

12   condition where the bounds of every email header

13   does not overlap the bounds of the highlight

14   cursor, then this method will return a

15   sourceRectangle whose value is empty.

16       The next line of code in

17   SnapObjectToHighlight says, if sourceRectangle is

18   not empty, then it calls SnapPositionToObject.  So

19   in the case we're talking about, sourceRectangle

20   would be empty and this SnapPositionToObject method

21   would not get called.

22       Q.  So I may not have been tracking your

23   description.  On the bottom of page 29, three --

24   well, four lines up from the bottom, if you

25   include the brace, there is if sourceRectangle

Confidential Attorneys' Eyes Only
Outside Counsel

Page 97

1    Microsoft in this time period.

2         Q.  And Amy Karlson was with you at HCIL?

3         A.  Correct, she was.

4         Q.  Same for Aaron Clamage?

5         A.  Correct, yes, he was.

6         Q.  Now, if you turn to paragraph 8, it

7    says, attached as Exhibit F is an executable

8    version of LaunchTile -- line 18, 19, 20 --

9    which is identical or substantially similar to

10   the version of LaunchTile that we demonstrated

11   in our video and discussed in our paper and

12   presentation at the CHI conference.  Do you see

13   that?

14        A.  I do.

15        Q.  The reference to the possibility that

16   it is substantially similar, what are you -- why

17   did you -- why might it not be identical but

18   only substantially similar to the version that

19   you demonstrated?

20             MR. HUANG:  Objection to the form.

21             THE WITNESS:  If you don't mind, I'm

22   just going to read this section of my

23   declaration to get the whole context.

24   BY MR. JACOBS:

25        Q.  Sure.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 98

1        A.   There is at least two reasons that I

2   said that.  One is that I recall that we stopped

3   development of LaunchTile after we submitted the

4   paper, and so -- and the -- we made the video at

5   the time that we submitted the paper.  So we

6   made the video with the version of the code that

7   was available right at the time we submitted the

8   paper.  We stopped development just about after

9   that time.  So I don't think there was any

10  further development.  And then, in addition, the

11  executable version that I attached works in the

12  same way that the video does, and so there

13  was -- I couldn't see any difference between the

14  executable that we ran and the demonstration in

15  the video.  So it's further corroboration with

16  my memory that these were all done

17  contemporaneously.

18       Q.   But the reason for the qualification

19  of substantially similar is what?

20       A.   That I don't have a precise time stamp

21  of that source code that correlates with the

22  video that shows that it was done exactly the

23  same day and that it was exactly the same code.

24       Q.   The source code control system that we

25  discussed earlier this morning could give you

Confidential Attorneys' Eyes Only
Outside Counsel

Page 103

1          THE WITNESS:  Inasmuch as it refers to

2     snapping and over-panning and under-panning,

3     yes.

4     BY MR. JACOBS:

5          Q.  Is there functionality in -- I need to

6     understand what that might exclude in your

7     declaration.  So if you take a look at

8     paragraphs 10 through 18, are there any

9     paragraphs that are describing LaunchTile that

10    you're unsure of how they apply to XNav?

11         A.  I'm going to have to read those

12    paragraphs.

13         So the features described in paragraphs 10

14    through 18 of my declaration LaunchTile and XNav

15    do in fact behave in identical or substantially

16    similar ways.

17         Q.  So, again, that phrase "substantially

18    similar" comes up.  Is there any respect in

19    which they are not identical?

20         A.  I'm not aware of any.

21         Q.  The phrase, "over-pan or under-pan

22    command," do you see that?

23         A.  Where are you referring to?

24         Q.  In paragraph 20.

25         A.  Yes, I do.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 113

BY MR. JACOBS:

Q.  Let me start over.  Can you please
demonstrate the case where the highlighting bar
is above the email list because you've pulled
the email list down and there is no overlap
between the highlighting bar and the top-most
email header?

MR. HUANG:  Same objection.

THE WITNESS:  Okay.  So I'm dragging
the email list down so that there is no overlap
between any of the email headers and the
highlight bar and then I let go.

MR. JACOBS:  Okay.  Thank you.

VIDEOGRAPHER:  Off the record at 1:34.

(Brief interruption.)

VIDEOGRAPHER:  Back on the record at
1:34:44.

BY MR. JACOBS:

Q.  Dr. Bederson, in your declaration you
refer to some other portions of code as
relevant, at paragraph 22 of your declaration.
I believe you have ShellForm in front of you,
yes, as Exhibit 213.  We have located the lines
that you referred to at paragraph 22, that being
line 746, 760 and 764 at page 19.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 113

1   BY MR. JACOBS:

2       Q.  Let me start over.  Can you please

3   demonstrate the case where the highlighting bar

4   is above the email list because you've pulled

5   the email list down and there is no overlap

6   between the highlighting bar and the top-most

7   email header?

8           MR. HUANG:  Same objection.

9           THE WITNESS:  Okay.  So I'm dragging

10  the email list down so that there is no overlap

11  between any of the email headers and the

12  highlight bar and then I let go.

13          MR. JACOBS:  Okay.  Thank you.

14          VIDEOGRAPHER:  Off the record at 1:34.

15      (Brief interruption.)

16          VIDEOGRAPHER:  Back on the record at

17  1:34:44.

18  BY MR. JACOBS:

19      Q.  Dr. Bederson, in your declaration you

20  refer to some other portions of code as

21  relevant, at paragraph 22 of your declaration.

22  I believe you have ShellForm in front of you,

23  yes, as Exhibit 213.  We have located the lines

24  that you referred to at paragraph 22, that being

25  line 746, 760 and 764 at page 19.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 115

1  right near the second line from the bottom, and

2  those are the three lines that are referred to

3  in my declaration.

4       Q.  Can you explain what the code is doing

5  on page 20?

6            MR. HUANG:  Objection to the form.

7            MR. JACOBS:  Actually it was a good

8  objection.

9  BY MR. JACOBS:

10       Q.  Can you explain what the code on page

11  20 is doing?

12            MR. HUANG:  Same objection.

13            THE WITNESS:  So the code on pages 19

14  through 21 are -- all implement a method called

15  OnMouseUp.  OnMouseUp is part of a class called

16  LaunchPointListener, which is a subclass of Ppan

17  EventHandler.  The class in general supports

18  dragging and snapping in the Zone view.  The

19  method in question, OnMouseUp, gets called when

20  the user lifts their finger off the screen after

21  they have finished dragging.

22       And the particular part of the code we're

23  looking at examines what kind of dragging was

24  being done, in particular, there is a condition

25  around line 7 on page 20 that says:

Confidential Attorneys' Eyes Only
Outside Counsel

Page 116

1    If direction equals horizontal -- I'm just

2  paraphrasing this code to make it easier to

3  understand -- then it executes one body of code.

4    So this means, if the user was dragging

5  the zones horizontally, that is, left to right,

6  then there is another conditional that I

7  interpret as meaning, if the user has dragged

8  more than one-sixth of a screen width, then it

9  does one thing, and the thing that it does is it

10  will snap to the next Zone in the direction that

11  they were moving, and that is partially

12  displayed on the screen.  If that condition was

13  false, that is, if they dragged less or equal to

14  one-sixth of a screen width, then it would call

15  AdjustToCurrent, which I believe will end up

16  resulting in the Zone snapping back to the Zone

17  that the user started out in.

18    I'm still answering this question.  That

19  was the case for if the user was dragging

20  horizontally.

21    The next conditional is if the user was

22  dragging vertically, and it does parallel code for

23  snapping forward or backward.  And then there is a

24  condition if they were dragging neither horizontally

25  nor vertically, then it would snap back to the Zone

Confidential Attorneys' Eyes Only
Outside Counsel

Page 117

1    they started out at.

2          Q.   Where is that last case coded?

3          A.   It's the last three lines of page 20

4    where it says, else, open brace,

5    landscape.AdjustToCurrent (true) and then closed

6    brace.

7          Q.   So that's if neither the width nor the

8    height condition are satisfied, then it leaves

9    that possibility; is that the way that works?

10         A.   Right.   If the user had dragged

11   neither horizontally nor vertically.

12         Q.   So camera.ViewBounds.width or

13   camera.ViewBounds.height, those are variables?

14         A.   Not quite.

15         Q.   What are they?

16         A.   Those are compound statements.   Camera

17   refers to a variable which represents the camera

18   of the system.   ViewBounds is the bounds of what

19   the camera sees and the width -- sorry.   Let me

20   see if I can say that more clearly.

21         ViewBounds is the bounds of the portion of

22   the abstract space that is displayed on the

23   screen.

24         Q.   In the -- when you and I were

25   discussing the email application of the snap

Confidential Attorneys' Eyes Only
Outside Counsel

Page 124

1      A.   I believe that OnMouseUp gets called

2   for each -- not for each -- for many different

3   positions of the finger while the finger is

4   being dragged that include arbitrary positions

5   on the screen, so the finger -- it can report

6   positions or positioning includes an X and a Y

7   position that can be any position on the screen.

8      Q.   And how does it -- can you explain how

9   the code is treating the second phase of the

10  three-step interaction -- interaction

11  sequence -- that you discussed?

12     A.   This code we're talking about is

13  OnMouseUp, so this actually refers to the third

14  part of the interaction sequence when the user

15  lets go of the mouse -- or lets go of the

16  screen.   Excuse me.

17     Q.   So the calculation of one-sixth of

18  this screen width I understood your testimony to

19  be that that's the -- I think I misunderstood

20  your testimony.   Now I see what's going on.

21      This one-sixth of the screen width that's

22  being referred to is a comparison of one-sixth

23  of the screen width with the amount of the --

24  the width of the tile, correct?

25     A.   So in this long statement that we're

Confidential Attorneys' Eyes Only
Outside Counsel

Page 125

1   talking about on page 20, inside the horizontal

2   condition, if Math.Abs,

3   MousePressedCanvasPoint --

4           THE REPORTER:  If you would read

5   slower.

6           THE WITNESS:  Sorry.  Let me restate

7   that.  Just to make sure we're -- to be clear,

8   in this statement that begins if Math.Abs

9   (MousePressedCanvasPoint.X minus

10  e.CanvasPosition -- sorry -- CanvasPosition.X,

11  right parenthesis, greater-than sign, left

12  parenthesis, camera.ViewBounds.width/ 6, right

13  parenthesis, in this line that we're talking

14  about, that last part,

15  camera.ViewBounds.width/6, refers to one-sixth

16  of the total display of the width of the screen.

17  BY MR. JACOBS:

18      Q.  And that -- and the comparison is of

19  one-sixth of the total display of the screen to

20  what?

21      A.  So the other side of the condition is

22  the difference between the point the user

23  touched down on the screen and the current

24  point, which is at this point in the code

25  sequence is when the user lifted off on the

Confidential Attorneys' Eyes Only
Outside Counsel

Page 126

1    screen.

2         So this is saying between the time the

3    user has touched down and the time the user has

4    lifted up, this looks at how much -- what the

5    difference is in horizontal position on the

6    screen of the finger's -- of the finger, and it

7    compares that to one-sixth of the width of the

8    screen.

9         Q.  So this algorithm depends on the first

10   step and the last step of the interaction

11   sequence and not on the intermediate phase of

12   the interaction sequence, correct?

13        A.  Not quite.  And the reason is because

14   this condition only gets executed if the

15   direction is horizontal that was computed in a

16   previous step.  So this is -- this code gets

17   executed only for the particular user

18   interaction sequences where the application has

19   determined that they are moving horizontally.

20        Q.  If the -- step one of the interaction

21   sequence is finger is -- touches on the screen

22   at location X/Y and step -- and then in between,

23   in the middle phase of the interaction sequence,

24   the finger moves to the left and then back --

25   right to X/Y, is the amount of movement that is

Confidential Attorneys' Eyes Only
Outside Counsel

Page 128

1   think I quite understood.

2   BY MR. JACOBS:

3        Q.  So the landing position of the finger

4   and the finger-up position are identical, but in

5   between the user went back and forth diagonally.

6            MR. HUANG:  Same objection.

7            THE WITNESS:  So the code we're

8   talking about right now only executes if the

9   direction variable is horizontal.  So we haven't

10  yet talked about how that might come to be.  In

11  the case that the direction is horizontal, if

12  they press -- the user touched down, they moved

13  in such a way that direction ended up being

14  horizontal, and then they also had some diagonal

15  or other movement and then came back to the

16  ending point, the direction was still

17  horizontal, then this calculation would still be

18  zero.

19  BY MR. JACOBS:

20       Q.  So I may need to ask you how the

21  horizontal condition is measured.

22       A.  All right.  So I'm going to have to

23  refresh my recollection by looking at some code

24  to answer that question.

25           Okay.  So going back to page 15 in this same

Confidential Attorneys' Eyes Only
Outside Counsel

Page 129

document, Exhibit 213, ShellForm.cs, we've been
talking about the class LaunchPointListener, which
is a subclass of PPanEventHandler.  And I've already
described this code as generally supporting the
dragging and snapping features in the Zone view.

The second method in this class, at the
bottom of page 15, is a method called
ShouldStartDragInteraction.  I believe this method
gets called to determine when the user is at the
beginning of the interaction sequence -- sorry --
when the user has first started dragging during the
second part of the interaction sequence, whether the
visual display on the screen should start tracking,
should start dragging underneath the figure.

With the expectation -- the way this code is
written is that for the first few -- first some
number of pixels of finger movement it does not
follow the finger.  It just -- nothing happens at
all.  And then after the finger has moved a certain
number of pixels, has -- more than some threshold,
after which the dragging interaction starts -- the
dragging feature starts.  So that's implemented in
this ShouldStartDragInteraction.  And that
particular constant, the number of pixels the finger
must move, is determined by this constant click

Confidential Attorneys' Eyes Only
Outside Counsel

Page 130

1    underscore threshold, which is defined elsewhere.

2           So until the finger has moved enough, that

3    dragging has started, until that point essentially

4    nothing happens on the screen.  And, in particular,

5    there is a method starting on page 16 entitled

6    "Pan."  This Pan method gets called whenever the

7    user is in the second phase of interaction and they

8    are dragging their screen and that threshold has

9    been reached, that is, they have moved their fingers

10   more than this threshold.

11          So once the screen starts following the

12   user's finger, then Pan gets called.  The first

13   thing Pan does is it looks at a variable called

14   Direction.  Direction was initialized on page 15 in

15   the beginning of the declaration of

16   LaunchPointListener class, around the middle of the

17   screen, to be equal to a constant called none,

18   meaning there was no direction initially specified.

19          So going back to the Pan method on page 16,

20   the first thing this Pan method does is it says, if

21   direction is none, then it compares how much the

22   current position of the finger has moved in the Y

23   direction, that is, vertically, compared to how much

24   it has moved in the X direction, that is,

25   horizontal.  If it has moved more vertically than

Confidential Attorneys' Eyes Only
Outside Counsel

Page 133

1   display of finger movement from the beginning to

2   the end of the interaction sequence, that

3   movement, what defines the end point of that

4   movement?

5       A.  I'm sorry.  I don't think I understand

6   the question.

7       Q.  On page 20, if there is more

8   horizontal movement than one-sixth of the screen

9   width, then the additional movement occurs,

10  correct, beyond the movement that -- beyond the

11  movement that was in place when the finger was

12  lifted off the screen.

13      A.  I'm sorry.  I don't think -- what you

14  said doesn't make sense to me.

15      Q.  So what happens on page 20 in the --

16  with the horizontal condition being satisfied

17  and finger movement of greater than one-sixth of

18  the screen display size?

19      A.  So if we've gone through this three

20  steps of interaction, the user has touched down,

21  they have dragged more than a threshold, this

22  system has determined that they have been

23  dragging in a more horizontal than vertical

24  direction, and then the user lifts their finger

25  off the screen, at the time the finger lifts off

Confidential Attorneys' Eyes Only
Outside Counsel

Page 134

1   the screen this OnMouseUp method is called.  If

2   it is determined that the amount that they have

3   moved their finger horizontally -- sorry -- if

4   the horizontal amount that they had moved their

5   finger in this drag sequence is greater than

6   one-sixth of the screen, then the contents of

7   this "if" condition will get executed.

8   Otherwise, the "else" condition will get

9   executed.

10      Q.  And when the "if" condition is

11  executed, what happens?

12      A.  So in the case that it was positive,

13  so either has moved more than one-sixth of the

14  horizontal -- let me restate that.  If the user

15  has moved their finger horizontally more than

16  one-sixth of the screen width, then it looks to

17  see if the user had been -- dragged their finger

18  to the right of the starting point or to the

19  left of the starting point.

20      In the case that they had dragged their

21  finger to the right of the starting point, it

22  calls the NavigateRight method.  If they had

23  dragged their finger to the left of the starting

24  point, it calls the NavigateLeft method.

25      Q.  Is the NavigateRight method present in

Confidential Attorneys' Eyes Only
Outside Counsel

Page 135

1   the ShellForm.cs code?

2          A.   I don't believe so.

3          Q.   What does the NavigateRight method do?

4          A.   My recollection is that it will

5   Animate the screen to the next Zone to the right

6   if there is one.

7          Q.   And when you say Zone, what is the --

8   what is the Zone in the code?  What defines the

9   beginning and end of a Zone in the code?

10             MR. HUANG:  Objection to the form.

11             THE WITNESS:  There is a

12   correspondence in the data structures of the

13   code between what we refer to in the user

14   experience as a Zone.  So there is a data

15   structure in the code that represents each of

16   the nine Zones.

17   BY MR. JACOBS:

18          Q.   In the case in which the finger

19   movement in the interaction sequence is less

20   than one-sixth of the screen dimension, whether

21   it's horizontal or vertical, what does the code

22   do?

23             MR. HUANG:  Objection to the form.

24             THE WITNESS:  If you don't mind, I'm

25   just going to answer for the horizontal just to

Confidential Attorneys' Eyes Only
Outside Counsel

Page 144

1   sets a callback method so that when the activity is

2   completed it calls a method called

3   PanToTileFinished.  It sets a property to say that

4   ShowThumbs equals true and SlowInSlowOut should be

5   false.

6        This whole big, long conditional ends, and

7   the last four lines of this long method are

8   executed, which sets some values -- I don't know

9   what they mean -- ActiveQuad equals tile; ActiveApp

10  equals null, commented out line, and then another

11  method tile.XNav.AnimateToMode, and I do not know

12  what this line does.

13       After this method returns, this was the

14  activate method, and the whole calling sequence of

15  other methods that resulted in this getting called,

16  at that point this activity which had been scheduled

17  will start and the animation will occur on the

18  screen, and there will be the visual snapback that

19  I've referred to.

20       Q.  In the case where the greater-than

21   one-sixth test has been met and it's a -- and

22   the horizontal-movement test has been met, and

23   so it's -- greater than one-sixth of the

24   horizontal-screen width has been met, and you

25   are -- but in the direction in which you have

Confidential Attorneys' Eyes Only
Outside Counsel

1    moved there are no more tiles, what happens?

2         A.  So do you mean from the user

3    experience or from the code?

4         Q.  Let's start from the user experience.

5         A.  So just to clarify, if you -- I think

6    the situation you described cannot happen

7    actually.

8         Q.  So you can't move past -- you can't

9    pull an edge of a Zone -- probably better to

10   create an example.

11        If you have a Zone on a screen and on the

12   right edge of the screen or the right edge of the

13   Zone there are no more tiles --

14        A.  Can we say Zones?  There are no more

15   Zones?

16        Q.  No more Zones, and, hence, no more

17   tiles, right, because tiles fill a Zone?

18        A.  Yes.

19        Q.  So to the right -- to the right of the

20   Zone on the screen there is not another Zone,

21   and the finger movement is more than 20% in a

22   horizontal dimension of the screen width to the

23   left, the Zone image does not move.

24             MR. HUANG:  Objection to the form of

25   the question.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 146

1         THE WITNESS:  I'm not sure -- I

2    understood everything you said except for the

3    20% part.

4    BY MR. JACOBS:

5         Q.  Okay.  Actually I think it's

6    regardless of whether it's 20%.  If there is

7    no -- if the Zone is filling the screen and to

8    the right of the Zone there is not another Zone

9    and the finger movement is to the left, does

10   the -- regardless of whether it's 20% of the

11   screen width or not, does the image of the Zone

12   move to the left with the finger?

13        A.  I believe in the set situation it will

14   not.

15        Q.  And what prevents that from happening?

16        A.  In the code?

17        Q.  Yes.

18        A.  I do not know.

19        Q.  So let's take a look back at

20   ShellForm.  There is a functionality called

21   protected override void OnDrag.

22             MR. HUANG:  Do you have a page?

23             MR. JACOBS:  Yes.  I believe it's page

24   17.

25             THE WITNESS:  I see the OnDrag method

Confidential Attorneys' Eyes Only
Outside Counsel

Page 148

1  panning or attempting to pan the screen.

2      Q.  And how does it -- what happens when

3  there is no, in our case, where there is no Zone

4  to the right?

5      A.  I'm just going to look at this code

6  for a moment.  I'll figure this out in another

7  minute so that it will settle.

8      Q.  Not a problem.

9      A.  To be honest, I'm having a little

10  trouble understanding exactly how this code

11  works.  My interpretation of the code is not

12  consistent with how it behaved, so I'm likely

13  misunderstanding something here.

14      Q.  Let me come at the topic this way.  It

15  is the case, as we discussed, that you can't

16  cause the Zone to move to the left when the

17  right-most boundary of the Zone does not have

18  adjacent to it on the right another Zone,

19  correct?

20          MR. HUANG:  Objection to the form.

21          THE WITNESS:  I think -- let me

22  just --

23  BY MR. JACOBS:

24      Q.  Say it your way.

25      A.  There is a grid of 3x3 Zones that's

Confidential Attorneys' Eyes Only
Outside Counsel

1    fixed in the code.  So if you were in the

2    right-most column, that is, any of the three

3    right Zones, and you try and drag to the left,

4    you will not be able to drag to the left.

5         Q.  Why?  Why did you design it that way?

6              MR. HUANG:  Objection to the form.

7              THE WITNESS:  I don't recall our

8    thinking in that specific design decision.

9    BY MR. JACOBS:

10        Q.  Was it a design decision?

11             MR. HUANG:  Objection to the form.

12             THE WITNESS:  Or possibly a lack of a

13   design decision.  I don't remember what our

14   thinking was for that particular interaction

15   detail.

16   BY MR. JACOBS:

17        Q.  The source code for LaunchTile, were

18   you able to locate that?

19        A.  No, I was not.

20        Q.  Any idea what happened to it?

21        A.  Well, I know that Amy Karlson was

22   primarily responsible for writing it.  I believe

23   she managed source code, and I don't think I

24   probably followed it in that much detail.  So

25   that's why I -- when I looked, I didn't have it,

Confidential Attorneys' Eyes Only
Outside Counsel

Page 158

1           MR. HUANG:  Objection to the form.

2           THE WITNESS:  I wouldn't characterize

3    it that way, but LaunchTile runs on the pocket

4    PC platform.  And we had a number of different

5    devices from different manufacturers over the

6    years, so I don't remember which specific one we

7    showed on that day.

8    BY MR. JACOBS:

9           Q.  Paragraph 20 says, XNav was meant to

10   run on different mobile touchscreen devices and

11   on different operating systems than LaunchTile.

12   Do you see that?

13          A.  Yes, I see that.

14          Q.  So which operating system was

15   LaunchTile intended for?

16          A.  LaunchTile was intended for pocket PC,

17   and, I believe, and Windows mobile platforms,

18   and XNav was intended for the Windows XP and

19   desktop operating systems.  I think we tested it

20   on Windows XP.

21          Q.  Do you recall any specific

22   demonstrations that you did of LaunchTile at the

23   HCIL symposium in 2005 May?

24          A.  Do you mean do I specifically have a

25   recollection of me, sort of mind's eye, showing

Confidential Attorneys' Eyes Only
Outside Counsel

Page 159

1    it to an individual?

2         Q.   Exactly.

3         A.   No, I cannot think of a specific one.

4         Q.   On paragraph 20 -- sorry -- on

5    paragraph 25 you -- the declaration says that

6    your team presented our work, which included

7    LaunchTile and its user interface features

8    including the snap and panning features

9    discussed above.  Do you see that?

10        A.   Yes, I do.

11        Q.   And what do you recall specifically of

12   demonstrations or discussions of the snap and

13   panning features discussed above in your

14   declaration?

15        A.   I think I -- I got confused in your

16   question, if you don't mind repeating it.

17        (Record read.)

18        THE WITNESS:  So I recall in the

19   presentation we showed the video, and the video

20   included the panning features and at least some

21   of the snap features, and I recall generally

22   demonstrating the software -- I recall both me

23   and Amy generally demonstrating the software --

24   at least me and Amy.  There may have been others

25   as well.  Aaron Clamage probably was there as

Confidential Attorneys' Eyes Only
Outside Counsel

Page 160

1    well demonstrating it.  So that's what I recall.

2    BY MR. JACOBS:

3        Q.  Were you demonstrating the software in

4    a live basis in conformance with what was

5    demonstrated on the video?  Were you trying to

6    map what was on the video to your live

7    demonstration?

8            MR. HUANG:  Objection to the form.

9            THE WITNESS:  No.  The video was a

10   short, you know, narrow summary, and when we

11   gave live demos it was much more casual.  We

12   would typically hand the device over to whoever

13   we were showing it to, let them do whatever they

14   want, ask us any questions.  They had already

15   seen the video, so they typically would want to

16   go beyond that.

17   BY MR. JACOBS:

18       Q.  Do you recall anything specifically

19   being demonstrated in May 2005 that wasn't in

20   the video?

21       A.  I don't recall the specific details of

22   what was or was not shown to any specific

23   individual.

24       Q.  Let me show you an email that you

25   produced to us.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 172

1      A.  I don't recall having any disagreement

2  with that.

3      (Exhibit No. 217 marked for

4  identification.)

5  BY MR. JACOBS:

6      Q.  217 is another email that may fall

7  into the category of a response, although it's

8  not in a string with John's email.  It may

9  refresh your recollection.  So 217 is an email

10  from you to John SanGiovanni dated August 25th,

11  2005, subject, LaunchTile source, and in this

12  email you give him a location from which he can

13  download the source code for LaunchTile for the

14  desktop.  Do you see that?

15      A.  Yes, I see that.

16      Q.  And then you must have sent him an

17  email so that he could decrypt an encrypted

18  file, correct?

19      A.  That's implied by this email.

20      Q.  And the reason it was encrypted was

21  what?

22      MR. HUANG:  Objection to the form.

23      THE WITNESS:  I think I vaguely --

24  well, I guess I can't remember.  I don't have a

25  specific recollection of why I would have

Confidential Attorneys' Eyes Only
Outside Counsel

Page 173

1    encrypted it.

2    BY MR. JACOBS:

3         Q.  Do you have a general sense of why you

4    were encrypting files that you were maybe -- the

5    files in particular that you were sending to

6    Microsoft?

7         A.  I guess the reason I hesitate is I

8    don't remember whether this was my request or

9    somebody else's request.  If it was somebody

10   else's request, then it was because they

11   requested it, and if it was at my initiation, I

12   guess I thought it was a good idea at the time.

13   I just don't really remember why.

14        Q.  You do recall Microsoft receiving the

15   code.  I think you said a few minutes ago that,

16   when I asked you what became of LaunchTile, that

17   at least you transmitted the code, I guess,

18   maybe to be precise about what you said.  Did

19   Microsoft receive the code?

20        A.  I guess I assume they received the

21   code and there may have even been follow-up

22   emails or other communications.  I don't have a

23   specific recollection of them representing that

24   they received the code.

25        Q.  So to expand from that slightly, you

Confidential Attorneys' Eyes Only
Outside Counsel

Page 174

1    don't have a recollection of them saying, we got

2    the code, we tried it out, it works really well

3    here, we like it, something like that?

4         A.  I don't have any specific

5    recollection.

6         Q.  How about a general -- any general

7    recollection of their reaction to the product

8    when you -- assuming you delivered it to them?

9         A.  Well, they had already been familiar

10   with it.  This was a year later.  The conference

11   had already come and gone.  So I wouldn't -- so

12   the answer is, I guess, no.

13        Q.  Let me show you a couple more emails.

14   This is going back in time again.

15        (Exhibit Nos. 218, 219 and 220 marked for

16   identification.)

17   ███████████████      REDACTED

18        █████  ██████████████████████████

19   ████████████████████████████

20        █████  ███████████████████████████████

21   ██████

22        █████  ██████

23        █████  ██████

24        █████  ████████████████████████████

25   ██████████████████████████████████████████

Confidential Attorneys' Eyes Only
Outside Counsel

Page 181

1    part of the thread so I can make more sense of

2    that?

3         Q.  Sure.

4         A.  Okay.

5         Q.  Looking at John SanGiovanni's email to

6    you of May 17th, 2005, Re Enhanced LaunchTile

7    PowerPoint, he says, thanks, yes, making great

8    progress on the IP licensing front.  I convinced

9    MSR -- I believe that's Microsoft Research,

10   correct?

11        A.  Probably.

12        Q.  -- to let me write up the LaunchTile

13   shell concepts together with some of Daniel

14   Robbins' ZoomZone claims into a patent.  I'm

15   anxious to see what the U.S. Patent Office

16   thinks.

17        Do you see that?

18        A.  I do.

19        Q.  What information do you have beyond

20   this email on that patent application?

21        MR. HUANG:  Objection to the form of

22   the question.

23        THE WITNESS:  I believe they had filed

24   an application that is on the -- I believe that

25   there is -- I believe Microsoft has filed an

Confidential Attorneys' Eyes Only
Outside Counsel

Page 182

1  application for some of the things related to

2  LaunchTile and this other project that was going

3  on at Microsoft at the time, ZoneZoom.

4  BY MR. JACOBS:

5      Q.  And what was ZoneZoom?

6      A.  My general recollection is that it

7  included the idea that you could break a

8  cellphone user interface into a 3x3 grid and map

9  it to the 3x3 grid of a typical 1 through 9

10 NumPad so that you could press one of the

11 numbers on the numerical keypad and have that

12 interact with the grid on the visual display.

13         MR. JACOBS:  Why don't we take a

14 break.

15         VIDEOGRAPHER:  This is the end of tape

16 4.  Off the record at 3:29.

17         (Proceedings recessed.)

18         VIDEOGRAPHER:  This is the beginning

19 of tape 5 in the deposition of Dr. Bederson.  On

20 the record at 3:47.

21 BY MR. JACOBS:

22      Q.  Dr. Bederson, how are you being

23 compensated for your work on this case?

24      A.  How?  At an hourly basis, based on the

25 number of -- the amount of time I have put into

Confidential Attorneys' Eyes Only
Outside Counsel

Page 183

1    work on this case.

2         Q.  What is your hourly rate?

3         A.  $450 an hour.

4         Q.  And that is the rate that you have in

5    your understanding, your agreement, with Quinn

6    Emanuel on behalf of Samsung?

7         A.  Yes, I believe it is.

8         Q.  How many hours have you worked so far

9    on the case?

10        A.  I don't recall exactly.

11        Q.  Roughly?

12        A.  Maybe 40 or 50.

13        Q.  Your understanding is that your work

14   in this case is as a fact witness, correct?

15        A.  That's my understanding.

16        Q.  You haven't been asked to form any

17   expert opinions on the relationship between what

18   you did and Apple's patents, correct?

19        A.  Correct, I have not.

20        Q.  Have you looked at the Apple patent

21   that Samsung is asserting your work against?

22        A.  I've reviewed it.

23        Q.  But not formed any opinions at

24   Samsung's request on the relationship between

25   your work and the patent, correct?

Confidential Attorneys' Eyes Only
Outside Counsel

Page 189

1    dragging a Zone, does the blue dot move with the

2    Zone?

3         A.  No.  The blue dot stays in the center

4    of the screen.

5         Q.  And that's in fact, if we go back to

6    the demonstration, we would see that, correct?

7         A.  Correct.

8         Q.  So blue remains centered, the Zone

9    moves, and, as it says here in the article, each

10   Zone is depicted with an empty center hub during

11   dragging, correct?

12        A.  Correct.

13        Q.  And then, upon thumb release, the zoom

14   space animates to align, I guess, leaving aside

15   the 20% issue, what it might have said is, upon

16   thumb release, the zoom space animates such that

17   the zoom space is aligned with blue, right?

18   Blue didn't move.

19        A.  Correct.  It doesn't actually say that

20   blue moves in this, but I agree that it is

21   written in a slightly awkward way.  It says the

22   zoom space animates, so it's pretty clear that

23   the zoom space is the thing that's animating and

24   it results in the zoom space being aligned with

25   blue, but the way it's written is to align with

Confidential Attorneys' Eyes Only
Outside Counsel

Page 190

1  blue, so it's just very -- perhaps slightly

2  awkward, but I think the meaning is pretty

3  clear.

4      Q.  Okay.  So what we are saying here is,

5  upon thumb release, the zoom space animates such

6  that the specified zone's empty hub is aligned

7  with blue, specified by the virtue of the 20%

8  rule.

9      A.  Well, you said 20%.  I think dividing

10  by 6 --

11      Q.  Oh, you're right.

12      A.  That's why I was confused.  It's not

13  quite 20%.  This described the interaction in

14  terms of hubs.  The effect is exactly the same

15  as if we had said center the Zone on the screen

16  because of the fact that the blue dot is

17  centered on the screen and because of the empty

18  center hub is centered within the Zone.  So it's

19  described in a different way.  The effect is the

20  same.

21      Q.  And the next sentence, the visual and

22  animated guidance ensures the user is never

23  caught between zones, what is that sentence

24  driving at?

25      A.  Actually it says automated guidance,

Confidential Attorneys' Eyes Only
Outside Counsel

Page 198

1      Then at time 1:15 seconds the user again

2  touched the screen, dragged down, let go, which

3  resulted in snapping forward to the Zone above.

4      And that's the end of the video.

5  BY MR. JACOBS:

6      Q.  In either of the videos did we see the

7  activity that's described in paragraph 14 of

8  your declaration?

9      A.  Neither video showed the activity

10  described in paragraph 14 of my declaration.

11      Q.  And that's what your declaration calls

12  the under-panning case, correct?

13      A.  I don't think -- paragraph 14 doesn't

14  use that term, but I believe this describes the

15  concept that was described earlier as

16  under-panning.

17      Q.  And to get back to the way the source

18  code works, that's the case where in the

19  three-stage interaction sequence where, after

20  landing on the screen, the finger is moved less

21  than 20% in the relevant direction -- sorry --

22  yes, less than one-sixth in the relevant

23  direction such that there is what the

24  declaration describes as a snapback.

25      A.  Correct.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 204

1    LaunchTile is motivated by the idea that, if

2    there are some places that are convenient for

3    the interface to go to, then you should make the

4    interface naturally take you to those places and

5    not let you get stuck in inconvenient places.

6         Q.  So you published an article recently,

7    "The Promise of Zoomable User Interfaces."

8         Mark this as the next in order.

9         (Exhibit No. 222 marked for

10   identification.)

11   BY MR. JACOBS:

12        Q.  The Promise of Zoomable User

13   Interfaces by Benjamin B. Bederson, 2011, Taylor

14   & Francis.  What was this published in?

15        A.  This was published in a journal named

16   Behaviour & Information Technology.

17        Q.  In 2011?

18        A.  Yes.

19        Q.  On page 4 you have a discussion of

20   Desert Fog citing Jul and Furnas.  Desert Fog

21   labels a phenomena that you describe as allowing

22   users to fly through the space going absolutely

23   anywhere including deep into the spaces between

24   objects.  Do you see that?

25        A.  No, actually.  Sorry.  Where are you?

Confidential Attorneys' Eyes Only
Outside Counsel

Page 205

1          Q.  It's on the right-hand column of --

2     it's such a vivid image I thought it might just

3     jump from the page.  The right-hand column of

4     page 4, second paragraph.

5          A.  Yes, I see this.

6          Q.  So just to maybe start a little bit

7     earlier, different zoomable user interfaces have

8     also had various navigation mechanisms, which

9     are ways for users to move through the space.

10    Again, there is a trade-off between flexibility

11    and usability.  Some interfaces allow users to

12    fly through the space going absolutely anywhere,

13    including deep into the spaces between objects,

14    resulting in some researchers labeling this

15    phenomenon Desert Fog, Jul and Furnas.  Then you

16    say, very few other applications let a user

17    navigate beyond the actual content.

18         Can you explain the contrast you were

19    drawing there between ZUIs and other applications?

20              MR. HUANG:  Objection to the form.

21              THE WITNESS:  Sure.  So if we continue

22    reading this paragraph, it describes this idea

23    of not letting you navigate between the actual

24    content.  I believe it says, almost every

25    document browser and editor limits navigation to

Confidential Attorneys' Eyes Only
Outside Counsel

Page 206

1    the available content with the notable exception

2    of Microsoft Excel's scroll bar arrows, Apple

3    numbers, and Google -- I'm sorry -- with the

4    notable exception of Microsoft Excel's scroll

5    bar arrows.  Apple numbers and Google

6    spreadsheet, on the other hand, do limit

7    navigation.  On the other hand, some interfaces

8    allow you only to click on objects to zoom into

9    them and click on a zoom out button to zoom out,

10   making it impossible to get lost, but also

11   giving less control over exactly where you look.

12          So the point of this paragraph was to

13   describe that there are some applications that let

14   the user navigate in space possibly -- navigating

15   can be simple scrolling or it could be this kind of

16   zooming navigation, which is a little bit more

17   uncommon, or it could be 3-D navigation in a 3-D

18   world.

19          Sorry.  I was describing that sometimes you

20   can navigate to a place where there is no content.

21   If there is no content, then you're kind of in a

22   place that essentially -- typically -- represented

23   with an empty screen.  And that was a concern

24   because that would make a user feel disoriented

25   since there is nothing on the screen.

Confidential Attorneys' Eyes Only
Outside Counsel

Page 207

1    And I said that it was more common for

2  applications to stop a user from navigating to a

3  place where there was no content, although it

4  occurred, both in widespread applications like Excel

5  and in many ZUIs, in at least those.

6    Q.  So the basic contrast you were drawing

7   was between those ZUIs that are flexible but

8   haven't addressed this problem of getting lost

9   in Desert Fog, and most applications which do

10  constrain you to the space that's filled by

11  content.  Is that -- am I capturing the essence

12  of your paragraph correctly?

13    MR. HUANG:  Objection to the form of

14   the question.

15    THE WITNESS:  The paragraph said --

16  well, it didn't say "most."  It said there were

17  few applications that let you move to a place

18  where there is no content, although I did

19  describe some, and many constrained you to

20  navigating only within available, visible

21  content.

22  BY MR. JACOBS:

23    Q.  And that -- but you were describing

24  that, as of 2011, there remains this problem in

25  ZUIs of flying through the space going

Confidential Attorneys' Eyes Only
Outside Counsel

Page 213

BY MR. JACOBS:

Q.  Just as you look at some of the
applications, the ZUIs that are listed on the
table, do you regard the Apple iPhone, year
2007, but the iPhone you're referring to, I
guess, is the 2010 version of it, do you regard
that as having resolved the problem of getting
lost in Desert Fog?

A.  So in this particular -- in this table
I'm to read, the thing that comes closest to the
Desert Fog issue is the right-most column that
talks about navigation mechanism for zooming,
and for the Apple iPhone it says, tap to zoom
in, physical button to zoom out.

So I think it's probably referring to the
home screen application icons where you tap on one
of those application icons and it has a zooming
transition.  It zooms in to launch the application
icon and you can press the hardware button at the
bottom of the device to zoom out.

So at least in that case it solves -- that
interface solves the Desert Fog problem as
described.  So this is a case where, with some
external knowledge, you could interpret this to
understand that, but it was not explicit in this --

Confidential Attorneys' Eyes Only
Outside Counsel

1    not fully explicit in this table.

2            MR. JACOBS:  Could you just give us

3    like three minutes to make sure -- oh, actually,

4    we need to go one more demo, right?  We figured

5    out how to move the blue highlighter in XNav.

6    And so if we can get you over by the video to

7    just demonstrate that mode, that would be great.

8            THE WITNESS:  Okay.

9            VIDEOGRAPHER:  Off the record at 4:37.

10        (Brief interruption.)

11            VIDEOGRAPHER:  Back on the record at

12    4:39.

13    BY MR. JACOBS:

14        Q.  Dr. Bederson, we've given you again

15    the Sony Vaio with the XNav on it that we were

16    demonstrating earlier in the deposition, and

17    we've now learned how to move the blue

18    highlighter into the center of the screen and

19    illustrate the case where the blue highlighter

20    is between -- it ends up between email headers

21    when the stylus or the finger is lifted from the

22    screen; is that correct?

23        A.  Yes.

24        Q.  Can you demonstrate that for us?

25        A.  Actually right now that highlight is

Confidential Attorneys' Eyes Only
Outside Counsel

Page 223

1        A.   Correct.

2             MR. JACOBS:   I think we're done.

3    Thank you.

4             MR. HUANG:   Thank you.

5             THE WITNESS:   Thank you.

6             VIDEOGRAPHER:   This concludes the

7    deposition of Dr. Bederson.   Off the record at

8    4:57 and it consists of five tapes.

9             (Proceedings concluded.)

10

11   //

12             (Signature having not been waived, the

13   deposition of BENJAMIN B. BEDERSON, Ph.D.

14   concluded at 4:57 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only
Outside Counsel

Page 224

1           CERTIFICATE OF SHORTHAND REPORTER

2                    NOTARY PUBLIC

3

4           I, Linda S. Kinkade, RDR, CRR, RMR, CSR,

5     the notarial officer before whom the foregoing

6     proceedings were taken, do hereby certify that the

7     foregoing transcript is a true and correct record of

8     the proceedings; that said proceedings were taken by

9     me stenographically, to the best of my ability, and

10    thereafter reduced to typewriting; and that I am

11    neither counsel for or related to, nor employed by

12    any of the parties to this case and have no

13    interest, financial or otherwise, in its outcome.

14           IN WITNESS WHEREOF, I have hereunto set my

15    hand and affixed my notarial seal this 17th day of

16    September 2011.

17

18

19    _____

             Linda S. Kinkade

20

21

22    NOTARY PUBLIC IN AND FOR

23    THE DISTRICT OF COLUMBIA

24    My commission expires:  July 14, 2012

25