# EXHIBIT K

```csharp
using System;
using System.Collections;
using System.Drawing;
using System.Windows.Forms;
using UMD.HCIL.Piccolo;
using UMD.HCIL.Piccolo.Event;
using UMD.HCIL.Piccolo.Util;
using UMD.HCIL.Piccolo.Nodes;
using UMD.HCIL.PiccoloX.Nodes;

namespace LaunchPoint
{
    /// <summary>
    /// Summary description for EmailListNode.
    /// </summary>
    public class EmailListNode : PRectClip
    {
        private EmailAppNode emailAppNode = null;
        private RectangleF initialBounds = RectangleF.Empty;
        private PNode slidingNode = new PNode();
        private SizeF initialOffset = SizeF.Empty;
        private RectangleF lastLayoutBounds = RectangleF.Empty;
        private PointF mouseDownCanvasPosition = PointF.Empty;
        private SizeF initialSlidingOffset = SizeF.Empty;
        private SliderDragEventHandler sliderDragEventHandler;
        public EmailListNode(EmailAppNode parent) : base()
        {
            emailAppNode = parent;
            AddChild(slidingNode);
            //    slidingNode.AddInputEventListener(new SliderDragEventHandler());
            AddInputEventListener(sliderDragEventHandler = new SliderDragEventHandler());
            for (int i = 1; i <= 59; i++)
            {
                slidingNode.AddChild(new EmailImage(Util.GetImage(this, "LaunchPoint.images.email" + i + ".png")));
            }
        }

        public bool ShouldDrag
        {
            set { sliderDragEventHandler.ShouldDrag = value; }
```

DEPOSITION
EXHIBIT
211
Bederson
PENGAD 800-631-6989

```
            }
            public PNode GetMainDraggedNode()
            {
                return slidingNode;
            }
            */
            public override void OnMouseDown(PInputEventArgs e)
            {
                this.mouseDownCanvasPosition = e.CanvasPosition;
                base.OnMouseDown (e);
            }

            public override void OnClick(PInputEventArgs e)
            {
                base.OnClick (e);
                if (e.PickedNode is EmailImage)
                {
                    if (PUtil.DistanceBetweenPoints(this.mouseDownCanvasPosition, e.CanvasPosition) <=
Constants.DRAG_THRESHOLD)
                    {
                        emailAppNode.SnapHighlightToLine(GetAppNodeLevelBounds((EmailImage)e.PickedNode));
                    }
                }
            }
            public override void OnMouseUp(PInputEventArgs e)
            {
                this.mouseDownCanvasPosition = PointF.Empty;
                base.OnMouseUp (e);
            }
        */

        public EmailAppNode EmailAppNode
        {
            get { return emailAppNode; }
        }
        public RectangleF InitialBounds
        {
            set
            {
```



```
                initialBounds = value;
                Bounds = value;
        }
        get { return initialBounds; }
    }
    public SizeF InitialOffset
    {
        set
        {
                initialOffset = value;
        }
        get { return initialOffset; }
    }

    public RectangleF GetIntersectingEmailItemBounds(RectangleF cursorRect)
    {
        RectangleF bestIntersection = RectangleF.Empty;
        RectangleF bestAppLevelBounds = RectangleF.Empty;
        PNodeList children = slidingNode.ChildrenReference;
        PNode each = null;
        RectangleF eachAppLevelBounds;
        RectangleF eachIntersection = RectangleF.Empty;
        // First child is header
        for (int i = 0; i < children.Count; i ++)
        {
                each = children[i];
                eachAppLevelBounds = GetAppNodeLevelBounds((EmailImage)each);
                eachIntersection = cursorRect;
                eachIntersection.Intersect(eachAppLevelBounds);
                //PUtil.IntersectionOfRectangles(cursorRect, eachAppLevelBounds);
                if (!eachIntersection.IsEmpty)
                {
                        // Dont' want to do anything special with the header
                        //                  if (each is EmailImage)
                        //                  {
                        if (!bestAppLevelBounds.IsEmpty)
                        {

                                if (bestIntersection.Width * bestIntersection.Height < eachIntersection.Width *

eachIntersection.Height)
                                {
```



```
                        bestAppLevelBounds = eachAppLevelBounds;
                        bestIntersection = eachIntersection;
                    }
                else
                {
                        bestAppLevelBounds = eachAppLevelBounds;
                        bestIntersection = eachIntersection;
                    }
                //                                          }
            }
        }

        return new RectangleF(bestAppLevelBounds.X,bestAppLevelBounds.Y - 1,
                bestAppLevelBounds.Width, bestAppLevelBounds.Height);
    }

public RectangleF GetIntersectingEmailItemBounds(RectangleF cursorRect, ref PNode node)
{
        RectangleF bestIntersection = RectangleF.Empty;
        RectangleF bestAppLevelBounds = RectangleF.Empty;
        PNodeList children = slidingNode.ChildrenReference;
        PNode each = null;
        RectangleF eachAppLevelBounds;
        RectangleF eachIntersection = RectangleF.Empty;
        // First child is header
        for (int i = 0; i < children.Count; i ++)
        {
            each = children[i];
            eachAppLevelBounds = GetAppNodeLevelBounds((EmailImage)each);
            eachIntersection = cursorRect;
            eachIntersection.Intersect(eachAppLevelBounds);
            //PUtil.IntersectionOfRectangles(cursorRect, eachAppLevelBounds);
            if (!eachIntersection.IsEmpty)
            {
                // Dont' want to do anything special with the header
                //                                      if (each is EmailImage)
                //                                      {
                if (!bestAppLevelBounds.IsEmpty)
                {
                    if (bestIntersection.Width * bestIntersection.Height < eachIntersection.Width *
```

```
                eachIntersection.Height)
                {
                    node = each;
                    bestAppLevelBounds = eachAppLevelBounds;
                    bestIntersection = eachIntersection;
                }
            }
            else
            {
                bestAppLevelBounds = eachAppLevelBounds;
                bestIntersection = eachIntersection;
            }
        } //
    }

    return new RectangleF(bestAppLevelBounds.X, bestAppLevelBounds.Y - 1,
        bestAppLevelBounds.Width, bestAppLevelBounds.Height);
}

public RectangleF GetAppNodeLevelBounds(EmailImage image)
{
    return LocalToParent(slidingNode.LocalToParent(image.LocalToParent(image.Bounds)));
}

public void CaptureInitialSlidingOffset()
{
    PMatrix slidingMatrix = slidingNode.Matrix;
    initialSlidingOffset.Width = slidingMatrix.OffsetX;
    initialSlidingOffset.Height = slidingMatrix.OffsetY;
}

public void Reset(bool animate)
{
    PMatrix slidingMatrix = slidingNode.Matrix;
    slidingMatrix.OffsetX = initialSlidingOffset.Width;
    slidingMatrix.OffsetY = initialSlidingOffset.Height;
    PMatrix matrix = Matrix;
    matrix.OffsetX = 0;
    matrix.OffsetY = 0;

    long duration = 0;
```



```
if (animate) {
        duration = Constants.DEFAULT_ANIMATION_TIME;
        slidingNode.AnimateToMatrix(slidingMatrix, duration);
        AnimateToMatrix(matrix, duration);
} else {
        slidingNode.Matrix = slidingMatrix;
        this.Matrix = matrix;
    }
}

public override void LayoutChildren()
{
    if (lastLayoutBounds.IsEmpty || !lastLayoutBounds.Equals(Bounds))
    {
        slidingNode.SetBounds(Bounds.X, Bounds.Y, Bounds.Width, Bounds.Height);
        float offsetY = 0;
        PNodeList children = slidingNode.ChildrenReference;
        PNode each = null;

        // Assume height of first text is the height of all text
        for (int i = 0; i < children.Count; i ++)
        {
            each = children[i];
            each.SetBounds(Bounds.X, Bounds.Y + offsetY, each.Width, each.Height);
            offsetY += each.Height;
        }
        lastLayoutBounds = Bounds;
    }
}

public class EmailImage : ImageNode
{
    public EmailImage(Bitmap image) : base(image)
    {
        //        this.Pickable = false;
        //usesTransparency = true;
        //transparencyLocation = new Point(0,0);
    }
}

class SliderDragEventHandler : PDragEventHandler
```

```
{
    bool shouldDrag = true;

    public SliderDragEventHandler()
    {
        this.MinDragStartDistance = Constants.DRAG_THRESHOLD;
    }

    public bool ShouldDrag
    {
        set
        {
            shouldDrag = value;
        }
    }

    protected override void StartDragActivity(PInputEventArgs e)
    {
        base.StartDragActivity(e);
        DragActivity.StepInterval = 10;
    }

    protected override bool ShouldStartDragInteraction(PInputEventArgs e)
    {
        return shouldDrag && base.ShouldStartDragInteraction(e);
        //return PUtil.DistanceBetweenPoints(MousePressedCanvasPoint, e.CanvasPosition) >=
Constants.DRAG_THRESHOLD;
    }

    protected override void OnStartDrag(object sender, PInputEventArgs e)
    {
        base.OnStartDrag (sender, e);
        if (e.PickedNode is EmailImage)
        {
            DraggedNode = e.PickedNode.Parent;
        }
    }

    protected override void OnEndDrag(object sender, PInputEventArgs e)
    {
        base.OnEndDrag(sender, e);
    }

    protected override void OnDrag(object sender, PInputEventArgs e)
    {
        //e.TopCamera.Canvas.PaintImmediately();
```

```
            SizeF s = e.GetDeltaRelativeTo(DraggedNode);
            s = DraggedNode.LocalToParent(s);
            // only drag vertically
            DraggedNode.OffsetBy(0, s.Height);
        }

        public override void OnMouseUp(object sender, PInputEventArgs e)
        {
            if (Dragging)
            {
                ((EmailListNode)sender).EmailAppNode.SnapObjectToHighlight(DraggedNode, true);
            }
            base.OnMouseUp (sender, e);
        }
    }
}
```