# EXHIBIT L

Email.cs

```csharp
using System;
using System.Collections;
using System.Drawing;
using System.Drawing.Imaging;
using System.Windows.Forms;
using UMD.HCIL.Piccolo;
using UMD.HCIL.Piccolo;
using UMD.HCIL.Piccolo.Nodes;
using UMD.HCIL.Piccolo.Event;
using UMD.HCIL.Piccolo.Activities;
using UMD.HCIL.Piccolo.Util;

namespace LaunchPoint
{
    /// <summary>
    /// Summary description for Email.
    /// </summary>
    public class EmailTile : AppTile
    {
        public EmailTile(string name, QuadTile quadtile, Constants.QuadPosition pos) : base(name, quadtile, pos)
        {
            this.NotificationImage = Util.GetImage(this, "LaunchPoint.images.email_notif.png");
            ZoomInNode = new EmailAppNode(this);
        }
    }

    public class EmailAppNode: AppNode
    {
        static int MIN_MOUSE_MOVEMENT = Constants.DRAG_THRESHOLD; // 15;
        static int CONTEXT_INCR = 10;
        //static int PAN_INCR = 4;
        ContextMenu context;
        ContextMenu text;
        Timer contextTimer;
        PointF position;
        PCamera camera;
        PNode picked;
        PNode currentItem;

        SizeF cutSize = SizeF.Empty;
        SizeF copySize = SizeF.Empty;
        SizeF pasteSize = SizeF.Empty;
```


DEPOSITION
EXHIBIT
212
Pederson

Email.cs

```csharp
SizeF delSize = SizeF.Empty;
SizeF findSize = SizeF.Empty;
SizeF searchSize = SizeF.Empty;

Bitmap contextMenuImage;
Bitmap textMenuImage;
float minContextMenuMidSection;
float minContextMenuCornerSection;
float minContextMenuWidth;

private HighlightGlass highlightglass = null;
//private DefaultHeader emailheader = null;
//private EmailInboxFooter inboxfooter = null;
private DetailFooter detailfooter = null;
private MenuImageNode contextMenuNode = null;
private MenuImageNode textEditMenuNode = null;
//            private InboxList inboxlist;
private EmailListNode inboxlist = null;
//private EmailDetail emailDetail;
private Cursor cursor = null;
private EmailContentNode emailDetail = null;

PointF lastOpenOffset;
bool openedOnce = false;

Cursor contextCursor;
Cursor textCursor;

private EmailBlueDot emailBlueDot;
public EmailAppNode(AppTile tile) : base(tile)
{
    camera = this.AppTile.QuadTile.Landscape.LandscapeCamera;
    context = new ContextMenu(this, false);
    text = new ContextMenu(this, true);
    context.Scale = .7f;
    text.Scale = .7f;
    context.Visible = false;
    text.Visible = false;

    contextCursor = new Cursor();
```

Email.cs

```
PointF centerContext = PUtil.CenterOfRectangle(context.Bounds);
contextCursor.SetBounds(centerContext.X-(contextCursor.Width/2), centerContext.Y-(contextCursor.Height/2),
contextCursor.Width, contextCursor.Height);
contextCursor.ScaleBy(1/.7f, centerContext.X, centerContext.Y);
contextCursor.Visible = false;
context.AddChild(contextCursor);
//context.MouseUp += new PInputEventHandler(context_MouseUp);
context.AddInputEventListener(new ContextDragEventHandler(this, context, text));

textCursor = new Cursor();
textCursor.SetBounds(centerContext.X-(contextCursor.Width/2), centerContext.Y-(contextCursor.Height/2),
contextCursor.Width, contextCursor.Height);
textCursor.ScaleBy(1/.7f, centerContext.X, centerContext.Y);
textCursor.Visible = false;
text.AddChild(textCursor);
//text.MouseUp += new PInputEventHandler(text_MouseUp);
text.AddInputEventListener(new ContextDragEventHandler(this, text, context));

this.TranslateBy(5, 1);
//AddChild(highlightglass = new HighlightGlass());
//        AddChild(inboxlist = new InboxList());
AddChild(inboxlist = new EmailListNode(this));
//        AddChild(emailDetail = new EmailDetail());
AddChild(emailDetail = new EmailContentNode(this));
AddChild(highlightglass = new HighlightGlass());
//AddChild(emailheader = new DefaultHeader(headerImage));
AddChild(inboxfooter = new EmailInboxFooter());
AddChild(cursor = new Cursor());
AddChild(detailfooter = new DetailFooter());
emailBlueDot = new EmailBlueDot(this);
// Do this to get the inherited functionality and add to node
BlueDot = emailBlueDot;
InitializeMenu();

cursor.InitialOffset = new SizeF(50, cursor.InitialOffset.Height);
cursor.TranslateBy(50, 0);
}

class ContextDragEventHandler : PDragEventHandler
{
```

Email.cs

```csharp
ContextMenu mainMenu, hiddenMenu;
EmailAppNode email;
PointF lastPosition;
public ContextDragEventHandler(EmailAppNode email, ContextMenu mainMenu, ContextMenu hiddenMenu)
{
    this.MinDragStartDistance = Constants.DRAG_THRESHOLD;
    this.mainMenu = mainMenu;
    this.hiddenMenu = hiddenMenu;
    this.email = email;
}

protected override void OnDrag(object sender, PInputEventArgs e) {
    SizeF canvasDelta = e.CanvasDelta;
    SizeF menuDelta = mainMenu.GlobalToLocal(canvasDelta);
    email.highlightglass.TranslateBy(0, canvasDelta.Height);
    email.cursor.TranslateBy(0, canvasDelta.Height);
    mainMenu.TranslateBy(menuDelta.Width, menuDelta.Height);
    hiddenMenu.TranslateBy(menuDelta.Width, menuDelta.Height);
    mainMenu.ResetFadeOutTime();
    email.lastOpenOffset = mainMenu.Offset;
    e.Handled = true;
}

public override void OnMouseDown(object sender, PInputEventArgs e)
{
    base.OnMouseDown (sender, e);

    lastPosition = e.CanvasPosition;
}

public override void OnMouseUp(object sender, PInputEventArgs e)
{
    if (PUtil.DistanceBetweenPoints(e.CanvasPosition, lastPosition) < Constants.DRAG_THRESHOLD)
    {
        switch ((String)e.PickedNode.Tag)
        {
            case "zoomout":
                mainMenu.ResetFadeOutTime();
                email.Back();
                break;
            case "zoomin":
                mainMenu.ResetFadeOutTime();
```

4

Email.cs

```
                email.Forward();
                break;

            default:
                if (mainMenu.CenterRect.Contains(e.CanvasPosition)) {
                    email.ToggleMenus(false);
                }
                break;
        }
    }
    else
    {
        RectangleF itemBounds = email.SnapHighlight();
        if (!itemBounds.IsEmpty)
        {
            itemBounds = email.LocalToGlobal(itemBounds);
            itemBounds = e.Camera.ViewToLocal(itemBounds);
            PointF centerItemBounds = PUtil.CenterOfRectangle(itemBounds);
            PMatrix matrix = mainMenu.Matrix;
            matrix.OffsetY = centerItemBounds.Y - mainMenu.GlobalBounds.Height /2;
            mainMenu.AnimateToMatrix(matrix, Constants.DEFAULT_ANIMATION_TIME);
            hiddenMenu.AnimateToMatrix(matrix, Constants.DEFAULT_ANIMATION_TIME);
        }
    }
    base.OnMouseUp(sender, e);
}

public void context_MouseUp(object sender, PInputEventArgs e)
{
    switch ((String)e.PickedNode.Tag)
    {
        case "zoomout":
            context.ResetFadeOutTime();
            Back();
            break;
        case "zoomin":
            context.ResetFadeOutTime();
            Forward();
            break;
    }
}
```

Email.cs

```
            public void text_MouseUp(object sender, PInputEventArgs e)
            {
                switch ((String)e.PickedNode.Tag)
                {
                    case "zoomout":
                        text.ResetFadedOutTime();
                        Back();
                        break;
                    case "zoomin":
                        text.ResetFadedOutTime();
                        Forward();
                        break;
                }
            }

            public override void OnMouseDown(UMD.HCIL.Piccolo.Event.PInputEventArgs e)
            {
                position = e.CanvasPosition;
                picked = e.PickedNode;

                if (picked is EmailListNode.EmailImage || picked is HighlightGlass)
                {
                    if (contextTimer == null)
                    {
                        contextTimer = new Timer();
                        contextTimer.Interval = Constants.TAP_HOLD_DELAY; //400;
                        contextTimer.Tick += new EventHandler(RaiseContextMenu);
                    }
                    contextTimer.Start();
                    base.OnMouseDown (e);
                }
            }

            public override void OnMouseUp(UMD.HCIL.Piccolo.Event.PInputEventArgs e)
            {
                inboxlist.ShouldDrag = true;
                if (picked is EmailListNode.EmailImage || picked is HighlightGlass)
```

Email.cs

```
                contextTimer.Stop();
                if (context.AnimatingPathOpen)
                {
                    context.Close();
                }
            }
            else if (context.Parent != null)
            {
                if (picked is EmailListNode.EmailImage) currentItem = picked;
                lastOpenOffset = context.Offset;
                openedOnce = true;
            }
        }
        base.OnMouseUp (e);
    }

    protected void RaiseContextMenu(object sender, EventArgs eArgs)
    {
        if (picked is EmailListNode.EmailImage || picked is HighlightGlass)
        {
            contextTimer.Stop();
        }
        if (context.Parent == null)
        {
            camera.AddChild(context);
        }
        if (text.IsOpen)
        {
            text.Close();
        }
        PointF centerContext = position;
        if (picked is EmailListNode.EmailImage || picked is HighlightGlass)
        {
            RectangleF itemBounds = picked.Bounds;
            itemBounds = picked.LocalToGlobal(itemBounds);
```

position) <= MIN_MOUSE_MOVEMENT)

if (PUtil.DistanceBetweenPoints(PCanvas.CURRENT_PCANVAS.PointToClient(Control.MousePosition),

Email.cs

```
            itemBounds = camera.ViewToLocal(itemBounds);
            PointF itemCenter = PUtil.CenterOfRectangle(itemBounds);
            centerContext = new PointF(position.X, itemCenter.Y);
        }
        inboxlist.ShouldDrag = false;
        context.SetOffset(centerContext.X - context.GlobalBounds.Width / 2, centerContext.Y -
context.GlobalBounds.Height / 2);

        context.AnimateOpen(true, ActivityFinished = new ActivityFinishedDelegate(OpenPathFinished));
    }
}

public override void KeyPressed(Keys keyCode)
{
    SetPickedNodeToPosition();
    switch (keyCode)
    {
        case Keys.Right:
            if (context.Visible || text.Visible)
            {
                MoveMenus(CONTEXT_INCR, 0);
            }
            break;
        case Keys.Left:
            if (context.Visible || text.Visible)
            {
                MoveMenus(-CONTEXT_INCR, 0);
            }
            break;
        case Keys.Up:
            if (context.Visible || text.Visible)
            {
                MoveMenus(-1);
            }
            else
            {
                if (state == Constants.AppState.OVERVIEW) PanEmails(1);
            }
            break;
```

Email.cs

```
        case Keys.Down:
            if (context.Visible || text.Visible)
            {

                MoveMenus(1);

            }
            else
            {

                if (state == Constants.AppState.OVERVIEW) PanEmails(-1);

            }
            break;
        case Keys.Enter:
        case Keys.D5:
            ToggleMenus(false);
            break;

    }

}

public void ToggleMenus(bool animateOpen) {
    if (context.IsOpen) {
        if (text.Parent == null) camera.AddChild(text);
        text.Bounds = context.Bounds;
        text.Offset = context.Offset;
        context.TerminateAllActivities();
        text.AnimateOpen(false);
        context.FadeClosed(0);

    }
    else if (text.IsOpen) {
        text.Close();

    }
    else {

        if (context.Parent == null)
        {

            camera.AddChild(context);

        }

        if (openedOnce)
        {

            context.Offset = lastOpenOffset;
            text.Offset = lastOpenOffset;

        }
```

Email.cs

```
            (/2-2);

                                else
                                {
                                    openedOnce = true;
                                    RectangleF b = this.LocalToGlobal(Bounds);
                                    b = camera.ViewToLocal(b);
                                    PointF center = PUtil.CenterOfRectangle(b);
                                    context.SetOffset(center.X - context.GlobalBounds.Width / 2-10, center.Y - context.GlobalBounds.Height

                                    text.Offset = context.Offset;
                                    lastOpenOffset = context.Offset;
                                    SetPickedNodeToPosition();

                                    b = picked.LocalToGlobal(picked.Bounds);
                                    b = camera.ViewToLocal(b);
                                    PointF centerItemBounds = PUtil.CenterOfRectangle(b);
                                    //context.OffsetY = centerItemBounds.Y - context.GlobalBounds.Height /2;
                                    //text.OffsetY = context.OffsetY;

                                    OpenPathFinished(null);
                                }

                            if (animateOpen) {
                                context.AnimateOpen(false);
                            } else {
                                context.Open();
                            }

                            //if (context.Parent != null && openedOnce)
                            //{
                            //    context.Offset = lastOpenOffset;
                            //    text.Offset = lastOpenOffset;
                            //    context.Open();
                            //}
                        }
                    }
                }

        public void MoveMenus(int increment)
        {
            if (DelayMenus() && currentItem != null)
```

Email.cs

```
        PNode listnode;
        if (state == Constants.AppState.OVERVIEW)
        {
            listnode = inboxlist.GetMainDraggedNode();
        }
        else
        {
            listnode = emailDetail.GetMainDraggedNode();
        }

        int index = listnode.IndexOfChild(currentItem) + increment;
        if (index >= 0 && index < listnode.ChildrenCount)
        {
            currentItem = listnode[index];
            RectangleF itemBounds = currentItem.Bounds;
            itemBounds = currentItem.LocalToGlobal(itemBounds);
            itemBounds = camera.ViewToLocal(itemBounds);
            PointF itemCenter = PUtil.CenterOfRectangle(itemBounds);
            context.OffsetY = itemCenter.Y - context.GlobalBounds.Height / 2;
            text.OffsetY = itemCenter.Y - text.GlobalBounds.Height / 2;
            RectangleF bnds;
            if (state == Constants.AppState.OVERVIEW)
            {
                bnds = inboxlist.GetAppNodeLevelBounds((EmailListNode.EmailImage)currentItem);
            }
            else
            {
                bnds = emailDetail.GetAppNodeLevelBounds((EmailListNode.EmailImage)currentItem);
            }
            SnapHighlightToLine(bnds, false);
            lastOpenOffset = context.Offset;
        }
    }

    public void MoveMenus(float dx, float dy)
    {
        if (this.DelayMenus())
        {
            context.TranslateBy(dx, dy);
        }
```

Email.cs

```
        text.TranslateBy(dx, dy);
        lastOpenOffset = context.Offset;
    }
}

public void PanEmails(int increment)
{
    inboxlist.GetMainDraggedNode().TranslateBy(0, increment * highlightglass.Height);
}

public bool DelayMenus()
{
    bool menuOpen = false;
    if (context.IsOpen)
    {
        menuOpen = true;
        if (context.FadingOut)
        {
            context.Open();
        }
        else
        {
            context.ResetFadeOutTime();
        }
    }
    else if (text.IsOpen)
    {
        menuOpen = true;
        if (text.FadingOut)
        {
            text.Open();
        }
        else
        {
            text.ResetFadeOutTime();
        }
    }
    return menuOpen;
}
```

Email.cs

```
protected void OpenPathFinished(IPActivity activity)
{
    if (picked is EmailListNode.EmailImage)
    {
        if (state == Constants.AppState.OVERVIEW)
        {
            SnapHighlightToLine(inboxlist.GetAppNodeLevelBounds((EmailListNode.EmailImage)picked));
        }
        else if (state == Constants.AppState.DETAIL)
        {
            SnapHighlightToLine(emailDetail.GetAppNodeLevelBounds((EmailListNode.EmailImage)picked));
        }
    }
}

public override void Back()
{
    // If we're already at overview, go to quad tile
    if (state == Constants.AppState.OVERVIEW)
    {
        if (context.Parent != null)
        {
            camera.RemoveChild(context);
            context.Close();
        }
        if (text.Parent != null)
        {
            camera.RemoveChild(text);
            text.Close();
        }

        openedOnce = false;
        inboxlist.Reset(false);
        this.highlightglass.Reset(false);
        cursor.Reset(false);
        appTile.QuadTile.Landscape.AdjustToCurrent(true);
    }
    else if (state == Constants.AppState.DETAIL)
    {
        appTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.APPLICATION;
```

Email.cs

```
            this.State = Constants.AppState.OVERVIEW;

            emailDetail.Reset(true);
            //((emailDetail.Reset(true)).ActivityFinished = new ActivityFinishedDelegate(BackToOverviewFinished);
            inboxlist.Visible = true;
            inboxlist.Reset(true);
            contextCursor.Visible = false;
            textCursor.Visible = false;
        }

        public void BackToOverviewFinished(PActivity activity)
        {
            //activity.Terminate();
            //SetPickedNodeToPosition();
        }

        public void SetPickedNodeToPosition()
        {
            RectangleF cb = context.LocalToGlobal(context.Bounds);
            SetPickedNodeToPosition(PUtil.CenterOfRectangle(cb));
        }

        public void SetPickedNodeToPosition(PointF point)
        {
            PNode listnode;
            if (this.state == Constants.AppState.OVERVIEW)
            {
                listnode = inboxlist.GetMainDraggedNode();
            }
            else
            {
                listnode = emailDetail.GetMainDraggedNode();
            }

            foreach (PNode node in listnode)
            {
                RectangleF itemBounds = node.Bounds;
                itemBounds = node.LocalToGlobal(itemBounds);
                itemBounds = camera.ViewToLocal(itemBounds);
```

14

Email.cs

```
//RectangleF cb = context.LocalToGlobal(context.Bounds);
if (itemBounds.Contains(point)) //PUtil.CenterOfRectangle(cb))
{
    picked = node;
    currentItem = picked;
}

}

public override void Forward()
{
    //base.Forward ();

    if (state == Constants.AppState.OVERVIEW)
    {
        state = Constants.AppState.DETAIL;
        AppTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.OBJECT;

        PMatrix emailDetailMatrix = emailDetail.Matrix;
        emailDetailMatrix.OffsetX = 0;
        emailDetailMatrix.OffsetY = 0; //emailheader.Height/2;
        PMatrix inboxListMatrix = inboxlist.Matrix;
        inboxListMatrix.OffsetX = 0;
        inboxListMatrix.OffsetY = - (Bounds.X / 2); //- (Bounds.X -emailheader.Height/2);

        inboxlist.AnimateToMatrix(inboxListMatrix, Constants.DEFAULT_ANIMATION_TIME);
        emailDetail.AnimateToMatrix(emailDetailMatrix, Constants.DEFAULT_ANIMATION_TIME);
        //emailDetail.AnimateToMatrix(emailDetailMatrix, Constants.DEFAULT_ANIMATION_TIME);
        //    = new ActivityFinishedDelegate(ForwardToDetailFinished);
        inboxlist.AnimateToMatrix(emailDetailMatrix, Constants.DEFAULT_ANIMATION_TIME)).ActivityFinished

        contextCursor.Visible = true;
        textCursor.Visible = true;
        highlightglass.Visible = true;
    }

}

public void ForwardToDetailFinished(PActivity activity)
{
```

Email.cs

```
            PointF pt = highlightglass.LocalToGlobal(highlightglass.Bounds.Location);
            pt = camera.ViewToLocal(pt);
            if (pt.Y < 170)
            {
                this.picked = emailDetail.GetMainDraggedNode()[0];
                this.currentItem = picked;
                RectangleF bnds = emailDetail.GetAppNodeLevelBounds((EmailListNode.EmailImage)currentItem);
                //bnds = new RectangleF(bnds.X, 170, bnds.Width, bnds.Height);
                this.SnapHighlightToLine(bnds, true);
            }
        }

        protected void InitializeMenu()
        {
            contextMenuImage = Util.GetImage(this, "LaunchPoint.images.contextmenu.png");
            textMenuImage = Util.GetImage(this, "LaunchPoint.images.textentrymenu.png");
            // HardMenuPrep();
        }

        private void HardMenuPrep()
        {
            Graphics graphics = Graphics.FromImage(new Bitmap(1,1));
            cutSize = graphics.MeasureString("cut", Constants.TAHOMA_10);
            copySize = graphics.MeasureString("copy", Constants.TAHOMA_10);
            pasteSize = graphics.MeasureString("paste", Constants.TAHOMA_10);
            delSize = graphics.MeasureString("del", Constants.TAHOMA_10);
            findSize = graphics.MeasureString("find", Constants.TAHOMA_10);
            searchSize = graphics.MeasureString("search", Constants.TAHOMA_10);

            int numSeparators = 4;
            minContextMenuMidSection = Math.Max(copySize.Width, findSize.Width) + (2 *
            Constants.CONTEXT_MENU_PADDING);
            // let's assume cut and del don't hold a candle in width to paste and search
            minContextMenuCornerSection = Math.Max(pasteSize.Width, searchSize.Width) + (2 *
            Constants.CONTEXT_MENU_PADDING);
            minContextMenuWidth = minContextMenuCornerSection + (2*minContextMenuCornerSection) + numSeparators;
        }

        protected override void InternalUpdateBounds(float x, float y, float width, float height)
        {
```

16

Email.cs

```
/*
SizeF destSize = new SizeF(0,0);
SizeF sourceSize = new SizeF(0,0);

Util.GetBestDestSize(new SizeF(width, height), inboxfooter.Image.Size, ref destSize, ref sourceSize);
float factor = 1.0f;
if (destSize.Width < sourceSize.Width - Constants.IMAGE_SLOP)
{
    factor = destSize.Width/sourceSize.Width;
}
inboxfooter.InitialBounds = new RectangleF(x, y + height - (sourceSize.Height * factor), (sourceSize.Width * factor),
(sourceSize.Height * factor));

Util.GetBestDestSize(new SizeF(width, height), detailfooter.Image.Size, ref destSize, ref sourceSize);
if (destSize.Width < sourceSize.Width - Constants.IMAGE_SLOP)
{
    factor = destSize.Width/sourceSize.Width;
}
detailfooter.InitialBounds = new RectangleF(x, y + height - (sourceSize.Height * factor), (sourceSize.Width * factor),
(sourceSize.Height * factor));
// here's the kicker - initially not visible
detailfooter.Visible = false;

Util.GetBestDestSize(new SizeF(width, height), emailheader.Image.Size, ref destSize, ref sourceSize);
if (destSize.Width < sourceSize.Width - Constants.IMAGE_SLOP)
{
    factor = destSize.Width/sourceSize.Width;
}
emailheader.InitialBounds = new RectangleF(x, y, (sourceSize.Width * factor), (sourceSize.Height * factor));

Util.GetBestDestSize(new SizeF(width, height), blueDot.Image.Size, ref destSize, ref sourceSize);
blueDot.InitialBounds = new RectangleF(x+ (width/2)-(blueDot.Image.Width/2), y+height-Constants.FOOTER_FUDGE-
blueDot.Image.Height, sourceSize.Width, sourceSize.Height);
*/
//      cursor.InitialBounds = new RectangleF(blueDot.X + (blueDot.Width/2) - (cursor.Image.Width/2),
//                  blueDot.Y - cursor.Image.Height, cursor.Image.Width, cursor.Image.Height);
//      cursor.InitialBounds = new RectangleF(x, y, cursor.Image.Width, cursor.Image.Height);
```

17

Email.cs

```
            cursor.Visible = false;
            // Set this before blue dot
            highlightglass.InitialBounds = new RectangleF(x, cursor.InitialBounds.Y, width,
Constants.HIGHLIGHT_GLASS_HEIGHT);

//              emailBlueDot.Cursor = cursor;
//              emailBlueDot.HighlightGlass = highlightglass;

            inboxlist.InitialBounds = new RectangleF(x, y, width, height);
            inboxlist.LayoutChildren();
            SnapObjectToHighlight(false);
            inboxlist.CaptureInitialSlidingOffset();

            emailDetail.InitialBounds = new RectangleF(x, y, width, height);
            emailDetail.InitialOffset = new SizeF(0, height);
            // Hide out of bounds
            emailDetail.TranslateBy(0, height);
            base.InternalUpdateBounds (x, y, width, height);
        }

        public override void Overview(bool animate, bool resetState)
        {
            this.AppTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.APPLICATION;

            if (contextMenuNode != null)
            {
                RemoveChild(contextMenuNode);
                contextMenuNode = null;
            }

            if (textEditMenuNode != null)
            {
                RemoveChild(textEditMenuNode);
                textEditMenuNode = null;
            }

            //inboxfooter.Visible = true;
            //detailfooter.Visible = false;
            //detailfooter.Reset(false);
```

Email.cs

```
                emailDetail.Reset(animate);

                inboxlist.Visible = true;
                inboxlist.Reset(animate);

                blueDot.Reset(animate);
                this.highlightglass.Visible = true;
                highlightglass.Reset(animate);
                cursor.Visible = false;
                cursor.Reset(animate);
            }
        }

        public override void Detail(bool animate, bool resetState)
        {
            long duration = 0;
            if (animate)
            {
                duration = Constants.DEFAULT_ANIMATION_TIME;
            }

            if (contextMenuNode != null)
            {
                RemoveChild(contextMenuNode);
                contextMenuNode = null;
            }

            if (textEditMenuNode != null)
            {
                RemoveChild(textEditMenuNode);
                textEditMenuNode = null;
            }

            AppTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.OBJECT;

            //inboxfooter.Visible = false;

            //detailfooter.Visible = true;
            //detailfooter.Reset(true);

            PMatrix emailDetailMatrix = emailDetail.Matrix;
            emailDetailMatrix.OffsetX = 0;
            emailDetailMatrix.OffsetY = 0; //emailheader.Height/2;
            PMatrix inboxListMatrix = inboxlist.Matrix;
```

//

Email.cs

```csharp
            inboxListMatrix.OffsetX = 0;
            inboxListMatrix.OffsetY = - (Bounds.X /2); //- (Bounds.X -emailheader.Height/2);

            inboxList.AnimateToMatrix(inboxListMatrix, duration);
            emailDetail.AnimateToMatrix(emailDetailMatrix, duration);
            inboxList.AnimateToMatrix(emailDetailMatrix, duration);

            cursor.Visible = true;
            highlightglass.Visible = true;
//          // If the highlighter has been shortened horizontally, expand to original size
            highlightglass.SetBounds(highlightglass.InitialBounds.X, highlightglass.Bounds.Y,
//            highlightglass.InitialBounds.Width, highlightglass.Bounds.Height);
        }

        if (resetState)
        {
//          //blueDot
            blueDot.Reset(true);

//          // Cursor
            cursor.Reset(true);

//          //Highlightglass
            highlightglass.Reset(true);
        }
    }

    /*
    public override void FailedDetailToContext(bool animate)
    {
        if (emailBlueDot.isHome())
        {
            if (animate)
            {
                long duration = 0;

                duration = Constants.DEFAULT_ANIMATION_TIME;
            }

            PMatrix matrix = blueDot.Matrix;
            PMatrix highlightglassMatrix = highlightglass.Matrix;
            PMatrix cursorMatrix = cursor.Matrix;
            float diff = (cursor.Bounds.Y - emailDetail.Bounds.Y ) - emailDetail.Matrix.OffsetY -
```

20

Email.cs

```
emailDetail.GetHeaderHeight() - emailDetail.GetFirstLineOffset();
matrix.OffsetY = - diff;
highlightglassMatrix.OffsetY = - diff;
cursorMatrix.OffsetY = - diff;
blueDot.AnimateToMatrix(matrix, duration);
highlightglass.AnimateToMatrix(highlightglassMatrix, duration);
PTransformActivity activity = cursor.AnimateToMatrix(cursorMatrix, duration);
activity.ActivityFinished = new
        //
ActivityFinishedDelegate(AnimateToFirstLineFinished);
        }
    }
    else
    {
        SnapHighlight();
    }
}
*/
void AnimateToFirstLineFinished(PActivity activity)
{
    //          while (Root.ActivityScheduler.ActivitiesReference.Count != 0);
    this.SnapHighlight();
}

/*
public override bool Context(bool animate, bool resetState)
{
    // the bounds of the overlapping child in terms of the EmailAppNode
    EmailText overlappingText = emailDetail.GetIntersectingEmailText(cursor.LocalToParent(cursor.Bounds));
    if (overlappingText != null)
    {
        long duration = 0;
        if (animate)
        {
            duration = Constants.DEFAULT_ANIMATION_TIME;
        }
        this.AppTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.CONTEXT;
        cursor.Visible = false;
        PMatrix footerMatrix = detailfooter.Matrix;
        footerMatrix.OffsetY += detailfooter.Height;
        detailfooter.AnimateToMatrix(footerMatrix, duration);
```

Email.cs

```
            PMatrix highlightglassMatrix = highlightglass.Matrix;
            RectangleF overlappingTextBounds = emailDetail.GetAppNodeLevelBounds(overlappingText);

            this.highlightglass.SetBounds(overlappingTextBounds.X-4, highlightglass.Bounds.Y,
            highlightglass.Bounds.Width+8, highlightglass.Bounds.Height);
            ShowContextMenuEasyWay(overlappingText, overlappingTextBounds);
            //ShowContextMenuHardWay()
            blueDot.MoveToFront();
            return true;
        }
        else
        {
            return false;
        }
    }

    public override bool Input(bool animate, bool resetState)
    {

        // the bounds of the overlapping child in terms of the EmailAppNode
        EmailText overlappingText = emailDetail.GetIntersectingEmailText(cursor.LocalToParent(cursor.Bounds));
        if (overlappingText != null)
        {

            long duration = 0;
            if (animate)
            {

                duration = Constants.DEFAULT_ANIMATION_TIME;

            }
            this.AppTile.QuadTile.Landscape.ShellLevel = Constants.ShellLevel.INPUT;

            cursor.Visible = false;
            PMatrix footerMatrix = detailfooter.Matrix;
            footerMatrix.OffsetY += detailfooter.Height;
            detailfooter.AnimateToMatrix(footerMatrix, duration);

            PMatrix highlightglassMatrix = highlightglass.Matrix;
            RectangleF overlappingTextBounds = emailDetail.GetAppNodeLevelBounds(overlappingText);

            this.highlightglass.SetBounds(overlappingTextBounds.X-4, highlightglass.Bounds.Y,
            overlappingTextBounds.Width+8, highlightglass.Bounds.Height);
```

Email.cs

```
            ShowEditMenuEasyWay(overlappingText, overlappingTextBounds);
            //ShowContextMenuHardWay()
            blueDot.MoveToFront();
            return true;
        }
        else
        {

            return false;
        }
    }

    private void ShowContextMenuEasyWay(EmailText overlappingText, RectangleF targetTextBounds)
    {
        if (contextMenuNode != null)
        {
            contextMenuNode.SetBounds(contextMenuNode.Bounds.X + (contextMenuNode.Bounds.Width/2),
                contextMenuNode.Bounds.Y + (contextMenuNode.Bounds.Height/2), 0,0);

            contextMenuNode.MoveToFront();
            contextMenuNode.Animate ToBounds(contextMenuNode.InitialBounds.X, contextMenuNode.InitialBounds.Y,
contextMenuNode.InitialBounds.Width, contextMenuNode.InitialBounds.Height, Constants.DEFAULT_ANIMATION_TIME);
        }
        else
        {
            this.contextMenuNode = ShowMenuEasyWay(overlappingText, targetTextBounds, contextMenuImage);
        }
    }

    private void ShowEditMenuEasyWay(EmailText overlappingText, RectangleF targetTextBounds)
    {
        if (textEditMenuNode != null)
        {
            textEditMenuNode.SetBounds(textEditMenuNode.Bounds.X + (textEditMenuNode.Bounds.Width/2),
                textEditMenuNode.Bounds.Y + (textEditMenuNode.Bounds.Height/2), 0,0);
            textEditMenuNode.MoveToFront();

            textEditMenuNode.Animate ToBounds(textEditMenuNode.InitialBounds.X, textEditMenuNode.InitialBounds.Y,
textEditMenuNode.InitialBounds.Width, textEditMenuNode.InitialBounds.Height, Constants.DEFAULT_ANIMATION_TIME);
        }
        else
```

23

Email.cs

```csharp
            this.textEditMenuNode = ShowMenuEasyWay(overlappingText, RectangleF targetTextBounds, textMenuImage);
        }

        private MenuImageNode ShowMenuEasyWay(EmailText overlappingText, RectangleF targetTextBounds, Bitmap menuImage)
        {
            Bitmap localMenuImage = new Bitmap(menuImage);
            int innerBorderOffset = Constants.CONTEXT_MENU_BORDER_WIDTH+1;
            int innerBorderWidth = contextMenuImage.Width - (2*innerBorderOffset);
            int innerBorderHeight = contextMenuImage.Height - (2*innerBorderOffset);
            RectangleF goalBounds = new RectangleF(targetTextBounds.X + (targetTextBounds.Width/2) -
(localMenuImage.Width/2),

                targetTextBounds.Y - innerBorderOffset, localMenuImage.Width, localMenuImage.Height);
            Graphics contextMenuGraphics = Graphics.FromImage(localMenuImage);

            // Problem with having transparent window was that I was reusing the image
            // could work fine if I tried again
            //contextMenuGraphics.FillRectangle(Constants.JUST_OFF_HIGHLIGHT_BRUSH, (int)(targetTextBounds.X -
goalBounds.X), (int)(targetTextBounds.Y - goalBounds.Y), (int)targetTextBounds.Width, (int)targetTextBounds.Height);
            contextMenuGraphics.DrawString(overlappingText.Text, Constants.TAHOMA_10, Constants.BLACK_BRUSH,
(int)(targetTextBounds.X - goalBounds.X), (int)(targetTextBounds.Y - goalBounds.Y));
            MenuImageNode menuNode = new MenuImageNode(localMenuImage);
            menuNode.InitialBounds = goalBounds;
            menuNode.SetBounds(goalBounds.X + (goalBounds.Width/2), goalBounds.Y + (goalBounds.Height/2),0.0);
            //contextMenuNode.UsesTransparency = true;
            AddChild(menuNode);
            //contextMenuNode.TransparencyLocation = new Point((int)(targetTextBounds.X - goalBounds.X)+1,
(int)(targetTextBounds.Y - goalBounds.Y));
            menuNode.AnimateToBounds(goalBounds.X, goalBounds.Y, goalBounds.Width, goalBounds.Height,
Constants.DEFAULT_ANIMATION_TIME);
            return menuNode;
        }

        private void ShowContextMenuHardWay(RectangleF overlappingChildBounds)
        {

            // Build the menu
            // Need at least as wide as the dot
            float minRequired = Math.Max(blueDot.Width, minContextMenuWidth);
            int menuWidth = (int) Math.Max(minRequired, (overlappingChildBounds.Width +
```

Email.cs

```
                (2*Constants.CONTEXT_MENU_BORDER_WIDTH))));
                // need at least as high as the boottom of dot to top of text
                int menuHeight = (int) (blueDot.Height + emailBlueDot.HighlightglassYDiff +
                (2*Constants.CONTEXT_MENU_BORDER_WIDTH));

                Bitmap contextMenuBitmap = new Bitmap(menuWidth, menuHeight);
                Graphics contextMenuGraphics = Graphics.FromImage(contextMenuBitmap);
                contextMenuGraphics.FillRectangle(Constants.MED_GRAY_BRUSH, 0,0, menuWidth, menuHeight);
                int innerBorderOffset = Constants.CONTEXT_MENU_BORDER_WIDTH;
                int innerBorderWidth = menuWidth - (2*innerBorderOffset);
                int innerBorderHeight = menuHeight - (2*innerBorderOffset);
                contextMenuGraphics.FillRectangle(Constants.HIGHLIGHT_BRUSH, innerBorderOffset, innerBorderOffset,
innerBorderWidth, innerBorderHeight);
                // Pink is used to denote the transparent region
                contextMenuGraphics.FillRectangle(Constants.JUST_OFF_HIGHLIGHT_BRUSH, Math.Max(innerBorderOffset,
(int)(innerBorderOffset + (innerBorderWidth/2) - (overlappingChildBounds.Width/2))), innerBorderOffset, (int)overlappingChildBounds.Width,
(int)overlappingChildBounds.Height);
                contextMenuGraphics.FillRectangle(Constants.DARK_GRAY_BRUSH, innerBorderOffset , (int)(innerBorderOffset +
highlightglass.Height), innerBorderWidth, (int)(innerBorderHeight+highlightglass.Height));

                // draw borders
                contextMenuGraphics.DrawRectangle(Constants.DARK_GRAY_PEN, 0,0, menuWidth-1, menuHeight-1);
                contextMenuGraphics.DrawRectangle(Constants.DARK_GRAY_PEN, innerBorderOffset-1,innerBorderOffset-1,
innerBorderWidth, innerBorderHeight);
                // draw text
                float leftover = menuWidth - ((2*minContextMenuCornerSection) + minContextMenuMidSection +4);
                int pad = Constants.CONTEXT_MENU_PADDING;
                float rawCornerSize = minContextMenuCornerSection - (2*pad);
                float rawMidSize = this.minContextMenuMidSection - (2*pad);
                int separatorSize = 1;
                if (leftover > 0)
                {

                     pad += (int)(leftover / 3)/2;

                }
                float newCornerSize = (int)rawCornerSize + (2*pad);
                float newMidSize = (int)rawMidSize + (2*pad);
                //upper text
                int yOffset = (int) (Constants.CONTEXT_MENU_BORDER_WIDTH - cutSize.Height)/2;
                int xOffset = separatorSize;
                int itempad = (int)(newCornerSize - cutSize.Width)/2;
```

25

Emails.cs

```
                xOffset += itempad;
                contextMenuGraphics.DrawString("cut", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                xOffset += (int)cutSize.Width + itempad;
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, xOffset, 0, xOffset,
Constants.CONTEXT_MENU_BORDER_WIDTH-1);
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, 0, (int)newCornerSize,
Constants.CONTEXT_MENU_BORDER_WIDTH, (int)newCornerSize);
                xOffset += separatorSize;
                itempad = (int)(newMidSize - copySize.Width)/2;
                xOffset += itempad;
                contextMenuGraphics.DrawString("copy", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                xOffset += (int)copySize.Width +itempad;
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, 0, xOffset,
contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, xOffset, 0,
Constants.CONTEXT_MENU_BORDER_WIDTH-1);
                xOffset += separatorSize;
                itempad = (int)(newCornerSize - pasteSize.Width)/2;
                xOffset += itempad;
                contextMenuGraphics.DrawString("paste", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, menuWidth, (int)newCornerSize, menuWidth -
Constants.CONTEXT_MENU_BORDER_WIDTH, (int)newCornerSize);

                yOffset = (int)(menuHeight - cutSize.Height) - yOffset;
                xOffset = separatorSize;
                itempad = (int)(newCornerSize - delSize.Width)/2;
                xOffset += itempad;
                contextMenuGraphics.DrawString("del", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                xOffset += (int)delSize.Width + itempad;
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, 0, menuHeight - (int)newCornerSize);
                xOffset += separatorSize;
                itempad = (int)newMidSize - findSize.Width)/2;
                xOffset += itempad;
                contextMenuGraphics.DrawString("find", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                xOffset += (int)copySize.Width +itempad;
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, xOffset, menuHeight-
Constants.CONTEXT_MENU_BORDER_WIDTH, xOffset, menuHeight);
                xOffset += separatorSize;
                itempad = (int)(newCornerSize - searchSize.Width)/2;
```

Email.cs

```
                xOffset += itempad;
                contextMenuGraphics.DrawString("search", Constants.TAHOMA_10, Constants.BLACK_BRUSH, xOffset, yOffset);
                contextMenuGraphics.DrawLine(Constants.DARK_GRAY_PEN, menuWidth, menuHeight, menuHeight-(int)newCornerSize,
            menuWidth - Constants.CONTEXT_MENU_BORDER_WIDTH, menuHeight-(int)newCornerSize);

                // If you want to do it this way, create a new type of image node and override paint so that
                // transparency is only done if the bounds.width == image.width (so you don't get weird holes
                // in the animation
                //            this.contextMenuNode = new ContextMenuNode(contextMenuBitmap);
                this.contextMenuNode = new MenuImageNode(contextMenuBitmap);
                contextMenuNode.UsesTransparency = true;
                AddChild(contextMenuNode);
                RectangleF goalBounds = new RectangleF(overlappingChildBounds.X + (overlappingChildBounds.Width/2) -
            (contextMenuNode.Width/2),
                        overlappingChildBounds.Y - Constants.CONTEXT_MENU_BORDER_WIDTH, contextMenuNode.Width,
            contextMenuNode.Height);
                contextMenuNode.TransparencyLocation = new Point((int)contextMenuNode.Bounds.Width/2,
            (int)Constants.CONTEXT_MENU_BORDER_WIDTH + 1);
                contextMenuNode.SetBounds(goalBounds.X + (goalBounds.Width/2), goalBounds.Y + (goalBounds.Height/2),0,0);
                contextMenuNode.AnimateToBounds(goalBounds.X, goalBounds.Y, goalBounds.Width, goalBounds.Height,
            Constants.DEFAULT_ANIMATION_TIME);
            }
        */

        public void SnapHighlightToPosition(RectangleF sourceRectangle, RectangleF destinationRectangle, bool yOnly, bool animate)
        {
            // what would it take to put cursor in horizontal center

            float xdiff = 0;
            if (!yOnly)
            {
                // Both of these bounds are in EmailAppNode coordinate space
                float centerDestination = (destinationRectangle.X + (destinationRectangle.Width/2));
                float centerSource = (sourceRectangle.X + (sourceRectangle.Width/2));
                // align source center to destination center
                xdiff = centerSource - centerDestination;
            }

            // align source to destination top
            float ydiff = sourceRectangle.Top - destinationRectangle.Top;
```

Email.cs

```
                PMatrix matrix = blueDot.Matrix;
                matrix.OffsetX -= xdiff;
                matrix.OffsetY -= ydiff;
                blueDot.AnimateToMatrix(matrix, Constants.DEFAULT_ANIMATION_TIME/2);

            if (animate)
            {
                */
            /*

        }

            }
            else
            {
                cursor.TranslateBy(-xdiff, -ydiff);
                highlightglass.TranslateBy(0, -ydiff);

                highlightglass.AnimateToMatrix(matrix, Constants.DEFAULT_ANIMATION_TIME);
                matrix.OffsetY -= ydiff;
                matrix = highlightglass.Matrix;
                cursor.AnimateToMatrix(matrix, Constants.DEFAULT_ANIMATION_TIME);
                matrix.OffsetY -= ydiff;
                matrix.OffsetX -= xdiff;
                PMatrix matrix = cursor.Matrix;
            {

        public void SnapHighlightToPosition(RectangleF sourceRectangle,
            RectangleF destinationRectangle, bool yOnly)
        {

            SnapHighlightToPosition(sourceRectangle, destinationRectangle, yOnly, true);
        }

        public void SnapPositionToObject(PNode obj, RectangleF sourceRectangle,
            RectangleF destinationRectangle, bool yOnly, bool animate)
        {

            float xdiff = 0;
            long duration = 0;
            if (animate)
            {

                duration = Constants.DEFAULT_ANIMATION_TIME/2;
            if (!yOnly)
            {
```

```
            float centerDestination = (destinationRectangle.X + (destinationRectangle.Width/2));
            float centerSource = (sourceRectangle.X + (sourceRectangle.Width/2));
            // align source center to destination center
            xdiff = centerSource - centerDestination;

        }
        // align source to destination top
        float ydiff = sourceRectangle.Top - destinationRectangle.Top;

        if (animate)
        {
            matrix.OffsetX -= xdiff;
            matrix.OffsetY -= ydiff;
            PMatrix matrix = obj.Matrix;

            obj.AnimateToMatrix(matrix, duration);
        }
        else
        {
            obj.Matrix = matrix;
        }
    }

    public void SnapObjectToHighlight(bool animate)
    {
        if (State == Constants.AppState.OVERVIEW)
        {
            SnapObjectToHighlight(obj, animate);
            PNode obj = inboxlist.GetMainDraggedNode();
        }
    }

    public void SnapObjectToHighlight(PNode node, bool animate)
    {
        RectangleF sourceRectangle = RectangleF.Empty;
        RectangleF cursorEmailAppBounds = cursor.LocalToParent(cursor.Bounds);
        if (State == Constants.AppState.OVERVIEW)
        {
            sourceRectangle = inboxlist.GetIntersectingEmailItemBounds(cursorEmailAppBounds);
            if (!sourceRectangle.IsEmpty)
            {
                this.SnapPositionToObject(node, new RectangleF(sourceRectangle.X,
                sourceRectangle.Y, sourceRectangle.Height, sourceRectangle.Width), cursorEmailAppBounds,
```

Email.cs

```csharp
                true, animate);
        }
    }

    public RectangleF SnapHighlight()
    {
        RectangleF cursorEmailAppBounds = cursor.LocalToParent(cursor.Bounds);
        RectangleF targetRectangle = RectangleF.Empty;
        bool yOnly = false;
        if (State == Constants.AppState.DETAIL)
        {
            targetRectangle = emailDetail.GetIntersectingEmailItemBounds(cursorEmailAppBounds);
            yOnly = true;
            targetRectangle = emailDetail.GetClosestIntersectingEmailTextBounds(cursorEmailAppBounds);
        }
        //
        else if(State == Constants.AppState.OVERVIEW)
        {
            //if (emailBlueDot.isHome())
            //{
            //    SnapObjectToHighlight(true);
            //}
            //else
            //{
                targetRectangle = inboxlist.GetIntersectingEmailItemBounds(cursorEmailAppBounds);
                yOnly = true;
            //}
        }
        if (!targetRectangle.IsEmpty)
        {
            SnapHighlightToPosition(new RectangleF(cursorEmailAppBounds.X, cursorEmailAppBounds.Y-1,
            cursorEmailAppBounds.Width, cursorEmailAppBounds.Height), targetRectangle, yOnly);
            SnapHighlightToPosition(new RectangleF(cursorEmailAppBounds.X, cursorEmailAppBounds.Y,
            cursorEmailAppBounds.Width, cursorEmailAppBounds.Height), targetRectangle, yOnly);
        }
        //
        return targetRectangle;
    }

    public void SnapHighlightToLine(RectangleF lineRectangle, bool animate)
    {
        RectangleF cursorEmailAppBounds = cursor.LocalToParent(cursor.Bounds);
        SnapHighlightToPosition(cursorEmailAppBounds, lineRectangle, true, animate);
```

Email.cs

```csharp
        public void SnapHighlightToLine(RectangleF lineRectangle)
        {
            SnapHighlightToLine(lineRectangle, true);
            //RectangleF cursorEmailAppBounds = cursor.LocalToParent(cursor.Bounds);
            //SnapHighlightToPosition(cursorEmailAppBounds, lineRectangle, true);
        }

        protected override void Paint(PPaintContext paintContext)
        {
            Graphics graphics = paintContext.Graphics;
            // Draw a white background on which to layer things
            graphics.FillRectangle(Constants.WHITE_BRUSH, Bounds.X, Bounds.Y, Bounds.Width-1, Bounds.Height-1);
        }

        public HighlightGlass HighlightGlass
        {
            get
            {
                return this.highlightglass;
            }
        }
    }

    class EmailInboxFooter : ImageNode
    {
        public EmailInboxFooter() : base()
        {
            Image = Util.GetImage(this, "LaunchPoint.images.emailinboxfooter.png");
            this.DoScale = true;
        }
    }

    class DetailFooter : ImageNode
    {
        public DetailFooter() : base()
        {
            Image = Util.GetImage(this, "LaunchPoint.images.detailfooter.png");
            this.DoScale = true;
        }
    }
```

Email.cs

```
class InboxList : ImageNode
{
    public InboxList() : base()
    {
        Image = Util.GetImage(this, "LaunchPoint.images.emaillist.png");
        usesTransparency = true;
        transparencyLocation = new Point(0,0);
        this.AddInputEventListener(new InboxListDragEventHandler());
    }
}

class InboxListDragEventHandler : PDragEventHandler
{
    protected override void OnDrag(object sender, PInputEventArgs e)
    {
        InboxList list = (InboxList)sender;
        SizeF s = e.GetDeltaRelativeTo(list);
        s = list.LocalToParent(s);
        list.TranslateBy(0, s.Height);
    }
}

class EmailDetail : ImageNode
{
    public EmailDetail() : base()
    {
        Image = Util.GetImage(this, "LaunchPoint.images.emaildetail.png");
        usesTransparency = true;
        transparencyLocation = new Point(0,Image.Height-1);
    }
}

public class HighlightGlass : PNode
{
    Brush blueBrush = Constants.HIGHLIGHT_BRUSH;
    RectangleF initialBounds = RectangleF.Empty;
    SizeF initialOffset = new SizeF(0,0);
    public HighlightGlass() : base()
    {
```

Email.cs

```
            Color bcolor = ((SolidBrush)blueBrush).Color;
            blueBrush = new SolidBrush(Color.FromArgb(120, bcolor.R, bcolor.G, bcolor.B));
            //this.AddInputEventListener(new HighlightGlassDragEventHandler());

        protected override void Paint(PPaintContext paintContext)

            paintContext.Graphics.FillRectangle(blueBrush, Bounds.X, Bounds.Y, Bounds.Width, Bounds.Height);
            base.Paint (paintContext);
        }

        public RectangleF InitialBounds
        {

            set
            {

                initialBounds = value;
                Bounds = value;
            }

            get { return initialBounds; }
        }

        public SizeF InitialOffset

            set { initialOffset = value;}
            get { return initialOffset; }
        }

        public void Reset (bool animate)
        {

            Bounds = InitialBounds;
            PMatrix matrix = Matrix;
            matrix.OffsetX = InitialOffset.Width;
            matrix.OffsetY = InitialOffset.Height;
            long duration = 0;

            if (animate) {
                duration = Constants.DEFAULT_ANIMATION_TIME;
                this.AnimateToMatrix(matrix, duration);
            } else {

                this.Matrix = matrix;
            }
        }

    class  HighlightGlassDragEventHandler : PDragEventHandler
    {
```

Email.cs

```csharp
public class EmailBlueDot : BlueDot
{
    private EmailAppNode emailAppNode;
    private HighlightGlass highlightGlass;
    private Cursor cursor;
    // They diff between blue dot and highlightglass
    float glassYDiff = 0;
    float cursorYDiff = 0;
    float cursorXDiff = 0;

    public EmailBlueDot(EmailAppNode node) : base()
    {
        this.AddInputEventListener(new BlueDotDragEventHandler());
    }

    // If still in starting gate, considered "home"
    public bool isHome()
    {
        return (MatrixReference.OffsetX == 0 && Math.Abs(MatrixReference.OffsetY) < Height);
    }

    public EmailAppNode EmailAppNode
    {
        get { return emailAppNode; }
        set { emailAppNode = value; }
    }

    public float HighlightglassYDiff
    {
        get { return glassYDiff; }
        set { glassYDiff = value; }
    }

    public float CursorXDiff
    {
        get { return cursorXDiff; }
        set { cursorXDiff = value; }
    }

    public float CursorYDiff
```

34

Email.cs

```csharp
{
    set { cursorYDiff = value; }
    get { return cursorYDiff; }
}

public HighlightGlass HighlightGlass
{
    get { return highlightGlass;}
    set
    {
        highlightGlass = value;
        if (!highlightGlass.InitialBounds.IsEmpty && !InitialBounds.IsEmpty)
        {
            this.glassYDiff = InitialBounds.Y - highlightGlass.InitialBounds.Y;
        }
    }
}

public Cursor Cursor
{
    get { return cursor;}
    set
    {
        cursor = value;
        if (!cursor.InitialBounds.Y.IsEmpty && !InitialBounds.IsEmpty)
        {
            this.cursorYDiff = InitialBounds.Y - cursor.InitialBounds.Y;
            this.cursorXDiff = InitialBounds.X - cursor.InitialBounds.X;
        }
    }
}

public override RectangleF InitialBounds
{
    get
    {
        return base.InitialBounds;
    }
    set
    {
        base.InitialBounds = value;
    }
}
```

Email.cs

```
        }
        protected override void Paint(PPaintContext paintContext)
        {
            if (emailAppNode.AppTile.QuadTile.Landscape.Camera.ViewScale ==
emailAppNode.AppTile.QuadTile.Landscape.ApplicationScale)
            {
                base.Paint (paintContext);
            }
        }

        public override void Clicked()
        {
            EmailAppNode.Forward();
            base.Clicked ();
            /*
            if (Parent is AppNode)
            {
                AppNode appParent = (AppNode)Parent;
                if (appParent.State == Constants.AppState.OVERVIEW)
                {
                    appParent.State = Constants.AppState.DETAIL;
                }
                else if (appParent.State == Constants.AppState.DETAIL)
                {
                    appParent.State = Constants.AppState.CONTEXT;
                }
                // Once in context, blue dot is dragged
            }
            */
        }
        public override void TranslateBy(float dx, float dy)
        {
            base.TranslateBy (dx, dy);
            if (cursor != null) cursor.TranslateBy(dx, dy);
            // highlighter only goes up and down
            if (highlightGlass != null) highlightGlass.TranslateBy(0, dy);
        }

        // This is here to eat up the onclick event for the main blue dot
        public override void OnClick(PInputEventArgs e)
```

Email.cs

```
        public override void OnClick(PInputEventArgs e)
        {
            if (Parent is AppNode)
            {
                AppNode appParent = (AppNode)Parent;
                if (appParent.State == Constants.AppState.OVERVIEW)
                {
                    Clicked(e);
                }
                else if (appParent.State == Constants.AppState.DETAIL)
                {
                    Clicked(e);
                }
            }
        }

        /*
         *
         */
        protected override void InternalUpdateBounds(float x, float y, float width, float height)
        {
            if (this.glassYDiff != 0)
            {
                RectangleF glassBounds = highlightGlass.Bounds;
                highlightGlass.SetBounds(glassBounds.X, y - glassYDiff, glassBounds.Width, glassBounds.Height);
            }
            if (this.cursorYDiff != 0)
            {
                RectangleF cursorBounds = cursor.Bounds;
                cursor.SetBounds(cursorBounds.X, y - cursorYDiff, cursorBounds.Width, cursorBounds.Height);
            }
            if (this.cursorXDiff != 0)
            {
                RectangleF cursorBounds = cursor.Bounds;
                cursor.SetBounds(x - cursorXDiff, cursorBounds.Y, cursorBounds.Width, cursorBounds.Height);
            }
```

Email.cs

```
//    class  BlueDotDragEventHandler : PDragEventHandler
class BlueDotDragEventHandler : UMD.HCIL.Piccolo.Event.PBasicInputEventHandler
{
    PointF mousePressedPos;
    bool dragging = false;

    protected override void OnStartDrag(object sender, PInputEventArgs e)
    {
        PDebug.Log("Enter\t OnStartDrag");
        base.OnStartDrag(sender, e);
    }

    protected override void OnEndDrag(object sender, PInputEventArgs e)
    {
        PDebug.Log("Enter\t OnEndDrag");
    }

    protected override void StartDragActivity(PInputEventArgs e)
    {
        base.StartDragActivity(e);
        DragActivity.StepInterval = 10;
    }

    protected override bool ShouldStartDragInteraction(PInputEventArgs e)
    {
        return PUtil.DistanceBetweenPoints(MousePressedCanvasPoint, e.CanvasPosition)
            >= Constants.DRAG_THRESHOLD;
    }
    */

    public override void OnMouseDown(object sender, PInputEventArgs e)
    {
        mousePressedPos = e.CanvasPosition;
        base.OnMouseDown (sender, e);
    }

    public override void OnMouseDrag(object sender, PInputEventArgs e)
    {
```

base.InternalUpdateBounds (x, y, width, height);

}

/*

38

Email.cs

```
            if (! dragging && PUtil.DistanceBetweenPoints(mousePressedPos, e.CanvasPosition) >= Constants.DRAG_THRESHOLD)
            {
                dragging = true;
            }
            else if (dragging)
            {
                OnDrag(sender, e);
            }
            base.OnMouseDrag (sender, e);
        }

        //

        protected override void OnDrag(object sender, PInputEventArgs e)
        private void OnDrag(object sender, PInputEventArgs e)
        {
            e.TopCamera.Canvas.PaintImmediately();

            EmailBlueDot dot = (EmailBlueDot)sender;

            // If in overview mode, can move blue dot to a particular email
            // If in edit mode, can move blue dot to line
            if (dot.EmailAppNode.State == Constants.AppState.OVERVIEW)
            {
                SizeF s = e.GetDeltaRelativeTo(dot);
                s = dot.LocalToParent(s);
                // Don't go below original position, less than means "above"
                if (dot.MatrixReference.OffsetY + s.Height <= dot.InitialOffset.Height)

                    dot.TranslateBy(0,s.Height);

            }
            else if (dot.EmailAppNode.State == Constants.AppState.DETAIL )
            {
                SizeF s = e.GetDeltaRelativeTo(dot);
                s = dot.LocalToParent(s);

                // Don't go below original position
```

Email.cs

```csharp
// Can only drag up while home
if (dot.isHome() && (dot.MatrixReference.OffsetY + s.Height <= dot.InitialOffset.Height) )
{
    dot.TranslateBy(0,s.Height);
}
else
{
    /*
    }
    }

    if (Math.Abs(s.Height) > Math.Abs(s.Width))
    {
        // less than means "above"
        if (dot.MatrixReference.OffsetY + s.Height <= dot.InitialOffset.Height)
        {
            dot.TranslateBy(0,s.Height);
        }
    }
    else
    {
        dot.TranslateBy(s.Width, 0);
    }
    }
}

if (direction == Constants.NavigationDirection.NONE)
{
    if (Math.Abs(s.Height) > Math.Abs(s.Width))
    {
        direction = Constants.NavigationDirection.VERTICAL;
        dot.SetBounds(dot.Bounds.X, dot.Bounds.Y+s.Height,
            dot.Bounds.Width,
            dot.Bounds.Height);
    }
    else if (Math.Abs(s.Height) < Math.Abs(s.Width))
    {
        direction = Constants.NavigationDirection.HORIZONTAL;
        dot.SetBounds(dot.Bounds.X+s.Width,
            dot.Bounds.Y, dot.Bounds.Width,
            dot.Bounds.Height);
    }
```

Email.cs

```
            else if (direction == Constants.NavigationDirection.VERTICAL)
            {
                dot.SetBounds(dot.Bounds.X, dot.Bounds.Y+s.Height,
                    dot.Bounds.Width,
                    dot.Bounds.Height);
            }
            else if (direction == Constants.NavigationDirection.HORIZONTAL)
            {
                dot.SetBounds(dot.Bounds.X+s.Width,
                    dot.Bounds.Y, dot.Bounds.Width,
                    dot.Bounds.Height);
            }
        */
            // for point, only move in x or y

        }

        //e.Camera.Repaint();
        e.TopCamera.Canvas.PaintImmediately();
    }

    public override void OnMouseUp(object sender, PInputEventArgs e)
    {

        //          EmailBlueDot dot = (EmailBlueDot)sender;
                    if (!dragging)
                        if (this.Dragging)
                        {
                            dot.Clicked();
                        }
                        else
                        {
                            dot.EmailAppNode.SnapHighlight();
                        }
                    dragging = false;
                    base.OnMouseUp (sender, e);

    }
}
class MenuImageNode : ImageNode
```

Email.cs

```
public MenuImageNode(Bitmap image) : base(image)
{
    DoScale = true;
}
```