# EXHIBIT M

ShellForm.cs

```
using System;
using System.Drawing;
using System.Drawing.Imaging;
using System.Collections;
using System.Windows.Forms;
using System.Data;
using System.IO;
using System.Globalization;
using System.Security;

using UMD.HCIL.Piccolo;
using UMD.HCIL.Piccolo.Nodes;
using UMD.HCIL.Piccolo.Event;
using UMD.HCIL.Piccolo.Activities;
using UMD.HCIL.PiccoloX;
using UMD.HCIL.PiccoloX.Events;
using UMD.HCIL.Piccolo.Util;

namespace LaunchPoint
{
    public delegate void NavigationDelegate();

    /// <summary>
    /// Summary description for Form1.
    /// </summary>
    public class ShellForm : PForm
    {
        public static PForm ApplicationForm;
        PCamera landscapeCamera = new LandscapeCamera();
        Landscape landscapeNode;
        //LODNode lodNode;
        Constants.ShellLevel shellLevel;
        LaunchPoint launchPoint;
        //ButtonHarness harness;
        const int HBUTTON_CALENDAR = 1;
        const int HBUTTON_CONTACTS = 2;
        const int HBUTTON_MAIL = 3;
        const int HBUTTON_ITASK = 4;
        const int HBUTTON_SIDE = 5;
        const int HUP = 6;
```



DEPOSITION
EXHIBIT
213
Bederson

FENWICK & WEST 06-6669

1

ShellForm.cs

```
        const int HDOWN = 7;
        const int HLEFT = 8;
        const int HRIGHT = 9;
        const int HCENTER = 10;
        private System.Windows.Forms.PageSetupDialog pageSetupDialog1;
        static bool PLATFORM_POCKETPC = false;

    public ShellForm()
    {
        /*
        if (PLATFORM_POCKETPC)
        {

            harness = new ButtonHarness();
            this.Load += new System.EventHandler(this.ShellForm_Load);
            this.Closing += new System.ComponentModel.CancelEventHandler(this.ShellForm_Closing);
        }
        */
        //
        // Required for Windows Form Designer support
        //
        InitializeComponent();

        ReadTransparency();

        Rectangle screenBounds = Screen.PrimaryScreen.Bounds;
        if (screenBounds.Width == 800 && screenBounds.Height == 600)
        {
            System.Windows.Forms.Cursor.Hide();
            FormBorderStyle = FormBorderStyle.None;
        }
        else
        {
            FormBorderStyle = FormBorderStyle.FixedSingle;
        }
        //
        // TODO: Add any constructor code after InitializeComponent call
        //
    }
}
```

2

ShellForm.cs

```
public void ReadTransparency() {
    FileStream fs = null;
    try {
        fs = new FileStream("config.txt", FileMode.Open);
    }
    catch (SecurityException e) {
        MessageBox.Show("Unable to load preferences. " + "\n\n" + "\n\n" + e.Message);
        return;
    }
    catch(FileNotFoundException) {
        return;
    }

    if (fs != null) {
        StreamReader sr = null;
        sr = new StreamReader(fs);
        if (sr != null)
        {
            String line;
            while ((line = sr.ReadLine()) != null)
            {
                String val = sr.ReadLine();
                switch (line)
                {
                    case "ALPHA":
                        Constants.MAX_TRANSPARENCY = float.Parse(val,

NumberStyles.AllowDecimalPoint);

                        break;
                    case "NOISE_ALLOWANCE":
                        Constants.DRAG_THRESHOLD = int.Parse(val, NumberStyles.None);
                        break;
                    case "TAP_HOLD_DELAY":
                        Constants.TAP_HOLD_DELAY = int.Parse(val, NumberStyles.None);
                        break;
                    case "MENU_FADEOUT_DELAY":
                        Constants.MENU_FADEOUT_DELAY = int.Parse(val, NumberStyles.None);
                        break;
                }
            }
            sr.Close();
        }
    }
```

3

ShellForm.cs

```
            }
            fs.Close();
        }
    }

    /*
    private void ShellForm_Load(object sender, System.EventArgs e)
    {
        //REQUIRED CODE - adding handlers and activating the button harness
        //enable the handler for the four position control by passing it a reference
        //to the form you will be using...
        harness.B_Release += new ButtonReleaseEventHandler(harnessButtonReleased);
        harness.ActivateButtonHarness();
        //END REQUIRED CODE
    }
    */

    /*
    private void ShellForm_Closing(object sender, System.ComponentModel.CancelEventArgs e)
    {
        //REQUIRED CODE - disposing the button harness
        //It is important to call the dispose method - since the button harness *may* not
        //automatically restore access to the keys....
        this.harness.Dispose();
        //END REQUIRED CODE
    }
    */

    protected override void OnLoad(EventArgs e)
    {
        // Need to put this here so caption bar really goes away
        //this.WindowState = FormWindowState.Maximized;
        base.OnLoad (e);
    }

    protected override void OnActivated(EventArgs e)
    {
        Canvas.Focus();
        base.OnActivated (e);
    }
```

4

ShellForm.cs

```
public override void Initialize()
{
    ApplicationForm = this;

    // Need to put this here so size is 240x320
    // OnLoad hasn't happened yet
    //this.WindowState = FormWindowState.Maximized;
    Canvas.Size = this.Size;
    Canvas.ZoomEventHandler = null;
    Canvas.PanEventHandler = null;
    Canvas.LostFocus +=new EventHandler(Canvas_LostFocus);

    PPath shellNode = PPath.CreateRectangle(0,0, ClientRectangle.Width, ClientRectangle.Height);
    shellNode.Brush = Constants.LIGHT_GRAY_BRUSH;
    shellNode.Pen = null;
    Canvas.Layer.AddChild(shellNode);

    landscapeCamera = this.Canvas.Camera;
    //landscapeCamera.SetBounds(0, 0, ClientRectangle.Width, ClientRectangle.Height);
    landscapeCamera.Brush = Constants.MED_GRAY_BRUSH;
    //               landscapeCamera.AddInputEventListener(new ThumbPanEventHandler());

    float homeLaunchPointDiameter = (2 * Constants.TITLE_BAR_HEIGHT) + Constants.TILE_VERTICAL_SEP;
    float appLaunchPointDiameter = 45;

    landscapeNode = new Landscape(this, landscapeCamera, ClientRectangle.Width,
                ClientRectangle.Height,
                Constants.INTER_QUAD_SPACING,
                new SizeF(homeLaunchPointDiameter,homeLaunchPointDiameter));

    landscapeNode.X=0;
    landscapeNode.Y=0;

    float zoomLaunchPointDiameter = homeLaunchPointDiameter *
(landscapeCamera.ViewBounds.Width/landscapeNode.Width);

    //Canvas.Layer.AddInputEventListener(new LaunchPointListener(launchPoint, landscapeNode, landscapeCamera));
    landscapeCamera.AddInputEventListener(new LaunchPointListener(launchPoint, landscapeNode, landscapeCamera));

    PLayer landscapeLayer = new PLayer();
```

5

ShellForm.cs

```
            landscapeLayer.AddChild(landscapeNode);
            landscapeCamera.AddLayer(landscapeLayer);
            //Canvas.Layer.AddChild(landscapeCamera);
            // Who knows about this?!?!
            Canvas.Root.AddChild(landscapeLayer);
            //landscapeCamera.AddInputEventListener(new HardwareEventHandler());
            landscapeNode.HomeQuad(false);

            Canvas.KeyDown += new KeyEventHandler(Canvas_KeyDown);

            base.Initialize ();
        }

/*

        private void harnessButtonReleased(int iEnumCode, int iKeyValue)
        {
            switch (iEnumCode)
            {
                case HBUTTON_CONTACTS:
                    if (landscapeNode.ActiveApp != null)
                    {
                        landscapeNode.ActiveApp.KeyPressed(System.Windows.Forms.Keys.NumPad1);
                    }
                    break;
                case HBUTTON_MAIL:
                    if (landscapeNode.ActiveApp != null)
                    {
                        landscapeNode.ActiveApp.KeyPressed(System.Windows.Forms.Keys.NumPad2);
                    }
                    break;
            }
        }
*/

        // All shell level changes go through this, but are stored in the node itself
        // That's why it's safe to change the position of the blue dot here
        public Constants.ShellLevel ShellLevel
        {
            get { return this.shellLevel; } //IodNode.ShellLevel; }
            set
            {
                if (shellLevel != value) //IodNode.ShellLevel != value)
```

ShellForm.cs

```
//
//            if (value == Constants.ShellLevel.APPLICATION)
//                launchPoint.AnimateToBounds(launchPoint.ApplicationBounds.X,
launchPoint.ApplicationBounds.Y,
//                    launchPoint.ApplicationBounds.Width, launchPoint.ApplicationBounds.Height,
Constants.DEFAULT_ANIMATION_TIME);
//            else if (value == Constants.ShellLevel.HOME)
//                launchPoint.AnimateToBounds(launchPoint.HomeBounds.X, launchPoint.HomeBounds.Y,
//                    launchPoint.HomeBounds.Width,
launchPoint.HomeBounds.Height,Constants.DEFAULT_ANIMATION_TIME);
//            else if (value == Constants.ShellLevel.ZOOM_SPACE)
//                launchPoint.AnimateToBounds(launchPoint.ZoomBounds.X,
launchPoint.ZoomBounds.Y,
//                    launchPoint.ZoomBounds.Width,
launchPoint.ZoomBounds.Height,Constants.DEFAULT_ANIMATION_TIME);
//            shellLevel = value;
//            //lodNode.ShellLevel = value;
        }

        protected void Camera_MouseUp(object sender, PInputEventArgs e)
        {
            if (e.PickedNode is PCamera)
            {
            }
            else
            {
                //
                landscapeNode.PanToNearest(landscapeCamera);
            }

            e.Handled = true;
        }

        /// <summary>
        /// Clean up any resources being used.
        /// </summary>
        protected override void Dispose( bool disposing )
        {
            /*
            if (harness != null)
            {
```

7

ShellForm.cs

```
            harness.Dispose();
            harness = null;
        }
        */
    }

    base.Dispose( disposing );
}

#region Windows Form Designer generated code
/// <summary>
/// Required method for Designer support - do not modify
/// the contents of this method with the code editor.
/// </summary>
private void InitializeComponent()
{
    this.pageSetupDialog1 = new System.Windows.Forms.PageSetupDialog();
    //
    // ShellForm
    //
    this.AutoScaleBaseSize = new System.Drawing.Size(5, 13);
    this.ClientSize = new System.Drawing.Size(800, 600);
    this.FormBorderStyle = System.Windows.Forms.FormBorderStyle.None;
    this.Location = new System.Drawing.Point(0, 0);
    this.MaximizeBox = false;
    this.MinimizeBox = false;
    this.Name = "ShellForm";
    this.StartPosition = System.Windows.Forms.FormStartPosition.Manual;
    this.Text = "Xnav2004";
}
#endregion

/// <summary>
/// The main entry point for the application.
/// </summary>
static void Main()
{
    Application.Run(new ShellForm());
}

private void Canvas_KeyDown(object sender, KeyEventArgs e)
```

ShellForm.cs

```
        switch (e.KeyCode)
        {
            //case Keys.Enter:
            //        XnavActivated();
            //        break;
            default:
                if (landscapeNode.KeyPressed(e.KeyCode) == false)
                {
                    if (e.KeyCode == Keys.Enter || e.KeyCode == Keys.NumPad5 || e.KeyCode == Keys.D5)
                    {
                        XnavActivated();
                    }
                }
                break;
        }
    }

    public void XnavActivated()
    {
        if (landscapeNode.ShellLevel == Constants.ShellLevel.HOME)
        {
            landscapeNode.ZoomSpace();
            landscapeNode.ActiveQuad.Xnav.AnimateToMode(XnavMode.ZoomIn,
Constants.DEFAULT_ANIMATION_TIME);
        }
        else if (landscapeNode.ShellLevel == Constants.ShellLevel.ZOOM_SPACE)
        {
            landscapeNode.HomeQuad();
        }
        //else
        //{
        //    if (landscape.ActiveApp != null && landscape.ActiveApp.blueDot != null)
        //    {
        //        landscape.ActiveApp.blueDot.Clicked();
        //    }
        //}
    }

    private void Canvas_LostFocus(object sender, EventArgs e)
```

ShellForm.cs

```
            if (this.Focused == true)
            {
                Canvas.Focus();
            }
        }
    }

    #region Helper Classes
    class LaunchPoint : PNode
    {
        Bitmap launchImage;
        float offsetX;
        float offsetY;
        float displayWidth;
        float displayHeight;
        RectangleF homeBounds;
        RectangleF applicationBounds;
        RectangleF zoomBounds;
        protected Landscape landscape;

        public LaunchPoint(Landscape scape) : base()
        {
            landscape = scape;
            launchImage = Util.GetImage(this, "LaunchPoint.images.main_blue_dot.png");
        }

        protected override void Paint(PPaintContext paintContext)
        {
            // Use camera scale vs. zoom level because we want to show the dot between zoom levels
            if (landscape.Camera.ViewScale >= landscape.HomeScale &&
                landscape.Camera.ViewScale < landscape.ApplicationScale)
            {
                ImageAttributes attr = new ImageAttributes();
                attr.SetColorKey(launchImage.GetPixel(0,0), launchImage.GetPixel(0,0));

                //    paintContext.Graphics.FillEllipse(Constants.LAUNCH_POINT_BRUSH, Bounds.X, Bounds.Y,
                Bounds.Width, Bounds.Height);
                RectangleF destRect = new RectangleF(Bounds.X+offsetX, Bounds.Y + offsetY, displayWidth, displayHeight);
```

ShellForm.cs

```
            PointF[] destPoints = {destRect.Location, new PointF(destRect.Right, destRect.Y), new PointF(destRect.X,
            destRect.Bottom)};
            //paintContext.Graphics.DrawImage((Image)launchImage,  destPoints, new RectangleF(0,0,launchImage.Width,
            launchImage.Height), GraphicsUnit.Pixel, attr);
            base.Paint (paintContext);
        }

        public Landscape Landscape
        {
            get { return landscape; }
        }

        public RectangleF HomeBounds
        {
            get { return homeBounds; }
            set { homeBounds = value;}
        }

        public RectangleF ApplicationBounds
        {
            get { return applicationBounds;}
            set { applicationBounds = value;}
        }

        public RectangleF ZoomBounds
        {
            get { return zoomBounds; }
            set { zoomBounds = value;}
        }

        protected override void InternalUpdateBounds(float x, float y, float width, float height)
        {
            if (width > launchImage.Width)
                offsetY = Math.Max(0,(height - launchImage.Height)/2);
                offsetX = Math.Max(0,(width - launchImage.Width)/2);
            {
                displayWidth = launchImage.Width;
            }
            else
            {
                displayWidth = width;
            }
            if (height > launchImage.Height)
            {
```

ShellForm.cs

```
                    displayHeight = launchImage.Height;
                }
                else
                {
                    displayHeight = height;
                }
                base.InternalUpdateBounds (x, y, width, height);
            }

            public void Clicked()
            {
                // Not sure it should be responding to events lower down
                // Depending on shell state, do something
                // HOME level = zoom out
                // APP level - who knows
            }
        }

        class CloseNode : UMD.HCIL.Piccolo.Nodes.PImage
        {
            PForm form;
            public CloseNode(PForm form) : base()
            {
                this.form = form;
                Image = Util.GetImage(this, "LaunchPoint.images.close.png");
            }

            public override void OnClick(PInputEventArgs e)
            {
                base.OnClick (e);
                form.Close();
            }
        }

        class StatusNode : PNode
        {
            Bitmap statusImage;
            public StatusNode () : base ()
            {
                statusImage = Util.GetImage(this, "LaunchPoint.images.status.png");
            }
```

ShellForm.cs

```
        protected override void Paint(PPaintContext paintContext)
        {
            if (statusImage != null)
            {
                SizeF destSize = new SizeF(0,0);
                SizeF sourceSize = new SizeF(0,0);
                Util.GetBestDestSourceSize(new SizeF(Bounds.Width, Bounds.Height), statusImage.Size, ref destSize, ref
sourceSize);

                paintContext.Graphics.DrawImage((Image) statusImage, new RectangleF(Bounds.X+Bounds.Width-
destSize.Width, Bounds.Y, destSize.Width, destSize.Height), new RectangleF(0, 0, sourceSize.Width, sourceSize.Height), GraphicsUnit.Pixel);
            }
            else
            {
                base.Paint (paintContext);
            }
        }
    }

    class LODNode : PNode
    {
        Constants.ShellLevel shellLevel;
        Bitmap lodStrip;
        ImageNode lodIndicator;

        public LODNode(Constants.ShellLevel startLevel) : base()
        {
            lodStrip = Util.GetImage(this, "LaunchPoint.images.lodstrip.png");
            lodIndicator = new ImageNode(Util.GetImage(this, "LaunchPoint.images.lodindicator.png"));
            lodIndicator.DoScale = true;
            AddChild(lodIndicator);
            lodIndicator.InitialBounds = new RectangleF(Bounds.X, Bounds.Y + (int) startLevel * lodIndicator.Bounds.Height,
lodIndicator.Image.Width, lodIndicator.Image.Height);

            protected override void InternalUpdateBounds(float x, float y, float width, float height)
            {
                float scale = height/lodStrip.Height;
                float newLodHeight = lodIndicator.Bounds.Height * scale;
                lodIndicator.SetBounds(x, y + (int) shellLevel * newLodHeight, lodIndicator.Bounds.Width, newLodHeight);
                base.InternalUpdateBounds (x, y, width, height);
```

13

ShellForm.cs

```
        public Constants.ShellLevel ShellLevel
        {
            get { return shellLevel; }
            set
            {
                shellLevel = value;
                lodIndicator.AnimateToBounds(Bounds.X, Bounds.Y + ((int) value * lodIndicator.Bounds.Height),
lodIndicator.Bounds.Width, lodIndicator.Bounds.Height, Constants.DEFAULT_ANIMATION_TIME);
                /*
                switch (value)
                {
                    case Constants.ShellLevel.ZOOM_SPACE:
                        lodIndicator.AnimateToBounds(lodIndicator.Bounds.X, lodIndicator.Bounds.Y + (value *
lodIndicator.Image.Height), lodIndicator.Bounds.Width, lodIndicator.Bounds.Height, Constants.DEFAULT_ANIMATION_TIME);
                        break;
                    case Constants.ShellLevel.HOME:
                        currentImage = home;
                        break;
                    case Constants.ShellLevel.APPLICATION:
                        currentImage = application;
                        break;
                    case Constants.ShellLevel.OBJECT:
                        currentImage = obj;
                        break;
                    case Constants.ShellLevel.CONTEXT:
                        currentImage = context;
                        break;
                    case Constants.ShellLevel.INPUT:
                        currentImage = input;
                        break;
                }
                */
                this.Repaint();
            }
        }

        protected override void Paint(PPaintContext paintContext)
        {
```

14

ShellForm.cs

```
if (lodStrip != null)
{
    SizeF destSize = new SizeF(0,0);
    SizeF sourceSize = new SizeF(0,0);
    Util.GetBestDestSourceSize(new SizeF(Bounds.Width, Bounds.Height), lodStrip.Size, ref destSize, ref
sourceSize);

    paintContext.Graphics.DrawImage((Image) lodStrip, new RectangleF(Bounds.X, Bounds.Y, destSize.Width,
destSize.Height), new RectangleF(0, 0, sourceSize.Width, sourceSize.Height), GraphicsUnit.Pixel);
}
else
{
    base.Paint(paintContext);
}
}
}

class LandscapeCamera:PCamera{}
class LaunchPointListener : PPanEventHandler {
    LaunchPoint launchPoint;
    Landscape landscape;
    //private bool launchPtMouseDown = false;
    //PointF mouseDownPoint = new PointF(-1,-1);
    PCamera camera;
    Constants.NavigationDirection direction = Constants.NavigationDirection.NONE;
    public LaunchPointListener(LaunchPoint launchNode, Landscape scape, PCamera landscapeCamera) : base () {
        launchPoint = launchNode;
        landscape = scape;
        camera = landscapeCamera;
        this.Autopan = false;
    }

    protected override bool ShouldStartDragInteraction(PInputEventArgs e) {
        if (landscape.ShellLevel == Constants.ShellLevel.HOME)
            return PUtil.DistanceBetweenPoints(MousePressedCanvasPoint, e.CanvasPosition)
                >= Constants.CLICK_THRESHOLD;
        else
            return false;
```

ShellForm.cs

```
protected override void Pan(PInputEventArgs e) {
    //e.TopCamera.Canvas.PaintImmediately();

    if (direction == Constants.NavigationDirection.NONE) {
        if (Math.Abs(MousePressedCanvasPoint.Y-e.CanvasPosition.Y) > Math.Abs(MousePressedCanvasPoint.X-
e.CanvasPosition.X)) {
            direction = Constants.NavigationDirection.VERTICAL;
        }
        else if (Math.Abs(MousePressedCanvasPoint.Y-e.CanvasPosition.Y) < Math.Abs(MousePressedCanvasPoint.X-
e.CanvasPosition.X)) {
            direction = Constants.NavigationDirection.HORIZONTAL;
        }
    }
    //else
    if (direction == Constants.NavigationDirection.VERTICAL) {
        float targetTopY = camera.ViewBounds.Y - (camera.ViewScale * e.Delta.Height *
Constants.NAVIGATION_MULTIPLIER);
        float targetBottomY = camera.ViewBounds.Y + camera.ViewBounds.Height - (camera.ViewScale * e.Delta.Height
* Constants.NAVIGATION_MULTIPLIER);
        if (0 <= targetTopY && landscape.Height >= targetBottomY) {
            camera.TranslateViewBy(0, e.Delta.Height * Constants.NAVIGATION_MULTIPLIER);
        }
    }
    else if (direction == Constants.NavigationDirection.HORIZONTAL) {
        float targetRightX = camera.ViewBounds.X + camera.ViewBounds.Width - (camera.ViewScale * e.Delta.Width *
Constants.NAVIGATION_MULTIPLIER);
        float targetLeftX = camera.ViewBounds.X - (camera.ViewScale * e.Delta.Width *
Constants.NAVIGATION_MULTIPLIER);
        if (0 <= targetRightX && landscape.Width >= targetLeftX) {
            camera.TranslateViewBy(e.Delta.Width * Constants.NAVIGATION_MULTIPLIER, 0);
        }
    }
}

/*
public override void OnMouseDown(object sender, PInputEventArgs e)
{
    // this listener only presides over HOME and Zoom Level
```

ShellForm.cs

```
                if (landscape.ShellLevel <= Constants.ShellLevel.HOME)
                {
                    SanityCheck();

                    // It's any direction's game at this point
                    direction = Constants.NavigationDirection.NONE;

                    if (PUtil.RectangleContainsPoint(launchPoint.Bounds, e.CanvasPosition))
                    {
                        launchPtMouseDown = true;
                        // If this is over the launch point, eat the event
                        //e.Handled = true;
                    }
                    else
                    {
                        launchPtMouseDown = false;
                    }

                    mouseDownPoint = e.CanvasPosition;
                    // deed this to register drag event
                    base.OnMouseDown (sender, e);
                }
            }
            */
        */
        protected override void OnDrag(object sender, PInputEventArgs e)
        {
            if (landscape.ShellLevel <= Constants.ShellLevel.HOME)
            {
                // this listener only presides over HOME and Zoom Level

                float distance = PUtil.DistanceBetweenPoints(mouseDownPoint, e.CanvasPosition);
                // If the movement was in the launchpoint and it is a candidate for a click, make it
                // exceed the click threshold before doing anything
                if (direction == Constants.NavigationDirection.NONE &&
                    //((PUtil.RectangleContainsPoint(launchPoint.Bounds, e.CanvasPosition) ||
                    //PUtil.RectangleContainsPoint(launchPoint.Bounds, e.CanvasPosition) ||
                    //&& launchPtMouseDown &&
                    distance <= Constants.CLICK_THRESHOLD)
                {
                    // do nothing
                }
```

ShellForm.cs

```
                if (direction == Constants.NavigationDirection.NONE)
                {
                    if (Math.Abs(mouseDownPoint.Y-e.CanvasPosition.Y) > Math.Abs(mouseDownPoint.X-
e.CanvasPosition.X))
                    {
                        direction = Constants.NavigationDirection.VERTICAL;
                    }
                    else if (Math.Abs(mouseDownPoint.Y-e.CanvasPosition.Y) < Math.Abs(mouseDownPoint.X-
e.CanvasPosition.X))
                    {
                        direction = Constants.NavigationDirection.HORIZONTAL;
                    }
                }
                else if (direction == Constants.NavigationDirection.VERTICAL)
                {
                    if (landscape.ShellLevel == Constants.ShellLevel.HOME)
                    {
                        float targetTopY = camera.ViewBounds.Y - (camera.ViewScale * e.Delta.Height *
Constants.NAVIGATION_MULTIPLIER);
                        float targetBottomY = camera.ViewBounds.Y + camera.ViewBounds.Height -
(camera.ViewScale * e.Delta.Height * Constants.NAVIGATION_MULTIPLIER);
                        if (0 <= targetTopY && landscape.Height >= targetBottomY)
                        {
                            camera.TranslateViewBy(0, e.Delta.Height *
Constants.NAVIGATION_MULTIPLIER);
                        }
                    }
                }
                else if (direction == Constants.NavigationDirection.HORIZONTAL)
                {
                    if (landscape.ShellLevel == Constants.ShellLevel.HOME)
                    {
                        float targetLeftX = camera.ViewBounds.X - (camera.ViewScale * e.Delta.Width *
Constants.NAVIGATION_MULTIPLIER);
                        float targetRightX = camera.ViewBounds.X + camera.ViewBounds.Width -
(camera.ViewScale * e.Delta.Width * Constants.NAVIGATION_MULTIPLIER);
```

ShellForm.cs

```
                Constants.NAVIGATION_MULTIPLIER, 0);
                        }
                */

public override void OnMouseUp(object sender, PInputEventArgs e) {
    // If we didn't go far enough to drag and the mouse up occured over the launch point,
    // consider it a launchpoing click
    if (!Dragging) {
        //             if (launchPoint.Bounds.Contains(e.CanvasPosition))
        //PUtil.RectangleContainsPoint(launchPoint.Bounds, e.CanvasPosition))
        //         {
        //             launchPoint.Clicked();
        //         }
        // else
        // {
        // otherwise could have been a click at home level or any mouse up at another level
        PNode picked = e.PickedNode;
        if (picked is AppTile) {
            ((AppTile)picked).Clicked();
        }
        else if (picked is QuadTile) {
            ((QuadTile)picked).Clicked();
        }
        else if (picked is NavigationNode) {
            ((NavigationNode)picked).Clicked();
```

                        if (0 <= targetRightX && landscape.Width >= targetLeftX)
                        {
                            camera.TranslateViewBy(e.Delta.Width *

                e.Handled = true;
                //base.OnDrag (sender, e);

    // too quickly
    if (landscape.Camera.ViewScale <= (int) landscape.HomeScale) {
    // would have liked to use lanscape.ShellLevel < Constants.ShellLevel.HOME, but set
    // this listener only presides over HOME and Zoom Level

```
                    }
                //
                }
            }
        // Else it was a drag and we should snap to grid and it must have
        //occurred at the HOME level
        else {

            //landscape.PanToNearest(this.camera);
            if (direction == Constants.NavigationDirection.HORIZONTAL) {
                if (Math.Abs(MousePressedCanvasPoint.X-e.CanvasPosition.X) >
(camera.ViewBounds.Width/6)) {
                    if (MousePressedCanvasPoint.X > e.CanvasPosition.X) {
                        landscape.NavigateRight();
                    }
                    else {
                        landscape.NavigateLeft();
                    }
                }
                else {
                    landscape.AdjustToCurrent(true);
                }
            }
            else if (direction == Constants.NavigationDirection.VERTICAL) {
                if (Math.Abs(MousePressedCanvasPoint.Y-e.CanvasPosition.Y) >
(camera.ViewBounds.Height/6)) {
                    if (MousePressedCanvasPoint.Y > e.CanvasPosition.Y) {
                        landscape.NavigateDown();
                    }
                    else {
                        landscape.NavigateUp();
                    }
                }
                else {
                    landscape.AdjustToCurrent(true);
                }
            }
            else {
                landscape.AdjustToCurrent(true);
            }
```

ShellForm.cs

```
                    direction = Constants.NavigationDirection.NONE;
                    //launchPtMouseDown = false;
                }
                base.OnMouseUp(sender, e);
            }

            private void SanityCheck() {
                if (landscape.Camera.ViewScale == landscape.HomeScale) {
                    landscape.ShellLevel = Constants.ShellLevel.HOME;
                }
                else if (landscape.Camera.ViewScale == landscape.ApplicationScale) {
                    landscape.ShellLevel = Constants.ShellLevel.APPLICATION;
                }
                else if (landscape.Camera.ViewScale == landscape.ZoomScale) {
                    landscape.ShellLevel = Constants.ShellLevel.ZOOM_SPACE;
                }

        #endregion
    }
}
```