# BRESSLER EXHIBIT 1

**Peter W. Bressler, FIDSA**

Founder & Board Chair, Bresslergroup, Inc.
Adjunct Associate Professor, University of Pennsylvania
Fellow Member of the Industrial Designers Society of America (IDSA)

**Personal Information**    Date of Birth: June 24, 1946
                            Marital Status: Married

**Education**    B.F.A. Industrial Design
                    Rhode Island School of Design, Providence R.I., 1968
                 Graduate Research in Design for Disabilities
                    Rhode Island School of Design, Providence R.I, 1969-70
                 Certification, Synectics Group Creativity Process, Philadelphia, PA 1972
                 Certification: Design Patent Expert Witness Seminar, IDSA, 2008

**Employment**

2010 to present    Contracted Innovation Process consultant to the Delaware Valley Industrial Resource Center

2006 to present    Adjunct Associate Professor, Integrated Product Design Program, University of Pennsylvania.

1998 to 2011       Founder and Board Chair, Solar Roofing Systems, Inc. T/A SRS Energy

2009 to present    Board Chair, Bresslergroup, Inc.

1988 to 2009       Principal and CEO, Bresslergroup, Inc....A 22 person design research, strategic product planning, industrial design, product development and engineering consulting firm. Noted by *Businessweek* magazine as "one of the top award winning firms".

1972 to 1988       Principal and President, Designs for Medicine, Inc. T/A
                   Peter Bressler Design Associates...5 to 12 person User research, Product Design, Packaging & Graphic design consulting firm.

1973 to 1974       Contracted consultant to the Franklin Institute Research Laboratories
                   founded "Center for the Enhancement of the Capabilities of the Handicapped."

1970               Founded Designs for Medicine, Inc.

**Teaching Experience**

| | |
|---|---|
| 2006 to present | Adjunct Associate Professor, Integrated Product Design Program, University of Pennsylvania |
| Fall 2005 | Adjunct Associate Professor, Ergonomics 1332, Philadelphia University, Philadelphia, PA |
| Fall 2001 | Visiting Lecturer, Business Practices, University of the Arts, Philadelphia, PA |
| Spring 2000 | Adjunct Associate Professor, Ergonomics DES 164, Lehigh University, Bethlehem, PA |
| Fall 1983 | Visiting Lecturer, Industrial Design Studio, Rhode Island School of Design, Providence, R.I. |
| Spring 1972 | Instructor, Industrial Design Structures, Philadelphia College of Art, Philadelphia, PA. |
| 1971-72 | Instructor, ID Prototype Shop Philadelphia College of Art, Philadelphia, PA. |

**Expert Witness Experience**

*8.11.11 completed testimony in US District court in Richmond, VA in Utility patent infringement case regarding consumer electronic kitchen appliances. Awaiting permission to list specifics.*

Blanco v Tots in Mind et al (2010) (Scherffius, Ballard, Still  & Ayres, Atlanta, GA.) ; *Products Liability*

Becton Dickinson & Co. And Mdc Investment Holdings, Inc., V. Retractable Technologies, Inc., Civil Action No. 5:07-Cv-137 , United States District Court For The Eastern District Of Texas Texarkana Division (2009) (Wilmer Hale, Washington, DC) *Utility patent*

Atlas Equipment Co. LLC v. Weir Slurry Group, Inc., et al. (2008) (Perkins-Coie, Seattle, Washington) ; *Trade Dress*

AJ Intermediate Holdings LLC; and AJ Acquisition 1 LLC d/b/a National Paintball Supply v. Procaps L. P., et al, Civil Action No 1:07-00192, JHR-AMDM, United States District Court of New Jersey (2007) (Volpe-Koenig, Philadelphia, PA); *Trade Dress*

Symbol Technologies, Inc. v. Metrologic Instruments, Inc., Civil Action No. 2:05cv509, LED, United States District. Court of Pa., Eastern District (2007) *Utility Patent*

Becton, Dickinson and Company v. Tyco Healthcare Group LP, Civil Action No. 02-1694-GMS,  United States District Court of Delaware (2004) (Wilmer Hale, Washington, DC) *Utility patent*

**Awards  and Recognitions**

2010     Industrial Designers Society of America  Personal Recognition Award for lifetime achievement

2008     IDSA Industrial Design Excellence Awards, Silver

2007     Appliance Manufacturer's EID Award, 1 Gold

2006     IDSA Industrial Design Excellence Award, Gold
         Appliance Manufacturer's EID Award, 3 Gold

2005     R&D Magazine R&D100 Award, Gold

         Consumer Electronics Association Award

| | |
|---|---|
| 2004 | IDSA Industrial Design Excellence Award, Bronze |
| 2003 | Appliance Manufacturers' Award |
| 2002 | Good Design Awards |
| 2001 | IDSA Industrial Design Excellence Award. Bronze |
| | Good Design Award |
| | Good Design Award |
| 2000 | IF Hanover Award |
| 2000 | Appliance Magazine Award |
| | Consumer Electronics Show Innovations Award |
| 1999 | IDSA Industrial Design Excellence Awards, Bronze |
| 1998 | Product Design and Development Gold Award |
| | Consumer Electronics Show Innovations Award |
| 1997 | ID Magazine Design Distinction Award |
| 1996 | IDSA Industrial Design Excellence Awards, Gold |
| | Consumer Electronics Show Innovations Award |
| 1995 | G-Mark, Japan |
| 1994 | IF Award Hanover Fair, Germany |
| 1994 | IDSA Industrial Design Excellence Awards, Gold |
| 1994 | IDSA Industrial Design Excellence Awards, Bronze |
| 1994 | G-Mark, Japan |
| 1993 | Consumer Electronics Design Engineering Award, M Series Speakers, Polk Audio |
| | AudioVideo International Grand Prix, M3 Speaker, Polk Audio |
| 1991 | IDSA Industrial Design Excellence Awards, Gold |
| 1991 | ID Magazine Design Review, Honorable Mention |

| Year | Award |
|---|---|
| 1991 | IDSA Industrial Design Excellence Awards, Bronze |
| 1990 | ID Magazine Design Review, Honorable Mention |
| 1989 | Certificate of Excellence, American Institute of Graphic Artists |
| 1988 | ID Magazine Design Review<br>2 Selections<br>3 Honorable Mentions<br><br>IDSA Industrial Design Excellence Awards Recognition<br><br>Retailer's Choice Award of Distinction<br><br>The Krupps International Design Competition, Honorable Mention<br><br>Desi Award for Packaging |
| 1987 | IDSA Excellence awards, Recognition |
| 1986 | ID Magazine Designers Choice Award |
| 1985 | IDSA Industrial Design Excellence Awards, Recognition<br><br>3 products selected for exhibition in The United States Information Agency Traveling Exhibit for Eastern Europe, "Design America"<br><br>Worldesign '85 Certificate of Gratitude |
| 1984 | Products selected for "the Process of Design Exhibit", The Katonah Museum |
| 1982 | "DESI" award for packaging design<br><br>Package Design Council Award of Excellence |
| 1981 | Package Design Council Award of Excellence |
| 1979 | DESI" award for packaging design |
| 1976 | ID Magazine Annual Design Review Award |
| 1974 | ID Magazine Annual Design Review Award |
| 1973 | American Iron and Steel Institute<br>Design in Steel" Award for Scientific and Medical Equipment<br><br>Citation in Engineering for Scientific and Medical Equipment |

1971    Ventures in Design Award

1968    Alcoa and Industrial Designers Society of America Merit Awards

**Publications, Juries and Lectures**

2011    Invited Speaker, United States Patent and Trademark Office, Global IP Academy

2009    Invited Speaker, Industrial Design Evolution, From Visual to Visceral to Virtual, Project Fusion Conference. Miami, FL

2009    Invited Speaker, Entrepreneur's Panel, Wharton Energy Conference, Philadelphia, PA

2008    Invited Speaker, Sustain 08, Chicago, "SRS Energy, Sustainability in Roofing Products

2008    Invited Speaker, Villanova University, "Doing Well by Doing Good".

2008    Invited Speaker, IDSA Spotlight Webinar, Residual Income, the Holy Grail

2007    University of Pennsylvania 20/20 lecture series

        Juror, CES Innovation Award

2006    Juror, CES Innovation Award

        Juror, Dyson awards

        Juror, P&G Innovations Award

2005    Juror, CES Innovation Award

        Invited Speaker, National Conference of the Industrial Designers Society of America, Wash DC

        Invited Speaker, The Green Conference, Boston, Massachusetts

2004    Juror, National Housewares Association innovations Awards

2003    Invited Speaker, Product Development Management Association, Philadelphia, PA

2001     Invited speaker, Paper presentation, Designing for Global Products, Rockwell Global Learning Fair: A Passport to Asia-Pacific, Cleveland, Ohio

2001    Invited Speaker, the Housewares Manufacturer's Association meeting, Chicago, Illinois

1999    Invited Speaker, the Housewares Manufacturer's Association meeting, Chicago, Illinois

| | |
|---|---|
| 1998 | Invited Speaker, Industrial Designers Society of America Southern District Conference, St Augustine, FL |
| 1998 | Invited Speaker, The Housewares Manufacturer's Association meeting, Chicago, Illinois |
| 1998 | Invited Speaker, Temple University Association of Retired Professionals, Philadelphia, PA |
| 1997 | Invited Speaker, The Housewares Manufacturer's Association meeting, Chicago, Illinois |
| 1996 | Invited Juror, Innovative Use of Materials Award, Philadelphia Furniture Show, Philadelphia, PA |
| 1995 | Jury Chair, Industrial Designers Society of America's Industrial Design Excellence Awards program |
| 1993 | Invited Speaker, Quality in Design Workshop, National Academy of Sciences, Washington, DC |
| 1993 | Invited Juror, Industrial Designers Society of America's Industrial Design Excellence Awards program |
| 1992 | Invited Speaker, 14th Annual Design Interaction, Auburn University, Alabama |
| 1992 | Invited Speaker, The World Class Product Design Conference, Lehigh University, Bethlehem, PA ("The Emergence of Industrial Design") |
| 1991 | Invited Speaker, EEC Design conference, Toulon, France (" Designing the Product Development Team") |
| 1991 | Invited Speaker, Taidi' 91 Conference, Taipei, Taiwan ("The product design process") |
| 1990 | Invited Speaker, IDSA Annual Conference, Santa Barbara, California (" Designing the Product Development Team") |
| | Invited Speaker, Design forum '90, Taipei, Taiwan ("The product's role in corporate identity") |
| | Invited Speaker, Benjamin Franklin Technology Seminar Series ( "How to evaluate and contract Industrial Design services") |
| 1989 | Invited Juror, The Krupps International Design Competition |
| | Invited Speaker, The International Congress of Societies of Industrial Design, Nagoya, Japan ("Design excellence in a socio/cultural context") |
| 1988 | Invited Juror ID Magazine Design Review |
| 1987 | Invited Consultant and Lecturer ( 2 weeks) to The Peoples Republic of China, Tianjin, China ("Consumer electronics in western markets") |
| 1986 | Invited presenter to Yugoslavia for the "Design America" Exhibit by the United States Information Agency ("Design Consulting in the USA") |

1985    Invited presenter at the International Congress of Industrial Designers International Conference, Washington, DC ('The concurrent design process" )

1982    Invited Juror, Industrial Designers Society of America's Industrial Design Excellence Awards program

1975    Invited Juror, ID Magazine 1975 Design Review

1974    Invited participant of the National Academy of Sciences, National Research Council's 1st Workshop on Mobility for Spinal-cord Impaired People

    Invited presentation of a Paper, "The Development of The Standup Wheelchair", to the American Society of Mechanical Engineers

1 971   " The Stand up Wheelchair" Published in Industrial Design, Interiors and Fortune  Magazines; also AP and UP releases

1969    Publication of "The Standup Wheelchair" in Design News, Industrial Design and other professional journals

**Associations / Affiliations**

2011    Secretary / Treasurer, Industrial Designers Society of America

2007    Academy of Presidents, Industrial Designers Society of America

2005    Chair of the 2005 Design Gallery, IDSA National Conference in Washington, DC

1999    North East District Vice President, IDSA, two year term

1995    1996 National Conference Committee, IDSA

1994    National Special Awards Committee, IDSA

1993    Industrial Design Excellence Awards Program, Chair

1992    Awarded Fellowship, Industrial Designers Society of America

1991    Chair of the Board, Industrial Designers Society of America, 2 year term

    President, The Worldesign Foundation, 2 year term

1989    President, Industrial Designers Society of America, 2 year term

    Executive Vice President, The Worldesign Foundation, 2 year term

1987    Executive Vice President, Industrial Designers Society of America

|      |                                                                                                                 |
|------|-----------------------------------------------------------------------------------------------------------------|
|      | IDSA Planning Committee, Chair                                                                                  |
| 1985 | Secretary/Treasurer, Industrial Designers Society of America, 2 year term                                       |
| 1984 | Developer and Chair, Design Excellence Gallery, Worldesign '85                                                  |
| 1984 | Management & Planning Committee, ICSID Worldesign '85 (meeting of the International Congress of Societies of Industrial Design) |
| 1981 | National Vice President, Board of Directors, Industrial Designers Society of America, 2 year term              |
| 1979 | Director, National Board of Directors, Industrial Designers Society of America, 2 year term                    |
| 1977 | Co-chair, National Committee for development of a professional field definition and entry level professional qualifications |
| 1976 | IDSA Annual Conference Chair                                                                                    |
| 1973 to 1977 | Co-founder and Chapter Chair, The Philadelphia Chapter, Industrial Designers Society of America         |

**Patents (authorship or co-authorship)**

| #  | Patent No. | Title                                                          |
|----|-----------|----------------------------------------------------------------|
| 1  | 7018344   | Retractable needle shielding device                            |
| 2  | 7000988   | Lift chair                                                     |
| 3  | D511203   | Hose coupling                                                  |
| 4  | 6926700   | Needle assembly                                                |
| 5  | 6925716   | Shaving apparatus                                              |
| 6  | 6881202   | Needle assembly                                                |
| 7  | D501673   | Hose coupling                                                  |
| 8  | 6651890   | Combination hand-held and counter-top Omni directional scanner |
| 9  | D479405   | Shark tooth shaped suede shoe brush                            |
| 10 | 6553882   | Pencil sharpener with integral receptacle                      |
| 11 | D471409   | Ice cream scoop                                                |

| | | |
|---|---|---|
| 12 | D469789 | Table saw |
| 13 | 6412738 | Portable stenographic machine stand |
| 14 | D455666 | Streamlined pressure gauge |
| 15 | D450257 | Pressure gauge |
| 16 | 6257492 | Combination hand-held and counter-top Omni-directional scanner |
| 17 | 6241091 | Decorative container for storing plunger |
| 18 | 6206600 | Combination toothbrush and toothpaste dispenser |
| 19 | D427200 | Stand for a hand held optical scanner |
| 20 | D409931 | Compact tire pressure gauge |
| 21 | 5904806 | Tape dispensing applicator and replaceable tape cartridge |
| 22 | D409509 | Deluxe tire pressure gauge |
| 23 | D408806 | Optical scanner |
| 24 | D408532 | Hand held optical scanner |
| 25 | 5830779 | Method of making photovoltaic module |
| 26 | D399121 | Slide latch |
| 27 | 5735999 | Applicator |
| 28 | D385881 | Home health care terminal |
| 29 | 5670014 | Tape dispensing applicator and replaceable tape cartridge |
| 30 | 5590495 | Solar roofing system |
| 31 | 5558232 | Apparatus for sorting documents |
| 32 | 5518576 | Applicator |
| 33 | 5466223 | Needle assembly having single-handedly activatable needle barrier |
| 34 | D361785 | Tape applicator |
| 35 | D351839 | Speaker |
| 36 | D351388 | Combined speaker and integral stand |
| 37 | 5348544 | Single-handedly actuatable safety shield for needles |
| 38 | D343782 | Sealed lever latch |
| 39 | 5248286 | Aerobic climbing step/bench |
| 40 | 5118096 | Aerobic climbing step/bench |

| | | |
|---|---|---|
| 41 | 5116044 | Aerobic climbing step/bench |
| 42 | 5096186 | Aerobic climbing step/bench |
| 43 | D324165 | Flexible draw latch |
| 44 | D320950 | Combined transmitter buoy and bracket therefor |
| 45 | D319799 | Transmitter buoy |
| 46 | D319407 | Transmitter buoy |
| 47 | D313761 | Actuator plate for temperature control valve |
| 48 | D313719 | Bathroom cabinet |
| 49 | 4981453 | Emergency transmitter buoy and bracket assembly |
| 50 | D303044 | Lighted mirror |
| 51 | 4856811 | Device for transporting ski equipment |
| 52 | 4636613 | Combination dryer and iron |
| 53 | D285200 | Handset telephone unit |
| 54 | D285197 | Handset telephone unit |
| 55 | D278831 | Paper and document handling and counting apparatus |
| 56 | D274520 | Paper and document handling apparatus |
| 57 | D267553 | Engine analyzer |
| 58 | D265482 | Telescope |
| 59 | D262442 | Engine analyzer |
| 60 | 4269312 | Apparatus for inflating a deflated tire |
| 61 | 4255640 | Door mounted oven controls |
| 62 | 4129278 | Tripod |
| 63 | D247854 | Telescope |
| 64 | 6918891 | Safety device |
| 65 | D253598 | Telescope mount |
| 66 | D253238 | Telescope cradle |
| 67 | D253113 | Telescope |
| 68 | D313761 | Actuator Plate for Temperature Control Valve |
| 69 | 6753554 | Water Flow Regulating Device |

| | | |
|---|---|---|
| 70 | 4553711 | Modular Holder for Paper Rolls |
| 71 | 4255640 | Door Mounted Microwave Oven Controls |
| 72 | 3839751 | Modular Therapy Pool Construction |
| 73 | 3589769 | The Stand up Wheelchair |

As a Design Consultant for the past 40 years, Bressler has provided product design and development services to the following selected partial list of regional, national, and international Clients**:**

Applica
Becton Dickinson
Black & Decker
Bose Corporation
Clairol Inc.
Dentsply International, Inc.
E.I. Dupont de Nemours Co.
Edmund Scientific
Energizer
Honeywell
IBM R&D
Litton, Microwave Division

Motorola, Inc.
Polk Audio
RCA, Broadcast Division
Scott Paper Company
Schick Wilkinson Sword
Siemens
Southco Inc.
Thomson Consumer Electronics
Teleflex
Trojan Yachts
Vidar Corporation
Zenith Products Corp.