# BRESSLER EXHIBIT 2

ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4    APPLE, INC., a California      )
     corporation,                    )
5                                    )CASE NO.
                    Plaintiff,       )11-CV-01846-LHK
6                                    )
     vs.                             )
7                                    )
     SAMSUNG ELECTRONICS, CO., LTD.,)
8    A Korean business entity;       )
     SAMSUNG ELECTRONICS AMERICA,    )
9    INC., a New York corporation;   )
     SAMSUNG TELECOMMUNICATIONS      )
10   AMERICA, LLC, a Delaware        )
     limited liability company,      )
11                                   )
                    Defendants.      )
12   -------------------------------)

13

14

15             ***ATTORNEYS' EYES ONLY***

16

17

18

19             VIDEOTAPED DEPOSITION OF
                     ITAY SHERMAN
20               New York, New York
             Thursday, September 15, 2011
21

22

23

24   Reported by:
     JOMANNA DeROSA, CSR
25   JOB NO. 41963

TSG Reporting 877-702-9580

1         A.    I have been involved in the design
2    of multiple products, including cellular phones
3    and some consumer electronic devices.
4         Q.    You said you've been involved in
5    the design.
6               What does that mean?
7         A.    Correct.  In -- the company I
8    worked in, MODU, I was CTO of the company, and I
9    had been supervising the work of the ID design
10   team, plus external teams.
11        Q.    Did you do any of the designing?
12        A.    I've been consulting to them.  I
13   have been proposing ideas.  If the question is
14   whether I was actually sketching the 3-D images on
15   a 3-D CAD system, I was not the one actually doing
16   the CAD.
17        Q.    And what steps did the team at MODU
18   go through to design the products?
19        A.    We would usually start with a
20   general concept of what is the functionality, what
21   is the target audience and target device we want
22   to achieve.
23              We would then start with what we
24   call the mood boards, which basically go through
25   defining what is the overall image that we're

```
 1   would say is the technical impossibility is
 2   something that cannot be done in -- something that
 3   cannot be done in any conceivable way.
 4           Q.   Was there any case where you were
 5   told -- actually, I'm going to come back to that
 6   point.
 7                Did you take any courses in
 8   industrial design?
 9           A.   No, I did not.
10           Q.   Have you taught courses in
11   industrial design?
12           A.   No, I did not.
13           Q.   Have you ever taken courses where
14   you studied minimalism?
15           A.   No.
16           Q.   Have you read any books on
17   minimalism?
18           A.   Not specifically on minimalism, no.
19           Q.   You say "not specifically on
20   minimalism."
21                Have you read books related to
22   minimalism?
23           A.   I've read some books where the
24   mention of minimalism was there, but they were not
25   the main subject of these books.
```

1        help him.  It's your obligation to ask a
2        noncompound question in the first place.
3            Q.    Are there multiple --
4            MR. ZELLER:  Please ask one.
5            Q.    Are there -- are there multiple
6   designs of telephones with keypads that are
7   minimalistic?
8            A.    For a telephone with keypads, I
9   would say yes.
10           Q.    Are there multiple designs of
11  telephones without keypads that are minimalistic?
12           A.    In the case of devices -- and I'm
13  answering specifically for devices that are
14  dominated by the large screen -- generally, the
15  form is mostly dictated by the fact that there is
16  a display.  And so the general form is pretty much
17  dictated.
18                 And if we stick to the fact that
19  you -- that minimalistic is not adding anything
20  beyond, then the answer would be that overall, it
21  wouldn't be.
22           Q.    I'm not asking about a large
23  display screen.  I'm asking about telephones
24  without keypads.
25                 So are there multiple designs of

ATTORNEYS' EYES ONLY

Page 43

1   that display as the interaction, which is the
2   predominant form for smartphones today, these are
3   the designs I was referring to when saying that
4   there is essentially only one minimalistic design
5   of it because it's predominated by the display.
6           Q.   So you believe that -- so there's
7   no other way to design those phones?
8           A.   That's not what I said.  I said
9   that there would be -- when asked whether there
10  would be multiple minimalistic designs for that
11  phone, then the answer would be that I don't think
12  there would be because their general shape is
13  predominantly due to the display itself.  Whether
14  they could be designed in other ways, that's a
15  different question.
16          Q.   But those other ways would be
17  non-minimalistic?
18               Is that the distinction you're
19  making?
20          A.   You've asked me regarding
21  minimalistic.
22          Q.   Yes.
23          A.   Regarding minimalistic, I'm saying
24  there would be, in that specific case of the
25  mobile phone that has a large display, which is

ATTORNEYS' EYES ONLY

Page 44

 1   also the element through which you are interacting
 2   with the phone, since that screen is the dominant
 3   part, there would not be multiple minimalistic
 4   designs or that you would significantly
 5   distinguish -- there would not be multiple
 6   minimalistic designs.
 7           Q.   What about tablet computers; do you
 8   believe that there are multiple minimalistic
 9   designs for tablet computers?
10           A.   So when we're talking about --
11   also, tablet computers include multiple types of
12   designs in terms of their functionality.
13                So if you -- if you could clarify
14   if you're referring to tablets that have large
15   screens and are completely -- the interaction is
16   completely via the display, or are you referring
17   to the large -- to the other examples of tablets?
18           Q.   I'm not aware of the other
19   examples.  Please tell me what's out there.
20           A.   There are other designs where they
21   have foldable keypads and so on.  So --
22           Q.   Let's exclude those --
23           A.   Okay.
24           Q.   -- those other designs, and focus
25   on what you described as tablets that have large

1   screens.
2       A.   So for --
3       Q.   So the question is: For those, is
4   there only one minimalist design for that type of
5   tablet computer?
6       A.   For a tablet that has a large
7   screen through which all the interaction is made,
8   trying to create a minimalistic design would
9   basically fall to the same issue as I mentioned on
10  the handsets, and that is that it is predominantly
11  controlled by the screen itself.
12               This is the main element.  Since
13  the displays are essentially square in nature, the
14  overall design is going to be square.  And so
15  generally, you would not have multiple
16  minimalistic designs that differ significantly in
17  that case.
18      Q.   Are you familiar with Tadao Ando?
19      A.   No, I have not.
20      Q.   Have you heard of Dieter Rams?
21      A.   No, I have not.
22      Q.   What about Ludwig Mies van der
23  Rohe?
24      A.   Yes.
25      Q.   Who is he?

Page 47

```
 1          A.   No, I did not take classes in law.
 2          Q.   Have you ever studied patent law?
 3          A.   I have not studied in courses
 4   patent law.
 5          Q.   Did you otherwise study patent law?
 6          A.   I have been made familiar with it
 7   through my work at MODU through the interaction
 8   with patent lawyers.  But again, to the extent of
 9   somebody who's submitted patents, but not as a
10   patent lawyer.
11          Q.   We'll come back briefly -- shortly
12   to your work at MODU.
13               Did you take any marketing classes?
14          A.   No, I did not take marketing
15   classes.
16          Q.   Have you ever done any surveys?
17               MR. ZELLER:  Sorry.  Did you say
18        surveys?
19               MS. TAYLOR:  Surveys.
20          A.   Have I done personally surveys?
21   Did I go and actually executed them?  No, I did
22   not.  Whether I reviewed them, helped in creating
23   them, the answer would be yes.
24          Q.   What kind of surveys did you review
25   or help create?
```

Page 124

1  bottom of the MODU-1 design that you couldn't show
2  to me because we don't have a picture of the
3  bottom of the phone?
4           MR. ZELLER:  I'm sorry.  Which
5     other phone?
6           MS. TAYLOR:  The MODU-1.
7           MR. ZELLER:  The -- the first one?
8           MS. TAYLOR:  Yes.
9           MR. ZELLER:  Thank you.
10     A.    Again, in the sense that this is
11  sort of an elongated shape, almost oval,
12  basically, two straight lines ending with
13  rounded -- slightly rounded corners, yes, it is.
14  Whether that's exactly the same height, width,
15  radiuses, I don't think they are.  But again, I'm
16  not sure.  I haven't measured it.
17     Q.    Why do they have slightly rounded
18  corners?
19     A.    Again, it's -- on this design
20  specifically, and generally when you're dealing
21  with creation of holes for earpiece or speaker,
22  the shape is very much dictated by the shape of
23  the component inside and the location inside the
24  phone.
25           So both in our case here and also

Page 148

1  dimension as the earpiece component?
2              MR. ZELLER:  The question is vague.
3     Incomplete hypothetical.
4         A.   Again, this is trying to sort of
5  capture general terms.  If you will direct me to
6  things that I am aware of or designed, I can
7  answer.  But that's a very general question.
8         Q.   Have you designed earpiece slots?
9         A.   Correct.
10        Q.   Where did you design earpiece
11 slots?
12        A.   As part of the MODU design.
13        Q.   And in the case of the MODU
14 earpiece slots, was the dimension exactly the same
15 for the earpiece slot as the earpiece component?
16        A.   So in the case of MODU, the
17 components that we used basically came up with
18 recommendation on what would be the minimal hole
19 size to be used with these components.  So the
20 size itself was not identical.
21             However, there were very clear
22 limitations on what size that should be.  It
23 should not extend beyond the earpiece itself so
24 air wouldn't sort of flow out.  But it had very
25 specific limitations on how small it should be.

ATTORNEYS' EYES ONLY

Page 154

1  dimensions matched up exactly with the speaker
2  components in those phones. Is that correct?
3       A.    We did not observe these pieces as
4  part of taking this apart simply because we didn't
5  have an interest in that specific part.
6       Q.    Have you ever looked into or made
7  any effort to figure out what any other companies
8  have done in terms of matching up speaker slot
9  dimensions to -- I'm sorry -- earpiece slot
10 dimensions to earpiece components?
11           MR. ZELLER: The question is vague.
12      A.    Are you asking me again if I took
13 the phone apart and looked into these
14 measurements?
15      Q.    Or talked to manufacturers -- other
16 handset manufacturers; anything you've done to
17 figure out what people are doing.
18      A.    Again, as I mentioned, we as a
19 manufacturer had the direct connection with the
20 component vendors. And we got these type of
21 directions actually not only from one, but at
22 least two that we have been in contact with.
23           So I assume that is the practice of
24 most or all of these vendors to actually provide
25 that. That is also very rational because

```
 1   otherwise, the air would not flow.
 2          Q.   But other than those directions you
 3   got from the component manufacturers, you don't
 4   have any other particular knowledge on this issue?
 5               MR. ZELLER:  Mischaracterizes the
 6       witness' testimony.  He's given you his basis
 7       previously with engineering.  So you continue
 8       to mischaracterize his testimony.  This is
 9       improper.  It's asked and answered.
10          A.   Again, I will repeat my answer
11   here.  I know, based on the work that I have done
12   in designing mobile phones, that these components
13   come up with guidance on the size of the hole that
14   needs to be maintained in order for them to
15   operate within spec.
16          Q.   Did MODU sell any tablet computers?
17          A.   MODU did not sell tablet computers.
18          Q.   Did it design any tablet computers?
19          A.   MODU did not design a tablet,
20   per se, no.
21          Q.   Did you ever give any input on the
22   design of a tablet computer?
23          A.   Again, did I provide inputs on
24   tablets or computers?
25          Q.   Design of tablet computers.
```

ATTORNEYS' EYES ONLY

Page 328

```
 1
 2                    CERTIFICATE
 3   STATE OF NEW YORK )
 4                    )ss:
 5   COUNTY OF NEW YORK)
 6            I, JOMANNA DeROSA, a Certified
 7   Shorthand Reporter and Notary Public within
 8   and for the States of New York, New Jersey,
 9   California and Arizona, do hereby certify:
10            That ITAY SHERMAN, the witness
11   whose deposition is hereinbefore set forth, was
12   duly sworn by me and that such deposition is a
13   true record of the testimony given by such
14   witness.
15            I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no
18   way interested in the outcome of this
19   matter.
20            In witness whereof, I have hereunto
21   set my hand this 16th day of September, 2011.
22
23                     _____
                       JOMANNA DeROSA
24
25
```