# BRESSLER EXHIBIT 4

## D504,889          1981 Fidler Mock-up








