# BRESSLER EXHIBIT 5










