# BRESSLER EXHIBIT 6

## D504,889

## 1994 Fidler Mock-up















