# BRESSLER EXHIBIT 8

## D504,889                    1997 Fidler Mock-ups









