# BRESSLER EXHIBIT 10

## D504,889        D337,569

