# BRESSLER EXHIBIT 12

