# BRESSLER EXHIBIT 14

