# BRESSLER EXHIBIT 15

日 本 国 特 許 庁

平成5年(1993)12月21日発行　　意　匠　公　報　(S)

H5-41

887388　　　意願 平3-26145　　　出願 平3(1991)8月30日
　　　　　　　　　　　　　　　　　登録 平5(1993)9月29日

創　作　者　　坂　口　裕　司　　大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内

意 匠 権 者　　シャープ株式会社　　大阪府大阪市阿倍野区長池町22番22号
代　理　人　　弁理士　梅　田　勝　外2名
審　査　官　　川　崎　典　子

意匠に係る物品　　メモ入出力機

説　　　　明　　本物品は、いわゆる電子システム手帳と称されるものであって、電話帳、住所録、スケジュール、メモ等の機能をもち、操作ボタンは配せずオプションのICカードを本体右側面へ挿入することにより正面中央の液晶ディスプレイに表された画像をタッチペンにて手書き入力することができる。参考図の薄墨部は透明である。



左側面図　　正面図　　　　　　　　　背面図　　右側面図

平面図　　　　　　底面図

斜 視 図

通電状態を示した参考正面図




内部機構を省略した
A －A断面図

操作部の概略を示した参考図


