# BRESSLER EXHIBIT 16

