# BRESSLER EXHIBIT 18

