# BRESSLER EXHIBIT 19







