# BRESSLER EXHIBIT 20

