# BRESSLER EXHIBIT 21

(19)【発行国】日本国特許庁（JP）
(45)【発行日】平成17年6月6日（2005.6.6）
(12)【公報種別】意匠公報（S）
(11)【登録番号】意匠登録第1241638号（D1241638）
(24)【登録日】平成17年4月15日（2005.4.15）
(54)【意匠に係る物品】カメラ付き携帯電話機
【部分意匠】
(52)【意匠分類】H3-30
(51)【国際意匠分類（参考）】14-03
【Dターム】HCABA00、HCABB03、HCABC00、HCACA06、HCACC02、HCACD01、HCACE01
(21)【出願番号】意願2004-31512（D2004-31512）
(22)【出願日】平成16年10月18日（2004.10.18）
(72)【創作者】
【氏名】小山 啓一
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内
(73)【意匠権者】
【識別番号】000005049
【氏名又は名称】シャープ株式会社
【氏名又は名称原語表記】SHARP KABUSHIKI KAISHA
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号
【住所又は居所原語表記】22-22, Nagaike-cho, Abeno-ku, Osaka-shi, Osaka 545-8522 JAPAN
(74)【代理人】
【識別番号】100103296
【弁理士】
【氏名又は名称】小池 隆彌
(74)【代理人】
【識別番号】100088281
【弁理士】
【氏名又は名称】田畑 昌男
【審査官】橋 崇生
(56)【参考文献】意登1154720　意登1173802　意登1221142　意登1221145
(55)【意匠の説明】明調子で表した部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【開蓋斜視図】

(2) 意匠登録1241638



【斜視図】



【正面図】

(3)　　　　　　　　　意匠登録1241638



【背面図】



【平面図】



【底面図】

(4) 意匠登録1241638



【右側面図】



【左側面図】



【内部機構を省略したA－A端面図】

(5)    意匠登録1241638



【開蓋正面図】



【開蓋背面図】

(6) 意匠登録1241638



【開蓋平面図】



【開蓋底面図】



【開蓋右側面図】

(7)   意匠登録1241638



【開蓋左側面図】



【内部機構を省略したB－B端面図】

(8)　　　　　　　　　　　　　意匠登録1241638

