# BRESSLER EXHIBIT 22

**D618,677**     **JP 1241638**     **D593,087**

**D618,677**    **JP 1241638**    **D593,087**

