# BRESSLER EXHIBIT 23

**D618,677**     **LG Chocolate**     **D593,087**

  

(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)



(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)