BRESSLER EXHIBIT 25

（19）【発行国】日本国特許庁（ＪＰ）
（45）【発行日】平成18年9月4日（2006．9．4）
（12）【公報種別】意匠公報（Ｓ）
（11）【登録番号】意匠登録第1280315号（Ｄ1280315）
（24）【登録日】平成18年7月21日（2006．7．21）
（54）【意匠に係る物品】携帯電話機
（52）【意匠分類】Ｈ7-43
（51）【国際意匠分類（参考）】14-03
【Ｄターム】Ｈ7-43ＡＣ，Ｈ7-43Ｃ
（21）【出願番号】意願2005-35449（Ｄ2005-35449）
（22）【出願日】平成17年12月1日（2005．12．1）
（72）【創作者】
【氏名】宮路　太平
【住所又は居所】東京都港区芝浦一丁目1番1号　　　　　　　　株式会社東芝　本社事務所内
（73）【意匠権者】
【識別番号】000003078
【氏名又は名称】株式会社東芝
【氏名又は名称原語表記】ＫＡＢＵＳＨＩＫＩ　ＫＡＩＳＨＡ　ＴＯＳＨＩＢＡ
【住所又は居所】東京都港区芝浦一丁目1番1号
【住所又は居所原語表記】1-1，Ｓｈｉｂａｕｒａ　1-Ｃｈｏｍｅ，Ｍｉｎａｔｏ-ｋｕ，Ｔｏｋｙｏ　1
05-8001　ＪＡＰＡＮ
（74）【代理人】
【識別番号】100109900
【弁理士】
【氏名又は名称】細口　浩
【審査官】前畑　さおり
（56）【参考文献】意登1160266　意登1160459　意登1205765　意登1214720
意登1216334　意登1228276　意登1235888　意登1242528　大韓民国意匠商標公報
、2004-20、（2004-3-31）、30-0348247．（特許庁意匠課公知資料番号ＨＨ165
18842）
（55）【意匠の説明】左側面図は右側面図と対称のため省略する。参考図中、平行斜線を結した部分は透光性
を有する。
【図面】
【斜視図】

(2)　　　　　　　　　意匠登録１２８０３１５



【ディスプレイを引き伸ばした状態の縮小斜視図】



【ディスプレイを回動した状態の斜視図】

(3)                                  意匠登録1280315



【正面図】





【右側面図】

(4)　　　　　　　　　意匠登録１２８０３１５



【平面図】



【背面図】



(5)

意匠登録１２８０３１５

【底面図】



【内部機構を省略したＡ－Ａ線面図】



【ディスプレイを引き伸ばした状態の縮小正面図】



(6)

意匠登録1280315

【ディスプレイを引き伸ばした状態の縮小右側面図】



【ディスプレイを回動した状態の正面図】



【ディスプレイを回動した状態の右側面図】

(7)                              意匠登録１２８０３１５



【ディスプレイを回動した状態の平面図】



【各部の名称を示す参考図１】

(8)

意匠登録１２８０３１５



ディスプレイ

マイク

操作パッド

確定キー

スクロールキー

テンキー

【各部の名称を示す参考図２】



フラッシュ
カメラ