# BRESSLER EXHIBIT 26

**D618,677**  **JP 1280315**  **D593,087**

**D618,677**  **JP 1280315**  **D593,087**

