# BRESSLER EXHIBIT 27

(19)日本国特許庁　　　　　　　　　　(11)登録意匠番号

(45)平成10年(1998)5月11日発行　　(12)意　匠　公　報　(S)　　1009317

(52) H3-30

(21)意願 平8-8461　　(22)出願　　平8(1996)3月28日
　　　　　　　　　　　(24)登録　　平10(1998)2月20日

(72)創　作　者　　新見　訓正　　大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内
(73)意匠権者　　　シャープ株式会社　大阪府大阪市阿倍野区長池町22番22号
(74)代　理　人　　弁理士　浅田　勝　外2名
　　審　査　官　　川崎　典子

(54)意匠に係る物品　　携帯電話機

(51)国際意匠分類 (参考) 14-03

(55)説　　　　明　　本物品の操作方法は、液晶タッチパネルに表示されたテンキー、文字等で行う。又アンテナは本体
　　　　　　　　　　に内蔵されている。操作部の概略を示した参考図(2)及び通電状態を示した参考図中、斜線部は
　　　　　　　　　　透明である。

(56)参　考　文　献　　意登 989900
　　　　　　　　　　　その他、先願あり。

正面図



背面図



平面図



底面図



左側面図



右側面図



1009317 (2) H3-30

内部機構を省略したA－A断面図



内部機構を省略したB－B断面図



通電状態を示した参考図



操作部の概略を示した参考図（1）



電源ボタン

操作部の概略を示した参考図（2）



タッチパネル付 表示部

スピーカー

マイク