# BRESSLER EXHIBIT 28

**D618,677**

**JP 1009317**

**D593,087**

