# BRESSLER EXHIBIT 29

(19)【発行国】日本国特許庁(JP)
(45)【発行日】平成17年6月6日(2005.6.6)
(12)【公報種別】意匠公報(S)
(11)【登録番号】意匠登録第1241383号(D1241383)
(24)【登録日】平成17年4月15日(2005.4.15)
(54)【意匠に係る物品】携帯用情報端末機
(52)【意匠分類】H5-41
(51)【国際意匠分類(参考)】14-02
[Dターム] HFHBA01, HFHBB00, HFHCA03, HFHCB00
(21)【出願番号】意願2004-26856(D2004-26856)
(22)【出願日】平成16年9月3日(2004.9.3)
(72)【創作者】
【氏名】礒村　歩
【住所又は居所】東京都港区西麻布2-26-30　富士写真フイルム株式会社内
(73)【意匠権者】
【識別番号】000005201
【氏名又は名称】富士写真フイルム株式会社
【住所又は居所】神奈川県南足柄市中沼210番地
(74)【代理人】
【識別番号】100075281
【弁理士】
【氏名又は名称】小林　和憲
【審査官】木村　恭子
(55)【意匠に係る物品の説明】本物品は、参考図に示すように、操作部及び画像表示部を有する本体部の正面、平面、底面、及び左右側面を透明なカバー部材で覆った携帯型情報端末機である。
(55)【意匠の説明】参考図に示すカバー部材は、全体に透明である。また、本体部を示す参考図にハッチングで示した範囲は、透明な画像表示部である。
【図面】
【斜視図】

(2)　　　　　　　　　　意匠登録１２４１３８３



【正面図】



【背面図】

(3)  意匠登録１２４１３８３



【平面図】



【底面図】

(4)　　　　　　　　意匠登録1241383



【左側面図】



【右側面図】

(5) 意匠登録1241383



【内部機構を省略した正面図中央縦断面図】



【カバー部を示す参考図】

(5)

意匠登録1241383



【本体部を示す参考図】

