# BRESSLER EXHIBIT 30

**D618,677**            **JP 1241383**            **D593,087**

# D618,677                    JP 1241383                    D593,087

