# BRESSLER EXHIBIT 31

등록디자인 30-0418547

(19)대한민국특허청(KR)
(12) 등록디자인공보(S)

(52) 분류 H3-30

(45) 공고일자     2006년07월06일
(11) 등록번호     30-0418547
(24) 등록일자     2006년06월26일

(51) 국제분류     14-03
(21) 출원번호     30-2005-0030828
(22) 출원일자     2005년09월09일

(73) 디자인권자    엘지전자 주식회사
                서울특별시 영등포구 여의도동 20번지

(72) 창작자      주아정
                부산 금정구 장전2동 온천해동빌라 501호

(74) 대리인      박장원

담당심사관 김선진

---

## (54) 휴대폰

디자인의 대상이 되는 물품

**휴대폰**

디자인의 설명

1. 재질은 금속, 유리 및 합성수지재임.

2. 안테나가 내장되어 있는 카드타입의 초슬림형 휴대폰임.

3. 배면에 구성된 카메라를 통해 사진 촬영을 할 수 있도록 된 것임.

4. 전면 디스플레이 창 하단에 전화사용 및 카메라사용 등 전원이 켜져 활성화 될때만 보일 수 있도록 한 터치 방식의 기능 및 숫자버튼을 배열한 것이며, 화면의 창에서도 터치 스크린방식을 채택하여 각종 휴대폰 기능을 사용할 수 있도록 한 것임.

5. 디엠비(DMB)기능을 탑재하여 지상파 방송을 시청할 수 있도록 하였으며 상단 좌측에 구성된 스피커를 통해 방송 내용을 청취할 수 있도록 한 것임.

디자인 창작 내용의 요점

본원 휴대폰 디자인은 본체 상단부에 스피커를 형성하고 전면 버튼부를

- 1 -

등록디자인 30-0418547

터치스크린 방식으로 단순하고 독특한 형상으로 나타내었으며

전체적으로 돌출부가 없는 깔끔한 이미지를 강조한 것을 디자인 창작

내용의 요점으로 함.

【 사시도 】



【 정면도 】



등록디자인 30-0418547

【 배면도 】



【 좌측면도 】



등록디자인 30-0418547

【 우측면도 】



【 평면도 】

【 저면도 】