# BRESSLER EXHIBIT 32

**D618,677**   **KR 30-0418547**   **D593,087**