# BRESSLER EXHIBIT 33



Fusion Garage Grid 10 (Image from http://g-ecx.images-amazon.com/images/G/01/electronics/detail-page2/grid10tab-main-duo-lg.jpg)
Announced on August 15, 2011. (Source: http://www.engadget.com/2011/08/15/dnp-tabco-reveals-itself-as-fusion-garage/)