



Samsung Q1 ultramobile PC (Image from http://www.welectronics.com/ULTRA-MOBILE-PCs/samsung-q1.jpg and https://www.samstores.com/_images/products/2ULTRA.jpg)
Release date: May 1, 2006 (Source: http://www.releasedates.co/product/vinci-tab-release-date)