# BRESSLER EXHIBIT 37

US00D396452S

# United States Patent [19]

## Naruki

[11] Patent Number: **Des. 396,452**

[45] Date of Patent: ∗∗**Jul. 28, 1998**

[54] **PORTABLE CHARACTER AND IMAGE PROCESSING APPARATUS**

[75] Inventor: **Masatomo Naruki**, Kanagawa-ken, Japan

[73] Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki, Japan

[∗∗] Term: **14 Years**

[21] Appl. No.: **75,721**

[22] Filed: **Jul. 29, 1997**

### Related U.S. Application Data

[63] Continuation of Ser. No. 63,554, Dec. 10, 1996, abandoned.

[30] **Foreign Application Priority Data**

Jul. 11, 1996   [JP]   Japan ........................ 8-20493

[51] LOC (6) Cl. ...................................... **14-02**
[52] U.S. Cl. ...................................... **D14/107**
[58] Field of Search ...................... D14/100, 106, D14/107, 114, 115; D18/1, 2, 7; 178/18, 19; 235/145 A, 145 R; 341/22, 23; 345/156, 168, 169, 172, 173, 87; 364/708.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 270,061 | 8/1983 | Ackeret | D16/11 |
| D. 270,062 | 8/1983 | Ackeret | D16/11 |
| D. 270,063 | 8/1983 | Ackeret | D16/11 |
| D. 289,873 | 5/1987 | Gemmell et al. | D14/113 |
| D. 315,549 | 3/1991 | Clough et al. | D14/100 |
| D. 317,151 | 5/1991 | Daly | D14/100 |
| D. 319,433 | 8/1991 | Pearce | D14/100 |
| D. 322,246 | 12/1991 | Izaki | D14/100 |
| D. 324,673 | 3/1992 | Iino | D14/106 |
| D. 332,776 | 1/1993 | Kelly et al. | D14/100 |
| D. 337,569 | 7/1993 | Kando | D14/100 |
| D. 340,701 | 10/1993 | Takeuchi | D14/100 |
| D. 341,823 | 11/1993 | Sakai | D14/100 |
| D. 345,346 | 3/1994 | Alfonso et al. | D14/100 |
| D. 346,366 | 4/1994 | Kim et al. | D14/100 |
| D. 346,793 | 5/1994 | Iino et al. | D14/100 |
| D. 362,662 | 9/1995 | Baudot | D14/100 |
| D. 373,118 | 8/1996 | Naruki | D14/100 |

#### OTHER PUBLICATIONS

Sharp PA–Z500 Aug. 16, 1995.
NEC DB–P1 Jun. 29, 1994.
News Release, (PA–Z500), Sharp Kabushiki Kaisha, Aug. 16, 1995.
Catalog, (DB–P1), Nippon Electric Company, Ltd. (NEC), Jun. 29, 1994.
Palmtop.
XTEND, May 20, 1993 (obtained by applicant).
Palmtop, publication date unknown.
XTEND PN10, publication date unknown.

*Primary Examiner*—Freda Nunn
*Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

[57]   **CLAIM**

The ornamental design for a portable character and image processing apparatus, as shown and described.

### DESCRIPTION

FIG. 1 is a top, front and right side perspective view of a portable character and image processing apparatus showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a left side elevational view thereof; and,
FIG. 7 is a right side elevational view thereof.

**1 Claim, 3 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6     FIG. 7




UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :  Des. 396,452
DATED        :  July 28, 1998
INVENTOR(S)  :  Naruki Masatomo

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, please change item [75]:

"Masatomo Naruki" to  --NARUKI MASATOMO--

Signed and Sealed this

Twenty-seventh Day of October, 1998

*Attest:*

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*              *Commissioner of Patents and Trademarks*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : D 396,452
DATED : July 28, 1998
INVENTOR(S) : Masatomo Naruki

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

This certificate supersedes Certificate of Correction issued October 27, 1998, the number should be deleted since no Certificate of Correction should have been issued.

Signed and Sealed this

Nineteenth Day of October, 1999

*Attest:*

Q. TODD DICKINSON

*Attesting Officer*

*Acting Commissioner of Patents and Trademarks*