# BRESSLER EXHIBIT 38





Pepper Pad 3 (image from http://www.engadget.com/2006/10/12/here-comes-the-pepper-pad-3/)
Announced June 2006 (source: http://www.engadget.com/2006/06/06/pepper-computer-announces-pepper-pad-3/)