# BRESSLER EXHIBIT 39





GRiDPAD 2050 SL (image from http://www.vintage-computer.com/gridpad2050.shtml and http://research.microsoft.com/en-us/um/people/bibuxton/buxtoncollection/a/m/IMG_1408.png)
Announced in 1992 (Source: http://www.vintage-computer.com/gridpad2050.shtml)