# BRESSLER EXHIBIT 40



Nook (Image from http://tech.icrontic.com/files/2009/10/nook_angle-view.jpg)
Released on November 30, 2009 (Source: http://en.wikipedia.org/wiki/Barnes_%26_Noble_Nook)