# BRESSLER EXHIBIT 42



Motion Computing LS800 (Image from http://www.motioncomputing.com/images/press/press_LS800_front.jpg)
Released on July 25, 2005 (Source: http://reviews.cnet.com/tablet-pcs/motion-computing-ls800-tablet/4505-3126_7-31437870.html)