BRESSLER EXHIBIT 43



Panasonic Toughbook Tablet (Image from http://blog.dk.sg/wp-content/uploads/2011/06/psc-tb-andriod-tablet-image-1_highres.jpg)
Release date of 4Q 2011 (Source: http://reviews.cnet.com/8301-19736_7-20072013-251/panasonic-toughbook-android-tablet-due-this-year/)