# BRESSLER EXHIBIT 44



Sony Tablet S (Images from http://tablets-planet.com/wp-content/uploads/2011/08/Sony-Tablet-S-side.jpg)
Released on September 11, 2011 (Source: http://en.wikipedia.org/wiki/Sony_Tablet#Tablet_S)