# BRESSLER EXHIBIT 45

US00D561156S

(12) **United States Design Patent**  (10) Patent No.:  **US D561,156 S**
Jung et al.  (45) Date of Patent:  ** **Feb. 5, 2008**

(54) **PORTABLE TELEPHONE**

(75) Inventors: **Ha-Youl Jung**, Seoul (KR); **Nam-Mi Kim**, Seoul (KR); **Chang-Hwan Hwang**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyunggi-do (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,215**

(22) Filed: **Feb. 2, 2007**

(51) **LOC (8) Cl.** ................................................. 14-03
(52) **U.S. Cl.** .................................................. D14/138
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 247, 496, 148, 248, 341–347; 455/475.4, 566, 575.1, 556.1, 556.2, 90.3; 379/433.01–433.13; 348/14.01, 14.02, 376; D21/329, 331, 333

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D503,164 S | 3/2005 | Park et al. | |
| D503,699 S | 4/2005 | Lee et al. | |
| D508,240 S | 8/2005 | Lee et al. | |
| D511,342 S * | 11/2005 | Chien | D14/346 |
| D515,060 S | 2/2006 | Lee et al. | |
| D526,297 S | 8/2006 | Lee et al. | |
| D527,367 S | 8/2006 | Yun et al. | |
| D527,716 S | 9/2006 | Kim et al. | |
| D528,533 S | 9/2006 | Lee et al. | |
| D529,014 S | 9/2006 | Kim et al. | |
| D529,474 S | 10/2006 | Park et al. | |
| D529,891 S | 10/2006 | Hyun et al. | |
| D530,297 S | 10/2006 | Moon et al. | |
| D531,610 S | 11/2006 | Kim et al. | |
| D533,530 S | 12/2006 | Kim et al. | |
| D535,966 S | 1/2007 | Lee et al. | |
| D545,292 S * | 6/2007 | Lee et al. | D14/138 |
| D548,716 S * | 8/2007 | Park et al. | D14/138 |

* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Flynn, Thiel, Boutell & Tanis, P.C.

(57) **CLAIM**

The ornamental design for a portable telephone, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a portable telephone showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG.1




FIG.2                FIG.3



FIG. 4



FIG. 5



FIG.6



FIG.7