# BRESSLER EXHIBIT 47

US00D616857S

(12) **United States Design Patent**   (10) **Patent No.:**     **US D616,857 S**

Kim et al.   (45) **Date of Patent:**     ** **Jun. 1, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Tae-Ho Kim**, Yongin-Si (KR);
**Young-Keun Lee**, Seoul (KR);
**Chang-Hwan Hwang**, Goyang-Si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**,
Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/340,832**

(22) Filed: **Jul. 27, 2009**

(30) **Foreign Application Priority Data**

Jun. 11, 2009   (KR) ...................... 30-2009-0025684

(51) **LOC (9) Cl.** ................................................ **14-03**
(52) **U.S. Cl.** ............................................. **D14/138 AD**
(58) **Field of Classification Search** ............ D14/138 R,
D14/138 AD, 138 AC, 138 C, 138 G, 191,
D14/203.1–203.8, 496, 138 AA, 138 AB,
D14/247–248, 137, 147, 218, 341–347; D10/65,
D10/78, 104; D13/168; D18/7; 455/566,
455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D451,079 | S | * | 11/2001 | Ali ....................... D14/138 AA |
| D454,849 | S | * | 3/2002 | Eckholm .............. D14/138 AA |
| D457,883 | S | * | 5/2002 | Sugioka et al. ........... D14/342 |
| D461,185 | S | * | 8/2002 | Ando ....................... D14/341 |
| D476,328 | S | * | 6/2003 | Miao et al. ................. D14/346 |
| D478,075 | S | * | 8/2003 | Hayes ....................... D14/343 |
| D479,215 | S | * | 9/2003 | Yokoyama ........... D14/138 AD |
| D481,692 | S | * | 11/2003 | Husgafvel ........... D14/138 AD |
| D497,161 | S | * | 10/2004 | Chien ....................... D14/346 |
| D509,203 | S | * | 9/2005 | Bertrand et al. ...... D14/138 AD |
| D509,204 | S | * | 9/2005 | Michler ............... D14/138 AD |
| D509,497 | S | * | 9/2005 | Michler ............... D14/138 AD |
| D553,596 | S | * | 10/2007 | Kim et al. ............ D14/138 AD |
| D555,137 | S | * | 11/2007 | Kim et al. ............ D14/138 AD |
| D555,138 | S | * | 11/2007 | Park et al. ............ D14/138 AD |
| D558,177 | S | * | 12/2007 | Han et al. ............ D14/138 AD |
| D558,718 | S | * | 1/2008 | Park et al. ............ D14/138 AD |
| D573,129 | S | * | 7/2008 | Park et al. ............ D14/138 AD |
| D575,762 | S | * | 8/2008 | Ou ........................ D14/138 G |

(Continued)

OTHER PUBLICATIONS

BenQ U700, announced 1st quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 7 Drawing Sheets**



**US D616,857 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D584,273 S | * | 1/2009 | Hong et al. ............ D14/138 G |
| D590,802 S | * | 4/2009 | Shin et al. ............ D14/138 AD |
| D598,880 S | * | 8/2009 | Su ........................ D14/138 G |
| D602,464 S | * | 10/2009 | Chung et al. ......... D14/138 AD |
| 2006/0063548 A1 | * | 3/2006 | Kim ........................... 455/518 |
| 2009/0149217 A1 | * | 6/2009 | Adiseshann et al. ...... 455/556.2 |
| 2009/0239593 A1 | * | 9/2009 | Jayasinghe et al. ....... 455/575.1 |

### OTHER PUBLICATIONS

HTC P6500, announced Oct. 2007, [online], [retrieved on Dec. 13, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

i-mate K-JAM, announced Sep. 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

O2 XDA mini S, announced 3rd quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Qtek 9100, announced 3rd quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



Case 5:11-cv-01846-LHK   Document 281-1   Filed 09/30/11   Page 9 of 10

# FIG. 6



# FIG. 7

