# BRESSLER EXHIBIT 52



Nokia N8 (Image from http://events.nokia.com/nokian8/images/nokia_n8_img_1.jpg and http://symbianworld.org/wp-content/uploads/2010/05/nokia-n8-smartphone.jpg)
Released on October 1, 2010 (Source: http://www.phonearena.com/phones/Nokia-N8_id4543)