# BRESSLER EXHIBIT 55



Motorola Q9h (Image from http://news.vzw.com/images/releases/MotoQ-9m_H4Web.jpg)
Announced in February 12, 2007 (Source: http://www.phonearena.com/phones/Motorola-Q9h_id1978)