# BRESSLER EXHIBIT 58



LG Thrive (Image from http://admintell.napco.com/ee/images/uploads/gadgetell/LG_Thrive_Front.jpg)
Announced on April 17, 2011 (Source: http://www.gsmarena.com/lg_thrive-3918.php)