# BRESSLER EXHIBIT 62

등록디자인 30-0418547

# (19)대한민국특허청(KR)
# (12) 등록디자인공보(S)

| | | |
|---|---|---|
| (52) 분류 H3-30 | (45) 공고일자 | 2006년07월06일 |
| | (11) 등록번호 | 30-0418547 |
| | (24) 등록일자 | 2006년06월26일 |

(51) 국제분류      14-03
(21) 출원번호      30-2005-0030828
(22) 출원일자      2005년09월09일

(73) 디자인권자    엘지전자 주식회사
                  서울특별시 영등포구 여의도동 20번지

(72) 창작자        주아정
                  부산 금정구 장전2동 온천해동빌라 501호

(74) 대리인        박장원

담당심사관 지선진

## (54) 휴대폰

디자인의 대상이 되는 물품

휴대폰

디자인의 설명

1. 재질은 금속, 유리 및 합성수지재임.

2. 안테나가 내장되어 있는 카드타입의 초슬림형 휴대폰임.

3. 배면에 구성된 카메라를 통해 사진 촬영을 할 수 있도록 된 것임.

4. 전면 디스플레이 창 하단에 전화사용 및 카메라사용 등 전원이 켜져 활성화 될때만 보일 수 있도록 한 터치 방식의 기능 및 숫자버튼을 배열한 것이며, 화면의 창에서도 터치 스크린방식을 채택하여 각종 휴대폰 기능을 사용할 수 있도록 한 것임.

5. 디엠비(DMB)기능을 탑재하여 지상파 방송을 시청할 수 있도록 하였으며 상단 좌측에 구성된 스피커를 통해 방송 내용을 청취할 수 있도록 한 것임.

디자인 창작 내용의 요점

본원 휴대폰 디자인은 본체 상단부에 스피커를 형성하고 전면 버튼부를

터치스크린 방식으로 단순하고 독특한 형상으로 나타내었으며

전체적으로 돌출부가 없는 깔끔한 이미지를 강조한 것을 디자인 창작

내용의 요점으로 함.

【사시도】



【정면도】



등록디자인 30-0418547

【배면도】



【좌측면도】



