# BRESSLER EXHIBIT 64



HTC Touch Dual US (Image from http://im.tech2.in.com/images/2007/oct/img_27601_htc_dual.jpg)
Released on June 12, 2008 (Source: http://www.phonearena.com/phones/HTC-Touch-Dual-US_id2716)