# BRESSLER EXHIBIT 68

US00D555131S

(12) **United States Design Patent**  (10) Patent No.:     **US D555,131 S**
Kim et al.                                   (45) Date of Patent:  ** Nov. 13, 2007

(54) **MOBILE PHONE**

(75) Inventors: **Young Se Kim**, Palo Alto, CA (US); **Young Ju Yeo**, Seoul (KR); **Chang Hwan Hwang**, Kyunggi-do (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.** (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/259,771**

(22) Filed: **May 15, 2006**

(51) **LOC (8) Cl.** .................................................. 14-03
(52) **U.S. Cl.** .................................................... D14/138
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 218, 341–347, 496; 455/90.3, 455/556.1, 556.2, 575.1, 575.3, 575.4; 379/433.01–433.13; 361/814; 348/14.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D485,267 S | * | 1/2004 | Chien | .................. | D14/346 |
| D498,736 S | * | 11/2004 | Lee | .................. | D14/138 |
| D498,754 S | * | 11/2004 | Blyth | .................. | D14/341 |
| D515,544 S | * | 2/2006 | Kim et al. | .................. | D14/138 |
| D521,023 S | * | 5/2006 | Kim et al. | .................. | D14/496 |
| D525,610 S | * | 7/2006 | Kim et al. | .................. | D14/138 |
| D526,986 S | * | 8/2006 | Kim | .................. | D14/138 |
| D527,000 S | * | 8/2006 | Hong et al. | .................. | D14/346 |
| D527,717 S | * | 9/2006 | Kim | .................. | D14/138 |
| 7,107,018 B2 | * | 9/2006 | Jellicoe | .................. | 455/90.3 |
| D530,699 S | * | 10/2006 | Lee et al. | .................. | D14/138 |
| D531,607 S | * | 11/2006 | Kim et al. | .................. | D14/138 |
| D531,609 S | * | 11/2006 | Kim et al. | .................. | D14/138 |
| D531,612 S | * | 11/2006 | Kim et al. | .................. | D14/138 |
| D531,977 S | * | 11/2006 | Kim et al. | .................. | D14/138 |
| D532,766 S | * | 11/2006 | Lee | .................. | D14/138 |
| 7,136,686 B2 | * | 11/2006 | Fujii et al. | .................. | 455/575.3 |
| D533,531 S | * | 12/2006 | Hyun et al. | .................. | D14/138 |
| D533,532 S | * | 12/2006 | Kim et al. | .................. | D14/138 |
| D534,888 S | * | 1/2007 | Kim et al. | .................. | D14/138 |
| D535,968 S | * | 1/2007 | Lee | .................. | D14/138 |
| 2006/0154705 A1 | * | 7/2006 | Kim | .................. | 455/575.4 |
| 2007/0060072 A1 | * | 3/2007 | Sung et al. | .................. | 455/90.3 |

OTHER PUBLICATIONS

LG KU950, announced Feb. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Jeffrey Asch
*Assistant Examiner*—Bridget L. Eland
(74) *Attorney, Agent, or Firm*—Irving Keschner

(57) **CLAIM**

The ornamental design for mobile phone, as shown.

**DESCRIPTION**

FIG. 1 is a perspective view of the ornamental design of the present invention;

FIG. 2 is a front elevational view of the ornamental design of the present invention;

FIG. 3 is a rear elevational view of the ornamental design of the present invention;

FIG. 4 is a left side elevational view of the ornamental design of the present invention;

FIG. 5 is a right side elevational view of the ornamental design of the present invention;

FIG. 6 is a top plan view of the ornamental design of the present invention; and,

FIG. 7 is a bottom view of the ornamental design of the present invention.

**1 Claim, 5 Drawing Sheets**





FIG. 1

FIG.2



FIG. 3



FIG.4

FIG.5




FIG.6



FIG.7

