| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AND RELATED DOCUMENTS** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

1. The confidential, unredacted version of Apple's Reply in Support of its Motion for a Preliminary Injunction ("Reply");
2. Paragraphs 2, 5, 6 and 7 of the Reply Declaration of Tony Blevins In Support of Apple's Motion for a Preliminary Injunction;
3. The Reply Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for a Preliminary Injunction ("Lutton Reply Declaration");
4. Exhibits A, B, and C to the Lutton Reply Declaration;
5. The Reply Declaration of Terry Musika In Support of Apple's Motion for a Preliminary Injunction ("Musika Declaration");
6. Exhibits 1, 2, 3, and 4 to the Musika Declaration;
7. The Reply Declaration of Arthur Rangel in Support of Apple's Motion for a Preliminary Injunction ("Rangel Declaration");
8. Exhibits A, B, and C to the Rangel Declaration;
9. Paragraphs 24-26, 27-33, and 39 of the Reply Declaration of Sanjay Sood in Support of Apple's Motion for a Preliminary Injunction ("Sood Declaration");
10. Exhibits D and H to the Sood Declaration;
11. The Reply Declaration of Christopher Stringer in Support of Apple's Motion for a Preliminary Injunction ("Stringer Declaration");
12. Exhibits 1-9 to the Stringer Declaration;
13. Paragraphs 11, 16, 26, 27, 38, 42, 44, 49, 51, 57, and 80 of the Reply Declaration of Cooper C. Woodring in Support of Apple's Motion for a Preliminary Injunction ("Woodring Reply Declaration");
14. Exhibit 1 to the Woodring Reply Declaration; and
15. Exhibits A, B, C, D, M, P, S, W, Z, EE, FF, GG, JJ, KK and LL to the Declaration of Francis Ho in Support of Apple's Motion for a Preliminary Injunction.

1 | The above items 1-13 and 15 contain or discuss Apple confidential information.  Apple has established good cause to permit filing the above Apple confidential information under seal through the Declaration of Erica Tierney in Support of Apple's Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith.  As detailed in the Sealing Declaration, the above Apple confidential information relates to, among other things, Apple's confidential design trade secrets, market research, product development, and business practices. (Sealing Declaration at ¶¶ 3-11.)  It is Apple's policy and practice not to disclose such information because it is confidential to Apple.  (*Id*. at ¶ 12.)  This information is indicative of the way in which Apple manages its business affairs and conducts product development, and thus the information can be used by competitors to Apple's disadvantage.  (*Id*.)  The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple confidential information contained in the Reply and supporting documents.

In addition, the above items 1, 5, 6, 13, 14, and 15 contain information that Samsung has designated Confidential or Highly Confidential—Attorneys Eyes Only or information that Apple believes Samsung considers confidential.  Regarding sealing the above Samsung confidential information, Apple expects that Samsung will file the required supporting declarations in accordance with Civil L.R. 79-5(d).

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on all parties.

Samsung does not oppose this motion.

Dated:  September 30, 2011

MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.