| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California 94304 |
| Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3051330

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal portions of its Reply in Support of its Motion for a Preliminary Injunction and certain supporting documents. In support of its motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Apple's Reply in Support of its Motion for a Preliminary Injunction ("Reply");
2. The confidential, unredacted version of the Reply Declaration of Tony Blevins in Support of Apple's Motion for a Preliminary Injunction ("Blevins Declaration");
3. The Reply Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for a Preliminary Injunction ("Lutton Reply Declaration");
4. Exhibits A, B, and C to the Lutton Reply Declaration;
5. The Reply Declaration of Terry Musika in Support of Apple's Motion for a Preliminary Injunction ("Musika Declaration");
6. Exhibits 1, 2, 3, and 4 to the Musika Declaration;
7. The Reply Declaration of Arthur Rangel in Support of Apple's Motion for a Preliminary Injunction ("Rangel Declaration");
8. Exhibits A, B, and C to the Rangel Declaration;
9. The confidential, unredacted version of the Reply Declaration of Sanjay Sood in Support of Apple's Motion for a Preliminary Injunction ("Sood Declaration");
10. Exhibits D and H to the Sood Declaration;

1  11.  The Reply Declaration of Christopher Stringer in Support of Apple's Motion for a Preliminary Injunction ("Stringer Declaration");

2  12.  Exhibits 1-9 to the Stringer Declaration;

3  13.  The confidential, unredacted version of the Reply Declaration of Cooper C. Woodring in Support of Apple's Motion for a Preliminary Injunction ("Woodring Reply Declaration");

4  14.  Exhibit 1 to the Woodring Reply Declaration; and

5  15.  Exhibits A, B, C, D, M, P, S, W, Z, EE, FF, GG, JJ, KK and LL to the Declaration of Francis Ho in Support of Apple's Motion for a Preliminary Injunction.

The Court further ORDERS that redacted versions of the following documents shall be filed on ECF:

1. Apple's Reply in Support of its Motion for a Preliminary Injunction;
2. the Blevins Declaration;
3. the Sood Declaration; and
4. the Woodring Reply Declaration.

**IT IS SO ORDERED.**

Dated: _____, 2011    By: _____
                                          HONORABLE LUCY H. KOH
                                          UNITED STATES DISTRICT COURT
                                          JUDGE