1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO SCHEDULE INVENTOR AND PROSECUTING ATTORNEY DEPOSITIONS** |

02198.51855/4376428

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO SCHEDULE INVENTOR AND PROSECUTING ATTORNEY DEPOSITIONS**

On October 1, 2011, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved for an order to compel Apple to schedule inventor and prosecuting attorney depositions.

Having considered the briefs and the arguments of the parties, and the entire file in this action, the Court hereby GRANTS Samsung's motion, as follows:

1. By no later than October 5, 2011 at 5 p.m., Apple shall provide deposition dates for all 15 remaining prosecuting attorney and inventor deponents noticed by Samsung.
2. In particular, Apple shall offer one design patent inventor deposition on approximately every other business day from October 14 through November 14.

**IT IS SO ORDERED.**

DATED: _____

                                            _____
                                            Hon. Paul S. Grewal
                                            United States Magistrate Judge

02198.51855/4376409.3

-1-   Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO SCHEDULE INVENTOR AND PROSECUTING ATTORNEY DEPOSITIONS**