# EXHIBIT 1

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA     )  C-11-01846 LHK
 6   CORPORATION,                 )
                                  )  SAN JOSE, CALIFORNIA
 7              PLAINTIFF,        )
                                  )  AUGUST 24, 2011
 8         VS.                    )
                                  )  PAGES 1-90
 9   SAMSUNG ELECTRONICS CO.,     )
     LTD., A KOREAN BUSINESS      )
10   ENTITY; SAMSUNG              )
     ELECTRONICS AMERICA,         )
11   INC., A NEW YORK             )
     CORPORATION; SAMSUNG         )
12   TELECOMMUNICATIONS           )
     AMERICA, LLC, A DELAWARE     )
13   LIMITED LIABILITY            )
     COMPANY,                     )
14                                )
                DEFENDANTS.       )
15   _____

16              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
25


                                                          1
```

```
 1
 2     A P P E A R A N C E S:

 3     FOR PLAINTIFF          MORRISON & FOERSTER
       APPLE:                 BY:  HAROLD J. MCELHINNY,
 4                                 MICHAEL A. JACOBS, AND
                                   RICHARD S.J. HUNG
 5                            425 MARKET STREET
                              SAN FRANCISCO, CALIFORNIA  94105
 6
       FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
 7     APPLE:                 HALE AND DORR
                              BY:  WILLIAM F. LEE AND
 8                                 MARK D. SELWYN

 9     FOR APPLE:             TAYLOR & COMPANY
                              BY:  STEPHEN E. TAYLOR AND
10                                 STEPHEN MCG. BUNDY
                              ONE FERRY BUILDING, SUITE 355
11                            SAN FRANCISCO, CALIFORNIA  94111

12
       FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
13                            OLIVER & HEDGES
                              BY:  KATHLEEN M. SULLIVAN
14                            51 MADISON AVENUE, 22ND FLOOR
                              NEW YORK, NEW YORK  10010
15
                              BY:  VICTORIA F. MAROULIS AND
16                                 KEVIN P.B. JOHNSON
                              555 TWIN DOLPHIN DRIVE
17                            SUITE 560
                              REDWOOD SHORES, CALIFORNIA  94065
18
                              BY:  MICHAEL T. ZELLER
19                            865 SOUTH FIGUEROA STREET
                              10TH FLOOR
20                            LOS ANGELES, CALIFORNIA  90017

21

22

23

24

25
                                                                 2
```

```
 1    DISCOVERY DISPUTES AS TO THE PRELIMINARY INJUNCTION
 2    DISCOVERY?
 3              MR. MCELHINNY:  THERE'S MEETS AND CONFERS
 4    AND STUFF GOING ON.  I DON'T THINK THERE'S A -- I
 5    DON'T THINK WE'VE GOT A MOTION.
 6              MR. JOHNSON:  WE DO, YOUR HONOR.
 7              MR. MCELHINNY:  WE DON'T HAVE ANY
 8    DISCOVERY YET.
 9              THE COURT:  OKAY.  THAT WILL GO TO
10    JUDGE GREWAL.
11              I'M GOING TO REQUIRE, AND I'M SURE HE
12    WOULD AGREE, THAT LEAD TRIAL COUNSEL HAVE TO MEET
13    IN PERSON TO MEET AND CONFER ON ANY DISCOVERY
14    DISPUTE BEFORE YOU FILE A MOTION.  OKAY?
15              MR. MCELHINNY:  THANK YOU, YOUR HONOR.
16              I HAVE YOUR -- I'M SORRY.  I HAVE YOUR
17    DATE.
18              THE COURT:  OKAY.
19              MR. MCELHINNY:  WE CAN -- THE INVENTORS
20    AND THE PROSECUTING ATTORNEYS ON OR BEFORE
21    DECEMBER 1ST, YOUR HONOR.
22              THE COURT:  WELL, THAT'S TOO LATE.
23    YOU'RE ASKING THEM TO FILE ALL THEIR CLAIM
24    CONSTRUCTION BRIEFS --
25              MR. MCELHINNY:  I'M NOT SURE WHAT
```

83

```
 1     INVENTORS OR PROSECUTING ATTORNEYS HAVE TO DO WITH
 2     THE CLAIM CONSTRUCTION, YOUR HONOR.
 3              THE COURT:  LET ME HEAR FROM SAMSUNG.
 4              WHAT'S YOUR DATE?  AND IS THAT SOON
 5     ENOUGH FOR YOU?
 6              MR. JOHNSON:  NO.  THAT'S TOO LATE, YOUR
 7     HONOR.  I MEAN, IT HAS EVERYTHING TO DO WITH CLAIM
 8     CONSTRUCTION.
 9              I MEAN, TO THE POINT THAT -- YOU KNOW,
10     AS -- WELL, I CAN'T TALK ABOUT WHAT MR. ORDING
11     TESTIFIED SINCE IT'S UNDER SEAL, THEIR INVENTOR.
12              BUT BASICALLY THE INVENTORS ARE GOING TO
13     TESTIFY ABOUT PRIOR ART THAT THEY'RE AWARE OF;
14     THEY'RE GOING TO TESTIFY ABOUT UNENFORCEABILITY
15     ISSUES AS WELL; THEY'RE GOING TO TESTIFY ABOUT THE
16     SCOPE OF THE CLAIMS WITH RESPECT TO THE PRIOR ART.
17              THAT'S THE REASON WE TOOK MR. ORDING'S
18     DEPOSITION IN THE CONTEXT OF THE PRELIMINARY
19     INJUNCTION HEARING, AND WE -- AS WE SPELLED OUT IN
20     OUR PAPERS, WE LEARNED A LOT OF IMPORTANT
21     INFORMATION THAT AFFECTS THE CLAIM CONSTRUCTION OF
22     THE TERMS THAT ARE INVOLVED IN THAT -- ON THE '381
23     PATENT; WE LEARNED FACTS ASSOCIATED WITH
24     INDEFINITENESS, WHICH ALSO SHOULD BE CONSIDERED --
25     AT LEAST LOOKED AT IN THE CONTEXT OF CLAIM
```

```
 1    CONSTRUCTION.
 2              SO I'M NOT LOOKING TO DELAY THINGS THAT
 3    ARE TOO FAR.
 4              BUT AT THIS POINT, THERE ARE 32
 5    INVENTORS.  IF THE FIRST DATE I GET FROM THEM IS
 6    DECEMBER AND I HAVE TO DO ALL THE CLAIM
 7    CONSTRUCTION BEFORE THEN AND HAVE THE CLAIM
 8    CONSTRUCTION HEARING, YOU KNOW, THE FIRST -- IN THE
 9    MIDDLE PART OF JANUARY, THAT PUTS ME AT A SEVERE
10    PREJUDICE.
11              THE COURT:  WELL, THESE ARE COMPLETION
12    DATES.  THESE AREN'T BEGINNING DATES.
13              MR. MCELHINNY:  THAT'S CORRECT, YOUR
14    HONOR.
15              THE COURT:  I'M ASSUMING IT'S HAPPENING
16    BEFORE.  THERE'S NO WAY YOU CAN HAVE 32 PEOPLE
17    DEPOSED --
18              ==MR. MCELHINNY:==  ==YOUR HONOR, I ALWAYS GET==
19    ==IN TROUBLE WITH THESE THINGS, BUT TO BE REALISTIC==
20    ==AND NOT TAKE YOUR TIME RIGHT NOW, THERE WILL COME A==
21    ==TIME AT THE END OF PROCESS THAT YOUR HONOR HAS SET==
22    ==WHERE SAMSUNG WILL FILE A MOTION TO CONTINUE THE==
23    ==TRIAL DATE.==  ==THEY WILL SAY THEY DIDN'T GET THE==
24    ==DISCOVERY THEY NEEDED AND THEY DIDN'T GET==
25    ==DEPOSITIONS AND THEY DIDN'T GET WHATEVER.==
```

85

1          AND AT THAT TIME YOU'RE GOING TO BE
2  LOOKING AT WHETHER OR NOT WE DID WHAT THEY NEEDED
3  IN ORDER TO GET READY.  THAT'S JUST GOING TO
4  HAPPEN.
5          AND AS OPPOSED TO TRY TO HAMMER THIS OUT
6  RIGHT NOW, I THINK YOU -- WE UNDERSTAND WHAT YOUR
7  HONOR WANTS AND, YOU KNOW, I WOULD LIKE TO HAVE A
8  LITTLE BIT OF, YOU KNOW, TRUST HERE.
9          MR. JOHNSON:  UNDER THE CURRENT SCHEDULE,
10 YOUR HONOR, THE CLOSE OF CLAIM CONSTRUCTION
11 DISCOVERY IS NOVEMBER 28TH.
12         LET'S PUSH BACK THE DATES BY EVEN A
13 COUPLE OF, JUST A COUPLE OF MONTHS, WHICH
14 SHOULDN'T -- WHETHER THE TRIAL IS IN JULY OR
15 AUGUST OR SEPTEMBER OF NEXT YEAR, YOU KNOW, I --
16 THERE CAN'T BE ANY PREJUDICE WITH RESPECT TO TWO
17 MONTHS.
18         THEY DELAYED TWO AND A HALF MONTHS WHEN
19 THEY BROUGHT THE PRELIMINARY INJUNCTION MOTION.
20         AND AS I MENTIONED, YOUR HONOR, THE REAL
21 ISSUE THAT I SEE IS ALSO ON THE BACK END WITH
22 RESPECT TO DISPOSITIVE MOTIONS.
23         GIVING US A WEEK AFTER THE CLOSE OF
24 REBUTTAL -- OF EXPERT DISCOVERY TO FILE MOTIONS ON,
25 AT THAT POINT, WHICH COULD BE, YOU KNOW, 15 APPLE

86

```
 1    PATENTS AND THERE WILL BE 12 --
 2              THE COURT:  OKAY.  I'M SORRY.  I'VE GOT
 3    TO CUT THIS OFF.
 4              APPLE, YOU'RE GOING TO HAVE YOUR
 5    INVENTORS AND PROSECUTING ATTORNEYS DEPOSED BY
 6    NOVEMBER 1; AND SAMSUNG WILL BE DECEMBER 1.  OKAY?
 7              AS FAR AS THE LAST DAY TO FILE
 8    DISPOSITIVE MOTIONS -- ALL RIGHT.  I CAN -- I'LL
 9    MOVE THAT TO MAY 17TH, 2012, AND THE HEARING ON
10    DISPOSITIVE MOTIONS WILL BE JUNE 21, 2012 AT 1:30.
11              OKAY?  THE PRETRIAL CONFERENCE AND THE
12    JURY TRIAL DATES REMAIN.
13              ANYTHING ELSE?
14              MR. LEE:  NO, YOUR HONOR.
15              THE COURT:  LET ME ASK ONE LAST QUICK
16    QUESTION.  IS APPLE WILLING TO AGREE TO A SHORTER
17    TIMEFRAME TO RESPOND TO DISCOVERY REQUESTS THAN 30
18    DAYS?
19              MR. MCELHINNY:  AGAIN, IF IT WAS MUTUAL,
20    WE WOULD DO IT, YOUR HONOR.
21              MR. LEE:  SURE.
22              MR. MCELHINNY:  JUST -- I MEAN, JUST LET
23    ME --
24              THE COURT:  YEAH.
25              MR. MCELHINNY:  THEY'VE NEVER ASKED FOR
```

```
 1    AN EXPEDITED TRIAL AND YOUR HONOR HAS GIVEN THEM AN
 2    EXPEDITED TRIAL AS WELL, AND THAT'S FINE, BUT NOW
 3    WE'RE BOTH IN THE SAME BOAT HERE EXCEPT THAT
 4    THEY'VE HAD DISCOVERY AND WE HAVEN'T HAD ANY.
 5              THE COURT:  SO LET ME ASK WHETHER SAMSUNG
 6    IS WILLING TO SHORTEN THE TIMEFRAME TO RESPOND TO
 7    WRITTEN DISCOVERY REQUESTS.
 8              MR. JOHNSON:  I THINK IT'S SOMETHING THAT
 9    WE COULD MEET AND CONFER WITH THEM ABOUT AND SEE IF
10    THERE'S A TIME -- YOU KNOW, I'M OPEN TO SOME PERIOD
11    OF POTENTIALLY EXPEDITING, BUT AT THIS POINT, NOT
12    ANYTHING BEYOND -- I MEAN, LIKE I SAID, THEY MOVED
13    TO EXPEDITE, SO I THINK THEY SHOULD RESPOND TO THE
14    DISCOVERY MORE QUICKLY.
15              BUT I'M WILLING TO MEET AND CONFER WITH
16    THEM AND SEE IF WE CAN COME UP WITH SOMETHING.
17              MR. MCELHINNY:  I AGREE WITH MR. JOHNSON,
18    ACTUALLY.  NOW THAT YOU'VE GIVEN US DATES, WE'LL
19    WORK ALL THIS STUFF OUT.
20              THE COURT:  OKAY.  YOU KNOW, IF YOU DON'T
21    WORK IT OUT, THEN THERE ARE GOING TO BE PROBABLY
22    CONSEQUENCES THAT BOTH SIDES DON'T WANT, SO I HOPE
23    YOU WORK IT OUT.
24              MR. MCELHINNY:  THANK YOU, YOUR HONOR.
25              THE COURT:  OKAY.  LET'S HAVE A FOLLOW-UP
```