1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19         Plaintiff,                           **SAMSUNG'S MOTION TO SHORTEN
                                                TIME FOR BRIEFING AND HEARING
20     vs.                                      ON ITS MOTION TO COMPEL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
           Defendants.
25

26

27

28

02198.51855/4376419.1
                                                           Case No. 11-cv-01846-LHK
   **SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO
                                       COMPEL**

1    Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd., Samsung Electronics
2 America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")
3 hereby bring this motion to shorten time for the briefing and hearing schedule on Samsung's
4 Motion to Compel Apple to Schedule Inventor and Prosecuting Attorney Depositions (the
5 "Motion to Compel").   Specifically, Samsung requests that:
6    1. Apple's opposition to the Motion to Compel be filed by 8:00 a.m. on Tuesday,
7    October 4, 2011 (Samsung will waive its reply if the hearing is set for October 4,
8    2011 in order to have this matter heard as expeditiously as possible); and
9    2. The hearing be set for October 4, 2011, at 10:00 a.m., or as soon thereafter as the
10    matter may be heard.
11    The shortened briefing and hearing schedule is necessary because if it were set pursuant to
12 the local rules, the hearing on Samsung's Motion to Compel would not occur until November 8,
13 2011.   However, Samsung's motion seeks to compel the depositions of numerous witnesses that
14 the Court previously ordered Apple to produce by November 1, 2011.   (Dkt No. 187 at 1.)
15 More specifically, pursuant to the Court's Case Management Order, Apple is required to produce
16 for deposition any and all of the inventors and prosecuting attorneys on Apple's 15 asserted
17 patents (48 persons in total) by November 1, 2011.   (*Id.*)   However, as of today, and despite
18 Samsung's repeated efforts, Apple has failed to provide even a single confirmed deposition date
19 for 15 of those deponents, including virtually all of its design patent inventors who are current
20 Apple employees and thus completely within Apple's control.   Indeed, Apple has not even
21 provided a date certain by which it will agree to schedule the depositions.   And worse, it appears
22 that Apple intends for tactical reasons to jam the vast majority of these key depositions into a
23 small, eleven-day window that will impede fair and orderly discovery.   Samsung cannot risk the
24 prejudice that it would suffer if it is denied the opportunity to take the depositions, and thus needs
25 Court relief to compel Apple to meet its previously ordered discovery obligations.   Unless the
26 Court grants an expedited briefing schedule, Samsung will have no opportunity to obtain relief
27 from the Court until after the November 1 deadline has passed.   Furthermore, at Apple's request,
28

1  this Court recently granted expedited briefing on an Apple motion to compel that raised more
2  complex issues on a comparable schedule as is sought here.   (Dkt No. 255.)
3       Lead counsel for Samsung and Apple have met and conferred regarding the Motion to
4  Compel and the expedited briefing schedule, but Apple is unwilling to give Samsung the relief it
5  seeks.   (Declaration of Rachel Herrick Kassabian in Support of Samsung's Motion to Shorten the
6  Time for Hearing and Briefing Its Motion to Compel, ¶ 2.)
7       For the foregoing reasons, Samsung respectfully requests that the Court advance the
8  motion hearing date for Samsung's Motion to Compel to Tuesday, October 4, 2011 at 10:00 a.m.
9  and amend the briefing schedule as outlined above.

11 DATED: October 1, 2011           QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

14                                  By   /s/ Victoria F. Maroulis
                                       Charles K. Verhoeven
15                                     Kevin P.B. Johnson
                                       Victoria F. Maroulis
16                                     Michael T. Zeller
                                       Rachel Herrick Kassabian
17                                     Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
18                                     INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC