1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

15

16                      UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
    |---|---|
    | Plaintiff, | **DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL** |
    | vs. | |
    | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
    | Defendants. | |

I, Rachel Herrick Kassabian, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. On September 29, 2011, I asked counsel for Apple if Apple would agree to an expedited briefing and hearing schedule on Samsung's planned Motion to Compel Apple to provide deposition dates in compliance with the Court's Case Management Order, whereby Samsung's Motion would be heard on Tuesday, October 4, 2011 at 10 a.m.  That same day, counsel for Apple declined to agree to Samsung's request.  Lead counsel also met and conferred in person (via video conference) on September 30, 2011, but were unable to resolve this issue.

3. Pursuant to L.R. 6-3(a)(5), previous time modifications in the case, whether by stipulation or Court order, include the following:

   A. On April 26, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on its motion to expedite discovery.  (Dkt No. 26.)

   B. On May 9, 2011, Apple and Samsung stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21, 2011.  On May 10, 2011, the Court signed the Stipulation and Order regarding an extension of time for Samsung to serve responsive pleadings.  (Dkt No. 40.)

   C. On June 1, 2011, the Court granted in part Samsung's request to shorten time for hearing and briefing on Samsung's Motion to Compel Reciprocal Expedited Discovery.  (Dkt No. 59.)

   D. On July 18, 2011 the Court ordered a briefing schedule related to expedited discovery and Apple's motion for a preliminary injunction, setting dates

from July 2011 through the October 13, 2011 hearing on Apple's Motion for Preliminary Injunction. (Dkt No. 115.)

E. On July 21, 2011, the Court granted the parties' stipulation to extend the time for briefing Samsung's Motion to Disqualify Counsel Bridges & Mavrakakis, LLP. (Dkt No. 125.)

F. On September 1, 2011 the Court granted Samsung's stipulated motion to expedite briefing on Samsung's Motion to Compel Apple to Produce Documents and Things. (Dkt No. 199)

G. On September 6, 2011 the Court granted Apple's stipulated motion to extend time for Apple to respond to Samsung's Motion to Exclude the Ordinary Observer Opinions of Apple Expert Cooper Woodring. (Dkt No. 210.)

H. On September 20, 2011, the Court granted Samsung's unopposed motion to change the hearing date on its motion to dismiss. (Dkt No. 244.)

I. On September 23, 2011, the Court granted Apple's motion to shorten time to expedite briefing on Apple's motion to compel. (Dkt No. 255.)

4. The present request to shorten the briefing and hearing schedule on Samsung's Motion to Compel will not affect the schedule of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on October 1, 2011.

/s/ Rachel Herrick Kassabian

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Rachel Herrick Kassabian has concurred in this filing.

*/s/ Victoria Maroulis*
