UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL** |

02198.51855/4376847.1

Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL**

1   On October 1, 2011, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved for an order to shorten the briefing and hearing schedule on Samsung's motion to compel Apple to schedule inventor and prosecuting attorney depositions (the "Motion to Compel").

Having considered the briefs and the arguments of the parties, and the entire file in this action, the Court hereby GRANTS Samsung's motion as follows:

1. Apple's opposition to the Motion to Compel shall be filed by 8:00 a.m. on Tuesday, October 4, 2011;
2. Samsung shall file no reply brief.
3. The hearing on Samsung's motion to compel is set for Tuesday, October 4, 2011, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Paul S. Grewal
United States Magistrate Judge

02198.51855/4376847.1

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL**