| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| HMcElhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| MJacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| JTaylor@mofo.com | Boston, MA 02109 |
| JASON R. BARTLETT (CA SBN 214530) | Telephone: (617) 526-6000 |
| JasonBartlett@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: 415.268.7000 | mark.selwyn@wilmerhale.com |
| Facsimile: 415.268.7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3052596

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 30, 2011, I served a copy of:

1. **APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC AND SEALED VERSIONS]**

2. **EXHIBITS A, B AND C (VIDEOS ON CD) TO THE REPLY DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [MANUALLY FILED]**

3. **DECLARATION OF TONY BLEVINS IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC AND SEALED VERSIONS]**

4. **DECLARATION OF FRANCIS HO IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC AND SEALED VERSIONS]**

5. **REPLY DECLARATION OF RICHARD J. LUTTON, JR. IN SUPPORT OF APPLE'S MOTION FOR PRELIMINARY INJUNCTION [FILED UNDER SEAL]**

6. **REPLY DECLARATION OF TERRY L. MUSIKA, CPA IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [FILED UNDER SEAL]**

7. **REPLY DECLARATION OF ARTHUR RANGEL IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [FILED UNDER SEAL]**

8. **REPLY DECLARATION OF SANJAY SOOD IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC AND SEALED VERSIONS]**

9. **REPLY DECLARATION OF CHRISTOPHER STRINGER IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [FILED UNDER SEAL]**

10. **REPLY DECLARATION OF COOPER C. WOODRING IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC AND SEALED VERSIONS]**

| | |
|---|---|
| 1 | |
| 2 | ☐ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing. |

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
335 Madison Avenue , 22nd Floor
New York, NY 10017
Tel: 212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

Michael Thomas Zeller
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street , 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

1 | Victoria F. Maroulis
2 | Quinn Emanuel Urquhart & Sullivan, LLP
  | 555 Twin Dolphin Drive, Fifth Floor
  | Redwood Shores, CA 94065
3 | Tel: 650-801-5000
  | Fax: 650-801-5100
4 | Email: victoriamaroulis@quinnemanuel.com

5 | Margret Mary Caruso
  | Quinn Emanuel Urquhart & Sullivan, LLP
6 | 555 Twin Dolphin Drive, Suite 560
  | Redwood Shores, CA 94065
7 | Tel: 650-801-5000
  | Fax: 650-801-5100
8 | Email: margretcaruso@quinnemanuel.com

9 | Todd Michael Briggs
  | Quinn Emanuel Urquhart & Sullivan, LLP
10 | 555 Twin Dolphin Drive, Fifth Floor
   | Redwood Shores, CA 94065
11 | Tel: 650-801-5000
   | Email: toddbriggs@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, this 3rd day of October, 2011.

_____
Robin L. Sexton