1
2
3
4
5
6
7
8
9
10

United States District Court
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC.,<br><br>                Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C 11-1846 LHK (PSG)<br><br>**ORDER GRANTING-IN-PART SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL**<br><br>**(Re: Docket No. 285)** |
|---|---|---|

1

On October 1, 2011 Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") moved for an order to shorten the briefing and hearing schedule on Samsung's motion to compel Plaintiff Apple, Inc. ("Apple") to schedule inventor and prosecuting attorney depositions.

The court hereby GRANTS-IN-PART Samsung's motion as follows:

1. Apple may respond in writing to Samsung's motion to compel. Any response shall be filed by 9:00 a.m. on Tuesday, October 4, 2011.
2. Samsung shall file no reply brief.
3. The parties shall appear for a telephonic hearing on Samsung's motion to compel on Tuesday, October 4, 2011 at 5:00 p.m.
4. The parties are instructed to contact CourtCall at 866-582-6878 to schedule telephonic appearance. Any inquiries regarding scheduling with CourtCall may be made by contacting Courtroom Deputy Clerk Oscar Rivera at 408-535-5378.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge