HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARK D. SELWYN (CA SBN 224180)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-600
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO MOTION TO COMPEL APPLE TO SCHEDULE INVENTOR AND PROSECUTING ATTORNEY DEPOSITIONS**<br><br>Date:    October 4, 2011<br>Time:   5:00 P.M.<br>Place:   Telephonic Hearing<br>Judge:  Hon. Paul S. Grewal |

sf-3052839

1   I, Jason Bartlett, declare as follows:

2   1.  I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in its suit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness I could and would testify competently as follows:

2.  Attached hereto as Exhibit A to this Declaration is a true and correct copy of the transcript of proceedings in the courtroom of the Honorable Lucy Koh on August 24, 2011.

3.  Attached hereto as Exhibit B to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on September 14, 2011.

4.  Attached hereto as Exhibit C to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on October 3, 2011.

5.  Attached hereto as Exhibit D to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on October 3, 2011.  I am informed and believe that this letter accurately summarizes meet-and-confer communications that took place between September 22 and October 1, 2011.

I declare under the penalty of perjury that the forgoing is true and correct.  Executed this 4th day of October, 2011, at San Francisco, California.

*/s/ Jason R. Bartlett*
Jason R. Bartlett

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs , am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated:  October 4, 2011                     */s/ Michael A. Jacobs*
                                             Michael A. Jacobs

sf-3052839