# EXHIBIT B

# WILMERHALE

September 14, 2011

**Peter J. Kolovos**

**Via E-Mail**

+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

Victoria F. Maroulis, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re:   *Apple Inc. v. Samsung Electronics Co. Ltd., et al.*,
       Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Victoria:

Apple plans to issue deposition notices to the Samsung employees listed below. I am writing pursuant to Local Rule 30-1 to request a meet and confer this week about the scheduling of their depositions. Please let me know when you or one of your colleagues are available to meet and confer by telephone on this topic.

The Samsung employees whose depositions we intend to notice are:

- Chang-Soo Park
- Joong-Ho Jeong
- Hyeon-Woo Lee
- Se-Hyoung Kim
- Min-Goo Kim
- Beong-Jo Kim
- Soon-Jae Choi
- Hye-Young Lee
- Pyung-Soo Kim
- Hun-Kee Kim
- Gin-Kyo Choi
- Jae-Seung Yoon
- Noh-Sun Kim
- Jun-Sung Lee
- Yong-Suk Moon
- Jae-Yoel Kim
- Hee-Won Kang
- Young-Hwan Lee
- Youn-Hyoung Heo
- Ju-Ho Lee
- Joon-Young Cho
- Young-Bum Kim

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

Victoria F. Maroulis, Esq
September 14, 2011
Page 2

- Yong-Jun Kwak
- Hyok-Soo Son
- Sung-Ho Eun
- Jae-Min Kim
- Jeong-Seok Oh
- Sang-Ryul Park
- Seong-Hun Kim
- Gert-Jan Van Lieshout
- Himke Van Der Velde
- Moon-Sang Jeong
- Minhyouk Lee
- Yunjung Lee
- Jin Soo Kim
- Hyoung Shin Park
- SeungHun Yoo
- Ahyoung Kim
- Sun-young Yi
- Min Kyung Kim
- Jeeyeun Wang
- Hyunho Shin
- Justin Denison
- Brian Rosenberg
- Tim Sheppard

Thank you for your attention to this matter.

Very truly yours,

Peter J. Kolovos

cc: Melissa N. Chan, Esq.
Rachel Herrick Kassabian, Esq.
Jason R. Bartlett, Esq.
Mark D. Selwyn, Esq.
(all via email)