# EXHIBIT D

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

October 3, 2011

Writer's Direct Contact
415.268.6467
MKreeger@mofo.com

Via E-Mail (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emmanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re: *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

As you know, over the past two weeks Apple has provided Samsung with a series of dates for prosecutor and inventor depositions. I thought it would make sense to confirm the schedule of all of the inventor and prosecutor dates confirmed by Apple to date. Note that this includes new design inventors — Freddy Anzures, Duncan Kerr, and Peter Russell-Clarke — that were the subject of an email from me earlier tonight.

| Date | Deponent's Last Name | Type | When Apple Offered Date to Samsung |
|---|---|---|---|
| September 30, 2011 | Allen | Prosecutor | September 21, 2011 |
| September 30, 2011 | Szepesi | Prosecutor | September 21, 2011 |
| October 3, 2011 | Schweigert | Prosecutor | September 21, 2011 |
| October 3, 2011 | Xie | Prosecutor | September 21, 2011 |
| October 4, 2011 | Scheller | Prosecutor | September 21, 2011 |
| October 5, 2011 | Williams | Prosecutor | September 21, 2011 |
| October 5, 2011 | Beyers | Prosecutor | September 21, 2011 |
| October 5, 2011 | Peloquin | Prosecutor | September 21, 2011 |
| October 6, 2011 | Mallie | Prosecutor | September 21, 2011 |
| October 6, 2011 | Wong | Prosecutor | September 21, 2011 |
| October 7, 2011 | Durkin | Prosecutor | September 21, 2011 |
| October 7, 2011 | Rossin | Prosecutor | September 21, 2011 |
| October 10, 2011 | Kubota | Prosecutor | September 21, 2011 |
| October 10, 2011 | Weaver | Prosecutor | September 21, 2011 |
| October 12, 2011 | Chartove | Prosecutor | September 21, 2011 |
| October 12, 2011 | Williamson | Utility Inventor | September 22, 2011 |

sf-3053305

**MORRISON | FOERSTER**

Rachel Herrick Kassabian
October 3, 2011
Page Two

| Date | Deponent's Last Name | Type | When Apple Offered Date to Samsung |
|---|---|---|---|
| October 12, 2011 | McNight | Prosecutor | September 21, 2011 |
| October 13, 2011 | Elias | Utility Inventor | September 22, 2011 |
| October 14, 2011 | Blumenberg | Utility Inventor | September 30, 2011 |
| October 14, 2011 | Herz | Utility Inventor | September 27, 2011 |
| October 14, 2011 | Lemay | Utility Inventor | September 22, 2011 |
| October 14, 2011 | Chaudhri | Utility Inventor | September 22, 2011 |
| October 18, 2011 | Huppi | Utility Inventor | September 27, 2011 |
| October 18, 2011 | Platzer | Utility Inventor | September 22, 2011 |
| October 18, 2011 | Christie | Utility Inventor | September 30, 2011 |
| October 18, 2011 | Anzures | Design Inventor | October 3, 2011 |
| October 19, 2011 | Ording | Utility Inventor | September 22, 2011 |
| October 19, 2011 | Hotelling | Utility Inventor | September 30, 2011 |
| October 20, 2011 | Land | Utility Inventor | September 30, 2011 |
| October 20, 2011 | Strickon | Utility Inventor | September 27, 2011 |
| October 25, 2011 | Hoellwarth | Prosecutor | September 30, 2011 |
| October 25, 2011 | Russell-Clarke | Design Inventor | October 3, 2011 |
| October 26, 2011 | Boule | Utility Inventor | September 30, 2011 |
| October 26, 2011 | Christensen | Utility Inventor | September 30, 2011 |
| October 26, 2011 | Van Os | Utility Inventor | September 30, 2011 |
| October 26, 2011 | Kerr | Design Inventor | October 3, 2011 |
| October 27, 2011 | Forstall | Utility Inventor | September 30, 2011 |

As discussed in previous meet-and-confer communications, we will continue sending confirmed dates as soon as we have them, and expect by the end of the week to have dates for all remaining witnesses who are current employees or jointly represented. Also as discussed in previous meet-and-confer communication, Apple intends to complete its production of documents for each deponent no later than five days before his or her deposition.

Sincerely,

/s/ Matthew I. Kreeger

Matthew I. Kreeger

cc: Victoria Maroulis, Esq.

sf-3053305