1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

   MARK D. SELWYN (CA SBN 224180)
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-600
   Facsimile: (650) 858-6100

   WILLIAM F. LEE (*pro hac vice*)
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   Attorneys for Plaintiff
   APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**AMENDED DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO MOTION TO COMPEL APPLE TO SCHEDULE INVENTOR AND PROSECUTING ATTORNEY DEPOSITIONS**<br><br>Date:   October 4, 2011<br>Time:   5:00 P.M.<br>Place:  Telephonic Hearing<br>Judge:  Hon. Paul S. Grewal |

I, Jason Bartlett, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in its suit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. Attached hereto as Exhibit A to this Declaration is a true and correct copy of the transcript of proceedings in the courtroom of the Honorable Lucy Koh on August 24, 2011.

3. Attached hereto as Exhibit B to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on September 14, 2011.

4. Attached hereto as Exhibit C to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on October 3, 2011.

5. Attached hereto as Exhibit D to this Declaration is a true and correct copy of a letter that was transmitted by counsel for Apple to counsel for Samsung on October 3, 2011. I am informed and believe that this letter accurately summarizes meet-and-confer communications that took place between September 22 and October 1, 2011.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 4th day of October, 2011, at San Francisco, California.

*/s/ Jason R. Bartlett*
Jason R. Bartlett

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs , am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated:  October 4, 2011　　　　　　　　　　　　*/s/ Michael A. Jacobs*
　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Jacobs