| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California 94105-2482 | Palo Alto, California 94304 |
| Telephone: (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **STATEMENT OF RECENT DECISION (L.R. 7-3 (d))** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to Local Rule 7-3(d), Apple brings to the Court's attention an order of the United
2  States Court of Appeals of the Federal Circuit in *Kimberly-Clark Worldwide, Inc. v. First Quality*
3  *Baby Products LLC,* Appeal No. 2010-1382, filed on September 29, 2011.  Filed with this notice
4  are copies of the nonprecedential panel opinion dated June 1, 2011, an errata to that panel opinion
5  dated September 29, 2011, and an order denying a petition for rehearing and rehearing en banc
6  and dissents from the denial of the petition for rehearing en banc, dated September 29, 2011.

8  Dated: October 4, 2011                    MORRISON & FOERSTER LLP

10                                           By:  /s/ *Michael A. Jacobs*
                                                  Michael A. Jacobs
11
                                                  Attorney for Plaintiff
12                                                APPLE INC.