# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 4, 2011                  Time in Court: (27 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (5:02 to 5:29)

**TITLE:** Apple, Inc. v. Samsung Electronics, Ltd., et al.
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Michael A. Jacobs (telephonic)
Defendant Attorney(s) present: Victoria F. Maroulis (telephonic) and Brett Arnold (telephonic)

### PROCEEDINGS:
**Defendant's Motion to Compel (Doc. 283)**

Parties present oral arguments.

Court to issue order after hearing.

///