| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORRISON & FOERSTER LLP |
| Charles K. Verhoeven (Cal. Bar No. 170151) | Harold J. McElhinny (Cal. Bar No. 66781) |
| charlesverhoeven@quinnemanuel.com | HMcElhinny@mofo.com |
| 50 California Street, 22nd Floor | Michael A. Jacobs (Cal. Bar No. 111664) |
| San Francisco, California   94111 | MJacobs@mofo.com |
| Telephone: (415) 875-6600 | Jennifer Lee Taylor (Cal. Bar No. 161368) |
| Facsimile: (415) 875-6700 | JTaylor@mofo.com |
| | Jason R. Bartlett (Cal. Bar No. 214530) |
| Kevin P.B. Johnson (Cal. Bar No. 177129) | JasonBartlett@mofo.com |
| kevinjohnson@quinnemanuel.com | 425 Market Street |
| Victoria F. Maroulis (Cal. Bar No. 202603) | San Francisco, California 94105-2482 |
| victoriamaroulis@quinnemanuel.com | Telephone: 415.268.7000 |
| 555 Twin Dolphin Drive 5th Floor | Facsimile: 415.268.7522 |
| Redwood Shores, California  94065 | |
| Telephone: (650) 801-5000 | Attorneys for APPLE INC. |
| Facsimile: (650) 801-5100 | |

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** |
| vs. | **Hearing on Plaintiff's Motion for a Preliminary Injunction:** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | October 13, 2011 |
| | **Time:**   1:30 pm |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC ("Samsung") and Plaintiff Apple Inc. ("Apple"), and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the hearing on Apple Inc.'s Motion for a Preliminary Injunction on Thursday, October 13, 2011 at 1:30 pm;

2. Beginning at 10:30 a.m. on Thursday, October 13, 2011, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearings as scheduled; and

3. Beginning at 9:30 am on Tuesday, October 11, 2011, the parties may have access to court to view the courtroom, and test the existing equipment therein for the purpose of determining what, if any, additional equipment will be necessary.

**IT IS SO ORDERED.**

DATED: October 10, 2011

                                            Hon. Lucy H. Koh
                                            United States District Court Magistrate Judge