| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: 415.268.7000 | MARK D. SELWYN (CA SBN 244180) |
| Facsimile: 415.268.7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE |
| | AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **UNOPPOSED ADMINISTRATIVE MOTION TO FILE APPLE'S MOTION TO AUGMENT RECORD AND SUPPORTING DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

1. Apple's Administrative Motion to Augment Record on Its Motion For Preliminary Injunction;

2. Declaration of Minn Chung In Support of Apple's Administrative Motion to Augment Record and Exhibits A-E thereto.

The above Items 1 and 2 contain information that Samsung has designated as "Highly Confidential—Attorneys Eyes Only." Samsung has informed Apple that it opposes augmenting the record to include these documents, but agrees that they should be filed under seal. Accordingly, Apple expects that Samsung will file the required supporting declaration and proposed order in accordance with Civil L.R. 79-5(d).

Pursuant to General Order No. 62, the complete, unredacted versions of these documents will be lodged with the Court for in camera review and served on all parties.

Samsung has not opposed this administrative motion to file documents under seal.

Dated: October 11, 2011            MORRISON & FOERSTER LLP

                                   By:  /s/ Michael Jacobs
                                        Michael Jacobs

                                        Attorneys for Plaintiff
                                        APPLE INC.

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL            1
CASE NO. 11-cv-01846-LHK
sf-3057330