1    HAROLD J. MCELHINNY (CA SBN 66781)     WILLIAM F. LEE
       hmcelhinny@mofo.com    william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)    WILMER CUTLER PICKERING
       mjacobs@mofo.com    HALE AND DORR LLP
3    RICHARD S.J. HUNG (CA SBN 197425)    60 State Street
       rhung@mofo.com    Boston, MA 02109
4    MORRISON & FOERSTER LLP    Telephone: (617) 526-6000
       425 Market Street    Facsimile: (617) 526-5000
5    San Francisco, California 94105-2482
       Telephone: (415) 268-7000
6    Facsimile: (415) 268-7522    MARK D. SELWYN (SBN 244180)
       mark.selwyn@wilmerhale.com
7    WILMER CUTLER PICKERING
       HALE AND DORR LLP
8    950 Page Mill Road
       Attorneys for Plaintiff and    Palo Alto, California 94304
9    Counterclaim-Defendant APPLE INC.    Telephone: (650) 858-6000
       Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.  11-cv-01846-LHK <br><br> **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO AUGMENT RECORD ON ITS MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING MOTION TO AUGMENT RECORD
CASE NO. 11-CV-01846-LHK
sf-3057496

1     By an administrative motion submitted under seal on October 11, 2011, Plaintiff Apple Inc. ("Apple") has moved to augment the record on its Motion for Preliminary Injunction. Specifically, Apple has requested that the court consider five documents attached as Exhibits A through E to the Declaration of Minn Chung in Support of Apple's Administrative Motion to Augment Record ("Chung Declaration").  Samsung did not produce these documents until October 7 and 10, 2011, which was after the September 12 deadline for Samsung to produce responsive documents, and after Apple had filed its Preliminary Injunction Reply on September 30, 2011.

    Accordingly, for good cause shown, Apple's Administrative Motion to Augment Record on its Motion for Preliminary Injunction is hereby GRANTED.  IT IS HEREBY ORDERED that the record on Apple's Motion for Preliminary Injunction is and shall be augmented to include copies of Exhibits A through E to the Chung Declaration.

    **IT IS SO ORDERED.**

Dated: October __, 2011          By: _____
                                      HONORABLE LUCY H. KOH
                                      UNITED STATES DISTRICT COURT
                                      JUDGE

[PROPOSED] ORDER GRANTING MOTION TO AUGMENT RECORD                           1
Case No. 11-cv-01846-LHK
sf-3057496