| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant <br> APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3057505

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 12, 2011, I served a copy of:

1. **DECLARATION OF MINN CHUNG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO AUGMENT RECORD [SUBMITTED UNDER SEAL]**

2. **APPLE'S ADMINISTRATIVE MOTION TO AUGMENT RECORD ON ITS MOTION FOR PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]**

☐ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
335 Madison Avenue, 22nd Floor
New York, NY 10017
Tel: 212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

1  Kevin P.B. Johnson
   Quinn Emanuel Urquhart & Sullivan LLP
2  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
3  Tel: 650-801-5000
   Fax: 650-801-5100
4  Email: kevinjohnson@quinnemanuel.com

5  Michael Thomas Zeller
   Quinn Emanuel Urquhart & Sullivan, LLP
6  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
7  Tel: 213-443-3000
   Fax: 213-443-3100
8  Email: michaelzeller@quinnemanuel.com

9  Victoria F. Maroulis
   Quinn Emanuel Urquhart & Sullivan, LLP
10 555 Twin Dolphin Drive, Fifth Floor
   Redwood Shores, CA 94065
11 Tel: 650-801-5000
   Fax: 650-801-5100
12 Email: victoriamaroulis@quinnemanuel.com

13 Margret Mary Caruso
   Quinn Emanuel Urquhart & Sullivan, LLP
14 555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
15 Tel: 650-801-5000
   Fax: 650-801-5100
16 Email: margretcaruso@quinnemanuel.com

17 Todd Michael Briggs
   Quinn Emanuel Urquhart & Sullivan, LLP
18 555 Twin Dolphin Drive, Fifth Floor
   Redwood Shores, CA 94065
19 Tel: 650-801-5000
   Email: toddbriggs@quinnemanuel.com
20

21     I declare under penalty of perjury that the foregoing is true and correct. Executed in San
22 Francisco, California, this 12th day of October, 2011.

                                                        _____
                                                                Robin L. Sexton