UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h53m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE        DATE: 10/13/11
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                        CASE #: C 11-01846LHK

CASE TITLE:    APPLE INC.    VS.   SAMSUNG ELECTRONICS CO. LTD, ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. McELHINNY | KATHLEEN M. SULLIVAN |
| WILLIAM F. LEE, RICHARD S.J. HUNG | KEVIN P.B. JOHNSON, MICHAEL T. ZELLER |
| MICHAEL A. JACOBS | VICTORIA F. MAROULIS, ANNA NEILL |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { X } | { } | { } | 1. | FOR PRELIMINARY INJUNCTION |
| { } | { x } | { } | 2. | TO EXCLUDE ORDINARY OBSERVER OPINIONS |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

*[ ] BRIEFS TO BE FILED AS FOLLOWS:*

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;     [ ] DEFT;     [ ] COURT
Additional Comments: THE MATTER IS ARGUED BY COUNSEL. THE MATTER IS TAKEN UNDER SUBMISSION. THE COURT WILL ISSUE A WRITTEN ORDER.