1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Cal. Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
3    San Francisco, California 94111
     Telephone: (415) 875-6600
4    Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Cal. Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Cal. Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7    555 Twin Dolphin Drive 5th Floor
     Redwood Shores, California 94065
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
9
     Michael T. Zeller (Cal. Bar No. 196417)
10   michaelzeller@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
11   Los Angeles, California 90017
     Telephone: (213) 443-3000
12   Facsimile: (213) 443-3100

13   Attorneys for SAMSUNG ELECTRONICS
     CO. LTD., SAMSUNG ELECTRONICS
14   AMERICA, INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC
15

16                       UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19              Plaintiff,                          **MEMORANDUM IN SUPPORT OF
                                                    SAMSUNG'S NOTICE OF LODGING OF
20        vs.                                       MATERIALS IN OPPOSITION TO
                                                    APPLE'S MOTION FOR PRELIMINARY
21   SAMSUNG ELECTRONICS CO., LTD., a               INJUNCTION**
     Korean business entity; SAMSUNG
22   ELECTRONICS AMERICA, INC., a New               **Date: October 13, 2011**
     York corporation; SAMSUNG                      **Time: 1:30 pm**
23   TELECOMMUNICATIONS AMERICA,                    **Place: Courtroom 8, 4th Floor**
     LLC, a Delaware limited liability company,     **Judge: Hon. Lucy H. Koh**
24
                Defendants.
25

26

27

28

                                                             Case No. 11-cv-01846-LHK
     **MEMORANDUM ISO SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO
                   APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

1    Pursuant to the Court's direction on October 13, 2011, Samsung respectfully submits this

2   memorandum regarding its lodging of supplemental materials on Apple's motion for a preliminary

3   injunction.   Given the extraordinary remedy Apple seeks and the limited time it allowed Samsung

4   for discovery, these materials should be considered in the interests of justice and judicial economy.

5   The supporting Declaration of Mark Tung identifies all of Samsung's lodged materials.

6       ***Prior Art References.***   After filing its opposition papers, Samsung located additional prior

7   art that bears on the invalidity of the patents at issue, the appropriate claim construction, and the

8   proper infringement analysis.   This additional prior art was produced to Apple before its reply,

9   and Apple either did examine or had the opportunity to question deponents about it.

10      *D'889.*   Excerpts of the deposition of Roger Fidler and related exhibits depict and explain

11  additional prior art, including Mr. Fidler's 1981 and 1997 prior art tablet designs with flat, smooth,

12  translucent surfaces.   Apple deposed Mr. Fidler on September 23, 2011 and had the opportunity

13  to question him and inspect all of the tablet prior art Samsung seeks to lodge.   Samsung also

14  produced before Apple's reply the "Bloomberg" prior art, which discloses a transparent and

15  smooth-front "bezel-less electronic display" (*see e.g.*, US 2004/0041504 A1, esp. Fig. 2 [200]) and

16  Apple had the opportunity to question Itay Sherman about this prior art during his deposition.

17      *D'677 and D'089.*   Prior art evidence reflecting a smart phone design with a smooth front

18  (except for a control button) and black front face that placed in a Nokia design competition in

19  1994 was produced to Apple before Mr. Sherman's deposition.

20      *'381.*   A video and chart describing the Diamond Touch prior art, and two pages of the

21  deposition transcript of Dr. Bedersen, further confirm the invalidity of the '381 patent.   Samsung

22  located this art very recently and produced the chart to Apple on October 7, 2011.   In addition,

23  two pages from each of the deposition transcripts of Dr. Balakrishnan and Mr. Woodring reflect

24  that those two Apple's experts submitted reply declarations reversing their deposition positions

-1-                                         Case No. 11-cv-01846-LHK
**MEMORANDUM ISO SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO
APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

1   concerning the obviousness of prior art and claim constructions.

2       ***Indefiniteness of D'889.***  Two pages each from the deposition transcripts of Christopher

3   Stringer and Tracy-Gene Durkin further evidence the indefiniteness of the D'889 patent.

4       ***Non-infringement of D'889.***   Apple does not object to Samsung's submission of (a)

5   photographs of the actual prototype Apple based the D'889 patent on or (b) the Galaxy Tab 10.1

6   versions Samsung is currently selling in the U.S., which displays the Samsung logo on the front.

7       ***Irreparable harm.***  Samsung's lodged materials include (1) 10 pages of Mr. Wagner's

8   testimony that rebut Apple's mischaracterizations of it; (2) 4 pages of testimony of Justin Denison,

9   Samsung's 30(b)(6) witness, which clarify that (a) Samsung did not give away Tabs, but that

10  BestBuy initiated, and for one week offered, a discount in connection with the bundled purchase

11  of a high-end television set and Tab and (b) Samsung used the technology accused as infringing

12  the '381 patent in a smartphone it sold in 2007; and (3) 2 pages of Sissie Twiggs' testimony

13  rebutting Apple's belated (and irrelevant) arguments about brand confusion or dilution.

14      ***Public Interest.***   Apple's Statement of Interest before the ITC reflects that Apple's own

15  conception of the public interest is not as limited as it argued on reply.

16      ***Presentation Materials.***   The materials presented to the Court during Samsung's oral

17  argument during the October 13, 2011 hearing were also provided to Apple's counsel that day.

18      ***Apple's Materials.***   Samsung objects to materials Apple identified earlier today: (i) the

19  chart Apple created for this filing to respond to Samsung's invalidity contentions, but has refused

20  to show Samsung; (ii) Apple's characterization of additional deposition excerpts as "counter-

21  designations"; and (iii) Apple's annotated photographs.  Samsung continues to object to Apple's

22  eve-of-hearing filing to "augment the record" without permission to do so, which included

23  documents with numerous translation issues.  In contrast, except for the current version of the

24  Galaxy Tab, Samsung's submissions address the new arguments of Apple's reply.

**MEMORANDUM ISO SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO
APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

1 | DATED: October 17, 2011                    QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP

2

3

4                                                   By */s/ Kevin P.B. Johnson*
                                                       Charles K. Verhoeven
5                                                      Kevin P.B. Johnson
                                                       Victoria F. Maroulis
6                                                      Michael T. Zeller
                                                       Attorneys for SAMSUNG ELECTRONICS
7                                                      CO., LTD., SAMSUNG ELECTRONICS
                                                       AMERICA, INC., and SAMSUNG
8                                                      TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
**MEMORANDUM ISO SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO
APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

1          **General Order Attestation**

2          I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

3

4          **MEMORANDUM IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF**

5    **MATERIALS   IN   OPPOSITION   TO   APPLE'S   MOTION   FOR   PRELIMINARY**

6    **INJUNCTION**

7

8    In compliance with General Order 45, X.B., I hereby attest that Kevin P.B. Johnson has concurred

9    in this filing.

10                                                    /s/ *Victoria Maroulis*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
**MEMORANDUM ISO SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO
APPLE'S MOTION FOR PRELIMINARY INJUNCTION**