QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION** |

1   TO THE CLERK OF THE COURT AND PLAINTIFF APPLE INC.:

2   PLEASE TAKE NOTICE that pursuant to the Court's verbal order at the October 13, 2011

3   hearing, Samsung is hereby lodging with the Clerk's office its supplemental materials on Apple's

4   motion for a preliminary injunction, consisting of the Declaration of Mark Tung dated October 17,

5   2011 and Exhibits A-X thereto.  Portions of Exhibits E, F, G, I, J, and X are designated as

6   "Confidential," "Highly Confidential," and "Highly Confidential – Attorney's Eyes Only"

7   pursuant to the Northern District of California Model Interim Protective Order.

8   DATED: October 17, 2011          Respectfully submitted,

9                                    QUINN EMANUEL URQUHART &
10                                   SULLIVAN, LLP

11

12                                   By   /s/ Mark Tung
                                        Charles K. Verhoeven
13                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
14                                      Michael T. Zeller
15                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
16                                      INC. and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28

1

**General Order Attestation**

2

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file

3

4

**SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO**

5

**APPLE'S MOTION FOR PRELIMINARY INJUNCTION**

6

7

In compliance with General Order 45, X.B., I hereby attest that Mark Tung has concurred in this

8

filing.

9

_/s/ Victoria Maroulis__

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28