HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.　　11-cv-01846-LHK<br><br>**ADMINISTRATIVE MOTION TO FILE APPLE'S OBJECTIONS TO SAMSUNG'S UNTIMELY NEW EVIDENCE REGARDING PRELIMINARY INJUNCTION MOTION AND SUPPORTING DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

1. The confidential, unredacted version of Apple's Objections to Samsung's Untimely New Evidence Regarding Preliminary Injunction Motion (confidential information is limited to the last two sentence of the opposition, which refer to a document that Samsung recently produced and designated as "highly confidential";

2. Excerpts from the Deposition of Justin Denison, attached as Ex. B to the Declaration of Grant Kim In Support of Apple's Objections to Samsung's Untimely New Evidence ("Kim Decl.").

3. Excerpts from the Deposition of Chris Stringer, attached as Ex. E to the Kim Decl.

4. Excerpts from the Deposition of Michael Wagner, attached as Ex. G to the Kim Decl.

The above Items 3 & 4 contain or discuss Apple confidential information. Apple has established good cause to permit filing the above Apple confidential information under seal through the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith. As detailed in the Sealing Declaration, the above Apple confidential information relates to, among other things, Apple's confidential design trade secrets, market research, product development, and business practices. (Sealing Declaration at ¶¶ 2-3.) It is Apple's policy and practice not to disclose such information because it is confidential to Apple. (*Id*. at ¶ 3.) This information is indicative of the way in which Apple manages its business affairs and conducts product development, and thus the information can be used by competitors to Apple's disadvantage. (*Id*.) The requested relief is necessary and narrowly tailored to protect the confidentiality of Apple confidential information contained in the Reply and supporting documents.

The above Items 1 and 2 contain or discuss information that Samsung has designated as "Confidential" or "Highly Confidential—Attorneys Eyes Only." Apple has informed Samsung that it would be seeking leave to file information designated by Samsung as "highly confidential."

1  Samsung did not oppose this request.  Accordingly, Apple expects that Samsung will file the
2  required supporting declaration and proposed order in accordance with Civil L.R. 79-5(d).
3      Pursuant to General Order No. 62, the complete, unredacted versions of these documents
4  will be lodged with the Court for in camera review and served on all parties.

6  Dated: October 17, 2011          MORRISON & FOERSTER LLP

8             By:  /s/ Michael Jacobs
9                 Michael Jacobs

10                Attorneys for Plaintiff
               APPLE INC.