| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.    4:11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE ITS OBJECTIONS TO SAMSUNG'S UNTIMELY NEW EVIDENCE REGARDING PRELIMINARY INJUNCTION MOTION AND SUPPORTING DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Unopposed Administrative Motion to File Apple's Objections to Samsung's Untimely New Evidence Regarding Preliminary Injunction Motion and Supporting Documents Under Seal. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Exhibits E & G to the Declaration of Grant Kim ("Kim Declaration"), filed herewith, consist of excerpts of deposition transcripts that contain confidential information of Apple.

- Exhibit E contains excerpts of the August 3, 2011 deposition of Christopher Stringer that Apple designated as HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY because Mr. Stringer, a member of Apple's industrial design team, discussed proprietary information about Apple's design process;

- Exhibit G contains excerpts of the transcript of the September 14, 2011 deposition of Michael J. Wagner that refer to information designated HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY, in part, because he discusses Apple's confidential financial and business information.

3. It is Apple's policy to not disclose or describe its confidential design trade secrets, market research, product development, or business practices. This information is confidential to Apple. It is indicative of the way that Apple manages its business affairs and conducts product development, and thus it can be used by Apple's competitors to its disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. I further understand that Samsung plans to submit excerpts from these depositions that also contain Apple confidential information for the reasons stated above.

1    I declare under the penalty of perjury under the laws of the United States of America that
2 the forgoing is true and correct to the best of my knowledge and that this Declaration was
3 executed this 17th day of October, 2011, at Cupertino, California.

Dated:  October 17, 2011           By: */s/ Cyndi Wheeler* _____
                                         Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: October 17, 2011         By:    */s/ Michael A. Jacobs*
                                              Michael A. Jacobs