| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California 94304 |
| Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OBJECTIONS TO SAMSUNG'S UNTIMELY NEW EVIDENCE REGARDING PRELIMINARY INJUNCTION MOTION AND SUPPORTING DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

1  By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal
2  certain supporting documents to Apple's Objections to Samsung's Untimely New Evidence
3  Regarding Preliminary Injunction Motion.  In support of this motion, Apple has filed the
4  declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides
5  evidence of good cause for this Court to permit filing under seal.  The declaration establishes that
6  information contained in the documents listed below is "privileged or protectable as a trade secret
7  or otherwise entitled to protection under the law."  Civil L.R. 79-5(a).  The motion is narrowly
8  tailored to seek the sealing only of sealable information.
9  Accordingly, for good cause shown, the Court ORDERS that the following documents
10  shall be filed under seal:
11  • Exhibit E to the Declaration of Grant Kim ("Kim Declaration") (Stringer Deposition
12  Excerpts);
13  • Exhibit G to the Kim Declaration (Wagner Deposition Excerpts).
14  **IT IS SO ORDERED.**

16  Dated: _____, 2011        By: _____
17                                                 HONORABLE LUCY H. KOH
                                                   UNITED STATES DISTRICT COURT
18                                                              JUDGE