# EXHIBIT 1

*Piece of Paper*

*Fidler Exhibit 267*

Exhibit 1