# EXHIBIT 2



Stack of Plexiglas Sheets
Fidler Exhibit 267

Exhibit 2