# EXHIBIT 4

*Edge of Newssheet*

*Raised Edge of Plexiglas Frame*



*Inner Edge of Frame*

*Outer Edge of Frame*

Exhibit 4