# EXHIBIT 5

*Profile of Laptop Computer*

*Profile of Fidler Exhibit 269*

Exhibit 5