# EXHIBIT 6

*Surface of Raised Frame*

*Edge of Raised Frame*

Exhibit 6