# EXHIBIT 7



Edge of Newssheet Embedded in Plexiglas

Back of Fidler Exhibit 268

Exhibit 7