# EXHIBIT 8



Exhibit 8