HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: 650.804.7800
Facsimile: 650.852.9224

Attorneys for Plaintiff,
 APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK<br><br>**EXHIBIT B TO THE DECLARATION OF GRANT KIM** |

**MANUAL FILING NOTIFICATION**

1      Regarding:    EXHIBIT B to the DECLARATION OF GRANT KIM

2

3      This filing is in paper or physical form only, and is being maintained in the case file in the

4 Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

5 For information on retrieving this filing directly from the court, please see the court's main web

6 site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7      This filing was not efiled for the following reason(s):

8 _____ Voluminous Document (PDF file size larger than efiling system allowances)

9 _____ Unable to Scan Documents

10 _____ Physical Object (description): _____

11 _____

12 _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13 __X__ Item Under Seal

14 _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

15 _____ Other (description): _____

16 _____

17 Dated: October 17, 2011        MORRISON & FOERSTER LLP

18

19              By:  /s/ Michael Jacobs _____

20                  Michael Jacobs

21              Attorneys for Plaintiff
               APPLE INC.

22

23

24

25

26

27

28