1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   ATucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

KENNETH H. BRIDGES (CA SBN 243541)
kbridges@bridgesmav.com
MICHAEL T. PIEJA (CA SBN 250351)
mpieja@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: 650.804.7800
Facsimile: 650.852.9224

Attorneys for Plaintiff,
 APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.   11-cv-01846-LHK<br><br>**EXHIBIT E TO THE DECLARATION OF GRANT KIM** |

**MANUAL FILING NOTIFICATION**

Manual Filing Notification
11-cv-01846-LHK
sf-3059757

1 | Regarding: EXHIBIT E to the DECLARATION OF GRANT KIM

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

Dated: October 17, 2011                MORRISON & FOERSTER LLP

                                       By:  /s/ Michael Jacobs
                                            Michael Jacobs

                                            Attorneys for Plaintiff
                                            APPLE INC.