| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>HMcElhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>JTaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>ATucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>RHung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>JasonBartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 | KENNETH H. BRIDGES (CA SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (CA SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone: 650.804.7800<br>Facsimile: 650.852.9224<br><br>Attorneys for Plaintiff,<br> APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK<br><br>**EXHIBIT G TO THE DECLARATION OF GRANT KIM** |

**MANUAL FILING NOTIFICATION**

Manual Filing Notification
11-cv-01846-LHK
sf-3059758

1     Regarding:    EXHIBIT G to the DECLARATION OF GRANT KIM

3     This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7     This filing was not efiled for the following reason(s):

8 \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

9 \_\_\_\_\_ Unable to Scan Documents

10 \_\_\_\_\_ Physical Object (description): _____

12 \_\_\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13 \_\_X\_\_ Item Under Seal

14 \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

15 \_\_\_\_\_ Other (description): _____

17 Dated: October 17, 2011                    MORRISON & FOERSTER LLP

By:  /s/ Michael Jacobs
       Michael Jacobs

       Attorneys for Plaintiff
       APPLE INC.