# EXHIBIT H

Contains Highly Confidential - Attorneys' Eyes Only Portions

Page 1

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                         --o0o--
4    APPLE INC., a California
     corporation,
5
                    Plaintiff,
6
                    Vs.                Case No. 11-CV-01846-LHK
7
     SAMSUNG ELECTRONICS CO., LTD.,
8    a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
9    INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
                    Defendants.
12   _____/
13
14         VIDEOTAPED DEPOSITION OF COOPER WOODRING
15              Redwood Shores, California
16                Friday, August 5, 2011
17         (HIGHLY CONFIDENTIAL ATTORNEYS' EYES
              ONLY PORTIONS BOUND SEPARATELY)
18
19   Reported By:  CAROL S. NYGARD, CSR No. 4018
                   Registered Merit Reporter
20
21
22
23
24
25

1   August 5, 2011

2   9:46 a.m.

3   Videotaped Deposition of COOPER

4   WOODRING, held at the offices of

5   Quinn Emanuel Urquhart & Sullivan,

6   LLP, 555 Twin Dolphin Drive, Redwood Shores,

7   California, before Carol S. Nygard,

8   A Certified Shorthand Reporter,

9   Registered Merit Reporter.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S:
 2   FOR THE PLAINTIFF APPLE, INC.:
 3        MORRISON & FOERSTER
          BY:  ANDREW E. MONACH, ESQ.
 4             PATRICK J. ZHANG, ESQ.
          425 Market Street
 5        San Francisco, California  94105
 6
 7
          CYNDI WHEELER, Patent Counsel
 8        Apple
          1 Infinite Loop, MS 40-PAT
 9        Cupertino, California  95014
10
11
     FOR THE DEFENDANTS SAMSUNG:
12
          QUINN EMANUEL URQUHART & SULLIVAN
13        BY:  MICHAEL T. ZELLER, ESQ.
               TAMAR BUCHAKJIAN ESQ,
14        856 South Figueroa Street
          10th Floor
15        Los Angeles, CA  90017
16
17
18        QUINN EMANUEL URQUHART & SULLIVAN
          BY: MARGARET CARUSO, ESQ.
19             JOELLE PERRY, ESQ.
          555 Twin Dolphin Drive
20        5th Floor
          Redwood Shores, California  94065
21
22
23
          Also Present:
24
          JAKE KROHN, Videographer
25        NATE SUN
```

Contains Highly Confidential - Attorneys' Eyes Only  Portions

Page 90

1      MR. ZELLER:  We need to change tapes.
2      VIDEOGRAPHER:  This is the end of tape one for
3  the deposition of Cooper Woodring.
4      We are off the record at 11:53.
5         (Discussion off the record)
6      VIDEOGRAPHER:  This is the beginning of tape
7  two for the deposition of Cooper Woodring.
8      We are back on the record at 11:56.
9  BY MR. ZELLER:
10     Q.   Finishing up there then with Exhibit 63, the
11 phone that you have in front of you, in terms of the
12 overall impression of the surface of that phone that you
13 have in front of you, do you believe that it is
14 substantially the same as the design depicted in the 677
15 design patent?
16     MR. MONACH:  Object to the form of the
17 question as asking this witness to form an opinion on
18 the fly here, but you can answer if you'd like.
19     THE WITNESS:  With regard to its color, yes.
20 BY MR. ZELLER:
21     Q.   I'm asking about it overall now.
22     MR. MONACH:  Same objections.
23     MR. ZELLER:  The overall surface.
24     THE WITNESS:  That's just not a -- an analysis
25 that I've previously made and would be reluctant to --

Contains Highly Confidential - Attorneys' Eyes Only  Portions

Page 91

1  try to do that within 30 seconds when, you know,
2  substantially the same analysis is a fairly complex
3  analysis to make.
4  BY MR. ZELLER:
5      Q.   So you can't offer an opinion on that?
6      A.   I'd be reluctant to.
7      Q.   I'm not asking if you're reluctant to.
8           Can you offer an opinion on that?
9           MR. MONACH:  Objection.  Asked and answered.
10 Object to form.
11          THE WITNESS:  I don't think I'm willing to.
12 BY MR. ZELLER:
13     Q.   Are you refusing to answer my question or are
14 you saying you cannot answer it?
15          MR. MONACH:  Object to the form of the
16 question.
17          THE WITNESS:  I cannot answer it.
18 BY MR. ZELLER:
19     Q.   So you have no opinion; correct?
20          MR. MONACH:  Object to form.
21          THE WITNESS:  I'm -- I'm unwilling to -- to
22 try to answer your question in, you know, 30 seconds or
23 not when I've spent hours and hours trying to arrive at
24 a -- a correct solution in other comparisons.
25 BY MR. ZELLER:

Page 304

1  Q.    Anything else?
2  A.    No, that's about it.
3        MR. ZELLER:  All right.
4        MR. MONACH:  All right.
5        Thank you.
6        VIDEOGRAPHER:  This is the end of the
7  deposition of Cooper Woodring after four tapes.
8        And we're off the record at 7:33.
9        (Thereupon the deposition was adjourned at.
10       7:33 p.m.)
11                    --o0o--
12       Signed under penalty of perjury:
13       _____
14              COOPER C. WOODRING
15       _____
16                    DATE

Contains Highly Confidential - Attorneys' Eyes Only  Portions

Page 305

1  I, CAROL S. NYGARD, a Certified Shorthand
2  Reporter of the State of California, duly authorized to
3  administer oaths, do hereby certify:
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth; that
6  any witnesses in the foregoing proceedings, prior to
7  testifying, were duly sworn; that a record of the
8  proceedings was made by me using machine shorthand which
9  was thereafter transcribed under my direction; that the
10  foregoing transcript is a true record of the testimony
11  given.
12  Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal Case,
14  before completion of the proceedings review of the
15  transcript was not requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date
20  subscribed my name:
21  Dated: August 6th, 2011
22
23  _____
24  CAROL S. NYGARD, CSR #4018
25