# EXHIBIT J

**Samsung's Additional Deposition Designations and Apple's Counter-Designations**

| Samsung's Designation | Apple's Counter-Designation |
|---|---|
| **Balakrishnan:** 157-158 | **Balakrishnan:** 148-153, 156, 286-287, 303-305 |
| **Bederson**: 159-160 | **Bederson**: None. |
| **Dennison:** 175:09-176:15; 325:9-326:24 | **Dennison:** 184:1-25, 188:1-24, 193:10-198:13 |
| **Durkin:** 368:4-369:2; 367:20-368:2 | **Durkin:** 367:8-18; 369:4-370:15 |
| **Fidler:** 8:23-11:11; 11:14-12:5; 12:15-17:5; 20:14-21:7; 21:18-19; 21:23-25; 22:1-4; 22:16-22; 23:15-32:14; 34:18-20; 37:4-40:24; 41:22-49:5; 49:14-53:22; 62:5-63:8; 70:12-71:7; 82:8-16; 84:11-85:19; 86:17-19; 86:22-87:2; 87:21-103:25; 104:12-21; 106:21-107:13; 108:13-110:2; 111:3-6; 114:24-115:5; 125:14-128:25; 129:21-130:18; 130:22-131:13; 131:24-140:12; 140:23- 144:6; 144:12-145:23; 146:1-148:12; 155:22-159:4; 164:23-170:17; 171:18-180:7; 187:10-202:6; 207:21-209:24; 266:8-269:6; 285:23-25; 287:20-288:1; 288:13-19; 289:5-309:6; 310:9-328:6; 329:5-335:18; 336:19-337:24 | **Fidler:** 17:6-18:15; 19:7-20:11; 32:18-33:15; 54:21-60:19; 131:14-23; 150:16-151:10; 111:11-114:15; 115:6-24; 116:11-124:24; 138:16-145:10; 180:8-18; 212:9-242:23; 254:3-266:7; 269:7-285:22; 286:1-287:19; 288:2-12; 309:7-310:8; 335:19-341:5 |
| **Stringer:** 274:17-276:5 | **Stringer:** 96:19-98:9 |
| **Twiggs:** 192:13-23; 193:6-9 | **Twiggs:** 9:5-10:9; 188:10-190:19; 191:6-192:12; 192:24-193:5; 193:10-194:3 |
| **Wagner:** 174:2-13; 212:16-25; 245:7-9; 32:3-13; 86:22-87:1; 105:14-106:8; 212:16-25; 245:7-9; 174:2-13; 184:10-19; 188:12-20; 187:24-188:4 | **Wagner:** 30:17-34:25; 82:4-87:7; 98:1-13; 184:20-187:23; 245:15-18 |
| **Woodring:** 210:2-6, 12-14; 211:17-19 | **Woodring:** 90:10-91:24 |