1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   ATucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

   KENNETH H. BRIDGES (CA SBN 243541)
   kbridges@bridgesmav.com
   MICHAEL T. PIEJA (CA SBN 250351)
   mpieja@bridgesmav.com
   BRIDGES & MAVRAKAKIS LLP
   3000 El Camino Real
   One Palo Alto Square, 2nd Floor
   Palo Alto, CA 94306
   Telephone: 650.804.7800
   Facsimile: 650.852.9224

   Attorneys for Plaintiff,
    APPLE INC.

10

11

12                   UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

14

15  APPLE INC., a California corporation,          Case No.    11-cv-01846-LHK

16                 Plaintiff,                      **APPLE'S OBJECTIONS TO
                                                   SAMSUNG'S UNTIMELY NEW
17        v.                                       EVIDENCE REGARDING
                                                   PRELIMINARY INJUNCTION
18  SAMSUNG ELECTRONICS CO., LTD., a               MOTION**
    Korean business entity; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
20  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
21
                   Defendants.
22

23                   **MANUAL FILING NOTIFICATION**

24

25

26

27

28

Manual Filing Notification
11-cv-01846-LHK
sf-3059753

1    Regarding:    APPLE'S OBJECTIONS TO SAMSUNG'S UNTIMELY NEW

2  EVIDENCE REGARDING PRELIMINARY INJUNCTION MOTION

3

4       This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

6  For information on retrieving this filing directly from the court, please see the court's main web

7  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8       This filing was not efiled for the following reason(s):

9  _____ Voluminous Document (PDF file size larger than efiling system allowances)

10  _____ Unable to Scan Documents

11  _____ Physical Object (description): _____

12       _____

13  _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  __X__ Item Under Seal

15  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

16  _____ Other (description): _____

17       _____

18  Dated: October 17, 2011          MORRISON & FOERSTER LLP

19

20                      By:  /s/ Michael Jacobs
                              _____
21                              Michael Jacobs

22                              Attorneys for Plaintiff
                               APPLE INC.

23

24

25

26

27

28