HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   4:11-cv-01846-LB<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**<br><br>Date: October 25, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1    Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rule 37 for an order
2 compelling Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and
3 Samsung Telecommunications America, LLC (collectively, "Samsung") to produce all
4 documents and things responsive to various Apple Requests for Production.  Apple also seeks an
5 order compelling Samsung to produce a witness to testify to the subject matter of these various
6 requests as well to Samsung's efforts to fulfill its discovery obligations with respect to these
7 requests.
8    Having considered the arguments of the parties and the papers submitted, and finding
9 good cause therefore, the Court hereby GRANTS Apple's Motion to Compel Samsung to
10 Produce Documents and Provide Responsive Answers to Propounded Discovery, and ORDERS
11 the following:
12    That by no later than September 27, 2011, Samsung shall produce to Apple all non-
13 privileged documents within its possession, custody, or control responsive to each of Apples
14 Requests for Production Nos. 1, 166, 206, 214, and 215;
15    That counsel for Samsung shall set forth in a certified statement accompanying its
16 September 27 production that the obligations of discovery have been met by Samsung as to all
17 documents, including those in Korea; and
18    That Samsung shall make available by no later than September 29, 2011, a witness
19 prepared to testify as to the subject matter of the aforementioned Requests for Production and as
20 to the efforts Samsung made to satisfy its discovery obligations pursuant to this Order.
21    **IT IS SO ORDERED.**
22
23
24 Dated: _____, 2011    By: _____
                                              Honorable Paul S. Grewal, U.S.M.J.
25
26
27
28