| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | MARK D. SELWYN (SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 950 Page Mill Road |
| rhung@mofo.com | Palo Alto, California 94304 |
| MORRISON & FOERSTER LLP | Telephone: (650) 858-6000 |
| 425 Market Street | Facsimile: (650) 858-6100 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | WILLIAM F. LEE (*pro hac vice*) |
| Facsimile: (415) 268-7522 | william.lee@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MINN CHUNG IN SUPPORT OF APPLE'S MOTION TO COMPEL SAMSUNG TO PRODUCE DOCUMENTS AND PROVIDE RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: October 25, 2011<br>Time: 10:00 am<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |
| Defendants. | |

**PUBLIC REDACTED VERSION**

I, MINN CHUNG, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Motion to Compel Samsung to Produce Documents and Provide Responsive Answers to Propounded Discovery. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. I am a native Korean speaker and proficient in written Korean language. I have a Bachelor of Science degree in physics from M.I.T., and spent over 15 years developing technology products, both hardware and software, before attending law school.

3. Prior to and including September 12, 2011, Samsung made the following productions of documents in response to Apple's requests:

- September 2, 2011: 21 documents, totaling 1,916 pages.
- September 12, 2011: 2,955 documents, totaling 15,429 pages, one native video file.

Thus, as of September 12, 2011, Samsung had produced 2,976 documents and 17,345 pages in total in response to Apple's requests.

4. After September 12, 2011, Samsung produced the following documents:

- September 13, 2011: 76 native CAD files, along with 76 pages of images apparently rendered from those CAD files.
- September 16, 2011: 1,967 documents, totaling 11,895 pages.
- September 17, 2011: 773 documents, totaling 2,082 pages.

Thus, after September 12, 2011, Samsung produced 2,816 documents totaling 14,053 pages.

5. Samsung's production on September 2, 2011 was comprised of Apple's patents, the prosecution history of Apple's patents, claim charts of Apple's '318 patent, Apple's Complaints from other cases, undertakings by Apple's experts in various cases at the ITC, and alleged prior art references to Apple's patents.

6. Samsung's production on September 12, 2011 included 2,075 pages of Korean documents out of 15,429 pages in total.

1  ██████ █████████████████████████████████████████████████
2  ████████████
3  ██████ █████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████
7  ██████████████████████████████████████████████

8        9.     Samsung's production on September 12, 2011 included no document that reflects the process of making design decisions regarding the accused Samsung products.  Nor was there any document in Samsung's production describing the design history of the accused products.  In fact, almost no document appeared to have been authored by Samsung designers during the development of the accused products.  The only exception was a document authored by the "Design Group" of Samsung regarding the packaging of Samsung products.

      10.    While a handful of documents relating to products under development were included in the production, they were overall product specifications that are only tangentially relevant to the look and aesthetics design of the accused Samsung products.

      11.    In addition, Samsung's production included no document relating to the analysis of Apple's designs by Samsung designers.

19  ██████ █████████████████████████████████████████████████
20  ████████████████████████████████████████████████
21  █████████████████████████████████████████████████████
22  ██████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████
24  ████████████████████████████████████
25  ██████ ██████████████████████████████████████████████
26  ███████████████████████████████████████████████████
27  ████████████████████████████████████████████████████████
28

1 ▮

2 ▮

3 ▮ ▮

4 ▮

5 ▮

6 ▮

7    15.    In fact, there were no emails among the approximately 1,200 emails from the
8 following designers identified in Samsung's Initial Disclosures as having information regarding
9 the design of Samsung products: Minhyouk Lee, Yunjung Lee, Jin Soo Kim, and Hyoung Shin
10 Park.

11 ▮ ▮

12 ▮

13 ▮

14 ▮

15    17.    Similar to the previous productions, Samsung's productions after September 12,
16 2011, lacked design documents that contain discussions of design decisions by Samsung's
17 designers during the development of process that led to the final designs of Samsung products.
18 To the extent that design documents exist in Samsung's productions, they are about the design of
19 the finished product itself, not about the development of the designs or the aesthetic
20 considerations contemplated or discussed by Samsung designers during the development of
21 Samsung products. In fact, no documents among the over 10,000 Korean language materials
22 produced by Samsung appear to relate to the design history of the accused products.

23    18.    Furthermore, Samsung's productions continue to lack documents relating to
24 analysis of Apple designs by Samsung designers.

25 ▮ ▮

26 ▮

27 ▮

28 ▮

1  ████████████████████████████████████████
2  ██████████████
3     ██  ██████████████████████████████████████
4  ██████████████████████████████████

5       I declare under the penalty of perjury under the laws of the United States of America that
6  the forgoing is true and correct and that this Declaration was executed this 20th day of September,
7  2011, at San Francisco, California.

                                    By:  /s/ Minn Chung_____
                                             Minn Chung

CHUNG DECL. IN SUPT. OF MOT. TO COMPEL
CASE NO. 11-CV-01846-LHK                                                    4

**ATTESTATION OF E-FILED SIGNATURE**

I, JASON R. BARTLETT, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Minn Chung has concurred in this filing.

Dated: September 20, 2011                    By: /s/ Jason R. Bartlett
                                                                    Jason R. Bartlett

CHUNG DECL. IN SUPT. OF MOT. TO COMPEL
CASE NO. 11-CV-01846-LHK                                                                                 5