Exhibit B

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | KENNETH H. BRIDGES (CA SBN 243541)<br>kbridges@bridgesmav.com<br>MICHAEL T. PIEJA (CA SBN 250351)<br>mpieja@bridgesmav.com<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94306<br>Telephone:  (650) 804-7800<br>Facsimile:  (650) 852-9224 |

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S INTERROGATORIES TO DEFENDANTS RELATING TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SET ONE** |

APPLE INC. ("Apple") hereby requests, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, that SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ("Defendants") respond to Apple's Interrogatories Relating to Apple's Motion for a Preliminary Injunction. Apple requests that Defendants answer each interrogatory below and serve their answers on Apple's counsel at the offices of Morrison & Foerster, LLP, 425 Market St., San Francisco, CA 94105-2482 within fourteen (14) days, or such other time as the parties agree or the Court orders.

## DEFINITIONS

The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in any Request.

1.  "You" and/or "your" mean Defendants and all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, sales representative, or attorney thereof.

2.  "Products at Issue" means the Samsung Galaxy S 4G, Infuse 4G, Droid Charge, and Galaxy Tab 10.1, as released anywhere in the world.

3.  "Document(s)" has the broadest possible meaning permitted by Federal Rules of Civil Procedure Rules 26, 33 and 34 and the relevant case law. "Document(s)" also includes all drafts or non-final versions, alterations, modifications, and amendments to any of the foregoing.

4.  "Identify" means (1) when referring to a person, the person's full name, present or last known address and telephone number, and the last known title and place of employment; (2) when referring to nonpatent documents, the production number or type of document, its general nature and subject matter, date of creation, and all author(s), addresses(s), and recipient(s); and (3) when referring to patent documents, the country, patent and/or application number, dates of

APPLE INC.'S INTERROGATORIES TO DEFENDANTS RELATING TO APPLE'S MOTION FOR PI – SET ONE
CASE NO. 11-CV-01846-LHK
sf-3017834

1

filing, publications, and grant, and the names of patentees or applicants.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

For each of the Products at Issue, describe any analysis, review, consideration, or copying of, or comparison against, any Apple product or product feature in designing or developing, or implementing a feature on, the Product at Issue, and identify all documents and things relating to your response, and any persons with knowledge regarding your response.

Dated: July 12, 2011                         MORRISON & FOERSTER LLP

                                             By:    /s/ Richard S.J. Hung
                                                    RICHARD S.J. HUNG

                                             Attorneys for Defendant
                                             APPLE INC.

APPLE INC.'S INTERROGATORIES TO DEFENDANTS RELATING TO APPLE'S MOTION FOR PI – SET ONE
CASE NO. 11-CV-01846-LHK
sf-3017834

2

# CERTIFICATE OF SERVICE

I, Deok Keun Matthew Ahn, hereby certify that on July 12, 2011, true and correct copies of the foregoing document were served on the following counsel of record at the addresses and in the manner indicated:

**VIA ELECTRONIC MAIL**

**Charles K. Verhoeven**
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**Kevin P.B. Johnson**
kevinjohnson@quinnemanuel.com
**Victoria F. Maroulis**
victoriamaroulis@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

**Edward J. DeFranco**
eddefranco@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**Michael Thomas Zeller**
michaelzeller@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ Deok Keun Matthew Ahn
Deok Keun Matthew Ahn