Exhibit E

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATING TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE (NOS. 1- 8) AND TWO (NOS. 155-217)** |

## OBJECTIONS COMMON TO ALL REQUESTS FOR PRODUCTION

The following objections apply to each document request in Apple Inc.'s ("Apple's") Requests for Production of Documents and Things Relating to Apple's Motion for a Preliminary Injunction, Sets One and Two, whether or not stated separately in response to each particular document request.

1.      Samsung objects to each document request to the extent that it requests documents and information protected from disclosure by the attorney-client privilege, attorney work product doctrine, community of interest doctrine, joint defense privilege, and/or any other applicable privilege.  Any such documents and information will not be provided, and an inadvertent production of any document or information that Samsung believes is immune from discovery pursuant to any applicable privilege shall not be deemed a waiver.  Samsung may give written notice to Apple that the document or information inadvertently produced is privileged or otherwise protected, and upon receipt of such written notice, Apple shall immediately comply with Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable provisions of any Protective Order entered in this action, including the Model Interim Protective Order.

2.      Samsung objects to each document request to the extent that it is vague, ambiguous, overly broad, oppressive, unduly burdensome, harassing, compound, fails to identify the documents and things sought with reasonable particularity, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Where a term is vague and ambiguous, Samsung will respond based on its understanding of the term.

3.      Samsung objects to each document request to the extent that it is not reasonably limited in time or geographic scope, and to the extent it pertains to products that are not at issue in this litigation.

4.      Samsung objects to each document request to the extent that it seeks documents that are not within its possession, custody or control.  In making objections and/or responding to any and all requests, Samsung does not indicate that responsive documents exist within the ownership, possession, custody or control of Samsung.

5.      Samsung objects to the definition of  "Samsung," "You," "Your," and "Defendants" as overly broad, unduly burdensome, vague, and as calling for documents or information not in Samsung's possession, custody, or control to the extent that it defines Samsung to include "all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, representative, or attorney thereof, or anyone acting on their behalf."

6.      Samsung objects to Apple's definition of "Products at Issue" as overly broad and neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, insofar as it seeks information about these products "as released anywhere in the world."

7.      Samsung objects to Apple's definition of "Hardware Design" as overly broad, vague, and ambiguous insofar as it includes "all hardware, insignia or ornamentation thereon."

8.      Samsung objects to the definition of "Relating" as overly broad.

9.      Samsung objects to each document request to the extent it seeks documents more readily available to Apple than to Samsung, or equally available to Apple as to Samsung, including documents and things that are publicly available.

10.      Samsung objects to each document request to the extent that it seeks the confidential, proprietary and/or trade secret information of third parties, and to the extent it seeks information subject to non-disclosure or other confidentiality agreements between Samsung and a third party.

11.      Samsung objects to each document request to the extent that it seeks documents protected from disclosure by the constitutional and/or statutory privacy rights of third persons.

12.      Samsung objects to each document request that alleges or implies Samsung engaged in copying or other such activity as inappropriate harassment.

13.      Samsung objects to each document request to the extent that it seeks documents and things before Samsung is required to disclose such documents and things in accordance with any applicable law, such as the Northern District of California Patent Local Rules.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

14.     Samsung objects to each document request to the extent that it seeks a legal conclusion.

15.     Samsung objects to each document request to the extent that it seeks to impose any requirement or discovery obligation greater or different than those imposed by the Federal Rules of Civil Procedure.

16.     Samsung further objects to several of these requests as improperly delayed.  Apple has known about the Court's discovery schedule relating to Apple's motion for a preliminary injunction since July 18, 2011.  While Apple had the opportunity to serve several of these document requests at an earlier time, it waited until the last possible date under the Court's Order to serve these requests.  Several of these document requests seek information that Apple could have requested at a much earlier date, and of those requests, none are dependent on any arguments raised in Samsung's Opposition to Apple's preliminary injunction.  Therefore, Samsung objects to Apple's bad faith in delaying service of these requests.

17.     Samsung's investigation and analysis of the facts and law pertaining to this lawsuit is ongoing.  Thus, Samsung's objections are made without prejudice to its right to subsequently add, modify or otherwise change, correct, or amend these objections.

## SPECIFIC OBJECTIONS TO

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Documents relating to your analysis, review, consideration, or copying of, or comparison against, any Apple product or product feature in designing, developing, or implementing any feature of the Products at Issue, including (1) their Exterior Design; (2) functionality that allows for an image, list, or webpage to be scrolled beyond its edge until it is partially displayed; and (3) functionality that allows for an image, list, or webpage that is scrolled beyond its edge to scroll back or bounce back into place so that it returns to fill the screen.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 1:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the request as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to this request as oppressive and harassing inasmuch as it implies Samsung engaged in copying and other such activity.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 2:**

Documents relating to the existence of and/or work conducted by any group within Defendants that analyzes, analyzed, considers, considered, copies, copied, compares, or compared any Apple product or product feature in developing one or more of the Products at Issue.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 2:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the request as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request as duplicative of Apple's Request For Production No. 1.  Samsung further objects to this request as oppressive and harassing inasmuch as it implies Samsung engaged in copying and other such activity.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 3:**

Documents relating to competition between Apple and Samsung products, including each version of the iPhone or iPad and any of the Products at Issue.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 3:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the request as vague and ambiguous.  For example, the term "relating to competition" is vague and ambiguous and Samsung will response based on its understanding of this term.  Samsung further objects to the request as overbroad in that it seeks documents and things that bear on occurrences in other countries that are not at issue in this litigation.  Samsung further objects to the request as overbroad in that it seeks documents and things that pertain to products not at issue in this litigation.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 4:**

Documents sufficient to identify the respective markets of each of the Products at Issue.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 4:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

4  as vague and ambiguous.  For example, the term "respective market shares" is vague and

5  ambiguous and Samsung will response based on its understanding of this term.  Samsung further

6  objects to the request as overbroad in that it seeks documents and things that bear on occurrences

7  in other countries that are not at issue in this litigation.

8         Subject to these objections, Samsung will produce relevant, non-privileged documents

9  within its possession, custody, or control, if any, after conducting a reasonable search during the

10  preliminary injunction discovery phase.

11  **REQUEST FOR PRODUCTION NO. 5:**

12         Documents sufficient to identify the respective market shares of each of the Products at

13  Issue.

14  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 5:**

15         In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

21  as vague and ambiguous and Samsung will response based on its understanding of this term.  For

22  example, the term "respective market shares" is vague and ambiguous.  Samsung further objects to

23  the request as overbroad in that it seeks documents and things that bear on occurrences in other

24  countries that are not at issue in this litigation.

25         Subject to these objections, Samsung will produce relevant, non-privileged documents

26  within its possession, custody, or control, if any, after conducting a reasonable search during the

27  preliminary injunction discovery phase.

28

1  **REQUEST FOR PRODUCTION NO. 6:**

2  Documents sufficient to identify the respective market share of each product that competes

3  with the Products at Issue.

4  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 6:**

5  In addition to its Objections and Responses Common to All Requests for Production,

6  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

10 burdensome, and/or would require undue expense to answer.  Samsung further objects the request

11 as vague and ambiguous.  For example, the term "respective market shares" is vague and

12 ambiguous and Samsung will response based on its understanding of this term.  Samsung further

13 objects to the request as overbroad in that it seeks documents and things that bear on occurrences

14 in other countries that are not at issue in this litigation.

15 Subject to these objections, Samsung will produce relevant, non-privileged documents

16 within its possession, custody, or control, if any, after conducting a reasonable search during the

17 preliminary injunction discovery phase.

18 **REQUEST FOR PRODUCTION NO. 7:**

19 Documents sufficient to identify all projections you have reviewed or considered as to

20 what the respective market share of each of the Products at Issue, and each product that competes

21 with each of the Products at Issue, is likely to be at any future point.

22 **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 7:**

23 In addition to its Objections and Responses Common to All Requests for Production,

24 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

28 burdensome, and/or would require undue expense to answer.  Samsung further objects the request

1  as vague and ambiguous.  For example, the term "respective market shares" is vague and

2  ambiguous and Samsung will response based on its understanding of this term.  Samsung further

3  objects to the request as overbroad in that it seeks documents and things that bear on occurrences

4  in other countries that are not at issue in this litigation.

5      Subject to these objections, Samsung will produce relevant, non-privileged documents

6  within its possession, custody, or control, if any, after conducting a reasonable search during the

7  preliminary injunction discovery phase.

8  **REQUEST FOR PRODUCTION NO. 8:**

9      Documents and things you allege are prior art to the Patents at Issue.

10 **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 8:**

11     In addition to its Objections and Responses Common to All Requests for Production,

12 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17 Request as premature to the extent it seeks documents and things inconsistent with the timeframes

18 set forth in the Northern District of California Patent Local Rules.

19     Subject to these objections, Samsung will produce relevant, non-privileged documents

20 within its possession, custody, or control, if any, after conducting a reasonable search during the

21 preliminary injunction discovery phase.

22 **REQUEST FOR PRODUCTION NO. 156:**

23     Things you allege that are "rectangular-shaped phone[s] with rounded corners, a dominant

24 display screen with narrow borders, a horizontally oriented and centered rounded speaker slot, and

25 minimal or non-existent physical navigation buttons" that existed before January 2007 as

26 described in your Opposition.

27

28

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 156:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 157:**

All Documents relating to the "rectangular-shaped phone[s] with rounded corners, a dominant display screen with narrow borders, a horizontally oriented and centered rounded speaker slot, and minimal or non-existent physical navigation buttons" that existed before January 2007, as described in your Opposition.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 157:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks. Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

**REQUEST FOR PRODUCTION NO. 158:**

All Documents relating to the design, development, or implementation of the following features of the Products at Issue: (1) their Hardware Design; (2) the functionality that allows for a list to be scrolled beyond its terminus or a document to be translated beyond its edge until the list or document is partially displayed; and (3) functionality that allows for a list that is scrolled beyond its terminus to scroll back or bounce back into place or for a document that is translated beyond its edge to translate back or bounce back so that the list or document returns to fill the screen.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 158:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it is vague and ambiguous with regard to the terms "Hardware Design," "scrolled beyond its terminus" or "translated beyond its edge."  Samsung further objects to the request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to this request because Apple has delayed serving this document request, despite Apple's earlier knowledge of the issues raised in the request and despite the fact that Apple has known about the Court's Order governing discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 159:**

Documents sufficient to identify the individuals who contributed to the design, development, or implementation of the following features of the Products at Issue: (1) their Hardware Design; (2) the functionality that allows for a list to be scrolled beyond its terminus or a document to be translated beyond its edge until the list or document is partially displayed; and (3) functionality that allows for a list that is scrolled beyond its terminus to scroll back or bounce back

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1   into place or for a document that is translated beyond its edge to translate back or bounce back so

2   that the list or document returns to fill the screen.

3   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 159:**

4           In addition to its Objections and Responses Common to All Requests for Production,

5   which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

6   is vague and ambiguous with regard to the terms "Hardware Design," "scrolled beyond its

7   terminus" or "translated beyond its edge."  Samsung further objects to this request because Apple

8   has delayed serving this document request, despite Apple's earlier knowledge of the issues raised

9   in the request and despite the fact that Apple has known about the Court's Order governing

10  discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

11          Subject to these objections, Samsung will produce relevant, non-privileged documents

12  within its possession, custody, or control, if any, after conducting a reasonable search during the

13  preliminary injunction discovery phase.

14  **REQUEST FOR PRODUCTION NO. 160:**

15          Documents sufficient to identify the date of the first design of the following features of the

16  Products at Issue: (1) their Hardware Design; (2) the functionality that allows for a list to be

17  scrolled beyond its terminus or a document to be translated beyond its edge until the list or

18  document is partially displayed; and (3) functionality that allows for a list that is scrolled beyond

19  its terminus to scroll back or bounce back into place or for a document that is translated beyond its

20  edge to translate back or bounce back so that the list or document returns to fill the screen.

21  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 160:**

22          In addition to its Objections and Responses Common to All Requests for Production,

23  which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

24  is vague and ambiguous with regard to the terms "Hardware Design," "scrolled beyond its

25  terminus" or "translated beyond its edge."  Samsung further objects to this request because Apple

26  has delayed serving this document request, despite Apple's earlier knowledge of the issues raised

27  in the request and despite the fact that Apple has known about the Court's Order governing

28  discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search during the

3  preliminary injunction discovery phase.

4  **REQUEST FOR PRODUCTION NO. 161:**

5    All Documents and things relating to the design of the Hardware Design of the Products at

6  Issue, including for example, CAD images or files, emails, notebooks, photographs, sketches,

7  design specifications, models, mock-ups, and other design documents.

8  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 161:**

9    In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

11  is vague and ambiguous with regard to the term "Hardware Design."  Samsung further objects to

12  the Request as overbroad in that it is not limited to any reasonable time period and seeks

13  documents and things from time periods not at issue in this litigation.  Samsung further objects to

14  the request as overbroad in that it seeks "all" documents and is not reasonably limited as to the

15  scope of documents and things it seeks.  Samsung further objects to this request because Apple has

16  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

17  the request and despite the fact that Apple has known about the Court's Order governing discovery

18  relating to Apple's motion for a preliminary injunction since July 18, 2011.

19    Subject to these objections, Samsung will produce relevant, non-privileged documents

20  within its possession, custody, or control, if any, after conducting a reasonable search during the

21  preliminary injunction discovery phase.

22  **REQUEST FOR PRODUCTION NO. 162:**

23    Documents sufficient to show alternative Hardware Designs considered by Samsung

24  during the development of the Products at Issue.

25  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 162:**

26    In addition to its Objections and Responses Common to All Requests for Production,

27  which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

28  is vague and ambiguous with regard to the term "Hardware Designs."  Samsung further objects to

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1  the Request as overbroad in that it is not limited to any reasonable time period and seeks

2  documents and things from time periods not at issue in this litigation.  Samsung further objects to

3  this request because Apple has delayed serving this document request, despite Apple's earlier

4  knowledge of the issues raised in the request and despite the fact that Apple has known about the

5  Court's Order governing discovery relating to Apple's motion for a preliminary injunction since

6  July 18, 2011.

7  Subject to these objections, Samsung will produce relevant, non-privileged documents

8  within its possession, custody, or control, if any, after conducting a reasonable search during the

9  preliminary injunction discovery phase.

10  **REQUEST FOR PRODUCTION NO. 163**:

11  All Documents relating to functional and cost considerations that constrained or altered the

12  Hardware Design of the Products at Issue.

13  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 163**:

14  In addition to its Objections and Responses Common to All Requests for Production,

15  which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

16  is vague and ambiguous with regard to the term "Hardware Design."  Samsung further objects to

17  the request as overbroad in that it seeks "all" documents and is not reasonably limited as to the

18  scope of documents and things it seeks.  Samsung further objects to this request because Apple has

19  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

20  the request and despite the fact that Apple has known about the Court's Order governing discovery

21  relating to Apple's motion for a preliminary injunction since July 18, 2011.

22  Subject to these objections, Samsung will produce relevant, non-privileged documents

23  within its possession, custody, or control, if any, after conducting a reasonable search during the

24  preliminary injunction discovery phase.

25  **REQUEST FOR PRODUCTION NO. 164**:

26  All Documents relating to aesthetic considerations relating to the Hardware Design of the

27  Products at Issue.

28

1   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 164:**

2         In addition to its Objections and Responses Common to All Requests for Production,

3   which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

4   is vague and ambiguous with regard to the term "Hardware Design" and "aesthetic

5   considerations."  Samsung further objects to the request as overbroad in that it seeks "all"

6   documents and is not reasonably limited as to the scope of documents and things it seeks.

7   Samsung further objects to this request because Apple has delayed serving this document request,

8   despite Apple's earlier knowledge of the issues raised in the request and despite the fact that Apple

9   has known about the Court's Order governing discovery relating to Apple's motion for a

10  preliminary injunction since July 18, 2011.

11        Subject to these objections, Samsung is willing to  meet and confer with Apple about the

12  relevance and scope of the information sought by this request.

13  **REQUEST FOR PRODUCTION NO. 165:**

14        All Documents relating to the redesign of the Galaxy Tab 10.1 following Apple's

15  announcement of the iPad 2 on or about March 2, 2011.

16  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 165:**

17        In addition to its Objections and Responses Common to All Requests for Production,

18  which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

19  is vague and ambiguous with regard to the term "redesign."  Samsung objects to this Request to

20  the extent that it seeks to elicit information subject to and protected by the attorney-client

21  privilege, the attorney work-product doctrine, the joint defense privilege, the common interest

22  doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the

23  request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope

24  of documents and things it seeks.  Samsung further objects to this request because Apple has

25  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

26  the request and despite the fact that Apple has known about the Court's Order governing discovery

27  relating to Apple's motion for a preliminary injunction since July 18, 2011.

28

1   Subject to these objections, Samsung is willing to  meet and confer with Apple about the

2   relevance and scope of the information sought by this request.

3   **REQUEST FOR PRODUCTION NO. 166:**

4   All Documents to or from Lee Don-Joo relating to the redesign of the Galaxy Tab 10.1

5   following Apple's announcement of the iPad 2 on or about March 2, 2011.

6   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 166:**

7   In addition to its Objections and Responses Common to All Requests for Production,

8   which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

9   is vague and ambiguous with regard to the term "redesign."  Samsung objects to this Request to

10   the extent that it seeks to elicit information subject to and protected by the attorney-client

11   privilege, the attorney work-product doctrine, the joint defense privilege, the common interest

12   doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the

13   request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope

14   of documents and things it seeks.  Samsung further objects to this request because Apple has

15   delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

16   the request and despite the fact that Apple has known about the Court's Order governing discovery

17   relating to Apple's motion for a preliminary injunction since July 18, 2011.

18   Subject to these objections, Samsung is willing to  meet and confer with Apple about the

19   relevance and scope of the information sought by this request.

20   **REQUEST FOR PRODUCTION NO. 167:**

21   All Documents to the design of the user interface for each of the Products at Issue.

22   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 167:**

23   In addition to its Objections and Responses Common to All Requests for Production,

24   which it hereby incorporates by reference, Samsung objects to this Request on the grounds that it

25   is vague and ambiguous with regard to the term "user interface."  Samsung further objects to the

26   request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope

27   of documents and things it seeks.  Samsung further objects to this request because Apple has

28   delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

1 the request and despite the fact that Apple has known about the Court's Order governing discovery

2 relating to Apple's motion for a preliminary injunction since July 18, 2011.

3      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

4 relevance and scope of the information sought by this request.

5 **REQUEST FOR PRODUCTION NO. 168:**

6      All Documents relied on by Benjamin B. Bederson in his declaration submitted in support

7 of your Opposition.

8 **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 168:**

9      In addition to its Objections and Responses Common to All Requests for Production,

10 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13 applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

14 seeks "all" documents and is not reasonably limited as to the scope of documents and things it

15 seeks.

16      Subject to these objections, Samsung will produce relevant, non-privileged documents

17 within its possession, custody, or control, if any, after conducting a reasonable search during the

18 preliminary injunction discovery phase.

19 **REQUEST FOR PRODUCTION NO. 169:**

20      All prior expert reports and declarations submitted by Benjamin B. Bederson in other

21 litigation involving mobile devices or user interfaces.

22 **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 169:**

23      In addition to its Objections and Responses Common to All Requests for Production,

24 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27 applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

28 seeks "all" documents and is not reasonably limited as to the scope of documents and things it

seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

discovery of admissible evidence.  Where the requested documents have been publicly filed,

Samsung further objects to the request to the extent it seeks documents that are publicly available

and thus are equally or more readily available to Apple than to Samsung.  Where the requested

documents have been filed under seal, Samsung further objects to the Request to the extent it

seeks documents containing confidential third party information, including information subject to

a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

documents subject to a protective order.

Subject to these objections, Samsung is willing to  meet and confer with Apple about the

relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 170:**

All trial and deposition transcripts from other litigation in which Benjamin B. Bederson

testified about mobile devices or user interfaces.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 170:**

In addition to its Objections and Responses Common to All Requests for Production,

which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

seeks "all" documents and is not reasonably limited as to the scope of documents and things it

seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

discovery of admissible evidence.  Where the requested documents have been publicly filed,

Samsung further objects to the request to the extent it seeks documents that are publicly available

and thus are equally or more readily available to Apple than to Samsung.  Where the requested

documents have been filed under seal, Samsung further objects to the Request to the extent it

seeks documents containing confidential third party information, including information subject to

1  a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

2  documents subject to a protective order.

3      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

4  relevance and scope of the information sought by this request.

5  **REQUEST FOR PRODUCTION NO. 171:**

6      All Documents relied on by Roger Fidler in his declaration submitted in support of your

7  Opposition.

8  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 171:**

9      In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

14  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

15  seeks.

16      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

17  relevance and scope of the information sought by this request.

18  **REQUEST FOR PRODUCTION NO. 172:**

19      All Documents relating to Roger Fidler's assertion that "Apple personnel were exposed to

20  my tablet ideas and prototypes" in his declaration submitted in support of your Opposition.

21  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 172:**

22      In addition to its Objections and Responses Common to All Requests for Production,

23  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

24  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

25  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

26  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

27  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

seeks.  Samsung further objects to the request to the extent it seeks documents that are equally or more readily available to Apple than to Samsung.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 173:**

All documents relating to Roger Fidler's assertion that he presented the 1990 Video attached as Exhibit G to his declaration to "a group of executives at Knight-Ridder and to Alan Kay [of Apple]" in the fall of 1990.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 173:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the request to the extent it seeks documents that are equally or more readily available to Apple than to Samsung.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 174:**

All documents relating to Roger Fidler's assertion that "[m]ore than 200 copies of the 1994 video [attached as Exhibit L to his declaration] were distributed to various newspaper organizations and media outlets."

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 174:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 175:**

All documents relating to Roger Fidler's claim that starting in 1994, he provided to Toshiba "specifications that they could use to create a working electronic tablet."

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 175:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks documents subject to a protective order.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 176:**

All non-disclosure agreements between Apple and Information Design Lab executed before 1995.

1  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 176:**

2      In addition to its Objections and Responses Common to All Requests for Production,

3  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

7  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

8  seeks.  Samsung further objects to the request to the extent it seeks documents that are equally or

9  more readily available to Apple than to Samsung.

10      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

11  relevance and scope of the information sought by this request.

12  **REQUEST FOR PRODUCTION NO. 177:**

13      All non-disclosure agreements executed between Roger Fidler and Toshiba in connection

14  with Mr. Fidler's alleged provision to Toshiba of "specifications that they could use to create a

15  working electronic tablet."

16  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 177:**

17      In addition to its Objections and Responses Common to All Requests for Production,

18  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

19  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

20  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

21  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

22  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

23  seeks.  Samsung further objects to the Request to the extent it seeks documents containing

24  confidential third party information, including information subject to a non-disclosure or other

25  agreement between Samsung and a third party, or to the extent it seeks documents subject to a

26  protective order.

27      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

28  relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 178:**

All prior expert reports and declarations submitted by Roger Fidler in other litigation involving the "1981 Tablet," the "1990 Tablet," the "1994 Tablet," and the "1996 Toshiba Tablet," as described in his declaration submitted in support of your Opposition.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 178:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Where the requested documents have been publicly filed, Samsung further objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.  Where the requested documents have been filed under seal, Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks documents subject to a protective order.

Subject to these objections, Samsung is willing to  meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 179:**

All trial and deposition transcripts from other litigation in which Roger Fidler testified about the "1981 Tablet," the "1990 Tablet," the "1994 Tablet," and the "1996 Toshiba Tablet," as described in his declaration submitted in support of your Opposition.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 179:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Where the requested documents have been publicly filed, Samsung further objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.  Where the requested documents have been filed under seal, Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks documents subject to a protective order.

Subject to these objections, Samsung is willing to  meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 180:**

All Documents relied on by Nicholas P. Godici in his declaration submitted in support of your Opposition.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 180:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

1  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

2  seeks.

3       Subject to these objections, Samsung will produce relevant, non-privileged documents

4  within its possession, custody, or control, if any, after conducting a reasonable search during the

5  preliminary injunction discovery phase.

6  **REQUEST FOR PRODUCTION NO. 181:**

7       All prior expert reports and declarations submitted by Nicholas P. Godici in other litigation

8  involving patent prosecution.

9  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 181:**

10       In addition to its Objections and Responses Common to All Requests for Production,

11  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

15  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

16  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

17  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

18  discovery of admissible evidence.  Where the requested documents have been publicly filed,

19  Samsung further objects to the request to the extent it seeks documents that are publicly available

20  and thus are equally or more readily available to Apple than to Samsung.  Where the requested

21  documents have been filed under seal, Samsung further objects to the Request to the extent it

22  seeks documents containing confidential third party information, including information subject to

23  a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

24  documents subject to a protective order.

25       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

26  relevance and scope of the information sought by this request.

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

**REQUEST FOR PRODUCTION NO. 182:**

All trial and deposition transcripts from other litigation in which Nicholas P. Godici was an expert.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 182:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks. Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence. Where the requested documents have been publicly filed, Samsung further objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung. Where the requested documents have been filed under seal, Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks documents subject to a protective order.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 183:**

All Documents relied on by Andries Van Dam in his declaration submitted in support of your Opposition.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 183:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 184:**

All prior expert reports and declarations submitted by Andries Van Dam in other litigation involving utility patents.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 184:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Where the requested documents have been publicly filed, Samsung further objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.  Where the requested documents have been filed under seal, Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks documents subject to a protective order.

1    Subject to these objections, Samsung is willing to  meet and confer with Apple about the

2    relevance and scope of the information sought by this request.

3    **REQUEST FOR PRODUCTION NO. 185:**

4    All trial and deposition transcripts from other litigation in which Andries Van Dam was an

5    expert.

6    **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 185:**

7    In addition to its Objections and Responses Common to All Requests for Production,

8    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

9    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

10   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

11   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

12   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

13   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

14   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

15   discovery of admissible evidence.  Where the requested documents have been publicly filed,

16   Samsung further objects to the request to the extent it seeks documents that are publicly available

17   and thus are equally or more readily available to Apple than to Samsung.  Where the requested

18   documents have been filed under seal, Samsung further objects to the Request to the extent it

19   seeks documents containing confidential third party information, including information subject to

20   a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

21   documents subject to a protective order.

22   Subject to these objections, Samsung is willing to  meet and confer with Apple about the

23   relevance and scope of the information sought by this request.

24   **REQUEST FOR PRODUCTION NO. 186:**

25   All Documents relied on by Itay Sherman in his declaration submitted in support of your

26   Opposition.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 186:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 187:**

All prior expert reports and declarations submitted by Itay Sherman in other litigation involving design patents.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 187:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Where the requested documents have been publicly filed, Samsung further objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.  Where the requested documents have been filed under seal, Samsung further objects to the Request to the extent it seeks documents containing confidential third party information, including information subject to

-28-

1  a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

2  documents subject to a protective order.

3      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

4  relevance and scope of the information sought by this request.

5  **REQUEST FOR PRODUCTION NO. 188:**

6      All trial and deposition transcripts from other litigation in which Itay Sherman was an

7  expert.

8  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 188:**

9      In addition to its Objections and Responses Common to All Requests for Production,

10 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13 applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

14 seeks "all" documents and is not reasonably limited as to the scope of documents and things it

15 seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

16 relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

17 discovery of admissible evidence.  Where the requested documents have been publicly filed,

18 Samsung further objects to the request to the extent it seeks documents that are publicly available

19 and thus are equally or more readily available to Apple than to Samsung.  Where the requested

20 documents have been filed under seal, Samsung further objects to the Request to the extent it

21 seeks documents containing confidential third party information, including information subject to

22 a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

23 documents subject to a protective order.

24      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

25 relevance and scope of the information sought by this request.

26 **REQUEST FOR PRODUCTION NO. 189:**

27      All Documents relied on by Michael J. Wagner in his declaration submitted in support of

28 your Opposition.

1   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 189:**

2       In addition to its Objections and Responses Common to All Requests for Production,

3   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

7   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

8   seeks.

9       Subject to these objections, Samsung will produce relevant, non-privileged documents

10   within its possession, custody, or control, if any, after conducting a reasonable search during the

11   preliminary injunction discovery phase.

12   **REQUEST FOR PRODUCTION NO. 190:**

13       To the extent not attached as an exhibit, hard copies of all Documents cited by Michael J.

14   Wagner in his declaration submitted in support of your Opposition. Documents responsive to this

15   Request include, but are not limited to, hard copies of all references cited in the footnotes of Mr.

16   Wagner's declaration.

17   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 190:**

18       In addition to its Objections and Responses Common to All Requests for Production,

19   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

20   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

21   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

22   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

23   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

24   seeks.  Samsung further objects to the request to the extent it seeks documents that are publicly

25   available and thus are equally or more readily available to Apple than to Samsung.

26       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

27   relevance and scope of the information sought by this request.

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1  **REQUEST FOR PRODUCTION NO. 191:**

2      All prior expert reports and declarations submitted by Michael J. Wagner in other litigation

3  involving damages.

4  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 191:**

5      In addition to its Objections and Responses Common to All Requests for Production,

6  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

10 seeks "all" documents and is not reasonably limited as to the scope of documents and things it

11 seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

12 relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

13 discovery of admissible evidence.  Where the requested documents have been publicly filed,

14 Samsung further objects to the request to the extent it seeks documents that are publicly available

15 and thus are equally or more readily available to Apple than to Samsung.  Where the requested

16 documents have been filed under seal, Samsung further objects to the Request to the extent it

17 seeks documents containing confidential third party information, including information subject to

18 a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

19 documents subject to a protective order.

20      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

21 relevance and scope of the information sought by this request.

22 **REQUEST FOR PRODUCTION NO. 192:**

23      All trial and deposition transcripts from other litigation in which Michael J. Wagner was an

24 expert.

25 **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 192:**

26      In addition to its Objections and Responses Common to All Requests for Production,

27 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

3   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

4   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

5   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

6   discovery of admissible evidence.  Where the requested documents have been publicly filed,

7   Samsung further objects to the request to the extent it seeks documents that are publicly available

8   and thus are equally or more readily available to Apple than to Samsung.  Where the requested

9   documents have been filed under seal, Samsung further objects to the Request to the extent it

10  seeks documents containing confidential third party information, including information subject to

11  a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

12  documents subject to a protective order.

13         Subject to these objections, Samsung is willing to  meet and confer with Apple about the

14  relevance and scope of the information sought by this request.

15  **REQUEST FOR PRODUCTION NO. 193:**

16         All Documents relied on by Jeffrey Johnson in his declaration submitted in support of your

17  Opposition.

18  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 193:**

19         In addition to its Objections and Responses Common to All Requests for Production,

20  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

21  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

22  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

23  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

24  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

25  seeks.

26         Subject to these objections, Samsung will produce relevant, non-privileged documents

27  within its possession, custody, or control, if any, after conducting a reasonable search during the

28  preliminary injunction discovery phase.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1    **REQUEST FOR PRODUCTION NO. 194:**

2          All prior expert reports and declarations submitted by Jeffrey Johnson in other litigation

3    involving utility patents.

4    **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 194:**

5          In addition to its Objections and Responses Common to All Requests for Production,

6    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9    applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

10   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

11   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

12   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

13   discovery of admissible evidence.  Where the requested documents have been publicly filed,

14   Samsung further objects to the request to the extent it seeks documents that are publicly available

15   and thus are equally or more readily available to Apple than to Samsung.  Where the requested

16   documents have been filed under seal, Samsung further objects to the Request to the extent it

17   seeks documents containing confidential third party information, including information subject to

18   a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

19   documents subject to a protective order.

20         Subject to these objections, Samsung is willing to  meet and confer with Apple about the

21   relevance and scope of the information sought by this request.

22   **REQUEST FOR PRODUCTION NO. 195:**

23         All trial and deposition transcripts from other litigation in which Jeffrey Johnson was an

24   expert.

25   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 195:**

26         In addition to its Objections and Responses Common to All Requests for Production,

27   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

-33-                                    Case No. 11-cv-01846-LHK

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

3  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

4  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

5  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

6  discovery of admissible evidence.  Where the requested documents have been publicly filed,

7  Samsung further objects to the request to the extent it seeks documents that are publicly available

8  and thus are equally or more readily available to Apple than to Samsung.  Where the requested

9  documents have been filed under seal, Samsung further objects to the Request to the extent it

10  seeks documents containing confidential third party information, including information subject to

11  a non-disclosure or other agreement between Samsung and a third party, or to the extent it seeks

12  documents subject to a protective order.

13      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

14  relevance and scope of the information sought by this request.

15  **REQUEST FOR PRODUCTION NO. 196:**

16      All native photographs of the Products at Issue, prior art, and Apple products taken in

17  support of your Opposition, regardless of whether the photographs were referenced, inserted, or

18  relied upon in your Opposition.

19  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 196:**

20      In addition to its Objections and Responses Common to All Requests for Production,

21  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

22  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

23  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

24  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

25  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

26  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

27  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

28

1   discovery of admissible evidence.  Samsung also objects to this Request in that it seeks

2   photographs that were not referenced, inserted, or relied upon in Samsung's Opposition.

3          Subject to these objections, Samsung will produce relevant, non-privileged documents

4   within its possession, custody, or control, if any, after conducting a reasonable search during the

5   preliminary injunction discovery phase.

6   **REQUEST FOR PRODUCTION NO. 197:**

7          All Documents, including source code, relating to any art that Samsung alleges is relevant

8   to the validity of U.S. Patent No. 7,469,381, including LaunchTile and XNav.

9   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 197:**

10         In addition to its Objections and Responses Common to All Requests for Production,

11  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

15  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

16  seeks.  Samsung further objects to the request to the extent it seeks information that Samsung has

17  already provided to Apple.  Samsung also objects to the request to the extent it seeks documents

18  that are publicly available and thus are equally or more readily available to Apple than to

19  Samsung.

20         Subject to these objections, Samsung will produce relevant, non-privileged documents

21  within its possession, custody, or control, if any, after conducting a reasonable search during the

22  preliminary injunction discovery phase.

23  **REQUEST FOR PRODUCTION NO. 198:**

24         All Documents relating to any instructions, manuals, guides, or other documentation for

25  LaunchTile and XNav.

26  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 198:**

27         In addition to its Objections and Responses Common to All Requests for Production,

28  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the request to the extent it seeks information that Samsung has already provided to Apple.  Samsung also objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search during the preliminary injunction discovery phase.

**REQUEST FOR PRODUCTION NO. 199:**

A device that runs LaunchTile.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 199:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung also objects to the request to the extent it seeks documents that are publicly available and thus are equally or more readily available to Apple than to Samsung.

Subject to these objections, Samsung has already made available for inspection a device that runs LaunchTile and Apple has already inspected this device.

**REQUEST FOR PRODUCTION NO. 200:**

Source code for the Gallery, Contacts, and Browser applications on the Products at Issue.

1   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 200:**

2          In addition to its Objections and Responses Common to All Requests for Production,

3   which it hereby incorporates by reference, Samsung objects to the Request to the extent it seeks

4   documents containing confidential information, including information subject to the protective

5   order.  Samsung further objects to this request because Apple has delayed serving this document

6   request, despite Apple's earlier knowledge of the issues raised in the request and despite the fact

7   that Apple has known about the Court's Order governing discovery relating to Apple's motion for

8   a preliminary injunction since July 18, 2011.

9          Subject to these objections, Samsung is willing to  meet and confer with Apple about the

10   relevance and scope of the information sought by this request.

11   **REQUEST FOR PRODUCTION NO. 201:**

12          Source code relating to features of the Products at Issue that Apple has alleged infringe

13   U.S. Patent No. 7,469,381.

14   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 201:**

15          In addition to its Objections and Responses Common to All Requests for Production,

16   which it hereby incorporates by reference, Samsung objects to the Request to the extent it seeks

17   documents containing confidential information, including information subject to the protective

18   order.  Samsung further objects to this request because Apple has delayed serving this document

19   request, despite Apple's earlier knowledge of the issues raised in the request and despite the fact

20   that Apple has known about the Court's Order governing discovery relating to Apple's motion for

21   a preliminary injunction since July 18, 2011.

22          Subject to these objections, Samsung is willing to  meet and confer with Apple about the

23   relevance and scope of the information sought by this request.

24   **REQUEST FOR PRODUCTION NO. 202:**

25          Source code for any instructions relating to not illuminating part of the screens on the

26   Products at Issue while they are powered on.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 202:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to the Request to the extent it seeks documents containing confidential information, including information subject to the protective order.  Samsung further objects to this request because Apple has delayed serving this document request, despite Apple's earlier knowledge of the issues raised in the request and despite the fact that Apple has known about the Court's Order governing discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

Subject to these objections, Samsung is willing to  meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 203:**

Documents sufficient to show the operation and functionality of the AMOLED screens of the Products at Issue.

**OBJECTIONS TO REQUEST FOR PRODUCTION NO. 203:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to the Request to the extent it seeks documents containing confidential information, including information subject to the protective order.  Samsung further objects to this request because Apple has delayed serving this document request, despite Apple's earlier knowledge of the issues raised in the request and despite the fact that Apple has known about the Court's Order governing discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

Subject to these objections, Samsung is willing to  meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 204:**

All Documents relating to your analysis, review, consideration, or copying of, or comparison against, any Apple product or product feature, including (1) their Hardware Design; (2) the functionality that allows for a list to be scrolled beyond its terminus or a document to be translated beyond its edge until the list or document is partially displayed; and (3) functionality

1   that allows for a list that is scrolled beyond its terminus to scroll back or bounce back into place or

2   for a document that is translated beyond its edge to translate back or bounce back so that the list or

3   document returns to fill the screen.

4   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 204:**

5   In addition to its Objections and Responses Common to All Requests for Production,

6   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

10   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

11   as vague and ambiguous and overbroad.  For example, the terms "analysis, review, consideration

12   or copying" are vague and ambiguous and overbroad.  Samsung further objects to the Request to

13   the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

14   reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to

15   this request as oppressive and harassing inasmuch as it implies Samsung engaged in copying and

16   other such activity.  Documents produced in response to this request, if any, do not constitute an

17   admission that Samsung "copied" any Apple product or feature.  Samsung further objects to this

18   request because Apple has delayed serving this document request, despite Apple's earlier

19   knowledge of the issues raised in the request and despite the fact that Apple has known about the

20   Court's Order governing discovery relating to Apple's motion for a preliminary injunction since

21   July 18, 2011.

22   Subject to these objections, Samsung will produce relevant, non-privileged documents

23   within its possession, custody, or control, if any, after conducting a reasonable search during the

24   preliminary injunction discovery phase.

25   **REQUEST FOR PRODUCTION NO. 205:**

26   All Documents relating to any statements made by you regarding Apple and the Products

27   at Issue.

28

-39-   Case No. 11-cv-01846-LHK

1   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 205:**

2         In addition to its Objections and Responses Common to All Requests for Production,

3   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7   burdensome, and/or would require undue expense to answer.  Samsung further objects to this

8   Request as overbroad in that it seeks "all" documents and is not reasonably limited as to the scope

9   of documents and things it seeks.  Samsung further objects the request as vague and ambiguous

10  and overbroad in asking for "any statements."  Samsung further objects to the Request as

11  overbroad in that it is not limited to any reasonable time period and seeks documents and things

12  from time periods not at issue in this litigation.  Samsung further objects to the Request to the

13  extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

14  reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to

15  this request because Apple has delayed serving this document request, despite Apple's earlier

16  knowledge of the issues raised in the request and despite the fact that Apple has known about the

17  Court's Order governing discovery relating to Apple's motion for a preliminary injunction since

18  July 18, 2011.

19        Subject to these objections, Samsung is willing to  meet and confer with Apple about the

20  relevance and scope of the information sought by this request.

21  **REQUEST FOR PRODUCTION NO. 206:**

22        All Documents relating to any customer surveys, studies, analyses or investigations

23  regarding the Products at Issue.

24  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 206:**

25        In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

2  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

3  seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

4  reasonable time period and seeks documents and things from time periods not at issue in this

5  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

6  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

7  discovery of admissible evidence.  Samsung further objects to this request because Apple has

8  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

9  the request and despite the fact that Apple has known about the Court's Order governing discovery

10  relating to Apple's motion for a preliminary injunction since July 18, 2011.

11       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

12  relevance and scope of the information sought by this request.

13  **REQUEST FOR PRODUCTION NO. 207:**

14       All Documents identifying or analyzing the market or markets to which Samsung intends

15  to sell the Products at Issue.

16  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 207:**

17       In addition to its Objections and Responses Common to All Requests for Production,

18  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

19  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

20  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

21  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

22  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

23  seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

24  reasonable time period and seeks documents and things from time periods not at issue in this

25  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

26  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

27  discovery of admissible evidence.  Samsung further objects to this request because Apple has

28  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

1  the request and despite the fact that Apple has known about the Court's Order governing discovery

2  relating to Apple's motion for a preliminary injunction since July 18, 2011.

3       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

4  relevance and scope of the information sought by this request.

5  **REQUEST FOR PRODUCTION NO. 208:**

6       All Documents created within the last five years relating to Samsung's actual or projected

7  smartphone market share.

8  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 208:**

9       In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

14  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

15  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

16  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

17  discovery of admissible evidence.  Samsung further objects to this request because Apple has

18  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

19  the request and despite the fact that Apple has known about the Court's Order governing discovery

20  relating to Apple's motion for a preliminary injunction since July 18, 2011.

21       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

22  relevance and scope of the information sought by this request.

23  **REQUEST FOR PRODUCTION NO. 209:**

24       All Documents created within the last five years relating to Samsung's actual or projected

25  tablet computer market share.

26  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 209:**

27       In addition to its Objections and Responses Common to All Requests for Production,

28  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

4   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

5   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

6   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

7   discovery of admissible evidence.  Samsung further objects to this request because Apple has

8   delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

9   the request and despite the fact that Apple has known about the Court's Order governing discovery

10   relating to Apple's motion for a preliminary injunction since July 18, 2011.

11        Subject to these objections, Samsung is willing to  meet and confer with Apple about the

12   relevance and scope of the information sought by this request.

13   **REQUEST FOR PRODUCTION NO. 210:**

14        All Documents created between 2008 and the present relating to Samsung's expansion of

15   its U.S. market share for smartphones and tablet computers.

16   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 210:**

17        In addition to its Objections and Responses Common to All Requests for Production,

18   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

19   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

20   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

21   applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

22   seeks "all" documents and is not reasonably limited as to the scope of documents and things it

23   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

24   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

25   discovery of admissible evidence.  Samsung further objects to this request because Apple has

26   delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

27   the request and despite the fact that Apple has known about the Court's Order governing discovery

28   relating to Apple's motion for a preliminary injunction since July 18, 2011.

1    Subject to these objections, Samsung is willing to  meet and confer with Apple about the

2  relevance and scope of the information sought by this request.

3  **REQUEST FOR PRODUCTION NO. 211:**

4    All Documents relating to the development of the Products at Issue that mention or refer to

5  Apple or Apple products, including communications among or with your personnel that discuss

6  whether or how to copy any design, feature, or function of an Apple product. Documents

7  responsive to this Request include, but are not limited to, Documents related to the redesign of the

8  Products at Issue in light of Apple products.

9  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 211:**

10    In addition to its Objections and Responses Common to All Requests for Production,

11  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14  applicable privilege or immunity.  Samsung objects to this Request on the grounds that it is vague

15  and ambiguous with regard to the term "redesign."  Samsung further objects to the Request to the

16  extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further

17  objects to this request as oppressive and harassing inasmuch as it implies Samsung engaged in

18  copying and other such activity.  Documents produced in response to this request, if any, do not

19  constitute an admission that Samsung "copied" any Apple product or feature.  Samsung further

20  objects to this request because Apple has delayed serving this document request, despite Apple's

21  earlier knowledge of the issues raised in the request and despite the fact that Apple has known

22  about the Court's Order governing discovery relating to Apple's motion for a preliminary

23  injunction since July 18, 2011.

24    Subject to these objections, Samsung is willing to  meet and confer with Apple about the

25  relevance and scope of the information sought by this request.

26  **REQUEST FOR PRODUCTION NO. 212:**

27    All physical samples of Apple products in your possession (excluding only samples, if any,

28  which may have been purchased exclusively for purposes related to this litigation by or at the

1  direction of counsel) together with all documents relating to when the samples were obtained, for

2  what purpose, and how you used them.

3  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 212:**

4          In addition to its Objections and Responses Common to All Requests for Production,

5  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

10  Request as overbroad in that it seeks documents and things that pertain to products not at issue in

11  this litigation.  Samsung further objects to the Request as overbroad in that it is not limited to any

12  reasonable time period and seeks documents and things from time periods not at issue in this

13  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

14  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

15  discovery of admissible evidence.  For example, the request seeks every Apple product any person

16  who was at any time an employee of Samsung has ever owned, at any time.  Samsung further

17  objects to the Request to the extent it seeks documents equally or more readily available to Apple

18  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

19  are publicly available.  Samsung further objects to this request because Apple has delayed serving

20  this document request, despite Apple's earlier knowledge of the issues raised in the request and

21  despite the fact that Apple has known about the Court's Order governing discovery relating to

22  Apple's motion for a preliminary injunction since July 18, 2011.

23          Subject to these objections, Samsung is willing to  meet and confer with Apple about the

24  relevance and scope of the information sought by this request.

25  **REQUEST FOR PRODUCTION NO. 213:**

26          All Documents relating to your inspection of Apple products. Documents responsive to

27  this Request include, but are not limited to, photographs of Apple products and tear-downs of

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1   Apple products, notes and memoranda that you made relating to Apple products, and email

2   communications relating to any such inspection.

3   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 213:**

4         In addition to its Objections and Responses Common to All Requests for Production,

5   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

10  Request as overbroad in that it seeks documents and things that pertain to products not at issue in

11  this litigation.  Samsung further objects to this request as vague and ambiguous with respect to the

12  term "inspection."  Samsung further objects to the Request as overbroad in that it is not limited to

13  any reasonable time period and seeks documents and things from time periods not at issue in this

14  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

15  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

16  discovery of admissible evidence.  Samsung further objects to this request because Apple has

17  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

18  the request and despite the fact that Apple has known about the Court's Order governing discovery

19  relating to Apple's motion for a preliminary injunction since July 18, 2011.

20        Subject to these objections, Samsung is willing to  meet and confer with Apple about the

21  relevance and scope of the information sought by this request.

22  **REQUEST FOR PRODUCTION NO. 214:**

23        All Documents relating to marketing of any Products at Issue that discuss or refer directly

24  or indirectly to Apple or Apple products, including copies of all advertisements or other

25  promotional materials, marketing plans, market surveys, focus group studies, or other documents

26  related to testing of advertisements or advertisement messaging. Documents responsive to this

27  Request include, but are not limited to, your "Hello" marketing campaign relating to the Galaxy S,

28

1   your "See Flash Run" marketing campaign for the Galaxy Tab, and your "Appelmos"

2   ("Applesauce") marketing campaign relating to the Galaxy S II.

3   **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 214:**

4          In addition to its Objections and Responses Common to All Requests for Production,

5   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8   applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly

9   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

10  as vague and ambiguous.  For example, the term "indirectly" is vague and ambiguous.  Samsung

11  further objects to the Request as overbroad in that it seeks documents and things that bear on

12  occurrences in other countries that are not at issue in this litigation.  Samsung further objects to the

13  Request to the extent it seeks documents that are not within the possession, custody, or control of

14  Samsung.  Samsung further objects to the Request to the extent it seeks documents containing

15  confidential third party information, including information subject to a non-disclosure or other

16  agreement between Samsung and a third party.  Samsung further objects to this request because

17  Apple has delayed serving this document request, despite Apple's earlier knowledge of the issues

18  raised in the request and despite the fact that Apple has known about the Court's Order governing

19  discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

20         Subject to these objections, Samsung is willing to  meet and confer with Apple about the

21  relevance and scope of the information sought by this request.

22  **REQUEST FOR PRODUCTION NO. 215:**

23         All Documents relating to any instances of consumer confusion in which Samsung was

24  made aware that a person confused an Apple product for a Product at Issue, or a Product at Issue

25  for an Apple product.

26  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 215:**

27         In addition to its Objections and Responses Common to All Requests for Production,

28  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

1  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

5  as vague and ambiguous.  For example, the term "consumer confusion" is vague and ambiguous.

6  Samsung further objects to the Request as overbroad in that it seeks documents and things that

7  pertain to products not at issue in this litigation.  Samsung further objects to this request because

8  Apple has delayed serving this document request, despite Apple's earlier knowledge of the issues

9  raised in the request and despite the fact that Apple has known about the Court's Order governing

10  discovery relating to Apple's motion for a preliminary injunction since July 18, 2011.

11      Subject to these objections, Samsung is willing to  meet and confer with Apple about the

12  relevance and scope of the information sought by this request.

13  **<u>REQUEST FOR PRODUCTION NO. 216</u>:**

14      All Documents relating to your decision to give away a free Galaxy Tab 10.1 with the

15  purchase of certain Samsung televisions at Best Buy stores.

16  **<u>OBJECTIONS TO REQUEST FOR PRODUCTION NO. 216</u>:**

17      In addition to its Objections and Responses Common to All Requests for Production,

18  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

19  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

20  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

21  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

22  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

23  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

24  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

25  discovery of admissible evidence.  Samsung further objects to this request because Apple has

26  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

27  the request and despite the fact that Apple has known about the Court's Order governing discovery

28  relating to Apple's motion for a preliminary injunction since July 18, 2011.

1    Subject to these objections, Samsung is willing to  meet and confer with Apple about the

2  relevance and scope of the information sought by this request.

3  **REQUEST FOR PRODUCTION NO. 217:**

4    All Documents relating to any promotions, actual or considered, related to any of the

5  Products at Issue.

6  **OBJECTIONS TO REQUEST FOR PRODUCTION NO. 217:**

7    In addition to its Objections and Responses Common to All Requests for Production,

8  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

9  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

10  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

11  applicable privilege or immunity.  Samsung further objects to this Request as overbroad in that it

12  seeks "all" documents and is not reasonably limited as to the scope of documents and things it

13  seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

14  reasonable time period and seeks documents and things from time periods not at issue in this

15  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

16  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

17  discovery of admissible evidence.  Samsung further objects to this request because Apple has

18  delayed serving this document request, despite Apple's earlier knowledge of the issues raised in

19  the request and despite the fact that Apple has known about the Court's Order governing discovery

20  relating to Apple's motion for a preliminary injunction since July 18, 2011.

21    Subject to these objections, Samsung is willing to  meet and confer with Apple about the

22  relevance and scope of the information sought by this request.

23

24

25

26

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1    DATED: August 31, 2011          Respectfully submitted,

2                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
3

4

5                                    By   /s/ Victoria Maroulis
                                         Charles K. Verhoeven
6                                        Kevin P.B. Johnson
                                         Victoria F. Maroulis
7                                        Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
8                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC. and SAMSUNG
9                                        TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE AND TWO

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on August 31, 2011, I caused **SAMSUNG'S OBJECTIONS TO**

3  **APPLE'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

4  **RELATING TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SETS ONE**

5  **AND TWO** to be electronically served on the following via email:

6  **ATTORNEYS FOR APPLE INC.**

7  HAROLD J. MCELHINNY
   hmcelhinny@mofo.com
8  MICHAEL A. JACOBS
   mjacobs@mofo.com
9  JENNIFER LEE TAYLOR
   jtaylor@mofo.com
10 ALISON M. TUCHER
   atucher@mofo.com
11 RICHARD S.J. HUNG
   rhung@mofo.com
12 JASON R. BARTLETT
   jasonbartlett@mofo.com
13 MORRISON & FOERSTER LLP
   425 Market Street
14 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
15 Facsimile: (415) 268-7522

16 WILLIAM F. LEE
   william.lee@wilmerhale.com
17 WILMER CUTLER PICKERING HALE
   AND DORR LLP
18 60 State Street
   Boston, Massachusetts 02109
19 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

20
   MARK D. SELWYN
21 mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING HALE
22 AND DORR LLP
   950 Page Mill Road
23 Palo Alto, California 94304
   Telephone: (650) 858-6000
24 Facsimile: (650) 858-6100

25

26     I declare under penalty of perjury that the foregoing is true and correct.  Executed in

27 Redwood Shores, California on August 31, 2011.

28                                              _____/s/ Melissa N. Chan_____

-1-                                    Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S RFPS RELATING TO
APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SET TWO