1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEPOSITIONS OF INVENTORS OF APPLE'S PATENTS PURSUANT TO CIVIL L.R. 6-2(A)**<br><br>Trial Date:    July 30, 2012 |
|---|---|

1    By this stipulation, plaintiff, counter-defendant and counter-claimant Apple Inc. ("Apple")
2  and defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics
3  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")
4  hereby stipulate and request an order extending the deadline to take the deposition of four of the
5  inventors for Apple's patents -- Jonathan Ive, Douglas Satzger, Shin Nishibori, and Christopher
6  Stringer -- from November 1, 2011 to December 1, 2011.  This extension of time is necessary
7  because either the parties or the witnesses are unavailable to attend the depositions before
8  November 1, 2011.  *See* Declaration of Melissa N. Chan in Support of Order Extending Deadline
9  for Depositions of Inventors of Apple's Patents Pursuant to Civil L.R. 6-2(a) and Declaration of
10 Teresa N. Burlison, filed concurrently herewith.  This extension of time applies only to the
11 depositions of Mr. Ive, Mr. Satzger, Mr. Nishibori, and Mr. Stringer.  No other due dates set forth
12 in the Court's August 25, 2011 Minute Order and Case Management Order (Dkt. No. 187) are to
13 be changed by this stipulation.

DATED: October 18, 2011

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By   */s/  Victoria F. Maroulis*
      Victoria F. Maroulis
      Attorneys for Defendants
      SAMSUNG ELECTRONICS CO., LTD.,
      SAMSUNG ELECTRONICS AMERICA, INC.
      and SAMSUNG TELECOMMUNICATIONS
      AMERICA, LLC

MORRISON & FOERSTER LLP

DATED: October 18, 2011

By   */s/  Teresa N. Burlison*
      Teresa Burlison
      Attorneys for Plaintiff Apple Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:  October 18, 2011

       */s/  Victoria F. Maroulis*

1    **PURSUANT TO STIPULATION IT IS ORDERED THAT** the August 25, 2011
2    Minute Order and Case Management Order (Dkt. No. 187) in this action is amended such that the
3    deadline for the depositions of the following three inventors of Apple's patents is extended to and
4    including December 1, 2011: Mr. Ive, Mr. Satzger, Mr. Nishibori, and Mr. Stringer.

6    Dated: _____, 2011                            _____
                                                     Honorable Lucy H. Koh
7                                                    U.S. DISTRICT COURT JUDGE