1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P.B. Johnson (Bar No. 177129)
6    kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
7    victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
9  Facsimile:     (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Michael T. Zeller (Bar No. 196417)
11   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:     (213) 443-3000
13 Facsimile:     (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                 UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

21                Plaintiff,                      **DECLARATION OF MELISSA N. CHAN
                                                 IN SUPPORT OF STIPULATION AND
22        vs.                                    [PROPOSED] ORDER EXTENDING
                                                 DEADLINE FOR DEPOSITIONS OF
23 SAMSUNG ELECTRONICS CO., LTD., a              INVENTORS OF APPLE'S PATENTS
   Korean business entity; SAMSUNG               PURSUANT TO CIVIL L.R. 6-2(a)**
24 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG                     Trial Date:     July 30, 2012
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

26

27                Defendant.

28

I, Melissa N. Chan, declare as follows:

1.      I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and counsel for defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of the parties' stipulation and proposed order extending the deadline for the depositions of several of the inventors of Apple's patents, pursuant to Civil L.R. 6-2.  I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2.      On July 1, 2011, plaintiff Apple Inc. ("Apple") filed a motion for an expedited trial on its claims and for an early case management conference.  *See* Dkt. No. 83.  Samsung opposed the motion.  *See* Dkt. No. 111.

3.      On August 24, 2011, the Court held a case management conference and denied Apple's motion for an expedited trial, but granted a modified, expedited trial schedule as to both Apple's claims and Samsung's counterclaims.

4.      On August 25, 2011, the Court entered a Minute Order and Case Management Order.  *See* Dkt. No. 187.  The Court ordered that the depositions of the inventors and prosecuting attorneys for Apple's patents must be completed by November 1, 2011, and that the depositions of the inventors and prosecuting attorneys for Samsung's patents must be completed by December 1, 2011.  The Court also set the jury trial date for July 30, 2012.

5.      Since the Court's Order, the parties have worked to schedule the depositions of their respective inventors and prosecuting attorneys.

6.      On October 1, 2011, Samsung filed a motion to compel Apple to schedule the depositions of its inventors.  *See* Dkt. No. 283.  The Court granted that motion in part, ordering that Apple provide a schedule for the outstanding inventor depositions by no later than October 6, 2011, and that the depositions of Apple's inventors and prosecuting attorneys "shall be completed as soon as possible and in any event no later than October 31, 2011, in compliance with the court's previously-established deadline."  Dkt. No. 292.

7.      However, despite the parties' best efforts to schedule all of the remaining depositions of Apple's inventors before November 1, 2011, the parties have not been able to schedule the depositions of Jonathan Ive, Douglas Satzger, Shin Nishibori, and Christopher Stringer before the November 1, 2011 deadline.

8.      The parties have not previously modified the Court's August 25, 2011 Order setting the briefing and hearing schedule for Apple's preliminary injunction motion.

9.      The requested time modification should not have any effect on the remainder of the schedule for this case.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 18, 2011                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By   /s/ Melissa N. Chan
                                          Melissa N. Chan
                                          Attorneys for Defendants/Counter-Claimants
                                          SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.
                                          and SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Melissa N. Chan has concurred in this filing.

*/s/ Victoria Maroulis*