Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
James C. Burling, Esq. WilmerHale, 60 State Street, Boston, MA 02109
(617) 526-6416

FILED
2011 OCT 21 P 1:39
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants,

CASE NO. 11-1846 LHK

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, James C. Burling, an active member in good standing of the bar of Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Mark D. Selwyn, Esq. WilmerHale, 950 Page Mill Rd., Palo Alto, CA 94304; (650) 858-6031; CA Bar # 244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 13 Oct 2011



```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010600
Cashier ID: harwellt
Transaction Date: 10/21/2011
Payer Name: Wilmer Cutler Pickering
--------------------------------------
PRO HAC VICE
 For: James C. Burling
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:         $275.00
--------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 524660
 Amt Tendered:  $275.00
--------------------------------------
Total Due:      $275.00
Total Tendered: $275.00
Change Amt:     $0.00

Case # 11-1846-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```