| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>       Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") moves this Court for an order to seal the following documents:
3      1.    Apple's Motion for a Protective Order ("Motion");
4      2.    Declaration of Michael A. Jacobs in Support of Apple's Motion for a Protective
5          Order and Motion to Shorten Time ("Jacobs Declaration") and its exhibits;
6      3.    Apple's [Proposed] Order Granting Its Motion for a Protective Order;
7      4.    Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion for a
8          Protective Order; *and*
9      5.    Apple's [Proposed] Order Granting Apple's Motion to Shorten Time for Briefing
10         and Hearing on Apple's Motion for a Protective Order.
11 Apple has established good cause to permit the sealing of these materials. First, the above
12 Items 1-5 all discuss or contain references to matters both parties agree are unrelated to the
13 parties' substantive disputes in this case and are matters of private concern about the manner in
14 which discovery is and will be conducted. These matters are described in the Motion and Jacobs
15 Declaration, above. Further, Items 1 and 2 contain discussions or references to Apple
16 confidential information. As described in the Declaration of Erica Tierney in Support of Apple's
17 Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith,
18 the above Apple confidential information relates to, among other things, Apple's confidential
19 design trade secrets, product development, and business practices. (Sealing Declaration ¶¶ 4-8.)
20 It is Apple's policy and practice not to disclose such information because it is confidential to
21 Apple. (*Id*. ¶ 9.) This information is indicative of the way in which Apple manages its business
22 affairs and conducts product development, and thus the information can be used by competitors to
23 Apple's disadvantage. (*Id*.) The requested relief is necessary and narrowly tailored to protect the
24 confidentiality of the information contained in the above materials.

APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL         1
CASE NO. 11-CV-01846-LHK
sf-3063579

1     Samsung has indicated that it does not oppose this motion.  (Jacobs Declaration ¶ 12.)

3   Dated:  October 27, 2011        MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.