| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California 94105-2482 | Palo Alto, California 94304 |
| Telephone: (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF ERICA TIERNEY IN SUPPORT OF APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

I, Erica Tierney, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Unopposed Administrative Motion to File Documents Under Seal. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. The requested relief is necessary and narrowly tailored to protect the confidentiality of the information discussed in Apple's Motion for a Protective Order, the Declaration of Michael A. Jacobs in Support of Apple's Motion for a Protective Order and Motion to Shorten Time ("Jacobs Declaration"), and its exhibits.

3. Exhibit A to the Jacobs Declaration contains excerpts of the September 23, 2011 deposition of Roger Fidler.

4. Exhibit B to the Jacobs Declaration contains excerpts of the transcript of the October 6, 2011 deposition of Erin Wong, which Apple has designated CONFIDENTIAL – ATTORNEYS EYES ONLY. These excerpts make reference to Apple's product design process.

5. Exhibit C to the Jacobs Declaration contains excerpts of the October 7, 2011 deposition of Tracy-Gene Durkin, which Apple has designated CONFIDENTIAL – ATTORNEYS EYES ONLY. These excerpts make reference to Apple's design process and patent applications.

6. Exhibit F to the Jacobs Declaration contains excerpts of the October 25, 2011 deposition of Quinn Hoellwarth, which Apple has designated HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY. These excerpts make reference to Apple's product design process.

7. Exhibit G to the Jacobs Declaration contains a DVD containing what I understand to be true and correct video clips from the Fidler, Wong, Durkin, and Hoellwarth depositions referenced above, which are confidential for the reasons stated above.

8. Exhibit H to the Jacobs Declaration contains excerpts of the October 26, 2011 deposition of Bartley Andre, which Apple has designated CONFIDENTIAL – ATTORNEYS EYES ONLY. These excerpts make reference to Apple's product design process.

9. It is Apple's policy not to disclose or describe its confidential design trade secrets, product development, or business practices. This information is confidential to Apple. It is indicative of the way that Apple manages its business affairs and conducts product development, and thus it can be used by Apple's competitors to its disadvantage.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 26th day of October, 2011 at Belmont, California.

*/s/ Erica Tierney*
Erica Tierney

DECLARATION OF ERICA TIERNEY ISO APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 4:11-cv-01846-LHK
sf-3063603

3

**ATTESTATION OF E-FILED SIGNATURE**

I, MICHAEL A. JACOBS, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Erica Tierney has concurred in this filing.

Dated: October 27, 2011                    */s/ Michael A. Jacobs*
                                                            Michael A. Jacobs