UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>　　　　　　Defendants. | Case No.　　11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal documents relating to its Motion for a Protective Order. In support of its administrative motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Apple's Motion for a Protective Order;
2. Declaration of Michael A. Jacobs in Support of Apple's Motion for a Protective Order and its exhibits;
3. Apple's Proposed Order Granting Its Motion for a Protective Order;
4. Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion for a Protective Order; *and*
5. Apple's Proposed Order Granting Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion for A Protective Order.

**IT IS SO ORDERED.**

Dated: October _____, 2011.

_____
HONORABLE PAUL S. GREWAL
United States District Court Magistrate Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3063614