| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California  94105-2482 | Palo Alto, California 94304 |
| Telephone:  (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile:  (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.    11-cv-01846-LHK<br><br>**APPLE'S NOTICE OF LODGMENT OF EXHIBIT G TO THE DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME** |

1     PLEASE TAKE NOTICE that Exhibit G to the Declaration of Michael A. Jacobs in Support of Apple's Motion for A Protective Order and Motion to Shorten Time is lodged with the Court. This exhibit is a CD of video clips which contains confidential deposition testimony.

Dated: October 27, 2011          MORRISON & FOERSTER LLP

                                             By:  */s/ Michael Jacobs*
                                                         Michael Jacobs

                                                         Attorneys for Plaintiff
                                                         APPLE INC.