HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK<br><br>**CERTIFICATE OF PERSONAL DELIVERY** |

# CERTIFICATE OF PERSONAL DELIVERY
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster's business practice the document(s) described below will be taken from Morrison & Foerster's mailroom and hand delivered to the document's(s') addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster's mailroom.

I further declare that on the date hereof I served a copy of:

**APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL];**

**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME [SUBMITTED UNDER SEAL];**

**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL];**

**APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL]; AND**

**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL]**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on October 27, 2011.

/s/ Cyndi Knisely
Cyndi Knisely

## ACKNOWLEDGMENT OF RECEIPT

On the date hereof I received a copy of:

**APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL];**

**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME [SUBMITTED UNDER SEAL];**

**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL];**

**APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL]; AND**

**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR A PROTECTIVE ORDER [SUBMITTED UNDER SEAL]**

by personal delivery to:

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California

Attorney(s) for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

10/27/11
(date)

Employee of above-named Attorney's(s') office

Alice Silva                                      a. Silva
Print Name                                       Signature

sf-3063822