1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11 | APPLE, INC.,                                    )    Case No.: C 11-cv-1846 LHK (PSG)
                                                    )
12 |              Plaintiff,                         )    **ORDER SETTING BRIEFING AND**
   |      v.                                         )    **HEARING SCHEDULE ON**
13 |                                                 )    **SHORTENED TIME FOR**
   | SAMSUNG ELECTRONICS CO., LTD, a                 )    **PLAINTIFF'S MOTION FOR A**
14 | Korean corporation; SAMSUNG                     )    **PROTECTIVE ORDER**
   | ELECTRONICS AMERICA, INC., a New York           )
15 | corporation; and SAMSUNG                        )    **(Re: Docket No. 327)**
   | TELECOMMUNICATIONS AMERICA, LLC,                 )
16 | a Delaware limited liability company,           )
17 |              Defendants.                         )

18          Plaintiff Apple, Inc. ("Apple") moves to shorten time for the briefing and hearing schedule

19   for its motion for a protective order. Defendants Samsung Electronics Co., LTD., Samsung

20   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

21   "Samsung") have informed the court of their intent to oppose Apple's motion.

22          The court hereby GRANTS Apple's motion to shorten time. Samsung may file its

23   opposition no later than 5:00 p.m. on Friday, October 28, 2011. The court will not consider any

24   reply briefing. The parties shall appear for hearing at 3:00 p.m. on Tuesday, November 1, 2011.

25   Lead outside counsel and senior in-house counsel for both parties shall be present.

26
27
28

1    IT IS SO ORDERED.

2    Dated:  11/27/2011

3                                                    _Paul S. Grewal_____

4                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: CV 11-1846 LHK (PSG)
ORDER SETTING BRIEFING AND HEARING SCHEDULE ON SHORTENED TIME

United States District Court
For the Northern District of California