1  Mark D. Selwyn (SBN 244180)
    (*mark.selwyn@wilmerhale.com*)
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  950 Page Mill Road
    Palo Alto, California  94304
4  Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
5
    William F. Lee (admitted *pro hac vice*)
6  (*william.lee@wilmerhale.com*)
    WILMER CUTLER PICKERING
7    HALE AND DORR LLP
    60 State Street
8  Boston, MA  02109
    Telephone:  (617) 526-6000
9  Facsimile:  (617) 526-5000

10  Attorneys for Apple Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15  APPLE INC., a California corporation,       Case No. 11-cv-01846-LHK

16              Plaintiff,

17       vs.

18  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New            **NOTICE OF APPEARANCE OF**
    York corporation; SAMSUNG                    **COUNSEL ON BEHALF OF APPLE INC.**
20  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,

21
              Defendants.
22

23

24

25

26

27

28

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

2  PLEASE TAKE NOTICE that Victor F. Souto of Wilmer Cutler Pickering Hale and Dorr
3  LLP hereby appears as counsel for Apple Inc. in this action.  Pursuant to General Order 45 IV(c),
4  counsel respectfully requests that they be included via email on the Court's notification of all
5  electronic filings in this action at the following email address: vic.souto@wilmerhale.com.

7  Dated:  October 28, 2011                          WILMER CUTLER PICKERING
                                                         HALE AND DORR LLP

                                                     /s/ Victor F. Souto
                                                     Victor F. Souto
                                                     WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                     399 Park Avenue
                                                     New York, New York 10022
                                                     Telephone:  (212) 937 - 7224
                                                     Facsimile:   (212) 230 - 8888

                                                     *Counsel for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 28, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

      /s/ Victor F. Souto
      Victor F. Souto