| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| 6 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street | HALE AND DORR LLP<br>950 Page Mill Road |
| 8 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
| 9 | Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |
| 10 | | Attorneys for Plaintiff and<br>Counterclaim-Defendant |
| 11 | | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| 18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19 | v. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3064272

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3   address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482.

4   I am not a party to the within cause, and I am over the age of eighteen years.

5   I further declare that on October 27, 2011, I served a copy of:

6

7   **CORRECTED EXHIBIT G TO THE DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO SHORTEN TIME**

8

9   ☒   **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection
10   and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document listed above to the person at the address set forth below.

11

12   I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described
13   above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the
14   addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom

15

16   Kevin P.B. Johnson
   Quinn Emanuel Urquhart & Sullivan LLP
17   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
18   Tel: 650-801-5000
   Fax: 650-801-5100
19   Email: kevinjohnson@quinnemanuel.com

20   / / /

21   / / /

22   / / /

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3064272

2

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail addresses set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

Melissa Chan
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: victoriamaroulis@quinnemanuel.com

Sarah Jenkins
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

Todd Michael Briggs
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Email: toddbriggs@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, this 28th day of October, 2011.

_____
Tom E. Beyer