QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **SAMSUNG'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. Samsung's Opposition to Apple's Motion for a Protective Order;
2. Declaration of Brett Arnold in Support of Samsung's Opposition to Apple's Motion for a Protective Order ("Arnold Declaration") and its exhibits;
3. Samsung's [Proposed] Order Denying Apple's Motion for a Protective Order;

Samsung has established good cause to permit filing these documents under seal through the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith.   The above documents contain discussions or excerpts of deposition transcripts that Apple has designated as CONFIDENTIAL — ATTORNEYS EYES ONLY under the interim protective order.   Samsung trusts that Apple will file the necessary declaration validating this designation.   The above documents also discuss or contain references to matters that both parties agree are unrelated to the parties' substantive disputes in this case.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.

Apple does not oppose this motion.

DATED: October 28, 2011                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP


                                           By   /s/ Victoria F. Maroulis
                                              Charles K. Verhoeven
                                              Kevin P.B. Johnson
                                              Victoria F. Maroulis
                                              Michael T. Zeller
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC., and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC