UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to its Opposition to Apple's Motion for a Protective Order.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the below documents has been designated as

1 | CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.  Apple does not oppose this
2 | administrative motion.
3 |   Accordingly, for good cause shown, the Court ORDERS that the following documents
4 | shall be filed under seal:
5 |    1. Samsung's Opposition to Apple's Motion for a Protective Order;
6 |    2. Declaration of Brett Arnold in Support of Samsung's Opposition to Apple's Motion
7 |     for a Protective Order and its exhibits;
8 |    3. Samsung's Proposed Order Denying Apple's Motion for a Protective Order.

10 | **IT IS SO ORDERED.**

12 | DATED:   October_____, 2011

15 |      Hon. Paul S. Grewal
     United States District Court Magistrate Judge