1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19         Plaintiff,

20     vs.                                      **CERTIFICATE OF SERVICE**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
           Defendants.
25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On October 28, 2011, I served or caused to be served true copies of the documents described as

1. **SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PROTECTIVE ORDER**

2. **DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PROTECTIVE ORDER AND ATTACHED EXHIBITS**

3. **PROPOSED ORDER DENYING APPLE'S MOTION FOR A PROTECTIVE ORDER**

By emailing the aforementioned documents, or placing them on an FTP site and sending the access information via email, to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | ALLISON M. TUCHER<br>atucher@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | |

I declare that I am a member of the bar of this Court.

Executed on October 28, 2011, at Redwood Shores, California.

/s/    Brett Arnold

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

DATE: October 28, 2011                                                                    /s/ Victoria Maroulis