1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19                 Plaintiff,                      **SAMSUNG'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**

20          vs.

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
                   Defendants.
25

26

27

28

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5    1. Samsung's Motion to Compel Apple to Produce Documents and Things (the
6       "Motion to Compel");
7    2. The Declaration of Anna Neill in Support of Samsung's Motion to Compel and
8       Motion to Shorten Time (the "Neill Declaration") and its exhibits;
9    3. Samsung's [Proposed] Order Granting Samsung's Motion to Compel;
10    4. Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion
11       to Compel; and
12    5. Samsung's [Proposed] Order Granting Samsung's Motion to Shorten Time for
13       Briefing and Hearing on Samsung's Motion to Compel.

14  Samsung has established good cause to permit filing these documents under seal through
15  the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File
16  Documents Under Seal, filed herewith.   The above documents discuss and refer to documents
17  and things that Apple has designated as CONFIDENTIAL — ATTORNEYS EYES ONLY under
18  the interim protective order.   Samsung trusts that Apple will file the necessary declaration
19  validating these designations per Local Rule 79-5(d).
20  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
21  for in camera review and served on all parties.
22  Apple does not oppose this motion.

1  DATED: October 28, 2011              QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
2

3

4                                       By   /s/ Victoria F. Maroulis
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
7                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
8                                          TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28