QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On October 28, 2011, I served or caused to be served true copies of the documents described as

1. **SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS;**
2. **THE DECLARATION OF ANNA NEILL IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL AND MOTION TO SHORTEN TIME AND ITS EXHIBITS;**
3. **SAMSUNG'S [PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL;**
4. **SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL; AND**
5. **SAMSUNG'S [PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL**

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | JasonBartlett@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | DEOK KEUN MATTHEW AHN<br>dahn@mofo.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | GRANT L. KIM<br>gkim@mofo.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | ALLISON M. TUCHER<br>atucher@mofo.com |
| JASON R. BARTLETT | |

| | |
|---|---|
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| JOSHUA R. BENSON<br>jbenson@tcolaw.com | |

**BY ELECTRONIC MAIL TRANSMISSION**: I served the above documents by electronic mail transmission from brettarnold@quinnemanuel.com, transmitting a PDF format copy of the document to each such person at the email address listed above.   The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am a member of the bar of this Court.

Executed on October 28, 2011, at Redwood Shores, California.

/s/     Brett Arnold

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

DATE: October 28, 2011                                         /s/ Victoria Maroulis