HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO SHORTEN TIME ON MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS**<br><br>Date:     November 1, 2011<br>Time:     3:00 p.m.<br>Place:    Courtroom 5<br>Judge:   Hon. Paul S. Grewal |

1   Samsung has moved to shorten time on a motion to compel that it delivered just before
2   midnight on Friday night, October 28.  Samsung requests that Apple's opposition be due Monday,
3   October 31, 2011, at 4:00 p.m.

4   Samsung's motion to compel is unnecessary and inconsistent with the parties' lead
5   counsel meet and confer discussions on Thursday, and plainly a reaction to Apple's motion for a
6   protective order filed Thursday morning.  As of earlier in the day Friday, the parties had initiated
7   steps based on meet and confer discussions that appeared to satisfy both parties regarding the
8   issues raised by Samsung's motion.  Apple agreed to provide all of the requested items that it
9   could locate and agreed to describe its search in an interrogatory response to be delivered on
10  shortened time.

11  Since then, Apple has continued to search for and make available materials that would be
12  responsive to Samsung's requests, including over the weekend, when Apple made additional
13  items available for Samsung to inspect at Morrison & Foerster offices.  That inspection occurred
14  Sunday at 1:00 pm in Morrison & Foerster's Palo Alto office.

15  Apple is also preparing a response that explains its search and these events.  There is no
16  need for a motion, let alone a request to shorten time, and Samsung's request should be denied.

17  If, however, the Court believes that the request to shorten time should be granted, Apple
18  requests that it have until 9:00 p.m. Monday to file its opposition and until 8:00 a.m. (or whatever
19  hour in the morning the Court would request) on Tuesday to lodge its opposition and supporting
20  papers.  Apple will provide courtesy copies of the papers being lodged directly to Chambers.  The
21  additional time is necessary so that Apple can gather and submit complete and accurate
22  responsive information.

Dated:  October 31, 2011                    MORRISON & FOERSTER LLP


By:     /s/ Michael A. Jacobs
          Michael A. Jacobs

        Attorneys for Plaintiff
        APPLE INC.