UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to its Motion to Compel Apple to Produce Documents and Things.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the below documents has been designated as

02198.5185

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL

CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.    Apple does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Samsung's Motion to Compel Apple to Produce Documents and Things (the "Motion to Compel");
2. The Declaration of Anna Neill in Support of Samsung's Motion to Compel and Motion to Shorten Time (the "Neill Declaration") and its exhibits;
3. Samsung's [Proposed] Order Granting Samsung's Motion to Compel;
4. Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion to Compel; and
5. ~~Samsung's [Proposed] Order Granting Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion to Compel.~~

**IT IS SO ORDERED.**

DATED:   October__31_, 2011

*[signature: Paul S. Grewal]*

Hon. Paul S. Grewal
United States ~~District Court~~ Magistrate Judge