UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL<br><br>CONTAINS CONFIDENTIAL INFORMATION SUBMITTED UNDER SEAL |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rules 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion to Compel Apple to Produce Documents and Things.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby grants Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion to Compel Apple to Produce Documents and Things, and sets the

02198.5185

1  hearing on Samsung's Motion to Compel Apple to Produce Documents and Things for November
2  1, 2011, at 3:00 p.m.   Apple may file and serve their opposition papers on Samsung no later than
3  ~~4~~9:00 p.m. on Monday, October 31, 2011.   Samsung will not file a reply brief.

5  **IT IS SO ORDERED.**

7  DATED:   October__31_, 2011

_____
Hon. Paul S. Grewal
United States ~~District Court~~ Magistrate Judge