| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **APPLE'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

1. Apple's Opposition to Samsung's Motion to Compel Apple to Produce Documents and Things);

2. Declaration of Michael A. Jacobs in Opposition to Samsung's Motion to Compel Documents and Things ("Jacobs Declaration") and its exhibit;

3. Declaration of Wesley E. Overson in Opposition to Samsung's Motion to Compel Documents and Things;

4. Declaration of Erik J. Olson in Opposition to Samsung's Motion to Compel Documents and Things and its exhibits other than Exhibit 7 and Exhibit 9;

5. Declaration of Quin Hoellwarth in Opposition to Samsung's Motion to Compel Documents and Things; and

6. Declaration of Evans Hankey in Opposition to Samsung's Motion to Compel Documents and Things and its exhibits.

Apple has established good cause to permit the sealing of these materials. First, the documents contain discussions or references to Apple confidential information. As described in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal (the "Sealing Declaration"), filed herewith, the above documents discuss and disclose, among other things, details related to Apple's confidential design process, device prototypes, and business practices. (Sealing Declaration ¶¶ 4-6.) It is Apple's policy and practice not to disclose such information because it is confidential to Apple. (*Id*. ¶ 3.) This information is indicative of the way in which Apple manages its business affairs and conducts product development, and thus the information can be used by competitors to Apple's disadvantage. (*Id*.) Furthermore, many of the above items discuss or contain references to matters both parties agree are unrelated to the parties' substantive disputes in this case and are matters of private concern about the manner in which discovery is and will be conducted.

1  The requested relief is necessary and narrowly tailored to protect the confidentiality of the
2  information contained in the above materials.  Samsung has indicated that it does not oppose this
3  motion.  (Jacobs Declaration ¶ 8.)

Dated:  October 31, 2011  MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.