1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>        Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS AND SUPPORTING DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3064997

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal Apple's Opposition to Samsung's Motion to Compel Apple to Produce Documents and Things and supporting documents. In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Apple's Opposition to Samsung's Motion to Compel Apple to Produce Documents and Things;
- Declaration of Michael A. Jacobs in Opposition to Samsung's Motion to Compel Documents and Things and its exhibit;
- Declaration of Wesley E. Overson in Opposition to Samsung's Motion to Compel Documents and Things;
- Declaration of Erik E. Olson in Opposition to Samsung's Motion to Compel Documents and Things and its exhibits other than Exhibit 7 and Exhibit 9;
- Declaration of Quin Hoellwarth in Opposition to Samsung's Motion to Compel Documents and Things;
- Declaration of Evans Hankey in Opposition to Samsung's Motion to Compel Documents and Things and its exhibits.

**IT IS SO ORDERED.**

DATED: _____, 2011.

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3064997