| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE** |

1
2
**CERTIFICATE OF SERVICE
BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6]**

3      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4   is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,

5   and I am over the age of eighteen years.

6      I further declare that on October 31, 2011, I served copies of:

7   **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL];**

8
9   **DECLARATION OF MICHAEL A. JACOBS IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL];**

10
11  **DECLARATION OF WESLEY E. OVERSON IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS;**

12
13  **DECLARATION OF ERIK J. OLSON IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL]**

14
15  **DECLARATION OF ERIK J. OLSON IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS [REDACTED VERSION];**

16
17  **DECLARATION OF QUIN HOELLWATH IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL];**

18
19  **DECLARATION OF EVANS HANKEY IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO PROUDUCE DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL];**

20
21  **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS**

22
23
24
25
26
27
28

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com | Kevin P.B. Johnson<br>kevinjohnson@quinnemanuel.com |
| Victoria F. Maroulis<br>victoriamaroulis@quinnemanuel.com | Michael T. Zeller<br>michaelzeller@quinnemanuel.com |
| William H. Lee<br>william.lee@wilmerhale.com | Mark D. Selwyn<br>mark.selwyn@wilmerhale.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on October 31, 2011.

*/s/ Cyndi Knisely*
Cyndi Knisely

EXHIBIT X 11-cv-01846-LHK
sf-3065464

1