# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: November 1, 2011                              Time in Court: [4:07 to 5:13 (1 hour 6 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Gina Galvan Colin

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER: CV11-01846 LHK**
Plaintiff Attorney(s) present: Michael Jacobs, Richard Hung, Erik Olsen and Jayna Whitt
Defendant Attorney(s) present: Kevin Johnson, Michael Zeller, Victoria Maroulis, Brett Arnold, Anna Neill and Ken Korea

## PROCEEDINGS
**Plaintiff's Motion for a Protective Order (Doc. 327)**
**Defendant's Motion to Compel (Doc. 346)**

Parties present oral arguments.

The Court takes matters under submission; written order after hearing to be issued.

///