RECEIVED

2011 OCT 28 A 9 09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company,

    Defendants.

CASE NO. 11-cv-01846-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brian Larivee, whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109; 617-526-6226

and who is an active member in good standing of the bar of Supreme Judicial Court of Mass. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Apple Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 3, 2011

*Lucy H. Koh*
United States District Judge