RECEIVED

OCT 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br>　　　　Plaintiff,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Peter J. Kolovos, whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109; (617) 526-6493

and who is an active member in good standing of the bar of Supreme Judicial Court of Mass. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:　November 3, 2011

*Lucy H. Koh*
United States District Judge