RECEIVED

2011 OCT 28  P 3: 53

RICHARD W. WIEKING
CLERK US DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| v. | **(Proposed)** <br> **ORDER GRANTING APPLICATION** <br> **FOR ADMISSION OF ATTORNEY** <br> ***PRO HAC VICE*** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company, | |
| Defendants, | |

Ali H. Shah                                        , whose business address and telephone number is

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Ave NW  20006; 202-663-6064

and who is an active member in good standing of the bar of  the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:                                        _____

United States District    Judge