1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE (*pro hac vice*)
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)            WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)          60 State Street
    jtaylor@mofo.com                             Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)             Telephone: (617) 526-6000
    atucher@mofo.com                             Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com                               MARK D. SELWYN (SBN 244180)
6   JASON R. BARTLETT (CA SBN 214530)            mark.selwyn@wilmerhale.com
    jasonbartlett@mofo.com                       WILMER CUTLER PICKERING
7   MORRISON & FOERSTER LLP                      HALE AND DORR LLP
    425 Market Street                            950 Page Mill Road
8   San Francisco, California  94105-2482        Palo Alto, California 94304
    Telephone:  (415) 268-7000                   Telephone: (650) 858-6000
9   Facsimile:  (415) 268-7522                   Facsimile: (650) 858-6100

10

11   Attorneys for Plaintiff and Counterclaim-
     Defendant APPLE INC.
12

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16

17   APPLE INC., a California corporation,          Case No.    11-cv-01846-LHK

18                          Plaintiff,              **JOINT STIPULATION AND
                                                    [PROPOSED] ORDER SEALING
19          v.                                      NOVEMBER 1, 2011 HEARING
                                                    TRANSCRIPT**
20   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG ELECTRONICS
21   AMERICA, INC., a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
22   AMERICA, LLC, a Delaware limited liability
     company,
23
                            Defendants.
24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER SEALING NOVEMBER 1, 2011 HEARING TRANSCRIPT
CASE NO. 11-CV-01846-LHK
sf- 3067614

1

1

2      Plaintiff and counterclaim-defendant Apple Inc. ("Apple") and defendants and

3   counterclaim-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

4   Samsung Telecommunications America, LLC (collectively, "Samsung") stipulate to and request

5   an order sealing the November 1, 2011 hearing transcript regarding:  (i) Apple's Motion for a

6   Protective Order (submitted October 27, 2011) and (ii) Samsung's Motion to Compel Apple to

7   Produce Documents and Things (submitted October 28, 2011).

8      At the hearing, regarding the first motion, the parties discussed confidential information at

9   length, including descriptions of, and quotations from, numerous deposition transcripts that Apple

10   has designated as highly confidential under the interim protective order.  As for the second

11   motion, the parties' discussions concerned Apple's confidential information, including its

12   industrial design process and product development.  (*See* Decl. of Erica Tierney in Supp. of

13   Apple's Unopposed Admin. Mot. to File Documents Under Seal, D.N. 327-1 ¶¶ 4-8.)  This is

14   information that Apple does not disclose or describe, as it is indicative of the way that Apple

15   manages its business affairs and conducts product development and thus can be used by Apple's

16   competitors to its disadvantage.  (*Id.* at ¶ 9.)  Although the courtroom was not sealed during these

17   discussions, only the Court, its staff, and the parties and their counsel were present when these

18   motions were heard.

19

20   Dated: November 4, 2011

21

22   MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

23   By:__/s/ Richard S.J. Hung_____   By:__/s/ Victoria F. Maroulis_____
         RICHARD S.J. HUNG                  VICTORIA F. MAROULIS

24
         Attorneys for APPLE INC.          Attorneys for SAMSUNG ELECTRONICS
25                                          CO. LTD, SAMSUNG ELECTRONICS
                                            AMERICA, INC. & SAMSUNG
26                                          TELECOMMUNICATIONS AMERICA,
                                            LLC.

27

28

1

2                                          **ORDER**

3            Pursuant to stipulation,

4            IT IS SO ORDERED.

5            DATED:        November _____, 2011.

6

7                                                   _____

8                                                   HONORABLE PAUL S. GREWAL
                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **ATTESTATION OF E-FILED SIGNATURE**

3     I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this

4 Joint Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Victoria F.

5 Maroulis has concurred in this filing.

6 Dated:  November 4, 2011                          /s/  Richard S.J. Hung
                                                        Richard S.J. Hung
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28