# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: November 4, 2011                                     Time in Court: (14 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (12:02 to 12:16)

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Michael Jacobs, *telephonically*
Defendant Attorney(s) present: Michael Zeller, *telephonically*

### PROCEEDINGS
**Mid-Deposition Dispute**

Phone conference held.

Dispute resolved.

///