HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S SUPPLEMENTAL STATEMENT CONCERNING SAMSUNG'S MOTION TO COMPEL**<br><br>Date: November 1, 2011<br>Time: 3:00 p.m.<br>Place: Courtroom 5<br>Judge: Hon. Paul S. Grewal |

1       On October 28, 2011, Samsung moved to compel production of certain physical models and photographs that it believed were in Apple's possession.  The motion was argued on November 1.  This Supplement updates the Court on recent events.

        By the time the motion was filed, Apple had made 27 physical objects and models available to Samsung's counsel.  After the motion was filed but before it was argued, Apple made 15 additional models available to Samsung's counsel.  One issue regarding the models remained – whether one of them matched photographs submitted during prosecution of the United States Design Patent Number 504,889.  As of the hearing, Apple was unable to answer that question.

        Apple continued to work on that question during the remainder of the week.  By Friday morning, November 4, 2011, Apple had verified that one of the recently located models was the item depicted in the photographs.  That morning, Apple informed Samsung that it would stipulate to this fact and has specifically identified the item using a model number.  That same day, Apple industrial designer Chris Stringer confirmed this identification in his deposition.

        As for the photographs, Apple has produced the best images it has been able to locate.  Apple did so after searches of files and locations in Apple's control, of files and locations in the control of Sterne Kessler, and of files and locations in the control of the Beyer law firm.  (Apple also obtained the best copies available from the Patent Office.)  Collectively, these searches reflect all the attorneys or individuals that were involved in the prosecution of the D'889 patent or who had possession of the prosecution file.  Apple does not know where else to look, but is, of course, willing to search other locations that Samsung's attorneys reasonably believe would contain the images.

        Apple submits that the foregoing moots Samsung's motion.

Dated:  November 7, 2011                MORRISON & FOERSTER LLP

                                        By: /s/ Michael A. Jacobs
                                            MICHAEL A. JACOBS

                                            Attorneys for Plaintiff
                                            APPLE INC