| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SEALING NOVEMBER 1, 2011 HEARING TRANSCRIPT** |

Plaintiff and counterclaim-defendant Apple Inc. ("Apple") and defendants and counterclaim-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") stipulate to and request an order sealing the November 1, 2011 hearing transcript regarding: (i) Apple's Motion for a Protective Order (submitted October 27, 2011) and (ii) Samsung's Motion to Compel Apple to Produce Documents and Things (submitted October 28, 2011).

At the hearing, regarding the first motion, the parties discussed confidential information at length, including descriptions of, and quotations from, numerous deposition transcripts that Apple has designated as highly confidential under the interim protective order. As for the second motion, the parties' discussions concerned Apple's confidential information, including its industrial design process and product development. (*See* Decl. of Erica Tierney in Supp. of Apple's Unopposed Admin. Mot. to File Documents Under Seal, D.N. 327-1 ¶¶ 4-8.) This is information that Apple does not disclose or describe, as it is indicative of the way that Apple manages its business affairs and conducts product development and thus can be used by Apple's competitors to its disadvantage. (*Id.* at ¶ 9.) Although the courtroom was not sealed during these discussions, only the Court, its staff, and the parties and their counsel were present when these motions were heard.

Dated: November 4, 2011

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ Richard S.J. Hung<br>    RICHARD S.J. HUNG | By: /s/ Victoria F. Maroulis<br>    VICTORIA F. MAROULIS |
| Attorneys for APPLE INC. | Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC. & SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

DATED:      November _7_, 2011.

                                           HONORABLE PAUL S. GREWAL
                                           United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: November 4, 2011       /s/ Richard S.J. Hung
                                  Richard S.J. Hung