HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S NOTICE OF LODGING OF CORRECTED EXHIBIT C TO THE DECLARATION OF FRANCIS HO IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION** |

1 TO: THE CLERK OF THE COURT AND DEFENDANTS:

2     PLEASE TAKE NOTICE that Plaintiff Apple Inc. is hereby lodging with the Clerk's office a corrected version of Exhibit C to the Declaration of Francis Ho in Support of Apple's Reply In Support of its Motion for a Preliminary Injunction dated September 30, 2011 (submitted under seal the following day). The corrected exhibit is attached to the Declaration of Francis Ho Attaching Corrected Exhibit C to the Declaration of Francis Ho in Support of Apple's Reply In Support of Its Motion for a Preliminary Injunction ("Ho Declaration.").

    Like the original Exhibit C, corrected Exhibit C is a document that Samsung designated as "Highly Confidential – Attorneys' Eyes Only." (Ho Declaration. ¶ 5.) Therefore Apple requests that the corrected Exhibit C being lodged today be filed under seal pursuant to Apple's Stipulated Administrative Motion to File Under Seal Its Reply in Support of Its Motion for a Preliminary Injunction and Related Documents, docket number 282, filed September 30, 2011. (*Id.*)

Dated: November 7, 2011          MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
    Michael A. Jacobs

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.