| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.   11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE OF THE DECLARATION OF FRANCIS HO ATTACHING CORRECTED EXHIBIT C TO THE DECLARATION OF FRANCIS HO IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION** |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 7, 2011, I served a copy of:

**DECLARATION OF FRANCIS HO ATTACHING CORRECTED EXHIBIT C TO THE DECLARATION OF FRANCIS HO IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]; and**

**DECLARATION OF FRANCIS HO ATTACHING CORRECTED EXHIBIT C TO THE DECLARATION OF FRANCIS HO IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [PUBLIC VERSION]**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com

Michael T. Zeller
michaelzeller@quinnemanuel.com

William H. Lee
william.lee@wilmerhale.com

Mark D. Selwyn
mark.selwyn@wilmerhale.com

David Bassett
david.bassett@wilmerhale.com

Mark D. Flanagan
mark.flanagan@wilmerhale.com

Victor F. Souto
vic.souto@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on November 7, 2011.

*/s/ Cyndi Knisely*
Cyndi Knisely