1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
---|---|---
19 | Plaintiff, | **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**
20 | vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 | |
25 | Defendants. |

26

27

28

1     Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to

4  seal:

5   1. The unredacted, confidential version of Samsung's Response to Apple's

6      Supplemental Statement Concerning Samsung's Motion to Compel ("Samsung's

7      Response"); and

8   2. Exhibits A and B to the Declaration of Brett Arnold in Support of Samsung's

9      Response.

10    Samsung has established good cause to permit filing these documents under seal through

11  the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File

12  Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to

13  documents and things that the parties have designated as confidential under the interim protective

14  order.

15    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

16  for in camera review and served on all parties.

17

18  DATED: November 7, 2011          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
19

20

21                                   By   */s/ Kevin P.B. Johnson*
                                        Charles K. Verhoeven
22                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
23                                      Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
24                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
25                                      TELECOMMUNICATIONS AMERICA, LLC

26

27

28

02198.51855/4436866.1
                                           -1-                    Case No. 11-cv-01846-LHK
                        **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**