QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5      1. The unredacted, confidential version of Samsung's Response to Apple's
6         Supplemental Statement Concerning Samsung's Motion to Compel ("Samsung's
7         Response"); and
8      2. Exhibits A and B to the Declaration of Brett Arnold in Support of Samsung's
9         Response.

10  Samsung has established good cause to permit filing these documents under seal through
11  the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File
12  Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to
13  documents and things that the parties have designated as confidential under the interim protective
14  order.

15  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
16  for in camera review and served on all parties.

17

18  DATED: November 7, 2011        QUINN EMANUEL URQUHART &
19                                              SULLIVAN, LLP
20
21                                       By   */s/ Kevin P.B. Johnson*
22                                          Charles K. Verhoeven
23                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
24                                          Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
25                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
26                                            TELECOMMUNICATIONS AMERICA, LLC
27
28