1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to its Response to Apple's Supplemental Statement Concerning Samsung's Motion to Compel.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the below documents contain information that has been designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple, or sealed by order of this Court.

02198.5185

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL**

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The unredacted, confidential version of Samsung's Response to Apple's Supplemental Statement Concerning Samsung's Motion to Compel ("Samsung's Response"); and

2. Exhibits A and B to the Declaration of Brett Arnold in Support of Samsung's Response.

**IT IS SO ORDERED.**

DATED:   November _____, 2011

_____
Hon. Paul S. Grewal
United States Magistrate Judge