| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |    HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile:  (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|            Plaintiff, | |
|     vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **COUNTERCLAIM-DEFENDANT APPLE INC.'S NOTICE OF FILING OF APPLE'S AMENDED COUNTERCLAIMS IN REPLY** |
|            Defendants. | |

COUNTERCLAIM DEFENDANT APPLE INC.'S
NOTICE OF FILING OF APPLE'S AMENDED
COUNTERCLAIMS IN REPLY
Case No. 11-cv-01846 (LHK)

1

|   |   |
|---|---|
| 1  | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 2  | |
| 3  | |
| 4  | |
| 5  | Counterclaim-Plaintiffs, |
| 6  | v. |
| 7  | APPLE INC., a California corporation, |
| 8  | |
| 9  | Counterclaim-Defendant. |

## NOTICE OF FILING OF APPLE'S AMENDED COUNTERCLAIMS IN REPLY

On October 18, 2011, the Court ordered Apple to file its Amended Answer, Defenses, and Counterclaims in Reply to Samsung's Counterclaims (the "Amended Counterclaims in Reply") by November 8.  On October 28, 2011, Apple filed an <u>unopposed</u> motion for leave to file its Amended Counterclaims in Reply, in case the allegations in the proposed Amended Counterclaims in Reply were deemed to exceed the scope of the leave to amend specified in the Court's October 18 Order.  That motion is pending.  In an abundance of caution, to avoid any issue with respect to Apple's compliance with the October 18, 2011 Order, and because Samsung's agreement not to oppose that motion serves as written consent to the amendment under Fed. R. Civ. P. 15 (a)(2), Apple is today filing its proposed Amended Counterclaims in Reply.

2

COUNTERCLAIM DEFENDANT APPLE INC.'S
NOTICE OF FILING OF APPLE'S AMENDED
COUNTERCLAIMS IN REPLY
Case No. 11-cv-01846 (LHK)

| | | |
|---|---|---|
| 1 | Dated:  November 8, 2011 | /s/ Mark D. Selwyn |
| 2 | | Mark D. Selwyn (SBN 244180) |
| | | (mark.selwyn@wilmerhale.com) |
| 3 | | WILMER CUTLER PICKERING |
| | |   HALE AND DORR LLP |
| 4 | | 950 Page Mill Road |
| 5 | | Palo Alto, California  94304 |
| | | Telephone:  (650) 858-6000 |
| 6 | | Facsimile:   (650) 858-6100 |

Dated:  November 8, 2011

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

COUNTERCLAIM DEFENDANT APPLE INC.'S
NOTICE OF FILING OF APPLE'S AMENDED
COUNTERCLAIMS IN REPLY
Case No. 11-cv-01846 (LHK)

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 8, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark D. Selwyn
Mark D. Selwyn