# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING BRIEFING AND |
| v. ) | HEARING SCHEDULE FOR |
| ) | PRELIMINARY INJUNCTION MOTION |
| SAMSUNG ELECTRONICS CO., LTD., A ) | |
| Korean business entity; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On Friday, July 1, 2011, Plaintiff Apple, Inc. filed a motion for preliminary injunction to enjoin the Samsung Defendants from making, using, offering to sell, or selling within the United States, or importing into the United States, four of Samsung's recently released smart phones and tablet computers. Apple seeks preliminary relief on grounds that Samsung's products infringe three of Apple's design patents and one of Apple's utility patents. Pursuant to the Court's order, the parties have submitted a statement outlining their proposals for a briefing and hearing schedule for Apple's motion. Although both parties have proposed schedules that allow each side to take discovery before its responsive brief is due, the parties disagree on exactly how much time is required for discovery and briefing.

1  The Court understands that Apple wishes to resolve the issue of preliminary relief as
2  quickly as possible in order to prevent the irreparable harm that Apple alleges is caused by the
3  continuing sale of Samsung's products.  However, the Court agrees with Samsung that Apple's
4  motion presents complex issues of patent infringement, validity, and construction, and seeks an
5  extraordinary form of relief.  As such, the Court is inclined to provide the parties an opportunity to
6  brief the issues as fully as possible, thereby ensuring that the Court has sufficient information to
7  make an informed determination of the motion.  Accordingly, the Court hereby adopts the
8  following briefing and hearing schedule for Apple's preliminary injunction motion:

| Task | Deadline |
| --- | --- |
| Samsung's discovery requests | Served prior to July 8, 2011 |
| Apple's objections to Samsung's discovery due | July 20, 2011 |
| Document production due (produced on rolling basis) | July 27, 2011 |
| Deadline for Samsung's discovery from Apple | August 8, 2011 |
| Samsung's opposition brief due | August 22, 2011 |
| Apple's discovery requests due | August 26, 2011 |
| Samsung's objections to Apple's discovery due | August 31, 2011 |
| Document production due (produced on rolling basis) | September 12, 2011 |
| Deadline for Apple's discovery of Samsung | September 21, 2011 |
| Apple's reply brief due | September 30, 2011 |
| Hearing on motion for preliminary injunction | October 13, 2011 |

The discovery sought under this schedule must be relevant to the preliminary injunction motion and may include discovery related to prior art, depositions of declarants, and other discovery related to infringement and validity issues.  The Court encourages the parties to make all efforts to keep discovery requests reasonable in scope and narrowly tailored to address the preliminary injunction motion.  If disputes arise, the parties must make a good faith effort to reach a mutually

2
Case No.: 11-CV-01846-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION

1 agreeable compromise, and lead trial counsel must meet and confer in person, before bringing the
2 dispute before the Court.
3 **IT IS SO ORDERED.**

5 Dated: July 18, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge