# EXHIBIT 3

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Facsimile:  (650) 852-9224

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S INTERROGATORIES TO DEFENDANTS RELATING TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION – SET TWO** |

APPLE INC. ("Apple") hereby requests, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, that SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ("Defendants") respond to Apple's Interrogatories Relating to Apple's Motion for a Preliminary Injunction – Set Two.  Apple requests that Defendants answer each interrogatory below and serve their answers on Apple's counsel at the offices of Morrison & Foerster, LLP, 425 Market St., San Francisco, CA 94105-2482 on or before September 12, 2011.

### DEFINITIONS

The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California.  In addition, the following terms shall have the meanings set forth below whenever used in any Request.

1.      "Samsung," "You" and/or "your" mean Defendants and all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, sales representative, or attorney thereof.

2.      "Patents in Suit" means U.S. Patent No. 7,469,381, U.S. Design Patent No. D504,889, U.S. Design Patent No. D593,087, and U.S. Design Patent No. D618,677, collectively.

3.      "Products at Issue" means the Samsung Galaxy S 4G, Infuse 4G, Droid Charge, and Galaxy Tab 10.1, as released anywhere in the world.

4.      "Hardware Design" means a device's casing, screen and screen borders, bezel or band, buttons, ports, speaker, and speaker slots, and all hardware, insignia, or ornamentation thereon.

5.      "Identify" means (1) when referring to a person, the person's full name, present or last known address and telephone number, and the last known title and place of employment; (2) when referring to nonpatent documents, the production number or type of document, its general

1   nature and subject matter, date of creation, and all author(s), addresses(s), and recipient(s); and

2   (3) when referring to patent documents, the country, patent and/or application number, dates of

3   filing, publications, and grant, and the names of patentees or applicants.

4   **INTERROGATORIES**

5   **INTERROGATORY NO. 10:**

6   Describe the circumstances surrounding the development and/or design of the Hardware

7   Design of the Products at Issue, including dates of conception of the design of the Hardware

8   Design, the persons who were involved, and the tools or software used to create or model the

9   design of the Hardware Design.

10   **INTERROGATORY NO. 11:**

11   Describe the circumstances surrounding the development and/or design of features in the

12   Products at Issue relating to: (1) the functionality that allows for a list to be scrolled beyond its

13   terminus or a document to be translated beyond its edge until the list or document is partially

14   displayed and (2) functionality that allows for a list that is scrolled beyond its terminus to scroll

15   back or bounce back into place or for a document that is translated beyond its edge to translate

16   back or bounce back so that the list or document returns to fill the screen, including dates of

17   conception of the design of the functionalities and the persons who were involved.

18   **INTERROGATORY NO. 12:**

19   Identify the date(s) on which Samsung first became aware of each of the Patents in Suit,

20   the persons at Samsung who first became aware of the aforementioned patents, and the

21   circumstances surrounding those individuals' awareness of the aforementioned patents.

22   **INTERROGATORY NO. 13:**

23   Identify and describe any surveys, focus groups, or market research relating to actual or

24   prospective smartphone or tablet computer customers.

25   **INTERROGATORY NO. 14:**

26   Describe any instances of consumer confusion in which Samsung was made aware that a

27   person confused an Apple product for a Product at Issue, or a Product at Issue for an Apple

28   product.

1   Dated: August 26, 2011                  MORRISON & FOERSTER LLP

2

3                                           By:     /s/ Richard S.J. Hung
                                                    RICHARD S.J. HUNG
4
                                            Attorneys for Defendant
5                                           APPLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28