# EXHIBIT 19

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(650) 801-5015**

WRITER'S INTERNET ADDRESS
kevinjohnson@quinnemanuel.com

July 15, 2011

**VIA EMAIL AND U.S. MAIL**

Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
MJacobs@mofo.com

Re:    Apple Inc. v. Samsung Elecs. Co., et al., Case No. 11-CV-01846-LHK (N.D. Cal.)

Dear Michael:

I am writing in response to your letter dated July 1, 2011 regarding the preservation of evidence related to the lawsuits between Apple and Samsung.  Pursuant to your request, we confirm that Samsung has taken steps to preserve documents relevant to the pending lawsuits between Apple and Samsung.

As you are probably aware, just last month sanctions were issued against Apple in *Personal Audio LLC v. Apple Inc.* because Apple "failed to obey [the] court's orders to disclose information in its possession or control that is relevant to the claims or defenses of any party" and that Apple "failed to provide information as required by Federal Rule of Civil Procedure 26(a); and that these failures were not substantially justified."  In that instance, just three weeks before trial, Apple produced 6,300 pages of documents, including documents from a disk as well as pages from handwritten notebooks and early third-party MP3 players.  The Court found that "[a] reasonable inquiry [by Apple] should have revealed these items long ago."

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543  | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601  | TEL (212) 849-7000  FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139  | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510  | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan  | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany  | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100

Michael A. Jacobs
July 15, 2011
Page 2


In light of this and your request to Samsung, please confirm that Apple, like Samsung, is taking the necessary steps required to identify and preserve all relevant evidence.

Sincerely,

Kevin P.B. Johnson