# EXHIBIT 20

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Friday, August 05, 2011 7:26 AM |
| **To:** | Todd Briggs; 'Hung, Richard S. J.'; 'McElhinny, Harold J.'; 'Jacobs, Michael A.'; 'Monach, Andrew E.'; 'Bartlett, Jason R.'; 'Kim, Grant L.'; 'Ahn, Deok Keun Matthew'; 'Sexton, Robin L.' |
| **Cc:** | Kevin Johnson; Victoria Maroulis |
| **Subject:** | RE: Apple v. Samsung -- Letter from K. Johnson to M. Jacobs |
| **Attachments:** | 7.15.11 letter.pdf |

Michael,

We never received a response to Kevin Johnson's July 15 letter to you. Will you please provide a response as soon as possible.

Best Regards, Todd

---

**From:** Todd Briggs
**Sent:** Friday, July 15, 2011 1:07 PM
**To:** 'Hung, Richard S. J.'; 'McElhinny, Harold J.'; 'Jacobs, Michael A.'; 'Monach, Andrew E.'; 'Bartlett, Jason R.'; 'Kim, Grant L.'; 'Ahn, Deok Keun Matthew'; 'Sexton, Robin L.'
**Cc:** Kevin Johnson; Victoria Maroulis; Todd Briggs
**Subject:** Apple v. Samsung -- Letter from K. Johnson to M. Jacobs

Please see attached letter.

**Todd Briggs**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLp.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
650-801-5020 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.