# EXHIBIT 22

Yonhap New



## Samsung to release Galaxy Tab 10.1 as planned

By Lee Youkyung
SEOUL, March 5 (Yonhap) -- Samsung Electronics Co., the world's second-largest maker of mobile phones, said on Saturday that it will release the latest generation of its tablet computer, the Galaxy Tab 10.1, as scheduled, denying speculations that it might postpone its release to make improvements.

Samsung last month unveiled a new tablet PC featuring a 10-inch screen that uses the Android platform. Powered by the new version of Android Honeycomb software, the Galaxy Tab 10.1 features a larger screen, thinner body and faster processor than the previous model, which had a 7-inch display.
Apple Inc., however, effectively set a new bar for competitors by unveiling the iPad 2 this week. Touted by Apple CEO Steve Jobs as "dramatically thinner" than the previous iPad, the new tablet is 2.1 millimeters thinner than the Galaxy Tab 10.1.

<Copyright(c) 2005 YonhapNews.>



본 기사는 연합뉴스외의 계약없이 전문 또는 일부의 전재를 금합니다.
Copyright (c) 2005 YonhapNews All rights reserved.