QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF RUSSELL WILKINS** |
| vs. | **PUBLIC REDACTED VERSION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Case No. 11-cv-01846-LHK

1          I, Russell Wilkins, do hereby declare as follows:

2          1.    I am Senior Manager of Samsung's Voice of the Customer (VOC) Department at Samsung Telecommunications America, LLC ("STA"). I have been employed by STA since 2003. I oversee all of the call centers that service Samsung's U.S. mobile products. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently as follows.

        2.    STA operates call centers which offer product support and receive feedback from customers regarding Samsung's products. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

        3.    I understand that in this litigation, Apple has asked Samsung to produce "any instances of consumer confusion in which Samsung was made aware that a person confused an Apple product for a Product at Issue, or a Product at Issue for an Apple product."

        4.    It would be very difficult and time-consuming to attempt to search for and locate documents responsive to this request. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

        5.    ████████████████████████████████████████████████████████████████████████████████████

-1-

Case No. 11-cv-01846-LHK

1  █████████████████████████████████████████████
2  █████████████████████████████████████████████
3  █████████████████████████████████████████████
4  █████████████████████████████████████████████
5  █████████████████████████████████████████████
6  ████████████████████
7     6.  ████████████████████████████████████████
8  █████████████████████████████████████████████
9  █████████████████████████████████████████████
10 █████████████████████████████████████████████
11 ████████████
12    7.  ███████████████████████████████████████
13 ████████████████████████████████████ For example, it is
14 possible that Samsung customers may have contacted the call centers to comment on how they
15 disliked their previous Apple product, but enjoy using their Samsung product.  This would not be
16 responsive to Apple's requests, because the consumer is not expressing any confusion as to the
17 source of the product he or she was calling about.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  I declare under the penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 26th day of September, 2011, at Colorado Springs, Colorado.

*/s/ Russell Wilkins*

Russell Wilkins

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Russell Wilkins.

*/s/ Victoria Maroulis*