| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

DECLARATION OF ERIK J. OLSON. OLSON IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK
sf-3069485

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained herein, I could and would competently testify thereto.

2. The requested relief is necessary to protect the confidentiality of information discussed in Apple's Supplemental Statement Regarding Apple's Motion for a Protective Order. That document contain information that the parties have designated as confidential, that the parties have jointly requested be placed under seal, and that the Court has sealed.

3. Apple's statement also contains a discussion of two motions (Apple's Motion for a Protective Order and Samsung's Motion to Compel Apple to Produce Documents and Things) that were submitted under seal because they contained references to, and quotations from, documents that Apple and Samsung had designated as highly confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November, 2011 at San Francisco, California.

*/s/ Erik J. Olson*
Erik J. Olson

DECLARATION OF ERIK J. OLSON IN OPPOSITION TO SAMSUNG'S MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK
sf-3069485

1