1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>          Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRATING APPLE'S MOTION TO FILE UNDER SEAL** |

[PROPOSED] ORDER GRATING APPLE'S MOTION TO FILE UNDER SEAl
CASE NO. 11-CV-01846-LHK
pa-1496599

1   Apple Inc. has filed Apple's Administrative Motion to File Documents Under Seal
2   relating to its Apple's Supplemental Statement Regarding Apple's Motion for a Protective Order.
3   Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62
4   to provide evidence of good cause for this Court to permit filing under seal. The declaration
5   establishes that the below documents contain information that has been designated confidential
6   and previously placed under seal by the Court.
7   Accordingly, for good cause shown, the Court ORDERS that the following documents shall
8   be filed under seal:
9       1.   Apple's Supplemental Statement Regarding Motion for a Protective Order;
10  **IT IS SO ORDERED**

13  Dated: November ___, 2011

16                                           HONORABLE PAUL S. GREWAL
                                             United States Magistrate Judge