| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice* anticipated)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>MARK D. FLANAGAN (SBN 130303)<br>mark.flanagan@wilmerhale.com<br>LIV HERRIOT (SBN 267694)<br>liv.herriot@wilmerhale.com<br>ANDREW LIAO (SBN 271219)<br>andrew.liaw@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and Counterclaim-defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY ANDREW LIAO** |

NOTICE OF APPEARANCE BY ANDREW LIAO
CASE NO. 11-CV-01846-LHK

1    PLEASE TAKE NOTICE that attorney Andrew Liao of Wilmer Cutler Pickering Hale

2 and Dorr LLP, a member of the State Bar of California (CA SBN 271219) and admitted to

3 practice in this Court, and whose contact information appears below, hereby enters an appearance

4 as an additional attorney of record for plaintiff Apple Inc. in the above-captioned case.

        Andrew Liao
        Wilmer Cutler Pickering Hale and Dorr LLP
        950 Page Mill Road
        Palo Alto, California  94304
        Telephone:  (650) 858-6063
        Facsimile:  (650) 858-6100
        Email:  andrew.liao@wilmerhale.com

Dated:  November 14, 2011        WILMER CUTLER PICKERING HALE
                                    AND DORR LLP

                                      By:   /s/  ANDREW LIAO
                                              ANDREW LIAO

                                              Attorneys for Plaintiff
                                              APPLE INC.