Richard Goldenberg, Esq., WilmerHale,
60 State St., Boston, MA 02109; Tel: 617-526-6548

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
2011 NOV 15 P 3:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

APPLE INC., a California corporation

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNCIATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant(s).

CASE NO. 11-CV-01846 (LHK)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Richard Goldenberg , an active member in good standing of the bar of Massachusetts and the District of Columbia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark D. Selwyn, Esq., WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304; (650) 858-6031; California Bar #244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2011