```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010762
Cashier ID: harwellt
Transaction Date: 11/15/2011
Payer Name: Wilmer Cutler Pickering
------------------------------------
PRO HAC VICE
  For: Richard Goldenberg
  Case/Party: D-CAN-5-11-AT-PROHAC-001
  Amount:          $305.00
PRO HAC VICE
  For: Michael Saji
  Case/Party: D-CAN-5-11-AT-PROHAC-001
  Amount:          $305.00
PRO HAC VICE
  For: Brian Seeve
  Case/Party: D-CAN-5-11-AT-PROHAC-001
  Amount:          $305.00
------------------------------------
NON-SCANNABLE CHECK
  Check/Money Order Num: 530844
  Amt Tendered:   $915.00
------------------------------------
Total Due:       $915.00
Total Tendered:  $915.00
Change Amt:        $0.00

Case # 11-cv-1846-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```