1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | ) Case No.: C 11-1846 LHK (PSG) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING-IN-PART** |
| v. | ) **DEFENDANT'S MOTION TO** |
| | ) **COMPEL** |
| SAMSUNG ELECTRONICS CO., LTD, a | ) |
| Korean corporation; SAMSUNG | ) **(Re: Docket No. 346)** |
| ELECTRONICS AMERICA, INC., a New York | ) |
| corporation; and SAMSUNG | ) |
| TELECOMMUNICATIONS AMERICA, LLC, | |
| a Delaware limited liability company, | |
| | |
| Defendants. | |

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Telecommunications America, LLC (collectively, "Samsung") move to compel a

complete response by Plaintiff Apple Inc. ("Apple") to Samsung's requests for production nos. 82,

83, and 86. Specifically, Samsung moves for production of: (1) the physical tablet computer

mockup depicted in certain photographs produced to Samsung as part of the prosecution history

file for Apple's D504,889 patent ('889 patent) application; (2) the originals of and digital files

reproducing those photographs produced to Samsung as part of the same file, whichever are most

legible; (3) the originals of and digital files reproducing photographs submitted by Apple to the

1

U.S. Patent and Trademark Office in the prosecution of the '889 patent; and (4) Apple's database

relating to its mockups, prototypes, and models for specified tablet computer projects.

Apple does not dispute that the materials sought by Samsung are within the scope of

allowable discovery under Fed. R. Civ. P. 26(b)(1). However, Apple represents that it has

undertaken more than reasonable efforts to search for and produce the responsive photographs and

mockups. Samsung disputes that Apple has produced the clearest available copies of the

photographs submitted to the PTO and questions Apple's lack of transparency in revealing the

parameters of its search.

After the filing of Samsung's motion and the parties' appearance for hearing on November

1, 2011, Apple submitted a supplemental statement explaining its production to date. Apple states

that it has produced:

- over 40 physical objects and models, including one model recently verified to be the mockup depicted in the photographs; and

- the best images that it has been able to locate after numerous searches of files and locations in Apple's control, as well as in files and locations in the control of the Sterne Kessler and Beyer law firms.

Apple declares that these searches "reflect all of the attorneys or individuals that were involved in

the prosecution of the D'889 patent or who had possession of the prosecution file." Apple further

states that it is willing to search other locations that Samsung's attorneys reasonably believe would

contain the images.

Based on Apple's representations, the court finds that Samsung's motion is largely moot.

Yet Samsung is correct that Apple's explanation of its search locations and parameters remains

insufficient to afford Samsung finality, or the opportunity to suggest additional locations that

might reasonably contain clearer versions of the images sought. Consistent with the court's

previous orders, the court finds that Apple must provide more transparency, and hereby orders as

follows:

2

Case No.: C 11-1846 LHK (PSG)
ORDER GRANTING-IN-PART DEFENDANT'S MOTION TO COMPEL

United States District Court
For the Northern District of California

1

2

1. Apple shall stipulate that the specific model identified by Apple industrial designer Christopher Stringer during his November 4th deposition is the same model or mockup appearing in the photographs of the '889 patent prosecution history.

3

2. Apple shall stipulate that the photographs produced are the highest quality that it has found.

4

5

3. Apple shall identify specifically which custodians' files were searched, any search terms that were used, and the time frame included in those searches.

6

**IT IS SO ORDERED.**

7

Dated: November 16, 2011

8

9

_____
PAUL S. GREWAL
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No.: C 11-1846 LHK (PSG)
ORDER GRANTING-IN-PART DEFENDANT'S MOTION TO COMPEL