Michael Saji, Esq., WilmerHale,
60 State St., Boston, MA 02109; Tel: 617-526-6813

Clerk's Use Only
Initial for fee pd.:

# FILED

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

2011 NOV 15 P 3: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

| | |
|---|---|
| APPLE INC., a California corporation | CASE NO. 11-CV-01846 (LHK) |
| Plaintiff(s), | |
| v. | **APPLICATION FOR** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNCIATIONS AMERICA, LLC, a Delaware limited liability Company, | **ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| Defendant(s). | |

Pursuant to Civil L.R. 11-3, Michael Saji , an active member in good standing of the bar of Massachusetts , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark D. Selwyn, Esq., WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304; (650) 858-6031; California Bar #244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2011