RECEIVED
2011 NOV 15 P 3:31
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation

Plaintiff,

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNCIATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant.

CASE NO. 11-cv-01846 (LHK)

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael Saji, whose business address and telephone number is 60 State St., Boston, MA 02109; Telephone: 617-526-6813

and who is an active member in good standing of the bar of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge