Clerk's Use Only
Initial for fee pd.:

Brian Seeve, Esq., WilmerHale,
60 State St., Boston, MA 02109; Tel: 617-526-6160

FILED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

2011 NOV 15 P 3: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CAL. SAN JOSE

APPLE INC., a California corporation

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean
corporation; SAMSUNG ELECTRONICS AMERICA
INC., a New York corporation; and SAMSUNG
TELECOMMUNCIATIONS AMERICA, LLC, a
Delaware limited liability Company,

Defendant(s).

**CASE NO.** 11-CV-01846 (LHK)

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Brian Seeve , an active member in

good standing of the bar of Massachusetts , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest
    court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
    become familiar with the Local Rules and the Alternative Dispute Resolution
    programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who
    maintains an office within the State of California has been designated as co-
    counsel in the above-entitled action. The name, address and telephone number of
    that attorney is:

    Mark D. Selwyn, Esq., WilmerHale, 950 Page Mill Road, Palo Alto, CA
    94304; (650) 858-6031; California Bar #244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2011