1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO DISMISS APPLE'S COUNTERCLAIMS**<br><br>**Date:** April 5, 2012<br>**Time:** 1:30 pm<br>**Place:** Courtroom 4, 5th Floor<br>**Judge:** Hon. Lucy H. Koh |
| Defendant. | |

1	The Court, having considered the moving, opposition, and reply papers, including evidence
2	submitted therewith, applicable law, argument by counsel, and all other matters presented to this
3	Court on Defendant's Motion to Dismiss and Strike Apple's Counterclaims, and good cause
4	having been shown, HEREBY ORDERS that:
5	1.	Defendant's Motion to Dismiss Counts XXV, XXVI, XXVII, XXVIII, and XXIX
6	of Apple's Amended Counterclaims in Reply is GRANTED.

10	IT IS SO ORDERED.

12	DATED: _____

Hon. Lucy H. Koh
United States District Court Judge