1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
8 | Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100
9 |

10 | Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
11 | 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
12 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100
13 |
14 | Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
15 | INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
16 |
17 |                        UNITED STATES DISTRICT COURT
18 |              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19 |

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21           Plaintiff, | **DECLARATION OF ERIC WALL IN SUPPORT OF SAMSUNG'S MOTION TO DISMISS APPLE'S COUNTERCLAIMS** |
| 22       vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Date:   April 5, 2012<br>Time:   1:30 p.m. |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26           Defendant. | |

27
28

I, Eric Wall, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the European Telecommunications Standards Institute ("ETSI") Rules of Procedure, Annex 6: ETSI Intellectual Property Rights Policy. This copy of this policy was produced by Apple with Bates Numbers APLNDC-WH-A 0000012578-88.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on November 22, 2011.

                                                    /s/ Eric Wall

                                                  Eric Wall

1  **GENERAL ORDER ATTESTATION**

2       I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the

4  electronic filing of this document has been obtained from Eric Wall.

5

6                                                  /s/ Victoria Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28