| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.    11-cv-01846-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

1   Plaintiff Apple Inc. ("Apple") has moved to file certain documents related to Apple's Opposition to Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring under seal.  In support of the Administrative Motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that the information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple.  Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1.  The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Exclude Ordinary Observer Opinions of Apple Expert Cooper Woodring ("Opposition"); and

2.  Exhibits B and C to the Declaration of Patrick J. Zhang in support of Apple's Opposition ("Zhang Declaration").

The Court further ORDERS that a redacted version of Apple's Opposition shall be filed on ECF.

**IT IS SO ORDERED.**

Dated: _November 28_____, 2011    By: *Lucy H. Koh*
                                           The Honorable Lucy H. Koh