HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>[PROPOSED] ORDER GRANTING APPLE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS |

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal portions of its Reply in Support of its Motion for a Preliminary Injunction and certain supporting documents. In support of its motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Samsung does not oppose this administrative motion.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Apple's Reply in Support of its Motion for a Preliminary Injunction ("Reply");

2. The confidential, unredacted version of the Reply Declaration of Tony Blevins in Support of Apple's Motion for a Preliminary Injunction ("Blevins Declaration");

3. The Reply Declaration of Richard J. Lutton, Jr. in Support of Apple's Motion for a Preliminary Injunction ("Lutton Reply Declaration");

4. Exhibits A, B, and C to the Lutton Reply Declaration;

5. The Reply Declaration of Terry Musika in Support of Apple's Motion for a Preliminary Injunction ("Musika Declaration");

6. Exhibits 1, 2, 3, and 4 to the Musika Declaration;

7. The Reply Declaration of Arthur Rangel in Support of Apple's Motion for a Preliminary Injunction ("Rangel Declaration");

8. Exhibits A, B, and C to the Rangel Declaration;

9. The confidential, unredacted version of the Reply Declaration of Sanjay Sood in Support of Apple's Motion for a Preliminary Injunction ("Sood Declaration");

10. Exhibits D and H to the Sood Declaration;

11. The Reply Declaration of Christopher Stringer in Support of Apple's Motion for a Preliminary Injunction ("Stringer Declaration");

12. Exhibits 1-9 to the Stringer Declaration;

13. The confidential, unredacted version of the Reply Declaration of Cooper C. Woodring in Support of Apple's Motion for a Preliminary Injunction ("Woodring Reply Declaration");

14. Exhibit 1 to the Woodring Reply Declaration; and

15. Exhibits A, B, C, D, M, P, S, W, Z, EE, FF, GG, JJ, KK and LL to the Declaration of Francis Ho in Support of Apple's Motion for a Preliminary Injunction.

The Court further ORDERS that redacted versions of the following documents shall be filed on ECF:

1. Apple's Reply in Support of its Motion for a Preliminary Injunction;

2. the Blevins Declaration;

3. the Sood Declaration; and

4. the Woodring Reply Declaration.

**IT IS SO ORDERED.**

Dated: __November 28__, 2011     By: *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE