| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | hmcelhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
| | mjacobs@mofo.com |
| 3 | RICHARD S.J. HUNG (CA SBN 197425) |
| | rhung@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE APPLE'S OBJECTIONS TO SAMSUNG'S UNTIMELY NEW EVIDENCE REGARDING PRELIMINARY INJUNCTION MOTION AND SUPPORTING DOCUMENTS UNDER SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

[~~PROPOSED~~] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3059534

1     By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal certain supporting documents to Apple's Objections to Samsung's Untimely New Evidence Regarding Preliminary Injunction Motion. In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

    Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Exhibit E to the Declaration of Grant Kim ("Kim Declaration") (Stringer Deposition Excerpts);
- Exhibit G to the Kim Declaration (Wagner Deposition Excerpts).

**IT IS SO ORDERED.**

Dated: __November 28__, 2011     By: _/s/ Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE