RECEIVED

2011 NOV 15 P 3:31

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation

Plaintiff,

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNCIATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant.

CASE NO. 11-cv-01846 (LHK)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brian Seeve, whose business address and telephone number is 60 State St., Boston, MA 02109; Telephone: 617-526-6160

and who is an active member in good standing of the bar of Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 28, 2011

_Lucy H. Koh_
United States District Judge