| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br> <br> WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF TONY BLEVINS IN SUPPORT OF APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: October 13, 2011 <br> Time: 1:30 p.m. <br> Courtroom: 8, 4th Floor <br> Honorable Lucy H. Koh |

**PUBLIC REDACTED VERSION**

I, TONY BLEVINS, declare as follows:

1. I am Senior Director of Operations at Apple Inc. ("Apple"). My duties include managing supply chain issues and dealing with suppliers. I submit this declaration in support of Apple's Reply in Support of Apple's Motion for a Preliminary Injunction in order to address certain issues raised by Samsung in its Opposition to Apple's Motion for a Preliminary Injunction. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

3. As of the date of this declaration, Apple has no backlog in orders for the iPhone 4 and has all versions in stock, available for shipment. Attached as **Exhibit A** are true and correct copies of screenshots from Apple's website at http://store.apple.com/us/browse/home/shop_iphone/family/iphone/iphone4?mco=MjU1NTYxNjI as of September 30, 2011. As seen in Exhibit A, all color and size combinations of the iPhone 4 are in stock.

4. As of the date of this declaration, Apple has no backlog in orders for the iPad 2 and has all versions in stock, available for shipment. Attached as **Exhibit B** are true and correct copies of screenshots from Apple's website at http://store.apple.com/us/browse/home/shop_ipad/family/ipad/select as of September 30, 2011. As seen in Exhibit B, all color and model combinations of the iPad 2 are in stock.



[Lines 1-16 redacted]

17   I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 30, 2011, at Cupertino, California.



Tony Blevins