# EXHIBIT A



# Apple Store

 Live Chat    1-800-MY-APPLE

Shop iPhone  >  iPhone  >  iPhone 4

Help    Account    Cart

### Summary



iPhone 4

## Select an iPhone 4

**1** Choose a color



Black
From $199

White
From $199



Get answers before you buy.

- Upgrade Eligibility
- View Rate Plans
- Tech Specs
- FAQs
- About the Unlocked iPhone

Call **1-800-MY-APPLE**
or chat online.

**2** Choose a model

Get iPhone with a wireless service plan[1]

| 16GB[2] | From $199 In Stock | 32GB[2] | From $299 In Stock |




# Apple Store

Live Chat   1-800-MY-APPLE

  Shop iPhone  >  iPhone  >  iPhone 4

Help   Account   Cart

## Select an iPhone 4

**Summary**

iPhone 4

### 1 Choose a color



Black
From $199



White
From $199

**Get answers before you buy.**

- Upgrade Eligibility
- View Rate Plans
- Tech Specs
- FAQs
- About the Unlocked iPhone

Call **1-800-MY-APPLE**
or chat online.

### 2 Choose a model

Get iPhone with a wireless service plan[1]

| 16GB[2] | From $199 In Stock |
| 32GB[2] | From $299 In Stock |