# EXHIBIT B




| Store | Mac | iPod | iPhone | iPad | iTunes | Support |

# Apple Store

Live Chat  1-800-MY-APPLE

Shop iPad  >  iPad 2  >  Select

Help    Account    Cart

## Select an iPad 2

**Summary**



iPad 2

### 1 Choose a color.



Black
From $499



White
From $499



Get answers before you buy.

- Wi-Fi or Wi-Fi + 3G?
- 3G Rate Plans
- Tech Specs

Chat online or call
1-800-MY-APPLE

### 2 Choose a model.



#### Wi-Fi

Connects to the Internet over Wi-Fi networks.

| 16GB | 32GB | 64GB |
|---|---|---|
| $499.00 | $599.00 | $699.00 |
| In Stock | In Stock | In Stock |




Store | Mac | iPod | iPad | iTunes | Support

## Apple Store



Shop iPad > iPad 2 > Select

 Live Chat  1-800-MY-APPLE

Help | Account | Cart 

# Select an iPad 2

### 1 Choose a color.



Black
From $499



White
From $499

### 2 Choose a model.

#### Wi-Fi

Connects to the Internet over Wi-Fi networks.

| 16GB | 32GB | 64GB |
|---|---|---|
| $499.00 | $599.00 | $699.00 |
| In Stock | In Stock | In Stock |



### Summary

iPad 2



Get answers before you buy.

- Wi-Fi or Wi-Fi + 3G?
- 3G Rate Plans
- Tech Specs

Chat online or call
1-800-MY-APPLE