# SOOD EXHIBIT A

# SANJAY SOOD

UCLA Anderson School of Management
110 Westwood Plaza, B414
Los Angeles, CA 90095
(310) 825-1250; sood@ucla.edu
September 2011

---

## ACADEMIC POSITIONS

2006-present   Associate Professor, UCLA Anderson Graduate School of Management
Faculty Director, Center for Management of Enterprise in Media, Entertainment and Sports (MEMES)
Faculty Director, UCLA Anderson Behavioral Research Lab

2001-2006   Asst. Professor, UCLA Anderson Graduate School of Management
1998-2001   Asst. Professor, Jones Graduate School of Management, Rice University

## EDUCATION

1999   Stanford University, Graduate School of Business
Ph.D. in Business (Marketing area)
1992   Northwestern University, Kellogg Graduate School of Management
MBA
1987   University of Illinois at Urbana-Champaign
B.S. Electrical Engineering, (Graduated with Honors)

## HONORS, AWARDS AND GRANTS

UCLA Anderson Niedorf Decade Teaching Award, 2010
UCLA Anderson Citibank Teaching Award, 2005
UCLA Entertainment Institute Research Grant, 2004
Marketing Science Institute Young Marketing Scholar, 2003
Marketing Science Institute Research Grant, 2002, 1999
Jones School Student Mentoring Award, (Rice) 2000, 1999
Jones School Teaching Award, (Rice) 1999
National Science Foundation Instrumentation Grant (Rice), 1999
AMA Doctoral Consortium Representative (Stanford), 1997

## PUBLICATIONS

Moody, H.R. and Sood, S. (2010), "Age Branding" in Drolet, A., Schwarz, N. and C. Yoon (eds), *The Aging Consumer: Perspectives From Psychology and Economics,* part of Marketing and Consumer Psychology Series, USA.

Sood, S. and S. Zhang (2008), "The Role of Brand Naming in Branding Strategies: Insights and Opportunities" in Schmitt, B.H. And D.L. Rogers (eds), *Handbook on Brand and Experience Management*, Cheltenham, UK and Northampton, MA, USA: Edward Elgar.

L. Brenner, Y. Rottenstreich, Sood, S., and B. Bilgin (2007), "On the Psychology of Loss Aversion:  Possession, Valence, and Reversals of the Endowment Effect," *Journal of Consumer Research.*

Y. Rottenstreich, Sood, S., and L. Brenner (2007), "Feeling and Thinking in Memory-Based versus Stimulus-Based Choices," *Journal of Consumer Research.*

Sood, S., and X. Dreze (2006), "Brand Extensions of Experiential Goods:  Movie Sequel Evaluations," *Journal of Consumer Research*.

Sood, S. and M. Forehand (2005), "On Self Referencing Differences in Judgment and Choice," *Organizational Behavior and Human Decision Processes*, v98, n2, p. 144-154.

Sood, S., Y. Rottenstreich, and L. Brenner (2004), "On Decisions that Lead to Decisions: Direct and Derived Evaluations of Preference," *Journal of Consumer Research*, v31, n1, p. 17-25.

Keller, K. and S. Sood (2003), "Brand Equity Dilution:  Your Brand May Be Less Vulnerable Than You Think," *Sloan Management Review*, v45, n1, p. 12-15.

Zhang, S. and S. Sood (2002), "Deep and Surface Cues: Brand Extension Evaluations by Children and Adults," *Journal of Consumer Research*, v29, n1, p. 129-141.

Keller, K. and S. Sood (2001), "The Ten Commandments of Global Branding," *Asian Journal of Marketing*, 8 (2), p. 97-108.

Bridges, S., Keller, K., and S. Sood (2000), "Communication Strategies for Brand Extensions:  Enhancing Perceived Fit by Establishing Explanatory Links," *Journal of Advertising*, v29, n4, p.1-11.

Kirmani, A., S. Sood, and S. Bridges (1999), "The Ownership Effect in Consumer Responses to Brand Line Stretches," *Journal of Marketing*, v63, n1, p. 88-101.

Rottentreich, Y., L. Brenner and S. Sood (1999), "Similarity Between Hypotheses and Evidence," *Cognitive Psychology*, v38, n1, p. 110-128.

Brenner, L., Y. Rottenstreich and S. Sood (1999), "Comparison, Grouping, and Preference," *Psychological Science*, v10, n3, p. 225-229.

**RESEARCH UNDER REVIEW**

"The Effects of Branding Strategies and Product Experience on Brand Evaluations" with K. Keller, conditionally accepted at *Journal of Marketing Research.*

"Self Affirmation Through the Choice of High Design" with C. Townsend, conditionally accepted at *Journal of Consumer Research.*

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," with S. Zhang, revising for third round resubmission to *Journal of Marketing Research*.

"The Impact of Product Design on Choice:  A Dual Processing Perspective" with C. Townsend, revising for *Journal of Consumer Research.*

Hadar, L. , Fox, C. and Sood, S., "Subjective Knowledge in Consumer Financial Decisions," revising for second round review to *Journal of Marketing Research*

**SELECTED RESEARCH IN PROGRESS**

"Competitive Anticipation in Marketing Decision Making"

"Protected Values are not Protected from Anchoring and Adjustment," with C. Trepel.

**SELECTED PRESENTATIONS**

"The Effect of Product Design on Choice:  Aesthetics and the Self," London Business School (June 2011)

"Conceptualizing Brand Ideals," INSEAD  (June 2010)

"Actors as Brands:  Differences in Perceived Similarity and Perceived Fit," Yale School of Management, Yale University (June 2008)

"The Impact of Product Design on Choice," Harvard Business School Marketing Seminar (March 2008)

"Anchoring and Adjustment of Protected Values," Columbia School of Business Marketing Seminar (May 2007)

"Feeling and Thinking in Memory-Based versus Stimulus-Based Choices," Johnson School, Cornell University Marketing Seminar (March 2006)

"The Effects of Comparison in Consumer Choice," Vanderbilt University Marketing Seminar (January 2006)

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," Stanford University Marketing Seminar (January 2005)

"On Decisions that Lead to Decisions:  Direct and Derived Evaluations of Preference," Wharton School Marketing Seminar (April 2004)

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," Young Scholars Conference (March 2003)

## TEACHING INTERESTS

Marketing Management, Brand Management, Entertainment Marketing, Advertising

## TEACHING PUBLICATIONS

"Sears Roebuck and Company" Harvard Business School Case M278.
"California Milk Processor Board:  Gotmilk?," in *Strategic Brand Management*, Kevin Lane Keller, Prentice Hall.
"Nike International," in *Strategic Brand Management*, Kevin Lane Keller, Prentice Hall.


## SERVICE
Non-UCLA:
Associate editor: *Journal of Marketing, Journal of Consumer Psychology*
Editorial Review board: *Journal of Consumer Research, Journal of Marketing Research,*
Ad hoc-Reviewer*:  Marketing Science, Psychological Science, Organizational Behavior and Human Decision Processing, Journal of Interactive Marketing, Journal of Retailing, California Management Review*

UCLA:
Faculty Director, UCLA MEMES Center (2007-present)
Faculty Director, UCLA Anderson Behavioral Research Lab (2004-present)
Co-Director, local program, BDRM Conference (2006)
Non-voting member, UCLA Anderson Staffing and Promotion Committee (2003-2004)
Member, UCLA Legislative Assembly Committee (2004-2006)
Faculty Coordinator, Behavior Decision Seminar, UCLA BDM sub-group (Winter 2005, Fall 2008, Fall 2009)

**Sanjay Sood**
**Summary of Expert Testimony**
**Past Five Years**

Levi Strauss & Co. *v.* Abercrombie & Fitch Trading Co. - 2008
Northern District of California, 07-cv-03752-JSW

>Conducted research to assess both the level of recognition of Levi's® trade dress, and the likelihood of confusion of defendant's Ruehl jeans with Levi's® due to stitching on the rear pocket of Ruehl jeans.
>
>*Deposition Testimony*
>*Trial Testimony*
>
>Client: Levi Strauss & Co., end client. Townsend Townsend & Crew LLP, counsel for Levi Strauss.

Experian Information Solutions, Inc. *v.* LifeLock, Inc. – 2009
Central District of California, 08-cv-00165-AG-MLG

>Conducted research to determine consumers' rationales for purchasing and continuing a subscription to LifeLock's service.
>
>*Deposition Testimony*
>
>Client: Experian Information Solutions, Inc., end client. Jones Day, counsel for Experian Information Solutions.

Erica Possin *v.* ConsumerInfo.com, Inc., d/b/a Freecreditreport.com – 2010
Central District of California, SACV10-00156-JVS

>Conducted research to determine whether reasonable consumers would be misled by ConsumerInfo.com's web offer.
>
>*Declaration filed only – no testimony by deposition or trial*
>
>Client: ConsumerInfo.com, Inc., end client. Jones Day, counsel for ConsumerInfo.com.

**Sanjay Sood**
**Current Employment and**
**Professional Engagements, Past Five Years**

**Current employer:**

University of California, Los Angeles

**Professional engagements (non-litigation):**

Microsoft Corporation
MTV Networks
The Walt Disney Company
Kaiser Permanente
Sony Corporation
Sanofi-Aventis
Novartis
Irish Medical Devices Association
State Farm
Lynx Grills
National Promotions & Advertising, Inc.