# SOOD EXHIBIT C

LEAH A. REDLICH, MarchCSR JOR, CRR, CLR, CSR NO. 10523
EXHIBIT: _162_
Witness: _Wagner_
Date: _9-14-2011_   # pages: _6_

## FierceWireless
THE WIRELESS INDUSTRY'S DAILY MONITOR

M3 — What's next in mobility. HEALTH • FINANCE • RETAIL
Nov. 29 - Dec. 1, 2011 Grand Del Mar • San Diego
Partner: FierceWireless

Advertise | Contact

insiders turn to find out what's shaping and revolutionizing the wireless landscape. Every business day, executives at carriers and service providers rely on FierceWireless to stay up to speed on:

- Industry Deals & Investments
- Network Infrastructure Evolution
- Wireless Technology
- Mobile Handset Releases
- Wireless Carriers & Service Providers
- Security News

[Enter email]  [Sign me up]

We <u>never</u> sell or give away your contact information. Our readers' trust comes first.

FEATURES >> The best apps so far of 2011 | Wireless in the second quarter of 2011
Related Topics >> BlackBerry | Wal-Mart | Cell Phone | Nielsen | Battery Life | feature phones

## Are touchscreens the most important feature of smartphones?

June 2, 2011 - 4:36pm ET | By Mike Dano
+1  0

### Editor's Corner:

Sales of smartphones are rapidly overtaking those of feature phones. According to comScore, almost 30 percent of Americans now carry smartphones. And that number is set to skyrocket--Peter Chou, the CEO of smartphone maker HTC, recently predicted that smartphones will outsell feature phones by year-end.


Mike Dano



FierceWireless
Sue Marek, Editor in Chief
Mike Dano, Managing Editor
**FIVE TOP STORIES**
Net neutrality for wireless: The few versus the many
Scrutinizing the U.S. Smartphone OS landscape
Verizon opens door to Android, Google Voice
Will the iPhone invigorate the lagging MMS market?
Intel unveils software push, hints at mobile plans
**JOBS UPDATED DAILY**

So what are all those new smartphone shoppers looking for in their devices? Nielsen recently provided to *FierceWireless* the results of the firm's latest survey of cell phone shoppers' top criteria for feature phone and smartphone purchases.

Sign up for our FREE newsletter for more news like this sent to your inbox!

Free newsletter via e-mail
[Your e-mail address]



Click here to enlarge this image.

Sign Up For FierceWireless

RELATED STORIES

- Report: Android most popular OS for smartphone buyers
- Top wireless stories of the week
- IDC: Apple closes in on Nokia as world's largest smartphone vendor
- Testing tablets: What are the pros and cons of today's tablets?
- RIM's BlackBerry PlayBook to run Android apps

TOOLS
- Subscribe
- Email
- Print
- Comment
- Contact Author
- Reprint

The results show that feature phone shoppers are looking for one thing: Cheap phones. Price ranked as the far and away the most important element of feature phone selection, outranking factors including battery life and brand. And I don't think this is surprising: Feature phones have become a commodity, and they're all about the same.

Interestingly, for feature phones the next most important factor is ease of use, which is a vague and difficult to define characteristic that I'm guessing prospective buyers would have a hard time discerning while shopping for feature phones in Wal-Mart or Best Buy. The third most important characteristic for feature phones is design, which means that Americans shopping for feature phones are really looking for cheap phones that look good.

Now, switching to smartphones, the results become more interesting--and less straightforward. If you look hard, you can see that touchscreen capability ranks as the most important factor in a smartphone. But that's not really a surprise since most modern smartphones feature touchscreens (except for a few BlackBerrys, but Research In Motion has more problems than just a lack of touchscreens.) The second most important characteristic of smartphones is a tossup among Internet access, apps, access to email, design, ease of use and price. I think the conclusion to draw from this is that smartphone users want a lot of different things out of their device, which means that smartphone vendors will need to cover all their bases to be successful in the smartphone market.

There are a few more items worth pointing out: Users, at least for now, don't care about video capability. That either means they don't expect to use it or they just don't know what it involves. But for those smartphone vendors attempting to differentiate via large screens and TV and movie services, these findings should give them pause. Another item worth noting is the high score for Qwerty phones from both feature phone and smartphone buyers. I think this is an indication that there's a good market for phones with keyboards, despite Apple's clear aversion to the feature.

Finally, I'm surprised battery life didn't rank higher, considering all the effort smartphone makers have put into making sure their devices can power through a user's day. This finding either means that shoppers simply expect good battery life and therefore don't rank it highly, or they're content with a poor battery if they can get all the other stuff (I'm leaning toward

WAGNER0000002

the former).

I'd love to see how 3-D imagery ranks in next year's Nielsen surveys. --Mike

**SHARE WITH:**

### Get Your FREE FierceWireless Email Newsletter:

Enter email    Sign Me Up!

**Comments (2)** | **Post a comment**

MORE STORIES ABOUT    BlackBerry   Wal-Mart   Cell Phone   Nielsen   Battery Life   feature phones   Research in Motion

## Comments

Posted by Samir Shah | June 7, 2011 - 10:28am

If video is not important, why is Samsung's phones with Super AMOLED and Super AMOLED Plus are faring consistently better? Yes, I know Samsung makes very very very good phones but not doing video on Samsung's screens are selling them short. Are people just looking at better pictures and better icons on Samsung?

reply

Posted by Brendan McKenna | June 8, 2011 - 5:10am

I'm surprised that GPS/ navigation features are not included. Did they rank at all or was the question just not asked?

reply

## Post a comment

**Your name:**

Anonymous

**E-mail:**

The content of this field is kept private and will not be shown publicly.

**Comment:** *

More information about formatting options

CAPTCHA

This question is for testing whether you are a human visitor and to prevent automated spam submissions.

WAGNER0000003



Type the two words:

[Post comment]

SPONSORED LINKS

**Federal Telecom Forecast FY 2010- 2015**
Why INPUT Forecasts Unified Communications Structure as Major Market Influence

**Display the VeriSign seal**
And increase sales by an average of 24%. Start your trial today

**Network Virus Scanner**
Scan Network Fast with Less Memory - $10 Per Seat. Download Free Trial Today!

**(888) 278-2904 Call Dish to sign up!**
Learn more about our current deals. 5 packages under $50! Free install.

**Buy a Link Now**

Home | Subscribe | Advertise | Mobile Edition | RSS | Privacy | Site Map | Editors | List in Marketplace | Supplier in Marketplace

**THE FIERCEMARKETS NETWORK**

FierceEnergy | FierceSmartGrid | FierceFinance | FierceFinanceIT | FierceComplianceIT | FierceHealthcare | FierceHealthFinance | FierceHealthIT | Hospital Impact | FierceMobileHealthcare | FierceHealthPayer | FiercePracticeManagement | FierceEMR | FierceCIO | FierceCIO:TechWatch | FierceContentManagement | FierceMobileIT | FierceGovernmentIT | FierceGovernment | FierceHomelandSecurity | FierceBiotech | FierceBiotech Research | FiercePharma | FierceVaccines | FierceBiotechIT | FiercePharma Manufacturing | FierceMedicalDevices | FierceDrugDelivery | FierceIPTV | FierceOnlineVideo | FierceTelecom | FierceEnterpriseCommunications | FierceBroadbandWireless | FierceDeveloper | FierceMobileContent | FierceWireless | FierceWireless:Europe | FierceCable

a publication of
**Fierce**Markets

© 2011 FierceMarkets. All rights reserved.

Case 5:11-cv-01846-LHK  Document 426-3  Filed 11/28/11  Page 6 of 7



Nielsen: Top Reasons for Choosing Device - Smartphone vs. Feature Phone

One obvious interpretation of Nielson data ....
Some 60% of Smartphone users say :
Let me
interact {Touchscreen (11%) and Keyboard (7%)} easily (8%)}
with my favorite apps (9%) including email (8%) by accessing the internet (9%), but let me do it at a low enough price (9%);
Great user interface for my content at a low price. Why not?

reply

## Post a comment

**Your name:**

[ Anonymous ]

**E-mail:**

[          ]

The content of this field is kept private and will not be shown publicly.

**Comment:** *

[                                    ]
[                                    ]
[                                    ]

More information about formatting options

CAPTCHA

This question is for testing whether you are a human visitor and to prevent automated spam submissions.



**Type the two words:**

[          ]

[ Post comment ]

---

Home | Subscribe | Advertise | Mobile Edition | RSS | Privacy | Site Map | Editors | List in Marketplace | Supplier in Marketplace

**THE FIERCEMARKETS NETWORK**

FierceEnergy | FierceSmartGrid | FierceFinance | FierceFinanceIT | FierceComplianceIT |
FierceHealthcare | FierceHealthFinance | FierceHealthIT | Hospital Impact |
FierceMobileHealthcare | FierceHealthPayer | FiercePracticeManagement | FierceEMR |
FierceCIO | FierceCIO-TechWatch | FierceContentManagement | FierceMobileIT |
FierceGovernmentIT | FierceGovernment | FierceHomelandSecurity | FierceBiotech |
FierceBiotech Research | FiercePharma | FierceVaccines | FierceBiotechIT | FiercePharma
Manufacturing | FierceMedicalDevices | FierceDrugDelivery | FierceIPTV |
FierceOnlineVideo | FierceTelecom | FierceEnterpriseCommunications |
FierceBroadbandWireless | FierceDeveloper | FierceMobileContent | FierceWireless |
FierceWireless:Europe | FierceCable

a publication of
FierceMarkets

© 2011 FierceMarkets. All rights reserved.