# SOOD EXHIBIT D
## FILED UNDER SEAL