# SOOD EXHIBIT H
## FILED UNDER SEAL