# WOODRING EXHIBIT 2



LG Chocolate (Image from http://1.bp.blogspot.com/-eH73h0ka7qw/TiRyIwzZvnI/AAAAAAAAdc/3OXpTstJSY8/s1600/imgLG+chocolate-1C.jpg)
Released (only in EU) on March 24 2006 (Source: http://www.mobilegazette.com/lg-kg800-0603x24.htm)