# WOODRING EXHIBIT 3



Samsung Galaxy S II (image from http://www.t-mobile.co.uk/common/img/products/phones/samsung/galaxy-s-ii-white/galaxy_s_ii_white_SC_large_second.jpg)
Released on April 28, 2011 (Source: http://www.phonearena.com/phones/Samsung-Galaxy-S-II_id5106)