# WOODRING EXHIBIT 4



Palm Treo 700p (image from http://www.treocentral.com/images/700p/fronts.jpg)
Announced on March 15, 2006 (Source: http://www.phonearena.com/phones/Palm-Treo-700p_id1604)