# WOODRING EXHIBIT 5



LG Prada II (image from http://fastcache.gawkerassets.com/assets/images/4/2008/10/pradaii.jpg)
Released on December 4, 2008 (Source: http://www.phonearena.com/phones/LG-PRADA-II_id3201)