# WOODRING EXHIBIT 8

US00D561156S

(12) **United States Design Patent**  (10) Patent No.: **US D561,156 S**
Jung et al.  (45) Date of Patent: \*\* Feb. 5, 2008

(54) **PORTABLE TELEPHONE**

(75) Inventors: **Ha-Youl Jung**, Seoul (KR); **Nam-Mi Kim**, Seoul (KR); **Chang-Hwan Hwang**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyunggi-do (KR)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/272,215**

(22) Filed: **Feb. 2, 2007**

(51) **LOC (8) Cl.** ............................................... **14-03**
(52) **U.S. Cl.** ................................................... **D14/138**
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 247, 496, 148, 248, 341–347; 455/475.4, 566, 575.1, 556.1, 556.2, 90.3; 379/433.01–433.13; 348/14.01, 14.02, 376; D21/329, 331, 333
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D503,164 S | | 3/2005 | Park et al. |
| D503,699 S | | 4/2005 | Lee et al. |
| D508,240 S | | 8/2005 | Lee et al. |
| D511,342 S | \* | 11/2005 | Chien ........................ D14/346 |
| D515,060 S | | 2/2006 | Lee et al. |
| D526,297 S | | 8/2006 | Lee et al. |
| D527,367 S | | 8/2006 | Yun et al. |
| D527,716 S | | 9/2006 | Kim et al. |
| D528,533 S | | 9/2006 | Lee et al. |
| D529,014 S | | 9/2006 | Kim et al. |
| D529,474 S | | 10/2006 | Park et al. |
| D529,891 S | | 10/2006 | Hyun et al. |
| D530,297 S | | 10/2006 | Moon et al. |
| D531,610 S | | 11/2006 | Kim et al. |
| D533,530 S | | 12/2006 | Kim et al. |
| D535,966 S | | 1/2007 | Lee et al. |
| D545,292 S | \* | 6/2007 | Lee et al. ................. D14/138 |
| D548,716 S | \* | 8/2007 | Park et al. ................ D14/138 |

\* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Flynn, Thiel, Boutell & Tanis, P.C.

(57) **CLAIM**

The ornamental design for a portable telephone, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a portable telephone showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG.1




FIG.2     FIG.3



FIG.4



FIG.5



FIG.6



FIG.7