# WOODRING EXHIBIT 9



Pantech Crossover (Images from http://www.att-phones.org/wp-content/uploads/2011/05/pantech-crossover-p8000-android-phone-1.jpg)
Released on June 5, 2011 (Source: http://www.phonearena.com/phones/Pantech-Crossover_id5598)