# WOODRING EXHIBIT 11



Samsung SPH-I700 (Image from http://www.cellphonessearch.com/cellphones/Samsung/Samsung-i700.jpg)
Released in Q3 2003 (http://www.mobiledia.com/phones/samsung/sph-i700.html)