# WOODRING EXHIBIT 12





NEC N908 (Image from http://www.mobile-phone.pk/images/mobiles/NEC-N908-1.jpg and
http://media.photobucket.com/image/nec%20n908%20side/66mobile/3-1.jpg)
Released on September 28, 2011 (Source: http://reviews.cnet.com/cell-phones/nec-n908-unlocked/4505-6454_7-32318249.html)