# WOODRING EXHIBIT 14



Sony Xperia X10 (Image from http://www.mymobilescoop.com/wp-content/uploads/Sony-Xperia-X10.jpg)
Released on March 25 2010 (Source: http://www.phonearena.com/phones/Sony-Ericsson-Xperia-X10_id3841)