# WOODRING EXHIBIT 15

US00D561155S

(12) **United States Design Patent**  (10) Patent No.: **US D561,155 S**
Kim et al.  (45) Date of Patent: ** **Feb. 5, 2008**

(54) **PORTABLE TELEPHONE**

(75) Inventors: **Young-Se Kim**, Palo Alto, CA (US);
**Chi-Young Ahn**, Seoul (KR);
**Young-Ju Yeo**, Seoul (KR);
**Chang-Hwan Hwang**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyunggi-Do (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,199**

(22) Filed: **Feb. 2, 2007**

(51) **LOC (8) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** ................................................. **D14/138**
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 247, 496, 148, 248, 341–347; 455/475.4, 566, 575.1, 566.1, 556.2, 90.3; 379/433.01–433.13; 348/14.01, 14.02, 376; D21/329, 331, 333
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D528,528 S | | 9/2006 | Moon et al. |
| D529,472 S | | 10/2006 | Kim et al. |
| D529,890 S | | 10/2006 | Park et al. |
| D534,891 S | | 1/2007 | Park et al. |
| D536,326 S | | 2/2007 | Kim et al. |
| D536,691 S | * | 2/2007 | Park ........................ D14/138 |
| D539,257 S | * | 3/2007 | Obata et al. ............... D14/138 |
| D544,460 S | * | 6/2007 | Yau .......................... D14/138 |
| D545,289 S | * | 6/2007 | Wang ........................ D14/138 |
| D545,800 S | * | 7/2007 | Ou et al. ................... D14/138 |
| D552,574 S | * | 10/2007 | Moss ........................ D14/138 |
| 2002/0077161 A1 | * | 6/2002 | Eromaki .................... 455/575 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/269,099, Applicant: Young-Se Kim, et al., filed Nov. 20, 2006 entitled Portable Telephone.
U.S. Appl. No. 29/256,891, Applicant: Yang-Jic Lee, et al., filed Mar. 27, 2006 entitled Portable Telephone.

* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Flynn, Thiel, Boutell & Tanis, P.C.

(57) **CLAIM**

The ornamental design for a portable telephone, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a portable telephone showing our new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG.1



FIG.2



FIG.3




FIG.4                    FIG.5



FIG.6



FIG.7