# WOODRING EXHIBIT 16




Palm Centro (Image from http://www.palminfocenter.com/images/olive-rose-centro-2-m.jpg)
Released on October 14, 2007 (Source: http://reviews.cnet.com/smartphones/palm-centro-red-sprint/4505-6452_7-32624745.html)