# WOODRING EXHIBIT 17



Palm Pixi Plus (Image from http://www.internetzona.pl/wp-content/uploads/2010/05/PALM-PIXI-PLUS-3.jpg)
Released on January 25, 2010 (Source: http://www.phonearena.com/phones/Palm-Pixi-Plus_id4308)