# WOODRING EXHIBIT 18

US00D562794S

(12) **United States Design Patent**  (10) Patent No.: **US D562,794 S**
Kim et al.                                (45) Date of Patent: ⁂⁂ **Feb. 26, 2008**

(54) **MOBILE PHONE**

(75) Inventors: **Young-Soo Kim**, Goyang-si (KR); **Joon-Suh Kim**, Anyang-si (KR); **Chang-Soo Lee**, Incheon (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/273,169**

(22) Filed: **Feb. 28, 2007**

(30) **Foreign Application Priority Data**

Dec. 14, 2006 (KR) ................. 30-2006-0049764

(51) **LOC (8) Cl.** .............................. **14-03**
(52) **U.S. Cl.** .................................. **D14/138**
(58) **Field of Classification Search** ........... D14/137, D14/138, 147, 218, 247–248, 341–347, 496; 455/90.3, 556.1, 556.2, 575.1, 575.3, 575.4; 379/433.01–433.13; 361/814; 348/14.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D489,052 S | * | 4/2004 | Shiraki et al. | D14/156 |
| D499,424 S | * | 12/2004 | Bahroocha | D14/496 |
| D526,300 S | * | 8/2006 | Lee | D14/138 |
| D528,528 S | * | 9/2006 | Moon et al. | D14/138 |
| D529,465 S | * | 10/2006 | Kim et al. | D14/138 |
| D529,471 S | * | 10/2006 | Park | D14/138 |
| D529,890 S | * | 10/2006 | Park et al. | D14/138 |
| D534,143 S | * | 12/2006 | Lheem | D14/138 |
| D534,145 S | * | 12/2006 | Lheem | D14/138 |
| D534,517 S | * | 1/2007 | Cho et al. | D14/138 |
| D534,888 S | * | 1/2007 | Kim et al. | D14/138 |
| D534,890 S | * | 1/2007 | Kim | D14/138 |
| D534,891 S | * | 1/2007 | Park et al. | D14/138 |
| D535,274 S | * | 1/2007 | Lee | D14/138 |
| D535,637 S | * | 1/2007 | Park et al. | D14/138 |
| D536,690 S | * | 2/2007 | Lee | D14/138 |
| D537,062 S | * | 2/2007 | Kim et al. | D14/138 |
| D539,814 S | * | 4/2007 | Andre et al. | D14/496 |
| D541,785 S | * | 5/2007 | Hwang et al. | D14/138 |
| D546,313 S | * | 7/2007 | Lheem | D14/138 |
| D546,809 S | * | 7/2007 | Kim et al. | D14/138 |
| 2004/0242288 A1 | * | 12/2004 | Balle et al. | 455/575.1 |
| 2005/0014538 A1 | * | 1/2005 | Hyun et al. | 455/575.4 |
| 2007/0037618 A1 | * | 2/2007 | Lee | 455/575.4 |
| 2007/0123179 A1 | * | 5/2007 | Lim | 455/90.3 |
| 2007/0142101 A1 | * | 6/2007 | Seshagiri et al. | 455/575.4 |

OTHER PUBLICATIONS

Gigabyte g-YoYo, announced 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG M6100, announced Jan. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Sony Ericsson S500, announced May 2007, [online], [retrieved on May 18, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Jeffrey Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**;

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**;

FIG. **8** is a perspective view of the mobile phone of FIG. **1** displaying its capacity to attach a laser pointer; and,

FIG. **9** is a perspective view of the mobile phone of FIG. **1** with an attached speaker.

The broken line showing of accessory components are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



FIG.1



FIG. 2

FIG. 3




FIG. 4

FIG. 5




FIG.6



FIG.7



FIG.8





FIG.9