# WOODRING EXHIBIT 19

US00D624046S

| (12) United States Design Patent  Lee et al. | (10) Patent No.: **US D624,046 S** |
|---|---|
| | (45) Date of Patent: ** **Sep. 21, 2010** |

(54) **CELLULAR PHONE**

(75) Inventors: **Hye-Jeong Lee**, Seoul (KR); **Chang-Hwan Hwang**, Seongnam-si (KR); **Beom-Ku Han**, Seoul (KR); **Nam-Mi Kim**, Seoul (KR); **Min-Ah Koh**, Seoul (KR); **Ji-Hye Youn**, Seongnam-si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-si, Gyeonggi-do (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/356,905**

(22) Filed: **Mar. 4, 2010**

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** ................................................. **D14/138 G**
(58) **Field of Classification Search** ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D343,366 S | * | 1/1994 | Dreher ....................... D10/104 |
| D457,883 S | * | 5/2002 | Sugioka et al. ............. D14/342 |
| D509,814 S | * | 9/2005 | Shin et al. ............. D14/138 AC |
| D519,998 S | * | 5/2006 | Park .......................... D14/346 |
| D525,225 S | * | 7/2006 | Lee ..................... D14/138 AD |
| D527,369 S | * | 8/2006 | Chung et al. ......... D14/138 AD |
| D554,097 S | * | 10/2007 | Lee ..................... D14/138 AD |
| D555,138 S | * | 11/2007 | Park et al. ............. D14/138 AD |
| D555,616 S | * | 11/2007 | Lin ..................... D14/138 AD |
| D555,618 S | * | 11/2007 | Mursalie et al. ...... D14/138 AD |
| D556,168 S | * | 11/2007 | Kim et al. ............. D14/138 AD |
| D562,295 S | * | 2/2008 | Lindner et al. ........ D14/138 AB |
| D575,762 S | * | 8/2008 | Ou ........................ D14/138 G |
| D589,505 S | * | 3/2009 | He ............................. D14/248 |
| D590,802 S | * | 4/2009 | Shin et al. ............. D14/138 AD |
| D591,740 S | * | 5/2009 | Luke et al. ................. D14/341 |
| D603,356 S | * | 11/2009 | Sterzick et al. ........ D14/138 G |
| D605,156 S | * | 12/2009 | Kim et al. ............. D14/138 AB |
| D605,621 S | * | 12/2009 | Kim et al. ............. D14/138 AD |
| D608,752 S | * | 1/2010 | He ....................... D14/138 AA |
| D615,945 S | * | 5/2010 | Kim et al. ............... D14/138 G |
| D616,857 S | * | 6/2010 | Kim et al. ............. D14/138 AD |
| D619,557 S | * | 7/2010 | Han et al. ............. D14/138 AD |
| D619,988 S | * | 7/2010 | Ji et al. .................. D14/138 G |
| 2002/0187818 A1 | * | 12/2002 | Kang .......................... 455/575 |
| 2010/0022277 A1 | * | 1/2010 | An et al. ...................... 455/566 |

OTHER PUBLICATIONS

Samsung I5700 Galaxy Spica, announced Sep. 2009, [online], [retrieved on Oct. 28, 2009]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*
Samsung S8500 Wave, announced Feb. 2010, [online], [retrieved on Feb. 17, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Lexyoume IP Group, PLLC.

(57) **CLAIM**

The ornamental design for a cellular phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a cellular phone showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**




FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7

