# WOODRING EXHIBIT 21



Samsung Replenish (Image from
http://www.l2d2online.it/media/catalog/product/cache/13/image/c9f105c6229373f4d51a5966b1b1a88d/s/a/samsung_replenish_sprint_raspberry_pink_1.jpg)
Released on May 8, 2011 (Source: http://www.phonearena.com/phones/Samsung-Replenish_id5329)