# WOODRING EXHIBIT 24

US00D616856S

# (12) United States Design Patent
## Song et al.

(10) Patent No.: **US D616,856 S**
(45) Date of Patent: ** **Jun. 1, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Bong-Kyu Song**, Seoul (KR);
**Young-Keun Lee**, Seoul (KR);
**Chang-Hwan Hwang**, Goyang-Si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/340,829**

(22) Filed: **Jul. 27, 2009**

(30) Foreign Application Priority Data

Jun. 11, 2009 (KR) ..................... 30-2009-0025682

(51) **LOC (9) Cl.** ................................ **14-03**
(52) **U.S. Cl.** .......................... **D14/138 AD**
(58) Field of Classification Search ............ D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D488,471 S | * | 4/2004 | Yagawa et al. | ............ | D14/346 |
| D529,474 S | * | 10/2006 | Park et al. | ............ | D14/138 AD |
| D531,977 S | * | 11/2006 | Kim et al. | ............ | D14/138 AD |
| D547,292 S | * | 7/2007 | Kim et al. | ............ | D14/138 AC |
| D548,214 S | * | 8/2007 | Kim et al. | ............ | D14/138 AD |
| D548,713 S | * | 8/2007 | Lee et al. | ............ | D14/138 AD |
| D549,202 S | * | 8/2007 | Kim et al. | ............ | D14/138 AB |
| D553,596 S | * | 10/2007 | Kim et al. | ............ | D14/138 AD |
| D554,098 S | * | 10/2007 | Lee | ............ | D14/138 G |
| D556,165 S | * | 11/2007 | Kim et al. | ............ | D14/138 G |
| D557,236 S | * | 12/2007 | Hideki et al. | ........ | D14/138 AD |
| D558,619 S | * | 1/2008 | Bloem | ........................ | D10/65 |
| D558,713 S | * | 1/2008 | Kim et al. | ............ | D14/138 AD |
| D560,193 S | * | 1/2008 | Sung et al. | ........... | D14/138 AD |
| D563,936 S | * | 3/2008 | Kim et al. | ............ | D14/138 AD |
| D583,789 S | * | 12/2008 | Chambers | ............ | D14/138 AD |
| D599,318 S | * | 9/2009 | Kim et al. | ............ | D14/138 AD |
| D601,107 S | * | 9/2009 | Kim et al. | ............ | D14/138 AD |
| D601,993 S | * | 10/2009 | Yun et al. | ............ | D14/138 AD |
| D602,460 S | * | 10/2009 | Kim et al. | ............ | D14/138 AD |
| D602,461 S | * | 10/2009 | Kim et al. | ............ | D14/138 AD |
| 2006/0094464 A1 | * | 5/2006 | Kyou et al. | ............... | 455/556.1 |

(Continued)

OTHER PUBLICATIONS

Eten glofiish M700, announced Nov. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,
FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 5 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2006/0166713 | A1* | 7/2006 | Yeh et al. | 455/575.1 |
| 2006/0205450 | A1* | 9/2006 | Amano et al. | 455/575.4 |
| 2006/0211460 | A1* | 9/2006 | Jeong et al. | 455/575.4 |
| 2008/0076480 | A1* | 3/2008 | Jeong et al. | 455/566 |

OTHER PUBLICATIONS

Eten glofiish DX900, announced Jun. 2008, [online], [retrieved on Jun. 13, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

HTC TyTN, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

NEC N940, announced 4th quarter 2004, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

# FIG. 1



FIG. 2



# FIG. 3



FIG. 4                                              FIG. 5




FIG. 6



FIG. 7

