# WOODRING EXHIBIT 25

  

T-Mobile MyTouch 4G (image from http://blog.wirelessground.com/wp-content/uploads/2010/10/mytouch.jpg and http://www.wirefly.com/catalog/t-mobile/htc/mytouch-4g-black/)
Released in November 4, 2010 (Source: http://www.phonearena.com/phones/T-Mobile-myTouch-4G_id4942)