# WOODRING EXHIBIT 29

US00D451505B1

(12) **United States Design Patent**  (10) Patent No.:     **US D451,505 S**
Iseki et al.                                              (45) Date of Patent:  ∗∗ **Dec. 4, 2001**

(54) **PORTABLE COMPUTER**

(75) Inventors: **Daisuke Iseki**, Tokyo; **Yoshiaki Amano**, Tama; **Fumihito Takei**; **Naoyuki Sakamoto**, both of Yokohama, all of (JP)

(73) Assignee: **Hitachi, Ltd.**, Tokyo (JP)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/133,542**

(22) Filed: **Dec. 4, 2000**

(30) **Foreign Application Priority Data**

Jun. 22, 2000  (JP) ................................. 12-016930

(51) **LOC (7) Cl.** ......................................... **14-02**
(52) **U.S. Cl.** ........................................... **D14/341**
(58) **Field of Search** .................. D14/341, 342, D14/371, 374, 346, 389; D19/26, 59, 60; 345/104, 156, 173, 168, 901, 905; 349/12; D16/225

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 390,861 | ∗ | 2/1998 | Liao ................................. D16/225 |
| D. 392,947 | ∗ | 3/1998 | Iino ................................. D14/346 |
| D. 395,639 | ∗ | 6/1998 | Ham et al. ........................ D14/389 |
| D. 410,443 | ∗ | 6/1999 | Matsumoto ....................... D14/341 |
| D. 425,558 | ∗ | 5/2000 | Tarpenning et al. ................ D19/26 |

∗ cited by examiner

*Primary Examiner*—Freda Nunn
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP

(57)                     **CLAIM**

The ornamental design for a portable computer, as shown.

**DESCRIPTION**

FIG. **1** is a front, bottom and right side perspective view of a portable computer showing our new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a right side elevational view thereof;
FIG. **4** is a top plan view thereof;
FIG. **5** is a bottom plan view thereof;
FIG. **6** is a rear side elevational view thereof; and,
FIG. **7** is a left side elevational view thereof.

**1 Claim, 4 Drawing Sheets**





FIG. 1



FIG. 3

FIG. 2

*FIG. 4*

*FIG. 5*



FIG. 7

FIG. 6