# WOODRING EXHIBIT 31



Vinci Tablet (Image from http://inhabitots.wpengine.netdna-cdn.com/wp-content/uploads/2011/08/vinci-tablet.jpg)
Announced on August 10, 2011 (Source: http://www.releasedates.co/product/vinci-tab-release-date)