# WOODRING EXHIBIT 32



Sony Tablet P (Image from http://cdn.androidcentral.com/sites/androidcentral.com/files/articleimage/Brent%20Zaniewski/sony-tablet-p-1.jpg)
Release date: November 2011 (Source: http://mashable.com/2011/08/31/sony-tablet-p/)