# WOODRING EXHIBIT 36



Freescale (Image fromhttp://jkontherun.files.wordpress.com/2010/01/freescale-smartbook-concept.jpg)
Announced on January 4, 2010 (Source: http://media.freescale.com/phoenix.zhtml?c=196520&p=irol-newsarticle&ID=1370004)