# WOODRING EXHIBIT 38






Compaq TC1000