# WOODRING EXHIBIT 40




Samsung Impression (Images from http://wireless.amazon.com/Samsung-Impression-a877-Phone-Blue/dp/B0024NL6V8 and http://www.vdott.com/photo/bigpic/stock/Quan300/100_199/13442_z.jpg) Released on April 7, 2009 (Source: http://www.phonearena.com/phones/Samsung-Impression_id3384)