# EXHIBIT 42-1

