EXHIBIT 42-2

