# EXHIBIT 42-3

