# WOODRING EXHIBIT 43

**D504,889**  **1981 Fidler Mock-up**






