EXHIBIT 44-2

