EXHIBIT 44-3

