# EXHIBIT 44-4

