# WOODRING EXHIBIT 45

## D504,889      1994 Fidler Mock-up








