# WOODRING EXHIBIT 46



US00D337569S

# United States Patent [19]

## Kando

[11] Patent Number: **Des. 337,569**

[45] Date of Patent: ∗∗ **Jul. 20, 1993**

[54] **ELECTRONIC NOTEBOOK FOR DATA ENTRY**

[75] Inventor: Masahiro Kando, Yokohama, Japan

[73] Assignee: Canon Kabushiki Kaisha, Tokyo, Japan

[**] Term: 14 Years

[21] Appl. No.: **752,330**

[22] Filed: **Aug. 30, 1991**

[30] Foreign Application Priority Data

Mar. 5, 1991 [JP] Japan .................................. 3-5831

[52] U.S. Cl. ...................................... **D14/100**; D14/113
[58] Field of Search ...................... D14/100, 106, 113; D18/1, 7; 340/700, 706; 341/22, 23; 364/708, 709.04; 361/390, 394; 178/18, 19

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 264,347 | 5/1982 | Peroni | D14/113 X |
| D. 289,873 | 5/1987 | Gemmell et al. | D14/113 |
| D. 306,720 | 3/1990 | Flies | D14/113 |
| D. 315,549 | 3/1991 | Clough et al. | D14/100 |
| D. 317,151 | 5/1991 | Daly | D14/100 |
| D. 319,433 | 8/1991 | Pearce | D14/100 |
| D. 322,777 | 12/1991 | Nishio | D14/100 |
| 4,814,760 | 3/1989 | Johnston et al. | 340/706 X |
| 4,918,632 | 4/1990 | York | D14/113 X |
| 5,109,354 | 4/1992 | Yamashita et al. | 364/708 |

OTHER PUBLICATIONS

Canon—Jan. 18, 1991—Touch Panel (Dempa Shimbun).

*Primary Examiner*—Wallace R. Burke
*Assistant Examiner*—Freda S. Nunn
*Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper & Scinto

[57] **CLAIM**

The ornamental design for an electronic notebook for data entry, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevational view of an electronic notebook for data entry showing my new design;
FIG. 2 is a rear elevational view thereof;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a left side elevational view thereof;
FIG. 6 is a right side elevational view thereof; and,
FIG. 7 is a perspective view thereof.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



**U.S. Patent**     July 20, 1993     Sheet 2 of 2     **Des. 337,569**

FIG. 5



FIG. 6



FIG. 7

