# WOODRING EXHIBIT 47

