WOODRING EXHIBIT 48

US00D461802S

(12) **United States Design Patent**      (10) Patent No.:     **US D461,802 S**

Tu      (45) Date of Patent:     ✶✶ **Aug. 20, 2002**

(54) **TABLET**

(75) Inventor:   **Hsin-Hung Tu**, Hsinchu (TW)

(73) Assignee:   **AIPTEK International Inc.**, Hsinchu (TW)

(**) Term:   **14 Years**

(21) Appl. No.: **29/147,460**

(22) Filed:   **Aug. 29, 2001**

(51) **LOC (7) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Search** .............................. D14/341, 342;
    D19/59, 60; 345/104, 156, 173, 168; 178/18.03;
    349/12

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,927,986 | A | * | 5/1990 | Daly | ....................... 178/19.01 |
| D319,434 | S | * | 8/1991 | Lund | ......................... D14/341 |
| D346,366 | S | * | 4/1994 | Kim et al. | ................. D14/342 |
| D346,591 | S | * | 5/1994 | Lee | ........................... D14/342 |
| D362,662 | S | * | 9/1995 | Baudot | ...................... D14/389 |
| D363,468 | S | * | 10/1995 | Mieki et al. | ............... D14/342 |
| D390,211 | S | * | 2/1998 | Yates et al. | ............... D14/341 |
| D395,639 | S | * | 6/1998 | Ham et al. | ................. D14/389 |

* cited by examiner

*Primary Examiner*—Freda Nunn

(57)         **CLAIM**

The ornamental design for a tablet, as shown and described.

         **DESCRIPTION**

FIG. **1** is a perspective view of a tablet showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** right side elevational view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**



**U.S. Patent**     Aug. 20, 2002     Sheet 1 of 7     **US D461,802 S**



**FIG. 1**



# FIG. 2

Case 5:11-cv-01846-LHK   Document 427-53   Filed 11/28/11   Page 5 of 9



# FIG. 3

Case 5:11-cv-01846-LHK   Document 427-53   Filed 11/28/11   Page 6 of 9



# FIG. 4



# FIG. 5



# FIG. 6



**FIG. 7**