WOODRING EXHIBIT 49

## D504,889

## D461,802

