# WOODRING EXHIBIT 50

(19)日本国特許庁　　(11)登録意匠番号

(45)平成7年(1995)3月9日発行　　(12)意　匠　公　報　(S)　　921403

(52)H5-41

(21)意願　平4－34606　　(22)出願　平4(1992)11月24日

(24)登録　平6(1994)12月26日

(72)創　作　者　杉　原　　伸　一　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創　作　者　森　脇　　政　彦　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創　作　者　山　田　　文　彦　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(72)創　作　者　山　崎　　陽　子　大阪府門真市大字門真1006番地　松下電器産業株式会社内
(73)意 匠 権 者　松下電器産業株式会社　大阪府門真市大字門真1006番地
(74)代　理　人　弁理士　小鍜治　明　外2名
審　査　官　岩　下　　真由美

(54)意匠に係る物品　電子計算機

(55)説　明　本物品は機体前面に液晶デイスプレイ部を形成した電子計算機であり、入力ペン等の外部機器とはワイヤレス（赤外線）で接続して使用するものである。また、本物品には電源スイッチは設けておらず、電源ＯＮ／ＯＦＦをふくむすべての操作は専用の入力ペンを用いて行うものである。

斜 視 図
正 面 図
背 面 図
平 面 図
A
A′
底 面 図

左側面図　　右側面図

A－A′ 拡大断面図

各部の名称を示す参考図

液晶ディスプレイ
手書き入力ペン
光ディスク挿入口