# WOODRING EXHIBIT 51

