# WOODRING EXHIBIT 53

