# WOODRING EXHIBIT 54

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１４年５月２７日（２００２．５．２７）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１１４２１２７号（Ｄ１１４２１２７）
（２４）【登録日】平成１４年３月２９日（２００２．３．２９）
（５４）【意匠に係る物品】電子計算機
（５２）【意匠分類】Ｈ５－４１
（５１）【国際意匠分類（参考）】１４－０２
【Ｄターム】ＨＦＨＢＡ０１、ＨＦＨＢＢ００、ＨＦＨＣＡ０５、ＨＦＨＣＢ００
（２１）【出願番号】意願２００１－２５６１８（Ｄ２００１－２５６１８）
（２２）【出願日】平成１３年８月３１日（２００１．８．３１）
（７２）【創作者】
【氏名】井関　大介
【住所又は居所】東京都国分寺市東恋ケ窪一丁目２８０番地　株式会社　日立製作所　デザイン本部内
（７２）【創作者】
【氏名】池田　　稔
【住所又は居所】東京都国分寺市東恋ケ窪一丁目２８０番地　株式会社　日立製作所　デザイン本部内
（７２）【創作者】
【氏名】片山　麻子
【住所又は居所】東京都国分寺市東恋ケ窪一丁目２８０番地　株式会社　日立製作所　デザイン本部内
（７３）【意匠権者】
【識別番号】０００００５１０８
【氏名又は名称】株式会社日立製作所
【住所又は居所】東京都千代田区神田駿河台四丁目６番地
（７４）【代理人】
【識別番号】１０００６８５０４
【弁理士】
【氏名又は名称】小川　勝男
【審査官】前畑　さおり
（５６）【参考文献】意登８６４４４６　意登８８７５５４　意登９９２４３８　意登１０５６３８５　その他、カタログあり。
（５５）【意匠に係る物品の説明】本物品は、通信機能を備えるとともに、「通電状態を示す正面図」で示す表示部に表示された各種の操作キーやガイダンスにより、各種のデータ処理を可能とする電子計算機である。また、本物品は、携帯型として使用されるが、例えば、机上で使用する場合は、「使用状態を示す正面図」に示すように、各種の増設用プレーヤーを備えた基台部に取り付けられ、背面に設けられた矩形上の無線接続部を介してデータ通信をしながら使用することができるものである。
（５５）【意匠の説明】使用状態を示す参考図中、表示部の平行斜線部は透光性素材である。
【図面】
【斜視図】

(2) 意匠登録１１４２１２７



【正面図】



【右側面図】

(3) 意匠登録１１４２１２７



【左側面図】



【平面図】

(4) 意匠登録１１４２１２７



【底面図】

【背面図】

(5) 意匠登録１１４２１２７



【内部機構省略のＡ－Ａ'断面図】



【使用状態を示す参考図】

（6）　　　　　　　　　意匠登録１１４２１２７



本物品　　スピーカー　　表示部　　増設用プレーヤー

【各部の名称を示す参考図】



入力ペン

【通電状態を示す正面図】

（7） 意匠登録１１４２１２７

