# WOODRING EXHIBIT 55

