# WOODRING EXHIBIT 56