# WOODRING EXHIBIT 57

## D504,889                    TC1000



(source: http://www.opendeals.org/hp-compaq-tablet-pc-
tc1000-tm5800-1-ghz-104-tft.html)