# WOODRING EXHIBIT 58

(19)【発行国】日本国特許庁（JP）
(45)【発行日】平成17年6月6日（2005.6.6）
(12)【公報種別】意匠公報（S）
(11)【登録番号】意匠登録第1241638号（D1241638）
(24)【登録日】平成17年4月15日（2005.4.15）
(54)【意匠に係る物品】カメラ付き携帯電話機
【部分意匠】
(52)【意匠分類】H3-30
(51)【国際意匠分類（参考）】14-03
【Dターム】HCABA00、HCABB03、HCABC00、HCACA06、HCACC02、HCACD01、HCACE01
(21)【出願番号】意願2004-31512（D2004-31512）
(22)【出願日】平成16年10月18日（2004.10.18）
(72)【創作者】
【氏名】小山 啓一
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内
(73)【意匠権者】
【識別番号】000005049
【氏名又は名称】シャープ株式会社
【氏名又は名称原語表記】SHARP KABUSHIKI KAISHA
【住所又は居所】大阪府大阪市阿倍野区長池町22番22号
【住所又は居所原語表記】22-22, Nagaike-cho, Abeno-ku, Osaka-shi, Osaka 545-8522 JAPAN
(74)【代理人】
【識別番号】100103296
【弁理士】
【氏名又は名称】小池 隆彌
(74)【代理人】
【識別番号】100088281
【弁理士】
【氏名又は名称】田畑 昌男
【審査官】橋 崇生
(56)【参考文献】意登1154720　意登1173802　意登1221142　意登1221145
(55)【意匠の説明】明調子で表した部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【開蓋斜視図】

【斜視図】

【正面図】

Case 5:11-cv-01846-LHK   Document 427-63   Filed 11/28/11   Page 4 of 9

(3)　　　　　　　　　意匠登録１２４１６３８



【背面図】



【平面図】



【底面図】

(4)　　　　　　　　　　　意匠登録1241638



【右側面図】



【左側面図】



【内部機構を省略したA－A端面図】

(5)  意匠登録1241638



【開蓋正面図】



【開蓋背面図】

意匠登録1241638



【開蓋平面図】



【開蓋底面図】



【開蓋右側面図】



【開蓋左側面図】



【内部機構を省略したB−B端面図】

(8)　　　　　　　　　　　意匠登録1241638

