# WOODRING EXHIBIT 59

**D618,677**          **JP 1241638**          **D593,087**



**D618,677**        **JP 1241638**        **D593,087**