# WOODRING EXHIBIT 60



