WOODRING EXHIBIT 61

### D618,677

### LG Chocolate

### D593,087







(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)

**D618,677**     **LG Chocolate**     **D593,087**



(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)