# WOODRING EXHIBIT 62

**D618,677**     **LG Prada**     **D593,087**

  

(Image from http://www.coolpicking.com/50226711/prada_and_lg_collaborate_on_fashionable_phone.php)



(Image from http://www.gsmmag.com/lg-prada-phone-review-rating-and-pricing-specifications/)