# WOODRING EXHIBIT 63

（19）【発行国】日本国特許庁（JP）
（45）【発行日】平成18年9月4日（2006.9.4）
（12）【公報種別】意匠公報（S）
（11）【登録番号】意匠登録第1280315号（D1280315）
（24）【登録日】平成18年7月21日（2006.7.21）
（54）【意匠に係る物品】携帯電話機
（52）【意匠分類】H7-43
（51）【国際意匠分類（参考）】14-03
【Dターム】H7-43AC、H7-43C
（21）【出願番号】意願2005-35449（D2005-35449）
（22）【出願日】平成17年12月1日（2005.12.1）
（72）【創作者】
【氏名】宮路　太平
【住所又は居所】東京都港区芝浦一丁目1番1号　　　　　　　株式会社東芝　本社事務所内
（73）【意匠権者】
【識別番号】000003078
【氏名又は名称】株式会社東芝
【氏名又は名称原語表記】KABUSHIKI KAISHA TOSHIBA
【住所又は居所】東京都港区芝浦一丁目1番1号
【住所又は居所原語表記】1-1, Shibaura 1-Chome, Minato-ku, Tokyo 105-8001 JAPAN
（74）【代理人】
【識別番号】100109900
【弁理士】
【氏名又は名称】細口　浩
【審査官】前畑　さおり
（56）【参考文献】意登1160266　意登1160459　意登1205765　意登1214720　意登1216334　意登1228276　意登1235888　意登1242528　大韓民国意匠商標公報、2004-20、(2004-3-31)、30-0348247. (特許庁意匠課公知資料番号HH16518842)
（55）【意匠の説明】左側面図は右側面図と対称のため省略する。参考図中、平行斜線を施した部分は透光性を有する。
【図面】
【斜視図】

(2)  意匠登録1280315



【ディスプレイを引き伸ばした状態の縮小斜視図】



【ディスプレイを回動した状態の斜視図】

(3)　　　　　　　　　意匠登録1280315



【正面図】



【右側面図】



【平面図】



【背面図】



(5)　　　　　　　　　　意匠登録１２８０３１５

【底面図】



【内部機構を省略したＡ－Ａ端面図】



【ディスプレイを引き伸ばした状態の縮小正面図】



(5)　　　　　　　　　意匠登録1280315

【ディスプレイを引き伸ばした状態の縮小右側面図】



【ディスプレイを回動した状態の正面図】



【ディスプレイを回動した状態の右側面図】

(7)　　　　　　　　　　　意匠登録1280315



【ディスプレイを回動した状態の平面図】



【各部の名称を示す参考図1】

reduced
<s>Case 5:11-cv-01846-LHK   Document 427-68   Filed 11/28/11   Page 9 of 9</s>

(8) 意匠登録1280315



ディスプレイ
マイク
操作パッド
確定キー
スクロールキー
テンキー

【各部の名称を示す参考図2】



フラッシュ
カメラ