# WOODRING EXHIBIT 64

**D618,677**          **JP 1280315**          **D593,087**

# D618,677  JP 1280315  D593,087

