# WOODRING EXHIBIT 66

**D618,677**            **JP 1009317**            **D593,087**

