# WOODRING EXHIBIT 68

**D618,677**          **JP 1241383**          **D593,087**

## D618,677          JP 1241383          D593,087

