# WOODRING EXHIBIT 70

**D618,677**         **KR 30-0418547**         **D593,087**