# WOODRING EXHIBIT 72

**D618,677**     **KR 30-2006-0050769**     **D593,087**







**D618,677**        **KR 30-2006-0050769**        **D593,087**