# HO EXHIBIT A

## FILED UNDER SEAL