# HO EXHIBIT B

## FILED UNDER SEAL