# HO EXHIBIT C

## FILED UNDER SEAL