# HO EXHIBIT D

## FILED UNDER SEAL