# EXHIBIT F-1

# GLOBAL BRANDS

FINANCIAL TIMES SPECIAL REPORT | Thursday May 19 2011

www.ft.com/global-brands-2011 | twitter.com/ftreports



**Inside this issue**

**Financial services** A gulf in perception of how the credit crisis was handled is affecting rankings Page 3

**China** Big companies face long road to recognition as global brands Page 4

**Other Bric brands** Developing nations jostle for position in league table of big names Page 5

**Environment** Long-term impact of green issues is played down by experts as customers buy on price and convenience Page 6

**Opinion** With environmental awareness rising, what are the risks and opportunities for brands? Page 6

**Social media** Why it is better for brand owners to listen than to shout Page 7

## Big names fly high despite the gloom

Amid claims that investing in brands during the crisis paid off, the reality is more nuanced, write **Louise Lucas** and **Barney Jopson**

The obituaries proved premature. In the era of austerity, complete with subdued consumers and cost-cutting companies, big brands are flourishing.

Those who earn their living from the sector like to say this proves the received wisdom is correct: investing in brands through recessionary downturns pays off.

But, as this year's BrandZ survey shows, the reality is more nuanced. Some brands have gained traction or even a second wind on the back of new, growing markets such as China.

Others owe their renaissance or continued growth trajectory to visionary leaders, new products or a booming marketplace — in the case of newly minted most valuable brand, Apple, all three at once.

Overall, the value of the Top 100 brands is up 17 per cent on last year; they are now worth $2,400bn, according to Millward Brown Optimor, the WPP subsidiary that compiles the rankings.

That represents an additional $500bn on top of the pre-recession value in 2008, a far cry from the sunken

### 'The big story in this year's rankings is the power of the tablet'

values prophesied by the pessimists.

The recession, they believed, would prompt a mass and sustained swing from branded shampoos and cakes to own label.

Further up the chain, purveyors and retailers of goods such as Net-a-Porter, the online designer retailer, began offering to wrap customers' purchases in discreet brown paper rather than the traditional luxe tissue and ribbons.

Yet while the top brands are worth far more, there have been other changes since the first BrandZ Top 100 in 2006 and the years before the recession. These include the constituents of the ranking, says Cristiana Pearson, MBO director. "The composition is much more heavily geared towards technology and telecom providers, whereas

### Top 20 risers
By brand value growth, year on year

| Brand | Brand value growth (%) |
|---|---|
| Facebook | 246 |
| Baidu | 141 |
| Wells Fargo | 97 |
| Burberry | 86 |
| Apple | 84 |
| Skol | 68 |
| Pizza Hut | 58 |
| Geico | 53 |
| Std Chartered Bank | 45 |
| Hermès | 41 |
| Starbucks | 40 |
| Petrobras | 39 |
| Amazon | 37 |
| UPS | 35 |
| Cartier | 34 |
| Estée Lauder | 31 |
| MetLife | 31 |
| Siemens | 29 |
| Ikea | 28 |
| Canon | 27 |

Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)

before you used to see a lot of luxury brands and retail brands – a lot more consumer facing brands.

"Tech now represents a third in terms of numbers and about half the value. Cars, luxury and apparel are still recovering from pre-recession levels."

The technology sector continues to hog the limelight, but Google, the top-ranking brand four years running, has been usurped by Apple. The maker of the iPhone and iPad has seen its brand value increase 859 per cent since 2006, or by $153.7bn of value. It accounts for 6.4 per cent of the Top 100 by value (compared with 5.6 per cent for Google last year).

"The big story in this year's rankings is the power of the tablet," says Eileen Campbell, MBO's global chief executive. This also explains some of the hit in value of mobile network providers, she adds.

"Apple had such a big hit with the iPhone and the iPad, and that has contributed to its extraordinary growth."

Steve Centrillo, co-founder and managing partner of Smiths, a branding agency in New York, points to music and mobile handsets. "Apple has radicalised two industries in which it had no expertise.

"It shows that companies willing to buck the trend can be very successful," he says.

In the process Apple has transformed itself in a way few other brands in the upper rankings have tried or wanted to.

For Stuart Wood, executive creative director at Fitch, the design and branding consultancy, it is

Continued on Page 2



ITUB LISTED NYSE    Learn about us: www.itau.com

**I AM A GLOBAL LATIN AMERICAN**

Alice Braga. The Brazilian actress who has conquered Hollywood.

Itaú

WAGNER0000334

# Global Brands

**Rankings** Grounded in customer research and financial analysis

As businesses emerge from the recession, the importance of the brand as a financial asset is thrown into sharp relief.

Companies that have invested in developing strong brands have retained their value better and are bouncing back faster.

Managing brand value is an increasingly important source of financial returns. The key to a brand's success resides in the minds of its customers, but a brand is valuable only if it can translate customer sentiment into financial value.

The BrandZ Top 100 is the only ranking based on a brand valuation methodology that is grounded in quantitative customer research and in-depth financial analysis.

Insights into customer behaviour and brand strength come from WPP's unique BrandZ database – the world's largest repository of brand equity data. Covering thousands of brands and based on more than 2m in-depth interviews, it provides a detailed, quantified understanding of customer decision-making the world over.

Financial data are sourced from Bloomberg, analyst reports, Kantar Worldpanel data, and company filings with regulatory bodies. A team of Millward Brown Optimor's consultants then prepare financial models for each brand that link brand perceptions to company revenues, earnings, and ultimately shareholder and brand value.

The BrandZ Top 100 Most Valuable Global Brands study values market-facing brands that is brands that directly generate revenues and profits through the sale of goods and services to customers.

Corporate brands such as Procter & Gamble, Unilever and Nestlé which have significant value especially with the investment community, are not included.

The ranking values brands from 13 categories, ranging from apparel, beer, cars, to fast food, financial services, insurance, luxury goods, telecom providers, oil & gas companies, personal care, retail, soft drinks, and technology.

Through extensive coverage of developed and emerging markets, it provides insight into the sources and drivers of brand value, both today and in the future.

MBO applies an economic use approach to brand valuation, using valuation methodology similar to that employed by analysts and accountants. MBO takes a fundamental approach to brand value, based on the intrinsic value of the brand, which is derived from its ability to generate demand. The dollar value of each brand in the ranking is the sum of the future earnings that that brand is forecast to generate, discounted to a present day value.

The brand value is calculated in three steps:

● First, the proportion of a company's earnings that is generated "under the banner of the brand" is determined. In the case of Coca-Cola, for instance, some earnings are not branded Coca-Cola, but come from Fanta, Sprite or Minute Maid. From these branded earnings, capital charges are subtracted. This captures value only above and beyond what investors would require any investment in the brand to earn; the value the brand adds to the business.

Earnings are then allocated to each brand in each country of operation. This provides MBO with a bottom-up view of the earnings of the branded business.

● Only a portion of these earnings can be considered to be driven by brand equity. This is the "brand contribution": the degree to which brand equity plays a role in generating earnings. MBO establishes it through analysis of country-, market-, and brand-specific customer research from the BrandZ database.

This guarantees the brand contribution is rooted in real customer perceptions and behaviour, rather than subjective opinion. This allows MBO to capture differences in the importance of brands by category and by country, changes in customer priorities, and the role of brand versus other factors such as price and distribution.

● In the final step, the growth potential of these branded earnings is taken into account. This provides an earnings multiple that is aligned with the methods used by the analyst community, and also takes into account brand-specific growth opportunities and barriers. MBO has refined its analysis over the past six years to help finance and marketing departments understand – and increase – the value of their brands.

## Global top 100
By value

| Rank | Ranking Change | Brand | Brand value 2011 ($m) | Brand value change 11 vs. 10 (%) | Brand value 2010 ($m) | Brand value 2009 ($m) | Brand contribution* | Brand momentum** | Rank | Ranking Change | Brand | Brand value 2011 ($m) | Brand value change 11 vs. 10 (%) | Brand value 2010 ($m) | Brand value 2009 ($m) | Brand contribution* | Brand momentum** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Apple | 153,285 | 84 | 83153 | 63113 | 4 | 9 | 56 | -10 | Honda | 14,182 | -1 | 14303 | 14571 | 3 | 7 |
| 2 | -1 | Google | 111,498 | -2 | 114260 | 100039 | 4 | 5 | 57 | 2 | Nike | 13,917 | 10 | 12597 | 11999 | 4 | 5 |
| 3 | -1 | IBM | 100,849 | 17 | 86383 | 66622 | 3 | 5 | 58 | -10 | Intel | 13,904 | -2 | 14210 | 22851 | 2 | 5 |
| 4 | 2 | McDonald's | 81,016 | 23 | 66005 | 66575 | 4 | 7 | 59 | -17 | Carrefour | 13,754 | -8 | 14980 | 14961 | 3 | 7 |
| 5 | -1 | Microsoft | 78,243 | 2 | 76344 | 76249 | 4 | 7 | 60 | 7 | MasterCard | 13,543 | 16 | 11659 | 7427 | 4 | 7 |
| 6 | -1 | Coca-Cola | 73,752 | 8 | 67983 | 67625 | 5 | 9 | 61 | 12 | Petrobras | 13,421 | 39 | 9675 | n/a | 1 | 7 |
| 7 | 15 | AT&T | 69,916 | n/a | n/a | n/a | 3 | 4 | 62 | 1 | H&M | 13,006 | 7 | 12131 | 12061 | 2 | 8 |
| 8 | -1 | Marlboro | 67,522 | 18 | 57047 | 49460 | 4 | 4 | 63 | -5 | Pepsi | 12,931 | 1 | 12752 | 14996 | 4 | 6 |
| 9 | -1 | China Mobile | 57,326 | 9 | 52616 | 61283 | 4 | 9 | 64 | -30 | BP | 12,542 | -27 | 17283 | n/a | 1 | 5 |
| 10 | -1 | GE | 50,318 | 12 | 45054 | 59793 | 1 | 2 | 65 | -3 | Target | 12,471 | 3 | 12148 | 12254 | 3 | 3 |
| 11 | = | ICBC | 44,440 | 1 | 43927 | 38056 | 2 | 5 | 66 | -1 | Porsche | 12,413 | 3 | 12021 | 17467 | 5 | 6 |
| 12 | 2 | Vodafone | 43,647 | -2 | 44404 | 53727 | 2 | 4 | 67 | 1 | Samsung | 12,160 | 7 | 11351 | 6322 | 3 | 9 |
| 13 | 7 | Verizon | 42,828 | n/a | n/a | n/a | 3 | 4 | 68 | -7 | Chase | 12,083 | -3 | 12426 | 10582 | 3 | 3 |
| 14 | 1 | Amazon | 37,628 | 37 | 27459 | 21294 | 3 | 10 | 69 | 20 | Standard Chartered Bank | 12,033 | 45 | 8327 | 8219 | 2 | 2 |
| 15 | -2 | Walmart | 37,277 | -5 | 39421 | 41083 | 2 | 5 | 70 | 7 | Siemens | 11,998 | 29 | 9293 | 13562 | 1 | 4 |
| 16 | 14 | Wells Fargo | 36,876 | 97 | 18745 | 16228 | 3 | 2 | 71 | 15 | Hermès | 11,917 | 41 | 8457 | 7862 | 5 | 8 |
| 17 | 1 | UPS | 35,737 | 35 | 26492 | 27842 | 4 | 8 | 72 | 13 | Starbucks | 11,901 | 40 | 8490 | 7260 | 5 | 5 |
| 18 | -6 | HP | 35,404 | -11 | 39717 | 26745 | 3 | 4 | 73 | 1 | FedEx | 11,759 | 25 | 9418 | 9491 | 4 | 8 |
| 19 | New | Deutsche Telekom | 29,774 | n/a | n/a | n/a | 2 | 4 | 74 | -4 | O₂ | 11,694 | n/a | n/a | n/a | 2 | 5 |
| 20 | -2 | Visa | 28,553 | 15 | 24883 | 16353 | 4 | 9 | 75 | New | Telecom Italia | 11,609 | n/a | n/a | n/a | 4 | 5 |
| 21 | 39 | Movistar | 27,249 | n/a | n/a | n/a | 2 | 6 | 76 | -7 | Tatcel | 11,558 | 7 | 10850 | n/a | 3 | 6 |
| 22 | -3 | Oracle | 26,648 | 9 | 24817 | 21438 | 1 | 7 | 77 | -46 | Santander | 11,363 | -37 | 18012 | 16035 | 2 | 5 |
| 23 | -2 | SAP | 26,078 | 7 | 24291 | 23615 | 3 | 7 | 78 | -27 | PetroChina | 11,291 | -19 | 13935 | n/a | 1 | 10 |
| 24 | 2 | China Construction Bank | 25,524 | 22 | 20929 | 22811 | 2 | 4 | 79 | -47 | Nintendo | 11,147 | -37 | 17834 | 18233 | 3 | 3 |
| 25 | -11 | BlackBerry | 24,623 | -20 | 30708 | 27478 | 4 | 9 | 80 | -8 | MTS | 10,883 | 12 | 9723 | 9189 | 3 | 9 |
| 26 | 3 | Louis Vuitton | 24,312 | 23 | 19781 | 19195 | 5 | 7 | 81 | -36 | Nokia | 10,735 | -28 | 14866 | 35163 | 3 | 6 |
| 27 | -1 | Toyota | 24,198 | 11 | 21769 | 29907 | 4 | 7 | 82 | -6 | eBay | 10,731 | 15 | 9328 | 12970 | 2 | 8 |
| 28 | -5 | HSBC | 22,587 | -4 | 23408 | 19079 | 2 | 2 | 83 | New | Ping An | 10,540 | n/a | n/a | n/a | 3 | 7 |
| 29 | 46 | Baidu | 22,555 | 141 | 9356 | n/a | 5 | 10 | 84 | 4 | US Bank | 10,525 | 26 | 8377 | n/a | 3 | 2 |
| 30 | -5 | BMW | 22,425 | 3 | 21816 | 23948 | 5 | 8 | 85 | 9 | Sony | 10,443 | 19 | 8778 | n/a | 3 | 8 |
| 31 | -14 | Tesco | 21,834 | -15 | 25741 | 22938 | 4 | 7 | 86 | -6 | Zara | 10,335 | 15 | 8986 | 8609 | 3 | 5 |
| 32 | -4 | Gillette | 19,782 | -4 | 20663 | 22919 | 5 | 4 | 87 | New | Scotiabank | 10,076 | n/a | n/a | n/a | 2 | 2 |
| 33 | New | China Life Insurance | 19,542 | n/a | n/a | n/a | 2 | 9 | 88 | -4 | Nissan | 10,072 | 17 | 8607 | 10206 | 2 | 4 |
| 34 | -1 | Pampers | 19,350 | 11 | 17434 | 18945 | 5 | 5 | 89 | -8 | Home Depot | 9,877 | 10 | 8971 | 9280 | 2 | 3 |
| 35 | New | Facebook | 19,102 | 246 | 5524 | n/a | 3 | 5 | 90 | New | Iliau | 9,600 | 29 | 7465 | n/a | 2 | 4 |
| 36 | 14 | Orange | 17,597 | n/a | n/a | n/a | 1 | 4 | 91 | New | China Telecom | 9,587 | n/a | n/a | n/a | 3 | 7 |
| 37 | -13 | Bank of China | 17,530 | -20 | 21960 | 21192 | 2 | 4 | 92 | -55 | Bank of America | 9,358 | -43 | 16393 | 15480 | 1 | 3 |
| 38 | 3 | Disney | 17,290 | 15 | 15000 | 23110 | 3 | 6 | 93 | -11 | Red Bull | 9,263 | 4 | 8917 | 8154 | 4 | 5 |
| 39 | -3 | RBC | 17,182 | 3 | 16608 | 14894 | 3 | 4 | 94 | -11 | Aldi | 9,251 | 6 | 8747 | 8638 | 2 | 4 |
| 40 | 12 | American Express | 17,115 | 23 | 13912 | 14953 | 3 | 2 | 95 | 5 | Tim | 8,838 | 21 | 7280 | 6409 | 2 | 5 |
| 41 | -2 | ExxonMobil | 16,973 | 10 | 15476 | n/a | 1 | 8 | 96 | -9 | Barclays | 8,760 | 4 | 8383 | 8992 | 1 | 2 |
| 42 | 29 | TD | 16,931 | 19 | 14202 | 10991 | 4 | 1 | 97 | -7 | China Merchants Bank | 8,668 | 5 | 8236 | 8052 | 2 | 7 |
| 43 | New | Agricultural Bank of China | 16,909 | n/a | n/a | n/a | 1 | 6 | 98 | = | Bradesco | 8,600 | 15 | 7450 | n/a | 2 | 3 |
| 44 | -9 | Cisco | 16,314 | -2 | 16719 | 17955 | 2 | 5 | 99 | New | Sberbank | 8,535 | n/a | n/a | n/a | 3 | 4 |
| 45 | -7 | Budweiser | 15,952 | 0 | 15991 | 13292 | 4 | 4 | 100 | 22 | Goldman Sachs | 8,439 | -9 | 9283 | 7415 | 2 | 2 |
| 46 | 3 | L'Oréal | 15,719 | 11 | 14129 | 14991 | 4 | 5 | | | | | | | | | |
| 47 | 7 | Citi | 15,674 | 17 | 13403 | 14608 | 2 | 1 | | | | | | | | | |
| 48 | 9 | NTT DoCoMo | 15,449 | 19 | 12969 | 15776 | 2 | 4 | | | | | | | | | |
| 49 | -5 | Accenture | 15,427 | 5 | 14734 | 15076 | 4 | 3 | | | | | | | | | |
| 50 | 3 | Mercedes | 15,344 | 12 | 13736 | 15499 | 5 | 3 | | | | | | | | | |
| 51 | -11 | Shell | 15,168 | 0 | 15112 | n/a | 1 | 5 | | | | | | | | | |
| 52 | New | Tencent/QQ | 15,131 | n/a | n/a | n/a | 4 | 9 | | | | | | | | | |
| 53 | -8 | ICICI Bank | 14,900 | 3 | 14454 | n/a | 3 | 3 | | | | | | | | | |
| 54 | 10 | Subway | 14,306 | 19 | 12032 | 10997 | 4 | 5 | | | | | | | | | |
| 55 | -8 | Colgate | 14,258 | 0 | 14224 | 12396 | 4 | 6 | | | | | | | | | |

* Brand contribution (BC), the portion of earnings that can be considered to be driven by brand equity, is presented as an index from 1 to a maximum of 5. ** Brand momentum (BM) indicates each brand's short-term growth potential. It is presented as an index from 1 to a maximum of 10

¹Includes Lites, Diets and Zero
²Deutsche Telekom is rebranding its business to 'T', which incorporates T-Mobile, T-Home and T-Systems
³Includes Bud Light
⁴Includes Lites, Diets and Zero
⁵Includes Wii and Nintendo DS
⁶Includes sugar-free and Cola

Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)

## Big names fly high in spite of the gloom

Continued from Page 1

"people power" that is behind Apple's meteoric rise and ability to reinvent itself.

Most recently, that has been the use of personal data on iPhones a step away from providing computer hardware.

A similar theme runs through other technology players. Facebook, a new entrant after racing up the biggest percentage growth, made its debut at number 35. Amazon, with a 37 per cent leap in brand value, is now the top retailer, usurping Walmart for the first time.

"[Amazon] is really flirting in with the consumer desires and needs. It has the ability to be there when the consumers need it for their shopping and offers a huge, increased range," says Peter Walshe, global BrandZ director at Millward Brown.

A continuing trend is the rise of the Bric nations, with a total 19 entrants from Brazil, Russia, India and China, plus Mexico. Banks and insurers make it to the top of the pile, making up five of the new entrants.

Many new names barely known outside their home country's borders. Agricultural Bank of China, for example, may boast more customers than the US has people (800m) and 24,000 branches, but its roots are in provision of loans to rural Chinese, not global finance.

Mr Wood at Fitch says: "When you have huge numbers of people banking with a Chinese or Brazilian bank, I'm not sure how relevant that is to a UK consumer unless you are an investor."

Brands that dropped out of the Top 100 include well known names such as Aviva, Gucci and Morgan Stanley, while newcomers include Russia's Sberbank, Brazil's Itaú and China Life Insurance.

Then there are the bounce-backs: brands that fell out of favour and have succeeded in rehabilitating themselves.

In the 2010 ranking Toyota, the world's biggest car-maker, suffered a 27 per cent drop in its brand value following its mass recall, but this year it rose 11 per cent and slipped just one place to 27th, although it regained pole position in the cars Top 10.

David Duncan, managing partner of Smiths, the New York agency, and its other co-founder, says: "What you do is far more important than what you say. It's doubly lethal if that's possible to continue to do the wrong thing while you say things you think people want to hear."

That is a sentiment with which BP, the UK-listed oil and gas group crippled by last year's oil spill in the Gulf of Mexico, may quietly concur. Mr Cenurillo adds:

"Consumers are willing to forgive if you are willing to admit you made a mistake. We've seen that time and time again."

Says Fitch's Mr Wood: "If you start with solid foundations and trust, then brands have the ability to bounce back. Toyota is a good example: they had massive recalls, but the goodwill around that brand allowed it to bounce back.

"Banking is another example. It's about how you hold your hand up, because there is nowhere to hide with blogs and so on."

Millward Brown's Ms Campbell puts it succinctly: "In some ways brand value is like a bank account. You can make some withdrawals as long as you are putting money back in."

She says the agency predicted last year that Toyota would rebound if it addressed its quality issues because it had "such a well of heritage for being a great brand driven by great products".

Some of Toyota's fellow Japanese brands, also labouring under issues relating to quality, must hope for similar goodwill. Sony, the consumer electronics group, is a case where some say such goodwill has been lost since the glory days of the Walkman, making it harder to recover from the breach of its PlayStation network by hackers. But Ms Campbell adds that

> 'If you start with solid foundations and trust, brands have the ability to bounce back'
> 
> Stuart Wood, Fitch

example. It's about how you hold your hand up, those with longer memories would also put Apple firmly in the rehabilitation camp. "Apple is one of these fabulous stories. If I dial back 20 years to the early PC wars, we had all left Apple for dead.

"It's one of these great stories that combined leaders that focus on financial health, product innovation and strategic investment in marketing can rehabilitate the most moribund of brands" not, she adds, that Apple was really that moribund.

But reversals of fortune can swing both ways, as Research in Motion knows. The Canadian maker of the BlackBerry slipped 11 notches to 25th place behind names such as Oracle, SAP and China Construction Bank that are surely unknown to plenty of BlackBerry-toting types.

This reversal comes as RIM's bleeding market share and its chief executive, Mike Lazaridis, abruptly ended an interview with the BBC after being asked about problems in India.

Yet help may be at hand with the PlayBook, BlackBerry's first tablet, which MBO's brand experts believe may spark a revival.

As a result, BlackBerry's "brand momentum", a short term measure of potential for increasing brand value, is close to the maximum.

Issues such as those faced by RIM recently are among the challenges for brand managers. Says Mr Duncan at Smiths: "Big companies have a hard time dealing with change.

"The average chief marketing officer's tenure is 18 months. They're one mistake away from failure. They can't fall back on an old set of rules. They're very frightened right now."

### Sectors
Rises and falls across 13 categories

| Category | Brand value growth 11 vs. '10 (%) | Brand value growth 11 vs. 08 (%) |
|---|---|---|
| Insurance | 137 (10*) | 6 (-53*) |
| Fast Food | 22 | 42 |
| Luxury | 19 | -13 |
| Technology | 18 | 32 |
| Apparel | 10 | -1 |
| Financial institutions | 9 | 7 |
| Beer | 7 | 32 |
| Cars | 7 | -27 |
| Soft Drinks | 5 | 26 |
| Personal Care | 3 | 5 |
| Retail | 2 | 7 |
| Oil & Gas | 1 | n/a |
| Telecom Providers | n/a | n/a |

*Figures in brackets exclude new entrants China Life Insurance, Ping An and China Pacific Insurance.

Source: Millward Brown Optimor (including data from BrandZ, Kantar Worldpanel and Bloomberg)



### Top brands outperform the market
Rebased (%)

Source: Millward Brown Optimor   * Based on the top 100 brands; updated annually



Download free mobile BrandZ app
http://app.brandz.com

Top 100 Most Valuable Global Brands 2011

Free mobile features are available for iPhone, iPad, Nokia, BlackBerry and Android.

To download the full report:
www.brandz.com

To view the ereport:
www.brandz.com/ereport

BRANDZ™
Powered by Millward Brown Optimor
a WPP company

# Mixed results for sector in the aftermath of crisis

**Financial services**

A gulf in perception of how the meltdown was handled is affecting rankings, says **Sharlene Goff**

As the financial sector scrambles back to its feet after the catastrophic meltdown of 2008, an increasing gulf is emerging between how people perceive the institutions at the heart of the crisis and those that managed to avoid the direct line of fire.

After enjoying an indiscriminate industry wide boost a year ago the financial-institutions category rose more than any other in the 2010 BrandZ Top 100, making up for the sharp fall it suffered the year before — the picture for banks this time around is far more mixed.

Institutions across fast-growing emerging markets — China and Brazil, for example and other regions that have escaped largely unscathed from the financial crisis, have fared well.

China's ICBC retained its top ranking within financial services for the second year, while Agricultural Bank of China made its debut in both the sector table and the overall top 100. Two other Chinese groups, China Construction Bank and Bank of China, retained their places among the top 10 financial services companies.

Meanwhile, Scotiabank, the Canadian lender, and Brazil's Itaú also made first-time appearances in the top 100 global brands.

Conversely, a number of banks across parts of the US and Europe that have been more brutally savaged by the financial crisis, were punished. Morgan Stanley and JPMorgan dropped out of the top 100 completely. Bank of America was the biggest faller, losing 56 places to position 92, while Santander and Goldman Sachs, one of last year's big risers, also tumbled down the ranks.

"Banks generally have been losing trust over the past few years, according to our data," says Peter Walshe, global BrandZ director at Millward Brown. "But the top 20 are mostly highly trusted brands . . . There's a distinction between the mass of the banks and the ones that are very successful and are reaching into big communities, which actually, are trusted."

Mr Walshe points out that some of the banks have been tainted by short-term financial performance, rather than inherent problems with their brands.

Specifically, he believes Santander has been downgraded because of the difficulties it has encountered in its ravaged domestic property market. "It's not to do with the brand itself, its loss in brand value is entirely [due to] exposure in disaster markets such as Spain," he says.

For Bank of America, however, MBO says the fall reflects upheaval of the brand itself following its merger with Merrill Lynch.

Cristiana Pearson, a director at MBO, says the merger during the financial crisis caused problems, as the combination of Bank of America's strong retail brand with Merrill Lynch's investment banking franchise did not immediately chime with customers. "I think this created some brand confusion," she says.

In the UK, where there has been the biggest public and political backlash against the return of big bank profits and the bumper bonuses that come with them — there are marked differences in the way institutions are perceived.

Barclays, which has sparked some of the strongest criticism for the hefty bonuses paid to top bankers, fell nine places just staying within the top 100 brands at position 96. HSBC also slipped, although it was still the second-strongest UK brand to Vodafone.

Mr Walshe says HSBC whose presence in Asia has provided some insulation from the challenges of the UK market is an example of a brand that has retained customers' trust despite a weaker financial performance following the financial crisis.

"It has used its brand in a unified way across the world and continues to do that," he says. "It is a good example of a company that has built up its ethos and its brand both outward facing, to consumers and business, and inward facing, to its staff."

Banks that have taken direct state support Royal Bank of Scotland in the UK, and the Swiss banks, for example have failed to recover sufficiently to warrant a place in the index.

Better news comes for Standard Chartered, which, like HSBC is focused on Asia and other emerging markets, and Wells Fargo, the US retail bank that has merged with Wachovia, which were both among the top 10 risers this year.

Credit card companies Visa, MasterCard and American Express also fared well all three were in the top 20 financial services brands building on a strong performance a year ago.

Insurance providers also had a good year, showing by far the strongest growth in "brand value" of any category, although this was flattered by the first-time inclusion of a number of Chinese firms.

The sector's brand value jumped by 137 per cent, reflecting the contribution from China Life Insurance and Ping An, which made their debuts in the top 100 at positions 33 and 81 and took the top two positions in the global insurance sector, and China Pacific Insurance.

The overall value of the brands of financial institutions as a sector increased 9 per cent in this year's rankings the sixth-highest riser after insurance, fast food, luxury, technology and apparel.

Since 2008, the financial sector has risen 7 per cent.

> 'HSBC has used its brand in a unified way across the world and continues to do that'
> 
> Peter Walshe, Millward Brown

**Financial institutions**
Top 20 by brand value

| Rank | Brand | Brand value $M | Brand contribution | Brand momentum | Brand value change (%) |
|---|---|---|---|---|---|
| 1 | ICBC | 44,440 | 2 | 5 | 1 |
| 2 | Wells Fargo | 36,876 | 3 | 2 | 97 |
| 3 | Visa | 28,553 | 4 | 9 | 15 |
| 4 | China Construction Bank | 25,524 | 2 | 4 | 22 |
| 5 | HSBC | 22,587 | 2 | 2 | -4 |
| 6 | Bank of China | 17,530 | 2 | 4 | -20 |
| 7 | RBC | 17,182 | 3 | 4 | 3 |
| 8 | American Express | 17,115 | 3 | 2 | 23 |
| 9 | TD* | 16,931 | 4 | 3 | 19 |
| 10 | Agricultural Bank of China | 16,909 | 1 | 6 | n/a |
| 11 | Citi | 15,674 | 2 | 1 | 17 |
| 12 | ICICI Bank | 14,900 | 3 | 3 | 3 |
| 13 | MasterCard | 13,543 | 4 | 7 | 15 |
| 14 | Chase | 12,083 | 3 | 3 | -3 |
| 15 | Standard Chartered Bank | 12,033 | 2 | 2 | 45 |
| 16 | Santander | 11,363 | 2 | 5 | -37 |
| 17 | US Bank | 10,525 | 3 | 2 | 26 |
| 18 | Scotiabank | 10,076 | 2 | | n/a |
| 19 | Itaú | 9,600 | 2 | | 29 |
| 20 | Bank of America | 9,358 | 1 | 3 | -43 |

*Correction to TD's 2010 value. Brand value in 2010 was $14,202, not $10,274
Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

Giving a good account of itself: ICBC retains top ranking in the sector Top 20  *Bloomberg*



**Contributors**

**Louise Lucas**
Consumer Industries Editor

**Barney Jopson**
US Retail Correspondent

**Andrew Baxter**
Senior Writer, FT Reports, Commissioning Editor

**Sharlene Goff**
Retail Banking Correspondent

**Kathrin Hille**
Beijing Correspondent

**Rod Newing**
FT Contributor

**Jessica Twentyman**
FT Contributor

**Steven Bird**
Designer

**Andy Mears**
Picture Editor

For advertising details, contact: Ian Edwards on:
+44 (0)20 7873 3272,
e-mail: ian.edwards@ft.com or your usual Financial Times representative

All editorial content in this supplement is produced by the Financial Times.

All FT Reports are available on FT.com.
Go to www.ft.com/reports
Follow FT Reports at twitter.com/ftreports

ITUB LISTED NYSE

Learn about us: www.itau.com

# I AM A GLOBAL LATIN AMERICAN

Camilo Villegas. The South American golfer with three PGA Tour titles.

Itaú

WAGNER0000336

## Global Brands



Putting their best foot forward: shoes from Shanghai-based StellaLuna's 2011 spring and summer collection

# Big companies face long road to recognition

### China

Most groups are known locally rather than worldwide, writes **Kathrin Hille**

From the plain numbers, one could conclude that China is on the verge of becoming a global brand powerhouse.

Of the 11 new entrants in the BrandZ Top 100 ranking, five are Chinese. With 12 Chinese brands in the Top 100, the country seems far ahead of other large emerging markets such as Brazil, Russia and India. And Chinese companies now dominate the Asia Top 10 with eight entries (see table below).

But Chinese companies have only just started taking their first steps towards building brands, and their road will be a long and hard one, branding experts say.

"The big reality is: these are still Chinese, not global brands," says Adrian Gonzalez, head of Greater China at Millward Brown, which compiles the ranking. "Most of them are in there because of the scale they have in China."

The majority of the Chinese companies represented in the ranking are state-owned enterprises in businesses that heavily rely on large population numbers such as banking, insurance and telecoms.

Four of this year's five new Chinese entrants meet that profile: Ping An Insurance, Agricultural Bank of China, China Telecom and China Life Insurance.

With a few exceptions, such companies have yet to fully understand what branding means, experts say.

"They [state-owned enterprises] need to think harder about how consumers see them," says Raymond Tao, president of Ogilvy & Mather Advertising in China. "So far, their thinking is still very much focused on how the government sees them, how distributors see them."

China Mobile is seen as the big exception. It is the world's largest mobile operator by subscribers and was also the first Chinese brand to enter the BrandZ Top 100 ranking when it was started in 2006. It agreed to work with Ogilvy to overhaul its sub-brand for young users, an exercise which ended up transforming the entire brand.

Other state enterprises "have tried in terms of service and product, but in terms of communication, the quality is just not there," says Mr Tao.

Elsewhere, there are some much more promising Chinese brands. Baidu, the country's largest online search engine, saw its brand value grow at the second-fastest pace of all Top 100 companies this year, and Tencent, which operates the world's largest instant messaging service, entered the ranking for the first time.

Mr Gonzalez sees other technology firms as promising candidates: 360buy, an e-commerce company, Suning, an electronics retailer which is rapidly expanding online, and Lenovo, the world's fourth-largest PC vendor, are promising brands he bets on.

In some sectors where US and European brands are strong, Chinese brands face many more hurdles. "There is much stronger negative sentiment about China in certain respects than there is regarding other [brics] markets. If you ask consumers what they associate with Chinese products, they'll tell you that everything cheap is made in China, and they'll think of quality problems," says Mr Gonzalez.

Therefore analysts believe it will be years before Chi-

nese carmakers, which have expressed growing ambitions to build brands, have a chance to be trusted and recognised abroad.

Similar hurdles exist in the luxury industry. As people develop a growing pride in their economic clout and cultural renaissance and as the domestic consumer market is growing fast, plans for home grown luxury brands abound.

Increasing numbers of fashion companies from south-eastern China, which used to do just contract work for export, have begun calling in advertising and branding consultants as they think about launching their own brands.

One example is StellaLuna, a Shanghai-based shoemaker that set up its own brand in 2006. It markets its 2011 summer collection with association with French *femmes fatales*.

While the company says it believes China will replace Europe as the global centre of fashion in the 21st century, it also feels the need to cite its founders' credentials as former contract manufacturers for European brands as proof of taste and quality.

"Many people in China have that dream of building a luxury brand, but maybe it'll take another generation," says Mr Tao.

Things are at an even more embryonic stage when it comes to brand internationalisation. "As their domestic market is so big and growing, there is no good reason for them to go global quickly," says Mr Gonzalez.

Branding experts see the decision by Li Ning, the



'Many dream of building a luxury brand, but maybe it'll take another generation'

Raymond Tao, Ogilvy & Mather China

sports shoe brand, to set up a shop in Paris as a move mainly aimed at Chinese consumers, demonstrating the brand has a certain global standing.

Other brands which have started internationalising are often still competing on price and distribution networks. SAIC, a small Chinese car brand which has been quite successful in Brazil, is an example, as its expansion there has been driven and managed by its local distributor.

The big exception is the white goods sector. Haier, the company whose chief executive once started out by publicly smashing poor-quality refrigerators with a hammer to demonstrate his commitment to high quality, has built a strong position in several developing markets. In Pakistan and Nigeria, Haier is now a high-end brand, and the company has also seen some success with a new refrigerator model that appealed to young, affluent consumers in Europe.

Experts believe Chinese mobile handset makers might follow in the white goods companies' footprints as the industry has become equally competitive.

Huawei, the telecom network gear maker, which has recently started pushing the expansion of its devices arm, is a closely watched candidate.

---

ADVERTISEMENT



Skyline of Singapore: The metropolis in Southeast Asia is a leader in environmental protection and emerged victorious in the Asian Green City Index

SERIES_PART 1: Livable metropolises

## Ideal Cities

Humankind's future lies in cities. All over the world, metropolitan areas are transforming from polluters of the environment to drivers of green technology. Siemens is a key partner in facilitating this process.

Since its beginnings, humankind has sought to improve its settlements. In antiquity, Plato and Aristotle developed models for an ideal city, including the social and political principles on which they should be based. The German Baroque city of Mannheim is one of the few ideal cities implemented during the Renaissance; its layout served as the model for Washington, D.C.

Even if many of these plans were ahead of their time, the world is changing, and thus the demands made on a city worth living in. Even supposedly ideal metropolises designed on the drawing board in the twentieth century, such as Brasilia or Chandigarh in India, today only meet the expectations of residents to a certain extent. Just a few decades ago, even the visionary Le Corbusier could not have foreseen how vehicular traffic would boom in Chandigarh, the city he planned.

### Various problems burden megacities

The rapid growth of cities causes a multitude of problems. Just 200 years ago, approximately 97 percent of the world's population lived in rural regions. Today, half of the world population lives in cities. And that figure will swell to three quarters by mid-century, according to United Nations forecasts. This is a major problem because cities account for 80 percent of all greenhouse gas emissions today. Even more dramatic is the growing number of gigantic megacities with more than ten million inhabitants.

Metropolises such as London, Shanghai or Mexico City only function properly if they can ensure that their residents have access to clean energy, water and mobility and an environment which is as socially and ecologically sound as possible. Also, cities must adjust to a growing number of senior citizens. Worldwide, the percentage of the population that is over 60 years of age will increase from 11 percent today to 22 percent in 2050; in industrial countries that figure could even increase from 22 percent today to roughly 33 percent. This age group has specific needs, for instance, in the areas of health care and accessibility.

Despite these well-known problems, there are some major cities and even megacities which are setting a good example, particularly in the field of ecology. Therefore, the independent research and consulting company Economist Intelligence Unit, commissioned by Siemens, compared 30 major European cities in terms of their performance with regard to environmental protection. The results of the Eu-

ropean Green City Index: Copenhagen is the greenest metropolitan city in Europe, followed by Stockholm and Oslo.

### From behemoth to model city

Environmental protection is also gaining significance in the emerging countries. Just 20 years ago, Mexico City was among the most polluted cities in the world. Now, the plan is for it to become the greenest city in Latin America by 2012. Singapore is already a step further: This metropolis in Southeast Asia is number one in the Asian Green City Index. Climate-friendly technologies are driving this development. For instance, the new gas and steam turbine power plant on Jurong Island helps to cover Singapore's energy needs both in a cost-effective and environmentally compatible way. Siemens supplied key components of the plant, including the gas turbines and the entire control system. Several other Siemens projects are also exemplary in improving environmental protection and quality of life in cities like the Lillgrund Wind Park off the coast of Copenhagen and the subway in Oslo.

Siemens is the technology and market leader with green solutions in energy, transportation, building technology, and energy-efficient industrial automation. The company generated revenue of approximately 28 billion euros with products from its environmental portfolio in 2010 and helped customers worldwide, including numerous cities, reduce $CO_2$ emissions by 267 million tons last year; that's as much as New York, Tokyo, London, Berlin, Rome and

Hong Kong emit in total. Siemens intends to be a leading participant in the dynamic growth of cities and infrastructure investments. To achieve this, the company is founding a fourth Sector – Infrastructure & Cities. The new Sector will focus on integrating technologies and providing tailored energy efficiency solutions for private and public infrastructures. Cities alone currently offer Siemens an addressable market volume of around 300 billion euros.

### The model metropolis Masdar City

In a few years, Masdar City will show what it's like to live in a city where cutting-edge green technologies work together. In the desert metropolis in the Emirate of Abu Dhabi, 50,000 residents will be able to enjoy the advantages of a genuine green city that generates its energy locally and produces virtually no emissions. With its Center of Excellence in Building Technologies and its Middle East headquarters, Siemens will not just be physically present; as a strategic partner, the company is setting up advanced building technologies and an innovative smart power grid which will supply Masdar with environmentally friendly power.

Many metropolitan areas may still be far away from this ideal city. However, with the help of innovations by Siemens, they are moving in the right direction at an ever faster pace.

FOR MORE INFORMATION SEE
**SIEMENS.COM/CITIES**



Masdar City: The building technology of the eco-friendly city reduces energy consumption and emissions

#### Siemens series "The Ideal City"

WHICH CRITERIA does a metropolis have to meet to be an ideal city? The answers will be provided in a five-part Siemens series. It will show what constitutes an optimum transport system, which role $CO_2$-neutral energy generation and electromobility play in the new electricity age, how much energy can be saved through intelligent building technology, and how health care can be provided in an ever-aging society. Siemens solutions are already helping to make the vision of an ideal city a reality today.

### Asia
Top 10 by brand value

| Rank | Brand | BV 2011 ($m) | BC | BM |
|---|---|---|---|---|
| 1 | China Mobile | 57,326 | 4 | 9 |
| 2 | ICBC | 44,440 | 2 | 5 |
| 3 | China Construction Bank | 25,524 | 2 | 4 |
| 4 | Toyota | 24,198 | 4 | 7 |
| 5 | Baidu | 22,555 | 5 | 10 |
| 6 | China Life Insurance | 19,542 | 2 | 9 |
| 7 | Bank of China | 17,530 | 2 | 4 |
| 8 | Agricultural Bank of China | 16,909 | 1 | 6 |
| 9 | NTT DoCoMo | 15,449 | 2 | 8 |
| 10 | Tencent/QQ | 15,131 | 4 | 9 |

Source: Millward Brown Optimor (including data from BrandZ and Bloomberg)

WAGNER0000337

# Brazil, Russia and India strive for place at top



Powering ahead: a Petrobras technician takes a reflective look at gas pipeline installations in north-eastern Brazil
AFP

**Other Bric brands**

Developing nations jostle for position in league table of big names, says **Andrew Baxter**

Brazil is a distant second place to China when it comes to Bric nation brands in the BrandZ Top 100, with just three representatives.

But the South American country has several fast rising brands outside the Top 100 that make it into the 13 sectoral categories.

On the face of it, the Brazilian and Chinese brands in the Top 100 share some characteristics as they are generally infrastructure- or bank-related. Hence, Petrobras is the top Brazilian brand in 61st place, followed by new entrant Itaú (80th) and Bradesco (88th), both banks.

However, Cristiana Pearson, a director at Millward Brown Optimor, which compiles the rankings, says it is not simply size and financial muscle that has got the Brazilian brands into the Top 100, but the strength of their "brand contribution" or portion of intangible earnings attributable to brand, as defined by MBO.

Thus Itaú is ahead of Bradesco partly because it got bigger — it merged with Unibanco, another big Brazilian bank, and has

> On the face of it, the Brazilian and Chinese brands in the Top 100 share some characteristics

rebranded everything to Itaú, creating a lot of brand value far itself.

But the bank is also investing heavily in sponsorship abroad, especially in places where there are a lot of Latin Americans, such as Miami.

"They call themselves the Latin American bank and their communication in Brazil has also shifted. There is this fundamental thinking in Brazil that people not only want a good job but also want to enjoy themselves at work; it's part of their lifestyle," Ms Pearson says.

Filling up your car with Petrobras gas may not quite be a lifestyle choice, but the oil and gas group is significantly more trusted, by consumers, more recommended and seen as better value than all the other oil and gas brands tracked by MBO, according to Peter Walshe, Millward Brown's global BrandZ director.

Petrobras has also notched up the biggest rise in brand value (84 per cent) of its oil and gas peers.

The "enjoy life, have fun, live well" themes inherent in the Brazil is a brand message

s come more to the fore in brands outside the Top 100.

Skol, the Brazilian beer brand no. to be confused with the lager on sale in the UK and elsewhere, supports the Brazilian lifestyle theme, says Ms Pearson, with music events including the Skol Beats festival.

Skol is the most popular beer brand in Brazil and has the highest "desire" score of the Top 10 beer brands, according to BrandZ consumer research. It is the sixth highest riser overall, with a 68 per cent increase in brand value to $4,800.

Brahma, another Brazilian beer brand, is a similar story, says Ms Pearson, growing fast, sponsoring part of the Rio carnival, and also appealing to the whole lifestyle theme.

Then there is Natura, a new entrant to the ultra-competitive personal-care category — an impressive achievement for a one-country brand to come in above a brand such as Dove, says Ms Pearson.

Like the Unilever brand, Natura uses "real women" rather than unfeasibly thin models in its ads, and sells its natural products (in recycled packaging) door-to-door like Avon, under a snappy slogan "Bem estar bem", that translates a little clumsily as "Being well, well-being".

The Natura brand is one of the most recommended in the personal care sector, says Mr Walshe: "This personal endorsement and personal selling model is also making the brand very much part of the interaction between consumers and the service," he says.

All three of these Brazilian brands score a maximum five for brand contribution, while Natura also scores highly for brand momentum, a measure of short-term growth potential, due to its international ambitions.

Russia retains two brands in the BrandZ Top 100, with Beeline slipping out, while its rival mobile operator MTS is joined by Sberbank.

The state-owned bank makes its debut in the Top 100 on the strength of a successful initiative to transform it into a friendly bank of choice rather than an institution recalled for its dominating presence during the Soviet period and a heritage dating from 1841.

A programme called Leading the Change in Russia updated the brand and emphasised its national reach, with almost 20,000 branches.

Outside the Top 100, Lukoil is worth noting, being one of just four brands overall to score a maximum of 10 for brand momentum, a recognition of the company's ambitious expansion in Russia and overseas. The other three are Amazon, Baidu and PetroChina, so it is in good company.

Lukoil, a new entrant to the oil and gas category, is helped by having a large number of retail outlets, and these have a higher brand contribution relative to the upstream assets in oil and gas companies.

India has marked time this year, with ICICI, the big banking group, remaining the sole representative in the Top 100 and only Infosys knocking on the door.

Still, the IT outsourcer benefited from the overall revival in B2B brands and another rise like this year's 27 per cent could well see it make the 2012 Top 100.

"The Indian market simply isn't big enough in value yet to create Top 100 brands, compared with China's and Brazil's," says Nick Cooper, MBO's managing director for Europe, Middle East and Africa. Both these countries have a bigger middle class and

Indian purchasing power is concentrated among a smaller number of people.

On the other hand, says Mr Cooper, "the Indian brands seem to be, perhaps, a bit more international than the Chinese ones, so maybe they're laying the foundations for something that might change."

A further issue, notes Mr Walshe, is that the BrandZ Top 100 ranks brands, not companies. So the huge and acquisitive Tata Corporation, for example, has a series of brands under its umbrella, including Jaguar Land Rover. None of these are big enough to make it into the Top 100, or even the 13 sectoral categories, individually.

Sberbank's Moscow HQ
Bloomberg



ITUB LISTED NYSE

Learn about us: www.itau.com

# I AM A GLOBAL LATIN AMERICAN

Paloma Herrera. One of the premier ballet dancers of the new century.

Itaú

WAGNER0000338

## Global Brands

# Long-term impact of green issues played down

**Environment**

Buying decisions are influenced mainly by price and convenience, reports **Rod Newing**



*Burning question: how quickly will BP's brand value, down 27 per cent in the 2011 ranking, recover after the oil spill in the Gulf of Mexico?* Getty

Awareness of environmental issues is growing among consumers, who now understand more clearly the role that business plays in producing emissions or harming the environment.

With boycott websites and social networking, consumers have the tools to punish a brand quickly for any perceived transgression anywhere in the world.

"As the role of social media has grown, brands are increasingly exposed to vilification by consumers for things they have done on the other side of the world," says Tom Ellis, strategy and research director at IHQ, a branding agency. "You can now boycott so many brands, because they are involved in Canadian oil sands, producing toxic oil waste or doing harm in a particular country."

However, the long-term impact on brands is not as great as it might seem. People have short memories and most consumers' buying decisions are more influenced by price, convenience or product features.

The Green Gauge Global: 2010 Factbook from GfK Roper, a consumer research group, reveals that 74 per cent of consumers say it is important that companies take environmentally responsible actions.

However, only 30 per cent take the environment into account in purchases, all or most of the time. Similarly, Mainstream Green: Moving Sustainability from Niche to Normal from Ogilvy Earth, a communications agency, found that 82 per cent of Americans have good green intentions, but only 16 per cent of them were dedicated to fulfilling them.

"Sometimes the effect is overstated," says Mr Ellis. "It is only the very active environmental consumer who will avoid a brand."

Joe Staton, director and general manager at GfK Roper, says the greenest segment of global consumers, known as GreeninDeed, is only 15 per cent. This compares with GlamourGreen (25 per cent), who incorporate green elements into their lifestyle but only if it is easy.

CarbonCultured consumers (19 per cent) live mainly in the developed world, and incorporate elements of green living into their lifestyle, but not necessarily consciously. GreeninNeed (17 per cent), typically in the developing world, want information before they can take action. Jaded (24 per cent) are sceptical of many environmental marketing messages.

"When it became popular in the 1980s, the green consumer base rose to about 30 per cent," says Terry Tyrrell, worldwide chairman of The Brand Union, another brand agency. "Immediately after 'black Monday' [the global stock market crash of October 1987] it went down to 5 per cent, so it was economically driven. Although there are some 'true greens', there are also a lot of 'pale greens'."

The latest BrandZ Top 100 shows that BP slipped 30 places since the Gulf of Mexico oil spill, with its brand value dropping 27 per cent. Peter Walshe, global BrandZ director at Millward Brown, explains that this decline is driven more by finances than brand.

"Consumers, other than locals who were directly affected, have forgotten about it," he says. "These things are short-lived. There is a lot of history that says if a strong distinctive brand deals with problems clearly, honestly, responsibly and quickly, it has a much better chance of recovering."

Thus Toyota has regained its leadership in the car industry after its recall problems, even if its initial response was hesitant and opaque.

Most consumers now expect brands to be "green" and do not want to pay a premium price. Jamie Rice, chief strategy officer at Carton Donofrio Partners, part of the Worldwide Partners network of marketing agencies, says many consumers are highly sceptical about green product claims and have come to believe that green means higher price and lower performance.

"Successful green products have been positioned around performance first, with the environment as a secondary benefit," he says. "If green products can be shown to have a personal benefit, they will do well, but not if the benefit is societal."

Mr Tyrrell sees brands taking on a more socially responsible role. They will use their trusted relationship to educate consumers that adjusting their habits is in their best interest, as well as the environment's.

"Brands can be a force for good, not just for charging a premium and earning more money," he says. "In this economically challenged time, they can persuade people not to knee-jerk to price and convenience."

Mr Staton says that manufacturers, retailers and brand owners can also help consumers by making, stocking or selling only products that meet environmental standards.

Freya Williams, global planning director at Ogilvy Earth USA, says a radically new approach is needed. Much green marketing has inadvertently exclusively addressed the already-converted Super Green niche, which accounts for only 18 per cent of the population. "They are missing the Massive Green Middle, who are 66 per cent of the US population," she says. "This is not just a concern for environmentalists, but a massive missed business opportunity."

Sustainability and environmental brand issues apply not just to consumers, but other stakeholders.

Richard Waters, principal at Carbon Trust Advisory Services, points out the advantages of a solid sustainability strategy. It gives investors confidence. Staff, especially prospective graduate joiners, want to be brand advocates. Business partners want to protect their reputation from a ripple effect. And it helps conversations with national and local authorities over policy or planning issues.

"Concern for the environment is no longer a point of differentiation, but a hygiene factor," says Charlie Skinner, director for insight and brand strategy at Brand Potential consultancy. "As a vehicle for achieving brand growth, sustainability's shelf life has all but run out."

Clearly, a strong, differentiated brand that embraces sustainability is the best strategy.

---



**Smarter computing builds a Smarter Planet**

## Smarter comes to computing.

Today everything computes. Intelligence has been infused into things no one would recognize as computers: appliances, cars, roadways, clothes, even rivers and cornfields. This is the daily reality of a Smarter Planet.

Realizing its promise, however, will require more than infusing computation into the world. We also have to make computing itself smarter.

Remarkable levels of computer intelligences are being reached — with inventions such as Watson, the IBM system that defeated the two all-time champions on the TV quiz show *Jeopardy!* But most organizations' computing infrastructures were simply not built for zettabytes of data, global connectivity and advanced analytics.

Thankfully, a new smarter computing model is emerging. It is designed for data. It is tuned to the task. And it is managed in the cloud.

**Designed for data:** Organizations of all kinds need to manage streams of text, images, sensor-generated impulses and more. They need to apply sophisticated analytics to the real languages of commerce, including social media. Which is why today's leading companies are building new systems and processes that locate, recognize and interrogate big data.

**Tuned to the task:** Transaction processing is different from business analytics, with multiple data types and complex queries, which is different from the need to integrate content, people and workflows in a company's processes. That's why leaders are moving to architectures optimized for specific purposes, and built around their own deep domain knowledge — in whatever field.

**Managed in the cloud:** The need to manage these large data-driven workloads is driving broad adoption of cloud computing. By infusing clouds with security and manageability we can make them smarter, providing companies with the agility to move quickly in highly competitive environments; to activate and retire resources as needed, and to manage infrastructure elements in a dynamic way.

When major computing models change, they unleash enormous productivity, innovation and economic growth. So the good news is that smarter computing is now shifting from theory to reality.

Let's build a smarter planet. Join us at ibm.com/smarterplanet



---

## Climate change and a question of loyalty

**Opinion**
HARRY MORRISON and PETER WALSHE

With understanding of environmental issues on the rise among consumers, what are the risks and opportunities for brands?

A key risk for brands in communicating their climate responsibilities lies in the severity of the issue of climate change within the minds of consumers.

The Carbon Trust Standard certifies organisations for real carbon reduction and commitment to continuous reductions. According to research it commissioned, the majority of us believe that climate change represents the greatest environmental threat facing the world today.

More than half the 1,000 UK respondents are more concerned than they were five years ago about the impact of companies on the environment.

Marketers have long seen the reputational value of promoting environmental credentials. However, some brands have not backed their communications strategy with a robust action plan.

As a result, corporate "green washing" has created a mood of cynicism among the general public. Just 7 per cent now believe company claims of action on climate change and 66 per cent question whether companies are genuinely cutting their emissions when they make claims to have done so.

It is clear the public are in a very uncomfortable place regarding corporate climate change. They understand the significance of the issue, they realise business is a big emitter, but are unclear as to the full extent and are unsure what real corporate climate action looks like.

In terms of brand loyalty, confusion leads to inquisitiveness and given time will lead to a backlash against corporations that fall short. It is no longer all right just to sit back with good intentions; if you don't stand for something, you stand for nothing.

But what impact does this mistrust have on brand value, and can companies achieve growth by taking action on climate change and winning back consumer trust?

The Carbon Trust research found the answer to be yes. At a basic level, companies that measure their impacts, and commit to reducing them over time are at an advantage: 81 per cent of people are more likely to buy from companies with good reputations.

With the "shop until you drop", credit-fuelled consumer binge days past and cash harder to come by, consumers are more discerning now about the brands they buy from.

Brand loyalty is not just about making a sale – it is inspired by long term engagement. Reducing corporate climate impacts provides a key touch point in the customer journey, and sends a clear message.

As the survey shows, 88 per cent of people are more loyal to brands that can show, at a glance, evidence of environmental actions. And 54 per cent want to work for companies which can clearly demonstrate their commitment to reducing their impacts on climate change.

BrandZ, the annual quantitative brand equity study run by Millward Brown for the past six years, echoes the Carbon Trust's findings. It has found a direct correlation between companies that make it into the Top 100

**56 per cent of people are more loyal to brands that can show evidence of environmental actions**

Global Brands and businesses with a good reputation for environmental responsibility. On average, about 50 per cent of sales are generated by the product brand itself, comprising pricing and quality and so on. And about 20 per cent of sales are directly linked to corporate reputation.

In breaking this category down further, BrandZ found that at least 2 per cent of sales are attributable directly to environmental reputation.

Many leading brands are using sustainability to develop and differentiate products and services.

Customer feedback from the firm guests that visit Whitbread's UK hotels and restaurants annually showed a marked interest in the carbon footprint of the food they eat and the places they stay, so Whitbread placed sustainability at the heart of its strategy and is striving to make its Premier Inn hotels the lowest carbon venues of their kind.

Similarly, in the transport market, Eurotunnel complements its reputation for providing low-carbon Channel crossings by independently auditing carbon performance and committing to year-on-year reductions. By displaying its achievement of the Carbon Trust Standard on its homepage, it is consciously tapping into the mindset of carbon-savvy business customers.

From a reputation perspective, there is another key pitfall beside "greenwashing": that is investing in action on climate change which is not communicated or recognised by customers.

The majority of respondents to the Carbon Trust survey (60 per cent) said they needed to see independent verification from a respected climate change body before trusting environmental claims; this was followed by 54 per cent trusting only scientific or academic endorsement.

The greatest concern is that companies simply make one-off improvements to win publicity and then return to business as usual.

In the past five years the pace of recommendation of brands by consumers has speeded up exponentially, partly due to the rise of social media.

With the advent of social media, the actions of companies going "above and beyond" to reduce their climate impacts are highly likely to be published online by consumers. One in three are more likely to opt into company news and announcements by "following", "friending" or "liking" businesses that can prove positive environmental performance. And one in five would blog, or write about them in web forums.

A proactive approach to promoting environmental success online as well as monitoring to understand consumer sentiment about a brand's environmental behaviour is critical.

Brand owners are too often kept out of the loop on corporate environmental action until there is a one-off story to promote.

However, given the need for businesses to win consumer trust, it is imperative for marketers to play a stronger role in driving change.

*Harry Morrison is general manager of the Carbon Trust Standard and Peter Walshe is global BrandZ director of Millward Brown*

WAGNER0000339