# Exhibit I



CNET Reviews
CNET Home

- sign in with

- log in
- join CNET

- Home
- *You are here:* Reviews
- News
- Downloads
- Video
- How To

Search

Go

- Cell Phones
- Camcorders
- Digital Cameras
- Laptops
- TVs
- Car Tech
- All Categories *Menu*
- Forums



| Home | Apps | Devices | Discussions | How To | Rumors | Podcast |

Search

# Samsung Galaxy Tab 10.1-inch: The iPad 2 of Honeycomb tablets

 By: Eric Franklin
MAY 10, 2011 5:51 PM PDT


Recommend  58      145      6      Share

**Samsung Galaxy Tab 10.1**

We've detected that you need to upgrade or install Flash to view our library of thousands of tech videos. Installing Flash is fast, free, and easy! Simply follow the instructions from your browser, or **click here to install/upgrade the free Flash player**.

Thanks,
The CNET TV Team

*Editor's note: The full review of the Samsung Galaxy Tab 10.1 can be found* **here**.

If there's one thing I've realized in my short stint covering **tablets**, it's that apparently there can never be too many Honeycomb-based products in the wild. Today, at Google's I/O conference, the company **gave away 5,000 Wi-Fi-only Samsung Galaxy Tab 10.1s**. CNET was fortunate enough to have a few good men in the field willing to wade through cell phone belt holders and short sleeve button shirts to get us one.

**Design and features**
The first thing that struck us upon taking the Samsung Galaxy Tab 10.1 out of its box was its slight profile. In fact, when lying next to the **iPad** 2 we honestly can't tell which tablet is thicker and unfortunately we don't have a micrometer handy to get down into the business of microns.

Weight-wise, the 10.1 is lighter than the iPad 2, weighing 1.24 pounds compared with the iPad 2's 1.32 pounds.

Taking another page from the iPad 2's school of sexy tablet building, the 10.1 has one of the cleanest designs we've seen on a tablet. From the front, its 10.1-inch screen is surrounded by a 0.75-inch black bezel and a silver aluminum outline at its edge. In the top middle sits its 2-megapixel front-facing camera.

On the top edge, from left to right is the power/sleep button, volume rocker, and headphone jack. A single speaker adorns both the right and left sides and the universal connection port is found at the bottom, right beside a microphone pinhole.

There are no USB or HDMI ports. And, try as we might, we couldn't find ports for either SD cards or SIM cards.

The back of the 10.1 sports an 8-megapixel camera at the top and cheap kitchen wallpaper spread over the rest. OK, it's not wallpaper, but that was the first thing I thought of when I saw it. It's actually a black-and-white drawing of an 80-something **Android** robot host that could very well be marching into battle. Oh Google, you and your warmongering.

It's the feel of the plastic back (and not necessarily the cartoon robots of death) that are the most disappointing aspect of the 10.1's design. It doesn't feel as solid as the iPad 2 and as a result doesn't feel as conformable in our hands.

The Samsung Galaxy Tab 10.1 is a Google Experience tablet, meaning it uses the base version of the Honeycomb OS with no customizations to its interface; however, Samsung does include its Samsung Apps, um, app. Samsung Apps gives you access to the company's own app store.

**Performance**
This is Samsung's first tablet with a 10.1-inch screen and it looks fantastic. The Samsung Super PLS-based display, with its 1,280x800-pixel resolution, produces a clear, crisp image, with a wide viewing angle that looks great when Web surfing or browsing the app store.

The tablet includes the Nvidia Tegra 2 Dual Core and navigating feels just as zippy here as it did on any previous Honeycomb tablet.

By post time, we didn't have a chance to see what movies and games looked liked on the 10.1, but look for that and battery life results in the full review, coming soon.

**Conclusion**
The Honeycomb experience doesn't change much, whether it's on the **Xoom**, **G-Slate**, or **Iconia Tab**. The **Transformer**'s OS was the most changed, but at the end of the day, it's still Honeycomb. So, honestly, as a reviewer, it's a little difficult to get excited about yet another Wi-Fi-only Honeycomb tablet with no real unique software or hardware features. I know what to expect from Honeycomb and there are no surprises here. It's still a fast OS, with plenty of customization options.

Given the level of Honeycomb tablet homogenization that has occurred, I'm more interested in the tablet's look and feel than anything else. The Samsung Galaxy Tab 10.1 impresses with its lightweight, thin design, and minimalist form factor. That, coupled with a huge

APLNDC0000036127

and beautiful screen, make for a well-designed tablet.

The 10.1 was actually publicly shown before the iPad 2 was, so by me calling it the iPad 2 of Honeycomb tablets, I'm simply stating that from a design standpoint, it has more in common with Apple's tablet than other Honeycomb tablets. That's a compliment of the highest order. The iPad still has the sexiest, smoothest form factor of any tablet.

That's not for everyone though, so those looking for a tricked-out Android tablet with all the fixings won't find it here. What you will find is a elegantly designed tablet for those who don't need a tons of connection options. Yeah, a lot like the iPad 2.

No word yet on when we'll see cellular versions or a price just yet. There will be 32GB and 16GB versions of the tablet when it becomes available on June 8. Look for a full review soon.

---

Shop for products mentioned in this post on CNET.com:

Motorola Xoom — $499.99 - $998.82

Samsung Galaxy Tab 10.1 (32GB) — $599.00 - $615.78

Samsung Galaxy Tab 10.1 (16GB) — $499.00 - $499.99

ASUS Eee Pad Transformer (32GB, Wi-Fi) — $459.99 - $598.99

Acer Iconia Tab A500 — $389.00 - $469.00

Apple iPad 2 (32GB, Wi-Fi, black) — $599.00 - $699.95

T-Mobile G-Slate — $349.99

---

Recommend 58     145     Share 21     Share     Print     E-mail

**Eric Franklin**
E-mail Eric Franklin     Like 177

Eric Franklin refused to update his bio, saying, "No one actually reads these things anyway, do they? Well, do they? Why are you not answering me? Oh, you've left the room. Curses!" E-mail Eric.

## Comments

- Reviews
- All Reviews
- Camcorders
- Car Tech
- Cell Phones
- Digital Cameras
- GPS
- Laptops
- TVs

- News
- All News
- Business Tech
- Crave
- Cutting Edge
- Green Tech
- Security
- Wireless

- Downloads
- Add Your Software
- All Downloads

APLNDC0000036128

- Mac
- Mobile
- Software Deals
- Webware
- Windows

- Video
- All Videos
- Apple Byte
- Buzz Report
- CNET Top 5
- Loaded
- Prizefight

- More
- About CBS Interactive
- About CNET
- CNET Deals
- CNET Forums
- CNET Mobile
- CNET Site Map
- CNET Widgets
- Corrections
- Help Center
- Newsletters
- Permissions
- RSS

- Join us on
- Facebook
- LinkedIn
- Twitter
- YouTube

**POPULAR TOPICS:**

- Apple iPhone,
- Apple iPod,
- LCD TV,
- Apple iPad,
- Smartphones,
- Windows 7,
- CES 2011,
- Google Android,
- HTC phones,
- Android phones

- Top Brands:
- Intel Products
- Samsung
    - Televisions
    - Mobile Phones
    - Blu-Ray & Home Theater
    - Notebooks
    - Monitors & Printers
    - Cameras & Camcorders

- © 2011 CBS Interactive. All rights reserved.
- Privacy Policy
- Ad Choice
- Terms of Use
- Mobile User Agreement
- Visit other CBS Interactive sites: Select Site