# EXHIBIT J-2



*Galaxy Tab 10.1 Browser*

As I wrote in the performance paragraph, the browsing experience offers a rapid loading time, thanks to the software optimization and the dual-core CPU. Scrolling and pinch-to-zoom are fluid and fast, thanks to the GPU integrated in the Tegra 2 SoC (system-on-chip).
Compared to the iPad 2, the Playbook and the Xoom, the web page loading time, tested with CNN and the New York time websites is comparable on all four devices, the iPad 2 was slightly faster.

I personally like the tab-based design of the Chrome-based browser a lot, it allows a more convenient navigation experience than the usual browsers designed for tablets: in Safari for iPad, you have to click on an icon to access a page with your saved web pages thumbnails, then you can click on one of them to access the website, in the Playbook, you have to pull a virtual tray containing the web pages thumbnails by swiping the top part of the screen.

Last but not least, one great thing about Android 3.0 is Flash support, as usual I tested it with the website wechosethemoon.org, a site that does not work in the iPad 2 due to its lack of Flash support.

**Email and Contact (Gmail good – Outlook would be ok with search)**

Android 3.0 offers a two-panel design for email applications and the contact app – in Gmail and Outlook, the left side is dedicated to the email list and the right side displays the selected message. There is no search box in Outlook and this could be one of the roadblocks for me to switch from the iPad 2 to the Samsung Galaxy Tab 10.1. I use Microsoft Exchange for easier synchronization across my multiple devices, the configuration process

is not too painful but a little more complicated than in WP7.
In the email interface, going back to the message list could be easier: a "cancel" button would have been nice, instead of having to use the system back button located on the opposite corner of where the main navigation icons are.

**Google Maps with 3D**

The Google maps app (v5) has been redesigned for Honeycomb to take full advantage of the larger screen size featured in tablets. The most notable addition is the 3D rendering you get in compass mode when you zoom in. Over WiFi in my office, my location was instantly found very accurately and i had just to type the name of a local restaurant to get an immediate result.



*Galaxy Tab 10.1 Google Maps with Places and Layers (stack icon)*

The revamped Android 3.0 Google Maps app provides more features than the one in the iPad: Places gives access to default POIs-restaurants, bars, coffee, attractions, ATMs, Gas Stations...- and you can create your own as well, I tried "parking" and it worked very well. The layers menu provide various 'layers' that you can apply to your map such as Traffic, Buzz (status update from people on the map), satellite, terrain, latitude (where your friends are), and Wikipedia which gives information about POIs.

**Google Talk with Video Chat**



*Galaxy Tab 10.1 Google Talk video chat*

One of the great addition of Honeycomb is the video chat feature in Google Talk. We tried it with a call initiated from a PC to the Samsung Galaxy Tab 10.1. The video quality on both devices was regular for video chat. Compared to Tango, a cross platform (Android and iOS) mobile video call service that works over 3G and WiFi, the video quality and audio is better, however, it is not possible to place video call to an iPad or iPhone user with Google Talk.

**Photo Gallery (regular – user interface could be better)**

The Galaxy Tab 10.1, unlike the Xoom, does not feature The Android 3.0 camera application, Samsung designed its custom camera app, since we are in the Android 3.0 applications paragraph, I will give an overview in the "entertainment" section below. The gallery has a regular design and provide access to various useful functions from the menu at the top right, when you select an image.

Functions description: the arrow starts a slide show, the share icon allows to share the picture via Bluetooth, on Picasa, Facebook, Gmail or email, the menu icon gives access to photo details (resolution, file size, date and time, aperture, ISO and more…), from there you can also rotate the image, set the picture as wallpaper, use for contact or crop. Compared to the iPad 2, you can do much more with the photo, the Apple device allows only sharing via email, wallpaper usage, slideshow and print.

Going to the camera application from the gallery is not very intuitive, before I shot more than 2 pictures, the camera icon accessible from the gallery's start screen, top right, was not displayed. Illogically, this icon when it

finally appears, is only available from the gallery start screen, but not from individual image screen. For some odd reasons, the home button that brings you back to the gallery application's home screen, accessible from each picture at the top left; does not work on the Xoom, but was working in the Samsung tablet until it just stopped working.

## Communication and social Apps (regular)

### Skype

I tried the Skype application, the design is regular but could be better, the video call is not available.

### Tango

Tango is a cross platform video call application that works over WiFi and over 3G. It works both on Android and iOS. So if you need to place video calls to iPad or iPhone users from the Samsung Tab 10.1, you can. I tried it and it worked fine, the image quality is a bit pixelated.

### Facebook

The Facebook app offers similar functions as the iPhone/iPad application except that the user interface is different and not very intuitive. Instead of the main button displayed in the iPhone (the 9 squares icon) you have to press on the Facebook logo to reach the major sections: News feed, Profile, Friends, Messages, Places, Groups, Events, Photos, Chats.

It looks like Facebook did not design a Honeycomb version, it seems to be exactly the same as the one featured in Android Smartphones.

### Hootsuite / Twitter

I use Hootsuite to update my Twitter and my Facebook accounts on the go, usually from my iPhone. Hootsuite allows users to create multiple columns with streams coming from Twitter filtered by keywords and topics, it makes it easier to follow what you are interested in. On the iPhone you access each column by swiping from left to right, only one column is displayed per screen, on the iPad, you can see three columns on the same screen. Hootsuite for Android 3.0 is the same as the smartphone version: displaying only one column per screen. Hopefully Hootsuite will develop a Honeycomb version soon.

## Media and Entertainment (good)

### Photo and video capture (good)

The photo app in the Galaxy Tab 10.1 has been re-designed by Samsung and the photo gallery is the original from Android 3.0.
As a camera manufacturer, we can understand why Samsung wanted to add its own design to the camera application, in fact it provides additional features: there is a macro focus mode to shoot from close, a metering

option to measure the light in different spots, a timer, four shooting modes (single shot, Smile shot, panorama,action shot), and an exposure slider.



*Galaxy Tab 10.1 camera application customized by Samsung*

Compared to the Android 3.0 application, which is a well designed camera app, the Samsung version has only 4 color effects (6 in Android) and 6 scene modes (12 in Android).

The iPad 2 camera application in comparison is very basic: there are absolutely no settings available except switching front/rear camera, video/still image, there is no flash and the shutter button is annoyingly placed at the bottom of the device making it very hard to operate. On top of it, the photo quality is bad compared to the Xoom, the Playbook, the iPhone 4 or the Nexus S.

While the iPad 2 is inferior to the Galaxy Tab 10.1 ones, very few people actually seem to complain about it. It's possible that Apple has decided that it had bigger fish to fry. You tell us.

**Books with Kindle application (good)**

Unlike in the Xoom, the Google Books app is not pre-loaded in the Galaxy tab 10.1, and the Kindle application is. When I tried to download the Google Books app from the Android market it did not work, the app is "not compatible with the device" (notification message).

**YouTube and HD Video Playback (very good)**



The YouTube application has been redesigned for Honeycomb, offering a nice 3D carousel on its home page. I tried a few HD trailers to test the full HD video playback and the image quality. Thanks to its larger width, the Galaxy Tab 10.1 displays movie in a 16:9 video format on a larger surface than the iPad 2, offering a better experience. The display quality is great, the audio quality with headphones is great and the performance over WiFi is good, the video was very fluid with a consistent image quality, no jittering or pixelation at any time.

**Netflix (Still waiting)**

Netflix is now available for Android for selected Smartphones but not for Android 3.0 on tablets! According to FierceMobile Content "A now-deleted post on the Netflix Blog blamed the limited rollout on Android fragmentation: "One of these challenges is the lack of standard streaming playback features that the Netflix application can use to gain broad penetration across all available Android phones," Netflix product team member Roma De wrote.
Read more on Fierce mobile Content.

An alternate solution to access movies on the tablet might be using the DoubleTwist app to convert your iTunes playlists and videos and sync to Android, I have not tried it, so I do not know if it really works. http://www.doubletwist.com/

**Music**

As part of the Android 3.0 design update, the music app has been revamped with a great 3D interface that provides a good browsing experience.

**Angry Birds and CNN app (good-see video)**



## Battery Life (good – charging slow)

**Battery life with minimal usage**

The battery life is pretty good, with minimal usage, mostly email, web browsing not much video playback, the battery lasted for 3 days.

**Battery life with average usage**

When used a little bit more intensely with a lot of applications testing, web browsing, emailing, and 15 minutes of video playback, the battery lasted for a day, roughly 15 hours.

**Recharging time (too long)**

Recharging is slow in comparison to the Xoom: after 2 hours, the battery was charged at only 41%, after 4hours and a half it reached 92%. The Xoom is fully charged in one hour and a half, and the iPad 2 takes long as well (we did not measure it yet).

## What is good

The key hardware features that are essential to the tablet experience are similar or better than the dominant product on the market – aka iPad 2:
- the display quality is great with a higher resolution (1280×800 vs 1024×760)
- the screen ratio offers more real estate in width, therefore it fits better with the 16:9 ratio, a standard for movies. The Galaxy tab 10.1 displays a larger image in this format.
- the battery life is equivalent
- the display and the user interface are very responsive across the OS and the applications
- the form factor is thinner and lighter, it is easier to hold it with one hand.
- the audio is good
- it is not a key feature for a tablet, but it is worth mentioning that the camera application is way better, the shutter virtual button is well placed on the right side

In term of user interface, Android 3.0 is efficient although less intuitive, some software features are better than the iPad 2:
- the browser supports Flash
- the browser user interface is better
- the camera application and the photo gallery offer more functions
- the maps application packs more features
- the widgets are great to get updates about news (CNN widget), calendar and emails instantly from the home screen

## What is not good

I have seen people coming to meetings or attending conferences an taking notes on their tablets, while checking Twitter, Facebook or their email. Personally, I mainly use tablets for entertainment, since I carry the Macbook Air to meetings and conferences. For this reason, video streaming services such as Netflix and Hulu are key features I expect to have in a tablet. Both are accessible from the iPad 2, Netflix recently launched on selected Android Smartphones, but not for Honeycomb yet.
- the charging time is too long
- no Netflix app – it is coming I know
- no Hulu app
- no search available in Outlook Exchange
- why the proprietary USB cable?
- no HDMI out – this is not vital though, but some people might like it – Samsung might offer adapters in the near future

## What could be better

Overall the design of the OS user interface could be improved as well as its aesthetics. Some inconsistencies such as the lack of efficient navigation between the photo gallery and the camera application and the

impossibility to close and scroll through the running applications from the "recent apps" section could be easily corrected. Adding a search box in Outloook would not be so hard knowing that the OS developer is the leading search company in the world.

## Conclusion

The Samsung Galaxy Tab 10.1 is the first tablet that can go head to head with the iPad 2. The hardware packs an elegant and sleek design combined with great performance, in a thinner and lighter chassis than the Apple device.

Featuring a great display, good audio, larger image and similar battery life, the Samsung device delivers a better video playback experience than the iPad2, except for the lack of Netflix (coming soon, I hope) and Hulu applications.

For some people, Flash support in the browser is very important, so we can list this as a key feature that Samsung delivers which is lacking in the Apple tablet.

Apple still has the advantage on the app store side, featuring way more applications than the Android Market, however, I am assuming that the majority of people use no more than 20 applications, and the most popular ones (except Netflix) have an Android version.

The real downside of this device is the very slow charging time: after two hours, it is charged at 41%! It takes 5 hours to have it charged at 80%!. It is just a guess: thinness alongside cost effectiveness might be the reasons for the battery's low performance on this side. The lack of search in Outlook would be a roadblock for Exchange Server users.

In conclusion, this is the first time I told myself that I could use an Android tablet instead of my iPad 2. Since Google gave-away the Samsung Galaxy Tab 10.1 Limited Edition to all Google I/O attendees, we do not have to send back the device as we do with all the review units – I will use both the iPad 2 AND the Tab 10.1 😊

Add a Comment

**Follow Ubergizmo's founders on**      Eliane Fiolet      Hubert Nguyen



**Topics:** Featured, Reviews, Tablets, Top Stories | **Articles by keywords:** galaxy tab, galaxy tab 10.1, review, samsung, tablets

## Trending

- **Galaxy S2 Review**
- **Droid Bionic Review**
- **Nike MAG shoes from Back To The Future 2 up for auction**
- **Another purported iPhone 5 spotted in China**
- **Sony shows off Honeycomb Google TV**
- **Google's Dart programming language**

## Related Articles

You might like:

    

Galaxy Tab Review | Blackberry Playbook Review | Motorola Xoom Review | Limited Edition Samsung Galaxy Tab 10.1 from Google I/O hits eBay | Droid Bionic Review

[?]

## User Comments

## Add New Comment                                                              Login

Type your comment here.

Real-time updating is **enabled**. (Pause)

### Showing 1-10 of 19 comments                              Sort by newest first



**Jaspreet Kaur**

You say ""For this reason, video streaming services such as Netflix and Hulu are key features I expect to have in a tablet."

GB ROM has it and I am using this method to enjoy Netflix on my Galaxy Tab 10.1 - http://mobilityupdate.com/gala...

2 weeks ago                                                         Like    Reply



**katp70**

I sure hope the Galaxy folks will be as responsive as you say the Apple staff are.
I have some serious after sales questions to ask Samsung.
Like what is this, what I describe as an "oil slick" in the middle of my screen?
No it's not a spill, the tablet has been in my possession only ever since I received it as a present couple weeks ago. I only noticed this a few days ago.

2 weeks ago                                                         Like    Reply



**Peterheadford**

What about after sales service,!?
I have joined the fruity company because prior to apple my life was hell with pc,I am just a simple bloke with the aim to use a device that just did what I wanted to do.with pc I got to know about things that I just did not want to know,Motherboard ( mother what!!! ) defragging!( what the hell ) disc cleanup ( you have got to be kidding me )the missus said " would you send an email to Mary regarding the spare keys " I said no can do at the moment because I am defragging ,give me half a hour YOU CAN SEE WHERE THIS IS GOING.
needless to say we have touch,iPhone ,iMac and iPad and we are so happy
BUT HERE IS THE BEST PART,WE WERE ABLE TO BUY FROM APPLE AND ON OCCASIONS WHEN THE SHIT HIT THE FAN SALES PEOPLE WERE NOT MUMBLING ABOUT WELL IT'S NOT



OUR PROBLEM ,SORRY BUT YOU WILL HAVE TO SEND IT AWAY ,WHEN WILL IT COME BACK,NOT SURE MATE MAYBE ABOUT A WEEK AND THAT IS SHOPSPEAK FOR ABOUT SIX MONTHS ,THEY CRAWL UP YOUR ARSE TO MAKE A SALE THEN THEY DON'T WANT TO KNOW YOU.......APPLE STAFF are trained to know about the product,there is no run around just simple assess the problem and fix the problem
AND THE $64 question is will the Galaxy tab people give that kind of after sales service !!!!!!!

3 weeks ago                                                                                    Like   Reply



**weeweeman**

This has now been listed on Amazon for those looking to get this :) - http://amzn.to/r46Ej8

1 month ago                                                                                    Like   Reply



**Linux4guru**

I went out and purchased one. Really like the device over the iPad 2. The down side of this device  are the lack of application bundle. Acer Iconia a500 has some rich apps and games preloaded. I had the ASUS Transformer for about 1 week before returning to the store. It's nice but heavier than the Samsung Galaxy Tab 10.1 and yes... "why the proprietary USB cable?" I think the cable that came with the device is a 30 pins so you can't really charge the device from a laptop or computer - you have to purchase another cable for that a 40 pins cable.

2 months ago                                                                                   Like   Reply



**Lawrence of Arabia**

Nice review, I like the widescreen, looks better than the ipad

2 months ago                                                                                   Like   Reply



**demonzrulaz**

Excellent in-depth review. Although I am disappointed at Samsung for removing the HDMI-out and USB and put in a proprietary connector. I also think 3MP camera is so 2000's. I'm still debating whether to get the ASUS Transformer or this tablet. All I know is that I can't get an iPad since I NEED flash lol.

3 months ago                                                                                   Like   Reply



**qwerty**

finally.. an honest unbiased review. And I'll definitely buy this one.... when it comes to Canada!

3 months ago   2 Likes                                                                         Like   Reply


**Bilal Akhtar**, Ubuntu Developer

Roger that. Nice reading an unbiased review. Even I'll buy it in July when it comes to Canada.

3 months ago    in reply to qwerty　　　　　　　　　　　　　　　　　　　　Like    Reply


**Don Adams**

i Certainly enjoyed reading your review,It really gave me clarity and made it much easier for me to make my choice....ITS THE GALAXY TAB 10.1
Thanks mate!!!

3 months ago   1 Like　　　　　　　　　　　　　　　　　　　　　　　　Like    Reply

M  <u>Subscribe by email</u>   S   <u>RSS</u>　　　　　　　　　　　　　　　　　　　1 2   Next →