# EXHIBIT L-1



See our Google Plus profileSee our Facebook profileFollow us on TwitterSubscribe to RSSSubscribe via eMail

Search
submit tips@9to5mac.com

Reporter: Lorrie L. Marchant, RPR CRR, CCRR, CLR, CSR NO. 10523
EXHIBIT: 183
Witness: Wagner
Date: 9-14-2011   # pages: 11

Send Tips(required)

Submit »

Share this:   Twitter   Facebook

(X) Nevermind
9to5Mac

- Industry Intel
- Apple Inc
- iOS Devices
- Enterprise
- Tips and Tricks
- Apps
- Reviews

# Smartphone politics by Nielsen: Google and Apple embroiled in fight for "undecideds"

Christian Zibreg Apple Inc iOS Devices Discussion (2)
September 1, 2011 at 5:57 am

0

50

APLNDC0000036115
9/1/2011



Like politics, smartphone wars come down to two major parties – Google and Apple – embroiled in a never-ending fight for consumers, especially those who have not made up their mind as to which operating system they'd like in their next smartphone. According to July 2011 data from Nielsen survey, *"these 'undecideds' will be the ones device makers will be hoping to win over"*. Interestingly, the Late Adopters among likely smartphone upgraders are the ones most likely to be undecided about their next phone platform.

The research firm discovered that forty percent Americans aged 18+ now have smartphones. Android leads the pack with a forty percent OS platform share and iOS came in second with 28 percent. Compared to Nielsen's June 2011 study, Android grew its share by one percentage point while iOS growth fell flat. The BlackBerry platform lost one percentage share and now stands at nineteen percent.

Of those buying a new smartphone next year, one third would opt for an iPhone and another third would go Android. This leaves other manufacturers outside the Android-iOS duopoly to fight for the remaining 33 percent of buyers.

Moreover, the smartphone is clearly on the rise…



APLNDC0000036116

9/1/2011

Four out of ten Americans now wield smartphones, Nieslen says. Smartphones will continue eating into feature phones and dump phones until eventually all phones become smartphones, as predicted by *Asymco's* Horace Dediu:

> *I don't see non-smart devices being interesting to vendors in the near term. Each additional dumb phone added to a portfolio will decrease a company's operating margin. The market dynamics are such that I think non-smart phones will disappear entirely from branded portfolios in 3 to 5 years.*

Revenues for microelectromechanical systems in consumer electronics and mobile communications devices will grow 37 percent this year due to the rising popularity of tablets and smartphones, per this Consumer & Mobile MEMS Market Tracker report from IHS iSuppli. They also estimated that by 2015 sales of smartphones will beat dumb phones, which today account for more than two-thirds of all mobile phone sales. For more politics in smartphones, check out an amusing U.S. map telling whether you are an Android or an iOS state.

*Cross-posted on 9to5Google.com*



**Share this:**   Twitter   Facebook

## Related Stories on 9to5Mac

- Apple is US smartphone market leader, Nielsen data shows
- Nokia and Microsoft seek smartphone alliance?
- Google's internal politics complicate its music plans
- Upcoming: Apple iPhone 4 16GB Smartphone for AT&T, $50 GC for $197 in-store
- Google to take on Apple's Gamecenter with +Games

## Recent Stories on 9to5Mac

- Italy's Campania gets the 100th Apple Store outside the U.S. (plus new stores in Germany and Canada)

- Apple CEO Tim Cook promotes iTunes/iCloud chief Eddy Cue to senior VP of Internet Software and Services
- Apple patent reveals radically new iPhone antenna window design
- Smartphone politics by Nielsen: Google and Apple embroiled in fight for "undecideds"
- Foxconn expected to make 20 million iPad 2s in the third quarter

Login

- This blog post
- All blog posts

Subscribe to this blog post's comments through...

- 
- Add to My Yahoo!
- 
- Add to Google
- 

RSS Feed

**Subscribe via email**

Email Address   Subscribe
Follow the discussion

## Comments (2)

Logging you in...
Close

**Login to IntenseDebate**

Or create an account

Username or Email:
Password:



Forgot login?

OpenID
Cancel **Login**

Close 

Username or Email:
Password:



Lost your password?

Cancel **Login**
Close

**Login with your OpenID**

Or create an account using OpenID

OpenID URL: [http://]

Back
Cancel **Login**
Dashboard | Edit profile | Logout

- Logged in as

Sort by: Date Rating Last Activity



+1 Vote up Vote down



trip1ex 48p · *1 hour ago*

Inaccurate. Many Android phones are just feature phones.

But all are counted as smartphones.
Report
Reply



0 Vote up Vote down

MadusMaximus 89p · *1 hour ago*

Where's the revenue charts? I'm sure Android devices will look quite pathetic next to the iOS devices in that chart.
Report
Reply

**Post a new comment**

Or post a video comment

- Embed video
- 
- Check Spelling

[Enter text right here!]

Comment as a Guest, or login:

- Login to IntenseDebate

APLNDC0000036119

9/1/2011

- Login to WordPress.com
- Login to Twitter
- facebook
- Login to OpenID

Go back

☐ Share on Facebook

Connected as (Logout)

Email (optional)

Not displayed publicly.

☐ Tweet this comment

Connected as (Logout)

Email (optional)

Not displayed publicly.

Name
Email
Website (optional)