# EXHIBIT L-2

Displayed next to your comments.

Not displayed publicly.

If you have a website, link to it here.

OpenID URL http://

Comment as a Guest or login using OpenID

**Submit Comment**

Subscribe to None

Comments go into moderation unless you sign in with Twitter, Facebook, WordPress or IntenseDebate.

Comments by IntenseDebate



385.04 +0.21

# 9to5 Toys Subcribe via RSSFollow on Twitter

- Refurbished Apple TV Media Receiver for $75 + free shipping
- NZBVortex 2 for Mac downloads for $10
- Epson Powerlite Home Cinema 1080p LCD Projector for $1,055 + $30 s&h
- Refurbished Linksys 802.11n Wireless 4-Port Router for $25 + free shipping
- Used Apple iPad 32GB Wi-Fi Tablet for $350 + free shipping



## 9to5 Google Subcribe via RSSFollow on Twitter

- Sony Tablet S and Tablet P land in Europe this fall
- Blogger's revamped interface goes live for everyone, more face-lifting underway
- Being green is a way of life, says Google in a corporate video
- Offline mode makes a comeback in Gmail, Calendar and Docs, but do you care?
- Mozilla shows off Honeycomb inspired Firefox for Tablets



APLNDC0000036122

9/1/2011



## Recent Comments

- Matt on Spotify app goes live in the US
- Apple Releases iOS 5 Beta 3 To Registered Developers : Mac Plazza – Super Sale for Mac on Apple clearer about crowd-sourced location services in iOS 5, beta 3 is snappier. more findings
- iOS 5 beta 3 te avisa antes de usar tu GPS | Actualidad iPhone on Apple clearer about crowd-sourced location services in iOS 5, beta 3 is snappier, more findings
- New Mac Pros and MacBook Airs to launch this week with OS X Lion | 9to5Mac | Apple Intelligence on Apple Store overnight planned for July 13th, new MacBook Airs and Lior signage awaits
- New Mac Pros and MacBook Airs to launch this week with OS X Lion | 9to5Mac | Apple Intelligence on Apple to ship OS X Lion on July 14th





### 9to5mac on Facebook



If you want to contact us for any reason (tips, questions, news, site errors, advertising, just to say hi etc), tips at 9to5mac dotcom goes into everyone's mailbox.

Share this:   Twitter   Facebook

© Copyright 2011 925 LLC *note that we use affiliate links whenever possible

APLNDC0000036124
9/1/2011

```
<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY
{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E style="DISPLAY: none" id=stSegmentFrame
width="0px" height="0px" name="stSegmentFrame" src="http://seg.sharethis.com/partners.php?
partner=netshelter&rnd=1314894362886" frameBorder="0" scrolling="no">
```

APLNDC0000036125
9/1/2011