# HO EXHIBIT M

## FILED UNDER SEAL