# Exhibit N

Reporter: Lorrie L. Marchant, RPR CRR, CCRR, CLR, CSR NO. 10523
EXHIBIT: 185
Witness: Wagner
Date: 9-14-2011
# pages: 1

# THE WALL STREET JOURNAL.
WSJ.com

AUGUST 25, 2011, 3:34 PM GMT

## Samsung, Apple Decision Delayed Until September

Steve Jobs may not be leading Apple anymore, but the company is at work here in Europe vigorously defending his legacy against Korean electronics giant Samsung.

The two parties were in a Düsseldorf courtroom today making their cases, after the German court issued an injunction banning the sale of Samsung's new Galaxy Tab tablet device in Germany. The court earlier this month banned distribution of the product in most of the European Union, at Apple's request, but then later reconsidered, and limited the ban to only Germany.

As is the norm, the court has not reached a decision; that will be delivered on September 9th. Until then, the ban remains in place. Samsung has asked for an earlier ruling as it wants to be able to display the Tab at the Berlin IFA trade show next week, although there is no indication its request has been favorably looked on.

Today's activity comes just one day after a Dutch court banned the company's Netherlands-based subsidiaries from several Samsung smartphone models in most European countries, in another victory for Apple.

Samsung has a shot to overturn the band if it can convince Judge Johanna Brueckner-Hofmann that Apple had previous knowledge from as early as June that Samsung intended to start imports of its Tab in Germany, according to Bloomberg.

That's because, as Florian Müller, an intellectual-property consultant in Starnberg, Germany points out on his blog, FOSS Patents, Apple's preliminary injunction was granted after Apple argued there was a sense of urgency surrounding this particular infringement. If Samsung can prove that Apple knew of the competing tablet in June, then the judge could strike down the injunction for lack of urgency.

Intellectual property litigation has become commonplace in the handset market, as dominant players seek to use the courts to stymie their competitors. In April, Apple sued Samsung in a California court, alleging the South Korean manufacturer infringed on its patents and "slavishly" copied its designs. Since then the two companies have targeted each other with filings in various Asian and European countries, as well as the International Trade Commission.

This battle between Apple and Samsung has large implications in the device market. In just a few years, Apple's iPhone has become the number one smartphone in the world, and its iPad dominates the tablet market.

However, Samsung is quickly challenging that dominance. Its global smartphone market share was 17.5% in the second quarter, just one percentage point behind Apple, according to Strategy Analytics. In the last three months of 2010, the earlier version of Samsung's Tab, took 17% of the 10.1 million tablets shipped globally, reducing Apple's share to 73% from 93% in the previous quarter, according to IDC.

In other words, if there is any company that is ready now to take on Apple, it's Samsung. That means this battle will be ongoing

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

APLNDC0000036112

8/25/2011