# HO EXHIBIT P

## FILED UNDER SEAL