# HO EXHIBIT S

## FILED UNDER SEAL