# Exhibit U

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5   APPLE INC., a California          )
     corporation,                      )
 6                                     )
                   Plaintiff,          )
 7    vs.                              ) NO. 11-CV-01846-LHK
                                       )
 8   SAMSUNG ELECTRONICS CO.,          )
     LTD., a Korean business           )
 9   entity; SAMSUNG ELECTRONICS       )
     AMERICA, INC., a New York         )
10   corporation; SAMSUNG              )
     TELECOMMUNICATIONS AMERICA,       )
11   LLC, a Delaware limited           )
     liability company,                )
12                                     )
                   Defendants.         )
13   ----------------------------

14

15

16

17        VIDEOTAPED DEPOSITION OF NICHOLAS GODICI

18               SAN FRANCISCO, CALIFORNIA

19                FRIDAY, SEPTEMBER 9, 2011

20

21

22

23

24      Reported By:
        Yvonne Fennelly, CCRR, CSR No. 5495
25      JOB NO. 41882
```

1                SEPTEMBER 9, 2011

2                   9:30 A.M.

3

4      Videotaped Deposition of NICOLAS GODICI,

5  held at the offices of MORRISON & FORESTER, 425

6  Market Street, San Francisco, California,

7  pursuant to Notice, before Yvonne Fennelly,

8  CCRR, CSR 5495.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S

 2        MORRISON & FOERSTER

 3        Attorneys for APPLE INC.:

 4             425 Market Street

 5             34th Floor

 6             San Francisco, California 94105

 7        BY:  WES OVERSON, Esq.

 8

 9

10

11

12        QUINN EMANUEL URQUHART & SULLIVAN

13        Attorneys for Defendant

14             SAMSUNG ELECTRONICS CO. LTD:

15             555 Twin Dolphin Drive

16             Redwood Shores, California 94065

17        BY:  VICTORIA F. MAROULIS, Esq.

18

19

20

21

22   VIDEOGRAPHER:

23             Alan Dias

24

25
```

1  prosecution history because they're so readily
2  available, anyone can just go to the Internet
3  and look at them, go to the PTO website and look
4  at them.
5      Q.   And that would be true of these
6  applications that are listed as well?
7      A.   These are published applications, so,
8  yes, that would be true.
9      Q.   Okay.
10          But the bottom line is you didn't
11 review any of the references cited on page 1 and
12 2 of the '381 patent as part of your drafting
13 your declaration?
14     A.   That's correct.  I did not review
15 them for the purposes of drafting my
16 declaration.
17     Q.   And you would agree that in order to
18 have an opinion about whether Van Den Hoven is
19 cumulative or not, someone would have to read
20 through all of the references cited on pages 1
21 and 2 of the '381 patent; right?
22          MS. MAROULIS:  Objection; assumes
23 facts, incomplete hypothetical.
24          THE WITNESS:  Again, and I think this
25 is the point where we were discussing earlier,

1    Q.   Okay.

2         MR. OVERSON:  I have no further

3  questions at this time.

4         MS. MAROULIS:  I don't have any

5  questions for the witness.

6         We'll reserve the right to review and

7  sign.

8         MR. OVERSON:  Thank you.

9         MS. MAROULIS:  Thank you.

10        THE WITNESS:  Thank you.

11        THE VIDEOGRAPHER:  This is the end of

12 today's deposition.  We are off the record at

13 3:07 p.m.  The master disk will be held by TSG

14 Reporting.

15

16        (Time noted:  3:07 p.m.)

17

18

19

20

21

22

23

24

25

```
 1
 2
 3                          _____
 4                          NICHOLAS P. GODICI
 5
 6   Subscribed and sworn to before me
 7   this _____ day of _____, 2011.
 8   ---------------------------------------------------
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1            C E R T I F I C A T E

2

3   STATE OF CALIFORNIA        )

4                              )  ss:

5   COUNTY OF CONTRA COSTA     )

6

7            I, YVONNE FENNELLY, CCRR, CSR 5495,

8   within and for the State of California, do

9   hereby certify:

10           That NICHOLAS P. GODICI, the witness

11  whose deposition is hereinbefore set forth, was

12  duly sworn by me and that such deposition is a

13  true record of the testimony given by such

14  witness.

15           I further certify that I am not

16  related to any of the parties to this action by

17  blood or marriage; and that I am in no way

18  interested in the outcome of this matter.

19           IN WITNESS WHEREOF, I have hereunto

20  set my hand this 9th day of September, 2011.

21

22

23       _____
         YVONNE FENNELLY, CCRR, CSR NO. 5495
24

25