# HO EXHIBIT W

## FILED UNDER SEAL