# Exhibit X

1       UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2             SAN JOSE DIVISION

3

4

5

6
   APPLE INC., A CALIFORNIA      :
7  CORPORATION,                  :
              PLAINTIFF,         :
8
                                 :
9      VS.                       : CASE NO.
                                 : 11-CV-01846-LHK
10 SAMSUNG ELECTRONICS, CO.,     :
   LTD., A KOREAN BUSINESS       :
11 ENTITY; SAMSUNG ELECTRONICS   :
   AMERICA, INC., A NEW YORK     :
12 CORPORATION; SAMSUNG          :
   TELECOMMUNICATIONS AMERICA,   :
13 LLC, A DELAWARE LIMITED       :
   LIABILITY COMPANY,            :
14
                    DEFENDANTS
15

16

17

18

19

20      DEPOSITION OF ANDRIES VAN DAM, an Expert
   Witness in the above-entitled cause, taken on
21 behalf of the Plaintiff, before Barbara
   Warner, RPR, Notary Public in and for the
22 State of Rhode Island, at the offices of
   Allied Court Reporters, 115 Phenix Avenue,
23 Cranston, RI, on September 14, 2011
   at 9:30 A.M.
24

25 Job Number: 41901

```
 1
     APPEARANCES:
 2

 3   FOR THE PLAINTIFF APPLE INC.:
     MORRISON & FOERSTER
 4   BY:  RICHARD S.J. HUNG, ESQ.
     BY:  DEOK KEUN MATTHEW AHN, ESQ.
 5   425 MARKET STREET
     SAN FRANCISCO, CALIFORNIA 94105
 6

 7

 8

 9
     FOR THE DEFENDANTS SAMSUNG:
10   QUINN EMANUEL URQUHART OLIVER & HEDGES
     BY:  TODD M. BRIGGS, ESQ.
11   BY:  AARON KAUFMAN, ESQ.
     555 TWIN DOLPHIN DRIVE
12   REDWOOD SHORES, CALIFORNIA 94065

13

14

15
     ALSO PRESENT:
16   MIKE HENRIQUES, VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

Case 5:11-cv-01846-LHK   Document 430-27   Filed 11/29/11   Page 4 of 6

Page 63

```
 1        in its entirety and it is different from
 2        first, second and third portions.
 3   Q.   What if we exceed the threshold?
 4        A. If we exceed the threshold, then we don't
 5        get the bounce-back effect.  There is no
 6        reversing of the direction or different
 7        direction, which is all the claim calls for,
 8        but bounce-back typically has this notion of
 9        the opposite direction.  You are simply going
10        to scroll the file so that most of it and
11        eventually all of it becomes this gray no
12        man's land.
13   Q.   In which case there is no snap-back, correct?
14        A. There is no snap-back in any of the prior
15        art, or I believe the patent itself and its
16        specification if you go beyond a certain
17        threshold.
18   Q.   Looking at the blue button with the blue
19        bar --
20        A. That's the chrome I was referring to
21        earlier.
22   Q.   That chrome is adjustable on the 1950,
23        correct?
24        A. It is.  Some of it is.  In particular, in
25        the E-mail application, I can move it up and
```

1      follow-up, there is follow-up.  But I
2      appreciate your time, Dr. van Dam.  And we
3      are happy to close the deposition now.
4                MR. BRIGGS:  Great.  Thanks.
5                THE WITNESS:  Very good.  Thank
6      you.
7                THE VIDEOGRAPHER:  It is 6 p.m.,
8      we are off the record.  This concludes the
9      videotaped deposition of Andries van Dam on
10     September 14, 2011.
11        (DEPOSITION CONCLUDED AT 6:00 P.M.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                C E R T I F I C A T E
             I, Barbara Warner, a Notary Public in
 2      and for the State of Rhode Island, duly
        commissioned and qualified to administer
 3      oaths, do hereby certify that the foreging
        Deposition of Andries van Dam, a Witness in
 4      the above-entitled cause, was taken before me
        on behalf of the Plaintiff, at the offices of
 5      Allied Court Reporters, 115 Phenix Avenue,
        Cranston, Rhode Island on September 14, 2011
 6      at 9:30 A.M.; that previous to examination of
        said witness, who was of lawful age, he was
 7      first sworn by me and duly cautioned to
        testify to the truth, the whole truth, and
 8      nothing but the truth, and that he thereupon
        testified in the foregoing manner as set out
 9      in the aforesaid transcript.

10              I further testify that the foregoing
        Deposition was taken down by me in machine
11      shorthand and was later transcribed by
        computer, and that the foregoing Deposition
12      is a true and accurate record of the
        testimony of said witness.
13
                Pursuant to Rules 5(b) and 30(f) of the
14      Federal Rules of Civil Procedure, original
        transcripts shall not be filed in Court;
15      therefore, the original is delivered to and
        retained by Plaintiff's attorney, Richard
16      S.J. Hung, Esquire.

17              Correction and signature pages were sent
        to Plaintiff's Counsel, Todd M. Briggs.
18
                IN WITNESS WHEREOF, I have hereunto set
19      my hand and seal this 15th day of September,
        2011.
20

21

22

23

24      _____
        BARBARA WARNER, NOTARY PUBLIC/CERTIFIED
25      COURT REPORTER
```