Exhibit Y

1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2

3

4    APPLE, INC., a California       )
     corporation,                    )
5                                    )
              Plaintiff,             )
6                                    )
              vs.                    ) Case No.
7                                    ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD.,  )
8    a Korean business entity;       )
     SAMSUNG ELECTRONICS AMERICA,    )
9    INC., a New York corporation;   )
     SAMSUNG TELECOMMUNICATIONS      )
10   AMERICA, LLC, a Delaware        )
     limited liability company,      )
11                                   )
              Defendants.            )
12

13

14

15        VIDEOTAPED DEPOSITION OF ROGER F. FIDLER

16           TAKEN ON BEHALF OF THE PLAINTIFF

17                SEPTEMBER 23, 2011

18

19

20
          (Starting time of the deposition:  9:32 a.m.)
21

22

23

24

25    Job Number: 41966

1                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
2

3    APPLE, INC., a California          )
     corporation,                       )
4                                        )
             Plaintiff,                  )
5                                        )
             vs.                         ) Case No.
6                                        ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD.,      )
7    a Korean business entity;           )
     SAMSUNG ELECTRONICS AMERICA,        )
8    INC., a New York corporation;       )
     SAMSUNG TELECOMMUNICATIONS          )
9    AMERICA, LLC, a Delaware            )
     limited liability company,          )
10                                       )
             Defendants.                 )
11

12

13            VIDEOTAPED DEPOSITION OF ROGER F. FIDLER,
     produced, sworn and examined on September 23, 2011,
14   between the hours of nine o'clock in the forenoon and
     eight o'clock in the evening of that day, at the
15   offices of Midwest Litigation Services, 401 Locust
     Street, Suite 204, Columbia, Missouri 65201, before
16   William L. DeVries, a Certified Court Reporter (MO),
     Certified Shorthand Reporter (IL), Registered
17   Diplomate Reporter, Certified Realtime Reporter, and a
     Notary Public within and for the State of Missouri, in
18   a certain cause now pending in the United States
     District Court, Northern District of California,
19   between APPLE, INC., a California corporation,
     Plaintiff, vs. SAMSUNG ELECTRONICS CO., LTD., a Korean
20   business entity; SAMSUNG ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG TELECOMMUNICATIONS
21   AMERICA, LLC, a Delaware limited liability company,
     Defendants; on behalf of the Plaintiff.
22

23

24

25

```
 1                A P P E A R A N C E S

 2

 3           For the Plaintiff:

 4                Ms. Jennifer Lee Taylor
                  Morrison & Foerster
 5                425 Market Street
                  San Francisco, California 94105
 6

 7

 8

 9           For the Defendants:

                  Mr. Michael T. Zeller
10                Quinn Emanuel Urquhart & Sullivan
                  865 South Figueroa Street,
11                Los Angeles, California 90017

12

13

                  Mr. Michael D. Sadowitz
14                Quinn Emanuel Urquhart & Sullivan
                  51 Madison Avenue, 22nd Floor
15                New York, New York 10010

16

17

18           Also present:

19                Mr. John Niehaus, Videographer

20

21

22

23
     Court Reporter:
24   William L. DeVries, RDR/CRR
     Missouri CCR #566
25   Illinois CSR #084-003893
```

1   lab.  They opened the lab shortly after we opened our

2   lab.  The -- Paramount opened a lab on the opposite

3   side of our office.  So we had Paramount, Apple.  And

4   US West had a -- a small office there where the people

5   that were working with us on communications were

6   located.

7          Q.   Was this all on one floor?

8          A.   All on the same floor.  US West, I'm not

9   sure if they were on the same floor or not.  I think

10  they were on another floor.

11         Q.   What's Paramount?

12         A.   Paramount Motion Pictures.  They were

13  looking at how to do entertainment and videos and very

14  interested in the tablet for being able to distribute

15  videos and multimedia.

16         Q.   In your -- or what was -- you said it was

17  an Apple Media Lab; is that correct?

18         A.   It was the Apple Media Lab.  They had a

19  couple people who had been locally hired that I've

20  mentioned, Dennis Dube.

21         Q.   Could you spell that?

22         A.   D-U-B-E, the last name.  Dennis is first

23  name.  Joe Pezzilo I think is how it was --

24  P-E-Z-Z-I-L-O I think is the spelling.  Yeah, I'm not

25  sure about the spelling, but those are the two names I

1  remember.

2          There were -- there were at least two other

3  people that were in the lab on a fairly regular basis,

4  but -- and we -- at that point we were working with

5  them on the development of -- of newspaper content for

6  the Apple Newton, and it was just as the Apple Newton

7  was being developed and they were getting ready to

8  launch the Apple Newton, '92, '93.

9          Q.   Is that when it launched?

10         A.   '93 I think is when it -- when it launched.

11         Q.   So you said a couple -- you used the phrase

12  a couple of local hires?

13         A.   Well, Dennis and -- and Joe both lived in

14  Boulder and were hired by Apple.

15         Q.   Uh-huh.

16         A.   And they had a -- a couple other people.  I

17  don't know if they were local hires or they were hired

18  from Apple.  You know, we weren't really involved in

19  their staff situation.  But they would come to our lab

20  and meet with us occasionally.  We would go to their

21  lab and talk to them about the Apple Newton.  But they

22  were right adjacent to our lab.

23         Q.   Do you know if they were working on

24  anything else other than newspaper content for the

25  Apple Newton?

1        A.   Well, they were working on content for the

2   Newton, but to my knowledge they were most interested

3   in getting news content for the Newton.  I think that

4   was their mandate from Apple.

5        Q.   Do you know why they were doing this in

6   Boulder, Colorado?

7        A.   Well, they opened the lab after we opened

8   our lab, and I think it was, you know, because we were

9   there.  They opened their lab to work with us.  There

10  was no other reason for them to be in that location.

11       Q.   Did anyone tell you that's why they opened

12  their lab?

13       A.   I suspect at some point in the conversation

14  they mentioned that the -- well, in fact, I knew when

15  they -- when they opened the lab that they were

16  opening it because we were there and they wanted to

17  work with Knight-Ridder on developing content for the

18  Newton.  So yes, they did -- they did tell us that it

19  was intentional.

20       Q.   Can you -- do you remember any -- what

21  period of time were you working with the folks at

22  Apple Media Lab to develop the content?

23       A.   It would have been probably beginning in --

24  I would suspect in 1993.  We opened our lab in August,

25  September of -- of '92, and wasn't very long after

1    that that they opened their lab adjacent to us.  And

2    Paramount opened its lab also in '93.

3             Q.   Do you know how long the Apple Lab stayed

4    open?

5             A.   I think they shut down shortly after

6    Knight-Ridder shut down our lab, that all of -- all of

7    the people who had been working with us in that

8    building shut down their laboratories soon after we

9    left.

10            Q.   Other than discussing content for the

11   Newton with them --

12            A.   Uh-huh.

13            Q.   -- do you remember any other discussions

14   you had with them?

15               MR. ZELLER:  The question --

16            A.   Well, we --

17               MR. ZELLER:  The question is vague at this

18   point --

19               THE WITNESS:  Uh-huh.

20               MR. ZELLER:  -- as to -- he's already

21   testified about some discussions he had with -- with

22   Apple -- Apple people.  So I think the question is

23   vague and confusing at this point.

24               THE WITNESS:  Uh-huh.

25            Q.   (By Ms. Taylor)  Go ahead.

1         A.    So they visited our lab quite often.  We

2    had lunches together.  They were intrigued by my

3    vision of the tablet, and I may be mistaken, but I'm

4    fairly confident that Dennis Dube who was heading up

5    the lab was the person who actually recommended the

6    videographer that we ended up using because he was --

7    he had -- he was native to Boulder and had been there

8    for some time.  As far as I know, he's still living in

9    Boulder.

10        So yes, we -- we had lots of discussions

11   about the validity of the -- my vision of the tablet

12   and when that might happen and -- and my view as that

13   the Newton was just the beginning of what was coming.

14        Q.    When you say you had discussions about the

15   validity of my vision of the tablet --

16        A.    Uh-huh.

17        Q.    -- what do you mean when you say my vision

18   of the tablet?

19        A.    Well, the idea of a magazine-sized tablet,

20   it would be lightweight, easy to carry, that

21   newspapers could use to do more visually rich

22   presentation.

23        With the Newton, all that we could do at

24   that time was just text, and it was small -- it was so

25   small that all you could really do was one column of

1    text.

2         Q.    When you say just text, you mean just

3    display text; you don't mean send a text message?

4         A.    No.   It was just -- you know, it would

5    display the stories on the -- on the screen.

6         Q.    Life has evolved.   Text has another meaning

7    now.

8         A.    Uh-huh.   Uh-huh.   No, we also had Newton

9    poetry at that time when -- it was handwriting

10   recognition if you recall on the Newton.   And so the

11   joke at the time was that the handwriting recognition,

12   whatever you wrote, it would -- it would create its

13   own poetry too.   That all -- it was quite humorous.

14        Q.    I think you used the phrase they were

15   intrigued by your vision of the tablet.   What -- what

16   made you say that or what makes you think that?

17        A.    Well, because I think Dennis came from a

18   newspaper background, was equally concerned about the

19   digital transformation of newspapers, and so was eager

20   to know as much as he could about what we were doing.

21              As I said earlier, we had no interest in

22   building hardware, and if -- if I was able to

23   stimulate Apple to move more quickly to build tablets,

24   I would have been very happy.

25        Q.    Do you think you did?

1          A.   I don't know.  No way to know for sure.

2     Obviously the -- with the videos being widely

3     circulated and -- and as many conferences as I spoke

4     at and the fact that one of our members of our team

5     went to work for Apple after we shut down the lab, I

6     have to believe that people at Apple knew about the

7     work I was doing.

8               In all fairness, that was at the time when

9     Sculley was the CEO and Steve Jobs didn't return

10    until, what, 1997 I believe it was.

11         Q.   After Knight-Ridder closed, have you had

12    any communications with anyone at Apple?

13         A.   No.  We've tried, but...

14         Q.   When did you try?

15         A.   Well, when I went to Kent State we tried to

16    see if Apple would be interested in helping fund our

17    research and development work, but were unsuccessful.

18    We had -- Adobe funded our research.

19         Q.   Did you have anyone else fund it while you

20    were at Kent State?

21         A.   I'm sorry?

22         Q.   Did anyone else fund your research at Kent

23    State?

24         A.   Los Angeles Times.

25         Q.   Anyone else?

1          Q.    And -- and if that was happening, that's

2     separate from what you're doing?

3          A.    Yeah, absolutely.

4          Q.    Okay.   Other than what you've described

5     that may be happening --

6          A.    Uh-huh.

7          Q.    -- are you aware of any other possible

8     connections between Samsung and the Reynolds?

9          A.    That's all I'm aware of.

10         Q.    If you'll go to Exhibit H of your

11    declaration, it is the article with the picture of

12    you.

13         A.    Uh-huh.   Uh-huh.

14         Q.    I think this is Forbes ASAP.

15         A.    Uh-huh.

16         Q.    Second page --

17         A.    Uh-huh.

18         Q.    -- first column --

19         A.    Uh-huh.

20         Q.    -- halfway down --

21         A.    Uh-huh.

22         Q.    -- just below where it says "Telecosm."   On

23    the left side it says, "Down the hall is an Apple

24    Computer media center which is developing graphical

25    forms of AppleLink, the company's on-line network."

1   Do you see that.

2         A.    Uh-huh.

3               MR. ZELLER:  I'm sorry.  We're on

4   Exhibit 8.  What paragraph is that again?

5         A.    Right.  They're talking -- the Apple Media

6   Lab.

7               MR. ZELLER:  Thank you.

8         Q.    (By Ms. Taylor)  Is that the media lab you

9   were describing earlier?

10        A.    Yes, that's what I'm referring to.  I think

11  George Gilder didn't fully understand it.  And yes, he

12  was -- we were looking at ways to deliver content to

13  the Newtons.  He doesn't mention the Newton, but that

14  was the -- that was our main focus at that time.

15              AppleLink I believe by that time -- I

16  worked with AppleLink and I had close relation with

17  Apple early on because I licensed the AppleLink

18  technology in 1994 to launch what I called Presslink

19  as a global intranet for the newspaper industry to

20  deliver graphics and photos.

21              So -- but I think by the time he wrote this

22  article, I think he was mistaken that AppleLink was --

23  had already been sold, and that was the basis for AOL

24  to be able to launch a similar system.

25              So I think what he was referring to here

1   is -- is that to provide a way to deliver content

2   on-line to the -- the Newton, which he doesn't

3   mention.

4         Q.   I'll have to admit I'm a little bit

5   confused.  Is it -- is -- is the potential error that

6   he's -- the timing, like AppleLink --

7         A.   Uh-huh.

8         Q.   -- had already been sold to some third

9   party by the time this article was written?

10        A.   If my memory serves me correctly, AppleLink

11   had already been sold by that time.

12        Q.   At some point when this Apple Computer

13   media center was in Boulder --

14        A.   Uh-huh.

15        Q.   -- do you know if it was working on what

16   he's described in this article?

17        A.   I don't think he accurately described it.

18        Q.   Okay.

19        A.   And it may be that they did not want to

20   tell him what they were working on at that point, but

21   that's my personal speculation.

22        Q.   The last -- we'll go to paragraph ten of

23   your declaration.  Go to the front.  Paragraph ten,

24   page four.  By the way, tell me if you want to take a

25   break because you've been sitting there a long time

1    since we watched a video.

2            A.    Paragraph ten?

3            Q.    Paragraph ten.

4            A.    Uh-huh.

5            Q.    The last sentence, paragraphs ten says IDL

6    worked with Apple on news content --

7            A.    Uh-huh.

8            Q.    -- for Apple's Newton product --

9            A.    Uh-huh.

10           Q.    -- until IDL shut down in 1995.

11           A.    Uh-huh.

12           Q.    Can you tell me what that means?

13           A.    That's what I had just said, that we -- our

14   involvement with them -- with Apple was specifically

15   about delivering news content to the Apple Newton

16   during -- from about 1993 to 1995.

17           Q.    But what did you really do on a day-to-day

18   basis?

19           A.    We were looking about -- at how we would

20   get the feeds of -- of news from newspapers --

21           Q.    Uh-huh.

22           A.    -- and to be able to deliver them to the

23   device and what the content might look like when it's

24   on the Apple Newton.

25           Q.    And how were you talking about getting the

1    feeds to the device?

2         A.    The -- again, remembering this is before or

3    just as the -- the web was developing, trying to

4    figure out the most efficient way to get it to them.

5    And as I recall -- again, it's a while -- that nothing

6    specific came out of that -- those discussions or we

7    didn't actually end up producing something that they

8    could use because even by the time we shut down in

9    1995, it was apparent that the Apple Newton was not

10   going to be a successful product.  And I think 1996 is

11   when the Apple Lab finally shut down.

12        Q.    The next sentence, which is the first

13   sentence in paragraph eleven --

14        A.    Uh-huh.

15        Q.    -- says during the time IDL and Apple

16   collaborated --

17        A.    Uh-huh.

18        Q.    -- Apple personnel were exposed to my

19   tablet ideas and prototypes.

20        A.    Uh-huh.

21        Q.    Do you see that sentence?

22        A.    Yes, uh-huh.

23        Q.    What -- what is -- what was that

24   collaboration?

25        A.    We had a conference room in our lab where

1    we would meet and talk about -- we certainly talked

2    about the Newton, but we were talking about at what

3    point can we expect to see a tablet, and I would show

4    the prototypes that we had.

5              Again, we were not trying to keep our

6    tablet idea secret because we wanted companies to

7    build a tablet device.  So I was probably certainly

8    encouraging them to pursue a larger magazine-sized

9    device for displaying newspaper content.

10             And we showed them some of our early ideas

11   for -- or our ideas for how news could be presented on

12   a tablet.  When we produced our video, they saw our

13   video that we produced, the 1994 video.

14        Q.   Exhibit L.

15        A.   At -- at the -- what?

16        Q.   Exhibit L.

17        A.   Oh.

18        Q.   That's the -- that's how we identified the

19   1994 video, Exhibit L.

20        A.   Right.  Right.  1994 video in our lab.  And

21   so in collaboration -- that may be a bit strong, but

22   we -- you know, I would pick their brains for what

23   they knew and -- and what we might learn about how

24   tablets might evolve and how news might be presented

25   on those devices.

1             So it was a very congenial, relaxed -- we

2   would go to lunch together.  We would have -- so there

3   was -- it was -- it was not a formal arrangement with

4   them.

5             Q.   When you were working with them on the news

6   content --

7             A.   Uh-huh.

8             Q.   -- as referenced in the previous

9   paragraph --

10            A.   Uh-huh.

11            Q.   -- did you have a contract in place with

12   them?

13            A.   There was no contract.

14            Q.   Did one company pay the other company?

15            A.   No.  We received no money from Apple.

16            Q.   Was --

17            A.   And we -- and -- and they received no money

18   from us.

19            Q.   Was -- was there a formal relationship

20   between the companies?

21            A.   No.  There was no -- there was no NDA

22   between us.  At least -- let me correct that.  No NDA

23   that I recall that we actually signed.

24            Q.   So how did it come to be that you were

25   working with them on news content for the Apple's

1   Newton product?

2        A.   Because that was -- my understanding was

3   that that was their main reason for existing in

4   Boulder, Colorado was to learn about how -- you have

5   to understand, the Newton was originally set up to be

6   a personal digital assistant.

7             And so its original focus was more on

8   maintaining your calendar, maintaining your phone

9   list, all the basic information, plus being able to

10  take notes and -- and have that translated into

11  machine-readable text.

12            At the time that they opened the lab in

13  Boulder, they were beginning to think about what kinds

14  of more dynamic information we could provide that

15  would make the Newton more valuable to people.

16            And so our discussions were more general

17  and exploring what the issues would be, what

18  newspapers would have to do if they wanted to

19  contribute content, much the same that later they had

20  to learn how to do -- to provide to e-readers.

21            Very similar situation.  But to my

22  knowledge, we were not able to get any newspapers to

23  deliver content to them.  We could simulate content to

24  them, but we actually did not have a newspaper working

25  with them.

1                We did attempt to work with The Daily

2   Camera, which is the local newspaper in Boulder,

3   Colorado which Knight-Ridder owned, and I do recall

4   meetings with Dennis Dube, Barrie Hartman, who is the

5   editor and later the publisher of the -- of the

6   newspaper and I would sit down and we would talk about

7   the future and how perhaps we could experiment with

8   content from the daily news -- or I mean the -- The

9   Daily Camera to simulate what we could do with the

10  Apple Newton.

11                At the same time, by the way, I was also

12  working -- or looking at the -- the GO Tablet that was

13  developed by GO Corporation and meeting with people

14  from GO and from Slate, a company that was based in

15  Arizona that was developing content for the GO Tablet,

16  which was in fact a letter-sized black and white

17  display.

18                And they launched that also in -- I think

19  they began it in 1992, but it was finally launched in

20  1993.  So ...

21          Q.   How did you first meet the people at the

22  Apple Computer Media Lab?

23          A.   I honestly don't recall of how that

24  occurred, but I -- I remember meeting with Dennis

25  Dube, who headed the lab at that time, and -- when he

1    indicated he'd like to set up the Apple Media Lab

2    adjacent to our lab and collaborate with me.

3         Q.    Was Dennis Dube -- is it a V or a B?

4         A.    B, Dennis Dube.

5         Q.    B, okay.  Was Dennis Dube an employee of

6    Apple before the Apple Media Lab was set up as far as

7    you know?

8         A.    I don't know.

9         Q.    But you recall meeting with him before the

10   media lab was set up?

11        A.    Right.

12        Q.    And did he ask if -- if you would help them

13   with what they were planning to do?

14             MR. ZELLER:  I think the question is vague.

15        A.    I -- I don't recall exactly what he asked

16   me at that point.

17        Q.    (By Ms. Taylor)  You identified two

18   people --

19        A.    Uh-huh.

20        Q.    -- who worked at the Apple Media Lab.

21        A.    Uh-huh.

22        Q.    Mr. Dube and --

23        A.    Joe Pezzilo.

24        Q.    Pezzilo.

25        A.    Uh-huh.

1        Q.   Do you recall any other names as the day

2   has gone on?

3        A.   Not at this point.

4        Q.   Do you know how many more people there

5   were?

6        A.   Only -- if memory serves me, I think there

7   were four people at the lab, but that's just my

8   memory.  I have no specific information to corroborate

9   that.

10        Q.   Did the collaboration that you had, that

11   you reference in paragraph eleven, go beyond working

12   with Apple and news content for Apple's Newton

13   product?

14        A.   Apple what?

15        Q.   Apple's Newton product.

16             MR. ZELLER:  This is -- this is asked and

17   answered.  It's also vague.

18        A.   At that time the Apple Newton was the only

19   thing we were focused on.

20             MS. TAYLOR:  Okay.  I've been told we're

21   just about out of time, so let's take a break.

22             VIDEOGRAPHER:  We're going off the record

23   at approximately 4:14 p.m.

24             (WHEREIN, a recess was taken.)

25             VIDEOGRAPHER:  We're back on the record on

1    that's confidential?

2            A.   To my knowledge, nothing I discussed today

3    was confidential.

4                 MS. TAYLOR:  Okay.  I think I'm done.  So

5    we'll go off the record.

6                 MR. ZELLER:  I may have one question.  Let

7    me see one second.  No, I was incorrect.  I have no

8    further questions for you.

9                 VIDEOGRAPHER:  Signature?

10                MR. ZELLER:  We have -- we have a

11   stipulation.

12                VIDEOGRAPHER:  We're going off the record

13   at approximately 7:52 p.m.

14                (WHEREIN, the deposition was concluded at

15   7:52 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 344

1                    CERTIFICATE OF REPORTER

2    STATE OF MISSOURI  )
                        ) ss.
3    CITY OF ST. LOUIS  )

4              I, William L. DeVries, a Certified Court

5    Reporter (MO), Certified Shorthand Reporter (IL),

6    Registered Diplomate Reporter, Certified Realtime

7    Reporter, and a Notary Public within and for the State

8    of Missouri, do hereby certify that the witness whose

9    testimony appears in the foregoing deposition was duly

10   sworn by me; that the testimony of said witness was

11   taken by me to the best of my ability and thereafter

12   reduced to typewriting under my direction; that I am

13   neither counsel for, related to, nor employed by any

14   of the parties to the action in which this deposition

15   was taken, and further that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties thereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20                    _____

21                    Notary Public within and for

22                    The State of Missouri

23   Dated September 24th, 2011

24

25   My commission expires August 14, 2015.

Page 345

```
 1   STATE OF                )

 2                           )

 3   COUNTY OF               )

 4
     I, ROGER F. FIDLER, do hereby certify:
 5        That I have read the foregoing deposition;
          That I have made such changes in form and/or
 6   substance to the within deposition as might be
     necessary to render the same true and correct;
 7        That having made such changes thereon, I hereby
     subscribe my name to the deposition.
 8        I declare under penalty of perjury that the
     foregoing is true and correct.
 9

10
                         ROGER F. FIDLER
11

12            Executed this 24th day of September,

13   2011.

14

15

16   Notary Public:

17   My Commission Expires:

18

19

20

21

22

23

24

25
```