# HO EXHIBIT Z

## FILED UNDER SEAL