# Exhibit AA

Apple's Netbook Foray Will Flop | Technology Management Series News | Print Financial & Investing ...    Page 1 of 3
Case 5:11-cv-01846-LHK   Document 430-30   Filed 11/29/11   Page 2 of 4
y




**Technology Management Series**                                                    ▶ Return to Article

## Apple's Netbook Foray Will Flop

**Scott Moritz**
03/24/09 - 10:33 AM EDT

Like a moth to a hot trend, **Apple** (AAPL) will fly into the netbook flame and get burned.

The company will unveil a 10-inch touch-screen tablet computer sometime this year, say analysts. Not only does Apple want to showcase its design prowess, the company desperately needs a new hit to revitalize its computer line-up. Mac sales fell 16% from year-ago levels last month.

No question, the tablet will dazzle Apple fans who typically don't think twice about paying upwards of $2,000 for the latest, greatest Mac. But beyond the core fan base, Apple will discover what other PC makers have known for a while: Consumers find big tablets hard to swallow.

**Archrivals: Netbooks vs. Apple**

(My colleague James Rogers writes about how Apple could have decent margins on Netbooks.)

**Hewlett-Packard** (HPQ), **Gateway**, **Lenovo** all make tablet notebooks for around $1,400, and none score well on any popularity indexes.

There's a more eye-opening index that Apple investors should probably heed. Nine of the 10 bestselling computers at Amazon as of today were netbooks. And only one sold for more than $400. In contrast, the average price of an Apple computer is $1,400, or the equivalent of three-and-a-half netbooks.

Apple isn't entirely oblivious to the cheapness behind the netbook's popularity; it's just that the company has always believed that design trumps price. The iPod, for example, crushed the cheaper competition in music players.

Last year, well before netbooks became the obvious consumer hit, Apple chief Steve Jobs saw the direction computers were headed and started work on a tablet sub-notebook, according to people familiar with the development plans.

At the time, it wasn't clear what type of user would be interested in a tablet. Early guessers saw it as a niche device for hospital staffs or a good fit with the education market. Today, it's a little clearer, but the economics of netbooks don't work in Apple's favor.

Nonetheless, design hubris and slumping sales will cause Apple to tap a hot segment of computer market.

One prediction: The Apple tablet, instead of being a stunning iPhone-like innovation, will probably end up with a fate more like the MacBook Air. Remember that blade-thin metal-design, $2,400 laptop? It's sitting at No. 52 on the Amazon bestselling notebook list. The tablet will be lucky to fall anywhere in the top 100.

**Visit TheStreet for more great features**

**THESTREET PREMIUM SERVICES**

From the action-oriented investing ideas of *Action Alerts PLUS* by Jim Cramer to the expert technical trading strategies of Helene Meisler's *Top Stocks*, TheStreet.com offers a range of premium services to help boost your portfolio's performance. View now.

**EXPERT ADVISORS ALERTS DELIVERED TO YOUR INBOX**

*Action Alerts PLUS*: Cramer's personal portfolio, emails before he acts.
*RealMoney*: 70+ experts share their top investing ideas and analysis.
*Stocks Under $10*: Alerts identify undervalued stocks with profit potential.

**FREE NEWSLETTERS**

Get an edge on the market with the help of free email newsletters like Jim Cramer's *Daily Booyah!*. Learn about the day's major market events, companies that sizzled or fizzled and lots more that can help you make more profitable investing decisions. Sign up.

**Sponsored Links**

**2550% Penny Stock Gains?**
Our last pick jumped 2550% - Join our newsletter for Free Stock Picks!
www.PennyStocksExpert.com

**13% Dividends?**
Yes! New report reveals top 5 dividend stocks ? get your copy free!
www.InvestingDaily.com/BigDividends

**Hot Stock Pick - OMVS**
Newest Cutting-Edge Technology. Investment, Stocks, Trade.
www.OnTheMoveSystems.com

Buy a link here

**Brokerage Partners**

Case 5:11-cv-01846-LHK   Document 430-30   Filed 11/29/11   Page 4 of 4

TheStreet Corporate | Home | About Us | Advertise | Reprints | Customer Service | Employment | Privacy Policy | Sitemap | Topic Archive | Video Archive | Stock Quotes Online | Terms of Use

TheStreet's enterprise databases running Oracle are professionally monitored and managed by Pythian Remote DBA.

Quotes delayed at least 20 minutes for all exchanges. Market Data provided by Interactive Data. Company fundamental data provided by Morningstar. Earnings and ratings provided by Zacks. Mutual fund data provided by Valueline. ETF data provided by Lipper. Terms & Conditions. Powered and implemented by Interactive Data Managed Solutions.

TheStreet Ratings updates stock ratings daily. However, if no rating change occurs, the data on this page does not update. The data does update after 90 days if no rating change occurs within that time period.

IDC calculates the Market Cap for the basic symbol to include common shares only. Year-to-date mutual fund returns are calculated on a monthly basis by Value Line and posted mid-month.

*Oil Data in Market Overview is Brent Crude Pricing

© 2011 TheStreet, Inc. All rights reserved.