# Exhibit DD



laptop.

The knock-on repercussions for all this will be enormous. It will help people move away from the troublesome Internet Explorer 6, help boost the hardware industries of the world as we move out of recession. It'll create jobs and wealth and so much more.

All this will have come about because Apple have done the R&D and released a product that's been instantly derided as ugly and not what people want. If I were Steve Ballmer today, I'd be splashing out on an extra skiing holiday.

## Subscribe & Connect

### Share Post
17    0
Like  163

### Leave a Comment
300 Comments left so far

### Read Related Posts
- Why the iPad will fail and help Windows 7 to succeed, Part 2
- Why the iPad will fail and help Windows 7 to succeed, Part 2
- In the Market for a Windows 7/Android Tablet?
- Enter the iPad
- Redmond Can Rest Easy After the iPad

### Subscribe
Send me a daily digest of new posts:

Enter email address    Submit

### Quicklinks
Windows 7 Themes | Windows 8 Themes
Windows 7 Wallpapers | Broadband Speed Test | Windows 8 Forum

### Posted by Mike Halsey (MVP)
View all posts and learn more about Mike →

apple, dell, ipad, msi, multi-touch, tablet

← How To Add Network Folders to Libraries in Windows7
Windows 7 Boost Microsoft's Bottom Line – Fastest Selling OS Ever →

- Apologies If You Tried To Register For The Forum Today
- Join The New Windows 8 Forums
- Will Microsoft Abandon the PC as Windows 8 moves to the tablet format?
- Download New Windows 8 Wallpapers
- Get The Full Windows 8 Experience Now
- A Four Prong Windows 8 Strategy
- The Ultimate Windows 8 Themes Collection
- Can Windows 8 Kill XP, Vista, and Windows 7

### TOP WINDOWS 7 THEMES

More **Windows 7 Themes** & More **Windows 7 Wallpapers** are available in the **Download Center.**

- Android Windows 7 Theme
- Ferrari Official Windows 7 Theme
- I'm A Windows 7 PC THeme
- Avatar Official Windows 7 Theme
- Porsche Official Windows 7 Theme
- 7Up Official Windows 7 Theme
- Ducati Official Windows 7 Theme
- Infiniti Official Windows 7 Theme
- Kung Fu Panda
- Rio Theme

Like   2 people liked this.

### Showing 1-10 of 303 comments                    Sort by newest first

**Rdowell**

I have been reading a lot of these websites that claimed the iPad would fail even before it came out and have to laugh at the way they all tried to drag the iPad down. Most of the claims are based around a closed system, with limited access to flash, but it seems that all these commentators missed the boat when it came to what the iPad was all about. It is about appealing to the large group of people out there who really only want something that works right out of the box. They don't want to worry about installing drivers, messing with widgets or customising their device to the 'n' degree. My only question to most of them is that in hindsight, do they feel daft for slating a product that has done the complete opposite of what they told us?

As a side note, I love the fact that the advert at the top of the screen is for an iPad app...oh the irony...

08/09/2011 01:14 AM                                         Like  Reply

**Oscar peterson**

Lol. This stuff is gold.

07/10/2011 02:19 AM                                         Like  Reply

**Andyle604**

A year and a half later and the iPad is BY FAR the most desired tablet on the market.

suck it Windows =)

07/06/2011 09:59 AM                                              Like  Reply

**Anonymous**

history proved you wrong.

06/25/2011 02:05 PM                                              Like  Reply

**guest**

Ouch....

05/20/2011 08:09 PM                                              Like  Reply

**Account765**

Can you admit you were wrong?

05/20/2011 05:03 AM                                              Like  Reply

**iPad user**

Really amusing ... stumbled over this stupid ramblings of an article while searching a CHS reader for my iPad so I don't have to read the tools doks in the ugly Windows Help window. Its enough suffering using the tool on Windows already ...

04/23/2011 06:41 PM                                              Like  Reply

**His Shadow**

I will never tire of the fact that this miserable article and pathetic crap just like it will be on the internet practically forever, so we can constantly remind ourselves of just how terrible the state of tech journalism was, is and continues to be...

03/12/2011 09:34 PM   2 Likes                                    Like  Reply

**Abeworld**

Toby,

To me, its not just that he made wrong predictions based on uneducated guesses. He has written numerous articles about Win 7 and clearly loves it. Here his bias towards Win clearly shows up. And that, as an expert or a writer, is completely inexcusable. thousands of people wrote about iPad win or fail predictions, but those were just commenters. You have to be more level-headed and unbiased to be a blogger on a website which a lot of people read. Its a basic question about maturity in thought.

01/19/2011 03:53 PM   1 Like                                     Like  Reply

**DelphiKnight**

looooooooooool Mike! :)))

01/19/2011 03:50 PM                                              Like  Reply

M Subscribe by email   S RSS                        1 2 ... 31   Next →

Real-time updating is **enabled**. (Pause)

## Add New Comment

Login

Type your comment here.

### WINDOWS 7 HELP & SUPPORT

Join over **13K** users in our **Forums**.  Get help with Windows 7, Windows 8, or just chat.

- **Windows 7 General**
Topics: 320 | Posts: 1099
- **Windows 7 Software Help**
Topics: 247 | Posts: 754
- **Windows 7 Troubleshooting**
Topics: 252 | Posts: 753
- **Windows 8 Rumours**
Topics: 2 | Posts: 6
- **Windows 8 Builds**
Topics: 320 | Posts: 1099
- **General Windows 7 Help**
Topics: 208 | Posts: 681
- **Windows 7 Hardware Help**
Topics: 208 | Posts: 635
- **Windows 7 Tweaks**
Topics: 320 | Posts: 1099
- **Windows 7 Working Applications**
Topics: 11 | Posts: 23

### WINDOWS 7 USER GUIDES

- How To Automatically Defragment Disks
- How To Create A Partition In Windows 7
- Automatic Logon Into Windows 7
- Enable Or Disable The Windows 7 Administrator Account

### WINDOWS 7 BUYERS GUIDES

- Windows 7 FAQ
- Buy Windows 7
- Windows 7 Starter
- Windows 7 Home Basic
- Windows 7 Home Premium
- Windows 7 Professional
- Windows 7 Ultimate
- Windows 7 Games
- Windows 7 Features
- Windows 7 Videos
- Official Windows 7 Site

### WINDOWS 7 WALLPAPER GALLERIES

- Official Windows 7 Themes
- Unofficial Windows 7 Themes
- Windows 7 Themes For XP
- Windows 7 Themes For Vista
- Windows 7 Themes For Non-Windows OS
- Official Windows 7 Featured Wallpapers
- Official Windows 7 International Wallpapers
- Unofficial Windows 7 Wallpapers

### PARTNERS

Powered by MaxCDN CDN



- AskVG.com
- Brothersoft Blog
- Connected Internet
- Ghacks Technology News
- I Think Different
- Mike Halsey
- One Tip A Day
- Windows 8
- windows7update.com

© *Windows 7 News & Tips* 2007-2011. All Rights Reserved          Privacy Policy

RECOMMENDED FOR YOU
×
?

Preview of Internet Explorer 10
◉ I would like to see recommendations from this site
○ I would like to opt out of recommendations (if you clear your cookies you will have to opt-out again) SAVE

THE SLIDE
                                0
Like  ◁ 50