# HO EXHIBIT EE

## FILED UNDER SEAL