# HO EXHIBIT FF

## FILED UNDER SEAL