# HO EXHIBIT GG

## FILED UNDER SEAL