# Exhibit HH

Samsung Smartphones **BEFORE** Apple's D'087

Apple's D'087 (filed Jan. 2007)

Samsung Smartphones **AFTER** Apple's D'087









Samsung Touchscreen Tablet **BEFORE** iPad 2

Apple's iPad 2 (announced Mar. 2011)

Samsung Touchscreen Tablet **AFTER** iPad 2





