# Exhibit I I

