# HO EXHIBIT JJ

## FILED UNDER SEAL