# HO EXHIBIT KK

## FILED UNDER SEAL