# HO EXHIBIT LL

## FILED UNDER SEAL