# EXHIBIT B

Highly Confidential Pursuant to Protective Order

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4  APPLE INC., a California      §
   Corporation,                  §
5                                §
        Plaintiff,                §
6                                §
   Vs.                           §      Case No.
7                                §   11-CV-01846-LHK
                                 §
8  SAMSUNG ELECTRONICS CO.,      §
   LTD., a Korean business       §
9  entity; SAMSUNG ELECTRONICS   §
   AMERICA, INC., a New York     §
10 corporation; SAMSUNG          §
   TELECOMMUNICATIONS AMERICA,   §
11 LLC, a Delaware limited       §
   liability company,            §
12                               §
        Defendants.              §
13
14           HIGHLY CONFIDENTIAL
         UNDER THE PROTECTIVE ORDER
15
16
17       DEPOSITION OF JUSTIN DENISON
                Dallas, Texas
18       Wednesday, September 21st, 2011
19
20
21
22
   Reported by:
23
   Daniel J. Skur, Notary Public and CSR
24
   JOB NO. 41964
25

Highly Confidential Pursuant to Protective Order

Page 2

September 21st, 2011

9:36 a.m. - 7:32 p.m.

Deposition of JUSTIN DENISON, held at the offices of Regus, 4514 Cole Avenue, Suite 600, Dallas, Texas, before Daniel J. Skur, Notary Public and Certified Shorthand Reporter in and for the State of Texas.

Highly Confidential Pursuant to Protective Order

Page 3

```
 1    A P P E A R A N C E S:
 2    FOR THE PLAINTIFF APPLE INC.:
      MORRISON & FOERSTER
 3    BY:   RICHARD S.J. HUNG, ESQ.
            DIANA B. KRUZE, ESQ.
 4    425 Market Street
      San Francisco, California 94105
 5
 6
 7
 8    FOR THE DEFENDANTS SAMSUNG:
      QUINN EMANUEL URQUHART & SULLIVAN
 9    BY:   VICTORIA F. MAROULIS, ESQ.
            MARK TUNG, ESQ.
10    555 Twin Dolphin Drive
      Redwood Shores, California 94065
11
12
13    ALSO PRESENT:
                  Ms. Cindi Moreland, Samsung
14                Ms. Ann Park, Interpreter
                  Mr. John Hines, Videographer
15
16
17
18
19
20
21
22
23
24
25
```



[redacted]

Highly Confidential Pursuant to Protective Order



Page 188



[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]



[redacted]

Highly Confidential Pursuant to Protective Order

Page 195







Highly Confidential Pursuant to Protective Order

[redacted]

[redacted]

[redacted]



Highly Confidential Pursuant to Protective Order

Page 341

```
1   C E R T I F I C A T E
2   STATE OF TEXAS       )
                         )
3   COUNTY OF DALLAS     )
4
5           I, Daniel J. Skur, a Notary Public
6   within and for the State of Texas, do
7   hereby certify:
8           That JUSTIN DENISON, the witness
9   whose deposition is hereinbefore set forth,
10  was duly sworn by me and that such
11  deposition is a true record of the
12  testimony given by such witness.
13          I further certify that I am not
14  related to any of the parties to this
15  action by blood or marriage; and that I am
16  in no way interested in the outcome of this
17  matter.
18          IN WITNESS WHEREOF, I have hereunto
19  set my hand this 21st day of September,
20  2011.
21
22          _____
            Daniel J. Skur
23          Notary Public, State of Texas.
            My Commission Expires 7/10/2014
24
25
```

```
                                                              Page 342
 1         ERRATA SHEET FOR THE TRANSCRIPT OF:
 2    Case Name: APPLE INC.,
                    vs.
 3                  SAMSUNG ELECTRONICS CO., LTD.
                    et al.
 4    Dep. Date: September 21st, 2011
      Deponent:  JUSTIN DENISON
 5

      Reason codes:
 6    1. To clarify the record.
      2. To conform to the facts.
 7    3. To correct transcription errors.
 8                    CORRECTIONS:
 9    Pg. Ln.  Now Reads         Should Read       Reason
10    ___ ___  _____   _____   _____
11    ___ ___  _____   _____   _____
12    ___ ___  _____   _____   _____
13    ___ ___  _____   _____   _____
14    ___ ___  _____   _____   _____
15    ___ ___  _____   _____   _____
16    ___ ___  _____   _____   _____
17    ___ ___  _____   _____   _____
18    ___ ___  _____   _____   _____
19    ___ ___  _____   _____   _____
20    ___ ___  _____   _____   _____
21    ___ ___  _____   _____   _____
22    ___ ___  _____   _____   _____
23    ___ ___  _____   _____   _____
24    ___ ___  _____   _____   _____
25    ___ ___  _____   _____   _____
```

Highly Confidential Pursuant to Protective Order

```
 1  ___ ___ _____ _____ _____

 2  ___ ___ _____ _____ _____

 3  ___ ___ _____ _____ _____

 4  ___ ___ _____ _____ _____

 5  ___ ___ _____ _____ _____

 6  ___ ___ _____ _____ _____

 7  ___ ___ _____ _____ _____

 8  ___ ___ _____ _____ _____

 9  ___ ___ _____ _____ _____

10  ___ ___ _____ _____ _____

11  ___ ___ _____ _____ _____

12  ___ ___ _____ _____ _____

13  ___ ___ _____ _____ _____

14

15

16

17              _____
                JUSTIN DENISON
18

19

20  SUBSCRIBED AND SWORN BEFORE ME
    THIS _____ DAY OF _____, 2011.
21

22

    _____
23  (Notary Public)  MY COMMISSION EXPIRES:_____
24

25
```