# EXHIBIT C

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION
 3
 4   APPLE INC., a California         Case No.
     corporation,
 5                                    11-cv-01846-LHK
              Plaintiff,
 6
 7   v.
 8   SAMSUNG ELECTRONICS CO.,
     LTD., a Korean business
 9   entity; SAMSUNG ELECTRONICS
     AMERICA, INC., a New York
10   corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA,
11   LLC, a Delaware limited
     liability company,
12
              Defendants.
13
               C O N F I D E N T I A L
14
         A T T O R N E Y S'   E Y E S   O N L Y
15

16
                  VIDEOTAPED DEPOSITION
17
                   TRACY-GENE G. DURKIN
18
                    Washington, D.C.
19
                 Friday, October 7, 2011
20
                       9:30 a.m.
21

22
23   TSG # 42528
24   Reporter:  Linda S. Kinkade, RDR, CRR, RMR, CSR
25   Videographer:  Mia Marbury
```

Confidential - Attorneys' Eyes Only

Page 2

```
 1
 2
 3
 4
 5        The following is the videotaped deposition
 6   of TRACY-GENE G. DURKIN held at the offices of:
 7
 8
 9        Steptoe & Johnson
10        1330 Connecticut Avenue, N.W.
11        Washington, D.C.
12
13
14
15        Taken pursuant to applicable Rules of
16   Civil Procedure, before Linda S. Kinkade,
17   Registered Diplomate Reporter, Certified Realtime
18   Reporter, Registered Professional Reporter,
19   Registered Merit Reporter, Certified Shorthand
20   Reporter (CA), and Notary Public, in and for the
21   District of Columbia.
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 3

1  APPEARANCES:

2

3       On Behalf of Plaintiff APPLE INC., a
4  California corporation:
5            KRISTIN YOHANNAN, ESQUIRE
6            Morrison & Foerster
7            2000 Pennsylvania Avenue, NW
8            Washington, DC 20006

9

10

11

12

13       On Behalf of Defendant SAMSUNG ELECTRONICS
14  CO.:
15            MICHAEL T. ZELLER, ESQUIRE
16            ANNA T. NEILL, ESQUIRE
17            Quinn Emanuel Urquhart & Sullivan
18            865 South Figueroa Street
19            10th Floor
20            Los Angeles, California 90017
21
22
23
24
25

Confidential - Attorneys' Eyes Only

```
                                                              Page 4
 1    APPEARANCES (continued)
 2
 3         On Behalf of Deponent TRACY-GENE G. DURKIN:
 4              MARK FOX EVENS, ESQUIRE
 5              DAVID K.S. CORNWELL, ESQUIRE
 6              Sterne Kessler Goldstein & Fox
 7              1100 New York Avenue, NW
 8              Washington, DC 20005
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 367

1    you've had a chance to look at Exhibit 430.
2         A.   I've looked at it.
3         Q.   Do you recognize this design patent?
4         A.   It looks familiar.
5         Q.   Did you do any work in connection with
6    the '889 Design Patent?
7         A.   Not that I recall.
8         Q.   Do you recall the context in which you
9    first saw this document -- or this patent, I
10   should say?
11        A.   Not for certain, no.
12        Q.   Do you have a general understanding?
13        A.   Of what?
14        Q.   Of the context in which you became
15   familiar or first saw this patent.
16             MS. YOHANNAN:  Objection, calls for
17   speculation.
18             THE WITNESS:  No, I don't.
19   BY MR. ZELLER:
20        Q.   Directing your attention to Fig. 1,
21   you'll see that within the outer border there is
22   a rectangular set of lines.  Do you see that?
23        A.   I do.
24        Q.   Is that part of the claimed design?
25             MS. YOHANNAN:  Objection, calls for a

1  speculation.
2          THE WITNESS:  I don't.
3  BY MR. ZELLER:
4      Q.  You'll see that the firm listed on the
5  first page here of the '889 Design Patent is
6  Beyer Weaver & Thomas.  Do you see that?
7      A.  I do.
8      Q.  Have you ever had any communications
9  with that firm?
10     A.  I have.
11     Q.  Are they a firm you've had
12 communications with on behalf of Apple?
13         MS. YOHANNAN:  You may answer, yes,
14 no, I don't know or I don't recall.
15         THE WITNESS:  Yes.
16 BY MR. ZELLER:
17     Q.  Is it generally your understanding
18 that this firm has also done patent prosecution
19 work for Apple?
20         MS. YOHANNAN:  Same instruction.
21         THE WITNESS:  Yes.
22 BY MR. ZELLER:
23     Q.  Is there somebody in particular who
24 you've dealt with at that firm in connection
25 with Apple work?

Confidential - Attorneys' Eyes Only

Page 370

1  A. No.

2  Q. Do you have any knowledge or
3  information as to Quin Hoellwarth's involvement
4  with the application that became the '889 Design
5  Patent?

6       MS. YOHANNAN: Objection, calls for
7  speculation.

8       THE WITNESS: I don't.

9  BY MR. ZELLER:

10  Q. It's fair to say you don't have any
11  knowledge or information about what he did or
12  didn't do in connection with the prosecution?

13      MS. YOHANNAN: Objection, calls for
14  speculation.

15      THE WITNESS: I do not.

16  BY MR. ZELLER:

17  Q. Do you have any knowledge or
18  information as to what, if anything, in the
19  design that was claimed here by the '889 Design
20  Patent was new or novel as compared to the prior
21  art?

22      MS. YOHANNAN: Objection, calls for a
23  legal conclusion.

24      THE WITNESS: I don't.

25  BY MR. ZELLER:

Confidential - Attorneys' Eyes Only

Page 378

1  the end of videotape number 6 taken in the
2  deposition of Tracy Durkin.  Going off the
3  record, the time on the video screen is 18:32
4  and 46 seconds.
5       (Proceedings concluded.)
6
7  //
8           (Signature having not been waived, the
9  deposition of TRACY-GENE G. DURKIN concluded at
10 6:32 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Attorneys' Eyes Only

Page 379

1      ACKNOWLEDGMENT OF DEPONENT

2

3          I, TRACY-GENE G. DURKIN, do hereby
4   acknowledge that I have read and examined the
5   foregoing testimony, and the same is a true,
6   correct and complete transcription of the
7   testimony given by me, with the exception of the
8   noted corrections, if any, appearing on the
9   attached errata sheet signed by me, to the best
10  of my knowledge and belief.

11

12

13

14   _____   _____
15    (Date)           (Signature)

16

17

18       Subscribed and sworn to before me this
19       _____ day of _____, 20__.
20       My commission expires _____.
21       Notary Public _____

22

23

24

25

Confidential - Attorneys' Eyes Only

Page 380

1   CERTIFICATE OF SHORTHAND REPORTER

2              NOTARY PUBLIC

3

4        I, Linda S. Kinkade, RDR, CRR, RMR, CSR,

5   the notarial officer before whom the foregoing

6   proceedings were taken, do hereby certify that

7   the foregoing transcript is a true and correct

8   record of the proceedings; that said proceedings

9   were taken by me stenographically, to the best of

10  my ability, and thereafter reduced to

11  typewriting; and that I am neither counsel for or

12  related to, nor employed by any of the parties to

13  this case and have no interest, financial or

14  otherwise, in its outcome.

15       IN WITNESS WHEREOF, I have hereunto set my

16  hand and affixed my notarial seal this 8th day of

17  October 2011.

18       My commission expires:  July 14, 2012

19  _____

20  NOTARY PUBLIC IN AND FOR

21  THE DISTRICT OF COLUMBIA

22

23

24

25