# EXHIBIT D

1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2

3

4    APPLE, INC., a California          )
     corporation,                       )
5                                       )
                Plaintiff,              )
6                                       )
                vs.                     ) Case No.
7                                       ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD.,     )
8    a Korean business entity;          )
     SAMSUNG ELECTRONICS AMERICA,       )
9    INC., a New York corporation;      )
     SAMSUNG TELECOMMUNICATIONS         )
10   AMERICA, LLC, a Delaware           )
     limited liability company,         )
11                                      )
                Defendants.            )
12

13

14

15        VIDEOTAPED DEPOSITION OF ROGER F. FIDLER

16           TAKEN ON BEHALF OF THE PLAINTIFF

17                SEPTEMBER 23, 2011

18

19

20
          (Starting time of the deposition:  9:32 a.m.)
21

22

23

24

25    Job Number: 41966

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2

 3   APPLE, INC., a California      )
     corporation,                   )
 4                                  )
             Plaintiff,             )
 5                                  )
             vs.                    ) Case No.
 6                                  ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD., )
 7   a Korean business entity;      )
     SAMSUNG ELECTRONICS AMERICA,   )
 8   INC., a New York corporation;  )
     SAMSUNG TELECOMMUNICATIONS      )
 9   AMERICA, LLC, a Delaware       )
     limited liability company,     )
10                                  )
             Defendants.            )
11

12

13              VIDEOTAPED DEPOSITION OF ROGER F. FIDLER,
     produced, sworn and examined on September 23, 2011,
14   between the hours of nine o'clock in the forenoon and
     eight o'clock in the evening of that day, at the
15   offices of Midwest Litigation Services, 401 Locust
     Street, Suite 204, Columbia, Missouri 65201, before
16   William L. DeVries, a Certified Court Reporter (MO),
     Certified Shorthand Reporter (IL), Registered
17   Diplomate Reporter, Certified Realtime Reporter, and a
     Notary Public within and for the State of Missouri, in
18   a certain cause now pending in the United States
     District Court, Northern District of California,
19   between APPLE, INC., a California corporation,
     Plaintiff, vs. SAMSUNG ELECTRONICS CO., LTD., a Korean
20   business entity; SAMSUNG ELECTRONICS AMERICA, INC., a
     New York corporation; SAMSUNG TELECOMMUNICATIONS
21   AMERICA, LLC, a Delaware limited liability company,
     Defendants; on behalf of the Plaintiff.
22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3           For the Plaintiff:

 4                Ms. Jennifer Lee Taylor
                  Morrison & Foerster
 5                425 Market Street
                  San Francisco, California 94105
 6

 7

 8
             For the Defendants:
 9
                  Mr. Michael T. Zeller
10                Quinn Emanuel Urquhart & Sullivan
                  865 South Figueroa Street,
11                Los Angeles, California 90017

12

13
                  Mr. Michael D. Sadowitz
14                Quinn Emanuel Urquhart & Sullivan
                  51 Madison Avenue, 22nd Floor
15                New York, New York 10010

16

17

18           Also present:

19                Mr. John Niehaus, Videographer

20

21

22

23
     Court Reporter:
24   William L. DeVries, RDR/CRR
     Missouri CCR #566
25   Illinois CSR #084-003893
```

1          A.    This up here?

2          Q.    Yes.

3          A.    It shows the -- the day and time, it shows

4     the number of pages that are loaded on the device, and

5     it shows the page number -- pages that I've saved.

6          Q.    Okay.  Could you turn the device or the

7     mock-up to the side?

8          A.    Like this?

9          Q.    No.  I want to see the side.

10         A.    The side?

11         Q.    Yeah.

12         A.    Uh-huh.

13         Q.    So it looks to me like there's three layers

14    to the mock-up?

15         A.    Uh-huh.

16         Q.    What -- what do those three layers consist

17    of?

18         A.    They're just plastic sheets that I was

19    using.  I was trying to keep a weight of about one

20    pound.  I felt that that's probably the appropriate

21    weight for a device that a person would carry.

22         Q.    And then what's across the front of the

23    mock-up?

24         A.    It's Plexiglas.

25         Q.    Does the Plexiglas extend past where we

1    can't see it?

2         A.   No.  There is an edge, but it is flat with

3    a surface.

4         Q.   No, that wasn't --

5         A.   Uh-huh.

6         Q.   That wasn't what I meant to ask.

7         A.   Uh-huh.

8         Q.   Are the dimensions of the Plexiglas the

9    same as the dimensions of the overall mock-up?

10        A.   No.

11        Q.   They are smaller than the overall mock-up?

12        A.   Yes.

13        Q.   How much smaller?

14        A.   Probably about half to three-quarter of an

15   inch.

16        Q.   Do they extend underneath the white frame

17   that's around the edge?

18        A.   No.

19             MR. ZELLER:  The question is --

20             MS. TAYLOR:  No?

21             MR. ZELLER:  Hold on.  You need to allow me

22   to --

23             THE WITNESS:  Okay.

24             MR. ZELLER:  You want to slow down just a

25   little bit too I think --

1          THE WITNESS:  Okay.

2          MR. ZELLER:  -- for the court reporter,

3    but -- objection.  I think the question is vague when

4    you say -- I think you said "they" or "it."  Yeah, did

5    they extend underneath.  I'm not clear what you mean

6    by "they."

7          Q.   (By Ms. Taylor)  So you said that there's

8    Plexiglas on the surface.

9          A.   Yes.

10         Q.   Okay.  And can you illustrate for me where

11   the Plexiglas ends?

12         A.    It ends about three-quarters of an inch

13   from the edge.  The intent was to be able to remove

14   the Plexiglas so they could put different pages for

15   the display.

16         Q.   I don't understand that.  You're --

17         A.   Since this was a mock-up --

18         Q.   Yes.

19         A.    -- the intent was to be able to show other

20   pages in this display.  So I had a way to easily pull

21   the screen off to be able to -- to show other pages.

22         Q.   So have you ever taken the screen off and

23   put other pages on it?

24         A.   Yes, I have.  Uh-huh.

25         Q.   And how do you do that?

1          A.    Just by popping off the -- the Plexiglas

2     and then putting another page in.

3          Q.    Okay.  It seems to be a little -- the frame

4     around the edge seems to be a little wider at the

5     bottom than it is at the top?

6          A.    Anticipated probably a logo at that point

7     being at the bottom.

8          Q.    Did you try to do it without having -- did

9     you try to make a mock-up without having the white

10    frame around the edge?

11         A.    At that time -- at that time, no.

12         Q.    Do you think you -- you -- new question,

13    different question.

14               The corners on the edge are square.  Did

15    you give any thought to why you were choosing square

16    corners at the time you did it?

17               MR. ZELLER:  Mischaracterizes the mock-up.

18         A.    If you notice in the original drawing, it

19    was round corners.  It was just more practical for me

20    to make it with square corners at this point.  But as

21    you'll see in later mock-ups, round corners what I

22    anticipated.

23         Q.    (By Ms. Taylor)  You said in the drawing

24    there were round corners?

25         A.    If you look at it closer on the larger

1   one, the back side?

2          A.   Uh-huh.

3          Q.   What's the -- there -- there's like a panel

4   with screws --

5          A.   Uh-huh.

6          Q.   -- and like notches.

7          A.   Okay.

8          Q.   Can you tell me what that is?

9          A.   It is a plate.  The -- this was intended so

10  that I could easily obviously change the weight, but

11  also I could change the pages that were displayed

12  inside of the device.  This is a -- is a

13  nonfunctioning device.  We had to have different pages

14  for the video that we were creating.

15              (Phone ringing.)

16              MS. TAYLOR:  I forgot to turn it off.  It's

17  now off.  Sorry.  I thought I had.

18          Q.   (By Ms. Taylor)  So you would open up the

19  back to change the pages; is that what you're saying?

20          A.   Yes, exactly.  Uh-huh.

21          Q.   Okay.  How big is -- what -- what's the

22  front of it covered with?

23          A.   Is there -- what was the question?

24          Q.   What's the front of it covered with, the

25  front, in front of --

1          A.    Oh, it's -- again, it's Plexiglas.

2          Q.    Plexiglas?

3          A.    Uh-huh.

4          Q.    And is the size of the Plexiglas the same

5    size as the front?

6          A.    No.

7          Q.    What's the size of the Plexiglas in

8    relation to the size of the front?

9          A.    Slightly smaller.

10         Q.    Is -- I understood that the -- never mind.

11               Is it the same size as the display -- or

12   why don't you illustrate for me, point to where the

13   Plexiglas goes.

14         A.    The Plexiglas is here, and it has a slight

15   frame for holding.

16         Q.    Does the Plexiglas extend under the frame

17   at all?

18         A.    It does not.

19         Q.    It goes only to the edge of the frame?

20         A.    Yes.

21         Q.    And -- and that was the same on the white

22   1981 mock-up that you did?

23         A.    Yes.

24               MR. ZELLER:  That's -- the question is

25   vague when you say the same.

1        Q.    Did you have further interactions with

2    Toshiba?

3        A.    Well, the lab was closed in end of July

4    1995, and did not have any further contact with

5    Toshiba until they came to Kent State University where

6    I was a professor in '97.

7        Q.    And could you remind me when they came to

8    visit you in Boulder, Colorado?

9        A.    It would have been probably late '94 or

10   early '95.  I don't recall the time.

11       Q.    Was there just one visit?

12       A.    It was only one visit that I recall.

13       Q.    Did you go to Japan to see them?

14       A.    Not at that time.

15       Q.    During that -- the time frame when you were

16   interacting with them in connection with the

17   development of their tablet, did you -- how many

18   discussions did you have with them?

19       A.    Just the one discussion in Boulder,

20   Colorado.

21       Q.    Okay.  Is that Toshiba tablet operated with

22   a stylus?

23       A.    It was operated with a stylus.

24       Q.    Where does one store the stylus?

25       A.    Let's see.  I don't recall where they put

1    it.  Oh, back here.

2            Q.    The gray thing in the back?

3            A.    Uh-huh.

4            Q.    Okay.  Do you know what those other --

5    there are other things at the top.  I don't know if

6    those are buttons or -- there's something that's not

7    flat towards the top, that --

8            A.    Right here.

9            Q.    -- and above that.  There's two of those

10   indentations.  Do you know --

11           A.    To be honest, I have no idea what they do.

12           Q.    Okay.  There are four things around the

13   corners.  Do you know what those are?

14           A.    Referring to this?

15           Q.    Yes.

16           A.    These are just to raise it off the surface

17   of the table.

18           Q.    Do you know why it was raised off the

19   surface of the table?

20           A.    I think just to provide it -- a sturdier

21   device on the table.

22           Q.    Okay.  There's also -- near the bottom

23   there is a -- it looks to -- where it's curved around

24   the edge.

25           A.    Uh-huh.

1          Q.   Yeah, actually tell me about that thing

2     you're pointing to right now.

3          A.   This is the battery actually.

4          Q.   The battery?

5          A.   Uh-huh.

6          Q.   And then you --

7          A.   And this would be pushing it over to

8     release the battery.

9          Q.   Oh, so the -- so the -- the thing above the

10    battery compartment, immediately above the battery --

11         A.   This?

12         Q.   No, the little thing that you were

13    touching.

14         A.   Oh, this?

15         Q.   No, I'm going to point to it.

16         A.   This one?

17         Q.   Yeah.  So that's to unlock the battery

18    compartment?

19         A.   Yes.  That's just a catch to unlock the

20    battery.

21         Q.   And then the battery compartment is in the

22    bottom?

23         A.   That would drop out, yes.

24         Q.   Can you show me how that works?

25         A.   Well, I haven't done that for a long time,

1    but --

2           Q.    Don't break it.

3           A.    There it is.

4           Q.    And is that a rechargeable battery?

5           A.    Yes.  Yes.  Uh-huh.

6           Q.    So there's a charger that you --

7           A.    There was a charger with it.

8           Q.    All right.  Now, I would have thought the

9    thing in the -- turn -- let's go to the back again.

10          A.    Uh-huh.

11          Q.    I would have thought that thing in the

12   middle of the back was a battery compartment.  That

13   looks like one to me.  Do you know -- do you know what

14   that is?

15          A.    I can't be sure what that was intended for.

16   I think it was to be able to change some of the chips

17   inside of this.

18          Q.    Okay.  And then on the right side there's

19   another compartment right under your hand that also

20   has -- is sealed with a screw.

21          A.    Yes.

22          Q.    Do you know what that is?

23          A.    I have -- I have no idea what -- what that

24   was intended for.

25          Q.    Okay.  And then on the sides, I -- can I

Page 58

1    see that side?

2         A.   Uh-huh.

3         Q.   Do you know what that button is below that

4    compartment that you just said you don't know what

5    it's for?

6         A.   No.

7         Q.   You don't know what that button is?

8         A.   Uh-uh.

9         Q.   Do you know what that hole is near the

10   bottom of the edge?

11        A.   And -- no, I have no idea.

12        Q.   No.  Okay.  On the other side there's two

13   kind of elongated openings.

14        A.   Uh-huh.

15        Q.   Do you -- do you see those near the top?

16        A.   That was for PCMCIA cards.

17        Q.   Are those the same kind of cards that you

18   were talking about?

19        A.   Same kind of cards that I had on this

20   device.

21        Q.   Okay.  And then at the top there's some

22   rubbery things?

23        A.   These are just for being able to plug in at

24   that point to be able to connect it to a computer.

25        Q.   Okay.  And then to the right of that is

1    another little opening.  Do you know what that is?

2           A.    That was for headphones.

3           Q.    Okay.  All right.  Can you turn it around

4    to the front and let me see if -- do you know why --

5    oh, so -- actually, let me see.  Do you mind if I take

6    out the battery?

7           A.    Sure.

8           Q.    I'll try carefully.  Can you hold it for a

9    second?

10          A.    Uh-huh.

11          Q.    So when you take out the battery, there's a

12   gap in the back, right?

13          A.    Yes.

14          Q.    But it goes -- but in the front it extends

15   down?

16          A.    Yes.

17          Q.    Do you know why that is?

18          A.    I have no idea.

19          Q.    Okay.  And do you know what the PDV is on

20   the front?

21          A.    That was their -- what they called it was a

22   Portable Document Viewer.

23          Q.    And you said this one was black and white;

24   is that correct?

25          A.    Black and white display.

Page 60

1        Q.   And it -- and it used a stylus?

2        A.   Had a Sun operating system.

3        Q.   Oh, Sun operating system.  Do you know what

4   those little dots are on the side?

5        A.   Don't know.

6        Q.   They're kind of raised.

7        A.   They have dots on the back too.  I have no

8   idea what those are intended for.

9        Q.   Just kind of raised dots here and there.

10       A.   Maybe they were doing it in braille.

11       Q.   Doesn't look like braille, though.

12       A.   No.

13       Q.   Looks like -- looks like a pattern.  And I

14   see it's not quite a rectangle.  At the top it kind of

15   flares out a little bit with the rounding on the

16   edges.

17       A.   Yes, they did some rounding.

18       Q.   Do you know why they did that?

19       A.   I don't.

20       Q.   Okay.  Let me hand back to you your

21   battery.  Don't want to lose anything.  And you said I

22   believe they brought this -- they -- or they gave this

23   to you when you were at Kent State?

24       A.   Yes.  They produced only a few of these in

25   their laboratory, and they wanted to give it to me

1    that photograph.

2         A.    Uh-huh.  Yes.

3         Q.    So we can skip that one.  Exhibit N, can

4    you tell me what Exhibit N is?

5         A.    It's a photograph of the front of the

6    Toshiba tablet.

7         Q.    And who took the photograph?

8         A.    Mike.

9         Q.    And that's Mike Sadowitz?

10        A.    Mike Sadowitz, right.

11        Q.    There is something in the upper right-hand

12   corner, something that's blue and gray.  Can you -- do

13   you see those?

14        A.    The blue button was intended for turning

15   pages forward or backwards and the gray button was for

16   turning on the device or turning it off.

17        Q.    And at the bottom there's a -- the -- the

18   gray frame at the bottom, it has a line that goes

19   horizontally from side to side.  Do you see that?

20        A.    The line that's there?

21        Q.    Yes.

22        A.    Yes.

23        Q.    Do you know why that's there?

24        A.    Probably decorative.  Behind that panel is

25   the removable battery.

1          Q.    There are some -- there are three items on

2    the left side, lower left side just where the display

3    ends.

4          A.    There are like three indentations?

5          Q.    Yes.  Do you know what those are?

6          A.    Those were simply buttons to indicate, you

7    know, that it was on and whether there was some

8    activity taking place on the tablet.

9          Q.    And this is a tablet you -- that actually

10   was a working prototype; is that right?

11         A.    It was a working prototype.

12         Q.    So you've seen it turned on?

13         A.    I'm sorry?

14         Q.    You've seen it turned on?

15         A.    Yes, I did.

16         Q.    And are -- do those buttons display

17   different colors?

18         A.    I don't recall.

19         Q.    And then along the edge of the photograph I

20   can faintly see the dots.  Do you see those here?

21               MR. ZELLER:  I'm going to object --

22         A.    The dots?

23               MR. ZELLER:  I'm going to object to the

24   characterization about faintly.

25         Q.    (By Ms. Taylor)  Can you see the dots?

```
 1          A.    I see the dots.

 2          Q.    Okay.  So are those -- are those the -- are

 3     those the dot -- I think earlier you were describing

 4     it to me.  Those are dots that you described earlier.

 5     Are there similar dots on the back of this device?

 6     And you can turn over the real one --

 7               MR. ZELLER:  The question is now compound.

 8          Q.    (By Ms. Taylor)  -- just to see it.

 9               MR. ZELLER:  It contains a characterization

10     of earlier testimony.

11          Q.    (By Ms. Taylor)  Do those dots that appear

12     in Exhibit N --

13          A.    Uh-huh.

14          Q.    -- also -- do similar dots appear on the

15     back of the actual device?

16          A.    They appear on the back of the device.

17          Q.    Where -- where are they on the device?

18          A.    Towards the bottom -- or I'm sorry, towards

19     the top.

20          Q.    Are there -- how many -- how many groupings

21     of dots are there?

22          A.    There are three rows of dots.

23          Q.    And where are the three rows of dots?

24          A.    Left side, right side, and top.

25          Q.    And on the front of the prototype, are
```

1    there three rows of dots?

2         A.   Two rows of dots on the left right side,

3    right side.

4         Q.   Okay.  You said left right side, right

5    side.

6         A.   Oh, I'm sorry.  Left side, right side.

7         Q.   Okay.  And what -- in this photograph,

8    what's the PDV at the bottom of it?

9         A.   Stands for Portable Document Viewer.  The

10   name that --

11        Q.   Is that --

12        A.   -- that Toshiba came -- came up for the

13   device.

14        Q.   Is that what appears below PDV?

15        A.   Yes.

16        Q.   Looks like there's a little fluorescent

17   light glare in the photograph.  Can you tell me what

18   Exhibit O is?

19        A.   There would be the --

20             MR. ZELLER:  Object to the predicate.

21             THE WITNESS:  Huh?

22             MR. ZELLER:  I'm objecting to the

23   predicate.  Appears compound now.

24        Q.   (By Ms. Taylor)  I think the question is

25   can you tell me what Exhibit O is?

1        A.    Exhibit --

2              MR. ZELLER:  That you can answer.  Go

3    ahead.

4        A.    Exhibit O is the top view of the Toshiba

5    tablet.

6        Q.    (By Ms. Taylor)  So is the -- there's a

7    darker black spot in the middle of it in the

8    photograph.  Do you see that?

9        A.    Uh-huh.  Yes.

10       Q.    Can you tell me what that is?

11       A.    It's just a cover for a connection to a

12   computer.

13       Q.    And to the right of that is what?

14       A.    It's the same, but it's just where it's --

15       Q.    Oh, in the photograph.  To the right of the

16   black in --

17       A.    Oh.

18       Q.    -- the photograph is what?

19       A.    This was I believe for a headphones.  I

20   want to be clear.  This was -- was not a production

21   model.  This was merely a -- a functional prototype

22   produced by Toshiba.  They only produced a few of

23   these for demonstrations, and they did not intend to

24   produce these as a commercial product.

25       Q.    Do you know what happened to any of the

1    other ones they produced?

2         A.   I'm sure they -- they kept them in their

3    lab.

4         Q.   But you -- you don't know of anyone else

5    who has one of --

6         A.   I don't know of anyone else who has one.

7         Q.   And do you know who took this photograph

8    that's Exhibit O?

9         A.   Mike Sadowitz took the photos at the same

10   time.

11        Q.   Can you tell me what Exhibit P is?

12        A.   It's the back view of the Toshiba mock-up.

13        Q.   So can you -- I'm going to ask you what

14   each of the items is in the photograph.

15        A.   Uh-huh.  Uh-huh.

16        Q.   On the very bottom there's a horizontal

17   line --

18        A.   Uh-huh.

19        Q.   -- that goes almost from side to side.  Do

20   you see that?

21        A.   Yes.

22        Q.   And there appears to be a catch or

23   something --

24        A.   Uh-huh.

25        Q.   -- in the middle of it.  Can you tell me

1    what that is?

2             A.    That's for removing the battery.

3             Q.    And is that the actual battery itself?

4             A.    Yes.

5             Q.    And so that part can come out?

6             A.    Yes.

7             Q.    Slightly above that and to the left just

8    off center is a rectangular button that looks like it

9    could slide from side to side.  Do you see that

10   button?

11            A.    I'm not sure.  Are you mentioning this?

12   That is the catch for unlocking the battery.

13            Q.    Okay.  And then just above that and to the

14   right is a little black hole in the photograph.  Do

15   you see in the photograph?

16            A.    Over here?

17            Q.    If you look at the photograph, there's a

18   black hole.

19            A.    To the -- on the right side or left side?

20            Q.    This hole right in the center.

21            A.    Center?

22            Q.    Can you tell me what that black hole is?

23            A.    Just has a -- a screw in it probably for

24   holding it together.

25            Q.    So I see a -- not quite a straight row,

1    three black holes at the bottom.

2         A.   Uh-huh.

3         Q.   I see a black hole right in the center, and

4    then I see what looks like it could be a straight row

5    of three black holes at the top in that photograph.

6         A.   They're -- they're indentations for -- for

7    screws.

8         Q.   So each of those is a -- holds a screw?

9         A.   Right.

10        Q.   Okay.  So there are seven screws?

11        A.   Are the same as on the top to hold it

12   together.

13        Q.   Okay.  So above that, what's the lighter

14   gray thing in the photograph that's Exhibit P?

15        A.   That's the holder for the stylus and the

16   stylus.

17        Q.   So it -- the stylus slides out?

18        A.   Uh-huh.

19        Q.   Is that similar to how the stylus was to

20   work on the -- on your 1994 proto -- the stylus holder

21   was to work on your 1994 prototype?

22        A.   No, 1940 -- or the 19 -- 1994 model we had

23   the stylus on the side.

24        Q.   So it would snap in from the side?

25        A.   Yes.

1        Q.   And this -- this one, it --

2        A.   Uh-huh.

3        Q.   -- gets inserted into it from the side?

4        A.   Yes.

5        Q.   Okay.  Just below the left end of the

6   stylus in the photograph that's Exhibit P, there's a

7   elongated -- it looks like an elongated slot with

8   slightly rounded corners on it.

9        A.   Those are just rubber risers on all four

10  corners so that when it lies down on a table, that

11  none of the other objects that are on the back would

12  cause the tablet to wobble.

13       Q.   So the -- so there's four of those, one in

14  each corner?

15       A.   Yes.

16       Q.   All right.  And do you know if it was

17  necessary to raise it off the table a little bit for

18  any reason other than the wobbling that you mentioned?

19       A.   Necessary to stabilize it.

20       Q.   Do you know if the heat was an issue with

21  this product?

22       A.   I do not.

23       Q.   So just above the stylus is a compartment

24  that looks like it has a screw on the left side.

25       A.   Uh-huh.

1          Q.    Do you see that?

2          A.    Uh-huh.

3          Q.    Is that a screw on the left side?

4          A.    Yes.

5          Q.    Do you know what that compartment is?

6          A.    I do not.

7          Q.    Just to the left of that compartment it

8     looks like there are four small black circles in the

9     photograph.  Do you see those?

10         A.    You're referring to this, I assume, yes.

11    Uh-huh.

12         Q.    Those.

13         A.    Oh, this.

14         Q.    Four small black circles.

15         A.    Oh, four black holes.

16         Q.    Holes.  Do you see that?

17         A.    I can only speculate that it's probably for

18    a speaker.

19         Q.    Okay.  And then -- I'm just going up slowly

20    from the bottom.  On the right side, the next thing we

21    come to is a -- what looks like a vertical --

22         A.    Uh-huh.

23         Q.    -- compartment that looks like it also has

24    a screw with a notch.  Do you see that?

25         A.    Yes.

1          Q.   Is that a screw?

2          A.   Yes.

3          Q.   Do you know what's in that compartment?

4          A.   I do not.

5          Q.   Does that compartment extend over to the

6     side of the Toshiba device?

7          A.   It does.

8          Q.   Have you ever opened that compartment?

9          A.   No.

10         Q.   Have you ever opened the other compartment

11    that's in the middle?

12         A.   No.

13         Q.   Kind of down off the -- kind of down

14    towards the bottom.

15         A.   Again, this was an -- an engineering

16    prototype.  It was probably for the engineers to gain

17    access to whatever chips they have that they're using

18    to operate this.

19         Q.   Uh-huh.  Now, kind of right in the

20    middle --

21         A.   Uh-huh.

22         Q.   -- top half there are two buttons that look

23    a little bit similar to what you had described

24    earlier --

25         A.   Uh-huh.

1          Q.    -- as a -- a catch for the battery.  Do you

2     see those two?

3          A.    Uh-huh.  Yes, I do.

4          Q.    Do you know what those are for?

5          A.    I have no idea.

6          Q.    Have you ever used them?

7          A.    I have moved them, but nothing happens.

8          Q.    Okay.  And then I see -- I can see the

9     three rows of dots on the right side and the three

10    rows of dots on the left side in the photograph.

11         A.    Uh-huh.

12         Q.    I can't see anything above the top.  Can

13    you confirm that there are dots across -- not -- not

14    the top edge, the -- the top portion --

15         A.    Three rows of dots?

16         Q.    -- of the back.  Yeah.

17         A.    Yes, those are as far as I can tell

18    decoration.

19         Q.    Okay.  Now, on this photograph on the left

20    side towards the top, it looks like there's something

21    that comes out from the actual side of the product a

22    little bit.  There's a little silver in the

23    photograph.  Do you see that?

24         A.    Yes.  Those are slots for memory cards.

25         Q.    How many slots are there?

1       A.   It has two slots, the same as I had for the

2  1994 prototype, but they have put them on the side

3  rather than on the top.

4       Q.   And so is this -- this slight bit of silver

5  I see on the left side just above the middle one of

6  those?

7       A.   I'm sorry.  What are you pointing at?

8       Q.   This one.  There's a little bit here.

9       A.   Yeah, that's just -- just the edge of one

10  of the memory cards.

11       Q.   And then the other one is above it towards

12  the top of the device?

13       A.   Yes.  I think -- actually I do know what

14  these are for.  I'll take my -- back what I said.

15  They are for popping out the memory cards.

16       Q.   Oh, those -- those two things in the

17  middle --

18       A.   Right, those two in the middle --

19       Q.   -- of the top back?

20       A.   -- were just for releasing the memory

21  cards.

22       Q.   Ah-ha.

23       A.   I had forgotten about that.

24       Q.   Could you hand me a memory card?  I want to

25  see what one looks like.

1          A.   So --

2          Q.   And this is a what kind of memory card?

3          A.   These are called PCMCIA memory cards.  They

4    were very common in the 1990s.

5          Q.   And we've moved beyond that now?

6          A.   Huh?

7          Q.   Have we moved beyond that now?

8          A.   We now have flash memory cards that

9    everybody uses, the thumb drives.

10         Q.   So we don't need these anymore?

11         A.   No.

12         Q.   Is there a reason there's two of these in

13   that as far as you know?  Because you also had two.

14         A.   My argument at the time that I made for the

15   Toshiba representative is that I felt that we would

16   need two.  One would be for personal applications or

17   storage, and the other would be possibly for the

18   operating system or for special functions.

19         Q.   Okay.  I don't think I asked you yet, so

20   I'm going to ask --

21         A.   Uh-huh.

22         Q.   -- who took the photograph that's

23   Exhibit P?

24         A.   Mike Sadowitz.

25              MR. ZELLER:  I wouldn't worry about that

1          Q.   With the "the tablet," but otherwise it's

2    identical to this?

3          A.   It's exactly the same.  As you can see,

4    these are all identical.

5          Q.   Can I see it?

6          A.   The other one is showing more wear and

7    tear, but it's --

8          Q.   That's all right.  It's actually a little

9    bit different.  This one has some dots, the one we

10   talked about this morning.

11         A.   Yeah, that's actually the first time I've

12   noticed that myself.

13         Q.   And this one has some lines across the top.

14         A.   I don't know why that happened.

15         Q.   Do you know the difference -- do you know

16   if there's any difference between --

17         A.   Because they're all made at the same time,

18   which kind of strikes me as -- I -- I saw that, I

19   thought, well, that's different, but I -- I don't know

20   why.

21         Q.   And do you know if the other -- there were

22   four others made, right?

23         A.   Right.  Uh-huh.

24         Q.   Do you know if the other four had this

25   design, this design or potentially something else?

1           MS. TAYLOR:  I'm going to -- that's where

2   I'm going.

3           Q.   (By Ms. Taylor)  So -- so we'll call this a

4   Plexiglas tablet?

5           A.   Uh-huh.

6           Q.   And you brought two of them?

7           A.   Right.

8           Q.   Okay.  And one is vertical orientation and

9   one is horizontal orientation?

10          A.   Yes, that would be correct.

11          Q.   Okay.  And these two Plexiglas tablets were

12  created when?

13          A.   These were created probably 1999, early

14  1999 in anticipation of the research we were going to

15  do at the shopping center in Akron, Ohio.

16          Q.   And who created these two Plexiglas

17  tablets?

18          A.   We had the machine shop at the -- at Kent

19  State University produce them for us.

20          Q.   Okay.  And I think you had said that you

21  had anticipated a flat front; is that correct?

22          A.   What I drew for them was essentially a -- a

23  rectangle with round corners of clear Plexiglas that

24  we could put the pages behind.  And this was the --

25  the product that came back afterwards.  And we --

1    okay, that -- we'll accept it as it is and not -- not

2    have any changes made.

3              So the interpretation of the -- of the

4    machinist who made this when he saw the sketches, I

5    had actually draw -- drawn a dotted line on my sketch

6    of saying where the -- where the page would probably

7    appear, and he interpreted that as cutting it out.

8    And when it was already done, I didn't go back and

9    redo them.

10        Q.   Okay.  So these are the -- actually, why

11   don't you -- when we take a break, I'll take a couple

12   photos of these.

13        A.   Sure.

14        Q.   But I can't print them out and then have

15   you confirm what they are.

16        A.   Okay.

17        Q.   So can you hold them up so we can see --

18        A.   Sure.

19        Q.   -- them on the video --

20        A.   And you want the other one too?

21        Q.   -- camera and then we'll do these?  So if

22   you could hold up --

23        A.   Oh, okay.

24        Q.   -- the two --

25        A.   You want them to hold up this way?

```
 1        A.   I don't know.  No way to know for sure.
 2  Obviously the -- with the videos being widely
 3  circulated and -- and as many conferences as I spoke
 4  at and the fact that one of our members of our team
 5  went to work for Apple after we shut down the lab, I
 6  have to believe that people at Apple knew about the
 7  work I was doing.
 8             In all fairness, that was at the time when
 9  Sculley was the CEO and Steve Jobs didn't return
10  until, what, 1997 I believe it was.
11        Q.   After Knight-Ridder closed, have you had
12  any communications with anyone at Apple?
13        A.   No.  We've tried, but...
14        Q.   When did you try?
15        A.   Well, when I went to Kent State we tried to
16  see if Apple would be interested in helping fund our
17  research and development work, but were unsuccessful.
18  We had -- Adobe funded our research.
19        Q.   Did you have anyone else fund it while you
20  were at Kent State?
21        A.   I'm sorry?
22        Q.   Did anyone else fund your research at Kent
23  State?
24        A.   Los Angeles Times.
25        Q.   Anyone else?
```

Page 212

1    one is 250.

2              THE WITNESS:  Now, both of these are --

3              MR. ZELLER:  Hold on.  She hasn't asked you

4    a question yet.

5              MS. TAYLOR:  I haven't asked a question

6    yet.

7              MR. ZELLER:  Don't jump the gun.

8              THE WITNESS:  Okay.

9         Q.   (By Ms. Taylor)  So my question is can you

10   tell me what 249 and 250 are?

11        A.   Well, these are all showing tablets, tablet

12   PCs and e-readers.  And unfortunately it's cut off on

13   the left side.  It is not showing the older e-readers

14   that I developed independently.

15        Q.   I think if you look at 249 it goes farther

16   to the left.

17        A.   Yes, but --

18        Q.   However, I had taken -- we had taken -- you

19   had handed me your two --

20        A.   Uh-huh.

21        Q.   -- before the picture was taken.

22        A.   So it's not showing those two, okay.

23        Q.   So if you could explain how yours fits --

24   what -- what this is, how it's organized.

25        A.   Okay.  The PDAs and the tablets and

1    e-readers that I've collected over the years I have

2    displayed here.  This is not all of them.  I have more

3    that I have at home.  But the one on the far left is

4    an Apple Newton.

5         Q.   Is that in Exhibit 249?

6         A.   And -- yeah, it only shows up on 249.

7         Q.   Okay.  Let's look at 249.  So the one on

8    the far left is an Apple Newton?

9         A.   Right.  It was an Apple Newton that was

10   produced by Sharp Corporation.  So it's -- they were

11   licensed to produce Apple Newtons.  Next to that --

12   immediately adjacent to it on the -- on the right was

13   the Toshiba tablet that we've already discussed.

14        Q.   Is that the -- you can see a little speck

15   of blue in the upper right-hand corner of it.  Is that

16   this one?

17        A.   No, this -- the tall one here is the

18   Toshiba tablet.

19        Q.   With the little blue in the upper

20   right-hand corner?

21        A.   Yeah, with the little blue up in the corner

22   there, yes.  Uh-huh.

23        Q.   Okay.

24        A.   Next to that is a Panasonic display that I

25   got from Kent Displays.  It used a special technology

1  that was being developed by Kent Displays.  They were

2  similar to E Ink.  Panasonic was experimenting with

3  this.  It was temporarily sold in Japan but not in the

4  United States.

5       Q.   I'm going to ask if you could -- because as

6  you go down this, it will get very confusing.  Can

7  you -- let me see if this pen is good.  Could you mark

8  above or below just the name and an arrow so when

9  we're reading the transcript, we know which ones

10  you're talking about?

11      A.   Okay.

12           MS. TAYLOR:  Why don't we go off the record

13  for a moment while he writes this down.

14           VIDEOGRAPHER:  One moment, please.  We're

15  going off the record at approximately 4:53 p.m.

16           (WHEREIN, a recess was taken.)

17           VIDEOGRAPHER:  We're back on the record at

18  approximately 4:58 p.m.

19      Q.   (By Ms. Taylor)  All right.  So before we

20  took a break, I think you were describing --

21  describing a Panasonic product.

22      A.   Uh-huh.

23      Q.   Is that correct?

24      A.   Correct.  Yes.

25      Q.   Is that the third one from the left?

1         A.    That's the third one from the left with the

2    blue screen.   It was using a -- a type of electronic

3    paper display technology developed by Kent Displays

4    and by the Kent Liquid Crystal Institute in Ohio.

5         Q.    And it looks to me like it's something that

6    folds in half.   Is it?

7         A.    It's a folding one, two-page -- two facing

8    pages.

9         Q.    Was that a working product?

10         A.    It was a working product.   It was being

11    sold in Japan, but only for a brief period of time.

12         Q.    And what would it display on it when it was

13    turned on?

14         A.    Japanese comic books.

15         Q.    Manga?

16         A.    Mostly, uh-huh.

17         Q.    Color or black and white?

18         A.    Neither.   It was -- it was more like a blue

19    and gray.

20         Q.    And how did you come to own that particular

21    Panasonic product?

22         A.    Because I had a close relationship with

23    Kent Displays while I was at Kent State University and

24    was following their work very closely, and so they

25    alerted me that this was available.   And then I

1    personally bought this copy from them because it was

2    not being sold in the United States.

3              Q.   You bought it from Kent Displays?

4              A.   Kent Displays, uh-huh.

5              Q.   Do you know if Kent Displays was involved

6    in the development of displays for any other tablet

7    products?

8              A.   Their work was very simpler -- similar to

9    E Ink and electronic paper display technology that was

10   bistable, I mean, that had memory, so it was not a

11   liquid crystal-based technology.

12             (Court reporter interruption.)

13             Q.   (By Ms. Taylor)  Did you say bistable?

14             A.   I'm sorry.  Too fast.  Okay.  It's -- the

15   display technology that was developed for these

16   readers that Kent Displays was developing was more

17   like E Ink electronic paper technology.

18             Q.   Did you use the word bistable to describe

19   it?

20             A.   Bistable is a term that means that it has

21   memory, and like with E Ink when an image is displayed

22   on the screen, it doesn't require any power to

23   maintain the image.

24             Q.   I see.

25             A.   That's why the E Ink technology works very

1  effectively for the Kindle and other e-readers, that

2  it has a long battery life and it's reflective.  So it

3  can be read in -- in the same kinds of lighting

4  conditions that you can read a book or other

5  publications.  So it's not backlit.

6       Q.   So what is the fourth product from the

7  left?

8       A.   I'm sorry, the --

9       Q.   The fourth product --

10      A.   The fourth product from the left.

11      Q.   -- from the left?

12      A.   Is the SoftBook e-book reader that came out

13  in 1998.  That and the Rocket eBook were the first two

14  true e-readers that were designed for books.  And we

15  had contact -- or I had contact with them while I was

16  at Kent State University, and in fact used the

17  e-reader in one of my classes having students use it

18  and had my book converted into a form that was

19  readable on the SoftBook e-reader.  It used a liquid

20  crystal display technology, but again, was black and

21  white.

22      Q.   Who is the manufacturer of the SoftBook

23  e-reader?

24      A.   The companies -- it was -- SoftBook was the

25  name of the company.  The SoftBook Reader I think was

1    the broad name.  They were sold to GemStar.  GemStar

2    then licensed the technology to RCA, who produced

3    versions of it.  And the same with the Rocket eBook.

4    They bought both -- both of the -- they bought all of

5    the patents to the -- the e-book technology.

6              Q.   GemStar bought them?

7              A.   What?

8              Q.   GemStar bought them?

9              A.   GemStar did before they went bankrupt.

10             Q.   Do you have a Rocket eBook on your wall?

11             A.   Yes.  The one that's adjacent to the

12   SoftBook, immediately to the right of that, the

13   smaller device was a Rocket eBook.  That version was

14   the version after R -- RCA had purchased it, purchased

15   the license to the software from GemStar.

16             Q.   On the SoftBook product, was it a black and

17   white display or a color display?

18             A.   The first SoftBook was black and white.

19   The SoftBook that RCA produced, the SoftBook version,

20   which is on the opposite -- on the right side of the

21   Rocket eBook was -- was in color.

22             Q.   Okay.  So the one on the left side of the

23   Rocket eBook --

24             A.   Uh-huh.

25             Q.   -- was produced by SoftBook?

1      A.   That was produced by SoftBook in 1998.

2      Q.   And that was black and white?

3      A.   That was black and white.

4      Q.   And then after GemStar acquired whatever

5   rights it acquired --

6      A.   Uh-huh.

7      Q.   -- and RCA produced a SoftBook --

8      A.   Uh-huh.

9      Q.   -- it was color?

10      A.   They put out a color version.

11      Q.   And that's the one --

12      A.   Full color.

13      Q.   And that's the one to the right of the

14   Rocket eBook?

15      A.   That's right.

16      Q.   Okay.  And -- and could you see anything on

17   these other than books?

18      A.   It was only books.

19      Q.   Okay.

20      A.   They -- they didn't have any other

21   applications.

22      Q.   Okay.  How did you acquire the first

23   SoftBook e-book?

24      A.   The first SoftBooks I bought directly from

25   the SoftBook company, and we bought a number of them.

1    I think bought probably fourteen of them at Kent State

2    University.

3         Q.   Those were the ones your students used?

4         A.   That I used -- yeah, that I gave to

5    students to use.

6         Q.   And the Rocket eBook, how did you acquire

7    that?

8         A.   Similarly, I bought it directly from Rocket

9    eBook Company.

10        Q.   Were those used by students as well?

11        A.   That one was not.

12        Q.   So did you just buy one?

13        A.   We bought a couple copies of that that we

14   had in our office.  I had a laboratory in Boulder,

15   Colorado called the -- The Institute for Cyber

16   Information.

17        Q.   Institute for Cyber Information?

18        A.   Uh-huh.

19        Q.   When was that?

20        A.   And that started about 1997 or '8.  I'm not

21   quite sure of the date on that again.

22        Q.   Do you -- do you still have that office?

23        A.   That institute ran until I left in 2004,

24   and then it was converted into another institute after

25   that.  It was at Kent State University.

1      Q.   The Institute for Cyber Information was at

2   Kent State University?

3      A.   Kent State University, uh-huh.  It was part

4   of the journalism school at the time.

5      Q.   But was it located in Boulder, Colorado?

6      A.   No.  That was -- that was located in Kent,

7   Ohio.

8      Q.   I think you said it was in Boulder.

9      A.   Oh, I may be getting too tired here.

10      Q.   And let me know when you need a break.

11      A.   I'll correct that.

12      Q.   Okay.  So The Institute for Cyber

13   Information was in Kent, Ohio?

14      A.   That's correct.

15      Q.   Okay.

16      A.   And the work that you see from the

17   Panasonic tablet on and even the Toshiba tablet all

18   came into my possession after I went to Kent State

19   University as a professor and stayed there through

20   19 -- or 2004.

21      Q.   Okay.  What did The Institute for Cyber

22   Information do?

23      A.   We were considering -- we were continuing

24   to work on the tablet concept, but working with

25   newspapers to develop anticipating the tablet.  Again,

1    the -- there was no tablet at that point that was

2    suitable for what we wanted to do until 2001, 2002.

3           Q.    So why did The Institute for Cyber

4    Information acquire the Rocket eBook?

5           A.    Because it was capable of displaying text.

6    You know, my testing of that with students was to get

7    reactions from the students about using a portable

8    device for reading as opposed to reading a textbook

9    and -- and then applying that knowledge to how we

10   would adapt -- adapt for a newspaper.

11          Q.    So were you using the Rocket eBooks in --

12   in your research?

13          A.    The Rocket eBook we -- we acquired because

14   we were interested in what else was happening in the

15   industry and we had that as available to the -- but we

16   felt it was too small to be effective for newspapers.

17          Q.    Were you using the SoftBook in your

18   research?

19          A.    Yes.  We used the SoftBook.  The fourteen

20   copies of the SoftBook we used for the students, we

21   used for focus groups, and we were -- because I had

22   the ability to develop content for the Rocket eBook,

23   we were exploring the possibility of newspapers being

24   able to use the Rocket eBook.

25          Q.    Did you ever develop content for the Rocket

1   eBook?

2          A.   For the Rocket eBook, no.  Only for the

3   SoftBook.

4          Q.   The end of your last sentence -- your last

5   answer you said Rocket eBook.  So I think we've

6   confused them.

7          A.   Okay.  The Rocket eBook is a small one.

8          Q.   Uh-huh.

9          A.   The SoftBook is the larger one.

10         Q.   And when you were doing research, which one

11   was that?

12         A.   When or which one?

13         Q.   Which one were you using?

14         A.   The Soft -- the SoftBook.

15         Q.   Okay.  And then when you were exploring the

16   possibility of newspapers being available on it, which

17   one was that?

18         A.   Uh-huh.  The SoftBook.

19         Q.   You said Rocket eBook.

20         A.   Okay.

21         Q.   That's okay.  We're clear now.  And then

22   you said there's a second SoftBook here, the sixth

23   item from the left?

24         A.   Yes.

25         Q.   Why did you acquire that one?

1          A.    I acquired that later -- I only acquired

2    one of them personally because it was in full color

3    and I wanted to see how the color was on that device.

4          Q.    And when did you acquire that?

5          A.    Probably around 2002.

6          Q.    Did you end up using that one in your

7    research?

8          A.    No.

9          Q.    When did you acquire the Rocket eBook?

10         A.    Probably 1998 -- well, this one, no.  The

11   first Rocket eBook that I acquired was the original

12   Rocket eBook, and that would have been 1998.  The one

13   that's on my shelf is the RCA version that came out

14   about 2001, 2002.

15         Q.    So you've had two Rocket eBooks?

16         A.    Yes.

17         Q.    What happened to the older one?

18         A.    They stayed in Kent, Ohio.

19         Q.    Okay.

20         A.    All of the ones here are ones that I

21   purchased personally, so I was not taking any property

22   from the university.

23         Q.    I understand.  So the first SoftBook that's

24   here, the fourth product from the left --

25         A.    Uh-huh.

1        Q.    -- when did you acquire the fourteen copies

2   of that?

3        A.    That would have been 1998.

4        Q.    Okay.  I think we're done with the first

5   six.  The seventh product that's kind of in the middle

6   of the picture and it's a little larger than the

7   others --

8        A.    Uh-huh.  It has a silver --

9        Q.    It has silver, yes.

10        A.    That's --

11        Q.    Can you tell me what that one is?

12        A.    That's an NEC tablet PC that came out soon

13   after Bill Gates had made his announcement that he was

14   going to introduce tablets.  And I did have contact

15   with Microsoft for a period of time there.  I went to

16   the first tablet PC conference in New York and I

17   presented a concept at that time.

18            I had already developed by that time a

19   digital version of the Los Angeles Times national

20   edition that used PDF and used Acrobat from Adobe that

21   allowed for hyperlinks and layered content and

22   interactive multimedia within the document, and was

23   able to display it on the tablet PC.

24            I also began to develop a product that I

25   called Newsbooks, essentially an e-book for news

1    products and -- and particularly looking at newspapers

2    that were doing special series, and I would turn that

3    into an e-book in PDF that was readable on the

4    tablets.

5              And so the tablet PC -- the NEC tablet PC

6    was the first slate tablet PC that was lightweight.

7    It weighed about two pounds and was at that time the

8    closest thing on the market to my original vision for

9    a tablet.

10             But I argued at the time that it was still

11   a PC and not the kind of tablet that I expected it to

12   be because it still had to be booted up, it still had

13   Windows software.  So the NEC tablet became my main

14   tablet for demonstrating the vision I had of -- of

15   newspapers on tablet display.

16        Q.   So did you use the NEC tablet for the

17   digital -- to display the digital version of the LA

18   Times that you developed?

19        A.   Yes.

20        Q.   And did you use the L -- the NEC tablet at

21   some of the conferences you went to?

22        A.   I did.

23        Q.   Did you use it in place of some of the

24   prototypes you've shown us today or in addition to the

25   prototypes or potentially both?

1         A.    Usually in addition to.

2         Q.    Okay.  When did you acquire the NEC tablet?

3         A.    I'm guessing about 2003.

4         Q.    How did you acquire the NEC tablet?

5         A.    Purchased them directly from -- through the

6    Internet.

7         Q.    You said them.  Was there more than one?

8         A.    I'm sorry?

9         Q.    You said them.  Was there more than one?

10         A.    Yes, we did.  We purchased I think probably

11   about ten at that point.  When I came to Columbia

12   University in 2004, by that time they were putting it

13   on the used market because NEC stopped producing it at

14   that point and so we purchased another batch.  I don't

15   remember how many for sure.  I think probably another

16   ten at the University of Missouri to use for our focus

17   groups.

18         Q.    So were the first ten purchased when you

19   were still at Kent State?

20         A.    Yes.

21         Q.    Did you use them in your focus groups?

22         A.    We did have focus groups at -- at Kent

23   State.

24         Q.    Did you use the NEC tablet in focus groups?

25         A.    Yes.

1          Q.    Did you use them in any other way in -- in

2    research?

3          A.    Focus groups and using it for testing the

4    concepts that I was pursuing for how a newspaper and

5    how advertising would be presented on a device with

6    that size of display in full color.

7          Q.    How did you test those concepts other than

8    in focus groups?

9          A.    I'm sorry?

10         Q.    How did you test those concepts other than

11   in focus groups?

12         A.    It was more personally testing some things

13   to make sure that they worked properly because Acrobat

14   was very robust and capable of handling embedded

15   multimedia and layered content.

16              This was actually used in 2004 here when we

17   launched what was called the eMprint, electronic media

18   print project.  I conducted a field test in the spring

19   of 2004 where we made it available for downloading to

20   a PC, but anyone who had a tablet PC obviously

21   benefited more because they could rotate it to a

22   portrait orientation.

23              In the fall of 2004 we then had several

24   other graduate students working with me to actually

25   produce The Columbia Missourian, which is a community

1  newspaper that's affiliated with the university to do

2  it on a regular basis, and we put it out for about a

3  year and a half.

4           It was funded by the Reynolds Journalism

5  Institute as a research product.  We had about five

6  thousand people worldwide registered to participate in

7  the eMprint project.  Again, it's eMprint, all one

8  word with a capital M, lowercase -- lowercase E,

9  capital M, lowercase P-R-I-N-T.

10          The -- so that was the first full-scale

11  live test of a newspaper being delivered to a tablet

12  device.

13     Q.   And that was in nine -- in 2004, did you

14  say?

15     A.   It began in -- well, the first test was in

16  2004, in the fall of 2004.  I may have actually --

17  well, let me back up here a second.

18          I came here in August of 2004 as the first

19  Reynolds Journalism fellow.  My first project with

20  that fellowship was to develop the prototypes for a --

21  a newspaper -- or a digital version of The Missourian

22  that could be displayed on a tablet.

23          I had already done the LA Times, so this

24  was taking The Missourian.  We did some preliminary

25  experiments in 2004.  In 2005, from March of 2005

1  until May of -- a ten-week period we did a field test

2  in 2005 of The Missourian in the eMprint format.  It

3  was a weekly product.

4            In the fall of 2005 we then launched it on

5  a regular basis.  We were doing it two times a week.

6  We had graduate students doing it.  I helped them to

7  get it started and then we had the template set up to

8  produce it.

9            Part of the test was to show that the

10 production process could be fine-tune enough so that

11 they could actually do the work on deadline, in which

12 they were able to do.

13           That project ran through 2006 and was

14 terminated in May of 2007.  Keeping in mind The

15 Columbia Missourian is a small community newspaper,

16 their print circulation was about seven thousand.  We

17 had about five thousand people who were downloading

18 copies of the digital edition, but it turned out that

19 we only had about six hundred or so who were regular

20 downloaders of the digital edition.

21           And at that -- up until -- well, backing up

22 a second.  During the field test we actually sold

23 advertising into the product and were making money

24 doing it, so we made a profit, which was encouraging.

25           Later in 2004 as the students took over and

1    there was less marketing money, the -- the registered

2    users started to decline some, and by 2007 the

3    decision was to switch our attention more to the -- to

4    the website to rebuild the website for The Missourian

5    and not to try to do a digital edition until an

6    appropriate tablet was on the market, which at this

7    point in time The Missourian now is looking at doing

8    an app for the iPad based on the work that I did with

9    the eMprint project.

10        Q.    So --

11        A.    I should point out all the other devices to

12   the right of the NEC tablet PC are e-readers using the

13   E Ink electronic paper technology.  So beginning with

14   the Sony e-reader, which was the first, the iRex,

15   which was a spin-off of Royal Philips Electronics, and

16   then the Kindle, which really launched everything in

17   2007 with the -- with their product, and then Kindle

18   continued to -- to repeat some, but finally went out

19   of business, and then we have the Kindle --

20        Q.    Wait.

21        A.    -- and after Kindle --

22        Q.    Kindle continued to --

23        A.    The Amazon Kindle.

24        Q.    -- compete some and then went out of

25   business?

1        A.    IRex went out of business.

2        Q.    IRex continued to compete some --

3        A.    Compete -- tried to compete with Kindle --

4        Q.    -- and then went out of business, yeah.

5        A.    -- but they couldn't and they finally went

6   out of business.

7        Q.    It's late in the day.  You reversed the

8   names.

9        A.    I know.  It's -- it's getting -- it's

10  getting confusing.

11       Q.    What's --

12       A.    Yeah.

13       Q.    What's the larger one next to that first

14  Kindle?

15       A.    That large one is an iRex sort of

16  tablet-sized device, but it's still using electronic

17  paper technology.  It's still black and white.

18       Q.    It's -- is it the one that kind of -- I

19  think it has a little bit of a -- I don't know, a

20  swoosh or --

21       A.    It has a curved edge on it.  That's the

22  buttons for page turning.

23       Q.    A different color?

24       A.    Uh-huh.  But it was black and white too.

25       Q.    Okay.  And what's the one after that?

1          A.    The one right next to it in front of it --

2          Q.    Yes.

3          A.    -- was the last of the iRex e-readers

4    before they went bankrupt.  And it was black and white

5    also using E Ink technology.

6          Q.    How do you spell iRex?

7          A.    Just lowercase I, capital R, lowercase E-X.

8          Q.    And where was iRex located?

9          A.    They were based in -- in the Netherlands.

10         Q.    And that was a black and white e-reader?

11         A.    Yes, they're all black and white e-readers.

12         Q.    And next there's one that's a little bit

13   behind that one.

14         A.    Yeah, behind that is the larger Kindle.

15   That's the Kindle DX.  That was a 9.7-inch display in

16   black and white.  It's still being marketed now.  And

17   then just below that is the second generation Kindle

18   that came out.  The -- next to that is a Sony e-reader

19   that came out in 2009 with a touchscreen.

20         Q.    And that's the one that's cut off at the

21   edge of Exhibit 249?

22         A.    Or -- yeah, it's cut off on the edge here.

23   On the other one it's over here, yeah.  Uh-huh.

24         Q.    Okay.  And -- and what is that one?

25         A.    On two -- on Exhibit 250 is the Sony

1   e-reader from I think 2009.  And then next to that is

2   the Barnes & Noble NOOK e-reader.  It's first

3   generation black and white display for reading, but a

4   little color three-inch touchscreen at the bottom.

5          Q.   Did you say the Sony was a touchscreen?

6          A.   The one in 2009 had a touchscreen on it.

7          Q.   And what does -- what do you mean by that?

8          A.   That it actually responded -- I think

9   actually it was a stylus -- I think it's a

10  stylus-based screen.

11         Q.   And you could push something on the screen

12  and something would happen?

13         A.   Right.  Right.  All the other ones were all

14  by buttons on the side or five-way controllers.

15         Q.   And did you mention that there's a

16  touchscreen aspect to that NOOK?

17         A.   The NOOK at the very bottom had a color

18  display that was a touchscreen.

19         Q.   And what would that touchscreen do?

20         A.   It basically would take you to the next

21  publication that you had stored on it or it would

22  control the settings that you had on your -- on your

23  NOOK.

24         Q.   And that portion of the display was in

25  color?

1          A.    It was -- that was the only portion that

2     was in full color.  It was a very strange one to work

3     with because once you started using the bottom half

4     you kept wanting to touch the top half, and of course

5     it didn't work.  That was all buttons.

6          Q.    So at the top you couldn't touch and have

7     it do anything?

8          A.    No.  That was -- that was the black and

9     white E Ink display, whereas the bottom one was a full

10    color liquid crystal display.

11         Q.    I think I've read that the NOOK now -- is

12    there a full color one?

13         A.    There's a full -- there's a full color NOOK

14    out that's actually an Android-based small tablet,

15    essentially a seven-inch display.  And then they have

16    a smaller black and white display that is a

17    touchscreen.

18         Q.    Now, you said that the full color NOOK is

19    essentially a tablet?

20         A.    It is.  It's not on here on display.  I'm

21    using it actually.  It was on my desk at the time.

22    But it's a -- it's an Android tablet essentially.

23         Q.    So what's the difference between what

24    you've described as an e-reader here and that one that

25    you're calling a tablet?

1        A.    The e-readers were really all dependent on

2   electronic paper technology largely because of the

3   battery life and because they were grayscale rather

4   than color.  The -- the distinction between an

5   e-reader and a tablet is rapidly becoming blurred.

6        Q.    Let's go back to the NEC one in the middle

7   of the page.

8        A.    Uh-huh.  Uh-huh.

9        Q.    When I asked you about that, you used the

10  phrase slate tablet PC.

11       A.    It's tablet PC.

12       Q.    I think you said slate.

13       A.    It's a slate.  A slate is just that it

14  didn't have a keyboard attached to it.  There were

15  convertible models that had a keyboard and it was a

16  clamshell like a laptop, but you could rotate the

17  monitor, turn it back around and use the pen-based

18  approach for it.  This one I could hook up a keyboard

19  through a USB connection.

20       Q.    So when you said slate, you mean there's no

21  keyboard that's --

22       A.    Yes.

23       Q.    -- comes with this?

24       A.    Any -- yeah, any time you refer to them as

25  a slate, it means there's -- there's no keyboard

1    actually attached to it.

2         Q.   Okay.  I'm looking at a lot of tablets here

3    and --

4         A.   Uh-huh.

5         Q.   -- and e-readers.  I don't see keyboards on

6    these.

7         A.   You could say that all of these are slates.

8         Q.   Okay.  I was just wondering what you meant

9    by that.

10        A.   Uh-huh.

11        Q.   The -- the NEC one here, it looks like it's

12   got a variety of buttons and things around the edges.

13        A.   It does for page turning and for, you know,

14   typical PC-type operations for things for resetting

15   and -- and I've forgotten what all the buttons are for

16   there now.  But the -- on the right side, that was the

17   page-turning buttons.

18        Q.   Was this also touchscreen technology?

19        A.   It was stylus-based touchscreen.

20        Q.   When you -- so stylus-based --

21        A.   It did require a stylus.

22        Q.   So if you --

23        A.   You could not use your finger to -- to --

24   to activate it.

25        Q.   So if you touched it with a stylus,

1    something would happen?

2            A.    Right.

3            Q.    Okay.  Are any of these others touch-based?

4            A.    None of these were touchscreens.  All of

5    them involved styluses.

6            Q.    With a stylus, were any of these others

7    touchscreens?  With a stylus?

8            A.    Everything to the right of the -- including

9    the SoftBook were styluses.  The Panasonic e-reader

10   was a touchscreen.

11              If you notice in the image where you have

12   fingerprints on the screen, it was a demonstration of

13   the problem that you have with touchscreens where

14   there's no solid surface because with -- with any of

15   the E Ink technology or electronic paper technologies

16   because it's not refreshed constantly, if your finger

17   puts pressure on it, it's going to leave a blob on the

18   screen, and that's what it's showing there.

19              And the only way you could rid of the blobs

20   on the screen, which really are finger on it, was to

21   then have to call it back up again and refresh the

22   screen --

23           Q.    Is this one --

24           A.    -- manually.

25           Q.    Is this one turned on?

1          A.   It was functional.  I haven't used it in a

2    long time, but it was functional.  It just needs to be

3    recharged.

4          Q.   Okay.  So the Panasonic was a touchscreen

5    technology?

6          A.   Yes, it was a touchscreen technology.  That

7    was the only one that was actually enabled by finger

8    touching.

9          Q.   Okay.  And the two SoftBooks?

10         A.   Those were all styluses.

11         Q.   They were touchscreen, but with a stylus?

12         A.   Right.

13         Q.   Is there a different terminology you use

14   when it's a stylus that touches the screen as opposed

15   to a finger that touches the screen?

16         A.   Well, there's -- there's different

17   technologies involved.  I mean, the resistive and

18   capacitive display or screens.  It's only really been

19   in the last few years that it's been possible to do a

20   touchscreen with a finger that has very much precision

21   to it.

22         Q.   Because I think as we got towards the right

23   on some of these --

24         A.   Uh-huh.

25         Q.   -- you had said there was no touchscreen --

1        A.    Uh-huh.

2        Q.    -- capability at all.

3        A.    Uh-huh.

4        Q.    I'm trying to figure out which -- which

5   ones had touchscreen capability whether it was stylus

6   or fingers?

7        A.    Well, all of them -- all of them involve a

8   stylus.

9        Q.    So --

10       A.    Except for the one on the Panasonic one.

11       Q.    Okay.  So the -- are the Kindles down at

12  the right touchscreen?

13       A.    You've caught me.  Correct.  The Kindles

14  have not been at this point in time stylus or a touch

15  capable.  Those are all using buttons.

16       Q.    What about the three iRex products?

17       A.    They were styluses.

18       Q.    So you could touch the screen with a

19  stylus?

20       A.    That's right.

21       Q.    And I forgot the name on the product to the

22  left of the Nook.  Was that a Sony?

23       A.    With the Nook?

24       Q.    To the left of the Nook.

25       A.    Oh, to the left of the Nook with the Sony

1   e-reader, that was -- that involved a stylus.

2          Q.   So that was a touchscreen with a stylus?

3          A.   Touchscreen with a stylus, uh-huh.

4          Q.   And then between the NEC and the first

5   iRex, there's a smaller product there?

6          A.   Oh, the one that's in the middle.  You're

7   talking about the gray one here?  I'm pointing.

8          Q.   No, between the NEC and the first iRex?

9          A.   Oh, that's the -- that's the first Sony

10  e-reader that was sold in the United States.

11         Q.   And that one touchscreen?

12         A.   I don't believe it was, no.  I think that

13  one was all buttons.

14         Q.   Okay.  And are these -- I -- I think when I

15  handed you the photograph you noted that there were

16  things on the left that were missing from how it's

17  normally displayed in your office?

18         A.   Uh-huh.

19         Q.   Can you tell me what would be to the left

20  at the end of the row in Exhibit 249?

21         A.   Well, immediately next to the Sharp Newton,

22  the small one on the left side would have been the

23  1994 tablet, and immediately to the left of that --

24  I'm sorry, Toshiba is there.  Immediately to the left

25  of that would have been the 1980s white tablet.

1        Q.   The white tablet?

2        A.   Uh-huh.

3        Q.   And are these in chronological order?

4        A.   They're sort of chronological order.

5        Q.   Is there --

6        A.   Mostly chronological order.

7        Q.   Is there anything that jumps out at you as

8   not being in chronological order?

9        A.   The Panasonic e-reader, as I say, was

10  developed in Japan and sold in Japan.  I purchased

11  that somewhere towards the end of -- well, the 1990s,

12  but I'm not sure now when exactly I purchased it so I

13  didn't put a date on it.

14       Q.   So I'm -- since you marked on that one,

15  which I asked you to, I'm going to go ahead and have

16  two clean ones marked as Exhibits 251 and 252 so that

17  we just have clean photos.

18       A.   Uh-huh.

19       Q.   And I don't have extra copies for you, but

20  -- 251, you can cover up my scribble.

21            (WHEREIN, Exhibit 251, Photograph, and

22  Exhibit 252, Photograph, was marked for identification

23  by the Court Reporter.)

24            THE WITNESS:  I'm glad this is not a

25  criminal trial.

1              VIDEOGRAPHER:  We're back on the record on

2     tape four at approximately 5:55 p.m.

3         Q.   (By Ms. Taylor)  So what I'm going to do

4     next, Mr. Fidler, is hand you some photographs of some

5     of the prototypes that you have.  These are the

6     photographs I took last night.

7         A.   Uh-huh.

8         Q.   The first one is Exhibit 254.

9         A.   Uh-huh.

10             (WHEREIN, Exhibit 254, Photograph, was

11     marked for identification by the Court Reporter.)

12             THE WITNESS:  Fingers holding up okay?

13         Q.   (By Ms. Taylor)  Could you take a look at

14     Exhibit 254?

15         A.   Uh-huh.

16         Q.   Can you tell me which prototypes you see in

17     254?

18         A.   Well, on the left is the first prototype

19     from the 1980s sitting -- it's the white one.  Sitting

20     on top of that is the back of the 19 -- or 1994

21     prototype.  Looks like the -- the top and back.

22         Q.   I see two notches on the left side of the

23     1994 prototype?

24         A.   Uh-huh.

25         Q.   Do you see those?

Page 255

1          A.    That was spaces for memory cards.

2          Q.    So are those notches at the top of the

3    prototype?

4          A.    Yes, right.

5          Q.    And then on the right side of the 1994

6    prototype I see a longer slender notch.  Do you see

7    that?

8          A.    I'm sorry?

9          Q.    On the right side of the 1994 prototype.

10         A.    On the side, yes.  The -- as we described

11   before, that's the holder for the stylus.

12         Q.    Okay.  I'm going to give you the next one.

13         A.    Uh-huh.

14         Q.    255.

15               (WHEREIN, Exhibit 255, Photograph, was

16   marked for identification by the Court Reporter.)

17         Q.    (By Ms. Taylor)  Again, could you take a

18   look at 255 and tell me which prototypes you see in

19   it?

20         A.    Well, both prototypes are here.  The 1980s

21   prototype on the bottom, it looks like the back of it,

22   and then the 1994 prototype is sitting on top of it.

23         Q.    And from what -- are we looking at the 1994

24   prototype from a side or a top or the bottom?

25         A.    We're looking at the bottom of the 1994

1   prototype and I suspect we're looking at the bottom of

2   the 1980s white tablet.

3           Q.   It looks to me like there's a long notch

4   across the 1994 prototype?

5           A.   Uh-huh.

6           Q.   Is that in the bottom of the prototype?

7           A.   That's on the side.  It would be on the

8   right side of the -- of the tablet prototype for 1994.

9   That was the holder for a stylus which is missing at

10  this point.

11          Q.   Do you have that stylus with the second

12  prototype you brought today?

13          A.   No.  I've managed to lose all the styluses.

14  I've given them out to too many people.

15          Q.   Lost them all?

16          A.   And they all lose them.

17          Q.   And then this is the back of the 1994

18  prototype that's on the top?

19          A.   Yes, it is.

20          Q.   Okay.  Next is Exhibit 256.

21               (WHEREIN, Exhibit 256, Photograph, was

22  marked for identification by the Court Reporter.)

23          Q.   (By Ms. Taylor)  Can you tell me what

24  prototype we see in Exhibit 256?

25          A.   Again, this is the back of the 1994

1   prototype with two of the memory cards sticking out at

2   the very bottom that we see here.  It's actually the

3   top.  Where the memory cards are is actually the top

4   of the -- of the tablet device.

5        Q.   All right.

6        A.   Back side.

7        Q.   I'm going to hand to you Number 257.

8             (WHEREIN, Exhibit 257, Photograph, was

9   marked for identification by the Court Reporter.)

10        Q.   (By Ms. Taylor)  Can you tell me what

11   prototype we see in Exhibit 257?

12        A.   Again, this is the 1994 prototype with --

13   this is the top and we're looking at the back of it

14   with the -- two of the memory cards in place.  We

15   intentionally had them sticking out a little harder or

16   a little higher than the top of the tablet because we

17   had to make them easy to pull out.  We didn't have any

18   automated mechanisms to pop them out.

19        Q.   All right.  I'm going to hand you Number

20   258.

21             (WHEREIN, Exhibit 258, Photograph, was

22   marked for identification by the Court Reporter.)

23        Q.   (By Ms. Taylor)  Can you tell me what ex --

24   what prototype you see in Exhibit 258?

25        A.   In this -- in that prototype -- oh.

1   Playing some tricks here.  This is -- this is the --

2   again, the back of the 1994 tablet on the bottom with

3   the 1980s tablet corner sitting on top of that tablet.

4   And what we're seeing is the -- the top right corner

5   of the 1980s tablet on top of the back of a -- of the

6   1994 tablet.

7          Q.   And that -- the memory cards are to the

8   right of the 1994 tablet, is that correct, in the

9   photograph?

10         A.   They're on the -- this is the back of the

11  1994 tablet, and the memory cards would be on the left

12  side of the tablet if you're facing the front.

13         Q.   And -- and we're looking --

14         A.   It's on the right side in this image,

15  uh-huh.

16         Q.   Okay.  And -- and I think earlier you

17  testified that this -- it's kind of funny.  It almost

18  looks like an exhibit sticker to me.  This corner

19  within --

20         A.   Uh-huh.

21         Q.   -- the display of the 1980s tablet --

22         A.   Right.  Uh-huh.

23         Q.   -- was -- contained certain information?

24         A.   Right.  I'm just providing the dates and

25  the time and number of pages that were stored in the

1    device.  Again, this is all simulated.  Nothing was

2    actually functioning.

3            And then the number of pages saved because

4    the assumption was that each additional newspaper

5    would have a certain number of pages, but you could

6    also save pages in your own personal storage area.

7        Q.   I'm going to hand to you 259.

8            (WHEREIN, Exhibit 259, Photograph, was

9    marked for identification by the Court Reporter.)

10       Q.   (By Ms. Taylor)  Can you tell me what's in

11   Exhibit 259?

12       A.   And again, this is the 1980s tablet sitting

13   on top of the 1994 tablet.  The information that you

14   see at the bottom of the screen on the 1980s tablet

15   is -- was recently added to that display so that when

16   people came to my office they would know what they

17   were seeing and so that -- this page was actually

18   printed out later -- in fact, more recently so that I

19   could put it in my office and be able to explain to

20   people what that was.

21           So the image that you see on the 1980s

22   tablet here was the image that I created for the

23   drawing that I did in the 1981 article for Associated

24   Press Managing Editors Association.  We would use this

25   tablet -- I used this tablet a number of times to

1    display other pages at different times.

2         Q.   What's the language that was added to the

3    bottom?

4         A.   Well, I just explained this is a mock-up of

5    an e-reader and introduced --

6         Q.   You have to read that much more slowly for

7    Bill.

8         A.   Oh.  It says below it this is a mock-up of

9    an e-reader and digital newspaper front page created

10   by Roger Fidler in 1981 to illustrate an essay he

11   wrote for an APME special report titled The Changing

12   Newspaper Year 2000.

13             In that essay, Fidler predicted that

14   on-line services would become mature businesses and

15   that people would read newspapers on portable

16   magazine-sized devices in the first decade of the 21st

17   century.

18        Q.   And when did you add that language to the

19   display that's in the that prototype?

20        A.   Probably at the beginning of this year.

21        Q.   And why did you do it at that point in

22   time?

23        A.   Because I had been using a number of

24   different pages.  I -- I used the Knight-Ridder

25   current pages sometimes in this location.  In fact,

1    when I went to the MacNeil/Lehrer NewsHour in 1991 the

2    page that was actually displayed on the front of this

3    was the Knight-Ridder current page that I created

4    while I was a fellow at Columbia University.

5              And that was what -- and the pages from

6    that database-driven model that I had created was what

7    I was using in this display.  So between 1981 and 1991

8    I would use this device to experiment with different

9    ideas for what pages might look like within a display.

10         Q.   And why did you add the language at the

11   bottom at the beginning of this year?

12         A.   Because this is kept in my office, and so

13   that when I have visitors I can point this out to them

14   that this -- that's what this was.  So --

15         Q.   And was there -- go ahead.

16         A.   What?

17         Q.   I didn't mean to cut you off.

18         A.   No, that's all right.  This just made it

19   easier to explain what it was that they're holding.

20         Q.   And was there a particular impetus to do it

21   in early this year?

22         A.   No.  It was just an idea at the moment I

23   thought to go ahead and do that to actually show the

24   page that I created in 1981 within this prototype

25   because the -- the prototype or the mock-up,

1   three-dimensional mock-up that I created was created

2   following my creation of the page and the image with

3   the round-cornered rectangle that I had displayed in

4   the APME article.

5          Q.   Okay.  So going back to Exhibit 259, which

6   is the photograph.

7          A.   Uh-huh.

8          Q.   The one right in front of you?

9          A.   Right.

10          Q.   Is that the lower right-hand corner of the

11   prototype?

12          A.   This is the lower right-hand corner of the

13   1980s tablet, and it's sitting on top of the top back

14   of the 1994 tablet.

15          Q.   So next we have Exhibit 260.

16               (WHEREIN, Exhibit 260, Photograph, was

17   marked for identification by the Court Reporter.)

18          Q.   (By Ms. Taylor)  Can you tell me what's in

19   Exhibit 260?

20          A.   This is a -- the bottom top view of the

21   Toshiba prototype tablet.  They call it a PDV.

22          Q.   I find the word -- wording bottom top view

23   confusing.

24          A.   The bottom front.

25          Q.   Bottom front?

1       A.   Yeah, we're seeing -- yeah, the front

2    bottom view.  I'll clarify that.

3       Q.   Got it.  All right.  Here's Exhibit 261.

4            (WHEREIN, Exhibit 261, Photograph, was

5    marked for identification by the Court Reporter.)

6       Q.   (By Ms. Taylor)  Can you tell me what

7    Exhibit 261 is?

8       A.   Okay.  This is again the Toshiba prototype

9    tablet.  They call it a Portable Document Viewer.

10   What we're looking at is the front view of the -- the

11   tablet and the bottom portion looking at what would be

12   the left side of the device.

13      Q.   There's some things -- there are some items

14   on the prototype that we're looking at?

15      A.   Uh-huh.

16      Q.   Towards the right there's a black circle.

17   Do you see that?

18      A.   Yeah, the black circle.

19      Q.   Do you know what that is?

20      A.   I believe it was -- as I recall, it was for

21   resetting the display if it locked up.

22      Q.   Above that on the front face there are

23   three little buttons or holes.  Do you see those?

24      A.   Uh-huh.  Yes.  I see those.

25      Q.   Can you tell me what they are?

1          MR. ZELLER:  This is asked and answered.

2          Q.  (By Ms. Taylor)  Can you tell me what they

3    are?

4          A.   They were to indicate activity and the fact

5    that the device was turned on.

6          Q.   To the left of that back onto the side of

7    it, it looks like there's a button.  Do you see that?

8          A.   I see it, yes.

9          Q.   Do you know what that's for?

10         A.   I'm not sure anymore.  I would speculate

11   that it was for turning on the device and turning it

12   off.

13         Q.   And to the left of that it looks like you

14   can see part of a chamber, and I think before you said

15   you didn't know what it was used for.  Is that

16   correct?  Do you know what it's used for?

17         A.   It's --

18         MR. ZELLER:  The question -- hold on.  The

19   question, first of all, is compound.

20         THE WITNESS:  Uh-huh.

21         MR. ZELLER:  It purports to characterize

22   his testimony, which is not correct.

23         Q.  (By Ms. Taylor)  So can you tell me what

24   that chamber is used for?

25         A.   All I can assume is that it was providing

1    access to the various chips in the device and that was

2    added by engineers who built the device.

3           Q.    There's a line that runs horizontally along

4    the side of this device?

5           A.    Uh-huh.

6           Q.    Do you see that?

7           A.    I'm assuming that probably --

8                 MR. ZELLER:  Hold on.  There's not --

9    that's the only question she's asked.

10          Q.    (By Ms. Taylor)  Do you see the line?

11                MR. ZELLER:  Yeah.  Just asking if you see

12   that.

13          A.    Yes, I do see that.  Good point.

14          Q.    (By Ms. Taylor)  Do you know what that line

15   is there for?

16                MR. ZELLER:  This is asked and answered now

17   repeatedly.

18          Q.    (By Ms. Taylor)  Do you know what that line

19   is there for?

20          A.    I don't know.  Probably two separate

21   components.

22          Q.    I'm going to hand to you Exhibit 261.

23          A.    We already did 261.

24          Q.    I'm sorry.  262.  Thank you.

25                (WHEREIN, Exhibit 262, Photograph, was

1  marked for identification by the Court Reporter.)

2       Q.   (By Ms. Taylor)  Can you tell me what's in

3  Exhibit 262?

4       A.   Looking at the top of the Toshiba PDV

5  prototype.  This is for a connection to a computer and

6  on the right side is the -- a connection for

7  headphones.

8       Q.   In between those two there's a small dark

9  rectangle.  Do you see that?

10      A.   Uh-huh.  I see it.

11      Q.   Do you know what that is?

12      A.   I have no idea what it is.  You know, I

13  emphasize this is an engineering model, and engineers

14  put lots of things into engineering models that don't

15  result in a final product.

16      Q.   I'm going to hand you Exhibit 263.

17           (WHEREIN, Exhibit 263, Photograph, was

18  marked for identification by the Court Reporter.)

19           THE WITNESS:  I thought we did this before.

20           MR. ZELLER:  Yes, we have.

21           THE WITNESS:  Okay.

22      Q.   (By Ms. Taylor)  Can you tell me what's in

23  Exhibit 263?

24      A.   We're looking at the -- what would be the

25  front of the Toshiba tablet, looking at it from the

```
 1          Q.   I asked if it would be on your CV, but I
 2    don't think your CV --
 3          A.   No.  The one I gave was -- I haven't
 4    updated it since 2007, so --
 5          Q.   Okay.
 6          A.   I've done a lot of speaking since then too.
 7          Q.   If you go to the first page.
 8          A.   Okay.  After the title page?
 9          Q.   Yes.
10          A.   All right.
11          Q.   Can you tell me what's on the first page?
12    Actually, let me -- this is 1981.  They're not
13    numbered, so --
14          A.   But the dates will be.
15          Q.   A good indication.  So it's the first page
16    that says 1981 in the upper left-hand corner?
17          A.   Uh-huh.
18          Q.   Can you tell me what that is?
19          A.   This displays the mock-ups that I created
20    for the APME article that was published in 1981, and
21    these are drawings, two-dimensional drawings that
22    suggest what I thought a tablet might be like in the
23    future after 2000 with a newspaper displayed on the
24    display.  The tablet that I've drawn, it has a thin
25    border with round corners.
```

1        Q.   Do you have a file with this tablet on it?

2        A.   I'm sorry?

3        Q.   Do you have a computer file with this

4    tablet drawing on it?

5        A.   Yes.  Well, I have the -- yes, I have the

6    original article scanned.

7        Q.   So did you scan that article and then put

8    it into these slides?

9        A.   Yes.  These are -- it's all from the --

10   scanned from the article.

11       Q.   Do you still have the original artwork you

12   used when you created that article?

13       A.   I did up until about a year ago, and gave

14   it to somebody to make copies of and then they managed

15   to lose it.

16       Q.   Why were you giving it to someone to make

17   copies a year ago?

18       A.   Because he expressed interest in wanting to

19   be able to do a story about it.

20       Q.   Did that story ever happen?

21       A.   No.

22       Q.   Lost your article and --

23       A.   And didn't do the story.

24            MR. ZELLER:  So he didn't do the story and

25   he lost the drawings.

1          A.   Right.  He lost it before he did the story.

2    But I had -- fortunately I had made scans of it before

3    I gave it to him.

4          Q.   (By Ms. Taylor)  So let's go to the second

5    page that has the 1981 date on it.

6          A.   Uh-huh.

7          Q.   Can you tell me what that page is?

8          A.   That's a scan of the complete page that

9    appeared in the APME special report that shows at the

10   top the images that I drew with cut lines explaining

11   what it is adjacent to it on the left side, and then

12   the story that accompanied those images.

13               At the time the article was written I was

14   director of design for the video text project that was

15   being developed by Knight-Ridder, and so described

16   on-line media as well as my vision for tablets within

17   that article.

18         Q.   Did you say something about cut lines?

19         A.   The cut lines are on the left side of the

20   front page image that's displayed on that page.

21         Q.   What's a cut line?

22         A.   A cut line, just a description of what

23   the -- what the two images are showing.

24         Q.   How did you create the two images?

25         A.   I'm sorry?

1        Q.    How did you create the two images?

2        A.    Since this was created in 1981 before the

3    tablet -- or any of the PCs were on the market, this

4    was all done by pen and ink and a paste-up of type

5    taken from the Miami Herald.

6        Q.    And then did you take a photograph of that?

7        A.    And then we photographed it, yes, made a

8    Velox of those -- which back in those days that's what

9    you did.  There were no printers in those days.

10       Q.    Made a what?

11       A.    It's called a Velox.  V-E-L-O-X.

12   Basically, you know, making a negative of the pages

13   and then having made on a special material, like a

14   plastic material.

15       Q.    The next page has a date of 1988.  Can you

16   tell me what that is?

17       A.    In 1988 the Associated -- or the American

18   Newspaper or American Press Institute hosted a seminar

19   in Reston, Virginia and they created also a book on

20   "Newspaper Design 2000 and Beyond."

21             I was one of the designers and editors

22   invited to that symposium, and we were all asked to

23   come up with ideas for what we thought a newspaper

24   might be like after the year 2000.

25             I said -- in the 1980s I was doing a lot of

1   experimenting with ideas in addition to other work I

2   was doing for Knight-Ridder.  At this point in time I

3   was exploring whether or not we could do pages of

4   newspapers that could be easily reduced and displayed

5   on a magazine-sized device with a touchscreen.

6           So these are -- these are the pages that I

7   showed at that time.  There was a full article

8   obviously that I wrote, an essay I wrote about what

9   newspapers might be like.

10          Q.   Did you ever create a prototype based upon

11  the images we see on this page?

12          A.   Did I what?

13          Q.   Create a prototype based upon the images

14  that we see on this page?

15          A.   Other than I created these prototypes,

16  again, as -- as pen and ink and paste-ups of text, and

17  actually placed these pages inside of the white tablet

18  that I had to be able to show what it might be like

19  inside of a tablet.

20          Q.   On the left side it says excepts?  I don't

21  know if that means excerpts.

22          A.   Excerpts.  There's an R missing.  Good --

23  good catch.

24          Q.   So is -- is that an excerpt from the

25  article?

1        A.   It's from the article that was published

2   with these images and the book produced by the

3   American Press Institute called "Newspaper Design 2000

4   and Beyond."

5        Q.   Okay.  The next page is -- has a 1990 date

6   on it.

7        A.   Okay.

8        Q.   Can you tell me what that is?

9        A.   Those are -- in the 1990 those are images

10  taken from the animated video that we saw earlier.

11  This was the video that was produced in collaboration

12  with RayChem.

13       Q.   And is the tablet that was shown in that

14  video depicted in the screen in the lower left-hand

15  corner?

16       A.   Uh-huh.

17       Q.   Is it depicted in any of the other screens?

18       A.   The only -- I only made four images from

19  the video.  You see the tablet in the first frame just

20  behind the clock that says 4:30 a.m.

21       Q.   I see it now, okay.

22       A.   And then you see it in the second frame

23  immediately to the right of the clock upright within a

24  docking unit that -- that I anticipated would be used

25  for recharging the tablet and that that device would

1    be connected to an on-line service or the Internet and

2    be able to capture newspapers during the night, and

3    then when a tablet was placed into the docking unit it

4    would be recharged, and also the current issues of the

5    newspaper would be loaded onto the tablet while the

6    person is preparing coffee.

7         Q.   Is it in the fourth image?

8         A.   And in the lower left corner is an image of

9    a tablet.  I had brought my white tablet with me, but

10   let the artist who did the animations have some

11   license in what he would do with it.  So the -- I did

12   not instruct him to put buttons on it, but he did.

13             And -- and the pages, the page from Miami

14   Herald displayed there is one that I created and

15   reduced to fit on that size of display.  And then on

16   the lower right corner is showing that the tablet

17   could be -- could fit easily into an attaché case.

18        Q.   Okay.  Let's go to the page with 1991 on

19   the top left corner?

20        A.   Okay.

21        Q.   Can you tell me what that is?

22        A.   These are pages that I created while I was

23   at Columbia University as a fellow, and as I mentioned

24   earlier, developed a -- a database that would allow me

25   to simulate what hyperlinks would be like on pages so

1    that a person could touch one of the summaries of

2    stories on a front page or section front and go

3    directly to the story and display it on -- these were

4    all displayed on a Macintosh computer.

5             MS. TAYLOR:  I'm -- I'm trying not to be

6    rude, but people at the office looked at these and I'm

7    checking to see if they had questions.

8             THE WITNESS:  Oh, okay.

9             MS. TAYLOR:  So I'm not just checking my

10   e-mail.  All right.  The next page -- oh, hold on.

11        Q.   (By Ms. Taylor)  Okay.  So the next page

12   has two dates, 1992 and 1994?

13        A.   Yes.

14        Q.   Can you tell me what that page is?

15        A.   1992 and 1994.  The image of me holding the

16   white tablet with one of the pages that I had created

17   while I was at Columbia University, that was actually

18   taken of me in I believe Australia at the time.

19             But I was using that to demonstrate the

20   vision that I was pursuing.  And then 1994 we

21   developed the 1994 tablet and the video at the

22   Information Design Laboratory which I began showing

23   after that point.

24        Q.   It looks to me like the white one on the

25   left has that little green dot in it?

Page 277

1          A.   Yes, that was '92.  That would be at the

2     point at which when I went to Australia would be after

3     we had opened the Information Design Lab and I took

4     one of the newer ones with me.  The old one was

5     starting to show a lot of wear.

6          Q.   Is that the one that you -- the one that's

7     showing wear is the one you brought today?

8          A.   Right.  And the --

9          Q.   And the other --

10          A.   That's the one you've been seeing.  The --

11     the one that's still in pristine condition is the one

12     I have at home.

13          Q.   The next one is -- has a date of 1997?

14          A.   1997.

15          Q.   Can you tell me what that is?

16          A.   That's the cover of my book, and an

17     excerpt.  Boy, I've got excepts all the way through

18     there.  Excerpt from chapter nine of my book that

19     included a scenario that described what I thought the

20     tablets might be like by the year 2010.

21          Q.   At the top it says "Fidler includes

22     scenario for 2010 that includes an iPad-like tablet."

23     Do you see that?

24          A.   Yes, uh-huh.

25          Q.   Why do you say that?

1          A.   Because the description I give of how they

2     would actually use a tablet and what it might be like

3     is what the iPad ultimately resembles.

4          Q.   The next page has a date of 1999.  Can you

5     tell me what that page is?

6          A.   This was a follow-up to the -- I think the

7     1988 symposium that we had at the American Press

8     Institute, and at that point we were reviewing how we

9     had all done in predicting what would happen by the

10    year 2000, and they asked us to come up with our ideas

11    for what newspapers might be like in the year 2020.

12              And again, I continued to try to make the

13    point that I felt that digital publishing would be

14    dominant by 2020 and that most people will be reading

15    newspapers on a tablet device.  And so this was my

16    prototype that I created for that publication in 1999.

17         Q.   When you say prototype, did you create a

18    separate prototype in 1999 of a tablet?

19         A.   No, I did not.  That was using the -- by

20    that time I was using the 1994 tablet device which I

21    brought with me.

22         Q.   So when it says tablet newspaper mock-up,

23    is that a mock-up of the display that went into the

24    1994 prototype?

25         A.   Yes.  It would be a page that I actually

1   did have I placed into that 1994 device or mock-up,

2   three-dimensional mock-up.

3          Q.   Did you take that to this -- is it AP --

4          A.   To the American Press Institute, yes.

5          Q.   Yeah.  And you displayed it there?

6          A.   Uh-huh.

7          Q.   The next page has the date of 2000 on it.

8   Can you tell me what that is?

9          A.   When I went to Kent State the -- looking

10  for a newspaper to work with, Crain Cleveland Business

11  came to Kent State.  We met with them.  They asked me

12  actually to see if I could produce an electronic

13  edition, and so I took their publication, all of the

14  original content and produced a working version that

15  runs of course on a PC or Macintosh using Acrobat.

16         Q.   So when it -- when you say newspaper

17  prototype, are you referring to a -- a physical object

18  like the prototypes you brought today?

19         A.   I'm sorry.

20         Q.   At the top of this it says, "First

21  complete, functional tablet newspaper prototype."  Do

22  you see that sentence?

23         A.   Right.  Uh-huh.

24         Q.   Are you referring to the type of prototypes

25  you brought with you today?

1         A.    No.   These were Acrobat-based prototypes

2   that ran on Macintosh computers, that we had no

3   tablets at that point in 2000 that could actually

4   display the product.

5         Q.   We're just using prototype and mock-up for

6   so many things --

7         A.    And people tend to use them

8   interchangeably.

9         Q.   It's a little confusing.  We want to make

10  sure we're clear.  The next page has the year 2000 on

11  it.

12        A.    Uh-huh.

13        Q.   Can you tell me what that is?

14        A.    This was Los Angeles Times funded our

15  research at that point just as -- I think just before

16  this Bill Gates had announced that he was -- had --

17  had a vision about tablets and was going to introduce

18  tablet PCs, and so the LA Times contacted me about

19  developing a national edition of the LA Times that

20  could be read on a tablet PC, and like the Crain

21  version, this one was created using Adobe Acrobat

22  software and this version included video and audio

23  layered content within individual pages and actually

24  functioned.  It was all hyperlinked and ready to run

25  on a tablet as soon as one became available.

1        Q.    Was this ever run on a tablet?

2        A.    It was, yes.

3        Q.    Which tablet?

4        A.    Originally I had an HP tablet.  That was

5    the first one that we were able to get.  And then

6    ultimately used it on the NEC tablets that you saw.

7    And was demonstrated at the first tablet PC conference

8    in New York City.

9        Q.    When was that?

10       A.    Might be on my CV.  Would have been

11    probably 2002.  If my memory serves me, probably

12    spring of 2002.  Just as the mark -- the tablet PCs

13    were coming on the market.

14       Q.    I don't think I saw an HP tablet on your

15    wall of tablets in your office.

16       A.    No, I left that in -- in Kent, Ohio.

17       Q.    And was that the first tablet you had that

18    was functional?

19       A.    That was the first functional tablet I

20    owned.  And it was a slate version, a detachable from

21    a keyboard.

22       Q.    And what -- do you know what -- what model

23    it was?

24       A.    It was the very first one they had.  I

25    don't remember the model now.

1        Q.   Can you tell me what is on the next page,

2   which has the dates of 2002 and 2003?

3        A.   Okay.  When it became apparent that the Los

4   Angeles Times was not going to launch a national

5   digital edition of the LA Times, they had just done a

6   series of stories titled "Enrique's Journey," and I

7   decided that I would produce a -- I came up with the

8   idea of doing Newsbooks where we would take the series

9   of stories that ran I think in -- in six parts and

10   assemble that all as an e-book that could be displayed

11   on a tablet or on a -- on a laptop computer or any

12   computer for that matter.  And -- and also included

13   audio.

14        That was the first Newsbook that I created.

15   The Rocky Mountain News "Dividing the Waters" in 2003

16   was the second Newsbook that I created, and then

17   created also Newsbooks for the -- other Newsbooks for

18   The Rocky Mountain News as well as for the Denver Post

19   and Los Angeles Times.

20        Q.   Were these put on tablet computers?

21        A.   These were all on tablet computers.

22        Q.   Were they -- were they actually offered to

23   the public?

24        A.   The --

25             MR. ZELLER:  The question is vague as to

Page 283

1    offered.

2          A.    The Rocky Mountain News put it on its

3    website for people to download.  For a number of

4    strange reasons the LA Times decided not to put it on

5    their website and -- and to put it on CDs, which I

6    hoped they would do for schools.

7          Q.    (By Ms. Taylor)  So they did put it on CD?

8          A.    I burned CDs, but they never distributed

9    them.

10         Q.    The next page has the date of 2003 only.

11   Can you tell me what that page is?

12         A.    This was a -- a second prototype done for

13   the LA Times.  Again, taking a complete issue of

14   the -- of the newspaper and developing advertising for

15   it that would have interactive elements and taking

16   advantage of the latest version of Adobe Acrobat.

17               At that point Adobe was also a sponsor of

18   my laboratory in helping to fund the laboratory, so we

19   were essentially pushing the envelope of Adobe

20   Acrobat.  And again, displaying these on tablet PCs as

21   well as on laptop computers.

22         Q.    The next --

23         A.    They were all functional.

24         Q.    And the next page is -- has the date of

25   2004?

Page 284

1       A.    '4.  This was the beginning of the field

2  test.  I created the first working version to

3  demonstrate the capability in November of 2004, and

4  based on that model I created and the templates that I

5  created in 2005 we launched the field test that ran

6  for ten weeks.

7       Q.    Then the next page has a date range of 2005

8  to 2007.  Do you see that?

9       A.    Yes.  That's the -- that's when we

10  essentially went from being a field test to actually

11  doing it live continuously.  It ran for about a year

12  and a half.  I taught graduate students how to use the

13  templates and how to produce the digital editions and

14  how to upload them.

15           We worked with OverDrive, company in Ohio

16  that does e-books.  So the people could get access to

17  it, and it was -- we would do it on Saturday night.

18  It would be available very early Sunday morning.

19       Q.    The next one has a date range of 2006 to

20  2010.  Can you tell me what that one is?

21       A.    Using templates that I had developed and at

22  that time developed automation software using

23  JavaScript in our lab in -- here at RJI, and we

24  produced every issue of the Global Journalist in a

25  digital format, which they even now still have up on

Page 285

1    their website and can be downloaded today.

2         Q.    What is the Global Journalist?

3         A.    Global Journalist is a magazine that RJI

4    owned and was making available.  They also have a

5    website, radio program.  As of this year they have

6    stopped printing the magazine and we're now in

7    discussions about doing a digital-only magazine, but

8    it was circulated worldwide.

9         Q.    Is RJI the Reynolds Journalism Institute?

10        A.    That's correct.  RJI is the initials that

11   we go by.

12        Q.    On the left side --

13        A.    Uh-huh.

14        Q.    -- the cover of Global Journalist it looks

15   to me like it's something I saw on your office wall?

16        A.    I'm sorry.

17        Q.    It looks to me like there's something I saw

18   on your office wall.  Is that one of the e-readers or

19   tablets we looked at?

20        A.    Yes, it's the -- it's the iRex e-reader.

21   This was used to illustrate an article I wrote about

22   e-readers and newspapers.

23        Q.    The next page of Exhibit 266 has a date of

24   2007.

25        A.    Uh-huh.

1          Q.    Can you tell me what that is?

2          A.    At that time we were working closely with

3     iRex.  They were helping provide us with their

4     e-readers to use for research.  We bought a number of

5     them, and we used it during our experiment with the

6     eMprint Missourian editions and gave copies -- this is

7     where we actually set up focus groups where we brought

8     people in and gave them iRex e-readers to read the

9     newspaper on and to get their reactions to it.

10         Q.    And is this iRex e-reader one of the ones

11    that's on the wall in your office?

12         A.    It's on my wall.  I also have a stack of

13    them on the other side of my office.

14         Q.    You bought quite a few?

15         A.    We bought twenty -- twenty of the

16    e-readers.

17         Q.    Can they still be used?

18         A.    Huh?

19         Q.    Can they still be used?

20         A.    Oh, yes.  Uh-huh.

21         Q.    How thick is it?

22         A.    Okay.

23         Q.    No, how thick is this one?

24         A.    I'm sorry?

25         Q.    How thick is this iRex?

1          A.    It's relatively thin.  The -- certainly not

2    more than a half-inch.

3          Q.    All right.  Next page, 2007 through 2010.

4          A.    Continued to pursue the vision I had of --

5    of digital Newsbooks, and at that point I had formed

6    the Digital Publishing Alliance.  We convinced -- or I

7    convinced a number of the newspapers, including the

8    New York Times, Washington Post to have us produce the

9    Newsbooks at RJI for free as part of their membership

10   in the Digital Publishing Alliance.

11          We established a store working with a --

12   another vendor where we sold Newsbooks to determine

13   what appeal they might have in the marketplace, and

14   based on what we -- what we learned determined that

15   there was a market for Newsbooks, and in fact

16   newspapers today are -- a number of newspapers are

17   doing Newsbooks today with Amazon and with other --

18   with other vendors and I think even with -- and I know

19   with -- with Apple with the iPad.

20          Q.    All right.  Can you tell me what is on the

21   final page, has a date of 2010?

22          A.    That's showing me as a very happy camper

23   having just recently received my -- I received my iPad

24   on the first day it became available from a UPS driver

25   and anxiously waiting for it, and demonstrating it at

Page 288

1    that point.

2         Q.   What's behind the iPad that you're

3    holding --

4         A.   Those are --

5         Q.   -- in the picture?

6         A.   -- e-readers and iRex devices.

7         Q.   Is the item immediately behind your hand a

8    prototype?

9         A.   Behind my hand is the iRex magazine-size

10   e-reader that actually -- they were selling those, and

11   then a variety of other e-readers, the Kindle, Sony,

12   and iRex.

13        Q.   I know you're trying to get to dinner.  So

14   you say here that this was -- that the iPad is the

15   first utilitarian tablet to realize your original

16   vision?

17        A.   Yes.

18        Q.   Why did the ones that came before it not

19   realize your original vision?

20             MR. ZELLER:  That assumes facts not in

21   evidence.  Go ahead.

22             THE WITNESS:  How should I answer?

23             MS. TAYLOR:  Go ahead and answer.

24             MR. ZELLER:  I made an objection.  I think

25   the question is objectionable.

1      A.    Yes.

2            MS. TAYLOR:  Leading.

3      Q.    (By Mr. Zeller)  It had four evenly rounded

4   corners?

5            MS. TAYLOR:  Leading.

6      A.    Yes.

7            MR. ZELLER:  You really need to understand

8   what a leading question is.  You obviously don't, so

9   you're just doing this to disrupt the deposition.

10           MS. TAYLOR:  I don't --

11           MR. ZELLER:  Do you want -- do you want

12  to -- should we bring out the federal rules and have

13  you read the definition of leading?  Leading is one

14  that suggests the answer.  If he can answer it yes or

15  no, that doesn't make it leading.

16           MS. TAYLOR:  I don't --

17           MR. ZELLER:  You need to understand what a

18  leading question is if you're going to interrupt the

19  deposition.

20           MS. TAYLOR:  I do not need you to be

21  condescending and I do not need a speech.

22           MR. ZELLER:  You need to -- you need to

23  consult the federal rules.

24           MS. TAYLOR:  I am fully aware of the

25  federal rules.  Move along, Counsel.

1          MR. ZELLER:  Well, tell me how the question

2   suggests the answer?  Let's read it back.  You have it

3   there.  Tell me how it suggests the answer.

4          MS. TAYLOR:  Counsel, I'm not going to get

5   in an argument with you.  Move along.

6          MR. ZELLER:  That's because you have no

7   answer.  So let's start over again so that I guess

8   she'll just continue to interrupt.

9      Q.   (By Mr. Zeller)  Please tell us whether or

10  not the Plexiglas mock-ups that were shown to the

11  survey respondents in February of 1997 at that first

12  table had an overall rectangular shape?

13     A.   Yes.

14     Q.   Please tell us whether it had four evenly

15  rounded corners?

16     A.   Yes.

17     Q.   Please tell us whether it had a flat clear

18  surface covering the front of the device?

19     A.   Yes.

20     Q.   Please tell us whether or not that flat

21  clear surface covering the front of the device was

22  without ornamentation?

23          MS. TAYLOR:  Objection, vague.

24     A.   It had no ornamentation.

25     Q.   (By Mr. Zeller)  It had no ornamentation?

1          Q.   Well, let's focus on what -- what you

2     actually --

3          A.   Uh-huh.

4          Q.   -- put into tangible form --

5          A.   Uh-huh.

6          Q.   -- and I'll break it down.

7          A.   Uh-huh.

8          Q.   Did the drawings that you created back in

9     1981 showing the tablet design that you conceived

10    of --

11         A.   Uh-huh.

12         Q.   -- have any physical buttons?

13         A.   There were no physical buttons.

14         Q.   Did the physical three-dimensional mock-up

15    that you created of your tablet design in 1981 have

16    any physical buttons?

17         A.   No.

18              MR. ZELLER:  Thank you.

19              MS. TAYLOR:  Okay.  I have a couple more

20    questions.

21              THE WITNESS:  Okay.

22                   FURTHER EXAMINATION

23    QUESTIONS BY MS. TAYLOR:

24         Q.   You were shown Exhibit 203?

25         A.   I'm sorry?

1          Q.   You were shown Exhibit 203?

2          A.   Yes.

3          Q.   When did you first see Exhibit 203?

4               MR. ZELLER:  You can answer that.  Just

5     don't -- don't describe the substance of

6     communications.

7               THE WITNESS:  I understand.

8               MR. ZELLER:  She's just asking when right

9     now.

10         Q.   (By Ms. Taylor)  I only want to know when.

11         A.   The -- just the last few days when we first

12    met.

13         Q.   What day?

14              THE WITNESS:  My head is finally feeling

15    how long we've been here.

16              MR. ZELLER:  It does seem longer.

17         A.   I guess it was -- yeah, yesterday is when I

18    saw it.

19         Q.   (By Ms. Taylor)  Yesterday is the first

20    time you saw Exhibit 203?

21         A.   Yesterday.  Uh-huh.  Uh-huh.

22         Q.   Have you seen a design patent before?

23         A.   Have I seen design patents?  Yes.

24         Q.   In what field?

25         A.   Going back to 1994, the attorneys for

1    Knight-Ridder showed me a number of design patents and

2    we discussed whether or not we should try to have a

3    design patent on the tablet that I was designing, and

4    their decision was that there was nothing novel about

5    a rectangular-shaped device with round corners, so

6    they opted not to invest in a patent.

7              Again, here at -- well, actually, again, at

8    Kent State I was approached about whether or not Kent

9    State should consider a patent on the tablet vision

10   that I was pursuing, and the conclusion of the

11   attorneys was that there was nothing novel enough

12   about the concept to justify a design patent, and they

13   also argued that it was too easy for a design patent

14   to be altered and -- and difficult to defend.

15             In I think about four years ago here at

16   University of Missouri I was approached again about is

17   there anything that I have created with a tablet and

18   my vision of a newspaper on a tablet that the

19   University of Missouri could patent, and we spent

20   several weeks analyzing my work, and the decision was

21   that I've already put it in the public domain and that

22   while they could probably get a patent approved, that

23   it would probably be impossible to defend.  And so

24   they decided not to invest in a patent.

25        Q.   My question is whether you'd ever seen any

Page 338

1   design patents?

2         A.   Oh, okay.  I'm sorry for -- I'm sorry.  My

3   head is starting to go.

4         Q.   It's late in the day.

5         A.   But yes, I have seen other examples of

6   design patents, but not specific to my -- my work.

7         Q.   Okay.  Did you ever on the 1994

8   prototype --

9         A.   Uh-huh.

10        Q.   What are those cards called -- cards

11  called, PCM- --

12        A.   PCMCIA card.

13        Q.   PCMCIA?

14        A.   It's a PC memory --

15        Q.   PCMI -- again?

16        A.   PCMCIA.

17             THE WITNESS:  Do I have that right, Mike?

18  Mike, you were looking up too.  It's a PCMCIA; is that

19  right?

20             MR. SADOWITZ:  That's correct.

21        Q.   (By Ms. Taylor)  Okay.  Did you ever build

22  a prototype where the PCMCIA cards were inserted and

23  flush to the surface?

24             MR. ZELLER:  You're talking about the 1994

25  design?

1            MS. TAYLOR:  Yes.

2        A.   All of the prototypes were exactly like

3    this, and as I explained, the reason was that I had to

4    have a way of easily getting those cards out.  So the

5    assumption was that they would be flush at the point

6    at which there was a mechanism that would make it easy

7    to extract the cards.

8        Q.   (By Ms. Taylor)  When you were doing the

9    mall intercept survey work at Kent State in 1997 --

10       A.   Uh-huh.  Uh-huh.

11       Q.   -- you were using what we have marked as

12   Exhibit 267; is that right?

13       A.   Correct.  Uh-huh.

14       Q.   Did you show the respondents any other

15   Plexiglas shapes other than 267?

16       A.   No.  They were all the same shape.

17            MR. ZELLER:  I'm sorry.  You're talking

18   about that first table, though.

19            THE WITNESS:  Uh-huh.  Right.

20       Q.   (By Ms. Taylor)  I'm talking about 267 --

21       A.   Yeah.

22       Q.   -- the Plexiglas shape.

23       A.   That was the shape we showed them.

24       Q.   Okay.  And then you also showed them what

25   we've marked at -- as 268 and 269 at a second table?

Page 340

```
 1          A.    Uh-huh.

 2          Q.    The article Portrait vs. Landscape, which

 3   is Exhibit 248 --

 4          A.    Uh-huh.  Uh-huh.  Correct.

 5          Q.    -- is that based upon that research that

 6   you did?

 7          A.    Based on that research, yes.

 8          Q.    Was it based upon anything -- did you do

 9   any other research for purposes of this art -- this

10   article that's Exhibit 248?

11          A.    Well, I have done further research on

12   portrait versus landscape, but nothing was printed

13   about it.

14          Q.    Prior to when you wrote Exhibit 248, did

15   you do any other research?

16          A.    Prior to that, no.

17          Q.    So the only research that you did that led

18   to this article, Exhibit 248, involved Exhibit --

19   involved the mall intercept survey that you did in

20   1997?

21          A.    Correct.

22          Q.    And the only shapes that the individual

23   respondents at the mall saw were Exhibits 267, 268,

24   and 269?

25          A.    Yes.
```

1          Q.    Okay.  What's a thin form factor?

2          A.    I'm sorry, what is --

3          Q.    What is a thin form factor?

4          A.    Anything that I consider less than an inch

5     in thickness.

6          Q.    And Mr. Zeller was asking you about your

7     Toshiba nondisclosure agreement.

8          A.    Uh-huh.

9          Q.    Is that still in place?

10         A.    I'm sorry?

11         Q.    Are you still under -- under the -- are you

12    still bound by the terms of the nondisclosure

13    agreement?

14         A.    No.

15              MR. ZELLER:  Wait a minute.  Let me just

16    interpose an objection before you answer --

17              THE WITNESS:  Uh-huh.

18              MR. ZELLER:  -- which is you can give your

19    understanding, but I object to the extent it calls for

20    a legal conclusion.

21         Q.    (By Ms. Taylor)  And I'm only asking your

22    understanding.

23         A.    My understanding, and when the two people

24    came from Toshiba with the tablet that they presented

25    to me, that the NDA no longer applied.

Page 344

1                    CERTIFICATE OF REPORTER

2    STATE OF MISSOURI   )
                         ) ss.
3    CITY OF ST. LOUIS   )

4              I, William L. DeVries, a Certified Court

5    Reporter (MO), Certified Shorthand Reporter (IL),

6    Registered Diplomate Reporter, Certified Realtime

7    Reporter, and a Notary Public within and for the State

8    of Missouri, do hereby certify that the witness whose

9    testimony appears in the foregoing deposition was duly

10   sworn by me; that the testimony of said witness was

11   taken by me to the best of my ability and thereafter

12   reduced to typewriting under my direction; that I am

13   neither counsel for, related to, nor employed by any

14   of the parties to the action in which this deposition

15   was taken, and further that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties thereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20                    _____

21                    Notary Public within and for

22                    The State of Missouri

23   Dated September 24th, 2011

24

25   My commission expires August 14, 2015.

Page 345

```
 1   STATE OF                  )

 2                             )

 3   COUNTY OF                 )

 4
     I, ROGER F. FIDLER, do hereby certify:
 5        That I have read the foregoing deposition;
          That I have made such changes in form and/or
 6   substance to the within deposition as might be
     necessary to render the same true and correct;
 7        That having made such changes thereon, I hereby
     subscribe my name to the deposition.
 8        I declare under penalty of perjury that the
     foregoing is true and correct.
 9


10
                         ROGER F. FIDLER
11

12            Executed this 24th day of September,

13   2011.

14

15

16   Notary Public:

17   My Commission Expires:

18

19

20

21

22

23

24

25
```

Page 346

1

2                      WITNESS ERRATA SHEET

3   Witness Name:  ROGER F. FIDLER

4   Case Name:  APPLE, INC., a California corporation vs.
    SAMSUNG ELECTRONICS CO., LTD., a Korean business
5   entity, et al.

6   Date Taken:  SEPTEMBER 23, 2011

7
    Page #_____  Line #_____
8
    Should Read:  _____
9
    Reason for Change: _____
10

11  Page #_____  Line #_____

12  Should Read:  _____

13  Reason for Change: _____

14
    Page #_____  Line #_____
15
    Should Read:  _____
16
    Reason for Change: _____
17

18  Page #_____  Line #_____

19  Should Read:  _____

20  Reason for Change: _____

21
    Page #_____  Line #_____
22
    Should Read:  _____
23
    Reason for Change: _____
24

25  Witness Signature: _____