# EXHIBIT E

REDACTED VERSION

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5  APPLE INC., a California        )
   corporation,                    )
6                                  )
                   Plaintiff,      )
7                                  )
          vs.                      )   No: 11-cv-01846
8                                  )         LHK
   SAMSUNG ELECTRONICS CO., LTD.,  )
9  a Korean business entity;       )
   SAMSUNG ELECTRONICS AMERICA,    )
10 INC., a New York corporation,   )
   SAMSUNG TELECOMMUNICATIONS      )
11 AMERICA, LLC, a Delaware        )
   limited liability company,     )
12                                 )
                   Defendants.    )
13 _____)
14
15        DEPOSITION OF CHRISTOPHER STRINGER
16             Redwood Shores, California
17             Wednesday August 3, 2011
18
19
20
21
22
23 Reported By:
24 LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25 JOB NO. 40906

1
2
3
4                        August 3, 2011
5                         9:05 a.m.
6
7
8         Videotaped Deposition of
9    CHRISTOPHER STRINGER, held at Quinn
10   Emanuel, 555 Twin Dolphin Drive,
11   Redwood Shores, California, pursuant
12   to Subpoena before Linda Vaccarezza, a
13   Certified Shorthand Reporter of the
14   State of California.
15
16
17
18
19
20
21
22
23
24
25

1  A P P E A R A N C E S:
2
3      QUINN EMANUEL URQUHART & SULLIVAN
4      Attorneys for Samsung Electronics
5          865 S. Figueroa St., 10th Floor
6          Los Angeles, California 90017
7      BY:  MICHAEL ZELLER, ESQ.
8           TAMAR BUCHAKJIAN, ESQ.
9           MARGRET CARUSO, ESQ.
10
11
12
       MORRISON & FOERSTER
13
       Attorneys for Apple Inc.
14
           425 Market Street
15
           San Francisco, California 94105
16
       BY:  MICHAEL A. JACOBS. ESQ.
17
            PATRICK ZHANG, ESQ.
18
19
20
21
22     Also present:  Erica Tierney, Apple Inc.
23
       Videographer:  Adam Del Rio
24
25



Page 96

TSG Reporting - Worldwide    877-702-9580





1  designs on it so that the witness could
2  be asked about CAD designs, and I'm
3  holding it for the video camera now.
4  Other than that, I think we are done.
5       MR. ZELLER: And we obviously
6  reserve our rights and I think you intend
7  to leave, if I understand things
8  correctly.
9       MR. JACOBS: Off the record.
10      THE VIDEOGRAPHER: This marks the
11 end of Tape Number 5 of five and
12 concludes today's deposition of
13 Christopher Stringer. The time is
14 7:04 p.m. and we are off the record.
15      (Time noted:  7:04 p.m.)
16
17
18                    _____
19                    CHRISTOPHER STRINGER
20
21 Subscribed and sworn to before me
22 This          day of            , 2011.
23 _____
24
25

1         C E R T I F I C A T E

2    STATE OF CALIFORNIA      )

3                             )

4    COUNTY OF SAN FRANCISCO  )

5         I, LINDA VACCAREZZA, a Certified

6    Shorthand Reporter for the State of

7    California, do hereby certify:

8         That CHRISTOPHER STRINGER, the

9    witness whose deposition is hereinbefore

10   set forth, was duly sworn by me and that

11   such deposition is a true record of the

12   testimony given by such witness.

13        I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage; and that I

16   am in no way interested in the outcome of

17   this matter.

18        IN WITNESS WHEREOF, I have hereunto

19   set my hand this 3rd day of

20   August, 2011.

21

22   _____

23   LINDA VACCAREZZA, CSR. NO. 10201

24

25