# EXHIBIT H

Contains Highly Confidential - Attorneys' Eyes Only  Portions

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                        --o0o--
 4  APPLE INC., a California
    corporation,
 5
                  Plaintiff,
 6
              Vs.                  Case No. 11-CV-01846-LHK
 7
    SAMSUNG ELECTRONICS CO., LTD.,
 8  a Korean business entity;
    SAMSUNG ELECTRONICS AMERICA,
 9  INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
10  AMERICA, LLC, a Delaware
    limited liability company,
11
                  Defendants.
12  _____/
13
14       VIDEOTAPED DEPOSITION OF COOPER WOODRING
15             Redwood Shores, California
16               Friday, August 5, 2011
17       (HIGHLY CONFIDENTIAL ATTORNEYS' EYES
            ONLY PORTIONS BOUND SEPARATELY)
18
19  Reported By:  CAROL S. NYGARD, CSR No. 4018
                  Registered Merit Reporter
20
21
22
23
24
25
```

Contains Highly Confidential - Attorneys' Eyes Only Portions

Page 2

1         August 5, 2011

2         9:46 a.m.

3  Videotaped Deposition of COOPER

4  WOODRING, held at the offices of

5  Quinn Emanuel Urquhart & Sullivan,

6  LLP, 555 Twin Dolphin Drive, Redwood Shores,

7  California, before Carol S. Nygard,

8  A Certified Shorthand Reporter,

9  Registered Merit Reporter.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Contains Highly Confidential - Attorneys' Eyes Only Portions

Page 3

```
 1                  A P P E A R A N C E S:
 2   FOR THE PLAINTIFF APPLE, INC.:
 3       MORRISON & FOERSTER
         BY:  ANDREW E. MONACH, ESQ.
 4            PATRICK J. ZHANG, ESQ.
         425 Market Street
 5       San Francisco, California  94105
 6
 7
         CYNDI WHEELER, Patent Counsel
 8       Apple
         1 Infinite Loop, MS 40-PAT
 9       Cupertino, California  95014
10
11
     FOR THE DEFENDANTS SAMSUNG:
12
         QUINN EMANUEL URQUHART & SULLIVAN
13       BY:  MICHAEL T. ZELLER, ESQ.
              TAMAR BUCHAKJIAN ESQ,
14       856 South Figueroa Street
         10th Floor
15       Los Angeles, CA  90017
16
17
18       QUINN EMANUEL URQUHART & SULLIVAN
         BY: MARGARET CARUSO, ESQ.
19           JOELLE PERRY, ESQ.
         555 Twin Dolphin Drive
20       5th Floor
         Redwood Shores, California  94065
21
22
23
         Also Present:
24
         JAKE KROHN, Videographer
25       NATE SUN
```

Contains Highly Confidential - Attorneys' Eyes Only Portions

Page 90

1    MR. ZELLER:  We need to change tapes.
2    VIDEOGRAPHER:  This is the end of tape one for
3    the deposition of Cooper Woodring.
4    We are off the record at 11:53.
5         (Discussion off the record)
6    VIDEOGRAPHER:  This is the beginning of tape
7    two for the deposition of Cooper Woodring.
8    We are back on the record at 11:56.
9  BY MR. ZELLER:
10      Q.   Finishing up there then with Exhibit 63, the
11  phone that you have in front of you, in terms of the
12  overall impression of the surface of that phone that you
13  have in front of you, do you believe that it is
14  substantially the same as the design depicted in the 677
15  design patent?
16      MR. MONACH:  Object to the form of the
17  question as asking this witness to form an opinion on
18  the fly here, but you can answer if you'd like.
19      THE WITNESS:  With regard to its color, yes.
20  BY MR. ZELLER:
21      Q.   I'm asking about it overall now.
22      MR. MONACH:  Same objections.
23      MR. ZELLER:  The overall surface.
24      THE WITNESS:  That's just not a -- an analysis
25  that I've previously made and would be reluctant to --

1   try to do that within 30 seconds when, you know,

2   substantially the same analysis is a fairly complex

3   analysis to make.

4   BY MR. ZELLER:

5       Q.    So you can't offer an opinion on that?

6       A.    I'd be reluctant to.

7       Q.    I'm not asking if you're reluctant to.

8             Can you offer an opinion on that?

9             MR. MONACH:  Objection.  Asked and answered.

10  Object to form.

11            THE WITNESS:  I don't think I'm willing to.

12  BY MR. ZELLER:

13      Q.    Are you refusing to answer my question or are

14  you saying you cannot answer it?

15            MR. MONACH:  Object to the form of the

16  question.

17            THE WITNESS:  I cannot answer it.

18  BY MR. ZELLER:

19      Q.    So you have no opinion; correct?

20            MR. MONACH:  Object to form.

21            THE WITNESS:  I'm -- I'm unwilling to -- to

22  try to answer your question in, you know, 30 seconds or

23  not when I've spent hours and hours trying to arrive at

24  a -- a correct solution in other comparisons.

25  BY MR. ZELLER:

Contains Highly Confidential - Attorneys' Eyes Only  Portions

Page 304

1    Q.    Anything else?
2    A.    No, that's about it.
3          MR. ZELLER:  All right.
4          MR. MONACH:  All right.
5          Thank you.
6          VIDEOGRAPHER:  This is the end of the
7    deposition of Cooper Woodring after four tapes.
8          And we're off the record at 7:33.
9          (Thereupon the deposition was adjourned at.
10         7:33 p.m.)
11                    --o0o--
12         Signed under penalty of perjury:
13         _____
14                    COOPER C. WOODRING
15         _____
16                    DATE
17
18
19
20
21
22
23
24
25

Contains Highly Confidential - Attorneys' Eyes Only Portions

Page 305

1    I, CAROL S. NYGARD, a Certified Shorthand
2    Reporter of the State of California, duly authorized to
3    administer oaths, do hereby certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth; that
6    any witnesses in the foregoing proceedings, prior to
7    testifying, were duly sworn; that a record of the
8    proceedings was made by me using machine shorthand which
9    was thereafter transcribed under my direction; that the
10   foregoing transcript is a true record of the testimony
11   given.
12       Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal Case,
14   before completion of the proceedings review of the
15   transcript was not requested.
16       I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19       IN WITNESS WHEREOF, I have this date
20   subscribed my name:
21       Dated: August 6th, 2011
22
23       _____
24       CAROL S. NYGARD, CSR #4018
25