HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.  4:11-CV-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS**<br><br>Date:  April 5, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO
DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

1

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |

Counterclaim-Plaintiff,

v.

APPLE INC., a California corporation,

Counterclaim-Defendants.

WHEREAS, on November 22, 2011, defendants Samsung Electronics Co. LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Dismiss Apple's Amended Counterclaims ("Motion to Dismiss");

WHEREAS, Apple's current deadline to respond to Samsung's Motion to Dismiss is December 6, 2011;

WHEREAS, Samsung's current deadline to file its reply is December 13, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The time for Apple to respond to Samsung's Motion to Dismiss shall be extended fourteen (14) days, up to and including December 20; and

2. The time for Samsung to file its reply shall be extended up to and including January 9, 2012.

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

1  Dated: December 1, 2011

2  WILMER CUTLER PICKERING  QUINN EMANUEL URQUHART &
3  HALE AND DORR LLP  SULLIVAN

4
5  By:   /s/ Mark D. Selwyn  By:   /s/ Todd Briggs
       MARK D. SELWYN       CHARLES K. VERHOEVEN
6                           KEVIN P.B. JOHNSON
                            VICTORIA F. MAROULIS
7                           EDWARD DEFRANCO
                            MICHAEL T. ZELLER
8
       Attorney for Plaintiff   Attorneys for SAMSUNG ELECTRONICS
9      APPLE INC.               CO. LTD, SAMSUNG ELECTRONICS
                                AMERICA, INC., AND SAMSUNG
10                              TELECOMMUNICATIONS AMERICA,
                                LLC.
11

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: December 1, 2011                                /s/ Mark. D Selwyn
                                                        Mark D. Selwyn

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4    Dated: _____, 2011          By: _____

                                                            Honorable Lucy H. Koh