HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    4:11-CV-01846-LHK<br><br>**SELWYN DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS**<br><br>Date:             April 5, 2012<br>Time:             1:30 p.m.<br>Place:            Courtroom 8, 4th Floor<br>Judge:           Hon. Lucy H. Koh |

1

SELWYN DECLARATION IN SUPPORT OF JOINT
STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO
DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

|   |   |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiff, |
| 7 | v. |
| 8 | APPLE INC., a California corporation, |
| 9 | Counterclaim-Defendants. |
| 10 | |

I, Mark D. Selwyn, declare as follows:

1. I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. This declaration is submitted in support of the proposed stipulation and order filed jointly by Apple and Samsung requesting an order from this Court extending the briefing schedule for Samsung's Motion to Dismiss Apple's Amended Counterclaims ("Motion to Dismiss").

3. On November 22, 2011, Samsung filed its Motion to Dismiss.

4. Apple's opposition to Samsung's Motions to Dismiss is due on December 6, 2011.

5. Samsung's reply is due on December 13, 2011.

2

SELWYN DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

6. The Court has scheduled a hearing on Samsung's Motion to Dismiss at 1:30 p.m. on April 5, 2012.

7. The parties have met and conferred regarding the briefing schedule on Samsung's Motion to Dismiss, and have agreed to as follows:

a. The time for Apple to respond to Samsung's Motion to Dismiss would be extended fourteen (14) days, up to and including December 20; and

b. Samsung would file its reply in support of its Motion to Dismiss by January 9, 2012.

8. Previous time modifications in this case, whether by stipulation or Court order, include the following:

a. On April 26, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on its motion to expedite discovery. (Dkt No. 26.)

b. On May 9, 2011, Apple and Samsung stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21, 2011.  On May 10, 2011, the Court signed the Stipulation and Order regarding an extension of time for Samsung to serve responsible pleadings.

c. On June 1, 2011, the Court granted in part Samsung's request to shorten time for hearing and briefing on Samsung's Motion to Compel Reciprocal Expedited Discovery.

d. On July 18, 2011, the Court ordered a briefing schedule related to expedited discovery and Apple's motion for a preliminary injunctions, setting dates from July 2011 through the October 13, 2011 hearing on Apple's Motion for Preliminary Injunction.

3

SELWYN DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

    e. On July 20, 2011, the parties stipulated to altering the briefing schedule on Samsung's Motion to Disqualify Bridges and Mavrakakis LLP to reflect the Court's change in hearing dates, extending the time for both Apple's opposition and Samsung's reply by seven days to August 1 and August 8, respectively.

    f. On August 8, 2011, the parties stipulated to extend Samsung's discovery deadline from August 8 until August 16.

    g. On September 1, 2011, the Court granted the parties' stipulation to an expedited briefing schedule for Samsung's Motion to Compel Apple to Produce Documents and Things in Response to Samsung's Request for Production No. 1 and Further Responses to Interrogatories Nos. 1, 3, and 6, setting the hearing on Samsung's motion to compel for September 13, 2011, the deadline for Apple's opposition on September 9, 2011, and the deadline for Samsung's reply on September 12, 2011.

  9. This stipulation does not affect the currently scheduled hearing date of April 5, 2012.

  10. No other deadlines or hearing dates are affected by this stipulation and [proposed] order.

 I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2011 in Palo Alto, California.

              /s/ Mark D. Selwyn
              MARK D. SELWYN

4

SELWYN DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)