# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: December 2, 2011                                  Time in Court: (10 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Apple, Inc. v. Samsung Electronics, Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Richard Hung and Matthew Ahn
Defendant Attorney(s) present: Kevin Johnson and Aaron Kaufman

### PROCEEDINGS
**Telephonic hearing as to Discovery Dispute**

Telephonic hearing held in chambers.
Court to issue order after hearing.

///