HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.    4:11-CV-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS**<br><br>Date:           April 5, 2012<br>Time:          1:30 p.m.<br>Place:         Courtroom 8, 4th Floor<br>Judge:        Hon. Lucy H. Koh |

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiff, |
| 7 | v. |
| 8 | APPLE INC., a California corporation, |
| 9 | Counterclaim-Defendants. |
| 10 | |

WHEREAS, on November 22, 2011, defendants Samsung Electronics Co. LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Dismiss Apple's Amended Counterclaims ("Motion to Dismiss");

WHEREAS, Apple's current deadline to respond to Samsung's Motion to Dismiss is December 6, 2011;

WHEREAS, Samsung's current deadline to file its reply is December 13, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The time for Apple to respond to Samsung's Motion to Dismiss shall be extended fourteen (14) days, up to and including December 20; and

2. The time for Samsung to file its reply shall be extended up to and including January 9, 2012.

2

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR SAMSUNG'S MOTION TO DISMISS APPLE'S AMENDED COUNTERCLAIMS
Case No. 4:11-cv-01846 (LHK)

1 | Dated: December 1, 2011

2 | WILMER CUTLER PICKERING HALE AND DORR LLP

QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Mark D. Selwyn
MARK D. SELWYN

By: /s/ Todd Briggs
CHARLES K. VERHOEVEN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
EDWARD DEFRANCO
MICHAEL T. ZELLER

Attorney for Plaintiff
APPLE INC.

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.


Dated:  December 1, 2011                               /s/ Mark. D Selwyn
                                                       Mark D. Selwyn

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  Dated: __December 5__, 2011          By: _/s/ Lucy H. Koh_

5                                             Honorable Lucy H. Koh