1  Each of the above-referenced administrative motions to seal is accompanied by a declaration setting
2  forth the basis for the sealing request. The court finds the information contained within each
3  declaration to be sufficient under the "good cause" standard applicable to non-dispositive motions.
4  Accordingly,

The court hereby ORDERS that Samsung's administrative motions to seal documents in opposition to Apple's motion for protective order,[11] as well as in response to Apple's supplemental statement in opposition to Samsung's motion to compel[12] are GRANTED. Apple's motions to file under seal documents in opposition to Samsung's motion to compel, including Apple's opposition and five sets of declarations,[13] as well as Apple's supplemental statement regarding its own motion for a protective order[14] are also GRANTED.

The court further ORDERS the parties to file within five (5) business days redacted versions of those documents lodged under seal for which the court has not expressly authorized sealing the document in its entirety.

The court further ORDERS that for all future administrative motions to seal documents filed before the undersigned, the party shall also publicly e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents that the party is seeking to file under seal. In all other respects, parties shall comply with G.O. 62 and Civ. L.R. 79-5.

**IT IS SO ORDERED.**

Dated: December 7, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

---

[11] *See* Docket No. 340.

[12] *See* Docket No. 378.

[13] *See* Docket No. 351.

[14] *See* Docket No. 390.