1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to the Declaration of Mark Tung in Support of Samsung's Notice of Lodging of Materials in Opposition to Apple's Motion for a Preliminary Injunctions ("Tung Declaration") and Exhibits E, G, N, T, V, and X of the Tung Declaration.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The

1  declaration establishes that the below documents contain information that has been designated as
2  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Apple or HIGHLY
3  CONFIDENTIAL — ATTORNEYS' EYES ONLY by Samsung, or sealed by order of this Court.
4      Accordingly, for good cause shown, the Court ORDERS that the following documents
5  shall be filed under seal:
6      1. The Declaration of Mark Tung in Support of Samsung's Notice of Lodging of
7         Materials in Opposition to Apple's Motion for a Preliminary Injunctions ("Tung
8         Declaration"); and
9      2. Exhibits E, G, N, T, V, and X of the Tung Declaration.
10
11  **IT IS SO ORDERED.**
12
13  DATED:   December _____, 2011
14
15
16                  Hon. Lucy H. Koh
                United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28