# EXHIBIT C

# Digital Kent Stater

Wednesday, June 28, 1995 — Kent State University

**Chivalry never dies**
The Greater Pittsburgh Renaissance Festival trots into Butler, Pa., for its second year. The Stater takes a look at the festival that brings a slice of a bygone era to the area.

| TODAY | 2 |
|---|---|
| Campus | 14 |
| Region View | |
| Nation View | |
| World View | |
| Police Blotter | |
| Obituaries | |
| Opinion | |
| Consumer | |
| Comics | |
| Weather | |
| SPORTS | 17 |
| GUIDE | 9 |
| OUTER WORLD | 8 |
| SCI/HEALTH | 11 |
| HIGHER ED. | 12 |

## Finance minor is approved for fall 1997

Starting next fall, any Kent student will be able to minor in finance.

Faculty Senators approved the new minor on Friday.

The minor would allow non-business students to get exposure to finance without enrolling in other courses required for business majors.

Assistant Dean of Business Liz Sinclair said the new students would go in existing classes, so the minor would need no additional resources.

## Suspects named in 2 stabbings

Kent Police have named suspects in recent stabbings at local restaurants.

An Aurora man was charged in the July 12 stabbing at Taco Bell. Separately, police issued a warrant for an Alliance [man?] [in a] stabbing [at a Ponderbelly?] lot.

## Taming the calculus monster



Photo illustration by Jeff Carnaratti

For generations, university students have struggled to learn calculus. Three Kent State mathematics professors are using a new way of teaching to make things easier.

The professors put their students in a two-hour lab every week. In the lab, students work in teams, using calculus to solve every-day problems. Math Professor Robert Powell says the team method is a powerful tool for learning.

About half of all calculus sections use the group approach.

## Kent First tuition plan is a big hit

Nearly 15 percent of this year's freshman class is using the new Kent First tuition payment plan.

After a $1,750 down payment, students pay $400 a month for the next 36 months. They have up to five years or 144 credit hours to complete their degrees. After graduation, students receive a $1,000 certificate they can use toward graduate work at Kent State University.

Vice President Lawrence Kelley said 26 percent of freshmen surveyed said Kent First was influential in their decision to enroll at Kent State.

If a student withdraws or transfers, the university refunds the difference between what the student would owe and how much he or she has already paid.

## Fall movie schedule is finally approved

Final plans for on-campus movies this fall were approved by Undergraduate Student Senate.

The senators approved a proposal by the International Film Society that included revised marketing plans and cuts in its movie schedule. IFS, proposals denied, hopes the changes will double movie attendance.

Senate also restored $3,000 to the ACPB Flicks program to help cover higher costs for renting the movies.

Among the movies ACPB will show this fall is Batman Forever.

EXHIBIT 268
WD 9-23-11

