# EXHIBIT D

# Digital Kent Stater

Wednesday, June 28, 1995   Kent State University   Volume 77, No. 6



**What's Inside**

**Chivalry never dies**
The Greater Pittsburgh Renaissance Festival trots into Butler, Pa., for its second year. The Stater takes a look at the festival that brings a slice of a bygone era to the area.

**TODAY** 2
14
Campus
Region View
Nation View
World View
Police Blotter
Obituaries
Opinion
Consumer
Comics
Weather

**SPORTS**
11

**GUIDE**
9

**OUTER WORLD**
8

**SCI/HEALTH**
11

**HIGHER ED.**
12

AD INDEX
NEWS INDEX
SEARCH
PREFERENCES
CLOSE

## Kent First tuition plan is a big hit

Nearly 15 percent of this year's freshman class is using the new Kent First tuition payment plan.

After a $1,750 down payment, students pay $400 a month for the next 36 month. They have up to five years or 144 credit hours to complete their degrees. After graduation, students receive a $1,000 certificate they can use toward graduate work here.

Vice President Lawrence Kelley said 26 percent of freshmen surveyed said Kent First was influential in their decision to enroll at Kent State.

If a student withdraws or transfers, the university refunds the difference between what the student would owe and how much he or she has already paid.

## Finance minor is approved for fall 1997

Starting next fall, any Kent student will be able to minor in finance.

Faculty Senators approved the new minor on Friday.

The minor would allow non-business students to get exposure to finance without taking other courses required for business majors.

The minor would require 24 hours of coursework and start in 1997.

Assistant Business Dean Liz Sinclair said the new students would go in existing classes, so the minor would cost no additional resources.

## Suspects named in 2 stabbings

Kent Police have named suspects in recent stabbings at local restaurants.

An Aurora man was charged in the July 12 stabbing at Taco Bell. Separately, police issued a warrant for an Alliance man for the July 8 stabbing in the Pufferbelly Restaurant parking lot. The man is already in Stark County Jail on other charges.



Photo illustration by Jeff Camarati

## Taming the calculus monster

For generations, university students have struggled to learn calculus. Three Kent math professors are using a new way of teaching to make things easier.

The professors put their students in a two-hour lab every week. In the lab, students work in teams, using calculus to solve every-day problems. Math Professor Robert Powell says the team method is a powerful tool for learning.

About half of all calculus sections use the group approach.

## Fall movies finally approved



Final plans for on-campus movies this fall

ciety that included revised marketing plans and cuts in its movie schedule. IFS, which had two previous proposals denied, hopes the changes will double movie attendance.

Senate also restored $3,000 to the ACPB Flicks program to help cover higher costs for renting the movies.

Among the movies ACPB will show this fall is Batman Forever.

