1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15
16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

20              Plaintiff,                    CASE NO. 11-cv-01846-LHK

21        vs.                                 **MANUAL FILING NOTIFICATION FOR
                                              EXHIBIT E TO DECLARATION OF
22 SAMSUNG ELECTRONICS CO., LTD., a           MARK TUNG IN SUPPORT OF
   Korean business entity; SAMSUNG            SAMSUNG'S NOTICE OF LODGING OF
23 ELECTRONICS AMERICA, INC., a New           MATERIALS IN SUPPORT OF
   York corporation; SAMSUNG                  SAMSUNG'S OPPOSITION TO APPLE'S
24 TELECOMMUNICATIONS AMERICA,                MOTION FOR A PRELIMINARY
   LLC, a Delaware limited liability company, INJUNCTION**
25
              Defendant.
26

27

28
                                              Case No. 11-cv-01846-LHK
   MANUAL FILING NOTIFICATION FOR EXHIBIT ___ TO DECLARATION OF _____
   IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

1

**MANUAL FILING NOTIFICATION**

2

3    Regarding:     EXHIBIT E to the DECLARATION OF MARK TUNG IN SUPPORT OF

4                   SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF

5                   SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY

6                   INJUNCTION

7

8    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

9    office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

10   For information on retrieving this filing directly from the court, please see the court's main web

11   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

12

13   This filing was not e-filed for the following reason(s):

14   _____     Voluminous Document (PDF file size larger than efiling system allowances)

15   _____     Unable to Scan Documents

16   _____     Physical Object (description):  _____

17   _____     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

18   __x___     Item Under Seal

19   _____     Conformance with th eJudicial Conference Privacy Policy (General Order 53)

20   _____     Other (description):  _____

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK

MANUAL FILING NOTIFICATION FOR EXHIBIT ___ TO DECLARATION OF _____
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

1    DATED: December 7, 2011          Respectfully submitted,

2                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
3

4

5                                         By      /s/
                                             Victoria F. Maroulis
6                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
7                                            INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION FOR EXHIBIT ___ TO DECLARATION OF _____
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION