# EXHIBIT H

FIG. 1



40301867

FIG. 2



40301867



FIG. 3



FIG. 3a

40301867

FIG. 4



40301867

FIG. 5



40301867

FIG. 6



40301867

FIG. 7



40301867

FIG. 8



40301867

Geschmacksmusteranmeldung vom 03.03.2002

„Flachbildschirm ohne Rahmen"

für BLOOMBERG LP

### Beschreibung

- Figur 1 ist eine perspektivische Frontansicht des Flachbildschirms ohne Rahmen.
- Figur 2 ist eine perspektivische Rückansicht hiervon.
- Figur 3 ist eine perspektivische Explosionsansicht hiervon.
- Figur 3a ist eine dreidimensionale Frontansicht hiervon.
- Figur 4 ist eine Vorderansicht hiervon.
- Figur 5 ist eine Rückansicht hiervon.
- Figur 6 ist eine rechte Seitenansicht hiervon. Die linken und rechten Seiten sind spiegelbildlich zueinander.
- Figur 7 ist eine Draufsicht hiervon.
- Figur 8 ist eine Ansicht von unten hiervon.

4030 1307