# EXHIBIT I

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１５年７月７日（２００３．７．７）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１１７８４７０号（Ｄ１１７８４７０）
（２４）【登録日】平成１５年５月１６日（２００３．５．１６）
（５４）【意匠に係る物品】映像表示機
（５２）【意匠分類】Ｈ４－３３２
（５１）【国際意匠分類（参考）】１４－０２
（２１）【出願番号】意願２００２－２４５６３（Ｄ２００２－２４５６３）
（２２）【出願日】平成１４年９月１０日（２００２．９．１０）
（７２）【創作者】
【氏名】長谷川　豊
【住所又は居所】東京都品川区北品川６丁目７番３５号　ソニー株式会社内
（７３）【意匠権者】
【識別番号】０００００２１８５
【氏名又は名称】ソニー株式会社
【住所又は居所】東京都品川区北品川６丁目７番３５号
【審査官】渡邊　久美
（５６）【参考文献】意登８４５１５６　意登８４５１５７　意登９９９８５０　意登１０１０５８９　意登１
０４４３４５　意登１０４４３４５－２　意登１０９３４７９　実開昭６３－２６８６５　実開平４－７５３７
１　実開平４－１１９４７８　実開平４－１２０９８１　商店建築、１２号、３６巻、（１９９１－１２－１）
、１２７頁　日経デザイン、１７６号、（２００２－１－２４）、３８頁　ＢｅａｕＳｉｇｎ誕生（電波新聞８
．９．５Ｐ９）、１頁　ＬＥＤＤＩＳＰＬＡＹアドサイン'９４総合カタログ（電波新聞Ｐ５１９９４，３，１
７）、２頁　ＳＢＤ－２３Ｃ超高輝度３色カラーＬＥＤ電子ディスプレイ（電波新聞１９９３－１１－６，Ｐ３
１）、１頁、ＳＢＤ－２３Ｃ　らくらくサイン（日刊工業新聞　Ｈ１１．９．１　Ｐ３９）、２頁　ピアディ
ＰＡＤ－２３　ＰＡＤ－２３Ｄ　（電波新聞　Ｈ１１．３．１　Ｐ２３）、１頁　ワイド画面　ピアデイ２００
０（電波新聞　Ｈ１２．２．３　Ｐ１５）、２頁　順番待ち表示器ＪＱ－１０００型　（日刊工業新聞　Ｈ１１
．５．１７　Ｐ８）、３頁、ＪＱ－１０００Ｗ　大韓民国意匠商標公報、２００１－３１、（２００２－３－９
）、３０－０２８５５３１　その他、カタログあり。
（５５）【意匠に係る物品の説明】本願意匠に係る物品は、電子計算機等から無線にて受信した画像、映像及び
文字データ等を透明である表示部に表示させることができるものである。また、透明部を示す参考正面図に示し
た通り、フレーム以外は全て透明であり、電源はフレーム型の蓄電池より供給されるものである。
（５５）【意匠の説明】透明部を示す参考正面図中、斜線を施した部分は透明である。
【図面】
【斜視図】

SAMNDCA00027686

(2)　　　　　　　　　　意匠登録１１７８４７０



【透明部を示す参考正面図】



【正面図】

SAMNDCA00027687

(3)　　　　　　　　　　意匠登録１１７８４７０



【背面図】



【右側面図】

SAMNDCA00027688

意匠登録1178470

【平面図】

【左側面図】

SAMNDCA00027689

(5)　　　　　　　　　　意匠登録１１７８４７０

【底面図】

SAMNDCA00027690