# EXHIBIT J

Share  Report Abuse  Next Blog»   Create Blog  Sign In

Ricardo Vilas-Boas Portfolio

# Industrial design Portfolio

//Nokia I.D.// 2004

PAGES

- Home
- //Restless Mobiles// 2010
- //Growing project// 2010
- //Electrolux Design Lab// 2004
- //Nokia I.D.// 2004
- //Barbosa e Almeida// 2000
- //Furniture Design//
- //Installations//
- CV

Nokia I.D.
Mobile phones are generic generated. There is no diference between the same phone, but there are differences between it's users. Even users have different moods and attitudes during a single day. When a user is commuting to work he may like to watch a film, and have a personal ring tone, when at work he may want the phone to be more discreet and when at home he may want the phone to block phone calls
By creating a mobile phone that could change colours, appearance and interactions you can offer the users the possibility to have their own personal mobile phone. Users can create new environments and share them on Nokia's I.D. website so other people can download it as an open source software, allowing the community to grow.
Create, share, personalise.





Case 5:11-cv-01846-LHK Document 456-13 Filed 12/07/11 Page 3 of 7



SAMNDCA00045059

Ricardo Vilas-Boas Portfolio: //Nokia I.D // 2004    Case 5:11-cv-01846-LHK   Document 456-13   Filed 12/07/11   Page 4 of 7    Page 3 of 6







http://rdvb-designshowcase.blogspot.com/p/cheddar-1-2009.html    10/11/2011
SAMNDCA00045060

Home

Subscribe to: Posts (Atom)

ABOUT ME

View my complete profile

Simple template. Powered by Blogger.

SAMNDCA00045061

SAMNDCA00045062

SAMNDCA00045063