QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT L TO DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

## MANUAL FILING NOTIFICATION

Regarding:      EXHIBIT L to the DECLARATION OF MARK TUNG IN SUPPORT OF

SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF

SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY

INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web

site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____      Voluminous Document (PDF file size larger than efiling system allowances)

_____      Unable to Scan Documents

_____      Physical Object (description):   _____

\_\_X\_\_      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____      Item Under Seal

_____      Conformance with th eJudicial Conference Privacy Policy (General Order 53)

_____      Other (description):   _____

1    DATED: December 7, 2011             Respectfully submitted,

2                                        QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
3

4

5                                        By    /s/
                                             Victoria F. Maroulis
6                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
7                                            INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION FOR EXHIBIT ___ TO DECLARATION OF _____
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION