# EXHIBIT O

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5  APPLE INC., a California          )
    corporation,                      )
 6                                    )
                    Plaintiff,        )
 7                                    )
           vs.                        )   No: 11-cv-01846
 8                                    )         LHK
    SAMSUNG ELECTRONICS CO., LTD.,    )
 9  a Korean business entity;         )
    SAMSUNG ELECTRONICS AMERICA,      )
10  INC., a New York corporation,     )
    SAMSUNG TELECOMMUNICATIONS        )
11  AMERICA, LLC, a Delaware          )
    limited liability company,        )
12                                    )
                    Defendants.       )
13  _____)
14
15       DEPOSITION OF CHRISTOPHER STRINGER
16            Redwood Shores, California
17            Wednesday August 3, 2011
18
19
20
21
22
23  Reported By:
24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25  JOB NO. 40906
```

1           MS. CARUSO:  Margret Caruso, Quinn
2      Emanuel, for Samsung.
3           MR. JACOBS:  Michael Jacobs,
4      Morrison Foerster, for Apple.
5           MR. ZHANG:  Patrick Zhang,
6      Morrison Foerster, for Apple.
7           MS. TIERNEY:  Erica Tierney for
8      Apple.
9           THE VIDEOGRAPHER:  Thank you.
10     Will the court reporter please administer
11     the oath, and we can proceed.
12
13 C H R I S T O P H E R   S T R I N G E R:
14     called as a witness, having been duly
15     sworn by the Certified Shorthand
16     Reporter, was examined and testified as
17     follows:
18 EXAMINATION BY:
19 MR. ZELLER:
20      Q    Good morning.
21      A    Hi.
22      Q    Have you ever had your deposition
23 taken before?
24      A    Yes.
25      Q    On how many times?

1            MR. JACOBS:  Objection, form as
2       previously stated.
3            THE WITNESS:  I don't feel I am
4       equipped to answer that question beyond
5       what I've already said.
6       Q.   You're not certain; is that true?
7       A.   As -- I'm not certain that I fully
8  understand exactly the implications of your
9  question, so I cannot answer it without further
10 study.
11      Q.   I'm not asking about implications,
12 nor is it relevant whether you understand
13 implications.  My question is a simple one.  You
14 understand that patents claim something or it
15 doesn't, right?
16      A.   Yes.
17      Q.   My question is:  Part of the
18 design that is claimed here in U.S. design patent
19 504889, does it claim this line that's here
20 depicting a border or the margin, yes or no?
21           MR. JACOBS:  Objection form.
22           THE WITNESS:  I believe the dotted
23      line represents the area outside of the
24      active area of the LCD.  That what I'm
25      not clear on is whether the patent claims

1       -- I cannot answer yes or no.  I'm not --
2       Q.   You're not certain whether the
3  patent claims that -- what you're calling that
4  line representing the border between the active
5  area of the LCD and the area outside of it,
6  right?
7       A.   As I understand it, broken lines
8  are not part of the claim design.
9       Q.   I know and you've said that.  My
10 question is about this particular patent.  Does
11 this particular patent, the 889 design patent,
12 claim that dotted line as part of its patent
13 claim?
14      A.   I would have to research this and
15 look into the nature of how this is dotted.  It
16 is not dotted in the fashion that I see in the
17 other patent drawings, so I cannot attest to
18 whether or not there is a printing issue or if
19 it's truly a dotted line.
20      Q.   In other words, you can't tell
21 from the face of Exhibit 8 as you have it; is
22 that true?
23      A.   Based on comparison with other
24 patent drawings, which aren't very clear on what
25 a dotted line looks like, I have to say there is

1   in my mind a small amount of ambiguity, and I'm
2   not prepared to go beyond this.
3           Q.    Whether it's a small amount or
4   not, it's ambiguous to you, correct?
5           A.    Yes.
6           Q.    That's right?
7                 Directing your attention to Figure
8   9.
9                 MR. JACOBS:    Figure 9 of what?
10                MR. ZELLER:    Of the same patent,
11  the 889 design patent which is Exhibit 8.
12                THE WITNESS:    Okay.
13          Q.    Directing your attention to Figure
14  9 of the 889 design patent, Exhibit 8, do you see
15  the tablet sides?
16          A.    Yes.
17          Q.    You'll see that it looks thicker
18  in the side profile on the side that's closer and
19  then narrows into what's essentially a wedge
20  shape?  Do you see that?
21          A.    I can -- it can be interpreted as
22  what you described.  I can see other
23  interpretations also.
24          Q.    Well, what interpretation, in
25  fact, is being claimed here in the 889 design

```
                                                   Page 325
 1    designs on it so that the witness could
 2    be asked about CAD designs, and I'm
 3    holding it for the video camera now.
 4    Other than that, I think we are done.
 5         MR. ZELLER:  And we obviously
 6    reserve our rights and I think you intend
 7    to leave, if I understand things
 8    correctly.
 9         MR. JACOBS:  Off the record.
10         THE VIDEOGRAPHER:  This marks the
11    end of Tape Number 5 of five and
12    concludes today's deposition of
13    Christopher Stringer.  The time is
14    7:04 p.m. and we are off the record.
15         (Time noted:  7:04 p.m.)
16
17
18
19                 CHRISTOPHER STRINGER
20
21    Subscribed and sworn to before me
22    This  1st  day of  SEPTEMBER , 2011.
23    _____
24
25
```

*Apple v. Samsung*
Case No. 11-CV-01846-LHK

ERRATA SHEET

Deponent: Chris Stringer, on behalf of Apple Inc.
Date: August 3, 2011

| Page | Line(s) | Original Text | Change to Text | Reason for Change |
|---|---|---|---|---|
| 7 | 25 | I'm the director | I'm a director | Transcription error |
| 14 | 3 | Is Director | It's Director | Transcription error |
| 22 | 13 | Because there were | Because they were | Transcription error |
| 24 | 17 | Sidney | Sydney | Transcription error |
| 25 | 15 | Seymore Powel | Seymour Powell | Transcription error |
| 30 | 12-13 | For the purpose that have exhibition there | For the purpose of having exhibitions. There was…. | Transcription error |
| 46 | 12 | Every product that we make it | Every product that we make is | Transcription error |
| 75 | 6 | In a course way | In a coarse way | Transcription error |
| 77 | 22 | The rear house to go a single piece | The rear housing to get a single piece | Transcription error |
| 80 | 14 | Essentially chasse | Essentially a chassis | Transcription error |
| 101 | 21 | Monotone plain | Monotone plane | Transcription error |
| 129 | 12-13 | There was a long, thin rectangle as my best recollection | There was a long, thin rectangle is my best recollection | Transcription error |
| 172 | 21 | It that is multiple meanings | It has multiple meanings | Transcription error |
| 176 | 2 | It is disadvantage | It is a disadvantage | Transcription error |

| Page | Line(s) | Original Text | Change to Text | Reason for Change |
|---|---|---|---|---|
| 192 | 6 | Traces in a grade | Traces in a grid | Transcription error |
| 192 | 11 | That the grids | That the grid is | Transcription error |
| 197 | 8 | The designers are a | The designs are a | Transcription error |
| 200 | 5 | Our CAD sculptures | Our CAD sculptors | Transcription error |
| 208 | 9 | It would be more commercial viable | It would be more commercially viable | Transcription error |
| 231 | 14 | There is a whole slue | There is a whole slew | Transcription error |
| 260 | 20 | Thick, raised bevel | Thick, raised bezel | Transcription error |
| 261 | 21 | Raised thick bevel | Raised thick bezel | Transcription error |
| 275 | 24 | Which aren't very clear | Which are very clear | Transcription error |
| 278 | 25 | Dotted men | Dotted man | Transcription error |
| 286 | 9 | When this patent drawing | What this patent drawing | Transcription error |
| 297 | 20 | Johnny | Jony | Transcription error |
| 297 | 22 | That results | The results | Transcription error |
| 299 | 20 | Cal Cid | Cal Seid | Transcription error |
| 310 | 8 | As I think you've asking me | As I think you're asking me | Transcription error |

Dated: 9-1-11           By: *Chris Stringer*

[NOTARY BLOCK]