# EXHIBIT P

Confidential Attorneys' Eyes Only Outside Counsel

Page 1

1                    UNITED STATES DISTRICT COURT
2                  NORTHERN DISTRICT OF CALIFORNIA
3                        SAN JOSE DIVISION
4
5    APPLE INC., a California
     corporation,
6
                    Plaintiff,
7
     vs.                              CASE NO.  11-CV-01846-LHK
8
     SAMSUNG ELECTRONICS CO., LTD.,
9    A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                    Defendants.
13   _____/
14
15              C O N F I D E N T I A L
16         A T T O R N E Y S'  E Y E S   O N L Y
17            O U T S I D E   C O U N S E L
18
19   VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN, Ph.D.
20             SAN FRANCISCO, CALIFORNIA
21             TUESDAY, AUGUST 16, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 41176

Confidential Attorneys' Eyes Only Outside Counsel

Page 2

1          TUESDAY, AUGUST 16, 2011

2                9:10 a.m.

3

4

5

6     VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN,

7     Ph.D., taken at QUINN EMANUEL URQUHART &

8     SULLIVAN, 50 California Street, 22nd Floor,

9     San Francisco, California, pursuant to

10    Notice, before me, ANDREA M. IGNACIO HOWARD,

11    CLR, CCRR, RPR, CSR License No. 9830.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only Outside Counsel

Page 5

1           MR. LIEN:  Henry Lien, representing Samsung.

2           MR. BRIGGS:  Todd Briggs, representing

3    Samsung.

4           MR. AHN:  Matthew Ahn, of Morrison &

5    Foerster, on behalf of Apple.

6           THE VIDEOGRAPHER:  Will the court reporter

7    please swear in the witness.

8

9              RAVIN BALAKRISHNAN, Ph.D.,

10            having been sworn as a witness,

11          by the Certified Shorthand Reporter,

12               testified as follows:

13

14

15         THE VIDEOGRAPHER:  You may proceed.

16

17            EXAMINATION BY MR. JOHNSON

18         MR. JOHNSON:  Good morning, Mr. Balakrishnan.

19    Q    Have -- you've been deposed before?

20    A    Yes, I have.

21    Q    Okay.  About how many times?

22    A    About a half a dozen times, roughly.

23    Q    I'll try to ask coherent questions, and if

24    you -- hopefully you'll provide some answers, and

25    if -- to the extent that you don't understand any of

Confidential Attorneys' Eyes Only Outside Counsel

Page 157

1           Given this hypothetical scenario, where

2   you're saying the -- this two -- I'm sorry --

3   two-by-four grid of elements -- rectangle is an

4   electronic document in this hypothetical scenario,

5   that would be indeed, I guess, one boundary one

6   edge --

7       Q    Okay.

8       A    -- of that.

9       Q    So let's just label that "edge" for me, just

10  so I can keep track of it after the deposition.

11  Just --

12      A    What do you want me to call it?

13      Q    Just call it "edge," and then maybe put it

14  down at the bottom and draw an arrow down to the line,

15  or something.

16      A    Like this?

17      Q    Yeah.

18      A    Okay.

19      Q    Okay.  And then, is it fair to say that

20  the -- the -- the Blocks 14 and 20 are an area beyond

21  the edge --

22           MR. MONACH:  Same --

23           MR. JOHNSON:  Q.  -- of the electronic

24  document?

25           MR. MONACH:  Same objection.

Confidential Attorneys' Eyes Only Outside Counsel

Page 158

1       THE WITNESS:  So, again, considering this for

2  the first time here, I haven't thought this in detail,

3  if, in this hypothetical scenario, the document is

4  this two-by-four grid, labelled 15, 16, 17, 18, 21,

5  22, 23, 24, if that is the document, then anything

6  beyond that edge would be an area outside the document

7  beyond the edge of the document.

8       So given those hypotheticals, area 14 and 20

9  would be beyond the edge of the document, given that

10 scenario.

11      MR. JOHNSON:  Okay.

12    Q    So can you just label that "beyond the edge"?

13    A    How -- just label each one of these?

14    Q    Yeah, or just draw -- however you want.

15    A    Well, we're getting a lot of drawings on this

16 thing, so I don't know.  "Beyond."

17    Q    Speaking of which, let me just mark the --

18 the grid as Exhibit 104.

19    A    Put it on the bottom?

20    Q    Thanks.

21      (Phone marked Balakrishnan Exhibit 104

22       for identification.)

23      MR. JOHNSON:  Q.  Can you look at the Galaxy

24 Tab, which is Exhibit 101, and pull up for me the

25 contacts application.

Confidential Attorneys' Eyes Only Outside Counsel

Page 337

                    CERTIFICATE OF REPORTER

     I, ANDREA M. IGNACIO HOWARD, hereby certify
that the witness in the foregoing deposition was by me
duly sworn to tell the truth, the whole truth, and
nothing but the truth in the within-entitled cause;

     That said deposition was taken in shorthand
by me, a Certified Shorthand Reporter of the State of
California, and was thereafter transcribed into
typewriting, and that the foregoing transcript
constitutes a full, true and correct report of said
deposition and of the proceedings which took place;

     That I am a disinterested person to the said
action.

     IN WITNESS WHEREOF, I have hereunto set my
hand this 17th day of August, 2011.

     _____
ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830