# EXHIBIT R

# ViewSonic

## ViewPad 1000



Overview | **Features** | **Specs** | **Accessories**

The ViewPad 1000 is a network-ready PC in a tablet form factor featuring built-in WAN, LAN and WiFi™ wireless connectivity. The ViewPad 1000 is ideally suited for value-added resellers and system integrators selling mobile vertical market applications. This innovative device offers mobile access to information whether you're in the office or on the road. And with its built-in digital camera, you can capture, send and receive live images from anywhere. The 10.4" high-resolution touch screen allows easy navigation. And at just 4.3 pounds, you can bring your office with you.

**ViewPad™ products in the workplace**

See how businesses, just like yours are **using the ViewPad 1000**.



---

## Features

### ViewCare℠ Warranty & Service Programs

When you need us most we're there for you. Get extra protection for your ViewSonic Tablet PC, choose from Extended Warranty, Express Exchange, Extended Warranty with Express Exchange or Accidental Damage Insurance programs.
**Buy Now**



### The power of a fully functional PC in a tablet form factor

- Performance optimized for mainstream mobile computing use.
- Brings the ease of use of pen and paper to mobile computing.
- Weighs about 4 pounds.

### Multiple connectivity features

- Includes built-in support for wireless, wired and dial-up networking.
- Includes wireless keyboard with integrated pointing device.

**Product Details**

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**


**PDF Product Comparison Chart** (507 K)


**PDF Specsheet** (107 K)


**PDF User Guide** ( 2.3 MB)


**Download Drivers/Utilities**

- **Press Release**
- **Awards**


**Print This Page**


**Email This Page**

APLPROS0000018776

ViewSonic has partnered with Lind to offer you the convenience of charging your ViewPad while on the road or in the air. **Click here for more details and to order.**



*Screen Protector (5-Pack)*
Give your screen an added layer of protection from fingerprints and dust, and minimize scratches with a Screen Protector.



*ViewPad 1000 Stylus (3-Pack)*
Keep one at home, one in your briefcase and one in the office



*Slim MicroSaver® Security Cable*
Secure and protect LCDs, projectors, and more with this sleekly-designed, secure lock and cable from Kensington.



*ViewPad 1000 Case*



*Additional Memory, Flash and PC Card Drives*
ViewSonic has partnered with Kingston Technology to bring you reliable memory and digital media options. **Click here for more info or to order.**



*GoAmerica® Wireless Service*
Access nationwide wireless service with your ViewPad for secure access to email, corporate data and the world wide web.



Overview | Features | Specs | Accessories

back to top

APLPROS0000018777



APLPROS0000018778



APLPROS0000018779

APLPROS0000018780



APLPROS0000018781



APLPROS0000018782



APLPROS0000018783



APLPROS0000018784



APLPROS0000018785



APLPROS0000018786



APLPROS0000018787



APLPROS0000018788



APLPROS0000018789



APLPROS0000018790



APLPROS0000018791



APLPROS0000018792



APLPROS0000018796



APLPROS0000018797



APLPROS0000018798