1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,                  | CASE NO. 11-cv-01846-LHK
20 |                 Plaintiff,                             |
21 |       vs.                                              | **MANUAL FILING NOTIFICATION FOR EXHIBIT S TO DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 |                  Defendant.                            |
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT S to the DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than e-filing system allowances)

_____   Unable to Scan Documents

  X     Physical Object (description): Three (3) Samsung Galaxy Tab 10.1s

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

1  DATED: December 7, 2011           Respectfully submitted,

2                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
3

4

5                                        By   /s/
                                            Victoria F. Maroulis
6                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
7                                           INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28