# EXHIBIT W

*PUBLIC VERSION*

## UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C.

### Before the International Trade Commission

| | |
|---|---|
| In the Matter of | |
| CERTAIN MOBILE TELEPHONES AND WIRELESS COMMUNICATION DEVICES FEATURING DIGITAL CAMERAS, AND COMPONENTS THEREOF | Inv. No. 337-TA-703 |

## APPLE'S STATEMENT ON THE PUBLIC INTEREST

*Served on Behalf of Respondent:*

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014
Tel: (408) 996-1010

*Counsel for Respondent Apple Inc.*

Mark G. Davis
Robert T. Vlasis
Edward S. Jou
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Matthew D. Powers
Steven S. Cherensky
Anne M. Cappella
Paul Ehrlich
Jill Ho
Alexandra O. Fellowes
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*PUBLIC VERSION*

Respondent Apple Inc. in the above-captioned Investigation submits this statement pursuant to the Commission's Notice of Request for Statements on the Public Interest. Given the page limitation, this submission is only a summary of the relevant information that Apple is prepared to submit should the Commission provide Apple the opportunity to do so.

## I. HOW THE ARTICLES POTENTIALLY SUBJECT TO THE ORDERS ARE USED IN THE UNITED STATES

Apple's iPhones are used everyday in the United States by millions of consumers to perform a countless number of essential personal, commercial, governmental, and safety-related tasks unrelated to the digital camera functionality at issue in this Investigation, including: (i) placing and receiving phone calls; (ii) sending and receiving text messages and e-mails; (iii) navigation; (iv) managing contact information; (v) managing calendars and schedules; (vi) mobile banking and e-commerce; (vii) monitoring weather and managing investments; and (viii) accessing the internet, among many others tasks. *See* Conf. Hausman Decl. at ¶ 7. Indeed, over 350,000 applications can be installed and run on Apple's iPhones. *Id.* at ¶ 8. This high number of applications significantly exceeds the number of applications available on competing smart phone platforms. *Id.*

Thus, when considering the countless tasks that the iPhone products perform, it is clear that the value of the accused digital camera technology is a small fraction of the overall economic value of the accused iPhone products to U.S. consumers. *Id.* at ¶ 9. It also is clear that the accused digital camera technology is a tiny fraction of the core functionality of the accused iPhone products, which perform the tasks outlined above without the use of the digital camera. *Id.* at ¶ 10.

*PUBLIC VERSION*

II.   **IMPACT OF POTENTIAL ORDERS ON COMPETITIVE CONDITIONS IN THE UNITED STATES ECONOMY AND ON UNITED STATES CONSUMERS**

Any remedy issued against Apple would adversely affect Apple, competitive conditions in the market, and the general public in at least the following ways:

a. <u>Severe Detriment To Apple</u>. From the introduction of the iPhone in 2007 through the close of the second fiscal quarter of 2010, Apple's U.S. iPhone revenues were over $ [ ] billion. *See id.* at ¶ 11. In fiscal year 2010 alone, Apple imported close to [ ] million iPhones, valued at over $ [ ] billion. *See id.* at ¶ 12. In fiscal year 2009, gross billings of the iPhone 3G and iPhone 3GS in the United States accounted for approximately [ ] % of Apple's *worldwide* net sales of *all* products and services, which is highly significant. *Id.* at ¶ 13. In addition to lost sales, any remedy could have a substantial negative impact on Apple's overall business, including: (i) Apple's approximately 46,000 full-time equivalent employees, (ii) Apple's over 300 stores worldwide, including over 230 stores in the United States, and (iii) Apple's billions of dollars of investment in research and development, substantially all of which takes place in the United States. *Id.* at ¶¶ 14-15. Apple's $3.2 billion dollars in relevant investments from 2007 to 2009 grossly overshadow Kodak's $ [ ] investment over a similar time period. *Id.* at ¶ 16; Kodak Pre-Hearing Brief at p. 380.

b. <u>Severe Detriment To Third Parties</u>. An exclusion or cease-and-desist order would cause substantial harm to third parties, and that harm would greatly exceed any benefit to Kodak. For example, an exclusion order would adversely affect content providers who sell content to the iPhone through the iTunes store. Total U.S. iTunes store revenue from FY2007 through the third quarter of FY2010 was $ [ ]. *Id.* at ¶ 17. Slightly over [ ] % of this revenue is paid to content providers as a royalty. *Id.* Thus, the exclusion of iPhone products could result in the loss of [ ] dollars in revenue to third parties. An exclusion order directed against iPhones would also place

2

*PUBLIC VERSION*

sales from direct downloads to Windows computers at risk, because users can transfer content from Windows to their iPhones.[1]  *Id.* at ¶ 18.

An exclusion order would also impose undue burden on numerous other third parties, including at least Apple's component manufacturers, network carriers, and accessories suppliers. For example, Verizon and AT&T provide service to approximately 58% of U.S. mobile phone users. *Id.* at ¶ 20. iPhone users account for a large portion of network capacity and data usage (and, accordingly, network and data usage fees) on the AT&T network, and iPhone users are similarly expected to account for a large portion of network capacity and data usage on the Verizon network. *Id.* Eliminating iPhone sales in the United States would thus interrupt a major revenue stream for these carriers.

The investing public would also be harmed. Apple has the second highest market capitalization of any U.S. company, is the second largest component of the S&P 500 Index, and accounts for roughly 20% of the value of the NASDAQ 100. *Id.* at ¶ 21. An exclusion order preventing the importation of iPhones would likely have a significant negative impact on Apple's share price and thus on market indices and associated exchange-traded funds. *Id.* at ¶ 22.

c. Detriment To Consumers. Apple is the number two supplier of smart-phones in the United States, providing over 25% of U.S. handsets, though other sources place Apple's market share as high as 38%. *Id.* at ¶ 23. Thus, given its market share, the interruption of supply of Apple's iPhones would significantly decrease (i) the economic efficiency of the U.S. economy, and (ii) the choice and availability of smart-phone handsets to consumers, which would

---

[1] In this regard, many users who purchase iPhones do so due to their compatibility with other Apple devices such as MacBooks and iPods. *Id.* at ¶ 19. Thus, an exclusion order against iPhones has the potential to eliminate sales of other Apple products as well.

undoubtedly result in consumers facing higher prices for handsets. *Id.* at ¶ 24-25, 31. The

health, safety, and welfare of consumers would also be adversely affected, as explained in

Section III, *infra*.

     d. <u>No Benefit to Kodak</u>. Kodak would not benefit from an exclusion order because it

does not sell products that directly compete with iPhones and does not have [ ] licenses. *Id.* at ¶

26.[2] Thus, the harm to Apple, consumers, and other third parties from an exclusion order is

substantially greater than any benefit to Kodak.

**III.**     **PUBLIC HEALTH, SAFETY, OR WELFARE CONCERNS IN THE UNITED STATES RELATING TO THE POTENTIAL ORDERS**

     Consumers rely on cellular phones for security because, among other reasons, cellular

phones enable consumers to gain quicker access to emergency personnel when away from

home.[3] Consequently, eliminating Apple's iPhone products from the U.S. cellular handset

market may adversely affect the market trend towards smart-phones as the preferred

telecommunications technology and the sense of security cellular handsets provide to consumers.

*Id.* at ¶ 27.

     Additionally, iPhone users can perform a myriad of tasks with the iPhone to address

public health and safety concerns, such as researching medical information, managing home

security accounts, viewing surveillance videos, and monitoring the locations of family members.

*Id.* at ¶ 28. Because of Apple's significant market share and the inability of Kodak or others to

produce or replace the excluded articles, an exclusion order or cease-and-desist order would thus

adversely affect the health, safety, and welfare of U.S. consumers.

---

[2] *See also* CX-582C/583C ([ ] licenses); CX-564C/565C ([ ] licenses); CX-568C ([ ] license); CX-562C ([ ] license); CX-572C/573C ([ ] licenses).

[3] *See* AARP, *Public Policy Institute, Cell Phones for Safety and Security in Case of an Emergency,* June 2006, http://www.aarp.org/technology/privacy-security/info-2006/fs131_emergency.html.

4

*PUBLIC VERSION*

IV. **THE EXTENT TO WHICH LIKE OR DIRECTLY COMPETITIVE ARTICLES ARE PRODUCED IN THE UNITED STATES OR ARE OTHERWISE AVAILABLE IN THE UNITED STATES**

No other smart-phone device can be considered directly competitive to Apple's iPhones.

First, the content supported by the iPhone is not compatible with any other non-Apple device.

Apple iPhones function on a different operating system than other smart-phones. *Id.* at ¶ 29.

Second, whereas iPhone content is downloaded and purchased from the Apple App Store, other

smart-phones such as the Android cannot access the App Store or operate App Store content and

instead offer different, incompatible applications. *Id.* at ¶ 30. Apple offers hundreds of

thousands of applications for use exclusively with iPhones, while other content providers for

other smart-phones offer only a small fraction of similar applications. *Id.* at ¶ 31. Finally,

Apple, AT&T, and Verizon have struggled to meet the demand of iPhone customers. *Id.* at ¶ 32.

Any remedy issued in this Investigation would no doubt worsen the delay in handset deliveries

even further.

V. **WHETHER KODAK, KODAK'S LICENSEES, AND/OR THIRD PARTY SUPPLIERS HAVE THE CAPACITY TO REPLACE THE VOLUME OF ARTICLES POTENTIALLY SUBJECT TO THE ORDERS WITHIN A COMMERCIALLY REASONABLE TIME**

On information and belief, neither Kodak nor its licensees or other third parties have the

capacity to replace the enormous volume of articles potentially subject to an exclusion or cease-

and-desist order within a commercially reasonable time. *Id.* at ¶ 33. This problem is further

compounded by Kodak's simultaneous attempt to exclude Research In Motion's (RIM)

BlackBerry products, which represent another 35% of the U.S. smart-phone market. *Id.* at ¶ 34.

Thus, Kodak's request to exclude a combined 63% of U.S. smart-phones could have substantial

adverse effects on both Apple and RIM, as well as countless other third parties and U.S.

consumers.

5

*PUBLIC VERSION*

Dated: March 10, 2011                                Respectfully submitted,


                                                     By:_____
                                                         Mark G. Davis
                                                         Robert T. Vlasis
                                                         Edward S. Jou
                                                         WEIL, GOTSHAL & MANGES LLP
                                                         1300 Eye Street, N.W., Suite 900
                                                         Washington, D.C. 20005
                                                         Telephone: (202) 682-7000
                                                         Facsimile: (202) 857-0940

                                                         Matthew D. Powers
                                                         Steven S. Cherensky
                                                         Anne M. Cappella
                                                         Paul Ehrlich
                                                         Jill Ho
                                                         Alexandra O. Fellowes
                                                         WEIL, GOTSHAL & MANGES LLP
                                                         201 Redwood Shores Parkway
                                                         Redwood Shores, CA 94065
                                                         Telephone: (650) 802-3000
                                                         Facsimile: (650) 802-3100

                                                         *Counsel for Respondent Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing APPLE'S STATEMENT ON THE PUBLIC INTEREST (PUBLIC VERSION) was served on March 10, 2011 as indicated, on the following:

| *Via EDIS*<br>The Honorable James R. Holbein<br>Acting Secretary<br>U.S. International Trade Commission<br>500 E Street SW, Room 112<br>Washington, D.C. 20436 | *Via Hand Delivery (2 copies)*<br>The Honorable Paul J. Luckern<br>Office of the Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street S.W., Room 317-H<br>Washington, D.C. 20436 |
|---|---|
| *Via E-Mail and Hand Delivery*<br>Vu Q. Bui<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street S.W., Room 401<br>Washington, D.C. 20436<br>vu.bui@usitc.gov | *Via E-Mail and Hand Delivery*<br>Eric C. Rusnak, Esq.<br>K&L Gates, LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006<br>KodakITC703_Service@klgates.com<br><br>*Counsel for Complainant Eastman Kodak* |
| *Via Email and Hand Delivery*<br>Thomas J. Jarvis<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>337-703RIM@finnegan.com<br><br>*Counsel for Respondents Research in Motion, Ltd and Research in Motion Corporation* | |

Tessa Strasser
Paralegal

*PUBLIC VERSION*

## UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C.

### Before the International Trade Commission

In the Matter of

CERTAIN MOBILE TELEPHONES AND
WIRELESS COMMUNICATION
DEVICES FEATURING DIGITAL
CAMERAS, AND COMPONENTS
THEREOF

Inv. No. 337-TA-703

### DECLARATION OF JERRY A. HAUSMAN
### IN SUPPORT OF APPLE'S STATEMENT ON THE PUBLIC INTEREST

I, Jerry A. Hausman, declare as follows:

1.      I have formed the following opinions based upon my review of relevant

documents and discussions with persons at Apple knowledgeable about these issues, and if called

to testify, I could and would testify competently to the opinions stated herein.

2.      I am an expert in economics, financial analysis, and intellectual property licensing

issues in high-technology industries. *See* CV, attached hereto as **Exhibit A**.

3.      I have been asked by counsel for Respondent Apple Inc. ("Apple") to evaluate

economic issues relating to the imposition of a limited exclusion order and cease-and-desist

order in this Investigation.

4.      I have considered Apple documents and information produced and exchanged in

this and other ITC investigations, other Apple confidential business information, as well as

publicly available documents and information.

5.      If provided the opportunity to do so, I could submit a more comprehensive

analysis of the information summarized below.

*PUBLIC VERSION*

6.    Based on my analysis, as described more fully below, I have reached the

following conclusions:

- The value of the accused digital camera technology is a small fraction of the overall economic value of the accused iPhones.

- The accused digital camera technology is a tiny fraction of the core functionality of the accused iPhones.

- The accused iPhones have significant economic value to Apple and third parties, including U.S. consumers.

- Any remedy issued in this Investigation would have a significant adverse impact on Apple, consumers, the investing public, and other third parties.

- The harm to these parties from an exclusion order would greatly exceed any benefit to Kodak.

- There are no other smart-phone devices directly competitive to iPhones currently available in the United States.

- Kodak, its licensees, and other third parties do not have the capacity to replace the volume of iPhones subject to an exclusion or cease-and-desist order.

7.    Apple's iPhones are used everyday in the United States by millions of consumers

to perform a countless number of essential personal, commercial, governmental, and safety-

related tasks unrelated to the digital camera functionality at issue in this Investigation, including:

(i) placing and receiving phone calls; (ii) sending and receiving text messages and e-mails; (iii)

navigation; (iv) managing contact information; (v) managing calendars and schedules; (vi)

mobile banking and e-commerce; (vii) monitoring weather and managing investments; and (viii)

accessing the internet, among many others tasks.  See www.apple.com/iPhone.

8.    Over 350,000 applications can be installed and run on Apple's iPhones.  See

http://www.apple.com/iphone/apps-for-iphone/.  This high number of applications significantly

exceeds the number of applications available on competing smart phone platforms, e.g. Android,

RIM, or Nokia/Symbian.

*PUBLIC VERSION*

9.     The value of the accused digital camera feature is a small fraction of the overall economic value of the accused iPhone products to U.S. consumers. *See, e.g.*, [ ] (explaining that the product is made up of hundreds of different features).

10.    The accused digital camera technology is a tiny fraction of the core functionality of the accused iPhone products, which perform the tasks outlined above without the use of the digital camera. *Id.*

11.    From the introduction of the iPhone in 2007 through the close of the second fiscal quarter of 2010, Apple's U.S. iPhone revenues were over $ [ ] billion.[1]

12.    In fiscal year 2010, Apple imported close to [ ] million iPhones, valued at over $ [ ] billion. *See* Confidential Appendix A to Apple's Response to the Complaint, Inv. No. 337-TA-745 (Dec. 1, 2010).

13.    In fiscal year 2009, gross billings of the iPhone 3G and iPhone 3GS in the United States accounted for approximately [ ] % of Apple's worldwide net sales of all products and services, which is highly significant. *See* Confidential Appendix A to Apple's Response to the Complaint, Inv. No. 337-TA-703 (March 16, 2010).

14.    Apple has invested approximately $782 million, $1.1 billion, and $1.3 billion in fiscal years 2007, 2008, and 2009, respectively, substantially all of which was incurred in the United States. *See* Apple's Complaint, Inv. No. 337-TA-717, ¶ 2 (April 15, 2010); Apple Inc. 2010 Form 10K/A for the year ended September 26, 2009, p. 15.

15.    Any remedy could have a substantial negative impact on Apple's overall business, including: (i) Apple's approximately 46,000 full-time equivalent employees, (ii) Apple's over 300 stores worldwide, including over 230 stores in the United States, and (iii) Apple's billions of

---

[1] Derived from review of Apple confidential financial documents.

*PUBLIC VERSION*

dollars of investment in research and development, substantially all of which takes place in the United States. *See* Apple's Complaint, Inv. No. 337-TA-717, ¶ 2 (April 15, 2010); Apple Inc., Form 10-K for the fiscal year ended September 25, 2010, pp. 2, 10; Apple Inc. 2010 Form 10K/A for the year ended September 26, 2009, p. 15.

16.     Apple has invested a total of $3.2 billion in relevant investments from 2007 to 2009. Apple Inc. 2010 Form 10K/A for the year ended September 26, 2009, p. 15.

17.     Total U.S. iTunes store revenue from FY2007 through the third quarter of FY2010 was $ [ ].[2] Slightly over [ ] % of this revenue is paid to content providers as a royalty.[3]

18.     An exclusion order directed against iPhones would also place sales from direct downloads to Windows computers at risk, because users can transfer content from Windows to their iPhones. *See* http://www.apple.com/iphone/specs.html (setting forth Windows specifications).

19.     Many users who purchase iPhones do so due to their compatibility with other Apple devices such as MacBooks and iPods.

20.     Verizon and AT&T provide service to approximately 58% of U.S. mobile phone users.[4] iPhone users account for a large portion of network capacity and data usage (and, accordingly, network and data usage fees) on the AT&T network.[5] iPhone users are expected to

---

[2] Derived from review of Apple confidential financial documents.

[3] Derived from review of Apple confidential financial documents.

[4] See e.g. PCMag.com, *AT&T Could Lose 16 Percent of Customers to Verizon iPhone* (Jan. 13, 2011), *available at* http://www.pcmag.com/article2/0,2817,2375706,00.asp.

[5] See e.g. Bloomberg, *AT&T's Forecast Falls Short as iPhone Hold Nears End* (Jan. 27, 2011), *available at* http://www.businessweek.com/news/2011-01-27/at-t-s-forecast-falls-short-as-iphone-hold-nears-end.html (explaining that iPhones account for millions of AT&T's new activations each quarter).

*PUBLIC VERSION*

similarly account for a large portion of network capacity and data usage on the Verizon network after their recent introduction.

21.     Apple has the second highest market capitalization of any U.S. company, is the second largest component of the S&P 500 Index, and accounts for roughly 20% of the value of the NASDAQ 100.[6]

22.     An exclusion order preventing the importation of iPhones would likely have a significant negative impact on Apple's share price and thus on market indices and associated exchange-traded funds.

23.     As of August 2, 2010, Apple was the number two supplier of smart-phones in the United States, providing 28% of U.S. handsets, though other sources place Apple's market share as high as 38%.[7]

24.     In 2010 the iPhone provided approximately $1.9 billion in consumers surplus in the U.S.[8]  Consumer surplus is the additional value consumers receive from a product after taking into account the price they pay for the product.[9]  The producer surplus for the iPhone in 2010 was approximately $3.7 billion for sales in the U.S.  Producers surplus is the value to the U.S. economy after subtracting off the marginal cost of production.  Thus iPhones made a

---

[6] Standard & Poor's, *S&P500* (Feb. 23, 2011), *available at* http://www.standardandpoors.com/indices/sp-500/en/us/?indexId=spusa-500-usduf--p-us-l--.

[7] NielsenWire, *Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market* (Aug. 2, 2010), available at http://blog.nielsen.com/nielsenwire/online_mobile/android-soars-but-iphone-still-most-desired-as-smartphones-grab-25-of-u-s-mobile-market/; PCMag.com, *AT&T Could Lose 16 Percent of Customers to Verizon iPhone* (Jan. 13, 2011), *available at* http://www.pcmag.com/article2/0,2817,2375706,00.asp.

[8] This calculation is based on 2010 iPhone revenue of $25.2 billion, a percentage of Apple sales in the U.S. of 38%, and a gross margin of 39.4% (Apple 2010 Form 10-K, p. 33, p. 38)).

[9] I discuss how to estimate consumer surplus in J. Hausman, "Sources of Bias and Solutions to Bias in the Consumer Price Index," *Journal of Economic Perspectives* 17, 2003, pp. 23-44.  This calculation takes account of the availability and consumers surplus of other competing cell phones.

5

*PUBLIC VERSION*

significant contribution to both consumers surplus and producers surplus and to economic welfare. They also made a significant contribution to the economic efficiency of the US economy, since the efficiency of the US economy equals the sum of the two surplus measures across all products and services.

25.    A decrease in the availability of iPhones would result in consumers facing higher prices for other handsets because of reduced competition. Consumers surplus and producers surplus would decrease by a significant amount.

26.    Kodak would not benefit from an exclusion order because it does not sell products that directly compete with iPhones.[10]

27.    Eliminating Apple's iPhone products from the U.S. cellular handset market may adversely affect the market trend towards smart phones as the preferred telecommunications technology and the sense of security cellular handsets provide to consumers.

28.    iPhone users can perform a large number of tasks with the iPhone to address public health and safety concerns, such as researching medical information, managing home security accounts, viewing surveillance videos, and monitoring the locations of family members.[11]

29.    The content supported by the iPhone is not compatible with any other non-Apple device. Apple iPhones function on a different operating system than other smart-phones.[12]

---

[10] See http://store.kodak.com/store/ekconsus/en_US/home.

[11] See http://www.apple.com/iphone/features/.

[12] See The Next Web, *Anything and Everything You Needed to Know About Smartphones* (Feb. 25, 2010), available at http://thenextweb.com/mobile/2010/02/25/idiots-guide-smartphones/ (summarizing the different operating systems).

*PUBLIC VERSION*

30.     iPhone content is downloaded and purchased from the Apple App Store, but other smart-phones such as the Android cannot access the App Store or operate App Store content and instead offer different, incompatible applications. (ibid.)

31.     Apple offers hundreds of thousands of applications for use exclusively with iPhones, while other content providers for other smart-phones offer only a small fraction of similar applications.[13]  U.S. consumers surplus for purchases of this content was about $ [ ] for FY2010.[14]  Slightly over [ ] % of revenue is paid to content providers as a royalty.  Under the assumption that the marginal cost of an additional download is approximately zero to content providers, the producer surplus for content providers was $ [ ] for FY2010.  These amounts are substantial contributions to economic welfare and the economic efficiency of the U.S. economy.

32.     Apple, AT&T, and Verizon all have struggled to meet the demand of iPhone customers given its high degrees of popularity with consumers.[15]

33.     I have seen no evidence indicating that either Kodak or its licensees or other third parties have the capacity to replace the enormous volume of articles potentially subject to an exclusion order within a commercially reasonable time.

34.     Research In Motion's (RIM) Blackberry products represent an additional 35% of the U.S. smart-phone market.[16]

---

[13] Ibid. Non-Apple smart-phone providers offer only 20,000 applications or less.

[14] Basis of calculation is derived from review of Apple confidential financial documents.

[15] See e.g. Cnet News, *Verizon asks employees to delay iPhone purchases* (Feb. 2, 2011), available at http://news.cnet.com/8301-13579_3-20030480-37.html.

[16] NielsenWire, *Android Soars, but iPhone Still Most Desired as Smartphones Grab 25% of U.S. Mobile Market* (Aug. 2, 2010), available at http://blog.nielsen.com/nielsenwire/online_mobile/android-soars-but-iphone-still-most-desired-as-smartphones-grab-25-of-u-s-mobile-market/.

*PUBLIC VERSION*

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 26th day of February, 2011 at Boston, MA.

Jerry Allen Hausman

# EXHIBIT A

**JERRY A. HAUSMAN**
Massachusetts Institute of Technology
Department of Economics
Building E52-271A
Cambridge, MA 02139
(617) 253-3644
jhausman@mit.edu

**EDUCATION:**

OXFORD UNIVERSITY
D. Phil. 1973 (Ph.D)
B. Phil. 1972

BROWN UNIVERSITY
A.B. (Summa Cum Laude), 1968

**THESIS:**       "A Theoretical and Empirical Study of Vintage Investment and Production in Great Britain,"
Oxford University, 1973.

**FELLOWSHIPS, HONORS AND AWARDS:**

Phi Beta Kappa
Marshall Scholar at Oxford, 1970-1972
Scholarship at Nuffield College, Oxford, 1971-1972
Fellow, Econometric Society, 1979
Frisch Medal of the Econometric Society, 1980
Fisher-Schultz Lecture for the Econometric Society, 1982
John Bates Clark Award of the American Economic Association, 1985
Smith Lectures, Brigham Young University 1986
Jacob Marschak Lecture for the Econometric Society, 1988
Hooker Lectures, Macmaster University 1989
Fellow, National Academy of Social Insurance, 1990
American Academy of Arts and Sciences, 1991
Fellow, Journal of Econometrics, 1998
Shann Memorial Lecture for the Australian Economics Society, 2003
Cenmap International Fellow, University College London, 2004
Honorary Professor, Xiamen University, 2005
Biennial Medal of the Modeling and Simulation Society of Australia and New Zealand, 2005
Fellow, Modeling and Simulation Society of Australia and New Zealand, 2005
Condliffe Memorial Lecture, University of Canterbury, NZ, 2005
Keynote Lecture, Far East Meetings of Econometric Society, Beijing 2006
Keynote Speaker, ACCC Conference, Australia, 2006
Keynote Speaker, Panel Data Conference, Xiamen China, 2007
Keynote Speaker, FTC/Northwestern Antitrust Conference, 2008
Honorary Fellow, Nuffield College, Oxford University, 2008
Journal of Applied Econometrics Lectures, 2009
Leigh Lecture, Washington State University, 2009
MIT UEA Teaching Award, 2009
Journal of Financial Economics "All Star Paper", 2009
Honorary Advisory Board, Chang Mai University, Thailand, 2009-
Honorary Degree, Chang Mai University, Thailand 2010
Keynote Speaker, UC Berkeley Conference on Mobile Telecommunications, 2010
Keynote Speaker, Xiamen University (China) conference on 30 Years of Specification Tests, 2010

2

## EMPLOYMENT:

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**
| | |
|---|---|
| 1992- | John and Jennie S. MacDonald Professor |
| 1979- | Professor, Department of Economics |
| 1976-79 | Associate Professor, Department of Economics |
| 1973-76 | Assistant Professor, Department of Economics |
| 1972-73 | Visiting Scholar, Department of Economics |

**VISITING APPOINTMENTS:**
| | |
|---|---|
| 1986-87 | Visiting Professor, Harvard Business School |
| 1982-83 | Visiting Professor, Harvard University Department of Economics |

Visiting Positions: University of Washington, Australian National University, Ecole Normale Supérieure, Oxford University, University of Sydney, Wuhan University, Beijing University, University of Western Australia, University College London, Uppsala University, Xiamen University, Sorbonne

**U.S. ARMY, ANCHORAGE, ALASKA**
| | |
|---|---|
| 1968-70 | Corps of Engineers |

## PROFESSIONAL ACTIVITIES:

Associate Editor, Bell Journal of Economics, 1974-1983
Associate Editor, Rand Journal of Economics, 1984-1988
Associate Editor, Econometrica, 1978-1987
Reviewer, Mathematical Reviews, 1978-1980
American Editor, Review of Economic Studies, 1979-82
Associate Editor, Journal of Public Economics, 1982-1998
Associate Editor, Journal of Applied Econometrics, 1985-1993
Advisory Editor, Economics Research Network and Social Science Research, 1998-
Advisory Editor, Journal of Sports Economics, 1999-
Advisory Editor, Journal of Competition Law & Economics, 2004-
Advisory Editor, Journal of Applied Economics, 2005-
Member of MIT Center for Energy and Environmental Policy Research, 1973-1995
Research Associate, National Bureau of Economic Research, 1979-
Member, American Statistical Association Committee on Energy Statistics, 1981-1984
Special Witness (Master) for the Honorable John R. Bartels, U.S. District Court for the Eastern District of New York in Carter vs. Newsday, Inc., 1981-82
Member of Governor's Advisory Council (Massachusetts) for Revenue and Taxation, 1984-1992
Member, Committee on National Statistics, 1985-1990
Member, National Academy of Social Insurance, 1990-
Member, Committee to Revise U.S. Trade Statistics 1990-1992
Director, MIT Telecommunications Economics Research Program, 1988-
Board of Directors, Theseus Institute, France Telecom University, 1988-1995
Member, Conference on Income and Wealth, National Bureau of Economic Research, 1992-
Member, Committee on the Future of Boston, 1998
Member, GAO Expert Panel to advise USDA on Econometric Models of Cattle Prices, 2001-2
Advisor, China Ministry of Information on Telecommunications Regulation, 2002-2006
Member, FTC Panel on Merger Evaluation, 2005

2

3

## PUBLICATIONS:

### I. Econometrics

"Minimum Mean Square Estimators and Robust Regression," *Oxford Bulletin of Statistics, April 1974.*

"Minimum Distance and Maximum Likelihood Estimation of Structural Models in Econometrics," delivered at the *European Econometric Congress, Grenoble: August 1974.*

"Full-Information Instrumental Variable Estimation of Simultaneous Equation Models," *Annals of Economic and Social Measurement, vol. 3, 641-652, October 1974.*

"Estimation and Inference in Nonlinear Structural Models," *Annals of Economic and Social Measurement, 653-665, October 1975.* (with E. Berndt, R.E. Hall, and B.H. Hall)

"An Instrumental Variable Approach to Full-Information Estimators in Linear and Certain Nonlinear Econometric Models," *Econometrica, Vol. 43(4), 727-738, 1975.*

"Simultaneous Equations with Errors in Variables," *Journal of Econometrics 5, 1977.*

"Social Experimentation, Truncated Distributions, and Efficient Estimation," *Econometrica, Vol. 45(4), 919-938, 1977.* (with D. Wise)

"A Conditional Probit Model for Qualitative Choice," with D. Wise, *Econometrica, Vol. 46(2), 403-426, 1978.*

"Specification Tests in Econometrics," *Econometrica, vol. 46(6), 1273-1291, 1978.*

"Non-Random Missing Data," with A.M. Spence, *MIT Working Paper 200, May 1977.*

"Attrition Bias in Experimental and Panel Data:  The Gary Income Maintenance Experiment," with D. Wise, *Econometrica, vol. 47(2), 455-473, 1979.*

"Missing Data and Self Selection in Large Panels," *Annales de l'INSEE, April 1978.* (with Z. Griliches and B.H. Hall)

"Stratification on Endogenous Variables and Estimation," in *The Analysis of Discrete Economic Data,* ed. C. Manski and D. McFadden, MIT Press, 1981. (with D. Wise)

"Les models probit de choix qualitatifs," ("Alternative Conditional Probit Specifications for qualitative Choice.") (English Version), September 1977; EPRI report on discrete choice models, Cahiers du Seminar d'Econometrie, 1980.

"The Econometrics of Labor Supply on Convex Budget Sets," *Economics Letters, vol. 3(2), 171-174, 1979.*

"Panel Data and Unobservable Individual Effects," *Econometrica, vol. 49(6), 1377-1398, 1981.* (with W. Taylor)

"Comparing Specification Tests and Classical Tests," *Economics Letters, 1981.*

"The Effect of Time on Economic Experiments," invited paper at Fifth World Econometrics Conference, August 1980; in Advances in Econometrics, ed. W. Hildebrand, Cambridge University Press, 1982.

"Sample Design Considerations for the Vermont TOD Use Survey," with John Trimble, *Journal of Public Use Data 9, 1981.*

"Identification in Simultaneous Equations Systems with Covariance Restrictions: An Instrumental Variables Interpretation," with W. Taylor, *Econometrica Vol. 51(5), 15-27-1549, 1983.*

4

"Stochastic Problems in the Simulation of Labor Supply," in *Tax Simulation Models*, ed. M. Feldstein, University of Chicago Press, 1983.

"The Design and Analysis of Social and Economic Experiments," invited paper for 43rd International Statistical Institute Meeting, 1981; *Review of the ISI*,

"Specification and Estimation of Simultaneous Equation Models," in *Handbook of Econometrics*, ed. Z. Griliches and M. Intriligator, vol. 1, 1983.

"Full-Information Estimators," in Kotz-Johnson, *Encyclopedia of Statistical Science*, vol. 3, 1983

"Instrumental Variable Estimation," in Kotz-Johnson, *Encyclopedia of Statistical Science*, vol. 4, 1984

"Specification Tests for the Multinomial Logit Model," with D. McFadden, *Econometrica*, vol. 52(5), 1219-1240. 1984.

"Econometric Models for Count Data with an Application to the Patents R&D Relationship," *Econometrica*, vol. 52(4), 909-938. 1984.(with Z. Griliches and B. Hall)

"The Econometrics of Nonlinear Budget Sets," Fisher-Shultz lecture for the Econometric Society, Dublin: 1982; *Econometrica*, vol. 53(6) 1255-1282, 1985.

"The J-Test as a Hausman Specification Test," with H. Pesaran, Economic Letters, 1983.

"Seasonal Adjustment with Measurement Error Present," with M. Watson, *Journal of the American Statistical Association*, 1985.

"Efficient Estimation and Identification of Simultaneous Equation Models with Covariance Restrictions," with W. Newey and W. Taylor, *Econometrica*, 55, 1987.

"Technical Problems in Social Experimentation: Cost Versus Ease of Analysis," with D. Wise, in Social Experimentation, ed. J. Hausman and D. Wise, 1985.

"Errors in Variables in Panel Data," with Z. Griliches, Journal of Econometrics, 1986.

"Specifying and Testing Econometric Models for Rank-Ordered Data," with P. Ruud; *Journal of Econometrics*, vol. 34(1-2), 83-104. 1987.

"Semiparametric Identification and Estimation of Polynomial Errors in Variables Models," with W. Newey, J. Powell and H. Ichimura, Journal of Econometrics, 1991.

"Flexible Parametric Estimation of Duration and Competing Risk Models," with A. Han, Journal of Applied Econometrics, 1990.

"Consistent Estimation of Nonlinear Errors in Variables Models with Few Measurements," with W. Newey and J. Powell, 1987.

"Optimal Revision and Seasonal Adjustment of Updated Data: Application to Housing Starts," with M. Watson, Journal of the American Statistical Association Proceedings, 1991.

"Seasonal Adjustment of Trade Data," with R. Judson and M. Watson, ed. R. Baldwin, Behind the Numbers: U.S. Trade in the World Economy, 1992.

"Nonlinear Errors in Variables: Estimation of Some Engel Curves," Jacob Marschak Lecture of the Econometric Society, Canberra 1988, *Journal of Econometrics*, vol. 65(1), 205-233. 1995.

5

"Nonparametric Estimation of Exact Consumers Surplus and Deadweight Loss," with W. Newey, _Econometrica, vol. 63(6), 1445-1476, 1995._

"Misclassification of a Dependent Variable in Qualitative Response Models," with F. Scott-Morton and J. Abrevaya, Journal of Econometrics, 1998.

"Semiparametric Estimation in the Presence of Mismeasured Dependent Variables," with J. Abrevaya, Annales D'Economie et de Statistique, 55-56, 1999.

"A New Specification Test for the Validity of Instrumental Variables,", _Econometrica, vol. 70(1), 163-189. 2002._ (with J. Hahn)

"Microeconometrics," _Journal of Econometrics, vol. 100(1), 33-35. 2000._

"Instrumental Variables Estimation for Dynamic Panel Models with Fixed Effects", with J. Hahn and G. Kuersteiner, mimeo May 2001, _Journal of Econometrics, 2006_

"Mismeasured Variables in Econometric Analysis: Problems from the Right and Problems from the Left", _Journal of Economic Perspectives Vol. 15(4), 57-67, 2001._

"Estimation with Weak Instruments: Accuracy of Higher Order Bias and MSE Approximations," with J. Hahn and G. Kuersteiner, _Econometrics Journal vol. 7(1), 272-306. 2004._ (Chosen as one of best papers in journal over the previous 10 years, 2008)

"Notes on Bias in Estimators for Simultaneous Equation Models", with J. Hahn, Economic Letters, 2002

"Triangular Structural Model Specification and Estimation with Application to Causality", _Journal of Econometrics, Vol. 112(1), 107-113, 2003_

"Weak Instruments: Diagnosis and Cures in Empirical Econometrics", with J. Hahn, _American Economic Review, Vol. 93(2), 118-125, 2003._

"Instrumental Variable Estimation with Valid and Invalid Instruments", with J. Hahn, August 2003, Annales d'Economie et Statistique, No. 79-80, 2005.

"Difference in Difference Meets Generalized Least Squares: Higher Order Properties of Hypotheses Tests", with G. Kuersteiner, Journal of Econometrics, 2008.

"Response Error in a Transformation Model: Estimation of Wage Equations," with Jason Abrevaya, _Econometrics Journal, Vol. 7(2), 366-388. 2004_

"Asymptotic Properties of the Hahn-Hausman Test for Weak Instruments", with J. Stock and M. Yogo, _Economic Letters, vol. 89(3), 333-342. 2005._

"Many Weak Instruments and Microeconometric Practice," with C. Hansen and W. Newey Journal of Business and Economic Statistics, 26, 398-422, 2008.

"A Semi-Parametric Duration Model with Heterogeneity that Does Not Need to be Estimated," with T. Woutersen, Econometric Society World Meetings, London, 2005, Nov 2004.

"Estimating the Derivative Function with Counterfactuals in Duration Models with Heterogeneity," with T. Woutersen, September 2005.

"Using a Laplace Approximation to Estimate the Random Coefficients Logit Model by Non-linear Last Squares", with M. Harding, December 2005, International Economic Review, 2007.

5

6

"Duration Models," forthcoming in the New Palgrave, with T. Woutersen, March 2006.

"Hausman Tests," International Encyclopedia of the Social Sciences, with H. White, June 2008.

"IV estimation with Heteroskedasticity and Many Instruments," with W. Newey T. Woutersen, J. Chao, and N. Swanson, March 2008.

"Testing for Causal Effects in a Generalized Regression Model with Endogenous Regressors," with J. Abrevaya and S. Khan, March 2007, forthcoming Econometrica..

"A Reduced Bias GMM-like Estimator with Reduced Estimator Dispersion," with K. Menzel, R. Lewis, and W. Newey, September 2007, forthcoming *Journal of Econometrics*

"Asymptotic Distribution of JIVE in a Heteroskedastic IV Regression with Many Instruments," with J. Chao, W. Newey, N. Swanson, and T. Woutersen, May 2008, forthcoming in Econometric Theory

"A Bayesian Mixed Logit-Probit Model for Multinomial Choice," with M. Burda & M. Harding *Journal of Econometrics*, 147, 232-246, 2008.

Understanding Choice Intensity: A Poisson Mixture Model with Logit-based Random Utility Selective Mixing, with M. Burda & M. Harding, October 2009.


## II. Public Finance and Regulation

"The Evaluation of Results from Truncated Samples,", with D. Wise, *Annals of Economic and Social Measurement, vol. 5, 421-446, April 1976.*

"Discontinuous Budget Constraints and Estimation: The Demand for Housing," with D. Wise, *Review of Economic Studies, vol. 7(146), 75-96. January 1980.*

"The Effect of Taxation on Labor Supply: Evaluating the Gary Negative Income Tax Experiment," with G. Burtless, *Journal of Political Economy, vol. 86(6), 1103-1130. 1978.*

"AFDC Participation -- Permanent or Transitory?," in Papers from the European Econometrics Meetings, ed. E. Charatsis, North Holland: 1981.

"The Effect of Wages, Taxes, and Fixed Costs on Women's Labor Force Participation," *Journal of Public Economics, vol. 14(2), 161-194. October 1980.*

"The Effect of Taxes on Labor Supply," in How Taxes Affect Economic Behavior, ed. H. Aaron and J. Pechman, Brookings: 1981.

"Income and Payroll Tax Policy and Labor Supply," in The Supply Side Effects of Economic Policy, ed. G. Burtless, St. Louis: 1981.

"Individual Retirement Decisions Under an Employer-Provided Pension Plan and Social Security," with G. Burtless, Journal of Public Economics, 1982.

"Individual Retirement and Savings Decisions," with P. Diamond, Journal of Public Economics, 1984.

"Retirement and Unemployment Behavior of Older Men," in H. Aaron and G. Burtless, Retirement and Economic Behavior, Brookings: 1984.

"Tax Policy and Unemployment Insurance Effects on Labor Supply," in Removing Obstacles to Economic Growth,

7

ed. M. Wachter, 1984.

"Family Labor Supply with Taxes," with P. Ruud, American Economic Review, 1984.

"Social Security, Health Status and Retirement," with D. Wise, in Pensions. Labor, and Individual Choice, ed. D. Wise, 1985.

"The Effect of Taxes on Labor Supply," in Handbook on Public Economics, ed. A. Auerbach and M. Feldstein, 1985.

"Choice Under Uncertainty: The Decision to Apply for Disability Insurance," with J. Halpern, *Journal of Public Economics, vol. 31(2) 131-161. 1986.*

"Household Behavior and the Tax Reform Act of 1986," with J. Poterba, Journal of Economic Perspectives, 1987, also published in French in Annales D'Economie et de Statistique, 1988.

"Involuntary Early Retirement and Consumption," with L. Paquette, ed. G. Burtless, Economics of Health and Aging, 1987.

"Income Taxation and Social Insurance in China," in Sino-U.S. Scholars on Hot Issues in China's Economy, 1990.

"On Contingent Valuation Measurement of Nonuse Values," with P. Diamond, in Contingent Valuation: A Critical Appraisal, ed. J. Hausman, 1993.

"Does Contingent Valuation Measure Preferences? Experimental Evidence," with P. Diamond, G. Leonard, M. Denning, in Contingent Valuation: A Critical Appraisal, ed. J. Hausman, 1993.

"Contingent Valuation: Is Some Number Better than No Number?" with P. Diamond, December 1993, *Journal of Economic Perspectives, 8(4), 45-64. 1994.*

"A Utility-Consistent Combined Discrete Choice and Count Data Model: Assessing Recreational Use Losses Due to Natural Resource Damage," with G. Leonard and D. McFadden, *Journal of Public Economics, 56(1), 1-30. 1995.*

"Contingent Valuation Measurement of Nonuse Values," with P. Diamond, ed. R.B. Stewart, Natural Resource Damages: A Legal, Economic, and Policy Analysis, 1995.

"A Cost of Regulation: Delay in the Introduction of New Telecommunications Services," with T. Tardiff, 1995, ed. A. Dumort and J. Dryden, The Economics of the Information Society, 1997.

"Valuation and the Effect of Regulation on New Services in Telecommunications," *Brookings Papers on Economic Activity: Microeconomics, 1997, 1-38.*

"Taxation by Telecommunications Regulation," *Tax Policy and the Economy, 12(1), 29-48. 1998.*

"Taxation by Telecommunications Regulation: The Economics of the E-Rate", AEI Press, 1998.

"Economic Welfare and Telecommunications Welfare: The E-Rate Policy for Universal Service Subsidies," with H. Shelanski, Yale Journal on Regulation , 16, 1999.

"Efficiency Effects on the U.S. Economy from Wireless Taxation", *National Tax Journal, 53, 733-742. September 2000.*

"Residential Demand for Broadband Telecommunications and Consumer Access to Unaffiliated Internet Content

8

Providers", with H. Singer and J.G. Sidak, *Yale Journal on Regulation*, *18(1) 129-173, 2001.*

"Regulating the U.S. Railroads: The Effects of Sunk Costs and Asymmetric Risk," with S. Myers, *Journal of Regulatory Economics, 22(3), 287-310, 2002.*

"Regulated Costs and Prices in Telecommunications," in G. Madden ed. International Handbook of Telecommunications, 2003.

Will New Regulation Derail the Railroads?, Competitive Enterprise Institute, October 2001

"Competition and Regulation for Internet-related Services", in Korea Institute for Industrial Economics and Trade, Industrial Competitiveness and Competition Policy in the Era of Telecommunication Convergence, 2001, (also translated into Korean in a book)

"From 2G to 3G: Wireless Competition for Internet-Related Services," presented at Brookings Conference, October 2001, R. Crandall and J. Alleman ed., Broadband, Brookings, 2002.

"Competition and Regulation for Internet-related Services: Results of Asymmetric Regulation", presented at Columbia Univ. conference, October 2001, R. Crandall and J. Alleman ed., Broadband, Brookings, 2002

"United States: Lessons from the New Millennium," with R. Crandall, in A. Brown et. al. eds., Telecommunications Reform in the Asia-Pacific Region, 2004

"Does Bell Company Entry into Long-Distance Telecommunications Benefit Consumers?," with G. Leonard and J.G. Sidak, *Antitrust Law Journal, 70(2), 463-484, 2002.*

"Sources of Bias and Solutions to Bias in the CPI", NBER Discussion paper 9298, Oct. 2002, *Journal of Economic Perspectives, vol. 17(1), 23-44. 2003.*

"CPI Bias from Supercenters: Does the BLS Know that Wal-Mart Exists?," with E. Leibtag, presented at conference on Index Numbers, Vancouver, June 2004, NBER Discussion Paper w10712, August 2004.   W.E Diewert, J.S. Greenlees, and C.R. Hulten eds,, Price Index Concepts and Measurement, 2009.

"Did Mandatory Unbundling Achieve Its Purpose? Empirical Evidence from Five Countries," with G. Sidak, *Journal of Competitive Law and Economics, vol. 1(1), 173-245. 2005.*

"Telecommunications Regulation: Current Approaches with the End in Sight," (with G. Sidak) NBER conference on regulation, September 2005, forthcoming in N. Rose. ed., *Economic Regulation and Its Reform: What Have We Learned? 2010.*

"Commentary on International Taxation:  Tax Policy when Corporate Profits are a Return to Labor Rather than Capital," with Roger Gordon, J. Mirrlees et. al., Dimensions of Tax Design, OUP, 2010.

"Wal-Mart Effects and CPI Construction", in *Price and Productivity Measurement,* with E. Leibtag, W.E. Diewert, B.M. Balk, D. Fixler, K.J. Fox and A.O. Nakamura, editors, Trafford Press, forthcoming.

"Are Regulators Forward-Looking? Copper Prices and Telecommunications Networks," with G. Sidak and T. Tardiff, *FCC Communications Journal*, 61, 2008.

### III. Applied Micro Models

"Project Independence Report: A Review of U.S. Energy Needs up to 1985," *Bell Journal of Economics, vol. 6(2), 517-551. Autumn 1975.*

9

"Individual Discount Rates and the Purchase and Utilization of Energy Using Durables," *Bell Journal of Economics, vol. 10(1), 33-54. Spring 1979.*

"Voluntary Participation in the Arizona Time of Day Electricity Experiment," with D. Aigner, in EPRI Report, Modeling and Analysis of Electricity Demand by Time of Day, 1979; Bell Journal of Economics, 1980.

"A Two-level Electricity Demand Model: Evaluation of the Connecticut Time-of-Day Pricing Test," in EPRI Report, Modeling and Analysis of Electricity Demand by Time of Day, 1979; *Journal of Econometrics, vol. 10(3), 263-289. 1979.*

"Assessing the Potential Demand for Electric Cars," with S. Beggs and S. Cardell, *Journal of Econometrics, vol. 17(1) 1-19. 1981.*

"Assessment and Validation of Energy Models," in Validation and Assessment of Energy Models, ed. S. Gass, Washington: Department of Commerce, 1981.

"Exact Consumer Surplus and Deadweight Loss," *American Economic Review, 71(4)m 662-676,* 1981.

"Appliance Purchase and Usage Adaptation to a Permanent Time of Day Electricity Rate Schedule," with J. Trimble, *Journal of Econometrics, vol. 26(1-2), 115-139. 1984.*

"Evaluating the Costs and Benefits of Appliance Efficiency Standards," with P. Joskow, *American Economic Review, 72(2), 220-225. 1982.*

"Information Costs, Competition and Collective Ratemaking in the Motor Carrier Industry," *American University Law Review, 32 Am. U.L. Rev. 377  Winter 1983.*

"An Overview of IFFS," in Intermediate Future Forecasting System, ed. S. Gass et al., Washington: 1983.

"Choice of Conservation Actions in the AHS," in Energy Simulation Models, ed. R. Crow, 1983.

"Patents and R&D: Searching for a Lag Structure," with B. Hall and Z. Griliches, in Actes du Colloque Econometrie de la Recherce, Paris: 1983.

"The Demand for Optional Local Measured Telephone Service," in H. Trebing ed., Adjusting to Regulatory, Pricing and Marketing Realities, East Lansing: 1983.

"Patents and R&D: Is There a Lag?," with B. Hall and Z. Griliches, 1985; *International Economic Review, vol. 27(2), 265-283. 1986.*

"Price Discrimination and Patent Policy," with J. MacKie-Mason, *Rand Journal of Economics, vol. 19(2), 253-265. 1988.*

"Residential End-Use Load Shape Estimation from Whole-House Metered Data," with I. Schick, P. Vsoro, and M. Ruane, IEEE Transactions on Power Systems, 1988.

"Competition in Telecommunications for Large Users in New York," with H. Ware and T. Tardiff, Telecommunications in a Competitive Environment, 1989.

"Innovation and International Trade Policy," with J. MacKie-Mason, Oxford Review of Economic Policy, 1988.

"The Evolution of the Central Office Switch Industry," with W. E. Kohlberg, in ed. S. Bradley and J. Hausman, Future Competition in Telecommunications, 1989.

"Future Competition in Telecommunications," 1987; ed. S. Bradley and J. Hausman, Future Competition in Telecommunications, 1989.

10

"Joint Ventures, Strategic Alliances and Collaboration in Telecommunications," Regulation, 1991.

"An Ordered Probit Model of Intra-day Securities Trading," with A. Lo and C. MacKinlay, *Journal of Financial Economics, 1992.*

"A Proposed Method for Analyzing Competition Among Differentiated Products," with G. Leonard and J.D. Zona, Antitrust Law Journal, 60, 1992.

"Global Competition and Telecommunications," in Bradley, et al., ed., Globalization, Technology and Competition, 1993.

"The Bell Operating Companies and AT&T Venture Abroad and British Telecom and Others Come to the US," in Bradley, et al., ed., Globalization, Technology and Competition, 1993.

"The Effects of the Breakup of AT&T on Telephone Penetration in the US," with T. Tardiff and A. Belinfante, *American Economic Review, vol 63(2), 178-184. 1993.*

"Competitive Analysis with Differentiated Products," with G. Leonard and D. Zona, *Annales. D'Economie et de Statistique, 34, 159-180. 1994.*

"Proliferation of Networks in Telecommunications," ed. D. Alexander and W. Sichel, Networks. Infrastructure, and the New Task for Regulation, University of Michigan Press, 1996.

"Valuation of New Goods Under Perfect and Imperfect Competition," ed. T. Bresnahan and R. Gordon, The Economics of New Goods, University of Chicago Press, 209-237, 1997.

"Competition in Long Distance and Equipment Markets: Effects of the MFJ, "*Journal of Managerial and Decision Economics, vol. 16(4), 365-383. 1995.*

"State Regulation of Cellular Prices," Wireless Communications Forum, volume III, April 1995.

"Efficient Local Exchange Competition," with T. Tardiff, Antitrust Bulletin, 1995.

"Superstars in the National Basketball Association: Economic Value and Policy," with G. Leonard, *Journal of Labor Economics, 15(4), 586-624. , 1997.*

"Valuation of New Services in Telecommunications," with T. Tardiff, The Economics of the Information Society, ed. A. Dumort and J. Dryden, Office for Official Publications of the European Communities, Luxemborg, 1997.

"Market Definition Under Price Discrimination," with G. Leonard and C. Velltturo, *Antitrust Law Journal, vol. 64, 367-386. 1996.*

"Characteristics of Demand for Pharmaceutical Products: An Examination of Four Cephalosporins," with S. Fisher Ellison, I. Cockburn and Z. Griliches, *Rand Journal of Economics, 28(3), 426-446. , 1997.*

"Telecommunications:  Building the Infrastructure for Value Creation," S. Bradley and R. Nolan, eds. Sense and Respond, 1998.

"Achieving Competition: Antitrust Policy and Consumer Welfare," with G. Leonard, *World Economic Affairs, Vol. 1(2), 34-38., 1997.*

"The CPI Commission and New Goods," *The American Economic Review, May 1997.*

"Economic Analysis of Differentiated Products Mergers Using Real World Data," with G. Leonard, *George Mason Law Review, 5(3), 326-346. 1997.*

11

"Cellular Telephone, New Products and the CPI," *Journal of Business and Economics Statistics*, vol 17(2), *188-194. 1999.*

"Regulation by TSLRIC: Economic Effects on Investment and Innovation," Multimedia Und Recht, 1999; also in J.G. Sidak, C. Engel, and G. Knieps eds., Competition and Regulation in Telecommunications, Boston: Kluwer Academic Publishers, 2000.

"Efficiencies from the Consumer Viewpoint," with G. Leonard, *George Mason Law Review, vol. 7(3)., 1999.*

"The Effect of Sunk Costs in Telecommunication Regulation," in J. Alleman and E. Noam, eds, The New Investment Theory of Real Options and its Implications for Telecommunications Economics, 2002.

"A Consumer-Welfare Approach to the Mandatory Unbundling of Telecommunications Networks," with J. Gregory Sidak, *Yale Law Journal, vol. 109(3), 417-505. 1999.*

"Competition in U.S. Telecommunications Services Four Years After the 1996 Act, with R. Crandall, in S. Peltzman and C. Winston, eds., Deregulation of Network Industries, 2000.

"Cable Modems and DSL: Broadband Internet Access for Residential Customers," with J. Gregory Sidak, and Hal J. Singer, *American Economic Review, vol. 91(2), 302-307. 2001*

"The Competitive Effects of a New Product Introduction: A Case Study," with G. Leonard, *Journal of Industrial Economics, vol. 50(3), 237-263. 2002.*

"Mobile Telephone," in M. Cave et. al. eds,  Handbook of Telecommunications Economics, North Holland, 2002.

"On Exclusive Membership in Competing Joint Ventures," with G. Leonard and J. Tirole, *Rand Journal of Economics, vol. 34(1), 43-62. 2003.*

"Why do the Poor and the Less-Educated Pay More for Long-Distance Calls?," with J.G. Sidak, *Topics in Economics Analysis and Policy vol. 3(1) 1210. 2004.*

"Estimation of Patent Licensing Value Using a Flexible Demand Specification", with G. Leonard, *Journal of Econometrics, vol. 139(2), 242-258. 2007.*

"Cellular, 3G, Broadband and WiFi", Shann Memorial Lecture, University of Western Australia, March 2003, published in R. Cooper R and G. Madden (eds.) (2004) Frontiers of Broadband, Electronic and Mobile Commerce, Physica-Verlag.

"Using Merger Simulation Models: Testing the Underlying Assumptions," with G. Leonard, *International Journal of Industrial Organization, vol. 23(9-10), 693-698. 2005*

"Competitive Analysis Using a Flexible Demand Specification," with G. Leonard,  *Journal of Competition Law and Economics, vol. 1(2), 279-301. 2005.*

"Consumer Benefits from Increased Competition in Shopping Outlets: Measuring the Effect of Wal-Mart," with E. Leibtag, presented at EC2 conference, Marseille, Dec. 2004, Journal of Applied Econometrics 2007.

"Measurement of the Change in Economic Efficiency from New Product Introduction," with E Berndt, P. Chwelos, and I. Cockburn, August 2005, MIT mimeo, presented At EARIE conference, Porto, September 2005

"Two Sided Markets with Substitution: Mobile Termination Revisited," with J. Wright, June 2006

"Real Options and Patent Damages: The Legal Treatment of Non-Infringing Alternatives, and Incentives to Innovate," with G. Leonard, *Journal of Economic Surveys, vol. 20(4), 493-512. 2006.* (reprinted in M. McAleer and L Oxley, eds, Economic and Legal Issues in Intellectual Property (Blackwell, 2007)

11

12

"Patent Damages and Real Options: How Judicial Characterization of Non-Infringing Alternatives Reduces Incentives to Innovate," with G. Leonard and G. Sidak, <u>Berkeley Journal of Law and Technology</u>, 2007.

"Evaluation of Market Power Using a Competitive Benchmark Rather than the Herfindahl-Hirschman Index," with G. Sidak, <u>Antitrust Law Journal</u>, *vol. 74(2), 387-408, 2007.*

"The CPI: Its Importance and Prospects for Improvement," in Siegfried, ed., <u>Better Living through Economics</u>, 2009.

"Managing Product Variety in a Competitive Environment: An Empirical Investigation of Consumer Electronics Retailing," with C. Ren, Y. Hu, and J. Yuhu, December 2008.

"Google and the Antitrust Scrutiny of Orphan Books", with G. Sidak, <u>Journal of Competition Law and Economics</u>, 5, 411-438, 2009.

"Margin-Concentration Analysis in the UK Groceries Inquiry", with D. Parker, <u>Journal of Competition Law and Economics</u>, 2010.

"Mobile Phones in Developing Countries", April 2010. Presented at UC Berkeley conference on Mobile Phones.

"2010 Merger Guidelines: Empirical Analysis", <u>Antitrust Source</u>, forthcoming 2010

"Unilateral Effects with General Linear Demand", (with S. Moresi and M. Rainey), September 2010.

13

JOINT REPORTS, TESTIMONY, AND BOOKS:

"Project Independence: An Economic Analysis," Technology Review, May 1974.

"The FEA's Project Independence Report: Testimony before Joint Economic Committee," U.S. Congress, March 18, 1975.

"The FEA's Project Independence Report: An Analytical Assessment and Evaluation," NSF Report, June 1975.

"Energy Demand in the ERDA Plan," with D. Wood, Energy Laboratory Report, August 1975.

"A Note on Computational Simplifications and Extensions of the Conditional Probit Model," EPRI report on choice models, September 1977.

"Labor Supply Response of Males to a Negative Income Tax," Testimony for U.S. Senate Finance Subcommittee on Public Assistance, November 22, 1978.

"Appliance Choice with Time of Day Pricing," Energy Laboratory Report, January 1980.

"Discrete Choice Models with Uncertain Attributes," Oak Ridge National Laboratories Report, January 1980.

"Individual Savings Behavior," with P. Diamond, Report to the National Commission on Social Security, May 1980.

"Wealth Accumulation and Retirement," with P. Diamond, Report to the Department of Labor, May 1982.

"A Review of IFFS," Report to the Energy Information Agency, February 1982.

"A Model of Heating System and Appliance Choice," with J. Berkovec and J. Rust, Report to the Department of Energy, December 1983.

"Labor Force Behavior of Older Men After Involuntary Job Loss," with L. Paquette, Report to Department of Health and Human Services, December 1985.

"Pollution and Work Days Lost," with D. Wise and B. Ostrow, NBER Working Paper, January 1984; Revised 1985.

"Demand for Interstate Long Distance Telephone Service," with A. Jafee and T. Tardiff, November 1985.

"Competition in the Information Market 1990", August 1990.

"The Welfare Cost to the US Economy of Regulatory Restriction in Telecommunications," January 1995.

"Benefits and Costs of Vertical Integration of Basic and Enhanced Telecommunications Services," April 1995.

"Statement on the Natural Resource Damage Provisions of CERCLA," Testimony before the U.S. Senate Committee on Environment and Public Works, May 11, 1995; Testimony before the U.S. House of Representatives, Transportation & Infrastructure Committee, Water Resources & Environment Subcommittee, July 11, 1995.

"Competition in Cellular Markets," Testimony before the U.S. House of Representatives, Committee on Commerce, October 12, 1995.

"Merger Policy in Declining Demand Industries," Testimony before the U.S. Federal Trade Commission, November 14, 1995.

"Expected Results from Early Auctions of Television Spectrum," Testimony before the U.S. Senate Budget Committee and the U.S. House of Representatives, Committee on Commerce, March 13, 1996.

"Declaration and testimony to the Australian Consumer and Competition Commission (ACCC) regarding Mobile

13

14

Telephone Competition," Feb. 2000

"Estimation of Benchmark Interconnection Rates for China," with Xinzhu Zhang, report to China Minister of Information, June 2003,

Declaration and testimony to the New Zealand Commerce Commission (NZCC) regarding unbundling of the local loop, November 2003.

Potential use of mobile technology for debit payments in China, 2004

"Competition Should Replace Regulation in Australia's Telecommunications Sector," Australian Financial Review, August 7, 2006, with J. Gans.

"The Falsification of Contingent Valuation: A Case Study," with T. Bock, October 2006.

"Analysis of Taxation of Rent: Mineral Industries in Australia", June 2010

"Tax Will Hurt Investment", The Australian, June 18, 2010

The Choice and Utilization of Energy Using Durables, ed. J. Hausman, Palo Alto: EPRI, 1981.

Social Experimentation, ed. J. Hausman and D. Wise, Chicago: 1985.

Future Competition in Telecommunications, ed. S. Bradley and J. Hausman, Harvard: 1989.

Contingent Valuation: A Critical Appraisal, ed. J. Hausman, North Holland, 1993.

Globalization, Technology and Competition, ed. S. Bradley, J. Hausman, R. Nolan, Harvard: 1993.

Economic Impact of Deregulating U.S. Communications Industries, The WEFA Group, Burlington, MA, February 1995.