1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

20         Plaintiff,                              CASE NO. 11-cv-01846-LHK

21     vs.                                         **MANUAL FILING NOTIFICATION FOR EXHIBIT X TO DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION**

22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
           Defendant.
26

27

28

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT ___ TO DECLARATION OF _____
IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT X to the DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____  Voluminous Document (PDF file size larger than e-filing system allowances)

_____  Unable to Scan Documents

_____  Physical Object (description): _____

_____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\__x_\_  Item Under Seal

_____  Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____  Other (description): _____

1  DATED: December 7, 2011            Respectfully submitted,

2                                     QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
3

4

5                                     By ___/s/_____
                                         Victoria F. Maroulis
6                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
7                                        INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28