```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California St., 22nd Floor, San Francisco, California 94111.

On December 7, 2011, I served or had served true copies of the following documents, described as:

- **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

- **THE DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

- **SAMSUNG'S [PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

- **THE DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]**

- **EXHIBITS E, G, N, T AND X TO THE DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING OF MATERIALS IN OPPOSITION TO APPLE'S MOTION FOR A PRELIMINARY INJUNCTION [SUBMITTED UNDER SEAL]**

**BY ELECTRONIC MAIL TRANSMISSION** from alanarivera@quinnemanuel.com, by transmitting PDF format copies of such documents to each such person identified below, at the e-mail address listed below their address(es). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

Harold J. McElhinny
Michael A. Jacobs.
Jason R. Bartlett
Jennifer Lee Taylor
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
HMcElhinny@mofo.com
MJacobs@mofo.com
JTaylor@mofo.com
JasonBartlett@mofo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2011, at San Francisco, California.

_____
Alana Rivera