QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROSA KIM IN SUPPORT OF SEALING APPLE'S MOTION TO AUGMENT THE RECORD, THE DECLARATION OF MINN CHUNG AND EXHIBITS A-E THERETO** |

1    Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Rosa Kim in support of Apple's Unopposed Administrative Motion to File Apple's Motion to Augment Record and Supporting Documents Under Seal (Dkt. No. 298), to establish that the following are sealable:

- Apple's Administrative Motion to Augment Record on Its Motion for Preliminary Injunction ("Apple's Motion to Augment Record");
- The Declaration of Minn Chung in Support of Apple's Motion to Augment ("Chung Declaration"); and
- Exhibits A-E of the Chung Declaration.

**DECLARATION OF ROSA KIM**

I, Rosa Kim, do hereby declare as follows:

1.    I am Senior Legal Counsel at Samsung Electronics Co., Ltd.  I submit this Declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. No. 298).  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2.    Exhibits A-E of the Declaration of Minn Chung in Support of Apple's Motion to Augment Record are Samsung's documents which were designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order.  These documents reveal Samsung's strategies regarding design and product evaluation processes.  These documents contain highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers relating to the design of Samsung's products, as well as confidential information regarding the technical or manufacturing specifications for Samsung's products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

3.    The Declaration of Minn Chung in Support of Apple's Motion to Augment Record summarizes and describes the contents of Exhibits A-E, which are Samsung's documents designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and discussed in

paragraph 2 above. The declaration therefore contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers relating to the design of Samsung's products, confidential information regarding the technical specifications for Samsung's products, and confidential information regarding the strategy discussions and analyses run by Samsung regarding its products. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4. Apple's Motion to Augment Record summarizes, describes and/or directly cites to the confidential Chung Declaration and the confidential exhibits discussed in paragraphs 2 and 3 above. Therefore, the motion should remain under seal for the same reasons articulated above.

5. The requested relief is necessary and narrowly tailored to protect this confidential information. The exhibits described above do not contain significant relevant, non-confidential material.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 8th day of December, 2011, in Suwon, Korea.

Rosa Kim

-2- Case No. 11-cv-01846-LHK
DECLARATION OF ROSA KIM