1
2
3
4
5
6
7
8

9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

12
13
14
15
16
17
18
19
20

Apple, Inc. ("Apple") has filed Apple's Unopposed Administrative Motion to File Apple's Motion to Augment Record and Supporting Documents Under Seal (Dkt. No. 298).

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

1   Accordingly, for good cause shown, the Court ORDERS that the following documents
2   shall be filed under seal:
3       1. Apple's Administrative Motion to Augment Record on Its Motion for Preliminary
4          Injunction ("Apple's Motion to Augment Record");
5       2. The Declaration of Minn Chung in Support of Apple's Motion to Augment
6          ("Chung Declaration"); and
7       3. Exhibits A-E of the Chung Declaration.

**IT IS SO ORDERED.**

DATED:   December_____, 2011

                                                      Hon. Lucy H. Koh
                                                      United States District Court Judge