| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 4 | JASON R. BARTLETT (CA SBN 214530) |
|   | JasonBartlett@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff and |
|   | Counterclaim-Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 7:11-cv-01846-LJ M |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 247** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: No Hearing Requested
Time:
Courtroom: 5, 4th Floor
Honorable Paul S. Grewal |
| Defendants. | |

1

[~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
sf-3048835

1     Plaintiff Apple Inc. ("Apple") has moved to remove incorrectly filed Docket No. 247 at
2 the request of Defendants.

3     Having considered the arguments of the parties and the papers submitted, and finding
4 good cause therefore, the Court hereby grants Apple's Motion to Remove Incorrectly Filed
5 Document: Docket No. 247. Docket No. 247 shall be removed from the publicly available
6 docket.

8     **IT IS SO ORDERED.**

11 Dated: F gego dgt '8, 2011         By: _____
12                                                        Honorable Paul S. Grewal, U.S.M.J.

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
sf-3048835