HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL
CASE NO. 11-CV-01846-LHK
sf-3079215

NOTICE IS HEREBY GIVEN that Plaintiff Apple Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Denying Motion For Preliminary Injunction entered in this action on December 2, 2011.

Dated:  December 7, 2011                    MORRISON & FOERSTER LLP

                                            By: _____
                                                Michael A. Jacobs

                                            Attorneys for Plaintiff
                                            APPLE INC.

# CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE
[Code Civ. Proc sec. 1010.6]

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 7, 2011, I served a copy of:

## NOTICE OF APPEAL

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com

Michael T. Zeller
michaelzeller@quinnemanuel.com

Edward J. DeFranco
eddefranco@quinnemanuel.com

Margret M. Caruso
margretcaruso@quinnemanuel.com

Todd M. Briggs
toddbriggs@quinnemanuel.com

Stephen E. Taylor
staylor@tcolaw.com

Joshua R. Benson
jbenson@tcolaw.com

Stephen M. Bundy
sbundy@tcolaw.com

William H. Lee
william.lee@wilmerhale.com

Mark D. Selwyn
mark.selwyn@wilmerhale.com

David Bassett
david.bassett@wilmerhale.com

Mark D. Flanagan
mark.flanagan@wilmerhale.com

Victor F. Souto
vic.souto@wilmerhale.com

Andrew L. Liao
andrew.liao@wilmerhale.com

Emily R. Whelen
emily.whelan@wilmerhale.com

Liv Leila Herriot
liv.herriot@wilmerhale.com

Robert Cultice
robert.cultice@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 7, 2011.

*/s/ Cyndi Knisely*
Cyndi Knisely

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010951
Cashier ID: harwellt
Transaction Date: 12/07/2011
Payer Name: Specialized Legal Services Inc
------------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Apple Inc.
 Case/Party: D-CAN-5-11-CV-001846-001
 Amount:         $455.00
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 40731
 Amt Tendered: $455.00
------------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:       $0.00

Case # 11-cv-1846-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```