1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S OPENING CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT L.R. 4-5**<br><br>Claim Construction<br>Hearing: Jan 20, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 4, 5th Floor<br>Judge:    Honorable Lucy H. Koh |

1    I, Deok Keun Matthew Ahn, declare as follows:

2    1.    I am an associate at the law firm of Morrison & Foerster LLP, attorneys of record
3    in this action for plaintiff Apple Inc. ("Apple").  I submit this declaration in support of Apple's
4    Opening Claim Construction Brief Pursuant to Patent L.R. 4-5.  Unless otherwise indicated, I
5    have personal knowledge of the matters set forth below.  If called as a witness I could and would
6    testify competently as follows:

7    2.    Attached hereto as Exhibit A to this Declaration is a true and correct copy of U.S.
8    Patent No. 6,493,002.

9    3.    Attached hereto as Exhibit B to this Declaration is a true and correct copy of U.S.
10   Patent No. 7,469,381.

11   4.    Attached hereto as Exhibit C to this Declaration is a true and correct copy of U.S.
12   Patent No. 7,663,607.

13   5.    Attached hereto as Exhibit D to this Declaration is a true and correct copy of U.S.
14   Patent No. 7,812,828.

15   6.    Attached hereto as Exhibit E to this Declaration is a true and correct copy of U.S.
16   Patent No. 7,844,915.

17   7.    Attached hereto as Exhibit F to this Declaration is a true and correct copy of U.S.
18   Patent No. 7,853,891.

19   8.    Attached hereto as Exhibit G to this Declaration is a true and correct copy of an
20   Amendment and Response to Office Action bearing Bates Numbers APLNDC00028053-28060,
21   excerpted from the produced file history of U.S. Patent No. 6,493,002.

22   9.    Attached hereto as Exhibit H to this Declaration is a true and correct copy of a
23   Response to Final Office Action bearing Bates Numbers APLNDC00028082-28085, excerpted
24   from the produced file history of U.S. Patent No. 6,493,002.

25   10.   Attached hereto as Exhibit I to this Declaration is a true and correct copy of an
26   excerpt from the transcript of the September 14, 2011 deposition of Andries van Dam.

27   11.   Attached hereto as Exhibit J to this Declaration is a true and correct copy of an
28   excerpt from the transcript of the August 16, 2011 deposition of Ravin Balakrishnan.

12. Attached hereto as Exhibit K to this Declaration is a true and correct copy of an excerpt from the Reply Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Motion for a Preliminary Injunction (Dkt. No. 278-0).

13. Attached hereto as Exhibit L to this Declaration is a true and correct copy of an excerpt from the book E.R. Davies, Machine Vision: Theory, Algorithms, Practicalities (2d Ed.) (Nov. 1996), produced in this action bearing Bates numbers SAMNDCA00031977-31979; 31991-32001.

14. Attached hereto as Exhibit M to this Declaration is a true and correct copy of U.S. Patent No. 4,618,989, produced in this action bearing Bates numbers SAMNDCA00032782-32804.

15. Attached hereto as Exhibit N to this Declaration is a true and correct copy of U.S. Patent No. 5,734,751, produced in this action bearing Bates numbers SAMNDCA00032707-32717.

16. Attached hereto as Exhibit O to this Declaration is a true and correct copy of an excerpt from the transcript of the October 31, 2011 deposition of Wayne Westerman.

17. Attached hereto as Exhibit P to this Declaration is a true and correct copy of an Interview Summary, Statement of Substance of Interview, Request for Corrected Office Action, and Amendment in Response to Non-Final Office Action bearing Bates Numbers APLNDC00021674-21692, excerpted from the produced file history of U.S. Patent No. 7,812,828.

18. Attached hereto as Exhibit Q to this Declaration is a true and correct copy of an excerpt from the transcript of the October 14, 2011 deposition of Imran Chaudhri.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 8th day of December, 2011, at San Francisco, California.

                                               */s/ Deok Keun Matthew Ahn*
                                               Deok Keun Matthew Ahn

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Deok Keun Matthew Ahn has concurred in this filing.

Dated:  December 8, 2011            */s/ Michael A. Jacobs*
                                    Michael A. Jacobs