Exhibit B



**THE UNITED STATES OF AMERICA**

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,469,381*
ISSUE DATE: *December 23, 2008*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

APLNDC00022467



US007469381B2

(12) **United States Patent**
Ording

(10) **Patent No.:**     **US 7,469,381 B2**
(45) **Date of Patent:**     **Dec. 23, 2008**

(54) **LIST SCROLLING AND DOCUMENT TRANSLATION, SCALING, AND ROTATION ON A TOUCH-SCREEN DISPLAY**

(75) Inventor:   **Bas Ording**, San Francisco, CA (US)

(73) Assignee:   **Apple Inc.**, Cupertino, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/956,969**

(22) Filed:   **Dec. 14, 2007**

(65)   **Prior Publication Data**

US 2008/0168404 A1     Jul. 10, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/946,971, filed on Jun. 28, 2007, provisional application No. 60/945,858, filed on Jun. 22, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/883,801, filed on Jan. 7, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007.

(51) **Int. Cl.**
**G06F 3/01**     (2006.01)

(52) **U.S. Cl.** ...................... **715/702**; 715/764; 715/863; 715/864; 715/769

(58) **Field of Classification Search** ................ 715/764, 715/769, 702, 863, 864
See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,495,566 A | 2/1996 | Kwatinetz | .................... 395/157 |
| 5,844,547 A | 12/1998 | Minakuchi et al. | .......... 345/173 |
| 5,867,158 A | 2/1999 | Murasaki et al. | ........... 345/341 |
| 6,034,688 A | 3/2000 | Greenwood et al. | ......... 345/353 |
| 6,489,951 B1 | 12/2002 | Wong et al. | ................. 345/173 |
| 6,567,102 B2 | 5/2003 | Kung | ........................ 345/660 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 635 779 A1 | 1/1995 |

(Continued)

OTHER PUBLICATIONS

Microsoft Word 2003 Screen Shots.*

(Continued)

*Primary Examiner*—Boris Pesin
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57)   **ABSTRACT**

In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed. In the method, a movement of an object on or near the touch screen display is detected. In response to detecting the movement, an electronic document displayed on the touch screen display is translated in a first direction. If an edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, an area beyond the edge of the document is displayed. After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.

**20 Claims, 38 Drawing Sheets**



APLNDC00022468

## US 7,469,381 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,661,409 | B2 | 12/2003 | Demartines et al. | 345/173 |
| 6,690,387 | B2 * | 2/2004 | Zimmerman et al. | 345/684 |
| 6,707,449 | B2 | 3/2004 | Hinckley et al. | 345/173 |
| 6,809,724 | B1 | 10/2004 | Shiraishi et al. | 345/169 |
| 6,907,575 | B2 | 6/2005 | Duarte | 715/784 |
| 6,912,462 | B2 | 6/2005 | Ogaki | 701/208 |
| 6,972,776 | B2 | 12/2005 | Davis et al. | 345/684 |
| 6,975,306 | B2 | 12/2005 | Hinckley et al. | 345/173 |
| 7,009,599 | B2 | 3/2006 | Pihlaja | 345/173 |
| 7,046,230 | B2 | 5/2006 | Zadesky et al. | 345/156 |
| 7,075,512 | B1 | 7/2006 | Fabre et al. | 345/156 |
| 7,102,626 | B2 | 9/2006 | Denny, III | 345/179 |
| 7,154,534 | B2 | 12/2006 | Seki et al. | 348/207.1 |
| 7,155,048 | B2 | 12/2006 | Ohara | 382/132 |
| 7,181,373 | B2 | 2/2007 | Le Cocq et al. | 703/1 |
| 7,184,796 | B2 | 2/2007 | Karidis et al. | 455/566 |
| 7,240,291 | B2 | 7/2007 | Card et al. | 715/776 |
| 2003/0095135 | A1 | 5/2003 | Kaasila et al. | 345/613 |
| 2003/0095697 | A1 | 5/2003 | Wood et al. | 382/131 |
| 2003/0184525 | A1 | 10/2003 | Tsai | 345/173 |
| 2004/0021676 | A1 | 2/2004 | Chen et al. | 345/684 |
| 2004/0027398 | A1 * | 2/2004 | Jaeger | 345/863 |
| 2004/0080541 | A1 | 4/2004 | Saiga et al. | 345/805 |
| 2004/0155888 | A1 | 8/2004 | Padgitt et al. | 345/619 |
| 2004/0263486 | A1 | 12/2004 | Seni | 345/173 |
| 2005/0012723 | A1 | 1/2005 | Pallakoff | 345/173 |
| 2005/0145807 | A1 | 7/2005 | Lapstun et al. | 250/566 |
| 2005/0168488 | A1 | 8/2005 | Montague | 345/659 |
| 2005/0198588 | A1 | 9/2005 | Lin et al. | 715/784 |
| 2005/0237308 | A1 | 10/2005 | Autio et al. | 345/173 |
| 2005/0270269 | A1 | 12/2005 | Tokkonen | 345/156 |
| 2005/0275618 | A1 | 12/2005 | Juh et al. | 345/156 |
| 2006/0025218 | A1 | 2/2006 | Hotta | 463/37 |
| 2006/0026521 | A1 | 2/2006 | Hotelling et al. | 715/702 |
| 2006/0048073 | A1 | 3/2006 | Jarrett et al. | 715/784 |
| 2006/0055669 | A1 | 3/2006 | Das | 345/156 |
| 2006/0061551 | A1 | 3/2006 | Fateh | 345/158 |
| 2006/0077544 | A1 | 4/2006 | Stark | 359/448 |
| 2006/0082549 | A1 | 4/2006 | Hoshino et al. | 345/157 |
| 2006/0094502 | A1 | 5/2006 | Katayama et al. | 463/31 |
| 2006/0156249 | A1 | 7/2006 | Blythe et al. | 715/781 |
| 2006/0181510 | A1 | 8/2006 | Faith | 345/158 |
| 2006/0187215 | A1 | 8/2006 | Rosenberg et al. | 345/173 |
| 2006/0197753 | A1 | 9/2006 | Hotelling | 345/173 |
| 2006/0238495 | A1 | 10/2006 | Davis | 345/156 |
| 2007/0008066 | A1 | 1/2007 | Fukuda | 340/5.52 |
| 2007/0024646 | A1 | 2/2007 | Saarinen et al. | 345/660 |
| 2007/0046646 | A1 | 3/2007 | Kwon et al. | 345/173 |
| 2007/0067745 | A1 | 3/2007 | Choi et al. | 715/863 |
| 2007/0109275 | A1 | 5/2007 | Chuang | 345/173 |
| 2007/0120835 | A1 | 5/2007 | Sato | 345/173 |
| 2007/0150826 | A1 | 6/2007 | Anzures et al. | 715/772 |
| 2007/0150842 | A1 | 6/2007 | Chaudhri et al. | 715/863 |
| 2007/0152978 | A1 | 7/2007 | Kocienda et al. | 345/173 |
| 2007/0152979 | A1 | 7/2007 | Jobs et al. | 345/173 |
| 2007/0155434 | A1 | 7/2007 | Jobs et al. | 455/565 |
| 2007/0156364 | A1 | 7/2007 | Rothkopf | 702/117 |
| 2008/0104544 | A1 * | 5/2008 | Collins et al. | 715/846 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 701 220 A | 3/1996 |
| EP | 0 880 091 A2 | 11/1998 |
| WO | WO 02/01338 A1 | 1/2002 |
| WO | WO 03/060622 A2 | 7/2003 |
| WO | WO 2005/052773 A2 | 6/2005 |
| WO | WO 2006/003591 A | 1/2006 |
| WO | WO 2006/020305 A2 | 2/2006 |

### OTHER PUBLICATIONS

Photo Mesa 3.1.2 2006 Screen Shots.*
International Search Report and Written Opinion for International Application No. PCT/US2008/050292, mailed Sep. 19, 2008.
IBM, "Scroll Control Box," IBM Technical Disclosure Bulletin, vol. 38, No. 04, Apr. 1993, pp. 399-403.
Tidwell et al., "Magnetism," Designing Interfaces, Nov. 2005, Section 85.
Invitation to Pay Additional Fees for International Application No. PCT/US2008/050292, mailed Jul. 18, 2008.
Miller, D., "PersonalJava Application Environment," Sun Microsystems, http://java.sun.com/products/personaljava/touchable/, Jun. 8, 1999, 13 pages.

* cited by examiner

APLNDC00022469



Memory
102
Portable Multifunction Device
100
Operating System
126
Communication Module
128
Contact/Motion Module
130
Graphics Module
132
Text Input Module
134
GPS Module
135
Applications
136
Contacts Module
137
Telephone Module
138
Video Conference Module
139
E-mail Client Module
140
Instant Messaging Module
141
Blogging Module
142
Camera Module
143
Image Management Module
144
Video Player Module
145
Music Player Module
146
Browsing Module
147
Applications (continued)
136
Calendar Module
148
Widget Modules
149
Weather Widget
149-1
Stocks Widget
149-2
Calculator Widget
149-3
Alarm Clock Widget
149-4
Dictionary Widget
149-5
User-Created Widget(s)
149-6
Widget Creator Module
150
Search Module
151
Power System
162
External Port
124
118
103
RF Circuitry
108
104
Controller
122
Peripherals Interface
110
Speaker
111
Audio Circuitry
120
Processor(s)
Microphone
113
Proximity Sensor
166
I/O Subsystem
158
106
Display Controller
Optical sensor(s) Controller
Other Input Controller(s)
160
156
Touch-Sensitive Display System
112
Optical Sensor(s)
164
Other Input Control Devices
116

Figure 1

Case 5:11-cv-01846-LHK   Document 462-2   Filed 12/08/11   Page 6 of 30



**Figure 2**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022471



**Figure 3**

APLNDC00022472

Case 5:11-cv-01846-LHK   Document 462-2   Filed 12/08/11   Page 8 of 30



Figure 4

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022473



500
502
Detect a movement of an object (e.g., a finger) on or near a touch screen display of a device.
504
Scroll a list of items displayed on the touch screen display in a first direction (e.g., vertical or horizontal).
Scroll the list at a speed corresponding to a speed of movement of the object.
506
Scroll the list in accordance with a simulation of an equation of motion having friction.
508
510
Is a terminus of the list reached while scrolling the list in the first direction while the object is still detected on or near the touch screen display?
No
512
Process Complete
Yes
514
Display an area beyond the terminus of the list.
Display the area in white.
516
Display the area as visually indistinct from the background of the list.
518
520
After the object is no longer detected on or near the touch screen display, scroll the list in a second direction opposite the first direction until the area beyond the terminus of the list is no longer displayed.
Scroll the list using a damped motion.
522
Make the terminus of the list appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display.
524

**Figure 5**



Portable Multifunction Device
100
206
208
208
Speaker 111
Optical Sensor 164
Proximity Sensor 166
3500A
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
3512-1
Bruce Walker
3506-2
January 30, 2006
3510-2
Lunch meeting today
3508-2
3530
Kim Brook
3506-3
January 30, 2006
3510-3
Draft agreement
3508-3
Bob Adams
January 29, 2006
Project Orion
3514
3512-2
Darin Adler
January 29, 2006
fantasy football
Aaron Jones
January 29, 2006
Fwd: status report
Kim Brook
January 28, 2006
Re: proposal
3532
3518
3520
3522
3524
3526
3310
Microphone 113
Home 204

Figure 6A



Portable Multifunction Device
100
206
208
208
Speaker 111
Optical Sensor 164
Proximity Sensor 166
3500A
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones
3506-1
January 30, 2006
3510-1
3508-1
Re: Project Orion
3534
3512-1
Bruce Walker
3506-2
January 30, 2006
3510-2
Lunch meeting today
3508-2
3530
Kim Brook
3506-3
January 30, 2006
3510-3
3508-3
Draft agreement
3514
Bob Adams
January 29, 2006
Project Orion
3512-2
Darin Adler
January 29, 2006
fantasy football
Aaron Jones
January 29, 2006
Fwd: status report
3518
3520
3522
3524
3526
3310
Microphone 113
Home 204

Figure 6B



Figure 6C

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



Portable Multifunction Device
100
206
208
208
Speaker 111
Optical Sensor 164
Proximity Sensor 166
3500A
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones
3506-1
January 30, 2006
3510-1
Re: Project Orion
3508-1
3534
3512-1
Bruce Walker
3506-2
January 30, 2006
3510-2
Lunch meeting today
3508-2
3530
Kim Brook
3506-3
January 30, 2006
3510-3
Draft agreement
3508-3
Bob Adams
January 29, 2006
Project Orion
3512-2
Darin Adler
January 29, 2006
fantasy football
Aaron Jones
January 29, 2006
Fwd: status report
3518
3520
3522
3524
3526
3310
Microphone 113
Home 204

Figure 6D



**Figure 7**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022479



**Figure 8A**

APLNDC00022480

Case 5:11-cv-01846-LHK   Document 462-2   Filed 12/08/11   Page 16 of 30



**Figure 8B**

APLNDC00022481



**Figure 8C**

APLNDC00022482



**Figure 8D**

APLNDC00022483

900
902
Display an electronic document at a first magnification on a touch screen display. The electronic document has a document length and a document width.
904
Detect a gesture (e.g., a pinching gesture) on or near the touch screen display corresponding to a command to zoom out by a user-specified amount.
906
In response to detecting the gesture, display the electronic document at a magnification less than the first magnification.
908
Is the document length or document width entirely displayed while the gesture is still detected on or near the touch screen display?
No
910
Process Complete
Yes
912
Display the electronic document at a magnification wherein areas beyond opposite edges of the electronic document are displayed.
914
Upon detecting termination of the gesture, display the electronic document at a magnification wherein the areas beyond opposite edges of the electronic document are no longer displayed.

Figure 9



Figure 10A

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022485



**Figure 10B**



**Figure 10C**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022487



1100

1102
Display at least a first portion of an electronic document at a first magnification on a touch screen display.

1104
Detect a gesture (e.g., a de-pinching gesture) on or near the touch screen display corresponding to a command to zoom in by a user-specified amount.

1106
In response to detecting the gesture, display decreasing portions of the electronic document at increasing magnifications.

1108
Upon detecting termination of the gesture, does the magnification exceed a predefined magnification?

No → 1110
Process Complete

Yes

1112
Display a respective portion of the electronic document at the predefined magnification.

**Figure 11**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00022488

**U.S. Patent**      Dec. 23, 2008      Sheet 20 of 38      US 7,469,381 B2



Figure 12A



**Figure 12B**

APLNDC00022490



**Figure 12C**



Figure 13A

To Figure 13B

APLNDC00022492



Figure 13B

To Figure 13C



Figure 13C

APLNDC00022494



1400
1402
Detect a multifinger twisting gesture on or near a touch screen display. The multifinger twisting gesture has a corresponding degree of rotation.
1404
Does the corresponding degree of rotation exceed a predefined degree of rotation?
Yes
1406
Execute a 90° screen rotation command.
No
1408
Execute a screen rotation command with an acute angle of rotation.
1410
Upon ceasing to detect the multifinger twisting gesture, executing a screen rotation command with an angle of rotation opposite to the acute angle.

**Figure 14**