

START
DEFINE IDENTITY ATTRACTORS AT DEFAULT CONTACT POSITIONS
350
TRANSLATE ATTRACTOR TEMPLATE BY ESTIMATED HAND OFFSET
352
COMPUTE MATRIX OF DISTANCES FROM EACH PATH TO EACH ATTRACTOR
354
COMPUTE ATTRACTOR WEIGHTING FACTORS FROM FEATURES OF EACH PATH
356
FIND ASSIGNMENT BETWEEN PATHS AND ATTRACTORS WHICH MINIMIZES SUM OF WEIGHTED DISTANCES
358
360
HAND ASSIGNMENTS TENTATIVE ?
N
Y
362
# FINGER ATTRACTORS ASSIGNED > 1 OR < 5 ?
Y
N
VERIFY THUMB ASSIGNMENT
368
364
UPDATE FINGER COUNTS AND SUBSETS
END

FIG. 23

Case 5:11-cv-01846-LHK   Document 462-7   Filed 12/08/11   Page 2 of 20



FIG. 24

APLNDC00030356



FIG. 25A
FIG. 25B
FIG. 25C
FIG. 25D



FIG. 26



START
GET ALL PATHS ASSIGNED TO THE GIVEN HAND
430
COMPUTE DISTANCES FROM EACH PATH TO OTHER PATHS
432
FIND SHORTEST RING CONNECTING ALL PATHS AND PASSING THROUGH EACH ONCE
434
COMPUTE THUMB & PALM WEIGHTING FACTORS FOR EACH PATH
436
PICK INNERMOST PATH IN RING
438
440
INNERMOST PATH THUMB ?
N
442
INNERMOST PATH A PALM HEEL?
N
Y
Y
446
448
PATHS ABOVE THIS VERTICAL LEVEL ARE FINGERTIPS, BELOW ARE PALMS
PATHS AT THIS VERTICAL LEVEL ARE PALMS
PATHS AT THIS VERTICAL LEVEL ARE FINGERTIPS
444
END

*FIG. 27*



START
485
INNER & OUTER HAND PARTS TOUCHING ?
N
486
PENGRIP PREVIOUSLY DETECTED ?
N
END
Y
Y
GET ESTIMATED FINGER & PALM POSITIONS FOR LIFTED HAND PARTS
487
GET MEASURED POSITIONS & SIZES OF TOUCHING FINGERS & PALM HEELS
488
COMPUTE KNUCKLE FACTOR FOR OUTER FINGERS
489
END
495
COMPUTE INDEX JUTTING FACTOR FOR INNER FINGERS
490
SEND PARAMETERS OF INNER FINGER PATHS TO HANDWRITING RECOGNIZER
COMBINE FACTORS & FILTER WITH OLD COMBINED FACTORS
491
Y
492
FILTERED FACTOR > PENGRIP THRESH ?
Y
493
INNER FINGERS TOUCHING ?
N
N
494
SEND STYLUS LIFT SIGNAL TO HANDWRITING RECOGNIZER & KNUCKLE/PALM MOTION TO CURSOR
END

*FIG. 28*



FIG. 29

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00030361



FIG. 30A

FIG. 30B

FIG. 30C

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00030362



FIG. 31A

FIG. 31B



FIG. 31C

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00030363



FIG. 32



FIG. 33



FIG. 34



FIG. 35

APLNDC00030366



START
522
AT LEAST 2 FINGERS DOWN ?
N
524
SET RADIAL AND ANGULAR VELOCITY TO ZERO
END
Y
GET CURRENT AND PREVIOUS POSITIONS OF INNERMOST AND OUTERMOST TOUCHING FINGERS
526
COMPUTE RADIAL VELOCITY FROM CHANGE IN SEPARATION BETWEEN INNERMOST AND OUTERMOST
528
COMPUTE ROTATIONAL VELOCITY FROM SEPARATION AND CHANGE IN ANGLE BETWEEN INNERMOST AND OUTERMOST
530
COMBINE WITH ROTATION AND SCALING ABOUT A FIXED POINT BETWEEN THUMB AND OTHER FINGERS
531
532
AVERAGE PROXIMITY DROPPING ?
N
534
CHECK FOR RADIAL OR ROTATIONAL DECELERATION
Y
END

*FIG. 36*



START
540
INIT TRANSLATION WEIGHTINGS TO FINGER PROXIMITIES
544
DECREASE TRANSLATION WEIGHTING OF RELATIVELY SLOW FINGERS
546
DECREASE TRANSLATION WEIGHTING OF CENTRAL FINGERS AS POLAR COMPONENT SPEEDS INCREASE
548
COMPUTE TRANSLATION VELOCITY AS WEIGHTED AVERAGE OF FINGER VELOCITIES
550
AVERAGE PROXIMITY DROPPING ?
N
Y
END
551
ACCEL RATIO = CURRENT SPEED/ PAST AVERAGE
552
ACCEL RATIO > THRESH NEAR ONE ?
N
Y
554
TRANSLATION DIRECTION CLOSE TO PAST AVERAGE ?
N
Y
556
SET TRANSLATION DECELERATION FLAG
558
CLEAR TRANSLATION DECELERATION FLAG
560
UPDATE MOVING WINDOW AVERAGE OF TRANSLATION VELOCITIES

FIG. 37



FIG. 38



GET HAND'S CURRENT PATH PARAMETERS & ID'S
600
A
601
DELETE ASSOCIATED KEYPRESS QUEUE ELEMENTS
SEARCH FOR FINGER SUBSETS PRESSED OR RELEASED SIMULTANEOUSLY
603
N
604
SYNC MARKER PENDING ?
602
N
ANY PRESSES SYNCED ?
N
# FINGER RELEASES SYNCED > 2?
Y
605
Y
Y
SET SYNC TIME MARKER
606
# FINGER PRESSES SYNCED > 2 ?
N
608
A
610
624
Y
DELETE ASSOCIATED KEY QUEUE ELEMS
PAUSE SENDING OF ASSOCIATED KEYPRESS QUEUE ELEMS
CLEAR SYNC MARKER
612
C
TOUCHING OR HALTED TOO LONG ?
Y
DELETE ASSOCIATED KEY QUEUE ELEMENTS
614
RESUME KEY QUEUE SENDING
615
N
622
616
N
N
SYNCED FINGERS LIFTING ?
Y
LIFTING SIMULTANEOUSLY ?
Y
B
618

*FIG. 39A*



FIG. 39B



FIG. 40A



B
PICK FIRST SLICE DEFINED FOR SELECTED CHORD
675
APPLY SLICE'S VELOCITY GAIN FUNCTION TO MOTION COMPONENTS
676
PROJECT VELOCITY COMPONENTS INTO SLICE'S SPEED AND DIRECTION RANGE
677
INTEGRATE PROJECTED VELOCITY COMPONENTS OVER TIME
678
# UNITS OF MOTION >= 1 ?
680
N
Y
LOOKUP SLICE'S KEY/MOUSE/3D EVENTS
682
APPEND EVENTS W/ # MOTION UNITS TO COMM QUEUE
684
REMOVE INTEGER # MOTION UNITS FROM INTEGRATORS
686
RESET OTHER SLICES' INTEGRATORS
688
ONE-SHOT SLICE ?
689
N
Y
DISABLE FURTHER EVENTS FROM ONE-SHOT SLICE
690
LAST SLICE FOR CHORD ?
692
N
Y
A
PICK NEXT SLICE
694

*FIG. 40B*



FIG. 41