Exhibit E

U 7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *7,844,915*
ISSUE DATE:  *November 30, 2010*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

APLNDC00025380



US007844915B2

(12) **United States Patent**

Platzer et al.

(10) **Patent No.:** **US 7,844,915 B2**
(45) **Date of Patent:** **Nov. 30, 2010**

(54) **APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS**

(75) Inventors: **Andrew Platzer**, Santa Clara, CA (US); **Scott Herz**, Santa Clara, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 583 days.

(21) Appl. No.: **11/620,717**

(22) Filed: **Jan. 7, 2007**

(65) **Prior Publication Data**

US 2008/0168384 A1      Jul. 10, 2008

(51) **Int. Cl.**
G06F 3/00         (2006.01)
G06F 3/033       (2006.01)
G06F 3/041       (2006.01)
G06F 3/048       (2006.01)

(52) **U.S. Cl.** ...................... **715/781**; 715/784; 715/800; 345/173

(58) **Field of Classification Search** ................. 715/764, 715/765, 784, 786, 788, 800, 864, 866, 973, 715/974; 345/156, 157, 169, 173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,534,893 A | 7/1996 | Hansen et al. | |
| 5,903,902 A | 5/1999 | Orr et al. | |
| 6,028,602 A | 2/2000 | Weidenfeller et al. | |
| 6,486,896 B1 | 11/2002 | Ubillos | |
| 6,677,965 B1 * | 1/2004 | Ullmann et al. | ............. 715/786 |
| 6,741,996 B1 | 5/2004 | Brechner et al. | |
| 6,839,721 B2 | 1/2005 | Schwols | |
| 6,903,927 B2 | 6/2005 | Anlauff | |
| 6,957,392 B2 | 10/2005 | Simister et al. | |
| 6,958,749 B1 * | 10/2005 | Matsushita et al. | .......... 345/175 |

| | | |
|---|---|---|
| 7,009,626 B2 | 3/2006 | Anwar |
| 7,088,374 B2 | 8/2006 | David et al. |
| 7,117,453 B2 | 10/2006 | Drucker et al. |
| 7,173,623 B2 | 2/2007 | Calkins et al. |
| 7,337,412 B2 | 2/2008 | Guido et al. |
| 7,346,850 B2 | 3/2008 | Swartz et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          1517228          3/2005

(Continued)

OTHER PUBLICATIONS

Toshiyuki Masui et al; "Elastic Graphical Interfaces for Precise Data Manipulation", 1995; ACM; pp. 143-144.*

(Continued)

*Primary Examiner*—Xiomara L. Bautista
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

At least certain embodiments of the present disclosure include an environment with user interface software interacting with a software application. A method for operating through an application programming interface (API) in this environment includes transferring a set bounce call. The method further includes setting at least one of maximum and minimum bounce values. The set bounce call causes a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible in a display region at the end of the scroll.

**21 Claims, 37 Drawing Sheets**



APLNDC00025381

## US 7,844,915 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,561,159 | B2 | 7/2009 | Abel et al. |
| 7,576,732 | B2 * | 8/2009 | Lii ............................. 345/173 |
| 2001/0045949 | A1 | 11/2001 | Chithambaram et al. |
| 2002/0194589 | A1 | 12/2002 | Cristofalo et al. |
| 2003/0095096 | A1 | 5/2003 | Robbin et al. |
| 2003/0122787 | A1 | 7/2003 | Zimmerman et al. |
| 2003/0132959 | A1 | 7/2003 | Simister et al. |
| 2003/0160832 | A1 | 8/2003 | Ridgley et al. |
| 2003/0174149 | A1 | 9/2003 | Fujisaki et al. |
| 2004/0021676 | A1 | 2/2004 | Chen et al. |
| 2004/0021698 | A1 | 2/2004 | Baldwin et al. |
| 2004/0100479 | A1 | 5/2004 | Nakano et al. |
| 2004/0215643 | A1 | 10/2004 | Brechner et al. |
| 2004/0222992 | A1 | 11/2004 | Calkins et al. |
| 2004/0224638 | A1 | 11/2004 | Fadell et al. |
| 2005/0057524 | A1 * | 3/2005 | Hill et al. .................... 345/173 |
| 2005/0088443 | A1 | 4/2005 | Blanco et al. |
| 2005/0193015 | A1 | 9/2005 | Logston et al. |
| 2006/0038796 | A1 * | 2/2006 | Hinckley et al. ............ 345/173 |
| 2006/0190833 | A1 | 8/2006 | SanGiovanni et al. |
| 2006/0236263 | A1 * | 10/2006 | Bathiche et al. ............. 715/786 |
| 2007/0055067 | A1 | 3/2007 | Poff et al. |
| 2007/0075965 | A1 | 4/2007 | Huppi et al. |
| 2007/0174257 | A1 | 7/2007 | Howard |
| 2007/0185876 | A1 | 8/2007 | Mendis et al. |
| 2007/0252821 | A1 * | 11/2007 | Hollemans et al. .......... 345/173 |
| 2007/0288856 | A1 | 12/2007 | Butlin et al. |
| 2008/0005703 | A1 * | 1/2008 | Radivojevic et al. ........ 715/863 |
| 2008/0016096 | A1 | 1/2008 | Wilding et al. |
| 2008/0034029 | A1 | 2/2008 | Fang et al. |
| 2008/0048978 | A1 * | 2/2008 | Trent et al. ................... 345/157 |
| 2008/0168395 | A1 * | 7/2008 | Ording et al. ............... 715/833 |
| 2008/0231610 | A1 * | 9/2008 | Hotelling et al. ............ 345/173 |
| 2009/0259969 | A1 * | 10/2009 | Pallakoff ..................... 715/808 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2 319 591 | A | 5/1998 |
| GB | 2319591 | A * | 5/1998 |

| | | | |
|---|---|---|---|
| WO | WO-2006/067711 | | 6/2006 |
| WO | WO 2008/085848 | A1 * | 7/2008 |
| WO | WO 2008/085877 | A1 * | 7/2008 |
| WO | WO-2008085848 | | 7/2008 |
| WO | WO-2008085877 | | 7/2008 |

### OTHER PUBLICATIONS

Office Action, U.S. Appl. No. 11/620,723, mailed Apr. 1, 2009, 8 pages.

Office Action, U.S. Appl. No. 11/620,709, mailed Apr. 1, 2009, 8 pages.

Office Action, U.S. Appl. No. 11/620,720, mailed Jun. 23, 2009, 17 pages.

Office Action, U.S. Appl. No. 11/620,720, mailed Dec. 23, 2008, 18 pages.

PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000058, mailed Jul. 31, 2008 (10 pages).

PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000089, mailed Apr. 6, 2008 (14 pages).

PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000103, mailed Jun. 3, 2008 (15 pages).

PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000069, mailed May 2, 2008 (16 pages).

PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000060, mailed Apr. 22, 2008 (12 pages).

Office Action, U.S. Appl. No. 11/620,723, mailed Jun. 8, 2010, 7 pages.

Office Action, U.S. Appl. No. 11/620,709, mailed Jun. 9, 2010, 7 pages.

Final Office Action, U.S. Appl. No. 11/620,709 mailed Nov. 13, 2009, 8 pages.

Final Office Action, U.S. Appl. No. 11/620,723, mailed Nov. 17, 2009., 10 pages.

Office Action, U.S. Appl. No. 11/620,720 mailed Nov. 18, 2009, 17 pages.

* cited by examiner



100

RECEIVE A USER INPUT
102

CREATE AN EVENT OBJECT IN
RESPONSE TO THE USER INPUT
104

DETERMINE WHETHER THE EVENT OBJECT
INVOKES A SCROLL OR GESTURE
OPERATION
106

ISSUE AT LEAST ONE SCROLL OR
GESTURE CALL BASED ON INVOKING
THE SCROLL OR GESTURE OPERATION
108

RESPOND TO AT LEAST ONE SCROLL CALL,
IF ISSUED, SCROLL A WINDOW HAVING A
VIEW ASSOCIATED WITH THE EVENT OBJECT
BASED ON AN AMOUNT OF A SCROLL WITH
THE SCROLL STOPPED AT A PREDETERMINED
POSITION IN RELATION TO THE USER INPUT
110

RESPOND TO AT LEAST ONE GESTURE CALL,
IF ISSUED, CHANGE A VIEW ASSOCIATED
WITH THE EVENT OBJECT BASED ON
RECEIVING A PLURALITY OF INPUT POINTS
IN THE FORM OF THE USER INPUT
112

**FIG. 1**

APLNDC00025383



FIG. 2



FIG. 3



**FIG. 4**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025385



**FIG. 5A**

APLNDC00025386



**FIG. 5B**

APLNDC00025387



**FIG. 5C**

APLNDC00025388



**FIG. 6A**

APLNDC00025389



FIG. 6B

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



**FIG. 6C**

APLNDC00025391



FIG. 6D

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



700

```
┌─────────────────────────────────┐
│   TRANSFER A DIRECTIONAL SCROLL  │
│   CALL TO DETERMINE IF DIRECTIONAL│
│         SCROLLING IS ENABLED      │
│               702                 │
└─────────────────────────────────┘
                 │
                 ▼
┌─────────────────────────────────┐
│  TRANSFER A DIRECTIONAL SCROLL   │
│  ANGLE CALL TO SET A SCROLL ANGLE │
│  FOR LOCKING THE SCROLLING IN AT  │
│  LEAST ONE OF A VERTICAL OR A     │
│       HORIZONTAL DIRECTION        │
│               704                 │
└─────────────────────────────────┘
                 │
                 ▼
┌─────────────────────────────────┐
│  LOCK THE SCROLLING IN THE        │
│  HORIZONTAL DIRECTION IF A USER   │
│  INPUT FORMS AN ANGLE WITH A      │
│  HORIZONTAL DIRECTION THAT IS     │
│  LESS THAN OR EQUAL TO A FIRST    │
│           SCROLL ANGLE            │
│               706                 │
└─────────────────────────────────┘
                 │
                 ▼
┌─────────────────────────────────┐
│  LOCK THE SCROLLING IN THE        │
│  VERTICAL DIRECTION IF A USER     │
│  INPUT FORMS AN ANGLE WITH A      │
│  VERTICAL DIRECTION THAT IS LESS  │
│  THAN OR EQUAL TO A SECOND        │
│           SCROLL ANGLE            │
│               708                 │
└─────────────────────────────────┘
```

## FIG. 7

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025393



**FIG. 8**

APLNDC00025394



900

TRANSFER A DECELERATION SCROLL CALL
TO SET A DECELERATION FACTOR FOR A
DRAG USER INPUT THAT INVOKES A SCROLL
902

SLOW THE SCROLL TO A STOP BASED
ON THE SPEED OF THE DRAG USER INPUT
904

## FIG. 9



1000

TRANSFER A SCROLL HYSTERESIS CALL TO
DETERMINE WHETHER THE USER INPUT
INVOKES A SCROLL
1002

SET THE HYSTERESIS VALUE FOR
DETERMINING WHETHER A USER INPUT
INVOKES A SCROLL
1004

## FIG. 10

APLNDC00025395

Case 5:11-cv-01846-LHK   Document 462-10   Filed 12/08/11   Page 18 of 29



1100

```
TRANSFER A SCROLL INDICATOR CALL TO
DETERMINE WHETHER AT LEAST ONE
SCROLL INDICATOR ATTACHES TO A SCROLL
REGION OR A WINDOW EDGE
1102
```

```
OPTIONALLY ATTACH SCROLL INDICATORS
TO A SCROLL REGION BASED ON
THE SCROLL INDICATOR CALL
1104
```

```
OPTIONALLY ATTACH SCROLL INDICATORS
TO A WINDOW EDGE BASED ON
THE SCROLL INDICATOR CALL
1106
```

**FIG. 11**

1200

```
TRANSFER AN INADVERTENT USER INPUT
CALL TO DETERMINE WHETHER THE USER
INPUT WAS INADVERTENT
1202
```

```
IGNORE THE INADVERTENT USER INPUT
BASED ON THE INADVERTENT USER INPUT
CALL
1204
```

**FIG. 12**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025396



1300

TRANSFER A HANDLE GESTURE EVENT CALL
1302

TRANSFER A GESTURE CHANGE CALL IN
RESPONSE TO THE HANDLE GESTURE
EVENT CALL
1304

**FIG. 13**

1400

TRANSFER A SCALING TRANSFORM CALL
TO DETERMINE A SCALING TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
1402

TRANSFER A SCALING GESTURE START
CALL
1404

TRANSFER A SCALING GESTURE PROGRESS
CALL
1406

TRANSFER A SCALING GESTURE END
CALL
1408

**FIG. 14**



**FIG. 15**

U.S. Patent     Nov. 30, 2010     Sheet 17 of 37     US 7,844,915 B2



FIG. 16A



FIG. 16B



**FIG. 16C**

APLNDC00025400



1700

TRANSFER A ROTATION TRANSFORM CALL
TO DETERMINE A ROTATION TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
1702

TRANSFER A START ROTATION GESTURE
CALL
1704

TRANSFER ROTATION GESTURE
PROCESS CALL
1706

TRANSFER A ROTATION GESTURE END
CALL
1708

# FIG. 17



**FIG. 18**



1900



```
┌─────────────────────────────────┐
│   START AT LEAST TWO ANIMATIONS  │
│              1902                │
└─────────────────────────────────┘
                 │
                 ▼
┌─────────────────────────────────┐
│   DETERMINE THE PROGRESS OF EACH │
│            ANIMATION             │
│              1904                │
└─────────────────────────────────┘
                 │
                 ▼
┌─────────────────────────────────┐
│   UPDATE EACH OF AT LEAST TWO    │
│  ANIMATIONS BASED ON A SINGLE TIMER │
│              1906                │
└─────────────────────────────────┘
```

# FIG. 19

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025403



2000

PROVIDE A SINGLE ANIMATION TIMER
<u>2002</u>

ANIMATE A PLURALITY OF ANIMATIONS
WITH THE SINGLE ANIMATION TIMER
<u>2004</u>

# FIG. 20

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025404



**FIG. 21**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025405



**FIG. 22A**



**FIG. 22B**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



2300

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW AND OWNING THE VIEW
2302

REMOVE THE LAYER FROM THE DATA
STRUCTURE
2304

SWITCH OWNERSHIP OF THE VIEW
FROM THE LAYER TO THE VIEW
2306

**FIG. 23**

2400

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW
2402

STORE THE DATA STRUCTURE IN MEMORY
2404

MAINTAIN A RETAINED COUNT OF THE
NUMBER OF REFERENCES TO THE VIEW
FROM OTHER OBJECTS
2406

DEALLOCATE THE VIEW FROM MEMORY
IF THE RETAINED COUNT IS ZERO
2408

**FIG. 24**

APLNDC00025407