Exhibit G

Atty. Docket No. 004860.P1365C2                                              *Patent*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                )
                                     )
    Steven W. Christensen )
                                     )
Serial No.   08/821,004         )   Examiner:   Dela Torre, C.
                                     )
Filed:     March 20, 1997       )   Art Unit:   2773
                                     )
For:  METHOD AND APPARATUS     )
     FOR DISPLAYING AND         )
     ACCESSING CONTROL AND      )
     STATUS INFORMATION IN A    )
     COMPUTER SYSTEM            )

AMENDMENT AND RESPONSE TO OFFICE ACTION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

Sir:

      In response to the Office Action mailed May 6, 1999, please amend the above-referenced application as follows:

IN THE CLAIMS

      Please amend the claims as follows:

      1.    (Amended)  An interactive computer-controlled display system comprising:

      a processor;

      a data display screen coupled to the processor;

      a cursor control device coupled to said processor for positioning a cursor on said data display screen;

APLNDC00028053

7    a window generation and control logic coupled to the processor and data display
8    screen to create an operating environment for a plurality of individual programming
9    modules associated with different application programs that provide status and/or
10   control functions, wherein the window generation and control logic generates and
11   displays a first window region having a plurality of display areas on said data display
12   screen, wherein the first window region is independently displayed and independently
13   active of any application program, and wherein each of the plurality of display areas is
14   associated with one of the plurality of individual programming modules, the first
15   window region and the plurality of independent display areas implemented in a
16   window layer that appears on top of application programming windows that may be
17   generated;
18   an indicia generation logic coupled to the data display screen to execute at least
19   one of the plurality of individual programming modules to generate information for
20   display in one of the plurality of display areas in the first window region, wherein at
21   least one of the plurality of display areas and its associated programming module is
22   sensitive to user input, and further wherein the window generation and control logic
23   and the indicia generation logic use message-based communication to exchange
24   information to coordinate activities of the indicia generation logic to enable interactive
25   display activity.

1    11.   (Amended) An interactive computer-controlled display system
2    comprising:
3        a processor;
4        a data display screen coupled to the processor;
5        a cursor control device coupled to said processor for positioning a cursor on said
6    data display screen;

004860.P1365C2

APLNDC00028054

7   window generation and control logic coupled to the processor and data display
8   screen to create an operating environment for a plurality of individual programming
9   modules associated with different application programs that provide status and/or
10  control functions, wherein the window generation and control logic generates and
11  displays a first window region having a plurality of display areas on said data display
12  screen, wherein the first window region is independent<u>ly displayed and independently</u>
13  <u>active</u> of any application program, and wherein each of the plurality of display areas is
14  associated with one of the plurality of individual programming modules<u>, the first</u>
15  <u>window region and the plurality of independent display areas implemented in a</u>
16  <u>window layer that appears on top of application programming windows that may be</u>
17  <u>generated</u>;
18       at least one indicia graphics generation logic coupled to the processor and the
19  window generation and control logic, wherein said at least one indicia graphics
20  generation logic generates user sensitive graphics for display in at least one data display
21  area by executing at least one of the plurality of individual programming modules;
22       wherein the window generation and control logic determines when said at least
23  one data display area has been selected by the user and signals said at least one indicia
24  graphics generation logic in response to user selection, and further wherein said at least
25  one indicia graphics generation logic initiates a response from said at least one of the
26  plurality of programming modules.

1   15.   (Amended)  A method for generating control information comprising the
2   steps of:
3       creating an operating environment for a plurality of individual programming
4   modules associated with different application programs that provide status and/or
5   control functions;

004860.P1365C2

APLNDC00028055

6   generating a first window sized to accommodate a plurality of display areas for indicia
7   resulting from executing at least one of the plurality of individual programming
8   modules, wherein each of the plurality of display areas is associated with one of the
9   plurality of individual programming modules, and wherein the first window is
10  independently displayed and independently active of any application program, the first
11  window region and the plurality of independent display areas implemented in a
12  window layer that appears on top of application programming windows that may be
13  generated;
14           displaying the indicia in each of said plurality of display areas by executing one
15  of a plurality of individual programming modules corresponding to each indicia;
16           selecting one of the indicia, wherein the step of selecting comprises a first
17  programming module determining which of said plurality of display areas is selected
18  and sending a message to a programming module of said plurality of individual
19  programming modules responsible for generating a display of a selected indicia;
20           said programming module performing a function in response to a selection.

1   25.   (Amended) A system comprising:
2           a window generation and control logic to create an operating environment for a
3   plurality of individual programming modules associated with different application
4   programs that provide status and/or control functions, wherein the window generation
5   and control logic generates and displays a first window region having a plurality of
6   display areas, wherein the first window region is independently displayed and
7   independently active of any application program, and wherein each of the plurality of
8   display areas is associated with one of the plurality of individual programming
9   modules, the first window region and the plurality of independent display areas

004860.P1365C2

APLNDC00028056

10   implemented in a window layer that appears on top of application programming
11   windows that may be generated;
12          an indicia generation logic coupled to the data display screen to execute at least
13   one of the plurality of individual programming modules to generate information for
14   display in one of the plurality of display areas in the first window region, wherein at
15   least one of the plurality of display areas and its associated programming module is
16   sensitive to user input, and further wherein the window generation and control logic
17   and the indicia generation logic use message-based communication to exchange
18   information to coordinate activities of the indicia generation logic to enable interactive
19   display activity.

1    26.    (Amended)  A system comprising:
2           a window region independently displayed and independently active of any
3    application program, the window region having interactive display areas;
4    each of a plurality of the display areas associated with one of a plurality of individual
5    programming modules, the first window region and the plurality of independent
6    display areas implemented in a window layer that appears on top of application
7    programming windows that may be generated;
8           wherein at least one of the individual programming modules is executable to
9    generate information for display in the plurality of display areas, and wherein at least
10   one of the display areas sensitive to user input.

## REMARKS

The foregoing amendments and the following remarks are responsive to the Office Action mailed May 6, 1999. Applicant respectfully requests reconsideration of

004860.P1365C2

APLNDC00028057

the present application. Claims 1-31 remain in the application. Claims 1, 11, 15, 25, and 26 have been amended.

The Examiner rejected claims 1-31 under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claims 1, 11, 15, 26, and 26 have been amended to more particularly point out and distinctly claim what Applicant considers the invention.

The Examiner further rejected Claims 26-30 under 35 U.S.C. 102(b) as being anticipated by Takagi et al. (U.S. Patent 4,885,704) ("Takagi I"). Takagi I teaches a document filing apparatus. Specifically, Takagi I teaches a document filing apparatus including"

> document window 201 for displaying document images including characters is substantially centered in the display screen. Icons (also called "selection marks" or "commands") are arrayed in the right portion of the document window 201, and give an operator various necessary indications, such as image-enlarging and reducing, and rotation and scroll of the displayed image. . . . The display further contains a function area 202 provided in connection with function keys F1 to F10. The function area contains icons F1 to F10 indicating various devices for inputting and outputting documents such as a scanner, printer, display, and file.

(Takagi I, column , lines ). Thus, Takagi teaches a document filing apparatus, which is a single application that permits manipulation of documents. Takagi does not teach or suggest a "a window region <u>independently displayed and independently active</u> of any application program, as claimed in Claim 26. Rather, Takagi teaches displayed function keys that permit access to printing, scanning, saving, and other functions of a single "document filing apparatus" taught by Takagi. Furthermore, the present invention as claimed sets further that the "the first window region and the plurality of independent display areas implemented in a window layer that appears on top of application programming windows that may be generated." Takagi does not disclose

APLNDC00028058

the first window region and independent display areas being in a window layer that appears on top of application programming windows that may be generated. Therefore, the present invention as claimed does not teach, mention, nor disclose the present invention as claimed.

Moreover, the display areas of Takagi are not interactive. Rather, the display areas display static information, such as "scanner," "printer," "display," etc. Therefore, Takagi does not anticipate, or make obvious claim 26, as amended.

The Examiner further rejected claims 1-3, 8-25 under 25 U.S.C. §103(a) as being unpatentable over Cohausz in view of Takagi I. The Examiner states that Cohausz does not teach a status bar with a plurality of individual programming modules associated with different programs, nor does Cohausz teach that the first window region is displayed separately from any application program. The Examiner states that Takagi makes up the missing elements in Cohausz.

However, as discussed above, Takagi does not teach or suggest an independently displayed and independently active window region, as claimed. Rather, as can be seen in Figure 2, Takagi teaches a document filing apparatus that includes functionalities, including icons and a function area indicating various devices for inputting and outputting documents that are within the document filing apparatus. Therefore, Takagi does not teach or suggest a window region that is independently displayed and independently active of any application program. Therefore, Claims 1-3, and 8-25 are not anticipated by or obvious over Cohausz in view of Takagi.

The Examiner further rejected claims 4-7. Mills teaches a resizeable window. Mills does not make up the elements missing in Cohausz and Takagi. Mills does not teach or suggest a display area that is independently displayed and independently active of any application program. Therefore, claims 4-7 are not obvious over Cohausz, in view of Takagi, further in view of Mills.

APLNDC00028059

Claim 31 was rejected over Takagi in view of Mills. Claim 31 depends on Claim 26, and incorporates all of the limitations of claim 26. As discussed above, Takagi and Mills, alone or in combination, do not teach or suggest an independently active and independently displayed window, as claimed. Therefore, Claim 31 is not obvious over Takagi in view of Mills.

In view of the foregoing amendments and remarks, applicant respectfully submits that all pending claims are in condition for allowance. Such allowance is respectfully requested.

If the Examiner finds any remaining impediment to the prompt allowance of these claims that could be clarified with a telephone conference, the Examiner is respectfully requested to contact Judith A. Szepesi at (408) 720-8598.

Authorization is hereby given to charge our Deposit Account No. 02-2666 for any charges that may be due.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: __11/V__, 1999

Michael J. Mallie
Registration No. 36,591

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8598

**FIRST CLASS CERTIFICATE OF MAILING**
**(37 C.F.R. § 1.8(a))**

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231 on __November 8, 1999__.
      Date of Deposit

Angela M. Quinn
Name of Person Mailing Correspondence

Signature: Angela M. Quinn        Date: 11-8-99