Exhibit I

```
 1         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
 2              SAN JOSE DIVISION

 3

 4

 5

 6
    APPLE INC., A CALIFORNIA    :
 7  CORPORATION,                :
                 PLAINTIFF,     :
 8                              :
                                :
 9     VS.                      : CASE NO.
                                : 11-CV-01846-LHK
10  SAMSUNG ELECTRONICS, CO.,   :
    LTD., A KOREAN BUSINESS     :
11  ENTITY; SAMSUNG ELECTRONICS :
    AMERICA, INC., A NEW YORK   :
12  CORPORATION; SAMSUNG        :
    TELECOMMUNICATIONS AMERICA, :
13  LLC, A DELAWARE LIMITED     :
    LIABILITY COMPANY,          :
14
                    DEFENDANTS
15

16

17

18

19

20      DEPOSITION OF ANDRIES VAN DAM, an Expert
    Witness in the above-entitled cause, taken on
21  behalf of the Plaintiff, before Barbara
    Warner, RPR, Notary Public in and for the
22  State of Rhode Island, at the offices of
    Allied Court Reporters, 115 Phenix Avenue,
23  Cranston, RI, on September 14, 2011
    at 9:30 A.M.
24

25  Job Number: 41901
```

```
 1
     APPEARANCES:
 2

 3   FOR THE PLAINTIFF APPLE INC.:
     MORRISON & FOERSTER
 4   BY:  RICHARD S.J. HUNG, ESQ.
     BY:  DEOK KEUN MATTHEW AHN, ESQ.
 5   425 MARKET STREET
     SAN FRANCISCO, CALIFORNIA 94105
 6

 7

 8

 9
     FOR THE DEFENDANTS SAMSUNG:
10   QUINN EMANUEL URQUHART OLIVER & HEDGES
     BY:  TODD M. BRIGGS, ESQ.
11   BY:  AARON KAUFMAN, ESQ.
     555 TWIN DOLPHIN DRIVE
12   REDWOOD SHORES, CALIFORNIA 94065

13

14

15
     ALSO PRESENT:
16   MIKE HENRIQUES, VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

```
 1
 2
 3                    INDEX
 4  WITNESS                                      PAGE
 5
 6
    ANDRIES VAN DAM
 7
 8
 9
    EXAMINATION BY MR. HUNG............  6
10
11
12
                    EXHIBITS
13
    DESCRIPTION                                  PAGE
14
15  EXHIBIT 129   NOTICE OF DEPOSITION            6
16  EXHIBIT 130   DECLARATION OF ANDRIES
                  VAN DAM                         6
17
    EXHIBIT 131   LONG VERSION OF VAN DAM
18                CV                              6
19  EXHIBIT 132   iPAQ                           58
20  EXHIBIT 133   CHECKERBOARD DOCUMENT         122
21  EXHIBIT 134   EXHIBIT A TO THE BEDERSON
                  DECLARATION                   145
22
    EXHIBIT 135   SONY DEVICE                   159
23
    EXHIBIT 136   EXHIBIT 4 TO THE VAN DAM
24                DECLARATION                   164
25  EXHIBIT 137   BATES NUMBERS                1156
```

1                      EXHIBITS
2
3    DESCRIPTION                                    PAGE
4    EXHIBIT 138   EXHIBIT 5 TO THE VAN DAM
                   DECLARATION                      176
5
     EXHIBIT 139   VAN DEN HOVEN REFERENCE          177
6
     EXHIBIT 140   READING AND WRITING THE
7                  ELECTRONIC BOOK                  184
8    EXHIBIT 141   SOURCE CODE MODULE               199

9

10

11

12   *EXHIBITS 132 AND 135 RETAINED BY THE
     ATTORNEYS.
13

14

15

16

17

18

19

20

21

22

23

24

25

1    (DEPOSITION COMMENCED AT 9:54 A.M.)

2    ANDRES VAN DAM

3    THE VIDEOGRAPHER: This is the
4 start of the tape labeled number 1 of the
5 videotaped deposition of Andries van Dam in
6 the matter of Apple Inc., versus Samsung
7 Electronics Company, Limited, in the United
8 States District Court, Northern District of
9 California, San Jose Division. The
10 deposition is being held at Allied Court
11 Reporters, 115 Phenix Avenue, Cranston, Rhode
12 Island on September 14, 2011 at approximately
13 9:54 a.m.

14    My name is Mike Henriques. I am
15 the legal video specialist from TSG
16 Reporting, Inc., headquarted at 747 Third
17 Avenue, New York, New York. The court
18 reporter is Barbara Warner in association
19 with TSG Reporting. And if counsel could
20 please introduce themselves.

21    MR. HUNG: Richard Hung of
22 Morrison & Foerster for Apple Inc. With me
23 today is Matthew Ahn, also of Morrison &
24 Foerster.

25    MR. BRIGGS: Todd Briggs from

1  Q. Or doesn't infringe, as represented in those
2     claim charts?
3     A. Correct.
4  Q. Do you have any patents of your own?
5     A. No.
6  Q. I take it you are not an inventor on any
7     patent, whether a utility patent or design
8     patent?
9     A. I am not.
10 Q. Or form patent?
11    A. I am not.
12 Q. Now, I would like to get into some of the
13    substance of your declaration.
14    A. Please.
15 Q. Turn to paragraph 21 of your declaration.
16    A. Starting with --
17 Q. I apologize.  Paragraph 21 on page 5.  I will
18    use paragraphs today to make it easier.
19    A. That's fine.
20          MR. HUNG:  Todd, if I can help him
21    just find the paragraph.
22          MR. BRIGGS:  Sure.
23    A. I have read it.
24 Q. I will be referring today to this snap-back
25    feature referenced in paragraph 21, and I

1    want to make sure we are on the same page

2    with respect to how we understand that

3    feature.  Describe to me what you meant by

4    the snap-back feature?

5    A. Yes.  If you are moving an electronic

6    document in a certain direction, and you

7    scroll it past its edge, where there is no

8    new information to come into view, you are

9    going to be displaying beyond the edge.  If

10    your excursion beyond the edge is small and

11    you lift your finger or your stylist,

12    whatever your pointing device is, then the

13    view will snap back so that there is no

14    unrelated information to be seen.  That

15    material beyond the edge disappears.  So it

16    should be seen as a mechanism for overpanning

17    or overscrolling and realigning the final

18    view.

19  Q. There are two more words I want to ask you

20    about two, three more words, because at least

21    two of them appeared in your declaration.

22    What do you mean by overpanning?

23    A. Going beyond the edge.  An attempt to pull

24    the electronic document further than it

25    should go and this particular form of visual

1          feedback lets you know that by as soon as you
2          lift up, snapping the document to another
3          view in which there is no material beyond the
4          edge visible.
5     Q.   I take it that overscrolling is different
6          than overpanning?
7          A. No, I mean them exactly the same way.
8          Scrolling to some people means moving in a
9          linear direction, similar direction.  Panning
10         may mean that or it could mean in an
11         arbitrary direction in a way that a film
12         camera can pan.
13    Q.   You refer to the feature as snap-back.  Is
14         that the same as moving back?  Is there a
15         distinction between moving back and snapping
16         back?
17         A. Yes, there is.
18    Q.   What is the distinction?
19         A. The term snap-back or bounce-back is used
20         to indicate that there is an attempt to
21         simulate a kind of physics which you would
22         get from, say, attaching a rubber band to the
23         edge and having the rubber band pull the edge
24         back.  So the animation which you can see on
25         my iPhone does that.  It gives you the

1                C E R T I F I C A T E
            I, Barbara Warner, a Notary Public in
2      and for the State of Rhode Island, duly
       commissioned and qualified to administer
3      oaths, do hereby certify that the foreging
       Deposition of Andries van Dam, a Witness in
4      the above-entitled cause, was taken before me
       on behalf of the Plaintiff, at the offices of
5      Allied Court Reporters, 115 Phenix Avenue,
       Cranston, Rhode Island on September 14, 2011
6      at 9:30 A.M.; that previous to examination of
       said witness, who was of lawful age, he was
7      first sworn by me and duly cautioned to
       testify to the truth, the whole truth, and
8      nothing but the truth, and that he thereupon
       testified in the foregoing manner as set out
9      in the aforesaid transcript.

10           I further testify that the foregoing
       Deposition was taken down by me in machine
11     shorthand and was later transcribed by
       computer, and that the foregoing Deposition
12     is a true and accurate record of the
       testimony of said witness.
13
             Pursuant to Rules 5(b) and 30(f) of the
14     Federal Rules of Civil Procedure, original
       transcripts shall not be filed in Court;
15     therefore, the original is delivered to and
       retained by Plaintiff's attorney, Richard
16     S.J. Hung, Esquire.

17           Correction and signature pages were sent
       to Plaintiff's Counsel, Todd M. Briggs.
18
             IN WITNESS WHEREOF, I have hereunto set
19     my hand and seal this 15th day of September,
       2011.
20

21

22

23

24     _____
       BARBARA WARNER, NOTARY PUBLIC/CERTIFIED
25     COURT REPORTER

```
1    NAME OF CASE:       Apple, Inc. v. Samsung Elecs. Co., Ltd.
2    DATE OF DEPOSITION: September 14, 2011
3    NAME OF WITNESS:    Andries Van Dam
4
5
6                       ACKNOWLEDGMENT OF DEPONENT
7
8         I, ANDRIES VAN DAM, do hereby acknowledge that I have
9    read and examined the foregoing testimony, and the same
10   is a true, correct and complete transcription of the
11   testimony given by me, with the exception of the noted
12   corrections, if any, appearing on the attached errata
13   sheet signed by me, to the best of my knowledge and
14   belief.
15
16   _19 Oct 2011_       _[signature]_
17       (Date)                (Signature)
18
19   Subscribed and sworn to before me this 19th
20   day of October, 20__.
          AMANDA MORRISSETTE
          NOTARY PUBLIC
          STATE OF RHODE ISLAND
          MY COMMISSION EXPIRES NOV. 21, 2012
21   My commission expires _____
22   Notary Public _[signature]_
23
24
25
```