Exhibit J

Page 1

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4
5    APPLE INC., a California corporation,
6
                 Plaintiff,
7
     vs.                            CASE NO. 11-CV-01846-LHK
8
     SAMSUNG ELECTRONICS CO., LTD.,
9    A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                 Defendants.
13   _____/
14
15             C O N F I D E N T I A L
16        A T T O R N E Y S'   E Y E S   O N L Y
17            O U T S I D E   C O U N S E L
18
19    VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN, Ph.D.
20              SAN FRANCISCO, CALIFORNIA
21               TUESDAY, AUGUST 16, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 41176

Confidential Attorneys' Eyes Only Outside Counsel

Page 2

1    TUESDAY, AUGUST 16, 2011
2         9:10 a.m.
3
4
5
6  VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN,
7  Ph.D., taken at QUINN EMANUEL URQUHART &
8  SULLIVAN, 50 California Street, 22nd Floor,
9  San Francisco, California, pursuant to
10 Notice, before me, ANDREA M. IGNACIO HOWARD,
11 CLR, CCRR, RPR, CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only Outside Counsel

Page 4

1          SAN FRANCISCO, CALIFORNIA
2          TUESDAY, AUGUST 16, 2011
3               9:10 a.m.
4
5
6          THE VIDEOGRAPHER:  Good morning.
7          This is the beginning of Disk No. 1, of the
8  videotaped deposition of Dr. Balakrishnan, in the
9  matter of Apple versus Samsung, et al., in the United
10 States District Court, Northern District of
11 California, San Jose Division.
12         We are located today at 50 California Street,
13 in the City of San Francisco, California.
14         Today's August 16, 2011, and the time is
15 9:10 a.m.
16         My name is Alan Dias from TSG Reporting.
17 Here with me is Andrea Ignacio.
18         Counsel, would you please identify yourself
19 for the record.
20         MR. JOHNSON:  This is Kevin Johnson on behalf
21 of Samsung.
22         MR. MONACH:  Andrew Monach, representing
23 Apple and the witness.
24         MR. TUNG:  I'm Mark Tung, representing
25 Samsung.

Confidential Attorneys' Eyes Only Outside Counsel

Page 3

1   A P P E A R A N C E S:

2

3      FOR APPLE INC.:

4           MORRISON & FOERSTER

5           By:  ANDREW E. MONACH, Esq.

6                DEOK KEUN AHN, Esq.

7           425 Market Street

8           San Francisco, California 94105

9

10

11

12     FOR SAMSUNG ELECTRONICS CO. LTD:

13          QUINN EMANUEL URQUHART & SULLIVAN

14          By:  KEVIN JOHNSON, Esq.

15               HENRY LIEN, Esq.

16               TODD BRIGGS, Esq.

17               MARK TUNG, Ph.D., Esq.

18          555 Twin Dolphin Drive

19          Redwood Shores, California 94065

20

21

22

23     ALSO PRESENT:  Alan Dias, Videographer

24

25

Confidential Attorneys' Eyes Only Outside Counsel

Page 27

1   did zoom in.  But whether or not it has to be zoomed
2   in, I need to spend a bit more time making sure
3   whether it has to or not.  I have not done that right
4   now on this device.
5           MR. JOHNSON:  Okay.
6           THE WITNESS:  So, on this device, I went
7   through the -- the preamble.  It's clearly a
8   computer-implemented method.  It has a device with a
9   touchscreen display.  It is displaying right now a
10  first portion of an electronic document.  The
11  electronic document here happens to be a photograph or
12  an image, some kind of a picture of something.
13          MR. JOHNSON:  Q.  Is the electronic doc --
14  what -- what does an "electronic document" mean in the
15  context of this patent?
16          MR. MONACH:  Object to form to the extent
17  it's calling for a legal conclusion, but you can give
18  your views on that.
19          THE WITNESS:  In the context of this patent,
20  my understanding, having read the patent and the
21  claims, is the electronic document is some visual
22  representation on the screen that has a defined length
23  and a width, as an example, or defined set of
24  boundaries, because they may not have to be a
25  rectangular set of boundaries.

Confidential Attorneys' Eyes Only Outside Counsel

Page 28

1    MR. JOHNSON:  Q.  So can it -- it can be
2 anything with a defined length and width?
3    A    It could be any visually represented thing
4 with a defined boundary.  I'd rather use the word
5 "boundaries," because length and width may connote a
6 rectangular thing.  It may not be a rectangle,
7 necessarily.
8    Q    Okay.  So an electronic document is anything
9 that can be visually represented with a defined
10 boundary?
11    MR. MONACH:  Object to the form of the
12 question; object as calling for a legal conclusion.
13    THE WITNESS:  In the context of this patent
14 and the claims, reading the patent and the claims, I
15 would say that would be a -- my definition of an
16 electronic document would be something visually
17 representable on the screen that -- that has a defined
18 set of boundaries.
19    MR. JOHNSON:  Okay.
20    Q    How about the next limitation?
21    A    Okay.  So, as I said earlier, it's got a
22 first portion of an electronic document.  We already
23 went through that.
24    Q    And -- and -- I'm sorry.
25    A    I'm sorry.

Page 337

1        CERTIFICATE OF REPORTER

2

3

4

5        I, ANDREA M. IGNACIO HOWARD, hereby certify

6   that the witness in the foregoing deposition was by me

7   duly sworn to tell the truth, the whole truth, and

8   nothing but the truth in the within-entitled cause;

9

10       That said deposition was taken in shorthand

11  by me, a Certified Shorthand Reporter of the State of

12  California, and was thereafter transcribed into

13  typewriting, and that the foregoing transcript

14  constitutes a full, true and correct report of said

15  deposition and of the proceedings which took place;

16

17       That I am a disinterested person to the said

18  action.

19

20       IN WITNESS WHEREOF, I have hereunto set my

21  hand this 17th day of August, 2011.

22

23  _____

24  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

25

Confidential Attorneys' Eyes Only Outside Counsel

Page 336

1        J U R A T

2

3        I, RAVIN BALAKRISHNAN, Ph.D., do hereby

4    certify under penalty of perjury that, I have read the

5    foregoing transcript of my deposition taken on

6    August 16, 2011; that I have made such corrections as

7    appear noted herein in ink, initialed by me; that my

8    testimony as contained herein, as corrected, is true

9    and correct.

10

11        DATED this  20th  day of  September  , 2011,

12    at  Toronto, Ontario, Canada  .

13

14

15

16

17

18    _____

19              SIGNATURE OF WITNESS

20