Exhibit O

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California          )
     corporation,                      )
 5                                     )
                  Plaintiff,           )
 6                                     )
           vs.                         ) No: 11 CV 01846 LHK
 7                                     )
     SAMSUNG ELECTRONICS CO., LTD,     )
 8   a Korean business entity;         )
     SAMSUNG ELECTRONICS AMERICA,      )
 9   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS        )
10   AMERICA, LLC, a Delaware          )
     limited liability company         )
11                                     )
                  Defendants.          )
12   _____)
13
14      **HIGHLY CONFIDENTIAL   ATTORNEYS' EYES ONLY**
15
16          DEPOSITION OF WAYNE WESTERMAN
17            Redwood Shores, California
18             Monday, October 31, 2011
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 43058
```

Highly Confidential - Attorneys' Eyes Only

Page 2

October 31, 2011

9:11 a.m.

Videotaped deposition of WAYNE WESTERMAN, held at Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, Suite 500, Redwood Shores, California, pursuant to Subpoena before Linda Vaccarezza, a Certified Shorthand Reporter of the State of California.

Highly Confidential - Attorneys' Eyes Only

Page 3

1    A P P E A R A N C E S:
2         QUINN EMANUEL URQUHART & SULLIVAN LLP
3         Attorneys for Defendants
4              555 Twin Dolphin Drive
5              Redwood Shores, California 94065
6         BY:  ALAN WHITEHURST, ESQ.
7              KETAN PATEL, ESQ.
8         Alanwhitehurst@quinnemanual.com
9
10
11        MORRISON & FOERSTER, LLP
12        Attorneys for Plaintiff
13             425 Market Street
14             San Francisco, California 94105
15        BY:  MATTHEW I KREEGER, ESQ.
16        mkreeger@mofo.com
17
18
19
20   ALSO PRESENT:  Cindy Wheeler
21
22
23   Videographer:  Alexi dias
24
25

Highly Confidential - Attorneys' Eyes Only

Page 4

1     (Exhibit 1150, Notice of
2     Deposition of Wayne
3     westerman, marked for
4     identification.)
5
6     (Exhibit 1151, Condensed
7     Transcript of the Deposition of
8     Wayne Westerman dated October 12,
9     2011, Bates stamped APLNDC
10    X0000001512 through APLNDC
11    X0000001620, marked for
12    identification.)
13
14    (Exhibit 1152, Condensed
15    Transcript of the Deposition of
16    Wayne Westerman dated November 17,
17    2010, Bates stamped APLNDC
18    X0000001623 through APLNDC
19    X0000001680 marked for
20    identification.)
21
22    (Exhibit 1153, Exhibit 1153
23    Condensed Transcript of the
24    Deposition of Wayne Westerman
25    dated October 11, 2011, Bates

1    stamped APLNDC X0000001746 through
2    APLNDC X0000001773, marked for
3    identification.)
4
5    (Exhibit 1154, Condensed
6    Transcript of the Deposition of
7    Wayne Westerman dated June 28,
8    2011, BAtes stamped APLNDC
9    X0000001775 through APLNDC
10   X0000001826, marked for
11   identification.)
12
13   (Exhibit 1155, "Prehearing and
14   Tutorial" dated September 23,
15   2011, Bates stamped         APLNDC
16   X0000004562 through APLNDC
17   X0000004274 through APLNDC
18   X0000004906, marked for
19   identification.)
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 6

1    THE VIDEOGRAPHER:  Good morning.  This is
2 the beginning of Disk Number 1 of the videotaped
3 deposition of Mr. Wayne Westerman in the matter
4 Apple Inc. versus Samsung Electronic Company in
5 the United States District Court, Northern
6 District of California, San Jose division.  Case
7 number 11 CV 01846 LHK.  This deposition is being
8 held at Quinn Emanuel, 555 Twin Dolphin Drive,
9 Fifth Floor, in Redwood Shores, California, on
10 October 31st, 2011.  The time is 9:06 a.m.  My
11 name is Alexi Dias from TSG Reporting, Inc. and
12 our court reporter is Linda Vaccarezza.  Will
13 counsel please introduce yourself.
14          MR. WHITEHURST:  Good morning.  My
15      name is Alan Whitehurst, and with me
16      today is my colleague, Ketan Patel.  We
17      are both at the law firm of Quinn Emanuel
18      and we represent Samsung.
19          MR. KREEGER:  Mathew Kreeger,
20      Morrison & Foerster representing Apple
21      and the witness.  With me is Cindy
22      Wheeler from Apple.  Thank you.
23          WAYNE WESTERMAN,
24   having been duly sworn by the Certified
25 Shorthand Reporter, was examined and testified as

Page 129

1  the fitting of ellipses to groups.  This required
2  a unitary transformation or finding Eigen
3  values/vector angle of the covariance matrix of
4  electro coordinates as described below and in the
5  code excerpt."
6          Q.    Dr. Westerman, why did the fitting
7  of ellipses require a unitary transformation?
8          A.    It's just saying that the unitary
9  transformation is just a rotation of a coordinate
10 system so that to align with the long angle of
11 the data, and that's   and that's just the step
12 to finding the orientation of the major axis, you
13 rotate your   rotating the coordinate system so
14 you can find the angle of the major axis.  That's
15 what it does for you.  Really, I think unitary
16 transformation just means rotating a coordinate
17 system, but in this case, you're doing it to
18 match the Eigen vector of the covariance matrix,
19 and that should match up with the long or major
20 axis of the data.
21         Q.    REDACTED
24         A.    REDACTED
25         Q.    REDACTED

Highly Confidential - Attorneys' Eyes Only

Page 190

1        C E R T I F I C A T E
2   STATE OF CALIFORNIA      )
3                            )
4   COUNTY OF SAN FRANCISCO  )
5        I, LINDA VACCAREZZA, a Certified
6   Shorthand Reporter for the State of
7   California, do hereby certify:
8        That WAYNE WESTERMAN, the witness
9   whose deposition is herein before set
10  forth, was duly sworn by me and that such
11  deposition is a true record of the
12  testimony given by such witness.
13       I further certify that I am not
14  related to any of the parties to this
15  action by blood or marriage; and that I
16  am in no way interested in the outcome of
17  this matter.
18       IN WITNESS WHEREOF, I have hereunto
19  set my hand this 31st day of October
20  2011.
21
22  _____
23  LINDA VACCAREZZA, CSR. NO. 10201
24
25            I N D E X

Highly Confidential - Attorneys' Eyes Only

Page 189

2        (Time noted: 3:35 p.m.)

3                          _____

4                          WAYNE WESTERMAN

7     Subscribed and sworn to before me

8     This         day of                , 2011.

9     _____