Exhibit Q

```
                                                           Page 1
 1             UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6            Plaintiff,
 7   vs.                         Case No. 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12            Defendants.
     ----------------------------------/
13
14
15
16                    CONFIDENTIAL
17               ATTORNEYS' EYES ONLY
18                  OUTSIDE COUNSEL
19      VIDEOTAPED DEPOSITION OF IMRAN CHAUDHRI
              Redwood Shores, California
20             Friday, October 14, 2011
21
22
23   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
24
     JOB NO. 42879
25
```

Confidential Attorneys' Eyes Only

Page 2

1        October 14, 2011
2           9:35 a.m.
3
4    Videotaped Deposition of IMRAN
5    CHAUDHRI, held at the offices of Quinn
6    Emanuel Urquhart & Sullivan, LLP, 555
7    Twin Dolphin Drive, 5th Floor, Redwood
8    Shores, California, before Lorrie L.
9    Marchant, a Certified Shorthand
10   Reporter, Registered Professional
11   Reporter, Certified Realtime Reporter,
12   California Certified Realtime Reporter
13   and Certified LiveNote Reporter.
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 3

1            A P P E A R A N C E S:
2
3    FOR THE PLAINTIFF APPLE INC.:
4         MORRISON & FOERSTER
          BY:  MATTHEW KREEGER, ESQ.
5         425 Market Street
          San Francisco, California 94105
6
7
8    FOR THE DEFENDANTS SAMSUNG:
9         QUINN EMANUEL URQUHART & SULLIVAN
          BY:  ALAN WHITEHURST, ESQ.
10        1101 Pennsylvania Avenue NW
          Washington, D.C. 20004
11
12   and
13        BY:  ALEX BAXTER, ESQ
               MARGRET CARUSO, ESQ.
14             BRETT ARNOLD, ESQ.
          555 Twin Dolphin Drive
15        Redwood Shores, California 94065
16
17   and
18
          BY:  MICHAEL ZELLER, ESQ.
19        865 South Figueroa Street
          Los Angeles, California 90017
20
21
22   ALSO PRESENT:
23        Cyndi Wheeler, Apple IP Litigation Counsel
24        Alan Dias, Videographer
25                 ---oOo---

Confidential Attorneys' Eyes Only

Page 4

1        (Marked for identification purposes,
2        Exhibit 570 through 572.)
3        THE VIDEOGRAPHER:  We are on the video
4   record at 9:34 a.m.  In the matter of Apple Inc.,
5   versus Samsung, in the United States District Court,
6   Northern District of California.  Case No.
7   11-CV-01846-LHK.
8        We are located today at 555 Twin Dolphin
9   Drive, in the City of Redwood Shores, California.
10  Today is October 14, 2011, and the time is 9:35 a.m.
11       My name is Alan Dias from TSG Reporting.
12       Counsel, would you please identify yourself
13  for the record.
14       MR. WHITEHURST:  Good morning.  My name
15  Alan Whitehurst.  And with me today is my colleague,
16  Alex Baxter.  We are with the law firm Quinn
17  Emanuel, and we represent Samsung.
18       MR. KREEGER:  Matthew Kreeger, Morrison &
19  Foerster, representing Apple.  With me is
20  Cyndi Wheeler from Apple.
21       THE VIDEOGRAPHER:  Will the court reporter
22  please swear in the witness.
23       THE REPORTER:  Do you solemnly swear or
24  affirm under the penalties of perjury that the
25  testimony you are about to offer will be the truth,

Confidential Attorneys' Eyes Only

Page 70

1  Q. Would you agree, then, that more than one
2 year before the filing date of your patent
3 application that it was known to have user
4 interfaces with more than one window?
5  A. Yes.
6  Q. If you would please read aloud line 12 of
7 Column 10.
8  A. Starting a timer and -- shall I continue
9 on?
10  Q. What is a timer?
11  MR. KREEGER: Objection. Calls for a legal
12 conclusion.
13  Go ahead.
14  THE WITNESS: A timer, as I understand it,
15 is -- is something that counts down from a -- from a
16 starting value to zero, typically.
17  BY MR. WHITEHURST:
18  Q. If you would please read lines 13 and 14 of
19 Column 10, please.
20  A. Closing the first window in response to a
21 determination that the timer expired.
22  Q. What does it mean when it says "closing the
23 first window"?
24  MR. KREEGER: Objection. Calls for a legal
25 conclusion.

Confidential Attorneys' Eyes Only

Page 71

1       THE WITNESS:  I don't really know.
2       BY MR. WHITEHURST:
3   Q.  In line 14, what it does it mean when it
4   says "timer expired"?
5       MR. KREEGER:  Same objection.
6       THE WITNESS:  I don't know.
7       BY MR. WHITEHURST:
8   Q.  Is it unclear in line 14 what it means when
9   it says "timer expired"?
10  A.  I just don't know what it's referencing.  I
11  understand the timer.  I understand that the timer
12  expired.  By taking you back to my earlier example,
13  I take to it mean that it's gone to zero.
14  Q.  And would the timer expire when it reaches
15  zero?
16  A.  A timer, like my understanding of timers,
17  would end at that point.
18  Q.  If you would please read lines 15 through
19  17 of Column 10, starting with the word "wherein"
20  and ending with the word "system."
21  A.  Wherein the first window does not close in
22  response to any input from a user input device of
23  the digital processing system.
24  Q.  And what does this mean?
25      MR. KREEGER:  Objection.  Calls for a legal

Page 254

1                    CERTIFICATE

2

   STATE OF CALIFORNIA  )
3                      )  :  ss
   COUNTY OF SONOMA     )

4

5      I, Lorrie L. Marchant, a Certified Shorthand
6   Reporter, a Registered Professional Reporter, a
7   Certified Realtime Reporter, and a Certified
8   Realtime Professional within and for the State of
9   California, do hereby certify:
10     That IMRAN CHAUDHRI, the witness whose
11  deposition is herein set forth, was duly
12  sworn/affirmed by me and that such deposition is a
13  true record of the testimony given by such witness.
14     I further certify that I am not related to any
15  of the parties to this action by blood or marriage
16  and that I am in no way interested in the outcome of
17  this matter.
18     In witness whereof, I have hereunto set my hand
19  this 15th day of October, 2011.
20
21
22
23     ---------------------------------------------
       LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24     CSR No. 10523
25

Page 253

1    today's deposition.  We are off the record at
2    6:53 p.m.  The master disk will be held by TSG
3    Reporting.
4          (Time noted:  6:53 p.m.)
5                  ---oOo---
6
7
8                              _____
                                 IMRAN CHAUDHRI
9
10       Subscribed and sworn to
         before me this      day
11       of          2011.
12

         _____
13
14
15
16
17
18
19
20
21
22
23
24
25