# Exhibit A

**From:** Rachel Herrick Kassabian [rachelkassabian@quinnemanuel.com]
**Sent:** Friday, December 02, 2011 12:29 PM
**To:** Mazza, Mia
**Cc:** Samsung v. Apple; AppleMoFo; 'Sam.Maselli@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com'
**Subject:** RE: Apple v. Samsung: Scheduling Lead Trial Counsel Meet and Confer and MTC

HI Mia,

I am working on finding a time that works for both McElhinny and Verhoeven. I'll get back to you as soon as I can.

Thanks,
Rachel

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Friday, December 02, 2011 7:40 AM
**To:** Rachel Herrick Kassabian
**Cc:** Samsung v. Apple; AppleMoFo; Sam.Maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** Re: Apple v. Samsung: Scheduling Lead Trial Counsel Meet and Confer and MTC

Any word, Rachel? The scheduling of this meeting needs to be resolved today.

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Mazza, Mia
**Sent**: Thursday, December 01, 2011 11:12 AM
**To**: 'rachelkassabian@quinnemanuel.com' <rachelkassabian@quinnemanuel.com>
**Cc**: Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; AppleMoFo; 'Maselli, Samuel' <Sam.Maselli@wilmerhale.com>; Walden, S. Calvin <Calvin.Walden@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>
**Subject**: Apple v. Samsung: Scheduling Lead Trial Counsel Meet and Confer and MTC

Hi Rachel,

Last night we advised you that Harold McElhinny is available for a lead trial counsel meet and confer at any time on December 5 or 6, with a preference for the 6th, and also could be available on December 7 before noon or after 3pm Pacific.

We also advised you of our planned schedule on shortened time for any motion(s) to compel that may be necessary if the meet and confer does not resolve the issues on the agenda:

- Motions to compel:  Thursday, December 8
- Opposition briefs:  Monday, December 12
- Reply briefs:  Wednesday, December 14
- Hearing:  Friday, December 16

We also advised you that Judge Grewal is out beginning on December 17 through December 26, and you advised that Quinn is unavailable the week after Christmas.  We therefore need this motion is heard on or before December 16.  That requires the lead trial counsel meet-and-confer to take place on one of the three days provided -- December 5, 6, or 7.

Which of the three days we provided will work for Mr. Verhoeven, and what are his windows of availability on those dates?  Please advise immediately.  Thanks.

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

_____

**From:**   Mazza, Mia
**Sent:**   Tuesday, November 29, 2011 6:36 PM
**To:**   'rachelkassabian@quinnemanuel.com'
**Cc:**   AppleMoFo; Samsung v. Apple
**Subject:**   Apple v. Samsung:  Agenda for 11/30 meet and confer call


Counsel:

Below is Apple's agenda for tomorrow's meet and confer.

1. Scheduling lead trial counsel meet-and-confer and motions to compel

2. Protective Order Status

    o November 15, 2011 letter from R. Kassabian to J. Bartlett
    o November 20, 2011 letter from R. Kassabian to M. Mazza and S. Maselli
    o *As Joint Motion to Amend Protective Order has now been finalized in the ITC matters, the protective order in this action should be finalized as well.*


3. Samsung's production of documents that include the term "Apple"

    o October 19, 2011 letter from W. Overson to R. Kassabian
    o November 1, 2011 letter from W. Overson to R. Kassabian
    o November 4, 2011 letter from M. Mazza to R. Kassabian

- o November 8, 2011 letter from R. Kassabian to J. Bartlett et al.
- o November 15, 2011 letter from W. Overson to R. Kassabian
- o November 20, 2011 letter from R. Kassabian to M. Mazza et al.
- o November 20, 2011 letter from J. Bartlett to R. Kassabian
- o *Need agreement to complete substantial production by 12/15/2011 or add to agenda for lead counsel meet-and-confer. Apple proposes that any motion to compel on this issue be scheduled for hearing on December 16.*

4. Samsung's production of survey-related documents

- o October 8, 2011 letter from W. Overson to K. Johnson et al.
- o October 10, 2011 letter from W. Overson to K. Johnson et al.
- o October 19, 2011 letter from W. Overson to R. Kassabian
- o November 1, 2011 letter from W. Overson to R. Kassabian
- o November 4, 2011 letter from M. Mazza to R. Kassabian
- o November 8, 2011 letter from R. Kassabian to J. Bartlett et al.
- o November 16, 2011 letter from W. Overson to R. Kassabian
- o November 20, 2011 letter from R. Kassabian to M. Mazza et al.
- o November 20, 2011 letter from J. Bartlett to R. Kassabian
- o *Need agreement to complete substantial production by 12/15/2011 or add to agenda for lead counsel meet-and-confer. Apple proposes that any motion to compel on this issue be scheduled for hearing on December 16.*

5. Samsung's failure to produce source code and other technical documents

- o November 9, 2011 letter from W. Overson to R. Kassabian et al.
- o November 15, 2011 letter from J. Bartlett to R. Kassabian
- o November 20, 2011 letter from R. Kassabian to M. Mazza and S. Maselli
- o November 20, 2011 letter from J. Bartlett to R. Kassabian
- o November 28, 2011 letter from W. Overson to R. Kassabian
- o *Need agreement to complete substantial production by 12/15/2011 or add to agenda for lead counsel meet-and-confer. Apple proposes that any motion to compel on this issue be scheduled for hearing on December 16.*

6. Apple's Second Set of Preliminary Injunction Interrogatories (Nos. 12-14)

- o October 17, 2011 email from W. Overson to K. Johnson et al.
- o October 26, 2011 email from R. Kassabian to W. Overson
- o October 31, 2011 letter from J. Bartlett to R. Kassabian et al.
- o November 1, 2011 letter from W. Overson to R. Kassabian
- o November 20, 2011 letter from R. Kassabian to M. Mazza and S. Maselli
- o November 20, 2011 letter from J. Bartlett to R. Kassabian
- o November 28, 2011 letter from W. Overson to R. Kassabian
- o *Need agreement to serve supplemental responses by 12/5/2011 or add to agenda for lead counsel meet-and-confer. Apple proposes that any motion to compel on this issue be scheduled for hearing on December 16.*

7. Reciprocal production agreements

12/8/2011

- o November 10, 2011 letter from W. Overson to R. Kassabian & Exhibit A
- o November 20, 2011 letter from R. Kassabian to M. Mazza and S. Maselli
- o November 20, 2011 letter from J. Bartlett to R. Kassabian
- o November 22, 2011 letter from W. Overson to R. Kassabian & Exhibit B
- o *Apple proposes that the parties agree by December 7 to a scope of production to be substantially completed by January 7.*
- o *For whatever disagreements remain by December 7, Apple proposes that motions to compel be scheduled for hearing the week of December 26.*

8. Status of Samsung's inventor collection and production

- o November 8, 2011 letter from S. Maselli to R. Kassabian
- o November 17, 2011 email from M. Silhasek to R. Kassabian
- o November 18, 2011 letter from S. Maselli to R. Kassabian
- o November 29, 2011 email from C. Walden to R. Kassabian

9. Samsung's failure to produce documents related to participation in standards setting organizations

- o October 13, 2011 letter from C. Walden to V. Maroulis
- o November 8, 2011 letter from S. Maselli to R. Kassabian (contains AEO)
- o November 15, 2011 letter from C. Walden to M. Chan
- o November 18, 2011 letter from S. Maselli to R. Kassabian
- o November 20, 2011 letter from J. Bartlett to R. Kassabian

10. Apple's Second Set of Preliminary Injunction Interrogatories (Nos. 2–6)

- o November 16, 2011 letter from W. Overson to R. Kassabian

11. "Blue Glow" design-around functionality

- o November 29, 2011 letter from M. Mazza to R. Kassabian

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that,

12/8/2011

if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------