Exhibit C

**From**: Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>
**To**: McElhinny, Harold J.
**Sent**: Mon Dec 05 18:19:39 2011
**Subject**: RE: Meet and Confer

If you send us a draft of the motion, we will review and let you know.  As I am in trial mode, it may make sense to send the draft to other members of the team as well as me.  Thx.

**From:** McElhinny, Harold J. [mailto:HMcElhinny@mofo.com]
**Sent:** Sunday, December 04, 2011 2:47 PM
**To:** Charles K Verhoeven
**Subject:** Re: Meet and Confer

Well its no surprise that between you, me and Bill schedules are a huge impediment. I am leaving for Tokyo on Friday and will be out of the country for most of the rest of the month. I think I finally get back on the 27th.

I know that we all have issues we would like to resolve. I will talk to my team, but I suspect we will file an Administrative Motion to ask Judge Koh to let us use the phone. Let me know if you would support such a motion.

Good luck with your trial.

Harold

**From**: Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>
**To**: McElhinny, Harold J.
**Sent**: Sat Dec 03 16:05:34 2011
**Subject**: RE: Meet and Confer

As I understand Judge Koh's order re meet-and-confer, we need to meet in person.  Unfortunately, I am in DC for an ITC trial, which will not conclude until Friday, December 16th.  I will be back in the Bay Area and could meet and confer in person on the following Monday, December 19th.  Would that work for you?

**From:** McElhinny, Harold J. [mailto:HMcElhinny@mofo.com]
**Sent:** Friday, December 02, 2011 5:11 PM
**To:** Charles K Verhoeven
**Subject:** Meet and Confer

Charlie:

Is there a time on Monday, Tuesday or Wednesday that we can meet to try to resolve the outstanding discovery issues?

Harold

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------