Exhibit D

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Monday, December 05, 2011 9:27 PM |
| **To:** | 'rachelkassabian@quinnemanuel.com'; 'samsungv.apple@quinnemanuel.com' |
| **Cc:** | AppleMoFo; 'sam.maselli@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com' |
| **Subject:** | Apple v. Samsung:  Proposed Stipulated Motion for Administrative Relief |
| **Attachments:** | 2011-12-05 Mtn for Admin Relief re Telephonic M&C.pdf |

Counsel:

Attached please find Apple's proposed Stipulated Motion for Administrative Relief regarding a telephonic meet-and-confer this week.

Please let me know by 3pm Pacific time on Tuesday, December 6, 2011, whether Samsung will join this Stipulated Motion.

If we do not hear from you by then we will assume Samsung opposes the Motion.



2011-12-05 Mtn for
  Admin Relie...

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

1   HAROLD J. MCELHINNY (CA SBN 66781)   WILLIAM F. LEE
   hmcelhinny@mofo.com   william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)   WILMER CUTLER PICKERING
   mjacobs@mofo.com   HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)   60 State Street
   jtaylor@mofo.com   Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)   Telephone: (617) 526-6000
   atucher@mofo.com   Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)   MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com   mark.selwyn@wilmerhale.com
7   MORRISON & FOERSTER LLP   WILMER CUTLER PICKERING
   425 Market Street   HALE AND DORR LLP
8   San Francisco, California  94105-2482   950 Page Mill Road
   Telephone:  (415) 268-7000   Palo Alto, California 94304
9   Facsimile:  (415) 268-7522   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.    11-cv-01846-LHK |
| Plaintiff, | **APPLE'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING TELEPHONIC MEET AND CONFER; PROPOSED ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with Civil Local Rules 7-11 and 7-12, Apple Inc. ("Apple") and Samsung

Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung

Telecommunications America, LLC ("STA") (collectively, "Samsung"), through their respective

counsel, stipulate and request administrative relief as follows:

1    WHEREAS, pursuant to the Court's August 25, 2011 Minute Order and Case

2  Management Order, lead trial counsel for all parties must meet and confer in person before filing

3  any discovery motions;

4    WHEREAS, Apple has determined, after substantial meet-and-confer discussions amongst

5  non-lead trial counsel, that a discovery motion is necessary to resolve certain disputes before the

6  winter holidays;

7    WHEREAS, Judge Grewal is unavailable the week of December 19, 2011, and counsel

8  for Samsung represents that it is unavailable the week of December 26, 2011.  As a result, any

9  motion not heard by December 16, 2011 may not be heard until January 2012; and

10    WHEREAS, Samsung's lead trial counsel is currently in trial on the East Coast and states

11  that he is unavailable to meet in person until December 19, 2011;

12    NOW, THEREFORE, given the limitations described above, the parties stipulate, subject

13  to approval by the Court, that the required lead trial counsel meet-and-confer discussion relating

14  to the upcoming discovery motion may take place via telephone or (if available) videoconference.

15    IT IS SO STIPULATED:

16  Dated: December 5, 2011          MORRISON & FOERSTER LLP

17                                  By:   /s/ Michael Jacobs
18                                        Michael Jacobs

19                                  Attorney for Plaintiff APPLE INC.

20  Dated: December 5, 2011          QUINN EMANUEL URQUHART &
21                                  SULLIVAN, LLP

22                                  By:   _____

23

24                                  Attorney for Defendants, SAMSUNG
                                    ELECTRONICS AMERICA, INC. AND
25                                  SAMSUNG TELECOMMUNICATIONS
                                    AMERICA, LLC

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3    DATED: _____, 2011          _____

4                                                  The Honorable Lucy H. Koh
                                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28