Exhibit E

| | |
|---|---|
| **From:** | Melissa Chan [melissachan@quinnemanuel.com] |
| **Sent:** | Tuesday, December 06, 2011 9:15 PM |
| **To:** | Mazza, Mia |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'sam.maselli@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief |
| **Attachments:** | 4494113_2_2011-12-05 Apple_s Stipulated Motion re_ Tele. Meet & Confer_ Proposed Order in Word.DOC |

Mia, attached is the draft stipulation with our proposed revisions. We'd hoped to give approval to file, but unfortunately we're still waiting for Charlie's sign-off and hope to hear from him tomorrow. As you probably know, he's tied up in trial on the East Coast.

We've raised this in prior correspondence, but we reiterate that a motion to compel is not ripe yet, and that until the parties reach agreement as to an alternate meet and confer procedure and the Court approves that procedure, Apple must comply with the Court's meet and confer requirements before filing its motion.

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Tuesday, December 06, 2011 8:32 PM
**To:** Melissa Chan
**Cc:** AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** FW: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief

Melissa - do you have an ETA on the final stipulation with your proposed revisions and approval to file? Thanks.

---

**From:** Mazza, Mia
**Sent:** Tuesday, December 06, 2011 2:59 PM
**To:** 'Melissa Chan'; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; Sam.Maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief

Can you confirm now that if the motion is granted Mr. Verhoeven will make himself available for a call with Mr. McElhinny at 2:30 p.m. Pacific time or later this Thursday (December 8)?

---

**From:** Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent:** Tuesday, December 06, 2011 2:17 PM
**To:** Mazza, Mia; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; Sam.Maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief

Mia - we anticipate we will be able to stipulate to this (though likely with some minor revisions), but I will be unable to get the necessary approvals by your deadline, due to the fact that most of the team is traveling or in depositions. We also need to get client approval. We will be sending you the final stipulation with our comments/revisions later this evening, with our approval to file.

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Tuesday, December 06, 2011 11:40 AM
**To:** Melissa Chan; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; Sam.Maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** Re: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief

We need to know Samsung's position by 3pm Pacific. Thanks.

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

**From**: Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent**: Tuesday, December 06, 2011 11:01 AM
**To**: Mazza, Mia; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>
**Cc**: AppleMoFo; sam.maselli@wilmerhale.com <sam.maselli@wilmerhale.com>; calvin.walden@wilmerhale.com <calvin.walden@wilmerhale.com>; peter.kolovos@wilmerhale.com <peter.kolovos@wilmerhale.com>
**Subject**: RE: Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief

Thanks Mia. We will review and get back to you later this evening.

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Monday, December 05, 2011 9:27 PM
**To:** Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; sam.maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** Apple v. Samsung: Proposed Stipulated Motion for Administrative Relief


Counsel:

Attached please find Apple's proposed Stipulated Motion for Administrative Relief regarding a telephonic meet-and-confer this week.

Please let me know by 3pm Pacific time on Tuesday, December 6, 2011, whether Samsung will join this Stipulated Motion.

If we do not hear from you by then we will assume Samsung opposes the Motion.

<<2011-12-05 Mtn for Admin Relief re Telephonic M&C.pdf>>

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------

12/8/2011

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**APPLE'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING TELEPHONIC MEET AND CONFER; PROPOSED ORDER** |

In accordance with Civil Local Rules 7-11 and 7-12, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"), through their respective counsel, stipulate and request administrative relief as follows:

WHEREAS, pursuant to the Court's August 25, 2011 Minute Order and Case Management Order, lead trial counsel for all parties must meet and confer in person before filing any discovery motions;

WHEREAS, Apple's lead trial counsel engages in frequent business-related travel requiring his extended presence in remote locations, leaving him unable to meet and confer in person; and

WHEREAS, Samsung's lead trial counsel is frequently in trials which require his extended presence on the East Coast or other remote locations, leaving him unable to meet and confer in person;

02198.51855/4494113.2

Case No. 11-cv-01846-LHK
APPLE'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING TELEPHONIC MEET AND CONFER; PROPOSED ORDER

*Margin comments:*
- Deleted: WHEREAS, Apple has determined, after substantial meet-and-confer discussions amongst non-lead trial counsel, that a discovery motion is necessary to resolve certain disputes before the winter holidays;
- Deleted: WHEREAS, Judge Grewal is unavailable the week of December 19, 2011, and counsel for Samsung represents that it is unavailable the week of December 26, 2011. As a result, any motion not heard by December 16, 2011 may not be heard until January 2012; and
- Deleted: currently
- Deleted: and states that he is
- Deleted: vailable
- Deleted: until December 19, 2011

NOW, THEREFORE, given the limitations described above, the parties stipulate, subject to approval by the Court, that in the event a timely in person meeting is not possible, the required lead trial counsel meet-and-confer discussion relating to discovery motions may take place via telephone or (if available) videoconference.

> Deleted: that
> Deleted: the upcoming

IT IS SO STIPULATED:

DATED:  December __, 2011        MORRISON & FOERSTER LLP

By: */s/ Michael Jacobs*
    Michael Jacobs
    Attorney for Plaintiff APPLE INC.

DATED:  December __, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____

    Attorney for Defendants, SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  _____, 2011

    The Honorable Lucy H. Koh
    United States District Court Judge