UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT** |

1  Pursuant to Northern District of California Local Rule 7-11, Plaintiff Apple Inc. ("Apple")
2  has submitted an administrative motion for temporary, limited relief from the "lead trial
3  counsel . . . meet and confer" requirement set forth in the Court's Minute Order and Case
4  Management Order [D.N. 187].

5  Having considered the arguments of the parties and the papers submitted, and good cause
6  having been shown, the Court hereby grants the requested relief from the Minute Order and Case
7  Management Order.

9  **IT IS SO ORDERED.**

10 Dated: December ___, 2011          By: _____
                                           Honorable Lucy H. Koh
11                                         United States District Judge