# Exhibit A

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Wednesday, December 07, 2011 9:31 PM |
| **To:** | 'dianehutnyan@quinnemanuel.com' |
| **Cc:** | 'samsungv.apple@quinnemanuel.com'; AppleMoFo; 'sam.maselli@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com' |
| **Subject:** | FW: Apple v. Samsung: Discovery Correspondence - Stipulation to Proceed on Shortened Time |
| **Attachments:** | 2011-12-07 Ltr Mazza to Hutnyan re MTC.pdf; 2011-12-06 Ltr Mazza to Chan re Source Code.pdf; 2011-12-06 Ltr Mazza to Ducca re Expedited Design Production.pdf; 2011-12-05 Ltr Mazza to Kassabian re M&C and MTC.pdf |

Diane --

As we discussed on today's call and in previous correspondence, please also let me know whether -- if motion practice does proceed -- Samsung agrees to the motion being heard on shortened time, as follows:

Opening brief:  Thursday, December 8, 2011

Opposition brief:  Monday, December 12, 2011

Reply brief:  Wednesday, December 14, 2011

Hearing:  on or about Friday, December 16, 2011

As we've discussed, Judge Grewal's calendar reflects that he is unavailable for hearing during the week of December 19, 2011.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

_____

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Wednesday, December 07, 2011 8:23 PM |
| **To:** | 'dianehutnyan@quinnemanuel.com' |
| **Cc:** | 'samsungv.apple@quinnemanuel.com'; AppleMoFo; 'sam.maselli@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com' |
| **Subject:** | Apple v. Samsung: Discovery Correspondence - Written Confirmation Needed to Avoid Motion Practice |


2011-12-07 Ltr
Mazza to Hutnya...

Hi Diane,

Attached please find discovery correspondence regarding the written commitment Samsung will need to make by noon Pacific tomorrow (December 8, 2011) to avoid motion practice at this time.

1

I have attached the referenced correspondence as well.

Regards,


**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

  

2011-12-06 Ltr Mazza to Chan r...   2011-12-06 Ltr Mazza to Ducca ...   2011-12-05 Ltr Mazza to Kassab...

2