1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for

2  an order shortening the briefing and hearing schedule for Apple's Motion to Compel.

3    Having considered the arguments of the parties and the papers submitted, and good cause

4  having been shown, the Court hereby grants Apple's Motion to Shorten Time for Briefing and

5  Hearing on Apple's Motion to Compel, and sets the hearing on Apple's Motion to Compel for

6  December 16, 2011, at 10:00 a.m.  Defendants may file and serve their opposition papers no later

7  than December 12, 2011.  Apple may file and serve a reply brief no later than December 14,

8  2011.

9    **IT IS SO ORDERED.**

10    Dated:  December _____, 2011.

11

12                          _____
                                  HONORABLE PAUL S. GREWAL
13                           United States District Court Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME                    1
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3080834