1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,            CASE NO. 11-cv-01846-LHK

19              Plaintiff,                          **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

20        vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1. Confidential portions of Samsung's Opening Claim Construction Brief;
6    2. Exhibits A and F attached to the Declaration of Todd Briggs in Support of
7       Samsung's Opening Claim Construction Brief;
8    3. Confidential portions of the Declaration of Joe Tipton Cole in Support of
9       Samsung's Proposed Claim Construction for U.S. Patent No. 7,689,711 ("Cole
10      Declaration"); and
11   4. Exhibits 3 and 4 attached to the Cole Declaration.

12   Samsung has established good cause to permit filing these documents under seal through
13 the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File
14 Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to
15 documents and things that the parties have designated as confidential under the interim protective
16 order.

17   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
18 for in camera review and served on all parties.

19

20 DATED: December 8, 2011        QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
21

22

23                                By  */s/ Victoria Maroulis*
                                  Charles K. Verhoeven
24                                Kevin P.B. Johnson
                                  Victoria F. Maroulis
25                                Michael T. Zeller
26                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,
27                                INC., and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC
28

02198.51855/4499417.1
-1-   Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**