1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
    jtaylor@mofo.com                             Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
    atucher@mofo.com                             Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
6   rhung@mofo.com                              MARK D. SELWYN (SBN 244180)
    JASON R. BARTLETT (CA SBN 214530)           mark.selwyn@wilmerhale.com
7   jasonbartlett@mofo.com                      WILMER CUTLER PICKERING
    MORRISON & FOERSTER LLP                     HALE AND DORR LLP
8   425 Market Street                           950 Page Mill Road
    San Francisco, California  94105-2482       Palo Alto, California 94304
9   Telephone:  (415) 268-7000                  Telephone: (650) 858-6000
    Facsimile:  (415) 268-7522                  Facsimile: (650) 858-6100
10

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK

18                  Plaintiff,                    **APPLE'S ADMINISTRATIVE
                                                  MOTION TO FILE DOCUMENTS
19          v.                                    UNDER SEAL**

20  SAMSUNG ELECTRONICS CO., LTD., A
    Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company.,
23
                    Defendants.
24

25

26

27

28

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.

2    ("Apple") moves this Court for an order to seal the following documents:

3        1.    Apple Inc.'s Motion To Compel Production Of Documents And Things;

4        2.    Declaration of Mia Mazza In Support of Apple's Motion To Compel Production

5              Of Documents And Things;

6        3.    Exhibits 3, 10, 12, 13, and 15 to the Declaration of Mia Mazza In Support of

7              Apple's Motion To Compel Production Of Documents And Things;

8        4.    Declaration of Minn Chung In Support of Apple's Motion to Compel Production

9              of Documents and Things; and

10       5.    Exhibits A - D to the Declaration of Minn Chung In Support of Apple's Motion to

11             Compel Production of Documents and Things.

12   The above documents discuss and refer to documents and matters that Samsung has

13   designated as confidential under the interim protective order.  Apple expects that pursuant to Civil

14   Local Rule 79(d), Samsung will file a declaration establishing good cause to permit the sealing of

15   these materials.

16   Apple's filing will be lodged with the Court for in camera review and served on all parties.

17   Proposed redacted versions of items 1-4 above are attached as Exhibits 1-8 hereto.

18

19   Dated:  December 8, 2011                    MORRISON & FOERSTER LLP

20

21                                        By:  _/s/ Michael Jacobs_____
                                               MICHAEL JACOBS

22

23                                              Attorneys for Plaintiff
                                                APPLE INC.

24

25

26

27

28