# Exhibit 18

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

December 6, 2011

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (marissaducca@quinnemanuel.com)

Marissa Ducca
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Marissa:

In connection with upcoming design-related depositions of Samsung witnesses, Apple requests that Samsung substantially complete its production of the following sketchbooks, CAD, and physical models on an expedited basis, as follows:

- By no later than December 23, 2011, sketchbooks (or similar hand drawings, however created, stored, or archived) depicting designs for all Galaxy phone and tablet products, regardless of where sold, whether for a final design or an alternative design that was not used.

- By no later than December 23, 2011, physical models (including mockups, prototypes, and similar items, however named) for all Galaxy phone and tablet products, regardless of where sold, whether for a final design or an alternative design that was not used.

- By no later than December 31, 2011, CAD created in connection with the design of all Galaxy phone and tablet products, regardless of where sold, whether for a final design or an alternative design that was not used.

sf-3079881

MORRISON | FOERSTER

Rachel Herrick Kassabian
December 6, 2011
Page Two


Please let us know during this Wednesday's meet-and-confer call whether Samsung agrees to the scope and timing of this limited production.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3079881