QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brett Arnold, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").   Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Opening Claim Construction Brief, the Declaration of Todd M. Briggs in Support of Samsung's Opening Claim Construction Brief and attached exhibits, and the Declaration of Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,689,711, and attached exhibits.   These documents contain information and references from documents that the parties have designated as Highly Confidential – Attorneys' Eyes Only.

3. The Declaration of Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,689,711 ("Cole Declaration") (attached hereto as Exhibit 4 to the Declaration of Brett Arnold ("Arnold Declaration")) contains two exhibits which the parties have designated as Highly Confidential—Attorneys Eyes Only.   Exhibit 3 to the Cole Declaration contains excerpts from the transcript of Dr. Moon-Sang Jeong, a Samsung engineer, which details the internal engineering notes and records Dr. Jeong kept while employed at Samsung.   These internal records are not publically available and not made public in the regular course of business.   The internal engineering notes are highly sensitive business documents, the disclosure of which could cause harm to Samsung.   Exhibit 4 to the Cole Declaration contains confidential engineering records.   These internal records are not publically available and not

1  made public in the regular course of business.   The internal engineering notes are highly sensitive

2  business documents, the disclosure of which could cause harm to Samsung.

3     4. Portions of Samsung's Opening Claim Construction Brief (Arnold Declaration Ex.

4  1), the Declaration of Todd M. Briggs in Support of Samsung's Opening Claim Construction Brief

5  including Exhibit F to the Briggs Declaration (Arnold Declaration Ex. 2), and the Declaration of

6  Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No.

7  7,689,711 (Arnold Declaration Ex. 4), discuss the contents of Exhibits 3 and 4 of the Cole

8  Declaration.   Other portions of the brief provide sensitive details regarding the nature and scope

9  of Samsung's research and development.   These discussions reveal the content of Samsung's

10 sensitive, internal, business documents, the disclosure of which could cause serious business harm

11 to Samsung.

12    5. Exhibit A to the Declaration of Todd M. Briggs in Support of Samsung's Opening

13 Claim Construction Brief contains excerpts from the transcript of Dr. Hun-Kee Kim, a Samsung

14 engineer, which details the procedures that Samsung undergoes in patenting inventions by

15 Samsung engineers.   This information is not publically available and not made public in the

16 regular course of business.   This is highly sensitive information, the disclosure of which could

17 cause harm to Samsung.

18    6. Pursuant to the Court's standing order regarding motions to file under seal,

19 effective December 1, 2011, attached as Exhibits 1-4 are the proposed public redacted versions of

20 the documents that Samsung is seeking to file under seal.

21 ///

22 ///

23 ///

1   I declare under penalty of perjury that the foregoing is true and correct. Executed in
2 Redwood Shores, California on December 8, 2011.

      /s/ *Brett Arnold*
           Brett Arnold