4. A. I. Vila Casado, W.-Y. Weng, S. Valle, and R. D. Wesel, " Multiple-Rate Low-Density Parity-Check Codes with Constant Blocklength ," IEEE Transactions on Communications, Vol. 57, No. 1, pp 75-83, January 2009.

5. H. Chan, A. I. Vila Casado, J. Basak, M. Griot, W.-Y. Weng, R. D. Wesel, B. Jalali, E. Yablonovitch, I. Verbauwhede, " Demonstration of Uncoordinated Multiple Access in Optical Communications ," IEEE Transactions on Circuits and Systems-I: Regular Papers, Vol. 55, No. 10, pp 3259-3269, November 2008.

6. W.-Y. Weng, C. Kose, B. Xie and R. D. Wesel, " Universal Serially Concatenated Trellis Coded Modulation for Space-Time Channels ," IEEE Transactions on Communications, Vol. 56, No. 10, pp 1636-1646, October 2008.

7. B. Xie, M. Griot, A. I. Vila Casado, and R. D. Wesel, " Optimal Transmission Strategy and Explicit Capacity Region for Broadcast Z Channels ," IEEE Transactions on Information Theory, Vol. 53, No. 9, pp 4296-4304, September 2008.

8. J. Shi and R. D. Wesel, " A Study on Universal Codes with Finite Block Lengths," IEEE Transactions on Information Theory, Vol. 54, No. 9, pp 3066-3074, September 2007.

9. M. Griot, W.-Y. Weng and R. D. Wesel, " A Tighter Bhattacharyya Bound for Decoding Error Probability," IEEE Communications Letters, Vol.11, No. 4, pp 346-347, April 2007.

10. C. R. Jones, T. Tian, J. Villasenor and R. D. Wesel, " The Universal Operation of LDPC Codes Over Scalar Fading Channels," IEEE Transactions on Communications, Vol. 55, no. 1, pp 122-132, Jan. 2007

11. Kose C. and Wesel R. D., " Universal Space-Time Codes from Demultiplexed Trellis Codes," IEEE Transacations on Communications. Vol.54. No 7. July 2006.

12. F.Peng, W.Ryan. and R.D.Wesel," Surrogate-Channel Design of Universal LDPC Codes," IEEE Communications Letters, Jun. 2006, vol. 10, no. 6, pp 480-482

13. A. Ramamoorthy, J. Shi and R. D. Wesel, " On the Capacity of Network Coding for Random Networks," IEEE Transactions on Information Theory, Aug. 2005, Vol. 51, no. 8, pp 2878-2885

14. Wesel R. D., "Reduced-State Representations for Trellis Codes Using Constellation Symmetry," *IEEE Transactions on Communications*, Aug. 2004, vol. 52(8) pp 1302-1310

15. Tian T., Jones C., Villasenor J. D. and Wesel R. D., "Selective Avoidance of Cycles in Irregular LDPC Code Construction," *IEEE Transactions on Communications*, Aug. 2004, vol. 52(8), pp 1242-1247.

16. Sun T. W., Wesel R. D., Shane M. R. and Jarett K., "Superposition Turbo-TCM for Multi-Rate Broadcast," *IEEE Transactions on Communications*, Mar. 2004, vol. 52( 3), pp 368-371.

17. Shi J. and Wesel R. D., "Efficient Computation of Trellis Code Generating Functions," *IEEE Transactions on Communications*, Feb. 2004, vol. 52(2), pp 219-227.

18. Matache A. and Wesel R. D., "Universal Trellis Codes for Diagonally Layered Space-Time Systems," *IEEE Transactions on Signal Processing*, Nov. 2003, vol. 51(11) pp 2773-2783, Special Issue on "MIMO Wireless"

19. Kose C. and Wesel R. D., "Universal Space-Time Trellis Codes*," IEEE Trans. on Info. Theory*, Oct. 2003, vol. 40(10) pp 2717-2727 Special Issue on "Space-Time Transmission, Reception, Coding and Signal Design"

20. Q. Zhang, P. K. Varshney, and R. D. Wesel, "Optimal Bi-level quantization of I.I.D Sensor Observations for Binary Hypothesis Testing," *IEEE Trans. on Info Theory*, July 2002, 48(7) pp. 2105-2110.

21. C. Komninakis, C. Fragouli, A. H. Sayed, and R. D. Wesel, "Multi-Input, Multi-output Fading Channel Tracking and Equalization Using Kalman Estimation," *IEEE Transactions on Signal Processing*, May 2002, vol. 50(5), pp. 1065-1076.

22. A. Bernard, X. Liu, R. D. Wesel, and A. Alwan, "Multi-rate Transmission of Speech Using Rate-Compatible Trellis Codes and Embedded Source Codes," *IEEE Transactions on Communications*, February 2002, vol. 50(2) pp. 309-320.

23. P. Ormeci, D. L. Goeckel, X. Liu, and R. D. Wesel, "Adaptive Bit-Interleaved Coded Modulation for Time-Varying Channels Using Outdated Fading Estimates" *IEEE Transactions on Communications*, Sept. 2001, 49(9), pp. 1572-1581.

24. R. D. Wesel, X. Liu, J. M. Cioffi, and C. Komninakis, "Constellation Labeling for Linear Encoders," *IEEE Trans. on Info. Theory*, Sept. 2001, 47(6), pp. 2417-2431.

25. C. Komninakis and R..D. Wesel, "Joint Iterative Channel Estimation and Decoding in Flat Correlated Rayleigh Fading," *IEEE Journal on Sel. Areas in Comm.,* Sept. 2001, 19(9), pp. 1706-17.

26. C. Fragouli and R. D. Wesel, "Turbo encoder design for symbol interleaved parallel concatenated trellis coded modulation," *IEEE Trans. on Comm.*, 49(3), Mar. 2001, pp. 425-435.

27. W. Shi, T. W. Sun, and R. D. Wesel, "Quasi-convexity and Optimal Binary Fusion for Distributed Detection with Identical Sensors in Generalized Gaussian Noise," *IEEE Transactions on Information Theory*, Jan. 2001, 47(1), pp. 446-450.

28. R. D. Wesel, X. Liu, and W. Shi, "Trellis Codes for Periodic Erasures," *IEEE Transactions on Communications,* June 2000, 48(6), pp. 938-947.

29. R. D. Wesel and J. M. Cioffi, "Trellis Codes for Periodic Interleavers," *IEEE Communications Letters*, April 1999, 3(4), pp. 103-105.

30. R. D. Wesel, and J. Cioffi, "Achievable Rates for Tomlinson-Harashima Precoding," *IEEE Transactions on Information Theory*, Mar. 1998, 44(2), pp. 824-831.

**CONFERENCE PUBLICATIONS (LONG PAPERS)**

1. A. Marinoni, P. Savazzi and R. D. Wesel, "On q-ary LDPC Code Design for a Low Error Floor". Globecom 2011, Houston, Texas, USA, December 2011.

2. T.-Y. Chen, D. Divsalar, J. Wang and R. D. Wesel, "Protograph-Based Raptor-Like LDPC Codes for Rate Compatibility with Short Blocklengths". Globecom 2011, Houston, Texas, USA, December 2011.

3. J. Wang, H. Shankar and R. D. Wesel, "Soft Information for LDPC Decoding in Flash:Mutual-Information Optimized Quantization". Globecom 2011, Houston, Texas, USA, December 2011.

4. T. A. Courtade, J. Wang, and R. D. Wesel, "Superposition Coding to Support Multiple Streams, Priorities, and Channel Capacities in the Context of GMSK", to appear in MILCOM, 2011.

5. T. A. Courtade and R. D. Wesel, "Weighted Universal Recovery, Practical Secrecy, and an Efficient Algorithm for Solving Both". Forty-Ninth Annual Allerton Conference on Communication, Control, and Computing, 2011.

6. B. Xie, M. van der Schaar, T. A. Courtade and R. D. Wesel, "Minimizing Weighted Sum Finish Time for One-To-Many File Transfer in Peer-To-Peer Networks". Forty-Ninth Annual Allerton Conference on Communication, Control, and Computing, 2011.

7. T. A. Courtade and R. D. Wesel, "Multiterminal Source Coding with an Entropy-Based Distortion Measure". ISIT 2011, Saint-Petersburg, Russia, August 2011.

8. J. Wang, L. Dolecek, Z. Zhang and R. D. Wesel, "Absorbing Set Spectrum Approach for Practical Code Design". ISIT 2011, Saint-Petersburg, Russia, August 2011.

9. J. Wang, L. Dolecek and R. D. Wesel, "Controlling LDPC Absorbing Sets via the Null Space of the Cycle Consistency Matrix". ICC 2011, Kyoto, Japan, June 2011.

10. T.-Y Chen, N. Seshadri and R. D. Wesel, "A Sphere-Packing Analysis of Incremental Redundancy with Feedback". ICC 2011, Kyoto, Japan, June 2011.

11. J. Wang, L. Dolecek and R. D. Wesel, "LDPC Absorbing Sets, the Null Space of the Cycle Consistency Matrix, and Tanner's Constructions". ITA 2011, San Diego, CA, USA, Feb. 2011.

12. T.-Y Chen, N. Seshadri and R. D. Wesel, "Incremental Redundancy: A Comparison of a Sphere-Packing Analysis and Convolutional Codes". ITA 2011, San Diego, CA, USA, Feb 2011.

13. T. A. Courtade and R. D. Wesel, "Efficient Universal Recovery in Broadcast Networks". Forty-Eighth Annual Allerton Conference on Communication, Control, and Computing: Monticello, IL, Sept. 29-Oct. 1, 2010.

14. E. L. Valles, R. D. Wesel, J. D. Villasenor, C. R. Jones and M. Simon, "Pilotless Carrier Phase-Synchronization via LDPC Code Feedback". MILCOM 2010: San Jose, CA, Oct. 31 - Nov 3, 2011.

15. T. A. Courtade, B. Xie, and R. D. Wesel, "Optimal Exchange of Packets for Universal Recovery in Broadcast Networks". MILCOM 2010: San Jose, CA, Oct. 31 - Nov 3, 2010.

16. A. Marinoni, P. Savazzi and R. D. Wesel, "Protograph-based q-ary LDPC Codes for Higher-Order Modulation". ISTC 2010: Brest, France, Sept 6-10, 2010.

17. T. A. Courtade and R. D. Wesel, "A Deterministic Approach to Rate-Compatible Fountain Communication". ITA 2010: La Jolla, CA, Jan. 31 - Feb. 5, 2010.

18. B. Xie and R. D. Wesel, "Optimal Natural Encoding Scheme for Discrete Multiplicative Degraded Broadcast Channels". ISIT 2009: Seoul, Korea, June 28-July 3, 2009.

19. A. Marinoni, T. A. Courtade and R. D. Wesel, "Spectrally Efficient LDPC Coded Modulations". GTTI 2009: sessione Trasmissione, Parma, Italy, June 23-25, 2009. *Winner of the Francesco Carassa award for the best paper from a young scientist in the sessione Trasmissione.*

20. T. A. Courtade and R. D. Wesel, "A Cross-Layer Perspective on Rateless Coding for Wireless Channels". ICC 2009, Dresden, Germany, June 14-18, 2009.

21. B. Xie and R. D. Wesel, Optimal Independent-Encoding Schemes for Input-Symmetric Degraded Broadcast Channels". ITA 2008, San Diego, USA, Jan. 27 - Feb. 1, 2008.

22. B. Xie and R. D. Wesel, "A Mutual Information Invariance Approach to Symmetry in Discrete Memoryless Channels". ITA 2008, San Diego, USA, Jan. 27 - Feb. 1, 2008.

23. Miguel Griot, A. I. Vila Casado, and R. D. Wesel, "Nonlinear Turbo Codes for Higher-Order Modulations". ICC 2008, Beijing, China, May 2008.

24. Y.M. Chang, A. I. Vila Casado, M.F. Chang, and R. D. Wesel, "Lower-Complexity Layered Belief Propagation Decoding of LDPC Codes". ICC 2008, Beijing, China, May 2008.

25. M. Griot, A. I. Vila Casado, and R. D. Wesel, "On the Design of Arbitrarily Low-Rate Turbo-Codes". Globecom 2007, Washington, D.C., November 2007.

26. A. I. Vila Casado, M. Griot and R. D. Wesel, "Improving LDPC Decoders via Informed Dynamic Scheduling". ITW 2007, Lake Tahoe, CA, USA, September 2007, pp 208-213.

27. B. Xie, M. Griot, A. I. Vila Casado and R. D. Wesel, "Optimal Transmission Strategy and Capacity Region for Broadcast Z Channels". ITW 2007, Lake Tahoe, CA, USA, September 2007, pp 390-395.

28. A. I. Vila Casado, M. Griot and R. D. Wesel, "Informed Dynamic Scheduling for Belief-Propagation Decoding of LDPC Codes". ICC 2007, Glasgow, Scotland, July 2007, pp 932-937.

29. H. Chan, M. Griot, A. Vila Casado, R. Wesel, I. Verbauwhede "High Speed Channel Coding Architectures for the Uncoordinated OR Channel". IEEE 17th INTERNATIONAL CONFERENCE ON Application-specific Systems, Architectures and Processors (ASAP), Steamboat Springs, Colorado, September 2006.

30. M.Griot, A. I. Vila Casado and R. D. Wesel "Non-linear Turbo Codes for Interleaver-Division Multiple Access on the OR Channel". Globecom 2006, 27 Nov. - 1 Dec., San Francisco, USA.

31. W.-Y. Weng, B. Xie and R. D. Wesel "Universal Space-Time Serially Concatenated Trellis Coded Modulations". Globecom 2006, 27 Nov. - 1 Dec., San Francisco, USA.

32. A. I. Vila Casado, S. Valle, W.-Y. Weng, and R. D. Wesel "Constant-Blocklength Multiple-Rate LDPC Codes for Analog-Decoding Implementations". Proceedings Analog Decoding Workshop, June 2006.

33. E.Valles, C. Jones, R. Wesel and J. Villasenor "Carrier and Timing Synchronization of BPSK via LDPC Code Feedback". IEEE 40th Asilomar Conference on Signals, Systems and Computers. Pacific Grove,CA. Nov.2006.

34. M. Simon, E. Valles, C. Jones, R. Wesel and J. Villasenor "Information-Reduced Carrier Synchronization of BPSK and QPSK Using Soft Decision Feedback" The IEEE 44th Annual Allerton Conference on Communication, Control and Computing. Urbana,IL Sep. 2006.

35. M. Griot, A. I. Vila Casado, W.-Y. Weng, H. Chan, J. Basak, E. Yablonovitch, I. Verbauwhede, B. Jalali, and R. D. Wesel "Trellis Codes with Low Ones Density for the OR Multiple Access Channel" , IEEE ISIT, Seatte, USA, July 2006.

36. M.Griot, A. I. Vila Casado, W.-Y. Weng, H. Chan, J. Basak, E. Yablonovitch, I.Verbauwhede, B. Jalali, and R. D. Wesel "Interleaver-Division Multiple Access on the OR Channel" Information Theory and Applications workshop. San Diego, 2006.

37. Yang Han, William E. Ryan and Wesel R. D. "Dual-Mode Decoding of Product Codes with Application to Tape Storage" , IEEE GlobeCom 2005. St Louis, MO., vol. 3, 28 Nov.-2 Dec. 2005, pp 1255-1260.

38. Valles E., Vila Casado A. I., Blaum M., Villasenor J and Wesel R. D., "Hamming Codes Are Rate-Efficient ArrayCodes" , IEEE GlobeCom 2005. St Louis, MO., Vol. 3, 28 Nov.-2 Dec. 2005, pp 1320-1324.

39. Kose C. and Wesel R. D., "Universal Space-Time Codes from standard trellis codes" , *GlobeCom 2004,* Dallas, TX, Nov. 29-Dec. 3, 2004, pp 391-395.

40. Shi J. and Wesel R. D., "Channel Eigenvector-Invariant Space-Time Constellations" , GlobeCom 2004, 29 Nov.-3 Dec. 2004, pp 530-534

41. Shi J. and Wesel R. D., "Universal Codes with Finite Block Lengths" , MilCom 2004, 31 Oct.-3 Nov. 2004, pp 1338-1344

42. Ramamoorthy A. and Wesel R. D., "Analysis of an Algorithm for Irregular LDPC Code Construction," ISIT 2004, Chicago, Illinois

43. Shi J. and Wesel R. D., "Rotationally Invariant Space-Time Constellations," ISIT 2004, Chicago, Illinois Shi J. and Wesel R. D., "Channel Eigenvector-Invariant Space-Time Constellations" *GlobeCom 2004*, Dallas, TX, Nov. 29-Dec. 3, 2004, pp 391-395.

44. Vila Casado A. I., Weng W. and Wesel R. D., "Multiple-Rate Low-Density Parity-Check Codes with Constant Block Length" , *Conference Record of Thirty-Eighth Asilomar Conf. on Signals, Systems and Computers*, Pacific Grove, CA,  Nov. 7-10, 2004, pp 2010-2014.

45. Matache A., Jones C and Wesel R. D., "Reduced Complexity MIMO Detectors for LDPC Coded Systems" , MilCom 2004, 31 Oct.-3 Nov. 2004, pp 1073-1079

46. Ramamoorthy A. and Wesel R. D., "Expansion Properties of Generalized ACE Codes", *42nd Allerton Conference on Communication, Control and Computing 2004*, Monticello, Illinois

47. Weng W., Ramamoorthy A. and Wesel R. D., "Lowering the Error Floors of High-Rate LDPC Codes by Graph Conditioning," *VTC 2004*, September 2004,  Los Angeles, California, pp 2549-2553.

48. Chan H., Hodjat A., Shi J., Wesel R. D. and Verbauwhede I., "Streaming Encryption for a Secure Wavelength and Time Domain Hopped Optical Network," *IEEE Intl. Conf. on Information Technology (ICIT) 2004.*

49. Ramamoorthy A. and Wesel R. D., "Construction of Short Block Length Irregular LDPC Codes,", *ICC 2004*, Paris, June 2004.

50. Ramamoorthy A., Shi J., and Wesel R. D., "On the Capacity of Network Coding for Random Networks," *Allerton Conference on Communication,Control and Computing*, October 2003

51. Jones C., Matache A., Tian T., Villasenor J. and Wesel R. D., "The Universality of LDPC Codes on Wireless Channels," *MilCom 2003*, Boston, MA, October 2003

52. J. Shi and R. D. Wesel, "Further Error Event Diagram Reduction Using Algorithmic Techniques," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

53. C. Kose, W. Weng,  and R. D. Wesel, "Serially Concatenated Trellis Coded Modulation for the Compound Periodic Erasures Channel," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003,pp2953-2957.

54. T. W. Sun, R. D. Wesel, M. R. Shane, and K. Jarett, "Superposition Turbo TCM for Multi-Rate Broadcast," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

55. T. Tian, C. Jones, J. D. Villasenor, and R. D. Wesel, "Construction of Irregular LDPC Codes with Low Error Floors," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

56. C. Kose and R. D. Wesel, "Universal Space-Time Trellis Codes," *Globecom 2002*, Taipei, Taiwan, November 2002.

57. C. Jones, T. Tian, A. Matache, R.D. Wesel, and J. Villasenor, "Robustness of LDPC Codes on Periodic Fading Channels," *Globecom 2002*, Taipei, Taiwan, November 2002.

58. M. R. Shane and R. D. Wesel,, "Reduced Complexity Iterative Demodulation and Decoding of Serial Concatenated CPM," *International Conference on Communications (ICC) 2002*, New York, NY, April 28-May 2, 2002.

59. A. Matache and R. Wesel, "Trellis Coding for Diagonally Layered Space-Time Systems," *International Conference on Communications (ICC) 2002*, New York, NY, April 28-May 2, 2002.

60. C. Kose and R. D. Wesel,, "Performance of Likelihood Ratio Tests under Incorrect Models" *35th Asilomar Conference on Signals,Systems, and Computers*, Pacific Grove, CA, Nov. 2001.

61. M. R. Shane and R. D. Wesel, "Reduced Complexity Iterative Demodulation and Decoding of Serial Concatenated CPM," *35th Asil. Conf. on Signals,Systems, and Computers*, Pacific Grove, CA, Nov. 2001.

62. A. Matache and R. Wesel, "Trellis Coding for Layered Space-Time Systems," *35th Asilomar Conference on Signals,Systems, and Computers*, (invited) Pacific Grove, CA, Nov. 2001.

63. C. Komninakis and R. D. Wesel, "Trellis Turbo-codes in Flat Rayleigh Fading with Diversity," *Globecom 2001*, San Antonio, TX, November 25-29, 2001.

64. C. Fragouli and R. Wesel, "Bit vs. Symbol Interleaving for Parallel Concatenated Trellis Coded Modulation," *Globecom 2001*, San Antonio, TX, November 25-29, 2001.

65. C. Komninakis, R. D. Wesel, and L. Vandenberghe, "Capacity of the Binomial Channel, or Minimax Redundancy for Memoryless Sources," *IEEE International Symposium on Information Theory*, June 24-29, 2001, Washington D. C., page 127.

66. C. Fragouli, R. Wesel, Dirk Sommer, and Gerhard Fettweis, "Turbo Codes with Non-Uniform QAM Constellations," *International Conference on Communications (ICC) 2001*, Helsinki, Finland, June 2001, pp.70-73.

67. C. Kose and R. D. Wesel, "Code Design Metrics For Space-Time Systems Under Arbitrary Fading," *ICC 2001*, Helsinki, Finland, June 2001, pp. 1099-1103.

68. C. Fragouli, C. Komninakis, and R. D. Wesel, "Minimality Under Periodic Puncturing," *ICC 2001*, Helsinki, Finland, June 2001, pp. 300-304.

69. X. Liu, P. Ormeci, R. Wesel, and D. Goeckel, "Bandwidth-Efficient, Low-Latency Adaptive Coded Modulation Schemes for Time-Varying Channels," *ICC 2001*, Helsinki, Finland, June 2001, pp. 2211-2215.

70. W. Shi, C. Komninakis, R. Wesel, and B. Daneshrad, "Robustness of Space-Time Turbo Codes," *ICC 2001*, Helsinki, Finland, June 2001, pp. 1700-1704.

71. T. W. Sun and R. D. Wesel, "Constellation Labeling for Error-Resilient Source Coding of PAM," *35th Annual Conference on Information Sciences and Systems*, March 21-23, 2001, The Johns Hopkins University, Baltimore, Maryland, page 295.

72. M. Shane and R. D. Wesel, "Tight Bounds on the Mutual Information of the Binary Input AWGN Channel," *35th Annual Conference on Information Sciences and Systems*, March 21-23, 2001, The Johns Hopkins University, Baltimore, Maryland, page 117.

73. M. Shane and R. Wesel, "Parallel Concatenated Turbo Codes for Continuous Phase Modulation," (invited) *2000 Wireless Comm. and Networking Conf.,* Sept 24-28, 2000, 6 pages.

74. W. Shi, T. Sun, and R. D. Wesel, "Optimal Binary Distributed Detection," *2000 International Symposium on Information Theory*, Sorrento, Italy, June 2000, pp. 437.

75. R. D. Wesel and X. Liu, "Edge-Profile Optimal Constellation Labeling," *IEEE International Conference on Communications 2000*, New Orleans, LA, June 2000, pp. 1198-1202.

76. C. Komninakis, C. Fragouli, A. H. Sayed, and R. D. Wesel, "Adaptive Multi-Input Multi-Output Fading Channel Equalization Using Kalman Estimation," *ICC 2000*, New Orleans, LA, June 2000, pp. 1655-1659.

77. Q. Zhang, P. K. Varshney, and R. D. Wesel, "Optimal Distributed Binary Hypothesis Testing with Independent Identical Sensors," *2000 Conference on Information Sciences and Systems*, Princeton University, March 15-17, 2000, 6 pages.

78. C. Komninakis and R. D. Wesel, "Pilot-Aided Joint Data and Channel Estimation in Flat Fading," *Comm. Theory Symp. at Globecom 99*, Rio de Janeiro, Brazil, Dec. 5-9, 1999, pp. 2534-9.