79. C. Fragouli and R. D. Wesel, "Semi-Random Interleaver Design Criteria," *Communication Theory Symposium at Globecom 99*, Rio de Janeiro, Brazil, December 5-9, 1999, pp. 2352-6.

80. C. Komninakis and R. D. Wesel, "Non-Pilot-Aided Iterative Decoding for Joint Data Recovery and Channel Estimation in Fading," *33rd Asilomar Conference on Signals, Systems, and Computers*, Pacific Grove, CA. October 24-27, 1999, pp. 1122-1126.

81. C. Fragouli, C. Komninakis, A. H. Sayed, R.D. Wesel, "Channel Estimation and Equalization in Fading," *33rd Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA. October 24-27, 1999, pp. 1159-1163.

82. W. Shi, T. Sun, R. Wesel, "Optimal Binary Thresholds for Distributed Detection in Gaussian Noise," *33rd Asilomar Conf. on Sig., Sys., Comp.*, Pac. Grove, CA. Oct. 24-27, 1999, pp. 675-9.

83. K. Lakovic, J. Villasenor, and R. D. Wesel, "Robust Joint Huffman and Convolutional Decoding," *VTC-Fall-99*, Amsterdam, The Netherlands, September 19-22, 1999, pp. 2551-5.

84. C. Komninakis and R. D. Wesel, "Iterative Joint Data and Channel Estimation in Correlated Flat Rayleigh Fading," in proceedings of the *7th International Conference on Advances in Communications and Control*, June 28-July 2, 1999, Athens, Greece, pp. 385-390.

85. C. Fragouli and R. D. Wesel, "Convolutional Codes and Matrix Control Theory," in proceedings of the *7th International Conference on Advances in Communications and Control*, June 28-July 2, 1999, Athens, Greece, pp. 317-328.

86. R. D. Wesel, "Reduced Complexity Trellis Code Transfer Function Computation," in the *Communication Theory Miniconference in conjunction with ICC 99*, June 6-10, 1999, pp. 37-41.

87. C. Fragouli and R. D. Wesel, "Symbol Interleaved Parallel Concatenated Trellis Coded Modulation," in the *Comm. Theory Miniconf. in conj. with ICC 99*, June 6-10, 1999, pp. 42-46.

88. P. Ormeci, D. L. Goeckel, and R. D. Wesel, "Adaptive Bit-Interleaved Coded Modulation for Time-Varying Channels Using Outdated Fading Estimates," in proceedings of the *33rd Annual Conference on Information Sciences and Systems*, 6 pages.

89. H. Zou, H. J. Kim, S. Kim, B. Daneshrad, R. Wesel, W. Mangione-Smith, "Equalized GMSK, Equalized QPSK, and OFDM: A Comparative Study for High-speed Wireless Indoor Data Communications," in *1999 Veh. Tech. Conf.*, May 16-20, 1999, Houston, TX, pp.1106-10.

90. A. Bernard, X. Liu, R. Wesel and A. Alwan, "Embedded Joint Source-Channel Coding of Speech using Symbol Puncturing in Trellis Code," in the Proceedings of *ICASSP 99*, vol. 5, Phoenix, AZ, March 1999., pp. 2427-2430.

91. A. Bernard, X. Liu, R. Wesel and A. Alwan,"Channel Adaptive Joint Source-Channel Coding of Speech," Proc. *32nd Asilomar Conf. on Sig.., Sys, and Comp..*, Pac. Grove, CA, Nov. 98, pp. 357-361.

92. W. Shi and R. D. Wesel, "The Effect of Mismatch on Decision-Feedback Equalization and Tomlinson-Harashima Precoding," in *Thirty-Second Asilomar Conference on Signals, Systems, and Computers*, Pacific Grove, CA, November 2-5, 1998, pp. 1743-1747.

93. R. D. Wesel and X. Liu, "Analytic Techniques for Periodic Trellis Codes," in *Thirty-Sixth Annual Allerton Conf. on Communications, Control, and Computing*, Sept. 23-25, 1998, pp. 39-48.

94. X. Liu and R. D. Wesel, "Profile Optimal 8-QAM and 32-QAM Constellations," in *Thirty-Sixth Annual Allerton Conf. on Comm., Control, and Computing*, Sept. 23-25, 1998, pp. 136-145.

95. W. Shi and R. D. Wesel, "When the Best Decision Feedback Equalizer is a Linear Equalizer," in *Thirty-Sixth Annual Allerton Conference on Control, and Computing*, Sept. 23-25, 1998, pp. 338-39.

96. R. D. Wesel, X. Liu, W. Shi, and J. M. Cioffi, "Trellis Codes for Compound Periodic Gaussian Channels," in Proceedings of the *1998 International Symposium on Information Theory*, August 16-21, 1998, Cambridge, MA, pp. 462.

97. R. D. Wesel, X. Liu, and W. Shi, "Periodic Symbol Puncturing of Trellis Codes," in proceedings of *Thirty-First Asilomar Conf. on Sig., Sys., and Computers*, Nov. 2-5, 1997, pp. 172-6.

98. R. D. Wesel, C. Komninakis, and X. Liu, "Towards Optimality in Constellation Labeling," in proceedings of the *Communication Theory Mini Conference at Globecom 97*, Phoenix, AZ, November 3-8, 1997, pp. 23-27.

99. R. D. Wesel, and J. M. Cioffi, "Joint Interleaver and Trellis Code Design," in proceedings of *Globecom 97*, Phoenix, AZ, November 3-8, 1997, pp. 939-943.

100. R. D. Wesel, and J. Cioffi, "Fundamentals of Coding for Broadcast OFDM," in *Twenty-Ninth Asilomar Conference on Signals, Systems, and Computers*, October 30, 1995, pp. 2-6.

101. R. D. Wesel, and J. Cioffi, "Achievable Rates for Tomlinson-Harashima Precoding," *1995 International Symposium on Information Theory*, September 1995, pp. 399.

102. R. D. Wesel, and J. Cioffi, "Precoding and the MMSE-DFE," Invited paper in *Twenty-Eighth Asilomar Conference on Signals, Systems, and Computers*, November 1, 1994, pp. 1144-1148.

103. R. D. Wesel and R. M. Gray, "Bayes risk weighted VQ and Learning VQ," in *Data Compression Conference*, Snowbird, Utah, March 1994, pp. 400-409.

104. T. M. Cover and R. D. Wesel, "A Gambling Estimate of the Rate-Distortion Function for Images," in *Data Compression Conference*, Snowbird, Utah, March 1994 (abstract only).

## BOOK CHAPTERS

1. H. Chan, A. Hodjat, J. Shi, R. D. Wesel and I. Verbauwhede, "Streaming Encryption for a Secure Wavelength and Time Domain Hopped Optical Network," Ch. 14 in Embedded Cryptographic Hardware (N. Nedjah and L. Mourelle, eds.). Nova Science Publishers, 2004

2. R. D. Wesel, "Convolutional Encoding" in *Wiley Encyclopedia of Telecommunications,* Edited by John Proakis, John Wiley, 2003.

3. R. D. Wesel, "Error Control" Chapter 6 in *Wireless Multimedia Communications,* Addison Wesley Longman, 1998.

## PATENTS

1. A. I. Vila Casado, W.-Y. Weng, R. D. Wesel, N. Moschini, M. Siti, S. Valle, E. Yeo, "Variable-Rate Low-Density Parity Check Codes with Constant Blocklength".
U.S. Patent #7802172, September 21, 2010.

2. I. S. Djokovic, R. D. Wesel, E. J. Infusino, M. K. Tsatsanis, "Multi-channel communication system for multiple input, multiple output processing of an encoded signal".
U.S. Patent #7415086, August 19, 2008.

3. G. G. Raleigh, Michael A. Pollak, V. K. Jones, R. D. Wesel, "System and Method for I/Q Trellis Coded Modulation,"
U.S. Patent #6158041, December 5, 2000.

4.   R. D. Wesel and J. M. Cioffi, "Transmission System Using Code Designed for Transmission with Periodic Interleaving,"
     U.S. Patent #6125150, September 26, 2000.

5.   R. D. Wesel, "Adaptive Frequency Dependent Compensation for Telephone Channels,"
     U. S. Patent #5280525, January 18, 1994.

6.   R. L. Daggett and R. D. Wesel, "Echo Protection Tone Detection and Regeneration for Digital Transmission of Facsimile Calls,"
     U. S. Patent #5216519, June 1, 1993.