1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

12
13
14
15
16
17
18
19
20

            Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Opening Claim Construction Brief.

            Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that the below documents contain information that has been designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple, or sealed by order of this Court.

21
22
23
24
25
26
27
28

02198.5185

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Confidential portions of Samsung's Opening Claim Construction Brief;
2. Exhibits A and F attached to the Declaration of Todd Briggs in Support of Samsung's Opening Claim Construction Brief;
3. Confidential portions of the Declaration of Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,689,711 ("Cole Declaration"); and
4. Exhibits 3 and 4 attached to the Cole Declaration.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Court Judge