1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,  | CASE NO. 11-cv-01846-LHK
19 |             Plaintiff,                 |
20 |        vs.                             | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
22   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
23   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
24
               Defendants.
25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On December 8, 2011, I served true copies of the documents described as

1. **Samsung's Opening Claim Construction Brief**
2. **Declaration of Todd M. Briggs in Support of Samsung's Opening Claim Construction Brief**
3. **Declaration of Rick Wesel in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,200,792**
4. **Declaration of Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,698,711**

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

HAROLD J. MCELHINNY
HMcElhinny@mofo.com

MICHAEL A. JACOBS
MJacobs@mofo.com

JENNIFER LEE TAYLOR
JLeeTaylor@mofo.com

RICHARD S.J. HUNG
rhung@mofo.com

JASON R. BARTLETT
JasonBartlett@mofo.com

DEOK KEUN MATTHEW AHN
dahn@mofo.com

GRANT L. KIM
gkim@mofo.com

ALISON M. TUCHER
atucher@mofo.com

STEPHEN E. TAYLOR
staylor@tcolaw.com

STEPHEN MCG. BUNDY
sbundy@tcolaw.com

JOSHUA R. BENSON
jbenson@tcolaw.com

WILLIAM F. LEE
william.lee@wilmerhale.com

MARK D. SELWYN, ESQ.
mark.selwyn@wilmerhale.com

**BY ELECTRONIC MAIL TRANSMISSION**: I served the above documents by electronic mail transmission from brettarnold@quinnemanuel.com, transmitting PDF format copies of the documents to each such person at the email address listed above.   The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am a member of the bar of this Court. Executed on December 8, 2011, at Redwood Shores, California.

                                                /s/     Austin Tarango

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

DATE: November 8, 2011                                                  /s/ Victoria Maroulis