HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1

2        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3  address is Morrison & Foerster LLP, 425 Market St., San Francisco, California  94105-2482.

4  I am not a party to the within cause, and I am over the age of eighteen years.

5        I further declare that on December 8, 2011, I served a copy of:

6        1. **APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
           AND THINGS [SUBMITTED UNDER SEAL]**
7

8        2. **DECLARATION OF MIA MAZZA IN SUPPORT OF MOTION TO
           COMPEL PRODUCTION OF DOCUMENTS AND THINGS [SUBMITTED
9           UNDER SEAL]**

10       3. **DECLARATION OF MINN CHUNG IN SUPPORT OF APPLE'S MOTION
           TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS
11          [SUBMITTED UNDER SEAL]**

12    ☒    BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically
          mailing a true and correct copy through Morrison & Foerster LLP's electronic mail
13        system to the e-mail address(s) set forth below, or as stated on the attached
          service list per agreement in accordance with Code of Civil Procedure section
14        1010.6.

15
      Charles Kramer Verhoeven
16    Quinn Emanuel Urquhart & Sullivan, LLP
      50 California Street, 22nd Floor
17    San Francisco, CA 94111
      Tel: 415-875-6600
18    Email: charlesverhoeven@quinnemanuel.com

19    Edward J. DeFranco
      Quinn Emanuel Urquhart & Sullivan, LLP
20    335 Madison Avenue , 22nd Floor
      New York, NY 10017
21    Tel: 212-849-7000
      Fax: 212-849-7100
22    Email: eddefranco@quinnemanuel.com

23    Kevin P.B. Johnson
      Quinn Emanuel Urquhart & Sullivan LLP
24    555 Twin Dolphin Drive, 5th Floor
      Redwood Shores, CA 94065
25    Tel: 650-801-5000
      Fax: 650-801-5100
26    Email: kevinjohnson@quinnemanuel.com

27    Michael Thomas Zeller
      Quinn Emanuel Urquhart & Sullivan, LLP
28    865 S. Figueroa Street , 10th Floor

1   Los Angeles, CA 90017
    Tel: 213-443-3000
2   Fax: 213-443-3100
    Email: michaelzeller@quinnemanuel.com

1   Victoria F. Maroulis
    Quinn Emanuel Urquhart & Sullivan, LLP
    555 Twin Dolphin Drive, Fifth Floor
2   Redwood Shores, CA 94065
    Tel: 650-801-5000
3   Fax: 650-801-5100
    Email: victoriamaroulis@quinnemanuel.com
4
    Margret Mary Caruso
5   Quinn Emanuel Urquhart & Sullivan, LLP
    555 Twin Dolphin Drive, Suite 560
6   Redwood Shores, CA 94065
    Tel: 650-801-5000
7   Fax: 650-801-5100
    Email: margretcaruso@quinnemanuel.com
8
    Todd Michael Briggs
9   Quinn Emanuel Urquhart & Sullivan, LLP
    555 Twin Dolphin Drive, Fifth Floor
10  Redwood Shores, CA 94065
    Tel: 650-801-5000
11  Email: toddbriggs@quinnemanuel.com

12  Rachel H Kassabian
    Quinn Emanuel Urquhart & Sullivan LLP
13  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, CA 94065
14  650-801-5000
    Fax: 650-801-5100
15  Email: rachelkassabian@quinnemanuel.com

16  Melinda Mae Morton
    Bergeson, LLP
17  303 Almaden Blvd., Suite 500
    San Jose, CA 95110-2712
18  408-291-6203
    Fax: (408) 297-6000
19  Email: mmorton@be-law.com

20  Michael J. Bettinger
    K&L Gates LLP
21  Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
22  415-882-8200
    Fax: 415-882-8220
23  Email: mike.bettinger@klgates.com

24  Executed in San Francisco, California, this 8th day of December, 2011.

25

26

27                                                  _____
                                                    Robin L. Sexton
28

CERTIFICATE OF SERVICE
CASE NO. 4:11-cv-1846-LHK
sf-3081398                                                                    4