UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING TEMPORARY RELIEF FROM MEET AND CONFER REQUIREMENT |

Pursuant to the August 25, 2011 Case Management Order, lead trial counsel for the parties are required to meet and confer in person before filing any discovery motion.  *See* ECF No. 187.  Apple has filed an administrative motion for temporary relief from this requirement related to its concurrently filed motion to compel production of documents.  Good cause appearing, Apple's request for temporary relief from the requirement that lead counsel meet and confer in person is GRANTED.  The relief requested applies to Apple's concurrently filed motion to compel only.

**IT IS SO ORDERED.**

Dated: December 9, 2011

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge