UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK-PSG <br><br> **[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS** |

Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Compel.

Having considered the arguments of the parties and the papers submitted, the Court finds Apple has not shown good cause to shorten time. Accordingly, the Court hereby denies Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel.

1   **IT IS SO ORDERED.**

3   DATED:   December _____, 2011

_____
The Honorable Paul S. Grewal
United States Magistrate Judge