Exhibit 9

```
 1

 2                  IN THE UNITED STATES DISTRICT COURT

 3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

 4                            SAN JOSE DIVISION

 5
     APPLE, INC.,                       )  CV-11-1846-LHK
 6                                      )
                      PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 7                                      )
                VS.                     )
 8                                      )  SEPTEMBER 28, 2011
     SAMSUNG ELECTRONICS CO.,           )
 9   LTD., ET AL,                       )
                                        )  PAGES 1-87
10                    DEFENDANT.        )
                     _____
11

12                      TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE PAUL S. GREWAL
13                   UNITED STATES DISTRICT JUDGE

14

15   A P P E A R A N C E S:

16   FOR THE PLAINTIFF:   MORRISON FOERSTER
                          BY:  WESLEY OVERSON
17                             RICHARD HUNG
                               MINN CHUNG
18                             MICHAEL JACOBS
                          425 MARKET STREET
19                        SAN FRANCISCO, CA 94105

20   FOR THE DEFENDANT:   QUINN EMANUEL
                          BY:  VICTORIA MAROULIS
21                             BRETT ARNOLD
                               KEVIN JOHNSON
22                        555 TWIN DOLPHIN DRIVE, 5TH FL
                          REDWOOD SHORES, CA 94065
23

24

25   OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185

                                                                   1
```

1         AND WE WOULD ASK YOUR HONOR THAT IF
2    YOUR HONOR AGREES THEY HAVE TO PRODUCE BY A DATE
3    CERTAIN THAT WE BE GIVEN THE OPPORTUNITY TO COME
4    RIGHT BACK IN IF SOMEHOW THAT DOESN'T HAPPEN.
5         THE COURT:  ALL RIGHT.
6         YOU WILL HAVE SOME OPPORTUNITY FOR
7    REBUTTAL AS WELL.
8         THANK YOU FOR YOUR ARGUMENT.
9         MS. MAROULIS?
10        MS. MAROULIS:  GOOD MORNING, YOUR HONOR.
11        THANK YOU FOR LISTENING TO US ON THE
12   SHORT NOTICE.
13        I WANT TO BEGIN WITH THE QUESTION
14   YOUR HONOR POSED FOR COUNSEL FOR APPLE EARLIER IN
15   THE ARGUMENT WHICH IS THE SIMILARITY OF PRODUCT
16   MATTER IN THE PATENT DESIGN INFRINGEMENT CASE.
17        AND THE FEDERAL CIRCUIT LAW SAYS IT DOES
18   NOT MATTER.  THERE'S LAW THAT WE CITED --
19        THE COURT:  THAT'S WHAT SUN HILL SAYS.
20        MS. MAROULIS:  SUN HILL, KEYSTONE AND
21   MANY OTHER CASES THAT SAY FOR THE PURPOSES OF
22   LIABILITY YOU COMPARE ACCUSED PRODUCT TO AN
23   ASSERTED DESIGN PATENT AND SPECIFICALLY THE
24   FEATURES THAT ARE ASSERTED.
25        SO THE FIRST ORDER OF BUSINESS IS THAT

```
 1                MR. OVERSON:  THANK YOU, YOUR HONOR.
 2                THE CLERK:  COURT IS ADJOURNED.
 3                (WHEREUPON, THE PROCEEDINGS IN THIS
 4     MATTER WERE CONCLUDED.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185