UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL** |

Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Compel.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby grants Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel, and sets the hearing on Apple's Motion to Compel for December 16, 2011, at 10:00 a.m. Defendants may file and serve their opposition papers no later than December 14, 2011. ~~Apple may file and serve a reply brief no later than December 14, 2011.~~ No reply brief shall be considered.

**IT IS SO ORDERED.**

Dated: December _9_, 2011.

_____
HONORABLE PAUL S. GREWAL
United States ~~District Court~~ Magistrate Judge