| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY ESTHER KIM** |

1  PLEASE TAKE NOTICE that attorney Esther Kim of Morrison & Foerster LLP,
2  a member of the State Bar of California (CA SBN 258,024) and admitted to practice in this Court,
3  and whose contact information appears below, hereby enters an appearance as an additional
4  attorney of record for Plaintiff Apple, Inc. in the above-captioned case.

```
       Esther Kim
       Morrison & Foerster LLP
       425 Market St.
       San Francisco, CA 94105
       Phone: (415) 268-7562
       Fax: (415) 276-7308
       Email: ekim@mofo.com
```

Dated: December 9, 2011                MORRISON & FOERSTER LLP

                                       By:    /s/ *Esther Kim*
                                              ESTHER KIM
                                       Attorney for Plaintiff APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled NOTICE OF APPEARANCE BY ESTHER KIM was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.

Dated: December 9, 2011

By: /s/ *Esther Kim*
ESTHER KIM