UINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT IN SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

1   In accordance with Northern District of California Civil L. R. 7-11, Samsung Electronics
2  Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3  (collectively "Samsung") respectfully move the Court for leave to exceed the page limit under
4  Civil L. R. 7-4(b) for Samsung's Responsive Claim Construction Brief ("Response Brief").  This
5  Response Brief is due on December 22, 2011.
6   Pursuant to the Court's Case Management Order of August 25, 2011 and Patent Local Rule
7  4-3, the parties selected 5 terms each for claim construction by the Court.   Samsung selected 5
8  terms from Apple's patents, while Apple selected 3 terms from its own patents and 2 terms from
9  Samsung patents.   This resulted in a total of 8 Apple patent terms and 2 Samsung patent terms for
10 construction.
11   Under Civil Local Rule 7-3 and Patent Local Rule 4-5, Samsung has a total of 40 pages
12 (25 page opening and 15 page reply briefs) and Apple has a total of 25 pages (25 page response
13 brief) to address the 2 Samsung patent terms.   On the other hand, Apple has a total of 40 pages
14 (25 page opening and 15 page reply briefs) and Samsung has a total of 25 pages (25 page response
15 brief) to address the 8 Apple patent terms.   This distribution gives Samsung an average of 20
16 pages to discuss each of the terms from its own patents and slightly over 3 pages total to discuss
17 each of the terms from Apple's patents.   The severe imbalance in this distribution curtails
18 Samsung's ability to discuss the Apple claim terms at issue.
19   Samsung seeks leave to correct this imbalance by exceeding the 25 page limit for its
20 Response Brief.   Any pages in excess of the 25 page limit would be deducted from Samsung's
21 opening and reply brief such that Samsung would only file a maximum of 65 pages for claim
22 construction – thus, the parties would still have an equal amount of briefing and Samsung would
23 have the same total number of pages it is currently allowed under the local rules.
24   On November 27, Samsung sought a stipulation regarding the distribution of page limits to
25 allow both parties to allocate their 65 total pages as necessary.   Declaration of Todd Briggs in
26 Support of Samsung's Administrative Motion to File Excess Pages, Ex. 1.   Samsung followed up
27 on November 29, seeking a response.   *Id*.   On December 1, Apple responded stating, "We'll get
28 back to you [Samsung] as soon as possible on your page limits proposal."   *Id*.   However, Apple

-1-   Case No. 11-cv-01846-LHK
**SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT**

1  waited until December 7, the day before opening claim construction briefs were due, to reject
2  Samsung's proposed stipulation.  *Id.*  Apple thereby gave Samsung little time to seek additional
3  pages of briefing prior to the parties submitting their opening claim construction briefs.
4         The next day, Samsung sought a stipulation to allow Samsung to file additional pages for
5  its response brief.  *Id.*, Ex. 2.  Apple refused and offered Samsung no alternative proposal.  *Id.*
6  Thus, Samsung seeks leave from the Court to allocate additional pages from its opening and reply
7  brief to its Response Brief, to allow for a more balanced discussion of the 8 Apple patent terms.

9  DATED: December 12, 2011           QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By  */s/ Todd M. Briggs*
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           Michael T. Zeller
                                           Todd M. Briggs
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC