QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE EXCESS PAGES** |

Case No. 11-cv-01846-LHK
**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE EXCESS PAGES**

I, Todd M. Briggs, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").   Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. On November 27, 2011, I sent an e-mail to Apple's counsel asking whether Apple would stipulate to distributing the 65 pages of total claim construction briefing (25 opening/25 response/15 reply) as needed by each party, in order to more evenly distribute the total number of pages available to each claim term.   On November 29, I sent a follow-up e-mail to Apple's counsel, asking them to provide a response by the next day regarding Samsung's proposed stipulation.

3. On December 1, Apple's counsel responded that Apple would reply "as soon as possible" regarding Samsung's proposed page limit changes.   However, Apple did not respond again for nearly a week.   On December 7, the day prior to the submission of the parties' Opening Construction Briefs, Apple rejected Samsung's proposed stipulation and offered no alternative.

4. On December 8, 2011, Victoria Maroulis, one of Samsung's counsel, sent an e-mail to Apple's counsel requesting additional pages for Samsung's opposition to Apple's claim construction brief.   Samsung requested these additional pages after Apple declined the proposed stipulation to allow the parties flexibility in assigning pages between briefs.   These additional pages would provide a more balanced discussion of the 8 Apple patent terms as compared to the 2 Samsung patent terms.

-2-   Case No. 11-cv-01846-LHK
**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE EXCESS PAGES**

5. On December 9, Apple's counsel replied stating that Apple would oppose Samsung's request for additional pages.

6. Attached as Exhibit 1 is a true and correct copy of the e-mails between me and Apple's counsel referred to above.

7. Attached as Exhibit 2 is a true and correct copy of the e-mails between Ms. Maroulis and Apple's counsel referred to above.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in Redwood Shores, California on December 12, 2011.

/s/ *Todd M. Briggs*
Todd M. Briggs