# EXHIBIT 1

# Todd Briggs

| | |
|---|---|
| **From:** | Ahn, Deok Keun Matthew [DAhn@mofo.com] |
| **Sent:** | Wednesday, December 07, 2011 3:03 PM |
| **To:** | Todd Briggs; Samsung v. Apple; Alan Whitehurst; Victoria Maroulis |
| **Cc:** | Jacobs, Michael A.; Monach, Andrew E.; Hung, Richard S. J.; Selwyn, Mark; Stevens, Bethany; Herriot, Liv; Kreeger, Matthew I.; Kolovos, Peter |
| **Subject:** | RE: Apple v. Samsung -- Claim construction briefs and page limits |

Todd,

We intend to adhere to the briefing limits set forth in the local rules.

Matt

---

**From:** Ahn, Deok Keun Matthew
**Sent:** Thursday, December 01, 2011 12:27 PM
**To:** 'Todd Briggs'; Samsung v. Apple; Alan Whitehurst; Victoria Maroulis
**Cc:** Jacobs, Michael A.; Monach, Andrew E.; Hung, Richard S. J.; Selwyn, Mark; Stevens, Bethany; Herriot, Liv; Kreeger, Matthew I.; 'Kolovos, Peter'
**Subject:** RE: Apple v. Samsung -- Claim construction briefs and page limits

Todd,

As discussed, we are in agreement on the schedule for, and subject matter of, each party's briefs. We'll get back to you as soon as possible on your page limits proposal.

Matt

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, November 29, 2011 9:22 PM
**To:** Todd Briggs; 'Kolovos, Peter'; Kreeger, Matthew I.
**Cc:** Ahn, Deok Keun Matthew; Alan Whitehurst; Victoria Maroulis; Jacobs, Michael A.; Monach, Andrew E.; Hung, Richard S. J.; Selwyn, Mark; Stevens, Bethany; Herriot, Liv; Samsung v. Apple
**Subject:** RE: Apple v. Samsung -- Claim construction briefs and page limits

Peter and Matthew,

I have not heard back from you on my email below. Will you please provide a response tomorrow.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Sunday, November 27, 2011 10:56 AM
**To:** Kolovos, Peter; Kreeger, Matthew I.
**Cc:** DAhn@mofo.com; Alan Whitehurst; Victoria Maroulis; MJacobs@mofo.com; Monach, Andrew E.; RHung@mofo.com; Selwyn, Mark; Stevens, Bethany; Herriot, Liv; Samsung v. Apple
**Subject:** Apple v. Samsung -- Claim construction briefs and page limits

Peter and Matthew,

1

I wanted to follow up on our conversation a few weeks ago regarding claim construction briefs and page limits.  We understand that the claim construction briefs will address the 10 terms identified by the parties as follows.  Please confirm that this is your understanding as well.

12/8     Samsung's opening brief – addresses the 2 disputed terms from Samsung's patents
12/8     Apple's opening brief – addresses the 8 disputed terms from Apple's patents

12/22    Samsung's response brief – addresses the 8 disputed terms from Apple's patents
12/22    Apple's response brief – addresses the 2 disputed terms from Samsung's patents

12/29    Samsung's reply brief – addresses the 2 disputed terms from Samsung's patents
12/29    Apple's reply brief – addresses the 8 disputed terms from Apple's patents

With respect to page limits, we proposed that the parties be allowed to use their page limitations in flexible way.  This will allow both sides to more evenly distribute the total number of pages available under the local rules to each disputed term.  I believe that each party is entitled to a total of 65 pages under the local rules (25 opening/25 response/15 reply).  Please let us know if this proposal is acceptable to you.  If so, we should file a stipulation alerting the Court to this agreement.

Best Regards,


**Todd Briggs**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5020 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------