# EXHIBIT 2

**Todd Briggs**

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Friday, December 09, 2011 6:03 PM |
| **To:** | Victoria Maroulis; Jacobs, Michael A.; Bartlett, Jason R.; Kolovos, Peter; Selwyn, Mark |
| **Cc:** | Kevin Johnson; Todd Briggs; Alan Whitehurst; Mark Tung |
| **Subject:** | RE: Apple v. Samsung: additional pages for Samsung's opposition to Apple's claim construction brief |

Hi Vicki,

Yes -- that is correct. Without any explanation of why such a large page extension is necessary, we intend to oppose.

Rich


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, December 09, 2011 12:04 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Bartlett, Jason R.; 'Kolovos, Peter'; 'Selwyn, Mark'
**Cc:** Kevin Johnson; Todd Briggs; Alan Whitehurst; Mark Tung
**Subject:** RE: Apple v. Samsung: additional pages for Samsung's opposition to Apple's claim construction brief

Thanks. For clarity, should we inform the court that Apple is opposing Samsung's miscellaneous request for additional pages?

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Friday, December 09, 2011 12:03 PM
**To:** Victoria Maroulis; Jacobs, Michael A.; Bartlett, Jason R.; Kolovos, Peter; Selwyn, Mark
**Cc:** Kevin Johnson; Todd Briggs; Alan Whitehurst; Mark Tung
**Subject:** RE: Apple v. Samsung: additional pages for Samsung's opposition to Apple's claim construction brief

Vicki,

As we have previously explained to other attorneys at your firm, Apple believes that the parties should follow the page limits specified in the local rules. Indeed, we prepared our opening brief under that assumption.

By now you should have received a copy of our opening brief, which is within the local rule page limits.

We suggest that you review our brief to determine whether, in fact, any extension (and particularly such a large page extension) truly is necessary.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Thursday, December 08, 2011 2:41 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Bartlett, Jason R.; 'Kolovos, Peter'; 'Selwyn, Mark'
**Cc:** Kevin Johnson; Todd Briggs; Alan Whitehurst; Mark Tung
**Subject:** Apple v. Samsung: additional pages for Samsung's opposition to Apple's claim construction brief

Rich and Peter,

Please advise whether Apple would stipulate to Samsung's request to the Court for up to additional 12 pages for Samsung's opposition to Apple's claim construction brief. Please get back to us by noon tomorrow.

Thank you.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------