1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT IN SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to Exceed Page Limit in Samsung's Responsive Claim Construction Brief.

Having considered all of the papers filed in connection with this motion, the Court ORDERS that Samsung be permitted to exceed the page limit set forth in Local Rule 7-4, so long as the total number of pages in Samsung's Opening, Responsive and Reply Claim Construction Briefs are no more than 65 pages.

**IT IS SO ORDERED.**

DATED:   December ___, 2011

_____
The Honorable Lucy H. Koh
United States District Court Judge