QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING**<br><br>Date: December 16, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Diane C. Hutnyan, declare:

I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion to Shorten Time for Briefing and Hearing of Samsung's Motions To Compel.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

1. Prompt discovery of the materials and responses Samsung seeks in its motions to compel is critical for use in connection with ongoing claim construction briefing, for preparation of Samsung's invalidity case, for upcoming depositions and follow-on discovery, and for preparation of expert analysis and reports.  The claim construction phase of this litigation is currently underway, with briefing closing on December 22, 2011.  Samsung has noticed forty-nine depositions expected to take place in January and early February.  The deponents are designers and engineers with knowledge of the accused products, as well as sales and marketing personnel responsible for selling the accused Apple products.  Samsung will need significant time to review any materials that are produced to determine if anything is missing and plan further discovery.

2. As described in greater detail in the Declaration of Diane Hutnyan in Support of Samsung's Administrative Motion for Relief from Lead Counsel Meet and Confer Requirement and the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Documents and Things and Responsive Answers to Propounded Discovery, Samsung has tried, after weeks of meeting and conferring (in which I was personally involved) to resolve the issues raised in Samsung's motions to compel without court intervention but was unable to do so.

3. On December 7, 2011, Apple filed its Motion to Compel, (D.N. 467-01), and the accompanying Motion to Shorten Time. (D.N. 464.)  The Court granted Apple's Motion to Shorten to Time and scheduled the deadline for Samsung's opposition on Wednesday, December 14, and the hearing for December 16, 2011. (D.N. 477.)

1       4.      On December 6, 2011, counsel for Samsung proposed that the parties file a joint
2  motion seeking leave from the in-person meet and confer requirement for both parties.   Counsel
3  for Apple rejected this proposal and sought a one-time exception for itself, which was granted.
4  Counsel for Samsung then sent an email to counsel for Apple on December 12, 2011 requesting
5  that Apple agree to an expedited schedule for briefing and hearing of Samsung's motion to compel
6  and requesting that Apple stipulate to Samsung's motion for leave from the lead counsel meet and
7  confer requirement.   Apple did not agree to Samsung's request.
8       5.      On November 20, 2011, I first asked counsel for Apple for a date that Mr.
9  McElhinny would make himself available for an in-person lead counsel meet-and-confer.   The
10 parties were unable to find any date until at least December 19 upon which they were both
11 available for an in-person meet and confer.   Mr. Verhoeven is at trial in Washington, D.C.
12 through December 19.   On December 10, 2011, I invited Mr. McElhinny to participate in a
13 telephonic lead counsel meet and confer with Mr. Verhoeven.   This invitation was declined on
14 the basis that Mr. McElhinny was out of the country until December 13, and no alternative date
15 before December 13 was offered.   Accordingly, based on a December 19 meet and confer date,
16 the earliest possible hearing date on the regular schedule would be January 24, 2012.
17      I declare under penalty of perjury under the laws of the United States that the foregoing is
18 true and correct.
19      Executed in Los Angeles, California, on December 12, 2011.

                                                    By  /s/ *Diane C. Hutnyan*
                                                        Diane C. Hutnyan

-3-                                                          Case No. 11-cv-01846-LHK
**DECLARATION OF DIANE C. HUTNYAN ISO MOTION TO SHORTEN TIME**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane C. Hutnyan.

                                        */s/ Victoria Maroulis*