UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO COMPEL AND SAMSUNG'S MOTION TO PERMIT EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion to Compel and Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby grants Samsung's Motion to Shorten Time for Briefing and Hearing, and sets the hearing for both motions at December 16, 2011, at 10:00 a.m.   Plaintiff

1  Apple Inc. may file and serve its opposition papers no later than December 14, 2011.   No reply
2  brief shall be considered.
3  **IT IS SO ORDERED.**
4  DATED:   December ___, 2011

7  The Honorable Paul S. Grewal
   United States Magistrate Judge