QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ITAY SHERMAN IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**<br><br>Date: December 16, 2011<br>Time: 10:00 am<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

02198.51855/4408128

Case No. 11-cv-01846-LHK
**DECLARATION OF ITAY SHERMAN IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT HIM TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**

I, Itay Sherman, declare:

1. I am an independent consultant in the areas of communication and cellular handset technology. I have been asked to provide expert testimony on behalf of Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") in the above-captioned case.

2. I submit this declaration in support of Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under The Protective Order.

3. If asked at hearings or trial, I am prepared to testify regarding the matters I discuss in this declaration.

I.  PROFESSIONAL BACKGROUND

4. I earned a bachelor degree with honors (B.Sc) in Electrical engineering from Tel Aviv University in 1991, and a master degree with honors (M.Sc) in Bio medical engineering from Tel Aviv University in 1995.

5. I have worked in the telecommunication industry for the last 20 years of which the last 10 years I worked on mobile handset technology and products.

6. Between 2004 and 2007, I was the Chief Technology Officer for Texas Instruments Mobile Connectivity group, which developed key components for mobile handsets. While there, I worked closely with Nokia, Motorola, and Sony Ericsson to define technology solutions that would comply to their handset design constraints.

7. Between 2007 and 2010, I served as the Chief Technology Officer for modu LTD, a handset and accessories manufacturer that pioneered the concept of modular handsets. The modu concept revolved around the idea of a modular phone that has a base unit that can operate as a very small form factor handset, but could also be plugged into consumer electronic devices we termed "jackets" that enhance the capabilities and external design of the handset and enable it to morph.

8. The development of the modu concept required investigation and experimentation with the possible boundaries of handset design electrical circuitry, mechanical design, and industrial design. I led the effort for design of multiple handsets as well as additional consumer

devices that the company had been developing. The modu1 handset design was awarded the Guinness Book of Records certificate for the lightest handset in the world. The modu-T handset design was awarded the Guinness Book of Records certificate for the lightest touch phone.

9. Along with supervising the industrial and manufacturing design process, I was responsible for ensuring that the company understood the different technologies and components available for handsets. This required analyzing size and placement limitations, defining the parameters for the achievable dimensions of different designs, and studying competing handsets and understanding their design tradeoffs based on observations and commercially available teardowns.

10. As CTO of modu, I was also responsible for obtaining and maintaining intellectual property registrations, including design patents.

11. I also served as the head of the handset cluster of the IMA (Israeli Mobile Association) and lectured on handset technology and design at public seminars.

12. I am a named inventor on 15 registered patents and more than 60 pending submissions.

II. SCOPE OF TESTIMONY

13. On August 22, 2011, I signed the Declaration of Itay Sherman in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction. That document contained my expert opinion about several of Apple's asserted design patents. In particular, I testified about the functionality of numerous aspects of Apple's patented designs. I continue to serve as an expert witness on behalf of Samsung, and I plan to offer further testimony regarding Apple's design patents as the lawsuit progresses.

14. I have not testified as an expert witness about any of Apple's utility patents, including any that related to multi-touch technology. Furthermore, I will not be offering such expert testimony in this case.

15. To date, I have been unable to review confidential documents produced by Apple relevant to its design patents. I understand that Apple has refused to allow me to view confidential documents because I operate DoubleTouch Ltd., a technology company that is

1  working in the field of multi-touch controllers for consumer electronic devices.   I understand that,
2  although Apple has asserted a utility patent related to multi-touch technology, the confidential
3  documents I will potentially review are design documents that are unrelated to multi-touch
4  technology.

5  III.   **DOUBLETOUCH LTD.**

6  16.   I established DoubleTouch in 2010 after inventing a low cost multi-touch
7  technology for resistive touch screens.   I am the founder, CEO, and sole board member of
8  DoubleTouch.   The company does not currently employ any paid employees.   Furthermore, the
9  company currently has no customers.

10  17.   DoubleTouch further developed DoTwo technology.   This technology is aimed at
11  providing multi-touch capability to low cost consumer electronic devices that cannot afford to
12  support higher cost solutions, such as capacitive touch screens.   The relevant type of devices to
13  which the technology can be incorporated are portable multimedia players (PMPs), digital still
14  cameras (DSCs), and low cost mobile handsets.

15  18.   DoubleTouch has been focusing its efforts on selling the technology to silicon
16  vendors that provide touch controllers to the consumer electronic market.   The company may also
17  license the technology to consumer electronic brands in the future.

18  19.   DoubleTouch is not involved in any industrial, mechanical, or aesthetic design of
19  any consumer electronic device.   The company does not manufacture consumer electronic
20  products and in no way competes with consumer electronic brands or manufacturers.   In
21  particular, DoubleTouch is not in competition with Apple.   Instead, DoubleTouch competes with
22  other companies that license multi-touch technology for resistive touch displays, such as Stantum,
23  which licenses Pmatrix multi-touch technology to silicon vendors.

02198.51855/4408113.1

-3-    Case No. 11-cv-01846-LHK
**DECLARATION OF ITAY SHERMAN IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT HIM TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed on December 12, 2011.
3
4
5
6  By_____
   Itay Sherman
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4408113.1

-4- Case No. 11-cv-01846-LHK
**DECLARATION OF ITAY SHERMAN IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT HIM TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Itay Sherman.

*/s/ Victoria Maroulis*