QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**<br><br>Date: Friday, December 16, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

02198.51855/4504210.1

Case No. 11-cv-01846-LHK
KASSABIAN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT ITAY SHERMAN TO REVIEW DESIGN MATERIALS

I, Rachel Herrick Kassabian, declare:

1.     I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion to Permit Samsung's Expert Itay Sherman To Review Design Materials Designated Under The Protective Order.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.     On September 20, 2011, during a meet and confer session that included myself and counsel for Apple, Samsung offered a compromise to Apple to let Itay Sherman view a limited number of design-related confidential documents.  In particular, Samsung asked Apple to allow Mr. Sherman to view CAD files, design inventor notebooks, the deposition transcript of Apple design patent inventor Christopher Stringer, and Apple presentations showing that certain features of Apple's designs are functional.  The parties also discussed whether Apple would consider letting Mr. Sherman view confidential design documents if Samsung first provided a list of the documents to Apple.  Counsel for Samsung explained to counsel for Apple that while we disagreed that Mr. Sherman's business competed with Apple's, in the interest of compromise we would agree that Mr. Sherman would not be allowed to view documents related to multi-touch technology.

3.     On September 24, 2011, Jason Bartlett, counsel for Apple, sent an email to me and other counsel for Samsung indicating that Apple would not allow Samsung to disclose any of Apple's confidential documents to Mr. Sherman, including design documents such as CAD files and sketchbooks. Mr. Bartlett represented that Apple's objection continued to be based on Mr. Sherman's role as the owner and CTO of DoubleTouch, and Apple's purported belief that DoubleTouch is developing a technology designed to compete with Apple's touch technology. Apple also based its objection on its purported belief that Mr. Sherman "consults for companies that are designing technologies and products that have been or may be offered by handset

02198.51855/4504210.1

-2-    Case No. 11-cv-01846-LHK
KASSABIAN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT ITAY SHERMAN TO REVIEW DESIGN MATERIALS

1  manufacturers who are Apple's competitors." Counsel for Apple failed to indicate a single Apple
2  competitor for whom it believes Mr. Sherman is or might be consulting.
3      I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5      Executed in Redwood Shores, California, on December 12, 2011.

                                                  */s/ Rachel Herrick Kassabian*
                                                  Rachel Herrick Kassabian

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Rachel Herrick Kassabian has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/4504210.1

-4-   Case No. 11-cv-01846-LHK
KASSABIAN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO PERMIT ITAY SHERMAN TO REVIEW DESIGN MATERIALS