UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order (the "Motion").

Having considered the arguments of the parties and the papers submitted, the Court hereby GRANTS Samsung's Motion in its entirety and ORDERS that Apple shall allow Itay

1  Sherman, Samsung's expert, to view design-related documents, transcripts and other discovery
2  that have been or are designated by Apple under any operative protective order in this litigation.
3
4
5      **IT IS SO ORDERED.**
6
7  DATED:   December_____, 2011
8
9
10                                           _____
                                             Hon. Paul S. Grewal
11                                           United States Magistrate Judge