QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Motion to Compel Production of Documents and Things and Responsive Answers to Propounded Discovery;
2. The confidential, unredacted version of the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Documents and Things and Responsive Answers to Propounded Discovery;
3. Exhibits 1-13, 15-19, and 21 to the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Documents and Things and Responsive Answers to Propounded Discovery.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Scott Hall in Support of Samsung's Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to documents and things that the parties have designated as confidential under the interim protective order.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.   Proposed public redacted versions of the documents listed above are attached hereto as exhibits.

1   DATED: December 12, 2011          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
2

3

4                                     By  */s/ Victoria Maroulis*
                                          Charles K. Verhoeven
5                                         Kevin P.B. Johnson
                                          Victoria F. Maroulis
6                                         Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
7                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
8                                         TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28