HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT**<br><br>Judge: Hon. Lucy H. Koh |

Apple respectfully opposes Samsung's request for relief from the "lead trial counsel . . . meet and confer" requirement of the Court's Minute Order and Case Management Order [D.N. 187] ("CMC Order"). In its CMC Order, the Court required that the parties' lead counsel meet and confer in person before filing a discovery motion. Apple's lead trial counsel is available for the in-person meet and confer *tomorrow* and has stated as much, but Samsung has declined this offer. Samsung simply cannot show that it has made any good-faith effort to comply with the Court's requirement.

***Samsung's Previous Refusal to Meet and Confer on Apple's Issues.*** As Apple explained in its own administrative motion last week, Apple has been trying to schedule a lead trial counsel meet and confer with Samsung since at least November 30, 2011. (*See* Declaration of Michael Jacobs in Support of Apple's Administrative Motion for Temporary Relief Regarding Lead Counsel Meet and Confer Requirement ("Jacobs Decl.") at ¶ 5.) The purpose of the meeting was to address *both parties'* outstanding discovery issues. (*Id.* at ¶ 3, 5.)

On November 30, 2011, Apple proposed December 5, 6, or 7, 2011 for this meeting. (*Id.* at ¶ 5.) Apple explained that scheduling this meeting was urgent, as it would be difficult to have the parties' discovery disputes heard before the end of the year if this meeting did not occur immediately. (*Id.* at ¶ 7.)

Apple's first request for this meeting was met with silence. (*Id.* at ¶ 5.) Accordingly, on December 2, 2011, Apple's lead counsel reached out to Samsung's lead counsel directly to try to schedule this meeting. (*Id.* at ¶ 8.) Apple's lead counsel again explained that the meet-and-confer session was intended to address *both parties'* issues, and he reiterated his willingness to meet at any time on December 5, 6, or 7, 2011. (*Id.* at ¶ 8.)

When Samsung's lead counsel finally responded on December 3, 2011, he explained that he was in the middle of a trial on the East Coast and thus unavailable for an in-person meeting before December 19, 2011. (*Id.* at ¶ 9.) Upon learning of this, Apple's lead counsel proposed that the parties seek the Court's leave to conduct the meet and confer telephonically. This was because—as he explained to Samsung's lead counsel—Apple's lead counsel was about to depart

APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF RE MEET AND CONFER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3082120

1

1   for Tokyo on Friday, December 9, 2011, and would himself have limited availability after that

2   date.  (*Id.* at ¶ 8, 9.)

3         But despite repeated follow-up requests via e-mail, letters, and teleconference, Samsung

4   never identified any dates before December 19, 2011, for its lead counsel's availability (whether

5   in-person or by phone).  (*Id.* at ¶¶ 7, 9, 12–14.)  Apple thus was forced to seek temporary, limited

6   relief from the Court's meet-and-confer requirement on December 8, 2011, for its motion to

7   compel.

8         The Court granted Apple's requested relief on December 9, 2011, and Judge Grewal

9   granted Apple's motion to shorten time on its motion to compel later that same day.  Per Judge

10  Grewal's order shortening time, Samsung's opposition is due on Wednesday, December 14, 2011,

11  and the hearing is scheduled for Friday, December 16, 2011.

12        ***Samsung's Sudden Availability to Meet and Confer on Its Own Discovery Issues.***  Only

13  after the Court granted Apple temporary relief from the in-person meet-and-confer requirement

14  did Samsung express any interest in scheduling an immediate meet and confer.  On Saturday,

15  December 10, 2011, at 3:25 p.m. Pacific time, Samsung e-mailed Apple to demand a telephonic

16  lead trial counsel meet-and-confer ***less than 24 hours later***, at 2 p.m. Pacific time on Sunday,

17  December 11.  (*See* Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's

18  Administrative Motion for Relief Regarding Lead Counsel Meet and Confer Requirement

19  ("Mazza Decl."), ¶ 2 & Ex. A.)  Samsung proposed this time even though it knew that Apple's

20  lead counsel had already left for Tokyo and the proposed time corresponded to early morning

21  Tokyo time.

22        Apple responded to Samsung's sudden, allegedly urgent request to meet and confer by

23  noting that the time difference made such a meet and confer difficult.  (*Id.* ¶ 3 & Ex. B.)  Apple

24  offered, however, to make its lead trial counsel available for the in-person meet and confer on

25  Tuesday, December 13, 2011, within hours of his flight's landing in the Bay Area.  (*Id.*)

26        Rather than accept Apple's offer, Samsung informed Apple that it would be seeking relief

27  from the Court's meet-and-confer requirement.  (*Id.* ¶ 4 & Ex. C.)  As of the filing of this

28  opposition, Samsung has never offered a single time for its availability to meet and confer on its

APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF RE MEET AND CONFER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3082120

2

own discovery issues besides its proposal of 7 a.m. Tokyo time on December 11, 2011, or its prior proposal of December 19, 2011.

Samsung's gamesmanship in dodging Apple's own meet and confer requests—but then demanding a middle-of-the-night meet and confer and rejecting an in-person meeting less than 24 hours from now—is plain. Samsung cannot demonstrate that it has made good-faith efforts to satisfy the Court's requirement—a requirement intended to reduce the parties' discovery disputes. Apple's trial counsel is available tomorrow. Both in view of its gamesmanship and its failure to comply (or try to comply) with the Court's requirement, Samsung's motion for administrative relief should be denied.[1]

Dated: December 13, 2011

MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
    Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

---

[1] Samsung's haste to move to compel without meeting and conferring is plain. On the morning of December 12, 2011, Samsung's counsel wrote to Apple's counsel indicating Samsung's intent to move on just one issue—its "second motion to compel" regarding Itay Sherman. (Mazza Decl. ¶ 4 & Ex. C.) Samsung's concurrently filed motion to compel seeks far greater relief, however.

APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF RE MEET AND CONFER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3082120

3