UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT** |

    Pursuant to Northern District of California Local Rule 7-11, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have submitted an administrative motion for temporary, limited relief from the "lead trial counsel . . . meet and confer" requirement set forth in the Court's Minute Order and Case Management Order [D.N. 187].

02198.5185

-1-   Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR TEMPORARY RELIEF REGARDING THE LEAD COUNSEL MEET AND CONFER REQUIREMENT**

1    Having considered the arguments of the parties and the papers submitted, and good cause

2 having been shown, the Court hereby grants the requested relief from the Minute Order and Case

3 Management Order.

4 **IT IS SO ORDERED.**

5 DATED:   December ___, 2011

```
                                              _____
                                              The Honorable Lucy H. Koh
                                              United States District Judge
```

02198.5185

-2-                                Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR TEMPORARY RELIEF REGARDING
THE LEAD COUNSEL MEET AND CONFER REQUIREMENT**