| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>   Defendants. | Case No.    11-cv-01846-LHK<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT** |

I, MIA MAZZA, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Except as otherwise indicated, I have personal knowledge of the matters stated herein. I make this declaration in support of Apple's Opposition to Samsung's Administrative Motion for Relief Regarding Lead Counsel Meet-and-Confer Requirement.

2. On Saturday, December 10, 2011, at 3:25 p.m. Pacific time, I received correspondence from counsel for Samsung requesting that Apple's lead counsel meet and confer with Samsung's lead counsel at 2 p.m. Pacific time on Sunday, December 11, 2011. Attached hereto as "Exhibit A" is a true and correct copy of that letter. To avoid the need to file under seal, Apple has redacted unrelated portions of the letter that contain Apple-confidential information.

3. Attached hereto as "Exhibit B" is a true and correct copy of my e-mail response to Samsung's December 10, 2011, letter, reminding Samsung's counsel that Apple's lead counsel had left for Tokyo the day before and would not be available over the weekend. I stated further that Apple's lead counsel's plane would be landing at 9 a.m. Pacific time on Tuesday, December 13, 2011, and that he would make himself available for a meeting anytime after noon. I did not receive any reply to this e-mail.

4. On Monday, December 12, 2011, at 11:11 a.m. Pacific time, I received an e-mail from counsel for Samsung entitled, "Apple v. Samsung: Motion on Sherman Issues – Shortened Schedule and Leave from Lead Counsel M&C Requirement." Attached hereto as "Exhibit C" is a true and correct copy of that e-mail and the resulting discussion thread. Samsung's email stated, "We intend to file our motion to compel relating to Mr. Sherman's access to Apple's confidential documents under the protective order. Please let us know whether Apple agrees to the motion being heard on shortened time." (*See* Ex. C.) The e-mail stated further that Samsung would be moving for administrative relief from the Court's meet-and-confer requirement in connection with the Sherman motion. At no time did Samsung inform Apple that it planned to file a second discovery motion on or about December 12, 2011, in addition to the Sherman motion referenced in Samsung's 11:11 a.m. e-mail.

1    5. As of the time of this Declaration, Samsung has not identified a single time when
2  its lead counsel would make himself available to meet and confer regarding Samsung's issues or
3  any other issues, other than 2 p.m. on Sunday, December 11, 2011, and December 19, 2011.
4    I declare under penalty of perjury that the foregoing is true and correct. Executed this
5  13th day of December 2011 at San Francisco, California.

                                                    */s/ Mia Mazza*
                                                      Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated:  December 13, 2011            */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs