Exhibit B

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Sunday, December 11, 2011 10:42 AM |
| **To:** | 'dianehutnyan@quinnemanuel.com' |
| **Cc:** | 'samsungv.apple@quinnemanuel.com'; AppleMoFo |
| **Subject:** | FW: Apple v. Samsung: Lead Counsel Meet and Confer Correspondence |
| **Attachments:** | Hutnyan Ltr. to Mazza 12-10-11.pdf |

Hi Diane,

As you are aware, Mr. McElhinny left for Tokyo on Friday and is currently out of the country. The meet-and-confer session you suggested would have taken place in the middle of the night.

Harold's plane arrives in San Francisco on Tuesday morning at 9 a.m. He will meet with Mr. Verhoeven anytime after noon on that day. Please let us know where Mr. Verhoeven can meet, what time, and how long you anticipate it will take to discuss your lengthy list of issues.

As to Apple's pending Motion to Compel -- although Judge Koh has excused further meet-and-confer regarding that motion, and although Judge Grewal has already shortened time on the hearing of that motion, Apple remains open to resolving the issues raised therein by Stipulation. If you'd like to send us something based on our Proposed Order, we will take a look at it right away.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

---

**From:** Scott Hall [mailto:ScottHall@quinnemanuel.com]
**Sent:** Saturday, December 10, 2011 3:25 PM
**To:** Mazza, Mia; calvin.walden@wilmerhale.com; McElhinny, Harold J.
**Cc:** Diane Hutnyan; Rachel Herrick Kassabian
**Subject:** Apple v. Samsung: Lead Counsel Meet and Confer Correspondence

Mia,

Please see the attached correspondence requesting a lead counsel meet and confer with Mr. McElhinny tomorrow.

Thank you,

**Scott C. Hall**
**quinn emanuel urquhart & sullivan, llp**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5027 Direct
650.801.5000 Main Office Number

650.801.5100 FAX
ScottHall@quinnemanuel.com
[www.quinnemanuel.com](www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.