Exhibit C

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Monday, December 12, 2011 4:12 PM |
| **To:** | 'Melissa Chan' |
| **Cc:** | Diane Hutnyan; Rachel Herrick Kassabian |
| **Subject:** | RE: Apple v. Samsung: Motion on Sherman Issues - Shortened Schedule and Leave from Lead Counsel M&C Requirement |

Apple opposes Samsung's request to waive the Court's lead counsel meet-and-confer requirement.

Samsung has been playing games, first dodging Apple's request for a meet-and-confer, then demanding one a day later, being offered a meeting on Tuesday, and now telling us that Tuesday is too late.

Apple's lead counsel was available between December 5 and 7, 2011, and is available tomorrow.

---

**From:** Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent:** Monday, December 12, 2011 3:24 PM
**To:** Mazza, Mia; Diane Hutnyan; Rachel Herrick Kassabian
**Cc:** Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung: Motion on Sherman Issues - Shortened Schedule and Leave from Lead Counsel M&C Requirement

Hi Mia,

Our motion needs to be heard on Friday; therefore a meet and confer on Tuesday would be too late, especially if Apple wants time to oppose the motion and the Court would require time to review the motion.

Given the Court's and counsel's holiday schedule, we understand that the next earliest time that a motion could be heard is January, which would be far too late.

Thanks,
Melissa

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Monday, December 12, 2011 1:57 PM
**To:** Melissa Chan; Diane Hutnyan; Rachel Herrick Kassabian
**Cc:** Bartlett, Jason R.
**Subject:** RE: Apple v. Samsung: Motion on Sherman Issues - Shortened Schedule and Leave from Lead Counsel M&C Requirement

Hi Melissa,

We are considering your requests below.

So that our client may make an informed decision, could you please let me know:

1.  What basis does Samsung intend to put forward as support for its position that a meet and confer on Tuesday is too late?

2.  What basis does Samsung intend to put forward as support for its position that its motion to compel needs to be heard on shortened time, and as early as December 16?

Thanks.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

---

**From:** Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent:** Monday, December 12, 2011 11:11 AM
**To:** Mazza, Mia; Diane Hutnyan; Rachel Herrick Kassabian
**Cc:** Bartlett, Jason R.
**Subject:** Apple v. Samsung: Motion on Sherman Issues - Shortened Schedule and Leave from Lead Counsel M&C Requirement

Mia,

Just following up on my voicemail.  We intend to file our motion to compel relating to Mr. Sherman's access to Apple's confidential documents under the protective order.  Please let us know whether Apple agrees to the motion being heard on shortened time:

Apple's opposition brief: Wednesday, December 14, 2011
Hearing: Friday, December 16, 2011

Also, since Apple's lead counsel is unavailable due to his trip to Japan, please also let us know if Apple will agree to our motion for leave from the lead counsel meet and confer requirement.

Please let us know by 4:00 p.m. PST today.

Thanks,
Melissa



**Melissa Chan**

**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5004 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
melissachan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------