# EXHIBIT 14

PORTABLE CONCEPTS : TWISTER AND 911 • APRIL-NOVEMBER 1989





193 194
195

Twister Portable Computer Concepts. **193** Giraffe. **194** Tablet with a tilt-up display. **195** Showing the desktop 'Brain Box,' flat panel display and keyboard. *Industrial Design:* Apple Computer: Gavin Ivester; That (San Francisco, CA): Tony Guido and Sigmar Wilnauer. *Dates of Design:* April–June 1989.