# EXHIBIT 22

Case 5:11-cv-01846-LHK   Document 487-23   Filed 12/13/11   Page 2 of 4

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING TELEPHONIC MEET AND CONFER; PROPOSED ORDER** |

In accordance with Civil Local Rules 7-11 and 7-12, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"), through their respective counsel, stipulate and request administrative relief as follows:

1  WHEREAS, pursuant to the Court's August 25, 2011 Minute Order and Case
2  Management Order, lead trial counsel for all parties must meet and confer in person before filing
3  any discovery motions;

4  WHEREAS, Apple has determined, after substantial meet-and-confer discussions amongst
5  non-lead trial counsel, that a discovery motion is necessary to resolve certain disputes before the
6  winter holidays;

7  WHEREAS, Judge Grewal is unavailable the week of December 19, 2011, and counsel
8  for Samsung represents that it is unavailable the week of December 26, 2011. As a result, any
9  motion not heard by December 16, 2011 may not be heard until January 2012; and

10  WHEREAS, Samsung's lead trial counsel is currently in trial on the East Coast and states
11  that he is unavailable to meet in person until December 19, 2011;

12  NOW, THEREFORE, given the limitations described above, the parties stipulate, subject
13  to approval by the Court, that the required lead trial counsel meet-and-confer discussion relating
14  to the upcoming discovery motion may take place via telephone or (if available) videoconference.

15  IT IS SO STIPULATED:

16  Dated: December 5, 2011                MORRISON & FOERSTER LLP

                                          By:  /s/ Michael Jacobs
                                               Michael Jacobs

                                          Attorney for Plaintiff APPLE INC.

20  Dated: December 5, 2011                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By: _____

                                          Attorney for Defendants, SAMSUNG
                                          ELECTRONICS AMERICA, INC. AND
                                          SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  DATED: _____, 2011   _____
4                                                 The Honorable Lucy H. Koh
                                               United States District Court Judge