1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | |
20 | vs. | **CERTIFICATE OF SERVICE** |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
22 | | |
23 | | |
24 | Defendants. | |
25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and am not a party to the within action.    My business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On December 13, 2011, I served true and correct copies of the document described as

1. **SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY;**

2. **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY; AND**

3. **EXHIBITS 1-21 TO THE DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND RESPONSIVE ANSWERS TO PROPOUNDED DISCOVERY**

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | GRANT L. KIM<br>gkim@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | ALISON M. TUCHER<br>atucher@mofo.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |

| | |
|---|---|
| MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com | JAMES C. BURLING<br>james.burling@wilmerhale.com |
| DAVID B. BASSETT<br>david.bassett@wilmerhale.com | ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com |
| MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | ESTHER KIM<br>ekim@mofo.com |
| ERIK J. OLSON<br>ejolson@mofo.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |

**BY ELECTRONIC MAIL TRANSMISSION**: I served the above document by electronic mail transmission from brettarnold@quinnemanuel.com, transmitting a PDF format copy of the document to each such person at the email address listed above.   The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am a member of the bar of this Court.   Executed on December 13, 2011, at Redwood Shores, California.

/s/     Brett Arnold

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing CERTIFICATE OF SERVICE.   In compliance with General Order 45 (X)(B), I hereby attest that Brett Arnold has concurred in this filing.

DATE: December 13, 2011                                              /s/ Victoria Maroulis