UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT** |

1  Pursuant to Northern District of California Local Rule 7-11, Samsung has submitted an
2  administrative motion for relief from the "lead trial counsel . . . meet and confer" requirement set
3  forth in the Court's Minute Order and Case Management Order [D.N. 187].
4  Having considered the arguments of the parties and the papers submitted, the Court
5  hereby DENIES the requested relief from the Minute Order and Case Management Order.

**IT IS SO ORDERED.**

Dated: December ___, 2011          By: _____
                                        Honorable Lucy H. Koh
                                        United States District Judge