Exhibit B

| | |
|---|---|
| **From:** | Scott Hall [ScottHall@quinnemanuel.com] |
| **Sent:** | Saturday, December 10, 2011 3:25 PM |
| **To:** | Mazza, Mia; calvin.walden@wilmerhale.com; McElhinny, Harold J. |
| **Cc:** | Diane Hutnyan; Rachel Herrick Kassabian |
| **Subject:** | Apple v. Samsung: Lead Counsel Meet and Confer Correspondence |

**Attachments:** Hutnyan Ltr. to Mazza 12-10-11.pdf

Mia,

Please see the attached correspondence requesting a lead counsel meet and confer with Mr. McElhinny tomorrow.

Thank you,

**Scott C. Hall**
**quinn emanuel urquhart & sullivan, llp**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5027 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
ScottHall@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

quinn emanuel  **trial lawyers | silicon valley**

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

December 10, 2011

Mia Mazza                                    S. Calvin Walden
Morrison & Foerster                          WilmerHale
425 Market Street                            399 Park Ave
San Francisco, CA 94105-2482                 New York, NY 10022

Re:    Apple, Inc. v. Samsung Elecs. Co., Case No. 11-CV-1846 LHK

Dear Mia and Calvin:

In the Court's December 9, 2011 Order re Temporary Relief From In Person Meet and Confer Requirement (Dkt. 472), the Court excused Apple from the "in-person" requirement, but Apple still needs to conduct a lead counsel meet and confer.  Mr. Verhoeven is available on December 11, 2011 at 2:00 pm, Pacific Time, to meet telephonically on the issues raised by Apple's motion, as well as on the issues we've previously identified as ripe for lead-counsel meet-and-confer, including:



quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4474632.3

2

Mia Mazza
S. Calvin Walden
December 10, 2011



- Release of materials designated "Attorneys' Eyes Only" to Dr. Itay Sherman

Please let us know Mr. McElhinny's availability as soon as possible.

Kind regards,

/s/

Diane C. Hutnyan