1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING IN PART SAMSUNG'S MOTION TO SHORTEN TIME** |

1  Defendant Samsung has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order
2  shortening the briefing and hearing schedule for Samsung's Motion to Compel and its Motion to
3  Permit Samsung's Expert Itay Sherman to Review Design Materials.

4  Having considered the arguments of the parties and the papers submitted, Samsung's
5  Motion to Shorten Time regarding the above motions is DENIED IN PART.  Samsung's motions
6  shall be heard on January 6, 2012.  Apple's opposition briefs shall be filed on January 4, 2012.

7  **IT IS SO ORDERED.**
8  Dated:  December _____, 2011.

                                                        _____
                                                        HONORABLE PAUL S. GREWAL
                                                        United States Magistrate Judge