QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**AMENDED DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF FROM MEET AND CONFER REQUIREMENT**<br><br>Date: December 16, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Diane C. Hutnyan, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I am licensed to practice law in the state of California. I submit this declaration in support of Samsung's Motion for Temporary Relief from the Meet and Confer Requirement. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2. In a letter dated November 20, 2011, counsel for Samsung requested dates when Apple would make its lead counsel available for a meet and confer. Apple did not respond to that request.

3. Lead counsels for both parties have acknowledged that their busy schedules make in-person meet and confer on the issues impractical. During the parties' weekly meet and confer call on November 30, 2011, Apple's counsel advised Samsung that Apple's lead trial counsel, Harold McElhinny, was available only on December 5, 6, and 7, 2011, to meet and confer on issues Apple had raised. Apple has communicated that Mr. McElhinny is out of the country until December 13. Samsung's lead trial counsel, Charles K. Verhoeven, is currently appearing before the ITC and will not be available for an in-person meet and confer until December 19, 2011.

4. On December 6, 2011, counsel for Samsung sent to counsel for Apple a proposed stipulation that would permit telephonic lead counsel meet and confer to discuss discovery issues for both parties. Apple rejected that proposal and instead unilaterally filed its Administrative Motion that requested only one-sided relief.

5. On December 10, 2011, counsel for Samsung again sent to counsel for Apple a letter requesting Apple to participate in a lead trial meet and confer telephone call pursuant to the Court's December 8, 2011 Order [D.N. 472], and detailed the unresolved issues that Samsung required to be addressed. In an email on December 11, 2011, Apple refused to have a lead trial counsel meet and confer, even via telephone, until after 12:00 p.m. on Tuesday, December 13, 2011, when Mr. McElhinny returned from Tokyo to San Francisco.

6. Counsel for Samsung sent an email to counsel for Apple on December 12, 2011 requesting that Apple agree to an expedited schedule for briefing and hearing of Samsung's motion to compel and requesting that Apple stipulate to Samsung's motion for leave from the lead counsel meet and confer requirement.   Apple did not agree to Samsung's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on December 13, 2011.

By  */s/ Diane C. Hutnyan*
      Diane C. Hutnyan

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane Hutnyan.

*/s/ Victoria Maroulis*