HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT IN SAMSUNG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

I, Deok Keun Matthew Ahn, declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Opposition Claim Construction Brief Pursuant to Patent L.R. 4-5. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. Attached hereto as Exhibit A to this Declaration is a true and correct copy of a letter dated October 17, 2011 from Todd Briggs, counsel for Samsung, to Jason R. Bartlett, counsel for Apple.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 13th day of December, 2011, at San Francisco, California.

*/s/ Deok Keun Matthew Ahn*
Deok Keun Matthew Ahn

AHN DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCEED PAGE LIMIT
CASE NO. 11-CV-01846-LHK
sf-3080799

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Deok Keun Matthew Ahn has concurred in this filing.

Dated: December 13, 2011 */s/ Michael A. Jacobs*
Michael A. Jacobs