UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING TEMPORARY RELIEF FROM MEET AND CONFER REQUIREMENT |

Samsung filed an administrative motion seeking temporary relief from the requirement that lead trial counsel meet and confer in person. *See* ECF Nos. 480, 187. Apple has opposed this administrative motion. ECF No. 484. Although Samsung has not shown good cause for relief, in light of Magistrate Judge Grewal's schedule, and in the interest of allowing discovery to proceed expeditiously, the Court GRANTS Samsung's request for temporary relief. In the future, the parties must adhere to the in person meet and confer requirement set forth in the August 25, 2011 case management order.

**IT IS SO ORDERED.**

Dated: December 13, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER RE TEMPORARY RELIEF FROM IN PERSON MEET AND CONFER REQUIREMENT