1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |     Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |     vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
24 |
25 |     Defendants. |

26

27

28

Case No. 11-cv-01846-LHK
**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things;
2. Exhibits 1, 9, 10, and 11 to the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things (the "Chan Declaration");
3. The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things (the "Jenkins Declaration");
4. Exhibits 1, 2, 4 and 5 to the Jenkins Declaration; and
5. The Declaration of Edward Kim.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Melissa N. Chan in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to documents and things that the parties have designated as confidential under the interim protective order.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.   And pursuant to this Court's December 7, 2011 order (Dkt No. 455), proposed public redacted versions of the documents listed above are attached hereto as exhibits.

| | |
|---|---|
| DATED: December 14, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ Victoria Maroulis |
| | Charles K. Verhoeven |
| | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| | Michael T. Zeller |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |