QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Melissa N. Chan, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Opposition to Apple's Motion to Compel; Exhibits 1, 9, 10, and 11 to the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel (the "Chan Declaration"); the Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion to Compel (the "Jenkins Declaration") and the exhibits attached thereto; and the Declaration of Edward Kim.

3. Exhibit 1 of the Chan Declaration is a letter from Samsung's counsel to Apple's counsel. The letter discloses information that Apple claims is confidential and redacted from its own exhibits. Samsung expects that pursuant to Civil Local Rule 79-5(d), Apple will file a declaration establishing good cause to permit the sealing of this document.

4. Exhibit 9 of the Chan Declaration is a letter from Samsung's counsel to Apple's counsel. This letter discloses information from Samsung's Identification of Custodians, Litigation Hold Notices, and Search Terms, which Samsung has designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY. This document contains commercially sensitive business information, including confidential information relating to Samsung's internal business and design operations as well as the personnel involved in developing and marketing Samsung's products. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. Exhibit 10 of the Chan Declaration is a copy of Samsung's Second Supplemental Objections and Responses to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary Injunction – Set Two (Nos. 10-11), which Samsung has designated as HIGHLY

CONFIDENTIAL — ATTORNEYS EYES ONLY.   This document contains commercially sensitive business information, including confidential information relating to the development and design of Samsung's products.   This information could be used to Samsung's disadvantage by competitors if it were not filed under seal.

6. Exhibit 11 of the Chan Declaration is a copy of Samsung's Supplemental Objections and Responses to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary Injunction – Set Two (Nos. 10-14), which has been designated by Samsung as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.   This document contains commercially sensitive business information, including confidential information relating to consumer research, development and marketing of Samsung's products.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

7. Exhibit 1 of the Jenkins Declaration is a copy of Samsung's Identification of Custodians, Litigation Hold Notices, and Search Terms, which has been designated by Samsung as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.   This document contains commercially sensitive business information, including confidential information relating to Samsung's internal business and design operations as well as the personnel and organizational and reporting structures involved in developing and marketing Samsung's products.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

8. Exhibit 2 of the Jenkins Declaration is a copy of Samsung's Second Supplemental Objections and Responses to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary Injunction – Set Two (Nos. 10-11), which Samsung has designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.   This document contains commercially sensitive business information, including confidential information relating to the development and design of Samsung's products.   This information could be used to Samsung's disadvantage by competitors if it were not filed under seal.

9. Exhibit 4 of the Jenkins Declaration consists of excerpts from the deposition transcript of Mr. Peter Russell-Clarke, an Apple witness, that Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY. Samsung expects that pursuant to Civil Local Rule 79-5(d), Apple will file a declaration establishing good cause to permit the sealing of this document.

10. Exhibit 5 consists of excerpts from the deposition transcript of Mr. Richard Howarth, an Apple witness, that Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY. Samsung expects that pursuant to Civil Local Rule 79-5(d), Apple will file a declaration establishing good cause to permit the sealing of this document.

11. The Jenkins Declaration summarizes and describes the contents of Exhibits 1-2 and 4-5, which contain Samsung's confidential information as discussed in paragraphs 7-10 above. The declaration therefore contains highly confidential and commercially sensitive business information for the same reasons as discussed above. The declaration also describes in detail the confidential documents that have been produced by Apple and Samsung in this litigation. The description of the content and nature of Samsung's confidential documents is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

12. The Declaration of Edward Kim describes Samsung's confidential business operations, including its internal files and computers. The document contains commercially sensitive business information that could be used to Samsung's disadvantage by competitors and could create security risks if it were not filed under seal.

13. The unredacted version of Samsung's Opposition to Apple's Motion to Compel summarizes and describes the contents of the exhibits and declaration described above, which contain Samsung's confidential information as discussed in paragraphs 3-12 above. The unredacted opposition brief therefore contains highly confidential and commercially sensitive business information for the same reasons as discussed above. This information is confidential

and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

14. Pursuant to the Court's December 7, 2011 order (Dkt No. 455), attached as exhibits to the Motion to File Under Seal are the proposed public redacted versions of the documents, where redactions are possible, that Samsung is seeking to file under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on December 14, 2011.

*/s/ Melissa N. Chan*

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Melissa N. Chan.

                                        */s/ Victoria Maroulis*