1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |            Plaintiff,                  | **MANUAL FILING NOTIFICATION FOR EXHIBIT 1 TO DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**
20 |            vs.                         |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
22 | |
23 | |
24 |            Defendants.                 |
25

26

27

28

02198.51855/4507619.1

Case No. 11-cv-01846-LHK
**MANUAL FILING NOTIFICATION FOR EXHIBIT 1 TO DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**

# MANUAL FILING NOTIFICATION

Regarding:   EXHIBIT 1 to the DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than e-filing system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description):   _____

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_X\_\_\_   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description):   _____

DATED: December 14, 2011           QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By   */s/ Victoria Maroulis*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       Michael T. Zeller
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4507619.1

-1-   Case No. 11-cv-01846-LHK

**MANUAL FILING NOTIFICATION FOR EXHIBIT 1 TO DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**