UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS**<br><br>Date: December 16, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

On December 8, 2011, Plaintiff Apple Inc. ("Apple") moved for an order compelling Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") to produce documents and things responsive to various of Apple's Requests for Production.

Having considered the briefs and the arguments of the parties, and the entire file in this action, the Court hereby DENIES Apple's motion to compel in its entirety.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
The Honorable Paul S. Grewal
United States Magistrate Judge