| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>　　　　　　　　Defendants. | Case No.　　11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

1. Apple's Opposition to Samsung's Motion to Compel, filed herewith.
2. Declaration of Mia Mazza In Support of Apple's Opposition to Samsung's Motion to Compel, filed herewith.
3. Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order, filed herewith.
4. Exhibits 3-6 to the Declaration of Esther Kim in Support of Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order, filed herewith.
5. Samsung's Notice of Motion and Motion to Compel Apple to Produce Documents and Things and Provide Responsive Answers to Propounded Discovery; Memorandum of Points and Authorities in Support Thereof ("Samsung's Motion to Compel"), filed on December 13, 2011.
6. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Documents and Things and Provide Responsive Answers to Propounded Discovery ("Hutnyan Decl."), filed on December 13. 2011.
7. Hutnyan Decl. Exhibits 1-13 and 15-21.

The above items 1-6 discuss and refer to documents and matters that Apple has designated as confidential under the interim protective order. The Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith, establishes good cause to permit the sealing of these materials. Items 7 and 8 contains information that Samsung has designated as confidential. Apple expects that pursuant to Civil Local Rule 79(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials.

Proposed redacted versions of items 1 and 2 are attached hereto as Exhibits A and B. Samsung has filed proposed redacted versions of items 3 and 4 on December 13, 2011, in conjunction with Samsung's Motion to Compel.

Dated: December 15, 2011                MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
      Richard S.J. Hung

Attorneys for Plaintiff
APPLE INC.