1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

1  By administrative motion, Apple has moved to file the below-listed documents under seal.
2  In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and
3  General Order No. 62, which provides evidence of good cause for this Court to permit filing
4  under seal.  The declaration establishes that information contained in the documents listed below
5  is "privileged or protectable as a trade secret or otherwise entitled to protection under the law."
6  Civil L.R. 79-5(a).  The motion is narrowly tailored to seek the sealing only of sealable
7  information.
8  Accordingly, for good cause shown, the Court ORDERS that the following documents
9  shall be filed under seal:

10     1.    Apple's Opposition to Samsung's Motion to Compel.
11     2.    Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Motion
12         to Compel.
13     3.    Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay
14         Sherman to Review Design Materials Designated Under the Protective Order, filed
15         herewith.
16     4.    Exhibits 3–6 to the Declaration of Esther Kim in Support of Apple's Opposition to
17         Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design
18         Materials Designated Under the Protective Order.
19     5.    Samsung's Notice of Motion and Motion to Compel Apple to Produce Documents
20         and Things and Provide Responsive Answers to Propounded Discovery;
21         Memorandum of Points and Authorities in Support Thereof, filed
22         December 13, 2011.
23     6.    Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel
24         Production of Documents and Things and Provide Responsive Answers to
25         Propounded Discovery ("Hutnyan Decl."), filed December 13. 2011.

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3083919

7. Hutnyan Decl. Exhibits 1-13 and 15-21.

**IT IS SO ORDERED.**

DATED: _____, 2011.

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge