Exhibit 1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

July 28, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

**APPLICATION NUMBER:**  *29/201,636*
**FILING DATE:**  *March 17, 2004*
**PATENT NUMBER:**  *D504,889*
**ISSUE DATE:**  *May 10, 2005*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**M. K. CARTER**
**Certifying Officer**

APLNDC00032357

DESIGN PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Be It Known That We

**Bartley K. Andre**
**Daniel J. Coster**
**Daniele De Iuliis**
**Richard P. Howarth**
**Jonathan P. Ive**
**Steve Jobs**
**Duncan Robert Kerr**
**Shin Nishibori**
**Matthew Dean Rohrbach**
**Douglas B. Satzger**
**Calvin Q. Seid**
**Christopher J. Stringer**
**Eugene Anthony Whang**
**Rico Zorkendorfer**

have invented a new, original, and ornamental design for an

**ELECTRONIC DEVICE**

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

APLNDC00032358

## DESCRIPTION OF THE DRAWINGS

FIG. 1A is a top perspective view of an electronic device in accordance with the present design. The electronic device may correspond to a computing device such as a personal computer pad or tablet that incorporates a processor and monitor into a single housing. The monitor, which includes a display, may also include a touch screen. The electronic device may also correspond to an input/output device such as a display device or touch pad or screen. The display device and touch screen may be integrated together. The input/output device may be coupled to a computing device.

FIG. 1B is a bottom perspective view of an electronic device in accordance with present design.

FIG. 2 is a top view of the electronic device shown in FIG. 1.

FIG. 3 is a bottom view of the electronic device shown in FIG. 1.

FIG. 4 is a left side view of the electronic device shown in FIG. 1.

FIG. 5 is a right side view of the electronic device shown in FIG. 1.

FIG. 6 is an upper side view of the electronic device shown in FIG. 1.

FIG. 7 is a lower side view of the electronic device shown in FIG. 1.

FIG. 8 is an exemplary diagram of the electronic device shown in FIG. 1 being used by a user.

Attached hereto is an appendix showing various photographs of an electronic device in accordance with one embodiment.

APLNDC00032359

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



CERTIFICATE OF EXPRESS MAILING

I hereby certify that this paper and the documents and/or fees referred to as attached therein are being deposited with the United States Postal Service on March 17, 2004 in an envelope as "Express Mail Post Office to addressee" service under 37 CFR §1.10, Mailing Label Number EV333986607US, addressed to the Commissioner for Patents, Mail Stop Design P.O. Box 1450 Alexandria, VA 22313-1450.

Lauren Kimball



Attorney Docket No.: APL1D297

First Named Inventor: Andre

## TRANSMITTAL OF A DESIGN PATENT APPLICATION
### (37 CFR §1.53)

Mail Stop Design
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing is the design patent application entitled:

## ELECTRONIC DEVICE

by inventor(s):  **Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Anthony Whang and Rico Zörkendörfer**

Enclosed are:

☒     A Specification totaling 3 pages.

☒     **Formal** drawings, totaling 4 pages.

☒     Appendix totaling 15 pages.

☒     (2) Combined Declaration and Power of Attorney.

☒     Associate Power of Attorney.

☐     Foreign     Language Declaration and Power of Attorney.

☐     A certified copy of priority application:

☒     Assignment(s) together with the Assignment Cover Sheet.

☐     Applicant is entitled to Small Entity Status under 37 C.F.R. §1.27.

☒     Our Check No. 21870 in the amount of $380.00 is enclosed to cover the $340.00 filing fee and the $40.00 Assignment Recordation Fee.

☒     The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 50-0388 (Order No. APL1D297).

**Correspondence address:**

☒      Please send correspondence to the following address:

**Customer Number 022434**

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778
(650) 961-8300

APLNDC00032361

## **CLAIM**

    We claim the ornamental design for an **ELECTRONIC DEVICE** substantially
as shown and described.

5

APLNDC00032362



FIG. 1A

FIG. 1B

APLNDC00032363



*FIG. 2*



*FIG. 3*

APLNDC00032364



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

APLNDC00032365



**FIG. 8**

APLNDC00032366

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Andre et al.        Attorney Docket No.:  APL1D297

Application No.:  Unassigned            Examiner:  Unassigned

Filed:  Herewith                       Group:  Herewith

Title:  ELECTRONIC DEVICE

## *ASSOCIATE POWER OF ATTORNEY*

Commissioner for Patents
Washington, DC  20231

Sir:

    The undersigned attorney of record in the subject patent application hereby grants an Associate Power of Attorney to add:

| | |
|---|---|
| Richard J. Lutton, Jr. | Reg. No. 39,756 |
| Mark Aaker | Reg. No. 32,667 |
| Richard Liu | Reg. No. 34,377 |
| Helene Plotka Workman | Reg. No. 35,981 |
| Edward W.Scott, IV | Reg. No. 36,000 |
| Brian Way | Reg. No. 47,171 |

to prosecute this application and to transact all business in the U. S. Patent and Trademark Office connected therewith.

                               Respectfully submitted,

                               BEYER WEAVER & THOMAS, LLP

                               Quin C. Hoellwarth
                               Reg. No. 45,738

APLNDC00032367

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled:  ELECTRONIC DEVICE, the specification of which,

(check one)    1. ☒             is attached hereto.

2. ☐   was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____ .

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

## Prior   Foreign   Application(s)

| | | | Priority Benefits Claimed? |
|---|---|---|---|
| _____ | _____ | _____ | __ Yes  __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes  __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes  __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

## Prior   U.S.   Application(s)

| | | |
|---|---|---|
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

APLNDC00032368

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:　　　　　**Customer Number:  022434**
BEYER WEAVER & THOMAS, LLP
P.O. BOX 778
BERKELEY, CA  94704-0778

Direct Telephone Calls To:　　　　　**Quin C. Hoellwarth at telephone number (650) 961-8300**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor:　　　Bartley K. ANDRE　　　　　Citizenship:　　　USA

**Inventor's signature:**　　　　　　　　　　　　　**Date of Signature:** 03 17 04

Residence: (City)　　　Menlo Park　　　　　(State/Country)　　　CA/USA

Post Office Address:　　　655 Fourteenth Avenue, Menlo Park, CA  94025

Full Name of Second Joint
Inventor:　　　Daniel J. COSTER　　　　　Citizenship:　　　New Zealand

**Inventor's signature:**　　　　　　　　　　　　　**Date of Signature:** 03·12·04

Residence: (City)　　　San Francisco　　　　　(State/Country)　　　CA/USA

Post Office Address:　　　471 14th Street, San Francisco, CA  94103

Full Name of Third Joint
Inventor:　　　Daniele DE IULIIS　　　　　Citizenship:　　　Italy

**Inventor's signature:**　　　　　　　　　　　　　**Date of Signature:** 3 12 04

Residence: (City)　　　San Francisco　　　　　(State/Country)　　　CA/USA

Post Office Address:　　　50 Digby Street, San Francisco, CA  94131

APLNDC00032369

Full Name of Fourth Joint
Inventor: _____ Richard P. HOWARTH _____   Citizenship: _____ Great Britain _____

**Inventor's signature:** _____   **Date of Signature:** _3 . 12 . 04 ._

Residence: (City _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 3928 17th Street, San Francisco, CA  94114 _____

Full Name of Fifth Joint
Inventor: _____ Jonathan P. IVE _____   Citizenship: _____ Great Britain _____

**Inventor's signature:** _____   **Date of Signature:** _3  12  04_

Residence: (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 196 Twin Peaks Boulevard, San Francisco, CA  94114 _____

Full Name of Sixth Joint
Inventor: _____ Steve JOBS _____   Citizenship: _____ USA _____

**Inventor's signature:** _____   **Date of Signature:** _____

Residence: (City) _____ Palo Alto _____   State/Country) _____ CA/USA _____

Post Office Address: _____ 2101 Waverley Street, Palo Alto, CA  94301 _____

Full Name of Seventh Joint
Inventor: _____ Shin NISHIBORI _____   Citizenship: _____ Japan _____

**Inventor's signature:** _____   **Date of Signature:** _03/12/04_

Residence: (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 248 Amber Dr., San Francisco, CA  94131 _____

Full Name of Eighth Joint
Inventor: _____ Duncan Robert KERR _____   Citizenship: _____ Great Britain _____

**Inventor's signature:** _____   **Date of Signature:** _3/12/4_

Residence:        (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 2600 18th Street, #15, San Francisco, CA  94110 _____

Full Name of Ninth Joint
Inventor: _____ Matthew Dean ROHRBACH _____   Citizenship: _____ USA _____

**Inventor's signature:** _____   **Date of Signature:** _03 . 12 . 04_

Residence: (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 1677 16th Avenue, San Francisco, CA  94122 _____

APL1D297/P3246                    Page 3 of 4

APLNDC00032370

Full Name of Tenth Joint
Inventor: _____Douglas B. SATZGER_____ Citizenship: _____USA_____

**Inventor's signature:** _____ **Date of Signature:** _3✗4·04_

Residence:     (City) _____Menlo Park_____ (State/Country) _____CA/USA_____

Post Office Address: _____225 Arden Road, Menlo Park, CA  94025_____

APLNDC00032371

Full Name of Eleventh Joint
Inventor:_____Calvin Q. SEID_____          Citizenship:          USA

**Inventor's signature**_____          Date of Signature:  3 - 12 · 04

Residence: (City)_____Palo Alto_____          (State/Country)          CA/USA

Post Office Address:____1043 High Street, Palo Alto,  CA  94301_____


Full Name of Twelfth Joint
Inventor:_____Christopher J. STRINGER_____          Citizenship:          Australia

**Inventor's  signature:**_____          Date  of  Signature:  3/5/04

Residence:       (City)_____Portola Valley_____          (State/Country)          CA/USA

Post Office Address:_____320 Cervantes Road, Portola Valley, CA  94028_____


Full Name of Thirteenth Joint
Inventor:_____Eugene Anthony WHANG_____          Citizenship:          Canada

**Inventor's  signature:**_____          Date  of  Signature:  3/12/04

Residence:       (City)_____San Francisco_____          (State/Country)          CA/USA

Post Office Address:_____#1-400 Dolores, San Francisco, CA  94114_____


Full Name of Fourteenth Joint
Inventor:_____Rico ZÖRKENDÖRFER_____          Citizenship:          German

**Inventor's  signature:**_____          Date  of  Signature:  3/12/04

Residence:       (City)_____San Francisco_____          (State/Country)          CA/USA

Post Office Address:_____327 Lombard Street, San Francisco, CA  94133_____

APLNDC00032372

# DECLARATION AND POWER OF ATTORNEY
## FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)

1. ☒ is attached hereto.

2. ☐ was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s)**                                                Priority Benefits Claimed?

__ Yes __ No

_____        _____        _____
(Appl. No.)                                (Country)                      (Date Filed- Day/Month/Year)

__ Yes __ No

_____        _____        _____
(Appl. No.)                                (Country)                      (Date Filed- Day/Month/Year)

__ Yes __ No

_____        _____        _____
(Appl. No.)                                (Country)                      (Date Filed- Day/Month/Year)

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U.S. Application(s)**

_____        _____        _____
(Application Serial No.)                            (Filing Date)                (Status - patented, pending, abandoned)

_____        _____        _____
(Application Serial No.)                            (Filing Date)                (Status - patented, pending, abandoned)

APL1D297/P3246                          Page 1 of 4

APLNDC00032373

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:

**Customer Number: 022434**
BEYER WEAVER & THOMAS, LLP
P.O. BOX 778
BERKELEY, CA  94704-0778

Direct Telephone Calls To:

**Quin C. Hoellwarth at telephone number (650) 961-8300**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor: _____ Bartley K. Andre _____   Citizenship: _____ USA _____

Inventor's signature: _____   Date of Signature: _____

Residence:   (City) _____ Menlo Park _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 655 Fourteenth Avenue, Menlo Park, CA  94025 _____


Full Name of Second Joint
Inventor: _____ Daniel J. Coster _____   Citizenship: _____ New Zealand _____

Inventor's signature: _____   Date of Signature: _____

Residence:   (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 471 14th Street, San Francisco, CA  94103 _____


Full Name of Third Joint
Inventor: _____ Daniele De Iuliis _____   Citizenship: _____ Italy _____

Inventor's signature: _____   Date of Signature: _____

Residence:   (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 349 Prospect, San Francisco, CA  94110 _____


Full Name of Fourth Joint
Inventor: _____ Richard P. Howarth _____   Citizenship: _____ Great Britain _____

Inventor's signature: _____   Date of Signature: _____

Residence:   (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 3435 Army Street #213, San Francisco, CA  94110 _____

APL1D297/P3246                              Page 2 of 4

APLNDC00032374

Full Name of Fifth Joint
Inventor: _____ Jonathan P. Ive _____     Citizenship: _____ Great Britain _____

Inventor's signature: _____     Date of Signature: _____

Residence:     (City) _____ San Francisco _____     (State/Country) _____ CA/USA _____

Post Office Address: _____ 196 Twin Peaks Boulevard, San Francisco, CA  94114 _____


Full Name of Sixth Joint
Inventor: _____ Steve Jobs _____     Citizenship: _____ USA _____

Inventor's signature: _Steve Jobs_     Date of Signature: _March 8, 2004_

Residence:     (City) _____ Palo Alto _____     State/Country) _____ CA/USA _____

Post Office Address: _____ 2101 Waverley Street, Palo Alto, CA  94301 _____


Full Name of Seventh Joint
Inventor: _____ Duncan Robert Kerr _____     Citizenship: _____ Great Britain _____

Inventor's signature: _____     Date of Signature: _____

Residence:     (City) _____ San Francisco _____     (State/Country) _____ CA/USA _____

Post Office Address: _____ 114A Diamond Street, San Francisco, CA  94114 _____


Full Name of Eighth Joint
Inventor: _____ Matthew Dean Rohrbach _____     Citizenship: _____ USA _____

Inventor's signature: _____     Date of Signature: _____

Residence:     (City) _____ San Francisco _____     (State/Country) _____ CA/USA _____

Post Office Address: _____ 1677 16th Avenue, San Francisco, CA  94122 _____


Full Name of Ninth Joint
Inventor: _____ Douglas B. Satzger _____     Citizenship: _____ USA _____

Inventor's signature: _____     Date of Signature: _____

Residence:     (City) _____ Menlo Park _____     (State/Country) _____ CA/USA _____

Post Office Address: _____ 225 Arden Road, Menlo Park, CA  94025 _____


APL1D297/P3246                    Page 3 of 4

APLNDC00032375

Full Name of Tenth Joint
Inventor:                           Calvin Q. Seid                    Citizenship:              USA

Inventor's signature: _____          Date of Signature:_____

Residence:      (City)      Palo Alto                    (State/Country)           CA/USA

Post Office Address:        1043 High Street, Palo Alto, CA 94301


Full Name of Eleventh Joint
Inventor:                      Christopher J. Stringer            Citizenship:            Australia

Inventor's signature: _____          Date of Signature:_____

Residence:      (City)      Pacifica                      (State/Country)           CA/USA

Post Office Address:        243 Olympian Way, Pacifica, CA 94044


Full Name of Twelfth Joint
Inventor:                      Eugene Anthony Whang            Citizenship:            Canada

Inventor's signature: _____          Date of Signature:_____

Residence:      (City)      San Francisco              (State/Country)           CA/USA

Post Office Address:        #1-400 Dolores, San Francisco, CA 94114


Full Name of Thirteenth Joint
Inventor:                      Rico Zörkendörfer              Citizenship:            German

Inventor's signature: _____          Date of Signature:_____

Residence:      (City)      San Francisco              (State/Country)           CA/USA

Post Office Address:        327 Lombard Street, San Francisco, CA 94133


APL1D297/P3246                    Page 4 of 4

APLNDC00032376

This Page Is Inserted  by IFW Operations
and is not a part of the Official Record

# BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of
the original documents submitted by the applicant.

Defects in the images may include (but are not limited to):

- BLACK BORDERS

- TEXT CUT OFF AT TOP, BOTTOM OR SIDES

- FADED TEXT

- ILLEGIBLE TEXT

- SKEWED/SLANTED IMAGES

- COLORED PHOTOS

- BLACK OR VERY BLACK AND WHITE DARK PHOTOS

- GRAY SCALE DOCUMENTS

# IMAGES ARE BEST AVAILABLE COPY.

# As rescanning documents *will not* correct images,
# please do not report the images to the
# Image Problem Mailbox.

APLNDC00032377



APLNDC00032378

APLNDC00032379

APLNDC00032380

APLNDC00032381

APLNDC00032382



APLNDC00032383

APLNDC00032384



APLNDC00032385



APLNDC00032386



APLNDC00032387



APLNDC00032388



APLNDC00032389



APLNDC00032390



APLNDC00032391



APLNDC00032392