Exhibit 2

| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit |
| | Freda S. Nunn | 2911 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are _1_.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☒ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☒ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _0_
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☒ Other *sketches attached*.

Application/Control Number: 29/201,636 Page 2
Art Unit: 2911

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by *37 CFR 1.312*. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Because the drawing is it's own best description, the description of FIG. 1 is deemed superfluous and has therefore been canceled. Also, for a definite disclosure and proper numbering, the figure descriptions have been (*37 C.F.R 1.153*) amended to read:

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof;
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative purposes only and form no part of the claimed design.

Furthermore, the inclusion of the statement regarding the appendix is not proper for the specification of a Design Patent application. Therefore, said statement has been cancelled, 37 CFR 1.153.

The drawing disclosure is objectionable because FIGS. 1A-8 have not been properly numbered and, the human figure has not been reduced to broken lines. Therefore, to overcome the objection, the figures currently numbered as FIGS. 1A-8 must be renumbered as FIGS. 1-9. Also, because the human figure is only being shown for illustrative purposes, said figure must be reduced to broken lines. Note the attached sketches. Correction is required, 37 CFR 1.84.

When preparing new drawings in compliance with the requirement therefor, care must be exercised to avoid introduction of anything which could be construed to be new matter prohibited by 35 U.S.C. 132 and 37 CFR 1.121.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Freda S. Nunn, whose telephone number is (571) 272-2607. The examiner can normally be reached on Monday – Thursday, and alternate Fridays from 7:00 am to 4:00 pm

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Alan Douglas, can be reached at (571) 272-2588. The FAX phone number for this group is (703)-872-9306.

Application/Control Number: 29/201,636    Page 3
Art Unit: 2911

    Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Freda Selma Nunn
Primary Examiner
Art Unit 2911

APLNDC00032437