1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., A
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New York
corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC, a
Delaware limited liability company,

Defendants.

Case No.    11-cv-01846-LHK (PSG)

**[PROPOSED] ORDER DENYING
SAMSUNG'S MOTION TO
COMPEL PRODUCTION OF
DOCUMENTS AND THINGS**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Samsung seeks an order compelling Apple to substantially complete

2   production of documents and things by December 23, 2011.  Having considered the arguments of

3   the parties and the papers submitted, Samsung's Motion to Compel Production of Documents and

4   Things is DENIED.

5        **IT IS SO ORDERED.**

6        Dated:  December _____, 2011.

7

8                                                   HONORABLE PAUL S. GREWAL
                                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS          1
CASE NO. 11-CV-01846-LHK (PSG)
sf-3083891