HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |

PUBLIC VERSION
EXHIBITS 3, 4, 5, AND 6 FILED UNDER SEAL

I, Esther Kim, declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.  I make this declaration in support of Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the "About us" page from the Double Touch website, having the universal resource locator ("URL"): http://dotwo-tech.com/index.html.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the published patent application having U.S. Publication Number 2011-0193819 A1 and a publication date of August 11, 2011.  This publication is titled "Implementation of Multi-Touch Gestures Using a Resistive Touch Display" and lists Itay Sherman as the first named inventor.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript from the deposition of Itay Sherman on September 15, 2011.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a September 6, 2011, letter from Samsung's counsel to Apple's counsel, disclosing Itay Sherman as an expert.  The letter requests that Apple inform Samsung by September 9 "whether Apple objects, and the grounds for such objection, to the disclosure to Itay Sherman of information produced in this litigation by Apple" and designated by Apple as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Interim Model Protective Order.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of an e-mail chain containing four e-mails between Samsung's counsel and Apple's counsel from September 6, 7, and 19, 2011, discussing the disclosure of Apple confidential information to Mr. Sherman.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of an October 25, 2011, letter from Samsung's counsel to Apple's counsel, documenting Apple's objection to

Mr. Sherman being shown any confidential documents unless Samsung first provides a list of Bates numbers so that Apple can review them and object" and Samsung's refusal to do so.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Samsung's First Set of Requests for Production to Apple, Inc., dated August 3, 2011.  Request No. 139 states:  "All DOCUMENTS relating to the functionality—including the ease of manufacturing, costs savings, enhanced usability, or any other benefit—of any claimed feature, element, or combination of elements in any of the APPLE DESIGN PATENTS, APPLE TRADE DRESS, AND APPLE TRADEMARKS."

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the "Technology" page from the Double Touch website, having the URL:  http://dotwo-tech.com/index.html.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of a Technology Review article published by M.I.T. and dated Thursday, February 14, 2003.  This article is titled "Rethinking the Cell Phone" and indicates that Modu intended to compete with Apple's iPhone. The article can be found at the URL:

http://www.technologyreview.com/printer_friendly_article.aspx?id=20276.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of December, 2011 at San Francisco, California.

*/s/ Esther Kim*
Esther Kim

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this

3

Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim has

4

concurred in this filing.

5

Dated:  December 15, 2011                         */s/ Richard S.J. Hung*
                                                                  Richard S.J. Hung

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28