# Exhibit 1

| Home | About us | Technology | News | Contact us |

*DoTwo - Mass market Multi touch*

### Double Touch

Double Touch was founded in Feb 2010
The company is aiming to bring innovative multi-touch technology to mass market.
The DoTwo technology offers Silicon partners, OEMs and ODMs with the opportunity to provide multi touch capability on low cost resistive touch displays with the lowest cost structure in the market.

### Company Overview

### Company Executives

**Itay Sherman - Founder and CEO**

**Roee Nahir - Co Founder and S/W team lead**



By Double Touch LTD.