Exhibit 8

| Home | About us | Technology | News | Contact us |

*DoTwo - Mass market Multi touch*

### The DoTwo Technology

The DoTwo technology is designed to operate on standard 4 wire resistive touch displays and does not require changes in the process of displays' manufacturing or assembly. The usage of the DoTwo technology allows to create a high reliability low cost solution for multi-touch support.

### DoTwo Basic - Upgrade your current design to multi-touch

DoTwo Basic is designed to enable OEMs to upgrade their current resistive designs and offer basic double touch gestures capability.
The DoTwo Basic patent pending technology utilizes the existing touch displays and controllers to extract untapped information that enables to detect whether the user is currently touching the display on a single or double point, and to deduce the relative direction of the two fingers.
The outcome is the ability to detect simple double finger gestures, such as double finger swipes or pinch movements on the horizontal or vertical directions, and to differentiate between single and double finger taps.
Double Touch is currently offering OEMs the opportunity to license the DoTwo Basic technology. DoubleTouch will provide it's licenses with the necessary S/W package and support for integrating DoTwo Basic in to their current designs.



» **watch a demo video of DoTwo Basic**

### DoTwo Enhanced - Rich multi-touch experience on low cost resistive touch

DoTwo Enhanced was designed to provide the full span of single and double finger gestures using standard 4-wire resistive touch displays. DoTwo enhanced provides this capability by accurately following the location of up to 2 fingers on the display.
The DoTwo Enhanced patent pending technology includes dedicated low cost controller H/W and a set of S/W algorithms that are running on the systems host processor.
The DoTwo enhanced enables Silicon providers and OEMs to truly differentiate their products by providing the full experience of multi-touch with a fraction of the cost (compared to standard capacitive or grid resistive solutions).
DoTwo enhanced can be licensed by Silicon providers or OEMS. Double Touch will support it's licensees in the integration of DoTwo enhanced in to their silicon or system



» **watch a demo video of DoTwo Enhanced**

By Double Touch LTD.