| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO PERMIT ITAY SHERMAN TO REVIEW DESIGN MATERIALS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3083456

1    Defendant Samsung seeks an order allowing its design expert, Itay Sherman, to view
2 design-related documents, transcripts, and other discovery that have been or are designated by
3 Apple under the operative protective order in this case. Having considered the arguments of the
4 parties and the papers submitted, Samsung's Motion to Permit Samsung's Expert Itay Sherman to
5 Review Design Materials Designated Under the Protective Order is DENIED.

6    **IT IS SO ORDERED.**

7    Dated: December \_\_\_\_\_, 2011.

9                                             HONORABLE PAUL S. GREWAL
                                              United States Magistrate Judge

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO PERMIT ITAY SHERMAN TO REVIEW DESIGN MATERIALS    1
CASE NO. 11-CV-01846-LHK (PSG)
sf-3083456