| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|   | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|   | mjacobs@mofo.com | HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
|   | jtaylor@mofo.com | Boston, MA 02109 |
| 4 | ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
|   | atucher@mofo.com | Facsimile: (617) 526-5000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425) | |
|   | rhung@mofo.com | |
| 6 | JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
|   | jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
|   | 425 Market Street | HALE AND DORR LLP |
| 8 | San Francisco, California 94105-2482 | 950 Page Mill Road |
|   | Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| 9 | Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
|   | | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3083926

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 15, 2011, I served a copy of:

1. **APPLES OPPOSITION TO SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER [SUBMITTED UNDER SEAL]**

2. **DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT ITAY SHERMAN TO REVIEW DESIGN MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER [SUBMITTED UNDER SEAL]**

3. **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL [SUBMITTED UNDER SEAL]**

4. **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS [SUBMITTED UNDER SEAL]**

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
335 Madison Avenue , 22nd Floor
New York, NY 10017
Tel: 212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

Michael Thomas Zeller
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street , 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: victoriamaroulis@quinnemanuel.com

Margret Mary Caruso
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

Todd Michael Briggs
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Email: toddbriggs@quinnemanuel.com

Rachel H Kassabian
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com

Melinda Mae Morton
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
408-291-6203
Fax: (408) 297-6000
Email: mmorton@be-law.com

1  Michael J. Bettinger
   K&L Gates LLP
2  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  415-882-8200
   Fax: 415-882-8220
4  Email: mike.bettinger@klgates.com

5  Executed in San Francisco, California, this 15th day of December, 2011.

6

7  [signature]

8  _____
   Robin L. Sexton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3083926