1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>　　　　　　Defendants. | Case No.　　11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3084055 v2

1  By administrative motion, Apple has moved to file the below-listed document under seal.
2  In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and
3  General Order No. 62, which provides evidence of good cause for this Court to permit filing
4  under seal. The declaration establishes that information contained in the document listed below is
5  "privileged or protectable as a trade secret or otherwise entitled to protection under the law."
6  Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable
7  information.
8  Accordingly, for good cause shown, the Court ORDERS that the following document
9  shall be filed under seal:
10  1.  Declaration of Christopher J. Stringer in Support of Apple's Opposition to
11  Samsung's Motion to Compel.
12  **IT IS SO ORDERED.**
13  DATED: _____, 2011.

HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENT UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3084055 v2