| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 15, 2011, I served a copy of:

1. **DECLARATION OF CHRISTOPHER J. STRINGER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL**

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
335 Madison Avenue , 22nd Floor
New York, NY 10017
Tel: 212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

Michael Thomas Zeller
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street , 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100
Email: michaelzeller@quinnemanuel.com

| | |
|---|---|
| 1 | Victoria F. Maroulis<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Fifth Floor |
| 2 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 3 | Fax: 650-801-5100<br>Email: victoriamaroulis@quinnemanuel.com |
| 4 | |
| 5 | Margret Mary Caruso<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Suite 560 |
| 6 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 7 | Fax: 650-801-5100<br>Email: margretcaruso@quinnemanuel.com |
| 8 | |
| 9 | Todd Michael Briggs<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Fifth Floor |
| 10 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 11 | Email: toddbriggs@quinnemanuel.com |
| 12 | Rachel H Kassabian<br>Quinn Emanuel Urquhart & Sullivan LLP |
| 13 | 555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, CA 94065 |
| 14 | 650-801-5000<br>Fax: 650-801-5100 |
| 15 | Email: rachelkassabian@quinnemanuel.com |
| 16 | Executed in San Francisco, California, this 15th day of December, 2011. |

_____
Robin L. Sexton

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK
sf-3084169

3