1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| --- | --- |
| Plaintiff, | **DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SEALING APPLE'S MOTION TO COMPEL, THE DECLARATION OF MIA MAZZA AND EXHIBITS 3, 8, 10, 12, 13, 14, AND 15 THERETO, AND THE DECLARATION OF MINN CHUNG AND EXHIBITS A-D THERETO** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Melissa N. Chan in support of Apple's Administrative Motion to File Under Seal (Dkt. No. 467), to establish that the following are sealable:

- Apple's Motion to Compel Production of Documents and Things;
- Declaration of Mia Mazza in Support of Apple's Motion to Compel Production of Documents and Things;
- Exhibits 3, 8, 10, 12, 13, 14, and 15 of the Declaration of Mia Mazza;
- Declaration of Minn Chung in Support of Apple's Motion to Compel Production of Documents and Things; and
- Exhibits A-D of the Declaration of Minn Chung.

**DECLARATION OF MELISSA N. CHAN**

I, Melissa N. Chan, do hereby declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this Declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. No. 467). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibits 3, 8, 10, 12, 13, 14, and 15 of the Declaration of Mia Mazza in Support of Apple's Motion to Compel Production of Documents and Things are correspondences between Samsung counsel and Apple counsel which describe the identity and contents of documents designated as HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY by Samsung. The correspondence discusses the identity of personnel responsible for Samsung's business operations, the locations and details regarding such business operations, and the details of confidential documents relating to Samsung's design and product development strategy, consumer research,

marketing strategy and market analysis. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

3. Apple has redacted some of this information in its publicly filed exhibits; however, Apple has also redacted other information on page 6 of Exhibit 3, for which I am not aware of Apple's basis for confidentiality and therefore cannot establish the good cause for such redaction.

4. The Declaration of Mia Mazza in Support of Apple's Motion to Compel Production of Documents and Things summarizes and describes the contents of Exhibits 3, 8, 10, 12, 13, 14, and 15, which contain Samsung's confidential information as discussed in paragraph 2 above. The declaration therefore contains highly confidential and commercially sensitive business information, including confidential information regarding personnel responsible for Samsung's business operations, the locations and details regarding such business operations, and the details of confidential documents relating to Samsung's design and product development strategy, consumer research, marketing strategy and market analysis. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. Exhibit A of the Declaration of Minn Chung in Support of Apple's Motion to Compel Production of Documents and Things is a prior declaration of Minn Chung which discusses the contents of confidential Samsung documents including confidential information relating to Samsung's product design, confidential technical and manufacturing specifications for Samsung products, and confidential sales and marketing information. The document was also filed under seal as Dkt. No. 268. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

6. Exhibits B-D of the Declaration of Minn Chung in Support of Apple's Motion to Compel Production of Documents and Things are Samsung's documents which were designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim protective order. These documents contain highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers relating to the design of Samsung's products, confidential information regarding product evaluation techniques, and confidential information regarding the technical specifications of Samsung's products. This


information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

7. The Declaration of Minn Chung in Support of Apple's Motion to Compel Production of Documents and Things summarizes and describes the contents of Exhibits A-D, which contain Samsung's confidential information as discussed in paragraphs 5 and 6 above. The declaration therefore contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers relating to the design of Samsung's products, confidential information regarding product evaluation techniques, and confidential information regarding the technical specifications of Samsung's products. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

8. Apple's motion to compel summarizes and describes the contents of the documents which contain Samsung's confidential information as described in paragraphs 2 and 4-7 above. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

9. The requested relief is necessary and narrowly tailored to protect this confidential information. The exhibits and documents described above do not contain significant relevant, non-confidential material.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 15 day of December, 2011, in Redwood Shores, California.

*/s/ Melissa N. Chan*
Melissa N. Chan

-3- Case No. 11-cv-01846-LHK
DECLARATION OF MELISSA N. CHAN ISO APPLE'S ADMINISTRATIVE MOTION TO SEAL