UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Apple, Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 467).   Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The

1  declaration establishes that information contained in the below documents has been designated as
2  HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.
3      Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:

5    1. Apple's Motion to Compel Production of Documents and Things;
6    2. Declaration of Mia Mazza in Support of Apple's Motion to Compel Production of
7       Documents and Things;
8    3. Exhibits 3, 8, 10, 12, 13, 14, and 15 of the Declaration of Mia Mazza;
9    4. Declaration of Minn Chung in Support of Apple's Motion to Compel Production of
10      Documents and Things; and
11    5. Exhibits A-D of the Declaration of Minn Chung.

13  **IT IS SO ORDERED.**

15  DATED:   December_____, 2011

18  Hon. Paul S. Grewal
    United States Magistrate Judge