1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.   5:11-cv-01846-LHK<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS:  DOCKET NOS. 467-10 AND 467-16**<br><br>Judge:  Honorable Paul S. Grewal |

1     Apple hereby moves to remove the following documents from ECF, submitted electronically on December 8, 2011, as Exhibit 8 [Docket No. 467-10] and Exhibit 14 [Docket No. 467-16] to the Declaration of Mia Mazza [Docket No. 467-3] attached to Docket No. 467 in Case No. 5:11-cv-01846-LHK.

    Samsung claims that these documents were incorrectly filed publicly, and that they should have been filed under seal. The ECF helpdesk has already been contacted, and they have promptly locked the documents in question and are awaiting the Court's order to remove them from the record.

    According to Samsung's request, Apple is resubmitting these documents under seal and will lodge a copy with the clerk's office on December 16, 2011. Samsung has already submitted a declaration and proposed sealing order pursuant to Local Rule 79-5(d). (*See* Dkt. 506.)

    For the foregoing reasons, Apple respectfully requests that the Court grant Apple's Motion to Remove Incorrectly Filed Documents: Docket Nos. 467-10 and 467-16.

Dated: December 15, 2011

HAROLD J. MCELHINNY  
MICHAEL A. JACOBS  
JENNIFER LEE TAYLOR  
JASON R. BARTLETT  
MORRISON & FOERSTER LLP

By: /s/ Jason R. Bartlett  
      JASON R. BARTLETT

Attorneys for Plaintiff and  
Counterclaim-Defendant APPLE INC.