HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
JASON R. BARTLETT (CA SBN 214530)
JasonBartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    5:11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS:  DOCKET NOS. 467-10 AND 467-16**<br><br>Date: No Hearing Requested<br>Time:<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

1

1    Apple has moved to remove incorrectly filed Docket No. 467-10 and 467-16 at the request

2    of Samsung.

3    Having considered the arguments of the parties and the papers submitted, and finding

4    good cause therefore, the Court hereby grants Apple's Motion to Remove Incorrectly Filed

5    Documents:  Docket Nos. 467-10 and 467-16.  Docket Nos. 467-10 and 467-16 shall be removed

6    from the publicly available docket.

7    **IT IS SO ORDERED.**

8

9

10   Dated: _____, 2011      By: _____

11                                              Honorable Paul S. Grewal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 5:11-CV-01846
sf-3084294