UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) ) | ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION TO |
| v. | ) ) | EXCEED PAGE LIMIT |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Samsung filed an administrative motion seeking leave to file excess pages in its responsive claim construction brief. *See* ECF No. 479.  Apple has filed an opposition to Samsung's motion. ECF No. 496.  Samsung has not demonstrated good cause for relief from the page limitations imposed by the Civil Local Rules and the Patent Local Rules.  Accordingly, Samsung's administrative motion is DENIED.

**IT IS SO ORDERED.**

Dated: December 16, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge