1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART AND |
| v. | ) | DENYING IN PART MOTION TO SEAL |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., A | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

19    Apple filed an administrative motion to file certain Samsung documents under seal.  ECF

20  No. 298.  Pursuant to Court order, Samsung provided a declaration in support of filing these

21  documents under seal.  ECF No. 458.  After reviewing the motion, declaration, and documents, the

22  Court GRANTS the request to seal as to Exhibits A-D of the Minn Chung declaration.  The Court

23  DENIES the request to seal as to Exhibit E of the Minn Chung declaration as it does not appear

24  that this material is "protectable as a trade secret or otherwise entitled to protection under the law."

25  Civil L.R. 79-5(a).  The Court also DENIES Apple's request to file under seal Apple's

26  Administrative Motion to Augment Its Motion For Preliminary Injunction in light of the fact that

27  the Court has denied the request to file Exhibit E under seal.  Civil L.R. 79-5(a).  Apple may refile

28

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL

1    an administrative motion to seal the Motion to Augment that is narrowly tailored by Tuesday,

2    December 20, 2011.

3    **IT IS SO ORDERED.**

4    Dated: December 16, 2011

_____
LUCY H. KOH
5                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL