UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER DENYING MOTION TO SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung filed an administrative motion to file parts of its opening Claim Construction brief, and supporting documents and exhibits, under seal. ECF No. 465. Specifically, Samsung seeks to seal an inventor deposition transcript (Cole Decl. Ex. 3) and engineering notes (Cole Decl. Ex. 4), as well as additional documents that discuss or reference this evidence. Opening Claim Construction Brief; Briggs Decl. Ex. F; Cole Declaration. Similarly, Samsung seeks to file under seal the deposition testimony of another engineer regarding information available at the time of the prosecution of the '792 patent. After reviewing the motion, declaration, and documents, the Court DENIES Samsung's administrative motion to file under seal.

In order to be sealable, a document must be "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5. Based on the declaration provided

1

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO SEAL

to the Court, none of the information sought to be sealed appears to be protectable as trade secret, nor does the information reflect the design and development of Samsung products, nor is it clear how publication of this information would cause serious harm to Samsung, as is claimed in the Arnold declaration. If Samsung believes that it can adequately support a motion to seal any of the documents submitted, it shall file a new request to seal by Tuesday, December 27, 2011. If no request is submitted, none of the information previously submitted for sealing will be sealed, and Samsung shall file non-redacted versions of the relevant filings.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO SEAL