UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, ) | ORDER GRANTING IN PART AND |
| v. ) | DENYING IN PART MOTION TO SEAL |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

Samsung filed an administrative motion to file Exhibits E, G, N, T, V, and X[1] to the Tung Declaration, as well as parts of the Tung declaration itself, under seal. ECF No. 456. After reviewing the motion, declaration, and documents, the Court DENIES the request to seal as to Exhibits E, G, N, and V. These documents appear to contain either public information, or do not contain privileged or otherwise protectable information. The Court also DENIES the request to seal as to Exhibit X of the Tung declaration. This document was a presentation given during the preliminary injunction hearing and is therefore information in the public record. To the extent that

---

[1] As part of the declaration and exhibits submitted to the Court, Samsung indicated that it was also seeking to file under seal Exhibits F, I, and J under seal as well. In its motion, and supporting declaration, Samsung did not seek leave to file these documents under seal. Moreover, it appears that Samsung has already e-filed these documents publicly. Accordingly, Exhibits F, I, and J shall not be filed under seal.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL

some of the information within the document was not discussed in open court and may otherwise be sealable, Samsung's current request is overly broad. *See* Civil L.R. 79-5(a). To the extent that Samsung wishes to file a narrowly tailored sealing request with respect to Exhibit X of the Tung declaration it must do so by Tuesday, December 27, 2011. The Court also DENIES Samsung's request to file under seal parts of the Tung declaration that describe the exhibits referenced above.

The Court GRANTS Samsung's request to file under seal Exhibit T, as this transcript discusses Samsung's commercially sensitive business information.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
LUCY H. KOH
United States District Judge