1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK

19            Plaintiff,                        | **DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S SUPPLEMENTAL STATEMENT CONCERNING SAMSUNG'S MOTION TO COMPEL**
20     vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG               Date: November 1, 2011
23 TELECOMMUNICATIONS AMERICA,              Time: 3:00 pm
   LLC, a Delaware limited liability company, Place: Courtroom 5, 4th Floor
24                                           Magistrate Judge Paul S. Grewal
            Defendants.
25

26

27

28

1   I, Brett Arnold, declare:

2   1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent from Kevin Johnson to Michael Jacobs on November 6, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the November 4, 2011 deposition of Christopher Stringer.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on November 7, 2011.

                                          /s/ Brett Arnold

**GENERAL ORDER ATTESTATION**

I, Kevin P.B. Johnson, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Brett Arnold.

                          */s/ Kevin P.B. Johnson*