# EXHIBIT A

**(e-filed under seal)**