# EXHIBIT B

## (e-filed under seal)