1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

    WILLIAM F. LEE
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

    MARK D. SELWYN (CA SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING HALE
    AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304

    Attorneys for Plaintiff
    APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK<br><br>**ADMINISTRATIVE MOTION TO SEAL APPLE'S MOTION TO AUGMENT RECORD ON ITS MOTION FOR PRELIMINARY INJUNCTION** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple moves this

2    Court for an Order sealing portions of: (1) Apple's Administrative Motion to Augment Record on

3    Its Motion for Preliminary Injunction, which was filed on Oct. 11, 2011 ("Motion to Augment");

4    and (2) Declaration of Minn Chung in Support of Apple's Administrative Motion to Augment

5    Record ("Chung Decl.").

6    Section B.1 of the Motion to Augment discusses Exhibits A through D of the Chung

7    Decl., which Samsung had designated as "Highly Confidential—Attorneys Eyes Only."  Section

8    B.2 of the Motion to Augment discusses Exhibit E of the Chung Declaration, which Samsung

9    also had designated as "Highly Confidential—Attorneys' Eyes Only."  Paragraphs 3 through 6 of

10   the Chung Declaration discuss Exhibits A through D.  Paragraph 7 of the Chung Declaration

11   discusses Exhibit E.

12   The Court's December 16, 2011, Order granted Apple's request to seal Exhibits A through

13   D, but denied the request to seal Exhibit E.  *See* Order Granting in Part and Denying in Part

14   Motion to Seal (Dkt. 510) ("Order").

15   Samsung has informed Apple that Samsung plans to ask the Court to reconsider its

16   decision not to seal Exhibit E to the Chung Declaration.  Apple is therefore *lodging* herewith a

17   redacted version of the Motion to Augment, narrowly tailored to seal only Section B.1.  It also

18   has lodged herewith a redacted version of the Chung Declaration, narrowly tailored to seal

19   portions of only Paragraphs 3 through 6.  In the event Samsung's motion for reconsideration is

20   granted, revised versions of the Motion to Augment and Chung Declaration lodged herewith will

21   need to be submitted.

22   Dated: December 20, 2011                    MORRISON & FOERSTER LLP

23

24                                              By:   */s/ Richard S.J. Hung*
                                                      Richard S.J. Hung
25
                                                      Attorneys for Plaintiff
26                                                    APPLE INC.

27

28