1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO AUGMENT RECORD ON ITS MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3085684

1  By Administrative Motion filed on December 20, 2011, Apple has moved to file under seal portions of its Motion to Augment Record on its Motion for Preliminary Injunction ("Motion to Augment").  It has also moved to file portions of the Declaration of Minn Chung in Support of Apple's Administrative Motion to Augment Record under seal.

The Court's December 16, 2011, Order granted Apple's request to seal Exhibits A through D of the Chung Decl., but denied Apple's request to seal Exhibit E to the Chung Declaration.  *See* Order Granting in Part and Denying in Part Motion to Seal (Dkt. 510) ("Order").

On December 20, 2011, Apple lodged with the Court a newly redacted version of the Motion to Augment redacting only Section B.1, which discusses Exhibits A through D of the Chung Declaration.  Apple also lodged a newly redacted version of the Chung Declaration redacting portions of paragraphs 3 through 6, which also discuss Exhibits A through D.

The Court finds that Apple's Administrative Motion is narrowly tailored to seek the sealing of only protectable information.  Accordingly, GOOD CAUSE HAVING BEEN SHOWN, the Court HEREBY GRANTS the request to seal the un-redacted versions the Motion to Augment and Chung Declaration and ORDERS that these documents be filed under seal.  The Court further ORDERS Apple to:  (1) e-file in the public record in this case the redacted version of the Motion to Augment lodged on December 20, 2011; and (2) e-file in the public record in this case the redacted version of the Chung Declaration lodged on December 20, 2011.

**IT IS SO ORDERED.**

Dated: _____, 2011      By: _____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT
JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL            1
Case No. 11-cv-01846-LHK
sf-3085684