UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO DISMISS APPLE'S COUNTERCLAIMS**<br><br>Date:  April 5, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

The Court, having considered the papers submitted by the parties and argument by counsel, HEREBY ORDERS as follows:

1. Samsung's Motion to Dismiss Counts XXV to XXIX of Apple Inc.'s Amended Counterclaims in Reply is DENIED.

**IT IS SO ORDERED**

DATED: _____, 2012            _____
                                                                        Hon. Lucy H. Koh
                                                                        United States District Court Judge