| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (pro hac vice)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO DISMISS APPLE'S COUNTERCLAIMS** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-entitled action. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Samsung and Apple have been litigating French contract law issues regarding the European Telecommunications Standards Institute Intellectual Property Rights Policy ("ETSI IPR Policy") and Samsung's obligations under that policy in numerous countries, including at least Australia, France, Italy, Japan, Korea, and the Netherlands.

3. Attached as Exhibit A is a true and correct copy of a redacted version provided by counsel for Samsung of Samsung's Re-Amended Defence and Counterclaim, served on March 15, 2007 in *Telefonaktiebolaget LM Ericsson v. Samsung Electronics UK Ltd.*, HC06 C00618 (High Court of Justice, Chancery Division, Patents Court).

4. Attached as Exhibit B is a true and correct copy of Broadcom Corp.'s First Amended Complaint, filed on September 19, 2005 in *Broadcom Corp. v. Qualcomm Inc.*, No. 05-cv-03350 (D.N.J.).

5. Attached as Exhibit C is a true and correct copy of Research in Motion Ltd.'s Complaint, filed on February 16, 2008 in *Research in Motion Ltd. v. Motorola, Inc.*, No. 08-cv-0284 (N.D. Tex.).

6. Attached as Exhibit D is a true and correct copy of Apple Inc.'s First Amended Answer, Defenses, and Counterclaims, filed on February 19, 2010 in *Nokia Corp. v. Apple Inc.*, No. 09-cv-791 (D. Del.).

7. Attached as Exhibit E is a true and correct copy of the Transcript of Hearing, held on June 3, 2010 in *Nokia Corp. v. Apple Inc.*, No. 09-cv-791 (D. Del.).

8. Attached as <u>Exhibit F</u> is a true and correct copy of the "Brief of Amici Curiae Nvidia Corporation, Micron Technology, Inc., Samsung Electronics Corporation, Ltd., and Hynix Semiconductor, Inc., on the Issue of the Appropriate Remedy for Rambus's Violations of the FTC Act," submitted on September 15, 2006 in *In the Matter of Rambus Inc.*, Docket No. 9302 (F.T.C.).

9. Attached as <u>Exhibit G</u> is a true and correct copy of Samsung Electronics Co., Ltd.'s First Amended Complaint, filed on September 14, 2007 in *Samsung Electronics Co., Ltd. v. InterDigital Communications Corporation*, No. 07-cv-167 (D. Del.).

10. Attached as <u>Exhibit H</u> is a true and correct excerpt of the Hearing Transcript of the hearing held on July 14, 2008 in *In the Matter of Certain 3G Wideband Code Division Multiple Access (WCDMA) Mobile Handsets and Components Thereof*, Investigation No. 337-TA-601 (I.T.C.).

11. Attached as <u>Exhibit I</u> is a true and correct copy of the Statement From Laëtitia Benard, *Avocat a la Cour*, dated September 12, 2011 and submitted in *Samsung Electronics Co., Ltd. et al. v. Apple Inc. et al.* (District Court of the Hague, Netherlands).

12. Attached as <u>Exhibit J</u> is a true and correct copy of the ETSI IPR Policy adopted in November, 1997.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 20th day of December, 2011, in Palo Alto, California.


Dated: December 20, 2011

                                                 /s/ Mark. D Selwyn
                                                 Mark D. Selwyn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 20, 2011 to all counsel of record who are deemed to have consented to electronic service per Civil Local Rule 5.4.

                    /s/ Mark. D Selwyn
                    Mark D. Selwyn