# Exhibit A

## *R e s u m e*

| | |
|---|---|
| NAME: | NICOLAS MOLFESSIS |
| BORN: | May 6, 1965, in Boulogne Billancourt, France |
| HOME ADDRESS: | 66, rue Boursault - 75017 Paris<br>Tel.: +33- (0)1-44-85-75-65 |
| PROFESSIONAL ADDRESS: | 158, rue Saint-Jacques - 75005 Paris<br>Tel.: +33- (0)1-44-41-47-17<br>Fax.: +33- (0)1-44-41-47-18 |
| E-MAIL ADDRESS: | nmolfessis@u-paris2.fr |

### I.- Academic Cursus

Civil Law Research Fellowship (highest honours in the class of 1994-1995)

Civil Law PhD at the University of Panthéon-Assas (Paris II)
    With Honours and special merit from the jury
    Awarded "Prix André Isoré de la Chancellerie des Universités de Paris" Prize
    Awarded "Prix Georges Ripert" Prize
    Awarded "Prix de thèse de l'Université Panthéon-Assas" Prize for PhD thesis
    Awarded "Prix de l'Association nationale des Docteurs en droit" Prize
    Awarded a scholarship from the Ministry of National Education and Research

Graduate of Paris Institut d'Etudes politiques (1987)

Post-Graduate Degree in "Etudes Politiques" (majoring in political sociology) from IEP in Paris

Civil Law Post-Graduate Degree from University of Paris II

### II.- University Cursus

\* Professor at the University of Panthéon-Assas (Paris II) (1998/current)

    *Teaching*:   Civil Law (to second-year students – Obligations/Contracts and liability; to first-year students – introduction to law – persons and property ; to third-year students – Particular Contracts)
                    Maritime Law (to Master's degree students)
                    The Sociology of Law (Post-graduate studies)
                    Law of Obligations / contracts and liability (to Master's degree students)

    *In charge of*:   Master's degree in Sociology of Law

\* Professor at the University of Tours (1995-1998)

    *Teaching*:   Civil Law (Obligations/Contracts and liability)
                    Security Law
                    Specialist lecturer in Civil Law (Security Law) (Post-graduate studies)
                    In charge of the Civil Law Post-Graduate degree

### III- Other functions

* Secretary General to the Club des jurists
* Member of the working group on Board directors (IFA)
* Secretary General to the French Association of Sociology of Law
* Member of the Legal Committee at *Fédération Bancaire Française* (FBF)
* Member of the Executive Board at *Banque et droit*
* Member of the French Association of Marine Law – Chairman of the Commission for the Reform of marine transport law
* Member of the *Chambre arbitrale maritime de Paris*
* Member of the European Court of Arbitration
* Member of the editorial board at the *Petites Affiches* legal gazette
* Member of the editorial board at *Journal des sociétés*
* Member of the editorial board at *La Semaine juridique*
* In charge of collections at Editions Economica
* Member of the Executive Board at the comparative legislation Society (1996-1999)
* Member of the expert panel in charge of legal terminology at the Ministry of Justice (1998-2000)
* Member of the expert panel in charge of the *PACS* contract reform at the Ministry of Justice (2004)
* Chairman of the Working Group on case law changes (*Cour de cassation* – 2004)
* Member of the Executive Board at the *Association de préfiguration de la Fondation pour le droit continental*
* Member of the editorial board at the *Pouvoirs* publication

### IV.- Research and publications

**Books published**

*Le Conseil constitutionnel et le droit privé*, LGDJ, 1997
*Les mots de la loi* (collective publication), Economica, coll. « études juridiques », 1999
*La légitimité de la jurisprudence du Conseil constitutionnel* (co-authored with G. Drago and B. François), Economica, 1999
*La Cour de cassation et l'élaboration du droit* (collective publication), Dalloz, 2003
*Les revirements de jurisprudence*, Report delivered to the First President of the *Cour de cassation*, Guy Canivet, Litec, 2005
*Max Weber et la sociologie du droit* (collective publication co-authored with J.-Ph. Heurtin), Dalloz, 2006
*Les offres publiques d'achat*, (collective publication co-authored with G. Canivet et D. Martin) LexisNexis, coll droit 360°, 2009

**Articles, Notes and Chronicles**

"*Entreprise et patrimoine : évolution ou révolution ?* ", Gazette du Palais, 18-19 mai 2011, p. 63 in Entreprise et Patrimoine, destins croisés

"*A propos de la prescription de l'action en nullité d'une convention réglementée*", Note sous Com., 8 février 2011, D., 2011, 1314 (co-authored with J. Klein)

"*La résistance immédiate de la Cour de cassation à la QPC*", Pouvoirs, n°137, 2011, p. 83

"*Sur trois facettes de la jurisprudence du Conseil constitutionnel*", Les nouveaux Cahiers du Conseil constitutionnel, n°31, 2011, p. 7

"*L'entreprise et le droit constitutionnel : le contrat*", Revue Lamy droit des affaires, décembre 2010, p. 43

"*L'abécédaire de la Question prioritaire de constitutionnalité*", Revue Lamy droit des affaires, 2010

"*La jurisprudence supra-constitutionem*", JCP 2010, 1039

"*L'asphyxie doctrinale*", Mélanges en hommage à Bruno Oppetit, LexisNexis, 2009, (co-authored with D. Bureau)

"*La Cour de cassation face à la modulation dans le temps des revirements de jurisprudence*", D., 2009, chron.

"*Les lois domestiques*", Pouvoirs, n°130, 2009, p. 81

"*La réparation du préjudice extrapatrimonial*", in Les limites de la réparation du préjudice, Dalloz, 2009

"*La preuve de l'action de concert*", Journal des sociétés, n°57, septembre 2008

"*Loi et jurisprudence*", Pouvoirs, n°126, 2008

"*La constitutionnalisation du droit civil*", in 50ᵉ anniversaire de la Constitution de 1958, Dalloz, 2008

"*La perception commune du droit*", Académie des sciences morales et politiques, 2008

"*L'avènement de la législation administrative*", dossier spécial, JCP, sept. 2007

"*Le bicentenaire d'un fantôme*", in Le Code de commerce. 1807-2007, Dalloz 2007 (co-authored with D. Bureau)

"*Les avis spontanés de la Cour de cassation*", D., 2007

"*La lutte contre l'insécurité juridique ou la lutte du système juridique contre lui-même*", in *Rapport annuel du Conseil d'Etat*, La documentation française, 2006

"*La structure du Code civil*", in *Le Code civil : une leçon de légistique*, B. Saintourens, dir., Economica, 2006

"*Max Weber et l'enseignement du droit*", in *La sociologie du droit de Max Weber*, Dalloz, 2006

"*La politique jurisprudentielle*", in *Mélanges Boré*, 2006 (to be published, co-authored with G. Canivet)

"*L'insertion du principe de précaution dans le droit civil, pénal et administrative*", in *La banque, le risque et le principe de précaution*, Perspectives juridiques, March 2006 (co-authored with D. de Béchillon and D. Rebut)

"*Force obligatoire et exécution du contrat : un droit à l'exécution en nature ?*", in Revue des contrats, 2005, p. 37

"*A propos de l'étendue des pouvoirs de la Cour d'appel de Paris dans le contentieux des décisions prises par l'AMF au sujet de la recevabilité d'une offre publique*", Mélanges AEDBF, 2004 (co-authored with D. de Béchillon and D. Martin)

"*L'imagination du juge*", *Mélanges Jean Buffet*, Petites affiches, 2004 (co-authored with G. Canivet)

"*Discontinuité du droit et sécurité juridique*", Louisiana Law Review, 2004

"*Le Code civil et le pullulement des codes*", Bicentenaire du Code civil, Dalloz, 2004

"*La réforme du démarchage bancaire et financier*", *Journées perspectives juridiques et fiscales*, 2004

"*La constitutionnalisation de la justice*", Dictionnaire de la Justice, PUF, 2004

"*Les revirements de jurisprudence*", in La Cour de cassation et l'élaboration du droit (collective publication), Economica, 2004

"*La responsabilité des commettants du fait de leurs préposés ou l'irrésistible enlisement de la Cour de cassation*", in *Ruptures, mouvements et discontinuité du droit. Autour de Michelle Gobert*, Economica, 2004

"*Vie professionnelle, vie personnelle et responsabilité des commettants du fait de leurs préposés*", Droit social, January 2004, p. 31 et s.

"*Les pratiques juridiques, source du droit des affaires. Introduction*", Les petites affiches, November 27, 2003

"*Les banques et la lutte contre le blanchiment*", Banque et droit, April 2003

"*L'irrigation du droit par les décisions du Conseil constitutionnel*", Pouvoirs, no. 105, 2003, p. 89 et seq.

"*La loi suspendue*", D., 2003, no. 3

"*Le droit de chasse et l'évolution contemporaine de la propriété privée*", in *Droit de propriété, chasse et environnement*, Fondation de la Maison de la chasse et de la nature, 2002

"*Le nouveau Code de commerce ? Une mystification*", D., 2001, chron. (co-authored with D. Bureau)

"*Requiem pour la faute nautique*", in *Mélanges en l'honneur de Pierre Bonassies*, Moreux ed., 2001

"*Le titre des lois*", in *Mélanges en l'honneur de Pierre Catala*, ed. Juris-Classeur, 2001

Commentary on the decision by the Commercial Chamber of the *Cour de cassation*, February 20, 2001, *Droit maritime français*, 2001

Commentary on the decision by the Commercial Chamber of the *Cour de cassation*, November 14, 2000, *Droit maritime français*, 2001, 219

"*Les règles et pratiques de la procédure civile*" in *L'expertise dans les sinistres maritimes*, Journées Ripert, 2001

"*La réécriture de loi relative au PACS*", *JCP* 2000.I.211

"*Les exigences relatives au prix en droit des contrats*", *Les petites affiches*, no. 30, May 5, 2000

"*Le principe de proportionnalité en matière de garanties*", *Banque et droit*, May-June 2000

Commentary on the decision by the Commercial Chamber of the *Cour de cassation*, November 23, 1999, *Droit maritime français*, 2000, 719

"*La loi, la liberté contractuelle et le remorquage maritime*", *Droit maritime français*, December 1999

"*Le renvoi d'un texte à un autre*", in *Les mots de la loi*, Symposium at the *Centre d'études du Français juridique*, Economica, 1999

"*Le droit privé, source de la jurisprudence du Conseil constitutionnel*", in *La légitimité de la jurisprudence du Conseil constitutionnel*, Economica, 1999.

"*Le respect de la dignité de la personne humaine en droit civil*", in *Le respect de la dignité de la personne humaine*, supervised by Th. Revet, Economica, 1999

"*Les prédictions doctrinales*", in *Mélanges en l'honneur de François Terré*, 1999

"*La proportionnalité et l'exécution du contrat*", *Les petites affiches*, September 30, 1998 (no. 117)

"*La notion de produit dans la loi du 19 mai 1998 sur la responsabilité du fait des produits défectueux*", *Les petites affiches*, December 28, 1998 (no. 155)

"*Le nouveau Code de procédure civile et le droit constitutionnel*", in *Les vingt ans du nouveau Code de procédure civile*, La documentation française, 1998

"*La langue et le droit*", in *Congrès international de droit comparé,* Bristol, 1998, *Bruylant*, 2000

"*Les engagements faisant concurrence au cautionnement*", in *Le cautionnement et l'évolution des garanties personnelles, Les cahiers de droit et procédure*, 1997

"*Les sources constitutionnelles du droit des obligations*", in *Le renouvellement des sources du droit des obligations*, The Henri Capitant days, L.G.D.J., 1997, p.65 *et seq.*

"*L'obligation naturelle devant la Cour de cassation : remarques sur un arrêt rendu par la première chambre civile du 10 octobre 1995*", *D.*, 1997, chron., p. 85 *et seq.*

"*La protection constitutionnelle du double degré de jurisdiction*", in *Justice et Double degré de juridiction, Justices*, n°4, 1996, p.17 *et seq.*

Commentary on the decisions by the Joint Chambers of the *Cour de cassation*, December 1, 1995, *Les petites Affiches*, December 27, 1995, no. 155, p.11 (co-authored with D. Bureau)

Periodical contributions in process law to *Justices* and *Revue générale de droit processuel* (1995-1998)

Periodical contributions to *Revue trimestrielle de droit civil* (1997/current):
-   "*Des "nouvelles" règles d'élaboration des textes (à propos d'une circulaire du 30 janvier 1997*", *RTDCiv.*, 1997, 780
-   "*L'application de la loi du 14 juin 1996 créant un Office parlementaire d'évaluation de la législation*", *RTDCiv.*, 1997, 783
-   "*L'ordre constitutionnel en question*", *RTDCiv.*, 1997, 787
-   "*A propos d'un conflit de méthode entre l'exécutif et le législatif : du bon comptage des alinéas*", *RTDCiv.*, 1997, 796
-   "*La portée des revirements de jurisprudence*", *RTDCiv.*, 1998, 210
-   "*Remarques sur l'efficacité des décisions de justice*", *RTDCiv.*, 1998, 213
-   "*L'équité n'est pas une source du droit*", *RTDCiv.*, 1998, 221
-   "*La loi de la course*", *RTDCiv.*, 1998, 778
-   "*La circulaire, l'académicien et les maîtresses de conférence*", *RTDCiv.*, 1998, 792
-   "*Le Conseil constitutionnel redécouvre le droit civil*", *RTDCiv*, 796
-   "*La hiérarchie des normes ressuscitée par le Conseil d'Etat*", *RTDCiv.*, 1999, 232
-   "*Le contrôle de conventionnalité d'une loi conforme à la Constitution*", *RTDCiv.*, 1999, 236
-   "*Désordre (anti) constitutionnel*", *RTDCiv.*, 1999, 724
-   "*La distinction du normatif et du non-normatif*", *RTDCiv.*, 1999, 729
-   "*Les illusions de la codification à droit constant et la sécurité juridique*", *RTDCiv.*, 2000, 186
-   "*La nature juridique des recommandations patronales*", *RTDCiv.*, 2000, 200
-   "*Les "avancées" de la sécurité juridique*", *RTDCiv.*, 2000 , 660
-   "*La sécurité juridique et l'accès aux règles de droit*", *RTDCiv.*, 2000, 662

- "*La sécurité juridique et la jurisprudence vue par elle-même*", *RTDCiv.*, 2000, 666
- "*la sécurité juridique et la fonction normative de la loi*", *RTDCiv.*, 2000, 670
- "*Les victimes de l'amiante et le principe de réparation intégrale en quête de cour suprême*", *RTDCiv.*, 2001, 229
- "*La défense de la langue française sous plusieurs feux*", *RTDCiv.*, 2001, 234
- "*Deux figures législatives en vogue : l'abrogation par mégarde et la résurrection fortuite*", *RTDCiv.*, 2001, 688
- "*La notion de principe dans la jurisprudence de la Cour de cassation*", *RTDCiv.*, 2001, 699
- "*La Cour de cassation réfute l'existence d'un ordre constitutionnel*", *RTDCiv.*, 2002, 169
- "*La tradition locale et la force de la règle de droit*", *RTDCiv.*, 2002, 181.
- "*L'avènement du droit de la codification à droit constant*", *RTDCiv.*, 2002, 592
- "*La notion de loi interprétative*", *RTDCiv.*, 2002, 599.
- "*La prétendue liberté des juges du fond dans le choix des méthodes d'interprétation de la loi*", *RTDCiv.*, 2003, 154
- "*La controverse doctrinale et l'exigence de transparence de la doctrine*", *RTDCiv.*, 2003, 161
- "*Doctrine de la Cour de cassation et reconnaissance des precedents*", *RTDCiv.*, 2003, 567

### V.- Work Experience

**Arbitration** (1998/current) *ad hoc* and institutional arbitration (ICC); Mediation and reconciliation

**Legal opinions and advice (1995/current)** to major law firms, including (Bredin - Prat et associés, Darrois - Villey et associés, Freshfields, Linklaters, Clifford, Herbert Smith, Veil, Jourde, Gide, Loyrette, Nouel, Skadden, Weil, Gotschal, Jones Day, Martyn Day, Soulez Larivière et associés, Rambaud-Martel, Jeantet et associés, August et Debouzy, Mayer Brown, Debevoise & Plimpton, etc.) et sociétés (Fédération bancaire française - BNP-Paribas ; LVMH ; Legrand ; Société Générale ; Total SA ; CMA-CGM ; Aérospatiale Matra Missiles ; Artémis ; AXA ; TF1 ; AFG-ASSFI ; Atria Capital Partners ; Apax ; GE Capital ; Groupe Canal + ; Crédit agricole SA ; Crédit foncier ; Groupe Frey ; Vinci ; Aventis ; Swiss Air ; CDR Créances ; Lazard ; CDC Ixis ; société AGF ; Philips ; Wanadoo ; SFR ; Icade ; Veolia ; Caisse des dépôts ; EDF ; Arcelor ; Enel ; Nokia ; Casino ; Eiffage ; EADS ; SNCF ; Lagardère ; France Telecom ; Siemens, Wendel, Thalès, Vivendi, SCOR ; Renault).