1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
4  JASON R. BARTLETT (CA SBN 214530)
   JasonBartlett@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | APPLE INC., a California corporation,                         | Case No.  5:11-cv-01846-LHK
   |                                                               |
13 |                        Plaintiff,                             | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 467-10 AND 467-16**
14 |           v.                                                  |
15 | SAMSUNG ELECTRONICS CO., LTD., A                              |
   | Korean business entity; SAMSUNG                               | Date: No Hearing Requested
16 | ELECTRONICS AMERICA, INC., a New York                         | Time:
   | corporation; SAMSUNG                                          | Courtroom: 5, 4th Floor
17 | TELECOMMUNICATIONS AMERICA, LLC, a                            | Honorable Paul S. Grewal
   | Delaware limited liability company,                           |
18 |                                                               |
   |                        Defendants.                            |

19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 5:11-CV-01846
sf-3084294

1   Apple has moved to remove incorrectly filed Docket No. 467-10 and 467-16 at the request
2   of Samsung.
3   Having considered the arguments of the parties and the papers submitted, and finding
4   good cause therefore, the Court hereby grants Apple's Motion to Remove Incorrectly Filed
5   Documents: Docket Nos. 467-10 and 467-16. Docket Nos. 467-10 and 467-16 shall be removed
6   from the publicly available docket.
7   **IT IS SO ORDERED.**

10  Dated: ____December 16__, 2011      By:  _/s/ Paul S. Grewal_
11                                            Honorable Paul S. Grewal