| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

By administrative motion, Apple has moved to file the below-listed document under seal. In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the document listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court ORDERS that the following document shall be filed under seal:

1. Declaration of Christopher J. Stringer in Support of Apple's Opposition to Samsung's Motion to Compel.

**IT IS SO ORDERED.**

DATED: _December 16_, 2011.

  _____
  HONORABLE PAUL S. GREWAL
  United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENT UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3084055 v2