|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

[~~PROPOSED~~] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3083919

By administrative motion, Apple has moved to file the below-listed documents under seal. In support of this motion, Apple has filed the declaration required under Civil L.R. Rule 79-5 and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Apple's Opposition to Samsung's Motion to Compel.
2. Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Motion to Compel.
3. Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order, filed herewith.
4. Exhibits 3–6 to the Declaration of Esther Kim in Support of Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Itay Sherman to Review Design Materials Designated Under the Protective Order.
5. Samsung's Notice of Motion and Motion to Compel Apple to Produce Documents and Things and Provide Responsive Answers to Propounded Discovery; Memorandum of Points and Authorities in Support Thereof, filed December 13, 2011.
6. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Documents and Things and Provide Responsive Answers to Propounded Discovery ("Hutnyan Decl."), filed December 13. 2011.

7. Hutnyan Decl. Exhibits 1-13 and 15-21.

**IT IS SO ORDERED.**

DATED: ____December 16, 2011.

*Paul S. Grewal*
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK
sf-3083919