1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

　　　　Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things.

　　　　Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the below documents contain information that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY or CONFIDENTIAL by the parties.

-1-　　　　　　　　　　　　　　　　　　　　Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things;
2. Exhibits 1, 9, 10 and 11 to the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things
3. The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things (the "Jenkins Declaration");
4. Exhibits 1, 2, 4 and 5 to the Jenkins Declaration; and
5. The Declaration of Edward Kim.

**IT IS SO ORDERED.**

DATED:   December _16, 2011

*Paul S. Grewal*

The Honorable Paul S. Grewal
United States Magistrate Judge

-2-        Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL