QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

I, Hankil Kang, do hereby declare as follows:

1.      I am Legal Counsel at Samsung Electronics Co., Ltd.  I submit this Declaration in support of Samsung's Motion for Leave to File Motion for Reconsideration and Motion for Reconsideration.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2.      Exhibit E of the Chung Declaration is a study conducted by Samsung in early 2011 entitled "Premium & Mass Design Preference Study: Design Planning & Strategy."  This document reveals the methodology Samsung uses in conducting qualitative consumer research in its efforts to elicit and understand consumer perceptions and preferences.  This document further reveals how Samsung classifies and evaluates different segments of the smartphone market.

3.      In addition to revealing Samsung's consumer research methodology, Exhibit E discusses the study's competitive analysis of design preferences relating to size, shape, color, and configuration of smartphone keypads.  Samsung invested significant resources in conducting this consumer and competitive research, which will now accrue to the benefit of Samsung's competitors unless this document is filed under seal.

4.      Exhibit E depicts unreleased prototypes of Samsung products that have never been disclosed to the public, referencing them according to confidential internal product designators. Samsung has not permanently discarded these designs and may seek to exploit them in the future. The value of these prototypes and the designs they embody will be lost if they are made available to the public.

5.      Exhibit E contains commercially sensitive business information, including confidential information from the files of Samsung's designers relating to the design of Samsung's products and confidential information regarding product evaluation techniques.  Samsung takes significant steps to strictly maintain the confidentiality of this information, which is only shared with employees who work on such issues as part of their regular job duties.  Samsung protects this information as a trade secret, and for that reason produced this document and similar documents with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the interim

1  protective order.  This information could be used to Samsung's disadvantage if it were not filed

2  under seal.

3        6.     Apple's Motion to Augment Record summarizes, describes and/or directly cites to

4  the confidential Chung Declaration and Samsung's confidential information, including the

5  information contained in Exhibit E, discussed in paragraphs 2 - 5 above.  Therefore, the motion

6  should remain under seal for the same reasons articulated above.

7        7.     The requested relief is necessary and narrowly tailored to protect the confidentiality

8  of information contained or discussed in Apple's Motion to Augment the Record and Exhibit E of

9  the Chung Declaration.

10

11       I declare under penalty of perjury that the forgoing is true and correct to the best of my

12  knowledge.

13       Executed this 22nd day of December, 2011, in Seoul, Korea.

14

15

16                       _____

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
DECLARATION OF HANKIL KANG

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Hankil Kang.

_/s/ Victoria Maroulis_

DECLARATION OF HANKIL KANG