UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

On December 16, 2011, the Court granted in part and denied in part Plaintiff Apple, Inc.'s Unopposed Administrative Motion to File Apple's Motion to Augment Record and Supporting Documents Under Seal (Dkt. No. 510). Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") subsequently filed Samsung's Motion for Leave to File Samsung's Motion for Reconsideration ("Motion"), pursuant to Civ. L.R. 7-9.

1    Having considered the arguments and the papers submitted, the Court hereby
2 ORDERS that Samsung's Motion is GRANTED.
3
4    **IT IS SO ORDERED.**
5
6 DATED:   December ___, 2011
7
8
                                                    _____
9                                                   The Honorable Lucy H. Koh
                                                    United States District Judge