HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO STRIKE**<br><br>Hearing:　TBD<br>Time:　　TBD<br><br>**ORAL ARGUMENT REQUESTED** |

# NOTICE OF MOTION AND MOTION

**TO DEFENDANTS SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Apple Inc. ("Apple") hereby moves for an order, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on its accompanying Motion to Strike Evidence Not Disclosed as Required by Patent Local Rule 4-3(b).

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the supporting Declaration of Mark D. Selwyn, and any other matters properly before the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

In accordance with Civil Local Rules 6-1(b) and 6-3, Apple moves to shorten the briefing and hearing schedule for its Motion to Strike. Specifically, Apple requests that:

1) Samsung's opposition to the Motion to Strike be filed by January 12, 2012;

2) The hearing take place at or before the claim construction hearing scheduled for January 20, 2012.

The shortened briefing and hearing schedule is necessary because Apple is seeking to strike evidence submitted by Samsung in support of its proposed claim constructions that it did not disclose in the parties' Joint Claim Construction and Prehearing Statement as required by Patent Local Rule 4-3(b) and the Court's Case Management Order. The claim construction hearing is scheduled for January 20, 2012. Under an ordinary 35-day briefing and hearing schedule, Apple's Motion to Strike could not be heard until January 26, 2012, six days after the claim construction hearing date. Since Apple seeks to strike evidence that might otherwise be considered at the claim construction hearing, it is necessary for this motion to be heard on or before January 20, 2012.

Apple's proposed schedule allows this Court to consider how to address the evidence which Apple seeks to strike at the same time as the claim construction hearing. Samsung has not proposed an alternate schedule, and has not responded to Apple's request to stipulate to a shortened briefing and hearing schedule. (Declaration of Mark Selwyn in Support of Apple's Motion to Shorten Time ¶ 3.)

- 2 -

APPLE INC.'S MOTION TO SHORTEN TIME
FOR BRIEFING AND HEARING ON APPLE'S
MOTION TO STRIKE
Case No. 11-cv-01846 (LHK)

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2011 | /s/ Mark. D Selwyn |

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 22, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn