| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| | mjacobs@mofo.com |    HALE AND DORR LLP |
| 3 | RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| | rhung@mofo.com | Boston, Massachusetts 02109 |
| 4 | MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| | 425 Market Street | Facsimile: (617) 526-5000 |
| 5 | San Francisco, California 94105-2482 | |
| | Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| 6 | Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | | WILMER CUTLER PICKERING |
| 7 | |    HALE AND DORR LLP |
| | | 950 Page Mill Road |
| 8 | | Palo Alto, California 94304 |
| | | Telephone: (650) 858-6000 |
| 9 | | Facsimile: (650) 858-6100 |
| 10 | | Attorneys for Plaintiff and |
| | | Counterclaim-Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|   Plaintiff, | |
|   vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION TO STRIKE** |
|   Defendants. | Hearing: TBD |
| | Time: TBD |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **SUBMITTED UNDER SEAL** |
|   Counterclaim-Plaintiffs, | |
|   v. | |
| APPLE INC., a California corporation, | |
|   Counterclaim-Defendant. | |

1  I, Mark D. Selwyn, declare as follows:

2  1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. I submit this declaration in support of Apple's Motion to Strike Evidence Not Disclosed as Required by Patent Local Rule 4-3(b). I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Deposition of Joe Tipton Cole, dated December 16, 2011.

3. Attached hereto as **Exhibit B** is a true and correct copy of a December 5, 2011 Letter from Bethany Stevens to Todd Briggs.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 22, 2011                    /s/ Mark D. Selwyn
                                            Mark D. Selwyn

DECLARATION OF MARK D. SELWYN IN
SUPPORT OF APPLE'S MOTION TO STRIKE
2                                                         Case No. 11-cv-01846 (LHK)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 22, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn