UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER GRANTING APPLE'S MOTION FOR LEAVE TO AMEND |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to amend its Answer and Counterclaims in Reply to Samsung's Counterclaims. *See* ECF No. 345. This motion was unopposed and filed prior to the Court's deadline to amend pleadings.[1] Accordingly, Apple's motion to amend is GRANTED. Apple's Answer and Counterclaims in Reply filed at docket number 381 is the operative pleading, pending Samsung's motion to dismiss. The briefing schedule on Samsung's motion to dismiss Apple's Counterclaims in Reply, and the hearing set for April 5, 2012, remain as set. ECF No. 405.

**IT IS SO ORDERED.**

Dated: December 22, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Apple also filed a copy of its proposed amended counterclaims at ECF No. 381.

Case No.: 11-CV-01846-LHK
ORDER GRANTING LEAVE TO AMEND

1