UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Counterclaim-Plaintiffs,

v.

APPLE INC., a California corporation,

    Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK

**ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO STRIKE**

Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Strike.

The Court finds that hearing both the claim construction and the motion to strike together on the same day would maximize judicial efficiency.  Therefore, Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Strike is GRANTED.  The hearing on Apple's Motion to Strike is set for January 20, 2012, at 10:00 a.m.  Defendants may file and serve their opposition, not to exceed ten pages, no later than January 12, 2012.  No further briefing on the issue will be permitted without leave of the Court.

**IT IS SO ORDERED.**

DATED:  December 22, 2012

_____
Hon. Lucy H. Koh
United States District Court Judge