# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: December 16, 2011                    Time in Court: [12:27 to 1:25 (58 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Jason Bartlett, Richard Hung, Michael Jacobs and Esther Kim
Defendant Attorney(s) present: Brett Arnold, Sara Jenkins and Victoria Maroulis

**PROCEEDINGS:**
**Plaintiff's Motion to Compel (Doc. 467)**
**Defendant's Motions to Compel (Doc. 482 and 483)**

Parties present oral arguments.

The Court takes matters under submission; written order after hearing to be issued.

///