| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|         Plaintiff, | Civil Action No. 11-CV-01846-LHK |
|    vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
|         Defendants. | Hearing:    January 20, 2012<br>Time:       10:00 a.m.<br>Place:      Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|         Counterclaim-Plaintiffs, | |
|    vs. | |
| APPLE INC., a California corporation, | |
|         Counterclaim-Defendant. | |

I, Mark D. Selwyn, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. I submit this declaration in support of Apple Inc.'s Responsive Claim Construction Brief. I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Nokia 3300 "Extended User's Guide," Nokia Corporation (2003), produced by Apple in this litigation (APLNDC-WH-A 0000006990-7140).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Sony Ericsson W800i User Guide (1st ed.), Sony Ericsson Mobile Comm. AB (May 2005), produced by Apple in this litigation (APLNDC-WH-A 0000006685-6727).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Sony Ericsson K700i User Guide (1st ed.), Sony Ericsson Mobile Comm. AB (March 2004), produced by Apple in this litigation (APLNDC-WH-A 0000008725-8828).

5. Attached hereto as **Exhibit D** is a true and correct copy of J. Hoskins and R. Bluethman, *Exploring IBM e-server pSeries* (12th ed., 2004), produced by Apple in this litigation (APLNDC-WH-A 0000019700-729).

6. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Tony Givargis, Ph.D. in Support of Apple's Proposed Claim Construction for U.S. Patent No. 7,698,711.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Joe Tipton Cole, dated December 16, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent No. 7,698,711.

9. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 7,123,945.

10. Attached hereto as **Exhibit I** is a true and correct copy of the 12/12/07 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

11. Attached hereto as **Exhibit J** is a true and correct copy of the 2/28/08 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

12. Attached hereto as **Exhibit K** is a true and correct copy of the 8/1/08 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

13. Attached hereto as **Exhibit L** is a true and correct copy of the 1/26/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

14. Attached hereto as **Exhibit M** is a true and correct copy of the 5/27/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

15. Attached hereto as **Exhibit N** is a true and correct copy of the 11/9/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

16. Attached hereto as **Exhibit O** is a true and correct copy of the 12/8/09 Amendment for United States Patent Application No. 11/778,466, which issued as the '711 patent.

17. Attached hereto as **Exhibit P** is a true and correct copy of the 1/13/10 Notice of Allowance for United States Patent Application No. 11/778,466, which issued as the '711 patent.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the 12/16/09 Examiner's Interview Summary for United States Patent Application No. 11/778,466, which issued as the '711 patent.

19. Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the deposition of Moon-Sang Jeong, dated November 17, 2011.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition of Tony Givargis, Ph.D., dated December 6, 2011.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 22, 2011                                  /s/ Mark D. Selwyn
                                                                              Mark D. Selwyn

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that a true and correct copy of the above and foregoing document has |
| 3 | been served on December 22, 2011 to all counsel of record who are deemed to have consented to |
| 4 | electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel |
| 5 | of record will be served by electronic mail, facsimile and/or overnight delivery. |
| 6 | |
| 7 | /s/ Mark. D Selwyn |
| 8 | Mark D. Selwyn |

SELWYN DECLARATION IN SUPPORT OF APPLE INC.'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF
5                                         Case No. 11-cv-01846 (LHK)