# EXHIBIT C

Contents

# Contents

**Getting started** . . . . . . . . . . . . . . . . . . 4
Assemble the phone, SIM card, battery, make a call.

**Getting to know your phone** . . . . . . . . 8
Phone overview, use the menus, enter letters,
file manager.

**Calling** . . . . . . . . . . . . . . . . . . . . . . . . 21
Calls, phonebook, voice control, call options.

**Messaging** . . . . . . . . . . . . . . . . . . . . . 41
Text messaging, picture messaging, email, My friends,
messaging glossary.

**Imaging** . . . . . . . . . . . . . . . . . . . . . . . 56
Camera, video recorder, pictures, screen saver.

**Entertainment** . . . . . . . . . . . . . . . . . . 63
Media player, sounds, themes, games.

# Sony Ericsson K700i

**Connectivity** . . . . . . . . . . . . . . . . . . . . 69
Internet and email settings, synchronizing, Bluetooth™
wireless technology, infrared.

**More features** . . . . . . . . . . . . . . . . . . . 78
Time and date, alarm clock, calendar, tasks, SIM card
lock, etc.

**Troubleshooting** . . . . . . . . . . . . . . . . . 88
Why doesn't the phone work the way I want?

**Additional information** . . . . . . . . . . . . 91
Sony Ericsson Web site, safe and efficient use,
warranty, declaration of conformity.

**Icons** . . . . . . . . . . . . . . . . . . . . . . . . . . 98
Icon descriptions.

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . 100

This is the Internet version of the User's guide. © Print only for private use.

1

APLNDC-WH0000008725

**Sony Ericsson**
GSM 900/1800/1900

First edition (March 2004)
This manual is published by Sony Ericsson
Mobile Communications AB, without any
warranty. Improvements and changes to this
manual necessitated by typographical errors,
inaccuracies of current information, or
improvements to programs and/or equipment,
may be made by Sony Ericsson Mobile
Communications AB at any time and without
notice. Such changes will, however, be
incorporated into new editions of this manual.

All rights reserved.

©Sony Ericsson Mobile Communications AB, 2004

Publication number: EN/LZT 108 6958 R1A

Please note:

Some of the services in this manual are not
supported by all networks. *This also applies to the
GSM International Emergency Number 112.*

Please contact your network operator or service
provider if you are in doubt whether you can use a
particular service or not.

Please read the *Guidelines for Safe and Efficient
Use* and the *Limited Warranty* chapters before
you use your mobile phone.

The *Bluetooth* word mark and logos are owned by
the Bluetooth SIG, Inc. and any use of such
marks by Sony Ericsson is under license.

T9™ Text Input is a trademark or a registered
trademark of Tegic Communications.

T9™ Text Input is licensed under one or more of
the following:
U.S. Pat. Nos. 5,818,437, 5,953,541, 5,187,480,
5,945,928, and 6,011,554;
Canadian Pat. No. 1,331,057;
United Kingdom Pat. No. 2238414B;
Hong Kong Standard Pat. No. HK0940329;
Republic of Singapore Pat. No. 51383;
Euro.Pat. No. 0 842 463(96927260.8) DE/DK, FI,
FR, IT, NL, PT, ES, SE, GB;
and additional patents are pending worldwide.

Java and all Java based trademarks and logos
are trademarks or registered trademarks of
Sun Microsystems, Inc. in the U.S. and other
countries.

End-user license agreement for Sun™ Java™
J2ME™.

1 Restrictions: Software is confidential
copyrighted information of Sun and title to all
copies is retained by Sun and/or its licensors.
Customer shall not modify, decompile,
disassemble, decrypt, extract, or otherwise
reverse engineer Software. Software may not
be leased, assigned, or sublicensed, in whole
or in part.

**2**

2 Export Regulations: Software, including technical data, is subject to U.S. export control laws, including the U.S. Export Administration Act and its associated regulations, and may be subject to export or import regulations in other countries. Customer agrees to comply strictly with all such regulations and acknowledges that it has the responsibility to obtain licenses to export, re-export, or import Software. Software may not be downloaded, or otherwise exported or re-exported (i) into, or to a national or resident of, Cuba, Iraq, Iran, North Korea, Libya, Sudan, Syria (as such listing may be revised from time to time) or any country to which the U.S. has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Denial Orders.

3 Restricted Rights: Use, duplication or disclosure by the United States government is subject to the restrictions as set forth in the Rights in Technical Data and Computer Software Clauses in DFARS 252.227-7013(c) (1) (ii) and FAR 52.227-19(c) (2) as applicable.

Part of the software in this product is copyright © SyncML initiative Ltd. (1999-2002). All rights reserved.

Other product and company names mentioned herein may be the trademarks of their respective owners.

Any rights not expressly granted herein are reserved.

This is the internal version of the user guide. © Print only for private use.

3

Getting started

# Getting started

*Assemble the phone, SIM card, battery, make a call.*

More information and downloads are available at *www.SonyEricsson.com*

## Instruction icons

The following instruction icons appear in this user guide:

► Use the selection keys or the navigation key to scroll and select.
  ➡ *10 Navigating the menus.*

➡ See also page ...

⚠ Important

✍ Note

☎ Contact your network operator for details.
  ➡ *6 Available services.*

## Assembly

Before you can use your phone you need to:
- Insert the SIM card.
- Attach and charge the battery.

## SIM card

When you register as a subscriber with a network operator, you get a SIM (Subscriber Identity Module) card. The SIM card contains a computer chip that keeps track of your phone number, the services included in your subscription, and your phonebook information, among other things.

✍ *If you have been using a SIM card in another phone, make sure that your information is saved to the SIM card before you remove it from the other phone. For example, contacts may have been saved in the phone memory ➡ 24 Phonebook.*

## SIM card and battery information

Always turn off the phone and detach the charger before you insert or remove a SIM card.

⚠ *It may take up to 30 minutes before the battery icon appears when charging.*

4    This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000008728

Getting started

**To insert the SIM card and charge the battery**



1 Insert the SIM card. Make sure the SIM card is placed under the silvery holders.

2 Place the battery on the back of the phone with the label side up and the connectors facing each other.

3 Place the back cover as shown in the picture and slide it into place.

4 Open the connector cover and connect the charger to the phone at the flash symbol. The flash symbol on the charger plug must face upwards.

5 It may take up to 30 minutes before the battery icon appears on the screen.

6 Wait approximately 4 hours or until the battery icon indicates that the battery is fully charged. If you do not see the battery icon after this time, press any key or ⊙ to activate the screen.

7 Remove the charger by tilting the plug upwards.

**PIN (Personal Identity Number)**
You may need a PIN (Personal Identity Number) to activate the services in your phone. Your PIN is provided by your network operator. When you enter your PIN, the digits are hidden with an *,

5

APLNDC-WH0000008729

Getting started

unless your PIN starts with the same digits as an emergency number, for example 112. This is so that you can see and call an emergency number without entering a PIN ➡ *23 Emergency calls.*

If you make a mistake while entering your PIN, delete the number by pressing $\boxed{C}$.

 *If you enter the wrong PIN three times in a row, the SIM card is blocked and the message PIN blocked appears. To unblock it, you need to enter your PUK (Personal Unblocking Key)* ➡ *84 SIM card lock.*

## Available services

Some services and functions described in this user guide are network- or subscription-dependent. Because of this, all menus may not be available in your phone.

 This symbol indicates that a service or function is network- or subscription-dependent.

Please consult your network operator for more information about your subscription.

## Turning on the phone and making calls

Make sure that the phone is charged before you turn it on. When you have turned the phone on, you can use a setup wizard to quickly and easily prepare your phone for use.

### Setup wizard

You can use the setup wizard to help you get started with the basic settings in your phone. If you do not want help the first time you turn on your phone, you can select to use the wizard later. You can also select to start the wizard from the menu system at any time. The wizard gives you tips on how to use the keypad and guides you through the following settings:

• Time and time format.
• Date and date format.
• Copying names and numbers from your SIM card to Contacts in the phonebook.

APLNDC-WH0000008730

Getting started

**To start the setup wizard from the menu system**

1  ▶ Settings ▶ the General tab ▶ Setup wizard.
2  Select language for your phone.
3  To use the wizard ▶ Yes and follow the instructions that appear.

**To turn on the phone**



1  Press and hold ⓞ.
2  Enter your PIN, if you have one for your SIM card.

3  At first start-up, select the language you want for your phone, that is, the language for the menus.
4  ▶ Yes if you want the setup wizard to help you get started, and follow the instructions that appear.

**To make and receive calls**

•  Enter the area code and phone number ▶ Call to make the call. ▶ End call to end the call.
•  When the phone rings ▶ Yes.

This is the Internet version of the users guide. © Print only for private use.      **7**

APLNDC-WH0000008731

Getting to know your phone

# Getting to know your phone

*Phone overview, use the menus, enter letters, file manager.*

## Phone overview



| | | |
|---|---|---|
| 1 | ⌐ | Infrared port |
| 2 | | Press and hold to activate the camera and video recorder |
| 3 | | Volume buttons |
| 4 | | Screen |
| 5, 11 | | Selection keys |
| 6 | | Press once to go back one level in the menus. Press and hold to return to standby. |
| 7 | | Stereo headset and charger connector. Connector cover. |
| 8 | | Press and hold to turn the phone on/off |
| 9 | | Speaker |
| 10 | | Internet button |
| 12 | | Navigation key. Press to enter the desktop menu. Move through menus, lists and texts. |
| 13 | | Delete numbers, letters or an item from a list. |
| 14 | | Microphone |

8

APLNDC-WH0000008732

Getting to know your phone

## Overview, menu

**1. Sony Ericsson***

**2. Internet services***

**3. Entertainment**
Games
Music DJ
Record sound

**4. Camera**

**5. Messaging**
Write new
Inbox
My friends
Call voicemail
Email
Drafts
Templates
Outbox
Sent items
Saved items
Settings

**6. Radio**

**7. File manager**
Pictures
Sounds
Videos
Themes
Games
Applications
Other

**8. Phonebook****
Contacts
Options:
Speed dial
My business card
Groups
SIM numbers
Special numbers
Advanced

**8. Phonebook****
SIM numbers
Options:
Speed dial
My business card
Contacts
Special numbers
Advanced

**9. Media player**



**10. Connectivity**
Online services
Bluetooth
Infrared port
Synchronization
Mobile networks
Data comm.
Internet settings
Streaming settings
Accessories

**11. Organizer**
Calendar
Tasks
Notes
Applications
Alarms
Timer
Stopwatch
Calculator
Code memo

**12. Settings**
General
Profiles
Time & date
Language
Voice control
Phone status
Shortcuts
Locks
Setup wizard
Master reset

Sounds & alerts
Volume
Ringtone
Silent mode
Vibrating alert
Message alert
Key sound

Display
Wallpaper
Themes
Start-up screen
Screen saver
Light

Calls
Divert calls
Manage calls
Time & cost
Show or hide no.
Handsfree

*Please note that some menus are operator, network or subscription-dependent.
**The menu depends on which phonebook is selected as default.

This is the Internet version of the user's guide. © Print only for private use.

9

Getting to know your phone

## Navigating the menus
The main menus are shown as icons on the desktop. Some submenus include tabs that appear on the screen. Scroll to a tab with the navigation key and select an option.



1   Press ⊙ to go to the desktop.
    Press ⊙ to select highlighted items.
    Move ⊚, ⊝, ⊛, ⊚ through menus and tabs.
2   Press to go back one level in the menus.
    Press and hold to return to standby.
3   Press to select the options shown immediately above these keys on the screen.

## Phone language
Most SIM cards automatically set the language used in the menu to the language of the country/region where you bought your SIM card. If this is not the case, the predefined language is English.

If you use the setup wizard to help you get started with your phone, you will be asked to select phone language. ➡ 6. Setup wizard.

*You can always choose Automatic language by pressing ⊚ 8888 ⊝ in standby.*
*You can always choose English by pressing ⊚ 0000 ⊝ in standby.*

### To change the phone language
1   ▸ Settings ▸ the General tab ▸ Language ▸ Phone language.
2   Select a language.

## Help texts
More information, explanations or tips about selected features, menus or functions are available in your phone.

### To get help
Scroll to the menu item ▸ Info.

## Shortcuts
A quicker way to move through the menus is to use shortcuts. You can use keypad shortcuts, or you can create your own shortcuts from standby.

10

Getting to know your phone

**Using keypad shortcuts**

Enter the menus by pressing ⊙ and then enter the number of the menu to which you want to go. For example, to reach the fifth menu item, press (5). To reach the tenth, eleventh and twelfth menu items, press (✱a/A), (0 +) and (#⚊) respectively. To get back to standby, press and hold (⚊).

**Creating standby shortcuts**

You can create your own shortcuts and use ⊙ to go directly to that function.

*To create a standby shortcut*

1   Press ⊙ in a direction for which there is no predefined shortcut. ► Yes when you are asked if you want to create a shortcut.

2   Scroll to a function that you want to create a shortcut to ► Shortcut.

*To edit a standby shortcut*

1   ► Settings ► the General tab ► Shortcuts and select which shortcut you want to edit ► Edit.

2   Scroll to a function that you want to create a new shortcut to ► Shortcut.

**More options**

► More to enter a list of options. There are different alternatives in the list of options depending on where you are in the menus.

**Entering letters**

There are two ways of entering letters, for example, when writing a message or writing a name in the phonebook:
•   Multitap text input
You press each key as many times as needed to show the letter you want.
•   T9™ Text Input
The T9 Text Input method uses a built-in dictionary to recognize the most commonly used word for each sequence of key presses. This way, you press each key only once, even if the letter you want is not the first letter on the key.

**Writing languages**

Before you start entering letters, you need to select the languages that you want to use when writing.
    When writing, you can switch to one of your selected languages by pressing and holding (#).

11

APLNDC-WH0000008735

Getting to know your phone

### To select writing language

1   ► Settings ► the General tab ► Language
    ► Writing language.
2   Scroll to the language that you want to use for
    entering letters and mark each language you
    want. ► OK to exit the menu.

### To enter letters using multitap text input

1   To enter text, you have to be in a function
    where text input is possible, for example
    ► Messaging ► Write new ► Text message.
2   Press the appropriate key, ⓵ – ⓽, ⓪
    or ⌗, repeatedly until the character you
    want appears on the screen.

| Press... | to get... |
|---|---|
| ⓵ | ...-?!'@:;/()¥ |
| ⓶ | A B C Å Ä Æ à Ç 2 Γ |
| ⓷ | D E F é È 3 Δ Φ |
| ⓸ | G H I i 4 |
| ⓹ | J K L 5 Λ |
| ⓺ | M N O Ñ Ö Ø ó 6 |

| Press... | to get... |
|---|---|
| ⓻ | P Q R S & 7 Π Σ |
| ⓼ | T U V Ü ù 8 |
| ⓽ | W X Y Z 9 . |
| ⓪ | + 0 Θ Ξ Ψ Ω |
| ⌗ | space ↵ ¶ |
| c | to delete letters and numbers |
| * | to shift between capital and lower-case letters |
| ⓪ - ⓽ | press and hold to enter numbers |

 *Multitap input only applies when Latin characters are selected as input language.*

### Example:

• To enter an 'A', press ⓶ once.
• To enter a 'B', quickly press ⓶ twice.
• To shift between capital and lower-case letters,
  press *, then enter the letter.

Getting to know your phone

- You can use the volume buttons as a shortcut to certain letters: To enter a 'B', press and hold 🔼 and press ②. To enter a 'C', press and hold 🔽 and press ②.

**To enter letters using T9 Text Input**
1  ▶ Messaging ▶ Write new ▶ Text message.
2  For example, if you want to write the word "Jane", press ⑤, ②, ⑥, ③.
3  If the word shown is the one you want, press # to accept and add a space. To accept a word without adding a space, press ⟳. If the word shown is not the one you want: press ⟳ or ⟳ repeatedly to view alternative words. Accept a word and add a space by pressing #.
4  Continue writing your message. To enter a full stop or other punctuation marks, press ① and then ⟳ or ⟳ repeatedly. Accept by pressing #.

**To add words to the T9 dictionary**
1  While entering letters ▶ More ▶ Spell word.
2  Edit the word by using multitap input. Navigate between the letters with ⟲ and ⟳. To delete a character, press C. To delete the entire word, press and hold C.
3  When you have edited the word ▶ Insert. The word is added to the T9 dictionary. Next time you enter this word using T9, it will appear as one of the alternative words.

**To select another writing method**
Before, or while entering letters, press and hold ✳ to select another writing method.

**Options when entering letters**
▶ More to view a list of options. The list may contain some or all of the following:
- Add symbol – symbols and punctuation marks such as ? and , are shown. Move between the symbols by using ⟲, ⟳, ⟳ and ⟳.
- Add item – pictures, melodies and sounds.
- Spell word – for T9 Text Input only. Edit the suggested word by using multitap text input.
- Text format – change style, size and alignment.

**13**

APLNDC-WH0000008737

Getting to know your phone

- Writing language – a list of available languages is shown.
- Writing method – a list of methods available for the current language is shown.
- Dictionary (T9) – turn T9 text input on or off.
- Word suggestions – select to view, or not, word suggestions when writing a word.
- My words – manage the words that you have added to the dictionary.
- National chars. – Turn off language-specific characters to save space. This option appears only for some writing languages.

**Chinese input**
This mobile phone has different input methods for entering Chinese characters:
- Stroke input
- Pinyin input
You can use these methods, for example, to enter Chinese names and Chinese short messages.

**Switching between Chinese input methods**
In the Chinese editing mode, you can select and switch quickly to another input method by pressing and holding ⟨✳⟩.

**General instructions**
Regardless of which input method you choose, your phone has a function to speed up the entry of Chinese characters. Whenever you enter a stroke or a Pinyin letter, a candidate row of the most frequently used characters containing that stroke or relating to that letter, appears at the bottom of the display.
If the character you want is not displayed in the candidate row, press ⟨Q⟩ to present another candidate row. Continue pressing ⟨Q⟩ until the character you want is displayed. Alternatively, you can enter the next stroke or Pinyin letter, and a new set of characters will immediately be displayed in the candidate row. To go back to the previous row, press ⟨8⟩. To select a character in the candidate row, press the navigation key or press and hold the key corresponding to the number above the character you want to enter.

APLNDC-WH0000008738

Getting to know your phone

## Input methods in detail

### Stroke input

A Chinese character is built up of strokes. There are more than 30 basic strokes, which are grouped into 5 stroke categories. Each category is represented on the keypad by one of the keys ①
- ⑤. The Wild Card key ⑥, is used when you are not sure of which stroke to use ➡ *17 Example of stroke input* and ➡ *17 Example of using the wild card key.*

### Stroke categories

The 5 stroke categories are defined in the table below:

| Number Key | Stroke Category | Basic Stroke | Stroke Name | Character |
|---|---|---|---|---|
| ① | 一 | 一 | Over | 王 十 在 七 天 |
| | | ㇀ | Lift | 海 红 壮 状 习 |
| ② | 丨 | 丨 | Down | 中 业 上 门 丑 |
| | | ㇁ | Down-Hook | 小 水 打 子 承 |
| | | ㇓ | Short Slope Down | 直 真 质 草 |
| ③ | 丿 | 丿 | Long Left Slope | 八 九 丹 风 片 |
| | | ㇀ | Over Slope | 晋 千 匕 后 丢 |
| | | ㇒ | Short left Slope | 商 页 面 学 殷 |
| ④ | 丶 | 丶 | Dot | 六 学 雷 心 性 |
| | | ㇏ | Right Slope | 人 火 又 送 林 |
| | | ㇄ | Down-Curved-Over | 四 西 酉 酸 |

15

APLNDC-WH0000008739

Getting to know your phone

| Number Key | Stroke Category | Basic Stroke | Stroke Name | Character |
|---|---|---|---|---|
| ⑤ | 乛 | ㄴ | Down-Over | 山 巨 屯<br>母 凶 |
| | | ノ | Left Slope-Over | 么 去 公<br>约 维 |
| | | ㇂ | Left Slope-Dot | 女 要 好<br>巡 巢 |
| | | ㇇ | Down-Lift | 衣 以 饭<br>收 长 |
| | | ㇏ | Right Slope-Hook | 我 戒 民<br>成 伐 |
| | | ㇆ | Down-Over-Hook | 心 必 思<br>忘 |
| | | ㇄ | Down-Over-Curved-Hook | 电 也 毛<br>兜 孔 |
| | | ㇅ | Down-Over-Left Slope | 专 传 转 |
| | | ㇎ | Down-Over-Down-Hook | 马 与 张<br>号 费 |
| | | ㇉ | Down-Over-Down | 嫩 嬲 |
| | | ㇀ | Over-Hook | 写 字 皮<br>通 免 |
| | | ㇕ | Over-Down | 口 已 户<br>书 骨 |

| Number Key | Stroke Category | Basic Stroke | Stroke Name | Character |
|---|---|---|---|---|
| | | ㇆ | Over-Down-Hook | 力 习 也<br>同 永 |
| | | ㇇ | Over-Left Slope | 又 之 发<br>多 社 |
| | | ㇌ | Over-Down-Over-Left Slope | 及 极 廷<br>建 |
| | | ㇈ | Over-Left Slope-Curved-Hook | 阿 队 陈<br>那 部 |
| | | ㇋ | Over-Down-Over-Hook | 乃 诱 撅<br>隽 杨 |
| | | ㇆ | Over-Down-Over-Down | 凸 |
| | | ㇉ | Curved-Hook | 狗 豹 家<br>逐 狂 |
| | | ㇄ | Over-Down-Curved-Hook | 乙 九 瓦<br>飞 凤 |
| | | ㇌ | Over-Down-Over | 投 泊 船<br>凹 |
| | | ㇇ | Over-Down-Lift | 话 计 认<br>讯 |
| ⑥ | | ? (Wild card key) | | |

**Components**

The basic building units of Chinese characters are components that are made of strokes. After entering the first two strokes of the desired

APLNDC-WH0000008740

character, the component and character candidates that started with that stroke are displayed in the candidate row.

Using components is a fast method for entering complex characters.

 *The smaller candidates surrounded by dotted frames are components, and the bigger candidates without dotted frames are characters.*

### Example of stroke input

***For example, to enter " 信息 "***

1   Enter " ノ", "丨" and "ヽ".
2   Move the cursor to " 信 ", press ⊙.
3   Press ⊙ again to select " 息 ".

### Example of using the wild card key

The wild card key ⑥ is used to supplement unclear strokes in entering characters. If you want to enter " 牙 ", but you only know that " · · " is the first and the last stroke of the character and that the total number of strokes is four:

• Enter ①, ⑥, ⑥, ①.

The character is displayed in the candidate row.

### Pinyin input

Press the keys containing the required Pinyin letters, and the phone will make various proposals on the display, according to the pronunciation rules of Mandarin.

Below is the key mapping of Pinyin letters on the keypad.

| Number Key | Pinyin Letter |
|---|---|
| ② | a b c |
| ③ | d e f |
| ④ | g h i |
| ⑤ | j k l |
| ⑥ | m n o |
| ⑦ | p q r s |
| ⑧ | t u ü |
| ⑨ | w x y z |

 *On the keypad, the letter ü is replaced by v.*

**17**

APLNDC-WH0000008741

Getting to know your phone

## Example of Pinyin input

### *For example, to enter " 信息 "*

1  Press ⑨, ④, ⑥.
2  When " 信息 " is highlighted, press ↶ or ↷
   and select " 侣 ", then press ⊙.
   (If you want to enter any of the other suggested
   Pinyin combinations, scroll up or down to the
   desired combination, then press ⊙).
3  Press ⊙ again to select " 息 "

## Fuzzy Pinyin

Fuzzy Pinyin is an option for the Pinyin input
method, which contains additional spelling
alternatives.
When in Pinyin input mode, press More
▶ Fuzzy Pinyin ▶ On.

## Input punctuation, symbols and smilies

Under any Chinese input mode, press ⊛, to see
the table of punctuations, symbols and smilies.
Use the navigation key to make a selection.
Press ⌗ to enter a space into the text.

## File manager

Items such as pictures, videos, sounds, themes and
games are saved as files in folders. All files that the
phone cannot recognize are saved in the Other
folder. The phone has several predefined folders.
You can create your own subfolders in the
predefined folders, to which you can move your
saved files.
    When handling files, you can select several files
at the same time to delete, send or move to a folder.

### *To move a file to a folder*

1  ▶ File manager and select a folder.
2  Scroll to a file, for example, a picture that
   you want to move ▶ More ▶ Manage files
   ▶ Move to folder.
3  Select the folder you want to move the file to,
   or select New folder and name the folder ▶ OK.

### *To create a subfolder*

1  ▶ File manager and select a folder.
2  ▶ More ▶ New folder and enter a name for
   the folder.
3  ▶ OK to save the folder.

APLNDC-WH0000008742

**To select several files**
1 ► File manager and select a file ► More ► Mark several.
2 Scroll and select more files by pressing Mark or Unmark.

**File information**
Items that are downloaded, or received using Bluetooth wireless technology, the infrared port, text or picture messages may be copyright-protected. If a file is protected, you may not be able to copy or send that file – a message will appear to inform you about this. You can also select to view information for the file.

## Quick keys
Useful key combinations are described below.

**Navigating menus**

| | |
|---|---|
| Enter the main menu and select menu items | ⊙ |
| Navigate in the menu and lists | ⊚ ⊚ ⊚ ⊚ |
| Delete an item | press ⓒ when in lists |
| Enter a list of options | ► More |
| Enter the status menu to see, for example, date, profile, free memory and model name | press a volume button once |
| Change the language to Automatic | ⊚ 8888 ⊚ |
| Change the language to English | ⊚ 0000 ⊚ |
| Go back to standby | press and hold ⊡ |

**19**

APLNDC-WH0000008743

Getting to know your phone

## Making and receiving calls

| | |
|---|---|
| Make an emergency call | enter the international emergency number ► Call |
| Set the phone to silent | press and hold (#—) |
| Call your voicemail | press and hold (1) |
| Enter call list | ► Calls |
| Voice dial | press and hold a volume button or say your magic word |
| Reach a contact beginning with a specific letter | press and hold any of the keys (2) - (9) |
| Speed dial | press any of the number keys (1) - (9) and ► Call |
| Reject a call | quickly press a volume button twice when receiving a call or ► No |

| | |
|---|---|
| Turn off the ringtone when receiving a call | press a volume button once or press (C) |
| Put a call on hold | ► Hold |
| Retrieve a call | ► Retrieve |
| Turn off the microphone | press and hold (C) |
| Enter a list of options | ► More |

## Entering letters

| | |
|---|---|
| Shift between capital and lower-case letters | press (*), then the letter |
| Delete letters and numbers | press (C) |
| Shift between multitap or T9 Text input methods | press and hold (*) |
| Shift between writing languages | press and hold (#) |
| Enter numbers | press and hold any of the number keys |
| Enter the + sign | press and hold (0) |

APLNDC-WH0000008744

| | |
|---|---|
| Enter a *p* (pause) | press and hold ⊛ when entering numbers or saving codes |

**Using multitap text input**

| | |
|---|---|
| Reach the second letter or character of a key | press and hold ⊕ and press any of the number keys |
| Reach the third letter or character of a key | press and hold ⊖ and press any of the number keys |
| Enter a space | press # |

**Using T9 Text Input**

| | |
|---|---|
| View alternative words | ☺ or ☺ |
| Accept a word and add a space | press ⊕ |
| Enter a full stop | press 1 |
| View alternative punctuation marks | press 1, then ☺ or ☺ repeatedly |

# Calling

*Calls, phonebook, voice control, call options.*

## Making calls

Before you can make or receive any calls, you must turn on the phone and be within range of a network.
➡ *6 Turning on the phone and making calls.*

### Networks

When you turn on the phone, it automatically selects your home network if this is within range. If it is not within range, you may use another network, provided your network operator has an agreement that allows you to do so. This is called roaming.

You can select the network you want to use, or you can add a network to your list of preferred networks. You can also change the order in which networks are selected during an automatic search. For all such options ► Connectivity ► Mobile networks.

*You can call numbers from the call list and the Phonebook.* ➡ *28 Call list, and* ➡ *24 Phonebook. You can also use your voice to make calls.* ➡ *29 Voice control.*

**21**

APLNDC-WH0000008745

Calling

***To make a call***
1   Enter the area code and the phone number.
2   ► Call to make the call.
3   ► End call to end the call.

***To change the speaker volume during a call***
Use the volume buttons on the side of the phone to increase or decrease the speaker volume during a call.

***To turn off the microphone during a call***
1   Press ⊙ ► Mute microphone, or press and hold Ⓒ until the icon for muted microphone is displayed.
2   ► Unmute, or press and hold Ⓒ again, to resume the conversation.

## Receiving calls
When you receive a call, the phone rings and Answer? is displayed.

   If your subscription includes the Calling Line Identification service and the caller's number is identified, the number is displayed.

   If you have saved the number in the phonebook, the name and number are displayed. If you have assigned a picture to a contact, the picture is also displayed. If the number is a restricted number, Withheld is displayed.

***To answer a call***
► Yes.

***To reject a call***
► No or quickly press a volume button twice.

**Missed calls**
If you have missed a call, Missed calls: appears in standby indicating the number of missed calls.
► Yes to view the missed calls in the call list. If you want to view the missed calls later ► No. Use ⊛, ⊕, ⊙ and ⊙ to scroll between the tabs.

***To check your missed calls***
1   From standby ► Calls and scroll to the missed calls tab.
2   To call a number from the list, scroll to the number ► Call.

22

Calling

## Automatic redialling

The phone re-dials the number up to ten times or until:

• The call is connected
• You press Cancel
• You receive a call

Automatic redialling is not available for data calls.

 *Do not hold the phone to your ear while waiting. When the call is connected, the phone gives a loud signal.*

### To re-dial a number

If the connection of the call failed and Retry? is displayed ► Yes.

## Making international calls

When you make an international call, the + replaces the international prefix number of the country/region from which you are calling.

### To make international calls

1   Press and hold ⓪ until a + sign appears on the screen.
2   Enter the country/region code, area code (without the leading zero) and phone number ► Call.

## Emergency calls

Your phone supports the international emergency numbers, 112, 911 and 08. This means that these numbers can normally be used to make an emergency call in any country/region, with or without a SIM card inserted, if a GSM network is within range.

 *In some countries, other emergency numbers may also be prompted. Your network operator may therefore have saved additional local emergency numbers on the SIM card.*

### To make an emergency call

Enter, for example, 112 (the international emergency number) ► Call.

23

APLNDC-WH0000008747

Calling

### To view your local emergency numbers
▶ Phonebook ▶ Options ▶ Special numbers ▶ SOS numbers.

## Phonebook

You can save your phonebook information in the phone memory, as contacts, or on the SIM card, as names and numbers. You can choose which phonebook – contacts or SIM numbers – is shown as default.

For useful information and settings in either of these phonebooks ▶ Options.

### Contacts

You can save up to 510 numbers in your contacts. You can also add pictures, ringtones and personal information, such as email, Web and street addresses, to the contacts.

When you add information to a contact, the information is organized under five tabs. Use ⟵, ⟳, ⟱ and ⟲ to scroll between the tabs and their information fields.

### SIM numbers

On your SIM card, you can save entries as a name with a single number. The number of entries you can save depends on the amount of memory available on the SIM card, see Phonebook ▶ Options ▶ Advanced ▶ Memory status.

 Contact your network operator or service provider for more information.

### Contacts or SIM numbers as default phonebook

If you select to use contacts as default, your phonebook will show all information saved in contacts. If you select SIM numbers as default, the phonebook will only show names and numbers saved on the SIM card.

### To select contacts or SIM numbers as your phonebook
1   ▶ Phonebook ▶ Options ▶ Advanced ▶ My phonebook.
2   Select Contacts or SIM numbers.

**24**

APLNDC-WH0000008748

Calling

### To add a contact

1   ► Phonebook ► New contact ► Add.
2   Enter the name directly or press Add and enter
    the name ► OK.
3   Enter the number directly or press Add and
    enter the number ► OK.
4   Select a number type.
5   Scroll between the tabs and select fields to
    enter more information. To enter symbols, for
    example, @ in an email address ► Symbols and
    select a symbol ► Insert.
6   When you have entered the information you
    want for your contact ► Save.

### To add a SIM number

If SIM numbers is your default phonebook,
follow the same steps as for adding a contact.
You can add only name and number to the SIM
numbers phonebook.

### Pictures and personal ringtones

You can add a picture and a personal ringtone to a
phonebook contact. When that person calls, the
picture is displayed (provided your subscription
supports the Calling Line Identification service)
and the ringtone is played.

### To add a picture or a personal ringtone to a contact

1   ► Phonebook and select the contact you
    want to add a picture or ringtone to ► More
    ► View & edit.
2   Scroll to the relevant tab and select Picture: or
    Ringtone: ► Edit. This takes you to Pictures or
    Sounds in the File manager menu.
3   Select a picture or sound. ► Save to save the
    picture or sound.

### Calling from the phonebook

You can call one of the numbers saved for one of
your contacts, or a number on your SIM card.
    If contacts is the default phonebook, you can
choose to call from contacts or from the SIM card.
    If SIM numbers is the default phonebook, you
can only call the numbers on the SIM card.

### To call a contact

1   ► Phonebook. Scroll to, or enter the first letters
    of the contact you want to call.
2   When the contact you want to call is
    highlighted, press ⬅ or ⬆ to select a number
    ► Call.

APLNDC-WH0000008749

Calling

### To call a SIM number
1  ► Phonebook. If SIM numbers is the default phonebook, select the name and number you want to call from the list ► Call.
2  If Contacts is the default phonebook ► Phonebook ► Options ► SIM numbers and select the name and number you want to call from the list ► Call.

### Ask to save
When you end a call, the phone can prompt you to add a phone number or email address to your contacts.

### To activate ask to save in contacts
► Phonebook ► Options ► Advanced ► Ask to save ► On.

## Updating the phonebook
When needed, you can easily update and edit any information in your phonebook.

### To edit a contact
1  ► Phonebook and select a contact ► More ► View & edit.
2  Scroll to the relevant tab and edit the information you want to edit ► Save.

### To edit SIM numbers
1  If SIM numbers is your default phonebook ► Phonebook and the number you want to edit. If contacts is your default phonebook ► Phonebook ► Options ► SIM numbers. Select the name and number you want to edit.
2  ► More ► Edit and edit the name and number.

### To delete a contact or a SIM number
► Phonebook and scroll to the contact or SIM number you want to delete, press ⓒ.

### To delete all contacts
1  ► Phonebook ► Options ► Advanced ► Delete all contacts.
2  ► Yes and enter the phone lock code ► OK. The default phone lock code is 0000. Names and numbers that are saved on the SIM card are not deleted.

APLNDC-WH0000008750

Calling

**Default items for contacts**
You can choose which item – a phone number,
email address or a Web address – that is displayed
first for each contact.

*To set the default item for a contact*
1    ▶ Phonebook and scroll to a contact ▶ More
     ▶ Default
2    Select the phone number, email address or
     Web address that you want as default item.

**Copying contacts**
You can copy SIM numbers to and from your
contacts and the SIM card. Choose if you want to
copy all SIM numbers, or a SIM number.

*When you copy from the phone, all existing
information on the SIM card will be replaced.*

*To copy names and numbers to the
SIM card*
1    ▶ Phonebook ▶ Options ▶ Advanced
     ▶ Copy to SIM.
2    Select Copy all or Copy a number.

*To copy SIM numbers to contacts*
1    ▶ Phonebook ▶ Options ▶ Advanced
     ▶ Copy from SIM.
2    Select Copy all or Copy a number.

**Sending contacts**
You can send contacts using Bluetooth
wireless technology, the infrared port or a text
or picture message.

*To send a contact*
1    ▶ Phonebook and select a contact ▶ More
     ▶ Send contact.
2    Select a transfer method.

*To send all contacts*
▶ Phonebook ▶ Options ▶ Advanced ▶ Send all
contacts and select a transfer method.

**Checking the memory**
With the memory status function in your
phonebook, you can check how many positions you
have left in the phone memory and SIM memory.

27

APLNDC-WH0000008751

Calling

### To check the memory
▶ Phonebook ▶ Options ▶ Advanced
▶ Memory status.

## Synchronizing contacts
You can back up and synchronize your contacts
with a phonebook on the Web. For more
information about a phonebook on the web, please
contact your service provider.

1   ▶ Phonebook ▶ Options ▶ Sync. contacts
    ▶ Select.
2   If you have more than one account, select
    which account to use ▶ Select. If you do not
    have an account in the phone. ➡ *74 To enter
    the remote synchronization settings*

## Call list
The numbers of the last 30 calls that you have
made are saved in the call list. If your subscription
includes the Calling Line Identification service and
the caller's number is identified, the call list also
shows the numbers of answered and missed calls.
In addition to the call list with all numbers, there
are also separate lists for dialled, answered and
missed calls, organized under tabs.

### To call a number from the call list
1   ▶ Calls from standby and select a tab.
2   Scroll to the name or number you want to call
    ▶ Call.

### To clear the call list
▶ Calls and scroll to the tab with all calls ▶ More
▶ Delete all.

## Speed dialling
You can save the phone numbers that you want to
reach easily in positions 1-9 in your phone and on
your SIM card. To speed dial with contacts as
default phonebook, numbers have to be saved as
contacts, and to speed dial with SIM numbers as
default phonebook, numbers have to be saved on
your SIM card.

### To speed dial
From standby, enter the position number and
▶ Call.

28

Calling

***To set the position number for speed dialling***

1    ► Phonebook ► Options ► Speed dial and scroll to the position to which you want to add a phone number ► Add.
2    Select a number.

***To replace a number in the speed dial list***

1    ► Phonebook ► Options ► Speed dial.
2    Scroll to the number ► Replace. Select a new number for the position.

## Voicemail

If your subscription includes an answering service, callers can leave a voicemail message when you cannot answer a call.

### Receiving a voicemail message

Depending on your network operator, you are informed that someone has left a message by a text message or by a voicemail icon. Press Yes to read the text message and call the voicemail service to listen to the message.

### Calling your voicemail service

You can easily call your voicemail service by pressing and holding ⎯1⎯. If you have not set your voicemail number, you will be asked if you want to enter the number. ► Yes to enter the number. You get the number from your service provider.

***To enter the number to your voicemail service***

► Messaging ► Settings ► Voicemail number.

## Voice control

With your phone, you can use your voice to:

• Voice dial – call someone by saying the name.
• Activate voice control by saying a "magic word".
• Answer and reject calls when using a handsfree kit.

You can save approximately 30 recorded words as voice commands in the phone. Voice commands cannot be saved on the SIM card. There are 25 seconds available for voice commands. When recording, make sure that you are in a quiet environment and try to use names that are distinct from each other ➡ *32 Tips when recording and using voice commands.*

**29**

APLNDC-WH0000008753

Calling

**Before voice dialling**
You must first activate the voice dialling function
and record your voice commands. An icon appears
next to a phone number that has a voice command.

*To activate voice dialling and
record names*
1   ▶ Settings ▶ the General tab ▶ Voice control
    ▶ Voice dialling ▶ Activate ▶ New voice and
    select a contact.
2   If the contact has more than one number, use
    ⬆ and ⬇ to view the numbers. Select the
    phone number to which you want to add the
    voice command. Now you are going to record a
    voice command such as "John mobile" for the
    phone number you selected.
3   Instructions appear. Lift the phone to your ear,
    wait for the tone and say the command that you
    want to record. The voice command is played
    back to you.
4   If the recording sounds ok ▶ Yes. If not ▶ No
    and repeat step 3.
5   To record another voice command for a contact
    ▶ New voice again and repeat steps 2-5 above.

**Caller name**
You can choose whether you want to hear the
recorded contact name when you receive a call
from that contact.

*To turn the caller name On or Off*
    ▶ Settings ▶ the General tab ▶ Voice control
    ▶ Play caller name.

## Voice dialling
You can voice dial by saying a pre-recorded voice
command. Start voice dialling from standby using
the phone, a portable handsfree, a Bluetooth
headset or by saying your magic word.

*To make a call from the phone*
1   From standby, press and hold one of the
    volume buttons.
2   Lift the phone to your ear, wait for the tone and
    say the name you recorded earlier, for example
    "John mobile". The name is played back to
    you and the call is connected.

*To make a call with a handsfree*
From standby, press the handsfree button, or
Bluetooth headset button.

**30**   This is the Internet version of the User's guide. © Print only for private use.

APLNDC-WH0000008754

Calling

**The magic word**

You can record a magic word and use it as a voice command to allow totally handsfree access to voice dialling. Instead of pressing and holding a volume button to voice dial, you say the magic word and then one of your recorded voice commands. The magic word is especially suitable when using a car handsfree kit.

 *Choose a long, unusual word or phrase that can easily be distinguished from ordinary background speech.*

**To activate and record the magic word**

1   ► Settings ► the General tab ► Voice control ► Magic word ► Activate.
2   Instructions appear. ► Continue and lift the phone to your ear. Wait for the tone and say the magic word.
3   Instructions appear. ► Continue and select the environments in which you want your magic word to be activated. You can select several alternatives.

**Voice answering**

You can answer or reject incoming calls by using your voice, when using a portable handsfree or a car handsfree kit.

⚠ *You cannot use voice answering if you have selected an MP3 file as ringtone.*

**To activate voice answering and record voice answer commands**

1   ► Settings ► the General tab ► Voice control ► Voice answer ► Activate.
2   Instructions appear. ► Continue and lift the phone to your ear. Wait for the tone and say "Answer", or another word. If the recording sounds ok ► Yes. If not ► No and repeat step 2.
3   Say "Busy", or another word ► Yes.
4   Instructions appear. ► Continue and select the environments in which you want voice answering to be activated. You can select several alternatives.

**To answer a call using voice commands**

When the phone rings, say "Answer" and the call is connected.

APLNDC-WH0000008755

Calling

### To reject a call using voice commands
When the phone rings, say "Busy".
The call is rejected. The caller is diverted to
voicemail, if activated, or hears a busy tone.

### Editing your voice commands
You can keep all your voice commands up to date
by re-recording them or deleting the ones you do
not use. You can also edit a voice command for a
phone number in the phonebook. Select the contact
you want to edit a voice command for ► More
► View & edit. Scroll to the relevant tab and edit
your voice command.

### To re-record a voice command
1   ► Settings ► the General tab ► Voice control
    ► Voice dialling ► Edit names.
2   Select a voice command ► More
    ► Replace voice.
3   Lift the phone to your ear, wait for the tone and
    say the command.

### Tips when recording and using voice commands
If your phone cannot detect speech, one of the
following might have happened:
• You spoke too softly – try speaking louder.
• You held the phone too far away – hold it as you
  do during a call.
• The voice command was too short – it should
  be around one second long and more than
  one syllable.
• You spoke too late or too soon – speak
  immediately after the tone.
• You did not record the voice command when
  the handsfree was attached – for voice control
  with a handsfree kit, record when the handsfree
  is attached.
• You used another intonation – use the same
  intonation as you did when recording the
  voice command.

APLNDC-WH0000008756

Calling

## Diverting calls

If you cannot answer incoming calls, you can divert them to another number, for example, your answering service.

 *When the Restrict calls function is activated, some Divert calls options are not available.*

You can choose between the following divert options:
- Divert always – divert all calls.
- When busy – divert calls if you are already on the phone.
- Not reachable – divert calls if your phone is turned off or if you are unreachable.
- No reply – divert calls that you do not answer within a specified time limit (operator-dependent).

### To activate a call divert
1  ► Settings ► the Calls tab ► Divert calls.
2  Select a call type and then one of the divert options ► Activate.
3  Enter the phone number to which you want your calls to be diverted, or ► Look up to find the contact in your phonebook ► OK.

### To deactivate a call divert
Scroll to the divert option ► Deactivate.

### To check all divert options
► Settings ► the Calls tab ► Divert calls ► Check all.

## More than one call

You can handle more than one call simultaneously. For example, you can put an ongoing call on hold, while you make or answer a second call, and then switch between the two calls.

### Call waiting service
If the call waiting service is activated, you hear a beep if you receive a second call during an ongoing call.

### To activate or deactivate the call waiting service
► Settings ► the Calls tab ► Manage calls ► Call waiting.

### To make a second call
1  ► Hold to put the ongoing call on hold.
2  Enter the number you want to call ► Call.

33

APLNDC-WH0000008757

Calling

**Receiving a second call**

When you receive a second call, you can do
the following:
- ► Answer to answer the second call and put the
  ongoing call on hold.
- ► Busy to reject the second call and continue the
  ongoing call.
- ► Replace active call to answer the second call
  and to end the ongoing call.

**Handling two calls**

When you have one ongoing call and one call on
hold, you can do the following:
- ► Switch to switch between the two calls.
- Press ⊙ ► Join calls to join the two calls into a
  conference call.
- Press ⊙ ► Transfer call, to connect the two calls.
  You are disconnected from both calls.
- ► End call to end the ongoing call, then press Yes
  to retrieve the held call.
- ► End call twice to end both calls.
- You cannot answer a third call without ending
  one of the first two calls or joining them into a
  conference call.

**Conference calls**

In a conference call, you can have a joint
conversation with up to five other people.
You can also put a conference call on hold
and make another call.

🔊 There may be additional charges for calls involving
multiple parties, contact your service provider for
more information.

**Creating a conference call**

To create a conference call, you must first have one
ongoing call and one call on hold. In a conference
call you can can have a private conversation with
one of the participants or release a participant.

*To join the two calls into a*
*conference call*
Press ⊙ ► Join calls.

*To add a new participant*
1   ► Hold to put the joined calls on hold.
2   Press ⊙ ► Add call and call the next person
    you want to include in the conference call.
3   Press ⊙ ► Join calls.
4   Repeat steps 1-3 to include more participants.

34


Calling

### To release a participant
Press ⊙ ► Release part. and select the participant that you want to release from the conference call.

### To have a private conversation
1  Press ⊙ ► Talk to and select the participant that you want to talk to.
2  ► Join calls to resume the conference call.

## Two voice lines

If you have a subscription that supports alternate line service, your phone may have two voice lines with different phone numbers.

This may be useful if, for example, you want to keep business calls and private calls on separate lines. You select which line you want to use for outgoing calls.

All outgoing calls are made on this line until you change it. Incoming calls can still be received on either line.

You can change the names of the lines, and have different settings for each line, for example, different ringtones.

### To select a line
► Settings ► the Calls tab and select line 1 or 2.

### To change the name of a line
► Settings ► the Display tab ► Edit line names and select one of the lines to edit the name.

## My numbers
You can view, add and edit your own phone numbers.

### To check your phone numbers
► Phonebook ► Options ► Special numbers
► My numbers and select one of the options.

## Accept calls
With the accept calls service, you can choose to receive calls only from certain phone numbers. Other calls are automatically rejected by a busy tone. If the call divert option When busy is activated, calls are diverted instead of rejected by a busy tone. The phone numbers of calls you have rejected are saved in the call list.

**35**

APLNDC-WH0000008759

Calling

**To add numbers to the accepted callers list**
1   ► Settings ► the Calls tab ► Manage calls
    ► Accept calls ► Only from list.
2   ► Edit ► New ► Add. This takes you to
    phonebook look up. Select numbers from
    your phonebook.

**To accept all calls**
► Settings ► the Calls tab ► Manage calls
► Accept calls ► All callers.

## Restricted dialling



You can use the restrict calls service to restrict
outgoing and incoming calls. This may be useful,
for example, when you are abroad. To use this
service, you need a password which you get from
your service provider



*If you divert incoming calls, you cannot activate some
Restrict calls options.*

The following calls can be restricted:
•   All outgoing calls – All outgoing.
•   All outgoing international calls – Outgoing intl.
•   All outgoing international calls except to your
    home country/region – Outgoing intl roam.

•   All incoming calls – All incoming.
•   All incoming calls when you are abroad (when
    roaming) – Inc. when roaming.

**To activate or deactivate a call restriction**
1   ► Settings ► the Calls tab ► Manage calls
    ► Restrict calls and select an option.
2   Select Activate or Deactivate.
3   Enter your password ► OK.

## Fixed dialling

The fixed dialling function allows calls to be made
only to certain numbers saved on the SIM
card.Fixed dialling requires a SIM card that allows
fixed numbers to be saved. The fixed numbers are
protected by your PIN2.

*Calls to the international emergency number 112
can still be made, even when the fixed dialling
function is activated.*

Partial numbers can be saved. For example, saving
0123456 allows calls to be made to all numbers
starting with 0123456.

36

APLNDC-WH0000008760

Calling

### To activate or deactivate fixed dialling
1  ► Phonebook ► Options ► Special numbers
   ► Fixed dialling.
2  Select Activate or Deactivate.
3  Enter your PIN2 ► OK and then ► OK again
   to confirm.

### To save a fixed number
► Phonebook ► Options ► Special numbers
► Fixed dialling ► Fixed numbers ► New number
and enter the information.

## Call time and cost

During a call, the duration of the call is shown on
the screen. If you subscribe to cost information,
you can check the duration of your last call,
outgoing calls and the total time. You can also
check the cost of your last call and the total cost of
your calls.

*If you subscribe to cost information, you must enter
your PIN2 to reset the cost or time counter.*

### To check the call time
► Settings ► the Calls tab ► Time & cost
► Call timers.

### To reset the call time meter
► Settings ► the Calls tab ► Time & cost
► Call timers ► More and select Reset total or
Reset outgoing.

### To check the call cost
► Settings ► the Calls tab ► Time & cost
► Call costs.

### To reset the call cost meter
► Settings ► the Calls tab ► Time & cost
► Call costs ► More ► Clear total cost.

37

APLNDC-WH0000008761

Calling

## Setting the call cost

You can use the tariff function to specify the price per call unit. If you do not specify a price per call unit, the number of call units appears.

### To enter the price per call unit

1  ► Settings ► the Calls tab ► Time & cost ► Call costs ► More ► Set tariff.
2  Enter your PIN2 ► OK.
3  ► Currency and enter the code for the currency you want, (for example GBP for Pounds Sterling) ► OK.
4  ► Units and enter the price per call unit ► OK. To enter a decimal point, press (  *  ).

## Credit limit for calls

You can enter a total amount of money that can be used for making calls. When the amount reaches zero, no more calls can be made. Please note that the credit limit is only an estimated value.

### To set a credit limit

1  ► Settings ► the Calls tab ► Time & cost ► Call costs ► More ► Set credit and enter your PIN2 ► OK.
2  Select Limited or Unlimited. If you select Limited, enter an amount ► OK.

## Call priority service

You can request a certain priority when you make a call, if your subscription supports the call priority service.

The priority levels are defined by your network operator and are normally within the range of 0-4, where 0 is the highest priority.

### To check or change your standard priority level

1  ► Settings ► the Calls tab ► Manage calls ► Default priority.
2  The network sends available priority levels. Select a priority level.

### To change the priority for one call

1  Enter the phone number you want to call.
2  ► More ► Call priority and select a priority. The number is called.

38

Calling

## Closed user groups

The closed user group function is a way of lowering call costs. If you subscribe to closed user groups it is cheaper, on some networks, to make calls within a call group. You can save ten groups.

### To add a group

1 ► Settings ► the Calls tab ► Manage calls ► Closed groups ► Edit list ► New group ► Add.
2 Enter the name of the user group ► Continue.
3 Enter the index number ► Save. You get the index number from your network operator.

### To call outside a closed user group

► Settings ► the Calls tab ► Manage calls ► Closed groups ► Open calls ► On. When Off is selected, it is only possible to call within the group.

## Additional calling functions

### Tone signals

You can use telephone banking services or control an answering machine by sending tone signals (also known as DTMF tones or touch tones) during a call.

- To send the tones, press the keys ⓘ - ⑨, ✱ or #.
- To clear the screen after the call is finished, press ⓒ.
- To turn the tones on or off during a call ► More in standby and select Turn off tones or Turn on tones.

### Notepad

You can use the phone to make a note of a phone number during a call. When you end the call, the number remains on the screen. ► Call to call the number. ► More ► Save number and select a contact to save the number. If you want to create a new contact and save the number ► New contact.

### Showing or hiding your number

If your subscription supports the Calling Line Identification Restriction (CLIR) service, you can hide your phone number when making a call. You can do this per call, or select this as a default setting. ► More in standby to quickly change this default setting.

**39**

APLNDC-WH0000008763

Calling

### To show or hide your phone number
1  ► Enter the phone number you want to call.
2  ► More and select Hide number or
   Show number.

### To always show or hide your phone number
1  ► Settings ► the Calls tab ► Show or hide no.
2  Select Show number, Hide number or
   Network default.

## Groups
You can create a group of numbers. By doing so,
you can send text messages and picture messages
to several recipients at the same time
➡ 41 Messaging.

### To create a group of numbers
1  ► Phonebook ► Options► Groups ► New group
   ► Add.
2  Enter a name for the group ► Continue
3  ► New number ► Add to find the contact in
   your phonebook.
4  Select a number from the contact.
5  Repeat steps 3-4 to add more numbers to the
   group. ► Done to save the group.

## Business cards
You can add your own business card to the
phonebook. You can exchange business cards
between your phone and another similar phone,
a PDA or a PC, using Bluetooth wireless
technology, the infrared port, cable or a text or
picture message.

### To add your own business card
► Phonebook ► Options ► My business card and
enter the information for your business card
► Save.

### To send your business card
► Phonebook ► Options ► My business card
► Send my card and select a transfer method.

### To receive a business card
When you receive a business card ► Yes ► Save
to save the business card in the phonebook.

40

Messaging

# Messaging

*Text messaging, picture messaging, email,
My friends, messaging glossary.*

Your phone supports various messaging services –
text messaging, picture messaging, email and My
friends. Please contact your service provider for
details on which services you can use.

## Text messaging

Text messages are sent via SMS (Short Message
Service). Text messages can contain pictures,
animations, melodies and sound effects. Text
messages can be sent to one person, several
recipients or to a group of recipients that you have
saved in the phonebook ➡ *40 Groups.*

*If you send a text message to a group, you are charged
for each member of that group.*

### Before you start

First make sure that the number of your service
centre is set. The number is supplied by your
service provider and is usually saved on the
SIM card.

### To set the service centre number

1   ► Messaging ► Settings ► Text message
    ► Service centre. If the service centre number
    is saved on the SIM card, it is shown in the list.
2   If there is no number in the list ► Add and enter
    the number, including the international "+"
    sign and country/region code ► Save.

### Sending text messages

For information about entering letters
➡ *11 Entering letters.*

*Some languages-specific characters use more space.
For some languages you can deactivate National
chars. to save space.* ➡ *13 Options when entering
letters.*

### To write and send a text message

1   ► Messaging ► Write new ► Text message.
2   Write your message ► Continue. If you want to
    save the message for later, press  ► Yes to
    save it in Drafts.

**41**

Messaging

3   ► Phone number and enter the recipient's
    phone number, or ► Phonebook look up to
    retrieve a number or a group from the
    phonebook. To enter an email address ► Email
    address. A list below the send options shows
    the last 10 recipients. You can also select a
    recipient from this list. ► Send.

### To insert an item in a text message
1   ► Messaging ► Write new ► Text message.
2   While writing your message ► More
    ► Add item.
3   Select Picture, Sound effect, Melody,
    Animation, Templates or Picture (other).
4   Select an item.

### Formatting text
You can change the style, size and alignment of the
text, and create new paragraphs.

*Text formatting only applies when Latin characters
are used.*

### To format the text in a text message
1   ► Messaging ► Write new ► Text message.
2   While writing your message ► More
    ► Text format. Then select Text size,
    Text style, Alignment or New paragraph.
3   Select a text format.

### Receiving text messages
When you receive a text message, a message alert
sounds and a text is displayed that informs you that
a text message has been received.
    ► Yes to read the text message or ► No if you
want to read the message later.
    While reading the text message you can, for
example, go to a Web address found in the text
message, save a picture found in the text message
or listen to a sound inserted in the text message.
    When you have read the text message ► More
to view a list of options. Press ⊂⊐ to close the
text message.

### Calling a number in a text message
You can call a phone number that appears in a
text message.

### To call a number in a text message
Select the phone number ► Call.

42

APLNDC-WH0000008766

Messaging

## Saving received text messages

Received text messages are saved in the phone memory. When the phone memory is full, you must delete messages or move them to the SIM card to be able to receive new messages. Messages that you have saved on the SIM card remain there until you delete them.

### To save a message to the SIM card
▶ Messaging ▶ Inbox ▶ More ▶ Save message ▶ SIM.

### To save an item from a text message
1   Select the phone number, Web address, picture or sound that you want to save in the message ▶ More.
2   If you have selected to save a phone number ▶ Use ▶ Save number. If you have selected a Web address ▶ Save bookmark, a picture ▶ Save picture, a sound ▶ Save sound.

## Long messages

The number of characters that a text message can contain depends on the language you are writing in. You can send a longer message by linking two or more messages. Please note that you are charged for each of the messages linked in a long message.

You may not receive all parts of a long message at the same time.

Check with your service provider for the maximum number of messages that can be linked.

### To turn long messages on
▶ Messaging ▶ Settings ▶ Text message ▶ Max. msg length ▶ Max. available.

## Templates

If you have one or more messages that you send often, you can save these as templates. There are predefined templates in your phone, but you can also create your own templates.

### To create a template
1   ▶ Messaging ▶ Templates ▶ New template ▶ Add ▶ Text.
2   Write the message ▶ OK.
3   Enter a title for the message ▶ OK.

## Message options

You can set a default value for several message options or choose the settings each time you send a message. You can, for example, select to request a reply to a sent message, select what type of text

This is the Internet version of the user's guide. © Print only for private use.   **43**

APLNDC-WH0000008767

Messaging

message you want to send or set how long a message should be valid. For details about the message options ➡ 54 *Messaging glossary*.

### To set a default text message option
► Messaging ► Settings ► Text message and select an option.

### To set a message option for a specific message
1   When you have selected a recipient to send your text message to ► More ► Advanced.
2   Select the option that you want to change ► Edit and select a new setting.
3   ► Done when you have changed the options.

### To check the status of a sent message
► Messaging ► Sent items and select a text message ► View ► More ► View status.

## Picture messages
Picture messages can contain text, pictures, video clips, camera pictures, and sound recordings and are sent via MMS (Multimedia Messaging Service). You must have a subscription that

supports MMS, and the receiver of the picture message must also have support for MMS. Picture messages can be sent to a mobile phone and an email account. You can send your business card as an attachment in a picture message.

### Before you start
Before sending a picture message, make sure that:
1   The address to your message server is set
    ► Messaging ► Settings ► Picture msg
    ► Message server.
2   You have entered the correct settings
    ► Messaging ► Settings ► Picture msg
    ► Internet profile. Select a profile or
    New profile. To create an Internet profile.
    ➡ 69 *Setting up Internet and email*. You can
    also download all the settings you need
    automatically from your network operator.

### Writing and sending picture messages
When composing a picture message, you select from different items to format your message. The different items are: Picture, Text, Sound, Video, Camera picture, Video clip and Sound recording.

APLNDC-WH0000008768

Messaging

Before sending a picture message, you can select from different options to adjust and enhance your message. You can, for example, preview the entire message or a single page in the message, change the timing for items in the message and add or replace items to be sent in the message. For details about options ➡ *54 Messaging glossary*.

### To write and send a picture message
1    ► Messaging ► Write new ► Picture msg. ► Add to view a list of items to add to your message. Select an item.
2    ► Add to add more items to the message. You can view and select options to enhance the message by highlighting items in the message and pressing the left selection key.
3    When you have finished writing your message ► More ► Send.
4    ► Phone number and enter the recipient's phone number, or ► Phonebook look up to retrieve a number or a group from the phonebook. To enter an email address ► Email address. A list below the send options shows the last 10 recipients. You can also select a recipient from this list. ► Send.

### To make a call while writing a picture message
1    While writing your message ► More.
2    ► Make a call and enter or retrieve a phone number ► Call. You return to the message.
3    To end the call ► More ► End call.

### To set a default message option
► Messaging ► Settings ► Picture msg and select one of the options.

### Additional send options
You can request a read receipt, a delivery report and set a priority for a specific message.
You can also add more recipients to the message. For details about the additional send options ➡ *54 Messaging glossary*.

### To select additional send options
1    When you have entered the recipient's phone number ► More.
2    Select Add recipient or Recipients to add more recipients, or Advanced to select an additional send option.

**45**

APLNDC-WH0000008769

Messaging

### Receiving picture messages

When you receive a picture message, a message alert sounds and a text is displayed that informs you that a message has been received.

▶ Yes to read or play the message. Press any key to stop. When you have read the message ▶ Reply to reply immediately or ▶ More to view a list of options. Press ⊂⊃ to close the message.

 *You can select a message from the list of messages and press ⊂⊃ to delete the entire message.*

### Save items from a picture message

When you have viewed a picture message, you can save items from the message. ▶ More ▶ Save items and select an item from the list that appears.

### Templates

You can base your message on one of the predefined templates. You can also add new templates.

### To use a predefined template for a picture message

1   ▶ Messaging ▶ Templates and select a template.

2   ▶ Use ▶ Picture msg. ▶ Add to make changes or add new items.

3   ▶ More ▶ Send to send the message.

### Automatic download

You can select how you want your picture messages to be downloaded.
▶ Messaging ▶ Settings ▶ Picture msg
▶ Auto download to view the following:
• Always – your phone automatically downloads messages to your phone as soon as they come to your network operator's server. This is default.
• Ask in roaming – you will be asked if you want to download messages when you are using another network than your network operator's.
• Never in roam. – the messages are never downloaded when you are using another network than your network operator's.

APLNDC-WH0000008770

Messaging

- Always ask – You will always be asked if you want to download messages, regardless of used network.
- Off –New messages appear in the inbox as icons. Select the message ► View ► Yes to download.

## Postcard
You can have a message with picture and text delivered as a postcard to a street address.

*This service is not available in all countries. Another way of sending a postcard is to use the phonebook by selecting a contact, More ► Send message ► Postcard. You can also create a postcard by selecting File manager ► Pictures. Select a picture ► More ► Send ► As postcard.*

### To send a postcard
1  ► Messaging ► Write new ► Postcard.
2  Select Picture or Camera picture to add a picture to your message.
3  ► Add ► Text to add a message to accompany the picture.
4  Write your message ► OK.

5  ► Send ► Street address to enter name and address, or you can either select Phonebook look up to retrieve a contact, or select a recipient from the list of previous recipients.
6  When you have entered name and address ► OK ► Send. The picture and message will be printed on a postcard and sent to the address you choose.

### To view a sent postcard
► Messaging ► Sent items and highlight the message ► View.

## Email
You can use your phone to send and receive email messages. Please note that you need a subscription that supports data transmission. For more information, contact your service provider.

### Before you start
First make sure that:
1  You have set up a data account ➡ 69 Entering Internet and email settings.
2  You have set up and selected an email account.

47

APLNDC-WH0000008771

Case 5:11-cv-01846-LHK   Document 540-5   Filed 12/22/11   Page 49 of 105

Messaging

**Email account settings**
An email account specifies, for example, the server
that is used for your email messages. There are
three ways to create an email account:
• Download settings from Internet
• Send a request in a text message
• Create an email account manually

**Receiving settings**
At *www.SonyEricsson.com* you can get support
on how to enter your email settings. Some
network operators provide a service with which
you can request settings in a text message.
Contact your network operator for information
about your settings.

*To request settings in a text
message*
▶ Messaging ▶ Email ▶ Settings ▶ Auto configure.

*To create an email account manually*
1   ▶ Messaging ▶ Email ▶ Settings ▶ New
    account.
2   Enter a name for the account, for example
    "Home" or "Office" ▶ Connect using.

3   Select the data account that you want to use
    with this email account.
4   Enter the rest of the settings, some of which
    are optional. To enter the settings, scroll to the
    setting ▶ Select. Enter the information ▶ OK to
    confirm. Repeat this for each required setting.
    You use the same email settings in your phone
    as in your PC email program. If you do not
    have an email service, contact your network
    operator to get all the necessary settings. For
    details about the settings ➡ *54 Messaging
    glossary.*

**Default email account**
If you have both an office and a home email
account, you can set one of them as default:
▶ Messaging ▶ Email ▶ Settings and select
an account.

**Writing and sending email messages**
When writing and sending your email message,
you can select from several options to accompany
your message. For details about the options
➡ *54 Messaging glossary.*

APLNDC-WH0000008772

Messaging

► Messaging ► Email ► Inbox ► More ► Send & receive offers the fastest way to check for new email messages.

*The number of email messages that can be saved depends on memory left in the phone. All email messages are also saved on your email server, and you can view both older and newer messages on the server.*

**To write and send an email message**
1   ► Messaging ► Email ► Write new.
2   Write the subject for your message ► OK and then the text ► OK.
3   ► Email address to enter an email address or ► Phonebook look up to retrieve an address from your phonebook.
4   ► Send to send your email message or ► More to view a list of options for your message.

**To receive and read email messages**
1   ► Messaging ► Email ► Inbox ► More ► Send & receive to download new messages.
2   Select a message to read it.

**To reply to an email message**
1   Open the email message ► Reply.
2   Write your message. ► More to view options for the message.
3   ► Send to send the message.

**To save an email address or a phone number in an email message**
1   Select an email address or phone number that you want to save ► More.
2   If you have selected to save an email address ► Use ► Save email. If you have selected to save a phone number ► Save number.

**To save an email message**
1   Open the email message ► More ► Save message.
2   The message is saved in Saved items in the Email menu.

**49**

APLNDC-WH0000008773

*Messaging*

### To delete an email message (POP3 users)

1  ► Messaging ► Email ► Inbox and select the message ► More.
2  Select Mark for deletion. The message is deleted the next time you connect to your email server.

### To delete an email message (IMAP4 users)

1  ► Messaging ► Email ► Inbox and select the message ► More.
2  ► Mark for deletion. The message is marked for deletion on the server.
3  ► More ► Clear inbox. The message is deleted the next time you connect to your email server.

## My friends

The My friends function gives you more options when messaging. You can create a list of favourite contacts, either from the phonebook or from the My friends server. You can see which of your contacts are online and what mood they are in. To see contacts online, they have to be connected to the My friends server. You can also send and receive instant messages and join community chats. Please contact your network operator for information about your subscription and My friends settings.

### My friends contacts

You can add contacts from the phonebook to a list of contacts in My friends, even if you do not have a My friends account and are not connected to the My friends server. You can then quickly access your favourite contacts and choose how you want to communicate with them.

### Log in to the My friends server

You can select to log in to your My friends server each time you want to send or receive instant messages, or you can be logged in automatically when you turn on your phone. You can edit the

**50**

APLNDC-WH0000008774

Messaging

settings for your My friends account. To set
automatic log in and edit your account settings you
have to be logged out from the My friends server.

**To log in to your My friends server**
► Messaging ► My friends ► Myself ► Log in.

**To set automatic log in**
► Messaging ► Myself ► More ► Accounts ► Edit
► Auto-login: ► On.

**To edit the My friends account**
► Messaging ► Myself ► More ► Accounts ► Edit
and edit your settings.

**List of contacts**
You can create a list of contacts - people you want
to send messages to on a regular basis. You can add
contacts from your phonebook or from your My
friends server.

**To add a contact from the phonebook**
1   ► Messaging ► My friends ► More
    ► Add contact ► From Contacts.
2   Enter the first letters of the contact and then
    select a contact.

3   When you have selected a contact, you can
    choose to subscribe to status information for
    that contact. To subscribe ► Yes and follow
    the instructions that appear. ► No if you do
    not want to subscribe.

**To add a contact from a network
server**
► Messaging ► My friends ► More ► Add contact
► From server and follow the instructions
that appear.

**Status**
You can view the status of your contacts and
choose to show your own status to others. You can
also change your own status with the help of the
following options:

•  Picture – Select a picture from Pictures or take a
   picture with the camera. You can change, update
   or remove pictures.
•  About me – Write a short text about yourself.
•  Availability – Select what to show others when
   you are online. Available, Busy, Away, or
   Invisible. If you select Invisible, you will appear
   as offline to others.
•  Mood – Select a mood from the list.

**51**

**Messaging**

- Show my status – ► To all if you want to show full status to friends but limited status to others, and ► Only to contacts if you want to show full status to friends but nothing to others.
- Username: – view your username.

### *To view the status of a contact*
► Messaging ► My friends and select a contact
► More ► View status.

### *To change your own status*
► Messaging ► My friends ► Myself ► Change status and edit your status according to the options.

### *To send a message from My friends*
1  ► Messaging ► My friends and select a contact.
2  If the contact is linked to your phonebook ► More ► Send instant msg ► Send. If not, select the contact ► Send IM.

### Receiving a message
When you receive a message, a message alert sounds or an icon appears in the status bar.

### Contact list
You can create nicknames for the contacts in your list that are connected to the My friends server. You can also link a contact to the phonebook, and get access to all information saved in the phonebook.

### *To enter a nickname*
1  ► Messaging ► My friends, and select a contact.
2  ► More ► Manage contact ► Edit nickname.
3  Enter the nickname for that contact ► Save.

### *To link a contact to the phonebook*
1  ► Messaging ► My friends and select a contact.
2  ► More ► Manage contact ► Link to contacts and select the contact in phonebook that you want to create a link to.

### Strangers
A stranger is someone that is not in your list of contacts. An icon indicates a message from a stranger. You can add the stranger to your list of contacts, or you can block the stranger. If you do not perform any action, the stranger disappears when you log out from the My friends server.

**52**

APLNDC-WH0000008776

Messaging

**To add a stranger to the list of contacts**
► Messaging ► My friends and select the stranger
► More ► Add as contact.

**Blocking contacts and strangers**
You can block a contact or stranger so that they cannot view your status or send you messages.

**To block or unblock a contact**
1   ► Messaging ► My friends and select a contact.
2   ► More ► Manage contact. Select Block contact or Unblock contact. .

**To block a stranger**
► Messaging ► My friends and select the stranger
► More ► Block user.

**Chatroom**
A chatroom can be started by your service provider, by an individual My friends user or by yourself. You can save chatrooms either by saving a chat invitation or by searching for a specific chatroom.

**To join a chatroom**
Messaging ► My friends and select a chatroom
► Join chat

**To receive a chat invitation**
1   When a message alert sounds and the message New chat invitation received is displayed select View to view the invitation or Discard to discard the invitation.
2   If you have selected to view the invitation, and want to join the chat ► Join chat. If you want to discard the invitation now ► More ► Discard invitation.

**To save a chat invitation**
When you receive an invitation ► View ► More ► Save chatroom.

**To search for a chatroom**
1   ► Messaging ► My friends ► More ► Add chatroom ► No.
2   Enter your search criteria in one or several of the fields ► Search.
3   When you have found the chatroom you want to save ► Add.

53

APLNDC-WH0000008777

Messaging

### To start a chatroom
1  ▸ Messaging ▸ My friends ▸ More
   ▸ Start chatroom.
2  Select contacts to invite to the chatroom from
   your list of contacts ▸ Continue.
3  Enter a short invitation text to the chatroom
   ▸ Continue ▸ Send.

**Online contact alert**
You can select to be notified when a contact comes
online. The notification is indicated by an icon.
When you log off, or when the contact has come
online, the notification is cleared.

### To set an online contact alert
▸ Messaging ▸ My friends and select a contact
▸ More ▸ Manage contact ▸ Alert me.

## Area information
Area information is a type of text message (for
example, a local traffic report) that is sent to all
subscribers within a certain network area.
When you receive an area information
message, the message automatically appears on

the screen. Press Save to save the message in
your inbox, or Discard to delete the message.

🔊 Please consult your service provider for more
information about area information.

### To turn area information on or off
▸ Messaging ▸ Settings ▸ Area info ▸ Reception.

**Cell information**
The cell information channel is used by some
network operators to send messages about a certain
network area to their subscribers within that area.

### To turn on the cell information channel
▸ Messaging ▸ Settings ▸ Area info
▸ Cell information.

## Messaging glossary
Options and settings for text, picture and email
messages are listed below:
• Accept messages – select which messages you
  want to accept and download.
• Add attachment – add, for example, pictures,
  sounds, themes, video clips, business cards or
  recordings to a message.

**54**

APLNDC-WH0000008778

Messaging

- Check interval – select how often you want the phone to connect to your email server and check for incoming email messages.
- Connect using – select which data account to use when connecting to a specific email account.
- Copy outgoing – select if you want email messages sent from your phone also to be sent to an email address of your choice. This way, your sent messages are copied and can be saved for future reference.
- Creation mode – select settings for what to allow in picture messages. Some content in picture messages might be difficult for the recipient to view.
- Delivery report – request a status report to check if a message has been delivered.
- Download – select whether to receive headers and text or headers only in email messages.
- Incoming port – if needed, change the number of the port used by the protocol you are using.
- Incoming server – enter the name or IP address of the service provider for incoming email messages. For example, mail.server.com or 10.1.1.1.
- Mailbox – enter a username for your email account.

- Outgoing port – if needed, change the number of the port used by the SMTP protocol.
- Outgoing server – enter the name or IP address of the SMTP server to be able to send email messages.
- Password – enter a password for your email account. Your service provider may alternatively request a password on connection.
- Picture – add a picture, or replace with an alternative, from the Pictures folder.
- Preview – view the entire picture message before sending it.
- Preview page – view a specific page in the picture message, without having to play the entire message
- Protocol – select POP3 or IMAP4.
- Request reply – include a reply request if you want the recipient of your message to reply.
- Save in Drafts – save the email message in the Drafts folder.
- Save in Outbox – save the email message in the Outbox folder.
- Set priority – set the message priority, select High, Normal or Low.
- Signature – select if you want to add your business card to your email messages.

APLNDC-WH0000008779

Imaging

- SMS type – the phone supports different types of messages. Your service provider may offer the facility of converting a text message into a format (email or fax, for example) that suits the equipment that is going to receive the message.
- Sound – add a sound, or replace with an alternative, from the Sounds folder.
- Status request – request a status report to check if a message has been delivered.
- Subject: – write a title for your message.
- Timing – set how many seconds you want an item in a message to be displayed.
- Validity period – if your message cannot be delivered, for example, if the recipient has turned off the phone, your service centre can save the message to send it later.
- Video – add a video clip, or replace with an alternative, from the Videos folder.

# Imaging

*Camera, video recorder, pictures, screen saver.*

## Camera and video recorder

Your phone has a digital camera and a digital video recorder. You can easily switch between the camera and the video recorder by pressing ⊜ or ⊚.

You can take pictures, record video clips, view them and send them as email attachments or in picture messages via MMS (Multimedia Messaging Service). To do this, you need a subscription that supports these services. Please check with your network operator.

You can also use a picture as a screen saver or as wallpaper, or save it together with a contact in your phonebook so that the picture appears when that person calls ➡ *25 To add a picture or a personal ringtone to a contact.*

### Before you start

The phone that you are sending the picture or video clip to needs to support data transmission and picture messaging in order to receive and show the picture or video clip.

APLNDC-WH0000008780

Imaging

Before you send a picture or video clip using MMS make sure that:
• You have set the service centre number for MMS and that Internet settings are entered in your phone ➡ 69 Setting up Internet and email.
Before you send a picture or video clip using email make sure that:
• You have entered settings for a data account and for an email account in your phone.

*To take pictures*



1   Press and hold 🔘 to activate the camera or ► Camera. You can take pictures with the phone held in a vertical or horizontal position.
2   Press 🔘 to switch to camera if video recorder is activated. ► Capture to take a picture.

*To record video clips*



1   Press and hold 🔘 to activate the video recorder or ► Camera. You record video clips with the phone held in a vertical position.
2   Press 🔘 to switch to video recorder if the camera is activated. ► Record to start the recording.

*To use the zoom*
Press 🔘 to zoom in on the subject.

*To adjust brightness*
Use the volume buttons on the side of the phone to increase or decrease brightness.

57

Imaging

### Rotate pictures

If a picture is taken in landscape format, it can be rotated. To send pictures in a picture message, the picture must be in portrait format.

#### To rotate a picture

When the picture is taken ▸ Rotate and repeat if necessary.

### Camera options

When the camera is activated ▸ More to view more options.

 *All phones that support pictures can receive the picture size 160x120. Some phones that support pictures cannot receive the picture sizes 640x480 and 320x240. The best picture size to view on a PC is 640x480.*

Options before you take a picture:
• View all pictures – view all your pictures.
• Switch to video – switch to video recorder to record video clips.
• Picture size – choose between 640x480, 320x240 and 160x120 pixels.
• Night mode – enhance picture quality with longer exposure time.

• Effects– select different effects for your picture or create a panorama picture.
• Frames – add a frame to your picture.
• Picture quality – select quality for your picture.
• Light – Turn on to enhance lighting conditions.
• Self-timer – the picture is taken a few seconds later.
• Default name – Change the default name for your pictures. When changed, all pictures taken will have the new default name.

### Video options

When the video recorder is activated ▸ More to view more options.
• View all clips – view all your video clips.
• Switch to photo – switch to the camera to take pictures.
• Video size – choose between 176x144 and 128x96 pixels.
• Night mode – enhance picture quality with longer exposure time.
• Effects – select different effects for your video clip.
• Video length – Set the length for your video clip.
• Light – Turn on to enhance lighting conditions.

APLNDC-WH0000008782

Imaging

- Default name – Change the default name for your video clips. When changed, all video clips recorded will get the new default name.

**Take a self-portrait**



1   Hold the phone as shown in the illustration. You can see your reflection in the mirror provided.
2   Press and hold ⊛ on the side of the phone to activate the camera. Press ⊛ again to take the picture.

### Saving pictures and video clips
When you have taken a picture or recorded a video clip, the phone automatically saves it in a folder in File manager in the phone.

### Sending pictures and video clips
When you have taken a picture or recorded a video clip, you can send them instantly in a picture message. To exchange pictures and video clips using other transfer methods
➡ 61 Exchanging pictures.

### To take and send a picture
1   Activate the camera. Press ⊛ to switch to camera if the video recorder is activated.
2   ► Capture ► Send and create your picture message.

### To record and send video clips
1   Activate the camera. Press ⊛ to switch to video recorder if the camera is activated.
2   ► Record to start the video recording. ► Stop to end the recording.
3   When you have finished your recording, select Play to view the video clip or Send and create your picture message to send the video clip.

**59**

Imaging

**Creating a panorama picture**

You can create a panorama picture by taking a series of three pictures that are merged into one picture.

 *For best result when creating a panorama picture, make sure that the pictures you take overlap.*

**To create a panorama picture**

1   ▸ Camera ▸ More ▸ Effects ▸ Panorama.
2   ▸ Capture to take the first picture for the panorama picture.
3   Move the camera to the next part of the subject and ▸ Capture again to take the next picture.
4   ▸ Done and the picture is created.

## Pictures

Your phone comes with a number of pictures. You can delete the pictures that comes with your phone if you, for example, want to free memory. All pictures are saved in File manager ▸ Pictures. You can:

- Have a picture as wallpaper and as screen saver.
- Assign a picture to a contact in the phonebook.
  ➡ *25 To add a picture or a personal ringtone to a contact.*

- Exchange pictures using Bluetooth wireless technology, the infrared port, picture messages or email.

**Animations**

You can save animations in your phone. Animations are handled like pictures.

**Handling pictures**

You can add, edit, or delete picture in File manager. The number of pictures that you can save depends on the size of the pictures. File types supported are GIF, JPEG, WBMP, PNG and BMP.

**To view your pictures**

1   ▸ File manager ▸ Pictures.
2   The pictures are shown in thumbnail view. To get a full view ▸ View.

**Editing pictures**

When editing pictures press ⊕, ⊕, ⊙, ⊙ or use the keys as follows:

⟨⊃⟩ *exit the picture editor*      ⟨C⟩ *undo*

⟨1⟩ *left up*      ⟨2⟩ *up*      ⟨3⟩ *right up*

60

APLNDC-WH0000008784

Imaging

| (4) | left | (5) | activate tool | (6) | right |
| (7) | left down | (8) | down | (9) | right down |
| (*) | select tool | (0) | | (#) | select colour |

### To edit and save a picture

1  ▶ File manager ▶ Pictures and scroll to the picture you want ▶ More.

2  ▶ Use ▶ Edit. You can now start to edit the picture. To edit pictures taken with the camera, you must select 160x120 as picture size. ▶ More ▶ Save picture to save the picture.

### Exchanging pictures

You can exchange pictures using Bluetooth wireless technology, the infrared port, cable, picture messages or email. Please note that you are not allowed to exchange copyright-protected material. For more information on sending pictures in messages ➡ *41 Messaging*.

### To send a picture

1  ▶ File manager ▶ Pictures and scroll to the picture you want ▶ More ▶ Send.

2  Select a transfer method.

### To receive and save a picture

1  Open the message you received the picture in, or turn on Bluetooth or the infrared port if these transfer methods are being used to send the picture.

2  If you received the picture in a message ▶ More ▶ Save picture. If you received the picture via Bluetooth or Infrared, follow the instructions that appear on the screen.

### Remote screen

You can view your pictures on a remote screen, for example, a TV, using Bluetooth wireless technology and an adaptor. You can then use the phone to control the screen. Use the slide show function to show several pictures in a row.

**61**

APLNDC-WH0000008785

Imaging

### To connect to a remote screen

1   ► File manager ► Pictures ► More
    ► Remote screen.
2   The phone searches for other Bluetooth
    devices and a list of available devices is
    displayed. Select the device you want to use.
    For more information about connecting using
    Bluetooth, ➡ 74 Bluetooth™ wireless
    technology.

### Screen saver and wallpaper

The phone has a screen saver, which is activated
automatically when the phone has been in idle
mode for a few seconds. After a few more
seconds, the screen saver changes to sleep mode,
to save power.

  If you have a picture as wallpaper, this picture is
shown in standby mode.

### To use a picture as screen saver

1   ► Settings ► the Display tab ► Screen saver
    ► Picture.
2   Select the picture you want to use as
    screen saver.

### To set a picture as wallpaper

1   ► Settings ► the Display tab ► Wallpaper
    ► Picture and select the picture you want to
    use as wallpaper.

**62**

APLNDC-WH0000008786

# Entertainment

*Media player, sounds, themes, games.*

## Media player

The media player works as a music player and video player all in one. You can play music and video clips that you receive in a picture message, or that you download to your phone. The following are supported by the media player: MP3, MPG4, 3GPP and WAV (with 16 kHz as maximum sample rate).

You can also stream music and videos from Web sites. When streaming, links have to be 3GPP compatible.

### Music and video clips

You can listen to music and view video clips that you have saved in your phone. The music list keeps on playing until you press Stop.

### *To play music*

▶ Media player and select a file ▶ Play.

### *To view a video clip*

▶ Media player ▶ More ▶ Play video and select the video clip you want to view.

## Media player control

- ▶ Pause to pause the playback.
- Press and hold ◀ and ▶ to rewind and fast forward when playing music tracks.
- Press ◀ and ▶ to move between music tracks.
- Press ▲ and ▼ to scroll through the music list.

## Media player options

▶ More to view the following options:
- Play video – play videos.
- Play music – play music.
- Information – view information about the current track or video.
- Delete song/Delete video – delete the file from the phone.
- Equalizer – change the settings of the treble and bass when playing music.
- Minimize – minimize the media player and return to standby. The music continues to play and you can use other applications and functions in the phone.
- Send song/Send video – send a sound or video file using Bluetooth wireless technology, the infrared port, text or picture messages or email.
- Random – change the playback order of songs, in order or randomized.

APLNDC-WH0000008787

Entertainment

### Online music and videos

You can view videos and listen to music that you find on a Web site by streaming them to your phone.

When browsing, and when you have found a link for streaming, the media player will open automatically when the link is selected. Links for streaming can be saved as bookmarks in the phone.

#### To stream saved music and videos

1  ► Internet services ► More ► Bookmarks.
2  Select a link to stream. The media player will open and play the streaming music or video.

## Ringtones and melodies

Your phone comes with a number of standard and polyphonic melodies which can be used as ringtones. You can exchange melodies via Bluetooth wireless technology, the infrared port or cable. Please note that you are not allowed to exchange copyright-protected material.

*If you select an MP3 file as ringtone, you cannot use voice answering ➡ 31 Voice answering. Select a file type other than MP3 to be able to use voice answering.*

#### To select a ringtone

► Settings ► the Sounds & alerts tab ► Ringtone.

#### To turn the ringtone on or off

Press and hold ⓒ from standby. All signals except the alarm signal are turned on or off.

#### To set the ringtone volume

1  ► Settings ► the Sounds & alerts tab ► Volume and press ⊜ or ⊜ to decrease or increase the volume.
2  ► Save to save the setting.

### Specific ringtones for personal calls

If your subscription includes the Calling Line Identification (CLI) service, you can assign a personal ringtone to up to ten callers. ➡ 25 To add a picture or a personal ringtone to a contact.

### Vibrating alert

You can choose to be notified of an incoming call by the buzzing of the vibrating alert. You can set:
• On – all the time.
• On if silent – on when the ring volume is turned off or when you have set the phone to silent.
• Off – all the time.

**64**

APLNDC-WH0000008788

Entertainment

### To set the vibrating alert
► Settings ► the Sounds & alerts tab ► Vibrating
alert and select the setting you want.

### Sounds and alerts options
From Settings ► the Sounds & alerts tab,
you can set:
• Message alert – select how you want to be
  notified of an incoming message.
• Key sound – select what sound you want the
  keys to make when you press them.

### Composing
You can compose and edit melodies to use as
ringtones using the MusicDJ™. A melody
consists of four tracks – Drums, Basses Chords
and Accents. A track contains a number of music
blocks. The blocks consist of pre-arranged
sounds with different characteristics. The blocks
are grouped intoIntro, Verse, Chorus and Break.
You compose a melody by adding music blocks
to the tracks.

### To compose a melody
1   ► Entertainment ► Music DJ.
2   Choose to Insert, Copy and Paste blocks to
    compose your melody. Use ⊛, ⊜, ⊙ or ⊛ to
    move between the blocks. Press ⓒ to delete
    a block.
3   ► More to view more options.

### To edit a previously created melody
► File manager ► Sounds and select the melody
► More ► Use ► Edit.

### Sending and receiving
You can send and receive melodies in several
ways, for example using Bluetooth wireless
technology, the infrared port, email or text or
picture messages..

*You cannot send a polyphonic melody or an MP3 file
in a text message.*

### To send a melody
1   ► File manager ► Sounds and select a melody.
2   ► More ► Send and select a transfer method.

**65**

APLNDC-WH0000008789

Entertainment

**To receive a melody**
1   Open the message you received the melody in,
    or turn on Bluetooth or the infrared port if
    these transfer methods are being used to send
    the melody.
2   When you receive the melody, follow the
    instructions that appear on the screen.

## Sound recorder
With the sound recorder, you can record either
your own memos or calls. When recording a call
conversation, the recording is stopped if any
participant ends the call. When recording a
sound, the recording stops automatically if you
receive a call. Recordings are automatically
saved in the phone.

 *In some countries or states it is required by law that
you inform the other person before recording the call.*

**To start a sound recording**
1   ► Entertainment ► Record sound.
2   Wait until you hear a tone. When the recording
    starts, Recording is displayed together with the
    time of the current recording (increasing).

**To end and play a sound recording**
► Save to end the recording, and ► Play to listen to
the recording.

**Recording options**
► More to view the following options:
Record new, Send, Rename, Delete,
Recorded sounds.

**Listening to recordings**
You can listen to your recordings at any time, even
during a call.

**To listen to your recordings**
1   ► File manager ► Sounds and select the
    recording you want to hear.
2   ► Play to listen to the recording. Press ⊚ and
    ⊚ to go to the previous or next recording.
    ► Stop to stop playback.

APLNDC-WH0000008790

## Radio

Your phone features an FM radio. To use the radio, you must connect the portable handsfree. The handsfree functions as an antenna.

*You must switch your phone on to use the FM radio. Do not switch the phone on in areas where mobile phones are prohibited.* ➡ *91 Guidelines for Safe and Efficient Use.*

### To listen to the radio



Connect the portable handsfree to the phone
▶ Radio.

### Radio control

When the radio is on:
• ▶ Search or press and hold ☺ or ☺ to find the next channel on the FM band.
• Press ☺ or ☺ to move 0.1 MHz along the FM band.

• Press ☺ or ☺ for the next preset channel.

### Saving radio channels

You can save up to 20 of your favourite radio channels.

*To save channels quickly in positions 1 to 10, press and hold 0–9, (where 0 represents the number 10). To select a channel you have saved in positions 1 to 10, press 0–9.*

### To save a radio channel

▶ Radio ▶ More ▶ Save ▶ Insert. The channel is saved in a list.

### More options

▶ More for the following options:
• Minimize – return to standby to use other functions with the radio still playing.
• Save – save the current frequency in a list of channels.
• Channels – select, add, edit or delete saved channels.
• Turn on speaker – send the sound through the loudspeaker.

APLNDC-WH0000008791

Entertainment

- Set frequency – enter a frequency manually. The figures you enter will be automatically adjusted to valid frequencies. Press (#) to go directly to Set frequency.
- Auto save – automatically search for and save channels in a list of channels. Previously saved channels will be replaced.
- Turn on mono – turn mono sound on.

### While listening to the radio

If you minimize the radio display, you can listen to the radio and use other functionality at the same time. For example, you can make and receive calls, send messages and play games.

#### To minimize the radio display
▶ Radio ▶ More ▶ Minimize.

#### To adjust the volume
Press the volume buttons on the side of the phone.

### Themes

You can change the appearance of the screen, for example, the colours and wallpaper, by using themes. Your phone comes with some predefined themes. You cannot delete these, but you can create

new themes and download them to your phone. For more information, visit *www.SonyEricsson.com.*

#### To select or change a theme
▶ File manager ▶ Themes and select a theme.

### Exchanging themes

You can exchange themes using Bluetooth wireless technology, the infrared port or email. Please note that you are not allowed to exchange copyright-protected material.

#### To send a theme
1   ▶ File manager ▶ Themes and select a theme ▶ More ▶ Send.
2   Select a transfer method.

#### To receive and save a theme
1   Open the message you received the theme in, or turn on Bluetooth or the infrared port if these transfer methods are being used to send the theme.
2   When you receive the item, follow the instructions that appear on the screen.

APLNDC-WH0000008792

### *To download a theme*

► File manager ► Themes and scroll to a direct link
► Go to.

## Games

Your phone has several entertaining games.
You can also download games and applications
directly to your phone. Help texts are available
for most games.

### *To start and end a game*

1  ► Entertainment ► Games and select a game
   ► Start.
2  ► More to read help texts. Press ⬠ to end
   the game.

### *To download a game*

► Entertainment ► Games and scroll to a direct link
► Go to.

## Connectivity

*Internet and email settings, synchronizing,
Bluetooth™ wireless technology, infrared.*

## Internet

### Setting up Internet and email

In order to use the Internet, and send and
receive picture and email messages, you need
the following:

- A phone subscription that supports data
  transmission.
- Settings entered in your phone.
- You may also have to register as an Internet
  and email user with your service provider or
  network operator.

### Entering Internet and email settings

Settings may already be entered when you buy
your phone. If not, you can enter the settings in
three different ways:

- You can receive settings in a text message
  from your network operator or service
  provider. Settings are also available at
  *www.SonyEricsson.com.*

**69**

APLNDC-WH0000008793

## Connectivity

- You can enter settings by using the set up wizard.
- You can enter or edit settings manually.

 Some settings are not mandatory. Please consult your network operator or service provider for more information.

### Receiving settings in a text message

Your network operator or Internet service provider may be able to send the required data account, Internet and email settings direct to your phone in a text message.

### Requesting settings from Sony Ericsson

Use a PC to go to *www.SonyEricsson.com* to request that a text message be sent to your phone with the settings you need.

### Setting up with the wizard

If your phone is not set up for Internet, you can ask your network operator or service provider to provide you with Internet settings information.

Then you can simply use the wizard in your phone to help guide you through the relevant settings.

 *The wizard is automatically turned on if no Internet settings exist in your phone and you start the browser.*

### Using Internet

Your phone has a browser that uses WAP (Wireless Application Protocol) or HTTP (Hyper Text Transfer Protocol) to bring Internet to your mobile phone.

### *To select an Internet profile*

► Connectivity ► Internet settings ► Internet profiles and select the profile you want to use.

### *To start browsing*

Scroll to your online service or operator menu, and select a service.

### *To stop browsing*

► More ► Exit browser.

APLNDC-WH0000008794

Connectivity

**Options when browsing**
► More to view different browsing options.
The options may vary depending on which
site you are visiting.

 *If you select an email address when browsing a Web
site, you can send a text message to that address.*

The options menu always contains the following:
• Exit browser – disconnect and go to standby.
• Go to the homepage set for the current Internet
  profile, for example, Sony Ericsson.
• Bookmarks – add the site you are currently
  browsing to your list of bookmarks or folders, or
  view the list of bookmarks and folders for the
  current profile. Select to stream music or videos.
• Enter address – enter the Web page address of
  a site you want to visit. ► New address to
  enter a new Web page address or select one of
  the 10 latest entered addresses. When you
  enter a Web page address, the normal http://
  prefix is not needed
• History – list of previously visited sites.
• Refresh page – refresh the contents of the
  Web page.
• Save picture – save a picture from the site.

• Send link – send a link to the current site to
  another phone.
• Status – display current status information, for
  example, profile, access type, connection time,
  data rate, security, address.
• Make a call/End call – if your subscription
  supports it, you can make a call while browsing
  the Internet by selecting Make a call. ► End call
  to end the call and continue browsing.

**Using bookmarks**
You use bookmarks in your mobile phone just as
you do with a PC Internet browser. You can create
and edit bookmarks.

*To work with bookmarks*
1   ► Internet services ► More ► Bookmarks and
    select a bookmark ► More.
2   Select an option.

APLNDC-WH0000008795

Connectivity

**Downloading**

You can download, for example, pictures, themes, games and ringtones, from Web sites directly to your phone.

 Contact your network operator or service provider for more information if menu options are not available.

**To download from wap.sonyericsson.com**

1   ► Internet services ► More ► Bookmarks ► Sony Ericsson.
2   Select what you want to download and follow the instructions that appear.

**Stored information**

When browsing, you can save information in your phone.

 It is advisable to clear any sensitive information about previously visited Internet services. This is to avoid a security risk if your phone is misplaced, lost or stolen.

The following information can be saved:
• Cookies – improve site access efficiency.
• Passwords – improve server access efficiency.

**To allow or clear cookies in your phone**

► Connectivity ► Internet settings ► Cookies and select an option and confirm.

**To clear the password list**

► Connectivity ► Internet settings ► Clear passwords and ► Yes to confirm.

**Internet security**

Your phone has support for both WAP and HTTP secure browsing. To activate a secure connection to the WAP gateway, you need to turn on security in your Internet profile. If your Internet profile is a HTTP profile, the connection will be secure if the URL starts with https://.

 Security for a connection between a WAP gateway and a WAP service provider is the responsibility of the WAP service provider.

**To turn on a secure connection (WAP)**

1   ► Connectivity ► Internet settings ► Internet profiles and select a profile ► More ► Settings.
2   Turn on security.

APLNDC-WH0000008796

Connectivity

### Trusted certificates

To establish a secure connection when using certain Internet services, for example, banking, you need certificates in your phone.

Trusted certificates are used to verify the WAP gateway or the HTTP server that you are trying to connect to. Your phone may already contain trusted certificates when you buy it. You can also download new certificates using the browser.

### *To check the certificates in your phone*

▸ Connectivity ▸ Internet settings ▸ Security ▸ Trusted cert.

## Synchronizing

You can synchronize your mobile phone contacts, appointments, tasks and notes with similar programs in, for example, a PC, PDA or mobile phone using Bluetooth wireless technology, the infrared port or a cable, and with similar programs on the Internet using WAP or HTTP.

### *To select sync order for names*

▸ Phonebook ▸ Options ▸ Advanced ▸ Sync. order to select which order first and last name appear in the phone when you synchronize contacts.

### Synchronization with nearby devices

Install the synchronization program from the CD that comes with your phone or download it from *www.SonyEricsson.com*.

For more information, please refer to the synchronization software online help.

### Remote synchronization with Internet programs

Contact your network operator for more information about the programs on the Internet with which you can synchronize, and to receive username, password and addresses for the different programs. You must also have a Internet profile set in your mobile phone ➡ *69 Setting up Internet and email*.

**73**

Connectivity

### To enter the remote synchronization settings

1  ► Connectivity ► Synchronization ► New account. If you do not have an account, you will be asked if you want to create an account. ► Yes to create a new account.

2  Enter a name for the new account ► Continue. A list of options to enter will appear. Add the server address of the synchronization server, a server username and a server password. ► OK when you have entered each setting.

3  Select Connection and select the WAP or HTTP profile that you want to use for the synchronization.

4  Select Applications and select the applications that you want to synchronize, for example, Phonebook ► OK.

5  Select Application settings and select application. Enter the name of the database and, if required, your username and password ► OK.

6  Press ⬇ ► Save to save your new account.

### To start the remote synchronization
► Connectivity ► Synchronization and select a remote account ► Start.

## Bluetooth™ wireless technology

Your phone has built-in Bluetooth wireless technology which makes it possible for you to connect your phone wirelessly to other Bluetooth devices such as a handsfree, PC, a remote screen or other phones.

You can, for example, have a conversation via a cordless Bluetooth handsfree or browse the Internet, wirelessly connected via a mobile phone. You can automatically synchronize information in your phone and your PC and use the remote control functionality to control applications on your PC. You can also exchange, for example, business cards, calendar items and pictures. To use a remote screen, ➡ 61 Remote screen.

*We recommend that your phone and the Bluetooth device you are communicating with are within a range of 10 metres. The connection may be improved if there are no solid objects in between your phone and the other Bluetooth device.*

### Before you start
To communicate with another Bluetooth device, you first need to turn Bluetooth on and add the device to the list of devices in your phone. You can

74

APLNDC-WH0000008798

Connectivity

exchange items, use a remote screen and play games without adding the device to the list. To synchronize with your PC, and to browse the Internet, you also need to install software on your PC from the CD that comes with your phone, or download it from *www.SonyEricsson.com*.

### To turn Bluetooth on

▸ Connectivity ▸ Bluetooth ▸ Turn on.

### To add a device to your phone

1 ▸ Connectivity ▸ Bluetooth ▸ My devices ▸ New device. The Bluetooth function of the other device must also be on.

2 ▸ Add and your phone will search for all types of available Bluetooth devices. ▸ More if you want to select a specific type of device to search for.

3 The phone searches for Bluetooth devices. A list of available devices of the type you selected is then displayed. Select a device.

4 If the device you are adding to your phone has its own passcode, enter this passcode in your phone. If not, create a passcode of digits yourself and enter it in both devices.

### To organize your list of devices

1 ▸ Connectivity ▸ Bluetooth ▸ My devices and select a device from the list.

2 ▸ More to view a list of options.

### Phone name

You can choose a name for your phone. This name is shown in other devices when your phone is found, and it is also used for the infrared port. In order for your phone to be found when searched for by other Bluetooth devices, you must make sure that Bluetooth is turned on and your phone is visible to other devices.

### To enter a phone name

▸ Connectivity ▸ Bluetooth ▸ Options ▸ Phone name. When Bluetooth is turned on, the name is shown in other devices and your phone is visible to other devices.

### To hide or show your phone when using Bluetooth

▸ Connectivity ▸ Bluetooth ▸ Options ▸ Visibility and select Show phone or Hide phone.

**75**

APLNDC-WH0000008799

**Connectivity**

### To add a Bluetooth handsfree to your phone
1  ► Connectivity ► Bluetooth ► Handsfree. The first time you add a handsfree, Add a handsfree device to use with the phone? is displayed ► Yes.
2  If you already have a handsfree in your list of devices ► Connectivity ► Bluetooth ► Handsfree ► My handsfree ► New handsfree ► Add.

### Transferring sound
When you are using a Bluetooth handsfree with your phone, you can choose where the sound should be transferred during a call. You can also select where the sound should be handled when answering an incoming call with the keypad.

### To transfer sound when using a handsfree
1  During a call, press the navigation key ► Transfer sound.
2  Select to transfer sound either to the phone or to other handsfree devices that have been added to your phone.

### To direct sound when answering a call with a handsfree
► Connectivity ► Bluetooth ► Handsfree ► Incoming call and select Place in phone or Place in h-free.

### Sending and receiving
To send or receive an item, for example, a contact from the phonebook or a picture taken with the camera, using Bluetooth wireless technology, you need to make sure that the devices are within range.

After you select Bluetooth as the transfer method for sending, a list of possible receiving devices is presented. First in the list will be the last device you were in contact with and devices that have been previously added to your phone. The phone also searches for other devices that are shown in the list.

### To send an item
1  Select the item that you want to send, for example, a phonebook contact ► Phonebook and select a contact ► More ► Send contact ► Via Bluetooth.
2  The phone searches for devices. Select the device you want to send the item to ► Send.

Connectivity

### To receive an item

1  ► Connectivity ► Bluetooth ► Turn on.
2  Make sure that your phone is visible to other
   devices. When you receive the item, follow the
   instructions that appear on the screen.

### Remote control

You can use your phone as a remote control
device to control applications on a PC. For
example, you can control a media player or
power point presentations.

### To select remote control

► Connectivity ► Bluetooth ► Remote control.
Select the configuration file you want to use and
the PC you want to connect to.

### File transfer

You can use a PC to view and transfer content
contained in the File manager. You can use the
drag-and-drop functionality in your PC to:
•  Transfer files from the phone to the PC.
•  Transfer files from the PC to the phone.
•  Delete files from the phone.

### File browsing

You can browse and retrieve the files contained in
other devices that support the server role of the file
transfer profile. To do this, you must first add the
other device to your list of My devices.

 *To check whether the device has support for this
specific functionality, please refer to the list of
Bluetooth services available in the other device.*

### To browse files

1  ► Connectivity ► Bluetooth ► My devices.
2  Select a device ► Browse.

### Infrared port

You can use the infrared port to establish
contact between your phone and a PC or
another device equipped with an infrared port.
You can, for example, synchronize calendar
items, ➡ 73 Synchronizing, and send items
such as pictures and contacts.

 *If you are connecting to a PC, please refer to the user
documentation for your PC.*

APLNDC-WH0000008801

***To turn the infrared port on***

► Connectivity ► Infrared port ► On ► 10 minutes to turn on infrared for 10 minutes only.

***To connect two devices***

< 20cm

1 Place your phone as in the picture. The infrared port on the phone must face the infrared port on the other device.
2 Your phone now establishes contact with the other device.

***To send an item using the infrared port (example: a contact)***

1 Make sure that the infrared port of both devices is on. ► Phonebook and select a contact, when contacts is default phonebook.
2 ► More ► Send contact ► Via infrared.

# More features

*Time and date, alarm clock, calendar, tasks, SIM card lock, etc.*

## Time and date

The time is always displayed in standby.

- To set the time ► Settings ► the General tab ► Time & date ► Time. Enter the time ► Save.
- To set the time format (12-hour or 24-hour clock) ► Format and select an option.

### Date

You can set the date and date format in Settings ► the General tab ► Time & date ► Date.

### Advanced time settings

In Settings ► the General tab ► Time & date you can set time zone and daylight saving time.

If you have activated Auto time zone, you are asked whether you want to update the time when your phone changes network If you press Yes, the time is updated automatically.

**More features**

**Alarm clock**

The alarm can be set to ring at a specific time within 24 hours, or recurrently at a specific time on several days. You can have both these alarms set at the same time. The alarm signal rings even if the phone is set to silent or turned off.

***To set an alarm***
► Organizer ► Alarms ► Alarm and enter the time ► Save.

**Using the alarm**
- To change the alarm time, ► Organizer ► Alarms ► Alarm and enter a new time.
- To turn the alarm signal off when it rings, press any key. If you do not want the alarm to be repeated ► Turn off.
- To cancel the alarm ► Organizer ► Alarms ► Alarm ► Turn off.
- To set a recurrent alarm ► Organizer ► Alarms ► Recurrent alarm. Enter the time and select the days that you want the alarm to recur by scrolling and pressing Mark. ► Done to exit the menu.
- To select an alarm signal ► Organizer ► Alarms ► Alarm signal.

**Calendar**

You can use the calendar to keep track of important meetings that you need to attend. The calendar can be synchronized with a PC calendar or with a calendar on the Web ➡ 73 *Synchronizing*.

**Appointments**

You can save up to 300 appointments depending on the size of each item. You can choose to add a new appointment or use an old one as a template by copying and editing it. You can also set reminders for appointments.

***To add a new appointment***
1   ► Organizer ► Calendar and select the date for the appointment ► New appointment ► Add.
2   Enter date, subject, location and reminder. Confirm each entry.

***To set reminders options***
► Organizer ► Calendar ► More ► Advanced ► Reminders.

APLNDC-WH0000008803

More features

### Reminders options
► Always if you want the reminder to sound even though the phone is turned off. When the reminder sounds ► Yes to read the appointment. ► No to turn off the reminder.

🕸 *A reminder set in the calendar affects a reminder set for the same time in tasks.*

### To view an appointment
1  ► Organizer ► Calendar and select a day on which you have an appointment (marked in bold).
2  Scroll to the appointment ► View.

### Viewing your calendar
To view your calendar content ► Organizer ► Calendar. Days on which you have appointments are marked in bold. ► More ► View week to view a certain week.

### Navigating in your calendar
Use the navigation key to move between days or weeks. In the monthly and weekly views, you can also use the keypad as follows.

| | | | |
|---|---|---|---|
| ① *Back a week* | | ③ *Next week* | |
| ④ *Back a month* | | ⑥ *Next month* | |
| ⑦ *Back a year* | | ⑨ *Next year* | |
| ⓒ *Today's date* | | | |

### Calendar settings
► Organizer ► Calendar ► More and select one of the options:
• View week – select, add, edit or delete appointments.
• New appointment – add a new appointment.
• Change date – change the date of your calendar.
• Advanced – for options to find, delete all, set reminders or select a start day for the week.

### Find an appointment
You can search for appointments that contain a specific text.

APLNDC-WH0000008804

***To search for appointments***

1  ► Organizer ► Calendar ► More ► Advanced
   ► Find.
2  Enter the text you want to search for ► OK.
   Appointments that match your search are
   shown. ► View to view your appointments or
   ► More for options to reschedule, edit, send,
   copy or delete.

### Exchanging appointments

You can send and receive appointments using
Bluetooth wireless technology, the infrared port or
picture messaging.

***To send an appointment***

1  In the list of appointments for a certain day,
   select the item you want to send ► More
   ► Send.
2  Select a transfer method.

### Receiving an appointment

When Add appointment? is displayed ► Yes to save
the appointment.

## Tasks

You can keep track of phone calls you need to
make or tasks that you need to do. You can save up
to 80 tasks depending on the size of each item.
You can choose to add a new task or use an old one
as a template by copying and editing it. You can
also set a reminder for a task.

***To add a new task***

1  ► Organizer ► Tasks ► New task ► Add.
2  Select a category. If the category is a phone
   call, enter the phone number ► Continue.
3  Enter a subject ► Continue.
4  If you want to set a reminder for your task
   ► Yes.

***To set reminders***

► Organizer ► Tasks and select a task ► More
► Reminders.

### Reminders options

► Always if you want the reminder to sound even
though the phone is turned off. When the reminder
sounds ► Yes to read the task, or to call the phone

**81**

APLNDC-WH0000008805

**More features**

number in a phone task. ► No to turn off
the reminder.

 *A reminder set in tasks affects a reminder set for the
same time in the calendar.*

**To view a task**
► Organizer ► Tasks and select a task ► View.

**Exchanging tasks**
You can send and receive tasks using
Bluetooth wireless technology, the infrared
port or picture messaging.

**To send a task**
1   In the list of tasks for a certain day, select the
    item you want to send ► More ► Send.
2   Select a transfer method.

**Receiving a task**
When Add task? is displayed ► Yes to save the
appointment or task.

## Notes

If you need to remember something, you can
make a note of it in your phone. You can save up
to 10 notes.

**To add a note**
► Organizer ► Notes ► New note ► Add and enter
the note ► Save.

**To handle the notes**
1   ► Organizer ► Notes and a list of notes appears.
2   Select the note that you want to handle. ► More
    to edit, show a note in standby (or hide it),
    send or delete a note.

**Exchanging notes**
You can send and receive notes using Bluetooth
wireless technology, the infrared port or picture
messaging. You can also synchronize notes with a
PC ➡ *73 Synchronizing.*

**To send a note**
1   ► Organizer ► Notes and select the note that
    you want to send ► More ► Send.
2   Select a transfer method.

**To receive a note**
Add note? appears ► Yes to save the note among
your other notes.

APLNDC-WH0000008806

More features

## Profiles

Your phone has a number of predefined profiles which are set to suit a certain environment. You can add accessories to, rename or change these profiles. For example, when you go to a meeting, you can simply choose the Meeting profile and a number of settings are changed, for example, the ringtone is turned off.

You can reset all profile settings to the way they were set when you bought your phone.

### To select a profile

► Settings ► the General tab ► Profiles
► Select profile.

### To change a profile setting

1   ► Settings ► the General tab ► Profiles
    ► Edit profile and select a setting.
2   Change the profile settings ► Save to confirm.

### To rename a profile

► Settings ► the General tab ► Profiles ► Edit profile
► Profile name.

### To reset all profile settings

► Settings ► the General tab ► Profiles
► Reset profiles.

### Automatic activation

Some profiles, for example In car, are automatically activated when used with a specific accessory. When the accessory is disconnected, the profile is changed back.

## Stopwatch

Your phone has a stopwatch that can save several laps. The stopwatch continues to run when you answer an incoming call.

### To use the stopwatch

1   ► Organizer ► Stopwatch ► Start.
2   ► Stopor ► New lap if you want a lap time.
3   To reset the stopwatch ► Reset.

**83**

APLNDC-WH0000008807

More features

## Timer

Your phone has a built-in timer. When the signal rings, press any key to turn it off.

### To set the timer
► Organizer ► Timer and enter the hours, minutes and seconds after which you want the timer to go off.

## Display light

The display light can be set to automatic, off or on. In automatic mode, the display light is turned off a few seconds after you last press a key.

### To set the display light
► Settings ► the Display tab ► Light.

## Start-up screen

When you turn your phone on or off, the Sony Ericsson start-up screen appears. Your network operator's own start-up screen may appear instead. You can also set your own start-up screen.

### To select a start-up screen
► Settings ► the Display tab ► Start-up screen and select a file for the start-up screen.

## Calculator

The phone has a calculator, which can add, subtract, divide and multiply.

### To use the calculator
► Organizer ► Calculator.
- Press ⊕ or ⊕ to select ÷ x - + % =
- Press ⊂ to delete the figure.
- Press ⁂ to enter a decimal point.

## SIM card lock

The SIM card lock protects your subscription, but not your phone itself, from unauthorized use. If you change SIM cards, the phone still works with the new SIM card.

Most SIM cards are locked at the time of purchase. If the SIM card lock is on, you have to enter a PIN (Personal Identity Number) every time you turn on your phone.

If you enter your PIN incorrectly three times in a row, the SIM card is blocked. This is indicated by the message PIN blocked. To unblock it you

APLNDC-WH0000008808

More features

need to enter your PUK (Personal Unblocking Key). Your PIN and PUK are supplied by your network operator.

 *If the message* Codes do not match *appears, you entered the new PIN incorrectly. If the message* Wrong PIN *appears, followed by* Old PIN:*, you entered your old PIN incorrectly.*

### To unblock your SIM card
1   When PIN blocked is displayed, enter your PUK ▸ OK.
2   Enter a new four- to eight-digit PIN ▸ OK.
3   Re-enter the new PIN to confirm ▸ OK.

### To edit your PIN
▸ Settings ▸ the General tab ▸ Locks ▸ SIM lock ▸ Change PIN.

### To turn the SIM card lock on or off
1   ▸ Settings ▸ the General tab ▸ Locks ▸ SIM lock ▸ Protection and select On or Off.
2   Enter your PIN ▸ OK.

## Keypad lock
You can lock the keypad to avoid dialling a number by accident.

 *Calls to the international emergency number 112 can still be made, even when the keypad is locked.*

### Automatic keylock
Automatic keylock means the keypad is locked a short while after you last press a key.

### To set the automatic keylock
▸ Settings ▸ the General tab ▸ Locks ▸ Automatic keylock.

### To lock the keypad manually
Press ⊛ ▸ Lock keys.
You can still answer an incoming call and the keypad locks again after it. The keypad remains locked until you unlock it manually.
To unlock the keypad, press ⊛ ▸ Unlock.

## Phone lock
The phone lock protects the phone against unauthorized use if it is stolen and the SIM card is exchanged. It is not on when you buy the phone.

85

APLNDC-WH0000008809

**More features**

You can change the phone lock code (0000) to any four- to eight-digit personal code.

**Phone lock on**

If the phone lock is on, the message Phone locked appears each time you turn on the phone. You have to enter your code followed by Yes to use your phone.

**Automatic phone lock**

If the phone lock is set to automatic, you do not need to enter your phone lock code until a different SIM card is inserted in the phone.

 *It is important that you remember your new code. If you should forget it, you have to hand in your phone to your local Sony Ericsson retailer.*

*To set the phone lock*

1   ► Settings ► the General tab ► Locks ► Phone lock ► Protection and select an alternative.

2   Enter the phone lock code ► OK.

*To edit your phone lock code*

► Settings ► the General tab ► Locks ► Phone lock ► Change code.

**Code memo**

Instead of having to remember all the different security codes for credit cards, for example, you can save them in the code memo in your phone. Then all you need to remember is the passcode to open the code memo. You can save a maximum of 10 codes in the code memo.

**Checkword and security**

To confirm that you have entered the correct passcode for the code memo and to prevent unauthorized access to your codes, you must enter a checkword.

When you enter your passcode to open the code memo, the checkword is shown for a short time. If the passcode is correct, the correct codes are shown. If you enter the incorrect passcode, the checkword and the codes that are shown are also incorrect.

Factors strengthening the security of the code memo function are:

• You get no feedback about whether the passcode is correct, except for the checkword, and only you know the checkword.

• All codes are encrypted in the phone.

APLNDC-WH0000008810

• When you access your codes, they are shown for a limited time only.

**To open code memo for the first time**
1   ► Organizer ► Code memo. A message with instructions is displayed ► Continue.
2   Enter a four-digit passcode to open code memo ► Continue.
3   Re-enter the new passcode to confirm.
4   Enter a checkword (maximum 15 characters) ► Done. The checkword can consist of both letters and numbers. The next time you open the code memo, your checkword appears after you enter the passcode, and then your added codes are shown.

**To add a new code**
1   ► Organizer ► Code memo and enter your passcode ► New code ► Add.
2   Enter a name associated with the code, for example, the name of the credit card company ► Continue.
3   Enter the code ► Done.

**To change the passcode**
1   Open code memo as described above ► More ► Change passcode.
2   Enter your new passcode ► Continue.
3   Re-enter the new passcode ► Continue.
4   Enter a checkword ► Done.

**Forgot your passcode?**
If you forget your passcode, just enter any passcode to access the code memo function. The checkword and codes that are then shown are incorrect. You must now reset the code memo.

**To reset code memo**
1   ► More ► Reset.
2   Reset code memo? is displayed ► Yes. The code memo is reset and all entries are cleared. The next time you enter the code memo, you must start at ➡ *87 To open code memo for the first time.*

**Online services**
Online services are customized services offered by network operators, independently of mobile phones and mobile phone manufacturers.

**87**

APLNDC-WH0000008811

Troubleshooting

A SIM card which supports online services works in the same way as a normal SIM card. When you have inserted your SIM card and turned on your phone, your network operator can download data to your SIM card. When you restart your phone after the first data download, a new submenu appears under the menu.

*This menu only appears if your SIM card supports this service. Your phone may not support all of the services offered.*

**To enter your new menu system**
Select the operator menu on the desktop, or press the operator defined key.

# Troubleshooting

*Why doesn't the phone work the way I want?*

This chapter lists some problems that you might encounter while using your phone. Some problems require that you call your service provider, but most of the problems you can easily correct yourself.

However, if you need to hand in your phone for repair, please note that you may lose information and content that you have saved in your phone. You are advised to make a copy of such information before handing your phone in for repair.

**Master reset**
You can return the phone to its original state by deleting the changes that you have made to settings, and the content that you have added or edited.

• If you select Reset settings, the changes that you have made to settings will be deleted.

APLNDC-WH0000008812

- If you select Reset all, in addition to your changes to settings, all contacts, messages, personal data, and content that you have downloaded, received or edited will also be deleted.

### *To reset the phone*

1. ► Settings ► the General tab ► Master reset.
2. ► Reset settings ► Reset all.
3. Enter the phone lock code (*0000* or the new code if you have changed it) ► OK.

*If you select* Reset all, *content such as melodies and pictures that you have downloaded, received or edited are also deleted.*

### The phone cannot be switched on

Recharge or replace the battery. ➡ *5 To insert the SIM card and charge the battery.*

### No indication of charging

When you start charging a battery that is empty or a battery that has not been used for a long time, it may take up to 30 minutes before the battery icon appears in the display.

### Menu language

If the display shows a language that you do not understand, you can always choose Automatic (determined by your SIM card) by pressing ⊙ 8888 ⊙ in standby. You can always choose English by pressing ⊙ 0000 ⊙ in standby.

### Grey menu options

Grey text indicates a function that is temporarily unavailable, for example, if a service is not activated, or if your subscription does not support the function. Since you cannot send themes, pictures and sounds that are copyright-protected, the Send menu is sometimes unavailable.

### Insert SIM

There is no SIM card in the phone or you may have inserted it incorrectly. Insert a SIM card. ➡ *5 To insert the SIM card and charge the battery.*

### Insert correct SIM card

The phone is set to work only with certain SIM cards. Insert the correct SIM card.

### Troubleshooting

**SOS calls only**
You are within range of a network, but you are not allowed to use it. However, in an emergency, some network operators allow you to call the international emergency number 112.
➡ *23 Emergency calls.*

**No network**
There is no network within range or the received signal is too weak. You have to move to get a signal that is strong enough.

**Wrong PIN/Wrong PIN2**
You have entered your PIN or PIN2 incorrectly. Enter the correct PIN or PIN2 ► Yes. ➡ *84 SIM card lock.*

**Codes do not match**
When you want to change a security code (for example your PIN) you have to confirm the new code by entering it again. The two codes that you have entered do not match. ➡ *84 SIM card lock.*

**PIN blocked/PIN2 blocked**
You have entered your PIN or PIN2 incorrectly three times in a row. To unblock, ➡ *84 SIM card lock.*

**PUK blocked**
You entered your personal unblocking key code (PUK) incorrectly 10 times in a row. Contact your network operator or service provider.

**Phone locked**
The phone is locked. To unlock the phone, ➡ *85 Phone lock.*

**Phone lock code**
Your phone comes with the phone lock code, 0000. You can change it to any four- to eight-digit code. ➡ *85 Phone lock.*

**Number not permitted**
The fixed dialling function is activated and the number you have dialled is not on your fixed numbers list. ➡ *36 Fixed dialling.*

**Charging, alien battery**
The battery you are using is not a Sony Ericsson-approved battery. ➡ *94 Battery use and care.*

90

APLNDC-WH0000008814

# Additional information

*Sony Ericsson Web site, safe and efficient use, warranty, declaration of conformity.*

## Sony Ericsson Consumer Web site

On *www.SonyEricsson.com* there is a support section where help and tips are only a few clicks away. Here you find the latest software updates, tips on how to use your product more efficiently, and function guides for some of the products.

## Guidelines for Safe and Efficient Use

Please read this information before using your mobile phone.

### Recommendations



• Always treat your product with care and keep it in a clean and dust-free place.
• Do not expose your product to liquid or moisture or humidity.
• Do not expose your product to extreme high or low temperatures.
• Do not expose your product to open flames or lit tobacco products.
• Do not drop, throw or try to bend your product.

• Do not paint your product.
• Do not use your product near medical equipment without requesting permission.
• Do not use your product when in, or around aircraft, or areas posted "turn off two-way radio".
• Do not use your product in an area where a potentially explosive atmosphere exists.



• Do not place your product or install wireless equipment in the area above your car's air bag.
• Do not attempt to disassemble your product. Only Sony Ericsson authorised personnel should perform service.

### Antenna

Only use an antenna that has been specifically designed by Sony Ericsson for your mobile phone. Use of unauthorised or modified antennas could damage your mobile phone and may violate regulations, causing loss of performance and SAR levels above the recommended limits (see below).

### Efficient use

Hold your mobile phone as you would any other phone. Do not cover the top of the phone when in use, as this affects call quality and may cause the phone to operate at a higher power level than needed, thus shortening talk and standby times.

APLNDC-WH0000008815

Additional information

### Radio frequency (RF) exposure and SAR

Your mobile phone is a low-power radio transmitter and receiver. When it is turned on, it emits low levels of radio frequency energy (also known as radio waves or radio frequency fields).

Governments around the world have adopted comprehensive international safety guidelines, developed by scientific organizations, e.g. ICNIRP (International Commission on Non-Ionizing Radiation Protection) and IEEE (The institute of Electrical and Electronics Engineers Inc.) through periodic and thorough evaluation of scientific studies. These guidelines establish permitted levels of radio wave exposure for the general population. All Sony Ericsson mobile phone models are designed to operate within these stringent levels. The levels include a safety margin designed to assure the safety of all persons, regardless of age and health, and to account for any variations in measurements.

Specific Absorption Rate (SAR) is the unit of measurement for the amount of radio frequency energy absorbed by the body when using a mobile phone. The SAR value is determined at the highest certified power level in laboratory conditions, but the actual SAR level of the mobile phone while operating can be well below this value.

This is because the mobile phone is designed to use the minimum power required to reach the network.

Variations in SAR below the radio frequency exposure guidelines do not mean that there are variations in safety. While there may be differences in SAR levels among mobile phones, all Sony Ericsson mobile phone models are designed to meet radio frequency exposure guidelines.

A separate leaflet with SAR information for this mobile phone model is included with the material that comes with this mobile phone. This information can also be found, together with more information on radio frequency exposure and SAR, on *www.SonyEricsson.com/*.

### Driving

Please check if local laws and regulations restrict the use of mobile phones while driving or require drivers to use handsfree solutions. We recommend that you use only Ericsson or Sony Ericsson handsfree solutions intended for use with your product. Please note that because of possible interference to electronic equipment, some vehicle manufacturers forbid the use of mobile phones in their vehicles unless a handsfree kit with an external antenna supports the installation.

Always give full attention to driving and pull off the road and park before making or answering a call if driving conditions so require.

92

APLNDC-WH0000008816

Additional information

### Personal medical devices

Mobile phones may affect the operation of cardiac pacemakers and other implanted equipment. Please avoid placing the mobile phone over the pacemaker, e.g. in your breast pocket. When using the mobile phone, place it at the ear opposite the pacemaker. If a minimum distance of 15 cm (6 inches) is kept between the mobile phone and the pacemaker, the risk of interference is limited. If you have any reason to suspect that interference is taking place, immediately turn off your mobile phone. Contact your cardiologist for more information.

For other medical devices, please consult the manufacturer of the device.

### CHILDREN

DO NOT ALLOW CHILDREN TO PLAY WITH YOUR MOBILE PHONE OR ITS ACCESSORIES. THEY COULD HURT THEMSELVES OR OTHERS, OR COULD ACCIDENTALLY DAMAGE THE MOBILE PHONE OR ITS ACCESSORY. YOUR MOBILE PHONE OR ITS ACCESSORY MAY CONTAIN SMALL PARTS THAT COULD BE DETACHED AND CREATE A CHOKING HAZARD.

### Disposing of the product



Your mobile phone should not be placed in municipal waste. Please check local regulations for disposal of electronic products.

### Power supply

Connect the AC power adapter only to designated power sources as marked on the product. Make sure the cord is positioned so that it will not be subjected to damage or stress. To reduce risk of electric shock, unplug the unit from any power source before attempting to clean it. The AC power adapter must not be used outdoors or in damp areas. Never alter the cord or plug. If the plug will not fit into the outlet, have a proper outlet installed by a qualified electrician.

### Emergency calls

Mobile phones operate using radio signals, which cannot guarantee connection under all conditions. Therefore you should never rely solely upon any mobile phone for essential communications (e.g. medical emergencies).

Emergency calls may not be possible on all cellular networks or when certain network services and/or mobile phone features are in use. Check with your local service provider.

APLNDC-WH0000008817

**Additional information**

### Battery use and care

We recommend that you fully charge the battery before you use your mobile phone for the first time. The battery can only be charged in temperatures between +5°C (+41°F) and +45°C (+113°F).

A new battery or one that has not been used for a long time could have reduced capacity the first few times it is used.

The talk and standby times depend on the actual transmission conditions when using the mobile phone. If the mobile phone is used near a base station, less power is required and talk and standby times are prolonged.

- **Warning!** May explode if disposed of in fire.
- Use only Ericsson or Sony Ericsson branded original batteries and chargers intended for use with your mobile phone. Other chargers may not charge sufficiently or may produce excessive heat. Using other batteries and chargers could be dangerous.
- Do not expose the battery to liquid.
- Do not let the metal contacts on the battery touch another metal object. This could short-circuit and damage the battery.
- Do not disassemble or modify the battery.
- Do not expose the battery to extreme temperatures, never above +60°C (+140°F). For maximum battery capacity, use the battery in room temperature.



- Turn off your mobile phone before removing the battery.
- Keep out of children's reach.
- Use the battery for the intended purpose only.
- Do not allow the battery to be put into the mouth. Battery electrolytes may be toxic if swallowed.



### Disposing of the battery

Please check local regulations for disposal of batteries or call your local Sony Ericsson Customer Care Center for information.

The battery should never be placed in municipal waste. Use a battery disposal facility if available.

### Limited Warranty

Sony Ericsson Mobile Communications AB, S-221 88 Lund, Sweden, (Sony Ericsson), provides this Limited Warranty for your mobile phone and original accessory delivered with your mobile phone (hereinafter referred to as "Product").

Should your Product need warranty service, please return it to the dealer from whom it was purchased, or contact your local Sony Ericsson Customer Care Centre (national rates may apply) or visit www.SonyEricsson.com to get further information.

94

APLNDC-WH0000008818

**Additional information**

## Our warranty

Subject to the conditions of this Limited Warranty, Sony Ericsson warrants this Product to be free from defects in design, material and workmanship at the time of its original purchase by a consumer, and for a subsequent period of one (1) year.

## What we will do

If, during the warranty period, this Product fails to operate under normal use and service, due to defects in design, materials or workmanship, Sony Ericsson authorised distributors or service partners, in the country/region* where you purchased the Product, will, at their option, either repair or replace the Product in accordance with the terms and conditions stipulated herein.

Sony Ericsson and its service partners reserve the right to charge a handling fee if a returned Product is found not to be under warranty according to the conditions below.

Please note that your personal settings/downloads might be lost when the Product is repaired or replaced.

## Conditions

1   The warranty is valid only if the original proof of purchase issued to the original purchaser by an, for this Product, Sony Ericsson authorised dealer, specifying the date of purchase and serial

number**, is presented with the Product to be repaired or replaced. Sony Ericsson reserves the right to refuse warranty service if this information has been removed or changed after the original purchase of the Product from the dealer.

2   If Sony Ericsson repairs or replaces the Product, the repaired or replaced Product shall be warranted for the remaining time of the original warranty period or for ninety (90) days from the date of repair, whichever is longer. Repair or replacement may involve the use of functionally equivalent reconditioned units. Replaced parts or components will become the property of Sony Ericsson.

3   This warranty does not cover any failure of the Product due to normal wear and tear, or due to misuse, including but not limited to use in other than the normal and customary manner, in accordance with the Sony Ericsson instructions for use and maintenance of the Product. Nor does this warranty cover any failure of the Product due to accident, software or hardware modification or adjustment, acts of God or damage resulting from liquid. A rechargeable battery can be charged and discharged hundreds of times. However, it will eventually wear out – this is not a defect. When the talk-time or standby time is noticeably shorter, it is time to replace your battery.
Sony Ericsson recommends that you use only

APLNDC-WH0000008819

## Additional information

batteries and chargers approved by
Sony Ericsson.

4  Since the cellular system on which the Product is
to operate is provided by a carrier independent
from Sony Ericsson, Sony Ericsson will not be
responsible for the operation, availability,
coverage, services or range of that system.

5  This warranty does not cover Product failures
caused by installations, modifications, or repair or
opening of the Product performed by a non-
Sony Ericsson authorised person.

6  The warranty does not cover Product failures
which have been caused by use of accessories or
other peripheral devices which are not Ericsson or
Sony Ericsson branded original accessories
intended for use with the Product.

7  Tampering with any of the seals on the Product
will void the warranty.

THERE ARE NO EXPRESS WARRANTIES,
WHETHER WRITTEN OR ORAL, OTHER THAN
THIS PRINTED LIMITED WARRANTY. ALL
IMPLIED WARRANTIES, INCLUDING WITHOUT
LIMITATION THE IMPLIED WARRANTIES OF
MERCHANTABILITY OR FITNESS FOR A
PARTICULAR PURPOSE, ARE LIMITED TO THE
DURATION OF THIS LIMITED WARRANTY. IN NO
EVENT SHALL SONY ERICSSON OR ITS
LICENSORS BE LIABLE FOR INCIDENTAL OR
CONSEQUENTIAL DAMAGES OF ANY NATURE

WHATSOEVER, INCLUDING BUT NOT LIMITED
TO LOST PROFITS OR COMMERCIAL LOSS; TO
THE FULL EXTENT THOSE DAMAGES CAN BE
DISCLAIMED BY LAW.

Some countries/states do not allow the exclusion or
limitation of incidental or consequential damages,
or limitation of the duration of implied warranties,
so the preceding limitations or exclusions may not
apply to you.

The warranty provided does not affect the
consumer's statutory rights under applicable
legislation in force, nor the consumer's rights
against the dealer arising from their sales /
purchase contract.

*EUROPEAN UNION (EU)

If you have purchased your Product in an EU
country you can have your Product serviced, under
the conditions set out above, within the warranty
period in any EU country where an identical Product
is sold by an authorised Sony Ericsson distributor.
To find out if your Product is sold in the EU country
you are in, please call the local Sony Ericsson
Customer Care Centre. Please observe that certain
services may not be possible elsewhere than in the
country of original purchase, for example due to the
fact that your Product may have an interior or
exterior which is different from equivalent models
sold in other EU countries. It may not be possible to
repair SIM-locked Products.

APLNDC-WH0000008820

Additional information

** In some countries/regions additional information is requested. If so, this is clearly shown on the valid proof of purchase.

**FCC Statement**

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation.

**Declaration of Conformity**

We, **Sony Ericsson Mobile Communications AB** of Nya Vattentornt

S-221 88 Lund, Sweden

declare under our sole responsibility that our product

**Sony Ericsson type AAB-1021041-CN**

and in combination with our accessories, to which this declaration relates is in conformity with the appropriate standards 3GPP TS 51.010-1, NATWG03, EN 301489-7, EN 300328, EN 301489-17 and EN 60950, following the provisions of, Radio Equipment and Telecommunication Terminal Equipment directive **99/5/EC** with requirements covering EMC directive **89/336/EEC**, and Low Voltage directive **73/23/EEC**.

Lund, March 2004

$C\!\in$ 0682 ①

*Hiroshi Yoshioka, Head of Product Business Unit GSM/UMTS*

We fulfil the requirements of the R&TTE Directive (99/5/EC).

97

Icons

# Icons

*Icon descriptions.*

The table below describes the icons which appear on the desktop and in standby.

## Icon  Description

*Desktop*

 Your personal phonebook

 Handling of text, picture, email, instant and voice messages

 Camera and video recorder functions

 Handling of pictures, sounds, video and themes

 Personal settings, including display, time and date, language, sounds, alerts and specific settings for calls.

 Gives you access to Internet services

 Calendar, alarm clock and other extras

 Settings for Bluetooth, infrared, networks, Internet, streaming, accessories

## Icon  Description

 Operator services

 Games, MusicDJ™, sound recorder

 Audio and video player, streaming

 FM Radio

*Standby*

 Desktop icon

 Tells you the strength of the GSM network signal

 GPRS is within range

 GPRS is within range and can be used

 Tells you are in a premium charge zone

 Tells you the status of the battery

 You cannot receive any incoming calls

 You have missed an incoming call

98

APLNDC-WH0000008822

Icons

| Icon | Description |
|---|---|
| | All incoming calls are diverted to a defined number |
| | No calls or only certain calls from numbers in a list are received |
| | All signals are off, except the alarm and timer |
| | The alarm clock has been set and is on |
| | The timer has been set and is on |
| | A profile other than Normal has been chosen |
| | The card lock or phone lock is on |
| | A secure Internet connection is established |
| | You have received a text message |
| | You have received an email message |
| | You have received a picture message |
| | You have received a voice message |
| | You have received a WAP push message |
| | You have received a message via cell broadcast |

| Icon | Description |
|---|---|
| | The infrared port is on |
| | Infrared communication is in progress |
| | Bluetooth is on |
| | A GPRS session is in progress |
| | Line 1 is in use for outgoing calls |
| | Line 2 is in use for outgoing calls |
| | Ciphering is currently not being provided by the network |
| | An ongoing call |
| | A chat session is in progress |
| | My friends status icon |
| | The media player is running |
| | Data is being downloaded to the phone |
| | A Java™ application is running |

APLNDC-WH0000008823

Index

# Index

**A**
accept calls 35
account settings, email 48
adding
    personal ringtones 25
    pictures to contacts 25
alarm clock 79
alerts 64
animations 60
answering
    calls 22
    using voice control 31
answering service 29
appointments 79–81
area information 54
ask to save 26
assembling, phone 5
automatic redialling 23

**B**
battery
    alien 90
    charging 5
    inserting 5
    use and care 94
block
    contacts 53
    strangers 53
Bluetooth 74–76
bookmarks
    Internet 71
bookmarks, Internet 71
business cards 40
buttons 8

**C**
calculator 84
calendar 79–81
call costs 37–38
call list 28

call priority 38
call time 37
call waiting 33
calling
    from call list 28
    from phonebook 25
    numbers in message 42
    using voice dialling 30
calls
    accepting 35
    answering 22
    automatic redialling 23
    diverting 33
    emergency 23
    fixed dialling 36
    handling two calls 34
    international 23
    making 7, 22
    making notes during 39
    missed 22

APLNDC-WH0000008824

Index

putting on hold 33
receiving 7, 22
recording 66
rejecting 22
restricting 36
speed dialling 28
camera 56–59
cell information 54
certificates, Internet security 73
charging, battery 5
Chinese input 14
closed user groups 39
code memo 86
codes
PIN 5
PUK 6, 90
conference calls 34
connectors 8
contacts 24
as default phonebook 24
groups of 40
My friends 50
synchronizing 73
cookies 72

copying
to/from SIM card 27
cost information 37
credit limit 38
**D**
date, setting 78
declaration of conformity 97
display
icons 98
light 84
diverting calls 33
**E**
email
receiving settings 70
using 47–50
wizard 70
emergency calls 23
**F**
file manager 18
fixed dialling 36
formatting text, in messages 42
Fuzzy Pinyin 18

**G**
games 69
glossary, messaging 54
groups 40
**H**
handsfree 76
help texts, in phone 10
hiding number 39
**I**
icons, in display 98
infrared port 77–78
instant messaging See My friends 50
international calls 23
Internet
bookmarks 71
cookies 72
security 72–73
settings 69–70
wizard 70

APLNDC-WH0000008825

Index

**K**
key sound 65
Keypad lock 85
keys 8

**L**
language
    changing 10
    in phone 10, 89
letters
    entering 11–13
    quick keys 20
light
    camera 58
    display 84
locks
    phone lock 90
    SIM card 84
long messages 43

**M**
magic word 31
making calls 20
media player 63–64

melodies 64–65
menu language 89
menus 10, 19
    using shortcuts 10
message alert 65
messages
    area information 54
    cell information 54
    email 47
    glossary 54
    instant 50
    picture 44
    postcard 47
    text 41
microphone, turning off/on 22
missed calls 22
MMS *See* picture messages 44
model name 19
multitap text input
    entering 12
    quick keys 21
music, playing 63
MusicDJ™ 65
my friends 50–52

**N**
network operator services 87
networks, selecting 21
notepad 39
notes 82
number
    hiding 39
    my own 35

**O**
on if silent 64
online services 87

**P**
passcodes
    Bluetooth 75
    code memo 86
passwords, Internet 72
pause 21
personal ringtones 64
phone language 10
phone lock 86, 90
phone overview 8

APLNDC-WH0000008826

Index

phonebook
  adding contacts 25
  checking memory 27
  synchronizing 73
picture messages 44–47
picture sizes 58
pictures 60–61
  adding to contacts 25
PIN code
  changing 85
  entering 7
Pinyin input 17
postcard 47
priority, when calling 38
profiles 83
PUK 84, 85, 90

Q
quick keys 19

R
radio 67
recording
  calls 66
  sounds 66
  video clips 57
  voice commands 30–32
redialling 23
  using call list 28
resetting phone 88
restricted dialling 36
ringtones 64–65
  adding to contacts 25
roaming 21

S
safety guidelines 91
saving
  from picture messages 46
  from text messages 43
  radio channels 67
screen 84
screen saver 62

security
  code memo 86
  Internet 72–73
  SIM card lock 84
self-portrait 59
sending
  appointments 81, 82
  business cards 40
  contacts 27
  melodies and ringtones 65
  notes 82
  pictures 61
  tasks 81, 82
  themes 68
setup wizard 6
shortcuts 10, 19–21
SIM card
  copying to/from 27
  inserting 5
  lock 84
  phonebook 24
  saving numbers on 24
  unblocking 84, 85

APLNDC-WH0000008827

Index

SIM numbers 24–26
SMS *See* text messages 41
SOS numbers 23
sound recorder 66
speaker volume 22
speed dialling 28
start-up screen 84
stopwatch 83
strangers 52
streaming media 64
Stroke input 15
synchronizing 73–74

**T**
T9 text input
      entering letters 13
      quick keys 21
tasks 81–82
templates
      for picture messages 46
      for text messages 43
text input, quick keys 20
text messages 41–44
themes 68

time, setting 78
timer 84
turning on/off
      Bluetooth 75
      infrared port 78
      key sound 65
      phone 7
      phone lock 86
      ringtones, melodies 64
      SIM lock protection 85
two voice lines 35

**U**
unblocking
      contacts 53
      PIN 6
      SIM card 84, 85

**V**
vibrating alert 64
video clips 63
video recorder 56–59
voice answering 31–32
voice control 29–32

voice dialling 30–31
voicemail 29
volume
      changing 22
      setting ringtone 64
      vibrating alert 64

**W**
WAP *See* Internet 69
warranty 94
wizard
      for Internet or email settings 70
      setup 6
writing
      using multitap input 12
      using T9 text input 13
writing languages 11

**Z**
zoom 57

APLNDC-WH0000008828