# EXHIBIT H

US007123945B2

(12) **United States Patent**
Kokubo

(10) Patent No.: **US 7,123,945 B2**
(45) Date of Patent: **Oct. 17, 2006**

(54) **TASK DISPLAY SWITCHING METHOD, PORTABLE APPARATUS AND PORTABLE COMMUNICATIONS APPARATUS**

(75) Inventor: **Takeshi Kokubo**, Kanagawa (JP)

(73) Assignee: **Sony Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 427 days.

(21) Appl. No.: **10/301,598**

(22) Filed: **Nov. 22, 2002**

(65) **Prior Publication Data**

US 2003/0119562 A1    Jun. 26, 2003

(30) **Foreign Application Priority Data**

Nov. 26, 2001    (JP) ............................. 2001-359284

(51) **Int. Cl.**
*H04B 1/38*    (2006.01)
*H04M 1/00*    (2006.01)

(52) **U.S. Cl.** ...................... **455/566**; 345/169; 715/790

(58) **Field of Classification Search** ................ 345/169; 455/566, 556.1; 715/790
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,651,146 A * | 3/1987 | Lucash et al. .............. | 715/806 |
| 5,482,050 A * | 1/1996 | Smokoff et al. ............ | 600/523 |
| 6,298,422 B1 * | 10/2001 | Spilo et al. ................ | 711/154 |
| 6,304,763 B1 * | 10/2001 | Jahagirdar et al. .......... | 455/566 |
| 6,549,302 B1 * | 4/2003 | Takeda et al. ................ | 358/1.9 |
| 2001/0016508 A1 * | 8/2001 | Kido et al. ................. | 455/575 |
| 2002/0002060 A1 * | 1/2002 | Singh et al. .............. | 455/556 |
| 2002/0077156 A1 * | 6/2002 | Smethers ................... | 455/566 |
| 2003/0013483 A1 * | 1/2003 | Ausems et al. ............. | 455/556 |
| 2003/0045315 A1 * | 3/2003 | Vasa .......................... | 455/517 |
| 2003/0232628 A1 * | 12/2003 | Fehrm .................... | 455/550.1 |

* cited by examiner

*Primary Examiner*—George Eng
*Assistant Examiner*—Ariel Balaoing
(74) *Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt, P.C.

(57) **ABSTRACT**

There are provided a task display switching method, a portable apparatus and a portable communications apparatus which, when a plurality of application software are activated and processed in parallel, make it possible to switch a display between each of the application software with ease. According to the task display switching method, the portable apparatus and the portable communications apparatus of the present invention, in a portable apparatus capable of processing a plurality of tasks in parallel and of displaying a plurality of display regions for displaying data, an icon associated with a task displayed on a first display region is generated automatically or manually, and the generated icon is displayed in a second display region. When any icon thus generated is selected from a plurality of icons displayed on the second display region, the task associated with the selected icon is restored and displayed in the first display region.

**21 Claims, 14 Drawing Sheets**





APLNDC-WH0000006558



FIG.2

APLNDC-WH0000006559

# FIG.3



APLNDC-WH0000006560



APLNDC-WH0000006561

# FIG.5



APLNDC-WH0000006562



# FIG.7



APLNDC-WH0000006564





FIG.9

APLNDC-WH0000006566

# FIG.10



APLNDC-WH0000006567

# FIG.11



# FIG.12



# FIG.13



# FIG.14



US 7,123,945 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**TASK DISPLAY SWITCHING METHOD, PORTABLE APPARATUS AND PORTABLE COMMUNICATIONS APPARATUS**

### CROSS REFERENCE TO RELATED APPLICATIONS

The present document claims priority to Japanese Priority Document JP 2001-359284, filed in the Japanese Patent Office on Nov. 26, 2001, the entire contents of which are incorporated herein by reference to the extent permitted by law.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a task display switching method, a portable apparatus and a portable communications apparatus. More specifically, the present invention relates to a task display switching method, a portable apparatus and a portable communications apparatus, which, in a case where a plurality of application software are run and processed in parallel in a portable phone apparatus or the like, may easily carry out a switching operation to switch the display to each application software.

2. Description of the Related Art

Technological advances in portable information apparatuses, such as a portable telephone and the like, have been remarkable, and functions such as gaming, digital camera, audio reproduction and communications such as internet connection have been added, thereby improving their multifunctionality. Such advances may be expected to be further fueled with the introduction of the next generation of portable information apparatuses. Also, new technology and new ideas are introduced with respect to the display monitors for these apparatuses, such as color displays, liquid crystal sub-displays and the like.

### SUMMARY OF THE INVENTION

However, although the multi-functionality and the introduction of new technology are being advanced as mentioned above, conventional portable information apparatuses have a problem in that in activating and using an additional application software while using some other application software, it is difficult to instantly switch the display between the applications.

Specifically, in portable telephones and the like, in order to access the Internet while writing an e-mail, a user has to save the e-mail and close the e-mail screen. Once the e-mail screen is closed, a top screen is displayed (a screen displayed when the power is turned on). The user selects, for example, "selection menu" from the top screen so that task items are displayed. If the user selects "Internet Connection," for example, from the items, a browser is activated and displayed on the display. Thus, the user can access a desired web site. However, if the user wishes to resume writing an e-mail while browsing a web site, the user must perform a tedious operation, where the user must close the browser to get to the top screen, again select the selection menu from the top screen so that the task items are displayed, select "Create Electronic Mail," for example, and select the previously saved e-mail so that it is displayed on the display.

There also are portable information apparatuses having a screen memo function for storing a displayed screen. However, this function cannot be applied to all displayed screens. Further, in order to display the content of the screen memo,

the user must, much like what is described above, get to the selection menu from the top screen and then select, for example, the item "Screen Memo." Thus, in terms of the effort on the part of the user, there is not much of a difference.

On the other hand, in the next generation of portable telephones which will be more multi-functional than those presently available, it may be anticipated that there will arise a need for carrying out a plurality of processes at the same time (parallel processing), such as browsing a web site and listening to music at the same time, while writing an e-mail every now and then. However, with what is available, an operation in which the top screen is displayed, a selection menu is selected, the task items are displayed, and the desired item is selected to activate the desired application software so that it is displayed on the screen becomes an operation sequence for using an application software. And in order to activate and display a different application software, this sequence must be repeated. Hence, there lies a problem in that the switching operation for switching between a plurality of application software processed simultaneously, and having the screen of the desired application software displayed becomes further tedious.

The present invention provides a task display switching method, which can easily carry out a display switching operation to switch between a plurality of application software when they are activated and processed in parallel in a portable information apparatus, and the like.

In order to solve or alleviate the above-mentioned problems, the task display switching method, the portable apparatus and the portable communications apparatus according to the present invention are designed so as to have the following configuration (steps).

In a portable apparatus capable of processing a plurality of tasks (application software) in parallel and of displaying a plurality of display regions which display data, an icon corresponding to a task (application software) displayed in a first display region serving as a main display region is generated automatically or manually, the generated icon is displayed in a second display region serving as a sub-display region. When an icon is selected from the icons displayed in the second display region, the task (application software) corresponding to the selected icon is restored and displayed in the first display region automatically or manually. Consequently, when a plurality of tasks (application software) are processed in parallel, a switching operation for switching between the tasks (application software) may be performed smoothly.

In addition, by automatically or manually generating an icon such that it corresponds to the most recent state of the task, to a state in which the task is suspended or stopped, or to an initial state of the task, and such that the icon is generated by reducing the image displayed in the first display region, and that they are automatically or manually erased from the second display region when restoration is performed, because the icons may be appropriately generated so as to correspond with a predetermined state from among a most recent state, a suspended state and an initial state of the task (application software), the task (application software) may be started in a desired state when resuming the task (application software) in the first (main) display region.

The portable communications apparatus according to the present invention is capable of processing a plurality of tasks in parallel, and comprises a display unit having a first display region for displaying data, a hinge unit having a second display region for displaying data, an operation unit

APLNDC-WH0000006572

US 7,123,945 B2

3

having operating means for receiving commands and input from a user, and an icon generating means for generating icons corresponding to the tasks. The display unit and the operation unit are joined via the hinge unit, and the portable communications apparatus may be opened/closed with the hinge unit as a shaft. The second display region is provided such that it may be viewed when the display unit and the operation unit are rotated and are thereby placed in a closed state, and is designed so as to be able to indicate the status of the apparatus. As such, when the apparatus is in use (opened), it is possible to switch smoothly between multiple tasks (application software) processed in parallel, and even when folded and not in use (closed), data which indicate communication conditions (signal field strength and the like), and the apparatus status such as remaining battery capacity, the time, presence of stored data and the like. Thus, a small display region may be utilized efficiently.

As mentioned above, in multi-functional and downsized (in terms of length, size, weight and thickness) portable apparatuses, such as portable telephones, PDAs and the like, by generating an icon corresponding to the application software (tasks) displayed in the first display region serving as the main display region, displaying the generated icon in the second display region serving as the sub-display region, and selecting the desired icon from the icons displayed in the second display region, the desired application software (task) may be restored and displayed in the first display region. Thus, when a plurality of application software (tasks) are processed in parallel, the switching operation for switching between these application software (tasks) may be performed smoothly, and the ease and speed of the switching operation are improved.

Further, by generating the icons such that they correspond to a predetermined state from among a most recent state, a suspended or stopped state and an initial state of the application software, the application software may be started at the desired state when it is restored and displayed on the main display unit to resume the application software. Thus, the ease and speed of the application software resuming procedure are improved.

In, for example, downloading data, if the downloading screen is continuously displayed on the main display unit (the first display region), the content displayed on the display is frequently updated. However, if an icon is displayed on the sub-display unit (the second display region), there no longer is any need to update the screen. Thus, an embodiment of the present invention also has an advantage in that the power consumed in updating the screen is saved, which leads to lower power consumption.

Further, in a foldable portable communications apparatus, such as a portable telephone, PDA and the like, in which the display unit and the operation unit may be rotated and opened/closed with the hinge unit as a shaft, by providing the second (sub) display region in the hinge unit, and in a position such that the second display region may be viewed when the apparatus is folded (closed), switching operations for switching between a plurality of application software processed in parallel may be performed smoothly while the apparatus is in use (opened), as described above, and, further, even when the apparatus is folded and not in use (closed), the second display region may be utilized effectively by displaying data indicating communication conditions such as the signal field strength, and apparatus conditions such as remaining battery capacity, the time, presence of stored data and the like. Hence, there is an advantage in that the second display region may be used effectively

4

without affecting the size of the apparatus, while at the same time improving the ease and speed of operation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A and 1B are external views of a foldable portable telephone according to the present invention;

FIG. 1C is an explanatory view illustrating display examples for a display unit;

FIG. 2 is a block diagram schematically showing the inner configuration of the portable telephone shown in FIGS. 1A and 1B;

FIG. 3 is an explanatory view schematically showing the relationship between a main display unit and a pointer type icon in the portable telephone shown in FIGS. 1A and 1B;

FIGS. 4A through 4C are explanatory views schematically showing the relationship between the internal state of a memory and the main and sub-display units in a case where the pointer type icon is used in the portable telephone shown in FIGS. 1A and 1B;

FIG. 5 is an explanatory view schematically showing the relationship between the main display unit and a copy type icon in the portable telephone shown in FIGS. 1A and 1B;

FIGS. 6A through 6C are explanatory views schematically showing the relationship between the internal state of the memory and the main and sub-display units in a case where the copy type icon is used in the portable telephone shown in FIGS. 1A and 1B;

FIG. 7 is an explanatory view schematically showing the relationship between the main display unit and a reduction type icon in the portable telephone shown in FIGS. 1A and 1B;

FIGS. 8A through 8C are explanatory views schematically showing the relationship between the internal state of the memory and the main and sub-display units in a case where the reduction type icon is used in the portable telephone shown in FIGS. 1A and 1B;

FIG. 9 is a flowchart showing an example of a task display switching method in the portable telephone shown in FIGS. 1A and 1B;

FIG. 10 is an explanatory view showing an example of a specific operation of the portable telephone shown in FIGS. 1A and 1B;

FIG. 11 is an explanatory view showing an example of a specific operation of the portable telephone shown in FIGS. 1A and 1B;

FIG. 12 is an explanatory view showing an example of a specific operation of the portable telephone shown in FIGS. 1A and 1B;

FIG. 13 is an explanatory view showing an example of a specific operation of the portable telephone shown in FIGS. 1A and 1B; and

FIG. 14 is an explanatory view showing an example of display positions for the main display unit and the sub-display unit of the portable apparatus and the portable communications apparatus according to the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Embodiments of a task display switching method, a portable apparatus and a portable communications apparatus according to the present invention will be described below with reference to the attached drawings. However, the

APLNDC-WH0000006573

US 7,123,945 B2

5

drawings are presented for purposes of explanation only, and the technical scope of the present invention is not limited thereto.

The portable telephone shown in FIGS. 1A and 1B is an example of an embodiment of the portable apparatus and portable communications apparatus according to the present invention. What is shown is a foldable portable telephone **100**, which is equipped with functions such as accessing the Internet or the like to browse websites, and creating, transmitting and receiving e-mail and the like.

FIG. 1A is an external view of the portable telephone **100** in use, and there are shown a display unit **120** having a main display unit **122**, a hinge unit **140** on which a sub-display unit **142** is provided, and an operation unit **160** for performing operations with, such as inputting data.

The display unit **120** and the operation unit **160** are connected via the hinge unit **140**, and are rotatable with the hinge unit **140** serving as a shaft so as to be opened/closed. FIG. 1B shows the portable telephone **100** at rest (closed and not in use), and the display unit **120** and the operation unit **160** are folded with the hinge unit **140** as a shaft so as to overlap.

The display unit **120** has the main display unit **122** as a first display region for displaying, for example, an e-mail screen or a web browser, and a speaker **104** for telephone calls and the like. The display unit **120** is rotatably connected to the operation unit **160** via the hinge unit **140**.

The hinge unit **140** is provided with the sub-display unit **142** for displaying one or more icons each corresponding to an application software (task) and so forth, or data and the like. The hinge unit **140** rotatably connects the display unit **120** and the operation unit **160**. In addition, the sub-display unit **142** is provided in a position such that the displayed content may be viewed from outside even when the portable telephone is not in use (i.e. when the display unit **120** and the operation unit **160** are folded such that they overlap) (refer to FIG. 1B).

The operation unit **160** may have: input/call keys **162**, such as numerical keys, a manner button, a memo button, a call button, a clear button, an end button and the like; operation keys **164** for moving a cursor up, down, right or left in the screen on the main display unit **122** and/or sub-display unit **142**, scrolling, confirming and executing an operation, specifying a data range and the like; a microphone **108** for use during a telephone conversation and the like, and the operation unit **160** is rotatably connected to the display unit **120** via the hinge unit **140**.

In FIG. 2, the portable telephone **100** of FIGS. 1A and 1B is shown to have an inner configuration as illustrated. In FIG. 2, there are shown an antenna **101**, the speaker **104** for use during, for example, a telephone conversation, an apparatus speaker **106**, the microphone **108** for use during a telephone conversation, a duplexer **111**, a receiving unit (RX) **112**, a transmitting unit (TX) **113**, a DSP (Digital Signal Processor) **114**, a control section **115**, a RAM (Random Access Memory) **116**, a ROM (Read Only Memory) **117**, the operation unit **160**, the main display unit **122** and the sub-display unit **142**. Moreover, there are shown an imaging control unit **118**, a camera **119**, an antenna **102** and a short-range wireless communications unit **105**.

The antenna **101** is connected to the duplexer **111**. During a receiving operation, a signal received by the antenna **101** is sent to the duplexer **111**. During a transmitting operation, a transmission signal from the duplexer **111** is sent to the antenna **101**, and a radio signal is radiated from the antenna **101**.

6

The duplexer **111** is connected to the antenna **101**, the receiving unit (RX) **112** and the transmitting unit (TX) **113**. During the receiving operation, the signal received by the antenna **101** is sent to the receiving unit (RX) **112** through the duplexer **111**. During the transmitting operation, the transmission signal from the transmitting unit (TX) **113** is sent to the antenna **101** through the duplexer **111**.

The receiving unit (RX) **112** is connected to the duplexer **111** on one end, and to the DSP **114** on the other end. The receiving unit (RX) **112** demodulates the reception signal from the duplexer **111** and sends the demodulated signal to the DSP **114**. The transmitting unit (TX) **113** is connected to the duplexer **111** on one end, and to the DSP **114** on the other end. The transmitting unit (TX) **113** modulates the transmission signal from the DSP **114**, and sends the modulated signal to the duplexer **111**.

The speaker **104** and the apparatus speaker **106** are connected to the DSP **114**, and they output audio signals processed by the DSP **114**. Also, the microphone **108** is connected to the DSP **114**, and sends inputted audio to the DSP **114** for processing.

The DSP (Digital Signal Processor) **114** is connected to the transmitting unit (TX) **113**, the receiving unit (RX) **112**, the speaker **104** for use during a telephone conversation, the apparatus speaker **106**, the microphone **108** and the control unit **115**. Under the control of the control unit **115**, the DSP **114** processes audio input from the microphone **108** or reception signals from the receiving unit (RX) **112**, and outputs the processed signals to the speaker **104**, or processes data and the like from the control unit **115**, and outputs the processed data to the transmitting unit (TX) **113** or the apparatus speaker **106**.

The control unit **115** is connected to the DSP **114**, the operation unit **160**, the RAM **116**, the ROM **117**, the main display unit **122**, the sub-display unit **142**, the imaging control unit **118** and the short-range wireless communications unit **105**. The control unit **115** controls the respective connected units in accordance with a control program in the ROM **117** (or the RAM **116**).

The RAM (Random Access Memory) **116** is connected to the control unit **115**, and is capable of performing parallel processing of a plurality of application software (tasks). The RAM **116** performs data processing in accordance with the control unit **115**, and, for example, switching processes for switching between application software (tasks) to be displayed on the main display unit **122** or the sub-display unit **142** are executed. The tasks mentioned above are not limited to application software, and may include, for example, phone call information (such as cumulative call time), a transmission log, and an icon corresponding to a screen for showing such information may be generated.

The ROM (Read Only Memory) **117** is connected to the control unit **115**, and stores a control program (an operating system) for controlling the apparatus, identification information (telephone number, apparatus number and the like), a plurality of application software (tasks), image data of one or more icons, and the like. Under the control of the control unit **115**, required information (data) and programs are sent to the RAM **116** and the like as needed.

The operation unit **160** is connected to the control unit **115**, and, via the control unit **115**, gives operation instructions, such as inputting text, placing a phone call, display switching and the like by way of the input/call keys **162** or the operation keys **164** (refer to FIG. 1A).

The main display unit **122** is connected to the control unit **115**. As the first display region, the main display unit **122** follows instructions from the control unit **115**, and displays

APLNDC-WH0000006574

US 7,123,945 B2

7

application software (tasks) in the form of, for example, an e-mail screen, a web browser or the like.

The sub-display unit **142** is connected to the control unit **115**. As a second display region, the sub-display unit **142** follows instructions from the control unit **115**, and displays one or more icons each generated in correspondence with an application software (task) displayed on the main display unit **122**, data and the like. If the apparatus is not in use (closed), the sub-display unit **142** displays, as shown in FIG. 1C, apparatus statuses, such as signal field strength (**142**g), remaining battery capacity (**142**b), the time (**142**c), information on apparatus settings, such as whether manner mode is on or off, for example) (**142**d), presence of stored data (stack) (**142**e) and the like, through icons and the like. Moreover, it is naturally possible to display these icons indicating the respective apparatus statuses in combination as in **142**f.

The antenna **102** is connected to the short-range wireless communications unit **105**, and transmits and receives radio waves for short-range wireless communications such as infrared communications (IrDA) or Bluetooth.

The short-range wireless communications unit **105** is connected to the antenna **102** on one end, and is connected to the control unit **115** on the other end. The short-range wireless communications unit **105** establishes a connection with, for example, a laptop personal computer complying with the blue-tooth specification, a PDA (Personal Digital Assistant), another portable telephone or the like without a cable, and transmits and receives voice or data.

The imaging control unit **118** is connected to the camera **119** on one end, and to the control unit **115** on the other end. The imaging control unit **118** imports a captured image data from the camera **119**, and performs image data processing such as displaying the captured image on the main display unit **122** (or the sub-display unit **142**) via the control unit **115**, or storing the captured image in the RAM **116** and the like.

The camera **119** is connected to the imaging control unit **118**, and sends an image which has been shot to the imaging control unit **118**.

The relationship between the icon displayed on the sub-display unit **142** and the screen displayed on the main display unit **122** in the portable telephone **100** shown in FIGS. 1A and 1B and FIG. 2 will be described below.

The icon displayed on the sub-display unit **142** is classified broadly into (1) a pointer type, (2) a copy type and (3) a reduction type.

[1] Pointer Type Icon

As shown schematically in FIG. **3**, the pointer type icon is an icon which is generated in correspondence with the processing of the task displayed on the main display unit **122** while the task is active. When the pointer type icon is selected, the most recent state of the task corresponding to this icon is restored and displayed on the main display unit **122**.

FIGS. **4**A through **4**C are diagrams schematically showing the relationship between the internal state of the memory and the main and sub-display units **122** and **142**. The task displayed on the main display unit **122** is executed in a main region **122**a in the memory, and a different task of which processing is continuing is stored in a sub-region **142**a, and the task is displayed as a pointer type icon on the sub-display unit **142**.

In FIG. **4**A, task (A) is currently executed, and the task (A) is displayed on the main display unit **122**. It is assumed that nothing is displayed on the sub-display unit **142**.

8

In order to switch to a different task (B) while the processing of the task (A) is continued, if the operation keys **164** and the like are used to start the task (B), a pointer type icon **10** corresponding to the task (A) is automatically or manually generated, and the icon **10** is displayed on the sub-display unit **142**. At this point, in the memory, the task (A) processed in the main region **122**a corresponding to the main display unit **122** is switched to the sub-region **142**a, and the task (A) is monitored by a pointer P.

On the other hand, as shown in FIG. **4**B, the task (B) begins processing in the main region **122**a, and the task (B) is displayed on the main display unit **122**. At this point, processing of the task (A) is continued in the sub-region **142**a in the memory, and the most recent states (A(1)) . . . (A(n)) thereof are monitored by the pointer P.

If the task (B) is terminated, stopped or suspended as shown in FIG. **4**C, the task executed in the main region **122**a is automatically switched from the task (B), currently under execution, to the task (A). The most recent state (A(8)) , for example, of the task (A) monitored by the pointer P is restored in the main region **122**a, and the most recent state (A(8)) of the task (A) is displayed on the main display unit **122**. At the same time, the icon **10** (corresponding to task (A)) is erased from the main display unit **142** (and the sub-region **142**a). However, it is also possible to keep the icon **10**.

The automatic task switching operation may be such that switching to a task that was activated immediately before as described above, or to a predefined or arbitrarily specified task is performed.

Alternatively, when terminating, stopping or suspending the task (B), switching from the task (B) to the task (A) may be done by performing a predetermined operation with the operation keys **164** and the like to switch from the main display unit **122** to the sub-display unit **142**, and then selecting the icon **10** corresponding to the task (A).

[2] Copy Type Icon

The copy type icon, as shown schematically in FIG. **5**, is an icon generated in correspondence with the task displayed on the main display unit **122** in a suspended or stopped state, or in a state in which the initial state is maintained (copied). When the copy type icon is selected, the task corresponding to this icon is restored and displayed on the main display unit **122** in a state at which the task was suspended or stopped, or in its initial state.

FIGS. **6**A through **6**C are diagrams schematically showing the relationship between the internal state of the memory and what is displayed on the main and sub-display units **122** and **142** when the copy type icon is used. The task displayed on the main display unit **122** is executed in the main region **122**a in the memory, and a different task in its initial state or in a state in which processing is suspended (stopped) is stored in the sub-region **142**a, and is displayed as the copy type icon on the sub-display unit **142**.

In FIG. **6**A, the task (A) is being executed, and the task (A) is displayed on the main display unit **122**. It is assumed that nothing is displayed on the sub-display unit **142**.

In suspending (stopping) a task (A) and switching to a different task (B), if the task (B) is activated through a predetermined operation using the operation keys **164** and the like, a copy type icon **10** corresponding to the task (A) is automatically or manually generated, and the icon **10** is displayed on the sub-display unit **142**. At this point, in the memory, processing of the task (A) which is undergoing processing in the main region **122**a corresponding to the main display unit **122** is switched to the sub-region **142**a in a state in which the processing of the task (A) is suspended

APLNDC-WH0000006675

US 7,123,945 B2

9

(stopped) or in its initial state, and the task (A) is monitored by the pointer P such that it is activated in the suspended (or stopped) state or in its initial state.

On the other hand, as shown in FIG. 6B, the activated task (B) begins processing in the main region 122a, and the task (B) is displayed on the main display unit 122. At this point, in the sub-region 142a of the memory, the task (A) is still in the suspended (stopped) or initial state (A(1)).

If the task (B) is terminated, stopped or suspended, as shown in FIG. 6C, automatic switching from the task (B) under execution in the main region 122a to the task (A) is performed. The task (A) monitored by the pointer P is restored in the main region 122a in the state (A(1)) at which processing thereof was previously suspended (stopped), and the task (A) in the state (A(1)) is displayed on the main display unit 122. The icon 10 is erased from the sub-display unit 142 (and the sub-region 142a). However, it is also possible to keep the icon 10.

The automatic task switching operation may be such that switching to an immediately preceding task, or to a pre-defined or arbitrarily defined task is performed.

Moreover, in terminating, stopping, or suspending the task (B), a predetermined operation using the operation keys 164 and the like may be carried out to switch from the main display unit 122 to the sub-display unit 142, and the icon 10 of the task (A) may be selected to thereby switch from the task (B) to the task (A).

[3] Reduction Type Icon

The reduction type icon, as shown schematically in FIG. 7, is an icon generated by reducing the screen of the task displayed on the main display unit 122 as it is. Much like the pointer type icon mentioned above, the reduction type icon may restore and display the most recent state of a task on the main display unit 122 (reduction pointer type). Alternatively, the reduction type icon may also restore a task in the state in which it was suspended (or stopped) or in its initial state, and display the task on the main display unit 122, as in the case of the copy type icon, (reduction copy type).

Further, if the icon displayed on the sub-display unit 142 is capable of tracking changes in the state of the task and of changing itself in accordance therewith, much like a sub-window in a television with PinP (Picture-in-Picture) functions, checking the state of the task with the icon itself may be made possible.

FIGS. 8A through 8C are diagrams schematically showing the relationship between the internal state of the memory and what is displayed on the main and sub-display units 122 and 142 when the reduction type icon is used. The task displayed on the main display unit 122 is executed in the main region 122a in the memory, and a different task in a state in which processing is ongoing or suspended (stopped), or in an initial state is stored in the sub-region 142a, and the task is displayed as a copy type icon on the sub-display unit 142.

In FIG. 8A, a task (A) is executing, and the task (A) is displayed on the main display unit 122. It is assumed that nothing is displayed on the sub-display unit 142.

In switching to a different task (B) while the processing of the task (A) is continued, if the task (B) is activated through a predetermined operation with the operation keys 164, a reduction type icon 10, which corresponds to the task (A) and in which the displayed screen is reduced in scale by lowering the resolution thereof, is automatically or manually generated, and the icon 10 is displayed on the sub-display unit 142. At this point, in the memory, the task (A) processed

10

in the main region 122a corresponding to the main display unit 122 is switched to the sub-region 142a, and the task (A) is monitored by a pointer P.

On the other hand, as shown in FIG. 8B, processing of the activated task (B) is started in the main region 122a, and the task (B) is displayed on the main display unit 122. At the same time, processing of the task (A) is continued in the sub-region 142a in the memory, and the most recent states (A(1)) . . . (A(n)) thereof are monitored by the pointer p.

When the task (B) is terminated, stopped or suspended the task executed in the main region 122a is automatically switched, as shown in FIG. 8C, from the task (B) to the task (A). The most recent state (A(8)) of the task (A) monitored by the pointer P is restored in the main region 122a, and the most recent state (A(8)) of the task (A) is displayed on the main display unit 122. At the same time, the icon 10 (task (A)) is erased from the sub-display unit 142 (and the sub-region 142a). However, it is also possible to keep the icon 10.

In the automatic task switching operation, it is possible to switch to the immediately preceding task as described above, or it is also possible to switch to a predefined or arbitrarily defined task.

Moreover, in terminating, stopping or suspending the task (B), switching from the task (B) to the task (A) may be performed by switching from the main display unit 122 to the sub-display unit 142 through a predetermined operation with the operation keys 164 or the like, and then selecting the icon 10 of the task (A).

Alternatively, without switching from the main display unit 122 to the sub-display unit 142, the icon 10 of the sub-display unit 142 may be selected by, for example, a special operation such as pushing the jog dial (scroll key) of the operation keys 164 and "*" of the input/call keys 162 at the same time.

The description of the reduction type icon above is given with respect to a reduction pointer type icon in which the most recent state of the task corresponding to the icon is displayed (restored) on the main display unit 122 in a fashion similar to the pointer type icon. However, it is also possible to generate a reduction copy type icon which performs an operation similar to the copy type icon in which a task corresponding to the icon is displayed (restored) on the main display unit 122 in the state at which the task was suspended or stopped, or in its initial state.

A specific example of the operations of the portable telephone 100 as it is used while switching between a plurality of application software (tasks) using the pointer type/copy type/reduction type icons mentioned above will be described below with reference to a flowchart shown in FIG. 9.

The operation of the portable telephone 100 is started when the portable telephone 100 is turned on, and it is ended unconditionally when the power is turned off. The portable telephone 100 is, for example, equipped with functions such as creation, transmission and reception of e-mail, accessing and browsing the Internet, gaming, taking pictures, placing phone calls, music reproduction and the like as application software (tasks). The portable telephone 100 is capable of processing a plurality of application software (tasks) in parallel, and of generating icons for each of the application software (tasks) and switching between the tasks.

First, when the portable telephone 100, of which the display unit 120 and the operation unit 160 are folded together in a closed position, is opened so as to be operable, the main display unit 122 and the sub-display unit 142 become viewable (refer to FIG. 1A), and a preset top screen

US 7,123,945 B2

11                                                        12

is displayed (ST**100**). Then, when a predetermined operation
is performed with the input/call keys **162** or the operation
keys **164** of the operation unit **160**, and an application
software, for example, a web browser if accessing the
Internet, is activated, the web browser is displayed on the
main display unit **122**, and the content displayed on the main
display unit **122** is updated in accordance with processings
and operations performed (ST**101**, **102**).

When an application software such as the web browser or
the like is activated, it is judged whether or not icon
generation is in automatic generation mode (ST**103**).

If icon generation is in automatic generation mode, a
predetermined data is retrieved from the RAM **116** or the
ROM **117** to generate the icon **10** (for the web browser, in
this case), or the icon **10** (for the web browser) in which the
screen on the main display unit **122** is reduced is generated,
and the generated icon **10** is displayed on the sub-display
unit **142** (ST**104**, **105**).

If, on the other hand, icon generation is not automatic, it
is then selected whether or not the icon is to be generated
manually (ST**106**).

In order to generate an icon manually, a predetermined
operation is performed with the operation keys **164** and the
like, and, as in the case above, a predetermined data is
retrieved from the RAM **116** or the ROM **117**, thereby
generating the icon **10** (for the web browser), or alterna-
tively, the icon **10** (for the web browser) may be generated
by reducing the content displayed on the main display unit
**122** (ST**104**). The icon **10** (for the web browser) thus
generated is displayed on the sub-display unit **142** (ST**105**).
If the icon is not to be generated manually, the operational
flow proceeds to the processing of the application software
(in this case, the web browser).

Subsequently, if a different application software, for
example, an application software for writing e-mail, is
activated, it is judged whether or not an icon **10** for this
application software is already generated and displayed on
the sub-display unit **142** (ST**108**). In this case, it is judged
whether or not the icon for the e-mail application software
is displayed (present) on the sub-display unit **142**.

If the icon **10** (for the e-mail application) is displayed
(generated) on the sub-display unit **142** (i.e. if the applica-
tion is active), switching to the application software corre-
sponding to the icon **10**, in this case, the e-mail software, is
performed, and the e-mail screen is displayed on the main
display unit **122**, and the content displayed is updated
regularly in accordance with processings and operations
performed (ST**108**→ST**110**→ST**111**→ST**102** . . . ).

If the icon (for the e-mail application) is not displayed
(generated) on the sub-display unit **142**, it is judged whether
or not the application software (the e-mail application),
whose activation is requested, is in automatic icon genera-
tion mode (ST**103**).

In automatically generating the icon, a predetermined data
is retrieved from the RAM **116** or the ROM **117** to generate
the icon **10** (for the e-mail application), or, alternatively, the
icon **10** (for the e-mail application) may be generated by
reducing the content displayed on the main display unit **122**.
The icon **10** thus generated is displayed on the sub-display
unit **142** (ST**103**, ST**104**, ST**105**).

If icon generation is not automatic, it is then selected
whether or not the icon is to be generated manually (ST**106**).

In the case of manual generation, a predetermined opera-
tion is performed with the operation keys **164** and the like,
and, as in the case above, predetermined data is retrieved
from the RAM **116** or the ROM **117** and the icon **10** (for the
e-mail application) is generated, or the icon **10** (for the

e-mail application) in which the content displayed on the
main display unit **122** is reduced is generated. The icon **10**
thus generated is displayed on the sub-display unit **142**
(ST**104**, **105**). If the icon is not to be generated manually, the
operational flow proceeds to the processing of the applica-
tion software (in this case, the e-mail application).

Desired processing is performed with the application
software (the e-mail application) currently displayed on the
main display unit **122**, and it is then selected whether or not
processing of the application software (the e-mail applica-
tion) is to be terminated (ST**109**).

If the processing is not terminated, operation of the
application software (the e-mail application) is continued
(ST**109**→ST**102** . . . ).

If processing is terminated, it is judged whether or not the
icon **10** of the application software (the e-mail application)
is present (displayed) on the sub-display unit **142** (ST**109**→
ST**112**).

If the icon is present on the sub-display unit **142**, it is then
selected whether or not the icon is to be erased from the
sub-display unit **142** (ST**114**).

In erasing the icon, it is judged whether the icon is to be
erased automatically or manually (ST**115**). The icon **10** (and
the data in the memory) is then erased from the sub-display
unit **142** (and the sub-region **142**a of the memory) automati-
cally or through a predetermined operation of the keys or the
like (ST**116**). If the icon is not to be erased, the icon **10** (for
the e-mail application) is kept on the sub-display unit **142**
(and the sub-region **142**a of the memory).

If the icon is not present on the sub-display unit **142**, it is
judged whether or not there are any other active application
software (ST**112**→ST**113**).

If there is another active application software, it is
switched to this application software, which is displayed on
the main display unit **122**. The process is then continued
(ST**113**→ST**102**→. . . ).

On the other hand, if there are no other active application
software, the pre-set top screen is displayed
(ST**115**→ST**113**→ST**100**).

Specific examples of the mobile phone **100** in use will be
described below with reference to FIGS. **10** through **13**,
based on the operation flow shown in FIG. **9**.

In the portable telephone **100** shown in FIG. **10**, an audio
screen **122**e is displayed on the main display unit **122**,
reproduction processing of audio data is carried out, and a
plurality of the icons **10** are displayed on the sub-display unit
**142**.

For the icons **10** displayed on the sub-display unit **142**,
there are pre-set, in the upper row from the left, a top (initial)
screen icon **10**a, an icon **10**b for connecting to the Internet,
an icon **10**c for executing a Java (R) program, an icon **10**d
for e-mail and an icon **10**e for operating the camera **119**. In
this example, these icons **10** are always displayed on the
sub-display unit **142** in the upper row. In the bottom row, an
icon for an active application software under processing or
displayed on the main display unit **122** is displayed. In FIG.
**10**, an icon **10**f for audio is displayed.

The always-displayed icons **10**a to **10**e displayed on the
upper row of the sub-display unit **142** are copy type icons.
When these icons are selected, a preset screen for each
application software is displayed on the main display unit
**122**.

On the other hand, as for the icon displayed on the lower
row of the sub-display unit **142**, if it is a copy type (or a
reduction copy type), display/erasure thereof is selected
manually, and if it is a pointer type (or a reduction pointer

US 7,123,945 B2

13

type), it is automatically displayed/erased in accordance with the activation/termination of the corresponding application software.

For example, if, as shown in FIG. 10, the portable telephone 100 is used for listening to music, the audio player software is active, and the audio screen 122e is displayed on the main display unit 122, and a manually or automatically generated "♪" icon 10f is displayed on the sub-display unit 142.

If under such circumstances, a telephone call is received, it is automatically switched from the audio player software to a telephone call software (or by operating the input/call keys 162). As shown in FIG. 11, the main display unit 122 switches to a call data screen 122b which displays the telephone number of the person on the line, the duration of the call and the like. The audio player software in the main region in the memory is shifted to the sub-region, and reproduction of music is continued or temporally stopped. Also, with the activation of the telephone call software, a busy icon 10g (pointer type) indicating that a user is in the middle of a phone call is automatically generated on the sub-display unit 142.

In addition, it is also possible to connect to the Internet during a phone call. For example, if the user wishes to access a web site to search for a restaurant, a predetermined operation is performed with the input/call keys 162 or the operation keys 164 of the operation unit 160 to thereby switch from the main display unit 122 to the sub-display unit 142. Then, the "i" icon 10b on the upper row of the sub-display unit 142 is selected.

When the "i" icon 10b is selected, a net connection software is activated, and a web browser is displayed on the main display unit 122. Then, a desired web site is found and accessed via the Internet, and a restaurant search screen is displayed on the main display unit 122 as shown in FIG. 12. At this point, the call software processed in the main region of the memory is shifted to the sub-region, and processing of the phone call is continued. In addition, with the activation of the net connection software, a "Net" icon 10h (pointer type) is automatically generated on the sub-display unit 142.

Then, in the restaurant search screen 122c, station name, budget, kind of cuisine and the like, for example, are inputted, and information on restaurants (such as telephone number and a map) which match the search conditions is displayed on the main display unit 122.

At this point, a copy type (reduction copy type) icon 10H for the displayed screen may be generated and displayed on the sub-display unit 142 through a predetermined operation with the input/call keys 162 of the operation unit 160 or the operation keys 164, or the displayed screen may be saved as a copy type (reduction copy type) icon to replace the "Net" icon 10h (pointer type) when the net connection software is terminated. The icon 10h for the net connection software may also be erased automatically after a predetermined period has elapsed.

Moreover, if it is desired that the information (the displayed screen) retrieved in the restaurant search screen 122c of FIG. 12 be sent via e-mail, it is switched from the main display unit 122 to the sub-display unit 142 through a predetermined operation of the input/call keys 162 or the operation keys 164, and the mail icon 10d (illustrated with a drawing of an envelope in the diagram) on the top row of the sub-display unit 142 is selected.

When the mail icon 10d is selected, the e-mail software is activated, and a screen for creating a new message 122d

14

shown in FIG. 13 is displayed on the main display unit 122. At the same time, a "New" icon 10i (pointer type) is automatically generated on the sub-display unit 142.

Then, items such as title, addressee, main text or the like may be inputted through the input/call keys 162 or the operation keys 164 of the operation unit 160, and the icon 10H is attached. When the thus generated message is transmitted or saved, the "New" icon 10i of the sub-display unit 142 is automatically erased (returns to the state shown in FIG. 12).

Subsequently, when Internet connection is terminated (refer to FIG. 11) and the phone connection is cut, the "Net" icon 10h and the "busy" icon 10g of the sub-display unit 142 are automatically erased, and music reproduction is resumed automatically or manually (returns to the state shown in FIG. 10).

At this point, if the "♪" icon 10f is a pointer type icon, music reproduction has been ongoing, and thus when the music reproduction software is automatically or manually reactivated after the phone call is terminated, music reproduction is resumed in a condition where a certain period of time has elapsed. If, on the other hand, the "♪" icon 10f is a copy type icon, music reproduction is in a state in which it is temporarily stopped. When the audio player software is automatically or manually reactivated after the call is terminated, music is reproduced from the point at which it was stopped. Regardless of whether the icon is of a pointer type or a copy type, when the audio player software is reactivated, the main display unit 122 displays the audio screen 122e.

When each of the application software is successively terminated, according to the operational flow of FIG. 9, the top (initial) screen is displayed on the main display unit 122. However, if, as in the case above, a process in which the application software used most recently is displayed is adopted, the restaurant search screen 122c (refer to FIG. 12), for example, is displayed on the main display unit 122. If, on the other hand, a process in which the application software whose data is updated most frequently is displayed is adopted, the call data screen 122b (refer to FIG. 11. However, it is assumed here that the call data is updated most frequently), for example, is displayed on the main display unit 122.

In addition, for the icons illustrated in FIGS. 10 through 13, "♪" for example, is used for music reproduction, and "busy" is used for the call mode, and the icons are automatically selected in accordance with the application software. However, it is naturally possible to use other methods, such as making a selection each time an icon is generated, or assigning an icon by order, or the like.

Further, the main display unit 122 (one display screen) provided on the display unit 120 may be divided into a main display area and a sub-display area. For example, as shown in FIG. 14, in a display unit 120A, if the main display area is set to be a display region (B) 122M, the sub-display area may be displayed in an upper portion of a display unit 122A as a display region (A) 122S, or it may be displayed in the lower portion of the display unit 122A as a display region C (sub) 122S. Moreover, it is naturally possible to place one of the main display area and the sub-display area on the right and the other on the left, or to alternate between the main and the sub-display areas as required, or place the main and sub-display areas in positions other than those described above. Still further, the sizes of the display regions of the main display area and the sub-display area may be set arbitrarily.

APLNDC-WH0000006578

US 7,123,945 B2

15

Thus, in a portable telephone, other than the foldable portable telephone 100 equipped with the main display unit 122 and the sub-display unit 142 as separate display screens as mentioned above, in which only one display unit is provided, similar functionality is still achievable if the one display unit is divided, as shown in FIG. 14, into a main display area and a sub-display area. Therefore, functionality similar to those described herein may naturally be attained in apparatuses other than a portable telephone apparatus regardless of whether or not they are of a foldable type and of whether or not they are equipped with a plurality of display units.

Thus, since the invention disclosed herein may be embodied in other specific forms without departing from the spirit or general characteristics thereof, some of which forms have been indicated, the embodiments described herein are to be considered in all respects illustrative and not restrictive. The scope of the invention is to be indicated by the appended claims, rather than by the foregoing description, and all changes which come within the meaning and range of equivalents of the claims are intended to be embraced therein.

What is claimed is:

1. A task display switching method in a portable apparatus capable of processing a plurality of tasks in parallel and of displaying a plurality of display regions for displaying data, comprising:

generating a first icon associated with a first task when a second icon associated with a second task is selected from icons displayed in a second display region, said first task being displayed in a first display region that displays a selected task;

removing the display of the first task from the first display region without ending the first task;

displaying said first icon in said second display region that displays icons, said first icon graphically depicting one of a plurality of processing states of said first task associated with said first icon; and

restoring said first task associated with said first icon to the first display region when said first icon is selected from icons displayed in said second display region.

2. The task display switching method according to claim 1, wherein said first icon graphically depicts a most recent processing state of said first task.

3. The task display switching method according to claim 1, wherein said first icon graphically depicts a processing state at which said first task is suspended or stopped.

4. The task display switching method according to claim 1, wherein said first icon graphically depicts an initial processing state of said first task.

5. The task display switching method according to claim 1, wherein said first icon graphically depicting one of a plurality of processing states of said first task is generated by reducing an image displayed on said first display region.

6. The task display switching method according to claim 1, wherein said first icon associated with said first task is erased from said second display region when said restoring is carried out.

7. A portable apparatus capable of processing a plurality of tasks in parallel and of displaying a plurality of display regions for displaying data, comprising:

icon generation means for generating an icon associated with one of said tasks;

a first display region that displays a selected task; and

a second display region that displays icons; wherein said icon generating means generates a first icon associated with a first task displayed on said first display

16

region when a second icon associated with a second task is selected from icons displayed in said second display region, said first icon graphically depicting one of a plurality of processing states of said first task associated with said first icon,

the first display region removes display of the first task from the first display region without ending the first task,

said first icon associated with said first task is displayed in said second display region, and

when said first icon associated with said first task is selected from icons displayed in said second display region, said first task associated with said first icon is restored and displayed in said first display region.

8. The portable apparatus according to claim 7, wherein said first icon graphically depicts a most recent processing state of said first task.

9. The portable apparatus according to claim 7, wherein said first icon graphically depicts a processing state at which said first task is suspended or stopped.

10. The portable apparatus according to claim 7, wherein said first icon graphically depicts an initial processing state of said first task.

11. The portable apparatus according to claim 7, wherein said first icon graphically depicting one of a plurality of processing states of said first task is generated by reducing an image displayed in said first display region.

12. The portable apparatus according to claim 7, wherein said first icon associated with said first task is erased from said second display region when said first task is restored.

13. A portable communications apparatus, capable of processing a plurality of tasks in parallel, comprising:

a display unit;

a first display region for displaying a selected task provided in said display unit;

a hinge unit;

a second display region for displaying icons provided in said hinge unit;

an operation unit having operating means; and

icon generating means for generating an icon associated with one of said tasks, wherein

said display unit and said operation unit are joined via said hinge unit,

said display unit and said operation unit are rotatable so as to be opened/closed with said hinge unit as a shaft,

said first display region and said second display region become viewable when said display unit and said operation unit are rotated to an opened position,

a first icon associated with a first task displayed in said first display region is generated with said icon generating means when a second icon associated with a second task is selected from icons displayed in said second display region, said first icon graphically depicting one of a plurality of processing states of said first task associated with said first icon,

the first task is removed from the first display region without ending the first task;

said first icon associated with said first task is displayed in said second display region, and

when said first icon associated with said first task is selected from a plurality of icons displayed in said second display region, said first task associated with said first icon is restored and displayed in said first display region.

14. The portable communications apparatus according to claim 13, wherein said first icon graphically depicts a most recent processing state of said first task.

US 7,123,945 B2

17

18

**15**. The portable communications apparatus according to claim **13**, wherein said icon graphically depicts a processing state at which said first task is suspended or stopped.

**16**. The portable communications apparatus according to claim **13**, wherein said first icon graphically depicts an initial processing state of said first task.

**17**. The portable communications apparatus according to claim **13**, wherein said first icon graphically depicting one of a plurality of processing states of-said first task is generated by reducing an image displayed in said first display region.

**18**. The portable communications apparatus according to claim **13**, wherein said first icon associated with said first task is erased from said second display region when said first task is restored.

**19**. The portable communications apparatus according to claim **13**, wherein said second display region is provided so as to be viewable when said display unit and said operation unit are rotated to a closed position.

**20**. The portable communications apparatus according to claim **13**, wherein said second display region displays data indicating a status of said portable communications apparatus.

**21**. A portable communications apparatus according to claim **20**, wherein said data indicating said status of said portable communications apparatus is one of a communication condition, remaining battery capacity, the time and presence of stored data.

*   *   *   *   *

APLNDC-WH0000006580