1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:
5      1. Confidential portions of Samsung's Response to Apple's Opening Claim
6         Construction Brief; and
7      2. Exhibits B, I, J, M, N, O, and S attached to the Declaration of Todd M. Briggs in
8         Support of Samsung's Response to Apple's Opening Claim Construction Brief.
9  Samsung has established good cause to permit filing these documents under seal through
10 the Declaration of Brian E. Mack in Support of Samsung's Administrative Motion to File
11 Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to
12 documents and things that Apple, Inc. has designated as confidential or highly confidential under
13 the interim protective order.
14 Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
15 for in camera review and served on all parties.   Pursuant to this Court's December 7, 2011 order
16 (Dkt No. 455), proposed public redacted versions of the documents listed above are attached
17 hereto as exhibits if appropriate.
18
19 DATED: December 22, 2011       QUINN EMANUEL URQUHART &
20                                                       SULLIVAN, LLP
21
22                                        By  */s/ Victoria Maroulis*
23                                            Charles K. Verhoeven
                                           Kevin P.B. Johnson
24                                            Victoria F. Maroulis
                                           Michael T. Zeller
25                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
26                                            INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
27
28