QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF BRIAN E. MACK IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/4520708.1

I, Brian E. Mack, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Response to Apple's Opening Claim Construction Brief and the attached exhibits to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief.  These documents discuss or contain information and references from documents that the parties have designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the interim protective order.

3. Exhibits B, I, J, M, and S to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief contain excerpts from deposition transcripts or deposition exhibits of Apple witnesses that Apple has designated as either confidential or highly confidential under the interim protective order.  Samsung expects that pursuant to Civil Local Rule 79-5, Apple will file a declaration establishing good cause to permit the sealing of these documents.

4. Exhibits N and O to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief contain excerpts of documents produced by Apple as "Highly Confidential – Attorneys' Eyes Only" under the interim protective order. These documents relate to the matter of *Certain Mobile Device and Related Software*, ITC Inv. No. 337-TA-750.  Samsung expects that pursuant to Civil Local Rule 79-5, Apple will file a declaration establishing good cause to permit the sealing of these documents.

5. Portions of Samsung's Response to Apple's Opening Claim Construction Brief discuss or quote the contents of Exhibits B, I, J, M, N, O, and S to the Declaration of Todd M. Briggs in Support of Samsung's Opening Claim Construction Brief which Apple has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the interim protective order.

6. Pursuant to this Court's December 7, 2011 order (Dkt No. 455), attached as Exhibit 1 is the proposed public redacted version of Samsung's Response to Apple's Opening Claim Construction Brief.

7. Attached as Exhibit 2 is the proposed public redacted version of the Declaration of Todd M. Briggs in Support of Samsung's Opening Claim Construction Brief.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in San Francisco, California on December 22, 2011.

/s/ *Brian E. Mack*
    Brian E. Mack