# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P.B. Johnson (Bar No. 177129)
6     kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
7     victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
9  Facsimile:    (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Michael T. Zeller (Bar No. 196417)
11    michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:    (213) 443-3000
13 Facsimile:    (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC. and
15 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>**Date: January 20, 2012**<br>**Time: 10:00 am**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh** |

02198.51855/4519824.1

Case No. 11-cv-01846-LHK
DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S
OPENING CLAIM CONSTRUCTION BRIEF

I, Todd M. Briggs, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and counsel for defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Response to Apple's Opening Claim Construction Brief.  I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 6,493,002.

3. Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the Deposition of Steven Christensen, dated October 26, 2011, and Exhibit 978 to the Deposition of Steven Christensen.

4. Attached hereto as **Exhibit C** is a true and correct copy of certain excerpts from the file history of U.S. Patent No. 6,493,002.

5. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 5,659,693.

6. Attached hereto as **Exhibit E** is a true and correct copy of U.S. Patent No. 7,469,381.

7. Attached hereto as **Exhibit F** is a true and correct copy of certain excerpts from the Deposition of Ravin Balakrishnan, dated August 16, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 104 to the Deposition of Ravin Balakrishnan, dated August 16, 2011.

9. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 7,663,607.

10. Attached hereto as **Exhibit I** is a true and correct copy of certain excerpts from the Deposition of Brian Q. Huppi, dated October 18, 2011.

11. Attached hereto as **Exhibit J** is a true and correct copy of certain excerpts from the Deposition of Joshua Strickon, dated October 20, 2011.

1   12. Attached hereto as **Exhibit K** is a true and correct copy of U.S. Patent No. 7,812,828.

2   13. Attached hereto as **Exhibit L** is a true and correct copy of certain excerpts from the file history of U.S. Patent No. 7,812,828.

3   14. Attached hereto as **Exhibit M** is a true and correct copy of certain excerpts from the Deposition of Wayne Westerman, dated October 31, 2011.

4   15. Attached hereto as **Exhibit N** is a true and correct copy of certain excerpts from the hearing transcript in the matter of *Certain Mobile Device and Related Software*, ITC Inv. No. 337-TA-750, commencing September 23, 2011.

5   16. Attached hereto as **Exhibit O** is a true and correct copy of certain excerpts from the Pre-Trial Statement and Brief of the Commission Investigative Staff in the matter of *Certain Mobile Device and Related Software*, ITC Inv. No. 337-TA-750, dated September 9, 2011.

6   17. Attached hereto as **Exhibit P** is a true and correct copy of U.S. Patent No. 7,844,915.

7   18. Attached hereto as **Exhibit Q** is a true and correct copy of U.S. Patent No. 7,853,891.

8   19. Attached hereto as **Exhibit R** is a true and correct copy of certain excerpts from the file history of U.S. Patent No. 7,853,891.

9   20. Attached hereto as **Exhibit S** is a true and correct copy of certain excerpts from the Deposition of Imran Chaudhri, dated October 14, 2011.

10  21. Attached hereto as **Exhibit T** is a true and correct copy of screenshots from the iPhone "Clock" program.

11  22. Attached hereto as **Exhibit U** is a true and correct copy of Apple's Infringement Chart for U.S. Patent No. 7,853,891 (Exhibit 8) for the Samsung Galaxy Prevail Mobile Phone.

12  23. Attached hereto as **Exhibit V** is a true and correct copy of Apple's Infringement Chart for U.S. Patent No. 7,853,891 (Exhibit 9) for the Samsung Galaxy Tab 10.1.

13  24. Attached hereto as **Exhibit W** is a true and correct copy of U.S. Pat. App. Pub. No. 2003/0016253.

1    25.    Attached hereto as **Exhibit X** is a true and correct copy of certain excerpts from the file history of U.S. Patent No. 7,853,891.

3    I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6    DATED: December 22, 2011            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Todd M. Briggs*
     Todd M. Briggs
     Attorneys for Defendants/Counter-Claimants
     SAMSUNG ELECTRONICS CO., LTD.,
     SAMSUNG ELECTRONICS AMERICA, INC.
     and SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC