```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT B TO DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF** |

02198.51855/4315842.1

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT B  TO  THE DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description):

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

02198.51855/4315842.1

-2-   Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT B TO DECLARATION OF TODD  M. BRIGGS
IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM  CONSTRUCTION BRIEF

| | |
|---|---|
| 1  DATED: December 22, 2011 | Respectfully submitted, |
| 2 | QUINN EMANUEL URQUHART & |
| 3 | SULLIVAN, LLP |

By    /s/
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4315842.1

-3-    Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT B TO DECLARATION OF TODD M. BRIGGS
IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF