# EXHIBIT G

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Handwritten annotations: "Beyond Edge" near cell 20, "edge" arrow pointing to boundary between cells 20 and 21. Circles drawn around cell 1, cell 8, and a large region enclosing cells 14, 20, and extending across to include 18, 24.



Balakrishnan
EXHIBIT NO. 104
8-16-11
Andrea Ignacio, CSR 9830

02198.51855/4304701.1