1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                                CASE NO. 11-cv-01846-LHK
20         Plaintiff,
                                                **MANUAL FILING NOTIFICATION FOR**
21    vs.                                       **EXHIBIT J TO DECLARATION OF**
                                                **TODD M. BRIGGS IN SUPPORT OF**
22 SAMSUNG ELECTRONICS CO., LTD., a             **SAMSUNG'S RESPONSE TO APPLE'S**
   Korean business entity; SAMSUNG              **OPENING CLAIM CONSTRUCTION**
23 ELECTRONICS AMERICA, INC., a New             **BRIEF**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
           Defendant.
26

27

28

02198.51855/4315842.1
                                                          Case No. 11-cv-01846-LHK
             MANUAL FILING NOTIFICATION FOR EXHIBIT J TO DECLARATION OF TODD  M. BRIGGS
         IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM  CONSTRUCTION BRIEF

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT J TO THE DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

\_\_\_\_\_   Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_   Unable to Scan Documents

\_\_\_\_\_   Physical Object (description):

\_\_\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_   Item Under Seal

\_\_\_\_\_   Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_   Other (description): _____

02198.51855/4315842.1

-2-   Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT J TO DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF

| | | |
|---|---|---|
| 1 | DATED: December 22, 2011 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By  /s/ |
| 6 | | Victoria F. Maroulis |
| 7 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| 8 | | |

02198.51855/4315842.1

-3-    Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT J TO DECLARATION OF TODD M. BRIGGS
IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF