# EXHIBIT T

The iPhone's "Clock" program contains both a "Stopwatch" and a "Timer" function.

 

When activated, the Stopwatch starts at "00:00.0" and will count upwards to infinity in the absence of a technical limitation.

 

In contrast, the "Timer" function begins at a pre-determined value, set by the user, and counts down until it comes to an end at "00:00."

