# EXHIBIT U

# Exhibit 9

**Infringement Claim Chart for U.S. Patent No. 7,853,891**

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 1** | |
| A method to display a user interface window for a digital processing system, the method comprising: | The Samsung device is a digital processing system that displays a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | The Samsung device displays a first window (Ringer volume window) on a screen in response to receiving a first input from a user input device (volume key) of the Samsung device.<br><br>The Samsung device is capable of displaying at least a portion of a second window (Messaging window) concurrently with the first window on the screen.<br><br><br><br>(Front view of the Samsung device showing the Ringer volume window and the Messaging window displayed concurrently.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| starting a timer; and<br><br>closing the first window in response to a determination that the timer expired;<br><br>wherein the first window does not close in response to any input from a user input device of the digital processing system, | The Samsung device starts a timer, and closes the first window (Ringer volume window) in response to a determination that the timer expired (about 2 seconds).<br><br>The Ringer volume window does not close in response to any input from a user input device of the Samsung device.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independently from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>(Screenshot of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 2** | |
| A method as in claim **1** wherein the first window is translucent; and the portion of the second window is visible while under the first window. | The first window (Ringer volume window) is translucent.  A portion of the second window (Messaging window) is visible while under the Ringer volume window. <br><br> <br><br> (Screenshot of the translucent Ringer volume window.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 3** | |
| A method as in claim **2** wherein the first window is at a top level in a window displaying hierarchy. | The first window (Ringer volume window) is at a top level in a window displaying hierarchy. |
| **Claim 5** | |
| A method as in claim **1** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | Closing the first window (Ringer volume window) comprises fading out an image of the Ringer volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 6** | |
| A method as in claim **1** wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | The second window (Messaging window), if displayed, does close in response to an input from a user from a user input device (home key) of the Samsung device. Home key (Screenshots of the Message window and the Home screen on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 7** | |
| A method as in claim **6** wherein the first window does not respond to any input from a user input device of the digital processing system. | The first window (Ringer volume window) does not respond to any input from a user input device (home key) of the Samsung device. |
| **Claim 14** | |
| A method as in claim **1** further comprising:<br><br>determining a position on a display of the digital processing system independent of a position of a cursor on the display;<br><br>wherein the first window is displayed at the position. | The Samsung device determines a position on a display of the Samsung device independent of a position of a cursor on the display, and displays the first window (Ringer volume window) is displayed at the position.<br><br><br><br>(Screenshots of the Ringer volume window displayed at a determined position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 15** | |
| A method as in claim **14** wherein the position is centered horizontally on the display. | The first window (Ringer volume window) is centered horizontally on the display.<br><br><br><br>(Screenshot of the Ringer volume window centered horizontally on the display.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 16** | |
| A method as in claim **1** further comprising:<br><br>restarting the timer in response to receiving a second input for the first window. | The Samsung device continues (for about another 2 seconds) to display the first window (Ringer volume window) in response to receiving a second input (volume key) for the Ringer volume window. |
| **Claim 17** | |
| A method as in claim **16** wherein the second input is received from a user input device of the digital processing system. | The second input is received from a volume key of the Samsung device. |
| **Claim 18** | |
| A method as in claim **16** wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | The first window (Ringer volume window) is created by a volume control application. The second window (Messaging window) is created by a messaging application.  The volume control application is different from the messaging application. |
| **Claim 19** | |
| A method as in claim **1** wherein the user input device is one of:<br>a) a keyboard;<br>b) a mouse;<br>c) a track ball;<br>d) a touch pad;<br>e) a touch screen;<br>f) a joy stick; and<br>g) a button. | The volume key of the Samsung device is a button. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 20** | |
| A method to display a user interface window for a digital processing system, the method comprising: | The Samsung device is a digital processing system that displays a user interface window. (Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | The Samsung device displays a first window (Ringer volume window), the Ringer volume window being translucent.<br><br>The Samsung device is capable of displaying at least a portion of a second window (Messaging window) on the Samsung device under the Ringer volume window.<br><br>The portion of the Messaging window, when present, is visible under the Ringer volume window on the screen.<br><br><br><br>(Screenshot of the Ringer volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| closing the first window without user input, | The Samsung device closes the first window (Ringer volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independently from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen of the Samsung device.<br><br><br><br>(Screenshots of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 21** | |
| A method as in claim **20** further comprising:<br><br>starting a timer;<br><br>wherein said closing the first window is in response to expiration of the timer. | The Samsung device starts a timer and closes the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 23** | |
| A method as in claim **20** further comprising:<br><br>determining whether or not a condition is met;<br><br>wherein said closing the first window is in response to a determination that the condition is met. | The Samsung device determines whether or not an amount of time has passed, and closes the first window (Ringer volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 24** | |
| A method as in claim **20** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | The closing the first window (Ringer volume window) comprises fading out an image of the Ringer volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 26** | |
| A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising: | The Samsung device includes a machine readable media containing executable computer program instructions.  The executable computer program instructions, when executed by the Samsung device, cause the Samsung device to perform a method to display a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | The instructions also cause the Samsung device to display a first window (Ringer volume window) on a screen in response to receiving a first input from a user input device (volume key) of the Samsung device.<br><br>The instructions also cause the Samsung device to be capable of displaying at least a portion of a second window (Messaging window) concurrently with the first window on the screen.<br><br><br><br>(Front view of the Samsung device showing the Ringer volume window and the Messaging window displayed concurrently.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| starting a timer; and<br><br>closing the first window in response to a determination that the timer expired;<br><br>wherein the first window does not close in response to any input from a user input device of the digital processing system, | The instructions also cause the Samsung device to start a timer, and to close the first window (Ringer volume window) in response to a determination that the timer expired (about 2 seconds).<br><br>The Ringer volume window does not close in response to any input from a user input device of the Samsung device.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independently from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>(Screenshots of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 27** | |
| A media as in claim **26** wherein the first window is translucent; and the portion of the second window is visible while under the first window. | The first window (Ringer volume window) is translucent.  A portion of the second window (Messaging window) is visible while under the Ringer volume window.<br><br><br><br>(Screenshot of the translucent Ringer volume window.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 28** | |
| A media as in claim **27** wherein the first window is at a top level in a window displaying hierarchy. | The first window (Ringer volume window) is at a top level in a window displaying hierarchy. |
| **Claim 30** | |
| A media as in claim **26** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | Closing the first window (Ringer volume window) comprises fading out an image of the Ringer volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 31** | |
| A media as in claim **26** wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | The second window (Messaging window), if displayed, does close in response to an input from a user from the home key of the Samsung device. <br><br> Home key <br><br> (Screenshots of the Message window and the Home screen on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 32** | |
| A media as in claim **31** wherein the first window does not respond to any input from a user input device of the digital processing system. | The first window (Ringer volume window) does not respond to any input from a user input device (home key) of the Samsung device. |
| **Claim 39** | |
| A media as in claim **26** wherein the method further comprises:<br><br>determining a position on a display of the digital processing system independent of a position of a cursor on the display;<br><br>wherein the first window is displayed at the position. | The instructions also cause the Samsung device to determine a position on a display of the Samsung device independent of a position of a cursor on the display, and to display the first window (Ringer volume window) is displayed at the position.<br><br><br><br>(Screenshots of the Ringer volume window displayed at a determined position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 40** | |
| A media as in claim **39** wherein the position is centered horizontally on the display. | The first window (Ringer volume window) is centered horizontally on the display.<br><br><br><br>(Screenshot of the Ringer volume window centered horizontally on the display.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 41** | |
| A media as in claim **26** wherein the method further comprises:<br><br>restarting the timer in response to receiving a second input for the first window. | The instructions also cause the Samsung device to continue (for about another 2 seconds) to display the first window (Ringer volume window) in response to receiving a second input (volume key) for the Ringer volume window. |
| **Claim 42** | |
| A media as in claim **41** wherein the second input is received from a user input device of the digital processing system. | The second input is received from a volume key of the Samsung device. |
| **Claim 43** | |
| A machine readable media as in claim **41** wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | The first window (Ringer volume window) is created by a volume control application. The second window (Messaging window) is created by a messaging application.  The volume control application is different from the messaging application. |
| **Claim 44** | |
| A media as in claim **26** wherein the user input device is one of:<br>a)  a keyboard;<br>b)  a mouse;<br>c)  a track ball;<br>d)  a touch pad;<br>e)  a touch screen;<br>f)  a joy stick; and<br>g)  a button. | The volume key of the Samsung device is a button. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 45** | |
| A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising: | The Samsung device includes a machine readable media containing executable computer program instructions.  The executable computer program instructions, when executed by the Samsung device, cause the Samsung device to display a user interface window. <br><br> <br><br> (Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | The instructions also cause the Samsung device to display a first window (Ringer volume window), the Ringer volume window being translucent.<br><br>The instructions also cause the Samsung device to be capable of displaying at least a portion of a second window (Messaging window) on the Samsung device under the Ringer volume window.<br><br>The portion of the Messaging window, when present, is visible under the Ringer volume window on the screen.<br><br><br><br>(Screenshot of the Ringer volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| closing the first window without user input, | The instructions also cause the Samsung device to close the first window (Ringer volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independent from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen of the Samsung device.<br><br><br><br>(Screenshot of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 46** | |
| A media as in claim **45** wherein the method further comprises:<br><br>starting a timer;<br><br>wherein said closing the first window is in response to expiration of the timer. | The instructions also cause the Samsung device to start a timer and to close the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 48** | |
| A media as in claim **45** wherein the method further comprises:<br><br>determining whether or not a condition is met;<br><br>wherein said closing the first window is in response to a determination that the condition is met. | The instructions also cause the Samsung device to determine whether or not an amount of time has passed, and to close the first window (Ringer volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 49** | |
| A media as in claim **45** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | The closing the first window (Ringer volume window) comprises fading out an image of the Ringer volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 51** | |
| A digital processing system to display a user interface window, the system comprising: | The Samsung device is a digital processing system that displays a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| means for displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | The Samsung device includes a processor executing computer instructions for displaying a first window (Ringer volume window) on a screen in response to receiving a first input from a user input device (volume key) of the Samsung device which is capable of displaying at least a portion of a second window (Messaging window) concurrently with the first window on the screen.  (Front view of the Samsung device showing the Ringer volume window and the Messaging window displayed concurrently.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| Means for starting a timer;<br><br>and means for closing the first window in response to a determination that the timer expired;<br><br>wherein the first window does not close in response to any input from a user input device of the digital processing system, | The Samsung device includes a processor executing computer instructions for starting a timer, and for closing the first window (Ringer volume window) in response to a determination that the timer expired (about 2 seconds).<br><br>The Ringer volume window does not close in response to any input from a user input device of the Samsung device.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independently from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>(Screenshots of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 52** | |
| A digital processing system as in claim **51** wherein the first window is translucent; and the portion of the second window is visible while under the first window. | The first window (Ringer volume window) is translucent.  A portion of the second window (Messaging window) is visible while under the Ringer volume window. <br><br> <br><br> (Screenshot of the translucent Ringer volume window.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 53** | |
| A digital processing system as in claim **52** wherein the first window is at a top level in a window displaying hierarchy. | The first window (Ringer volume window) is at a top level in a window displaying hierarchy. |
| **Claim 55** | |
| A digital processing system as in claim **51** wherein said means for closing the first window comprises:<br><br>means for fading out an image of the first window. | The Samsung device includes a processor executing computer instructions for fading out an image of the first window (Ringer volume window).<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 56** | |
| A digital processing system as in claim **51** wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | The second window (Messaging window), if displayed, does close in response to an input from a user input device (home key) of the Samsung device. (Screenshots of the Message window and the Home screen on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 57** | |
| A digital processing system as in claim **56** wherein the first window does not respond to any input from a user input device of the digital processing system. | The first window (Ringer volume window) does not respond to any input from a user input device (home key) of the Samsung device. |
| **Claim 64** | |
| A digital processing system as in claim **51** further comprising:<br><br>means for determining a position on a display of the digital processing system independent of a position of a cursor on the display;<br><br>wherein the first window is displayed at the position. | The Samsung device includes a processor executing computer instructions for determining a position on a display of the Samsung device independent of a position of a cursor on the display, and displaying the first window (Ringer volume window) is displayed at the position.<br><br><br><br>(Screenshots of the Ringer volume window displayed at a determined position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 65** | |
| A digital processing system as in claim **64** wherein the position is centered horizontally on the display. | The first window (Ringer volume window) is centered horizontally on the display.<br><br><br><br>(Screenshot of the Ringer volume window centered horizontally on the display.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 66** | |
| A digital processing system as in claim **51** further comprising:<br><br>means for restarting the timer in response to receiving a second input for the first window. | The Samsung device includes a processor executing computer instructions for continuing (for about another 2 seconds) to display the first window (Ringer volume window) in response to receiving a second input (volume key) for the Ringer volume window. |
| **Claim 67** | |
| A digital processing system as in claim **66** wherein the second input is received from a user input device of the digital processing system. | The second input is received from a volume key of the Samsung device. |
| **Claim 68** | |
| A digital processing system as in claim **66** wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | The first window (Ringer volume window) is created by a volume control application. The second window (Messaging window) is created by a messaging application. The volume control application is different from the messaging application. |
| **Claim 69** | |
| A digital processing system as in claim **51** wherein the user input device is one of:<br>a)  a keyboard;<br>b)  a mouse;<br>c)  a track ball;<br>d)  a touch pad;<br>e)  a touch screen;<br>f)  a joy stick; and<br>g)  a button. | The volume key of the Samsung device is a button. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 70** | |
| A digital processing system to display a user interface window, the system comprising: | The Samsung device is a digital processing system that displays a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| means for displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; | The Samsung device includes a processor executing computer instructions for displaying a first window (Ringer volume window), the Ringer volume window being translucent, at least a portion of a second window (Messaging window) being capable of being displayed on the Samsung device under the Ringer volume window, the portion of the Message window, when present, being visible under the Ringer volume window on the screen.<br><br><br><br>(Screenshot of the Ringer volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| and means for closing the first window without user input, | The Samsung device includes a processor executing computer instructions for closing the first window (Ringer volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| wherein the first window has been displayed independent from a position of a cursor on the screen. | The first window (Ringer volume window) has been displayed independently from a position of a cursor on the screen of the Samsung device.<br><br><br><br>(Screenshot of the Ringer volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 71** | |
| A digital processing system as in claim **70** further comprising:<br><br>means for starting a timer;<br><br>wherein the first window is closed in response to expiration of the timer. | The Samsung device includes a processor executing computer instructions for starting a timer and for closing the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Ringer volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 73** | |
| A digital processing system as in claim **70** further comprising:<br><br>means for determining whether or not a condition is met;<br><br>wherein the first window is closed in response to a determination that the condition is met. | The Samsung device includes a processor executing computer instructions for determining whether or not an amount of time has passed, and for closing the first window (Ringer volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Prevail Mobile Phone |
|---|---|
| **Claim 74** | |
| A digital processing system as in claim **70** wherein said means for closing the first window comprises:<br><br>means for fading out an image of the first window. | The Samsung device includes a processor executing computer instructions for fading out an image of the first window (Ringer volume window).<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |