# EXHIBIT V

# Exhibit 8

**Infringement Claim Chart for U.S. Patent No. 7,853,891**

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 20** | |
| A method to display a user interface window for a digital processing system, the method comprising: | The Samsung device is a digital processing system that displays a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | The Samsung device displays a first window (Volume window), at least a portion of the Volume window being translucent.<br><br>The Samsung device is capable of displaying at least a portion of a second window (Messaging window) on the Samsung device under the Volume window.<br><br>The portion of the Messaging window, when present, is visible under the Volume window on the screen.<br><br>First window<br>(Volume window)　　　　Second window<br>(Messaging window)<br><br><br><br>(Screenshot of the Volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| closing the first window without user input, | The Samsung device closes the first window (Volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the first window has been displayed independently from a position of a cursor on the screen. | The first window (Volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>Cursor<br><br><br><br>Cursor<br><br>(Screenshot of the Volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 21** | |
| A method as in claim **20** further comprising:<br><br>starting a timer;<br><br>wherein said closing the first window is in response to expiration of the timer. | The Samsung device starts a timer and closes the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 23** | |
| A method as in claim **20** further comprising:<br><br>determining whether or not a condition is met;<br><br>wherein said closing the first window is in response to a determination that the condition is met. | The Samsung device determines whether or not an amount of time has passed, and closes the first window (Volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 24** | |
| A method as in claim **20** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | The closing the first window (Volume window) comprises fading out an image of the Volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 45** | |
| A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising: | The Samsung device includes a machine readable media containing executable computer program instructions.  The executable computer program instructions, when executed by the Samsung device, cause the Samsung device to display a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | The instructions also cause the Samsung device to display a first window (Volume window), the at least a portion of the Volume window being translucent.<br><br>The instructions also cause the Samsung device to be capable of displaying at least a portion of a second window (Messaging window) on the Samsung device under the Volume window.<br><br>The portion of the Messaging window, when present, is visible under the Volume window on the screen.<br><br>First window<br>(Volume window)<br><br>Second window<br>(Messaging window)<br><br><br><br>(Screenshot of the Volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| closing the first window without user input, | The instructions also cause the Samsung device to close the first window (Volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the first window has been displayed independent from a position of a cursor on the screen. | The first window (Volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>Cursor<br><br>Cursor<br><br>(Screenshot of the Volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 46** | |
| A media as in claim **45** wherein the method further comprises:<br><br>starting a timer;<br><br>wherein said closing the first window is in response to expiration of the timer. | The instructions also cause the Samsung device to start a timer and to close the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 48** | |
| A media as in claim **45** wherein the method further comprises:<br><br>determining whether or not a condition is met;<br><br>wherein said closing the first window is in response to a determination that the condition is met. | The instructions also cause the Samsung device to determine whether or not an amount of time has passed, and to close the first window (Volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 49** | |
| A media as in claim **45** wherein said closing the first window comprises:<br><br>fading out an image of the first window. | The closing the first window (Volume window) comprises fading out an image of the Volume window.<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 70** | |
| A digital processing system to display a user interface window, the system comprising: | The Samsung device is a digital processing system that displays a user interface window.<br><br><br><br>(Front view of the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| means for displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; | The Samsung device includes a processor executing computer instructions for displaying a first window (Volume window), at least a portion of the Volume window being translucent, at least a portion of a second window (Messaging window) being capable of being displayed on the Samsung device under the Volume window, the portion of the Message window, when present, being visible under the Volume window on the screen.<br><br>Second window (Messaging window)<br><br>First window (Volume window)<br><br><br><br>(Screenshot of the Volume window and the Messaging window displayed concurrently on the Samsung device.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| and means for closing the first window without user input, | The Samsung device includes a processor executing computer instructions for closing the first window (Volume window) without user input.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the first window has been displayed independent from a position of a cursor on the screen. | The first window (Volume window) has been displayed independently from a position of a cursor on the screen.<br><br><br><br>(Screenshot of the Volume window displayed independently of the cursor position.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 71** | |
| A digital processing system as in claim **70** further comprising:<br><br>means for starting a timer;<br><br>wherein the first window is closed in response to expiration of the timer. | The Samsung device includes a processor executing computer instructions for starting a timer and for closing the first window (Ringer volume window) in response to the expiration of the timer.<br><br><br><br>(Screenshot of the Messaging window on the Samsung device, after the Volume window closes.) |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 73** | |
| A digital processing system as in claim **70** further comprising:<br><br>means for determining whether or not a condition is met;<br><br>wherein the first window is closed in response to a determination that the condition is met. | The Samsung device includes a processor executing computer instructions for determining whether or not an amount of time has passed, and for closing the first window (Volume window) in response to a determination that the amount of time has passed. |

| U.S. Patent No. 7,853,891 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 74** | |
| A digital processing system as in claim **70** wherein said means for closing the first window comprises:<br><br>means for fading out an image of the first window. | The Samsung device includes a processor executing computer instructions for fading out an image of the first window (Volume window).<br><br><br><br>(Screenshot of an image fading out on the Samsung device.) |