1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Responsive Claim Construction Brief.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that the below documents discuss or contain information that has been designated as CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple, or sealed by order of this Court.

1   Accordingly, for good cause shown, the Court ORDERS that the following documents
2   shall be filed under seal:

3       1. Confidential portions of Samsung's Response to Apple's Opening Claim
4          Construction Brief; and

5       2. Exhibits B, I, J, M, N, O, and S attached to the Declaration of Todd M. Briggs in
6          Support of Samsung's Response to Apple's Opening Claim Construction Brief.

8   **IT IS SO ORDERED.**

10  DATED: _____

13            HONORABLE LUCY H. KOH
          United States District Court Judge