# EXHIBIT G


Deutsches
Patent- und Markenamt

# Registerauszug

zum

# Geschmacksmuster 40301867-0001

Stand 07.09.2011

Es bestehen folgende Eintragungen:

## Stammdaten
[19]     **Datenbestand**: DE
[-----]  **Geschmacksmusternummer**: 40301867-0001
[21]     **Aktenzeichen**: 40301867.6
[11]     **Registernummer**: 40301867
[-----]  **Geschmacksmusterzustand**: Geschmacksmuster eingetragen
[-----]  **Aufschiebungsstatus**: keine Aufschiebung
[22]     **Anmeldetag**: 03.03.2003
[-----]  **Auslandspriorität(en)**: 03.09.2002 US 29/166,842
[-----]  **Auslandspriorität(en)**: 27.11.2002 US 29/171,670
[-----]  **Auslandspriorität(en)**: 27.11.2002 US 29/171,697
[15]     **Eintragungstag**: 30.06.2003
[-----]  **Veröffentlichungsdatum**: 10.09.2003
[54]     **Bezeichnung**: Flachbildschirm ohne Rahmen
[51]     **Warenklasse(n)**: 14-02
[-----]  **Warenklassenversion**: 7
[-----]  **Hinterlegungsart**: Wiedergabe
[-----]  **Zahl der Darstellungen**: 9
[73]     **Inhaber**: Bloomberg Finance L.P., New York N.Y., US
[74]     **Vertreter**: Schwarz Kelwing Wicke Westpfahl, 80333 München
[-----]  **Zustellanschrift**: Rechtsanwälte, SCHWARZ KELWING WICKE WESTPFAHL, Wittelsbacherplatz 1, Postfach 201742, 80017 München
[-----]  **Bewirkte Schutzdauer**: 10 Jahre
[-----]  **Zahlungsfrist**: 30.09.2013
[15]     **EDV-Erfassungstag**: 02.05.2008

## Verfahrensdaten

Eintragung
[-----]  **Verfahrensart**: Eintragung
[-----]  **Verfahrensstand**: Das Muster wurde eingetragen

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                SAMNDCA00020402


Deutsches
Patent- und Markenamt

[-----] **EDV-Erfassungstag**: 30.06.2003
[-----] **Heftnummer**: 17
[-----] **Heftteil**: Teil 1a
[-----] **Heftjahr**: 2003
[45]   **Veröffentlichungsdatum**: 10.09.2003

Vertreter-Änderung

[-----] **Verfahrensart**: Vertreter-Änderung
[-----] **Verfahrensstand**: Angaben zum Vertreter / zu den Vertretern wurden geändert
[-----] **EDV-Erfassungstag**: 18.09.2006
[-----] **Heftnummer**: 21
[-----] **Heftteil**: Teil 1f
[-----] **Heftjahr**: 2006
[45]   **Veröffentlichungsdatum**: 10.11.2006
[74]   **Vertreter**: Schwarz Kelwing Wicke Westpfahl, 80333 München
[-----] **Früherer Vertreter**: 24IP Law Group Sonnenberg Fortmann, 80331 München

Zustellanschrift-Änderung

[-----] **Verfahrensart**: Zustellanschrift-Änderung
[-----] **Verfahrensstand**: Zustellanschrift wurde geändert
[-----] **EDV-Erfassungstag**: 18.09.2006
[-----] **Heftnummer**: 21
[-----] **Heftteil**: Teil 1f
[-----] **Heftjahr**: 2006
[45]   **Veröffentlichungsdatum**: 10.11.2006

Inhaber-Änderung

[-----] **Verfahrensart**: Inhaber-Änderung
[-----] **Verfahrensstand**: Angaben zum Inhaber/ zu den Inhabern wurden geändert
[-----] **EDV-Erfassungstag**: 23.11.2007
[-----] **Heftnummer**: 2
[-----] **Heftteil**: Teil 1f
[-----] **Heftjahr**: 2008
[45]   **Veröffentlichungsdatum**: 11.01.2008
[73]   **Inhaber**: Bloomberg Finance L.P., New York N.Y., US
[-----] **Früherer Inhaber**: Bloomberg L.P., New York N.Y., US

Aufrechterhaltung

[-----] **Verfahrensart**: Aufrechterhaltung
[-----] **Verfahrensstand**: Aufrechterhaltung für das 6.-10. Jahr
[-----] **EDV-Erfassungstag**: 09.04.2008
[-----] **Heftnummer**: 18
[-----] **Heftteil**: Teil 1d
[-----] **Heftjahr**: 2008

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00020403



Deutsches
Patent- und Markenamt

[45]   Veröffentlichungsdatum: 02.05.2008

**Geschmacksmuster-Darstellungen**
40301867-0001.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00020404