# EXHIBIT N

Confidential - Attorneys' Eyes Only

Page 1

```
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
              SAN JOSE DIVISION
 3
 4   APPLE INC., a California      Case No.
     corporation,
 5                                 11-cv-01846-LHK
              Plaintiff,
 6
 7   v.
 8   SAMSUNG ELECTRONICS CO.,
     LTD., a Korean business
 9   entity; SAMSUNG ELECTRONICS
     AMERICA, INC., a New York
10   corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA,
11   LLC, a Delaware limited
     liability company,
12
              Defendants.
13
             C O N F I D E N T I A L
14
       A T T O R N E Y S'   E Y E S   O N L Y
15

16
              VIDEOTAPED DEPOSITION
17
             TRACY-GENE G. DURKIN
18
               Washington, D.C.
19
            Friday, October 7, 2011
20
                   9:30 a.m.
21
22
23   TSG # 42528
24   Reporter:  Linda S. Kinkade, RDR, CRR, RMR, CSR
25   Videographer:  Mia Marbury
```

Confidential - Attorneys' Eyes Only

Page 2

1
2
3
4
5       The following is the videotaped deposition
6  of TRACY-GENE G. DURKIN held at the offices of:
7
8
9       Steptoe & Johnson
10      1330 Connecticut Avenue, N.W.
11      Washington, D.C.
12
13
14
15      Taken pursuant to applicable Rules of
16 Civil Procedure, before Linda S. Kinkade,
17 Registered Diplomate Reporter, Certified Realtime
18 Reporter, Registered Professional Reporter,
19 Registered Merit Reporter, Certified Shorthand
20 Reporter (CA), and Notary Public, in and for the
21 District of Columbia.
22
23
24
25

Confidential - Attorneys' Eyes Only

Page 8

1   Durkin and Sterne Kessler Goldstein and Fox.
2            VIDEOGRAPHER:  Thank you.  Will the
3   court reporter please swear in the witness,
4   after which we can begin.
5
6            TRACY-GENE GRAVELINE DURKIN,
7       Being first duly sworn, testified as
8   follows:
9                    EXAMINATION
10  BY MR. ZELLER:
11       Q.  Good morning.
12       A.  Good morning.
13       Q.  Would you tell us your full name for
14  the record?
15       A.  Tracy-Gene, G-E-N-E, Graveline,
16  G-R-A-V-E-L-I-N-E, Durkin, D-U-R-K-I-N.
17       Q.  And have you ever gone by any other
18  names?
19       A.  Only my maiden name.
20       Q.  And what's that?
21       A.  Tracy-Gene Graveline.
22       Q.  And so when did you switch over and
23  stop using your maiden name?
24       A.  1991.
25       Q.  You're an attorney?

Confidential - Attorneys' Eyes Only

Page 367

```
 1   you've had a chance to look at Exhibit 430.
 2        A.   I've looked at it.
 3        Q.   Do you recognize this design patent?
 4        A.   It looks familiar.
 5        Q.   Did you do any work in connection with
 6   the '889 Design Patent?
 7        A.   Not that I recall.
 8        Q.   Do you recall the context in which you
 9   first saw this document -- or this patent, I
10   should say?
11        A.   Not for certain, no.
12        Q.   Do you have a general understanding?
13        A.   Of what?
14        Q.   Of the context in which you became
15   familiar or first saw this patent.
16             MS. YOHANNAN:  Objection, calls for
17   speculation.
18             THE WITNESS:  No, I don't.
19   BY MR. ZELLER:
20        Q.   Directing your attention to Fig. 1,
21   you'll see that within the outer border there is
22   a rectangular set of lines.  Do you see that?
23        A.   I do.
24        Q.   Is that part of the claimed design?
25             MS. YOHANNAN:  Objection, calls for a
```

1   legal conclusion.
2           THE WITNESS:  I don't know.
3   BY MR. ZELLER:
4       Q.  Directing your attention to Fig. 2,
5   you'll see that there are those diagonal lines,
6   three sets of them, on the figure.
7       A.  Uh-huh.
8       Q.  Do you see what I'm referring --
9       A.  I do, uh-huh.
10      Q.  Do you have an understanding as to
11  what those are?
12          MR. CORNWELL:  Objection, calls for a
13  legal conclusion.
14          THE WITNESS:  I don't.
15  BY MR. ZELLER:
16      Q.  Directing your attention to Fig. 4,
17  you'll see that it's the back view, but it
18  doesn't have those diagonal lines.
19      A.  It's a bottom view, correct.
20      Q.  Do you have --
21      A.  According to the patent.
22      Q.  Do you have any understanding or
23  information as to why the diagonal lines are not
24  on Fig. 4?
25          MS. YOHANNAN:  Objection, calls for

Confidential - Attorneys' Eyes Only

Page 369

1    speculation.
2              THE WITNESS:  I don't.
3    BY MR. ZELLER:
4         Q.  You'll see that the firm listed on the
5    first page here of the '889 Design Patent is
6    Beyer Weaver & Thomas.  Do you see that?
7         A.  I do.
8         Q.  Have you ever had any communications
9    with that firm?
10        A.  I have.
11        Q.  Are they a firm you've had
12   communications with on behalf of Apple?
13             MS. YOHANNAN:  You may answer, yes,
14   no, I don't know or I don't recall.
15             THE WITNESS:  Yes.
16   BY MR. ZELLER:
17        Q.  Is it generally your understanding
18   that this firm has also done patent prosecution
19   work for Apple?
20             MS. YOHANNAN:  Same instruction.
21             THE WITNESS:  Yes.
22   BY MR. ZELLER:
23        Q.  Is there somebody in particular who
24   you've dealt with at that firm in connection
25   with Apple work?