QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DERRICK ROBINSON  IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1   I, Derrick Robinson, do hereby declare as follows:

2   1. I am General Counsel at Samsung Electronics America, Inc. ("SEA"). I submit this
3   Declaration in support of Samsung's Motion for Leave to File Motion for Reconsideration and
4   Motion for Reconsideration. I have personal knowledge of the facts set forth in this Declaration
5   and, if called as a witness, could and would competently testify to them.

6   2. Exhibit V of the Declaration of Mark Tung In Support of Samsung's Notice of
7   Lodging of Materials In Support of Samsung's Opposition to Apple's Motion for Preliminary
8   Injunction ("Tung Declaration") consists of excerpts from the deposition of Justin Denison. At
9   this deposition, I understand that Mr. Denison testified on behalf of all Samsung entities, including
10  SEA.

11  3. The excerpted portion of Mr. Denison's testimony contains a discussion of a
12  promotion involving SEA and Best Buy Co., Inc. ("Best Buy"). Certain information regarding
13  such promotion is subject to nondisclosure provisions of an agreement between SEA and Best
14  Buy.

15  4. Best Buy is a significant Samsung customer, and the business relationship between
16  Best Buy and Samsung would be compromised if the confidentiality of their communications were
17  not retained. Samsung has treated its communications with Best Buy and the details and
18  circumstances relating to the promotion as confidential, and accordingly has designated Mr.
19  Denison's testimony as HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the
20  interim protective order.

21  5. The requested relief is necessary and narrowly tailored to protect the confidentiality
22  of information contained or discussed in Exhibit V of the Tung Declaration. A public version of
23  this document has been filed which only redacts lines 17-25 of page 326, the portion which
24  Samsung seeks the Court's permission to seal here.

25
26
27
28

Case No. 11-cv-01846-LHK

1  I declare under penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 23rd day of December, 2011, in Ridgefield Park, New Jersey.

_____
Derrick Robinson

-2-

Case No. 11-cv-01846-LHK

**GENERAL ORDER ATTESTATION**

1

2     I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the

4  electronic filing of this document has been obtained from Derrick Robinson.

5

6                                                                          */s/ Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28