# EXHIBIT V
# (Public Redacted Version)

Highly Confidential Pursuant to Protective Order

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California      §
     Corporation,                  §
 5                                 §
         Plaintiff,                §
 6                                 §
     Vs.                           §        Case No.
 7                                 §   11-CV-01846-LHK
                                   §
 8   SAMSUNG ELECTRONICS CO.,      §
     LTD., a Korean business       §
 9   entity; SAMSUNG ELECTRONICS   §
     AMERICA, INC., a New York     §
10   corporation; SAMSUNG          §
     TELECOMMUNICATIONS AMERICA,   §
11   LLC, a Delaware limited       §
     liability company,            §
12                                 §
         Defendants.               §
13
14              HIGHLY CONFIDENTIAL
            UNDER THE PROTECTIVE ORDER
15
16
17         DEPOSITION OF JUSTIN DENISON
                  Dallas, Texas
18        Wednesday, September 21st, 2011
19
20
21
22
     Reported by:
23
     Daniel J. Skur, Notary Public and CSR
24
     JOB NO. 41964
25
```

Highly Confidential Pursuant to Protective Order

Page 2

```
 1

 2

 3

 4

 5                    September 21st, 2011

 6                    9:36 a.m. - 7:32 p.m.

 7

 8

 9           Deposition of JUSTIN DENISON, held

10     at the offices of Regus, 4514 Cole Avenue,

11     Suite 600, Dallas, Texas, before Daniel J.

12     Skur, Notary Public and Certified Shorthand

13     Reporter in and for the State of Texas.

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential Pursuant to Protective Order

Page 4

1          P R O C E E D I N G S

2              VIDEOGRAPHER:  This is tape 1 in the

3      video deposition of Justin Denison.  Today

4      is Wednesday, September 21st, 2011.  We're

5      now on record at approximately 9:36 a.m.

6      Will the attorneys please introduce

7      themselves for the record.

8              MR. HUNG:  Richard Hung of Morrison

9      & Foerster on behalf of Apple, Inc.  With

10     me today is Diana Kruze, also of Morrison &

11     Foerster and also for Apple.

12             MS. MAROULIS:  Victoria Maroulis

13     with Quinn Emanuel, counsel for Samsung,

14     and with me is Mark Tung of Quinn Emanuel,

15     Cindy Moreland of STA, and we have an

16     interpreter, Ann Park.

17                 JUSTIN DENISON,

18     having been duly sworn, testified as follows:

19                 EXAMINATION

20     BY MR. HUNG:

21         Q.    Morning, Mr. Denison.

22         A.    Morning.

23             MR. HUNG:  Before we get started, I

24     did have a discussion with Ms. Maroulis,

25     and I just wanted to note a couple of

Highly Confidential Pursuant to Protective Order

Page 175

1    8 -- and 8?

2        A.    I'm prepared to testify regarding

3    topics 1, 5, and 8.

4        Q.    And I believe you also previously

5    testified that you are able to offer testimony

6    with respect to 9 and 11 on Samsung's behalf,

7    correct?

8        A.    Yes.

9        Q.    What was the first Samsung product

10   to implement the bounce-back feature, as you

11   referred to it?  You also used an alternative

12   term, so if you prefer to use that, that's fine

13   as well.

14       A.    I'm fine with using the bounce-back

15   term as long as we're speaking generally and

16   not with respect, in particular, to the '381

17   patent.

18       Q.    That's fine.

19            MS. MAROULIS:  Objection, beyond the

20        scope to the extent it's anything other

21        than products at issue.  You can answer.

22       A.    In my discussions with designers

23   that implemented the bounce-back functionality

24   and/or were familiar with the implementation of

25   the bounce-back functionality with respect to

Highly Confidential Pursuant to Protective Order

1    products at issue, there was an indication

2    during those discussions that a product named

3    Haptic that was launched in Korea as early as

4    2007 contained something similar to what we're

5    referring to as bounce-back, the scrolling

6    functionality.

7    BY MR. HUNG:

8        Q.    Was Haptic a Samsung product?

9        A.    Yes.

10       Q.    Was it a Samsung smart phone?

11       A.    Pardon me.  I don't have detailed

12   knowledge of that particular product.  I'm not

13   sure whether it would be considered a smart

14   phone, but we would have to define what a smart

15   phone is to be precise.

16       Q.    Do you know whether Haptic ran on

17   Android?

18           MS. MAROULIS:  Objection, beyond the

19       scope.

20       A.    I don't -- I don't know what

21   operating system Haptic ran, to be specific.

22   BY MR. HUNG:

23       Q.    Is it your testimony that -- start

24   again.

25           Is it your testimony as Samsung's

Highly Confidential Pursuant to Protective Order

Page 325

1          A.    I have.  I have seen reproductions

2     of them, I should say, not the actual circulars

3     that were produced by Best Buy.

4          Q.    And did you see that circular in

5     preparation for your deposition today?

6          A.    Yes, I saw a reproduction of that

7     circular in preparation for the deposition

8     today.

9          Q.    Why was Samsung -- take that back.

10              That promotion involved Best Buy

11    providing a Galaxy Tab 10.1 for free if one

12    purchased a Samsung large-screen TV, correct?

13              MS. MAROULIS:  Objection,

14         mischaracterizes the record.

15         A.    That is not correct.

16    BY MR. HUNG:

17         Q.    Okay.  How would you characterize

18    the promotion?

19         A.    I would likely need to refer to the

20    circular to remember the exact details;

21    however, as I best recall, the particular

22    promotion that we're referencing ran for, let's

23    say, approximately one week.  It was

24    approximately a one-week promotion whereby if a

25    consumer purchased both a television, Samsung



Highly Confidential Pursuant to Protective Order

Page 326

1    television at or above a certain level, price

2    point, model, et cetera, and at the same time

3    purchased a Galaxy Tab 10.1 WiFi, that that

4    consumer would receive a discount on the

5    combined purchase at the register.

6        Q.    And the discount on the combined

7    purchase was equal to the list price at Best

8    Buy for the Galaxy Tab 10.1 WiFi, correct?

9        A.    No, I don't believe that that was

10   correct.

11       Q.    Okay.  What was the discount for the

12   purchase price?

13       A.    To the best of my recollection, the

14   discount was approximately $1,399.

15       Q.    On the combined package?

16       A.    That's correct.

17

18

19

20

21

22

23

24

25