UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK-PSG <br><br> **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

On December 20, 2011, the Court granted in part and denied in part an Administrative Motion to File Documents Under Seal filed by Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   Samsung has now filed a Motion for Leave to File Samsung's Motion for Reconsideration ("Motion"), pursuant to Civ. L.R. 7-9.

Having considered the arguments and the papers submitted, the Court hereby ORDERS that Samsung's Motion is GRANTED.

**IT IS SO ORDERED.**

DATED:   December ___, 2011

_____
The Honorable Lucy H. Koh
United States District Judge