1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal, relating to Exhibit X of the Declaration of Mark Tung In Support of Samsung's Notice of Lodging of Materials In Opposition to Apple's Motion for Preliminary Injunction.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

1  declaration establishes that the below documents contain information that has been designated as
2  HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.
3      Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:
5      1.  The confidential, unredacted version of Exhibit X of the Declaration of Mark Tung
6         in Support of Samsung's Notice of Lodging of Materials In Opposition to Apple's
7         Motion for Preliminary Injunction (the "Tung Declaration").
8
9      **IT IS SO ORDERED.**
10
11 DATED:   December \_\_\_, 2011

 

                                                     _____
                                                   The Honorable Lucy H. Koh
                                                   United States District Judge