# EXHIBIT X-2

# Apple's Design Features Are Functional

## Speaker:
## Upper portion of front surface

- Aligns speaker most naturally with the ear

- Traditional placement of the speaker since the very first telephone handsets

D'087

Source: Sherman Decl. ¶¶ 119-120

32

006-03

# Apple's Design Features Are Functional

## Speaker:
## Horizontal slot shape

- More flexibility for ear alignment

- Does not interfere with the size of the display screen

- Easier to manufacture—drilling leaves rounded side edges

- Preserves structural integrity of the surface

- Better acoustics



 D'087

*Source: Sherman Decl. ¶¶ 121-123*

006-04

# Apple's Design Features Are Functional

## Borders around screen

- Hides components
- Protects active area of screen

D'087

Source: Sherman Decl. ¶¶ 49–50, 114–118

34

006-09

# Apple's Design Features Are Functional

**Flat front face**

- No interference to touch screen from protruding bezel

- Easy to clean

- Fewer components to manufacture, break

- Less likely to snag

D'087

*Source: Sherman Decl. ¶¶ 42-43, 107*

35

006-06

# Apple's Design Features Are Functional



 D'677

**Black color of front face (D'677 only)**

- Hides components

- Default technology color

- Only color range for display screens

*Source: Sherman Decl. ¶ 109*

36

006-05

# Apple's Design Features Are Functional



**D'087**

## Bezel (D'087 only)

- Attaches front surface of phone to back surface of phone

- Protects display and glass from side impacts

*Source: Sherman Decl. ¶¶ 47, 173-174*

006-07

# Apple's Design Features Are Functional

## Lack of significant ornamentation

- By definition—not ornamental

- Enhances user experience by not distracting from screen—primary purpose of a portable, multi-media device



 D'087

*Source: Sherman Decl. ¶¶ 124-125*

Source: Jenkins Decl. Ex. S – "Objectified"

Video to be played here: Ive_edited.mpg



# Apple Admitted Functionality of Lack of Ornamentation



**Jonathan Ive** Lead Designer



"So, for example, something like the iPhone, everything defers to the display. A lot of what we seem to be doing in a product like that is actually getting design out of the way."

*Source: Jenkins Decl. Ex. S – "Objectified"*

40

044

# Apple Admitted Functionality of Lack of Ornamentation



41

The iPhone product design is "more accessible, easier to use, and much less technically intimidating than previously available smart phones and PDAs."

–Apple's Amended Complaint at ¶ 34

Apple's Amended Complaint

# Apple Admitted Functionality of Lack of Ornamentation



42

## Cooper Woodring



Q. And you would also agree with me that the three design patents that bring us here today, the 677 design patent, the 087 design patent, and the 889 design patent, also have this kind of simplified design that makes the technology easier for consumers to understand and increases the ease of use; true?

\* \* \* \* \* \*

A. Yes, that's true.

—154:9-16

*Source: Woodring Depo. 154:9-16; Sherman Decl. Ex. N*

256

# D'677 and D'087 are Primarily Functional, Not Ornamental

- Design is primarily functional because "everything defers to display" – which is the primary function of a smartphone

- Design is primarily functional because lack of ornamentation makes product easier for consumers to use.

- Design is not primarily ornamental because Apple has "taken design out of the way"

# Functional and Obvious Design for Smartphone Recognized Before iPhone Announced



**1/9/07**
iPhone announced

**12/06**
KR 30-2006-0050769 patent filed

**12/06**
LG Prada announced

**9/4/06**
JP1280315 patent issued

**7/06**
KR 30-418547 patent published

**2004**
Nokia design competition

Source: Sherman Decl. Exs. S, W, CC, EE; SAMNDCA00045058–45063

44

030–02

# Apple's "Alternatives" Do Not Rebut Functionality

Apple's Reply Brief 3-4:

"To rebut Samsung's claim that the elements are 'functional,' Apple submits numerous examples of alternative designs that perform each of the functions highlighted by Samsung....These examples establish that no element of the Apple designs is dictated by function."









Source: Apple's Reply Brief, p.3; Ho Decl. Ex. HH

45

159

# Apple's "Alternatives" Do Not Rebut Functionality



- The existence of alternative designs does not establish that a design is ornamental:

  - *Richardson* rejects the same argument that Apple makes: Namely, that a "design element is purely functional only when the function encompassed by that element cannot be performed by any other design."

    -*Richardson v. Stanley Works, 597 F.3d 1288, 1293 (Fed. Cir. 2010).*

  - In *Cordia v. Nokia*, 347 Fed. Appx. 568 (Fed. Cir. 2009), the court held that the "folding design" of a cell phone was functional despite the fact that a cell phone need not be foldable to function.

# Apple's "Alternatives" Do Not Rebut Functionality

"Functionality having been established,... [t]here is no need...to engage...in speculation about other design possibilities."

–*TrafFix Devices v. Mktg. Devices, Inc.*, 532 U.S. 23, 33-35 (2001) (trade dress case).

# Apple's "Alternatives" are Not Equally Functional

Functionality considerations include:

- Whether the protected design represents the best design;

- Whether alternative designs would adversely affect the utility of the specified article;

- Whether there are any concomitant utility patents;

- Whether the advertising touts particular features of the design as having specific utility; and

- Whether there are any elements in the design or an overall appearance clearly not dictated by function.

–*PHG Technologies LLC v. St. Johns Companies, Inc.*, 496. F3d 1361, 1366 (Fed. Cir. 2006).

48

306-01

## Apple's "Alternatives" are Not Equally Functional

- If "alternative designs would adversely affect the utility of the specified article, … they are not truly 'alternatives' within the meaning of our case law."

    - *PHG Technologies LLC v. St. Johns Companies, Inc.*, 496. F3d 1361, 1367 (Fed. Cir. 2006).

49

306-02

# No Infringement of D'677 and D'087

Samsung's phones do not infringe non-functional aspects of D'677 or D'087 designs, taking into account prior art.

# Design Patent Infringement Standard

## Ordinary Observer

Whether "in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other."

–*Gorham Mfg. Co. v. White*, 81 U.S. 511, 528 (1871).

## In View of the Prior Art

The ordinary observer is "deemed to view the differences between the patented design and the accused product in the context of the prior art."

–*Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665, 676 (Fed. Cir. 2008) (*en banc*).

## Filtering Out Functional Elements

In assessing the similarity of designs, the functional elements should be ignored or factored out.

–*Richardson v. Stanley Works*, 597 F.3d 1288, 1296 (Fed. Cir. 2010)(affirming propriety of "ignor[ing] functional elements); *Amini Innovation Corp. v. Anthony Cal., Inc.*, 439 F.3d 1372(Fed. Cir. 2006) ("The trial court is correct to factor out the functional aspects of various design elements.").

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Rectangular Shape



Rectangular aspect ratio 3:2

Rectangular aspect ratio 5:3

SAMSUNG INFUSE 4G

 D'087

Source: Sherman Decl. ¶¶ 133, 139

52

035-01

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Rounded Corners



SAMSUNG **INFUSE** 4G

 **D'087**

Tighter corners

More rounded corners

*Source: Sherman Decl. ¶¶ 128, 130*

120 mm
100 mm
80 mm
60 mm
40 mm
20 mm

53

035-02



035-03

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Speaker Appearance



Speaker is barely perceptible

at&t

SAMSUNG

SAMSUNG **INFUSE** 4G

Longer and narrower speaker slot

Shorter and wider speaker slot

Slot shape is readily noticeable

🍎 D'087

120 mm
100 mm
80 mm
60 mm
40 mm
20 mm

55

*Source: Sherman Decl. ¶¶ 153, 156*

035-04

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Speaker Placement

Speaker:
Closer to the top

Speaker:
Vertically centered within upper border

SAMSUNG INFUSE 4G

D'087

*Source: Sherman Decl. ¶¶ 144, 152*

56

035-05

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Bezel Comparison (D'087 Only)

57

No bezel, unified construction

Uniform bezel

SAMSUNG INFUSE 4G

 D'087

*Source: Sherman Decl. ¶¶ 171, 182–183*

035-06

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Bezel Comparison (D'087 Only)



No bezel, unified construction

SAMSUNG INFUSE 4G

*Source: Sherman Decl. ¶¶ 171, 182–183*

Uniform bezel

 D'087

58

035-07

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Bezel Comparison (D'087 Only)

59

No bezel, unified construction

SAMSUNG INFUSE 4G

*Source: Sherman Decl. ¶¶ 171, 182–183*

Uniform bezel

 D'087

035-08

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Bezel Comparison (D'087 Only)

60

*Source: Sherman Decl. ¶¶ 171, 182–183*

No bezel, unified construction

SAMSUNG

INFUSE 4G

Uniform bezel

🍎 D'087

035-09

# Design Differences for Infuse 4G Are Not "Minute" or "Minor": Lack of Ornamentation



Design elements

Design element

Design element

Minimal design elements

Design elements

SAMSUNG **INFUSE** 4G

 D'087

*Source: Sherman Decl. ¶¶ 157–158, 162, 164, 169*

61

035-10

# Overall Design Differences for Infuse 4G Are Not "Minute" or "Minor"

62

**Source: Sherman Decl. ¶¶ 126–184**

## SAMSUNG INFUSE 4G

- Speaker is barely perceptible
- Speaker: Closer to the top
- Longer and narrower speaker slot
- Borders disappear when phone is off
- Rectangular aspect ratio 5:3
- Design elements
- Design elements
- Thinner bands above and below display
- No bezel, unified construction
- Significant side borders
- Tighter corners

## D'087

- Speaker: Vertically centered within upper border
- Shorter and wider speaker slot
- Insignificant side borders
- Rectangular aspect ratio 3:2
- Minimal design elements
- Slot shape is readily noticeable
- Wider bands above and below display
- Uniform bezel
- More rounded corners

035-11

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Rectangular Shape



Source: Sherman Decl. ¶¶ 133, 135

63

034-01