# EXHIBIT X-3
# (Public Redacted Version)

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Rounded Corners



**Equally rounded corners**

**Corners not equally rounded**

D'087



SAMSUNG GALAXY S 4G

034-02

Source: Sherman Decl. ¶¶ 128, 129

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Borders





*Source: Sherman Decl. ¶¶ 134–135*

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Speaker Appearance



Slot shape is readily noticeable

Longer and narrower speaker slot

Speaker is barely perceptible

Shorter and wider speaker slot

120 mm
100 mm
80 mm
60 mm
40 mm
20 mm

 D'087

SAMSUNG GALAXY S 4G

034-04

66

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Speaker Placement



Speaker: Closer to top

Speaker: Vertically centered within upper border

 D'087

SAMSUNG GALAXY S 4G

67

*Source: Sherman Decl. ¶¶ 144, 147*

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Bezel Comparison



Uniform bezel

 D'087



Non-uniform bezel

SAMSUNG GALAXY S 4G

68

Source: Sherman Decl. ¶¶ 177-181

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Bezel Comparison





034-07

Source: Sherman Decl. ¶¶ 177-181

# Design Differences for Galaxy S 4G Are Not "Minute" or "Minor": Lack of Ornamentation



*Source: Sherman Decl. ¶¶ 126, 157-158, 162, 164, 169, 184*

70



**Design Differences for Galaxy S 4G Are Not "Minute" or "Minor"**

*D'087*

- Speaker slot shape is readily noticeable
- Speaker: Vertically centered within upper border
- Shorter and wider speaker slot
- Equally rounded corners
- Rectangular aspect ratio 3:2
- Uniform bezel
- Insignificant side borders
- Minimal design elements

*SAMSUNG GALAXY S 4G*

- Speaker is barely perceptible
- Speaker: Closer to top
- Design elements
- Longer and narrower speaker slot
- Corners not equally rounded
- Significant side borders
- Rectangular aspect ratio 5:3
- Non-uniform bezel
- Borders disappear when phone is off
- Design elements

71

034-09

*Source: Sherman Decl. ¶¶ 126-184*

# Apple's Fluid Construction of D'677 and D'087

- Apple's construction of its design patents differs depending on whether Apple is arguing infringement or obviousness

- When considering the same set of differences, Apple finds them:
  - Major for obviousness analysis
  - Minor for infringement analysis

72

268

## Obviousness

- For design patents, the Federal Circuit has adopted "identical tests" for infringement, anticipation and obviousness.

  –*International Seaway Trading Corp. v. Walgreens Corp.*,
  589 F.3d 1233, 1240 (Fed. Cir. 2009).

- "Obviousness, like anticipation, requires application of the ordinary observer test, not the view of one skilled in the art."

  –*Id.*

73

307

# Apple Is Not Likely to Prevail on the D'677 and D'087 Patents

Samsung has raised "substantial questions" concerning validity of D'677 and D'087

79

# Apple's PI Motion Should Be Denied

- **Apple cannot prove likelihood of success on the merits**
  - Apple is not likely to prevail on the D'677 and D'087 patents
  - **Apple is not likely to prevail on the D'889 patent**
  - Apple is not likely to prevail on the '381 patent

- Apple has not demonstrated irreparable harm

- The balance of equities tips against Apple

- The public interest favors denial of Apple's motion

80

# Apple's Is Not Likely to Prevail on D'889

- D'889 patent is:

  - Invalid because it is obvious

  - Invalid because it is indefinite

  - Not infringed

81

Animation to be played here: **tablet_movies.swf**

## Tablet Design Has Been Obvious for Decades



*1990*
Fidler Presentation Video



*1994*
"The Tablet Newspaper, a Vision for the Future"



*2002*
Hardware Zone Compaq Tablet PC TC1000 preview

82

*Source: Fidler Decl. Exs. G, L; Sherman Decl. Ex. L; Jenkins Decl. Ex. D*

# Apple's D'889 Patent Is Not Novel

## "Vulnerability is the issue at the preliminary injunction stage."

–Altana Pharma v. Teva Pharm., 566 F.3d 999, 1006 (Fed. Cir. 2009)

**1981**
Fidler tablet



**1994**
Knight-Ridder tablet



**1995**
Fidler tablet



**3/17/2004**
 D'889
filed



**1997**
Fidler tablet
(used in mall surveys)



**2003**
JP 1178470



**2003**
Bloomberg tablet



036-01   **Source: Fidler Decl. Exs. B, I;  Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33**

# Apple's D'889 Patent Is Not Novel

## "Vulnerability is the issue at the preliminary injunction stage."

–Altana Pharma v. Teva Pharm., 566 F.3d 999, 1006 (Fed. Cir. 2009)

| *1993* | *1993* | *1995* | *3/17/2004* |
|---|---|---|---|
| JP 0887388 | D'569 | JP 0921403 | D'889 |
| issued | issued | issued | filed |







84

Source: Sherman Decl. Exs. E, H, G

# Prior Art Similarities

## Prior Art

**Rectangular shape**

 Design





 D'889

85

# Prior Art Similarities





045-02

*Source: Fidler Decl. Exs. B, I; Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33*

# Prior Art Similarities

## Prior Art



**1981**
Fidler tablet

**1994**
Knight-Ridder tablet

**1995**
Fidler tablet

**1997**
Fidler tablet
(used in mall surveys)

**2003**
JP 1178470

**2003**
Bloomberg tablet

Rectangular shape

Four evenly rounded corners

**Flat, clear front surface**

 **Design**



 D'889

87

*Source: Fidler Decl. Exs. B, I;  Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33*

# Prior Art Similarities

## Prior Art



| 1981 | 1994 | 1995 |
|------|------|------|
| Fidler tablet | Knight-Ridder tablet | Fidler tablet |

| 1997 | 2003 | 2003 |
|------|------|------|
| Fidler tablet (used in mall surveys) | JP 1178470 | Bloomberg tablet |

Rectangular shape

Four evenly rounded corners

Flat, clear front surface

**Front surface without ornamentation**

 **Design**



 D'889

88

*Source: Fidler Decl. Exs. B, I;  Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33*

# Prior Art Similarities



**Prior Art**

*1981*
Fidler tables

*1994*
Knight-Ridder tablet

*1995*
Fidler tablet

*1997*
Fidler tablet
(used in mall surveys)

*2003*
JP 1178470

*2003*
Bloomberg tablet

Rectangular shape

Four evenly rounded corners

Flat, clear front surface

Front surface without ornamentation

**Thin rim surrounding the front surface**



 Design

 D'889

89

*Source: Fidler Decl. Exs. B, I;  Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33*

045-05

# Prior Art Similarities



## Prior Art

| 1981 Fidler tablet | 1994 Knight-Ridder tablet | 1995 Fidler tablet |
|---|---|---|
| 1997 Fidler tablet (used in mall surveys) | 2003 JP 1178470 | 2003 Bloomberg tablet |

- Rectangular shape
- Four evenly rounded corners
- Flat, clear front surface
- Front surface without ornamentation
- Thin rim surrounding the front surface
- Substantially flat back panel rounds up near the edges

## Design

D'889

90

# Prior Art Similarities



**Prior Art**

*1981*
*Fidler tablet*

**1994**
**Knight-Ridder tablet**

*1995*
*Fidler tablet*

**1997**
**Fidler tablet**
(used in mall surveys)

**2003**
**JP 1178470**

*2003*
*Bloomberg tablet*

Rectangular shape

Four evenly rounded corners

Flat, clear front surface

Front surface without ornamentation

Thin rim surrounding the front surface

Substantially flat back panel rounds up near the edges

A thin form factor

 Design

 D'889

*Source: Fidler Decl. Exs. B, I; Fidler Depo. Ex. 267, 269; SAMNDCA00027686-27690, 00019932-33*

045-07

91

# Apple's Design Features Are Functional

## Rectangular shape

- Standard shape for reading media and viewing screens

- Convenient shape for being held by a human hand

- Follows form of display screen component



 D'889

92

# Apple's Design Features Are Functional

### Rounded corners

- Avoid injuring the user

- Avoid snagging on clothing and bags

- Easier to manufacture from molds

- Greater structural integrity than sharp corners



 D'889

93

# Apple's Design Features Are Functional



## Flat surface:

- Flat display screen dictates need for flat front surface

- Touch technology allows for removal of physical keys, minimizing chances of dust or water encroachment

 D'889

94

*Source: Sherman Decl. ¶¶ 42–43*

# Apple's Design Features Are Functional



## Clear surface without ornamentation

- Allows unimpeded viewing of the display

- By definition—not ornamental

- Enhances user experience by not distracting from screen—primary purpose of a portable, multi-media device

 D'889

95

037-04