# EXHIBIT X-9

# Apple's Expert Cooper Woodring Is Not Neutral or Unbiased

## CV of Cooper Woodring — Apple's expert



Sept. 25, 1997 Design Management Institute (DMI) Annual Conference "Design Patents: An Underutilized Competitive Weapon", Newport, RI

Source: Woodring Decl. Ex. 6, p. 6

208