1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9

Michael T. Zeller (Bar No. 196417)
10 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
14 | INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

15

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,

20 |         Plaintiff,

21 |    vs.

22 | SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
25
        Defendant.
26

27

28

CASE NO. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**

Case No. 11-cv-01846-LHK
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the Redwood Shores and County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

On December 27, 2011, I served or had served true copies of the following documents, described as:

- **EXHIBIT X** TO MARK TUNG'S DECLARATION IN SUPPORT OF SAMSUNG'S NOTICE OF LODGING MATERIALS IN OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION (FILED UNDER SEAL)

**BY ELECTRONIC MAIL TRANSMISSION** from melissachan@quinnemanuel.com, by transmitting PDF format copies of such documents to each such person identified below, at the e-mail address listed below their address(es). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| AppleMoFo@mofo.com<br>HAROLD J. MCELHINNY<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR<br>jtaylor@mofo.com<br>ALISON M. TUCHER<br>atucher@mofo.com<br>RICHARD S.J. HUNG<br>rhung@mofo.com<br>JASON R. BARTLETT<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone (415) 268-7000<br>Facsimile (415) 268-7522 | WHAppleSamsungNDCalService@wilmerhale.com<br>WILLIAM F. LEE<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone (617) 526-6000<br>Facsimile (617) 526-5000<br><br>MARK D. SELWYN<br>Mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone (650) 858-6000<br>Facsimile (650) 858-6100 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 27, 2011, at Redwood Shores, California.

*/s/ Melissa N. Chan*

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Melissa N. Chan.

          /s/ *Victoria Maroulis*