COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN G. DAMSTEDT (230311)
(bdamstedt@cooley.com)
JESSE L. DYER (262741)
(jdyer@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.  5:11-cv-01846-LHK |
| Plaintiff, | |
| v. | APPLE INC.'S NOTICE OF APPEARANCE OF JESSE L. DYER |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendant. | |

PLEASE TAKE NOTICE that attorney Jesse L. Dyer of Cooley LLP, a member of the State Bar of California (CA SBN 262741) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above captioned case.

      Jesse L. Dyer
      Cooley LLP
      Five Palo Alto Square
      3000 El Camino Real
      Palo Alto, CA  94306-2155
      Tel:     (650) 843-5000
      Fax:    (650) 849-7400
      Email:  bdamstedt@cooley.com

| | | |
|---|---|---|
| 1 | Dated: December 29, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Jesse L. Dyer<br>Jesse L. Dyer (262741) |
| 5 | | Attorneys for Plaintiff<br>APPLE INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.    **APPLE INC.'S NOTICE OF APPEARANCE OF JESSE L. DYER**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed in compliance with Civil Local Rule 5.4, and will be served on all counsel for parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system. Any other counsel of record will be served by electronic mail.

/s/ Jesse L. Dyer
Jesse L. Dyer

996700 v1/HN