COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN G. DAMSTEDT (230311)
(bdamstedt@cooley.com)
JESSE L. DYER (262741)
(jdyer@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendant. | Case No.  5:11-cv-01846-LHK<br><br>APPLE INC.'S NOTICE OF APPEARANCE OF BENJAMIN G. DAMSTEDT |

PLEASE TAKE NOTICE that attorney Benjamin G. Damstedt of Cooley LLP, a member of the State Bar of California (CA SBN 230311) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff Apple Inc. in the above captioned case.

　　　　　Benjamin G. Damstedt
　　　　　Cooley LLP
　　　　　Five Palo Alto Square
　　　　　3000 El Camino Real
　　　　　Palo Alto, CA  94306-2155
　　　　　Tel:    (650) 843-5000
　　　　　Fax:    (650) 849-7400
　　　　　Email:  bdamstedt@cooley.com

| | | |
|---|---|---|
| 1 | Dated: December 29, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Benjamin G. Damstedt |
| | | Benjamin G. Damstedt (230311) |
| | | Attorneys for Plaintiff |
| 5 | | APPLE INC. |

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed in compliance with Civil Local Rule 5.4, and will be served on all counsel for parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system. Any other counsel of record will be served by electronic mail.

/s/ Benjamin G. Damstedt
Benjamin G. Damstedt

996697 v1/HN