HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,

Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG’S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Documents Under Seal. [Dkt. Nos. 542 and 548.] Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Response to Apple's Opening Claim Construction Brief and exhibits attached to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief contained Apple-confidential information. (*See* Declaration of Brian E. Mack in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. 542-1].) ("Briggs Declaration") Specifically:

- Exhibit B to the Briggs Declaration contains a confidential Apple engineering requirements specification and discussion of that specification in a deposition transcript.
- Exhibit I and J to the Briggs Declaration contain discussions of specific aspects of confidential prototype designs.

3. Apple does not maintain a claim of confidentiality on Exhibits M, N, S, or O to the Briggs Declaration.

4. Similarly, specific portions of Exhibit X to the Declaration of Mark Tung in Support of Samsung's Notice of Lodging Materials in Opposition to Apple's Motion for Preliminary Injunction contained Apple-confidential information. (*See* Declaration of Melissa N. Chan in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. 548-2].) ("Chan Decl.") Specifically:

- Pages 74-76 and 98 of Exhibit X discuss Apple prototype alternative designs and final design decisions as compared to those alternative designs.
- Pages 209-10, 213, and 248 contain market share information from a confidential report customized for Apple by a third party.
- Pages 222 and 224-28 contain discussions of confidential licenses and licensing negotiations between Apple and Samsung or Apple and third parties.

5. Apple does not maintain a claim of confidentiality on pages 24, 77-78, 100, 103, 106, 202-05, or 212 of Exhibit X.

6. It is Apple's policy not to disclose or describe its confidential design, trade secrets, market research, product development, or business practices to third parties. This information is confidential to Apple. It is indicative of the way that Apple manages its business affairs, designs its products and conducts product development. If disclosed the information could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 29th day of December, 2011, at Cupertino, California.

Dated: December 29, 2011

By: *<u>/s/ Cyndi Wheeler</u>* ____________
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: December 29, 2011

By: *\/s/ Jason R. Bartlett*
Jason R. Bartlett