1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By administrative motion, Samsung moved to file the below-listed documents, which contain Apple-confidential material, under seal. [Dkt. Nos. 542 and 548.] In support of Samsung's motions, Apple has filed the declaration required under Civil L.R. Rule 79-5(d) and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Exhibit B, I, and J to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief ("Briggs Declaration").

2. Samsung's Response to Apple's Opening Claim Construction Brief, to the extent it discusses or quotes the contents of Exhibits B, I, or J to the Briggs Declaration.

3. Pages 74-76, 98, 209-10, 213, 222, 224-28, and 248 of Exhibit X to the Declaration of Mark Tung in Support of Samsung's Notice of Lodging Materials in Opposition to Apple's Motion for Preliminary Injunction ("Tung Declaration").

Exhibits M, N, S, and O to the Briggs Declaration and pages 24, 77-78, 100, 103, 106, 202-05, and 212 of Exhibit X to the Tung Declaration shall not be filed under seal.

**IT IS SO ORDERED.**

Dated: December _____, 2011.

_____
HONORABLE LUCY H. KOH
United States District Judge