QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH THE COURT'S DECEMBER 22, 2011 ORDER PURSUANT TO L.R. 6-1 AND 6-3** |

02198.51855/4527534.1

Case No. 11-cv-01846-LHK
KANG DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO EXTEND TIME
FOR COMPLIANCE WITH THE COURT'S ORDER

I, Hankil Kang, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. I submit this Declaration in support of Samsung's motion to extend time for compliance with certain deadlines set by the Court's December 22, 2011 Order. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would competently testify thereto.

2. Since May 2011, I have been involved, along with a team of counsel and our outside lawyers, in collecting information and relevant documents relating to Apple's claims in this litigation, including documents responsive to Apple's hundreds of requests for production of documents.

3. On December 22, 2011, the Court ordered Samsung to produce certain categories of documents on or before December 31, 2011. Both before and after the issuance of that Order, I (along with a team of in-house attorneys and outside counsel) have been involved in an immense effort to collect and complete production of all documents subject to the Court's Order. Many of the ordered documents have already been produced, or will be produced by the Court-ordered deadlines (including CAD files, mockups, sketchbooks, certain designer emails and documents, source code, documents referencing Apple's products, and the like). Samsung's production efforts are ongoing, and in some respects are not complete.

4. The steps Samsung has taken in its attempt to meet the Court's deadlines include the following:

   a. Given the massive volume of data that had to be collected pursuant to the Order, and the physical limitations on how much Samsung's current e-discovery vendor could process in such a short period of time (December 22-31, a nine-day period over the holidays), Samsung has engaged an additional discovery vendor, a substantial expense, to assist in collecting and processing the requested documents. This new e-discovery vendor has had to obtain additional servers to process the volume of data required by the Court's Order, and is processing the data at data centers in three different countries in an effort to expedite the production of these documents to the greatest extent possible.

      b.      Samsung has directed its outside counsel to hire additional attorneys to assist in the expedited review process, given the amount of data involved and the limited availability of certain personnel over this nine-day holiday period.  Both Samsung and its outside counsel have worked straight through the holidays, including on Christmas Eve and Christmas Day, in Samsung's attempt to meet the Court's deadlines.

      c.      Samsung has contacted various custodians at their homes over the holidays in order to conduct additional document collection interviews.

      d.      Samsung representatives have personally couriered hard drives from Korea to the United States in order to deliver the data to the relevant personnel as quickly as possible.

5.      Despite these extensive efforts, the sheer breadth of Apple's requests makes it impossible for Samsung to complete production of all responsive documents by December 31, 2011.  Specifically, based on our e-discovery vendor's current estimates, it will be physically impossible to complete the document processing for certain subcategories of documents in time for those documents to be reviewed and produced by the December 31 deadline.  More specifically, for the portion of item 2 of the Court's Order referencing designer emails, while this production has already commenced and is ongoing, we anticipate that some design history emails for some of the relevant custodians will not be complete by December 31.  Additionally, for item 4 of the Court's order, while this production has already commenced and is ongoing, we anticipate that some responsive documents for some of the customer survey custodians will not be complete by December 31.  While we intend to produce these documents on a rolling basis, based on our current estimates we believe the production of these two subsets of documents will not be completed until January 9, 2011.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge.  Executed this 29th day of December, 2011, at Suwon, South Korea.

_____

02198.51855/4527534.1

-3-    Case No. 11-cv-01846-LHK
KANG DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO EXTEND TIME
FOR COMPLIANCE WITH THE COURT'S ORDER

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Hankil Kang.

                                              */s/ Victoria Maroulis*

02198.51855/4527534.1

-4-   Case No. 11-cv-01846-LHK
KANG DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH THE COURT'S ORDER