02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH CERTAIN DEADLINES SET BY THE COURT'S DECEMBER 22, 2011 ORDER** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rule 6-3 for an order extending the December 31, 2011 deadline to comply with certain provisions of the Court's December 22, 2011 Order.

Having considered the arguments of the parties in the papers submitted, and finding good cause therefor, the Court hereby GRANTS Samsung's Motion to Extend Time for Compliance with Certain Deadlines Set by the Court's December 22, 2011 Order.   For the documents

1  referenced in Items 2 and 4 of the Court's December 22, 2011 Order (Docket No. 537) that were
2  subject to a December 31, 2011 deadline, Samsung shall complete its production of those
3  materials by January 9, 2012.

**IT IS SO ORDERED.**

DATED:    December _____, 2011

_____
Hon. Paul S. Grewal
United States Magistrate Judge