1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19               Plaintiff,                       **SAMSUNG'S ADMINISTRATIVE
                                                  MOTION TO FILE DOCUMENTS
20        vs.                                     UNDER SEAL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
                 Defendants.
25

26

27

28

02198.51855/4529290.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5      1.  Confidential portions of Samsung's Reply Claim Construction Brief
6      2.  Exhibits A-J attached to the Declaration of Todd M. Briggs in Support of
7          Samsung's Reply Claim Construction Brief.

8  Samsung has established good cause to permit filing these documents under seal through
9  the Declaration of Brett Arnold in Support of Samsung's Administrative Motion to File
10 Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to
11 documents and things that Apple, Inc. has designated as confidential or highly confidential under
12 the interim protective order.

13 Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
14 for in camera review and served on all parties.   Pursuant to this Court's December 7, 2011 order
15 (Dkt No. 455), proposed public redacted versions of the documents listed above are attached
16 hereto as exhibits if appropriate.

17

18 DATED:   December 29, 2011        QUINN EMANUEL URQUHART &
19                                       SULLIVAN, LLP
20
21                         By  */s/ Victoria Maroulis*
22                           Charles K. Verhoeven
                          Kevin P.B. Johnson
23                           Victoria F. Maroulis
                          Michael T. Zeller
24                           Attorneys for SAMSUNG ELECTRONICS CO.,
                          LTD., SAMSUNG ELECTRONICS AMERICA,
25                           INC., and SAMSUNG
                          TELECOMMUNICATIONS AMERICA, LLC
26
27
28