# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:   (415) 875-6600
4  Facsimile:   (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P.B. Johnson (Bar No. 177129)
6    kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
7    victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
9  Facsimile:   (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Michael T. Zeller (Bar No. 196417)
11   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:   (213) 443-3000
13 Facsimile:   (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC. and
15 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF**<br><br>**Date: January 20, 2012**<br>**Time: 10:00 am**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh**<br><br>**[PROPOSED] PUBLIC REDACTED VERSION** |

1      I, Todd M. Briggs, declare as follows:

2      1.      I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and
3 counsel for defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics
4 America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I
5 submit this declaration in support of Samsung's Reply Claim Construction Brief.  I am personally
6 familiar with and knowledgeable about the facts stated in this declaration and if called upon could
7 and would testify competently as to the statements made herein.

8      2.      Attached hereto as **Exhibit A** is a true and correct copy of certain excerpts from the
9 Deposition of Tony Givargis, Ph.D., including lines 81:8-13.

10     3.      Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the
11 Deposition of Tony Givargis, Ph.D., including lines 36:15-23 and 39:17-40:1.

12     4.      Attached hereto as **Exhibit C** is a true and correct copy certain excerpts from the
13 Deposition of Tony Givargis, Ph.D., including lines 35:25-36:4.

14     5.      Attached hereto as **Exhibit D** is a true and correct copy of certain excerpts from the
15 Deposition of Tony Givargis, Ph.D., including lines 40:13-23 and 41:17-19.

16     6.      Attached hereto as **Exhibit E** is a true and correct copy of certain excerpts from the
17 Deposition of Tony Givargis, Ph.D., including lines 41:25-42:8.

18     7.      Attached hereto as **Exhibit F** is a true and correct copy of certain excerpts from the
19 Deposition of Tony Givargis, Ph.D., including lines 40:6-9.

20     8.      Attached hereto as **Exhibit G** is a true and correct copy of certain excerpts from the
21 Deposition of Tony Givargis, Ph.D., including lines 70:24-71:6 and 73:1-11.

22     9.      Attached hereto as **Exhibit H** is a true and correct copy of certain excerpts from the
23 Deposition of Tony Givargis, Ph.D., including lines 53:10-11 and 94:3-4.

24     10.     Attached hereto as **Exhibit I** is a true and correct copy of certain excerpts from the
25 Deposition of Tony Givargis, Ph.D., including lines 86:12-25 and 87:21-88:2.

26     11.     Attached hereto as **Exhibit J** is a true and correct copy of certain excerpts from the
27 Deposition of Tony Givargis, Ph.D., including lines 86:4-17.

28

1   I hereby declare under penalty of perjury under the laws of the United States that the
2   foregoing is true and correct.

4   DATED: December 29, 2011         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By  /s/ Todd M. Briggs
                                         Todd M. Briggs
                                         Attorneys for Defendants/Counter-Claimants
                                         SAMSUNG ELECTRONICS CO., LTD.,
                                         SAMSUNG ELECTRONICS AMERICA, INC.
                                         and SAMSUNG TELECOMMUNICATIONS
                                         AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Todd M. Briggs.

*/s/ Victoria Maroulis*

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,
20 |             Plaintiff,                        | CASE NO. 11-cv-01846-LHK
21 |        vs.                                    | **MANUAL FILING NOTIFICATION FOR EXHIBITS A-J TO DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF**
22 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
23 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
24 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
25
   |             Defendant.
26

27

28
02198.51855/4528842.1
                                                              Case No. 11-cv-01846-LHK
               MANUAL FILING NOTIFICATION FOR EXHIBITS A-J TO DECLARATION OF TODD M. BRIGGS
                       IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT A-J TO THE DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description):

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

DATED: December 29, 2011             Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/  *Victoria F. Maroulis*
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4528842.1

-2-                             Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBITS A-J TO DECLARATION OF TODD M. BRIGGS
IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF