1
2
3
4
5
6
7
8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Reply Claim Construction Brief.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  Apple has filed the supporting declaration establishing that the information is sealable.  The declarations establish that the below documents discuss or contain information that has been designated as

1  HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple, or sealed by order of this
2  Court.
3      Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:
5      1. Confidential portions of Samsung's Reply Claim Construction Brief; and
6      2. Exhibits A-J attached to the Declaration of Todd M. Briggs in Support of
7         Samsung's Reply Claim Construction Brief.

9  **IT IS SO ORDERED.**

11 DATED: _____

14                              HONORABLE LUCY H. KOH
                                United States District Court Judge