QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On December 29, 2011, I served true copies of the documents described as

1. **Samsung's Reply Claim Construction Brief**
2. **Declaration of Todd M. Briggs in Support of Samsung's Reply Claim Construction Brief**

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | ALISON M. TUCHER<br>atucher@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | |

**BY ELECTRONIC MAIL TRANSMISSION**: I served the above documents by electronic mail transmission from billtrac@quinnemanuel.com, transmitting PDF format copies of the documents

1  to each such person at the email address listed above.   The documents were transmitted by

2  electronic transmission and such transmission was reported as complete and without error.

3

4  Executed on December 29, 2011, at Redwood Shores, California.

5
/s/    Bill Trac____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/4522554.1

-3-  Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

## GENERAL ORDER ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I hereby attest that Bill Trac has concurred in this filing.

DATE: December 29, 2011                                              /s/ Victoria Maroulis