HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**REPLY DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S REPLY CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT L.R. 4-5**<br><br>Claim Construction<br>Hearing: Jan 20, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 4, 5th Floor<br>Judge:   Honorable Lucy H. Koh |

I, Deok Keun Matthew Ahn, declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Reply Claim Construction Brief Pursuant to Patent L.R. 4-5. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. Attached hereto as Exhibit R to this Declaration is a true and correct copy of an Appeal Brief in Support of Appellants' Appeal to the Board of Patent Appeals and Interferences bearing Bates Numbers APLNDC00028960-28993, excerpted from the produced file history of U.S. Patent No. 6,493,002.

3. Attached hereto as Exhibit S to this Declaration is a true and correct copy of an excerpt from the transcript of the August 16, 2011 deposition of Ravin Balakrishnan.

4. Attached hereto as Exhibit T to this Declaration is a true and correct copy of a redacted excerpt from the transcript of the September 23, 2011 Prehearing and Tutorial before the United States International Trade Commission in Investigation No. 337-TA-750 reflecting the testimony of Wayne Carl Westerman, Ph.D., regarding ellipse fitting.

5. Attached hereto as Exhibit U to this Declaration is a true and correct copy of an excerpt from the Corrected Witness Statement of Dr. Ravin Balakrishnan submitted to the United States International Trade Commission in Investigation No. 337-TA-750.

6. Attached hereto as Exhibit V to this Declaration is a true and correct copy of an excerpt from the September 9, 2011 Pre-trial Statement and Brief of the Commission Investigative Staff submitted to the United States International Trade Commission in Investigation No. 337-TA-750.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 29th day of December, 2011, at San Francisco, California.

*/s/ Deok Keun Matthew Ahn*
Deok Keun Matthew Ahn

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Deok Keun Matthew Ahn has concurred in this filing.

Dated: December 29, 2011    */s/ Michael A. Jacobs*
　　　　　　　　　　　　　　　Michael A. Jacobs