| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.   11-cv-01846-LHK<br><br>**SUPPLEMENTAL DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S REPLY CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT L.R. 4-5**<br><br>Claim Construction<br>Hearing: Jan 20, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 4, 5th Floor<br>Judge:    Honorable Lucy H. Koh |

I, Deok Keun Matthew Ahn, declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this supplemental declaration in support of Apple's Reply Claim Construction Brief Pursuant to Patent L.R. 4-5. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. The following certified file histories are included for the Court's convenience, and to ensure that a complete record of the proceedings in the United States Patent and Trademark Office relating to these patents is made part of the record in this case.

3. Attached hereto as Exhibit 1 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 6,493,002.

4. Attached hereto as Exhibit 2 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 7,469,381.

5. Attached hereto as Exhibit 3 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 7,663,607.

6. Attached hereto as Exhibit 4 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 7,812,828.

7. Attached hereto as Exhibit 5 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 7,844,915.

8. Attached hereto as Exhibit 6 to this Declaration is a true and correct copy of the produced certified file history of U.S. Patent No. 7,853,891.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 29th day of December, 2011, at San Francisco, California.

*/s/ Deok Keun Matthew Ahn*
Deok Keun Matthew Ahn

1

**ATTESTATION OF E-FILED SIGNATURE**

2     I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3  Declaration. In compliance with General Order 45, X.B., I hereby attest that Deok Keun

4  Matthew Ahn has concurred in this filing.

5  Dated: December 29, 2011                */s/ Michael A. Jacobs*
                                              Michael A. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28