EXHIBIT 1.01

IW 7293892

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**May 17, 2011**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *08/821,004*
FILING DATE: *March 20, 1997*
PATENT NUMBER: *6,493,002*
ISSUE DATE: *December 10, 2002*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N. WILLIAMS

**Certifying Officer**

**PART ( / ) OF ( ) PART(S)**

APLNDC00028287



SCANNED

8493002

| UTILITY SERIAL NUMBER | 08/821004 | PATENT DATE DEC. 1 0 2002 | PATENT NUMBER | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/821.004 | 03/20/97 | 345 | 326 | 2449 2773 | Dela Torre |

**APPLICANTS**

STEVEN W. CHRISTENSEN, MILPITAS, CA.

**CONTINUING DATA************************
VERIFIED       THIS APPLN IS A CON OF   08/316,237 09/30/94
Cmd                                              now abandoned

**FOREIGN/PCT APPLICATIONS************ NONE
VERIFIED

CPA

FOREIGN FILING LICENSE GRANTED 05/01/97

| Foreign priority claimed ☐ yes ☑ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | CA | 17 | 24 | 3 | $858.00 | 04860.P1365C |
| Verified and Acknowledged   Examiner's initials | | | | | | | |

**ADDRESS**

BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

**TITLE**

METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |
| 3-13-02 | Assistant Examiner | Total Claims 50   Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due   Date Paid | C de la Torre | Sheets Drwg. 9/3   Figs. Drwg. 7   Print Fig. 2 |
| $1320.00   4/7/02 | Crescelle N. dela Torre | |
| | Primary Examiner | ISSUE BATCH NUMBER |
| Label Area | PREPARED FOR ISSUE | |
| | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | |

Form PTO-436A C.IRVINE
(REV. 8/92)

SCAN      ISSUE FEE IN FILE      Former Drawings(___ shts) sct
OK                               (FACE)

APLNDC00028288

316237

| | ISSUE CLASSIFICATION | |
|---|---|---|
| | Class | |
| | Subclass | |

| UTILITY SERIAL NUMBER | 08/ 316237 | PATENT DATE | PATENT NUMBER |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 8/316,237 | 09/30/94 | 364 / 395 | 161 | 2306 / 2415 | |

STEVEN W. CHRISTENSEN, MILPITAS, CA.

*CONTINUING DATA******************** NONE
VERIFIED

*FOREIGN/PCT APPLICATIONS*********** NONE
VERIFIED

FOREIGN FILING LICENSE GRANTED 01/14/95

| Foreign priority claimed | ☐ yes ☒ no | | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☒ no | | | CA | 17 | 18 | 3 | $840.00 | 04860.P1365 |
| Verified and Acknowledged | Examiner's initials | | | | | | | | |

BLAKELY SOKOLOFF TAYLOR AND ZAFMAN
12400 WILSHIRE BOULEVARD
7TH FLOOR
LOS ANGELES  CA 90025

METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS
INFORMATION IN A COMPUTER SYSTEM

U.S. DEPT. of COMM.-Pat. & TM Office-PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner | | |
|---|---|---|---|---|
| **NOTICE OF ALLOWANCE MAILED** | | **CLAIMS ALLOWED** | | |
| | Assistant Examiner | Total Claims | Print Claim | |
| **ISSUE FEE** | | **DRAWING** | | |
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | **ISSUE BATCH NUMBER** | | |
| Label Area | Primary Examiner | | | |
| | **PREPARED FOR ISSUE** | | | |

WARNING: The information disclosed herein may be restricted.  Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.  Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)

APLNDC00028289

| BAR CODE LABEL | |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | **U.S. PATENT APPLICATION** |

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/316,237 | 09/30/94 | 364 | 2306 |

APPLICANT

STEVEN W. CHRISTENSEN, MILPITAS, CA.

**CONTINUING DATA********************
  VERIFIED

_____

**FOREIGN/PCT APPLICATIONS************
  VERIFIED

_____

FOREIGN FILING LICENSE GRANTED 01/14/95

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 17 | 18 | 3 | $840.00 | 04860.P1365 |

ADDRESS

BLAKELY SOKOLOFF TAYLOR AND ZAFMAN
12400 WILSHIRE BOULEVARD
7TH FLOOR
LOS ANGELES  CA 90025

TITLE

METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

| Date | Certifying Officer |
|---|---|

APLNDC00028290

| BAR CODE LABEL | | |
|---|---|---|

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/821,004 | 03/20/97 | 395 | 2415 |

APPLICANT

STEVEN W. CHRISTENSEN, MILPITAS, CA.

**CONTINUING DATA*********************
VERIFIED    THIS APPLN IS A CON OF    08/316,237 09/30/94

————————

**FOREIGN/PCT APPLICATIONS************
VERIFIED

————————

FOREIGN FILING LICENSE GRANTED 05/01/97

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 17 | 24 | 3 | $858.00 | 04860.P1365C |

ADDRESS

BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES CA 90025

TITLE

METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS
INFORMATION IN A COMPUTER SYSTEM

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer

APLNDC00028291

PATENT APPLICATION SERIAL NO. _08/821004_

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

300 BA 04/25/97 08821004
1 101        858.00 CK 04860.P1365C

**PTO-1556**
**(5/87)**

APLNDC00028292

PATENT APPLICATION SERIAL NO. _____ 08/316237

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

APLNDC00028293

08/316237

MAIL ROOM
SEP 17
30
PAT. & TRADE

Attorney's Docket No.   04860.P1365 _____                              Patent

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

SIR:     Transmitted herewith for filing is the patent application of

Inventor(s):    Steven W. Christensen _____

For:            METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL
                AND STATUS INFORMATION IN A COMPUTER SYSTEM _____
                                             (Title)

Enclosed are:
  __X__       17 (seventeen) _____ sheet(s) of Drawings.
  _____     An Assignment of the invention to _____
  _____     Assignment Cover Sheet Form PTO-1595.
  __X__       A Declaration and Power of Attorney (_____ signed/_XX___ unsigned).
  _____     A Verified Statement to establish Small Entity Status under 37 C.F.R. §§ 1.9 and 1.27.

The Filing Fee has been calculated as shown below:

|  | (Col. 1) | (Col. 2) | | | OTHER THAN A | |
|---|---|---|---|---|---|---|
| | | | SMALL ENTITY | | SMALL ENTITY | |
| For: | No. Filed | No. Extra | Rate | Fee | Rate | Fee |
| Basic Fee: | | | | $ 355 | | $ 710 |
| Total Claims: | 18  – 20 | * 0 | x 11 | $ | x 22 | $ 0 |
| Indep. Claims: | 3  – 3 | * 0 | x 37 | $ | x 74 | $ 0 |
| ☐ Multiple Dependent Claim(s) Presented | | | + 115 | $ | + 230 | $ 0 |
| | | | TOTAL | $ | TOTAL | $ 710 |

* If the difference in Col. 1 is less than zero,
  enter "0" in Col. 2.

  __X__     A check for $ 710.00 _____ for the filing fee is enclosed.
  _____   A check for $_____ for recordation of the Assignment is enclosed.
  __X__     The Commissioner is hereby authorized to charge payment of the following fees
            associated with this communication, or credit any overpayment, to our Deposit
            Account No. 02-2666.  **A duplicate copy of this sheet is enclosed.**
                __X__     Any additional filing fees required under 37 C.F.R. § 1.16.
                __X__     Any patent application processing fees under 37 C.F.R. § 1.17.
  __X__     The Commissioner is hereby authorized to charge payment of the following fees
            during the pendency of this application, or credit any overpayment, to our
            Deposit Account No. 02-2666.  **A duplicate copy of this sheet is enclosed.**
                _____   Any processing fees under 37 C.F.R. § 1.17, including any extension
                          fees.
                _____   Any filing fees under 37 C.F.R. § 1.16 for presentation of extra claims.
  __X__     Send all correspondence to the undersigned at BLAKELY, SOKOLOFF, TAYLOR &
            ZAFMAN, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California  90025,
            and direct all telephone calls to the undersigned at (408) 720-8598.

                                   Respectfully submitted,

                                   BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date:   9/30/94                    By _____
                                          Michael J. Mallie
12400 Wilshire Boulevard           Reg. No.: 36,591
Seventh Floor
Los Angeles, California  90025
(408) 720-8598                                     (LJV/cak 11/23/92)

"Express Mail" mailing label number   TB 377895617US _____

Date of Deposit ___  September 30, 1994 _____

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C.  20231.

                Triva Lewis
            (Typed or printed name of person mailing paper or fee)

_____
                (Signature of person mailing paper or fee)

APLNDC00028294

08 82100 7

04860.P1365                                                    Patent



UNITED STATES PATENT APPLICATION

for

**METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING
CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM**

Inventor:

Steven W. Christensen

prepared by:

**BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN**
12400 Wilshire Blvd., 7th Floor
Los Angeles, California 90025-1026
(408 )720-8598

"Express Mail" mailing label number _____ TB377895617 _____

Date of Deposit_____ 9-30-94 _____

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under CFR 1.10 on the date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

_____ Triva Lewis _____
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)

APLNDC00028295

MAIL ROOM
SEP
30
1994
PAT. & TRADEMARK OFF.

1

# METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM

## FIELD OF THE INVENTION

5          The present invention relates to the field of computer systems; particularly, the present invention relates to displaying a status and control function bar or window to enable access of user selected indicia to a computer system user.

## BACKGROUND OF THE INVENTION

10          Typically, a computer system contains a processor, a bus, and other peripheral devices.  The processor is responsible for executing instructions using the data in the computer system.  The bus is used by the processor and the peripheral devices for transferring information between one another.  The information on the bus usually includes data, address and control signals.  The peripheral devices comprise storage devices, input/output (I/O) devices, etc.

          Computer systems also include information management systems that coordinate the display of information to the user.  Currently, the art in computer display management provides the capability of displaying data in rectangular portions (commonly referred to as windows) of a display screen.  Such information management systems include the Finder™ interface of the computer systems manufactured by Apple Computer, Inc. of Cupertino, California.  Controls are typically provided to resize and move windows within the confines of the physical display boundaries.

APLNDC00028296

2

Windows may be used to display information regarding application programs, as well as information produced by system programs, that are run on the computer system.  Many of these system and control programs provide status and control information and functionality.  Some of the system control

5    programs also provide options with respect to the information they provide and the functions they perform.  These options can be accessed and/or selected by moving a cursor at a predetermined point in the window and "clicking" a mouse or performing requisite key strokes.  Access to these programs may require locating the program (e.g., locating and entering a

10   folder) before execution.  The time necessary to access such programs may be unduly long. *It* is desirable to provide a less obtrusive manner of accessing such system and control programs.

The computer system is often capable of displaying multiple windows or data areas on the display screen at the same time.  Windows may overlap

15   each other.  The information contained in the portion of the window that is overlapped is not visible.  The window that is entirely visible to the computer user is typically the active window.  Therefore, a program, such as a system or control program may be running, while another program displaying information in another window is selected as active and thereafter covers,

20   partially or completely, the windows or data areas displayed by the system/control program.  Sometimes the user may wish to have an unobstructed view of the system/control data area, regardless of the window selected as active (even when the windows overlap each other).  Thus, it is desirable at times to have windows that are always visible to the user.

APLNDC00028297

3

However, it is also desirable to be able to eliminate that window at times based on the user's requirements.

The present invention overcomes these problems by providing a status and control information display.  The display of the present invention is in an

5    easily accessible format.  Also, the display may be configured to permanently display in a visible manner control and status indicia.

APLNDC00028298

4

## SUMMARY OF THE INVENTION

An interactive computer-controlled display system is described.  In the
present invention, the display system includes a processor, a data display
screen, and a cursor control device for interactively positioning a cursor on
5    the data display screen.  The present invention also includes a window
generator that generates and displays a window (e.g., a control strip) on a
data display screen.  In one embodiment, the window comprises a control
and/or status window for display on the desktop of the computer system  The
window displays graphics depicting at least one display area of indicia.  The
10   individual data areas may be controlled through the use of controls and
indicators in the window itself using cursor control keys.

5

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

5          Figure 1 is a block diagram of one embodiment of the computer system of the present invention.

          Figure 2A displays a computer desktop illustrating the control strip of the present invention as well as opened windows.

10          Figure 2B illustrates one embodiment of the control strip of the present invention.

          Figure 2C illustrates a pop-up menu displayed from the control strip of the present invention.

15          Figure 2D illustrates a help balloon displayed from the control strip of the present invention.

20          Figure 2E illustrates the process of moving a display area from one position to another in the control strip.

APLNDC00028300

6

Figure 2F shows the control strip window graphics generated by processing logic being combined with graphics generated by a module to illustrate the creation of the resulting control strip.

5      Figure 3 illustrates one embodiment of the control panel of the present invention.

Figure 4 is a flow chart of one embodiment of the process for the control strip of the present invention.

10     Figure 5 is a flow chart of one embodiment of the secondary initialization process of the present invention.

Figure 6 is a flow chart of one embodiment of the open and
15     initialization process for the external modules of the present invention.

Figure 7 is a flow chart of one embodiment of the process for drawing the contents of the control strip of the present invention.

20     Figure 8 is a flow chart of one embodiment of the process for running idle tasks in the present invention.

Figure 9 is a flow chart of one embodiment of the process for responding to a mouse click occurring in the control strip of the present
25     invention.

APLNDC00028301

7

Figure 10 is a flow chart of one embodiment of the process for post processing a mouse click in the present invention.

5          Figure 11 illustrates a bar graph for display in a data display area in the control strip of the present invention.

Figure 12 illustrates a bar graph that results after using arrow direction icons.

APLNDC00028302

8

## DETAILED DESCRIPTION OF THE INVENTION

A method and apparatus for providing status and control indicia.  In the
following detailed description of the present invention numerous specific
details are set forth, such as types of status indicia, instruction names, etc., in
5      order to provide a thorough understanding of the present invention.  However,
it will be apparent to one skilled in the art that the present invention may be
practiced without these specific details.  In other instances, well-known
structures and devices are shown in block diagram form, rather than in detail,
in order to avoid obscuring the present invention.

10     The present description includes material protected by copyrights, such
as illustrations of graphical user interface images which the assignee of the
present invention owns.  The assignee hereby reserves its rights, including
copyright, in these materials, and each such material should be regarded as
bearing the following notice:  Copyright Apple Computer, Inc., 1993.  The
15     copyright owner has no objection to the facsimile reproduction by anyone of
the patent document or the patent disclosure, as it appears in the Patent and
Trademark Office file or records, but otherwise reserves all copyrights
whatsoever.

Some portions of the detailed descriptions which follow are presented
20     in terms of algorithms and symbolic representations of operations on data bits
within a computer memory.  These algorithmic descriptions and
representations are the means used by those skilled in the data processing
arts to most effectively convey the substance of their work to others skilled in
the art.  An algorithm is here, and generally, conceived to be a self-consistent
25     sequence of steps leading to a desired result.  The steps are those requiring

APLNDC00028303

9

physical manipulations of physical quantities.  Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated.  It has proven convenient at times, principally for reasons of

5    common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

        It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities.  Unless specifically stated

10   otherwise as apparent from the following discussions, it is appreciated that throughout the present invention, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data

15   represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

        The present invention also relates to apparatus for performing the

20   operations herein.  This apparatus may be specially constructed for the required purposes, or it may comprise a general purpose computer selectively activated or reconfigured by a computer program stored in the computer.  The algorithms and displays presented herein are not inherently related to any particular computer or other apparatus.  Various general purpose machines

25   may be used with programs in accordance with the teachings herein, or it may

APLNDC00028304

10

prove convenient to construct more specialized apparatus to perform the
required method steps.  The required structure for a variety of these machines
will appear from the description below.  In addition, the present invention is
not described with reference to any particular programming language.  It will
5       be appreciated that a variety of programming languages may be used to
implement the teachings of the invention as described herein.


OVERVIEW OF THE COMPUTER SYSTEM OF THE PRESENT INVENTION

           Referring to Figure 1, an overview of a computer system of the present
10     invention is shown in block diagram form.  The present invention may be
implemented on a general purpose microcomputer, such as one of the
members of the Apple family of personal computers, one of the members of
the IBM personal computer family, or one of several other computing and
assistant devices which are presently commercially available.  Of course, the
15     present invention may also be implemented on a multi-user system while
encountering all of the costs, speed, and function advantages and
disadvantages available with these machines.  The preferred embodiment of
the present invention is implemented on an Apple PowerBook™ computer
system developed by the assignee of the present invention.

20           As illustrated in Figure 1, the computer system of the present invention
generally comprises a local bus or other communication means 100 for
communicating information, a processor 103 coupled with local bus 100 for
processing information, a random access memory (RAM) or other dynamic
storage device 104 (commonly referred to as a main memory) coupled with
25     local bus 100 for storing information and instructions for processor 103, and a

APLNDC00028305

11

read-only memory (ROM) or other non-volatile storage device 106 coupled with local bus 100 for storing non-volatile information and instructions for processor 103.

The computer system of the present invention also includes an input/output (I/O) bus or other communication means 101 for communication information in the computer system.  A data storage device 107, such as a magnetic tape and disk drive, including its associated controller circuitry, is coupled to I/O bus 101 for storing information and instructions.  A display device 121, such as a cathode ray tube, liquid crystal display, etc., including its associated controller circuitry, is also coupled to I/O bus 101 for displaying information to the computer user, as well as a hard copy device 124, such as a plotter or printer, including its associated controller circuitry for providing a visual representation of the computer images.  Hard copy device 124 is coupled with processor 103, main memory 104, non-volatile memory 106 and mass storage device 107 through I/O bus 101 and bus translator/interface unit 140.  A modem 108 and an ethernet local area network 109 are also coupled to I/O bus 101.

Bus interface unit 140 is coupled to local bus 100 and I/O bus 101 and acts as a gateway between processor 103 and the I/O subsystem.  Bus interface unit 140 may also provide translation between signals being sent from units on one of the buses to units on the other bus to allow local bus 100 and I/O bus 101 to co-operate as a single bus.

An I/O controller 130 is coupled to I/O bus 101 and controls access to certain I/O peripherals in the computer system.  For instance, I/O controller 130 is coupled to controller device 127 that controls access to an

APLNDC00028306

12

alpha-numeric input device 122 including alpha-numeric and other keys, etc.,
for communicating information and command selections to processor 103, a
cursor control 123, such as a trackball, stylus, mouse, or trackpad, etc., for
controlling cursor movement, and a temperature sensor 127A for measuring
5   the internal system temperature.  The system also includes a sound chip 125
coupled to I/O controller 130 for providing audio recording and play back.
Sound chip 125 may include a sound circuit and its driver which are used to
generate various audio signals from the computer system.  I/O controller 130
may also provide access to a floppy disk and driver 126.  The processor 103
10  controls I/O controller 130 with its peripherals by sending commands to I/O
controller 130 via local bus 100, interface unit 140 and I/O bus 101.

     Batteries or other power supply 152 may also be included to provide
power necessary to run the various peripherals and integrated circuits in the
computer system.  Power supply 152 is typically a DC power source that
15  provides a constant DC power to various units, particularly processor 103.
Various units such as processor 103, display 121, etc., also receive clocking
signals to synchronize operations within the computer systems.  These
clocking signals may be provided by a global clock generator or multiple clock
generators, each dedicated to a portion of the computer system.  Such a
20  clock generator is shown as clock generator 160.  In one embodiment, clock
generator 160 comprise a phase-locked loop (PLL) that provides clocking
signals to processor 103.

     In one embodiment, processor 103 is a member of the 68000 family of
processors, such as the 68040 processor manufactured by Motorola
25  Corporation of Schaumberg, Illinois.  The memory in the computer system is

APLNDC00028307

13

initialized to store the operating system as well as other programs, such as
file directory routines, control programs, system programs and application
programs, and data inputted from I/O controller 130.  The operating system
running on processor 103 takes care of basic tasks such as starting the

5      system, handling interrupts, moving data to and from memory 104 and
peripheral devices via input/output interface unit 140, and managing the
memory space in memory 104.  In one embodiment, the operating system is
stored in ROM 106, while RAM 104 is utilized as the internal memory for the
computer system for accessing data and application programs.

10          Processor 103 accesses memory in the computer system via an
address bus within bus 100.  Commands in connection with the operation of
memory in the computer system are also sent from the processor to the
memory using bus 100.  Bus 100 also includes a bi-directional data bus to
communicate data in response to the commands provided by processor 103

15     under the control of the operating system running on it.

           Of course, certain implementations and uses of the present invention
may neither require nor include all of the above components.  For example, in
certain implementations a keyboard or cursor control device for inputting
information to the system may not be required.  Furthermore, the computer

20     system may include additional processing units.


OVERVIEW OF THE PRESENT INVENTION

           The present invention provides a control and/or status window for
display on the desktop of the computer system.  The control and status

25     window will be referred to herein as the control strip.  The control strip of the

14

APLNDC00028308

14

present invention is a window of graphics depicting one or more display areas for control and/or status indicia.  In one embodiment, each of the display areas is individually and variably sized.  The size of the control strip itself may also be variably sized.  In one embodiment, the size may be adjusted such

5    that none, all, or only a portion of the display areas within its boundaries are visible.  The size of the control strip may also be varied such that only a portion of one display area is visible in the control strip.  Figure 2A displays a computer desktop illustrating the control strip of the present invention as well as opened windows.  Figure 2B illustrates one embodiment of the control strip

10   of the present invention.

       Each of the variably sized data areas may be sensitive to user input for control.  That is, a user may interact with the individually display data areas. Different parts of the control strip either display information or act as buttons, or both.  Note that buttons may display information on their surface.  When

15   the user clicks a button, it is highlighted.  In one embodiment, buttons may also display additional elements such as pop-up menus (shown in Figure 2C) or help messages (e.g., balloons shown in Figure 2D).  Thus, in one embodiment, control of the individual data areas is accomplished, in part, through the use of small button controls and indicators in the form of various

20   icons.

       Each of the display areas is associated with a programming module. Each of the modules provides a specific status or control function.  In one embodiment, the module is represented by a disk file containing the code necessary for the module to interact with the control strip as well as other

25   elements such as text, icons, pictures, etc.  Modules may be designed to be

15

responsive to selection from cursors via a mouse, trackpad, or cursor control
keys, such as on a keyboard.  Many of the modules are able to provide
control to various system functionality, and may provide menus to do the
same.

5          The control strip is a control panel that provides the operating
environment for control strip modules.  In one embodiment, the control strip
runs on any Macintosh™ computer using a System 7.0 or later operating
system.  The control strip of the present invention may be designed to run on
computer systems using other operating systems.

10          In one embodiment, the control strip is implemented in a private
window layer that appears in front of the windows of all the application layers.
That is, the control strip window appears on top of all application
programming windows that may be generated as part of the execution of an
application program.  This prevents other windows from obscuring it.  In one
15  embodiment, processing logic in the computer system may maintain a list of
windows ordered from the frontmost window on the screen being at the top of
the list and the bottommost window being at the bottom of the list.  Processing
logic can maintain the control strip window at the top of the list.

          The control strip of the present invention may include windowing
20  configurations that are shown as being horizontal or vertical on the screen.
Furthermore, the present invention is not limited to a single row or column of
status and control data areas.  In other words, multiple rows and columns of
module data areas may be included in the window of the control strip.

16

CONTROL STRIP MANIPULATION

　　　　The control strip, such as shown in Figure 2B, may also be moved to
different portions of the display screen.  However, in one embodiment, the
window for the control strip may be moved to any location on the display as
5    long as the right and/or left edge of the strip is attached to the right or left
edge, respectively, of the display.  The user may also hold down the option
key and drag the tab 203 of the control strip 200 with the use of a cursor
control device (e.g., trackpad, trackball, mouse) to move the control strip to a
new position on the display.

10   　　　　In one embodiment, the user may adjust the size of the control strip
window.  Adjustments to the size of the window may comprise either an
increase in the height of the window, the width of the window, or both.  In one
embodiment, only the width of the control strip window may altered.  The
definition and use of windows is well-known in the art.  In one embodiment,
15   the control strip 200 has a tab 203 on its unattached end.  The user can drag
tab 203 to adjust the length of the strip.  By "clicking" on tab 203, i.e. selection
through the use of the trackpad, mouse, cursor control keys, etc. , the user is
able to shift from a minimal control strip size to a maximum control strip size,
and vice versa.  In its minimal size, the graphics of the modules in the control
20   strip are not visible and only the tab is showing.  In its maximum size, all of
the modules in the control strip are showing.  Recognizing cursor controlled
selections through the use of trackpad, trackball, mouse, cursor control keys,
etc., as well as the tracking of movements of the cursor made by the same
are well-known in the art.

APLNDC00028311

17

Scroll arrows, such as left scroll arrow 204 and right scroll arrow 205, are provided on the control strip that enable the window of the control strip to be scrolled to the left or right, respectively.  Use of scroll arrows with windows is well-known in the art.

5          The user may also hide the control strip.  In one embodiment, to make the control strip disappear completely, the user can click the Hide button in the control strip control panel, as described later in conjunction with Figure 3. A close box 201 is also included in control strip 200

In one embodiment, by holding the option key and clicking a display

10        area, the user can drag the display area to another position in the control strip.  An example of the process of moving one display area to another position on the control strip is shown in Figure 2E.  Referring to Figure 2E, the user selects one of the display areas by, for instance, positioning the cursor over the display area.  When the user "clicks" the display area, its border

15        becomes highlighted.  While clicking, the display area is dragged to another location in the control strip module display area.  When the user has moved the display area to the location of his choice, the user stops "clicking"  The control strip display areas are then rearranged.

After the user rearranges the parts of the control strip, the new

20        arrangement is saved.  The saving operation may be deferred until resources, such as the hard disk is ready (e.g., spinning) or until just before the computer system is shut down or restarted.  In other words, in computer systems in which the hard disk is not turned on all the time in order to save power, the saving operation may be deferred until the hard disk has been turned on by

25        another.

18

EXEMPLARY CONTROL/STATUS INFORMATION

The control strip of the present invention provides a standard screen location for a collection of individual modules that provide status and control

5    functions.  In one embodiment, the control strip functions include a network switch that shows whether a network connection for the computer system, such as an AppleTalk™ network connection, is on or off and lets the user turn the network connection on or off without having to locate and execute other network connection software on the computer system (e.g., without having to

10   open the Chooser™).

The control strip may also include a battery monitor that displays the status of the battery or batteries.  In one embodiment, the battery monitor displays the current power drain in a manner similar to a car's miles per gallon (MPG) indicator.  The needle for the power drain indicator indicates the drain

15   relative to the maximum possible.  The control strip of the present invention allows this display to be updated frequently so if the user increased the LCD display screen's brightness level, the needle would animate to denote the consequence of the action.

Another control strip module displays the state of File Sharing (e.g., on,

20   off, or users connected) that may be currently employed on the computer system.  The file sharing module also lets the user turn file sharing on or off and lets the user open a control panel to control processing to setup file sharing on the computer system.

APLNDC00028313

19

The control strip of the present invention may also provide a module to allow the internal hard disk power to be turned off (to save power), and to indicate whether is currently on or off.

The control strip may also provide power settings that allow the user to
5   select between maximum battery conservation or maximum computer performance without opening a control panel.  In one embodiment, the power settings portion of the control strip also allow the user to open up the power savings control  panel.  The control strip of the present invention may also include a function that places the computer in sleep mode or allows the user
10   to select the sound volume.

Other modules, for example, may provide time and/or date information, may list currently running programming applications, may indicate the amount of available memory, may control a CD drive, may provide access to audio controls and status information.  Therefore, the control strip acts as a status
15   and control function bar, or windowing area, that provides running modules to be displayed in an arrangement that is to be displayed, such an arrangement being modifiable such that the size of the window or bar may be changed.

In one embodiment, the control strip is controllable through a control panel.  An exemplary display of such control panel is shown in Figure 3.  Use
20   of control panels is well-known in the art.  Using the control panel in Figure 3, the user is able to hide or show the control strip by clicking the corresponding button in the control panel.  Note that in one embodiment, the control panel may also be used to change the font and size of the text in the control strip window.

25

APLNDC00028314

20

PROCESSING LOGIC FOR THE PRESENT INVENTION

The present invention includes computer processing logic for generating the control strip of the present invention. This processing logic is described, in part, in the flow charts shown in Figures 4-10. In addition to the
5   computer resources described earlier, the present invention relies upon the availability of an operating system and system functions capable of displaying windows, information in windows, characters, and cursor symbols on the display devices. System functions for interfacing with the cursor control devices and cursor function keys, including the tracking of cursor location
10   within a window, are also required. These resources are standard processing components known in the art.

When the processor of the present invention is first powered up, the operating system logic obtains control and initializes the system components such as read/write memory, the display device, the cursor control device, the
15   cursor function keys, and keyboard. During this initialization process or in response to a user command, the operating system displays the control strip of the present invention.

In one embodiment, the control strip initialization is performed in two stages. The first stage begins by initially loading at least one routine at start
20   up. Upon loading necessary routines, the operating system allocates storage for global variables use. Next, resources are loaded for use by the control strip processing logic. These resources include the visual components or indicia that is to appear in the control strip, such as pictures, icons, text, etc. The processing logic for the control strip is patched into the operating system.

APLNDC00028315

21

Later, as a second stage of the initialization during the set up process, the control strip processing logic causes each of the module files to be opened one at a time.  The code for the module is loaded.  An initialization routine is run in response to a call, during which time, the module itself

5      determines if it can run.  This information is conveyed to the control strip.  The processing logic then causes the window to be displayed and calls the modules to run themselves and appear in the control strip.  Figure 2F shows the control strip window graphics generated by processing logic being combined with graphics generated by a module to illustrate the creation of the

10     resulting control strip.

Figure 4 is a flowchart of the processing logic responsible for generating the control strip of the present invention and processing events that occur involving the control strip.  In one embodiment, the control strip main processing is called by the operating system.  Referring to Figure 4, the

15     processing begins by saving the previous context and sets up the context of the control strip (processing block 401).  The previous context refers to the state of the computer system prior to performing control strip processing.  The previous context may correspond to an application program running immediately prior to the control strip processing being called.  The context

20     may include settings up its memory space, providing access to its global variables, etc.

Next, a test determines if the secondary initialization has been done (processing block 402).  If the secondary initialization has not been done, processing continues at processing block 403 where a secondary initialization

25     process is run, and processing thereafter continues at processing block 409.

APLNDC00028316

22

The secondary initialization process causes the processing logic to initialize the control strip.  One embodiment of the secondary initialization process is described in Figure 5.  On the other hand, if the window of the control strip is allocated, processing continues at processing block 404 where the processing

5    logic awaits a user event and determines the type of such an event.

Then a test determines if the user event type is a null event (processing block 405).  That is, a test determines whether the user event type is idle or not.  If the user event type is a null event, processing continues at processing block 406 where idle tasks are run, and processing thereafter

10   continues at processing block 409.  Thus, during idle periods, tasks involved with the control strip window may be run as well as tasks of the modules. Examples of module tasks may include updating help messages (e.g., due to a help feature being enabled on the computer system) and saving updated state information (e.g., display area on screen moved to new location, display

15   area resized, module made invisible; module indicates state is changed and that it must be saved).  On the other hand, if the event type is not a null event, processing continues at processing block 407.

At processing block 407, a test determines if there has been a "click" of the mouse within the area defined by the control strip.  If there has been a

20   click of the mouse within the control strip, the mouse click is processed (processing block 408), and processing continues at processing block 409. The mouse click processing determines the location of the mouse click, which module in the controls strip was selected, or "clicked-on", if any, and any action to be taken based on that location.  One embodiment of the mouse

23

click processing is described in Figure 9.  If a mouse click has not occurred within the control strip, processing continues directly to processing block 409.

At processing block 409, the previous context is restored and the processing logic exits to return control to the operating system.

5        One embodiment of the secondary initialization process called by the control strip main processing logic is described in a flowchart in Figure 5. Referring to Figure 5, the secondary initialization process begins by testing whether the Finder™ has started up (processing block 501).  If the Finder™ has not started up, the secondary initialization process ends.  However, if the

10    Finder™ has started up, the window of the control strip is created (processing block 502).

Then a test determines whether the creation of the window of the control strip was successful (processing block 503).  If the creation of the window of the control strip was not successful, the process ends.  The

15    creation of the window may not be successful because, for instance, there is not enough memory, missing system resources, etc.  On the other hand, if the creation of the window of the control strip was successful, the font and color of the control strip are initialized (processing block 504).  Then external modules are opened and initialized (processing block 505), the default screen

20    location and size of the control strip are set (processing block 506), the user configuration is loaded (processing block 507), and the contents of the control strip are drawn (processing block 508). The user configuration may include screen location for the control strip, the saved display order of the modules, the window size of the control strip, etc.  Then the secondary initialization

25    process ends.

24

The default screen location and size of the control strip are stored in memory and accessed.  In one embodiment, these values may be changed by the computer user, such as by interacting with the control strip itself.  In another embodiment, the default values are determined and permanently set

5     by a system designer.  Note that specification of the font, color, default screen location and size may not be required in lieu of the user configuration. Likewise, by using solely the default settings, the user configuration is not required.

One embodiment of the process for opening and initializing external

10    modules such as may be invoked by the secondary initialization process is shown in Figure 6.  Referring to Figure 6, the processing logic begins by testing whether there are more module files to be opened (processing block 601).  If there are no more module files (e.g., all the modules have been opened and loaded), then the process ends.  The modules are opened and

15    initialized one at a time.  If there are more module files, the processing logic opens the module file (processing block 602) and loads the module code into memory (processing block 603).  The processing logic calls the module to initialize itself (processing 604).  The module is then also called by the processing logic to obtain the features of the module (processing block 605)

20    and to obtain the width of the module's area, as well as features of the module (processing block 606).  The features of the module include help messages to be displayed when the module is "clicked on" with the cursor.  Then the module file is closed (processing block 607) and the processing loops back to processing block 601.  By looping back to processing block 601, the

25    processing logic is able to provide the initialization procedures to all the

25

modules, such that when all the modules have been processed the process ends.  When the process ends, it returns in a manner well-known in the art to the processing logic that called (e.g., initiated) it.

5      One embodiment of a process for drawing the contents of the control strip (processing block 508), such as used at processing block 508 of Figure 5, is described in Figure 7.  Referring to Figure 7, the processing logic initially determines if the control strip is visible (processing block 701).  If the control strip is not visible, processing ends.  That is, if the user has hidden the control strip, the present invention will not draw its contents.

10     On the other hand, if the control strip is visible, processing continues at processing block 702 enters a looping structure where the processing logic tests whether there are more modules to draw.  If there are no more modules to draw, processing ends and control returns to the process that called it.  If there are more modules to draw, processing continues at processing block 15     703 where the processing logic tests whether the particular module needs to be redrawn.  A module may need to be drawn when the information being displayed needs to be updated.  For example, as the amount of energy in the battery is changing due to energy consumption from the computer system, an update to the battery indicia in the control strip must be made.  If the module 20     does not need to be redrawn, processing loops back to processing block 702 where the more modules test is repeated.  On the other hand, if the module needs to be redrawn processing continues at processing block 704 where the processing logic determines whether the module is a button. If the module is a button, processing continues at processing block 705 where the background graphics of the button are drawn, and processing continues to processing

APLNDC00028320

26

block 707.  If the module is not a button, the status-only background graphics are drawn (processing block 706) and processing continues at processing block 707.  Note that in one embodiment, the type of background graphics may be obtained using a message sent to the module requesting its features.

5         At processing block 707, the processing logic makes a call to the module to draw itself.  That is, it is the responsibility of the module itself to draw its status for control indicia.  Thereafter processing loops back to processing block 702.

          One embodiment of the processing for running idle tasks in Figure 4 is
10   described in a flowchart in Figure 8.  Referring to Figure 8, the processing logic begins by determining whether a window update is pending (processing block 801).  If a window update is pending, the processing continues at processing block 802 when the contents of the control strip are drawn. Window updates may be required due to a change in status in one of the
15   modules.  Changes may also be due to a reordering of the control strip entries.  Note that one embodiment of the process to draw the control strip is shown in Figure 7.  Thereafter processing continues at processing block 803. If a window update is not pending processing continues directly to processing block 803.

20         At processing 803, processing logic tests whether the configuration of the control strip has changed.  If the configuration of the control strip has not changed, processing continues at processing block 806.  If the configuration of the control strip has changed, processing continues at processing block 804 where a test determines whether it is safe to perform a save operation.
25   This determination is based on whether the resources are available (i.e., H.D.

APLNDC00028321

27

is turned on) to perform the save operation.  If it is not safe to perform a save operation, processing continues at processing block 806.  However, if it is safe to save control strip, processing continues at processing block 805 where the configuration of the control strip is saved to disk.  Thereafter

5    processing continues to processing block 806.

At processing block 806, the current idle module is called to run its idle task.  In one embodiment, the processing logic of the present invention allows only one module to run its idle tasks during each a call to the processing of Figure 8 (e.g., the currently designated module) to reduce overhead time.

10   Identification of the current module is based on an ID associated with each of the modules.

Then the idle task undergoes post processing (processing block 807), and the ID of the next module is updated to idle (processing block 808).  That is, the module designated as the current module for the next call to the

15   processing of Figure 8 will be the next module in the list of modules.  An example of the post processing is shown in Figure 10.

Then, the processing logic determines whether the module needs to save settings for use later (processing block 809).  If the module does not need to save its settings, processing continues to processing block 812.  On

20   the other hand, if the settings of the module are to be saved, the processing logic tests whether the settings may be saved at this time (processing block 810).  One reason the settings may not be saved is that the hard disk may be powered down or turned off.  If the settings cannot be saved at this time, processing continues at processing block 812.  If the settings of the module

25   may be saved at this time, the processing logic causes the module settings to

APLNDC00028322

28

be saved to disk (processing block 811).  Thereafter, processing continues at

processing block 812.

At processing block 812, the help messages for the control strip are

updated, and processing ends and returns to the control of the main

5    processing logic.

One embodiment of the mouse click processing of the present

invention, such as used in Figure 4, is shown in a flowchart in Figure 9.

Referring to Figure 9, the processing logic determines whether a mouse click

has occurred inside the control strip (processing block 901).  In one

10   embodiment, this determination may be made by comparing the current

location of the cursor with the location of the control strip (e.g., status bar).  ~~If~~

~~the cursor location is determined to be within the control strip.~~  If a mouse

click has not occurred inside the control strip, then processing loops back

upon itself, retesting repeatedly until a mouse click does occur.  When a

15   mouse click occurs, processing continues at processing block 902 where a

determination is made as to upon which module the cursor was during the

click.

The processing logic then determines whether a move operation is

being selected by the mouse (processing block 903).  If a move operation has

20   been chosen, the display of the module is moved or the entire control strip is

moved (processing block 904) and the processing logic ends the mouse click

process and exits to control of the processing logic that called this procedure.

The determination of whether to move a module or the entire strip is based on

the user's keystrokes or mouse movements.  On the other hand, if a move

25   operation is not to occur, processing continues at processing block 905.

APLNDC00028323

29

At processing block 905 the processing logic determines whether the module on which the click occurred is a "clickable" module, as opposed to a status only module, (processing block 905).  That is, the processing logic tests whether the module provides any additional functionality when a mouse

5    moves the cursor to select an element in the control strip.  If the module is not "clickable," processing ends.  If the module is clickable, processing continues to process processing block 906 where the mouse click is tracked, i.e., the location of the cursor.

Next, a test determines if the mouse is still within the bounds of the

10    module (processing block 907).  If the mouse is not within the bounds of the module, processing ends.  However, if the mouse is within the boundaries of the module, the module is called to process the click (processing block 908) and the click undergoes post processing (processing block 909).  Thereafter, the process ends.

15    One embodiment of the process for post processing the mouse click is shown in Figure 10.  Referring to Figure 10, the processing logic begins by determining whether the module desires to update its settings (processing block 1001).  If the settings for the module are to be updated, processing continues at processing block 1002 where a flag is set to indicate that the

20    module has a save pending, and processing continues to processing block 1003.  The settings for a module may have to be updated due to user interaction, such as in the case of an option for a module being turned off or a module acquiring data as part of its functionality.  If the settings of a module do not have to be updated, processing continues directly to processing block

30

1003.  Setting may need to be updated when the module is displaying
information that is changing frequently.

At processing block 1003, a test determines whether the module needs
to resize the display.  If the display of the module must be resized, processing
5    continues at processing block 1004 where the module is called to update its
width.  Then processing continues at processing block 1005.  On the other
hand, if the display of the module does not need to be resized, processing
continues directly to processing block 1005.

At processing block 1005, the processing logic determines whether the
10   module desires to be closed.  If the module desires to be closed, processing
continues at processing block 1006 where the module is closed immediately.
Then processing continues at processing block 1007.  If the module does not
desire to be closed, processing continues to processing block 1007.

At processing block 1007, a test determines whether the control strip is
15   to be resized or closed.  If the control strip needs to be resized or closed,
processing continues at processing block 1008 where the module displays
are repositioned and redrawn, and then processing continues at processing
block 1009.  If the control strip is not to be resized or closed, processing
continues directly to processing block 1009.

20   At processing block 1009, a test determines whether the help state of
the module is to be changed.  The help state refers to help messages that the
modules provide to users generally.  If the help state of the module is to be
changed, processing continues at processing block 1010 where the old help
state of the module is invalidated and the process ends.  If the module help
25   state does not need to be changed, processing ends.   Changes to the help

APLNDC00028325

31

state may occur due to a global change in the computer system, such as when a particular help feature (e.g., help balloons) is enabled.

ADDING CONTROL STRIP MODULES

5    In one embodiment, the control strip of the present invention operates as a shell with individual control and status modules added.  Each module and its icons, pictures, etc., are contained in a file on a disk.  The control strip processing logic draws the strip which acts as the background for the individual modules.  Each module is responsible for drawing the icons and
10   other objects that make up its user interface.


Contents of Module Files

     In one embodiment, the module file includes only a single resource containing the code necessary for the module to interact with the control strip.
15   A module file may contain more than one code resource if it is to provide multifunctional support.  In that case, each module in the file is loaded and initialized separately and treated as an independent entity.


Module Interface

20   The interface of the module to the control strip comprises a code resource.  In one embodiment, using the Macintosh™ computer, the type of the code resource is 'sdev'.  This code is responsible for performing all of the functions required by the control strip as well as any functions that are custom to the module itself.  The module's entry point is at the beginning of the
25   resource and is defined as

APLNDC00028326

32

```
pascal long ControlStripModule (long message,
                                long params,
                                Rect *statusRect,
                                GraftPtr statusPort);
```

5      Interactions between a module and the control strip are managed by
passing messages to the module to tell it what to do or to obtain information
about the module and its capabilities.  In one embodiment, each module is
required to observe Macintosh™ Pascal register saving conventions; that is, it
may trash 680x0 processor registers D0, D1, D2, A0, and A1, but must
10    preserve all other registers across its call.  Note that other operating systems
and implementations of the present invention may have different restrictions.

The message field comprises a message number from the list in the
section "Control Strip Module Messages" that indicates to the module the
action to perform.

15     The params field signifies the result returned by the initialize call to the
module.  This would typically be a pointer to a pointer (e.g., the handle) to the
private variables to be used by the module since modules cannot have global
variables.  This result is passed to the module on all subsequent calls.  Note
that in embodiments where modules can have global variables, such a field
20    may be eliminated.

The statusRect field comprises a pointer to a rectangle within the
control strip defining the area that a module may draw within.

The statusPort field specifies a pointer to the graphics port of the
control strip.  The graphics port may be either a color or black-and-white
25    graphics port, and depends on the computer system on which the control strip
is running.

APLNDC00028327

33

The result value returned by the module varies depending on the message sent to it.  Results for each message are described below in the sections on the individual messages.

5    CONTROL STRIP MODULE REFERENCE

In one embodiment, control strip modules interact with the control strip processing logic in three ways: by accepting messages, by calling utility routines, and by calling the operating system manager (e.g., a call to Gestalt selectors).  The next three sections describe each of those interactions.

10

Control Strip Module Messages

In one embodiment, all control strip modules respond to messages from the control strip processing logic, which is responsive to user interaction with the control strip displayed on the screen.  The following messages have

15    been defined:

| Message name | Message No. | Description |
|---|---|---|
| sdevInitModule | 0 | Initialize the module |
| sdevCloseModule | 1 | Clean up before being closed |
| sdevFeatures | 2 | Return the feature bits |
| sdevGetDisplayWidth | 3 | Return the current width of the module's display |
| sdevPeriodicTickle | 4 | Periodic tickle when nothing else is happening |
| sdevDrawStatus | 5 | Update the interface in the control strip |
| sdevMouseClick | 6 | User has clicked on the module's display area |
| sdevSavSettings | 7 | Save any changed settings in the module's preferences file |

20

25

30

APLNDC00028328

34

| sdevShowBalloonHelp | 8 | Display a help balloon, if the module has one |

### sdevInitModule

The sdevInitModule message is the first message sent to a module
5   after the module has been loaded from its file.  Initialization allows the module
to initialize its variables and to determine whether it can run on a particular
machine.  For example, if the function of the module is to display battery
information, it may be only able to run on a portable computer, such as the
Powerbook manufactured by Apple Computer.

10         In response to receiving the sdevInitModule message, the module
loads and detaches any resources (e.g., text, code, icons, etc.) in its resource
file that will be used.  Also, space is allocated in the global variables for
handles to those detached resources.

The sdevInitModule message returns a result depending on its success
15   at installing itself.  In one embodiment, a positive result ($\geq 0$) indicates
successful installation.  The processing logic passes this result value to the
module on all subsequent calls.  A negative result indicates an error condition,
and installation of the module is aborted by the control strip processing logic.
Also if a negative result occurs and installation has been aborted, the module
20   does not receive a close message.


### sdevCloseModule

The sDevCloseModule message is sent to a module when it should be
closed.  In one embodiment, the module itself decides when to be closed.  A
25   module may be closed when it no longer is required to be running, such as

APLNDC00028329

35

when a battery level indicator no longer needs to be running when the
computer system is receiving its power from an outlet.  When the module
receives this message, it disposes of all the detached resources it loaded as
well as its global storage.  No result is expected.

5

sdevFeatures

The sdevFeatures message queries the module for the features it
supports.  This message returns as its result a bitmap consisting of 1 bits for
supported features and 0 bits for unsupported features.  In one embodiment,
10   there are 32 bits returned.  All undefined bits are reserved for future features,
and, in one embodiment, are set to 0.  The bits are defined as:

a) sdevWantMouseClicks  (0) -- If this bit is set, the control strip
notifies the module of mouse down events.  If this bit is not set, the control
strip assumes that the module only displays status information with no user
15   interaction.

b) sdevDontAutoTrack (1) -- If this bit is set, the control strip highlights
the display of the module and then calls the module to perform mouse
tracking.  In one embodiment, this bit is set when, for example, a module has
a pop-up menu associated with it.  If this bit is cleared, the control strip tracks
20   the cursor until the mouse button is released, then sends an sdevMouseClick
message, described below, to the module to notify it that there was a mouse-
down event.

c) sdevHasCustomHelp (2) -- If this bit is set, the module is
responsible for displaying its own help messages.  These help messages may
25   be customized depending on its current state.  If the bit is cleared, the control

APLNDC00028330

36

strip displays a generic help message when the cursor passes over the its display area and Balloon Help, or other help-based information provider, is on.

    d)  sdevKeepModuleLocked (3) -- If this bit is set, the code of the
5   module is kept locked and protected.  In one embodiment, this bit is set only if the module is passing the address of one of its routines to a routine external to the module (e.g., installing itself in a queue).

    <u>sdevGetDisplayWidth</u>
10       The sdevGetDisplayWidth message is sent to a module to determine how much horizontal space (in pixels) its display currently requires on the control strip.  In response to the message, the module return the number of pixels as its result.  In one embodiment, the returned width does not comprise the maximum width required for any configuration, but instead, reflects how
15   much space it currently requires.  Note that this useful because, in one embodiment, its possible for a module to request that its display be resized.

    <u>sdevPeriodicTickle</u>
    The sdevPeriodicTickle message is passed to the module periodically
20   to allow the module to update its display due to changes in its state.  In one embodiment, this message occurs at regular intervals, while in other embodiments, there is no minimum or maximum interval between "tickles."  In response to the sdevPeriodicTickle message, the module returns, as its result, some bits that signal requests for actions from the control strip
25   processing logic.  In one embodiment, there are 32 bits returned.  All

APLNDC00028331

37

undefined bits in the result are reserved for future use and, in one
embodiment, are set to 0.  The bits are defined as:

     a)  sdevResizeDisplay (0) -- If this bit is set, the module resizes its
display.  The control strip processing logic sends a sdevGetDisplayWidth

5    message to the module and then updates the control strip on the display.

     b)  sdevNeedToSave (1) -- If this bit is set, the module needs to save
changed settings to disk.  The control strip processing logic marks the request
but may defer the actual save operation to a better time (e.g., when the hard
disk is spinning).

10     c)  sdevHelpStateChange (2) -- If this bit is set, the help message of
the module needs to be updated due to a change in state.  If a help balloon is
being displayed for the module, the control strip processing logic removes the
previous help balloon with a new help balloon for the current state.

     d)  sdevCloseNow (3) -- If this bit is set, the module is requesting to be
15   closed.  The control strip processing logic calls the module to save its
settings, then calls the module again to close itself by, for example, disposing
of any loaded resources, disposing of private storage, etc.

     sdevDrawStatus

20     The sdevDrawStatus message indicates that the module has to redraw
its display to reflect the most recent state.  In one embodiment, this message
is sent when the user clicks on the display area of the module, when any of
the display of the module is resized, or when the control strip itself needs to
be updated, perhaps in response to a screen saver deactivation.



APLNDC00028332

38

The statusRect parameter points to a rectangle bounding the display area of the module, in local coordinates.  All drawing done by a module within the bounds of the control strip is limited to the module's display rectangle.  In other embodiment, drawing may extend outside the display rectange of the

5   module.  The clipping region of the control strip's window is set to the visible portion of the display rectangle of the module so that all the elements in the display may be drawn.  If the clipping region is to be changed, the initial clipping region should be observed to avoid drawing over other items in the control strip.

10

sdevMouseClick

When the user clicks in a display area of the module, the control strip processing logic calls the module with the sdevMouseClick message if the sdevWantMouseClicks bit is set in the features of the module.

15   If the sdevDontAutoTrack bit is also set, the control strip processing logic draws the display of the module in its highlighted state and then sends the sdevMouseClick message to the module.  If the sdevDontAutoTrack bit is not set, the control strip processing logic tracks the cursor until the mouse button is released.  If the cursor is still within the display area of the module,

20   the control strip processing logic sends the sdevMouseClick message to notify the module that a click occurred.  In either case, the module can then perform the appropriate function in response to a mouse-down event.

This message returns the same result as the sdevPeriodicTickle message.

25

39

### sdevSaveSettings

The sdevSaveSettings message is passed to the module when the control strip processing logic has determined that the configuration information may be saved to the disk (e.g., HD turned on, etc.).  In one embodiment, the sdevSaveSettings message is sent only if the module had previously set the sdevNeedToSave bit in the result of a sdevPeriodicTickle or sdevMouseClick message.  The call returns an error code (File Manager, Resource Manager, or the like) indicating the success of the save operation. The control strip processing logic continues to send this message to the module until the module returns a result of 0, indicating a successful save.

### sdevShowBalloonHelp

The control strip processing logic calls the module with the sdevShowBalloonHelp message if Balloon Help is turned on, the module has previously set the sdevHasCustomHelp bit in its features, and the cursor is over the module's display area.  In such a case, the module calls the Help Manager to display a help balloon describing the current state of the module. The module returns a value of 0 if successful or an appropriate error result if not.

### UTILITY ROUTINES

In one embodiment, the control strip processing logic provides a set of utility routines that are available to control strip modules.  They are provided to promote a consistent user interface within the control strip and to reduce the amount of duplicated code that each module would have to include to

40

support common functions.  Therefore, in an embodiment that does not include these utility routines, a portion or all of the modules may include duplicated code supporting common functions.

5          <u>SBIsControlStripVisible</u>

The SBIsControlStripVisible routine determines whether the control strip is visible. An exemplary call follows:

        pascal Boolean SBIsControlStripVisible ();

The SBIsControlStripVisible routine returns a Boolean value indicating 10   whether or not the control strip is currently visible.  It returns a value of "true" if the control strip is visible, or a value of "false" if it's hidden.

In one embodiment, the SBIsControlStripVisible call returns a value of "true" even when the control strip is not visible.  That happens whenever the control strip is not accessible in the current environment.  As soon as that 15   condition changes, the control strip becomes visible again and the returned value correctly reflects the actual state.


        <u>SBShowHideControlStrip</u>

The SBShowHideControlStrip routine shows or hides the control strip. 20   An exemplary call follows:

        pascal void SBShowHideControlStrip (Boolean showIt);

The SBShowHideControlStrip routine determines the visibility state for the control strip based on the value of the "showIt" parameter.  Passing a value of "true" makes the control strip visible, and passing a value of "false" 25   hides it.  Modules may not need to call this routine.  However, the

APLNDC00028335

41

SBShowHideControlStrip routine provides a means for other software to hide the control strip when it is in the way.

Calling the SBShowHideControlStrip routine with a "showIt" value of "true" may or may not show the control strip, depending on the current
5   environment.  If the control strip is not accessible, it does not become visible. If a "showIt" value of "true" is passed to this routine, then the control strip becomes visible when the environment changes.


SBSafeToAccessStartupDisk

10   The SBSafeToAccessStartupDisk routine determines whether the internal hard disk is turned on so that processing logic of the present invention can determine whether to make a disk access or postpone it until a time when the disk is already spinning. An exemplary call follows:

pascal Boolean SBSafeToAccesStartupDisk ();

15   The SBSafeToAccessStartDisk routine returns a Boolean value of "true" if the disk is turned on and "false" if it is not.


SBOpenModuleResourceFile

The SBOpenModuleResourceFile routine opens a module resource
20   file. An examplary call follows:

pascal short SBOpenModuleResourcFile (OSType  fileCreator);

The SBOpenModuleResourceFile routine opens the resource fork of the module file whose creator is "fileCreator", and return the file's reference number as its result.  If the file cannot be found or opened, the
25   SBOpenMduleResourceFile routine returns a result of -1.

APLNDC00028336

42

The SBOpenModuleResourceFile routine also provides a means for a module to load in large or infrequently used resources that it doesn't usually need, but that it requires for a particular operation.

5       <u>SBLoadPreferences</u>

The SBLoadPreferences routine loads a resource from a preferences file.  An examplary call follows:

pascal OSErr SBLoadPreferences (ConstStr255Param prefsResourceName,
                                Handle *preferences);

10      The SBLoadPreferences routine loads a resource containing a module's configuration information from the preferences file of the control strip.  The PrefsResourceName parameter points to a Pascal string containing the name of the resource.  The "Preferences" parameter points to a variable that holds a handle to the resource read from the file.  The handle

15      does not need to be preallocated.

If either prefsResourceName or preferences contains a nil pointer, the SBLoadPreferences routine does nothing and returns a result of paramErr.  If the resource is successfully loaded, the SBLoadPreferences routine returns a result of 0.  The SBLoadPreferences routine also returns other Memory

20      Manager and Resource Manager errors if it fails during some art of the process.

<u>SBSavePreferences</u>

The SBSavePreferences routine saves a resource to a preferences

25      file.  An exemplary call follows:

ᶸᶦᵌ

APLNDC00028337

43

pascal OSErr SBSavePreferences (ConstStr255Param prefsResourceName,
Handle preferences);

The SBSavePreferences routine saves a resource containing a

module's configuration information to the preferences file of the control strip.

5   The PrefsResourceName parameter points to a Pascal string containing the

name of the resource.  The "preferences" parameter contains a handle to a

block of data which will be written to the file.

If either prefsResourceName or preferences has a nil value, the

SBSavePreferences routine does nothing and returns a result of paramErr.  if

10   the resource is successfully saved, the SBSavePreferences routine returns a

result of 0.  The SBSavePreferences routine can also return other Memory

Manager and Resource Manager errors if it fails during some part of the

process.


15      SBGetDetachedString

The SBGetDetachedIndString routine obtains a string from a detached

resource.  An exemplary call follows:

pascal void SBGetDetachedIndString (StringPtr the String,
Handle stringList,
20                                          short whichString);

The SBGetDetachedIndString routine is the detached resource version

of GetIndString.  The parameter theString points to a Pascal string; the

stringList is a handle to a detached 'STR#' resource; and whichString is the

index (1-n) into the array of Pascal strings contained in the detached

25   resource.  The SBGetDetachedIndString routine copies the string whose

index is whichString into the space pointed to by theString.  If whichString is

APLNDC00028338

44

out of range, the SBGetDetachedIndString routine returns a zero-length string.

### SBGetDetachIconSuite

5       The SBGetDetachIconSuite routine sets up a detached icon suite. An exemplary call follows:

```
pascal OSErr SBGetDetachIconSuite (Handle *theIconSuite,
                                   short theResID,
                                   unsigned long selector);
```

10      The SBGetDetachIconSuite routine creates a new icon suite, loads all of the requested icons, and then detaches the icons. The parameter theIconSuite points to the location where the handle to the icon suite is stored; the parameter theResID is the resource ID of the icons that make up the icon suite; and the parameter "selector" indicates which icons are to be 15 loaded into the suite. In one embodiment, the "selector" parameter contains one (or a combination of) the following values:

| | | |
|---|---|---|
| svAllLargeData | 0x000000FF | load large 32-by-32-pixel icons ('ICN#', 'ic14', 'ic18') |
| svAllSmallData | x0000FF00 | load small 16-by-16-pixel icons ('ics#', 'ics4', 'ics8') |
| svAllMiniData | 0x00FF0000 | `load mini 12-by-12-pixel icons ('icm#', icm4', 'icm8') |

These values may be ORed together to load combinations of icon 25 sizes. The SBGetDetachIconSuite routine returns an appropriate error code if it's unsuccessful, or 0 if it was able to load the icon suite. Note that if none of the icons comprising the icon suite could be found, the call returns the error "resNotFound. In one embodiment, the SBGetDetachIconSuite routine is

APLNDC00028339

45

called only when the resource file of the module is open.  This is typically the case during a module's initialization call.

<u>SBTrackpopupMenu</u>

5      The SBTrackpopupMenu routine manages a pop-up menu.  An exemplary call follows:

        pascal short SBTrackpopupMenu (const Rect *moduleRect,
                            MenuHandle theMenu);

        The SBTrackpopupMenu routine handles setting up and displaying a
10   pop-up menu associated with a module.  The module passes a pointer to its display rectangle and a handle to the menu to use.  In one embodiment the menu is displayed immediately above and adjacent to the display rectangle of the module, yet this is not required.  By doing so, the user is allowed to view the current configuration or to change the settings.  The SBTrackpopupMenu
15   routine returns an indication as to which menu item was selected, or 0 if no item was selected (e.g., because the user moved the cursor outside the menu's bounds).

<u>SBTrackSlider</u>

20     The SBTrackSlider routine displays and sets an arbitrary parameter.
An exemplary call follows:

        pascal short SBTrackSlider (const Rect *moduleRect,
                            short ticksOnSlider,
                            short initialValue);

25     The SBTrackSlider routine displays an unlabeled slider above the
module's display rectangle.  The slider may be used for displaying and setting

APLNDC00028340

46

the state of an arbitrary parameter.  The parameter "ModuleRect" contains a

pointer to the module's display rectangle; "ticksOnSlider' is the upper bounds

of the value returned by the slider; and "initialValue" is the starting position (0

to ticksOnSlider-1).  When the user releases the mouse button, the

5      SBTrackSlider routine returns the final position.


SBShowHelpString

The SBShowHelpString routine displays a help balloon.  An exemplary

call follows:

10            pascal OSErr SBShowHelpString (const Rect *moduleRect,
                                             StringPtr helpString);

The SBShowHelpString routine displays a module's help balloon.  The

module passes a pointer to its display rectangle and a pointer to a Pascal

string, and the routine displays the balloon if possible.  If the help dstring has

15     a length of 0 or the Help Manager is unable to display a balloon, an error

result is returned.  If the SBShowHelpString routine successfully displays the

help balloon, it returns a result of 0.


SBGetBarGraphWidth

20            The SBGetBarGraphWidth routine determines how wide a bar graph

drawn by the SBDrawBarGraph routine (described below) will be so that a

module can calculate its display width. An exemplary call follows:

            pascal short SBGetBarGraphWidth (short barCount);

U7

47

The SBGetBarGraphWidth routine returns the width of a bar graph containing barCount segments.  If barCount has a value less than 0, the SBGetBarGraphWidth routine returns a width of 0.

5          SBDrawBarGraph

The SBDrawBarGraph routine draw as bar graph.  An exemplary call follows below:

```
pascal void SBDrawBarGraph (short level, short barCount,
                            short direction,
                            Point barGraphTopLeft);
```

10

The SBDrawBarGraph routine draws a bar graph containing the number of segments specified by the barCount parameter in a module's display area.  If the value of barCount is less than or equal to 0, the SBDrawBarGraph routine does nothing.

15       The bar graph is drawn relative to the location specified by barGraphTopLeft.  Figure 11 illustrates the manner in which the point barGraphTopLeft determines the position of the bar graph.

The "level" parameter determines how many segments are highlighted.  The value of "level" should be in the range of 0 to barCount-1.  If the value of 20  "level" is less than 0, no segments in the bar graph are highlighted; if "level" is greater than or equal to barCount, all segments in the bar graph are highlighted.

The direction parameter specifies which way the bar graph will be drawn to show a larger level.  In one embodiment, the direction parameter 25  specifies one of the following values:

#define  BarGraphSlopeLeft  -1    // max end of sloping graph is on the left

APLNDC00028342

48

```
#define BarGraphFlatRight    0    // max end of flat graph is on the right
#define BarGraphSlopeRight   1    // max end of sloping graph is on the right
```

Figure 12 illustrates the resulting bar graph for each direction value. The arrows indicate which way an increasing level value is displayed.  In one embodiment, for sloped versions of the bar graph, the number of segments specified by the barCount value may not be larger than 8.  If a larger barCount value is passed, the SBDrawBarGraph routine draws nothing.

### SBModalDialogInCntext

The SBModalDialogInContext routine may be used in place of the ModaDialog routine to prevent background applications from being run while the modal dialog window is visible.  An exemplary call is as follows:

```
pascal void SBModalDialogInContext (ModalFilterProcPtr filterProc,
                                    short *itemHit);
```

The SBModalDialogInContext routine is a special version of ModalDialog that doesn't allow background applications to be run while a modal dialog window is visible.  The SBModalDialogInContext routine is used when the occurence of context switching is not desired.

### GESTALT SELECTOR

The control strip processing logic installs two "Gestalt" selectors to return information to locations external to the computer system.  One selector returns software attributes, and the other returns the current version of the processing logic (e.g., software).

### gestaltControlStripAttr

49

The selector "gestaltControlStripAttr ('sdev') return 32 bits describing the attributes of the current version of the control strip processing logic.  In one embodiment, only the following bit is defined:

gestaltControlStripExists     0          1=control strip is installed

5

### gestaltControlStripVersion

The selector gestaltControlStripVersion ('csvr') returns the version of control strip processing logic that is installed.  The format of the returned version is the same as that of the numeric part of a Macintosh™ computer system resource, that is:

| | |
|---|---|
| Bits 31-24 | Major part of the version, in BCD |
| Bits 23-20 | Minor part of the version, in BCD |
| Bits 19-16 | Bug release version, in BCD |
| Bits 15-8 | Release stage: |
| | $80=final |
| | $60=beta |
| | $40=alpha |
| | $20=development |
| Bits 7-0 | Revision level of nonreleased version, in binary |

10

15

20

Whereas many alterations and modifications of the present invention will no doubt become apparent to a person of ordinary skill in the art after having read the foregoing description, it is to be understood that the particular embodiment shown and described by way of illustration is in no way intended to be considered limiting.  Therefore, references to details of the preferred embodiment are not intended to limit the scope of the claims which in themselves recite only those features regarded as essential to the invention.

25

50

_____

Thus, a method and apparatus for generating a window displaying control and status indicia has been described.

APLNDC00028345

51

## CLAIMS

I claim:

1.      An interactive computer-controlled display system comprising:

a processor;

a data display screen coupled to the processor;

a cursor control device coupled to said processor for positioning a cursor on said data display screen;

a window generation logic coupled to the processor and data display screen to generate and display a first window region on said data display screen;

indicia generation logic coupled to the data display to generate data for display in at least one display area in the first window, wherein a display area is sensitive to user input, and further wherein the window generation logic and the indicia generation logic use message-based communication to exchange information to coordinate activities of the indicia generation logic to enable interactive display activity.

2.      The display system defined in Claim 1 wherein the first window region comprises a control strip.

3.      The display system defined in Claim 1 wherein said at least one display area is variably sized.

52

4.     The display system defined in Claim 1 wherein size of the first window region is variable.

5.     The display system defined in Claim 4 wherein the first window regions is sized such that none of the display areas are visible.

6.     The display system defined in Claim 4 wherein the first window regions is sized such that all of the display areas are visible.

7.     The display system defined in Claim 4 wherein the first window regions is sized such that a portion of the display areas are visible.

8.     The display system defined in Claim 1 wherein at least one of the data areas only displays information.

9.     The display system defined in Claim 1 wherein at least one of the data areas act to provide access to control information when selected.

10.     The display system defined in Claim 9 wherein said at least one of the data areas display an additional display element.

11.     An interactive computer-controlled display system comprising:
a processor;
a data display screen coupled to the processor;

53

a cursor control device coupled to said processor for positioning a cursor on said data display screen;

window generation and control logic coupled to the processor and data display screen to generate and display a first window region on said data

5   display screen, wherein the first window region comprises at least one data display area;

at least one indicia graphics generation logic coupled to the processor and the window generation logic, wherein said at least one indicia graphics generation logic generates user sensitive graphics for display in said at least

10   one data display area;

wherein the window generation logic determines when said at least one data display area has been selected by the user and signals said at least one indicia graphics generation logic in response to user selection, and further wherein said at least one indicia graphics generation logic initiates a

15   response.

12.   The display system defined in Claim 11 wherein the first window is always visible to the user.

20   13.   The display system defined in Claim 11 wherein the first window region comprises a control strip.

14.   The display system defined in Claim 11 wherein said at least one display area is variably sized.

25

APLNDC00028348

54

15.     A method for generating control information comprising the steps of:

generating a first window sized to accommodate at least one display area for indicia, wherein the step of generating the first window comprises executing a first programming module;

5

displaying an indicia in each of said at least one display area by executing one of a plurality of programming modules corresponding to each indicia;

selecting one of the indicia, wherein the step of selecting comprises the first programming module determining which of said at least one display area is selected and sending a message to the programming module of said plurality of programming modules responsible for generating the display of the selected indicia;

10

said programming module performing a function in response to the selection.

15

16.     The method defined in Claim 15 wherein one of said plurality of indicia comprises status information.

17.     The method defined in Claim 15 wherein one of said plurality of indicia comprises control information.

20

18.     The method defined in Claim 15 further comprising the steps of:

55

the first programming module requesting a set of features supported by said programming module, wherein said step of requesting comprises sending a message to said programming module; and

5     said programming module returning a message indicative of features supported by said programming module, such that said first programming module interacts with said programming module in response to user interaction with the first programming module based on indicated features as set forth by said programming module.

Add A4

Add E4

Add H5

APLNDC00028350

## ABSTRACT

An interactive computer-controlled display system having a processor, a data display screen, a cursor control device for interactively positioning a cursor on the data display screen, and a window generator that generates and displays a window on a data display screen.  The window region provides status and control information in one or more data display areas.  The individiual data display areas may be controlled through the use of controls and indicators on the control strip itself using cursor control keys.

APLNDC00028351

Attorney's Docket No.:  04860.P1365                                    Patent

DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below, next to my name.

I believe I am the original, first, and sole inventor (if only one name is listed below) or an original, first, and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled A METHOD AND APPARATUS FOR THERMAL MANAGEMENT IN A COMPUTER SYSTEM

the specification of which

|  |  |  |
|---|---|---|
| XX | is attached hereto. | |
| _____ | was filed on _____ | as |
| | Application Serial No. _____ | |
| | and was amended on _____. | |
| | (if  applicable) | |

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above.  I do not know and do not believe that the claimed invention was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to this application, that the same was not in public use or on sale in the United States of America more than one year prior to this application, and that the invention has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months (for a utility patent application) or six months (for a design patent application) prior to this application.

I acknowledge the duty to disclose all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119, of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                          Priority
                                                                     Claimed

| _____ | _____ | _____ | ___ | ___ |
|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| _____ | _____ | _____ | ___ | ___ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| _____ | _____ | _____ | ___ | ___ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| _____ | _____ | _____ |
|---|---|---|
| (Application Serial No.) | Filing Date | (Status -- patented, pending, abandoned) |
| _____ | _____ | _____ |
| (Application Serial No.) | Filing Date | (Status -- patented, pending, abandoned) |

Rev. 12/15/93 (D1) cak                    1

APLNDC00028352

I hereby appoint Keith G. Askoff, Reg. No. 33,828; Aloysius T. C. AuYeung, Reg. No. 35,432; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; Timothy R. Croll, Reg. No. 36,771; Daniel M. De Vos, Reg. P37,813; Stephen D. Gross, Reg. No. 31,020; David R. Halvorson, Reg. No. 33,395; James P. Hao, Reg. No. 36,398; Michael D. Hartogs, Reg. No. 36,547; Brian Don Hickman, Reg. No. 35,894; George W Hoover II, Reg. No. 32,992; Paul H. Horstmann, Reg. No. 36,167; Tracy L. Hurt, Reg. No. 34,188; Eric S. Hyman, Reg. No. 30,139; Dag H. Johansen, Reg No. 36,172; Stephen L. King, Reg. No. 19,180; Daniel C. Mallery, Reg. No. 33,532; Michael J. Mallie, Reg. No. 36,591; James D. McFarland, Reg. No. 32,544; Anthony C. Murabito, Reg. No. 35,295; Ronald W. Reagin, Reg. No. 20,340; James H. Salter, Reg. No. 35,668; Robert A. Saltzberg, Reg. No. 36,910; James C. Scheller, Reg. No. 31,195; Edward W. Scott, IV, Reg. No. 36,000; Nicholas Joseph Skarlatos, Reg. P37,941; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; John C. Stattler, Reg. No. 36,285; Edwin H. Taylor, Reg. No. 25,129; Lester J. Vincent, Reg. No. 31,460; Ben J. Yorks, Reg. No. 33,609; Norman Zafman, Reg. No. 26,250; Mark Aaker, Reg. No. 32,667; Jeffrey J. Brooks, Reg. No. 35,834; Paul D. Carmichael, Reg. No. 18,679; Vernon Randall Gard, Reg. No. 33,886; Richard C. Liu, Reg. No. 34,377; Robert T. Martin, Reg. No. 32,426; Helene S. Plotka, Reg. No. 35,981; and Nancy R. Simon, Reg. No. 36,930; my attorneys; and Thomas X. Li, Reg. No. 37,079; and Edwin A. Sloane, Reg. No. 34,728; my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, with offices located at 12400 Wilshire Bosulevard, 7th Floor, Los Angeles, California 90025, telephone (310) 207-3800, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole/First Inventor  Steven W. Christensen _____

Inventor's Signature _____  Date _____

Residence  Milpitas, California _____  Citizenship  U.S.A. _____
                              (City, State)                                    (Country)

Post Office Address  1514 Mount Diablo Avenue _____
                     Milpitas, California  95035 _____

Full Name of Second/Joint Inventor _____

Inventor's Signature _____  Date _____

Residence _____  Citizenship _____
                              (City, State)                                    (Country)

Post Office Address _____

Full Name of Third/Joint Inventor _____

Inventor's Signature _____  Date _____

Residence _____  Citizenship _____
                              (City, State)                                    (Country)

Post Office Address _____

APLNDC00028353



FIGURE 1

APLNDC00028354



Docket No.:        04860.P1365

Ser. No.:

Filed:

Art Unit:

Sheet No.:         1 of 17

Express Mail:      TB377895617US

Inventor(s):       Steven W,. Christensen



Title:             METHOD AND APPARATUS FOR DISPLAYING
                   AND ACCESSING CONTROL AND STATUS
                   INFORMATION IN A COMPUTER SYSTEM

APLNDC00028355



FIGURE 2A

200

APLNDC00028356

Docket No.:     04860.P1365
Serial No.:
Filed:
Art Unit:
Sheet No.:     2 of 17
Express Mail:  TB377895617US
Inventor(s):   Steven W,. Christensen



Title:         METHOD AND APPARATUS FOR DISPLAYING
               AND ACCESSING CONTROL AND STATUS
               INFORMATION IN A COMPUTER SYSTEM

APLNDC00028357



200



close box          module display area          drag/size tab
201                    202                        203

left scroll arrow                    right scroll arrow
204                                      205

FIGURE 2B

APLNDC00028358

Docket No.:      04860.P1365

Serial No.:

Filed:

Art Unit:

Sheet No.:    3  of 17

Express Mail:   TB377895617US

Inventor(s):    Steven W,. Christensen

Title:         METHOD AND APPARATUS FOR DISPLAYING
               AND ACCESSING CONTROL AND STATUS
               INFORMATION IN A COMPUTER SYSTEM



APLNDC00028359

08/316237

Hide Battery Level
Hide Battery Consumption
Hide Time Remaining

FIGURE 2C

APLNDC00028360

Docket No.:        04860.P1365

Serial No.:

Filed:

Art Unit:

Sheet No.:        4 of 17

Express Mail:    TB377895617US

Inventor(s):      Steven W,. Christensen



Title:        METHOD AND APPARATUS FOR DISPLAYING
              AND ACCESSING CONTROL AND STATUS
              INFORMATION IN A COMPUTER SYSTEM

APLNDC00028361