EXHIBIT 1.05

5,202,961

9

10

lected flow velocity and the selected flow direction being selected in a one of a tentative set mode and a fixed set mode, in the tentative set mode the selected flow velocity and the selected flow direction being continuously variable according to the selected position of the control icon image while the button is in a one of two button states, in the fixed set mode the selected flow velocity and the selected flow direction being independent of control icon image position, said tentative set mode an said fixed set mode being alternatively selectable through operation of said control device; and

means for detecting the presence of said control icon image at said selected position and for generating said control signals corresponding to said selected flow direction and said selected flow velocity for use in regulating the flow of said sequential information.

2. A controller as recited in claim 1, wherein said slide indicator includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes at least one interactive control button for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction, wherein said control icon image is operative to be moved to said selected position in response to said control dial being selected by said control device, and wherein said control icon image is operative to be moved to said selected position in response to said control button being selected by said control device.

3. A controller as recited in claim 2, wherein said slide indicator includes a plurality of said control buttons, and wherein said control buttons are radio buttons.

4. A controller as recited in claim 1, wherein said slide indicator image has a first region for indicating a zero flow velocity for said sequential information, and a second region contiguous to said first region for indicating a forward flow velocity of said sequential information.

5. A controller as recited in claim 4, and further including a third region contiguous to said first region for indicating a backward flow velocity of said sequential information.

6. A controller as recited in claim 5, wherein said slide indicator includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes at least one interactive control button for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction, wherein said control icon image is operative to be moved to said selected position in response to said control dial being selected by said control device, and wherein said control icon image is operative to be moved to said selected position in response to said control button being selected by said control device.

7. A controller as recited in claim 6, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials, and wherein said third region includes one of said control dials.

8. A controller as recited in claim 7, wherein said control buttons are radio buttons, wherein said second region further includes a plurality of said radio buttons, and wherein said third region further includes a plurality of said radio buttons.

9. A controller as recited in claim 1, wherein said control icon image includes a first image when said control icon is operating in said tentative set mode and wherein said control icon image includes a second image when said control icon is operating in said fixed set mode.

10. A controller as recited in claim 9, wherein said slide indicator includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes at least one interactive control button for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction, wherein said control icon image is operative to be moved to said selected position in response to said control dial being selected by said control device, and wherein said control icon image is operative to be moved to said selected position in response to said control button being selected by said control device.

11. A controller as recited in claim 10, wherein said slide indicator image has a first region for indicating a zero flow velocity for said sequential information, and a second region contiguous to said first region for indicating a forward flow velocity of said sequential information.

12. A controller as recited in claim 11, and further including a third region contiguous to said first region for indicating a backward flow velocity of said sequential information.

13. A controller as recited in claim 12, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials, and wherein said third region includes one of said control dials.

14. A controller for producing control signals for use in regulating the flow of sequential information, comprising:

a first means for indicating a range of selectable flow directions and flow velocities for said sequential information;

a second means responsive to a user for choosing a selection position from said range of selectable flow directions and flow velocities, said selection position corresponding to a selected flow direction and a selected means for operating in a first mode for tentatively maintaining said selection position, means for operating in a second mode for fixedly maintaining said selection position, and means for switching between said first and second modes while maintaining said selection position; and

a third means responsive to said second means for detecting said selection position and producing said control signals for regulating the flow of said sequential information as selected by said second means in said selected flow direction and at said selected flow velocity.

15. A controller as recited in claim 14, wherein said first means includes a slide indicator having at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and having at least one interactive control button for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction.

16. A controller as recited in claim 15, wherein said slide indicator includes a plurality of said control buttons, and wherein said control buttons are radio buttons.

5,202,961

11

17. A controller as recited in claim 14, wherein said first means includes a slide indicator having a first region for indicating a zero flow velocity for said sequential information, and a second region contiguous to said first region for indicating a forward flow velocity for said sequential information.

18. A controller as recited in claim 17, and further including a third region contiguous to said first region for indicating a backward flow velocity of said sequential information.

19. A controller as recited in claim 18, wherein said slide indicator includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes at least one interactive control button for indicating said predetermined flow velocity for said sequential information in a predetermined flow direction.

20. A controller as recited in claim 19, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials and a plurality of said control buttons, and wherein said third region includes one of said control dials and a plurality of said control buttons.

21. A controller as recited in claim 17, wherein said control buttons are radio buttons.

22. A controller as recited in claim 14, wherein said controller is used in combination with a display system and a user operable control device including means for selecting and manipulating images on a display of said display system, wherein said first means includes means for generating an interactive slide indicator image portraying said range on said display, and wherein said second means further includes means for generating an interactive control icon image on said display visually proximate to said slide indicator image, said control icon image being operative to be moved by said control device to said selected position along said slide indicator image, said third means being operative to detect the position of said control icon image along said slide indicator image as said selection position and to generate said control signals corresponding to said selected flow direction and said selected flow velocity for use in regulating the flow of said sequential information.

23. A controller as recited in claim 22, wherein said control icon image has a first image when said second means is operating in said first mode and wherein said control icon image has a second image when said second means is operating in said second mode.

24. A controller as recited in claim 22, wherein said first means includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes at least one interactive control button for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction.

25. A controller as recited in claim 22, wherein said slide indicator image has a first region for indicating a zero flow velocity for said sequential information, and a second region contiguous to said first region for indicating a forward flow velocity for said sequential information.

26. A controller as recited in claim 25, and further including a third region contiguous to said first region for indicating a backward flow velocity of said sequential information.

12

27. A controller as recited in claim 26, wherein said first means includes at least one interactive control dial for indicating a range of gradational flow velocities for said sequential information in a predetermined flow direction and includes one or more interactive control buttons for indicating a predetermined flow velocity for said sequential information in said predetermined flow direction.

28. A controller as recited in claim 27, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials, and wherein said third region includes one of said control dials.

29. A controller for use in combination with a display system and a user operable control device for producing control signals for regulating the flow direction and the flow velocity of sequential information, said control device including means for selecting and manipulating images on a display of said display system, comprising:

a first means for generating an interactive controller image for display on said display, said controller image including a plurality of selectable markers and a slide indicator, each said marker corresponding to a predetermined flow velocity for said sequential information in a predetermined flow direction, said slide indicator corresponding to a range of gradational flow velocities for said sequential information in one or more predetermined flow directions;

a second means responsive to a user for selecting a selection position along said controller image corresponding to a selected flow direction and a selected flow velocity for said sequential information; and

a third means responsive to said second means for detecting said selection position and generating said control signals for regulating the flow of said sequential information as selected by said second means in said selected flow direction and at said selected flow velocity, said second means having a first operating mode, a second operating mode, and a third operating mode, said third means being operative to tentatively generate said control signals in response to said first operating mode, said third means being operative to fixedly generate said control signals in response to said second operating mode, said third operating mode being operative to switch between said first operating mode and said second operating mode while said third means continues to generate said control signals.

30. A controller as recited in claim 29, wherein said slide indicator includes at least one interactive control dial representing said range of gradational flow velocities, and wherein each of said markers includes at least one interactive control button representing a predetermined flow velocity and a predetermined flow direction.

31. A controller as recited in claim 30, wherein said slide indicator includes a first region corresponding to a zero flow velocity for said sequential information, and a second region contiguous to said first region corresponding to a forward range of gradational flow velocities for said sequential information.

32. A controller as recited in claim 31, and further including a third region contiguous to said first region corresponding to a backward range of gradational flow velocities for said sequential information.

5,202,961

13

33. A controller as recited in claim 32, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials and a plurality of said control buttons, and wherein said third region includes one of said control dials and a plurality of said control buttons.

34. A controller as recited in claim 33, wherein said control buttons are radio buttons.

35. A controller as recited in claim 29, wherein said second means further includes means for generating an interactive control icon for display on said display visually proximate to said slide indicator, said control icon being operative to be moved by said control device to said selection position along said slide indicator, said third means being operative to detect the position of said control icon along said slide indicator as said selection position and to generate said control signals corresponding to said selected flow direction and said selected flow velocity for use in regulating the flow of said sequential information.

36. A controller as recited in claim 35, wherein said control icon has a first image when said second means is operating in said first mode and wherein said control icon has a second image when said second means is operating in said second mode.

37. A controller as recited in claim 35, wherein said slide indicator includes at least one interactive control dial representing said range of gradational flow velocities for said sequential information in one of said predetermined flow directions and includes at least one interactive control button representing said predetermined flow velocity for said sequential information in one of said predetermined flow directions.

38. A controller as recited in claim 35, wherein said slide indicator includes a first region corresponding to a zero flow velocity for said sequential information, and a second region contiguous to said first region corresponding to a forward range of gradational flow velocities for said sequential information.

39. A controller as recited in claim 38, and further including a third region contiguous to said first region corresponding to a backward range of gradational flow velocities for said sequential information.

40. A controller as recited in claim 38, wherein said slide indicator includes at least one interactive control dial representing said range of gradational flow velocities for said sequential information in one of said predetermined flow directions and includes one or more interactive control buttons representing said predeter-

14

mined flow velocity for said sequential information in one of said predetermined flow directions.

41. A controller as recited in claim 40, wherein said first region includes one of said interactive control buttons, wherein said second region includes one of said control dials, and wherein said third region includes one of said control dials.

42. A method for producing control signals for controlling the flow of sequential information, comprising the steps of:

selecting a flow operation mode for the flow of the sequential information, said flow operation mode including a tentative flow operation mode for controlling the flow of said sequential information according to a position of a control icon image while a selecting means of a control device is in a one of two states, on a temporary basis and a fixed flow operation mode for maintaining a fixed flow of said sequential information;

selecting a selected flow direction and a selected flow velocity for the sequential information; and

producing control signals for regulating the flow of the sequential information in accordance with the selected flow direction and the selected flow velocity.

43. The method of claim 42, and further including the steps of

displaying a controller image on a display of a display system, said controller image having a slider bar denoting selectable flow directions and selectable flow velocities for said sequential information, and having a control icon for use in selecting said flow operation mode, said flow direction and said flow velocity.

44. The method of claim 43, wherein said control icon has a first image when said tentative flow operation mode is selected and a second image when said fixed flow operation mode is selected, and wherein said step of selecting said flow operation mode includes the step of selecting said first image to select said tentative flow operation mode and selecting said second image to select said fixed flow operation mode.

45. The method of claim 44, wherein said step of selecting said flow direction and said flow velocity includes the step of moving said control icon to a selected position of said slider bar corresponding to said flow direction and said flow velocity and regulating the flow of the sequential information accordingly.

* * * * *

Case 5:11-cv-01846-LHK   Document 559-5   Filed 12/29/11   Page 5 of 51

US005428730A

# United States Patent [19]

## Baker et al.

[11] Patent Number: **5,428,730**

[45] Date of Patent: **Jun. 27, 1995**

[54] **MULTIMEDIA SYSTEM HAVING SOFTWARE MECHANISM PROVIDING STANDARDIZED INTERFACES AND CONTROLS FOR THE OPERATION OF MULTIMEDIA DEVICES**

[75] Inventors: **Randolph S. Baker**, Atlanta, Ga.; **Richard E. DuLaney**, Lighthouse Point; **Patricia A. Esack**, Boca Raton, both of Fla.; **Stephen R. Henson**, Atlanta, Ga.; **Scott R. Swix**, Half Moon Bay, Calif.; **George E. Wagener**, Marietta; **Frank D. Warinner**, Woodstock, both of Ga.; **Scott J. Broussard**, Boca Raton, Fla.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **991,034**

[22] Filed: **Dec. 15, 1992**

[51] Int. Cl.6 ............................................. G06F 15/00
[52] U.S. Cl. ............................... 395/154; 395/161
[58] Field of Search .............. 395/154, 155, 157, 159, 395/161

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,845,644 | 7/1989 | Anthias et al. | 395/157 |
| 4,866,638 | 9/1989 | Cosentino et al. | 395/155 |
| 4,901,221 | 2/1990 | Kodosky et al. | 395/159 |
| 4,914,568 | 4/1990 | Kodosky et al. | 395/275 |
| 5,040,131 | 8/1991 | Torres | 395/156 |
| 5,041,992 | 8/1991 | Cunningham et al. | 395/155 |
| 5,060,140 | 10/1991 | Brown et al. | 364/200 |
| 5,065,345 | 11/1991 | Knowles et al. | 395/154 |
| 5,109,515 | 4/1992 | Laggis et al. | 395/725 |
| 5,291,587 | 3/1994 | Kodosky et al. | 395/500 |
| 5,293,476 | 3/1994 | Wolber et al. | 395/159 |
| 5,309,556 | 5/1994 | Sismilich | 395/161 |
| 5,313,574 | 5/1994 | Beethe | 395/159 |
| 5,333,299 | 7/1994 | Koval et al. | 395/550 |

### OTHER PUBLICATIONS

Cohen, "LabVIEW Controls DOS, Tape Systems", MacWEEK, v. 6, No. 42, Nov. 23, 1992, p. 12 (1).

Rizzo, "LabVIEW 2", MacUSER, v. 7, No. 5, May 1991, p. 58 (2).
Santori, "An Instrument That Isn't Really", IEEE Spectrum, v. 27, No. 8, Aug. 1990, pp. 36–39.
Schmalzel, et al., "Instrumentation Curriculum: From ATE to VXI," IEEE IMTC '92, May 1992, pp. 265–267.

(List continued on next page.)

*Primary Examiner*—Heather R. Herndon
*Assistant Examiner*—Joseph R. Burwell
*Attorney, Agent, or Firm*—Bernard D. Bogdon; Stephen A. Becker

[57] **ABSTRACT**

A multimedia system includes a multimedia device control program having a plurality of application program selectable controls for controlling operation of a like plurality of different classes of multimedia devices. Each class has a different set of controllable device functions or attributes. In response to selection of a class by an application program, a unique control panel is created in a user interface for controlling operation of a device. The selected control performs all of the processing actions necessary to control the device in response to user selections on the interface, without involvement of the application program in such actions. The multimedia control program includes a plurality of panel templates from which control panels are created in a control screen. Each panel has a plurality of controllers that can manipulated by a user to control a corresponding function of a multimedia device. The templates provide a consistent interface having a common look and feel. The multimedia control program also includes a plurality of class control programs one or more of which are selected by an application program to be attached to a like number of multimedia devices for controlling operation of the devices in response to user selections on the user interface, thereby relieving the application program of performing the necessary control functions.

**20 Claims, 7 Drawing Sheets**



## OTHER PUBLICATIONS

Petzold, "An Introduction to the Media Control Interface", PC Magazine, v. 11, No. 1, Jan. 14, 1992, p. 407 (5).

Petzold, "MCI Command Strings: The Easy Multimedia Interface", PC Magazine, v. 11, No. 2, Jan. 28, 1992, p. 329 (5).

Varney, "Multimedia Development Kit Now Runs Under Motif", Digital News & Review, v. 9, No. 17, Sep. 14, 1992, p. 15 (1).

Arnett, "Workstations–a Software Advantage?", Multimedia Computing & Presentations, v. 4, No. 7, Apr. 30, 1992, p. 1 (3).

Volkman, "The Digital Video Interface for Windows Multimedia", Windows–DOS Developer's Journal, v. 3, No. 9, Sep. 1992, p. 5 (9).

"Microsoft Ships Toolkit for Multimedia Windows", PC Magazine, v. 10, No. 19, Nov. 12, 1991, p. 61 (1).

Seltzer, "05/2 PDK a Boom for Developers", PC Week, v. 9, No. 39, Sep. 28, 1992, p. 1 (2).

Thomsen, "A Software Architecture for VXI Bus Systems", Autotestcon '89 Conference Record, 1989, pp. 327–334.

Southerton, Programmer's Guide to Presentation Manager, 1989, Addison–Wesley, pp. 32–36, 75–78, 181, 205–211, 312–313.

Hamilton et al., "The ATTC Laboratory Automation System", National Association of Broadcasters, Apr. 1992.

Pyxis Corp. (Fairfax, Va.) News Release, "New VI Libraries Expand LabView ™ Capabilities for Macintosh", Nov. 6, 1992.

Pyxis Corp. (Fairfax, Va.), "Multimedia VIs Application Note", 1992.

Letter from Scott Hamilton, President, Pyxis Corp. (Fairfax, Va.), Sep. 12, 1994.

IBM TDB vol. 34, No. 11, Apr. 1992, p. 29.

APLNDC00028556



10
12
MICRO PROCESSOR
MATH COPROCESSOR
16
BIC
14
18
20
SCSI ADAPTER
22
24
SCSI HD
14D
41
45
DATA BUFFER
30
NVRAM
37
39
36
MAIN MEMORY
APPLICATION PROGRAMS
MMAP
OPERATING SYSTEM
MMPM
MMDCP
100
102
98
104
106
ROM
POST
BIOS
38
40
42
ROM
32
72
FLOPPY
73
46
IOC
PRINTER
74
KEYBOARD
76
SPEAKER
82
79
78
MOUSE
SERIAL
80
108
VIDEO DISC PLAYER
44
48
70
VFB
114
66
VSP
MUX
DAC
60
TEXT AND GRAPHICS VRAM
62
MONITOR
68
AUX. VIDEO
110
MONITOR
112
88
AIC
CABLE
89
49
DSP
90
AUDIO
HEADPHONE
MICROPHONE
LINE IN
LINE OUT
SPEAKER
MIDI
92
INST. RAM
DATA RAM
84
86
50
94
96
EC
ADAPTER CARD
MMD

FIG. 1

## FIG. 2



APLNDC00028558



FIG.3

126
USER INTERFACE (UI)
102
MULTIMEDIA APPLICATION PROGRAM (MMAP)
106
MULTIMEDIA DEVICE CONTROL PROGRAM (MMDCP)
101
AUDIO CONTROL
103
VIDEO CONTROL
105
PLAYER CONTROL
107
CONTROL INSTANCE(S)
109
PANEL TEMPLATES
111
INTERFACE LOGIC
113
DEVICE LOGIC
104
OS/2 MULTIMEDIA PRESENTATION MANAGER (MMPM)
99
OS/2 PRESENTATION MANAGER (PM)
98
OS/2 KERNEL
120
OS/2 DEVICE DRIVERS
122
DEVICE COMMUNICATIONS
SERIAL, PARALLEL, SYSTEM BUS
42
BIOS
124
DEVICES
VIDEODISC
108
VIDEOTAPE
DIGITAL AUDIO
CD
DIGITAL VIDEO
ETC.
MMD 96

**U.S. Patent**          June 27, 1995          Sheet 4 of 7          **5,428,730**



FIG. 4 ( PRIOR ART )

126 — USER INTERFACE (UI)

128 — OTHER APPLICATION INTERACTIONS

130 — UI SELECTIONS (BUTTONS, SLIDERS, DIALS, ETC.)

132 — CONTROL PANEL DISPLAY & UPDATE, CHANGE IN STATUS, ENABLE/DISABLE, ETC.

102' — MMAP

134 — CREATE/DESTROY CONTROL DISPLAY  WITH SELECTION COMPONENTS

136 — UI DETECTION
UI EVALUATION- WHAT WAS SELECTED?
SELECTION EVALUATION- VALID/INVALID
DEVICE COMMANDS NECESSARY

138 — COMMAND RESPONSE EVALUATION
UI UPDATE TO REFLECT NEW CONDITIONS
ERROR PROCESSING
TIMED EVENT NOTIFICATION PROCESSING

140 — DEVICE OPEN/CLOSE
DEVICE COMMANDS
COMMAND TERMINATES
STATUS REQUESTS

142 — CONTINUOUS STATUS NOTIFICATIONS
COMMAND RESULTS
TIMED EVENT NOTIFICATIONS
DEVICE ERROR NOTIFICATIONS

104 — MMPM

120 — DEVICE DRIVER

122 — DEVICE COMMUNICATIONS

124 — DEVICE

APLNDC00028560

FIG. 5

126
USER INTERFACE (UI)
128
OTHER APPLICATION INTERACTIONS
130
UI SELECTIONS (BUTTONS, SLIDERS, DIALS, ETC.)
132
CONTROL PANEL DISPLAY & UPDATE, CHANGE IN STATUS, ENABLE/DISABLE, ETC.
102
MMAP
102I
CREATE WINDOW
OPEN DEVICE
CREATE CONTROL
IDENTIFY DEVICE
106
MMDCP
107
150
CREATE
DESTROY
152
DEVICE ID
MISC. MSGS. (OPT.)
154
156
BUILD CONTROL DISPLAY
CONTROL INSTANCE
158
UI DETECTION
UI EVALUATION- WHAT WAS SELECTED?
SELECTION EVALUATION- VALID/INVALID
DEVICE COMMANDS NECESSARY
160
COMMAND RESPONSE EVALUATION
UI UPDATE TO REFLECT NEW CONDITIONS
ERROR PROCESSING
TIMED EVENT PROCESSING
162
DEVICE OPEN/CLOSE
164
CONTINUOUS STATUS NOTIFICATIONS
COMMAND RESULTS
TIMED EVENT NOTIFICATIONS
DEVICE ERROR NOTIFICATIONS
DEVICE COMMANDS
COMMAND TERMINATES
STATUS REQUESTS
104
MMPM
120
DEVICE DRIVER
122
DEVICE COMMUNICATIONS
124
DEVICE



*FIG. 6*





FIG. 7

170
**APPLICATION INPUT**

CREATE
DESTROY
DEVICE ID
MISC.

172
**USER INTERFACE INPUT**

SELECTIONS

174
**OS INPUT**

MOVE
SHOW
HIDE
PAINT
ETC.

176
**DEVICE INPUT (VIA MMPM)**

ERRORS
TIMED EVENTS

106
MMDCP CONTROL MESSAGE PROCESSING

178
CREATE MESSAGES FROM APPLICATION
  ACQUIRE RESOURCES (MEMORY, ETC.)
  MAKE CONTROL PANEL
  PLACE IN WINDOW

180
DESTROY MESSAGES FROM APPLICATION
  RELEASE RESOURCES (MEMORY, ETC.)
  DISCARD WINDOWS, CONTROL PANEL

182
DEVICE ID MESSAGES FROM APPLICATION
  CHECK ID VALIDITY
  ATTACH CONTROL INSTANCE TO DEVICE
  DETERMINE DEVICE CAPABILITIES
  QUERY DEVICE STATUS
  UPDATE CONTROL PANEL (ENABLE/DISABLE COMPONENTS,
    CHANGE CURRENT SETTINGS)

184
MISCELLANEOUS APPLICATION MESSAGES
  TOGGLE APPLICATION NOTIFY ON/OFF
  TOGGLE DEVICE COMMUNICATION ON/OFF
  USE CUSTOM CONTROL PANEL LAYOUT

186
OPERATING SYSTEM MESSAGES
  MOVE, PAINT, SHOW, HIDE, ETC. THE WINDOW
  UPDATE THE CONTROL PANEL AS NECESSARY

188
DEVICE NOTIFICATION MESSAGES
  ERROR? IF SO, ATTEMPT RECOVERY OR DISABLE COMPONENTS
  UPDATE CONTROL PANEL AS NECESSARY

190
UI SELECTION MESSAGES
  CHECK CURRENT CONTROL PANEL/DEVICE CONTEXT
  DETERMINE ACTIONS NECESSARY, INCLUDING:
    CANCEL CURRENT OPERATION(S)
    SEND DEVICE COMMAND(S)
    EXAMINE DEVICE COMMAND RESPONSES
    IF ERROR, ATTEMPT RECOVERY
    UPDATE CONTROL PANEL AS NECESSARY

APLNDC00028563

5,428,730

1

## MULTIMEDIA SYSTEM HAVING SOFTWARE MECHANISM PROVIDING STANDARDIZED INTERFACES AND CONTROLS FOR THE OPERATION OF MULTIMEDIA DEVICES

### BACKGROUND OF THE INVENTION

This invention relates to the field of data processing, and, more particularly, to an improved multimedia system having a software mechanism that provides standardized interfaces and controls for the operation of multimedia devices.

A multimedia system is designed to present various multimedia materials in various combinations of text, graphics, video, image, animation, sound, etc. Such a system is a combination of hardware and software. The hardware may include a personal computer to which various multimedia devices can be attached. The hardware runs under the control of an operating system and multimedia application programs. Recent commercially available multimedia systems provide multimedia application developers the capability to control the multimedia devices via software. In turn, application developers create programs that allow end users to control a device by manipulating simulated controls, such as buttons, dials, and other elements, on a computer display screen. The application programmers have been required to create their own custom designed device control screens as well as handle all user interactions, device communications, and screen changes. Such custom development has resulted in inconsistent user interfaces, requires knowledge of the device and device control methods, and duplicates effort for multiple applications. These problems reduce useability and increase development expense.

### SUMMARY OF THE INVENTION

One of the objects of the invention is to solve the problems noted above by providing a multimedia system with a set of standardized multimedia controls by which a consistent user interface is presented from different application programs.

Another object of the invention is to provide a multimedia control program that interacts with a multimedia application program to control a multimedia device without requiring the application program developer to have an in-depth knowledge of the multimedia device to be controlled.

A further object of the invention is to provide a multimedia control program which provides common functions available for use by multimedia application programs, so as to relieve application programmers of duplicate development effort and to thereby increase multimedia programmer productivity.

Still another object of the invention is to provide a multimedia control program which creates user interfaces comprising display screens having a common look and feel, the screens containing graphic controllers that can be manipulated by users to control multimedia devices.

A still further object of the invention is to provide a multimedia device control program which creates a control panel with minimum involvement of an application program and which thereafter controls operation of the device without intervention of the application program.

Briefly, in accordance with the invention, a multimedia system includes a multimedia device control program having a plurality of application program selectable controls for a like plurality of different classes of multimedia devices. Each class has a different set of controllable device functions or attributes. In response to selection of a control by an application program, a unique control panel is created in a user interface for controlling operation of a device. The selected control performs all of the processing actions necessary to control the device in response to user selections on the interface, without involvement of the application program in such actions.

In accordance with another aspect of the invention, the multimedia application program includes a plurality of predetermined templates defining different control panels which contain user manipulable controllers. The application program sends a message to the control program indicating its selection and the control program creates the desired control screen from the selected template.

### DRAWINGS

Other objects and advantages of the invention will be apparent from the following description taken in connection with the accompanying drawings wherein:

FIG. 1 is a schematic diagram of a multimedia data processing system embodying the invention;

FIG. 2 is a schematic diagram of an exemplary control screen on a display;

FIG. 3 is a schematic diagram of the major components of the software mechanism included in the system shown in FIG. 1;

FIG. 4 is a schematic diagram illustrating communications between the major components of a prior art system which the present invention improves;

FIG. 5 is a diagram similar to FIG. 4 but showing the improved processing in accordance with the invention for multimedia device control and user interface interaction;

FIG. 6 is a simplified diagram similar to FIG. 5 but showing processing for controlling a plurality of different multimedia devices; and

FIG. 7 is a block diagram illustrating different inputs into the MMDCP, and the actions responsive to the inputs.

### DETAILED DESCRIPTION

Referring now to the drawings, and first to FIG. 1, there is shown an exemplary multimedia data processing system comprising a personal computer 10 operable under a multitasking operating system such as OS/2 Version 2.0, to execute application programs. Computer 10 comprises a microprocessor 12 connected to a local bus 14 which, in turn, is connected to a bus interface controller (BIC) 16, a math coprocessor 18, and a small computer system interface (SCSI) adapter 20. Microprocessor 12 is preferably one of the family of 80xxx microprocessors, such as an 80386 microprocessor, and local bus 14 includes conventional data, address, and control lines conforming to the architecture of such processor. Adapter 20 is also connected to a SCSI bus 22 which is connected to a SCSI hard drive (HD) 24 designated as the C:drive, the bus also being connectable to other SCSI devices (not shown). Adapter 20 is also connected to a NVRAM 30 and to a read only memory (ROM) 32.

BIC 16 performs two primary functions, one being that of a memory controller for accessing a main mem-

APLNDC00028564

5,428,730

3

ory 36 and a ROM 38. Main memory 16 is a dynamic random access memory (RAM) that comprises stores data and programs for execution by microprocessor 12 and math coprocessor 18. ROM 38 stores a POST program 40 and a BIOS 42. POST program 40 performs a standard power-on, self-test of the system when computer 10 is started by turning the power on or by a keyboard reset. An address and control bus 37 connects BIC 16 with memory 36 and ROM 38. A data bus 39 connects memory 36 and ROM 38 with a data buffer 41 that is further connected to data bus 14D of bus 14. Control lines 45 interconnect BIC 16 and data buffer 41.

The other primary function of BIC 16 is to interface between bus 14 and an I/O bus 44 designed in conformance with Micro Channel (MC) architecture. Bus 44 is further connected to an input/output controller (IOC) 46, a video signal processor (VSP) 48, a digital signal processor (DSP) 49, and a plurality of expansion connectors (EC) or slots 50. VSP 48 is further connected to a video RAM (VRAM) 60 and a multiplexor (MUX) 62. VRAM 60 stores text and graphic information for controlling what appears on the screen of a monitor 68. MUX 62 is further connected to a digital to analog converter (DAC) 66 and to a connector or terminal 70 that is connectable to a video feature bus (VFB). DAC 66 is connected to monitor 68 that provides a conventional output screen or display for viewing by a user.

IOC 46 controls operation of plurality of I/O devices including a floppy disc drive 72 designated as the A:-drive, a printer 74, and a keyboard 76. Drive 72 comprises a controller (not shown) and a removable floppy disc or diskette 73. IOC 46 is also connected to a mouse connector 78, a serial port connector 80, and a speaker connector 82, which allow various optional devices to be connected into the system. A mouse 79 is connected to connector 78.

DSP 49 is further connected to an instruction RAM 84, a data RAM 96, an analog interface controller (AIC) 88, and an audio controller (90). RAMS 84 and 86 respectively hold instructions and data used by DSP 49 for processing signals. Audio controller 90 controls various audio inputs and outputs and is connected to a plurality of connectors 92 by which various devices can be connected to the system. Such devices include a headphone, a microphone, a speaker, a musical instrument digitizing interface (MIDI), and devices requiring an audio line-in and line-out functions. Various other multimedia devices (MMD) 96 can be also attached to the system through an EC 50 and adapter card 94.

For purposes of illustrating the invention, system 10 further includes a video disc player 108 having a control line connected to connector 80 of the serial port for receiving start/stop signals through the serial port. Player 108 is also connected to and transmits video signals to an auxiliary video card 110 that has a connection to a monitor 112 and another connection 108 to VFB connector 70.

Memory 36 stores various programs for execution in the system, which programs include application programs (MMAP) 102, and an operating system 98 which includes OS/2 multimedia presentation manager (MMPM) 104 and a multimedia device control program (MMDCP) 106. It is to be noted that while FIG. 1 illustrates an exemplary multimedia system, the operating system is general purpose and is designed to run or control data processing systems having configurations that are different from the one shown in FIG. 1. The

4

invention is embodied primarily in MMDCP 106 and its interaction with operating system 100 and the hardware. The combination and interaction of hardware and software is referred to herein as a "software mechanism".

FIG. 2 illustrates an exemplary control screen 200 in which a plurality of windows or panels are displayed on a monitor in response to execution of a sample program named "VIDPLAY". This program creates a display of a control screen 200 that includes a video window 202, an audio control panel 204, a video control panel 206, and a player control panel 208. Also presented in the screen is a standard cursor 210 that is manipulated through use of mouse 79. Window 202 contains a title bar 212 bearing the title "Sample VIDPLAY", a window control button 213, a sizing button 215, a menu bar 214, and a video viewing area 216. The window itself is conventional and can be manipulated by means of cursor 210 to change the position and size of the window.

Audio control panel 204 contains a title bar 218 identifying the panel as an "Audio" control panel, and a control area containing various simulated controllers or controls 220–224. Control 220 is a mute button, and controls 221–224 are dials for respectively controlling volume, balance, treble, and bass. With reference to control 221, each dial includes reference marks 228 around the periphery of a circular knob, a movable pointer 229, a decrease button 226, and an increase button 227. Buttons 226 and 227 respectively display graphic symbols "−" and "+" which generally denote the button function. Also included in control 221 is a legend "Volume" signifying the function of the device being controlled. When the cursor 210 is placed on one of buttons and the mouse is clicked, the pointer appears to move until the mouse button is released. Such movement would be accompanied by signals being sent to the physical device whose controls are being simulated to cause the corresponding action to occur. For example, if the cursor is clicked on button 227, pointer 229 rotates clockwise and the actual volume of the audio device would increase.

Video control panel 206 has a title bar 230 displaying the legend "Video", a freeze button 231, and dial controls 232–236 for controlling the brightness, contrast, color, tint, and sharpness, of the video device, e.g., monitor 112 (FIG. 1). Player control panel 208 displays the legend "Player Control" in title bar 240, push buttons 241–248, and a slider control 249. Buttons 241–248 include different symbols symbolic of different player functions controlled thereby. Such buttons provide, for video disc player 108, controls of eject, pause, play, play backward, record, repeat, rewind, scan forward, scan backward, step backward (frame backward), step forward (frame advance), and stop. Slider control 249 displays the current device position in time or frame based units.

Preferably, each button presents a visual differentiation between actuated and non-actuated conditions. This can be accomplished by shadowing the buttons to give appearances of being pushed in or sticking out from the plane of the display. Some of the buttons may also be animated. For example, scan forward and scan backward buttons may have a series of arrows that are successively highlighted to simulate the direction of movement.

It is to be noted that the above discussion of FIG. 2 provides nomenclature facilitating an understanding of the invention as described below. The contents of con-

APLNDC00028565

5,428,730

5

trol screen 200 as shown in FIG. 2 is intended to primarily show what samples of different control panels look like. Quite obviously, in any given system, the type and number of panels is dependent upon what multimedia devices are connected to the system, and what controls are selected to be shown. Further variations in such control panels and how they are created are described hereinafter.

FIG. 3 illustrates the layered structure of the software mechanism and the primary programs that are executed concurrently in a multitasking mode, in accordance with the invention. At the top, a user interface 126 communicates with MMAP 102 and MMDCP 106, both of which are above MMPM 104. The latter program interacts with the IBM OS/2 Presentation Manager (PM) program 99 which is above the operating system kernel 98, which sits on top of device drivers 120. PM 99 also communicates with MMAP 102 and MMDCP 106. A device communications program 122 is between drivers 120 and BIOS 42 which is the lowest software layer and provides device specific processing for operating multimedia devices 124. These devices include video disc player 118, and any MMD 96 such as video tape, digital audio, compact disc (CD), and digital video devices.

MMAP 102 is a user oriented application program providing access to services of multimedia devices appropriate to the application, e.g., a video disc browsing program. MMAP 102 interacts with MMDCP 106 for the purpose of providing a user interface for the appropriate device, and with MMPM 104 for opening and closing the device and accessing specific features or performing custom processing not available via the more generic MMDCP 106. MMPM 104 implements a high level, device independent interface to multimedia devices for application use and includes support for device context switching, data streaming, and management of device contention. PM 99 is used for its screen management functions and capability of creating windows on a display screen. OS/2 kernel 98 represents the services provided by the IBM OS/2 operating system. These services generally include functions for process and resource management. Kernel 98 and PM 99 are omitted from later drawing figures for simplicity of illustration. OS/2 device drivers 120 are device specific control programs providing a software interface for controlling individual devices. A device driver at this level generally provides services for a device of a specific type and manufacturer. Device communications 122 indicates a communication mechanism by which a device driver accesses an attached device. Some devices are card type adapters installed in the system for access by the system bus. External devices are generally attached to the computer by a cable plugged into the parallel port or the serial port.

MMDCP 106 comprises an audio control 101, a video control 103, a player control 105, one or more control instances 107, panel templates 109, interface logic 111, and device logic 113. Controls 101, 103, and 105 are separate generic routines or programs for controlling multimedia devices having audio, video, and player attributes. In general, an application program first opens a device, and then sends a message to MMDCP to create a control screen which is done by making an instance or copy of the appropriate control and then attaching the control instance to the device. That is, once the instance has been made, it is necessary to inform it of the identity of the device it will be controlling so that

6

the commands can be sent to the proper device. After attachment, the control instance performs its primary function of controlling the particular device, as described in more detail hereinafter.

FIG. 4 illustrates various functions 134, 136, and 138 as performed in the prior art by a typical application program 102' and the interfaces between such program and user interface (UI) 126' and MMPM 104. The illustration is for a system having a single multimedia device 124. The graphics on the screen display together with the means for manipulating the graphics and making selections, form the user interface 126' through which the user interacts with the system to control operation of the multimedia devices. Input messages 130 from the user into the application program 102' include UI selections made by the user actuating the various buttons, sliders, dials, etc. Output communications or messages 132 from the application to the user interface include controlling and updating the panel display, enabling changes in status of the multimedia devices, enabling and disabling buttons or controls which are or are not appropriate for the current device state. For example, if a device is not playing, then the pause button is disabled because its use is not applicable. Other application interactions 128, such as those not pertinent to the control of a MMD, may also occur with the user interface.

Various input/output messages 140 and 142 also communicate between the application and MMPM 104. Application 102' may receive as input messages 142 continuous notifications on the status of the multimedia devices, the results of commands, timed event notifications and device error notifications. The application output messages 140 include device open/close and other commands, command terminates, and status requests.

In response to the application program being run or executed, the program is initially operative to create, by function or step 134, a control screen on a monitor which screen includes one or more controllers. The size, appearance, location, contents, etc. of the control screen are the full responsibility of the application. Once the controllers are displayed, the user can thereafter manipulate the controls and make selections to control operation of a MMD. When the application is being ended, a destroy message 134 destroys the control screen initially created. Functions 136 are performed in response to the application program receiving messages 130 and include detecting UI actions, evaluating the selection as to what action was selected, determining if the selection is valid or invalid, and generating various output messages 140. In response to the application program receiving messages 142, application 102' evaluates responses to commands, updates the UI to reflect new conditions, and processes the notifications of timed events and device errors. The application also sends messages 132 as appropriate in response to such processing. In summary, the messages and interactions explained with reference to FIG. 4 indicate what an application program would have to do in the absence of the invention. It is to be appreciated that application programs normally perform functions in addition to those related to MMD control but inasmuch as the invention is concerned with MMD control, the additional functions have been omitted for simplicity.

With reference to FIG. 5, in accordance with the invention, MMAP 102 is greatly simplified and reduced relative to the equivalent prior art application program 102' because MMDCP 106 performs most of the func-

5,428,730

7

tions for generating and receiving communications with the user interface and with MMPM 104. When MMAP 102 is run, a series of instructions 102I are executed. The first instruction is to create a window and this is done by PM 99. The second instruction is to open the device to be controlled and this is done by sending a sending a DEVICE OPEN command 162. The third instruction is to create a control and this is done by sending a CRE-ATE message 150. The fourth instruction IDENTIFY DEVICE sends a DEVICE ID message 152 identifying the particular device to be controlled to MMDCP. In response to messages 150 and 152, MMDCP 106 creates a control instance 107 and attaches it to open device 124. After that, control processing including generating and receiving communications from the UI and the MMPM, is done by control instance 107 thereby reliev-ing the application from doing similar functions and being concerned with knowledge of individual devices. Control instance 107 receives input messages 130 from UI 126, transmits messages 132 to the UI, and communi-cates with MMPM 104 via two way communications 164. Control instance 107, in response to receiving vari-ous inputs, performs the functions described below with reference to FIG. 7. The control screen presents a con-trol interface to the end user, and control instance 107 translates actions and selections on the interface into appropriate media control and system commands.

MMDCP 106 can create three different types of con-trol panels: a video control panel for a device, such as a graphics/video overlay adapter, having video attri-butes; an audio control panel for a device, such as an amp/mixer device, having audio attributes; and a player control panel for a device, such as a videodisc player, having player attributes. A video control panel typi-cally includes a freeze push button, and circular sliders or dials to control brightness, contrast, saturation, hue, and sharpness. An audio control panel typically in-cludes a mute push button and a series of circular sliders to control volume, balance, treble, and bass. A player control panel typically includes push buttons for combi-nations of the following player actions: eject, pause, play backward,play forward, play reverse, record, re-peat, rewind, scan backward, scan forward, scan re-verse, step backward, step forward, and stop. A player control panel might also include a linear slider for posi-tion display. It should be obvious that the individual controls depend on the capabilities of the attached mul-timedia device(s) and the configuration of the player control screen.

FIG. 6 illustrates the manner in which MMDCP 106 controls two multimedia devices for a MMAP that runs two multimedia devices. The devices might be , e.g., a player device 124-1 such as videodisc player 108 connected to the serial port, and an audio device 124-2 connected to one of the expansion connectors 50 and accessible over the system bus. For such a configura-tion, MMAP 102 needs to send a first DEVICE OPEN message 162-1, a first DEVICE ID message 152-1, and a first CREATE message 150-1 to create a player con-trol instance 107P, and to then send a second DEVICE OPEN message 162-2, a second DEVICE ID message 152-2, and a second CREATE message 150-2 to create an audio control instance 107A. Also, respective player and audio device drivers 120-1 and 120-2 and respective device communications 122-1 and 122-2 have to have been loaded into the system, for establishing communi-cations with the respective multimedia devices. With two devices, the control screen 200 in FIG. 2 could

8

display player control panel 208 and audio control panel 204. Once the control instances are attached, each con-trol instance manages its attached device and configures itself according to the device capabilities. During oper-ation, player control instance 107P receives communi-cations 130-1 for the UI and sends messages 132-1 to the UI, while audio control instance 107A receives mes-sages 130-2 from the UI and sends messages 132-2 to the UI. In the prior art, the application program has to implement and manage the additional functionality to address and handle the functional differences between player and audio devices.

FIG. 7 shows further details of control message pro-cessing that is done in response to receiving messages or inputs 170, 172, 174, and 176 from four sources, namely, MMAP 102, UI 126, the operating system, and multime-dia device 124 inputs through MMPM 104. In response to receiving a CREATE control screen command, MMDCP is operative to perform the functions 178 and acquire the resources (e.g., memory) for the display, make the desired control panels, and place them on the screen. In response to receiving a DESTROY message from the application, actions 180 release the resources, and discard the window and any control panels on the screen. In response to receipt of a DEVICE ID message from the application, actions 182 comprise checking the validity of the device ID, making a control instance by copying the control and then attaching the control instance to the open device, determining device capabil-ities, querying the device status, and updating the con-trol panels, e.g., by enabling or disabling components and changing current settings. The attaching is simply notifying the control instance of the ID of device to be controlled. Actions 184 are functions or actions per-formed in response to miscellaneous messages from the application and include enabling or disabling the send-ing of notification messages to the application, toggling application notify on/off, toggling device communica-tion on/off, and using custom control panel layout.

Action 186 updates control panels as necessary in response to receiving messages from the operating sys-tem. Such messages include hide, show, move, paint, etc. In response to receiving device notification mes-sages, actions 188 include updating the control panel as necessary. If an error has occurred, a recovery attempt is made or the component is disabled. Timed events are events which occur at a device asynchronously with respect to a command issued to the device. For exam-ple, if the device is instructed to play for a certain amount of time, the completion of the play command is a timed event which results in a notification being sent to MMDCP 106. At this point, MMDCP 106 stops animating the play button and changes the appearance of the play button to be consistent with a "stop" state. Other timed events might include position notifications and cuepoints. When an input 172 is received, actions 190 are performed to check the current control pa-nel/device context, and determine what actions are necessary. If for example, a device is already playing and the play button is selected, the context indicates no action is necessary and the selection of the play button is ignored. The actions to be done include cancelling current operations, sending device commands, examin-ing device command responses, attempting error recov-ery, and updating the control panel as necessary. The specific details of the actions described relative to FIG. 7 should be obvious to those skilled in the art and have

5,428,730

9

been omitted to shorten description particularly since the details are not claimed.

A typical sequence of actions that occur can be illustrated by the example of audio control panel 204 and volume controller 221 (FIG. 2). Suppose the user desires a volume increase. To accomplish this using the mouse, the mouse is manipulated to position cursor 210 on button 227 and then clicked and held until the volume increases to the desired level. In response to the mouse being clicked, the following sequence of actions occur. First, presentation manager 99 (FIG. 3) determines which application, the cursor is currently being operated under, which window the cursor is being operated in, and which object in the window has been selected. In this example, the object is the audio controller volume increase button. PM 99 then sends a user interface message 172 (FIG. 7) to the audio control instance which message identifies the object and the control action desired. In response to receiving the message, the audio control instance then performs the functions 190 and determines what actions are necessary. The first is to decide whether to cancel any current operation. If the mute button is on, it would be cancelled to allow audio to be produced by the device. Next, a volume increase device command is sent to the audio device to increase the volume by an increment. At this point the device has responded and if the response indicates such action has been done without error, the next action is to update the pointer of the volume dial and this is done by sending a message through PM 99 and user interface which thereupon redraws the volume dial pointer to a new position representing an increment of volume increase. The sequence of actions repeat until the mouse button is released, or until the maximum volume is reached. An optional action (not shown) could be performed before communicating with the device, to give the application program the opportunity to handle the user selection. This is useful in situations where operational customization is done by the application, instead of operating by the control instance. With this option, the application would send a return code indicating it will or will not handle the message.

As indicated above, MMDCP 106 includes a variety of panel templates 109 that are used in making a control panel in 178. MMDCP provides the application programmer with the options of accepting a default panel, a minimal panel, a complete panel, or a custom panel. A complete panel includes all the supported dials, buttons, sliders, etc. for controlling a particular device. A minimal panel includes only those controllers generally considered absolutely necessary. Naturally, the minimal panel occupies less screen area than a complete panel. A custom panel could be defined by the application and use any subset of the components of a complete panel, change relative positions, include other functions, etc. The templates also include vertically oriented panels, such as the audio and video panels shown in FIG. 2, and horizontally oriented panels, for both complete and minimal panels. Additional options include animated buttons (such as movement of arrows on a Play button when a device is playing), and the ability for an application to request that the control only present a user interface but not communicate with the device. This option may be useful if the application desires to control other devices while taking advantage of the user interface standards and processing. The designs of the panels provide a uniform appearance and common look and feel between different applications.

10

The following application code is written for OS/2 operating system with OS/2 multimedia extensions, and provides an example of the code simplicity of an application program useable with the invention:

```
******* BEGIN EXAMPLE CODE *******
//Open a videodisc device with an alias name and obtain a
//device ID
OpenDevice ((LPSTR)szVdiscDevName, (LPSTR)szVdiscAlias,
&wVdiscDevID);
//Create a window to hold the Player Control Panel on the
//screen
hwndVPCDlg = WinLoadDlg(HWND_DESKTOP,
                        hwndClient,
                        pVPCDlgProc,
                        0,
                        ID_DLG_VPC,
                        NULL);
//Create the Player Control Panel using MINIMAL
//configuration. "hwndVPC" is the handle uses for any further
//communication with the player control
hwndVPC = WinCreateWindow
(hwndVPCDlg,                     //Use the window above
WC_PLAYERCTL,                    //Create Player Control
"",                              //Misc OS/2 item
WS_VISIBLE | MCS_MINIMAL         //Select panel style
X_MMCTL, Y_MMCTL                 //Starting screen location
200,100                          //Size
hwndVPCDlg,                      //Misc OS/2 item
HWND_TOP                         //Misc OS/2 item
ID_VPC_WND,                      //Misc OS/2 item
NULL,                            //Misc OS/2 item
NULL);                           //Misc OS/2 item
//Inform the Player Control to use the videodisc player that
//was opened earlier
    WinSendMsg (hwndVPC, MCM_SETDEVICEALIAS,
    szVdiscAlias,
0)
*******END SAMPLE CODE *******
```

In response to successful execution of the above code, a device ID is obtained, a window is created, a player control instance is created, and the device is set. The player control instance will display the control screen including the player control panel, handle all user interface actions, communicate with the videodisc player, etc. No other code in the application program is needed to perform or process selections from the control panel.

As indicated previously, an application program must first create an instance of a control and second, attach the instance to an open device before the control instance can assume responsibility for managing the user interface with the attached device. The first action involves creating a window of the proper window class. There is a window class for each type of supported device to be controlled: audio attributes, video attributes, and player attributes. There are also separate control programs (which may share a function) for each window class. In presentation manager (PM), an application program creates a window using the PM call WinCreateWindow. WinCreateWindow has several parameters including the window class and window style.

The window style of the MMDCP specifies, among other things, the orientation of the control panel (vertical or horizontal) and the degree of desired device control (minimal, complete). The control program uses the style to select one of four layouts for the initial appearance. For example, audio control 204 in FIG. 2 is a vertical, complete control. The result thus promotes a consistent user interface.

The panel templates 109 each specify the type of components and their positions using a dialog template

5,428,730

**11**

of PM. By way of example, the dialog template corre-
sponding to the layout of audio control panel 204 is:

```
DGLTEMPLATE ID_DLG_AACOMPLETE_V LOADONCALL MOVEABLE
DISCARDABLE
BEGIN
     DIALOG " ", ID_DLG_AACOMPLETE_V, 0, 0, 42, 174, NOT
     FS_DLGBORDER | FS_NOBYTEALIGN
     PRESPARAMS PP_FONTNAMESIZE, "8.Helv"
BEGIN
     PUSHBUTTON " ",        ID_MUTE, 1, 153, 40, 20, WS_TABSTOP
     CTEXT      "Mute", ID_TEXT_MUTE 1,145,40,8
     PRESPARAMS PP_FOREGROUNDCOLORINDEX, SYSCLR_WINDOWTEXT
     PUSHBUTTON "Volume" ID_VOLUME 1,109,40,36,WS_TABSTOP
     PUSHBUTTON "Balance", ID_BALANCE 1,73,40,36, WS_TABSTOP
     PUSHBUTTON "Treble", ID_TREBLE, 1,37,40,36, WS_TABSTOP
     PUSHBUTTON "Bass", ID_BASS 1,1,40,36, WS_TABSTOP
     END
END
```

For the purpose of defining the layout of a control
panel, the window class specified in the dialog template 20
is ignored for each of the predefined components such
as the mute button or the volume dial. To create the
control panel display, the MMDCP uses the informa-
tion in the template to create each of the desired compo-
nents. The subset of components present influences the 25
subsequent operation of the MMDCP. For example, a
minimal audio control includes only a volume dial and
a mute button. A request to update the control panel
would query the device only for the applicable informa-
tion, i.e., the volume and mute status. A complete audio 30
control would cause a query of the device for all of the
components, i.e., the mute, volume, bass, and treble
status.

The template mechanism also allows the MMAP to
specify an alternative layout for a control panel. This is 35
done through an optional miscellaneous application
message 184 to USE CUSTOM CONTROL PANEL
LAYOUT. In this case, the MMAP provides the de-
sired template to the MMDCP after the panel is created.
The custom template supersedes any layout selected at 40
MMDCP creation time. If neither minimal nor com-
plete is specified in the style, then the MMDCP assumes
that the MMAP will subsequently provide a layout and
no components are created until this is done.

While the invention has been described in connection 45
with a specific operating system, it should be obvious
that other operating systems could also be used. Fur-
ther, it should also be obvious that additional classes of
control programs can be added or substituted for the
audio, video and player control programs. It should be 50
further apparent to those skilled in the art that many
changes can be made in the details and arrangements of
steps and parts without departing from the scope of the
invention as defined in the appended claims.

What is claimed is: 55

1. In a multimedia data processing system (MMDPS)
comprising a processor, a storage system including a
memory for storing at least one multimedia application
program (MMAP) and a multitasking operating system
for execution by said processor, a monitor for display- 60
ing screens of information, and connector means for
connecting one or more multimedia devices into said
MMDPS, each device having a plurality of controllable
functions, each device being in one class of a plurality of
different classes of multimedia devices, the improve- 65
ment comprising:
   first means responsive to a DEVICE OPEN com-
      mand from said application program for opening a

**12**

multimedia device (hereinafter referred to as open
MMD) and for thereafter transmitting signals to
said open MMD in response to said first means
receiving device commands, said signals being
operative to control said controllable functions of
said open MMD;
second means comprising a user interface including
user manipulable objects on a display screen of said
monitor;
and multimedia device control means (MMDCM)
layered between said first means and said second
means, said MMDCM comprising a plurality of
application-program-selectable class-specific con-
trols, each control being for a different one of said
classes of multimedia devices;
said MMDCM being responsive to a CREATE mes-
sage from the application program to select one of
said controls (hereinafter referred to as selected
control) having the same class as said open MMD;
said selected control comprising third means for cre-
ating a control screen on said monitor in said user
interface, said control screen having a control
panel comprising a plurality of user actuated con-
trollers for controlling different functions of said
open MMD;
said user interface being operative to send a user
selection message in response to a user manipulat-
ing one of said controllers;
and, said MMDCM further comprising processing
means operative, in response to receiving said user
selection message, to send a device command to
said first means for changing a function of said
open MMD and to send a message to said user
interface to update the one of said controllers ma-
nipulated by the user to reflect the changed func-
tion of said open MMD.

2. A MMDPS in accordance with claim 1 wherein:
said selected control is a copy of one of said controls
   (which copy is referred to hereinafter as a control
   instance);
and said MMDCM is operative to attach said control
   instance to said open MMD in response to receiv-
   ing an identification of said MMD.

3. A MMDPS in accordance with claim 2 wherein
said control instance is made in response to said CRE-
ATE message and said identification is done by a DE-
VICE ID message from the application program.

4. A MMDPS in accordance with claim 3 wherein:
said MMDCM further comprises a plurality of prede-
   fined control panels for each class of said controls,
   said MMDCM being further operative in response
   to said CREATE message to select one of said

5,428,730

13

predefined control panels for display in said control screen;

and said processing means is further operative in response to receiving said DEVICE ID message to determine device capabilities and device status, and send messages to said user interface for updating said control panel in accordance with said device capabilities and said device status.

5. A MMDPS in accordance with claim 4 wherein said processing means is operative to selectively enable and disable said controllers in said control screen according to whether or not said MMD has a controllable function corresponding to the control function of each controller.

6. A MMDPS in accordance with claim 4 wherein: said MMDCM is further operative in response to receiving a second CREATE message to create a second control instance and a second control panel for a second MMD.

7. A MMDPS in accordance with claim 1 wherein said MMDCM further comprises a plurality of predefined control panels for each class of said controls, said MMDCM being further operative in response to said CREATE message to select one of said predefined control panels for display in said control screen.

8. A MMDPS in accordance with claim 7 wherein said predefined control panels for each class include a minimal control panel and a complete control panel, said minimal control panel having a minimum number of controllers for controlling a minimum number of functions, and said complete control panel having a plurality of controllers for controlling a maximum number of functions of each class.

9. A MMDPS in accordance with claim 8 wherein: said predefined control panels further comprise control panels of horizontal and vertical orientations.

10. A MMDPS in accordance with claim 1 wherein: said first means is operative to send to said control instance notification messages notifying said control instance of errors occurring in said MMD and timed events occurring in said MMD;

and said processing means is further operative to process said notification messages.

11. In a multimedia data processing system (MMDPS) comprising a processor, a storage system including a memory for storing at least one multimedia application program (MMAP) and a multitasking operating system for execution by said processor, a monitor for displaying screens of information, and connector means for connecting one or more multimedia devices into said MMDPS, each device having a plurality of controllable functions, each device being in one class of a plurality of different classes of multimedia devices, the improvement comprising:

first means responsive to a DEVICE OPEN command from said application program for opening a multimedia device (hereinafter referred to as open MMD) and for thereafter transmitting signals to said open MMD in response to said first means receiving device commands, said signals being operative to control said controllable functions of said open MMD;

second means comprising a user interface including a display screen on said monitor; and multimedia device control means (MMDCM) layered between said first means and said second means, said MMDCM comprising a plurality of control panel templates for each class of said con-

14

trols, said templates for each class include a minimal control panel template and a complete control panel template, said minimal control panel template defining a minimum number of controllers for controlling a minimum number of functions, and said complete control panel template defining a plurality of controllers for controlling a maximum number of functions of each class;

said MMDCM being responsive to a CREATE message from the application program to select one of said templates and send a message to said user interface to create a control panel in said control screen in accordance with the definition in the template so selected;

said control panel in said control screen comprising a plurality of user actuated controllers for controlling different functions of said open MMD;

said user interface being operative to send a user selection message to said MMDCM in response to a user manipulating one of said controllers;

and, said MMDCM further comprising processing means operative, in response to receiving said user selection message, to send a device command to said first means for changing a function of said open MMD and to send a message to said user interface to update the one of said controllers manipulated by the user to reflect the changed function of said open MMD.

12. A MMDPS in accordance with claim 11 wherein said minimal control panel templates and said complete control panel templates further define control panels of horizontal and vertical orientations.

13. A MMDPS in accordance with claim 12 wherein said controllers include buttons, dials, and sliders.

14. The method of operating a multimedia data processing system (MMDPS) comprising a processor, a storage system including a memory for storing at least one multimedia application program (MMAP) and a multitasking operating system for execution by said processor, a monitor for displaying screens of information, and connector means for connecting one or more multimedia devices into said MMDPS, each device having a plurality of controllable functions, each device being in one class of a plurality of different classes of multimedia devices, said method comprising:

(a) opening a multimedia device (hereinafter referred to as open MMD);

(b) storing in said storage system a plurality of application-program-selectable class-specific controls, each control being for a different one of said classes of multimedia devices;

(c) creating, in response to a CREATE message from the application program, a control instance from the one of said controls (hereinafter referred to as selected control) having the same class as said open MMD and attaching said control instance to said open MMD;

(d) creating a control screen on said monitor in said user interface, said control screen including a control panel comprising a plurality of user actuated controllers for controlling different functions of said open MMD;

(e) sending a user selection message from said user interface to said control instance in response to a user manipulating one of said controllers;

(f) generating, in response to said control instance receiving said user selection message, at least one device command for changing a function of said

APLNDC00028570

5,428,730

15

open MMD, based upon said user selection mes-
sage and current operational state of said open
MMD;

(g) transmitting signals to said open MMD in re-
sponse to said device commands, said signals being 5
operative to change one of said controllable func-
tions of said open MMD;

and (h) sending a message to said user interface to
update the one of said controllers manipulated by
the user, to reflect the changed function of said 10
open MMD.

15. The method according to claim 14 further com-
prising:

storing in said storage system a plurality of control
panel templates for each class of said controls, said 15
templates for each class include a minimal control
panel template and a complete control panel tem-
plate, said minimal control panel template defining
a minimum number of controllers for controlling a
minimum number of functions, and said complete 20
control panel template defining a plurality of con-
trollers for controlling a maximum number of func-
tions of each class;

and selecting one of said templates;

said step (d) being performed by creating said control 25
panel in said control screen in accordance with the
definition in the one template so selected.

16. The method according to claim 15 comprising:

selectively enabling and disabling said controllers in
said control screen according to whether or not 30
said MMD has a controllable function correspond-
ing to the control function of each controller.

17. The method according to claim 15 comprising:

determining device capabilities and device status, and
sending a message from said control instance to 35
said user interface to update said control panel in

16

accordance with said device capabilities and said
device status.

18. The method according to claim 15 comprising:

sending to said control instance notification messages
notifying said control instance of errors occurring
in said MMD and timed events occurring in said
MMD;

and processing said notification messages.

19. The method according to claim 14 further com-
prising:

storing in said storage system a plurality of control
panel templates for each class of said controls, said
templates for each class include a minimal control
panel template and a complete control panel tem-
plate, said minimal control panel template defining
a minimum number of controllers for controlling a
minimum number of functions, and said complete
control panel template defining a plurality of con-
trollers for controlling a maximum number of func-
tions of each class;

including in said application program a template de-
fining a custom control panel;

specifying in said CREATE message which template
is to be used in step (d)

said step (d) creates a custom control panel in said
control screen when said custom control panel
template is specified in said CREATE message.

20. The method according to claim 14 comprising:

sending a message to said application program in
response to receiving said user selection message in
step (e), which message requires a response from
said application program indicating whether or not
said application program will process said user
selection message.

*    *    *    *    *

40

45

50

55

60

65

APLNDC00028571

04860.P1365

380/116 *Patent*

GF
M.G
9-11-96

2415

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of )
)
Steven W. Christensen ) Examiner: Dela Torre, C.
)
Serial No. 08/316,237 ) Art Unit: 2415
)
Filing Date: September 30, 1994 )
)
For: METHOD AND APPARATUS FOR )
DISPLAYING AND ACCESSING )
CONTROL AND STATUS )
INFORMATION IN A COMPUTER )
SYSTEM )

Commissioner of
Patents and Trademarks
Washington, D.C. 20231

<u>PETITION FOR EXTENSION OF TIME (37 C.F.R. § 1.136(a)</u>

Sir:

Pursuant to Rule 1.136(a) Applicant hereby petitions for an extension of time

to respond to the outstanding Office Action dated March 20, 1996. Our check in the

amount of $380.00, the extension fee required for a response filed within the second

month (37 C.F.R. § 1.17(b)), is submitted concurrently herewith.

Please charge any debits and credit any overages to our Deposit Account

Number 02-2666.

Respectfully submitted,
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Dated: 8/20 , 1996 _____
Michael J. Mallie
Reg. No. 36,591

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8598

<u>FIRST CLASS CERTIFICATE OF MAILING</u>
<u>(37 C.F.R. § 1.8(a))</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class
mail with sufficient postage in an envelope addressed to the Commissioner of Patents and Trademarks,
Washington, D.C. 20231

on _____August 20, 1996_____ .
Date of Deposit

Angela M. Quinn
Name of Person Mailing Correspondence

_____        8-20-96
Signature                                        Date

APLNDC00028572

Attorney's Docket No.    004860.P1365                                    PATENT

In re Application of:   Steven W. Christensen

Application No.  08/316,237

Filed:        9/30/94

For:   **METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM**
                                        (title)

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

SIR:   Transmitted herewith is an **Amendment** for the above application.

[ ]   Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ]   A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

_____   No additional fee is required.

_____  _____

The fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | Small Entity | | Other than a Small Entity | |
|---|---|---|---|---|---|---|---|---|
| | Claims remaining after amendment | | Highest no. previously paid for | Present extra | Rate | Additional fee | Rate | Additional fee |
| Total Claims: | 24 | minus | 20 | 4 * | x $11.00= | | x $22.00= | $88.00 |
| Indep. Claims: | 3 | minus | 3 | 0 * | x $39.00= | | x $78.00= | $0.00 |
| [ ] First presentation of Multiple Dependent Claim(s) | | | | | + $125.00 | | + $250.00 | |
| *If the difference in Col. 3 is less than zero, enter "0" in Col. 3 | | | | | Total Add. Fee: | | Total Add. Fee: | $88.00 |

_XXX_   A check in the amount of   **$88.00**   is attached for presentation of additional claim(s).

[XXX]   Applicant(s) hereby Petition(s) for an Extension of Time of   **two (2)**   month(s) pursuant to 37 C.F.R. § 1.136(a).

[XXX]   A check for   **$380.00**   is attached for processing fees under 37 C.F.R. § 1.17.

[ ]   Please charge my Deposit Account No. 02-2666 the amount of   _____   . **A duplicate copy of this sheet is enclosed.**

_XXX_   The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 02-2666 (**a duplicate copy of this sheet is enclosed**):

          _XXX_   Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of extra claims.

          _XXX_   Any extension or petition fees under 37 C.F.R. § 1.17.


                        BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date:   8/20/96                 _____
                        Michael J. Mallie
                        Reg. No.   36,591

12400 Wilshire Blvd., 7th Floor       I hereby certify that this correspondence is being deposited with the
Los Angeles, California 90025         United States Postal Service as first class mail with sufficient postage in
(408) 720-8598                         an envelope addressed to: Commissioner of Patents & Trademarks,
                                      Washington, D.C. 20231 on:
                                               **August 20, 1996**
                                      _____   8-20-96
                                      Angela M. Quinn                    Date


                                        LJV/ccm  (1/31/96)

APLNDC00028573

## PATENT COOPERATION TREATY

From the
INTERNATIONAL PRELIMINARY EXAMINING AUTHORITY

# PCT

WRITTEN OPINION

(PCT Rule 66)

To:    JAMES C. SCHELLER
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD, 7TH FLOOR
LOS ANGELES, CA  90025-1026

**RECEIVED**

OCT 1 1 1996

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
LOS ANGELES

| | |
|---|---|
| Applicant's or agent's file reference<br>04860.P1365 | Date of Mailing *(day/month/year)*<br>**04 OCT 1996** |

| | REPLY DUE | within TWO months<br>from the above date of mailing |
|---|---|---|

| International application No.<br>PCT/US95/11025 | International filing date *(day/month/year)*<br>29 AUGUST 1995 | Priority date *(day/month/year)*<br>30 SEPTEMBER 1994 |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC
IPC(6): G06F 9/44; and  US Cl.: 395/161

Applicant
APPLE COMPUTER, INC.

1. This written opinion is the first_____ (first, etc.) drawn by this International Preliminary Examining Authority.

2. This opinion contains indications relating to the following items:

   I   [X]  Basis of the opinion

   II  [ ]  Priority

   III [ ]  Non-establishment of opinion with regard to novelty, inventive step or industrial applicability

   IV  [ ]  Lack of unity of invention

   V   [X]  Reasoned statement under Rule 66.2(a)(ii) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

   VI  [X]  Certain documents cited

   VII [ ]  Certain defects in the international application

   VIII[ ]  Certain observations on the international application

3. The applicant is hereby invited to reply to this opinion.

   **When?**   See the time limit indicated above. ~~The applicant may, before the expiration of that time limit, request this Authority to grant an extension, see Rule 66.2(d).~~

   **How?**   By submitting a written reply, accompanied, where appropriate, by amendments, according to Rule 66.3.
   For the form and the language of the amendments, see Rules 66.8 and 66.9.

   **Also**   For an additional opportunity to submit amendments, see Rule 66.4.
   For the examiner's obligation to consider amendments and/or arguments, see Rule 66.4 *bis*.
   For an informal communication with the examiner, see Rule 66.6.

   **If no reply is filed**, the international preliminary examination report will be established on the basis of this opinion.

4. The final date by which the international preliminary
   examination report must be established according to Rule 69.2 is: 30 JANUARY 1997_____.

| Name and mailing address of the IPEA/US | Authorized officer |
|---|---|
| Commissioner of Patents and Trademarks<br>Box PCT<br>Washington, D.C. 20231 | MARK R. POWELL |
| Facsimile No.  (703) 305-3230 | Telephone No.  (703) 305-9703 |

Form PCT/IPEA/408 (cover sheet) (January 1994)★

APLNDC00028574

| WRITTEN OPINION | International application No. |
|---|---|
| | PCT/US95/11025 |

---

## I.  Basis of the opinion

1. This opinion has been drawn on the basis of *(Substitute sheets which have been furnished to the receiving Office in response to an invitation under Article 14 are referred to in this opinion as "originally filed".)*:

     [X]  the international application as originally filed.

     [X]  the description, pages  1-54  , as originally filed.
           pages  NONE  , filed with the demand.
           pages  NONE  , filed with the letter of _____ .

     [X]  the claims,  Nos.  1-18  , as originally filed.
           Nos.  NONE  , as amended under Article 19.
           Nos.  NONE  , filed with the demand.
           Nos.  NONE  , filed with the letter of _____ .

     [X]  the drawings,  sheets/fig  1-13  , as originally filed.
           sheets/fig  NONE  , filed with the demand.
           sheets/fig  NONE  , filed with the letter of _____ .

2. The amendments have resulted in the cancellation of:

     [X]  the description, pages  NONE
     [X]  the claims,  Nos.  NONE
     [X]  the drawings,  sheets/fig  NONE

3. [ ]  This opinion has been established as if (some of) the amendments had not been made, since they have been considered to go beyond the disclosure as filed, as indicated in the ~~Supplemental Box~~ Additional observations below (Rule 70.2(c)).

4. Additional observations, if necessary:
     NONE

APLNDC00028575

| WRITTEN OPINION | International application No.<br>PCT/US95/11025 |
|---|---|

**V. Reasoned statement under Rule 66.2(a)(ii) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1. STATEMENT

|  | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | NONE | | YES |
|  | Claims | 1-18 | | NO |
| Inventive Step (IS) | Claims | NONE | | YES |
|  | Claims | 1-18 | | NO |
| Industrial Applicability (IA) | Claims | 1-18 | | YES |
|  | Claims | NONE | | NO |

2. CITATIONS AND EXPLANATIONS

(See Supplemental Sheet.)

Form PCT/IPEA/408 (Box V) (January 1994)★

APLNDC00028576

| WRITTEN OPINION | International application No. |
| | PCT/US95/11025 |

## VI.   Certain documents cited

**1.   Certain published documents (Rule 70.10)**

| Application No. Patent No. | Publication Date (day/month/year) | Filing Date (day/month/year) | Priority date (valid claim) (day/month/year) |
|---|---|---|---|
| US, A, 5,416,895 | 16 MAY 1995 | 8 APRIL 1992 | NONE |
| US, A, 5,428,730 | 27 JUNE 1995 | 15 DECEMBER 1992 | NONE |

**2.   Non-written disclosures (Rule 70.9)**

| Kind of non-written disclosure | Date of non-written disclosure (day/month/year) | Date of written disclosure referring to non-written disclosure (day/month/year) |
|---|---|---|

Form PCT/IPEA/408 (Box VI) (January 1994)★

APLNDC00028577

| WRITTEN OPINION | International application No.<br>PCT/US95/11025 |
|---|---|

**Supplemental Box**
(To be used when the space in any of the preceding boxes is not sufficient)

Continuation of:  Boxes I - VIII                                                                          Sheet 10

TIME LIMIT:
      The time limit set for response to a Written Opinion may not be extended.  37 CFR 1.484(d).  Any response received after the expiration of the time limit set in the Written Opinion will not be considered in preparing the International Preliminary Examination Report.

V. 2. REASONED STATEMENTS - CITATIONS AND EXPLANATIONS (Continued):
Claims 1-18 lack novelty under PCT Article 33(2) as being anticipated by the patent to Mills. As to claim 1, see Fig. 1, which shows a processor 14, display screen 18, and cursor control device 19. Mills also teaches 'window generation logic' to 'generate and display a first window region' with view window 20, at Fig. 2, and at col. 3, line 68; and 'indicia generation logic' to 'generate data for display in at least one display area in the first window' such as windows 22,24 at Fig. 2, such that the 'indicia generation logic use message-based communications to exchange information to coordinate activities' at col. 3, lines 22-26.

Mills also teaches a 'control strip' [claim 2] with controller 36, at Fig. 2, and at col. 4, lines 32-40; wherein at least one display area is variably sized [claim 3] using size boxes, at Fig. 2, and at col. 4, lines 8-9; and that the size of the first window region is variable [claim 4] also at col. 4, lines 8-9.

In addition, Mills teaches sizing the first window region so that none of the display areas are visible [claim 5] with close box 28, at Fig. 2, and at col. 4, lines 7-8, or all [claim 6] or a portion [claim 7] of the display areas are visible, both at col. 4, lines 8-9.

Mills also teaches that one of the display areas displays only information [claim 8] with video window 22, at Fig. 2, or provides access to control information [claim 9] with video window 24, at Fig. 2, or displays an additional display element [claim 10] with video window 22, at Fig. 2.

As to claim 11, it corresponds to claim 1, and also includes the following: using the 'indicia generation logic' to 'generate user sensitive graphics for display' at col. 4, lines 32-40; wherein the 'window generation logic' determines when a data display area has been selected, signals the indicia generation logic, which then initiates a response, at col. 2, lines 9-13. Claims 12-14 correspond respectively to claims 6,2,3.

Regarding claim 15, Mills teaches the following: 'generating a first window' with view window 22, at Fig. 2, to accommodate one display area, as with control window 24, for 'indicia' with control buttons 42-54, at Fig. 2, and col. 4, lines 37-40, by 'executing a first programming module' at col. 3, line 66; 'displaying an indicia' at col. 4, lines 32-40; 'selecting one of the indicia' at col. 4, lines 48-55, and sending a message for generating the display at col. 3, lines 22-26; with the programming module performing a function, at col. 4, lines 38-40.

Mills also teaches 'status information' [claim 16] such as tentative-set state at col. 5, lines 10-14, or fixed-set state at col. 5, lines 23-35, and describes the operating <u>state</u> or mode of the controller at col. 6, lines 21-32.

Form PCT/IPEA/408 (Supplemental Box) (January 1994)★

APLNDC00028578

| WRITTEN OPINION | International application No. |
|---|---|
| | PCT/US95/11025 |

**Supplemental Box**
(To be used when the space in any of the preceding boxes is not sufficient)

Continuation of:  Boxes I - VIII                                                                 Sheet 11

In addition, Mills teaches 'control information' [claim 17] in control window 24, at Fig. 2, and at col. 4, lines 32-40.  As to claim 18, Mills teaches that the first programming module requests a set of features at col. 4, lines 20-25, sends a message to the programming module indicative of features, and the programming module returns a message; such that the programming modules interact with each other in response to user interaction with the first programming module, all at col. 4, lines 25-40.

Claims 1-18 lack an inventive step under PCT Article 33(3) for the reasons given forth above.

Claims 1-18 have industrial applicability as defined by PCT Article 33(4) because the subject matter claimed can be made or used in industry.


-------------------- NEW CITATIONS --------------------
US, A, 4,896,291 (Gest et al) 23 JANUARY 1990, see Fig. 1, which shows graphical user interface tools, such as slide bars 12, dials 11, and menus 14.

US, A, 5,202,961 (Mills et al) 13 APRIL 1993, see Figs. 2,3, which show a slider bar 36, with velocity and direction indicators, and a control icon 40.

Form PCT/IPEA/408 (Supplemental Box) (January 1994)★

APLNDC00028579



Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of )
)
    Steven W. Christensen ) Examiner:   Dela Torre, C.
)
Serial No. 08/316,237 ) Art Unit:    2415
)
Filing Date: September 30, 1994 )
)
For: METHOD AND APPARATUS FOR )
    DISPLAYING AND ACCESSING )
    CONTROL AND STATUS )
    INFORMATION IN A COMPUTER )
    SYSTEM )

AMENDMENT

Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Sir:

In response to the Office Action mailed March 20, 1996, Applicant

respectfully requests the Examiner to enter the following amendments and

consider the following remarks:

IN THE SPECIFICATION

At page 2, line 11, please replace "it" with --It--.

At page 4, line 10, please replace "individiual" with --individual--.

At page 21, line 23, please insert --not-- after "has".

Serial No. 08/316,237           1           04860.P1365

APLNDC00028580

At page 28, lines 11-12, please delete "If the cursor location is determined to be within the control strip."

AT page 28, line 15, please insert --within the control strip-- after "occurs".

IN THE CLAIMS

1. (Amended)  An interactive computer-controlled display system
2. comprising:
3. a processor;
4. a data display screen coupled to the processor;
5. a cursor control device coupled to said processor for positioning a
6. cursor on said data display screen;
7. a window generation and control logic coupled to the processor and
8. data display screen to create an operating environment for a plurality of
9. individual programming modules that provide status and control functions,
10. wherein the window generation and control logic generates and displays a
11. first window region having a plurality of display areas on said data display
12. screen, wherein each of the plurality of display areas is associated with one of
13. the plurality of individual programming modules;
14. an indicia generation logic coupled to the data display screen to execute
15. at least one of the plurality of programming modules to generate information
16. [data] for display in [at least] one of the plurality of display areas in the first
17. window region, wherein [a] at least one of the plurality of display areas and its
18. associated programming module is sensitive to user input, and further
19. wherein the window generation and control logic and the indicia generation
20. logic use message-based communication to exchange information to

Serial No.  08/316,237                     2                      04860.P1365



21    coordinate activities of the indicia generation logic to enable interactive
22    display activity.

1       5.      (Amended)  The display system defined in Claim 4 wherein the
2    first window region[s] is sized such that none of the <u>plurality of</u> display areas
3    <u>is</u> [are] visible.

1       6.      (Amended)  The display system defined in Claim 4 wherein the
2    first window region[s] is sized such that all of the <u>plurality of</u> display areas are
3    visible.

1       7.      (Amended)  The display system defined in Claim 4 wherein the
2    first window region[s] is sized such that a portion of the <u>plurality of</u> display
3    areas <u>is</u> [are] visible.

1       8.      (Amended)  The display system defined in Claim 1 wherein at
2    least one of <u>the plurality of</u> the <u>display</u> [data] areas only displays information.

1       9.      (Amended)  The display system defined in Claim 1 wherein at
2    least one of the <u>display</u> [data] areas act<u>s</u> to provide access to control
3    information when selected.

1       10.     (Amended)  The display system defined in Claim 9 wherein said
2    at least one of the <u>plurality of display</u> [data] areas displays an additional
3    display element.

Serial No.  08/316,237                              3                              04860.P1365



11.    (Amended)  An interactive computer-controlled display system

2    comprising:

3        a processor;

4        a data display screen coupled to the processor;

5        a cursor control device coupled to said processor for positioning a

6    cursor on said data display screen;

7        window generation and control logic coupled to the processor and data

8    display screen to create an operating environment for a plurality of

9    individual programming modules that provide status and control functions,

10    wherein the window generation and control logic generates and displays a

11    first window region having a plurality of display areas on said data display

12    screen, wherein each of the plurality of display areas is associated with one of

13    the plurality of individual programming modules [, wherein the first

14    window region comprises at least one data display area];

15        at least one indicia graphics generation logic coupled to the processor

16    and the window generation logic, wherein said at least one indicia graphics

17    generation logic generates user sensitive graphics for display in said at least

18    one data display area by executing at least one of the plurality of programming

19    modules;

20        wherein the window generation and control logic determines when

21    said at least one data display area has been selected by the user and signals said

22    at least one indicia graphics generation logic in response to user selection, and

23    further wherein said at least one indicia graphics generation logic initiates a

24    response from said at least one of the plurality of programming modules.

1        12.    (Amended)  The display system defined in Claim 11 wherein the

2    first window region is always visible to the user.

APLNDC00028583

15.    (Amended)  A method for generating control information comprising the steps of:

create an operating environment for a plurality of individual programming modules that provide status and control functions;

generating a first window sized to accommodate a plurality of [at least one] display areas for indicia resulting from [, wherein the step of generating the first window comprises] executing [a first] at least one of the plurality of individual programming modules, wherein each of the plurality of display areas is associated with one of the plurality of individual programming modules;

displaying an indicia in each of said at least one display area by executing  one of a plurality of programming modules corresponding to each indicia;

selecting one of the indicia, wherein the step of selecting comprises the first programming module determining which of said at least one display area is selected and sending a message to the programming module of said plurality of programming modules responsible for generating the display of the selected indicia;

said programming module performing a function in response to the selection.

Please add the following new claims:

19.    (New)  The display system defined in Claim 1 wherein each of the plurality of display areas is individually and variably sized.

APLNDC00028584

1    20.    (New)  The display system defined in Claim 1 wherein the first

2    window region always appears in front of application windows.

1    21.    (New)  The display system defined in Claim 1 wherein the first

2    window region is implemented in a private window layer that appears in

3    front of windows for all applications layers.

1    22.    (New)  The display system defined in Claim 11 wherein each of

2    the plurality of display areas is individually and variably sized.

1    23.    (New)  The display system defined in Claim 11 wherein the first

2    window region always appears in front of application windows.

1    24.    (New)  The display system defined in Claim 11 wherein the first

2    window region is implemented in a private window layer that appears in

3    front of windows for all applications layers.

## REMARKS

Applicant respectfully requests reconsideration of this application as amended. Claims 1-18 remain in the application. Claim 1, 5-12, and have been amended. Claims 19-24 have been added. No claims have been canceled.

The Examiner has listed a number of informalities and errors in the application. The Applicant has corrected these informalities and errors, as well as others, to put the application in correct form for allowance.

The Examiner has rejected Claims 1-18 under 35 U.S.C. § 102(b) as being unpatentable over <u>Mills et al</u>. <u>Mills</u> teaches the use of a slider control bar for

APLNDC00028585

controlling the rate of display of sequential information.  Specifically, <u>Mills</u>
teaches the use of such a control window to control the playback rate of video.
This control window is defined as having certain components such as
standard playback direction/velocity indicators, reverse, stop and fast forward.
<u>Mills</u> uses control icon to select one of these rates of display.

       Claim 1 of the present invention as amended states, in part:

. . .

      a window generation and control logic coupled to the
processor and data display screen to create an operating
environment for a plurality of individual programming
modules that provide status and control functions, wherein the
window generation and control logic generates and displays a
first window region having a plurality of display areas on said
data display screen, wherein each of the plurality of display areas
is associated with one of the plurality of individual
programming modules;

. . .

Thus, the present invention provides logic that creates an operating
environment like a shell for other programming modules to provide status
and control functions.  <u>Mills</u> does not provide such an environment.  In
<u>Mills,</u> the control window is used for controlling video generated by an
application.

       Claim 1 of the present invention also includes that "window
generation and control logic and the indicia generation logic use message-
based communication to exchange information to coordinate activities of the
indicia generation logic to enable interactive display activity"  Contrary to the
Examiner's assertion, <u>Mills</u> does not teach the use of message based
communication for information exchange, particularly between control logic
that creates an environment for the plurality of programming modules

APLNDC00028586

which control the indicia generation logic.  In one described embodiment, the message based communication comprises the control strip of the present invention passing messages to a module to either tell it what to do or to obtain information about the module and its capabilities (e.g., See Specification, pg. 32, lines 5-7).  There is no indication in Mills that such message based communication is used.  In view of the above discussion, Applicant respectfully submits that Mills does not anticipate the present invention as claimed in Claim 1, nor any of its dependent claims.

Independent Claims 11 and 15 also include a similar limitation regarding the creation of the operating environment.  Therefore, based on the same rationale given above, Applicant respectfully submits Claims 11 and 15 and their dependent claims are not anticipated by Mills.

Applicant has added Claims 19-24.  Claims 19-21 are dependent on Claim 1,  and Claims 22-24 are dependent on Claim 11.  Claims 19 and 22 provide that each of the plurality of display areas is individually and variably sized.  Mills does not disclose such sizing.  Claims 20 and 23 provide that the first window region always appears in front of application windows.  Similarly, Claims 21 and 24 provide that the first window region is implemented in a private window layer that appears in front of windows for all applications layers.  Mills clearly does not show this.  In fact, as soon as another application is used in Mills, the control window will be overlapped and at least partially non-visible.  Therefore, based on this, Applicant respectfully submits that Claims 19-24 are allowable over the art of record.

Accordingly, Applicant respectfully submits that the rejection under 35 U.S.C. § 102(b) has been overcome by the amendments and the remarks and withdrawal of these rejections is respectfully requested.  Applicant submits

APLNDC00028587

that Claims 1-18 as amended and Claims 19-24 as added are now in condition for allowance and such action is earnestly solicited.

Please charge any shortages and credit any overcharges to our Deposit Account No. 02-2666.

Respectfully submitted,
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Dated: ___8/2o___, 1996

Michael J. Mallie
Attorney for Applicant
Registration No. 36,591

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8598

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231 on .August 20, 1996

Angell Quinn

August 20, 1996
Date

A

APLNDC00028588

Attorney's Docket No.   04860.P1365                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Patent Application of:              )
                                          )
        Steven W. Christensen             )        Examiner:     C. Dela Torre
                                          )
Application No.:      08/316,237          )        Art Unit:     2306
                                          )
Filed:       September 30, 1994           )
                                          )
For:     METHOD AND APPARATUS             )
         FOR DISPLAYING AND STATUS        )
         INFORMATION IN A COMUTER         )
         SYSTEM                           )

Assistant Commissioner for Patents
Washington, D.C.  20231

INFORMATION DISCLOSURE STATEMENT

Sir:

        Enclosed is a copy of Information Disclosure Citation Form PTO-1449 together with copies of the documents cited on that form.  It is respectfully requested that the cited documents be considered and that the enclosed copy of Information Disclosure Citation Form PTO-1449 be initialed by the Examiner to indicate such consideration and a copy thereof returned to applicant(s).

        Pursuant to 37 C.F.R. § 1.97, the submission of this Information Disclosure Statement is not to be construed as a representation that a search has been made and is not to be construed as an admission that the information cited in this statement is material to patentability.

        Pursuant to 37 C.F.R. § 1.97, this Information Disclosure Statement is being submitted under one of the following (as indicated by an "X" to the left of the appropriate paragraph):

_____          37 C.F.R. §1.97(b).

___X___           37 C.F.R. §1.97(c).  If so, then enclosed with this Information Disclosure Statement is one of the following:

____X____         A certification pursuant to 37 C.F.R. §1.97(e) or

_____             A check for $_____ for the fee under 37 C.F.R. § 1.17(p).

LJV/cak (10/01/96)                        - 1 -

APLNDC00028589

_____    37 C.F.R. §1.97(d).  If so, then enclosed with this Information
Disclosure Statement are the following:

(1)    A certification pursuant to 37 C.F.R. §1.97(e);

(2)    A petition requesting consideration of the Information Disclosure
Statement; and

(3)    A check for $_____ for the fee under 37 C.F.R. §1.17(i)
for submission of the Information Disclosure Statement.

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 10/16, 1996

James C. Scheller, Jr.
Reg. No. 31,195

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA  90025-1026
(408) 720-8598

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class
mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.
C. 20231 on _____ Oct. 16, 1996 _____.
(Date of Deposit)

Deborah McGovern
(Typed or printed name of person mailing correspondence)

(Signature of person mailing correspondence)

96 NOV -4  AM 10: 25
GROUP: 240
RECEIVED

APLNDC00028590

ATTACH TO: PAPER #9

Sheet _1_ of _1_

| Form PTO-1449 (REV. 8-83) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 04860.P1365 | SERIAL NO. 08/~~316,237~~ 821004 |
|---|---|---|---|
| | | APPLICANT Steven W. Christensen | |
| INFORMATION DISCLOSURE CITATION | | FILING DATE 9/30/94 | GROUP ~~2306~~ 2415 |
| (Use several sheets if necessary) | | | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| Cmd | 5 4 1 6 8 9 5 | 5/16/95 | Anderson, et al. | 707 ~~395~~ | 503 ~~148~~ | 4/8/92 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| Cmd | "PCT Written Opinion", October 4, 1996 | |
| | | |
| | | |
| | | |

| EXAMINER C. DELA TORRE | DATE CONSIDERED 11/12/96 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

APLNDC00028591

US005416895A

# United States Patent [19]

Anderson et al.

[11]   Patent Number:   **5,416,895**

[45]   Date of Patent:   **May 16, 1995**

[54]   **SYSTEM AND METHODS FOR IMPROVED SPREADSHEET INTERFACE WITH USER-FAMILIAR OBJECTS**

[75]   Inventors:   **Charles R. Anderson**, Santa Cruz; **Robert W. Warfield**, Aptos; **Istvan Cseri**, Scotts Valley; **Murray K. Low**, Santa Cruz; **Weikuo Liaw**, Scotts Valley; **Alan M. Bush**, Palo Alto, all of Calif.

[73]   Assignee:   **Borland International, Inc.**, Scotts Valley, Calif.

[21]   Appl. No.:   866,658

[22]   Filed:   **Apr. 8, 1992**

[51]   Int. Cl.⁶ ....................... G06F 17/30; G06F 17/40
[52]   U.S. Cl. ................................. 395/148; 395/159; 395/161; 395/158; 395/155
[58]   Field of Search .............. 395/155, 148, 158, 149, 395/159, 160, 161; 340/747, 748; 364/401; 345/24, 25

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,021,973 | 6/1991 | Hernandez et al. | 364/518 |
| 5,033,009 | 7/1991 | Dubnoff | 364/523 |
| 5,055,998 | 10/1991 | Wright et al. | 364/200 |
| 5,072,412 | 12/1991 | Henderson, Jr. et al. | 395/159 |
| 5,093,907 | 3/1992 | Hwong et al. | 395/152 |
| 5,095,429 | 3/1992 | Harris et al. | 364/408 |
| 5,121,499 | 6/1992 | McCaskill et al. | 395/700 |
| 5,140,678 | 8/1992 | Torres | 395/159 |
| 5,182,793 | 1/1993 | Alexander et al. | 395/13 |
| 5,231,577 | 7/1993 | Koss | 364/419 |
| 5,237,651 | 8/1993 | Randall | 395/148 |
| 5,283,864 | 2/1994 | Knowlton | 395/158 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0428261 | 6/1991 | European Pat. Off. . |
| 0431638A2 | 6/1991 | European Pat. Off. . |
| 0443184A2 | 8/1991 | European Pat. Off. . |
| WO92/04678 | 3/1992 | WIPO . |
| WO92/08199 | 5/1992 | WIPO . |

### OTHER PUBLICATIONS

*Microsoft Excel User's Guide*, 1990, pp. 76–79.

*Lotus User's Guide: Lotus 1–2–3 for Windows Release 1.0;* 1991; pp. 159–171.
*Lucia 3–D Tutorial Guide,* Chapter 16, pp. 1–18, 1987. Lotus Development Corporation, *Lotus User's Guide: Lotus 1–2–3 for Windows Release 1.0,* 1991, pp. 37–46, 307–317.
*Proceedings: Advanced Computer Technology, Reliable Systems and Applications,* Lotus 5th Annual European Computer Conf., CompEuro '91, May 13, 1991, Italy, pp. 282–286.
Andreas Hutflesz et al., *The R–File: An Efficient Access Structure for Proximity Queries,* Proceedings Sixth International Conference on Data Engineering, Feb. 5–9, 1990, Los Angeles Airport Hilton and Towers, Los Angeles, Calif., USA, pp. 372–379.
D. Cakmakov et al., "A Multimedia Cognitive–Based System Model" Advanced Computer Technology, Reliable Systems and Applications, 5th Annual European Computer Conference, Bologna, May 13–16, 1991, pp. 282–286.
Birkholz, "Die Datenbank in der Tabellenkalkulation," *CHIP Zeitschrift fur Mikrocomputer–Technik, No. 3, Mar. 1991, pp. 450–454.*
"Hyperpaper," *IBM Technical Disclosure Bulletin,* vol. 33, No. 9, Feb. 1991, pp. 283–384.

*Primary Examiner*—Mark K. Zimmerman
*Assistant Examiner*—J. Feild
*Attorney, Agent, or Firm*—John A. Smart; David N. Slone; Vernon A. Norviel

[57]   **ABSTRACT**

An electronic spreadsheet system of the present invention includes a notebook interface having a plurality of notebook pages, each of which may contain a spread of information cells, or other desired page type (e.g., Graphs page). Methods are provided for rapidly accessing and processing information on the different pages, including displaying a plurality of page identifiers for selecting individual pages, and further including a preferred syntax for referencing information. Additional methods are provided for editing cells and blocks of cells.

**17 Claims, 35 Drawing Sheets**





FIG. 1A

FIG. 1B

APLNDC00028593

U.S. Patent

May 16, 1995

Sheet 2 of 35

5,416,895



FIG. 1C

APLNDC00028594

U.S. Patent          May 16, 1995          Sheet 3 of 35          5,416,895



FIG. 2A

APLNDC00028595

U.S. Patent

May 16, 1995

Sheet 4 of 35

5,416,895



FIG. 2B

FIG. 2D

FIG. 2E

APLNDC00028596

U.S. Patent

May 16, 1995

Sheet 5 of 35

5,416,895

_250_



FIG. 2C

APLNDC00028597



FIG. 3A

FIG. 3B



VERTICAL
NAVIGATION

HORIZONTAL NAVIGATION

FIG. 3C

APLNDC00028598



FIG. 4A

FIG. 4B

FIG. 4C

FIG. 4D

FIG. 4E

APLNDC00028599



FIG. 4F

APLNDC00028600



FIG. 4G

APLNDC00028601