EXHIBIT 1.07

IW 7293892

## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 17, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *08/821,004*
FILING DATE: *March 20, 1997*
PATENT NUMBER: *6,493,002*
ISSUE DATE: *December 10, 2002*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

PART (2) OF (4) PART(S)

APLNDC00024335

04860.P1365                                                      *Patent*



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          )
                                             )
Steven W. Christensen                        )  Examiner:   Dela Torre, C.
                                             )
Serial No. 08/316,237                        )  Art Unit:   2415
                                             )
Filing Date: September 30, 1994              )
                                             )
For: METHOD AND APPARATUS FOR                )
     DISPLAYING AND ACCESSING               )
     CONTROL AND STATUS                      )
     INFORMATION IN A COMPUTER               )
     SYSTEM                                  )

Commissioner of
 Patents and Trademarks
Washington, D.C. 20231

<u>PETITION FOR EXTENSION OF TIME (37 C.F.R. § 1.136(a)</u>

Sir:

 Pursuant to Rule 1.136(a) Applicant hereby petitions for an extension of time

to respond to the outstanding Office Action dated March 20, 1996. Our check in the

amount of $380.00, the extension fee required for a response filed within the second

month (37 C.F.R. § 1.17(b)), is submitted concurrently herewith.

 Please charge any debits and credit any overages to our Deposit Account

Number 02-2666.

<div style="margin-left:40%">

Respectfully submitted,
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

</div>

Dated: _____ 8/20 , 1996    _____

<div style="margin-left:40%">

Michael J. Mallie
Reg. No. 36,591

</div>

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8598

<u>FIRST CLASS CERTIFICATE OF MAILING</u>
<u>(37 C.F.R. § 1.8(a))</u>

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

on  ____August 20, 1996____ .
   Date of Deposit

 ____Angela M. Quinn____
 Name of Person Mailing Correspondence

_____    ___8-20-96___
  Signature          Date

APLNDC00024336

04860.P1365                                                                  Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                                    )
                                                         )
    Steven W. Christensen                                )
                                                         )
    Serial No.:    08/316,237                            )
                                                         )
    Filed:    September 30, 1994                         )
                                                         )
    For:    METHOD AND APPARATUS FOR                     )
            DISPLAYING AND ACCESSING CONTROL             )
            AND STATUS INFORMATION IN A                  )
            COMPUTER SYSTEM                              )

Commissioner of
 Patents and Trademarks
Washington, D.C.  20231

Attention:     Application Division
               Special Handling Unit

RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION
(FILING DATE GRANTED)

Sir:

        In response to the Notice to File Missing parts of Application (Filing Date Granted)

mailed November 8, please find enclosed:

        (1)    a duly executed Declaration and Power of Attorney with respect to the

above-referenced patent application;

        (2)    a check in the amount of $130.00 in payment of the surcharge of 37 C.F.R.

§ 1.16(e);

        (3)    a copy of the Notice to File Missing Parts of Application; and

        If any additional fee is required, please charge Deposit Account No. 02-2666.  A

duplicate of this Response is enclosed for deposit account charging purposes.

                                        Respectfully submitted,
                                        BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Dated: 14 2 , 1994

                                        Michael J. Mallie
                                        Reg. No. 36,591

12400 Wilshire Blvd.
Seventh Floor                           I hereby certify that this correspondence is being deposited with the
Los Angeles, CA 90025-1026              United States Postal Service as first class mail with sufficient postage
(408) 720-8598                          in an envelope addressed to the Commissioner of Patents and
                                        Trademarks, Washington, D.C. 20231

                                        on      12-2-94
                                                Date of Deposit

                                            Tewa Lewis
                                        Name of Person Mailing Correspondence

                                                            12-2-94
                                        Signature                    Date

APLNDC00024337

Attorney Docket No.:  04860.P1365                                    *Patent*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re Patent Application of : | ) | |
| Steven W. Christensen | ) | Examiner:   Dela Torre, C |
| Application No.:  08/316,237 | ) | Art Unit:    2415 |
| Filed:  September 30, 1994 | ) | |
| For:  METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTE SYSTEM | ) | |

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

on _____MARCH 20, 1997_____
                    Date of Deposit
_____Lisa Kaiser_____
       Name of Person Mailing Correspondence
_____Lisa Kaiser_____   3/20/97
              Signature                        Date

Assistant Commissioner for Patents
Washington, D.C.  20231

### PETITION FOR EXTENSION OF TIME
### PURSUANT TO 37 C.F.R. § 1.136 (a)

Sir:

    Applicants respectfully request a two month extension of time in which to respond to the Advisory Action mailed January 31, 1997.  The two month extension extends the date of response to March 31, 1997.  A check for $390.00 is enclosed for the fee for a two month extension of time.

    If any additional fee is required, please charge Deposit Account No. 02-2666.  A duplicate of this Petition is enclosed for deposit account charging purposes.

                              Respectfully submitted,
                              BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated:___3/20___,1997          _____
                              Michael J. Mallie
                              Reg. No. 36,591

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8598

APLNDC00024338

MAIL ROOM
JAN 21 1997
36
PAT. & TRADEMARK OFF.

Corres. and Mail
BOX AF

Attorney's Docket No.: ___04860.P1365___                               Patent

In re the Application of: __Steven W. Christensen__          **AMENDMENT UNDER**
                              (inventor(s))                  **37 C.F.R. § 1.116**
Application No.: __08/316,237__                              **EXPEDITED PROCEDURE**

Filed: __September 30, 1994__                                **EXAMINING GROUP** __237__

For: __METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS__
     __INFORMATION IN A COMPUTER SYSTEM__
                                      (title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231
Box AF

SIR:  Transmitted herewith is an **Amendment After Final Action** for the above application.

_____  Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by a
         verified statement previously submitted.
_____  A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.
__X__    No additional fee is required.
_____  **A Notice of Appeal is enclosed**.

The fee has been calculated as shown below:

| | (Col. 1) Claims Remaining After Amd. | | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | SMALL ENTITY Rate | Additional Fee | OTHER THAN A SMALL ENTITY Rate | Additional Fee |
|---|---|---|---|---|---|---|---|---|
| Total Claims | *24 | Minus | **24 | | x11 | $ | x22 | $0 |
| Indep. Claims | *3 | Minus | ***3 | | x40 | $ | x80 | $0 |
| | First Presentation of Multiple Dependent Claim(s) | | | | +130 | $ | +260 | $ |
| | | | | | Total Add. Fee | $ | Total Add. Fee | $0 |

\*    If the entry in Col. 1 is less than the entry In Col. 2,
     write "0" in Col. 3.
\*\*   If the "Highest No. Previously Paid For" IN THIS
     SPACE is less than 20, write "20" in this space.
\*\*\*  If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
     The "Highest No. Previously Paid For" (Total or Independent) is the highest number found from
     the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

RECEIVED
97 JAN 21 PM 1: 41
GROUP 2400

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail
with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C.  20231

on __January 17, 1997__.
        Date of Deposit

Christine M. Gregovich
     Name of Person Mailing Correspondence

_Christine M. Gregovich_          _January 17, 1997_
        Signature                        Date

- 1 -

(LJV/cak 10/25/96)

APLNDC00024339

_____   A check in the amount of $_____ is attached for presentation of additional claim(s).

_____   Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to
37 C.F.R. § 1.136(a).

_____   A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.

_____   Please charge my Deposit Account No. 02-2666 the amount of $_____.
**A duplicate copy of this sheet is enclosed.**

__X___   The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the
following fees associated with this communication or credit any overpayment to Deposit
Account No. 02-2666 **(a duplicate copy of this sheet is enclosed):**
   __X___   Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of
      extra claims.
   __X___   Any extension or petition fees under 37 C.F.R. § 1.17.

BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date: _____, 1997

12400 Wilshire Boulevard
  Seventh Floor
Los Angeles, California  90025
(408) 720-8598

Michael J. Mallie

Reg. No. __36,591_____

-2-

(LJV/cak 10/25/96)

APLNDC00024340

Attorney Docket No.    004860.P1365           PATENT

(MAIL ROOM stamp: AUG 23 1996 PATENT & TRADEMARK)

For the Application of:  Steven W. Christensen

Application No:   08/316,237

Filed:   9/30/94

For:   **METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND**
**STATUS INFORMATION IN A COMPUTER SYSTEM**

(title)

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

SIR:  Transmitted herewith is an **Amendment** for the above application.

☐   Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

☐   A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

____   No additional fee is required.

☐   _____

The fee has been calculated as shown below:

|  | (Col. 1) Claims remaining after amendment |  | (Col. 2) Highest no. previously paid for | (Col. 3) Present extra | Small Entity Rate | Small Entity Additional fee | Other than a Small Entity Rate | Other than a Small Entity Additional fee |
|---|---|---|---|---|---|---|---|---|
| Total Claims: | 24 | minus | 20 | 4 * | x $11.00= |  | x $22.00= | $88.00 |
| Indep. Claims: | 3 | minus | 3 | 0 * | x $39.00= |  | x $78.00= | $0.00 |
| ☐ First presentation of Multiple Dependent Claim(s) |  |  |  |  | + $125.00 |  | + $250.00 |  |
| *If the difference in Col. 3 is less than zero, enter "0" in Col. 3 |  |  |  |  | Total Add. Fee: |  | Total Add. Fee: | $88.00 |

XXX   A check in the amount of   **$88.00**   is attached for presentation of additional claim(s).

XXX   Applicant(s) hereby Petition(s) for an Extension of Time of   **two (2)**   month(s) pursuant to 37 C.F.R. § 1.136(a).

XXX   A check for   **$380.00**   is attached for processing fees under 37 C.F.R. § 1.17.

☐   Please charge my Deposit Account No. 02-2666 the amount of   _____ . **A duplicate copy of this sheet is enclosed.**

XXX   The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 02-2666 **(a duplicate copy of this sheet is enclosed):**

   XXX   Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of extra claims.

   XXX   Any extension or petition fees under 37 C.F.R. § 1.17.

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Date:   8/20/96

Michael J. Mallie
Reg. No.  36,591

12400 Wilshire Blvd., 7th Floor
Los Angeles, California 90025
(408) 720-8598

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231 on:

**August 20, 1996**

Angela M. Quinn          8-20-96
Angela M. Quinn          Date

LJV/ccm  (1/31/96)

APLNDC00024341

Attorney's Docket No. ___04860.P1365___                                                    Patent

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C.  20231

SIR:        Transmitted herewith for filing is the patent application of

Inventor(s):   __Steven W. Christensen___

For:        __METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL__
            __AND STATUS INFORMATION IN A COMPUTER SYSTEM__
                                    (Title)

Enclosed are:
  __X__    __17 (seventeen)__    sheet(s) of Drawings.
  _____    An Assignment of the invention to _____
  _____    Assignment Cover Sheet Form PTO-1595.
  __X__    A Declaration and Power of Attorney (_____ signed/ _XX_ unsigned).
  _____    A Verified Statement to establish Small Entity Status under 37 C.F.R. §§ 1.9 and 1.27.

The Filing Fee has been calculated as shown below:

|  | (Col. 1) No. Filed | (Col. 2) No. Extra | SMALL ENTITY Rate | Fee | OTHER THAN A SMALL ENTITY Rate | Fee |
|---|---|---|---|---|---|---|
| Basic Fee: |  |  |  | $ 355 |  | $ 710 |
| Total Claims: | 18 - 20 | * 0 | x 11 | $ | x 22 | $ 0 |
| Indep. Claims: | 3 - 3 | * 0 | x 37 | $ | x 74 | $ 0 |
| ☐ Multiple Dependent Claim(s) Presented |  |  | + 115 | $ | + 230 | $ 0 |
| * If the difference in Col. 1 is less than zero, enter "0" in Col. 2. |  |  | TOTAL | $ | TOTAL | $ 710 |

  __X__    A check for $ 710.00 _____ for the filing fee is enclosed.
  _____    A check for $ _____ for recordation of the Assignment is enclosed.
  __X__    The Commissioner is hereby authorized to charge payment of the following fees
           associated with this communication, or credit any overpayment, to our Deposit
           Account No. 02-2666. **A duplicate copy of this sheet is enclosed.**
                __X__    Any additional filing fees required under 37 C.F.R. § 1.16.
                __X__    Any patent application processing fees under 37 C.F.R.  § 1.17.
  __X__    The Commissioner is hereby authorized to charge payment of the following fees
           during the pendency of this application, or credit any overpayment, to our
           Deposit Account No. 02-2666. **A duplicate copy of this sheet is enclosed.**
                _____    Any processing fees under 37 C.F.R. § 1.17, including any extension
                         fees.
                _____    Any filing fees under 37 C.F.R. § 1.16 for presentation of extra claims.
  __X__    Send all correspondence to the undersigned at BLAKELY, SOKOLOFF, TAYLOR &
           ZAFMAN, 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California  90025,
           and direct all telephone calls to the undersigned at (408) 720-8598.

                                    Respectfully submitted,

                                    BLAKELY SOKOLOFF TAYLOR & ZAFMAN

Date: __9/30/94__                   By _____
                                       Michael J. Mallie
                                       Reg. No. 36,591

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, California  90025
(408) 720-8598                                          (LJV/cak 11/23/92)

"Express Mail" mailing label number __TB 377895617US__

Date of Deposit __September 30, 1994__

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C.  20231.

__Triva Lewis__
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)

Attorney's Docket No. ᴸᵁ4860.P1365C2                                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Patent Application of:          )
                                      )
       Steven W. Christensen          )          Examiner:  Dela Torre, C.
                                      )
Application No.: 08/821,004           )          Art Unit:   2773
                                      )
Filed:      March 20, 1997            )
                                      )
For:  Method And Apparatus For        )
      Displaying And Accessing Control )
      And Status Information In A      )
      Computer System                 )
_____)

Assistant Commissioner for Patents
Washington, D.C.  20231

## INFORMATION DISCLOSURE STATEMENT

Sir:

Enclosed is a copy of Information Disclosure Citation Form PTO-1449
together with copies of the documents cited on that form.  It is respectfully
requested that the cited documents be considered and that the enclosed copy of
Information Disclosure Citation Form PTO-1449 be initialed by the Examiner to
indicate such consideration and a copy thereof returned to applicant(s).

Pursuant to 37 C.F.R. § 1.97, the submission of this Information
Disclosure Statement is not to be construed as a representation that a search
has been made and is not to be construed as an admission that the information
cited in this statement is material to patentability.

"Express Mail" mailing label number:  EL617183692US
Date of Deposit:  _____ June 1, 2001 _____
I hereby certify that I am causing this paper or fee to be deposited with
the United States Postal Service "Express Mail Post Office to
Addressee" service on the date indicated above and that this paper or
fee has been addressed to the Assistant Commissioner for Patents,
Washington, D. C.  20231
       Conny Willesen
(Typed or printed name of person mailing paper or fee)
       _Conny Willesen_
(Signature of person mailing paper or fee)
       6-1-01
(Date signed)

APLNDC00024343

Pursuant to 37 C.F.R. § 1.97, this Information Disclosure Statement is being submitted under one of the following (as indicated by an "X" to the left of the appropriate paragraph):

_____   37 C.F.R. §1.97(b).

_____   37 C.F.R. §1.97(c).  If so, then enclosed with this Information Disclosure Statement is one of the following:

_____   A statement pursuant to 37 C.F.R. §1.97(e) or

_____   A check for $180.00 for the fee under 37 C.F.R. § 1.17(p).

_____   37 C.F.R. §1.97(d).  If so, then enclosed with this Information Disclosure Statement are the following:

(1)   A statement pursuant to 37 C.F.R. §1.97(e); and

(2)   A check for $180.00 for the fee under 37 C.F.R. §1.17(p) for submission of the Information Disclosure Statement.

XX   37 C.F.R. §1.97(i) filed prior to the grant of the patent.

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: 6/1 , 2001

Judith A. Szepesi
Reg. No. 39,393

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA  90025-1026
(408) 720-8300

- 2 -                                     LJV/cak (11/07/00)

APLNDC00024344

004860.P1365C2                                                        Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In RE application of:                        )
            Steven W. Christensen            )        Art Unit: 2773
                                             )
Serial No.:  08/821,004                      )
                                             )        Examiner:  Dela Torre, C.
Filing Date:  March 20, 1997                 )
                                             )
For:   Method And Apparatus For Displaying And )
       Accessing Control And Status Information  )
       In A Computer System                  )
                                             )

**RECEIVED**

JUN 0 6 2001

OFFICE OF PETITIONS

Assistant Commissioner for Patent
Washington, D.C.  20231

### PETITION FOR REVIVAL OF AN APPLICATION FOR PATENT ABANDONED UNINTENTIONALLY UNDER 37 C.F.R. 1.137(b)

Dear Sir:

Applicant hereby petitions to revive the above-noted abandoned patent application. This application became abandoned on August 28, 2000.  This petition is filed within one year of the date of abandonment.

The delay in responding to the advisory action was unintentional.  In response to the advisory action, an Appeal Brief is included herewith.  Also enclosed are the following:

1) a check in the amount of $1240.00 as payment of fees for Petition to Revive Unintentionally Abandoned Patent Application under 37 C.F.R. 1.17(m);

2) a check in the amount of $310.00 as payment of fees for the Appeal Brief;

3) a check in the amount of $270.00 as payment of fees for request for oral hearing;

4) a Petition for Revival of an Application for Patent ( form PTO/SB/64); and

5) an Information Disclosure Statement with two cited references.

"Express Mail" mailing label number:  EL617183692US
Date of Deposit:  June 1, 2001
I hereby certify that I am causing this paper or fee to be deposited with the United States Postal Service "Express Mail Post Office to Addressee" service on the date indicated above and that this paper or fee has been addressed to the Assistant Commissioner for Patents, Washington, D. C. 20231
            Conny Willesen
(Typed or printed name of person mailing paper or fee)
            Conny Willesen
(Signature of person mailing paper or fee)
            6-1-01
(Date signed)

APLNDC00024345

Please charge any shortages or credit any overages to our Deposit Account No. 02-2666.  A duplicate copy of this Petition is enclosed.

Respectfully submitted,
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP

Date: ___6/1___, 2001

Judith A. Szepesi
Reg. No. 39,393

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025-1026
(408) 720-8598

**RECEIVED**

JUN 0 6 2001

**OFFICE OF PETITIONS**

Serial No. 08/821,004                    -2-          Attorney Docket No. 04860.P1365C2

APLNDC00024346

PTO/SB/17(6/99)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL FOR FY 2000

**TOTAL AMOUNT OF PAYMENT ($)** _____680.00_____

**Complete if Known:**
Application No. __08/821,004__
Filing Date _March 20, 1997_
First Named Inventor _Steven W. Christensen_
Group Art Unit _2773_
Examiner Name _C. Dela Torre_
Attorney Docket No. _04860.P1365C2_

## METHOD OF PAYMENT (check one)

1. [ X ]   The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

   Deposit Account Number     __02-2666__
   Deposit Account Name       _____

   [ X ]   Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

2. __X__   Payment Enclosed:
   __X__      Check
   ____      Money Order
   ____      Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 690 | 201 | 345 | Utility application filing fee | _____ |
| 106 | 310 | 206 | 155 | Design application filing fee | _____ |
| 107 | 480 | 207 | 240 | Plant filing fee | _____ |
| 108 | 690 | 208 | 345 | Reissue filing fee | _____ |
| 114 | 150 | 214 | 75 | Provisional application filing fee | _____ |

SUBTOTAL (1)   $ 0

### 2. EXTRA CLAIM FEES

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims _____ | − 20** = _____ | X _____ | = _____ |
| Independent Claims ____ | − 3** = _____ | X _____ | = _____ |
| Multiple Dependent | | | = _____ |

**Or number previously paid, if greater; For Reissues, see below.

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 78 | 202 | 39 | Independent claims in excess of 3 | |
| 104 | 260 | 204 | 130 | Multiple dependent claim, if not paid | |
| 109 | 78 | 209 | 39 | **Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2)   $ 0

01/10/2000

- 1 -

PTO/SB/17 (6/99)

Patent fees are subject to annual revisions.  Small Entity payments must be supported by a small entity statement, otherwise large entity fees must be paid.
See Forms PTO/SB/09-12

OIPE
JUL 03 2000
TRADEMARK

TC 2700 MAIL ROOM
JUL -7 2000
RECEIVED

APLNDC00024347

**FEE CALCULATION (continued)**

**3.   ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for response within first month | _____ |
| 116 | 380 | 216 | 190 | Extension for response within second month | 380.00 |
| 117 | 870 | 217 | 435 | Extension for response within third month | _____ |
| 118 | 1,360 | 218 | 680 | Extension for response within fourth month | _____ |
| 128 | 1,850 | 228 | 925 | Extension for response within fifth month | _____ |
| 119 | 300 | 219 | 150 | Notice of Appeal | 300.00 |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | _____ |
| 121 | 260 | 221 | 130 | Request for oral hearing | _____ |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | _____ |
| 141 | 1,210 | 241 | 605 | Petition to revive unintentionally abandoned application | _____ |
| 142 | 1,210 | 242 | 605 | Utility issue fee (or reissue) | _____ |
| 143 | 430 | 243 | 215 | Design issue fee | _____ |
| 144 | 580 | 244 | 290 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | _____ |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt. | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 690 | 246 | 345 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 690 | 249 | 345 | For each additional invention to be examined (see 37 CFR 1.129(a)) | _____ |

Other fee (specify) _____   _____

Other fee (specify) _____   _____

<div align="right">

**SUBTOTAL (3)   $ 680.00**

</div>

*Reduced by Basic Filing Fee Paid

---

**SUBMITTED BY:**

Typed or Printed Name:   Michael J. Mallie

Signature   _____   Date   6/28/00

Reg. Number   36,591   Deposit Account User ID   _____

<div align="right">(complete if applicable)</div>

APLNDC00024348



06-04-01                                    DAC #

PTO/SB/17(11-00)
Approved for use through 10/31/2002.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## FEE TRANSMITTAL FOR FY 2001

### TOTAL AMOUNT OF PAYMENT ($)    1,820.00

**Complete if Known:**

| | |
|---|---|
| Application No. | 08/821,004 |
| Filing Date | March 20, 1997 |
| First Named Inventor | Steven W. Christensen |
| Group Art Unit | 2773 |
| Examiner Name | Dela Torre, C. |
| Attorney Docket No. | 04860.P1365C2 |

**METHOD OF PAYMENT** (check one)

1. [ X ]   The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

    Deposit Account Number    02-2666
    Deposit Account Name    _____

    [ ]   Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

    [ ]   Applicant claims small entity status.  See 37 CFR 1.27

---

2.   X   Payment Enclosed:    X    Check
                              ____   Credit Card
                              ____   Money Order
                              ____   Other

**FEE CALCULATION**

**RECEIVED**

JUN 0 6 2001

OFFICE OF PETITIONS

1.   **BASIC FILING FEE**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility application filing fee | _____ |
| 106 | 320 | 206 | 160 | Design application filing fee | _____ |
| 107 | 490 | 207 | 245 | Plant filing fee | _____ |
| 108 | 710 | 208 | 355 | Reissue filing fee | _____ |
| 114 | 150 | 214 | 75 | Provisional application filing fee | _____ |

SUBTOTAL (1)  $ 0

2.   **EXTRA CLAIM FEES**

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims _____ − 20** = _____ | | X 18.00 | = _____ |
| Independent Claims_____ − 3** = _____ | | X 80.00 | = _____ |
| Multiple Dependent | | _____ | = _____ |

**Or number previously paid, if greater; For Reissues, see below.

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | **Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2)  $ 0

APLNDC00024349

**FEE CALCULATION (continued)**

**3.    ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for ex parte reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for reply within first month | _____ |
| 116 | 390 | 216 | 195 | Extension for reply within second month | _____ |
| 117 | 890 | 217 | 445 | Extension for reply within third month | _____ |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | _____ |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | _____ |
| 119 | 310 | 219 | 155 | Notice of Appeal | _____ |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | 310.00 |
| 121 | 270 | 221 | 135 | Request for oral hearing | 270.00 |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive – unavoidable | _____ |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | 1,240.00 |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | _____ |
| 143 | 440 | 243 | 220 | Design issue fee | _____ |
| 144 | 600 | 244 | 300 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | _____ |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 710 | 246 | 355 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (see 37 CFR 1.129(b)) | _____ |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | _____ |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | _____ |
| 195 | 300 | 195 | 300 | Publication fee for early, voluntary, or normal publication | _____ |
| 196 | 300 | 196 | 300 | Publication fee for republication | _____ |
| 194 | 130 | 194 | 130 | Request for voluntary publication or republication | _____ |
| 098 | 130 | 098 | 130 | Processing fee under 37 CFR 1.17(i) | _____ |
| 091 | 1,240 | 091 | 1,240 | Acceptance of unintentionally delayed claim for priority | _____ |

Other fee (specify) _____    _____

Other fee (specify) _____    _____

**SUBTOTAL (3)**  $ 1,820.00

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:   Judith A. Szepesi

Signature: _Judith A_    Date: 6/1/01

Reg. Number: 39,393         Telephone Number: _____408-720-8300_____

**WARNING:  Information on this form may become public. Credit card information should not be included on this form.  Provide credit card information and authorization on PTO-2038.**

APLNDC00024350

# FIRST CLASS CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

on _____ June 29, 2000 _____

**Date of Deposit**

_____ Angela M Quinn _____

**Name of Person Mailing Correspondence**

_____ [signature] _____        _____ 6 28 00 _____

**Signature**                          **Date**

OIPE
JUL 03 2000
PATENT & TRADEMARK OFFICE

OIPE
JUL 03 2000
PATENT & TRADEMARK OFFICE

RECEIVED
JUL - 7 2000
TC 2700 MAIL ROOM

Serial/Patent No.: **08/821,004**       Filing/Issue Date: **3/20/97**
Client: **Apple Computer**
Title: **METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM**
BSTZ File No.:                                            **TTM/amg**
Date Mailed:                                              **7/28/00**

The following has been deposited in the U.S. Patent & Trademark Office on the date stamped herein:

| | | | | | | |
|---|---|---|---|---|---|---|
| XX | Amendment/Response | | | | Check No. | **36056** Amt **300.00** |
| ☐ | Appeal Brief | | | | | |
| ☐ | Application - Utility | | | | Check No. | **36057** Amt **380.00** |
| ☐ | Application - Rule | | | | | |
| ☐ | Application - Rule 1.53(a) | | | | | |
| ☐ | Application - Rule 1.53(b) CIP | | | | | |
| ☐ | Application - Rule 1.53(d) CPA | | | | | |
| ☐ | Application - Design | | | | | |
| ☐ | Application - PCT | | | | | |
| ☐ | Application - Provisional | | | | | |
| ☐ | Assignment and Cover Sheet | | | | | |
| XX | Certificate of Mailing | | | | | |
| ☐ | Declaration & POA | | | | | |
| ☐ | Disclosure Doc & Obj & Copy | | | | | |
| ☐ | Drawing | | | | | |

☐ Other: _____



PTO/SB/17(12-98)
Approved for use through 09/30/2000. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL FOR FY 1999

### TOTAL AMOUNT OF PAYMENT ($)    870.00

**Complete if Known:**
Application No.    08/821,004
Filing Date   March 20, 1997
First Named Inventor   Steven W. Christensen
Group Art Unit   2773
Examiner Name   Dela Torre, C.
Attorney Docket No.   004860.P1365C2

## METHOD OF PAYMENT (check one)

1.   [ x ]   The Commissioner is hereby authorized to charge indicated fees and credit
             any over payments to:

             Deposit Account Number     02-2666
             Deposit Account Name

     [ x ]   Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

2.    x     Payment Enclosed:
            x      Check
                   Money Order
                   Other

## FEE CALCULATION

### 1.    BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 760 | 201 | 380 | Utility application filing fee | _____ |
| 106 | 310 | 206 | 155 | Design application filing fee | _____ |
| 107 | 480 | 207 | 240 | Plant filing fee | _____ |
| 108 | 760 | 208 | 380 | Reissue filing fee | _____ |
| 114 | 150 | 214 | 75 | Provisional application filing fee | _____ |

SUBTOTAL (1)  $ 0

### 2.    EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims _____ | − 20** = _____ | X | _____ | = | _____ |
| Independent Claims ____ | − 3** = _____ | X | _____ | = | _____ |
| Multiple Dependent | | | | = | _____ |

**Or number previously paid, if greater; For Reissues, see below.

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 78 | 202 | 39 | Independent claims in excess of 3 | |
| 104 | 260 | 204 | 130 | Multiple dependent claim, if not paid | |
| 109 | 78 | 209 | 39 | **Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2)  $ 0

Patent fees are subject to annual revisions.  Small Entity payments **must** be supported by a small entity statement, otherwise large entity fees must be paid.
See Forms PTO/SB/09-12

APLNDC00024352

**FEE CALCULATION (continued)**

**3.    ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for response within first month | _____ |
| 116 | 380 | 216 | 190 | Extension for response within second month | _____ |
| 117 | 870 | 217 | 435 | Extension for response within third month | 870.00 |
| 118 | 1,360 | 218 | 680 | Extension for response within fourth month | _____ |
| 128 | 1,850 | 228 | 925 | Extension for response within fifth month | _____ |
| 119 | 300 | 219 | 150 | Notice of Appeal | _____ |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | _____ |
| 121 | 260 | 221 | 130 | Request for oral hearing | _____ |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | _____ |
| 141 | 1,210 | 241 | 605 | Petition to revive unintentionally abandoned application | _____ |
| 142 | 1,210 | 242 | 605 | Utility issue fee (or reissue) | _____ |
| 143 | 430 | 243 | 215 | Design issue fee | _____ |
| 144 | 580 | 244 | 290 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | _____ |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 760 | 246 | 380 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 760 | 249 | 380 | For each additional invention to be examined (see 37 CFR 1.129(a)) | _____ |

Other fee (specify) _____    _____

Other fee (specify) _____    _____

SUBTOTAL (3)  $ 870.00

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:   Michael J. Mallie

Signature _____   Date   11/8/99

Reg. Number   36,591        Deposit Account User ID _____
(complete if applicable)

APLNDC00024353

## FIRST CLASS CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

on _____November 8, 1999_____

**Date of Deposit**

Angela M. Quinn

**Name of Person Mailing Correspondence**

_____  11-8-99

**Signature**                              **Date**

RECEIVED
NOV 17 1999
MAIL ROOM

OIPE JG11
NOV 12 1999
PATENT & TRADEMARK OFFICE

---

Serial/Patent No.: 08/821,004          Filing/Issue Date: 3/20/97
Client: Apple Computer
Title: METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM
BSTZ File No.: 004860.P1365C2          Atty/Secty Initials: MJM/amq
Date Mailed: 11/8/99                    Docket Due Date: 8/6/99

The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

| | | | | |
|---|---|---|---|---|
| ☒ Amendment/Response ( 8 pgs.) | | ☐ Express Mail No. | | KK Cust No. 31496 |
| ☐ Appeal Brief ( pgs.) (in triplicate) | | ☒ 3 Month(s) Extension of Time | | Amt $870.00 |
| ☐ Application - Utility ( pgs., with cover and abstract) | | ☐ Information Disclose Statement & PTO 149 ( pgs.) | ☐ Check No. | |
| ☐ Application - Rule 1.53(b) Continuation ( pgs.) | | ☐ Issue Fee Transmittal | | ☐ Amt |
| ☐ Application - Rule 1.53(b) Divisional ( pgs.) | | ☐ Notice of Appeal | | |
| ☐ Application - Rule 1.53(b) CIP ( pgs.) | | ☒ Petition for Extension of Time | | |
| ☐ Application - Rule 1.53(d) CPA Transmittal ( pgs.) | | ☐ Petition for | | |
| ☐ Application - Design ( pgs.) | | ☒ Postcard | | |
| ☐ Application - PCT ( pgs.) | | ☐ Power of Attorney ( pgs.) | | |
| ☐ Application - Provisional ( pgs.) | | ☐ Preliminary Amendment ( pgs.) | | |
| ☐ Assignment and Cover Sheet | | ☐ Reply Brief ( pgs.) | | |
| ☒ Certificate of Mailing | | ☐ Response to Notice of Missing Parts | | |
| ☐ Declaration & POA ( pgs.) | | ☐ Small Entity Declaration for Indep. Inventor/Small Business | | |
| ☐ Disclose Docs & Ckg & Copy of Inventor's Signed Letter ( pgs.) | | ☒ Transmittal Letter. | | |
| ☐ Drawings: ___ # of sheets includes ___ figures | | ☒ Fee Transmittal, in duplicate | | |
| ☐ Other: _____ | | | | |

APLNDC00024354



PTO/SB/17(10/96)
Approved for use through 09/30/98.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

### TOTAL AMOUNT OF PAYMENT ($)    $ 1,494.00

**Complete if Known:**
**Application No.**    08/821,004
**Filing Date**   March 20, 1997
**First Named Inventor**   Steven W. Christensen
**Group Art Unit**   2773
**Examiner Name**   Dela Torre, C.
**Attorney Docket No.**   004860.P1365C2

**METHOD OF PAYMENT** (check one)

1.   [   ]    The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

   Deposit Account Number    02-2666
   Deposit Account Name

   [ X ]    Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

   [   ]    Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance, 37 CFR 1.131(b)

2.   X    **Payment Enclosed**
      X    **Check**
          **Money Order**
          **Other**

*(right margin, rotated)* 99 FEB 26 AM 7:19   GROUP 2700   RECEIVED

**FEE CALCULATION** (fees effective 10/01/97)

1. **FILING FEE**

| Large Entity Fee Code | Fee ($) | Small Entity Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 760 | 201 | 380 | Utility application filing fee | 760.00 |
| 106 | 310 | 206 | 155 | Design application filing fee | |
| 107 | 480 | 207 | 240 | Plant filing fee | |
| 108 | 760 | 208 | 380 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional application filing fee | |

SUBTOTAL (1)   $   760.00

2. **CLAIMS**

| | | Extra | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims   31 | − 20 = | 11 | X | 18.00 | = | 198.00 |
| Independent Claims   5 | − 3 = | 2 | X | 78.00 | = | 156.00 |
| Multiple Dependent Claims | | 0 | X | | = | 0.00 |

| Large Entity Fee Code | Fee ($) | Small Entity Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of twenty | 198.00 |
| 102 | 78 | 202 | 39 | Independent claims in excess of 3 | 156.00 |
| 104 | 260 | 204 | 130 | Multiple dependent claim | 0.00 |
| 109 | 78 | 209 | 39 | Reissue independent claims over original patent | 0.00 |
| 110 | 18 | 210 | 9 | Reissue claims in excess of 20 and over original patent | 0.00 |

SUBTOTAL (2)   $   354.00

APLNDC00024355

**FEE CALCULATION (continued)**

**3.   ADDITIONAL FEES**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for response within first month | _____ |
| 116 | 380 | 216 | 190 | Extension for response within second month | 380.00 |
| 117 | 870 | 217 | 435 | Extension for response within third month | _____ |
| 118 | 1,360 | 218 | 680 | Extension for response within fourth month | _____ |
| 128 | 1,850 | 228 | 925 | Extension for response within fifth month | _____ |
| 119 | 300 | 219 | 150 | Notice of Appeal | _____ |
| 120 | 300 | 220 | 150 | Filing a brief in support of an appeal | _____ |
| 121 | 260 | 221 | 130 | Request for oral hearing | _____ |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | _____ |
| 141 | 1,210 | 241 | 605 | Petition to revive unintentionally abandoned application | _____ |
| 142 | 1,210 | 242 | 605 | Utility issue fee (or reissue) | _____ |
| 143 | 430 | 243 | 215 | Design issue fee | _____ |
| 144 | 580 | 244 | 290 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | _____ |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 760 | 246 | 380 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 760 | 249 | 380 | For each additional invention to be examined (see 37 CFR 1.129(a)) | _____ |

Other fee (specify) _____   _____

Other fee (specify) _____   _____

**SUBTOTAL (3)  $   380.00**

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:   Michael J. Mallie

Signature _____   Date  2/02/99

Reg. Number   36,591        Deposit Account User ID _____
(complete if applicable)

APLNDC00024356

Please type a plus sign (+) inside this box [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## CONTINUED PROSECUTION APPLICATION (CPA)
## REQUEST TRANSMITTAL

Submit an original, and a duplicate for fee processing.
(Only for Continuation or Divisional applications under 37 CFR 1.53(d).)

CHECK BOX, if applicable
[ __ ]   DUPLICATE

ADDRESS TO:   **Assistant Commissioner for Patents**
**Box CPA**
**Washington, D.C. 20231**

Attorney Docket No. _004860.P1365C2_
First Named Inventor _Steven W. Christensen_
Express Mail Label No. _EM372371675US_                Total Pages _9_

This is a request for a ___X___ continuation or _____ divisional under 37 CFR 1.53(d)

(continuation prosecution application (CPA)) of prior application No: _____08/821,004_____,

filed on _March 20, 1997_, entitled _METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING_
_CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM_

### NOTES

**FILING QUALIFICATIONS:** The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 CFR 1.51(b) and filed on or after June 8, 1995, or (2) the national stage of an international application in compliance with 35 U.S.C. 371 and filed on or after June 8, 1995.

**C-I-P NOT PERMITTED:** A continuation-in-part application cannot be filed as a CPA under 37 CFR 1.53(d), but must be filed under 37 CFR 1.53(b).

**EXPRESS ABANDONMENT OF PRIOR APPLICATION:** The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 CFR 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.

**ACCESS TO PRIOR APPLICATION:** The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 CFR 1.14 to access to, copies of, or information concerning the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.

**35 U.S.C. 120 STATEMENT:** In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 CFR 1.78(a).

1. ____   Enter the unentered amendment previously filed on _____
under 37 CFR 1.116 in the prior nonprovisional application.

2. ____   A preliminary amendment is enclosed.

3. ____   This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53(d)4.

____   a. **DELETE** the following inventor(s) named in the prior nonprovisional application:

_____
_____

____   b. The inventor(s) to be deleted are set forth on a separate sheet attached hereto.

4. ____   A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.

5. ____   Information Disclosure Statement (IDS) is enclosed:

a. ____   PTO - 1449

b. ____   Copies of IDS Citations

12/29/97                              - 1 -

APLNDC00024357

Please type a plus sign (+) inside this box  [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**CLAIMS**

| (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|
| Total Claims (37 CFR 1.16(c)) | 31  − 20 = | 11 | X $ 18.00  = | $        198.00 |
| Independent Claims (37 CFR 1.16(b)) | 5  − 3 = | 2 | X $ 78.00  = | $        156.00 |
| Multiple Dependent Claims (if applicable) (37 CFR 1.16(d)) | | | + $_____  = | $ |
| | | | BASIC FEE (37 CFR 1.16(a)) | $        760.00 |

Total of above Calculations    =   $        1,114.00
Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28).   $
TOTAL =  $        1,114.00

6. _____    Small entity status:

    a.  _____    A small entity statement is enclosed.

    b.  _____    A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.

    c.  _____    Is no longer claimed.

7.  _X_    The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No. _02-2666_.

    a.  _x_    Fees required under 37 CFR 1.16.

    b.  _x_    Fees required under 37 CFR 1.17.

    c.  _x_    Fees required under 37 CFR 1.18.

8.  _x_    A check in the amount of $ _1,114.00_ is enclosed.

9.  _x_    Other:  Return postcard
                 Express Mail Certificate of Mailing

**NOTE:**   The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is          provided below.

**10.   NEW CORRESPONDENCE ADDRESS**

_____   Customer Number or Bar Code Label   _____
                OR   (Insert Customer No. or Attach Bar Code Label here)
_____   New Correspondence Address Below

NAME  _____

ADDRESS  _____

CITY _____   STATE _____   ZIP CODE _____
COUNTRY _____   TELEPHONE _____   FAX _____

**11.  SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

NAME   _Michael J. Mallie_ _____
REGISTRATION NO._36,591_
SIGNATURE _____
DATE _____ _1/10/99_

12/29/97                                              - 2 -

APLNDC00024358



004860.P1365C2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| Steven W. Christensen | ) | Examiner:   Dela Torre, C. |
| | ) | |
| Serial No.: 08/821,004 | ) | Art Unit:   2773 |
| | ) | "Express Mail" mailing label number: _EM372371675U_ |
| Filing Date: March 20, 1997 | ) | Date of Deposit: _February 18, 1999_ |
| | ) | I hereby certify that I am causing this paper or fee to |
| For:   METHOD AND APPARATUS FOR | ) | deposited with the United States Postal Service "Express Mail P |
|     DISPLAYING AND ACCESSING | ) | Office to Addressee" service on the date indicated above a |
|     CONTROL AND STATUS | ) | that this paper or fee has been addressed to the Commissio |
|     INFORMATION IN A COMPUTER | ) | of Patents and Trademarks, Washington, D.C. 20231 |
|     SYSTEM | ) | _EDITH FUENTES_ |
| | ) | (Typed or printed name of person mailing paper or fee) |

ASSISTANT COMMISSISONER FOR PATENTS
Washington, D.C.  20231

(Signature of person mailing paper or fee)
_2-18-99_
(Date signed)

## PETITION FOR EXTENSION OF TIME
## PURSUANT TO 37 C.F.R. § 1.136 (a)

Sir:

     Applicant respectfully requests a two month extension of time in which to respond to the

Advisory Action mailed January 21, 1999.  The extended period expires on February 18, 1999.

     A check for $380.00 is enclosed to cover the fee for a two month extension of time.  If any

additional fee is required, please charge Deposit Account. 02-2666.  A duplicate of this Petition is

enclosed for deposit account charging purposes.

                    Respectfully submitted,

                    BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: _2/16/99_

                    Michael J. Mallie
                    Reg. No. 36,591

12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025-1026
(408) 720-8598

1

APLNDC00024359

_____ A check in the amount of $_____ is attached for presentation of additional claim(s).
_____ Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to
37 C.F.R. § 1.136(a).
_____ A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.
_____ Please charge my Deposit Account No. <u>02-2666</u> the amount of $_____.
           **A duplicate copy of this sheet is enclosed.**
__x___ The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the
           following fees associated with this communication or credit any overpayment to Deposit Account
           No. <u>02-2666</u> **(a duplicate copy of this sheet is enclosed):**
      __X___ Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of
                  extra claims.
      __X___ Any extension or petition fees under 37 C.F.R. § 1.17.

                                                  BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date:  _12/10/98_

                                                  Judith A. Szepesi

12400 Wilshire Boulevard                          Reg. No.  _39,393_
  Seventh Floor
Los Angeles, California  90025
(408) 720-8598

                                        - 2 -                              (LJV/cak 11/30/98)

APLNDC00024360

Received
~~ILLU~~ 1 / 1998        Patent

Attorney's Docket No.:   004860.P1365C2

In re the Application of:  Steven W. Christensen

(inventor(s))      Group 2700

Application No.:  08/821,004

Filed:   March 20, 1997

For:   METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS

INFORMATION IN A COMPUTER SYSTEM
(title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231

SIR:  Transmitted herewith is an Amendment for the above application.

_____   Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by
a verified statement previously submitted.

_____   A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

___x___   No additional fee is required.

_____   _____

The fee has been calculated as shown below:

|  | (Col. 1) |  | (Col. 2) | (Col. 3) |  | SMALL ENTITY |  |  | OTHER THAN A SMALL ENTITY |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Claims Remaining After Amd. |  | Highest No. Previously Paid For | Present Extra |  | Rate | Additional Fee |  | Rate | Additional Fee |
| Total Claims | * 31 | Minus | ** 31 | 0 |  | X9 | $ |  | X18 | $ 0 |
| Indep. Claims | * 5 | Minus | *** 5 | 0 |  | X39 | $ |  | X78 | $ 0 |
| First Presentation of Multiple Dependent Claim(s) |  |  |  |  |  | +130 | $ |  | +260 | $ 0 |
|  |  |  |  |  |  | Total Add. Fee | $ |  | Total Add. Fee | $ 0 |

*    If the entry in Col. 1 is less than the entry in Col. 2,
write "0" in Col. 3.

**   If the "Highest No. Previously Paid For" IN THIS
SPACE is less than 20, write "20" in this space.

***  If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this
space.  The "Highest No. Previously Paid For" (Total or Independent) is the highest number
found from the equivalent box in Col. 1 of a prior amendment or the number of claims
originally filed.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail
with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C.  20231

on _____December 10, 1998_____.
Date of Deposit

Edith Fuentes
Name of Person Mailing Correspondence

_____           12 - 10 - 98
Signature                                                Date

- 1 -                                          (LJV/cak 11/30/98)

APLNDC00024361

OIPE
JUN 2 9 1998
JC56
PATENT AND TRADEMARK OFFICE

Attorney's Docket No.: 004860.P1365C2 _____     Patent

In re the Application of:   Steven W. Christensen _____
                                                    (inventor(s))

Application No.:   08/821,004 _____

Filed:   March 20, 1997 _____

For:   METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS
       INFORMATION IN A COMPUTER SYSTEM _____
                                          (title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231

SIR:  Transmitted herewith is an Amendment for the above application.

_____  Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by
         a verified statement previously submitted.
_____  A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.
_____  No additional fee is required.

The fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | Claims Remaining After Amd. | | Highest No. Previously Paid For | Present Extra | Rate | Additional Fee | Rate | Additional Fee |
| Total Claims | * 31 | Minus | ** 24 | 7 | x11 | $ | x22 | $  154 |
| Indep. Claims | * 5 | Minus | *** 3 | 2 | x41 | $ | x82 | $  164 |
| | **First Presentation of Multiple Dependent Claim(s)** | | | | +135 | $ | +270 | $  0 |
| | | | | | Total Add. Fee | $ | Total Add. Fee | $  318 |

* If the entry in Col. 1 is less than the entry In Col. 2,
  write "0" in Col. 3.
** If the "Highest No. Previously Paid For" IN THIS
   SPACE is less than 20, write "20" in this space.
*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
    The "Highest No. Previously Paid For" (Total or Independent) is the highest number found from
    the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail
with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C.  20231

on _____ June 25, 1998 _____.
              Date of Deposit

_____ Edith Fuentes _____
Name of Person Mailing Correspondence

_____        6-25-98
          Signature                     Date

-1-

98 JUL -7 PM 24
GROUP 2100
RECEIVED

(LJV2.ak 10/01/97)

APLNDC00024362

_____X_____ A check in the amount of $ 318.00 is attached for presentation of additional claim(s).

_____ Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to 37 C.F.R. § 1.136(a).

_____ A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.

_____ Please charge my Deposit Account No. 02-2666 the amount of $_____.

**A duplicate copy of this sheet is enclosed.**

_____X_____ The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 02-2666 **(a duplicate copy of this sheet is enclosed):**

    _____X_____ Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of extra claims.

    _____X_____ Any extension or petition fees under 37 C.F.R. § 1.17.

BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date: _6/25/98_

Judith A. Szepesi

12400 Wilshire Boulevard
  Seventh Floor
Los Angeles, California 90025
(408) 720-8598

Reg. No. _39,393_

- 2 -

(LJV/cak 10/01/97)

APLNDC00024363



PTO/SB/17(10/96)
Approved for use through 09/30/98. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

## TOTAL AMOUNT OF PAYMENT ($)   $318.00

**Complete if Known:**
Application No.    08/821,004
Filing Date   March 20, 1997
First Named Inventor    Steven W. Christensen
Group Art Unit    2415
Examiner Name    Dela Torre, C.
Attorney Docket No.    004860.P1365C2

---

## METHOD OF PAYMENT (check one)

1.   [ X ]   The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number    02-2666
Deposit Account Name _____

[ X ]   Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

[   ]   Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance, 37 CFR 1.131(b)

2.   X     Payment Enclosed
    X     Check
_____   Money Order
_____   Other

*RECEIVED 98 JUL -7 PM 2:24 GROUP 2700*

---

## FEE CALCULATION (fees effective 10/01/97)

### 1.   FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 790 | 201 | 395 | Utility application filing fee | _____ |
| 106 | 330 | 206 | 165 | Design application filing fee | _____ |
| 107 | 540 | 207 | 270 | Plant filing fee | _____ |
| 108 | 790 | 208 | 395 | Reissue filing fee | _____ |
| 114 | 150 | 214 | 75 | Provisional application filing fee | _____ |

SUBTOTAL (1)   $ 0.00

---

### 2.   CLAIMS

| | | Extra | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 31 | − 24 = 7 | X | 22.00 = | 154.00 |
| Independent Claims | 5 | − 3 = 2 | X | 82.00 = | 164.00 |
| Multiple Dependent Claims | | X | = | | |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 103 | 22 | 203 | 11 | Claims in excess of twenty | 154.00 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 | 164.00 |
| 104 | 270 | 204 | 135 | Multiple dependent claim | _____ |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent | _____ |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent | _____ |

SUBTOTAL (2)   $ 318.00

---

APLNDC00024364

**FEE CALCULATION (continued)**

**3.   ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for response within first month | _____ |
| 116 | 400 | 216 | 200 | Extension for response within second month | _____ |
| 117 | 950 | 217 | 475 | Extension for response within third month | _____ |
| 118 | 1,510 | 218 | 755 | Extension for response within fourth month | _____ |
| 128 | 2,060 | 228 | 1,030 | Extension for response within fifth month | _____ |
| 119 | 310 | 219 | 155 | Notice of Appeal | _____ |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | _____ |
| 121 | 270 | 221 | 135 | Request for oral hearing | _____ |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | _____ |
| 141 | 1,320 | 241 | 660 | Petition to revive unintentionally abandoned application | _____ |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | _____ |
| 143 | 450 | 243 | 225 | Design issue fee | _____ |
| 144 | 670 | 244 | 335 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | _____ |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 790 | 246 | 395 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (see 37 CFR 1.129(a)) | _____ |

Other fee (specify) _____   _____

Other fee (specify) _____   _____

SUBTOTAL (3)$___0.00___

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:  Judith A. Szepesi _____

Signature  *Judith Szepesi*            Date  6/25/98 _____

Reg. Number/ 39,393 _____   Deposit Account User ID_____

(complete if applicable)

PTO/SB/17 (10-96)
Approved for use through 09/30/98  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00024365

PTO/SB/17(10/96)
Approved for use through 09/30/98.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

## TOTAL AMOUNT OF PAYMENT ($)  878.00

**Complete if Known:**
Application No.   08/821,004
Filing Date   March 20, 1997
First Named Inventor   Steven W. Christensen
Group Art Unit   2415
Examiner Name   Dela Torre, C.
Attorney Docket No.   04860.P1365C2

---

## METHOD OF PAYMENT (check one)

1. [   ]   The Commissioner is hereby authorized to charge indicated fees and credit any over payments to:

    Deposit Account Number _____
    Deposit Account Name _____

   [   ]   Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

   [   ]   Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance, 37 CFR 1.131(b)

2.  X     Payment Enclosed
    X     Check
    _____ Money Order
    _____ Other

---

## FEE CALCULATION (fees effective 10/01/97)

### 1.  FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 790 | 201 | 395 | Utility application filing fee | 790.00 |
| 106 | 330 | 206 | 165 | Design application filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 790 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional application filing fee | |
| | | | | SUBTOTAL (1) | $ 790.00 |

### 2.  CLAIMS

| | | Extra | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims  24 | − 20 = | 4 | X | 22.00 | = | 88.00 |
| Independent Claims  3 | − 3 = | 0 | X | 0 | = | 0 |
| Multiple Dependent Claims | | 0 | X | 0 | = | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of twenty | 88.00 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 | 0 |
| 104 | 270 | 204 | 135 | Multiple dependent claim | 0 |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent | 0 |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent | 0 |
| | | | | SUBTOTAL (2) | $ 878.00 |

APLNDC00024366

**FEE  CALCULATION  (continued)**

**3.  ADDITIONAL  FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | _____ |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 139 | 130 | 139 | 130 | Non-English specification | _____ |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | _____ |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 115 | 110 | 215 | 55 | Extension for response within first month | _____ |
| 116 | 400 | 216 | 200 | Extension for response within second month | _____ |
| 117 | 950 | 217 | 475 | Extension for response within third month | _____ |
| 118 | 1,510 | 218 | 755 | Extension for response within fourth month | _____ |
| 128 | 2,060 | 228 | 1,030 | Extension for response within fifth month | _____ |
| 119 | 310 | 219 | 155 | Notice of Appeal | _____ |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | _____ |
| 121 | 270 | 221 | 135 | Request for oral hearing | _____ |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | _____ |
| 140 | 110 | 240 | 55 | Petition to revive unavoidably abandoned application | _____ |
| 141 | 1,320 | 241 | 660 | Petition to revive unintentionally abandoned application | _____ |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | _____ |
| 143 | 450 | 243 | 225 | Design issue fee | _____ |
| 144 | 670 | 244 | 335 | Plant issue fee | _____ |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | _____ |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | _____ |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt | _____ |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 146 | 790 | 246 | 395 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (see 37 CFR 1.129(a)) | _____ |

Other  fee  (specify)  _____    _____

Other  fee  (specify)  _____    _____

<div align="right">SUBTOTAL  (3) $ <u>0</u> _____</div>

*Reduced by Basic Filing Fee Paid

---

**SUBMITTED  BY:**

Typed or Printed Name: Michael J. Mallie _____

Signature _____  Date  1/12/98 _____

Reg. Number  36,591 _____  Deposit Account User ID _____

<div align="right">(complete if applicable)</div>

PTO/SB/17 (10-96)
Approved for use through 09/30/98  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00024367

## EXPRESS MAIL CERTIFICATE OF MAILING

"Express Mail" mailing label number: EM081777082US
Date of Deposit: ___1-12-98___
I hereby certify that I am causing this paper or fee to
be deposited with the United States Postal Service
"Express Mail Post Office to Addressee" service on
the date indicated above and that this paper or fee
has been addressed to the Assistant Commissioner
for Patents, Washington, D. C. 20231
___Angela M. Quinn___
(Typed or printed name of person mailing paper or fee)
___Angel M. Quinn___
(Signature of person mailing paper or fee)
___1-12-98___
(Date signed)

---

Serial/Patent No.: __08/821,004__          Filing/Issue Date: __3/20/97__
Client: __Apple Computer, Inc.__
Title: __METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING__
__CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM__
BSTZ File No.: __04860.P1365C2__          Atty/Secty Initials: __MJM/amq__
Date Mailed: __1/12/98__          Docket Due Date: __1/14/98__
The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

| | | | |
|---|---|---|---|
| ☐ Amendment/Response (____ pgs.) | | ☒ Express Mail No. EM081777082US XX | Check No. 20289 |
| ☐ Appeal Brief (____ pgs.) (in triplicate) | | ☐ ____ Month(s) Extension of Time | Amt: 878.00 |
| ☐ Application - Utility (____ pgs., with cover and abstract) | | ☐ Information Disclosure Statement & PTO 1449 (___ pgs.) | ☐ Check No. ____ |
| ☐ Application - Rule 1.60 Continuation (____ pgs.) | | ☐ Issue Fee Transmittal | Amt: ____ |
| ☐ Application - Rule 1.60 Division (____ pgs.) | | ☐ Notice of Appeal | |
| ☐ Application - Rule 1.60 CIP (____ pgs.) | | ☐ Petition for Extension of Time | |
| ☐ Application - Rule 1.62 Transmittal (____ pgs.) | | ☐ Petition for _____ | |
| ☐ Application - Design (____ pgs.) | | ☒☒ Postcard | |
| ☐ Application - PCT (____ pgs.) | | ☐ Power of Attorney (____ pgs.) | |
| ☐ Application - Provisional (____ pgs.) | | ☐ Preliminary Amendment (____ pgs.) | |
| ☐ Assignment and Cover Sheet | | ☐ Reply Brief (____ pgs.) | |
| ☐ Certificate of Mailing | | ☐ Response to Notice of Missing Parts | |
| ☐ Declaration & POA (____ pgs.) | | ☐ Request to Incorporate Disclosure Document (____ pgs.) | |
| ☐ Disclosure Docs & Orig. & Copy of Inventor's Signed Letter (____ pgs.) | | ☐ Small Entity Declaration for Indep. Inventor/Small Business | |
| ☐ Drawings ____ # of sheets includes ____ figures | | ☐ Transmittal Letter (original & copy) | |

☒☒ Other: __Fee Transmittal (3 pgs) (copy & orig.); CPA__
__Request Transmittal (3 pgs.) (orig. & Copy).__

APLNDC00024368

Please type a plus sign (+) inside this box  [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CONTINUED PROSECUTION APPLICATION (CPA)
# REQUEST TRANSMITTAL

Submit an original, and a duplicate for fee processing.
(Only for Continuation or Divisional applications under 37 CFR 1.53(d))

CHECK BOX, if applicable:
[ ___ ]   DUPLICATE

ADDRESS TO:   **Assistant Commissioner for Patents**
**Box CPA**
**Washington, D.C. 20231**

Attorney Docket No.  04860.P1365C
First Named Inventor  Steven W. Christensen
Express Mail Label No.  EM081777092US

Total Pages   3

This is a request for a   X   continuation or _____ divisional under 37 CFR 1.53(d)

(continuation prosecution application (CPA)) of prior application No: 08/821,004,

filed on March 20, 1997 , entitled METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM

---

**NOTES**

**FILING QUALIFICATIONS:** The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 CFR 1.51(b) and filed on or after June 8, 1995, or (2) the national stage of an international application in compliance with 35 U.S.C. 371 and filed on or after June 8, 1995.

**C-I-P NOT PERMITTED:** A continuation-in-part application cannot be filed as a CPA under 37 CFR 1.53(d), but must be filed under 37 CFR 1.53(b).

**EXPRESS ABANDONMENT OF PRIOR APPLICATION:** The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 CFR 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.

**ACCESS TO PRIOR APPLICATION:** The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 CFR 1.14 to access to, copies of, or information concerning, the prior application may be given similar access, copies of, or similar information concerning, the other application or applications in the file jacket.

**35 U.S.C. 120 STATEMENT:** In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 CFR 1.78(a).

---

1.   X   Enter the unentered amendment previously filed on  November 14, 1997
under 37 CFR 1.116 in the prior nonprovisional application.

2.   ___   A preliminary amendment is enclosed.

3.   ___   This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53(d)4.

___   a.   **DELETE** the following inventor(s) named in the prior nonprovisional application:

___   b.   The inventor(s) to be deleted are set forth on a separate sheet attached hereto.

4.   ___   A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.

5.   ___   Information Disclosure Statement (IDS) is enclosed:

a.   ___   PTO - 1449

b.   ___   Copies of IDS Citations

12/29/97

- 1 -

APLNDC00024369

Please type a plus sign (+) inside this box  [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00.  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**CLAIMS**

| (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|
| Total Claims (37 CFR 1.16(c)) | 24   − 20 = | 4 | X $ 22.00  = | $ 88.00 |
| Independent Claims (37 CFR 1.16(b)) | 3   − 3 = | 0 | X $ 0   = | $ 0 |
| Multiple Dependent Claims (if applicable) (37 CFR 1.16(d)) | | | + $ 0   = | $ 0 |
| | | | BASIC FEE (37 CFR 1.16(a)) | $ 790.00 |

Total of above Calculations   =   $ 878.00
Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28).   $ 0
TOTAL =  $ 878.00

6. ____   Small entity status:

    a. ____   A small entity statement is enclosed.

    b. ____   A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.

    c. ____   Is no longer claimed.

7. ____   The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No. _____.

    a. ____   Fees required under 37 CFR 1.16.

    b. ____   Fees required under 37 CFR 1.17.

    c. ____   Fees required under 37 CFR 1.18.

8. _X_   A check in the amount of $ 878.00 _____ is enclosed.

9. ____   Other: _____

**NOTE:** The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.

**10.   NEW CORRESPONDENCE ADDRESS**

____   Customer Number or Bar Code Label   _____
                OR   (Insert Customer No. or Attach Bar Code Label here)
____   New Correspondence Address Below

NAME _____

ADDRESS _____

CITY _____ STATE _____ ZIP CODE _____
COUNTRY _____ TELEPHONE _____ FAX _____

**11.  SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

    NAME   Michael J. Mallie
    REGISTRATION NO. 36,591
    SIGNATURE _____
    DATE _____

12/29/97                                    - 2 -

APLNDC00024370



## EXPRESS MAIL CERTIFICATE OF MAILING

"Express Mail" mailing label number: EM 081 777 092US
Date of Deposit: January 12, 1998
I hereby certify that I am causing this paper or fee to
be deposited with the United States Postal Service
"Express Mail Post Office to Addressee" service on
the date indicated above and that this paper or fee
has been addressed to the Assistant Commissioner
for Patents, Washington, D.C. 20231

Angela M. Quinn

(Typed or printed) name of person mailing paper or fee)

Angela M. Quinn

(Signature of person mailing paper or fee)

1-12-98

(Date signed)

Serial/Patent No.: 08/821,004          Filing/Issue Date: 3/20/97
Client: Apple Computer, Inc.
Title: METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING
CONTROL AND STATUS INFORMATION IN A COMPUTER SYSTEM
BSTZ File No.: 04860.P1365C2          Atty/Secty Initials: MJM/amq
Date Mailed: 1/12/98                  Docket Due Date: 1/14/98
The following has been received in the U.S. Patent & Trademark Office on the date stamped hereon:

| | | |
|---|---|---|
| ☐ Amendment/Response (____ pgs.) | ☒ Express Mail Mailing No. EM081777092US XX Check No. 20289 | |
| ☐ Appeal Brief (____ pgs.) (in triplicate) | ☐ ____ Month(s) Extension of Time     Amt: 878.00 | |
| ☐ Application - Utility (____ pgs., with cover and abstract) | ☐ Information Disclosure Statement & PTO-1449 (__ pgs.) | ☐ Check No. |
| ☐ Application - Rule 1.60 Continuation (____ pgs.) | ☐ Issue Fee Transmittal | Amt: |
| ☐ Application - Rule 1.60 Division (____ pgs.) | ☐ Notice of Appeal | |
| ☐ Application - Rule 1.62 CIP (____ pgs.) | ☐ Petition for Extension of Time | |
| ☐ Application - Rule 1.62 Transmittal (____ pgs.) | ☐ Petition for ____ | |
| ☐ Application - Design (____ pgs.) | ☒☒ Postcard | |
| ☐ Application - PCT (____ pgs.) | ☐ Power of Attorney (____ pgs.) | |
| ☐ Application - Provisional (____ pgs.) | ☐ Preliminary Amendment (____ pgs.) | |
| ☐ Assignment and Cover Sheet | ☐ Reply Brief (____ pgs.) | |
| ☐ Certificate of Mailing | ☐ Response to Notice of Missing Parts | |
| ☐ Declaration & POA (____ pgs.) | ☐ Request to Incorporate Disclosure Document (____ pgs.) | |
| ☐ Disclosure Docs & Orig. & Copy of Inventor's Signed Letter (____ pgs.) | ☐ Small Entity Declaration for Indep. Inventor/Small Business | |
| ☐ Drawings: ____ of sheets included ____ figures | ☐ Transmittal Letter (original & copy) | |

☒☒ Other: Fee Transmittal (3 pgs.) (copy & orig.); CPA
Request Transmittal (3 pgs.) (orig. & Copy)

**O I P E** JC27
**NOV 1 7 1997**
PATENT & TRADEMARK OFFICE

Attorney's Docket No.:   04860.P1365C                 Patent

In re the Application of:   Steven W. Christensen        **AMENDMENT   UNDER**
                   (inventor(s))          **37 C.F.R. § 1.116**

Application No.:   08/821,004                    **EXPEDITED   PROCEDURE**

Filed:   March 20, 1997                        **EXAMINING GROUP   2415**

For:   METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS
    INFORMATION IN A COMPUTER SYSTEM
                                (title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231
Box AF

SIR: Transmitted herewith is an **Amendment After Final Action** for the above application.

_____ Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

_____ A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

__X__ No additional fee is required.

__X__ **A Notice of Appeal is enclosed.**

The fee has been calculated as shown below:

|  | (Col. 1) Claims Remaining After Amd. |  | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Rate | Additional Fee | Rate | Additional Fee |
| Total Claims | * 24 | Minus | ** 24 | 0 | x11 | $ | x22 | $ 0 |
| Indep. Claims | * 3 | Minus | *** 3 | 0 | x41 | $ | x82 | $ 0 |
|  | **First Presentation of Multiple Dependent Claim(s)** | | | | +135 | $ | +270 | $ 0 |
|  |  | | | | Total Add. Fee | $ | Total Add. Fee | $ 0 |

\* If the entry in Col. 1 is less than the entry In Col. 2, write "0" in Col. 3.

\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

\*\*\* If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space. The "Highest No. Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

on   November 14, 1997   .
                   Date of Deposit

        Edith Fuentes
     Name of Person Mailing Correspondence

_Edith Fuentes_              11-14-97
     Signature                     Date

-1-                  (LJV/cak 10/01/97)

APLNDC00024372

≥ 415

MAIL ROOM
JAN 21 1997
36
PATENT TRADEMARK OFCE.

Corres. and Mail
BOX AF

Attorney Docket No.: ___04860.P1365___

In re the Application of: __Steven W. Christensen__
(inventor(s))

Application No.: __08/316,237__

Filed: __September 30, 1994__

Patent

**AMENDMENT UNDER
37 C.F.R. § 1.116
EXPEDITED PROCEDURE
EXAMINING GROUP** ~~237~~

For: __METHOD AND APPARATUS FOR DISPLAYING AND ACCESSING CONTROL AND STATUS__
____INFORMATION IN A COMPUTER SYSTEM____
(title)

ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C.  20231
Box AF

SIR:  Transmitted herewith is an **Amendment After Final Action** for the above application.

_____   Small entity status of this application under 37 C.F.R. §§ 1.9 and 1.27 has been established by a verified statement previously submitted.

_____   A verified statement to establish small entity status under 37 C.F.R. §§ 1.9 and 1.27 is enclosed.

__X___   No additional fee is required.

_____   **A Notice of Appeal is enclosed.**

The fee has been calculated as shown below:

|  | (Col. 1) Claims Remaining After Amd. |  | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | SMALL ENTITY | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Rate | Additional Fee | Rate | Additional Fee |
| Total Claims | *24 | Minus | **24 |  | x11 | $ | x22 | $0 |
| Indep. Claims | *3 | Minus | ***3 |  | x40 | $ | x80 | $0 |
|  | **First Presentation of Multiple Dependent Claim(s)** | | | | +130 | $ | +260 | $ |
|  |  |  |  |  | Total Add. Fee | $ | Total Add. Fee | $0 |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.

*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space. The "Highest No. Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

RECEIVED
97 JAN 27 PM 1:
GROUP 240

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C.  20231

on __January 17, 1997__.
Date of Deposit

Christine M. Gregorich
Name of Person Mailing Correspondence

Christine M. Gregorich                    January 17, 1997
Signature                                          Date

-1-                                                    (LJV/cak 10/25/96)

APLNDC00024373

_____  A check in the amount of $_____ is attached for presentation of additional claim(s).

_____  Applicant(s) hereby Petition(s) for an Extension of Time of _____ month(s) pursuant to 37 C.F.R. § 1.136(a).

_____  A check for $_____ is attached for processing fees under 37 C.F.R. § 1.17.

_____  Please charge my Deposit Account No. 02-2666 the amount of $_____.
         **A duplicate copy of this sheet is enclosed.**

__X____  The Commissioner of Patents and Trademarks is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 02-2666 **(a duplicate copy of this sheet is enclosed):**
         __X____  Any additional filing fees required under 37 C.F.R. § 1.16 for presentation of extra claims.
         __X____  Any extension or petition fees under 37 C.F.R. § 1.17.


BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP

Date: _____, 1997

12400 Wilshire Boulevard
  Seventh Floor
Los Angeles, California  90025
(408) 720-8598

Michael J. Mallie

Reg. No.  36,591


(LJV/cak 10/25/96)

APLNDC00024374



Corres. and Mail

# BOX AF

*#10/B LN CE,*
*1-29-97*
*B. Hilliard*

04860.P1365

*Patent*

---

**Response under 37 CFR 1.116 — Expedited Procedure**
**Examining Group 237**

---

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of )
)
Steven  W.  Christensen ) Examiner: Dela Torre, C.
)
*on Appeal,* Serial No.  08/316,237 ) Art Unit: 2415
*ase Enter* )
*mendment B* Filing Date:  September 30, 1994 )
)
*|29|97* For:  METHOD AND APPARATUS FOR )
*Cmd* DISPLAYING AND ACCESSING )
CONTROL AND STATUS )
INFORMATION IN A COMPUTER )
SYSTEM )

RECEIVED
97 JAN 27 PM 1: 41
GROUP 240

### AMENDMENT TO FINAL OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

In response to the Final Office Action mailed November 20, 1996,

Applicant respectfully requests the Examiner to enter the following

amendments and consider the following remarks:

---

**FIRST CLASS CERTIFICATE OF MAILING**
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class
mail with sufficient postage in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C.  20231

on January 17, 1997
Date of Deposit

Christine  M.  Gregovich
Name of Person Mailing Correspondence

Christine M. Gregovich January 17, 1997
Signature Date

---

Serial No.  08/316,237 1 04860.P1365

APLNDC00024375

IN THE CLAIMS

1      1.      (Twice Amended)  An interactive computer-controlled display

2  system comprising:

3          a processor;

4          a data display screen coupled to the processor;

5          a cursor control device coupled to said processor for positioning a

6  cursor on said data display screen;

7          a window generation and control logic coupled to the processor and

8  data display screen to create an operating environment for a plurality of

9  individual programming modules that provide status and control functions,

10  wherein the window generation and control logic generates and displays a

11  first window region having a plurality of display areas on said data display

12  screen, wherein each of the plurality of display areas is associated with one of

13  the plurality of individual programming modules;

14          an indicia generation logic coupled to the data display screen to execute

15  at least one of the plurality of <u>individual</u> programming modules to generate

16  information for display in one of the plurality of display areas in the first

17  window region, wherein at least one of the plurality of display areas and its

18  associated programming module is sensitive to user input, and further

19  wherein the window generation and control logic and the indicia generation

20  logic use message-based communication to exchange information to

21  coordinate activities of the indicia generation logic to enable interactive

22  display activity.


1      3.      (Once Amended)  The display system defined in Claim 1

2  wherein said at least one <u>of the plurality of</u> display <u>areas</u> [area] is variably

3  sized.

APLNDC00024376

8.   (Twice Amended)  The display system defined in Claim 1
wherein said at least one of the plurality of [the] display areas only displays
information.

9.   (Twice Amended)  The display system defined in Claim 1
wherein said at least one of the plurality of display areas acts to provide access
to control information when selected.

11.   (Twice Amended)  An interactive computer-controlled display
system comprising:
   a processor;
   a data display screen coupled to the processor;
   a cursor control device coupled to said processor for positioning a
cursor on said data display screen;
   window generation and control logic coupled to the processor and data
display screen to create an operating environment for a plurality of
individual programming modules that provide status and control functions,
wherein the window generation and control logic generates and displays a
first window region having a plurality of display areas on said data display
screen, wherein each of the plurality of display areas is associated with one of
the plurality of individual programming modules;
   at least one indicia graphics generation logic coupled to the processor
and the window generation and control logic, wherein said at least one
indicia graphics generation logic generates user sensitive graphics for display
in [said] at least one data display area by executing at least one of the plurality
of individual programming modules;

Serial No.  08/316,237                    3                    04860.P1365

APLNDC00024377

19    wherein the window generation and control logic determines when
20    said at least one data display area has been selected by the user and signals said
21    at least one indicia graphics generation logic in response to user selection, and
22    further wherein said at least one indicia graphics generation logic initiates a
23    response from said at least one of the plurality of programming modules.


1    14.    (Amended)  The display system defined in Claim 11 wherein
2    said at least one <u>data</u> display area is variably sized.


1    15.    (Twice Amended)  A method for generating control information
2    comprising the steps of:
3        <u>creating</u> [create] an operating environment for a plurality of individual
4    programming modules that provide status and control functions;
5        generating a first window sized to accommodate a plurality of display
6    areas for indicia resulting from executing at least one of the plurality of
7    individual programming modules, wherein each of the plurality of display
8    areas is associated with one of the plurality of individual programming
9    modules;
10        displaying <u>the</u> [an] indicia in each of said <u>plurality of</u> [at least one]
11    display [area] <u>areas</u> by executing  one of a plurality of <u>individual</u> programming
12    modules corresponding to each indicia;
13        selecting one of the indicia, wherein the step of selecting comprises <u>a</u>
14    [the] first programming module determining which of said <u>plurality of</u> [at
15    least one] display [area] <u>areas</u> is selected and sending a message to <u>a</u> [the]
16    programming module of said plurality of <u>individual</u> programming modules
17    responsible for generating <u>a</u> [the] display of <u>a</u> [the] selected indicia;

APLNDC00024378

18   said programming module performing a function in response to a [the]
19   selection.

1    16.   (Amended)  The method defined in Claim 15 wherein one of
2    said [plurality of] indicia comprises status information.

1    17.   (Amended)  The method defined in Claim 15 wherein one of
2    said [plurality of] indicia comprises control information.

1    18.   (Amended)  The method defined in Claim 15 further comprising
2    the steps of:
3        the first programming module requesting a set of features supported by
4    said programming module, wherein said step of requesting comprises
5    sending a <u>first</u> message to said programming module; and
6        said programming module returning a <u>second</u> message indicative of
7    features supported by said programming module, such that said first
8    programming module interacts with said programming module in response
9    to user interaction with the first programming module based on indicated
10   features as set forth by said programming module.


<u>REMARKS</u>

Applicant respectfully requests reconsideration of this application as
amended.  Claims 1-24 remain in the application.  No claims have been
canceled.

Claims 1-3, 8-24 were rejected under 35 U.S.C. §102(a) as being
anticipated by EPO Patent No. 0 584 392 A1 to Cohausz ("<u>Cohausz</u>").  <u>Cohausz</u>
teaches a status indicator which indicates the location at which one is in a

APLNDC00024379