EXHIBIT 2.01



IW 7293092

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 09, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *11/956,969*
FILING DATE: *December 14, 2007*
PATENT NUMBER: *7,469,381*
ISSUE DATE: *December 23, 2008*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. Tarver

M. TARVER
Certifying Officer

| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR § 1.53(b))* | Attorney Docket No. | P4304US1/63266-5054-US |
|---|---|---|
| | First Inventor | Bas Ording |
| | Title | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display |
| | Electronically filed | December 14, 2007 |

### APPLICATION ELEMENTS
*See MPEP Chapter 600 concerning utility patent application contents.*

Address to:  **Commissioner for Patents**
P.O. Box 1450
Alexandria, VA 22313-1450

1. ☐ **Fee Transmittal Form** *(with duplicate for fee processing)*

2. ☐ Applicant claims Small Entity status, see 37 C.F.R. § 1.27

3. ☒ Specification                    [Total Pages  59 ]

4. ☒ Drawing(s) *(35 USC § 113)*      [Total Sheets  38 ]

5. ☒ Oath or Declaration              [Total Pages  2 ]
   a. ☒ Newly executed *(original or copy)*
   b. ☐ Copy from a prior application *(37 CFR § 1.63(d))* *(for con/div with Box 18 completed)*
      ☐ Deletion of Inventor(s)
      Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR §§ 1.63(d)(2) and 1.33(b).

6. ☒ Application Data Sheet, see 37 C.F.R. § 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*

8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ CD-ROM or CD-R (2 copies); or
      iii. ☐ Paper
   c. ☐ Statement verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers *(cover sheet & document(s))*

10. ☒ 37 CFR § 3.73(b) Statement
    a. ☒ Power of Attorney

11. ☐ English Translation Document *(if applicable)*

12. ☒ Information Disclosure Statement and PTO-1449
    a. ☐ Copies of IDS Citations

13. ☐ Preliminary Amendment

14. ☐ Return Receipt Postcard *(MPEP 503)*

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐ Non-Publication Request under 35 U.S.C. § 122 (b)(2)(i)

17. ☒ Other:
    a. Petition to Make Special Under Accelerated Examination Program (4 pages)
    b. Pre-examination Search Statement (18 pages)
    c. Accelerated Examination Support Document (44 pages)

**18. If a CONTINUING APPLICATION**, check appropriate box and supply the requisite information below and in a preliminary amendment or in an Application Data Sheet under 37 CFR 1.76:

☐ This application is a ☐ Continuation ☐ Divisional ☐ Continuation-in-part (CIP) of prior application No.: _____ filed _____

Prior application information:    Examiner: _____       Group Art Unit: _____

☐ This application is a ☐ Continuation ☐ Divisional ☐ Continuation-in-part (CIP) of prior application No.: _____ filed _____ , which is the National Stage of International Application No. PCT/US _____ , filed _____ .

Prior application information:    Examiner: _____       Group Art Unit: _____

☒ This application claims the benefit of Provisional Application No. 60/937,993, filed June 29, 2007; 60/946,971, filed June 28, 2007; 60/945,858, filed June 22, 2007; 60/879,469, filed January 8, 2007; 60/883,801, filed January 7, 2007; and 60/879,253 filed January 7, 2007 under 35 U.S.C. § 119(e).

☐ This application claims the benefit of Application No. _____ , filed _____ in _____ 35 U.S.C. § 119(a).

☒ All of the foregoing applications are incorporated by reference in this application in their entireties.

### 19. CORRESPONDENCE ADDRESS:  Customer Number 61725

| Signature | *Robert Beyers* | Date | December 14, 2007 |
|---|---|---|---|
| Name (Print/Type) | Robert B. Beyers, Ph.D. | Registration No. (Attorney/Agent) | 46,552 |

I-PA/3680418.1

APLNDC00024706

# List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display

### ABSTRACT OF THE DISCLOSURE

In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed. In the method, a movement of an object on or near the touch screen display is detected. In response to detecting the movement, an electronic document displayed on the touch screen display is translated in a first direction. If an edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, an area beyond the edge of the document is displayed. After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.

APLNDC00024707



Figure 1

APLNDC00024708



**Portable Multifunction Device 100**

206

208

208

Speaker 111

Optical Sensor 164

Proximity Sensor 166

202

Touch Screen 112

Microphone 113

Home 204

**Figure 2**

APLNDC00024709



**Figure 3**

APLNDC00024710



**Portable Multifunction Device 100**

206

400

Speaker 111    Optical Sensor 164    Proximity Sensor 166

208

208

402    **Current Time** 404    406

Text 141    Photos 144    Camera 143    Videos 145

Weather 149-1    75°    Stocks 149-2    Blog 142    Calendar 148    Jan 15

Calculator 149-3    + - x ÷    Alarm 149-4    Dictionary 149-5    ABC    User-Created Widget    Widget 149-6

410

Phone 138    Mail 140    6    Browser 147    Music 146

408

Touch Screen 112

Microphone 113    Home 204

**Figure 4**

APLNDC00024711



**Figure 5**

APLNDC00024712



**Figure 6A**



**Figure 6B**

APLNDC00024714



**Portable Multifunction Device 100**

Figure 6C

APLNDC00024715

**Portable Multifunction Device 100**



Figure 6D

APLNDC00024716



700

702

Detect a movement of an object (e.g., a finger) on or near a touch screen display.

704

Translate an electronic document displayed on the touch screen display in a first direction (e.g., vertical, horizontal, or diagonal).

Translate the electronic document at a speed of translation corresponding to a speed of movement of the object.

706

Translate the electronic document in accordance with a simulation of an equation of motion having friction.

708

710

Is an edge of the electronic document reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display?

No

712

Process Complete

Yes

714

Display an area beyond the edge of the document.

Display the area in black, gray, a solid color, or white.

716

Display the area as visually distinct from the document.

718

720

After the object is no longer detected on or near the touch screen display, translate the document in a second direction (e.g., opposite the first direction) until the area beyond the edge of the document is no longer displayed.

Translate the document using a damped motion.

722

Make the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display.

724

**Figure 7**

APLNDC00024717



**Figure 8A**

APLNDC00024718



**Figure 8B**

APLNDC00024719



**Figure 8C**

APLNDC00024720



**Figure 8D**

APLNDC00024721



900

902

Display an electronic document at a first magnification on a touch screen display. The electronic document has a document length and a document width.

904

Detect a gesture (e.g., a pinching gesture) on or near the touch screen display corresponding to a command to zoom out by a user-specified amount.

906

In response to detecting the gesture, display the electronic document at a magnification less than the first magnification.

908

Is the document length or document width entirely displayed while the gesture is still detected on or near the touch screen display?

No

910

Process Complete

Yes

912

Display the electronic document at a magnification wherein areas beyond opposite edges of the electronic document are displayed.

914

Upon detecting termination of the gesture, display the electronic document at a magnification wherein the areas beyond opposite edges of the electronic document are no longer displayed.

**Figure 9**

APLNDC00024722



**Figure 10A**

APLNDC00024723



**Figure 10B**

APLNDC00024724



**Figure 10C**

APLNDC00024725



**Figure 11**

APLNDC00024726



**Figure 12A**

APLNDC00024727

**Portable Multifunction Device**
**100**



**Figure 12B**

APLNDC00024728



**Figure 12C**

APLNDC00024729



**Figure 13A**

**To Figure 13B**

APLNDC00024730



**Figure 13B**



**To Figure 13C**

APLNDC00024731



**Figure 13C**

APLNDC00024732



1400

1402

Detect a multifinger twisting gesture on or near a touch screen display.
The multifinger twisting gesture has a corresponding degree of rotation.

1404

Does the corresponding degree of rotation exceed a predefined degree of rotation?

Yes

1406

Execute a 90° screen rotation command.

No

1408

Execute a screen rotation command with an acute angle of rotation.

1410

Upon ceasing to detect the multifinger twisting gesture, executing a screen rotation command with an angle of rotation opposite to the acute angle.

**Figure 14**



To Figure 15B

**Figure 15A**



**Figure 15B**

APLNDC00024735



To Figure 15D

**Figure 15C**

APLNDC00024736



To Figure 15E

**Figure 15D**

APLNDC00024737



**Figure 15E**

APLNDC00024738



**Figure 16A**

APLNDC00024739



**Figure 16B**

APLNDC00024740



**Figure 16C**

APLNDC00024741



**Figure 16D**



**Figure 16E**

APLNDC00024743



**Figure 16F**

APLNDC00024744



Memory 1770

| Operating System | 126 |
| Communication Module | 128 |
| Contact/Motion Module | 130 |
| Graphics Module | 132 |
| Text Input Module | 134 |
| Applications | 136 |
| Contacts Module | 137 |
| Telephone Module | 138 |
| Video Conference Module | 139 |
| E-mail Client Module | 140 |
| Instant Messaging Module | 141 |
| Blogging Module | 142 |
| Camera Module | 143 |
| Image Management Module | 144 |
| Video Player Module | 145 |
| Music Player Module | 146 |
| Browsing Module | 147 |
| Calendar Module | 148 |
| Widget Modules | 149 |
| Weather Widget | 149-1 |
| Stocks Widget | 149-2 |
| Calculator Widget | 149-3 |
| Alarm Clock Widget | 149-4 |
| Dictionary Widget | 149-5 |
| ⋮ | |
| User-Created Widget(s) | 149-6 |
| Widget Creator Module | 150 |
| Search Module | 151 |
| ⋮ | |

Device 1700

1710   CPU(s)

1720

1730

User interface

Touch-Screen Display   1740

Keyboard/Mouse

1750

1760   Network Communications Interface

**Figure 17**

APLNDC00024745

What is claimed is:

1.      A computer-implemented method, comprising:
        at a device with a touch screen display,
        detecting a movement of an object on or near the touch screen display;
        in response to detecting the movement, translating an electronic document displayed on the touch screen display in a first direction;
        in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document; and
        after the object is no longer detected on or near the touch screen display, translating the document in a second direction until the area beyond the edge of the document is no longer displayed.

2.      The computer-implemented method of claim 1, wherein the device is a portable multifunction device.

3.      The computer-implemented method of claim 1, wherein the movement of the object is on the touch screen display.

4.      The computer-implemented method of claim 1, wherein the object is a finger.

5.      The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction.

6.      The computer-implemented method of claim 1, wherein the electronic document is a web page.

7.      The computer-implemented method of claim 1, wherein the electronic document is a digital image.

8.      The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document.

9.      The computer-implemented method of claim 1, wherein the electronic document includes a list of items.

APLNDC00024746

10.     The computer-implemented method of claim 1, wherein the second direction is opposite the first direction.

11.     The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object.

12.     The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction.

13.     The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white.

14.     The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document.

15.     The computer-implemented method of claim 1, wherein translating the document in the second direction is a damped motion.

16.     The computer-implemented method of claim 1, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display.

17.     The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document.

18.     The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated

APLNDC00024747

translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed.

19.     A device, comprising:

a touch screen display;

one or more processors;

memory; and

one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including:

instructions for detecting a movement of an object on or near the touch screen display;

instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement;

instructions for displaying an area beyond an edge of the electronic document in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and

instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

20.     A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to:

detect a movement of an object on or near the touch screen display;

translate an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement;

display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and

APLNDC00024748

translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

APLNDC00024749

# List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display

## RELATED APPLICATIONS

[0001]      This application claims priority to U.S. Provisional Patent Application Nos. 60/937,993, "Portable Multifunction Device," filed June 29, 2007; 60/946,971, "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," filed June 28, 2007; 60/945,858, "List Scrolling and Document Translation on a Touch-Screen Display," filed June 22, 2007; 60/879,469, "Portable Multifunction Device," filed January 8, 2007; 60/883,801, "List Scrolling and Document Translation on a Touch-Screen Display," filed January 7, 2007; and 60/879,253, "Portable Multifunction Device," filed January 7, 2007. All of these applications are incorporated by reference herein in their entirety.

[0002]      This application is related to the following applications: (1) U.S. Patent Application No. 10/188,182, "Touch Pad For Handheld Device," filed on July 1, 2002; (2) U.S. Patent Application No. 10/722,948, "Touch Pad For Handheld Device," filed on November 25, 2003; (3) U. S. Patent Application No. 10/643,256, "Movable Touch Pad With Added Functionality," filed on August 18, 2003; (4) U.S. Patent Application No. 10/654,108, "Ambidextrous Mouse," filed on September 2, 2003; (5) U.S. Patent Application No. 10/840,862, "Multipoint Touchscreen," filed on May 6, 2004; (6) U.S. Patent Application No: 10/903,964, "Gestures For Touch Sensitive Input Devices," filed on July 30,2004; (7) U.S. Patent Application No. 11/038,590, "Mode-Based Graphical User Interfaces For Touch Sensitive Input Devices" filed on January 18, 2005; (8) U.S. Patent Application No. 11/057,050, "Display Actuator," filed on February 11, 2005; (9) U.S. Provisional Patent Application No. 60/658,777, "Multi-Functional Hand-Held Device," filed March 4, 2005; (10) U.S. Patent Application No. 11/367,749, "Multi-Functional Hand-Held Device," filed March 3, 2006; and (11) U.S. Provisional Patent Application No. 60/824,769, "Portable Multifunction Device," filed September 6, 2006. All of these applications are incorporated by reference herein in their entirety.

APLNDC00024750

## TECHNICAL FIELD

**[0003]**      The disclosed embodiments relate generally to devices with touch-screen displays, and more particularly to scrolling lists and to translating, rotating, and scaling electronic documents on devices with touch-screen displays.

## BACKGROUND

**[0004]**      As portable electronic devices become more compact, and the number of functions performed by a given device increases, it has become a significant challenge to design a user interface that allows users to easily interact with a multifunction device. This challenge is particularly significant for handheld portable devices, which have much smaller screens than desktop or laptop computers. This situation is unfortunate because the user interface is the gateway through which users receive not only content but also responses to user actions or behaviors, including user attempts to access a device's features, tools, and functions.  Some portable communication devices (e.g., mobile telephones, sometimes called mobile phones, cell phones, cellular telephones, and the like) have resorted to adding more pushbuttons, increasing the density of push buttons, overloading the functions of pushbuttons, or using complex menu systems to allow a user to access, store and manipulate data.  These conventional user interfaces often result in complicated key sequences and menu hierarchies that must be memorized by the user.

**[0005]**      Many conventional user interfaces, such as those that include physical pushbuttons, are also inflexible.  This is unfortunate because it may prevent a user interface from being configured and/or adapted by either an application running on the portable device or by users.  When coupled with the time consuming requirement to memorize multiple key sequences and menu hierarchies, and the difficulty in activating a desired pushbutton, such inflexibility is frustrating to most users.

**[0006]**      As a result of the small size of display screens on portable electronic devices and the potentially large size of electronic files, frequently only a portion of a list or of an electronic document of interest to a user can be displayed on the screen at a given time. Users thus will frequently need to scroll displayed lists or to translate displayed electronic documents.  Users also will need to rotate and to scale (i.e., magnify or de-magnify)

APLNDC00024751

displayed electronic documents.  However, the limitations of conventional user interfaces can cause these actions to be awkward to perform.

[0007]    Furthermore, scrolling displayed lists and translating electronic documents can be awkward on both portable and non-portable electronic devices with touch-screen displays.  A user may become frustrated if the scrolling or translation does not reflect the user's intent.  Similarly, a user may become frustrated if rotation and scaling of electronic documents does not reflect the user's intent.

[0008]    Accordingly, there is a need for devices with touch-screen displays with more transparent and intuitive user interfaces for scrolling lists of items and for translating, rotating, and scaling electronic documents that are easy to use, configure, and/or adapt.

SUMMARY

[0009]    The above deficiencies and other problems associated with user interfaces for portable devices and devices with touch-sensitive displays are reduced or eliminated by the disclosed device. In some embodiments, the device has a touch-sensitive display (also known as a "touch screen") with a graphical user interface (GUI), one or more processors, memory and one or more modules, programs or sets of instructions stored in the memory for performing multiple functions. In some embodiments, the user interacts with the GUI primarily through finger contacts and gestures on the touch-sensitive display. In some embodiments, the functions may include telephoning, video conferencing, e-mailing, instant messaging, blogging, digital photographing, digital videoing, web browsing, digital music playing, and/or digital video playing. Instructions for performing these functions may be included in a computer program product configured for execution by one or more processors.

[0010]    In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed.  In the method, a movement of an object on or near the touch screen display is detected.  In response to detecting the movement, an electronic document displayed on the touch screen display is translated in a first direction.  If an edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, an area beyond the edge of the document is displayed.

APLNDC00024752

After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.

[0011]      In accordance with some embodiments, a graphical user interface on a device with a touch screen display is disclosed, comprising a portion of an electronic document displayed on the touch screen display and an area beyond an edge of the document.  In the graphical user interface, in response to detecting a movement of an object on or near the touch screen display, the electronic document is translated in a first direction.  If the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, the area beyond the edge of the document is displayed.  After the object is no longer detected on or near the touch screen display, the document is translated in a second direction until the area beyond the edge of the document is no longer displayed.

[0012]      In accordance with some embodiments, a device is disclosed, comprising a touch screen display, one or more processors, memory, and one or more programs.  The one or more programs are stored in the memory and configured to be executed by the one or more processors.  The one or more programs include instructions for detecting a movement of an object on or near the touch screen display and instructions for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement.  The one or more programs also include instructions for displaying an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display.  The one or more programs further include instructions for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

[0013]      In accordance with some embodiments, a computer-program product is disclosed, comprising a computer readable storage medium and a computer program mechanism embedded therein.  The computer program mechanism comprises instructions, which when executed by a device with a touch screen display, cause the device to detect a movement of an object on or near the touch screen display and to translate an electronic

APLNDC00024753

document displayed on the touch screen display in a first direction, in response to detecting the movement. The instructions also cause the device to display an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display. The instructions further cause the device to translate the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

[0014]     In accordance with some embodiments, a device with a touch screen display is disclosed. The device comprises means for detecting a movement of an object on or near the touch screen display and means for translating an electronic document displayed on the touch screen display in a first direction, in response to detecting the movement. The device also comprises means for displaying an area beyond an edge of the electronic document if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display. The device further comprises means for translating the document in a second direction until the area beyond the edge of the document is no longer displayed, after the object is no longer detected on or near the touch screen display.

[0015]     In accordance with some embodiments, a computer-implemented method for use in conjunction with a device with a touch screen display is disclosed. In the method, a movement of an object on or near the touch screen display is detected. In response to detecting the movement, a list of items displayed on the touch screen display is scrolled in a first direction. If a terminus of the list is reached while scrolling the list in the first direction while the object is still detected on or near the touch screen display, an area beyond the terminus of the list is displayed. After the object is no longer detected on or near the touch screen display, the list is scrolled in a second direction opposite the first direction until the area beyond the terminus of the list is no longer displayed.

[0016]     In accordance with some embodiments, a graphical user interface on a device with a touch screen display is disclosed, comprising a portion of a list of items displayed on the touch screen display and an area beyond a terminus of the list. In response to detecting a movement of an object on or near the touch screen display, the list is scrolled in a first direction. If the terminus of the list is reached while scrolling the list in the first direction

APLNDC00024754