EXHIBIT 3.10

6) In a capacitive sensor that measures the capacitance to a ground of a plate, the plate electrically connected to the ground by a shunting conductor that is not part of the sensor, the shunting conductor substantially conducting electrical current pulses having durations greater than a first predetermined value, the shunting conductor not

5    conducting current pulses having durations substantially less than a second predetermined value, an improved capacitive measurement means comprising:

a source of dc voltage;

pulse generating means generating a charging pulse and a subsequent discharging pulse, at least one of the charging and the discharging pulses having a duration less than the second

10    predetermined value;

a charging switch having an open state and a closed state, the charging switch moving from its open to its closed state responsive to the charging pulse, the charging switch connecting the voltage source to the plate when in its closed state, the charging switch otherwise disconnecting the voltage source from the plate;

15    a discharging switch having an open state and a closed state, the discharging switch moving from its open state to its closed state responsive to the discharging pulse, the discharging switch connecting the plate to a charge measuring means when in its closed state, the discharging switch otherwise not connecting the plate to the charge measuring means;

20    whereby a quantity of charge representative of the capacitance of the plate is transferred to the charge measurement means.

7) The capacitive sensor of Claim 6 further comprising a controller having an output responsive to a change in the measured capacitance, the change associated with motion of an object proximate the plate.

25    8) The capacitive sensor of Claim 6 wherein the charge measurement means comprises a charge detecting capacitor.

9) The capacitive sensor of Claim 8 further comprising an analog to digital converter electrically connected

30    intermediate the charge detecting capacitor and a microprocessor, the analog to digital converter controlled by the microprocessor to provide a digital representation of a voltage across the detection capacitor.

10) The capacitive sensor of Claim 8 further comprising a charge subtractor controlled by the microprocessor to subtract a predetermined quantity of charge from the charge detecting capacitor.

35    11) The capacitive sensor of Claim 8 wherein the charge measurement means further comprises a reset transistor and wherein both the charging and the discharging switches comprise transistors.

12) The capacitive sensor of Claim 6 further comprising means controlling the pulse generating means to supply a

40    predetermined number of the charging pulses and the same predetermined number of the discharging pulses, each of the discharging pulses being generated subsequent to one of the charging pulses and before the next sequential

**AMENDED SHEET (ARTICLE 19)**

APLNDC00026040

one of the charging pulses, whereby the charging and discharging switches close in sequence the predetermined number of times.

13) The capacitive sensor of Claim 6 further comprising means controlling the pulse generating means to wait an interval having a pseudo-random duration subsequent to the charging and discharging switches closing in sequence the predetermined number of times and to thereafter again supply the predetermined number of the charging and the discharging pulses.

14) The capacitive sensor of Claim 6 further comprising means controlling the pulse generating means to supply a predetermined number of the charging pulses and the predetermined number of the discharging pulses, each of the discharging pulses being generated subsequent to one of the charging pulses and before the next sequential one of the charging pulses, whereby the charging and discharging switches close in sequence the predetermined number of times.

15) The capacitive sensor of Claim 6 wherein the shunting conductor comprises water spilled about a spout and wherein the charge measurement means supplies an input to a controller having a stored value representative of a predetermined value of the input , the controller providing a control output controlling an electrically-actuated valve to open when the input exceeds the predetermined value, the valve, when open, supplying water to the spout.

16) The capacitive sensor of Claim 15 wherein the spout comprises a bubbler portion of a water fountain, wherein the plate comprises a  metallic basin of the water fountain, the basin having no metallic electrical connection to a grounded metallic portion of the water fountain.

17) The capacitive sensor of Claim 15 wherein a metal body adjacent a wash-basin comprises the spout and the plate, the apparatus further comprising a dielectric tubular member conveying water from the valve to the spout..

18) The capacitive sensor of Claim 6 wherein the charging pulse has a duration less than the second predetermined value.

19) The capacitive sensor of Claim 18 wherein the discharging pulse has a duration less than the second predetermined value.

20) The capacitive sensor of Claim 6 wherein the discharging pulse has a duration less than the second predetermined value.

**AMENDED SHEET (ARTICLE 19)**

PCT/US96/20664

28

21) In a capacitive sensor sensing an object adjacent thereto by measuring the capacitance to an electric ground of
a plate connected to the ground by a shunting conductor that is not a portion of the sensor, the shunting
conductor substantially conducting electrical current pulses having durations greater than a first predetermined
value, the shunting conductor substantially not conducting current pulses having durations less than a second
5    predetermined value, a method of measuring the capacitance, the method comprising the steps of:

   a)   closing a charging switch to connect the plate to a source of charging voltage for a charging
        interval having a predetermined charging duration and thereafter opening the charging
        switch to disconnect the plate from the voltage source;

10
   b)   closing a discharging switch to connect the plate to a charge measurement means having an
        output representative of the electrical charge transferred thereinto, the plate connected to
        the charge measurement means for a discharging interval having a predetermined discharge
        duration, and thereafter opening the discharging switch; and

15
   c)   reading the output of the charge measurement means,

   wherein at least one of the charging and discharging durations is less than the second predetermined value.

20   22) The method of Claim 21 wherein both the charging duration and the discharging duration are less than the
     second predetermined value..

     23) The method of Claim 21 wherein the step of closing the discharging switch is carried out only after the
     charging switch has been opened to disconnect the plate from the voltage source.

25
     24) The method of Claim 21 comprising an additional step b1 intermediate step b) and step c) of repeating steps a)
     and b) a predetermined number of times before carrying out step c).

     25) The method of Claim 21 comprising additional steps b1 and b2 intermediate steps b) and c) of:
30   b1) waiting for a delay time interval having a duration less than the first predetermined value, and
     b2) repeating steps a), b) and b1) a predetermined number of times before doing step c).

     26) The method of Claim 21 comprising additional steps b1 and b2 intermediate steps b) and c) of:
     b1) waiting for a delay time interval having a duration greater than the first predetermined value, and
35   b2) repeating steps a), b) and b1) a predetermined number of times before doing step c).

     27) The method of Claim 21 wherein the charge measurement means comprises a charge detecting capacitor, and
     wherein step c) comprises the substeps of : c1) connecting the charge detecting capacitor to an analog-to-digital
     converter; c2) digitizing the magnitude of a voltage on the detection capacitor; and c3) communicating the
40   digitized voltage to a microprocessor.

### AMENDED SHEET (ARTICLE 19)

APLNDC00026042

29

28) In a capacitive sensor measuring a change in capacitance between a capacitive coupling plate and an electrical ground, the change in capacitance operatively associated with the presence of a user proximate the plate, the sensor having an output to a control means for controlling the actuation of an electrically-operated valve supplying water

5     to a spout, an improvement comprising:

        a means of generating electrical pulses;

        a source of DC voltage;

        a charging switch intermediate the voltage source and the plate, the charging switch having a closed state electrically connecting the source to the plate and an open state electrically

10         disconnecting the source from the plate, the charging switch switching between the closed and the open states responsive to a first pulse from the pulse generating means;

        a discharging switch intermediate the plate and a charge measuring means having an output, the discharging switch having a closed state electrically connecting the plate to the charge measuring means and an open state electrically disconnecting the plate from the charge measuring means,

15         the discharging switch switching between the closed and the open states responsive to a second pulse from the pulse generating means; and

wherein the control means stores a predetermined electric charge value, the control means receiving the output of the charge measuring means and controlling the valve to be open if the output from the charge measuring means is

20     greater than the predetermined charge value, the control means otherwise controlling the valve to be closed.

29) Apparatus of Claim 28 wherein the spout comprises a water fountain bubbler, wherein the coupling plate comprises a portion of a basin of the water fountain, the basin of the water fountain having no metallic conducting path to a grounded metallic portion of the water fountain.

25

30) Apparatus of Claim 28 further comprising a dielectric tubular member connected intermediate the valve and a metal body, the metal body comprising both the spout and the coupling plate, the metal body electrically connected to the controller.

30    31) The improved sensor of Claim 28 wherein the first pulse has a first duration when the valve is closed and a second duration, longer than the first duration, when the valve is open, and wherein the second pulse has a third duration when the valve is closed and a fourth duration, longer than the third duration, when the valve is open.

32) Apparatus of Claim 28 wherein the control means comprises means replacing the stored predetermined charge

35    value with a second stored predetermined charge value responsive to an input representative of a change in an ambient condition.

**AMENDED SHEET (ARTICLE 19)**

30

41) A method of operating a capacitive sensor wherein the presence of an object proximate the sensor is detected by measuring a change in a capacitance to an electrical ground of a sensing plate, the method comprising the steps of:

5

 a) setting an output of a charge detector to a first predetermined voltage;

 b) charging the plate from a DC voltage source to a second predetermined voltage;

10

 c) connecting, for a predetermined discharging interval, the plate to the charge detector; and

 d) digitizing the output of the charge detector;

 e) storing the digitized output of the charge detector as a value in a memory operatively associated with a microprocessor;

15

 f) setting the output voltage of the charge detector to the first predetermined voltage;

 g) repeating steps b) through d); and

20

 h) combining, by means of an algorithm performed by the microprocessor, the current digitized output of the charge detector and the value earlier stored in the memory.

42) The method of Claim 41 further comprising a step subsequent to step c) and prior to step g) of waiting for an interval of pseudo-random duration.

25

43) The method of Claim 41 further comprising a step intermediate steps b) and d) of reducing, by means of a charge subtractor circuit, the output voltage of the charge detector by a predetermined incremental value.

30

44) The method of Claim 41, wherein the plate is connected to a shunting conductor that is not a portion of the sensor, the shunting conductor substantially conducting electrical current pulses having durations greater than a first predetermined duration, the shunting conductor substantially not conducting current pulses having durations less than a second predetermined duration, and wherein the predetermined discharging interval is shorter than the second predetermined duration..

35

45) The method of Claim 41 further comprising a step intermediate steps c) and d) of repeating steps b) through c) a predetermined number of times.

46) The method of Claim 41 further comprising a step b1) intermediate steps b) and c) of: b1) disconnecting the plate from the DC voltage source.

40

**AMENDED SHEET (ARTICLE 19)**

APLNDC00026044

47) A method of operating a capacitive sensor wherein the presence of an object proximate the sensor is detected by measuring a change in a capacitance to an electrical ground of a sensing plate, the method comprising the steps of:

5

    a) setting an output of a charge detector to a first predetermined voltage;

    b) connecting the plate to a source of DC voltage for a charging interval having a first predetermined duration;

10

    c) connecting, for a discharging interval having a second predetermined duration, the plate to the charge detector;

    d) disconnecting the plate from the charge detector; and

15

    e) digitizing the output of the charge detector, the digitized output representing the capacitance;

    f) storing the digitized output of the charge detector as a value in a memory operatively associated with a microprocessor;

20

    g) repeating steps b) through e); and

    h) combining, by means of an algorithm performed by the microprocessor, the current digitized output of the charge detector and the value earlier stored in the memory.

25

48) The method of Claim 47 further comprising a step following step d) of repeating steps b) through d) a predetermined number of repetitions.

49) The method of Claim 47 further comprising a step intermediate steps b) and e) of reducing, by means of a charge subtractor circuit, the output voltage of the charge detector for a predetermined incremental value

30

50) The method of Claim 47, wherein the plate is connected to a shunting conductor that is not a portion of the sensor, the shunting conductor substantially conducting electrical current pulses having durations greater than a first predetermined duration, the shunting conductor substantially not conducting current pulses having durations less than a second predetermined duration, and wherein the predetermined discharging interval is shorter than the second predetermined duration.

35

51) The method of Claim 47 further comprising a step b1) intermediate steps b) and c) of: b1) disconnecting the plate from the DC voltage source.

40

**AMENDED SHEET (ARTICLE 19)**

APLNDC00026045

32

52) A method of operating a capacitive sensor wherein the presence of an object proximate the sensor is detected by measuring a change in a capacitance to an electrical ground of a sensing plate, the method using a DC voltage source and a charge detector, the method comprising the steps of:

5        a) setting an output of the charge detector to a first predetermined value;

         b) charging the plate from the DC voltage source to a second predetermined value;

         c) connecting, for a predetermined discharging interval, the plate to the charge detector;

10       d) repeating steps b) and c) a first predetermined number of times, the first predetermined number equal to or greater than zero;

         e) measuring the output of the charge detector;

15       f) storing the measured output as a representation of the capacitance;

         g) repeating steps a) through f) a second predetermined number of times, thereby obtaining one more than the second predetermined number of representations of the capacitance; and

20       h) combining the one more than the second predetermined number of representations of the capacitance to create an aggregate representation of the capacitance.

**AMENDED SHEET (ARTICLE 19)**

APLNDC00026046

Statement under Article 19(1)

Amendments are made to clearly distinguish the invention from the prior art. The present invention provides a "single-plate" capacitive sensor in which changes in the capacitance between a single sensing plate and a ground are indicative of an object proximate the sensor. The Kerber reference, cited in the International Search Report, describes a "double-plate" charge transfer capacitive measurement arrangement requiring portions of the sensing circuit to be directly connected to both plates of a capacitor under test. Kerber provides no teaching on proximity sensing, nor is his arrangement adaptable thereto. The cited Gorski reference describes a dual-plate capacitive proximity sensor that does not use charge transfer methods.

APLNDC00026047

WO 97/23738
PCT/US96/20664

1/9



Figure 1

APLNDC00026048

WO 97/23738                                                    PCT/US96/20664

2/9



*Figure 2*



*Figure 3*

APLNDC00026049

WO 97/23738                                                    PCT/US96/20664

3/9

*Figure 4*



APLNDC00026050

WO 97/23738                                          PCT/US96/20664

4/9

*Figure 5*



APLNDC00026051

WO 97/23738





PCT/US96/20664

APLNDC00026052



Figure 7

WO 97/23738

PCT/US96/20664

9/9

APLNDC00026053

**WO 97/23738**                                         **PCT/US96/20664**

7/9



*Figure 8*

APLNDC00026054

8/9



*Figure 9*

APLNDC00026055

9/9



Figure 10

## INTERNATIONAL SEARCH REPORT

| | |
|---|---|
| Inte .ional application No. | PCT/US96/20664 |

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

IPC(6)   :F16K 31/06; E03C 1/05; G01R 27/26
US CL   : 251/129.04; 4/623; 239/24; 324/678
According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)

  U.S. :   251/129.04; 4/623; 239/16,24; 222/52; 324/677,678

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X<br>---<br>Y | US 4,806,846 A (KERBER) 21 February 1989, fig. 1 and col. 2, line 58 through col. 6, line 5. | 1,3,6,8,12,14, 21-23<br>----------<br>4,5,7,13,18-20,24-26,28,33,34,39,41, 42,44-48,50-55 |
| Y | US 3,333,160 A (GORSKI) 25 July 1967, fig. 2 and col. 2, line 23 through col. 4, line 64. | 7,28,33,34,39, 41,42,44-48,50-55 |
| Y | US 5,159,276 A (REDDY, III) 27 October 1992, figs. 3 and 5 and col. 3, line 58 through col. 6, line 40. | 4,5,13 |

☐   Further documents are listed in the continuation of Box C.          ☐          See patent family annex.

| | | | |
|---|---|---|---|
| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier document published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 21 APRIL 1997 | 1 4 MAY 1997 |

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Commissioner of Patents and Trademarks<br>Box PCT<br>Washington, D.C. 20231 | JOHN RIVELL |
| Facsimile No.   (703) 305-3230 | Telephone No.   (703) 308-2599 |

Form PCT/ISA/210 (second sheet)(July 1992)*

APLNDC00026057

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**



**(19) World Intellectual Property Organization**
International Bureau

**(43) International Publication Date**
23 October 2003 (23.10.2003)

**PCT**

**(10) International Publication Number**
**WO 03/088176 A1**

**(51) International Patent Classification⁷:** G08C 21/00, G09G 3/02

**(21) International Application Number:** PCT/US03/11015

**(22) International Filing Date:** 10 April 2003 (10.04.2003)

**(25) Filing Language:** English

**(26) Publication Language:** English

**(30) Priority Data:**
60/372,009    11 April 2002 (11.04.2002)    US
10/338,765    7 January 2003 (07.01.2003)    US

**(71) Applicant:** SYNAPTICS, INC. [US/US]; 2381 Bering Drive, San Jose, CA 95131 (US).

**(72) Inventors:** TRENT, Raymond, A., Jr.; 1177 Hanchett Avenue, San Jose, CA 95126 (US). SHAW, Scott, J.; 4221 San Juan Avenue, Fremont, CA 94536 (US). GILLESPIE, David, W.; 16100 Soda Springs Road, Los Gatos, CA 95033 (US). HEINY, Christopher; 2381 Bering Drive, San Jose, CA 95131 (US). HUIE, Mark, A.; 801 Walnut Street #9, San Carlos, CA 94070 (US).

**(74) Agent:** COPPES-GATHY, Nicole, E.; Sierra Patent Group, Ltd., P.O. Box 6149, Stateline, NV 89449 (US).

**(81) Designated States** *(national):* AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NI, NO, NZ, OM, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, TJ, TM, TN, TR, TT, TZ, UA, UG, UZ, VC, VN, YU, ZA, ZM, ZW.

**(84) Designated States** *(regional):* ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PT, RO, SE, SI, SK, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*
— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

**(54) Title:** CLOSED-LOOP SENSOR ON A SOLID-STATE OBJECT POSITION DETECTOR



**(57) Abstract:** The technical features mentioned in the abstract do not include a reference sign between parentheses (PCT Rule 8.1(d)). The present invention discloses an object position detector. The object position detector comprises a touch sensor (10) formed as a closed loop (12) and having a physical constraint formed on an upper surface of the touch sensor (10) and coextensive with the closed loop (12). The touch sensor (10) is configured to sense motion of an object proximate to the closed loop (12). The object position detector also comprises a processor (16) coupled to the touch sensor (10) and is programmed to generate an action in response to the motion on the touch sensor (10).

WO 03/088176 A1

BEST AVAILABLE COPY

APLNDC00026058

WO 03/088176                                                      PCT/US03/11015

5

## CLOSED-LOOP SENSOR ON A SOLID-STATE OBJECT
## POSITION DETECTOR

10

### BACKGROUND

User interfaces on digital information processing devices often have more information and options than can be easily handled with buttons or other physical controls. In particular, scrolling of documents and data, selection of menu items, and continuous value controls, such as volume controls, can be difficult to control with buttons and general purpose pointing devices. These buttons and pointing devices are inherently limited in how far they can move or how many options can be selected. For example, a computer mouse, though it can move a pointer or cursor indefinitely, has limits to how far it can move without being picked up and repositioned, which limits its usability in these situations.

Solutions to this problem have included:

a. Keys, such as "page up" and "page down" and arrow keys, that are specifically designated to maneuver through or control data;

b. Provisions for scrollbars in a user interface which can be used to scroll data long distances by using a standard computer pointing device controlling a cursor;

c. Similarly controlled (as in b.) hierarchical menus or choices;

d. Graphical user interface elements such as "slider bars" and "spin controls" to vary a parameter over an arbitrary range;

e. Scrolling "wheels" on standard pointing devices;

f. Physical knob controls, which, when used to control a user interface are often referred to in the art as "jog dials". Some knobs and dials output quadrature signals to indicate direction of motion;

g. Trackballs that rely on optically or mechanically sensed spherical controls to provide two-dimensional sensing; and

h. A capacitive two-dimensional object position sensor that can be used for scrolling by providing a "scrolling region", where users can slide their fingers to generating scrolling actions.

1

APLNDC00026059

5        The disadvantages of these prior solutions are as follows:

        a.    Designated Keys: These typically require designated space on the keyboard as well as supporting electronics and physical structures. Keys usually limit the control they offer to the user over the information being scrolled or the function being performed to distinct values. For example, page up and page down keys enable the user to
10    increment through a document at a constant rate of page by page only.

        b.    Scroll bars controlled by a pointing device and a cursor: These elements require the user to move long distances across a display and/or select relatively small controls in order to scroll the data. Additionally, these scroll bars take up room on the display that can be used for other purposes.

15        c.    Hierarchical menus controlled by a pointing device or by key combinations: These have a similar problem to scroll bars, in terms of the complexity of the targeting task that faces the user. First, the user must hit a small target near the edge of a screen, and then the user must navigate along narrow paths to open up additional layers of menu hierarchy. Shortcut keys, which usually consist of key combinations, are typically
20    non-intuitive and hard to remember.

        d.    "Sliders" and "spin controls" controlled by a pointing device or by key combinations: These have targeting problems similar to scroll bars and hierarchical menus (sometimes exacerbated by the targets usually being even smaller than in the cases of scrollbars and menus).

25        e.    Physical Scroll Wheels on mice: The user is unable to scroll very far with these wheels due to mechanical limitations in how far the user can move the wheel in a single stroke. These mechanical limitations are because of the construction of the wheel itself or because of interactions between the wheel and nearby physical features (such as the wheel mounting or the device housing). The limits on the practical/comfortable length of
30    the basic finger motion also severely restrict the ability of the user to scroll significant distances in one stroke. Additionally, these wheels are mechanically complex and take up a lot of space.

        f.    Physical knobs or "Jog Dial" controls: These have the disadvantages of being relatively large and mechanically complex. Similar to the scroll wheel, the knob or
35    dial requires some amount of friction to limit accidental activation, which increases the difficulty of fine adjustments. Additionally, it is difficult to use a physical knob or dial with a great degree of accuracy, and the knob or dial inherently has inertia that may cause

2

APLNDC00026060

WO 03/088176
SYN-113PCT

PCT/US03/11015

5     overshoot in large motions.  The physical knobs or dials are often mechanically limited in
      range of rotation imposed by the construction or by the interactions of the knob or dial with
      nearby physical features.

              g.      Trackballs: These are similar to the physical knobs in that they have
      the disadvantages of being bulky and mechanically complex.  The trackball is difficult to use
10    with a great degree of accuracy, and the trackball inherently has inertia that may cause
      overshoot in large motions.  Additionally, the trackball presents additional complexity in
      that it presents control of two dimensions of motion in a way that makes it difficult for users
      to limit their inputs to a single dimension.  Finally, the input is limited either by the
      construction of the trackball and its housing, or by natural limits on comfortable/practical
15    finger motion, or both.

              h.      Scroll Regions: These are limited by the physical limitation that a
      user's finger will eventually reach the end of the scrolling region and the user will have to
      lift their finger, replace it on the sensor inside the region, and continue the motion.  The user
      must perform many repetitive motions of the same finger to scroll long distances with a
20    scroll region.

              The disadvantages of the prior art can be remedied by devising a user interface that
      enables scrolling, selecting, and varying controls over a long range of possible positions and
      values.


25                                    SUMMARY
              The drawbacks and disadvantages of the prior art are overcome by a closed-loop
      sensor on a solid-state object position detector.

              The present disclosure discloses a solid-state object position detector.  The solid-state
      object position detector comprises a touch sensor formed as a closed loop having a physical
30    constraint formed on an upper surface of the touch sensor and coextensive with the closed
      loop.  The touch sensor is configured to sense motion of an object proximate to the closed
      loop.  The object position detector also comprises a processor coupled to the touch sensor
      and is programmed to generate an action in response to the motion on the touch sensor.

              The present disclosure also discloses a solid-state object position detector,
35    comprising a two-dimensional touch sensor having a tactile guide formed on an upper
      surface of, and coextensive with, the two-dimensional touch sensor.  The two-dimensional
      touch sensor is configured to sense motion of an object proximate to the two-dimensional

                                         3

APLNDC00026061

WO 03/088176                                                        PCT/US03/11015
SYN-113PCT

5      touch sensor. The solid-state object position detector also comprises a processor coupled to
       the two-dimensional touch sensor and configured to report only one variable indicating the
       position, such as the angular position, of an object proximate to the two-dimensional touch
       sensor. The processor is programmed to generate an action in response to the motion on the
       two-dimensional touch sensor.

10           The present disclosure also discloses a combination comprising a solid-state object
       position detector, a pointing input device, and a processor. The solid-state object position
       detector has a touch sensor formed as a closed loop. The solid-state object position detector
       has a tactile guide formed on an upper surface of the touch sensor and coextensive with the
       closed loop. The touch sensor is configured to sense a first position of an object proximate
15     to the closed loop. The pointing input device is disposed proximate to the solid-state object
       position detector and is configured to sense a first pointing input of a user. The processor is
       coupled to the solid-state object position detector and to the pointing input device. The
       processor is programmed to generate at least one action in response to the first position and
       at least one action in response to the first pointing input. The pointing input device can be a
20     mouse, a touch pad, a pointing stick, a slider, a joystick, a touch screen, a trackball or
       another solid-state object position detector.

             The present disclosure also discloses another embodiment of a combination
       comprising a solid-state object position detector, a control input device, and a processor.
       The solid-state object position detector has a touch sensor formed as a closed loop. The
25     solid-state object position detector has a tactile guide formed on an upper surface of the
       touch sensor and coextensive with the closed loop. The touch sensor is configured to sense a
       first position of an object proximate to the closed loop. The control-input device is disposed
       proximate to the solid-state object position detector and is configured to sense a first control
       input of a user. The processor is coupled to the solid-state object position detector and to the
30     control input device. The processor is programmed to generate at least one action in
       response to the first position and at least one action in response to the first control input.
       The control input device can be a button, a key, a touch sensitive zone, a scrolling region, a
       scroll wheel, a jog dial, a slider, a touch screen, or another solid-state object position
       detector.

35           The present disclosure also discloses a solid-state object position detector,
       comprising a touch sensor having a first electrode and a plurality of second electrodes
       disposed in a one-dimensional closed loop and proximate to the first electrode. The solid-

4

APLNDC00026062

5      state object position detector also comprises a processor coupled to the touch sensor. The
processor generates an action in response to user input on the touch sensor. The complexity
of the sensing circuitry used in the plurality of second electrodes can be reduced, such that
when only relative positioning is necessary, at least two of the plurality of second electrodes
are electrically connected or wired together.

10      The present disclosure also discloses a combination comprising a solid-state object
position detector, a touch pad, and a processor. The solid-state object position detector
comprises a touch sensor having a first electrode and a plurality of second electrodes
disposed in a one-dimensional closed loop and proximate to the first electrode. The touch
pad has a plurality of X electrodes and a plurality of Y electrodes. The first electrode is

15      electrically coupled to at least one of the plurality of X electrodes and the plurality of Y
electrodes. The processor is coupled to the touch sensor and to the input device. The
processor generates an action in response to user input on at least one of the touch sensor
and the touch pad. The complexity of the sensing circuitry used in the plurality of second
electrodes can be reduced, such that when only relative positioning is necessary, at least two

20      of the plurality of second electrodes are electrically connected or wired together.

The present disclosure also discloses a solid-state object position detector,
comprising a touch sensor having a plurality of interleaving electrodes disposed proximate
to a one-dimensional closed loop; wherein each electrode is interdigitated with an adjacent
neighboring electrode. The solid-state object position detector also comprises a processor

25      coupled to the touch sensor. The processor generates an action in response to user input on
the touch sensor.

The present disclosure also discloses a solid-state object position detector,
comprising a touch sensor having a plurality of self-interpolating electrodes disposed
proximate to a closed loop. The solid-state object position detector also comprises a

30      processor coupled to the touch sensor. The processor generates an action in response to user
input on the touch sensor.

The present disclosure also discloses a method of calculating a position of an object
on an object position detector comprising receiving positional data from the object on a
touch sensor having a closed loop and interpolating the positional data to determine a

35      position of the object on the one-dimensional closed loop. The interpolating aspect of the
method further includes performing a quadratic fitting algorithm, a centroid interpolation

5

APLNDC00026063

WO 03/088176                                                    PCT/US03/11015
SYN-113PCT

5      algorithm, a trigonometric weighting algorithm, or a quasi-trigonometric weighting
       algorithm.

              The present disclosure also discloses a method of determining motion of an object on
       a touch sensor of an object position detector. The method comprises receiving data of a first
       position of the object on a closed loop on a touch sensor of the object position detector,
10     receiving data of a second position of the object on the closed loop, and calculating motion
       from the second position and the first position. The method can further comprise
       determining if the motion is equal to or greater than a maximum angle and adjusting the
       motion based on whether the motion is equal or greater than the maximum angle. The
       method of adjusting the motion can be subtracting 360° from the motion. The method can
15     further comprise determining if the motion is less than a minimum angle and adjusting the
       motion based on whether the motion is less than the minimum angle. The method of
       adjusting the motion can be adding 360° to the motion.


                                BRIEF DESCRIPTION OF FIGURES

20             Referring now to the figures, wherein like elements are numbered alike:

               FIG. 1 illustrates a block diagram of a solid-state closed-loop sensor;

               FIG. 2 illustrates a location of a closed-loop sensor on a laptop near a keyboard;

               FIG. 3 illustrates a closed-loop sensor disposed on a conventional pointing device;

               FIG. 4 illustrates wedge-shaped electrodes of a closed-loop sensor;

25             FIG. 5 illustrates lightning-bolt-shaped electrodes of a closed-loop sensor;

               FIG. 6 illustrates triangle-shaped electrodes of a closed-loop sensor;

               FIG. 7 illustrates rectangular-shaped electrodes that may be used in a linear section
       of a closed-loop sensor;

               FIG. 8 illustrates rectangular-shaped electrodes that may be used in a rectangular-
30     shaped closed-loop sensor;

               FIG. 9 illustrates another example of triangle-shaped electrodes of a closed-loop
       sensor;

               FIG. 10 illustrates spiral-shaped electrodes of a closed-loop sensor;

               FIGS. 11 to 17 illustrate various shapes of the path utilized on a closed-loop sensor;

35             FIG. 18 illustrates a cross-sectional view of V-shaped depressed grooves that define
       the path on a closed-loop sensor;


                                             6


APLNDC00026064

WO 03/088176
SYN-113PCT

PCT/US03/11015

5      FIG. 19 illustrates a cross-sectional view of a raised projection that defines the path on a closed-loop sensor;

FIG. 20 illustrates a cross-sectional view of U-shaped depressed grooves that define the path on a closed-loop sensor;

FIG. 21 illustrates a cross-sectional view of a bezel that defines the path on a closed-

10    loop sensor;

FIGS. 22 and 23 illustrate the motions of an input object on a closed-loop sensor and the effects on a host device;

FIG. 24 illustrates a motion on a closed-loop sensor for navigating menus;

FIG. 25 illustrates a motion on a closed-loop sensor for vertically navigating menus

15    using an additional key;

FIG. 26 illustrates a motion on a closed-loop sensor for horizontally navigating within open menus;

FIG. 27 illustrates a motion on a closed-loop sensor for a value setting control;

FIG. 28 illustrates a closed-loop sensor electrically connected to a touch pad;

20    FIG. 29 illustrates the potential electrical connections of two closed-loop sensors to a touch pad;

FIG. 30 illustrates several closed-loop sensors electrically connected to a touch pad;

FIG. 31 illustrates two closed-loop sensors with indicator electrodes electrically connected to a touch pad;

25    FIG. 32 illustrates a graph of the signals from a closed-loop sensor with an indicator electrode electrically connected to a touch pad;

FIG. 33 illustrates a top view of an exemplary closed-loop sensor;

FIG. 34 illustrates a side view of the cross-section of the exemplary closed-loop sensor of FIG. 33;

30    FIG. 35 illustrates the lightning-bolt-shaped electrodes of an exemplary closed-loop sensor having an interior opening and four exterior regions;

FIG. 36 illustrates a plurality of closed-loop sensors to vary the settings of audio controls;

FIG. 37 illustrates two sets of two closed-loop sensors formed concentrically about a

35    single origin for an audio system;

FIG. 38 illustrates four closed-loop sensors for an audio system formed in concentric circles about a single origin;

7

APLNDC00026065

5       FIG. 39 is a flow chart of a method of calculating a position of an object on a closed-loop sensor by performing a quadratic fitting algorithm;

FIG. 40 is a graph of the second quadratic fitting step in which the three capacitance measurements from the three adjacent electrodes are fitted to an inverted parabola;

FIG. 41 is a flow chart of a method of calculating a position of an object on a closed-

10    loop sensor by performing a centroid interpolation algorithm;

FIG. 42 is a flow chart of a method of calculating a position of an object on a closed-loop sensor by performing a trigonometric weighting algorithm;

FIG. 43 is a flow chart of a method of calculating a position of an object on a closed-loop sensor by performing a quasi-trigonometric weighting algorithm;

15    FIG. 44 is a flow chart of a method of determining relative motion of an object on a closed-loop sensor; and

FIG. 45 is a flow chart of a method of using the angular component to determine the sign of the traversal along the closed-loop path.

20                          DETAILED DESCRIPTION

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the present invention will readily suggest themselves to such skilled persons.

An object position detector is disclosed comprising a touch (or proximity) sensor (or

25    touch pad or touch screen or tablet), such as a capacitive, resistive, or inductive sensor designed to sense motions along a substantially closed loop, and referred to herein as a closed-loop sensor. This closed-loop sensor can be used to enhance the user interface of an information-processing device. A loop area on a closed-loop sensor can be defined by a tactile guide. Preferably, the closed-loop sensor is defined by a physical constraint. The

30    position of an input object (or finger or pointer or pen or stylus or implement) is measured along this loop. When the input object moves along this loop, a signal (or instruction) is generated that causes an action at the host device. For example, when the input object moves in the clockwise direction along this loop, a signal is generated that can cause the data, menu option, three dimensional model, or value of a setting to traverse in a particular

35    direction; and when the input object moves in the counter-clockwise direction, a signal is generated that can cause traversal in an opposite direction. This looping motion of the input object within the loop area need only be partially along the loop, or if the looping motion

8

APLNDC00026066

5      completes one or more loops, be approximate and notional.  A strict loop can imply that the
input object would eventually return to exactly the same position on the sensor at some
point.  However, the sensor may report the input object's position with greater accuracy than
the input object can actually repeatably indicate a position.  Hence, enabling the sensor to
accept a close approximation to a loop as a completed loop is desirable.

10      A closed-loop sensor can be physically designed or electrically laid out in such a way
as to naturally report in only one coordinate.  This single coordinate design, which will be
referred to as "one-dimensional" within this document, is one-dimensional in that the closed-
loop sensor inherently outputs information only in one variable; the closed-loop sensor itself
may physically span two or more dimensions.  For example, a closed-loop sensor can consist
15      of a loop of capacitive electrodes arranged along the perimeter of a closed loop of any shape
herein described.  The absolute position of the input object on a one-dimensional closed-
loop sensor can be reported in a single coordinate, such as an angular ($\theta$) coordinate, and the
relative positions (or motions) of the input object can be reported in the same (such as
angular) units as well.

20      The operation of the present invention with a host device is illustrated in the block
diagram of FIG. 1.  A signal is generated at the closed-loop sensor 10 and is then decoded by
the closed-loop path decoder 12.  A message is generated by the message generator 14 and
the message is transmitted to the host device 16.  The host device 16 then interprets the
message and causes the appropriate action on a display (not shown).

25      Host device 16 is a processing system.  The following is a description of an
exemplary processing system. However, the exact configuration and devices connected to
the processing system may vary.

The processing system has a Central Processing Unit  (CPU).  The CPU is a
processor, microprocessor, or any combination of processors and/or microprocessors that
30      execute instructions stored in memory to perform an application or process.  The CPU is
connected to a memory bus and an Input/Output (I/O) bus.

A non-volatile memory such as Read Only Memory (ROM) is connected to CPU via
the memory bus. The ROM stores instructions for initialization and other systems commands
of the processing system. One skilled in the art will recognize that any memory that cannot
35      be written to by the CPU may be used for the functions of the ROM.

A volatile memory such as a Random Access Memory (RAM) is also connected to
the CPU via the memory bus.  The RAM stores instructions for processes being executed

9

APLNDC00026067

5    and data operated upon by the executed processes. One skilled in the art will recognize that other types of memories, such as flash, DRAM and SRAM, may also be used as a volatile memory and that memory caches and other memory devices may also be connected to the memory bus.

10    Peripheral devices including, but not limited to, a storage device, a display, an I/O device, and a network connection device are connected to the CPU via an I/O bus. The I/O bus carries data between the devices and the CPU. The storage device stores data and instructions for processes unto a media. Some examples of a storage device include read/write compact discs (CDs), and magnetic disk drives. The display is a monitor or other visual display and associated drivers that convert data to a display. An I/O device is a keyboard, a pointing device or other device that may be used by a user to input data. A network device is a modem, Ethernet "card", or other device that connects the processing system to a network. One skilled in the art will recognize that exact configuration and devices included in or connected to a processing system may vary depending upon the operations that the processing system performs.

20    The closed-loop sensor (or several closed-loop sensors) can be disposed in any location that is convenient for its use with a host device, and optional other input devices. A host system can be a computer, a laptop or handheld computer, a keyboard, a pointing device, an input device, a game device, an audio or video system, a thermostat, a knob or dial, a telephone, a cellular telephone, or any other similar device. For example, the closed-loop sensor can be positioned on a laptop near the keyboard as illustrated in FIG. 2. The base 20 of the laptop is illustrated having a keyboard 22, a touch pad (or touch screen) 24, and a closed-loop sensor 26. Alternative positions include positioning the closed-loop sensor on or connecting it to a conventional computer or keyboard. FIG. 3 illustrates the closed-loop sensor 26 disposed on a conventional pointing device 28. Conventional pointing device 28 may have other features, such as left click or right click buttons, which are not shown.

The closed-loop sensor of the present invention can also be implemented as a stand-alone device, or as a separate device to be used with another pointing input device such as a touch pad or a pointing stick. The closed-loop sensor of the present invention can either use its own resources, such as a processor and sensors, or share its resources with another device. The closed-loop sensor can be a capacitive, resistive, or inductive touch or proximity (pen or stylus) sensor. A capacitive sensor is preferred, and is illustrated herein.

10

APLNDC00026068

WO 03/088176                                        PCT/US03/11015
SYN-113PCT

5          The closed-loop sensor can be implemented as a stand-alone sensor, which can then
        be used as a replacement for one or more knobs, sliders, or switches on any piece of
        electronic equipment.   In some cases, it might be desirable to provide visual feedback
        indicating the "current" setting of the virtual knob, such as a ring of light emitting diodes
        (LEDs) surrounding the closed-loop region.  An Etch-a-Sketch™ type of electronic toy can
10      be implemented using a single position detector with two closed-loop sensors or two
        position detectors with one closed-loop sensor each.   Many other toys and consumer
        appliances currently have knobs used in similar ways that can benefit from the present
        invention.

           The closed-loop sensor can have electrodes (or sensor pads) that are of various
15      shapes and designs (e.g., a simple wedge or pie-shape, a lightning-bolt or zigzag design,
        triangles, outward spirals, or the like) configured in a closed-loop path.   A closed-loop
        sensor 30 having wedge-shaped electrodes is illustrated in FIG. 4, while a closed-loop sensor
        34 having lightning-bolt-shaped electrodes is illustrated in FIG. 5.  The sensor pattern can be
        designed so that it can have continuous interpolation between the electrodes.   The sensor
20      pattern can also be designed so that the electrodes interleave between each other to help
        spread the user's input signal over several electrodes.

           FIG. 4 illustrates the wedge- (or pie-) shaped electrodes in a closed-loop capacitive
        sensor 30.  When an input object (or finger or pointer or stylus or pen or implement) is over
        first electrode 31, only the first electrode 31 senses the largest change in capacitance.  As the
25      input object moves clockwise toward electrodes 32 and 33, the signal registered by first
        electrode 31 gradually decreases as the signal registered by the second electrode 32
        increases; as the input object continues to move further clockwise toward third electrode 33,
        the first electrode 31 signal drops off and the third electrode 33 starts picking up the input
        object, and so on.  By processing the electrode signals in largely the same way as for a
30      standard linear sensor, and taking into account that there is no true beginning or end to the
        closed-loop sensor, the object position detector having the wedge sensor can interpolate the
        input object's position accurately.

           FIG. 5 illustrates the lightning-bolt-shaped electrodes in a closed-loop sensor 34.
        The lightning-bolt design helps spread out the signal associated with an input object across
35      many electrodes by interleaving adjacent electrodes.  The signals on a closed-loop sensor
        with lightning-bolt shaped electrodes are spread out in such a way that the electrode closest
        to the actual position of the input object has the largest signal, the nearby electrodes have the

11

APLNDC00026069

WO 03/088176
SYN-113PCT
PCT/US03/11015

5   next largest signal, and the farther electrodes have small or negligible signals.  However, comparing a lighting-bolt sensor with a wedge sensor with a similar size and number of electrodes, an input object on the lightning-bolt sensor will typically couple to more electrodes than in the wedge sensor.  This means that the lighting-bolt sensor will have more information about the input object's position than a wedge sensor, and this effect helps

10   increase sensor resolution and accuracy in sensing the input object's position.  For best results, the electrodes of the lightning bolt sensor need to be sufficiently jagged in shape such that the input object on the sensor will always cover more than one electrode.  The interleaving nature of this electrode design means that the spacing from one electrode to the next can be larger than in the wedge sensor while still providing similar resolution and

15   accuracy.  The spacing from one electrode to the next with such an interdigitated electrode design may even be considerably larger than the expected input object.

Another example is a closed-loop sensor 35 having triangle-shaped electrodes, as illustrated in FIG. 6.  In this case, the odd-numbered triangle-shaped electrodes (e.g. 37, 39) are wider toward the outer edge of the closed-loop area and narrower toward the inner edge

20   of the closed-loop area, while the even-numbered triangle-shaped electrodes (e.g. 36, 38) have the opposite positioning.  To compute the input object's angular position around the closed-loop sensor, the same interpolation algorithm used for other closed-loop sensors can be used.  As long as the input object is wide enough to cover at least two even-numbered electrodes (e.g., 36, 38) and at least two odd-numbered electrodes (e.g., 37, 39),

25   interpolation to calculate position along the loop will mostly compensate for the difference in the shapes of the even electrodes versus odd electrodes.  To compute the input objects radial position, or position between the inner and outer edges of the closed-loop sensor area, the total capacitance $C_{EVEN}$ on the even-numbered electrodes and similarly the total capacitance $C_{ODD}$ of the odd-numbered electrodes should be calculated.  The radial position

30   is given by $C_{ODD} / (C_{EVEN} + C_{ODD})$.  If only radial information is desired of the closed-loop sensor, then only two distinct electrode sets are needed – all of the odd-numbered electrodes can be electrically connected or wired together, and all of the even-numbered electrodes can be electrically connected or wired together.  The triangle design is also self-interpolating in the radial position in that the odd-number electrodes (e.g., 37, 39) will naturally increase in

35   signal and the even-number electrodes (e.g. 36, 38) will naturally decrease in signal, when the input object moves from the inner edge of the closed-loop sensor towards the outer edge of the closed-loop sensor; these natural effects facilitate determination of the radial position.

12

APLNDC00026070

WO 03/088176
SYN-113PCT
PCT/US03/11015

5      As shown in Figure 6, the odd-number electrodes (e.g., 37, 39) are larger in area than the even-number electrodes (e.g., 36, 38). This means that the odd-number electrodes (e.g., 37, 39) may produce a larger signal than the even-number electrodes (e.g., 36, 38) in response to the same type of input and cause the simple $C_{ODD} / (C_{EVEN} + C_{ODD})$ calculation of radial position to favor the outer edge. There are many ways to prevent the closed-loop

10    sensor 35 from biasing toward the outer edge when calculating radial position. For example, the signals from either the odd-number electrodes (e.g., 37, 39), or the even-number electrodes (e.g., 36, 38), or both, can be scaled based on size prior to calculating radial position, or the radial position produced can be adjusted based on electrode sizes. This unbalanced signal effect is due to having to accommodate the circular shape of closed-loop

15    sensor 35; for example, a linear sensor with triangular electrodes can easily have equally sized triangular electrodes.

      Rectangle-shaped electrodes 40, 41 can also be utilized, as illustrated in FIG. 7 and 8, respectively. Another example is a closed-loop sensor 42 having triangle-shaped electrodes that are rounded, similar to petals of a flower, as illustrated in FIG. 9. The design

20    shown in FIG. 9 is a method of reducing the unbalanced signal effect described above by adjusting the triangle electrodes such that all of the electrodes are similar in size. Another example of electrode shapes is shown by a closed-loop sensor 43 having spiral-shaped electrodes, as illustrated in FIG. 10.

      The closed-loop sensor generally utilizes sensor electrodes arranged along the shape

25    of a closed, or substantially closed, path (or loop). Several shapes may be used, although a circular path is preferred. FIGS. 11 to 17 illustrate various shapes contemplated. The shapes contemplated include a circle, an oval, a triangle, a square, a rectangle, an ellipse, a convex or concave polygon, a figure eight, a spiral, a complex maze-like path, and the like. Other more complex paths are possible and might be more desirable or more appropriate in

30    some situations. In addition, the loop sensor can also be nonplanar; for example, it may be arranged on the surface of a cylinder, a cone, a sphere, or other 3-D surface. Also, the loop path may be defined for input objects of various sizes, perhaps as small as a pen tip and as large as a hand.

      It is desirable to communicate a definition of the loop path to the user. There are

35    several means possible to define the path of the closed-loop sensor including tactile guides and physical constraints. As illustrated in FIGS. 18 and 20, a physical constraint in the form of a depressed groove can be used to define the path on the closed-loop sensor. The

13

APLNDC00026071

WO 03/088176                                                    PCT/US03/11015
SYN-113PCT

5    depressed groove can be U-shaped 46, V-shaped 44, or some other cross-sectional shape.
FIG. 19 illustrates the use of a physical constraint in the form of a raised ridge 45, while
FIG. 21 illustrates the use of a physical constraint in the form of a bezel 48 to define the path
on the closed-loop sensor.  Other tactile options are also contemplated, including a depressed
region, a cutout, a textured region, a tactile label (such as a label with embossing, stamping,

10   or raised printing), a rounded protrusion, and the like.  The path can also be indicated in a
non-tactile manner, such as by LCD projections, non-tactile graphics printed on a label
covering the sensor or on the sensor housing, or a display associated with a transparent
closed-loop sensor.  A tactile guide is preferred when practiced.

There are distinct advantages of having a tactile guide that help retain the input

15   object along the closed-loop path.  Without such a guide, the input object tends to stray as
the user cannot track the loop perfectly, and especially as the user shifts attention between
keeping the input object within the loop and monitoring the resulting actions in response to
input along the loop.  Even with methods to try to compensate for the deviation from the
defined loop (as discussed further herein), the resulting interface is not as user friendly or as

20   amenable to user control as a guide that help retain the input object.  There are distinct
advantages to marking the loop path appropriately for the expected input object.  For
example, if a finger is utilized, a groove designed to retain and guide the finger can be used.
If a stylus is utilized, a smaller groove can be used to retain the stylus.  If a hand is utilized, a
larger groove can be used.

25   Multiple closed paths can be defined on a single input device, each of which controls
different features of the user interface.  In this case, it is especially desirable to make the
location of each loop path readily apparent to the user by use of one of the above-mentioned
means, such as a bezel with multiple openings.

There are many ways of decoding the user's position along the path.  The hardware

30   of the sensor may be designed, for example, with the loop path physically laid out in such a
way that the only coordinate reported to the host computer is already in the desired form.

Alternately, for some loop paths, X/Y coordinates on a traditional two-dimensional
sensor can be converted into polar coordinates (with the origin preferably located in the
center of the loop) and the angle component used as the user's position.  Multiple closed

35   loops can be defined on a single two-dimensional position detector and resolved by
calculating multiple sets of polar coordinates with different origins and choosing the closed
loop yielding the smallest radial coordinate.  More complicated path-based decoding can

14

APLNDC00026072

5    also be performed by dividing the path into geometrically simpler regions, and using various methods designed to determine which region contains an input.

Once the user's position on the loop path is determined using above-referenced methods, this information can be used in many ways. Successive user locations can be subtracted to decode motion direction or magnitude. This motion can, for example, be
10   converted into scrolling signals or keystrokes that the user interface can interpret.

In a preferred embodiment, this user motion is only interpreted in a relative manner. That is, the absolute position of the input object in the loop path is insignificant. This can be advantageous because it frees the user from having to target an exact starting position along the loop. However, it may occasionally be useful to use this absolute position (i.e., an exact
15   starting point), for example, to indicate a starting value for a controlled parameter or to indicate the desired parameter to be varied.

One of the user interface problems that can benefit from the present invention is scrolling. To solve the scrolling problem, the motion of the user's position on the closed-loop sensor is converted to signals (or instructions) that would cause the user interface to
20   scroll the currently viewed data in the corresponding direction. FIGS. 22 and 23 illustrate the motions (illustrated by arrow 50) of an input object on a closed-loop sensor of an object position detector 52 and the effect on a host device. For the purposes of this disclosure, numeral 52 represents an object position detector. As disclosed herein, the object position detector could be any shape.

25   As the input object moves on the closed loop sensor of the object position detector 52, a document on a computer screen 54, for example, is scrolled either up or down depending upon the direction of the movement of the input object. For example, in the case of FIG. 22, the counterclockwise motion shown by arrow 50 can cause the document 54 to be scrolled up as indicated by arrow 56, while FIG. 23 illustrates the scrolling of the
30   document down as indicated by arrow 58 with a clockwise motion (shown by arrow 50) on the closed-loop sensor of the object position detector 52.

Navigating through menus is also easier with the present invention. As illustrated in FIG. 24, a motion either clockwise or counterclockwise (illustrated by arrow 60), on the closed-loop sensor of the object position detector 62 would cause the drop down of menu
35   items 64 on, for example, a computer screen 66. For the purposes of this disclosure, numeral 62 represents an object position detector. As disclosed herein, the object position detector could be any shape. The simplest instance of this is to convert the relative position

15

APLNDC00026073

WO 03/088176
SYN-113PCT
PCT/US03/11015

5    signal (or instruction) in such a way that the menu is navigated depth-first by sending
keystrokes or other messages understood by the graphical user interface (GUI) to indicate
intent to navigate a menu. One alternative solution for complex menus is to traverse only the
current menu hierarchy level by using the loop method of the closed-loop sensor, and a
separate mechanism to switch between levels in the menu.  There are many applicable

10   mechanisms, including physical switches that the user presses, regions on the sensor where
the user can tap or draw a suggestive gesture, and the like.

It is possible to overload the user interface element controlled by the closed-loop
sensor using physical or virtual "shift" keys or switches, which is similar to the way that the
shift key on a keyboard overloads the meaning of the keys.  For example, the system can be

15   configured so that unmodified traversal along the path would control scrolling of the current
application, but modified traversal by holding down a keyboard's "shift" key can control the
volume setting of the audio output.  This can be accomplished with a single sensor by way
of mode switching, or by multiple sensors or regions of a single sensor, as will be illustrated
further herein.

20   This mode switching means, such as a "shift key" or other appropriate key, can cause
input on the closed-loop sensor of the object position detector 62 to traverse the menu
hierarchy orthogonal to the current level. FIG. 25 illustrates the activation of a "shift" key
68 combined with a motion (illustrated by arrow 60) on the closed-loop sensor of the object
position detector 62 to move through the menu items 64 on, for example, a computer screen

25   66. FIG. 25 illustrates the vertical movement (illustrated by arrow 74) through menus with
the shift key 68 activated, while FIG. 26 illustrates the horizontal movement (illustrated by
arrow 76) through horizontal menu items 72 with the shift key unactivated.  It is also
possible to reverse the function of shift key 68, such that not depressing shift key 68 results
in vertical motion through the menu items 64, while depressing shift key 68 results in

30   horizontal movement between menu layers.

The closed-loop sensor of the object position detector 62 also addresses the "deep
menu" problem by enabling the menu to be presented in flatter form on the computer screen
66.  Studies have shown that humans are capable of using, and may even prefer to use,
menus in which the submenus are displayed in indented form (not shown). However, users

35   have traditionally had trouble with such menus since maneuvering down such a list may
require fine steering control of the cursor or multiple scrolling motions.  The present

16

APLNDC00026074

WO 03/088176                                                    PCT/US03/11015
SYN-113PCT

5      invention, which allows infinite scrolling along a menu, enables the deeper menu to be
       presented as a longer list, and the depth of the menu reduced.

              A value setting control, such as a "spin control" or slider, can be varied according to
       the user's input on a closed-loop sensor in a similar manner by sending keystrokes or other
       messages understood by the user interface as indicating an attempt by the user to increment
10     or decrement the value of the control.  FIG. 27 illustrates an example of a value setting
       control that controls the volume settings.  As illustrated in FIG. 27, a motion, either
       clockwise or counterclockwise, (illustrated by arrow 80) on the closed-loop sensor of the
       object position detector 82 would cause the setting of the volume control 84 to either
       increase or decrease (as indicated by arrow 86) on, for example, a computer screen 66.  For
15     the purposes of this disclosure, numeral 82 represents an object position detector.  As
       disclosed herein, the object position detector could be any shape.

              For two-dimensional and three-dimensional graphical presentations, such as
       computer aided drafting (CAD), solid modeling, or data visualization, the relative motion of
       the user's input on the closed-loop sensor can be converted by the software directly into
20     translation, rotation, and/or scaling of the model or viewport.

              Many user interface elements can benefit from the closed-loop sensor.  Most can be
       categorized as being similar to controls for scrolling, menus, or value setting controls.  For
       example, selection among icons on a "desktop" can be performed using this method, with a
       means (such as a gesture on the sensor, a tap on the sensor, a button, or a key) provided for
25     launching the corresponding program once the user is satisfied with the selection.  This task
       can be considered analogous to navigating a menu.

              Navigation along the "tab order" of the elements of a graphical user interface can be
       performed with a closed-loop sensor.  Similarly, navigation between multiple running
       applications, multiple documents edited by the current application, or multiple modes of a
30     particular application can be accomplished with this control.

              As an alternative to a separate sensor with a defined path, a special mode can be
       implemented on an existing touch pad-style pointing device to perform the same function as
       the closed-loop sensor of the present disclosure.  For example, a touch pad of a notebook
       computer is primarily used for moving a pointer and selecting elements in the user interface.
35     A button, switch, or mode changing tap region on the touch pad can be defined to change the
       mode of the touch pad so that it operates as a loop-scrolling device.  The user would activate
       this mode-switching control, and then move in an approximately closed loop path,

17

APLNDC00026075

WO 03/088176
SYN-113PCT
PCT/US03/11015

5    preferably circular, on the touch pad.  While this mode is selected, this motion is interpreted
as a scrolling action rather than as the typical pointing action.

Another mode switching method is possible if the closed-loop sensor can distinguish
the number of input objects present.  Moving in a circle with two input objects (both input
objects moving in the same direction, as opposed to when the input objects move in opposite

10    directions or when one of the input objects does not move significantly) on the closed-loop
sensor, for example, can scroll through a set of data, while moving a single input object can
be interpreted as a pointing action.  Due to the flexible nature of the closed-loop sensor,
other usage modalities are possible in combination with this fundamental mode of operation.

As stated above, the closed-loop sensor can also share the resources of a separate

15    touch pad or touch sensor.  FIG. 28 illustrates the electrical leads 94 connecting the closed-
loop sensor electrodes 91 of a closed-loop sensor 90 with Y axis electrodes 93 (eight are
illustrated) of a touch pad 92.  For the purposes of this disclosure, numeral 90 represents an
exemplary closed-loop sensor and numeral 92 represents an exemplary touch pad.  One
skilled in the art would recognize that the touch pad 92 could be any shape, design or

20    configuration.  The X axis electrodes of touch pad 92 are not shown.  The leads 94 transmit
signals from the Y axis electrodes 93 or the closed-loop sensor electrodes 91, or both, to the
Y axis sensor inputs (not shown) of the processor (not shown).  Additional leads (not shown)
connect the X axis electrodes (not shown) to the X axis sensor inputs (not shown).  When an
input object touches the touch pad 92, the input results in changes in the signals of both the

25    Y sensor inputs and the X sensor inputs.  In contrast, when an input object touches the
closed-loop sensor 90, the input is read by the electrodes as changes in the Y sensor inputs
only.  By checking if the X axis signals have changed, the host system can distinguish
between user input on the touch pad 92 and the closed loop sensor 90.  If desired, the X
sensor inputs can be connected to the closed-loop sensor instead of the Y sensor inputs.

30    Alternatively, additional closed-loop sensors can also be disposed and electrically connected
to the X sensor inputs of the touch pad.

As illustrated in FIG. 29, one axis of electrodes 95 of a touch pad 92 can support
more than one closed-loop sensor.  Arrow 96 indicates the potential positioning of leads to a
first closed-loop sensor that has six distinct electrodes, while arrow 98 indicates the potential

35    positioning of leads to a second closed-loop sensor.

FIG. 30 illustrates the ability to have several closed-loop sensors 90 working in
conjunction with a touch pad 92.  The leads connecting the electrodes of four separate

APLNDC00026076

5     closed-loop sensors 90 to the electrodes of a single touch pad 92 are illustrated.  As shown
by closed-loop sensors 90, if absolute position information is not necessary, and only
relative motion is needed, the electrodes of the closed-loop sensor can be laid out as
repeating patterns of subsets of three or more sensor electrodes.  When the same subsets are
repeated multiple times in each closed-loop sensor, the sensor signals cannot be used to

10     determine which of the subsets is interacting with the input object.  However, the position of
the input object can be determined within the subset and, if the subset is large enough such
that the input object will not move beyond the subset before the next data sample is taken,
relative position of the input object can be determined between consecutive positions and
compared to calculate motion of the input object.

15         Repeated subsets of electrodes are especially useful if the closed-loop sensor is large,
since each electrode in the repeated pattern can remain small to retain adequate resolution
without increasing the complexity of sensor circuitry significantly.  Repeated subsets are
also useful if fine resolution is needed as many more sensor electrodes can be put in a small
distance to increase the resolution without increasing the complexity of sensor circuitry.

20     Repeated electrodes are also useful if it is desirable to control many relative position closed-
loop sensors with a single integrated circuit, because it reduces the number of distinct sensor
inputs (or input lines) that need to be supported in the circuit.  Additional methods can be
used to further decrease the number of distinct sensor inputs, such as multiplexing the
sensing circuitry across multiple sensor electrodes.

25         FIG. 31 illustrates another way that one Cartesian touch pad can be used to control a
plurality of closed-loop sensors.  Each of the closed-loop sensors can be linked to the same
set of sensor inputs that is associated with the first axis of the Cartesian touch pad.  Thus, the
corresponding electrodes on each closed-loop sensor will be linked to the same sensor input.
Each of the closed-loop sensors can also be linked to distinct ones of the electrodes of the

30     second axis of the Cartesian touch pad.  This can be accomplished by running a separate
"indicator" sense electrode along the loop path of each closed-loop sensor and linking these
indicator electrodes to distinct sensor inputs on the second axis. The indicator electrode can
be located anywhere near the closed loop, and of any shape, as long as it will indicate user
input when the user interacts with the relevant closed loop.

35         With indicator electrodes linked to the sensor inputs of the second axis of the
Cartesian touch pad, if the signals from the sensor inputs of the second axis are similar to
that expected when the Cartesian touch pad is being used, then the host device can determine

19

APLNDC00026077

5   that the Cartesian touch pad is being used.  For example, an input object on a typical
capacitive touch pad causes the capacitance registered by the sensor inputs to change in a
characteristic manner; the sensor inputs associated with the electrodes closest to the input
object indicate the greatest change in capacitance; the sensor inputs associated with
electrodes further from the input object indicate smaller changes in capacitance; the sensor
10   inputs associated with electrodes furthest from the input object indicate the smallest changes.

Thus, the configuration above in which indicator electrodes are linked to the second
axis can indicate when a closed-loop sensor is being used.  For example, a user placing an
input object on a closed-loop sensor with an indicator electrode coupled to a touch pad will
cause the sensor input associated with the indicator electrode to indicate a large change in
15   capacitance.  However, the input object will not cause the sensor inputs associated with
adjacent electrodes of the second axis to vary in the characteristic pattern described above
that is associated with an input object on the touch pad.  Thus, the host device can determine
that a closed-loop sensor is being used and act accordingly.  In one embodiment, the
indicator electrodes are laid out and shielded such that minimal capacitive coupling occurs
20   between the input object and the indicator electrodes of the closed-loop sensors not being
touched by the input object; with this embodiment, significant signal on the sensor inputs of
the second axis comes from only the sensor input associated with the indicator electrode of
the closed-loop sensor being touched, and negligible signal comes on the other sensor inputs
of the second axis.  Signals from the first axis would indicate position and motion on the
25   closed-loop sensor, while signals from the second axis would indicate which closed-loop
sensor is being used.

FIG. 31 illustrates two closed-loop sensors 90 electrically connected with a touch pad
92.  When an input object touches the touch pad 92, the input is read by the sensor inputs as
changes in adjacent ones of second axis sensor inputs (demarked by x's and represented by
30   numeral 103 in FIG. 32).  In contrast, when an input object touches the closed-loop sensor
90, the input is read as changes (demarked by o's and represented by numeral 101 in FIG
32) in the sensor input associated with indicator electrode 100 (represented by sensor input 1
in FIG. 32).  This enables the processor (not shown) to determine which device is being
utilized for the present function.  Although two closed-loop sensors 90 are illustrated,
35   several other closed-loop sensors may also be connected to the touch pad 92 and can also
have indicator electrodes.  These indicator electrodes may be connected at any one of the
positions illustrated by arrows 102.

20

APLNDC00026078

WO 03/088176
SYN-113PCT

PCT/US03/11015

5          In another embodiment, control electronics designed for a Cartesian touch pad can be used in the manner of FIG. 31, but without an actual touch pad sensor, as a simple cost-effective way to implement a collection of closed-loop sensors.

          In the case that multiple closed-loop sensors are being operated at once, or closed-loop sensors and the touch pad are being operated simultaneously, the characteristic signal

10     shape (such as spikes of large changes in capacitance on some sensor inputs and not others) can be used to indicate which closed-loop sensors are being used and the signals can be decomposed appropriately. In cases where the host device cannot determine which sensors are being used, then another indication of which sensors are used can be indicated through key presses, button clicks, gestures on the touch pad, or other input. This would enable the

15     host device to extract useful information about which sensor is being touched from the superimposed signals, or the system can use this information to reject simultaneous input on multiple sensors.

          In addition to using indicator loop electrodes, multiplexing inputs and outputs in time can also be used to determine which of a plurality of closed-loop sensors have caused an

20     input. Other methods of multiplexing over time or over separate sensor inputs and driving circuitry are also viable.

          The present invention can have an inactive region in the center of the loop path that comprises a protrusion, a depression, or a surface in the same plane as the sensor. Alternatively, the closed-loop sensor can also have a physical button, or multiple buttons, in

25     the center. The closed-loop sensor can have a hole for a physical button in the center or the center can be one or more touch sensitive zones (or activation zones), which can also be used to emulate one or more buttons. The closed-loop sensor can have a pointing stick, track ball, small touch pad, or other input device in the center. The closed-loop sensor can have one or more physical buttons beneath it that are activated by pressing on the closed-

30     loop sensor.

          FIG. 33 illustrates a top view of an exemplary closed-loop sensor 110 having a pointing stick 112 disposed in the center of a bezel of the closed-loop sensor 110. For the purposes of this disclosure, numeral 112 represents an exemplary pointing stick. One skilled in the art would recognize that the pointing stick 112 could be any shape, design or

35     configuration. FIG. 34 illustrates a side view of the cross-section of the closed-loop sensor 110. The pointing stick 112 is disposed in the center of the closed-loop sensor 110 surrounded by an interior portion 114 of the bezel. The loop path 116 is defined by interior

21

APLNDC00026079

WO 03/088176
SYN-113PCT
PCT/US03/11015

5      portion 114 and also by an exterior portion 115 of the bezel.  In one application of the
       arrangement in FIG. 33, pointing stick 112 can serve as the pointing device for a laptop
       computer, and the closed-loop sensor 110 can serve as the scrolling device.

            FIG. 35 illustrates the lightning-bolt design sensor 120 having an interior opening
       122 for the installation of, for example, a pointing stick, and four exterior regions 124 that
10     can be touch sensitive zones (or activation zones) that emulate buttons.  If desired, the touch
       sensitive zones can also be used to estimate pressure of contact if the input object is similar
       to a finger in its tendency to spread out and cover a greater area of the sensor with increased
       contact pressure.  This additional information can be used to increase the functionality of the
       sensor.  The closed-loop sensor can detect taps, presses, and other gestures, which can be
15     used to control general-purpose input/output (GPIO) pins or reported in a data packet.

            Multiple closed-loop sensors can be implemented as a set of nested closed-loop
       sensors defined on a single position detector, or on multiple position detectors, with each
       closed-loop sensor controlling a different feature of the user interface.  Determining the
       angular $\theta$ position of the input object in such a set of nested closed-loop sensors is the same
20     as in determining the angular $\theta$ position of the input object in a single closed-loop sensor.
       These nested closed-loop sensors can act as independent input devices.  They can also be
       used together as parts of one control – such as in a vernier-type control in which outer loops
       are associated with coarser control and inner loops are associated with finer adjustment.
       Nested closed-loop sensors can also be used together to generate a one-and-a-half
25     dimensional or a two-dimensional input device.  For example, a set of nested closed-loop
       sensor can be formed from a concentric set of circular closed-loop sensors having varying
       radii.  In the one-and-a-half dimensional version, the position detector monitors which
       closed-loop sensor has the strongest input signal to make a gross estimate of the input object
       position.

30          In the two-dimensional version, signals from the set of nested closed-loop sensors are
       interpolated to more accurately generate a radial $r$ position of the input object.  Algorithms
       similar to those used to calculate linear coordinates can be used for calculating the radial $r$
       coordinates.  Depending on the design of the radial sensor electrodes, scaling or weighting
       of individual electrode signals may be necessary to accommodate for the larger or more
35     numerous sensor electrodes in the loops farther away from the center of the nested sensors.
       However, after such scaling (if necessary), conventional methods for interpolation to
       estimate position and for estimating motion can be used.  Since the radial $r$ position is

APLNDC00026080

WO 03/088176
SYN-113PCT

PCT/US03/11015

5    known to a finer resolution than the number of concentric closed-loop sensors in the set of

nested sensors, the r information can be used to enable the set of nested sensors to emulate

more closed-loop sensors than the actual number of closed-loop sensors physically in the

nested set. The preceding applications of buttons, keys, pointing sticks, touch screens, touch

sensitive zones, and the like, with a single closed-loop sensor can also be applied to a

10   position detector having multiple closed-loop sensors.

FIG. 36 illustrates an object position detector 130 having four closed-loop sensors to

vary the settings of audio controls. Although four separate closed-loop sensors are shown,

any number of closed-loop sensors can be utilized. Using the volume control closed-loop

sensor 132 as an example, the motions (illustrated by arrow 134) of an input object on the

15   volume control closed-loop sensor 132 will cause the volume of the audio system to either

increase or decrease. Likewise, other closed-loop sensors on object position detector 130

can be used for balance and the levels of treble and bass for an audio system.

The multiple closed-loop system can be applied in alternative ways. FIG. 37

illustrates another object position detector 140 for an audio system having two sets of nested

20   sensors (142 and 144) consisting of concentric circles of two closed-loop sensors. Each of

the two sets of nested sensors (142 and 144) has separate closed-loop sensors to control

separate functions for the audio system. For example, nested set of sensors 142 has a first

closed-loop sensor 146 for bass and a second closed-loop sensor 148 for treble. Other

nested closed-loop sensor shapes are contemplated in addition to concentric circles.

25   Another alternative multiple closed-loop system is an object position detector 150 for

an audio system having four closed-loop sensors disposed in concentric circles (or other

appropriate shapes) as illustrated in FIG. 38. The four separate closed-loop sensors each

control a separate function in the audio system. For example, closed-loop sensor 152

controls volume, closed-loop sensor 154 controls balance, closed-loop sensor 156 controls

30   treble, and closed-loop sensor 158 controls bass.

Position algorithms can be used to calculate the position along a closed loop, which

can be expressed as angular coordinates for roughly circular closed-loop sensor designs, of

an input object, including a quadratic fitting method, a centroid interpolation method, a

trigonometric weighting method, and a quasi-trigonometric weighting method. When the

35   closed-loop sensor is implemented as a capacitive sensor, the capacitance measurements

from the sensor electrodes are preferably combined using an interpolation algorithm for

greater precision.

APLNDC00026081

WO 03/088176                                                                PCT/US03/11015
SYN-113PCT

5          A preferred interpolation method is quadratic fitting, as illustrated in FIG. 39.  This
method typically involves three steps.  In the first "peak detection" step, the electrode with
largest capacitance measurement is determined to be electrode number $i$, where the $N$
electrodes are numbered from $0$ to $N-1$.  The number $i$ is an initial, coarse estimate of the
input object position.  The capacitance measurements are normally made against a non-zero

10     background capacitance on each electrode.  This background (no input object) capacitance
arises from a number of factors such as chip pin capacitance and circuit board ground plane
capacitance.  Many of these effects vary from sensor to sensor and vary over time, so it is
preferable to use a dynamic calibration algorithm to subtract out the baseline.  First, the
capacitances $C'(j)$ of all the electrodes $0 \le j < N$ are measured at a time when no input object

15     is present; and stored in a table $C_0(j)$.  Then, when an input object is present, the electrode
input object capacitance measurement, $C(j)$, is preferably computed from the capacitances of
all of the electrodes $C'(j)$ as $C(j) = C'(j) - C_0(j)$.

          In the second "quadratic fitting" step, the three capacitance measurements from the
three adjacent electrodes numbered $i-1$, $i$, and $i+1$ are fitted to an inverted parabola, as is

20     illustrated in the graph in FIG. 40.  The three (x, y) coordinate points $(i-1, C(i-1))$, $(i, C(i))$,
and $(i+1, C(i+1))$ define a unique parabola or quadratic function by well-known
mathematical principles.  In a closed-loop sensor, the electrode numbering is taken modulo
$N$ so that electrodes $0$ and $N-1$ are adjacent.  Once the parameters of the parabola fitting the
three electrodes are determined, the true mathematical center point $X$ (indicated by arrow

25     172) of this parabola is calculated.  This will be a fractional number near the value $i$.  The
number $X$ can be reduced modulo $N$ if necessary.

          In the third, optional, "adjustment" step, the value $X$ is passed through a non-linear
function designed to compensate for any non-linearities due to non-idealities in the electrode
design.  It is realized that no sensor pattern will produce a completely ideal result for any

30     particular interpolation algorithm.  Therefore, the computed position will have some
"wobble" as the input object moves around the length of the sensor.

          However, because the sensor electrode pattern is rotationally symmetric, this wobble
will repeat in equivalence to the spaces between the electrodes.  The wobble will depend on
where the input object is between two electrodes, and not on which electrode the input

35     object is disposed.  Mathematically, if the true input object position is $X_f$ and the interpolated
position is $X$, then $X = w(X_f)$ for some "wobble" function $w(x)$.  Because $w(x)$ is periodic, the
position can be written in terms of its integer and fractional parts as $X_f = int(X_f) + frac(X_f)$,

24

APLNDC00026082

5   and the wobble can be expressed as $X = int(X_f) + w(frac(X_f))$. The nature of $w(x)$ can be determined theoretically or by experimental measurements; its inverse $c(x)$ can then easily be computed or approximated using well-known techniques in the art. Because $c$ is the inverse of $w$, the final computed position is $X' = c(X) = c(w(X_f)) = X_f$, so that $X'$ is compensated to reproduce the true input object position $X_f$. Because $w(x)$ is a periodic

10   function, its inverse $c(x)$ will also be periodic. Thus, the final computed position is calculated as $X' = int(X) + c(frac(X)) = int(X_f) + c(w(frac(X_f)) = int(X_f) + frac(X_f) = X_f$. This analysis assumes $0 \leq w(x) < 1$, which is not necessarily true; a somewhat more elaborate analysis shows that the technique works for any invertible periodic function $w(x)$. It will be obvious to those skilled in the art that an analogous adjustment step can be used

15   with any interpolation method on circular sensors.

    The resulting position $X'$, falling in the range $0 \leq X' < N$, represents the angular position of the input object in units of electrodes. The number $X'$ can be multiplied by 360/N to convert it into an angular position in degrees.

    An alternate interpolation method, often used in the art, is centroid interpolation, as

20   illustrated in FIG. 41. This method computes the mathematical centroid of the curve of capacitance measurements and is adapted to closed-loop sensors by locating the peak electrode number $i$, and then rotating the coordinate system by renumbering each electrode $j$ to $(j - i + N/2)$ modulo N. This moves peak electrode $i$ to the approximate center of the sensor for purposes of the centroid calculation. After the centroid calculation produces a

25   position $X$, the reverse rotation is applied, $X' = (X + i - N/2)$ modulo N, to produce the final angular input object position.

    A second way to adapt the centroid method is to use trigonometric weights, as illustrated in FIG. 42. In this method, a numerator $N$ is computed as $N = sum(sin(i*2*pi/N)*C(i))$ and a denominator $D$ is computed as $D = sum(cos(i*2*pi/N)*C(i))$,

30   where $C(i)$ is the capacitance measurements of the $N$ electrodes and $i$ ranges from $0$ to $N-1$ in the sums. The arctangent atan(N/D) then yields the desired input object position. Preferably, a four-quadrant arctangent, commonly written atan2(N,D), is used to obtain an angular position over the full circle. The sine and cosine weight factors are constants that can be pre-computed and tabulated. Because the sums $N$ and $D$ are linear in $C(i)$, it is

35   possible to distribute out the baseline subtraction $C(i) = C'(i) - C_0(i)$ to become a simple subtraction of baseline sums $N_0$ and $D_0$. It may be preferable to use the trigonometric

APLNDC00026083

WO 03/088176
SYN-113PCT
PCT/US03/11015

5    method when memory resources are too limited to store a full set of baseline capacitance values.

A useful generalization of the above method is to use a quasi-trigonometric weighting method, as illustrated in FIG. 43. In substitution of standard sine, cosine, and arctangent trigonometric functions, other periodic functions $f_s$, and $f_{c,}$, such as triangle

10    waves, and corresponding inverse function $f_A(f_s, f_c)$, can be used. In the case of triangle waves, some loss of resolution is traded for greater linearity and simpler math calculations. The primary cause of this loss in resolution is due to the discontinuities in the triangle wave that generates discontinuities in the interpolation.

A loop path that inherently closes on itself poses an interesting challenge in

15    determining motion from the positional data from the sensor. If data is sampled at discrete times, then the change in position at two different times can have occurred via two different directions. The method for determining motion for a closed-loop sensor is described as follows and is illustrated in FIG. 44.

After each sampling period, the input object position *NewPos* is calculated and it is

20    determined whether an input object (e.g., finger, stylus, pen, implement, or other input object) is or is not present on the sensor. If the input object was not on the sensor during the previous sample, *NewPos* is copied into *OldPos*. If an input object is present, the following method is completed. Because the sensor is a closed loop, there are two paths an input object can take between any two points on the sensor. For example, if the first position

25    (*OldPos*) is at 0 degrees and the second position (*NewPos*) is at 90 degrees, then the input object can have traveled 90 degrees from 0, 1, 2, ... , 88, 89, to 90 or the input object can have traveled 270 degrees from 0, 359, 358, ... , 92, 91, to 90. To resolve this, the assumption is made that the input object cannot travel more than 180 degrees around the sensor between two consecutive samples. To calculate motion, *OldPos* is subtracted from

30    *NewPos* to determine the amount of motion between the two samples *(Motion = NewPos - OldPos)*. If the resulting *Motion* is 180 degrees or more, the assumption is that the input object must have traveled the other direction, so 360 degrees is subtracted from *Motion*. Likewise, if the resulting *Motion* is less than -180 degrees, the assumption is that the input object must have traveled in the opposite direction, so 360 degrees is added to *Motion*. The

35    "signed" modulo 360 of the result is thus taken such that the ultimate result of this motion calculation from one sample to the next, is constrained to, for example, $-180 \leq Motion < 180$ degrees around the sensor. The sign of *Motion* gives the direction of travel and the absolute

26

APLNDC00026084

WO 03/088176
SYN-113PCT

PCT/US03/11015

5    value of *Motion* gives the magnitude or distance of travel.  In all cases, the algorithm
completes by copying *NewPos* onto *OldPos*.

This algorithm of determining motion, in which the input object is assumed to travel
an angle of $-180 \leq Motion < 180$ degrees between two consecutive samples, can be
generalized to accommodate different sampling rates and shapes or sizes of the loop.  For

10   alternate shapes or sizes of closed-loop sensors, appropriate assumptions of maximum angle,
minimum angle, or maximum distance of travel can be made based on the closed-loop path
layout and the sampling period.  In the case of very long sampling periods or very small loop
paths, when the maximum angle, minimum angle, or distance of travel is no longer sufficient
for determining the path of travel of the object between two samples, then an assumption can

15   be made about the more likely path (such as that the shorter path is more likely) or additional
information can be used (such as using history of motion in the form of three or more
samples to estimate the direction of travel).

The motion information output of this closed-loop sensor can be implemented in
many ways and contain various amounts of information, including absolute positions or

20   relative positions (i.e., motions).  The motion output can also be used to emulate a physical
wheel encoder and output two-bit gray code (sometimes called "quadrature states"), in
which case the closed-loop sensor can be added to any existing device which accepts two-bit
gray code with no modification to the original device's electronics.

When using a closed-loop sensor implemented on a two-dimensional touch sensor

25   having both radial and circular sensor electrodes but without a physical constraint (or tactile
guide) defining the closed-loop path, it is possible that the input object will gradually move
out of the defined loop path.  This may result in a variable scaling of the distance traveled to
angular velocity, depending on the location of the motion with respect to the center of the
motion, which may result in a calculated magnitude of input significantly different from that

30   intended by the user.  For example, small motions near the center of the defined loop path
map to larger angular velocities than the same small motions near the periphery of the loop
path.  Users are typically more able to control the absolute distance traveled of the input
object than the angle traveled by the input object relative to a defined center.  Thus, for an
input, in which the distance from the center is not useful, such as scrolling along a page or

35   controlling the volume, users typically expect the output to be mapped to the distance
traveled rather than to the angle, and may prefer small motions anywhere in the loop path to
generate similar outputs.

27

APLNDC00026085

WO 03/088176
SYN-113PCT

PCT/US03/11015

5    Therefore, in the case where the user's input object is not physically constrained to a particular closed-loop path, some adjustment is desirable in the angular speed due to the user wandering closer and farther from the center point. If no adjustment were completed, positions closer to the center point would cause more angular change for a given amount of motion, which is not desirable from a human-factors point of view. Several adjustments are

10   possible, including simply scaling the angular speed by 1/R, as well as more complicated and error prone scaling mechanisms, such as varying the center point to compensate for the estimated user deviation from the center of the loop path. Scaling the angular speed by 1/R involves dividing the angular speed by R (the radius from the center) of the system such that small motions near the center will not result in large outputs.

15   Another method is to use the angular component solely to determine the sign of the traversal along the closed-loop path, and calculate the speed based only on the absolute motion of the object, as illustrated in FIG. 45. For example, given two consecutive points sampled from the closed-loop sensor, the straight-line distance is calculated between these two points (with an approximation to the Pythagorean Theorem or equivalent polar

20   coordinate equations). Additionally, the angular positions corresponding to these two points along the closed-loop path are calculated by one of the means previously discussed. The angle of the second point is subtracted from the angle of the first point, and the sign of this result is used to indicate the direction of motion, while the absolute distance is used to indicate the amount of motion. This results in a more natural feeling correspondence

25   between the motion of the user's input object and the corresponding variation in the controlled parameter (e.g., scrolling distance, menu traversal, or setting value).

In the case that the closed-loop sensor is not circular or substantially circular, the algorithms used to calculate position for a circular sensor could still be used to estimate an input object's position. In this case, the algorithm will indicate where the input object(s)

30   is(are) in the closed loop of the closed-loop sensor, and software can decode the exact location based on knowledge of the local electrode design. For example, a closed-loop sensor having a rectangular loop with rounded corners can have software that can differentiate the signals generated by an object very near, or on, the corners versus the signals generated by an object along a linear portion of the rectangle. The previously

35   discussed algorithms can generate this information and compensate.

The present disclosure discloses several advantages. A touch sensor is disclosed having a closed-loop sensor, or a designated loop path along which a user can move an input

28

APLNDC00026086

WO 03/088176
SYN-113PCT                                                          PCT/US03/11015

5      object, where the action of scrolling/selecting/varying is controlled by the motion of the
       input object along the loop path.  For example, the direction, the distance of travel, or the
       speed of the input object can provide the control input.  The closed-loop sensor also has the
       additional advantage of not being limited by mechanical design or human anatomy in
       enabling a user to maneuver through a document, through menus, or along a range of values
10     for a control.  For example, a user can easily move an input object around a closed-loop
       sensor in a continuous manner, and draw a plurality of loops within the sensor area, with the
       number of loops drawn limited only by the fatigue of the user or the functional life of the
       sensor.

       The present invention has many uses, including for scrolling, moving through a
15     menu, A/V uses (fast forward, rewind, zoom, pan, volume, balance, etc.), two-
       dimensional/three dimensional data presentation, selection, drag-and-drop, cursor control,
       and the like.  Many applications have application-specific elements that can benefit from the
       type of control achieved by using the closed-loop sensor of the present invention.  For
       example, a game can benefit from having a continuously variable control that can be used as
20     a steering wheel, a dial, or other control that indicates direction and magnitude of motion.
       Another example is for use with a CAD program that allows the user to rotate/translate/scale
       the viewpoint of a model or to vary the color of an element smoothly.  A further example is
       a text editor, which can benefit from a smooth and continuously varying input to control the
       zoom level of its text.  In general, any application parameter or control that needs to vary
25     over a large range of possible values can benefit from the present invention.  Physical
       processes (e.g., to control the position of a platform, the speed of a motor, the temperature or
       lighting in a compartment, and the like) can also benefit from the use of closed-loop sensors.

       The closed-loop sensor of the present disclosure frees users from targeting tasks or
       from remembering complex combinations of controls by allowing designers of applications
30     or operating systems to reduce scroll bars and other similar display controls to mere
       indicators of the current scrolled position or control value.  If scroll bars and similar display
       controls can be reduced to mere indicators, their size can be reduced and their positions at
       the edge of the screen, edge of a window, or other specific location on the screen or window
       will consume negligible space.  Additionally, the freedom offered by reducing scroll bars
35     and similar display controls might allow menus to be less hierarchical, which further reduces
       control and display complexity.

29

APLNDC00026087

WO 03/088176
SYN-113PCT

PCT/US03/11015

5        The manufacturing cost and complexity of a host system can be reduced by using a
single solid state sensor with multiple closed loops to replace many of the various controls
currently present on such systems.  The manufacturing cost and complexity of incorporating
closed-loop sensors into a host system can also be reduced by integrating the closed-loop
sensor with existing object position sensors (e.g. touch pads and touch screens) and taking

10      advantage of existing sensor inputs to the electronics of the existing position sensor.
Portions of a general-purpose position sensor, such as the sensor regions, the electronics, and
the firmware or driver of the general-purpose position sensor, can be reused with closed-
loop sensors, which can provide further savings in space and money.

         Additionally, the solid-state nature of capacitive and inductive closed-loop sensors

15      makes them more reliable and durable.  Such sensors can be sealed and used in
environments where knobs and other physical controls are impractical.  The present
invention can also be made smaller than knobs or other physical controls, and requires very
little space and can be custom made to almost any size.  Additionally, the operation of the
sensor has low power requirements, making it ideal for portable notebook computers,

20      personal digital assistants (PDAs), and personal entertainment devices.

         The closed-loop sensor can also be used to provide additional information that a
knob or scroll bar would not, such as the size of the contact between the object on the sensor
and the sensor itself.  Additionally, some closed-loop sensors may be able to distinguish
between a finger and a pen, or indicate some other quality or orientation of the input object.

25      This information can further be used to increase the functionality of the controller through
"gestures" on the closed-loop sensor.  For example, the speed or range of scrolling or display
adjustment can be adjusted as a function of the speed of the input object's motion or the
distance traveled by the input object.  Additional gestures, such as tapping, executing
predefined motion patterns, having a stationary input object and a moving input object

30      simultaneously, or moving two input objects in two directions along the loop of the sensor,
can indicate different actions to the host device.  The starting point of contact of the input
object to the host device program for the input can also be used.  For example, a motion
starting from a first region of the sensor and progressing in a first direction can indicate
panning of the display, while motion starting from the same first region and progressing in a

35      second direction can indicate zooming of the display.  Meanwhile, a motion starting from a
second region can indicate a desire to scroll horizontally, and the direction of motion can

30

APLNDC00026088

5   indicate the direction of scroll.  This can be extrapolated to additional regions that map to additional functions.

While the invention has been described with reference to an exemplary embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the
10   present invention.  In addition, many modifications may be made to adapt a particular situation or material to the teachings without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiments disclosed as the best mode contemplated for carrying out the present invention, but that the present invention will include all embodiments falling within the scope of the claims.

31

APLNDC00026089