EXHIBIT 3.16

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

39.    A force imaging touch pad, comprising:

a first layer having a first plurality of conductive traces oriented in a first direction on a first surface thereof; and

a deformable dielectric membrane having a first surface and a second surface, the first surface juxtaposed to the first layer and the second surface having a second plurality of conductive traces oriented in a second direction;

wherein the first and second plurality of conductive traces are adapted to create a capacitance image when a force is applied to the first layer, the capacitance image indicative of an intensity of the applied force.

40.    The force imaging touch pad of claim 39, wherein the first plurality of conductive traces and the second plurality of conductive traces are substantially orthogonal.

41.    The force imaging touch pad of claim 39, wherein the deformable dielectric membrane comprises:

a substantially flat membrane having the first and second surfaces;

a first plurality of raised structures coupled to the first surface of the substantially flat membrane; and

a second plurality of raised structures coupled to the second surface of the substantially flat membrane, wherein the second plurality of raised structures are substantially offset from the first plurality of raised structures.



- 30 -

APLNDC00026415

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

42.    The force imaging touch pad of claim 39, wherein the deformable dielectric membrane comprises:

a substantially flat membrane having the first and second surfaces; and

a plurality of deformable beads affixed to one surface of the substantially flat membrane, wherein the deformable beads are adapted to compress when a force is applied to the first layer toward the second layer.

43.    The force imaging touch pad of claim 39, further comprising a mutual capacitance measurement circuit electrically coupled to the first and second plurality of conductive traces.

44.    The force imaging touch pad of claim 39, further comprising a third plurality of conductive traces on a second surface of the first layer, wherein the deformable dielectric membrane is juxtaposed closer to the third plurality of conductive traces than to the first plurality of conductive traces, the third plurality of conductive traces oriented in a third direction, and further wherein the first and third plurality of conductive traces are adapted to create a capacitance image when an object is brought into contact with the first layer, the capacitance image indicative of a location, relative to the first surface of the first layer, where the object contacts the first surface.

- 31 -

APLNDC00026416

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

45.     The force imaging touch pad of claim 44, wherein the first and third orientations are substantially the same and the second orientation is substantially orthogonal thereto.

46.     A force and location imaging touch pad, comprising:

a first layer having a first plurality of conductive traces oriented in a first direction on a first surface and a second plurality of conductive traces oriented in a second direction on a second surface;

a deformable dielectric membrane having a first surface and a second surface, the first surface juxtaposed to the first layer and the second surface having a third plurality of conductive traces oriented in substantially the first direction; and

a base layer juxtaposed to the second surface of the deformable dielectric membrane,

wherein the first and second plurality of conductive traces are adapted to create a first capacitance image when one or more objects come into close proximity to the first surface, the first capacitance image indicative of where the one or more objects are located relative to the first surface,

wherein the second and third plurality of conductive traces are adapted to create a second capacitance image when a force is applied to the first layer, the second capacitance image indicative of an intensity of the applied force.

- 32 -

APLNDC00026417

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

47.     The force and location imaging touch pad of claim 46, wherein the first layer comprises a flexible circuit board.

48.     The force and location imaging touch pad of claim 46, wherein the first layer comprises one or more layers of thermoplastic resin.

49.     The force and location imaging touch pad of claim 46, wherein the first plurality of conductive traces and the second plurality of conductive traces are substantially orthogonal.

50.     The force and location imaging touch pad of claim 46, wherein the second layer comprises a flexible circuit board.

51.     The force and location imaging touch pad of claim 46, wherein the second layer comprises one or more layers of thermoplastic resin.

52.     The force and location imaging touch pad of claim 46, wherein the deformable membrane comprises a first plurality of raised structures juxtaposed to the first surface of the deformable membrane and a second plurality of raised structures juxtaposed to the second surface of the deformable membrane, wherein the first and second plurality of raised structures are substantially spatially offset from one another.

- 33 -

APLNDC00026418

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

53.    The force and location imaging touch pad of claim 52, wherein the first and second plurality of raised structures comprise thermoplastic resin.

54.    The force and location imaging touch pad of claim 46, wherein the deformable membrane further comprises a first plurality deformable beads.

55.    The force and location imaging touch pad of claim 54, wherein the deformable beads comprise elastomer beads.

56.    The force and location imaging touch pad of claim 46, further comprising a mutual capacitance measurement circuit electrically coupled to the first, second and third plurality of conductive traces.

APLNDC00026419

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

57.     A force imaging display, comprising:

a display element;

a first layer having a first plurality of substantially transparent conductive traces oriented in a first direction on a first surface thereof, the first layer adjacent to a first surface of the display element;

a second layer having a second plurality of substantially transparent conductive traces oriented in a second direction on a first surface thereof, the first layer juxtaposed between the second layer and the display element; and

a deformable substantially transparent dielectric membrane juxtaposed between the first and second layers,

wherein the first and second plurality of conductive traces are adapted to create a capacitance image when a force is applied to the second layer, the capacitance image indicative of an intensity of the applied force.


58.     The force imaging display of claim 57, wherein the display element comprises a liquid crystal display element.


59.     The force imaging display of claim 57, wherein the first and second layers comprise Indium tin oxide traces.

- 35 -

APLNDC00026420

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

60.    The force imaging display of claim 57, wherein the first plurality of substantially transparent conductive traces and the second plurality of substantially transparent conductive traces are substantially orthogonal.

61.    The force imaging display of claim 57, wherein the substantially transparent deformable dielectric membrane comprises:

a substantially flat membrane having a first surface oriented toward the first layer and a second surface oriented toward the second layer;

a first plurality of raised structures coupled to the first surface of the substantially flat membrane; and

a second plurality of raised structures coupled to the second surface of the substantially flat membrane, wherein the second plurality of raised structures are substantially offset from the first plurality of raised structures.

62.    The force imaging display of claim 57, wherein the substantially transparent deformable dielectric membrane comprises:

a substantially flat membrane; and

a plurality of deformable beads affixed to one surface of the substantially flat membrane, wherein the deformable beads are adapted to compress when a force is applied to the first layer toward the second layer.

- 36 -

APLNDC00026421

Application Serial No. 11/278,080 filed on 03/30/2006

DOCKET NO: P3764US1
(119-0077US)

# FORCE IMAGING INPUT DEVICE AND SYSTEM

### Abstract

A force imaging touch pad includes first and second sets of conductive traces separated by a spring membrane. When a force is applied, the spring membrane deforms moving the two sets of traces closer together. The resulting change in mutual capacitance is used to generate an image indicative of the amount or intensity of the applied force. A combined location and force imaging touch pad includes two sets of drive traces, one set of sense traces and a spring membrane. In operation, one of the drive traces is used in combination with the set of sense traces to generate an image of where one or more objects touch the touch pad. The second set of drive traces is used in combination with the sense traces and spring membrane to generate an image of the applied force's strength or intensity.

APLNDC00026422

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS  DOCKET: P3764US1
INVENTORS:    STEVE HOTELLING AND BRIAN HUPPI  (119-0077US)



**1/10**

FORCE DETECTOR TOUCH PAD
100



**FIG. 1**

APLNDC00026423

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:   SEMICONDUCTOR FORCE IMAGING SYSTEMS
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI

DOCKET: P3764US1
(119-0077US)



2/10

FORCE DETECTOR TOUCH PAD
100



FIG. 2A

FORCE DETECTOR
TOUCH PAD 100

200



FIG. 2B

APLNDC00026424

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:   SEMICONDUCTOR FORCE IMAGING SYSTEMS
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI

DOCKET: P3764US1
(119-0077US)

3/10



FIG. 3



FIG. 4

APLNDC00026425

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS                DOCKET: P3764US1
INVENTORS:    STEVE HOTELLING AND BRIAN HUPPI                              (119-0077US)

**4/10**



**FIG. 5**



**FIG. 6**

APLNDC00026426

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS          DOCKET: P3764US1
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI                    (119-0077US)

**5/10**



**FIG. 7**



APLNDC00026427

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS      DOCKET: P3764US1
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI        (119-0077US)

**6/10**



**FIG. 8A**



**FIG. 8B**

SECTION A-A

**FIG. 8C**

APLNDC00026428

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS
INVENTORS:    STEVE HOTELLING AND BRIAN HUPPI

DOCKET: P3764US1
(119-0077US)

7/10



FIG. 9A



FIG. 9B

SECTION A-A

FIG. 9C

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:  SEMICONDUCTOR FORCE IMAGING SYSTEMS          DOCKET: P3764US1
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI                    (119-0077US)

8/10





FIG. 10A



FIG. 10B

APLNDC00026430

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:   SEMICONDUCTOR FORCE IMAGING SYSTEMS        DOCKET: P3764US1
INVENTORS:    STEVE HOTELLING AND BRIAN HUPPI                (119-0077US)

**9/10**



SECTION A-A

**FIG. 11A**



**FIG. 11B**

**FIG. 11C**

APLNDC00026431

Application Serial No. 11/278,080 filed on 03/30/2006

TITLE:   SEMICONDUCTOR FORCE IMAGING SYSTEMS          DOCKET: P3764US1
INVENTORS:   STEVE HOTELLING AND BRIAN HUPPI                    (119-0077US)

**10/10**



**FIG. 12A**



**FIG. 12B**

APLNDC00026432

# INTERNATIONAL SEARCH REPORT

| International application No |
| --- |
| PCT/US2006/008349 |

**A. CLASSIFICATION OF SUBJECT MATTER**
INV.  G06F1/16    G06F3/033

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
G06F

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| X | US 2003/234768 A1 (REKIMOTO JUNICHI ET AL) 25 December 2003 (2003-12-25) paragraph [0031] – paragraph [0068] | 1-12,18, 19,21,22 |
| Y | figures | 13-17 |
| A | | 20,23 |
| | ----- | |
| X | US 2003/206202 A1 (MORIYA TAKASHIRO) 6 November 2003 (2003-11-06) | 20,23 |
| Y | paragraph [0012] | 15-17 |
| A | paragraph [0022] – paragraph [0039]; figures 1-6 | 1,21,22 |
| | ----- | |
| X | US 2004/263484 A1 (MANTYSALO TAPIO ET AL) 30 December 2004 (2004-12-30) paragraph [0004] – paragraph [0013] paragraph [0051] – paragraph [0068]; figures | 1-12,18, 19,21,22 |
| | ----- | |
| | -/-- | |

| [X] Further documents are listed in the continuation of Box C. | | [X] See patent family annex. |
| --- | --- | --- |

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
| --- | --- |
| 26 September 2006 | 06/10/2006 |

| Name and mailing address of the ISA/ | Authorized officer |
| --- | --- |
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | Semple, Mark |

Form PCT/ISA/210 (second sheet) (April 2005)

page 1 of 2

APLNDC00026433

### PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| 119-0095WO | | |
| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
| PCT/US2006/008349 | 03/03/2006 | 04/03/2005 |

Applicant

APPLE COMPUTER, INC.

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _____4_____ sheets.

[X]  It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**
   a. With regard to the **language**, the international search was carried out on the basis of:
   
   [X]  the international application in the language in which it was filed
   
   [ ]  a translation of the international application into _____ , which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b))
   
   b. [ ]  With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. [ ]  **Certain claims were found unsearchable (See Box No. II)**

3. [ ]  **Unity of invention is lacking (see Box No III)**

4. With regard to the **title**,
   
   [X]  the text is approved as submitted by the applicant
   
   [ ]  the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,
   
   [X]  the text is approved as submitted by the applicant
   
   [ ]  the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority

6. With regard to the **drawings,**
   a. the figure of the **drawings** to be published with the abstract is Figure No. _28_____
   
   [ ]  as suggested by the applicant
   
   [ ]  as selected by this Authority, because the applicant failed to suggest a figure
   
   [X]  as selected by this Authority, because this figure better characterizes the invention
   
   b. [ ]  none of the figures is to be published with the abstract

Form PCT/ISA/210 (first sheet) (April 2005)

APLNDC00026434

# INTERNATIONAL SEARCH REPORT

| | International application No |
| --- | --- |
| | PCT/US2006/008349 |

C(Continuation).    DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| Y | US 2003/095095 A1 (PIHLAJA PEKKA JUHANA) 22 May 2003 (2003-05-22) | 13,14 |
| A | paragraph [0007] – paragraph [0008] paragraph [0020] – paragraph [0034]; figures 1,2,4,5 ----- | 1,3,4,18 |
| A | US 2003/006974 A1 (CLOUGH JAMES ET AL) 9 January 2003 (2003-01-09) | 1,4,7,8, 11,12, 20-23 |
| | paragraph [0004] – paragraph [0013] paragraph [0025] – paragraph [0053]; figures ----- | |

3

APLNDC00026435

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International application No

PCT/US2006/008349

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 2003234768 | A1 | 25-12-2003 | JP | 2003330611 A | 21-11-2003 |
| US 2003206202 | A1 | 06-11-2003 | CN | 1455615 A | 12-11-2003 |
| | | | GB | 2391060 A | 28-01-2004 |
| | | | JP | 2003323259 A | 14-11-2003 |
| US 2004263484 | A1 | 30-12-2004 | CN | 1813462 A | 02-08-2006 |
| | | | EP | 1642445 A1 | 05-04-2006 |
| | | | WO | 2004114636 A1 | 29-12-2004 |
| US 2003095095 | A1 | 22-05-2003 | US | 2006017711 A1 | 26-01-2006 |
| US 2003006974 | A1 | 09-01-2003 | NONE | | |

Form PCT/ISA/210 (patent family annex) (April 2005)

APLNDC00026436

# PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

# PCT

To:

see form PCT/ISA/220

## WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing |
|---|
| *(day/month/year)*   see form PCT/ISA/210 (second sheet) |

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| see form PCT/ISA/220 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US2006/008349 | 03.03.2006 | 04.03.2005 |

| International Patent Classification (IPC) or both national classification and IPC |
|---|
| INV. G06F1/16 G06F3/033 |

| Applicant |
|---|
| APPLE COMPUTER, INC. |

---

1. This opinion contains indications relating to the following items:

    ☒ Box No. I      Basis of the opinion

    ☐ Box No. II     Priority

    ☐ Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

    ☐ Box No. IV    Lack of unity of invention

    ☒ Box No. V     Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

    ☐ Box No. VI    Certain documents cited

    ☐ Box No. VII   Certain defects in the international application

    ☐ Box No. VIII  Certain observations on the international application

2. **FURTHER ACTION**

    If a demand for international preliminary examination is made, this opinion will usually be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

    If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

    For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA: | Date of completion of this opinion | Authorized Officer |
|---|---|---|
| European Patent Office D-80298 Munich Tel. +49 89 2399 - 0 Tx: 523656 epmu d Fax: +49 89 2399 - 4465 | see form PCT/ISA/210 | Semple, Mark Telephone No. +49 89 2399-8657 |

Form (PCT/ISA/237) (Cover Sheet) (April 2005)

APLNDC00026437

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US2006/008349

---

| Box No. I   Basis of the opinion |
|---|

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒   the international application in the language in which it was filed

   ☐   a translation of the international application into   , which is the language of a translation furnished for the
   purposes of international search (Rules 12.3(a) and 23.1 (b)).

2. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application and
   necessary to the claimed invention, this opinion has been established on the basis of:

   a. type of material:

   ☐   a sequence listing

   ☐   table(s) related to the sequence listing

   b. format of material:

   ☐   on paper

   ☐   in electronic form

   c. time of filing/furnishing:

   ☐   contained in the international application as filed.

   ☐   filed together with the international application in electronic form.

   ☐   furnished subsequently to this Authority for the purposes of search.

3. ☐   In addition, in the case that more than one version or copy of a sequence listing and/or table relating thereto
   has been filed or furnished, the required statements that the information in the subsequent or additional
   copies is identical to that in the application as filed or does not go beyond the application as filed, as
   appropriate, were furnished.

4. Additional comments:

Form  PCT/ISA/ 237 (April 2005)

APLNDC00026438

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US2006/008349

| Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
| --- |

1. Statement

| | | | |
| --- | --- | --- | --- |
| Novelty (N) | Yes: | Claims | 2-4, 6, 10, 12-17, 19 |
| | No: | Claims | 1, 5, 7-9, 11, 18, 20-23 |
| Inventive step (IS) | Yes: | Claims | |
| | No: | Claims | 1-23 |
| Industrial applicability (IA) | Yes: | Claims | 1-23 |
| | No: | Claims | |

2. Citations and explanations

   **see separate sheet**

Form  PCT/ISA/ 237 (April 2005)

APLNDC00026439

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING**
**AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2006/008349

Reference is made to the following documents (for relevant parts see International Search Report):

**D1**: US 2003/234768 A1
**D2**: US 2003/206202 A1
**D3**: US 2004/263484 A1
**D4**: US 2003/095095 A1

**Re Item V.**

1.    INDEPENDENT CLAIM 1

1.1   The present application does not meet the criteria of Article 33(1) PCT, because the subject-matter of claim 1 is not new in the sense of Article 33(2) PCT.

Document D1 discloses (the references in parentheses applying to this document): a hand-held electronic device (PDA 100), comprising:
a multi-touch input surface (back-surface touch sensor 120 or 120a or front-surface touch sensor 120b); and
a processing unit (controller 19) operatively connected to the multi-touch input surface, the processing unit capable of receiving a plurality of concurrent touch inputs from a user (see eg. para. 44, 55 and Figs. 4B, 7C, 8) via the multi-touch input surface and discriminating a user requested action (eg. enlargement / reduction of character size on display) from the touch inputs; and
a display device (110) operatively coupled to the processing unit and configured to present a user interface.

1.2   Furthermore, document D3 discloses (the references in parentheses applying to this document): a hand-held electronic device (mobile terminal 700), comprising:
a multi-touch input surface (touch pad UI input device 704); and
a processing unit operatively connected to the multi-touch input surface, the processing unit capable of receiving a plurality of concurrent touch inputs from a user via the multi-touch input surface (see eg. para. 63 et seq., Figs. 7a, 7b) and discriminating a user requested action from the touch inputs (eg. zoom display content in / out); and

APLNDC00026440

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING
AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2006/008349

a display device (702) operatively coupled to the processing unit and configured to
present a user interface.

2.   INDEPENDENT CLAIM 20

2.1   The present application does not meet the criteria of Article 33(1) PCT, because the
subject-matter of claim 20 is not new in the sense of Article 33(2) PCT.

Document D2 discloses (the references in parentheses applying to this document): a
hand-held computing device (information processing apparatus), comprising:
a housing (body 5);
a display arrangement (touch panel portion 3) positioned within the housing, the
display arrangement including a display (1) and a touch screen (touch panel 2); and
a device (slide detection portion 12) configured to generate a signal when some
portion of the display arrangement is moved.

3.   INDEPENDENT CLAIM 21

3.1   The present application does not meet the criteria of Article 33(1) PCT, because the
subject-matter of claim 21 is not new in the sense of Article 33(2) PCT.

Document D1 discloses (the references in parentheses applying to this document): a
hand-held electronic device (PDA 100), comprising:
a touch screen (front-surface touch sensor 120b and display panel 110); and
a processing unit (controller 19) operatively connected to the touch screen, wherein
the processing unit concurrently receives a plurality of touch inputs from a user via
the touch screen and discriminates a user requested action from the touch inputs,
wherein the touch screen serves as the primary input means necessary to interact
with the hand-held electronic device.

3.2   Furthermore, document D3 discloses (the references in parentheses applying to this
document): a hand-held electronic device (mobile terminal 700), comprising:
a touch pad on the rear side of the device (touch pad UI input device 704); and
a processing unit operatively connected to the touch pad, wherein the processing unit

APLNDC00026441

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING**
**AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2006/008349

concurrently receives a plurality of touch inputs from a user via the touch pad and discriminates a user requested action from the touch inputs, wherein the touch pad serves as the primary input means necessary to interact with the hand-held electronic device.

The subject-matter of claim 21 therefore differs from this known device in that the rear side touch pad is replaced by a (front side) touch screen.

This difference in location of the touch pad / panel is a well-known variation in the prior art, more common than locating the touch pad / panel on the rear side of the device, which is often done only to avoid the user obscuring or dirtying the display during use.

Hence, it cannot be considered as non-obvious to locate the touch panel in the more conventional location and, in the light of D3, the subject-matter of claim 21 does not involve an inventive step in the sense of Article 33(3) PCT.

4.     INDEPENDENT CLAIM 23

4.1   The present application does not meet the criteria of Article 33(1) PCT, because the subject-matter of claim 23 is not new in the sense of Article 33(2) PCT.

Document D2 discloses (the references in parentheses applying to this document): a method performed in a computing device (information processing apparatus) having a display (1) and a touch screen (touch panel 2) positioned over the display, the method comprising:
detecting one or more touches (Fig. 5 step S2);
classifying the one or more touches as a primary touch (touching a displayed icon) or a secondary touch (not touching any displayed icon); filtering out the secondary touches (step S3: if no icon then END);
differentiating whether the primary touch is a light touch or a hard touch (step S5: detecting whether a slide movement of the touch panel portion 3 occurs, meaning the user pressed hard enough to move the touch panel portion 3);
initiating a control event if the primary touch is a light touch (step S7: maintaining the

Form PCT/ISA/237 (Separate Sheet) (Sheet 3) (EPO-April 2005)

APLNDC00026442

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING**
**AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2006/008349

icon highlighting if the position is continuously touched or removing the highlighting if the icon position is no longer touched); and
implementing a selection event (step S6: eg. starting an application) if the primary touch is a hard touch.

5.    DEPENDENT CLAIMS 2-19, 22

Dependent claims 2-19, 22 do not contain any features which, in combination with the features of any claim to which they refer, meet the requirements of the PCT in respect of novelty and/or inventive step (Article 33(2) and (3) PCT) as the features in question are also disclosed or suggested by documents D1-D4, as can be seen by referring to the parts cited in the International Search Report, or are commonplace in the field concerned.

APLNDC00026443

**This Page is Inserted by IFW Indexing and Scanning
Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original
documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

- ☐ **BLACK BORDERS**

- ☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

- ☐ **FADED TEXT OR DRAWING**

- ☐ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

- ☐ **SKEWED/SLANTED IMAGES**

- ☑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

- ☑ **GRAY SCALE DOCUMENTS**

- ☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

- ☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

- ☐ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image
problems checked, please do not report these problems to
the IFW Image Problem Mailbox.**

APLNDC00026444

**Application No. 11/426,078 filed on June 23, 2006**

ATTY. DKT. NO.: P4194US1 / 119-0101US

### TITLE: ELECTRONIC DEVICE HAVING DISPLAY AND SURROUNDING TOUCH SENSITIVE BEZEL FOR USER INTERFACE AND CONTROL

### INVENTORS: NICK KING, DUNCAN KERR, PAUL HERBST, AND STEVEN P. HOTELLING

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]    This is a continuation-in-part of U.S. Patent Application Ser. No. 11/367,749, filed March 3, 2006 and entitled "Multi-Functional Hand-Held Device," which is incorporated herein by reference in its entirety, to which priority is claimed, and which claims priority to: (1) U.S. Provisional Patent Application No.: 60/658,777, entitled "Multi-Functional Hand-Held Device," filed March 4, 2005 and (2) U.S. Provisional Patent Application No.: 60/663,345, entitle titled "Multi-Functional Hand-Held Device," filed March 16, 2005, each of which is hereby incorporated by reference.

[0002]    This application is also related to the following applications, which are all herein incorporated by reference: (1) U.S. Patent Application No.: 10/188,182, entitled "Touch Pad for Handheld Device," filed on July 1, 2002; (2) U.S. Patent Application No.: 10/722,948, entitled "Touch Pad for Handheld Device," filed on November 25, 2003; (3) U.S. Patent Application No.: 10/643,256, entitled "Movable Touch Pad with Added Functionality," filed on August 18, 2003; (4) U.S. Patent Application No.: 10/654,108, entitled "Ambidextrous Mouse," filed on September 2, 2003; (5) U.S. Patent Application No.: 10/840,862, entitled "Multipoint Touch Screen," filed on May 6, 2004; (6) U.S. Patent Application No: 10/903,964, entitled "Gestures for Touch Sensitive Input Devices," filed on July 30, 2004; (7) U.S. Patent Application No.: 11/038,590, entitled "Mode-Based Graphical User Interfaces for Touch Sensitive Input Devices," filed on January 18, 2005; and (8) U.S. Patent Application No.: 11/057,050, entitled "Display Actuator," filed on February 11, 2005, (9) U.S. Patent Application 11/115,539, entitled "Hand-Held Electronic Device with Multiple Touch Sensing Devices," filed April 26, 2005.

### FIELD OF THE DISCLOSURE

[0003]    The subject matter of the present disclosure relates to an electronic device having a display and a surrounding touch sensitive bezel for user interface and control.

APLNDC00026445

## BACKGROUND OF THE DISCLOSURE

**[0004]**    There exist today many types of hand-held electronic devices, each of which utilizes some sort of user interface. The user interface typically includes an output device in the form of a display, such as a Liquid Crystal Display (LCD), and one or more input devices, which can be mechanically actuated (*e.g.*, switches, buttons, keys, dials, joysticks, joy pads) or electrically activated (*e.g.*, touch pads or touch screens). The display is typically configured to present visual information such as text and graphics, and the input devices are typically configured to perform operations such as issuing commands, making selections, or moving a cursor or selector of the electronic device. Each of these well-known devices has considerations such as size and shape limitations, costs, functionality, complexity, etc. that must be taken into account when designing the hand-held electronic device. In most cases, the user interface is positioned on the front face (or front surface) of the hand-held device for easy viewing of the display and easy manipulation of the input devices.

**[0005]**    FIGS. 1A–1F are diagrams of various hand-held electronic devices including for example a telephone **10A** (**FIG. 1A**), a PDA **10B** (**FIG. 1B**), a media player **10C** (**FIG. 1C**), a remote control **10D** (**FIG. 1D**), a camera **10E** (**FIG. 1E**), and a Global Positioning System (GPS) module **10F** (**FIG. 1F**). In each of these devices **10**, a display **12**, which is secured inside the housing of the device **10** and which can be seen through an opening in the housing, is typically positioned in a first region of the electronic device **10**. Each of these devices **10** also include one or more input devices **14**, which are typically positioned in a second region of the electronic device **10** next to the display **12**.

**[0006]**    To elaborate, the telephone **10A** typically includes a display **12** such as a character or graphical display, and input devices **14** such as a number pad and in some cases a navigation pad. The PDA **10B** typically includes a display **12** such as a graphical display, and input devices **14** such as a stylus based resistive touch screen and buttons. The media player **10C** typically includes a display **12** such as a character or graphic display and input devices **14** such as buttons or wheels. The iPod® media player manufactured by Apple Computer, Inc. of Cupertino, California is one example of a media player that includes both a display and input devices disposed next to the display. The remote control **10D** typically includes an input device **14** such as a keypad and may

APLNDC00026446

ATTY. DKT. NO.: P4194US1 / 119-0101US

or may not have a character display 12. The camera 10E typically includes a display 12 such as a graphic display and input devices 14 such as buttons. The GPS module 10F typically includes a display 12 such as graphic display and input devices 14 such as buttons, and in some cases a joy pad.

[0007]    Such prior art devices 10A-10F often employ a user interface in conjunction with the display 12 and input device 14. In one example, FIG. 2A shows an electronic device 20, such as a portable media player. The electronic device 20 has a display 24 and an input device 26 according to the prior art. The display 22 can show various forms of information (e.g., menu items, song titles stored in memory, etc.) of a user interface. The display 24 and input device 26 used in conjunction with the user interface allows the user to make selections (e.g., select a song), to operate functions of the device (e.g., play, stop, or pause a song, etc.), and to perform other functions. In this device 20, the input devices 26 is a "click wheel," such as used on an iPod® media player manufactured by Apple Computer, Inc. of Cupertino, California.

[0008]    The electronic device 20 has a housing 22 that contains the display 24 and the input device 26. The input device 26 typically requires a number of components, such as pressure pads, printed circuit board, integrated circuits, etc. Accordingly, the housing 22 for the electronic device 20 must typically be extended or enlarged beyond the size of the display 24 so that the electronic device 20 can accommodate the components of the input device 26. Consequently, due to the required components for the input device 26, the size of the housing 22 may in some cases be larger than is actually required to house just the display 24 and any other necessary components (i.e., processor, memory, power supply, etc.) for the device 20. In addition, placement of the display 22 and the input device 26 typically accommodate only one orientation of the device 20 when held by a user.

[0009]    In another example, FIG. 2B shows another electronic device 30 having a display 34 and an input device 36 according to the prior art. The electronic device 30 can be a laptop computer or the like, and the input device 36 can be a touch pad used to control functions of the device 30, such as moving a cursor, making selections, etc. The touch pad 36 is positioned on a housing 32 of the device 30 in conjunction with conventional components of a keyboard 38 and other physical inputs. The touch pad 36

APLNDC00026447

ATTY. DKT. NO.: P4194US1 / 119-0101US

can be categorized as either "resistive" or "capacitive." In the resistive category, the touch pad **36** is coated with a thin metallic electrically conductive layer and a resistive layer. When the touch pad **36** is touched, the conductive layers come into contact through the resistive layer causing a change in resistance (typically measured as a change in current) that is used to identify where on the touch pad **36** the touch event occurred. In the capacitive category, a first set of conductive traces run in a first direction on the touch pad **36** and are insulated by a dielectric insulator from a second set of conductive traces running in a second direction (generally orthogonal to the first direction) on the touch pad **36**. The grid formed by the overlapping conductive traces creates an array of capacitors that can store electrical charge. When an object (*e.g.,* a user's finger) is brought into proximity or contact with the touch pad **36**, the capacitance of the capacitors at that location changes. This change can then be used to identify the location of the touch event.

**[0010]**   In yet another example, **FIG. 2C** illustrates an electronic device **40** having a touch screen display **44** according to the prior art as an input device. The electronic device **40** is a Personal Digital Assistant or the like. The touch screen display **44** is positioned on a housing **42**, and the electronic device **40** typically has some physical controls **46** on the housing **42**. A stylus **48** is used to touch locations of the touch screen display **44** to perform various functions. The stylus **48** is typically used like a mouse and arrow, and the display **44** can show various menu items and other user interface features. Touching a menu item on the display **44** with the stylus **48** can generate a pop-up or window **45** in which the user can then make a selection with the stylus **48**. The pop-ups or windows **45** overlay the content being displayed and tend to obscure it.

**[0011]**   Recently, traditionally separate hand-held electronic devices have begun to be combined in limited ways. For example, the functionalities of a telephone have been combined with the functionalities of a PDA. One problem that has been encountered is in the way inputs are made into the device. Each of these devices has a particular set of input mechanisms or devices for providing inputs into the device. Some of these input mechanisms are generic to all the devices (*e.g.,* power button) while others are not. The ones that are not generic are typically dedicated to a particular functionality of the device.

APLNDC00026448

ATTY. DKT. NO.: P4194US1 / 119-0101US

By way of example, PDAs typically include a touch screen and a few dedicated buttons while cell phones typically include a numeric keypad and at least two dedicated buttons.

[0012]    Thus, it is a challenge to design a device with limited input mechanisms without adversely affecting the numerous possible functions that the device can perform. As will be appreciated, it is preferable not to overload the electronic devices with a large number of input mechanisms as this tends to confuse the user and to take up valuable space, *i.e.*, "real estate." In the case of hand-held devices, space is at a premium because of their small size. At some point, there is not enough space on the device to house all the necessary buttons and switches, etc. This is especially true when considering that all these devices need a display that typically takes up a large amount of space on its own. To increase the number of input devices beyond some level, designers would have to decrease the size of the display. However, this will often leave a negative impression on the user because the user typically desires the largest display possible. Alternatively, to accommodate more input devices designers may opt to increase the size of the device. This, too, will often leave a negative impression on a user because it would make one-handed operations difficult, and at some point, the size of the device becomes so large that it is no longer considered a hand-held device.

[0013]    Therefore, what is needed in the art is an improved user interface that works for multi-functional hand-held devices.

## SUMMARY OF THE DISCLOSURE

[0014]    An electronic device has a display and has a touch sensitive bezel surrounding the display. Areas on the bezel are designated for controls used to operate the electronic device. Visual guides corresponding to the controls are displayed on the display adjacent the areas of the bezel designated for the controls. Touch data is generated by the bezel when a user touches an area of the bezel. The device determines which of the controls has been selected based on which designated area is associated with the touch data from the bezel. The device then initiates the determined control. The device can also have a sensor for determining the orientation of the device. Based on the orientation, the device can alter the areas designated on the bezel for the controls and can alter the location of the visual guides for the display so that they match the altered areas on the bezel if the orientation of the device has changed.

APLNDC00026449

ATTY. DKT. NO.: P4194US1 / 119-0101US

**[0015]**   The foregoing summary is not intended to summarize each potential embodiment or every aspect of the present disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0016]**   The foregoing summary, preferred embodiments, and other aspects of subject matter of the present disclosure will be best understood with reference to a detailed description of specific embodiments, which follows, when read in conjunction with the accompanying drawings, in which:

**[0017]**   **FIGS. 1A–1F** are diagrams of various electronic devices according to the prior art.

**[0018]**   **FIG. 2A** illustrates an electronic device having a display and user controls according to the prior art.

**[0019]**   **FIG. 2B** illustrates an electronic device having a display and a touch pad according to the prior art.

**[0020]**   **FIG. 2C** illustrates an electronic device having a touch screen display according to the prior art.

**[0021]**   **FIG. 3A** is a perspective view of a substantially full screen hand-held device with a limited number of buttons according to certain teachings of the present disclosure.

**[0022]**   **FIG. 3B** is a front view of the hand-held device of **FIG. 3A** with at least one button.

**[0023]**   **FIG. 3C** is a diagram of a graphical user interface separated into a standard region and a control region for the electronic device of **FIG. 3A**.

**[0024]**   **FIG. 3D** illustrates an exemplary media player interface for the electronic device of **FIG. 3A**.

**[0025]**   **FIG. 4** illustrates an embodiment of an electronic device having a display and a touch sensitive bezel according to certain teachings of the present disclosure.

**[0026]**   **FIG. 5** schematically illustrates components of the electronic device of **FIG. 4**.

**[0027]**   **FIG. 6** illustrates a process of operating the touch sensitive bezel in flow chart form.

**[0028]**   **FIG. 7** illustrates a process of operating the electronic device in flow chart form.

APLNDC00026450

ATTY. DKT. NO.: P4194US1 / 119-0101US

**[0029]**    FIG. 8 illustrates a process of operating the electronic device having an orientation sensor in flow chart form.

**[0030]**    FIGS. 9A-9B illustrate an electronic device with an orientation sensor in two different orientations.

**[0031]**    FIG. 10 illustrates an embodiment of an electronic device capable of disregarding certain types of touch data.

**[0032]**    FIG. 11 illustrates an embodiment of an electronic device having a touch sensitive bezel around the display and having addition touch sensitive pads incorporated throughout various sides of the housing for the device.

**[0033]**    FIG. 12 illustrates some other possible bezel arrangements for an electronic device according to the present disclosure.

**[0034]**    FIG. 13A illustrates an embodiment of a touch sensitive bezel having a plurality of conductive pads, a control module, and sensors according to certain teachings of the present disclosure.

**[0035]**    FIG. 13B illustrates a circuit diagram of portion of the control module for the touch sensitive bezel of **FIG. 13A**.

**[0036]**    FIG. 14 illustrates an embodiment of a touch sensitive bezel having force detection and location layers according to certain teachings of the present disclosure.

**[0037]**    FIGS. 15 through 19 illustrate an embodiment of a multimedia device having a touch sensitive bezel and a user interface according to certain teachings of the present disclosure.

**[0038]**    While the subject matter of the present disclosure is susceptible to various modifications and alternative forms, specific embodiments thereof have been shown by way of example in the drawings and are herein described in detail.   The figures and written description are not intended to limit the scope of the inventive concepts in any manner.   Rather, the figures and written description are provided to illustrate the inventive concepts to a person skilled in the art by reference to particular embodiments, as required by 35 U.S.C. § 112.

APLNDC00026451

ATTY. DKT. NO.: P4194US1 / 119-0101US

## DETAILED DESCRIPTION

**[0039]**   Co-pending U.S. Patent Application Ser. No. 11/367,749, which has been incorporated herein by reference in its entirety, discloses electronic devices capable of configuring user inputs based on how the devices are to be used.  The electronic devices may be multi-functional hand-held devices.  The electronic devices have a user interface that requires no (or at most only a few) physical buttons, keys, or switches so that the display size of the electronic devices can be substantially increased.  Preferably, the electronic devices eliminate such physical buttons, keys, or switches from a front surface of the electronic device so that additional surface area becomes available for a larger display on the electronic device.  Ultimately, this strategy allows the electronic device to house a substantially full screen display.  As used herein, a full screen display is a display that consumes, or at least dominates, a surface (*e.g.*, a front surface) of the electronic device.

**[0040]**   FIG. 3A is a perspective view of a multi-functional hand-held device **50** having a housing **52** and a substantially full screen display **60**.  To accommodate the full screen display **60**, the multi-functional hand-held device **50** is preferably configured with a limited number of physical buttons.  Because a limited number of physical buttons are provided, the display **60** of the hand-held device **50** preferably uses a touch screen as the primary input mechanism for the electronic device **50**.  The touch screen of the display **60** is a transparent touch sensing mechanism that is positioned over or incorporated into the display **60**.  Typically, the touch screen display **60** works in conjunction with a graphical user interface (GUI) presented on the display **60**.  For example, the GUI may present an on-screen button or user control on the display **60**, and the touch screen display **60** may detect when a user presses the on-screen button (*e.g.*, places their finger or stylus over the on-screen button).  Aspects of the touch screen display **60** and GUI for the electronic device **50** are described in greater detail below.

**[0041]**   The hand-held device **50** may be constructed with only cross-functional physical buttons, *i.e.*, there are no buttons dedicated to individual device functionalities. These types of buttons may include power buttons and hold switches.  In another embodiment, the hand-held device **50** may not include any physical buttons at all.  In some embodiments, the physical buttons are limited to only the sides **56** and back surface

APLNDC00026452

ATTY. DKT. NO.: P4194US1 / 119-0101US

58 of the hand-held device 50. In other embodiments, the physical buttons of the hand-held device 50 are limited to the upper and lower portion of the sides 56 so that there are no buttons in the regions of the sides 56 where a user would physically support the device 50 (*i.e.*, holding region). In still other embodiments, the physical buttons may be located on the front surface 54, but only in the bezel 55 surrounding the display 60. In some embodiments, the buttons may be located on only the top and bottom surfaces 57 of the device 50.

[0042]   As shown in the embodiment of **FIG. 3A**, there are no physical buttons on the front surface 54 of the housing 52 so that the front surface 54 can be used almost entirely for the display 60. Further, because the side surfaces 56 are used for grasping the device 50, it may be preferred to leave the sides surfaces 56 free from buttons to prevent accidental actions in the event a user inadvertently presses a button while supporting the device 50. Although the top and bottom surfaces 57 would not typically be used to hold the device 50, these surfaces 57 are not ideal locations for buttons that are often actuated because it would be awkward to reach these buttons when operating the device 50 with one hand. Instead, the top surface 57 may be reserved for buttons that have limited action and generic functions that are cross-functional, for example, power and hold switches. The top and bottom surfaces 57 are also well suited for placement of I/O and communication ports. The top surface 57 may, for example, include a headset/microphone jack and an antenna, and the bottom surface 57 may include power and data ports.

[0043]   In some cases, it may be desirable to place buttons in the upper or lower regions of the side surfaces 56 out of the way of the grasping hand of the user. This may be particularly well suited when the housing 52 of the device 50 is elongated more than the standard width of a user's grasping hand. As shown in **FIG. 3B**, the hand-held device 50 includes a button 53 in the upper region on the right side surface 54 of the housing 52. Because the button 53 is in the upper region, it tends to be out of the way of the grasping hand and therefore accidental activation is substantially eliminated. In one embodiment, the upper button 53 may be configured to switch the functionality of the multi-functional device 50. For example, by pressing the button 53, a new device functionality is activated, and the current device functionality is deactivated. Although the term "button"

APLNDC00026453

ATTY. DKT. NO.: P4194US1 / 119-0101US

is used, it should be appreciated that the button **53** may correspond to a dial, wheel, switch, or the like.

**[0044]**    As discussed above, the touch screen display **60** typically works in conjunction with a GUI presented on the display **50**.  The GUI shows user controls on the touch screen display **60**, which in turn responds to user touches made in regions of the touch screen display **60** corresponding to the displayed user controls.  The entire touch screen display **60** or only a portion may be used to show the user controls.  Referring to **FIG. 3C**, for example, a GUI **70** for the electronic device **50** of **FIG. 3A** is separated into a standard region **72** and a control region **74** on the touch screen display **60**.  The standard region **72** represents what would normally be displayed on the display **60** when using the electronic device **50**.  That is, any standard GUI screens associated with the device **50** are displayed in the standard region **72**.  For example, when the device **50** is operated with a PDA functionality, a main menu (window with a set of icons), calendar, address book or date book may be displayed in the standard region **72**.

**[0045]**    On the other hand, the control region **74** virtually represents those physical controls **76** that would normally be physically placed on a particular type of electronic device.  That is, the virtual controls **76** displayed in the control region **74** essentially mimic physical controls for a particular type of device.  For example, when the device **50** is operated with a PDA functionality, the control region **74** may include virtual representations of a hand writing recognition area, a navigation pad, and the standard function buttons.  The standard and control regions **72** and **74** can be positioned at any position on the display **60** (top, bottom, sides, center, etc.).  For example, as shown in **FIG. 3C**, the control regions **72** and **74** may be positioned vertically relative to one another (one on top of the other) on the display **60**.

**[0046]**    In another example, **FIG. 3D** is a diagram of a GUI **80** that can be used with the electronic device **50** when operated in a music player functionality.  Again, the GUI **80** is divided into a standard region **82** and a control region **84**.  Located inside the control region **84** are a virtual scroll wheel **86** and five virtual buttons **88**.  Additional details on a virtual scroll wheel **86** are provided in U.S.  Patent Application No.: 11/038,590, entitled "Mode-Based Graphical User Interfaces for Touch Sensitive Input Devices," filed on January 18, 2005, which has been incorporated herein by reference.

APLNDC00026454

ATTY. DKT. NO.: P4194US1 / 119-0101US

**[0047]**   In the embodiments of **FIGS. 3A-3D**, the electronic device **50** includes the touch screen display **60**. In additional embodiments, the electronic device **50** according to certain teachings of the present disclosure may incorporate one or more touch sensitive surfaces (not shown) on the housing **52** of the electronic device **50** itself. These touch sensitive surfaces (not shown) can provide a large surface for tracking touch inputs or can provide small-dedicated areas, such as touch buttons, for performing dedicated functions. Furthermore, the one or more touch sensitive surfaces can be used in addition to or in the alternative to the touch screen display **60** discussed in the embodiment of **FIGS. 3A-3D**.

**[0048]**   The touch sensitive surfaces may be located on any surface of the housing **52**, any side of the housing **52**, any portion of any side of the housing **52**, or at dedicated locations on the surface of the housing **52**. For example, the touch sensitive surfaces may be located on the sides **56** or back surface **58** of the housing **52** and may even be located at the bezel (**55; FIGS. 3A-3B**) located at the front surface **54** of the housing **52**. In all of these cases, a large portion of the front surface **54** of the housing **52** is saved for the display **60** so that the viewing area of the hand-held electronic device **50** can be maximized.

**[0049]**   The touch sensitive surfaces of the housing **52** may take the form of one or more touch panels that are positioned within the housing **52**. The touch sensitive surfaces may be alternatively or additionally be provided directly by the housing **52**. That is, the touch sensing components of the touch sensitive surfaces may be integrated into, incorporated into, or disposed underneath the housing **52** such that the housing **52** itself is touch sensitive and forms part of the touch sensitive surfaces (rather than using a separate touch panel). Similar to a touch screen, such touch sensitive surfaces recognize touches and the positions of the touches on the surfaces. The electronic device **50** has circuitry (not shown), which can include a controller or the like, and the circuitry interprets the touches and thereafter performs actions based on the touch events. Touch sensitive surfaces can be constructed in the same manner as a touch screen, except the surfaces need not be substantially transparent. By way of example, the touch sensitive surfaces for the electronic device **50** may generally correspond to the touch sensitive housing described in detail in U.S. Patent Application 11/115,539, entitled "Hand-Held

APLNDC00026455

ATTY. DKT. NO.: P4194US1 / 119-0101US

Electronic Device with Multiple Touch Sensing Devices," filed April 26, 2005, which has been incorporated herein by reference in its entirety.

**[0050]**   Having a display **60** that encompasses almost the entire front surface **54** of the housing **52** of the electronic device **50** has several advantages discussed herein.   In addition, having one or more touch sensitive surfaces on various portions of the housing **52** that allow a user to control the electronic device **50** can also provide several advantages discussed herein.   As alluded to above, one or more touch sensitive surfaces can be located on the bezel **55** (*i.e.*, the portion of the front surface **54** of the housing **52** that surrounds the display **60**).   Turning then to **FIG. 4**, an embodiment of an electronic device **100** having a touch sensitive bezel **120** according to certain teachings of the present disclosure is illustrated.   As will be discussed in more detail below, the touch sensitive bezel **120** is used for user interface and control of the electronic device **100** and is used in conjunction with a graphical user interface operating on the device **100**.

**[0051]**   The electronic device **100** includes a housing **102** and a display **110**.   The housing **102** holds the display **110**, which can be any conventional display known and used in the art for electronic devices.   Some common examples for the display **110** include a Liquid Crystal display (LCD), an electroluminescent display, and a touch screen display.   The housing **102** also holds the touch sensitive bezel **120**, which is positioned substantially around the perimeter of the display **110**.   (In the present embodiment, the bezel **120** is positioned entirely around the perimeter of the display **110** so that the bezel **120** essentially frames the display **110**.)   The housing **102** of the electronic device **100** also contains electronic components that provide a number of operations and features, such as memory access, communications, sound, power, etc.   In addition, the electronic device **100** houses electronic components (discussed in more detail below) that are used to control operation of the display **110** and the bezel **120**.

**[0052]**   In one example, the electronic device **100** can be a picture frame having memory for storing digital pictures and for viewing on the display **110**.   In another example, the electronic device **100** can be a digital media device having the display **110**, the touch sensitive bezel **120**, and lacking most or all buttons or similar physical controls on the housing **52**.   In other examples, the electronic device **100** can be an electronic

APLNDC00026456

ATTY. DKT. NO.: P4194US1 / 119-0101US

game, a personal digital assistant, a multimedia device, a cellular telephone, a portable video player, a portable navigation device, or the like.

**[0053]**     The bezel **120** is touch sensitive and is used to obtain touch data from the user in response to touch events made by the user on the bezel **120**. The electronic device **100** uses the touch data obtained with the bezel **120** to perform various operations and functions related to user interface and user control of the device **100**. For example, the touch data obtained with the bezel **120** can control what is displayed with the device **100**, what files are played, what the volume level is, what the settings for the display **110** are, etc.

**[0054]**     A number of techniques can be used to obtain touch data with the touch sensitive bezel **120**. In one embodiment, at least a portion of the bezel **120** includes a multi-touch input surface capable of generating touch data for a plurality of touch events made by the user simultaneously at different locations of the bezel **120**. For example, the bezel **120** can include a capacitive sensor array and data acquisition circuitry for detecting when a user touches areas or locations on the bezel **120**. The capacitive sensor array and data acquisition circuitry can be similar to those disclosed in U.S. Patent Application Ser. No. 10/949,060, filed September 24, 2004 and entitled "Raw Data Track Pad Device and System," which is incorporated herein by reference in its entirety. An example of such an embodiment for the bezel **120** is discussed below with reference to **FIGS. 5** and **6**. During operation, the multi-touch input surface of the bezel **120** can be used to generate touch data that can be recognized as touch gestures discussed in more detail later.

**[0055]**     In another embodiment, at least a portion of the bezel **120** includes a plurality of resistive or capacitive sensors and an integrated circuit for analyzing resistive or capacitive values caused by a user touching the bezel **120**. An example of an embodiment for such a bezel **120** is discussed below with reference to **FIGS. 13A** and **13B**. In yet another embodiment, at least a portion of the bezel **120** includes force detection layers as disclosed in U.S. Patent Application Ser. No. 11/278,080, filed March 30, 2006 and entitled "Force Imaging Input Device and System," which is incorporated herein by reference in its entirety. An example of such an embodiment for the bezel **120** is discussed below with reference to **FIG. 14**.

APLNDC00026457

**[0056]**    During operation of the device **100**, areas or locations of the bezel **120** are designated for various user controls of the device **100**. In one embodiment, particular user controls designated for areas of the bezel **120** may be indicated directly on the bezel **120** itself using graphics, words, or the like. In such an embodiment, the user controls having indications directly on the bezel **120** may be fixed and may be those user controls that a user would typically use when operating the device **100** in any of the possible modes or functionalities of the device **100**. In another embodiment, particular user controls designated for areas of the bezel **120** may not have any visual indications appearing directly on the bezel **120** itself. Instead, the designated user controls may be in a logical or predetermined location on the bezel **120** that the user may know or expect.

**[0057]**    In yet another embodiment, the electronic device **100** has user interface software or an application for displaying icons, menu items, pictures, or words (referred to herein as "visual guides") **180** on the display **110**. The visual guides **180** correspond to the user controls designated for areas or locations of the bezel **120** and are shown on the display **110** adjacent designated areas on the bezel **120**. By way of example, the visual guides **180** in **FIG. 4** include "Menu," "Power," "Left," "Select," "Right," etc. It will be appreciated that the visual guides **180** and their arrangement depicted in **FIG. 4** are only exemplary. More or fewer visual guides **180** may be provided, and the size of the visual guides **180** can be larger or smaller than the scale depicted in **FIG. 4**.

**[0058]**    As shown in **FIG. 4**, the visual guides **180** are preferably located near the perimeter of the display **110** so that the majority of the display **110** can be dedicated to showing content or the like. Preferably and as shown in **FIG. 4**, the visual guides **180** are superimposed over visual data (*e.g.,* content, text, a picture, video, etc.) shown on the display **110**. The visual guides **180** can be displayed consistently on the display **110** while the electronic device **100** is operating. Alternatively, the visual guides **180** may not be shown in most circumstances during operation and can be displayed only after the user touches a predetermined portion of the bezel **120** or makes some user configured preference, or moves the device **100**.

**[0059]**    During operation, the user can touch designated areas (*e.g.,* outlined area -**121**) on the bezel **120** to initiate user controls for the electronic device **100**. Some examples of possible user controls include menu operations, cursor operations, and data

APLNDC00026458

ATTY. DKT. NO.: P4194US1 / 119-0101US

entry operations.  The user interface software operating on the display **110** shows the visual guides **180** in positions adjacent the areas **121** on the bezel **120** designated to perform the user controls so the user may know the general area of the bezel **120** designated for the corresponding user control indicted by the adjacent visual guide **180**. The designated areas **121** can be arbitrarily positioned and sized around the bezel **120** depending on the context or content of what is being displayed.  The number of distinct areas **121** that can be designated depends on the size of the display **110** and the bezel **120** and depends on what type of touch sensitive sensors are used for the touch sensitive bezel **120**.  In one example, one edge of the bezel **120** that is about 4 to 5-inches in length may accommodate about one-hundred distinct areas that can be designated for user controls.

**[0060]**    In a further embodiment, the electronic device **100** may be capable of rotation and may have an orientation sensor (discussed in more detail below) for determining the orientation of the device **100**.  Based on the sensed orientation, the areas **121** on the bezel **120** designated for the user controls can be altered or relocated to match the current orientation of the device **110**.  Likewise, the user interface software operating on the device **100** can alter the location of the visual guides **180** to match the current position of the areas **121** on the bezel **120** designated for the user controls.

**[0061]**    Now that details related the electronic device **100**, display **110**, and bezel **120** for user interface and control have been discussed above in **FIG. 4**, we now turn to a more detailed discussion of components for an electronic device of the present disclosure.

**[0062]**    Referring to **FIG. 5**, components of an embodiment of an electronic device **200** according to certain teachings of the present disclosure are schematically illustrated. Some of the components of the electronic device **200** are not shown in **FIG. 5** but will be apparent to one skilled in the art.  For example, the electronic device **200** may include a housing and conventional components, such as power circuitry, a central processing unit, memory, and the like.  In one example of a conventional component, for instance, the memory can store data, software, etc. and can include random access memory, read-only memory, or both.

**[0063]**    The electronic device **200** includes a housing (not shown), a display **210**, display circuitry **212**, a capacitive sensor array **220**, data acquisition circuitry **230**, and processing circuitry **240**.  The display **210** is positioned on the housing (not shown) and

APLNDC00026459

ATTY. DKT. NO.: P4194US1 / 119-0101US

has a perimeter.  The capacitive sensor array **220** is also positioned on the housing (not shown) and is positioned substantially around the perimeter of the display **210** so that the capacitive sensor array **220** forms part of a bezel for the display **210**.  The data acquisition circuitry **230** is coupled to the capacitive sensor array **220** and is used to acquire touch data from the array **220**.  The processing circuitry **240** is coupled to the data acquisition circuitry **230** and to the display **210**.

**[0064]**   As will be explained in more detail below, the processing circuitry **240** is configured to obtain touch data from the data acquisition circuitry **230**, determine if at least one user control is invoked by the obtained touch data, and initiate at least one operation for the electronic device **200** based on the determined user control.  The processing circuitry **240** includes a processor **250** and includes one or more software/firmware components that operate on the processor **250**.  These components include a display driver **251**, a sensor driver **253**, and system and/or user applications **260**.

**[0065]**   The applications **260** have one or more user controls **262** that a user can invoke by touching one or more areas of the capacitive sensor array **220** in order to change or control operation of the electronic device **200**.  To determine which user control **262** is invoked, the processing circuitry **240** designates one or more areas **221** of the capacitive sensor array **220** for the one or more user controls **262** of the applications **260**.  Then, when a user touches one or more areas **221** of the capacitive sensor array **220**, the data acquisition circuitry **230** provides touch data to the processing circuitry **240**.  The capacitive sensor array **220** and data acquisition circuitry **230** is preferably capable of generating touch data that describes more than one simultaneously touched areas **221** on the bezel **220** so that the touch data can cover instances when the user touches one area only, touches more than one area simultaneously, or makes a pattern or gesture of touches on the array **220**.

**[0066]**   In turn, the processing circuitry **240** compares the obtained touch data to the one or more designated areas and determines which of the user controls **262** has been invoked by the user.  The comparison of obtained touch data to the designated areas **221** may involve different levels of processing.  In one level of processing, the processing circuitry **240** compares the location (*e.g.*, rows and columns) that the obtained touch data

Page 16 of 45

APLNDC00026460

ATTY. DKT. NO.: P4194US1 / 119-0101US

occurred on the array **220** to the designated areas **221** for the user controls.   If the obtained touch data occurs in the designated area **221** for a satisfactory time period or over an average extent of the area **221**, for example, then the processing circuitry **240** determines that the corresponding user control has been invoked.

**[0067]**   In other levels of processing, the obtained touch data can include one or more locations (*e.g.*, rows and columns) being touched on the array **220**, can include touch data obtained over an interval of time, can include changes in touch data over time, and can include other "aggregate" forms of touch data.   In this level of processing, the processing circuitry **240** recognizes "touch gestures" from the touch data and determines which control is invoked by the "touch gesture."   Some examples of "touch gestures" include a single "tap" at a location of the array **220**, two or more sequential taps made at substantially the same location of the array **220** within predefined intervals of one another, touch events occurring substantially simultaneously at two or more locations of the array **220**, sliding touches of one or more fingers by the user over the surface of the array **220**, sustained touch at one location of the array **220** in conjunction with sliding or tapping touches at other locations of the array **220**, and other combinations of the above.

**[0068]**   To recognize such "touch gestures," one or more areas **221** of the array **220** are associated with a control **262**, and touch gestures involving one or more touches on those areas **221** are associated with the control **262**.   The touch gesture can be a single momentary tap, a sustained touch, two or more sequential taps, a sweep of a finger, and any other possible touch arrangement.   To then determine if the control **262** has been invoked, the processing circuitry **240** determines if the touch data includes those areas **221** associated with the control **262** and determines from the touch data if the touch gesture associated with the control **262** has occurred on those areas **221**.

**[0069]**   Turning from discussion of the capacitive sensor array **220**, the processing circuitry **240** is also operatively connected to the display **210** by display circuitry **212**. The display driver **251** is used to configure visual data (*e.g.*, content, screens, user interface elements, visual guides, etc.) and to send or present the visual data to the display circuitry **212**.   The electronic device **200** preferably presents one or more visual guides **280** along the perimeter of the display **210**.   In addition, the one or more visual guides **280** are preferably displayed at locations on the display **210** adjacent to corresponding

APLNDC00026461

areas **221** of the capacitive sensor array **220** designated for the one or more user controls **262** associated with the one or more visual guides **280**.

**[0070]**    Given the overview of the electronic device **200** discussed above, we now turn to a more detailed discussion of the components of the electronic device **200** of the present embodiment.   The capacitive sensor array **220** includes a plurality of rows and columns of capacitive sensors, and the array **220** may or may not be symmetrical.   The rows and columns of the array **220** are positioned around the perimeter of the display **210**.

**[0071]**    The data acquisition circuit **230** includes multiplexer ("MUX") circuitry coupled to the sensor array **220**.   In particular, two multiplexer circuits **232-1** and **232-2** (referred to as the MUX-1 and MUX-2 circuits) are coupled to the rows of the sensor array **220**.   Each row in the sensor array **220** can be electrically coupled to a reference voltage Vcc through the MUX-1 circuit **232-1** and can be electrically coupled to a storage capacitor **236** through the MUX-2 circuit **232-2**.   While not shown in detail, each column of sensor array **220** can be similarly coupled to a reference voltage Vcc and to a storage capacitor using column MUX circuits **234**.   Thus, a user touching a location or area **221** of the sensor array **220** can alter the capacitance measured at affected rows and columns of the array **220**.

**[0072]**    During operation, the MUX circuits **232** and **234** are responsible for coupling and stimulating successive elements of the sensor array **220** (e.g., rows, columns, or individual pixels – that is, an element at the intersection of a row and column) to the storage capacitor **236** in a controlled/sequenced manner and indicating that a measurement cycle has begun to the scan circuit **238**.   When the charge on storage capacitor **236** reaches a specified value or threshold, the scan circuit **238** records the time required to charge the storage capacitor **236** to the specified threshold.   Consequently, the scan circuit **238** provides a digital value that is a direct indication of the capacitance of the selected element of the sensor array **220**.

**[0073]**    The sensor driver **240** obtains measured capacitance data from the acquisition circuitry **230**.   In turn, the sensor driver **240** processes the measured capacitance data and configures a corresponding control, command, operation, or other function designated by the row and column location of the capacitance data.   Depending on what application,

APLNDC00026462

ATTY. DKT. NO.: P4194US1 / 119-0101US

content, or the like is currently operating, the system application **260** and/or user application **262** implements the corresponding user control **262**. Implementation may affect what is currently being displayed on the display **210**. Consequently, the display driver **214** may operate the display circuitry **212** coupled to the display **210** in response to an implemented control **262**. For example, a new menu may be presented on the display **210** in response to an implemented user control **262**.

[0074]    As shown in **FIG. 5**, the electronic device **200** can also include one or more sensors **270** coupled to the processing circuitry **240**. The one or more sensors **270** can include a Mercury switch, an acceleration sensor, inclinometer sensor, an electronic compass, a light sensor, a motion sensor, or an orientation sensor. In one embodiment, the orientation sensor **270** is a 3-G accelerometer similar to what is used in gyro remotes or used in hard drives to detect free fall. The accelerometer **270** detects gravity and generates orientation data that can indicate which edge of the display **210** is "up," "down," "north," or other direction. The processing circuitry **240** coupled to the accelerometer **270** determine the orientation of the electronic device **200** from the orientation data obtained from the sensor **270**. The determined orientation can then be used to designate or alter the location of the areas **221** on the array **220** to mach the orientation of the device **200**. In addition, the determined orientation can then be used to designate or alter the location of the visual guides **280** on the display **210** to mach the newly designated areas **221** on the array **220**. Furthermore, the determined orientation can then be used to rotate or flip the content shown on the display **210** to match the orientation of the device **200**. Details related to how the electronic device **200** can use orientation data are discussed below with reference to **FIGS. 8** and **9A-9B**.

[0075]    In another embodiment, the one or more sensors **270** can include one or more ambient light sensors for detecting the level of ambient light around the device **200**. Preferably, the device **200** includes at least two such ambient light sensors **270** for redundancy. Based on the level of ambient light detected, the electronic device **200** can automatically adjust the contrast and/or brightness of the display **210** accordingly. In yet another embodiment, the one or more sensors **270** can include a motion sensor, such as a passive pyroelectric sensor. The motion sensor **270** can be used to detect motion of the electronic device **200** from a stationary state so that the device **200** can "wake up" (*e.g.,*

APLNDC00026463

ATTY. DKT. NO.: P4194US1 / 119-0101US

turn on or come out of a standby mode) or can show previously hidden visual guides **280** on the display **210** in response to being moved.

[0076]   Referring to **FIG. 6**, a process **300** of operating the electronic device having the capacitive sensor array **220** of **FIG. 5** for the touch sensitive bezel is illustrated in flow chart form.   For better understanding, element numerals for components of **FIG. 5** are concurrently provided in the discussion that follows.   During operation, the MUX-1 circuitry **232-1** couples a first row of the sensor array **220** to the reference voltage Vcc for a specified period of time (Block **302**) and then isolates or disconnects that row from Vcc (Block **304**).   Next, the MUX-2 circuitry **232-2** couples the same row to the storage capacitor **236** for a specified period of time, or until the voltage on storage capacitor **236** reaches a specified threshold (Block **306**).

[0077]   While the MUX-2 circuitry **232-2** couples the selected sensor row to the storage capacitor **236**, a determination is made whether the storage capacitor's voltage reaches a specified threshold (Block **308**).   If so (*i.e.,* the "Yes" prong of Block **308**), the digital value corresponding to the time it took to charge the storage capacitor **236** to the specified threshold is recorded by the scan circuit **238** (Block **310**).   If the storage capacitor's voltage does not reach the specified threshold during the time that the MUX-2 circuitry **232-2** couples the selected sensor row to the storage capacitor **236** (*i.e.,* the "No" prong of Block **308**), then the acts of block **302-308** are repeated.

[0078]   Once a digital value corresponding to the capacitance of the selected row has been obtained (Block **310**), a check is made to see if there are additional rows in the sensor array **220** that need to be sampled.   If more rows need to be sampled, the process **300** goes to the next row at Block **314** and repeats the acts of Blocks **302-308**.   If it is determined at Block **312** that all the rows in the sensor array **220** have been sampled in accordance with Blocks **302-308**, a similar sampling process is used to acquire a capacitance value for each column in the sensor array **220** (Block **316**).   Once all rows and all columns have been processed, the entire process **300** is repeated, which can be done at a predetermined interval (Block **318**).

[0079]   Referring to **FIG. 7**, a process **400** of operating the electronic device of **FIG. 5** is illustrated in flow chart form.   For better understanding, element numerals for components of **FIG. 5** are concurrently provided in the discussion that follows.   During

APLNDC00026464

operation, areas **221** on the array **220** of the touch sensitive bezel are designated for user controls of the electronic device (Block **402**). In designating an area **221**, contiguous rows and columns of a portion of the capacitive sensor array **220** are associated with a user control for the electronic device **200**. The electronic device **200** also generates visual guides **280** for the user controls (Block **404**) and displays the visual guides **280** on the display **210** adjacent the designated areas **221** on the touch sensitive bezel **220** to which the visual guides **280** correspond (Block **406**). For example, the visual guides **280** are preferably displayed along the perimeter of the display **210** adjacent corresponding rows and columns of the capacitive sensor array **220** associated with the user controls for the electronic device **200**.    In this way, the majority of the display **210** can be used to show content.

**[0080]**    The electronic device **200** then obtains touch data with the capacitive sensor array **220** using the techniques disclosed herein (Block **408**). The touch data in a basic form includes information of which rows and columns of the capacitive sensor array **220** have been touched (*i.e.,* have exceeded the capacitance threshold). The electronic device **200** performs various forms of processing of the obtained touch data. For example, the touch data can be processed to determine how long the rows and columns have reached a threshold capacitance, to determine how long rows and columns have been below the threshold capacitance since an initial period of being above the threshold, and to determine other forms of information. Furthermore, to facilitate processing, the touch data can be aggregated together into predefined intervals of time and portions of the array **220**. In addition, the touch data obtained at a first instance can be stored and later compared to touch data obtained at a subsequent instance to determine changes in the data overtime, caused by a user's touch movement on the array **220**, for example. These and other forms of processing of the touch data will be apparent to one skilled in the art with the benefit of the present disclosure.

**[0081]**    After the touch data has preferably been processed with the techniques described briefly above, the electronic device **200** then compares the information from the touch data to the designations on the array **220** associated with the user controls for the device **200** (Block **410**). From the comparison, the electronic device **200** determines which user control is invoked by the designated area **221** of the array **220** that the user

APLNDC00026465

ATTY. DKT. NO.: P4194US1 / 119-0101US

has touched (Block **412**). Then, the electronic device **200** initiates the determined user control to affect processing of the device **200** (Block **414**). Once the user control is implemented, it may be necessary to update the display **210** and the designated user controls (Block **416**). If the same visual guides **280** and designated user controls can be used, then the process returns to Block **408**, for example, to obtain any new touch data with the array **220**. If, however, new visual guides **280** and designated user controls are needed due to a change in the content of what is displayed or the context of the device's operation, then the process returns to Block **402** to designate new areas on the array **220** for user controls and proceeds to subsequent steps.

**[0082]**    One skilled in the art will appreciate that the touch sensitive array **220** around the perimeter of the display **210** of the device **200** can be used to implement various user controls in some ways similar to how a conventional touch pad is used. In a brief example, the information at Block **410** may indicate a "tap" made by the user on the array **220**. This "tap" (*i.e.*, a touch by a finger on the array **220** for a "short" duration of time) may have been performed in designated area **221** of the array **220**. The electronic device **200** determines that the area **221** invoked by the "tap" is designated for performing a "page up" control of what is being displayed on the device **200**. The time duration of the "tap" may indicate the amount or extent of the "page up" control. In response to the user control, the electronic device **200** causes what is being shown on the display **210** to page up as requested by the user.

**[0083]**    As noted briefly above, the electronic device **200** of **FIG. 5** can include one or more sensors **270**, which can include an accelerometer or other orientation sensor Referring to **FIG. 8**, a process **430** of operating the electronic device of **FIG. 5** having the orientation sensor **270** is illustrated in flow chart form. For better understanding, element numerals for components of **FIG. 5** are concurrently provided in the discussion that follows. Initially, the electronic device **200** obtains orientation data from the sensor **270** (Block **432**). The electronic device **200** can obtain the orientation data at periodic intervals or at certain points during operation. The electronic device **200** then determines whether the orientation of the device has changed (Block **434**). If not, the process **500** can end.

APLNDC00026466

ATTY. DKT. NO.: P4194US1 / 119-0101US

**[0084]**    If the orientation has changed at Block **434**, the electronic device **200** determines how the orientation has changed and alters the designation of areas for user controls of the touch bezel (Block **436**).  In particular, the processing circuitry **240** alters how the one or more areas **221** of the capacitive sensor array **220** are designated for the one or more user controls **262** so that the designation better matches the new orientation of the device **200**.  In addition, if the display **210** is showing visual guides **280** for the corresponding areas **221** of the bezel **220**, then the electronic device **200** also alters location of the visual guides **280** on the display **210** so that they match the newly designated area **221** for the user controls on the array **220** (Block **438**).  Then, the process **430** can end until called again during the operation of the electronic device **200**.

**[0085]**    By way of example, **FIGS. 9A** shows an electronic device **450** having content on the display **460**.  The device **450** is rectangular and can be oriented in either a "portrait" or a "landscape" orientation.  Accordingly, the display **460** can show a picture or other content in either orientation.  In some circumstances, the orientation of what is displayed may not match how the device **450** is currently orientated.  The user may rotate or changes the orientation of the device **450**, for example, to the orientation shown in **FIG. 9B**.  The orientation senor **490** is used to determine the new orientation (*i.e.*, rotation of 90-degrees), and the processing circuitry (not shown) of the device **450** determines that the areas **471** designated on the bezel **470** for certain user controls of the electronic device **450** should be changed.  Accordingly, the processing circuitry alters the designation of the areas **471** of the bezel **470** so that they will better match the newly sensed orientation of the device **450**.  In addition, because the electronic device **450** can display visual guides **480** relative to the designated areas **471** of the bezel **470**, the processing circuitry also alters location of the visual guides **480** on the display **460** so that their new locations match the new locations of the designated areas **471** of the bezel **470**.

**[0086]**    For example, the area **471A** of where the "Left" control **480** in **FIG. 9A** will remain on the same side **454** of the device **450** as shown in **FIG. 9B**.  Yet, the "Left" control **480** is preferably orientated along the new bottom edge **456** of the device **450** so that it is in a position more amenable to the user.  Thus, the old area **471A** is no longer designated for the "Left" control.  Instead, a new area **421B** of the bezel **470** is designated for the "Left" control **480**, and the visual guide **480** for the "Left" control is displayed in

APLNDC00026467

ATTY. DKT. NO.: P4194US1 / 119-0101US

the appropriate position of the display **470** along the new bottom edge **456** to match the new designated area **471B**.

[0087]    In the example of **FIGS. 9A-9B**, orientation data from the orientation sensor **490** is used to alter the designation of the areas **471** for the user controls and the location of visual guides **480**.  In other embodiments, the orientation of the content to be displayed may dictate how the designation of the areas **471** for the user controls and the location of visual guides **480** should be for the device **450**.  For example, the display **460** of the electronic device **450** in **FIGS. 9A-9B** is rectangular and can be used to show content in "portrait" or "landscape" orientations.   Depending then on the desired or required orientation for particular content (*e.g.,* image, screen, user interface, or picture) to be shown on the display **460**, the electronic device **450** can alter the designation of the areas **471** for the user controls and the location of visual guides **480** according to the "portrait" or "landscape" orientations of the content.   In other words, when the device **450** is preparing to display particular content, the electronic device **450** can determine the particular orientation for that content.   Then, when the device **450** switches to show that new content on the display **460**, the electronic device **450** alters the designation of the areas **471** for the user controls and the location of visual guides **480** if the orientation of the newly displayed content is different from that previously displayed.  Thus, the user can naturally rotate the device **450** to better view the newly displayed content in its preferred orientation (*e.g.,* "portrait" or "landscape"), and the visual guides **480** and designated areas **471** will be already matched to the content's orientation.

[0088]    Turning to **FIG. 10**, the electronic device **500** of the present disclosure can also be configured to discriminate or ignore certain forms of touch data made on the bezel **520**.  For example, the housing **502** of the electronic device **500** may be designed to fit mainly around the display **510** and the surrounding bezel **520**.  As a result, when a user holds the electronic device **500**, it may be likely that portion of the user's hand (*e.g.,* one of the user's fingers or thumb) will maintain consistent contact on portion **522** of the bezel **520**.   In this instance, it is desirable that the electronic device **500** ignores such consistent contact made on the bezel **520**.   The processing circuitry (not shown) of the device **500** can store information tracking how long touch data has occurred on portions of the bezel **520** and/or how many adjacent, designated areas have had repeated touch

APLNDC00026468

ATTY. DKT. NO.: P4194US1 / 119-0101US

data. Then, after a predefined time limit, the processing circuitry can begin to ignore that consistent touch data in the portion 522 of the bezel 520 when determining what user controls the user is implicating. Furthermore, the processing circuitry can designated new locations for areas of the bezel 520 for user controls that are part of the ignored portion 522 of the bezel 520. In the present example, the areas 524 and 526 for the "page up" and page down" user controls on the left side of the bezel 520 have been moved to new locations outside the ignored portion 522. Likewise, the visual guides 512 associated with the "page up" and page down" user controls have been shifted to new locations adjacent to the newly designated areas 524 and 526.

[0089]    In previous embodiments of the present disclosure, the touch sensitive bezel of the present disclosure is arranged substantially around the entire perimeter of the display. In one alternative shown in **FIG. 11**, an embodiment of an electronic device 530 can have a touch sensitive bezel 550 around a display 540 just as before. In addition, the electronic device 530 can have one or more additional touch sensitive pads or surfaces 560 incorporated throughout various sides of the housing 532 for the device 530. These additional touch sensitive pads 560 can be used to detect location caused by a user touching the pads 560 and/or can be used to detect force caused by a user pressing the pads 560. The additional touch sensitive pads 560 can be positioned along edges of the housing 532 and can be positioned on the back of the housing 530.

[0090]    Any user controls designated for areas 562 on these additional touch sensitive pads 560 may be preconfigured and may not be change during operation. In this way, the user may know the functionality of the various pads 560 and can use the areas 562 to control features of the device 530 without the need of any visual guides 542 on the display 540. Alternatively, the user may be able to designate any user controls for these additional touch sensitive pads 560 using setup and configuration operations of the device 530. In yet another alternative, user controls for areas 562 of these additional pads 560 can be designated and re-designated by the electronic device 530 during operation in much the same way disclosed herein for areas 552 on the bezel 550. For example, areas 562 on the pads 560 can be designated for user controls similar to the areas 552 that can be designated on the bezel 550, and visual guides 542 can be displayed around the perimeter of the display 540 adjacent to corresponding areas 562 on the additional pads

Page 25 of 45

APLNDC00026469

ATTY. DKT. NO.: P4194US1 / 119-0101US

560 in the same way that the visual guides 542 are displayed adjacent designated areas 552 of the bezel 550.

[0091]    In FIG. 11, for example, the area 552 on the bezel 550 can be designated to adjust values, and the areas 562 of the adjacent side pad 560 can be designated to select various attributes of the display 540.   Because the device 530 can be hand-held, the user can selected from the various attributes by touching an area 562 on the side pad 560 with the hand used to hold the device 530, and the user can then adjust the value for the selected attribute by touching the area 552 on the bezel 550 with a finger of the other hand.   The side pad 560 can be either a large surface for tracking touch inputs or can includes a plurality of small dedicated surfaces, such as touch buttons, for performing dedicated functions.   In yet an another alternative, the additional pads 560 can also be force sensitive so that a predetermined amount of force or pressure caused by a user touch is required to invoke the user control associated with the touched areas 562 of the pads 560.

[0092]    In additional alternatives shown in FIG. 12, a touch sensitive bezel 590 according to the present disclosure can be arranged in a housing 572 around at least a portion of a display 580 of an electronic device 570.   In general, the bezel 590 can include one or more discrete touch sensitive surfaces positioned in the housing 572 adjacent one or more sides of the display 580.   On device 570A, for example, the bezel 590 has a plurality of discrete touch sensitive surfaces positioned in the housing 572 adjacent each side of the display 580.   On device 570B, for example, the bezel 590 has a first touch sensitive surface positioned in the housing 572 adjacent three sides of the display 580 and has a second touch sensitive surfaces positioned in the housing 572 adjacent one side of the display 580.   On device 570C, for example, the bezel 590 has a first and second touch sensitive surfaces positioned in the housing 572 adjacent opposing sides of the display 580.   These and other alternative arrangements are possible for touch sensitive bezels according to the present disclosure.

[0093]    In the embodiment of FIG. 5, the touch sensitive bezel of electronic device 200 has been described as having capacitive sensor array 220 that is used with data acquisition circuitry 230.   As alluded to above, however, a touch sensitive bezel for an electronic device according to the present disclosure can include other forms of touch

APLNDC00026470

sensitive circuitry.  Referring to **FIG. 13A**, another embodiment of a touch sensitive bezel **620** for an electronic device **600** is illustrated.  Only portion of the touch sensitive bezel **620** is illustrated in **FIG. 13A**, and the housing, display, and other components of the electronic device **600** are not shown for illustrative purposes.  In the present embodiment, the touch sensitive bezel **620** includes a Printed Circuit Board (PCB) **622** formed into a ring or frame shape and defining an inner opening **624** in which components of the display (not shown) for the electronic device are positioned.  A plurality of conductive pads **626** are formed on the PCB **622**, and each pad **626** is interconnected by a resistive element (not shown) according to details discussed below. The PCB **622** in this embodiment can have dimensions of approximately 8 by 10-inches and can have about 100 pads **626** formed around its perimeter.

**[0094]**    The touch sensitive bezel **620** also includes a control module **630**, which is housed in the electronic device and is shown here relative to the PCB **622** for illustrative purposes.  The control module **630** is connected to the pads **626** of the PCB **622** by connections (not shown).  The control module **630** has a plurality of components, including an infrared sensor, communication circuitry, accelerometer/inclinometer sensor, and other components.  A suitable infrared sensor is an RE200B pyroelectric passive infrared sensor.  A suitable accelerometer/inclinometer sensor is a KXP84 IC.

**[0095]**    The electronic device **600** can also have a plurality of ambient light sensors **604** and a plurality of infrared (IR) modules **606**, which are also shown here relative to the control module **630** for illustrative purposes.  A suitable ambient light sensor is an ISL29001 light-to-digital sensor.  The ambient light sensors **604** can be positioned in various locations on the housing of the electronic device and behind the display.  The ambient light sensors **604** detect the level of ambient light near the display so that the electronic device can adjust the contrast, brightness, or backlighting of the display accordingly.

**[0096]**    In **FIG. 13B**, a schematic diagram of components **632** comprising portion of the control module **630** of **FIG. 13A** is illustrated.  The components **632** in this portion include a QT510 Interacted Circuit **634** available from Quantum Research Group, Ltd. The QT510 IC **634** is connected at three approximately equidistant points **636A, B**, and **C** on the pad element **620**, which is shown here schematically.  Operation and arrangement

of QT510 IC **634** and the pad element **620** is similar to that used for the QWheel™ available from Quantum Research Group, Ltd. However, in at least one exception, the QWheel™ has 18 pads formed into a concentric wheel with resistors of about 15K positioned between each pad and a total resistance of about 270k. In contrast, the present embodiment of the pad element **620** has about 100 pads formed as a frame for the display of the device. The 100 pads are interconnected by about 100 resistors. Each resistor has a resistance of about 2.67k so that the pad element **620** has a total resistance of about 270k.

**[0097]**    In an additional embodiment, the operation and arrangement of IC **634** and the pad element **620** of the present disclosure can use techniques disclosed in U.S. Patent Application Publication No. 2006/0032680, entitled "A Method of Increasing Spatial Resolution of Touch Sensitive Devices," which is incorporated herein by reference in its entirety, to expand the detected sensitivity of the pad element **620**.

**[0098]**    In the embodiment shown in **FIG. 13A**, the pads **626** are formed on PCB **622**. In an alternative embodiment shown in **FIG. 13C**, pads **628** can be formed as layers on a surface of a display **610** for the electronic device **600**.    For example, techniques associated with Indium oxide doped with tin oxide (referred to herein as ITO techniques) can be used to deposit the pads **626** as transparent conductive thin layers on the surface of the display **620**. In this way, the touch sensitive bezel of the device **600** is essentially the perimeter of the display **610**, and the housing **602** is practically consumed by the display **610**. In addition, a touch sensitive wheel **650** having a plurality of pads **652** can also be deposited as on the display **610** using ITO techniques to provide additional user controls of the electronic device **600**.

**[0099]**    In **FIG. 14**, an embodiment of an electronic device **700** having a touch sensitive bezel **720** capable of force and location detection is illustrated. Portion of the touch sensitive bezel **720** is illustrated in a detailed cutaway. In this embodiment, the bezel **720** includes a force detector combined with a location detector so that the bezel **720** can provide both location and force detection. The bezel **720** includes a cosmetic layer **730**, a substrate **740**, a dielectric spring layer **750**, and a base or support layer **760**. The substrate **740** has a plurality of conductive drive paths **742** on a "top" side and has a plurality of conductive sense paths **744** on the "bottom" side. The dielectric spring layer

APLNDC00026472

ATTY. DKT. NO.: P4194US1 / 119-0101US

750 has alternating, or spatially offset, raised structures **752** on both sides of the layer **750**. The base layer **760** has a plurality of conductive drive paths **762**. The drive paths **742** on the substrate **742** are laid down in a first direction to form rows as are the drive paths **762** on the base layer **760**. The sense paths **744** on the bottom side of the substrate **740** are laid down in a second direction to form columns.

**[00100]** To sense location, the device **700** uses many of the same techniques discussed above with reference to the capacitive sensor array of **FIG. 5**. During operation, for example, data acquisition circuitry (not shown) of the device **700** drives the plurality of drive paths **742** (one at a time) during a first time period. During this same time period, the sense paths **744** on the other side of the substrate **740** are interrogated to obtain data representing the location of one or more touches to the cosmetic layer **730**. For example, a user's finger placed in proximity to various rows and columns of the drive paths **742** and sense paths **744** on the top and bottom of the substrate **740** alters their capacitive relationship when processed by the data acquisition circuitry.

**[00101]** To sense force, circuitry of the device **700** drives the drive paths **762** on the base layer **760** (one at a time) during a second time period. During this same time, the sense paths **744** on the bottom side of the substrate **740** are again interrogated to obtain data representing the strength or intensity of force applied to cosmetic layer **730** by a user's touch. For example, when a force is applied by a user's finger on the cosmetic layer **730**, the spring layer **750** deforms moving the sense paths **744** on the bottom of the substrate **740** closer to the drive paths **762** on the top of the base layer **760**. A resulting change in mutual capacitance is then used to generate data indicative of the strength or intensity of an applied force. Additional details related to the layers and other aspects of this embodiment are disclosed in incorporated U.S. Patent Application Ser. No. 11/278,080.

**[00102]** Using force and location detection, the bezel **720** of the present embodiment can provide additional user interface and controls. For example, a user's finger in **FIG. 7** is shown touching an area **721** of the bezel **720** designated for a "page down" operation (as indicated by the adjacent visual guide **780**). The electronic device **700** uses the sensed location on the bezel **720** to determine which control is invoked by the user's touch. In addition, the force applied by the user's touch is obtained using the force

APLNDC00026473

ATTY. DKT. NO.: P4194US1 / 119-0101US

detection features of the bezel **700**.  The sensed force can be used to determine the desired speed or extent with which to perform the "page down" operations, for example.

**[00103]**  Given all of the previous discussion of the present disclosure, we now turn to an embodiment of an electronic device that incorporates one or more of the aspects and features discussed above.  In **FIGS. 15** through **19**, an embodiment of a multimedia device **800** having a housing **802**, a display **810**, a touch sensitive bezel **820**, and a user interface **900** according to certain teachings of the present disclosure is illustrated in a number of stages of operation and use.  The multimedia device **800** in FIGS. **15** through **19** is meant to be exemplary.  It will be appreciated that the user interface **900**, available features and functions, user controls, screens, designations of the bezel **820**, and various other details provided in the discussion that follows may be altered depending on the implementation and desired results.

**[00104]**  In **FIG. 15**, a menu screen of the user interface **900** is displayed and lists various functions or features **902** (*e.g.*, Music, Photos, Videos, etc.) that are available on the device **800**.  An area **822** of the bezel **820** adjacent a battery symbol **906** can be touched at any point during operation to access power settings for the device **800** without the user having to access the settings function **902** on the menu screen **900**.  A plurality of areas **824** on one side of the bezel **820** are designated for selection of one of the available functions or features **902**, and visual guides **904** are provided on the perimeter of the bezel **820** adjacent the designated areas **824**.  A user touching one of these areas **824** of the bezel **820** accesses a subsequent screen of the user interface **900** for the selected function or feature **902**.  It should be noted that the side of the housing **802** may include a touch sensitive pad (similar to pads **560** of **FIG. 11**) on a side of the housing **802**, and areas (*e.g.*, areas **562** of FIG. 11) of this side pad can be similarly designated.

**[00105]**  In **FIG. 16**, the user has accessed the photo feature from the previous menu so that the display **810** shows a photo screen **910** listing various available photos **912**.  An area **826** on the left side of the bezel **820** is designated for scrolling up and down the list of photos **912**, and a visual scroll guide **916** is provided at the perimeter of the display **810** adjacent the area **826**.  A plurality of areas **828** on the right side of the bezel **820** are designated for selecting to open a selected photo **912**, and visual guides **914** for each photo **912** are provided adjacent these areas **828**.  An area **830** in the upper corner

APLNDC00026474

ATTY. DKT. NO.: P4194US1 / 119-0101US

adjacent a close window icon **914** on the screen **910** is designated on the bezel **820** for closing the current screen **910** to return to the menu screen of **FIG. 15**.

**[00106]**  In **FIG. 17A**, the display **810** shows a screen **920** having a selected photo (*e.g.*, sunrise).  A toggle area **831** of the bezel **830** in the lower right corner is designated to access and display additional user controls that are discussed below with reference to **FIG. 17C**.  A visual guide **921** is provided on the display **810** adjacent this toggle area **831**.  A first area **832** on the bezel **820** is designated for moving to a previous photo of those available, and a second area **834** is designated for moving to a subsequent photo. Corresponding visual guides **922** are displayed adjacent these areas **832** and **834** on the bezel **820**.  Additional areas **836** and **838** on adjacent sides of the bezel **820** may be designated for any of a number of operations, such as zoom, contrast, brightness, page down, scroll, etc.  In the present embodiment, visual guides are not shown adjacent these areas **836** and **838** so that the majority of the display **810** is unobstructed with elements of the user interface, and the screen **920** can primarily display the content (*i.e.*, the sunrise photo).  The user controls for which these areas **836** and **838** are designated may be already known or readily apparent to the user.

**[00107]**  As shown in **FIG. 17A**, the device **800** is rectangular and is shown in a vertical (*i.e.*, "portrait") orientation.  The user may rotate the device **800** so that it has a horizontal (*i.e.*, "landscape") orientation, such as shown in **FIG. 17B**.  As discussed previously, the device **800** can have an orientation sensor (not shown), such as an accelerometer or an inclinometer, and can determine the orientation of the device **800**.  In **FIG. 17B**, the device **800** has determined the horizontal or landscape orientation.  Based on this determination, the device **800** has adjusted the orientation of the screen **920** showing the photo on the display **810** in a landscape orientation and has readjusted the location of all the areas on the bezel **820** designated for the various user controls.

**[00108]**  If the user selects the toggle area **831** in the lower right corner, the screen **920** shows additional user controls.  In **FIG. 17C**, for example, the toggle area **831** has been previously selected so that a new visual guide **925** is provided adjacent the area.  In addition, a plurality of areas **840** on the bezel **820** are designated for a number of user controls, which have visual guides **928** shown on the display **810** adjacent the bezel **820**. In this example, the user controls available for viewing photos include contrast,

brightness, zoom, and move. A user can select on of these areas **840** to access that corresponding control. Then, while the corresponding control is activated (either by highlighting the corresponding visual guide **928** or while the user continues touching the corresponding area **840**), the user can adjust values or settings for the selected control using one or more areas **842** and **844** on other portions of the bezel **820**. These areas **842** and **844** have adjacent visual guides **926** showing that they are used to adjust values. By reselecting the toggle area **831** in the lower right hand corner, the user can remove the visual guides **926** and **928** for the user controls from the screen **920**.

[00109]  In **FIG. 18**, an example screen **930** listing songs is shown on the display **810** of the device **800**. A plurality of areas **864** on the right side of the bezel **820** adjacent visual guides **934** for the listed songs can be used to select, highlight, or open the corresponding song. An area **864** on the left side of the bezel **820** adjacent a scroll guide **934** can be used to scroll through the list of songs on the screen **930**. If the user selects or highlights one of the listed songs, the user can select areas **850** to play/pause the song or areas **852**, **854** to track forward or back from the selected song. These areas **850**, **852**, **854** have corresponding visual guides **935**. The user can also select to add the selected song to a play list or can elect to view various play lists by selecting from additional areas **860** and **862** having visual guides **932**. Depending on the amount of area of the display **810** available, one or more user controls **938** (*e.g.*, volume level) can be displayed on the screen **930**, and one or more unused areas **868** of the bezel **820** can be designated for the one or more user controls **938**.

[00110]  In **FIG. 19**, an example "now playing" screen **940** is shown on the display **810** of the device **800**. The screen **940** shows information about the song that is currently being played on the device **800**. As before, the area **850** on the bezel **820** is designated for play/pause user controls, and areas **852** and **854** are designated for previous track and next track, respectively. A plurality of areas **870** and **872** are provided on the sides of the bezel **820** adjacent various visual guides **942** corresponding to various user controls (*e.g.*, time bar for song, equalizer selection, and volume level). In one possibility, the user can select to change the settings or values of any one of these user controls by tapping or holding on the areas **870** or **872** on either side of the adjacent visual guide **942** for a control to advance or reduce the setting or value. In another possibility, the user can

APLNDC00026476

select or highlight one of the user controls by tapping or holding on the areas **870** or **872** on either side of the adjacent visual guide **942** for a control, and the user can then advance or reduce the setting or value by sliding over an additional area **874** of the bezel **820** next to the visual guide **944** for adjustability.

**[00111]**   As shown by the example multimedia device **800** of **FIGS. 15** through **19**, the touch sensitive bezel **820** and the user interface **900** according to certain teachings of the present disclosure can obtain and process various forms of touch data.  For example, the touch sensitive bezel **820** can be used to sense touch gestures, such as touch and drag operations, made by the user.  Using the touch gestures, a user can perform a number of user controls, such as move portions of an image that are being displayed (*e.g.*, page up or page down), move a cursor to drop and drag visual elements displayed (e.g., move a holder or file in a directory window), scroll up and down through a screen, skip through images in an album or series of images, adjust the setting or value of a user control, or perform similar operations.  In addition, because the touch sensitive bezel **820** can also be configured to detect force, the pressure that a user applies to a designated area of the bezel **820** can be used to determine the amount, extent, or level of a setting, adjustment, or value of a user control.

**[00112]**   Furthermore, the touch sensitive bezel **820** according to the present disclosure can be used to obtain touch data corresponding to multiple user controls simultaneously. For example, the user controls of the bezel **820** can be configured so that one side of the bezel **820** controls brightness with a touch and drag motion by the user, while the other side of the bezel **820** controls contrast with a touch and drag motion by the user.  Thus, using both of these sides of the bezel **820**, the user can simultaneously adjust both the contrast and the brightness of the display **810** using touch and drag motions on the sides of the bezel **820**.  These and other possibilities and combinations will be apparent to one skilled in the art having the benefit of the present disclosure.

**[00113]**   The foregoing description of preferred and other embodiments shows several different configurations of electronic devices.    Certain features, details, and configurations were disclosed in conjunction with each embodiment.  However, one skilled in the art will understand (1) that such features, details, and configurations can be used with the various different embodiments, even if such features, details, and

APLNDC00026477

ATTY. DKT. NO.: P4194US1 / 119-0101US

configurations were not specifically mentioned in conjunction with a particular embodiment, and (2) that this disclosure contemplates various combinations of the features, details, and configurations disclosed herein.  More specifically, the foregoing description of preferred and other embodiments is not intended to limit or restrict the scope or applicability of the inventive concepts conceived of by the Applicants.   In exchange for disclosing the inventive concepts contained herein, the Applicants desire all patent rights afforded by the appended claims.  Therefore, it is intended that the appended claims include all modifications and alterations to the full extent that they come within the scope of the following claims or the equivalents thereof.

APLNDC00026478

ATTY. DKT. NO.: P4194US1 / 119-0101US

**WHAT IS CLAIMED IS:**

1.    An electronic device, comprising:

a display positioned on the electronic device and having a perimeter;

at least one touch sensitive surface positioned on the electronic device adjacent at least a portion of the perimeter of the display; and

processing circuitry operatively connected to the display and to the at least one touch sensitive surface, the processing circuitry configured to:

designate at least one area of the at least one touch sensitive surface for at least one control;

generate at least one visual guide for the at least one control; and

present the at least one visual guide for display at a location on the display adjacent the at least one area designated for the at least one control.

2.    The electronic device of claim 1, wherein the processing circuitry is further configured to—

obtain touch data from the at least one touch sensitive surface, and

determine if the obtained touch data invokes the at least one control.

3.    The electronic device of claim 2, wherein the at least one touch sensitive surface comprises a force sensitive portion generating force data in response to a touch event, and wherein the processing circuitry is further configured to—

obtain force data from the force sensitive portion; and

govern an aspect of the at least one invoked control based on the obtained force data.

4.    The electronic device of claim 1, wherein the at least one touch sensitive surface comprises a multi-touch input surface capable of generating touch data in response to a plurality of touch events occurring simultaneously at a plurality of locations of the surface.

APLNDC00026479

ATTY. DKT. NO.: P4194US1 / 119-0101US

5.     The electronic device of claim 1, wherein the at least one touch sensitive surface comprises a bezel positioned around substantially the entire perimeter of the display.

6.     The electronic device of claim 1, wherein the at least one touch sensitive surface comprises a plurality of portions positioned around at least a plurality of sides of the perimeter of the display.

7.     The electronic device of claim 1, further comprising an orientation sensor operatively connected to the processing circuitry, wherein the processing circuitry is configured to—

        determine an orientation of the electronic device from orientation data obtained from the orientation sensor; and

        designate the at least one area of the at least one touch sensitive surface based on the determined orientation.

8.     The electronic device of claim 1, wherein the processing circuitry is configured to—

        determine an orientation of content for the display, the content capable of being displayed in one of at least two orientations; and

        designate the at least one area of the at least one touch sensitive surface based on the determined orientation of the content.

9.     The electronic device of claim 1, wherein the electronic device comprises a housing having a face with an area, the display positioned on the face of the housing and substantially encompassing the area of the face.

APLNDC00026480

ATTY. DKT. NO.: P4194US1 / 119-0101US

10.    An electronic device, comprising:

a display positioned on the electronic device and having a perimeter;

a touch sensitive bezel positioned on the electronic device around at least a portion of the perimeter of the display; and

processing circuitry operatively connected to the touch sensitive bezel, the processing circuitry configured to:

obtain touch data from the touch sensitive bezel, and

determine if at least one control is invoked by the obtained touch data.

11.    The electronic device of claim 10, wherein the processing circuitry is configured to initiate at least one operation for the electronic device based on the at least one determined control.

12.    The electronic device of claim 10, wherein the touch sensitive bezel is positioned around substantially the entire perimeter of the display.

13.    The electronic device of claim 10, wherein at least a portion of the touch sensitive bezel comprises a multi-touch input surface capable of generating touch data in response to a plurality of touch events occurring simultaneously at a plurality of locations of the surface.

14.    The electronic device of claim 13, wherein the multi-touch input surface of the bezel comprises an array having a plurality of capacitive sensors arranged in rows and in columns substantially around the perimeter of the display.

15.    The electronic device of claim 14, wherein to obtain touch data from the multi-touch input surface of the bezel, the processing circuitry comprises acquisition circuitry having at least two first multiplexer circuits coupled to the rows of the array and having at least two second multiplexer circuits coupled to the columns of the array, the at least two first multiplexer circuits controllably connecting the rows of the array to a reference

APLNDC00026481

ATTY. DKT. NO.: P4194US1 / 119-0101US

voltage and a storage capacitor, the at least two second multiplexer circuits controllably connecting the rows of the array to a reference voltage and a storage capacitor.

16.     The electronic device of claim 10, wherein the touch sensitive bezel comprises:

a plurality of conductive pads arranged around at least a portion of the perimeter of the display;

a plurality of resistors interconnecting the conductive pads; and

an integrated circuit coupled to at least three approximately equidistant points of interconnected pads, the integrated circuit sensing measurements at the at least three points and determining a position of a touch event occurring on the bezel.

17.     The electronic device of claim 16, wherein the plurality of pads comprise a plurality of conductive films on a surface of a circuit board surrounding the display.

18.     The electronic device of claim 17, wherein the plurality of pads comprise a plurality of conductive films deposited on a surface of the display adjacent the perimeter.

19.     The electronic device of claim 10, wherein to determine if the at least one control is invoked by the obtained touch data, the processing circuitry is configured to—

designate at least one area of the touch sensitive bezel for the at least one control;

compare the obtained touch data to the at least one designated area of the touch sensitive bezel; and

determine the at least control invoked by the obtained touch data based on the comparison.

20.     The electronic device of claim 19, wherein the processing circuitry is operatively connected to the display and is configured to—

generate at least one visual guide for the at least one control; and

present the at least one visual guide for display at a location on the display adjacent the at least one area designated for the at least one control.

APLNDC00026482

ATTY. DKT. NO.: P4194US1 / 119-0101US

21.    The electronic device of claim 19, further comprising an orientation sensor operatively connected to the processing circuitry, wherein the processing circuitry is configured to—

> determine an orientation of the electronic device from orientation data obtained from the orientation sensor; and

> designate the at least one area of the touch sensitive bezel for the at least one control based on the determined orientation.

22.    The electronic device of claim 19, wherein the processing circuitry is configured to—

> present content for the display in one of at least two orientations; and

> designate the at least one area of the at least one touch sensitive bezel based on the orientation of the content.

23.    The electronic device of claim 10, wherein the electronic device comprises a housing having a face with an area, the display positioned on the face of the housing and substantially encompassing the area of the face.

24.    The electronic device of claim 10, wherein the touch sensitive bezel comprises a force sensitive portion generating force data in response to a touch event, and wherein the processing circuitry is further configured to—

> obtain force data from the force sensitive portion of the touch sensitive bezel; and

> govern an aspect of the at least one invoked control based on the obtained force data.

APLNDC00026483

ATTY. DKT. NO.: P4194US1 / 119-0101US

25.     An electronic device, comprising:

a display positioned on the electronic device and having a perimeter;

a multi-touch input bezel positioned on the electronic device substantially around the perimeter of the display; and

processing circuitry operatively connected to the display and the multi-touch input bezel, the processing circuitry designating one or more areas on the multi-touch input bezel for one or more controls used to operate the electronic device, the processing circuitry generating one or more visual guides corresponding to the one or more controls and sending visual data to the display for displaying the one or more visual guides on the display adjacent the one or more areas on the multi-touch input bezel designated for the one or more controls, the processing circuitry obtaining touch data from the multi-touch input bezel and determining if at least one of the one or more controls that corresponds to the designated areas is invoked by the obtained touch data.

26.     The electronic device of claim 25, wherein the multi-touch input bezel is positioned around the entire perimeter of the display.

27.     The electronic device of claim 25, wherein the multi-touch input bezel is capable of generating touch data in response to a plurality of touch events occurring simultaneously at a plurality of locations of the bezel.

28.     The electronic device of claim 25, wherein the multi-touch input bezel comprises an array having a plurality of capacitive sensors arranged in rows and in columns substantially around the perimeter of the display.

29.     The electronic device of claim 28, wherein to obtain the touch data for the multi-touch input bezel, the processing circuitry comprises acquisition circuitry having at least two first multiplexer circuits coupled to the rows of the array and having at least two second multiplexer circuits coupled to the columns of the array, the at least two first

APLNDC00026484

ATTY. DKT. NO.: P4194US1 / 119-0101US

multiplexer circuits controllably connecting the rows of the array to a reference voltage and a storage capacitor, the at least two second multiplexer circuits controllably connecting the rows of the array to a reference voltage and a storage capacitor.

30. The electronic device of claim 25, wherein to determine if at least one of the one or more controls that corresponds to the designated areas is invoked by the obtained touch data, the processing circuitry compares the obtained touch data to the one or more areas of the multi-touch input bezel designated for the one or more controls and determines the at least control invoked by the obtained touch data based on the comparison.

31. The electronic device of claim 25, further comprising an orientation sensor operatively connected to the processing circuitry, wherein the processing circuitry determines an orientation of the electronic device from orientation data obtained from the orientation sensor, and wherein the processing circuitry designates the one or more areas of the multi-touch input bezel for the one or more controls based on the determined orientation.

32. The electronic device of claim 25, wherein the processing circuitry presents content for the display in one of at least two orientations and designates the at least one area on the at least one touch sensitive bezel based on the orientation of the content.

33. The electronic device of claim 25, wherein the electronic device comprises a housing having a face with an area, the display positioned in the face of the housing and substantially encompassing the area of the face.

34. The electronic device of claim 25, wherein the multi-touch input bezel comprises a force sensitive portion generating force data in response to a touch event, and wherein the processing circuitry obtains force data from the force sensitive portion and governs an aspect of the at least one invoked control based on the obtained force data.

APLNDC00026485

ATTY. DKT. NO.: P4194US1 / 119-0101US

35.    An electronic device, comprising:

a display positioned on the electronic device and having a perimeter;

means positioned on the electronic for obtaining touch data from adjacent the
perimeter of the display;

means for designating one or more areas adjacent the perimeter of the display for
one or more controls;

means for generating one or more visual guides for the one or more controls;

means for presenting the one or more visual guides for display at one or more
locations on the display adjacent the one or more designated areas;

means for determining if at least one of the one or more controls is invoked by
obtained touch data; and

means for operating the electronic device with the at least one invoked control.


36.    The electronic device of claim 35, further comprising:

means for determining an orientation of the electronic device; and

means for designating the one or more areas based on the determined orientation
of the electronic device.


37.    The electronic device of claim 35, further comprising:

means for presenting content on the display in one of at least two orientations; and

means for designating the one or more areas based on the orientation of the
content.


38.    The electronic device of claim 35, wherein the means for determining if at least
one of the one or more controls is invoked by the obtained touch data comprises means
for recognizing touch gestures based on the obtained touch data.


39.    The electronic device of claim 35, further comprising:

means for obtaining force data in response to a touch event, and

means for governing an aspect of the at least one invoked control based on the
obtained force data.


Page 42 of 45

APLNDC00026486

ATTY. DKT. NO.: P4194US1 / 119-0101US

40.     A user interface method for operating an electronic device having a display and a touch sensitive bezel substantially surrounding the display, the method comprising:

      presenting content on the display;

      designating one or more areas of the touch sensitive bezel for one or more
            controls of the electronic device;

      presenting one or more visual guides at a perimeter of the display adjacent
            to the one or more designated areas;

      detecting touch data on the touch sensitive bezel;

      determining which of the controls is invoked by the touch data; and

      operating the electronic device with the invoked control.

41.     The method of claim 40, wherein the act of presenting one or more visual guides at a perimeter of the display adjacent to the one or more designated areas comprises superimposing the visual guides over the content presented on the display.

42.     The method of claim 40, wherein the act of presenting one or more visual guides at a perimeter of the display adjacent to the one or more designated areas comprises presenting the visual guides at the perimeter after being implicated by a user action selected from the group consisting of touching a predetermined portion of the touch sensitive bezel, making a predetermined touch gesture on the touch sensitive bezel, and moving the electronic device.

43.     The method of claim 40, wherein the act of designating one or more areas of the touch sensitive bezel for one or more controls of the electronic device comprises:

      associating one or more areas of the touch sensitive bezel with the one or
            more controls; and

      associating one or more touch gestures on the one or more associated
            control areas with the one or more controls.

APLNDC00026487

ATTY. DKT. NO.: P4194US1 / 119-0101US

44.     The method of claim 43, wherein the act of determining which of the controls is invoked by the touch data comprises:

>  determining if the touch data includes the one or more associated control areas; and

>  determining from the touch data if the one or more touch gestures associated with the one or more controls have occurred on the one or more associated control areas.

45.     The method of claim 40, further comprising:

>  determining an orientation of the electronic device; and

>  designating the one or more areas of the touch sensitive bezel for the one or more controls based on the determined orientation.

46.     The method of claim 40, wherein the act of presenting content on the display comprises presenting content in one of at least two orientations on the display, and wherein the method further comprises designating the one or more areas on the touch sensitive bezel based on the orientation of the content.

APLNDC00026488

ATTY. DKT. NO.: P4194US1 / 119-0101US

# ELECTRONIC DEVICE HAVING DISPLAY AND SURROUNDING TOUCH SENSITIVE BEZEL FOR USER INTERFACE AND CONTROL

## ABSTRACT

An electronic device has a display and has a touch sensitive bezel surrounding the display. Areas on the bezel are designated for controls used to operate the electronic device. Visual guides corresponding to the controls are displayed on the display adjacent the areas of the bezel designated for the controls. Touch data is generated by the bezel when a user touches an area of the bezel. The device determines which of the controls has been selected based on which designated area is associated with the touch data from the bezel. The device then initiates the determined control. The device can have a sensor for determining the orientation of the device. Based on the orientation, the device can alter the areas designated on the bezel for the controls and can alter the location of the visual guides for the display so that they match the altered areas on the bezel.

APLNDC00026489