EXHIBIT 3.19

Fig. 3 is a side view of the overlay 20 and the stylus 60 for stylus detection;

Fig. 4 is a schematic view of the overlay for stylus detection;

Fig. 5 illustrates the radiative signal amplitude for measuring pair P0 in stylus detection;

Fig. 6 shows the measurement for the pair P1 for stylus detection;

Fig. 7 shows the measurement for the pair P2 for stylus detection;

Fig. 8 is a cross-sectional view of the overlay 20 and the finger 70 for finger touch detection;

Fig. 9 is an architectural diagram of the detection system;

Fig. 10 is a flow diagram of the operation of the first embodiment of the invention for detecting either finger touch or stylus position;

Fig. 11 is a rear view of the general layout of the overlay 20;

Fig. 12 is a side cross-sectional view of the overlay 20 along the section line 12-12' of Fig. 11 showing the detail of the display input area;

Fig. 13 is a front breakaway view of the overlay 20 in the bus region;

Fig. 14 is a side cross-sectional view along the section line 14-14' of Fig. 13;

Fig. 15 is a front view of the layout of the X bus for the overlay 20;

Fig. 16 is a flow diagram of a second embodiment of the invention, when both finger touch and stylus detection can be simultaneously carried out;

Fig. 17 is a timing diagram for the second embodiment of the invention, for the simultaneous detection of both finger touch and stylus location;

Fig. 18 is a diagram of the memory organization for the RAM 102 in the second embodiment of the invention, and

Fig. 19 is a front view of the display as seen through the overlay 20, showing the simultaneous finger touch and stylus detection, in accordance with the second embodiment of the invention.

Description of the Best Mode for Carrying Out the Invention

The combined finger touch and stylus detection system is shown in a front view in Fig. 1 and in a side cross-sectional view in Fig. 2, in association with a cathode ray tube display. The overlay 20 consists of two sheets of durable, transparent plastic, with an array of horizontal transparent conductors embedded in the first sheet and an array of vertical transparent conductors embedded in the second sheet. The overlay 20 can be mounted by means of the frame 22 onto the display surface 32 of the cathode ray tube 24. The mounting frame 22 consists of a base portion 28 which attaches to the sidewall 26 of the cathode ray tube (CRT) 24. The front facing surface 30 of the base portion 28 can have a curvature substantially the same as the curvature of the display surface 32. The overlay 20 is mechanically flexible and can be laid directly upon the surface 32 of the CRT so that its edges overlap the surface 30 of the base portion 28 for the mounting frame 22. The clamping member 34 can then be placed over the edges of the overlay 20 so that the mating surface 38, which has a curvature similar to that of the surface 30, clamps the edges of the overlay 20. The mounting bolts 36 secure the member 34 to the base portion 28.

Fig. 2 shows a cross-sectional view of the overlay 20 positioned on the display surface 32 of the CRT. The overlay is stretched slightly by the mounting frame, to provide a smooth, tight and well supported surface for finger touch and stylus detection. The overlay shown in Fig. 3 consists of the inner substrate 50 which is a sheet of polyethylene terephthalate which is transparent, electrically insulative, and has a thickness of approximately 950 $\mu$m (0.002) inches. An array of horizontal transparent conductors is deposited on the surface of the inner substrate 50 and are designated as $Y_1$, $Y_2$, $Y_3$, etc., with the $Y_3$ wire being shown in Fig. 3. The transparent conductors can be composed of indium tin oxide, for example, which is a well-known transparent conductor material. The thickness of the transparent conductor can be approximately 100 nm. The conductors are approximately 635 $\mu$m (0.025 inches) wide and are spaced approximately 3,175 mm (0.125 inches) on a center-to-center spacing. An insulation layer 52 covers the horizontal Y wires and can be composed of a transparent adhesive such as ultraviolet initiated vinyl acrylic polymer having a thickness of approximately 50 $\mu$m (0.002 inches). The upper portion of the overlay 20 shown in Fig. 3 consists of the outer substrate 54 which is a sheet of polyethylene terephthalate which is optically transparent, electrically insulative and has a thickness of approximately 50 $\mu$m (0.002 inches). Deposited on the surface of the outer substrate 54 is a vertical array of transparent conductors designated $X_1$, $X_2$, $X_3$...$X_6$.... The conductors $X_1$, etc. are also composed of indium tin oxide and have a thickness of approximately 100 nm, a width of approximately 635 $\mu$m (0.025 inches) and a spacing of approximately 3,175 mm (0.125 inches), center-to-center. The outer substrate 54 and the vertical conductors X are joined by the adhesive insulation layer 52 to the inner substrate 50 and the horizontal wires Y. The X and the Y transparent conductors can also be composed of gold and silver or other suitable

4

materials. The thickness of the conductors is adjusted to provide resistance below 50 ohms per square and an optical transmission which is greater than 80 percent.

Fig. 3 depicts the arrangement for detection of the stylus 60 when it is closer than the locate threshold distance 62. The principle of operation in the stylus detection mode is that the X and/or Y conductors are driven by a 40 kiloherz oscillator driver so that the X and/or Y conductors act as a transmitter of electromagnetic radiation and the stylus 60 acts as a receiver of that radiation. To transmit a signal, the oscillator selectively drives either the X conductors or the Y conductors. The stylus 60 detects the signal and electronics connected to the stylus digitizes the magnitude of the signal. The magnitude of the signal detected by the stylus is a function of the height of the stylus above the overlay 20. By comparing this magnitude to known thresholds, the height of the stylus above the overlay can be determined. When the stylus signal has reached the contact threshold corresponding to the locate threshold distance 62, the operation of stylus detection can shift from proximity detection to a location and tracking mode. The object of tracking the stylus is to have the X conductors and the Y conductors in the overlay driven in such a manner that the radiation picked up by the stylus 60 can enable the attribution of an instantaneous position for the stylus.

The basic drive pattern for determining the stylus position is schematically shown in Fig. 4. A wire pair is defined as two adjacent X conductors, for example, with the left-hand conductor and several conductors to the left thereof being either grounded or connected to a first reference potential and the right-hand conductor and several conductors to the right thereof being driven by the oscillator driver. Fig. 4 shows the wire pair P0 located beneath the stylus 60, with the conductor X3 being the left-handed conductor and the conductor X4 being the right-handed conductor. The conductors X1, X2 and X3 are connected to ground potential whereas the conductors X4, X5 and X6 are connected to the oscillator driver. Fig. 5 shows the amplitude of the signal received by the stylus 60 as it would pass from left to right from above the conductor X1 to a position above the conductor X6. Note that within and around the wire pair X3 and X4, the stylus signal varies linearly with position. This linearity is the basis for an accurate interpolation technique for providing a precise measure of the position of the stylus 60 based upon the measurement of radiation from three wire pairs. The first stage in the measurement is measuring the amplitude for the wire pair P0. Fig. 6 shows the second stage in the measurement where the wire pair P1 is formed with the conductors X4 and X5.

The plot of the magnitude of the signal received by the stylus 60 which remains fixed at its location shown in Figs. 4 and 5, would indicate a lower relative measured amplitude for the wire pair P1 measurement. The final data in the three stage operation of locating the position of the stylus 60 is shown in Fig. 7, where the wire pair P2 is the inverse of the wire pair P0. That is, the conductors X1, X2 and X3 are driven with the oscillator driver, whereas the conductors X4, X5 and X6 are connected to ground and reference potential. The signal amplitude is shown for the wire pair P2 in Fig. 7. Once again, with the stylus 60 remaining in the same position that it had for Figs. 4, 5 and 6, the magnitude of this signal for the wire pair P2 will be measured.

The calculation of the horizontal position of the stylus 60 with respect to the vertical X conductors X1, X2, X3, etc. is done in two stages. First, the base coordinate is calculated and then second an offset coordinate is calculated which is added to the base coordinate to form the resultant measured position. To calculate the base coordinate, the system calculates the number of wires between the origin of coordinates at the left-hand edge of the overlay and the first wire adjacent to the axis of the stylus 60. This number of wires is multiplied times the pitch of the X conductor separation, in this case 3,175 mm (0.125 inches), to obtain the base coordinate value. The base coordinate produced is the midpoint between the wire pair X3 and X4 in this example.

The offset coordinate is the coordinate of the stylus relative to the midpoint of the wire pair X3 and X4. The offset coordinate is equal to the wire separation pitch in the horizontal direction times (P0-P2) divided by $2^\times$(P0-P1). The numerator of this expression is a linear expression within a wire pair whereas the denominator is a constant. Both of these terms depend upon the angle of the stylus with respect to the tablet which can vary during normal operation. The division operation cancels this dependence, allowing the expression to be invariant as to the angle at which the stylus is held. The resulting ratio varies linearly between approximately -1 and +1 and, when multiplied times the pitch, gives an additive factor which, when added to the base coordinate, results in the interpolated value for the horizontal position of the stylus with respect to the vertical X conductors. The resolution for this measurement is typically 0,254 $\mu$m (0.01 inches). A similar operation is conducted for the horizontal conductors Y1, Y2, etc. to establish the vertical position of the stylus with respect to the horizontal conductors.

5

APLNDC00026641

It is seen that in order to locate position of the stylus with respect to the vertical conductors, the vertical conductors must be arranged with each conductor in any group of at least six adjacent conductors, uniquely connected to the oscillator driver. A similar condition must also prevail for the horizontal Y conductors. As was previously mentioned, in order to obtain an approximately 0,254 mm (0.01 inch) resolution, a grid pitch of approximately 3,175 mm (0.125 inches) must be maintained for the conductors in both the horizontal direction and in the vertical direction. If a display area of 30-33 cm (12-13 inches) in the horizontal and the vertical direction is to be covered by the overlay, then approximately 100 vertical X4 conductors and 100 horizontal Y conductors will be required in the overlay 20. If 200 different drivers were required to drive all 200 conductors, the mechanical and electrical complexity necessary to make that connection would be prohibitive. It is clearly advantageous to provide some means for reducing the number of driver wires which interconnect the conductor wires in the array to the oscillator driver. Dym, et al. have provided in their above cited patents, a busing technique which employs a horizontal bus having 24 separate driver wires each of which are respectively connected to several vertical conductors in the opaque graphics tablet disclosed therein. The horizontal conductors are similarly arranged and are connected through a vertical bus also having 24 wires. Taking the vertical array conductors for example, the 24 wires in the horizontal bus feeding the vertical array conductors were classified into three sets of eight wires each. The vertical array conductors were divided into groups. To make the individual groups of array conductors unique for the purposes of detection by the stylus, the order of the array conductors is changed for every group. This reduced the number of drive wires in the bus since each wire in the bus was connected to and drove multiple array conductors. The separation between array conductors connected to the same bus wire has to be large enough so that signals sensed in one region of the array are not influenced by the other conductors in the array connected to the same bus wire.

The problem with the arrangement of the array conductors as described by Dym, et al. for their opaque graphics tablet, is that it cannot be used for the capacitive detection of a finger touch such as is illustrated in Fig. 8. The finger 70, when touching the surface of the outer substrate 54 in Fig. 8, will, at best, approximately cover only two adjacent array conductors, in the case illustrated, X3 and X4. If the location of the finger 70 is to be measured with the resolution equivalent to the pitch of the conductors, in this case 3,175 mm (0.125 inches), then the capacitance change for a first

conductor and for an adjacent second conductor must be measured. In the case of Fig. 8, the capacitance CF3 between the finger 70 and the X3 conductor must be measured and the capacitance CF4 between the finger 70 and the conductor X4 must be measured. The capacitance of all the X conductors X1-X5 and all of the Y conductors can be measured, but the finger location is determined by identifying the two adjacent vertical X conductors and the two adjacent horizontal Y conductors having the maximum change in their capacitance. The array conductors must be connected to their bus drive wires in such a manner that each adjacent pair of array conductors constitutes a unique combination which is never duplicated elsewhere on the array. One of the problems solved by the invention disclosed herein is how to combine both finger touch detection and stylus location detection using the same array of horizontal and vertical conductors connected through their respective drive buses.

Fig. 11 is a rear view over the overlay 20 showing the general layout of the overlay. The X bus 80 consists of 16 drive wires 1, 2,...16 and similarly the Y bus 90 consists of 16 bus wires. The X bus 80 is connected through the X connector 182 to the drive electronics. Similarly, the Y bus connector 184 connects the Y bus 90 to the drive electronics. The display input area 188 has the transparent array conductors arranged therein with the vertical transparent conductors X1-X112 selectively connected to the bus wires 1-16 in the X bus 80. Correspondingly, the horizontal transparent conductors Y1-Y112 are selectively connected to the 16 bus wires of the Y bus 90. Fig. 13 is a front detailed view of the X bus 80, showing the bus wires 1, 2, 3, 4 and 5 of the X bus 80. Two vertical transparent array wires X1 and X2 are shown respectively connected to the X bus wires 1 and 3, for example. Fig. 14 is a cross-sectional view of Fig. 13, showing how the horizontal bus wire 3 connects through an aperture 180 in the insulation layer 52 to make connection to the transparent wire X2. The actual pattern for interconnecting the 16 bus wires 1-16 of the X bus 80 to the 112 vertical, transparent array conductors X1-X112, is shown for the X bus layout in Fig. 15. The order of connection is also given in Table I.

In the preferred embodiment, the number of vertical array conductors X1, X2,..., which must be capable of independent control, is a function of the pitch of the wires in the array (the number per unit distance in the horizontal direction), the number of position determinations per unit time (the sampling rate of the wires in the array), and the maximum speed of the stylus movement which is desired to be accommodated. Using the wire pair concept shown in Figs. 4-7, let the number of wires to the

6

0 250 931

left of the wire pair (including the left-hand member of the pair) be the quantity M and let there also the same number M of wires to the right of the wire pair (including the right-hand member of the pair). The total quantity of 2M adjacent wires represents a group, which must span a horizontal distance great enough to exceed the maximum allowable distance which will be displaced by the stylus during one interval between successive position determinations (the sampling interval). In each group of adjacent 2M wires, each wire must be uniquely connected to one of the plurality of bus wires in the horizontal bus 80. The same is equally true for the horizontal array conductors Y1, Y2,....

For example, if the maximum speed of the stylus is 48 inches per second, the sampling rate is 100 position determinations per second, the pitch of the wires is 3,175mm (0.125 inches), then the quantity of M will be four wires on each side of the wire pair. In this example, the array must be organized so that each group of eight adjacent wires has each wire therein uniquely connected to the bus wires in its corresponding bus, in order to accurately track the position of the stylus moving at up to 122 cm/s (48 inches per second). A wiring pattern which will accommodate this example is shown in Table I and in Fig. 15.

APLNDC00026643

Sequence With Four-Wires-On Tracking      TABLE I

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drive No. | 16 | 1 | 14 | 2 | 13 | 3 | 12 | 4 | 11 | 5 | 10 | 6 | 9 | 7 | 8 | 15 |
| Occurrence | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| N to Self | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| N to Four | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| Drive No. | 2 | 1 | 3 | 14 | 4 | 13 | 5 | 12 | 6 | 11 | 7 | 10 | 8 | 9 | 15 | 3 |
| Occurrence | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 |
| N to Self | 12 | 15 | 12 | 16 | 12 | 16 | 12 | 16 | 12 | 16 | 12 | 16 | 13 | 16 | 14 | 12 |
| N to Four | 10 | 9 | 10 | 9 | 10 | 9 | 10 | 9 | 10 | 10 | 11 | 11 | 9 | 10 | 10 | 10 |
| | | | | | | | | | | | | | | | | |
| Drive No. | 16 | 2 | 4 | 1 | 5 | 14 | 6 | 13 | 7 | 12 | 8 | 11 | 9 | 16 | 10 | 15 |
| Occurrence | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| N to Self | 31 | 16 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 16 | 12 | 18 | 16 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 12 | 9 | 10 | 11 | 10 | 11 | 9 |
| | | | | | | | | | | | | | | | | |
| Drive No. | 4 | 3 | 5 | 2 | 6 | 1 | 7 | 14 | 8 | 13 | 9 | 12 | 10 | 11 | 15 | 5 |
| Occurrence | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 |
| N to Self | 13 | 17 | 12 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 |
| N to Four | 10 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 9 | 10 | 11 | 10 |
| | | | | | | | | | | | | | | | | |
| Drive No. | 16 | 4 | 6 | 3 | 7 | 2 | 8 | 1 | 9 | 14 | 10 | 13 | 11 | 16 | 12 | 15 |
| Occurrence | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| N to Self | 31 | 14 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 | 18 | 16 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 9 | 10 | 11 | 10 | 11 | 10 |
| | | | | | | | | | | | | | | | | |
| Drive No. | 6 | 5 | 7 | 4 | 8 | 3 | 9 | 2 | 10 | 1 | 11 | 14 | 12 | 13 | 15 | 7 |
| Occurrence | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 7 |
| N to Self | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 12 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 9 | 10 | 11 | 10 |
| | | | | | | | | | | | | | | | | |
| Drive No. | 16 | 6 | 8 | 5 | 9 | 4 | 10 | 3 | 11 | 2 | 12 | 1 | 13 | 16 | 14 | 15 |
| Occurrence | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| N to Self | 31 | 16 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 | 18 | 16 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 9 | 10 | 11 | 12 | 15 | 16 |

APLNDC00026644

To reduce the number of elements in the X bus 80, each bus wire 1-16 drives multiple X array conductors X1-X112. The separation between those X array conductors which are attached to the same bus wire, must be large enough so that signals sensed in one region of the overlay 20 are not affected by the other conductors connected to that same bus wire. The bus attachment pattern must isolate conductors attached to the same bus wire, by a sufficient distance to avoid confusion errors in the stylus locate mode and the stylus tracking mode. In the locate mode, the distance between any three adjacent vertical array conductors and the next occurrence of any of those conductors that is attached to the same bus wire, must be greater than the maximum height 62 at which a locate operation can begin, as is shown in Fig. 3. For the tracking mode, the distance between any group of adjacent wires that are driven simultaneously during the tracking operation, as shown in Figs. 4-7, with respect to the next occurrence of another conductor connected to the same bus wire, must be greater than the expected displacement of the stylus which may occur during one complete tracking position determination cycle. This is typically approximately 1,9 cm (0.75 inches). Added to this is the constraint necessary to accomplish capacitance finger touch sensing. Fingers are sensed by the change in capacitance when the fingers cover the transparent array conductors. Low force touches only change the capacitance of two adjacent conductors. The bus wire attachment sequence must be patterned so that the finger sensing portion of the system can identify capacitance changes in two adjacent conductors as a touch, which is unique and will not occur for any other combination of adjacent conductor pairs in the array. The essential finger sensing constraint is that only one pair of adjacent conductors in the array should be connected to the same pair of bus wires. In a 16 wire bus such as the X bus 80, there are 120 unique combinations of adjacent pairs of wires which will satisfy this condition. If there were a quantity of N bus wires in the bus, then there would be N(N-1) divided by 2 unique combinations of adjacent pairs of conductors which will satisfy this condition. The bus wire attachment pattern requirement is to select a sequence that meets these adjacent conductor constraints and which maintains an adequate grid distance between groups of wires which are attached to the same bus wire. The allowable bus wire attachment sequences will differ for different numbers of bus wire elements N and for different numbers of array conductors X for vertical conductors. The greater the number of bus wires, the easier it is to meet the physical constraints on tracking speed and the

threshold distance for stylus detection, for a given size overlay. All of the above considerations apply equally to the horizontal Y array conductors as they do for the vertical X array conductors.

Table I and Fig. 15 represent an optimum bus connection sequence for the condition that the bus contains 16 bus wires which are connected to 112 transparent array conductors. The pattern was created by interleaving ascending and descending sequences of bus wires for most of the array conductors and then making special adjustments at the end to fill out the set of 112 array conductors in either the horizontal or the vertical direction.

Fig. 11 shows the general layout of the overlay 20 and shows the relative position of the four bolt holes 186 through which the bolts 36 of Fig. 2 pass, enabling the mounting of the overlay 20 onto the face of the CRT 24. The display input area 188 is shown in cross-sectional view in Fig. 12. The overlay is comprised of two major portions, the inner laminate 56 and the outer laminate 58 which are attached as shown in Fig. 12 by the adhesive layer 52′. The inner laminate 56 is stretched upon the outer surface of the glass face 32 of the CRT 24. The inner laminate 56 has an anti-newton ring coating 53 which is applied to the display side of the overlay to eliminate newton rings when the inner laminate comes into contact with the glass face 32. An electrostatic shield layer 51 consists of a full panel coating of indium tin oxide which is grounded. This coating shields the vertical X conductors and horizontal Y conductors from electrostatic noise generated by the cathode ray tube 24. The electrostatic shield layer 51 must be less than 100 ohms per square and must exceed an optical transmissivity of 80 percent. The inner substrate layer 50 is an optically clear layer of polyethylene terephthalate onto which is magnetron sputtered the transparent wire coating of indium tin oxide which will result in the vertical transparent conductors X1, X2, etc. The indium tin oxide coating is etched to provide 635 $\mu$m (0.025 inch) wide lines on 3,175 mm (0.125 inch) center line spacing. The resistance of the indium tin oxide layer must not exceed 80 ohms per square. There are 112 transparent, vertical conductors X1, X2,...X112. The outer substrate layer 54 of the outer laminate 58 is substantially the same as the inner substrate 50 and the indium tin oxide transparent conductor layer deposited on the outer substrate 54 has the same properties as the indium tin oxide transparent wire layer deposited on the inner substrate 50. The horizontal Y conductors Y1, Y2,...Y112 on the outer substrate 54 are oriented at right angles with respect to the vertical X conductors deposited on the inner substrate 50. During manufacture, the inner laminate 56 is built up as a composite and is coated with the insulation layer 52 which is a thin

9

layer of ultraviolet initiated vinyl acrylic polymer. Similarly, during manufacture, the outer laminate 58 is coated with the insulation layer 52″ which is identical in composition with the insulation layer 52. After the inner laminate 56 and the outer laminate 58 have been respectively constructed as separate composites, they are joined with the adhesive layer 52' which has the same composition as the insulation layer 52. The resulting overlay composite 20 has an overall thickness in the display input area 188 of approximately 127 μm (0.005 inches), has a high optical transparency, and has a durable mechanical quality. The overlay 20 can be stretched and bent within limits to conform to the curvature of the cathode ray tube display surface, without rupturing the electrical continuity of the transparent conductors in the array. In an alternate embodiment, the X and Y array conductors could be deposited on the outer laminate 54 and the inner laminate 56, respectively.

Fig. 13 shows a front view of the X bus 80 for the overlay 20 and Fig. 14 shows a side cross-sectional view, illustrating how the bus wire 3 is electrically connected to the transparent array conductor X2. When the insulation layer 52 is applied to the surface of the inner laminate 56, it is deposited in a printing operation such as silk screening so that the array of apertures 180 and 180' as shown in Figs. 13 and 15 are left open exposing selected transparent conductors. Thereafter, silver ink bus wires 1-16 are deposited on the outer surface of the insulation layer 52 so that they pass over selected ones of the apertures 180 and 180', thereby making electrical contact with the selected, exposed array conductors. For example, as is shown in Fig. 13 and Fig. 14, the bus wire 3 passes through the aperture 180 in the insulation layer 52 and makes electrical contact with the vertical transparent conductor X2. The resistance of the silver ink bus wires 1-16 does not exceed (50 Ohm/cm) 20 ohms per inch for a 380 μm (0.015″) width line. The thickness of the bus wires does not exceed 25 μm (0.001 inches).

Fig. 9 shows an architectural diagram of the detection system. The vertical conductors X1-X112 are connected through the X bus 80 to the wire select multiplexer 112 and the horizontal Y conductors Y1-Y112 are connected through the Y bus 90 to the wire selection multiplexer 112. The radiative pickup pickup 60 is connected through the gate 120 to the radiative pickup measurement device 122. The wire selection multiplexer 112 is connected through the mode multiplexer 116 to the capacitance measurement device 128 which is used for capacitance finger touch detection. The wire selection multiplexer 112 is also connected through the mode multiplexer 116 to the 40 kilohertz oscillator driver 126 which is used to drive the X bus 80 and

the Y bus 90 for the stylus detection operation. The mode multiplexer 116 also has an enabling output to the gate 120 to selectively connect the output of the stylus 60 to the radiative pickup measurement device 122, for stylus detection operations. The output of the capacitance measurement device is connected through the analog-to-digital converter 130 to the processor address/data bus 110. The output of the radiative pickup measurement device 122 is connected through the analog-to-digital converter 124 to the bus 110. A control input 114 to the wire selection multiplexer 112 is connected to the bus 110 and the control input 118 to the mode multiplexer 116 is connected to the bus 110. The processor address/data bus 110 interconnects the control processor 100 with the read only memory (ROM) 104, the random access memory (RAM) 102, and the I/O controller 106. The I/O controller 106 has an I/O bus 108 which connects to a host processing system such as the I/O bus of an IBM Personal Computer.

The wire selection multiplexer 112 and the mode multiplexer 116 connects selected patterns of a plurality of the horizontal and vertical conductors in the overlay 20 to either the capacitance measurement device 128 or the 40 kilohertz oscillator driver 126, in response to control signals applied over the control inputs 114 and 118 from the bus 110 by the control processor 100. During finger touch operations, the capacitance measuring device 128 has its input coupled through the mode multiplexer 116 and the wire selection multiplexer 112 to selected ones of the horizontal and vertical conductors in the overlay 20 in response to control signals from the control processor 100. The output of the capacitance measurement device 128 is converted to digital values by the converter 130 and is applied over the bus 110 to the control processor 100, which executes a sequence of stored program instructions to detect the horizontal array conductor pair and the vertical array conductor pair in the overlay 20 which are being touched by the operator's finger. In the stylus detection mode, the 40 kilohertz output of the oscillator driver 126 is connected through the mode multiplexer 116 and the wire selection multiplexer 112 to selected ones of the conductors in the overlay 20, in response to control signals applied over the control inputs 114 and 118 from the control processor 100. The electromagnetic signals received from the overlay 20 by the stylus 60 are passed through the gate 120 to the radiative pickup measurement device 122, which measures those signals and provides an output which is digitized by the converter 124 and output to the control processor 100. The control processor 100 executes a sequence of stored program instructions to detect the proximity of the stylus to the overlay 20 in the proximity

10

APLNDC00026646

detection mode and then to locate and track the horizontal and vertical position of the stylus with respect to the overlay 20 in the location and tracking mode. The stored program instructions for carrying out these operations can be stored in the read only memory 104 and/or the RAM 102, for execution by the control processor 100. Positional values and other result information can be output through the I/O controller 106 on the I/O bus 108 to the host processor for further analysis and use in applications software.

Fig. 10 is a flow diagram of a first embodiment of the invention where either finger touch operations or alternately stylus detection operations can be carried out, one to the exclusion of the other during a particular sensing interval. During the proximity search mode, the capacitance finger touch operations are interleaved with the radiative stylus pickup operations to determine whether either a finger touch has been initiated or a stylus has been brought into threshold proximity to the overlay 20. When either of these conditions are found, the stored program instructions represented by the flow diagram of Fig. 10, will lock out the opposite search sequence and will proceed to the locate sequence for the finger touch or for the stylus detection, whichever has been sensed.

This alternate scanning for either the initiation of a finger touch or the beginning of stylus detection is carried out by steps 140-148 and 154-160 of the flow diagram of Fig. 10. In step 140, the X-drive sequence is updated followed by step 142 where the touch sensing function of the capacitance measurement device 128 is turned on by appropriate control signals to the mode multiplexer 116 and the wire selection multiplexer 112. Then in step 144 the X axis conductors in the overlay 20 are sensed by the capacitance measurement device 128. In step 146 the signal strength for capacitive coupling by a finger touch is determined by the control processor 100. Control processor 100 then determines whether the touch threshold has been crossed in step 148. If the touch threshold has been crossed, the program transfers to step 150 to the touch locate mode. If the touch threshold has not been crossed, the program transfers to step 154 to determine whether the stylus has come into close proximity to the overlay 20. In step 154, the mode multiplexer 116 disconnects the capacitance measurement device 128 and connects the 40 kilohertz oscillator driver 126 to the overlay 20 through the wire selection multiplexer 112. The mode multiplexer 116 also enables the gate 120 so that the received signals by the stylus 60 can be passed to the radiative pickup measurement device 122. In step 156, proximity sensing operations are carried out by the oscillator driver 126 driving a plurality of either the X conductors or the Y con-

ductors or both X and Y conductors in the overlay 20 and by the radiative pickup measurement device 122 determining whether the stylus 60 has received a sufficiently large magnitude signal to indicate close proximity of the stylus to the overlay. In step 158, the signal strength measured by the radiative pickup measurement device 122 is analyzed by the control processor 100 and in step 160 the control processor 100 determines whether the stylus threshold has been crossed. If the stylus threshold has not been crossed, then the program returns to step 140 to check again as to whether a finger touch has been initiated. If the stylus threshold has been crossed in step 160, then the program passes to step 162 for the stylus locate and tracking mode to begin.

When the touch threshold has been crossed, as determined by step 148, the program passes to step 150 where the touch locate mode begins. The capacitance measurement device 128 is connected through the mode multiplexer 116 and the wire select multiplexer 112 and the capacitance of each respective vertical bus wire 1-16 in Y-bus 90 and each respective horizontal bus wire 1-16 in X-bus 80 is measured and their values digitized by the converter 130 and output over the bus 110 to the control processor 100. The control processor 100 identifies the unique pair of the 112 vertical X conductors XI and XI + 1 having the highest capacitance and that is attributed as the horizontal position of the finger touch. Correspondingly, the unique pair of the 112 horizontal Y conductors YJ and YJ + 1 having the highest capacitance values are identified and those are attributed as the vertical location for the finger touch. This information is output by the control processor 100 through the I/O controller 106 to the I/O bus 108.

If the stylus detection threshold is crossed in step 160, then the stylus locate and tracking mode in step 162 commences. The vertical X conductors X1-X112 are energized in groups of at least six conductors in a manner previously described for Figs. 4-7, and the magnitude of the electromagnetic signals radiated therefrom are picked up by the stylus 60, measured by the radiative pickup measurement device 122 and the digital values output from the converter 124 are passed to the control processor 100. A similar operation takes place for the horizontal Y conductors Y1-Y112 in the overlay 20. The control processor 100 then processes these signals to locate the horizontal and vertical position of the stylus with respect to the overlay 20 and this resultant information is output through the I/O controller 106 to the I/O bus 108. The operation of tracking the consecutive positions of the stylus 60 with respect to the overlay 20 then takes place by sequentially updating the position of the stylus 60. If the magnitude of the

APLNDC00026647

0,250,931

signals received by the stylus 60 diminishes as determined in step 166, the program then passes back to step 140 where the finger touch initiation and stylus proximity detection operations are alternately carried out.

A second embodiment of the invention is shown in Figs. 16-19 where, instead of locking out either the finger touch operation or the stylus detection operation when the other is being conducted, in the second embodiment both finger touch and stylus detection operations can be carried out simultaneously. This is achieved by multiplexing stylus detection and finger touch sensing in the proximity loop 200, multiplexing stylus location and finger touch sensing in the locate cycle 220, and multiplexing track stylus location detection and finger touch sensing in the tracking loop 240, as shown in the flow diagram of Fig. 16.

Fig. 16 shows the proximity loop 200 including steps 202-210 and Fig. 17 shows the timing diagram which includes the stylus proximity loop 200. As was previously mentioned, stylus proximity is determined by radiating a uniform 40 kilohertz signal from the overlay 20 and determining whether the stylus 60 is picking up a sufficiently large amplitude representation of that signal to pass a threshold value. This is represented by step 202 of the proximity loop 200. In step 204, the control processor 100 determines if the threshold has been passed and if so, the control processor 100 sets a flag S1. Whether the stylus proximity threshold has been exceeded or not, the program then passes to step 206 where the finger touch sensing operation takes place, during which the capacitance measurement device 128 is sequentially connected to each of the 16 bus wires in the X bus 80 and each of the 16 bus wires in the Y bus 90. The control processor 100 determines in step 2Q8 whether the capacitance for any of the vertical array conductors X1-X112 or any of the horizontal Y conductors Y1-Y112 is greater than a threshold value and if it is, then the adjacent pair of vertical array conductors and the adjacent pair of horizontal array conductors which have the highest measured capacitance, are identified by the control processor 100 and attributed as the location of a finger touch which is output by the I/O controller 106, as previously described. The program then passes to step 210 to test whether the flag S1 is on or off indicating whether the proximity threshold for stylus detection was passed in step 202. If S1 is still off, then the program returns to step 202 to once again test for the proximity of the stylus. This operation for the stylus proximity loop 200 is shown in the timing diagram of Fig. 17. The control processor 100 can access a table stored in the RAM 102 and perform a table lookup to determine the correlation between the 16 bus wires in the X bus 80 and the cor-

responding vertical conductor adjacent pairs and also the 16 bus wires in the Y bus 90 and the corresponding horizontal adjacent conductor pairs, thereby speeding up the operation of finger touch location.

If step 202 detected that the stylus had come within the threshold proximity distance to the overlay 20, then the flag S1 would have been turned on and step 210 would have passed program control to the locate cycle 220. This would involve the passage of the program to step 222 where the stylus location procedure, as described above, would be carried out for the vertical array conductors X1-X112 and then the program would pass to step 224 to perform a similar stylus location operation for the horizontal array conductors Y1-Y112. Here again, tables can be stored in the RAM 102 which correlate detected amplitude maximum by the stylus 60 with the position attributable to the stylus in the horizontal and vertical directions. In step 222, the control processor 100 will output the X location attributed to the stylus 60 and in step 224 the control processor 100 will output the Y location attributed to the stylus 60, in the same manner as was described above. The locate cycle 220 then passes control to step 226 where, once again, the finger touch sensing operation takes place in a manner similar to that described for step 206. If an increased capacitance for the array conductors is detected in step 226, then the control processor 100 in step 228, will output the coordinates for the finger touch through the I/O controller 106 to the I/O bus 108, as previously described for step 208. Note that both the stylus location and the finger touch location can be separately and substantially simultaneously output by the control processor 100 over the I/O bus 108 during the locate cycle 220. This can be seen for the representation of the stylus locate cycle 220 in Fig. 17.

The program then passes to the tracking loop 240 as shown in Fig. 16 and for which a timing diagram is shown in Fig. 17. Step 242 tracks the stylus X location, computing the offset distance in the X direction, followed by step 244 which tracks the stylus in a similar manner for the Y direction. In steps 242 and 244, the control processor 100 outputs over the I/O bus 108, the periodically updated horizontal and vertical position attributed to the stylus 60 with respect to the overlay 20. The program passes to step 246 which conducts another finger touch sensing operation in a manner similar to that described for step 206. In step 246, if a finger touch is sensed, step 248 has the control processor 100 outputting the coordinates of the finger touch on the I/O bus 108, in a manner similar to that described for step 208. Note that during each cycle of the tracking loop 240, horizontal and vertical coordinates representing the position attrib-

APLNDC00026648

0,250,831

23                                                          24

uted to the stylus 60 and horizontal and vertical coordinates attributed to the position of the finger touch can both be output, substantially simultaneously, by the control processor 100 to the I/O bus 108. In step 250, the control processor 100 determines whether the amplitude of the signal received by the stylus 60 is less than the threshold value for proximity detection. If the magnitude is greater than the threshold value, then the program passes to step 242, continuing the tracking loop cycle. If the magnitude of the signal detected by the stylus 60 is less than the threshold value, then the program passes back to the proximity loop 200 and restarts step 202 for the remote proximity stylus sensing operation. This is shown for the stylus tracking loop 240 as depicted in the timing diagram of Fig. 17.

Thus it is seen that in the second embodiment of the invention, the system can be operated so as to provide the simultaneous detection of both the pickup stylus 60 and a finger touch. This is depicted in Fig. 19, which is a view of the display as seen through the overlay 20, showing the simultaneous display of the touch cursor 270 whose location is produced by the host computer based upon the coordinates for the finger touch output over the I/O bus 108 by the control processor 100. Also depicted in Fig. 19 is the display of the stylus cursor 260, whose image is produced by the host processor, based upon coordinates for the stylus which are output over the I/O bus 108 by the control processor 100.

Fig. 18 depicts an example memory organization for the RAM 102 in the second embodiment of the invention, where the RAM 102 is connected by the processor bus 110 to the control processor 100, as is seen in Fig. 9. The RAM 102 can be partitioned into a sequence control routine which is a sequence of stored program instructions which carries out the operation depicted in the flow diagram of Fig. 16. The stylus proximity routine, the stylus locate routine and the stylus tracking routine are each a sequence of stored program instructions for carrying out the respective operations of proximity detection, location and tracking of the stylus, as previously described. A finger locate routine is a sequence of stored program instructions to carry out the operation of locating the coordinates of a finger touch, as previously described. Multiplex control registers and measurement control registers can be provided in the RAM 102. Optionally, a cursor shape table can be included in the RAM 102 to define the shape of the touch cursor 270 and the stylus cursor 260, or alternately the function of the cursor shape table can be carried out in the host processor. The X bus wire capacitance value file and the Y bus wire capacitance value file will provide temporary storage for the measured values

of each of the respective 16 bus wires in the X bus 80 and the Y bus 90 during the finger touch sensing operations of steps 206, 226 and/or 246 of Fig. 16. After those stored capacitance values are processed by the control processor 100, the identity of the two bus wires in the X bus 80 and the two bus wires in the Y bus 90 corresponding to the maximum measured capacitance can be stored in the bus files partitioned in RAM 102 of Fig. 18. The finger X location table and the finger Y location table are also shown partitioned in the RAM 102. After the operation of the control processor 100 in conducting the table lookup for the X location and the Y location of the finger touch, the X and Y coordinates for the finger touch can be temporarily stored in the RAM 102 before being output over the I/O bus 108. Similarly, an X bus wire radiation value file and a Y bus wire radiation value file is provided for the temporary storage of measured values of radiation received by the stylus 60 corresponding to three bus wire pairs, as previously described. Bus file partitions, stylus X location and stylus Y location lookup tables, and array files are provided in the RAM 102 to facilitate the control processor 100 carrying out the stylus location and tracking operations. The final computed value for the X and Y coordinates of the stylus can then be temporarily stored in the RAM 102 before being output over the I/O bus 108, as previously described.

A utilization routine can also be included in a partition in the RAM 102, which consists of a sequence of stored program instructions for carrying out cooperative operations between the finger touch detection and stylus detection operations described above. For example, a utilization routine can be provided to identify when finger touches occur in a region vertically below the coordinates for stylus detection, with the finger touch being in an otherwise prohibited area. This may indicate that the user has rested the palm of his hand on the surface of the overlay 20 while positioning the stylus 60 at the desired point. The utilization routine can be selectively controlled to mask outputting the finger touch coordinates in such a situation, if desired by the operator.

The resulting combined finger touch and stylus detection system provides an enhanced man-machine interface, enabling either the sequential or simultaneous detection of both stylus position and finger touch, thereby increasing the range of applications for interactive input devices. The resulting invention has a reduced bus size and is adaptable for use with a variety of display types having both flat and convex display surfaces. The structure of the overlay permits low cost manufacture and long-term reliability.

APLNDC00026649

Although specific embodiments of the invention have been disclosed, it will be understood by those having skill in the art that minor changes can be made to the form and details of the specific embodiments disclosed herein, without departing from the spirit and the scope of the invention.

## Claims

1. A combined finger touch and stylus detection system for use on the viewing surface of a visual device, comprising:

an array of horizontal and vertical conductors arranged on the viewing surface of the visual display device, having an I/O terminal coupled thereto, for conducting electrical signals between said terminal and the vicinity of said viewing surface;

a radiative pickup stylus, having an output terminal, for receiving electromagnetic signals radiated from said array;

a selection means having a switchable path connected to said I/O terminal of said array and having a control input, for connecting selected patterns of a plurality of said horizontal and vertical conductors to said switchable path in response to control signals applied to said control input;

a capacitance measuring means having an input coupled to said switchable path of said selection means, for measuring the capacitance of selected ones of said conductors in said array, in response to said control signals applied to said control inputs;

a radiative signal source having an output coupled to said switchable path of said selection means, for driving selected ones of said conductors in said array, in response to said control signals applied to said control input;

a radiative signal measuring means coupled to said radiative pickup stylus, for measuring said electromagnetic signals received by said stylus;

a control processor connected to said control input of said selection means, for executing a sequence of stored program instructions to sequentially output said control signals to said selection means;

said control processor connected to said capacitance measuring means, for receiving measured capacitance values of said conductors when said selection means, in response to said control signals, has connected a first pattern of a plurality of said conductors in said array to said capacitance measuring means, to detect the location of a finger touch with respect to said viewing surface of said display device;

said control processor connected to said radiative signal measuring means, for receiving measured radiative signal values when said selection means, in response to said control signals, has connected

a second pattern of a plurality of said conductors in said array to said radiative signal source, to detect the location of said stylus with respect to said viewing surface of said display device;

whereby, both finger touch location and stylus location with respect to said viewing surface of said display, can be detected.

2. The apparatus of claim 1, which further comprises:

an overlay membrane upon which is mounted said array of horizontal and vertical conductors;

a horizontal bus mounted on said overlay for interconnecting said vertical conductors to said I/O terminal of said array;

said horizontal bus having a plurality of N bus wires and said vertical conductors being a plurality of no more than $N(N-1)/2$ vertical conductors;

said plurality of vertical conductors being arranged with each adjacent conductor pair thereof being connected to a unique combination of two of said plurality of horizontal bus wires, the distance separating adjacent ones of said vertical conductors being approximately the width of a human finger tip;

said control processor receiving from said capacitance measuring means, said measured capacitance values of two adjacent ones of said vertical conductors which are juxtaposed with said human finger tip, thereby detecting the horizontal location of said finger tip with respect to said viewing surface of said display.

3. The apparatus of claim 2, which further comprises:

said plurality of vertical conductors being further arranged with each conductor of any group of a subplurality of adjacent conductors thereof being connected to a unique one of said N horizontal bus wires;

said control processor controlling said selection means to connect selected ones of said vertical conductors in said group to said radiative signal source;

said radiative pickup stylus, when proximate to said group, receiving electromagnetic signals radiated from said selected ones of said vertical conductors in said group, said received signals being distinguishable by said radiative signal measuring means over signals radiating from more distant ones of said vertical conductors located outside of said group in said array, thereby detecting the horizontal location of said stylus with respect to said viewing surface of said display.

4. The apparatus of claim 2 or 3, which further comprises:

a vertical bus mounted on said overlay for interconnecting said horizontal conductors to said I/O terminal of said array;

said vertical bus having a plurality of N bus wires

APLNDC00026650

and said horizontal conductors being a plurality of no more than N(N-1)/2 horizontal conductors;

said plurality of horizontal conductors being arranged with each adjacent conductor pair thereof being connected to a unique combination of two of said plurality of vertical bus wires, the distance separating adjacent ones of said horizontal conductors being approximately the width of a human finger tip;

said control processor receiving from said capacitance measuring means, said measured capacitance values of two adjacent ones of said horizontal conductors which are juxtaposed with said human finger tip, thereby detecting the horizontal location of said finger tip with respect to said viewing surface of said display.

5. The apparatus of claim 4, which further comprises:

said plurality of horizontal conductors being further arranged with each conductor of any group of a subplurality of adjacent conductors thereof being connected to a unique one of said N vertical bus wires;

said control processor controlling said selection means to connect selected ones of said horizontal conductors in said group to said radiative signal source;

said radiative pickup stylus, when proximate to said group, receiving electromagnetic signals radiated from said selected ones of said horizontal conductors in said group, said received signals being distinguishable by said radiated signal measuring means over signals radiating from more distant ones of said horizontal conductors located outside of said group in said array, thereby detecting the vertical location of said stylus with respect to said viewing surface of said display.

6. The apparatus of claim 5, wherein N = 16 and said subplurality is 8.

7. The apparatus of claim 5 or 6, which comprises:

said overlay membrane including an inner laminate and an outer laminate;

said inner laminate including an inner substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said plurality of vertical conductors;

said plurality of vertical conductors being composed of a group consisting of indium tin oxide, gold and silver;

said inner laminate further including an insulation layer composed of vinyl acrylic polymer deposited over the surface of said vertical conductors, with a plurality of apertures therein selectively positioned over each of said vertical conductors;

said horizontal bus having said N bus wires thereof formed by silver deposited on the surface of said insulation layer and penetrating through selected

ones of said apertures in said insulation layer to make electrical contact with selected ones of said vertical conductors;

said outer laminate including an outer substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said horizontal conductors and over which is deposited a second insulation layer including apertures therein exposing selected ones of said horizontal conductors, and further including said vertical bus having said N bus wires thereof formed by silver deposited on said second insulation layer and penetrating selected ones of said apertures therein to make electrical contact with selected ones of said horizontal conductors;

said inner laminate and said outer laminate being joined by an adhesive material, forming a unitary flexible transparent membrane.

8. The apparatus of claim 5 or 6, which further comprises:

said overlay membrane including an inner laminate and an outer laminate;

said inner laminate including an inner substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said plurality of horizontal conductors;

said plurality of horizontal conductors being composed of a group consisting of indium tin oxide, gold and silver;

said inner laminate further including an insulation layer composed of vinyl acrylic polymer deposited over the surface of said horizontal conductors, with a plurality of apertures therein selectively positioned over each of said horizontal conductors;

said vertical bus having said N bus wires composed of silver deposited on the surface of said insulation layer and penetrating through selected ones of said apertures in said insulation layer to make electrical contact with selected ones of said horizontal conductors;

said outer laminate including an outer substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said vertical conductors and over which is deposited a second insulation layer including apertures therein exposing selected ones of said vertical conductors, and further including said horizontal bus having said N bus wires thereof formed by silver deposited on said second insulation layer and penetrating selected ones of said apertures therein to make electrical contact with selected ones of said vertical conductors;

said inner laminate and said outer laminate being joined by an adhesive material, forming a unitary flexible transparent membrane.

9. A method for detecting either finger touch or stylus location in an overlay membrane having horizontal conductors and vertical conductors selectively connected to a capacitance measuring device, a radiative source, and further including a

APLNDC00026651

stylus pickup connected to a radiative signal mea-
surement device for measuring the strength of
electromagnetic signals radiated from the conduc-
tors on the overlay as picked up by the stylus, the
steps comprising:                                         5
determining whether a finger touch threshold has
been exceeded;
locating the finger touch if said touch threshold is
exceeded;
determining whether a stylus threshold is exceed-        10
ed, if said touch threshold was determined not to
have been exceeded;
locating the position of the stylus if said stylus
threshold has been exceeded;
repeating said step of determining whether said          15
touch threshold has been exceeded, if said stylus
threshold has not been exceeded;
whereby both finger touch and stylus detection can
be alternately carried out for said overlay mem-
brane.                                                    20

   10. A method for simultaneously detecting both
finger touch location and stylus location on an
overlay membrane including an array of horizontal
conductors and vertical conductors which are se-
lectively connected to a capacitance measuring         25
means, a signal source, and which includes a sty-
lus connected to a radiative pickup measurement
means for measuring the electromagnetic radiation
emitted by said conductors in said overlay and
picked up by said stylus; the steps comprising:        30
cyclically detecting the remote proximity of the
stylus from the overlay and detecting the finger
touch on said overlay in a proximity loop;
passing control to a stylus location step to identify
the coordinates for the location of said stylus with   35
respect to said overlay, followed by sensing any
possible finger touch to said overlay;
starting a tracking loop to cyclically update the
coordinates for the location of said stylus with
respect to said overlay and detecting any possible     40
finger touch to said overlay;
repeating said tracking and said finger touch sens-
ing steps in said tracking loop until the detected
magnitude of said signals picked up by said stylus
become less than a threshold value;                    45
passing control to said proximity loop;
whereby coordinates for both stylus location and
finger touch location on said overlay can be output
during said locate cycle and said tracking loop.

                                                        50


                                                        55


                          16



FIG. 2.
SEC 2-2'

36
34   22
28
26
38
30
OVERLAY 20

CRT
24

GLASS FACE 32
OF CRT

26   30
38   22
28
36
34

FIG. I.
(OVERLAY AND MOUNTING FRAME)

2

36
36

OVERLAY 20

36   36

FRAME 22
2'

0 250 931

APLNDC00026653



FIG. 3.
STYLUS DETECTION

STYLUS 60

LOCATE THRESHOLD DISTANCE 62

OUTER SUBSTRATE 54

INSULATION LAYER 52

$X_1$   $X_2$   $X_3$ WIRE   $X_4$   $X_5$   $X_6$

$Y_3$ WIRE

INNER SUBSTRATE 50

OVERLAY 20

GLASS FACE 32 OF CRT

INTERIOR OF CRT 24

MAXIMUM ONE-CYCLE TRACKING DISPLACEMENT 64

0 260 931

APLNDC00026654

## *FIG. 4.*

USING THE WIRE PAIR CONCEPT, THERE ARE THREE MEASUREMENTS THAT ARE
NEEDED TO DETERMINE THE PEN'S HEIGHT AND POSITION. THESE MEASUREMENTS ARE
CALLED P0, P1, AND P2.

TO MEASURE P0, CONSIDER THE DRIVE PATTERN FOR A WIRE PAIR:



(THE NUMBERS ARE FOR WIRE REFERENCE ONLY)

## *FIG. 5.*

IF THE PEN WERE MOVED ACROSS THE TABLET ALONG THIS AXIS WITH THIS DRIVE
PATTERN CONSTANT, THE MEASURED SIGNAL WOULD BE:



NOTE THAT WITHIN AND AROUND THE WIRE PAIR, THE PEN SIGNAL VARIES LINEARLY
WITH POSITION. THIS LINEARITY IS THE BASIS FOR ACCURATE INTERPOLATION
CALCULATIONS.

APLNDC00026655

## FIG. 6.

THE NEXT DATA, PI, IS FORMED BY SHIFTING THE PREVIOUS PO PLOT TO THE
RIGHT BY ONE WIRE:



## FIG. 7.

THE FINAL DATA, P2, IS THE INVERSE OF PO. THAT IS, ALL OF THE WIRES
BEING DRIVEN FOR PO ARE GROUNDED FOR P2. SIMILARLY, THE GROUNDED WIRES
FOR PO ARE DRIVEN FOR P2. AS A RESULT, THE SIGNAL PATTERN FOR P2 IS THE
MIRROR IMAGE OF PO ABOUT THE WIRE PAIR MIDPOINT:



APLNDC00026656

## FIG. 8.
### FINGER TOUCH DETECTION



APLNDC00026657



FIG. 9.
DETECTION SYSTEM

0 250 931

APLNDC00026658

# FIG. 10.
## FLOW DIAGRAM
## FIRST EMBODIMENT



UPDATE X DRIVE SEQUENCE 140

SWITCH TO TOUCH SENSE AMP. 142

DRIVE X AXIS WIRES 144

146 READ SIGNAL STRENGTH

148 ◇ NO / YES
TOUCH THRESHOLD CROSSED

150 TOUCH LOCATE MODE DRIVING X,Y AXIS WIRES GENERATE X,Y COORDINATES

NO ◇ YES
152 TOUCH THRESHOLD CROSSED

SWITCH TO STYLUS AMP. 154

SWITCH TO X DRIVE REFERENCE 156

158 READ SIGNAL STRENGTH

160 ◇ NO / YES
STYLUS THRESHOLD CROSSED

STYLUS LOCATE AND TRACKING MODE DRIVING X,Y WIRES 162

STYLUS CONTACT AND TRACKING MODE DRIVING X,Y WIRES 164

166 ◇ NO / YES
STYLUS IN CONTACT



0 260 931

APLNDC00026659



*FIG. II.*

GENERAL LAYOUT OF OVERLAY

BUS WIRES

X-BUS 80

Y-BUS CONNECTOR 184

X-CONNECTOR 182

OVERLAY 20

Y-BUS 90

DISPLAY INPUT AREA 188
WITH TRANSPARENT WIRES
$X_1 \cdots X_{112}$ AND $Y_1 \cdots Y_{112}$

BOLT HOLE 186

0 250 931

APLNDC00026660

# FIG. 12.

OVERLAY 20
(DISPLAY AREA 188)
SEC. 12-12'



INNER LAMINATE 56

54 OUTER SUBSTRATE

Y3 TRANSPARENT WIRE

52" INSULATION LAYER

CRT 24

ANTIGLARE
& ABRASION
RESISTANT COAT 55

ADHESIVE 52'
INSULATION LAYER 52
TRANSPARENT WIRE X2
INNER SUBSTRATE 50
ELECTROSTATIC SHIELD 51
ANTI-NEWTON RING COAT 53
CRT GLASS FACE 32

OUTER LAMINATE 58

APLNDC00026661



FIG. 13.
X-BUS



FIG. 14.
SEC 14-14'

APLNDC00026662



FIG. 15.

| FIG. 15A. | FIG. 15B. | FIG. 15C. |
|-----------|-----------|-----------|

FIG. 15A.

BUS WIRES 1 TO 16 IN HORIZONTAL BUS 80

BUS LAYOUT

VERTICAL X-CONDUCTORS XI TO XI12
ARRANGED IN SEVEN GROUPS OF 16 ARRAY
CONDUCTORS PER GROUP

GROUP I = XI TO XI6

GROUP 2 = XI7 TO X32

GROUP 3 = X33 TO X48

0 250 931

APLNDC00026663



FIG. 15B.
BUS LAYOUT



FIG. 15C.
BUS LAYOUT

0 250 931

APLNDC00026664



*FIG. 16A.*

PROXIMITY LOOP 200

REMOTE PROXIMITY STYLUS
SENSING 202

204 — SENSE ? — SET S1 YES
NO

FINGER TOUCH
SENSING
206

208 — SENSE ? — OUTPUT FINGER LOCATION YES
NO

210 — IS S1 OFF ? — YES
NO

B

B'

*FIG. 16.*

| FIG. 16A. |
| FIG. 16B. |
| FIG. 16C. |

APLNDC00026665



*FIG. 16B.*

LOCATE CYCLE 220

*FIG. 16C.*

TRACKING LOOP 240

APLNDC00026666



FIG. 17.
TIMING DIAGRAM SECOND EMBODIMENT

0 250 931

APLNDC00026667



*FIG. 18.*
MEMORY ORGANIZATION SECOND EMBODIMENT

PROCESSOR BUS 110

0 260 931

APLNDC00026668

# FIG. 19.

DISPLAY AS SEEN
THROUGH OVERLAY
SHOWING SIMULTANEOUS
FINGER TOUCH
AND STYLUS
DETECTION



TOUCH CURSOR 270

FINGER 70

20

STYLUS CURSOR 260

STYLUS 60

22

APLNDC00026669

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) **World Intellectual Property Organization**
International Bureau



(43) **International Publication Date**
1 December 2005 (01.12.2005)

PCT

(10) **International Publication Number**
**WO 2005/114369  A3**

(51) International Patent Classification[7]:    **G06F 3/033**

(21) **International Application Number:**
PCT/US2005/014364

(22) **International Filing Date:**    26 April 2005 (26.04.2005)

(25) **Filing Language:**    English

(26) **Publication Language:**    English

(30) **Priority Data:**
10/840,862    6 May 2004 (06.05.2004)    US

(71) **Applicant** (for all designated States except US): **APPLE COMPUTER, INC.** [US/US]; 1 Infinite Loop, Cupertino, California 95014 (US).

(72) **Inventors; and**
(75) **Inventors/Applicants** (for US only): **HOTELLING, Steve** [US/US]; 1351 Hidden Mine Road, San Jose, California 95120 (US). **STRICKON, Joshua, A.** [US/US]; 333 Santana Row #212, San Jose, California 95128 (US).

**HUPPI, Brian, Q.** [US/US]; 101#2 28th Street, San Francisco, California 94131 (US).

(74) **Agent: HOELLWARTH, Quin, C.**; Beye Weaver & Thomas, LLP, P. O. BOX 70250, Oakland, California 94612-0250 (US).

(81) **Designated States** (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) **Designated States** (unless otherwise indicated, for every kind of regional protection available): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI,

*[Continued on next page]*

(54) **Title:** MULTIPOINT TOUCHSCREEN



A



B

(57) **Abstract:** A touch panel having a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at the same time and at distinct locations in the plane of the touch panel and to produce distinct signals representative of the location of the touches on the plane of the touch panel for each of the multiple touches is disclosed.

WO 2005/114369  A3

**WO 2005/114369  A3**

FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*
— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

**(88) Date of publication of the international search report:**
26 January 2006

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/US2005/014364 |

## A.  CLASSIFICATION OF SUBJECT MATTER
G06F3/033

According to International Patent Classification (IPC) or to both national classification and IPC

## B.  FIELDS SEARCHED

Minimum documentation searched  (classification system followed by classification symbols)
G06F

Documentation searched other than minimum documentation to the extent that such documents are included  in the fields searched

Electronic data base consulted during the  international search (name of data base and,  where practical, search terms used)
EPO-Internal

## C.  DOCUMENTS CONSIDERED TO BE RELEVANT

| Category ° | Citation of document, with indication,  where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 5 825 352 A (BISSET ET AL)<br>20 October 1998 (1998-10-20)<br>column 2, line 18 – column 5, line 42<br>column 12, line 14 – column 13, line 37;<br>claims 1,18,20; figures 2,7<br>——— | 1–40 |
| Y | EP 0 156 593 A (AMP INCORPORATED)<br>2 October 1985 (1985-10-02)<br>page 1, line 1 – page 2, line 25<br>page 3, line 1 – page 4, line 26; claims<br>1,4; figure 1<br>——— | 1–40 |
| A | US 4 914 624 A (DUNTHORN ET AL)<br>3 April 1990 (1990-04-03)<br>column 4, lines 4-68; claim 2<br>——— | 1–40 |

-/--

| X | Further documents are listed in the  continuation of box C. | X | Patent family members are listed in annex. |
|---|---|---|---|

* Special categories of cited documents :

"A" document defining the general state of the  art which is not considered to be of particular relevance

"E" earlier document but published on or after the  international filing date

"L" document which may throw doubts on priority  claim(s) or which is cited to establish the publication date of another citation or other special reason (as  specified)

"O" document referring to an oral disclosure, use,  exhibition or other means

"P" document published prior to the international  filing date but later than the priority date claimed

"T" later document published after the  international filing date or priority date and not in conflict with the  application but cited to understand the principle or theory  underlying the invention

"X" document of particular relevance; the claimed  invention cannot be considered novel or cannot be considered to involve an inventive step when the document is  taken alone

"Y" document of particular relevance; the claimed  invention cannot be considered to involve an inventive  step when the document is combined with one or more other  such documents, such combination being obvious to a  person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 24 November 2005 | 01/12/2005 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL – 2280 HV Rijswijk<br>Tel. (+31–70) 340–2040, Tx. 31 651 epo nl,<br>Fax (+31–70) 340–3016 | Rüster, H-B |

Form PCT/ISA/210 (second sheet) (January 2004)

APLNDC00026672

## INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/US2005/014364 |

**C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 5 589 856 A (STEIN ET AL)<br>31 December 1996 (1996-12-31)<br>column 3, lines 10-35; claim 1; figures 2,3<br>column 6, line 9 – column 7, line 42<br>----- | 1-40 |
| A | EP 0 250 931 A (INTERNATIONAL BUSINESS MACHINES CORPORATION)<br>7 January 1988 (1988-01-07)<br>column 3, lines 10-31; claims 1,10; figures 17-19<br>column 21, line 6 – column 24, line 57<br>----- | 1-40 |

APLNDC00026673

INTERNATIONAL SEARCH REPORT

Information on patent family members

| | Intern Application No |
|---|---|
| | PCT/US2005/014364 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 5825352 | A | 20-10-1998 | NONE | | |
| EP 0156593 | A | 02-10-1985 | JP | 60211529 A | 23-10-1985 |
| | | | KR | 9202755 B1 | 02-04-1992 |
| | | | MX | 160425 A | 22-02-1990 |
| US 4914624 | A | 03-04-1990 | NONE | | |
| US 5589856 | A | 31-12-1996 | AT | 202423 T | 15-07-2001 |
| | | | BR | 9401625 A | 22-11-1994 |
| | | | CA | 2120061 A1 | 30-10-1994 |
| | | | CN | 1100215 A | 15-03-1995 |
| | | | DE | 69427503 D1 | 26-07-2001 |
| | | | DE | 69427503 T2 | 28-03-2002 |
| | | | EP | 0622723 A2 | 02-11-1994 |
| | | | ES | 2158872 T3 | 16-09-2001 |
| | | | JP | 2986047 B2 | 06-12-1999 |
| | | | JP | 7110742 A | 25-04-1995 |
| | | | TW | 395539 Y | 21-06-2000 |
| EP 0250931 | A | 07-01-1988 | HK | 139694 A | 16-12-1994 |
| | | | JP | 1754522 C | 23-04-1993 |
| | | | JP | 4048244 B | 06-08-1992 |
| | | | JP | 63008818 A | 14-01-1988 |
| | | | SG | 148194 G | 17-03-1995 |
| | | | US | 4686332 A | 11-08-1987 |

APLNDC00026674

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :        59-214941

(43)Date of publication of application : 04.12.1984

(51)Int.Cl.                                  G06F  3/033

(21)Application number : 58-087468        (71)Applicant : TOSHIBA CORP

(22)Date of filing :        20.05.1983      (72)Inventor :  SAITO MITSUO
                                                          AIKAWA TAKESHI
                                                          MORI AKIO

## (54) INPUTTING DEVICE OF POSITION

(57)Abstract:

PURPOSE: To provide functions easily with a simple constitution by providing a device generating the coordinate value of a point indicated on a tablet plate with a means detecting the simultaneous indication of two points or more.



CONSTITUTION: The device generating the coordinate value of a point indicated on the tablet is provided with the means detecting that two points or more are simultaneously indicated. For instance, two electrode parts of a tablet 31 are connected to driving circuits 32, 33 and detecting circuits 34, 35 respectively and the coordinates or function of a point indicated by a tablet control part 36 on the basis of a signal between detecting lines detected by the detecting circuits 34, 35 is transferred to a CPU 37. Subsequently, the CPU 37 prepares output information by using information from the tablet control part 36 and transfers the information to a display part 38 to display characters, patterns, etc. When two points are simultaneously depressed, the distance, direction, etc. of the depressed two points are divided into several functions and transferred to the CPU 37.

APLNDC00026675

⑲ 日本国特許庁 (JP)　　　　　　　　　　⑪ 特許出願公開

⑫ 公開特許公報 (A)　　　　　昭59—214941

| | | |
|---|---|---|
| ⑤Int. Cl.³ | 識別記号 | 庁内整理番号 |
| G 06 F　3/033 | | 7060—5 B |

㊸公開　昭和59年(1984)12月 4 日

発明の数　1
審査請求　有

（全 5 頁）

㊴位置入力装置　　　　　　　　　　　　　　川崎市幸区小向東芝町 1 東京芝
　　　　　　　　　　　　　　　　　　　　　浦電気株式会社総合研究所内

㉑特　　　願　昭58—87468　　　　　　　　⑫発 明 者　森秋夫
㉒出　　　願　昭58(1983) 5 月20日　　　　　　　　　　　川崎市幸区小向東芝町 1 東京芝
⑫発 明 者　斎藤光男　　　　　　　　　　　　　　　　浦電気株式会社総合研究所内
　　　　　　　川崎市幸区小向東芝町 1 東京芝　　⑫出 願 人　株式会社東芝
　　　　　　　浦電気株式会社総合研究所内　　　　　　　　　川崎市幸区堀川町72番地
⑫発 明 者　相川健　　　　　　　　　　　　㊽代 理 人　弁理士　則近憲佑　　外 1 名

　　　　　明　　細　　書

1.　発明の名称

　　　位置入力装置

2.　特許請求の範囲

　タブレット板上で指示された点の座標値を発生
する装置において、2 点以上の点が同時に指示さ
れたことを検出する手段を設けたことを特徴とす
る位置入力装置。

3.　発明の詳細な説明

　〔発明の技術分野〕

　本発明は汎用性の高いタブレット装置等の位置
入力装置に関する。

　〔発明の技術的背景とその問題点〕

　従来、文字・図形情報の入力装置としての位置
入力装置が種々実現されている。この種の位置入
力装置は、ペン等により指示されたタブレット上
の位置座標を検出して入力するものであり種々の
方式がある。例えば、従来は電磁誘導・超音波方
式等の方式が多く使われてきたため、ペンには特
殊なペンを使いコードを必要とした。そのための

不便さはあったが、ペンにスイッチ等を組み込む
ことにより、ある種のファンクションを容易に実
現することができた。

　一方、特殊なペンを使わずに入力できる方式も
いくつか考えられている。この方式の場合には、ペ
ンは何でも良く、手で画縁指示することも出来る
ために、従来の不便は大きく改善されている。し
かし、特殊なペンを使わないので、ペンに仕掛け
をすることが出来ないため、ファンクションを入
力する（には別にスイッチを付けるか、タブレット
の特定のエリアをファンクションとして認識する
必要があった。

　第 1 図はその例を示した図であり、第 1 図(a)は
タブレットの経縁にファンクションを定義した図、
第 1 図(b)は別にファンクションのスイッチを置い
た図である。この様にするとファンクションを入
力する際に別のスイッチを押す、又は 2 度別の点
を指示しなければならない時、使い勝手が非常に
悪くなり、スイッチを別に付けた場合、コストの
上昇をも招くことになっていた。またその為装

APLNDC00026676

遅が大型化するか、あるいは実質的に感圧入力の
ための領域が小さくならざるを得なかった。

〔発明の目的〕

　本発明の目的は、簡単な構成で容易にファンク
ション等を与えることのできる位置入力装置を提
供するものである。

〔発明の概要〕

　本発明は、感圧入力用のタブレット装置におい
て、同時に複数の点が指示されたことを検出する
回路を設けたことを特徴とする。つまり、ペン・
指等で同時に2点が指示された場合には、これを
検出した信号をもって、例えばファンクションと
して計算機等に入力するものである。

〔発明の効果〕

　本発明に依れば、特殊なペンを用いることなく、
また特別にファンクション指定用のスイッチ等も
設ける必要がなく、簡易にファンクションを入れ
られるために、文字・図形等が簡易に作成出来、
コスト的にも安価なタブレットを得られる。ま
た2点が同時に指示されたことを検出したことを

示すガイド他ファンクション以外にも各種利用する
ことができる。

〔発明の実施例〕

　以下、本発明の一実施例について図面を参照し
て説明する。第2図は本実施例に使われるタブ
レット板の一例で、例えば感圧性導電ゴムシート上
に配設された導線の構造を示している。複数本の
導線(1)は所定ピッチで平行に配置されており、そ
れぞれの導線(1)には駆動回路(14a)(14b)及び検出
回路(15a)(15b)が接続された電極部(1)(1)を有し、
且つ隣接する導線(1)が同一の駆動回路及び検出回
路に接続されないような組合せとなる様に構成し
ている。つまり第2図において枝平行に配置され
た8本の導線(1)が示されるが、奇数番目の導線
(1)は電極部(1)(1)を介して駆動回路(14a)と検出回路
(15a)に、また偶数番目の導線(1)は電極部(1)を介
して駆動回路(14b)と検出回路(15b)に接続され
るようになっている。この駆動回路(14a)(14b)は
基準電圧＋Ｖを導線(1)に供給するスイッチ回路
(16a)(16b)により構成されている。電極部(1)に接

続される導線(1)は所定本数おきに共通に接続して
複数の組を形成している。この第2図に示される
例では、12x+1、12x+8、12x+5～12x+11
(x=0、1、2)番目の導線(1)をそれぞれ共通に接
続して6本の組を形成している。また電極部(1)は
隣接した導線(1)が、それぞれ接続された電極部(1)
及び電極部(1)の組合せが隣接する導線(1)間に全
て異なるように所定本数ずつ共通に接続して複数の
組を形成している。即ち第2図に示す例では、
4x+12y+2、4x+12y+4(x、y=0、1、2)番
目の導線をそれぞれ共通に接続して、6本の組を
形成している。そしてこれら12本の組に接続さ
れた駆動回路にはスイッチ(16a)(16b)が各別に接
続され、これらのスイッチのON動作によって電
圧Ｖが与えられるようになっている。

　このようなタブレット板は第3図に示すように
配置される。2枚のタブレット板(1)(1)を
感圧性導電ゴムシート(1)を間にして、且つ夫々の
導線方向が直交するようにして重ね合せる。そし
てペン・指等の位置指示操作により局部的に圧力

が加わると、感圧性導電ゴムシート(1)の抵抗値が
減少し、上下タブレット板(1)の直交する2本の
導線が選択的に、且つ局部的に短絡される。なお
本実施例ではペン又は指でタブレットの任意の1
点に圧力を加えた場合、上下の導線の夫々隣接す
る2本が同時に短絡されるように導線のピッチが
定められているものとする。

　第4図は感圧タブレットを用いた本実施例のブ
ロック図である。タブレット部の二電極部にはそ
れぞれ駆動回路(1)(1)と検出回路(1)(1)が接続されて
いる。この2つの検出回路(1)(1)は、それぞれ奇数
番目、偶数番目の導線の導通状態を検出する。第
5図はこの検出回路において指示位置が検出され
る導通点の状態を示すビット構成図である。次に
タブレット制御部(1)は検出回路Ａ(1)で検出される
検出ラインと検出回路Ｂ(1)で検出される検出ライ
ンとの信号に基づき、第6図に示すフローに従っ
て、指示された点の座標値又はファンクションを、
ＣＰＵ(中央処理装置)(1)へ送る。このＣＰＵ(1)は
タブレット制御部(1)からの情報を用いて出力情報

APLNDC00026677

特開昭59-214941(3)

を作成し、その出力情報を表示部側へ送り、文字・図形等を表示する。なお、第4図では一方のタブレットのみ図示したがタブレット制御部間には上下2枚のタブレットが接続される。

次に第6図に示す制御フローを参照し、本実施例の動作を説明する。先ず、下面側タブレット回路については、その駆動回路のスイッチを全てONすることにより、駆動部側に設定し、上面側タブレット回路については、その駆動回路のスイッチを全てOFFすることにより、検出部側に設定する。そして位置表示操作がなされたとき、既記表示位置の導電ゴムシート側が導通状態になり、前記駆動回路側配線(22a)(22b)より供給される電圧（電流）が導電ゴムシート側を介して上面側タブレット側の検線(1)に与えられるようにする。タブレット制御部側は上面側タブレット側の検出部(31a)側の検出回路A側にて上記電圧が現われる導線群を探す。この時2点が同時に押されている場合には、第5図に示す様に導通点が2カ所ON状態となるので容易に検出できる。そして同時に2点が押さ

れたことをファンクションとしてCPUに送る。また1カ所のみON状態の場合は、電源部(21b)側の検出回路B側で同様の操作を行う。こうして1点のみしか検出されていない場合は、検出回路A側及びB側で検出される検出ラインの組合せから、一方向の指定位置座標Yが求まる。しかるのち、下面側タブレット側の駆動回路のスイッチを全てOFFにして検出部側に設定し、上面側タブレット側の駆動回路のスイッチを全てONとすることにより駆動部側に設定し、前記と同様のフローを実行することにより座標Xが求まる。求められた座標値はCPU側に送られる。このフローにおいては、2点以上が同時に押されている場合にファンクションを送ることにしているが、押された2点の距離、方向等でいくつかのファンクションに振り分けることもできる。またこれに関しては前記説明したタブレットばかりでなく、2点が同時に押された時にそれが検出できるようなタブレットであれば利用可能であり、2点でなく3点以上として多くのファンクションを提供することも可能であ

る。更に、第6図に示す制御フローの実行は、例えばマイクロプロセッサ制御等により行われるが、その検出割合のアルゴリズムが運々変形可能であることは勿論である。

次に第7図を用いて本実施例の操作手順の例を示す。第7図(a)に示す表示画面砂の一部にコマンドメニュー(b)が定義してあり、使用者が指でタブレット上をなぞることによりカーソル(c)を例えば円のコマンド上に移動させる。そのまま別の径で別の道直な点を同時に指定することにより本タブレットは2点が指定されたという信号をCPUに送る。第7図(a)はこの時の様子を図示した図であり、タブレット側は2点に親指と人差し指で操作している。こうしてCPUはカーソルの位置及び2点指定値から"円"のコマンドが指示されたことを知り、中心の位置と同周上の位置が入力されるのを持つ。次に使用者が円の中心位置にしたい場所にカーソルを指で移動し、指と同時に別の指で同時に2点を指定すると、今度はそのカーソル位置を円の中心位置とCPUは解釈する。更に同様

に同周上の点を指定することにより、第7図(c)に示す様にCPUは指定点bの円を描く。

この実施例によれば極めて容易な操作で単なるカーソル移動とそのカーソル位置を操作の対象になる位置にさせることとの両方の動作を行うことができる。

尚、本発明に依れば、特殊なペンやファンクション用のスイッチを用いないで、ファンクションを入力できる利点が有るため、必ずしもファンクションでなくとも良く、2点以上を同時に指示することにより、位置指定入力以外の信号として用いることが可能である。

4. 図面の簡単な説明

第1図は従来のタブレットの構成図、第2図は本発明の一実施例に使われるタブレット側の一構成図、第3図は本発明の一実施例に使われるタブレットの概略構成図、第4図は本発明の一実施例のブロック図、第5図は導通点の状態を示すタブレット構成図、第6図は制御フローの1例を示す図、第7図は本実施例の操作手順の例を示す図である。

-243-

http://www4.ipdl.inpit.go.jp/tjcontentbsen.ipdl?N0000=21&N0400=image/gif&N0401=/...   11/18/2008

APLNDC00026678





http://www4.ipdl.inpit.go.jp/tjcontentbsen.ipdl?N0000=21&N0400=image/gif&N0401=/...   11/18/2008

APLNDC00026680

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :          **08-016307**

(43)Date of publication of application : **19.01.1996**

(51)Int.Cl.                          G06F  3/03

(21)Application number : **06-171941**      (71)Applicant : **PENTEL KK**

(22)Date of filing :       **30.06.1994**      (72)Inventor :  **KATABAMI KOICHIRO**

## (54) MULTI-POINT SIMULTANEOUS INPUT FINGER TOUCH COORDINATE DETECTOR

(57)Abstract:

PURPOSE: To detect out all the coordinates touched or approached by fingers by attenuating an AC signal passing through the intersection coordinate of X and Y direction electrode lines near the finger that touches or approaches the panel surface of a tablet.

CONSTITUTION: When there is the human finger just above the intersection part, fingers 4 (4-1 and 4-2) are electrically connected with the coordinate detector through a certain impedance because of stray capacity at a gap to the device. When there are the fingers 4 (4-1 and 4-2) just near the intersection part of both the electrode lines, potential difference is generated and an electric power line is generated as well between X direction electrode lines 2 (2-1 and 2-2) and the fingers 4 (4-1 and 4-2). At such a time, when there is no finger, the electric power line generated out of the upper part of the X direction electrode lines 2 (2-1 and 2-2) is connected with Y direction electrode lines 3-1 to 3-m but because of the fingers, most of it is connected with the fingers 4 (4-1 and 4-2) so that the number of electric power lines can be decreased. Therefore, the cross capacity between both the electrodes is decreased because of the approaching fingers.



APLNDC00026681

(19)日本国特許庁（ＪＰ）　　　(12) 公 開 特 許 公 報 (A)　　　(11)特許出願公開番号

特開平8－16307

(43)公開日　平成8年(1996)1月19日

| (51)Int.Cl.⁶ | 識別記号 | 庁内整理番号 | | FI | 技術表示箇所 |
|---|---|---|---|---|---|
| G 0 6 F　3/03 | | 3 3 5　E | | | |

審査請求　未請求　請求項の数1　FD　（全 6 頁）

(21)出願番号　　特願平6－171941

(22)出願日　　平成 6 年(1994) 6 月30日

(71)出願人　000005511
　　　ぺんてる株式会社
　　　東京都中央区日本橋小網町7番2号
(72)発明者　方波見　廣一郎
　　　埼玉県草加市市町4－1－8　ぺんてる株
　　　式会社草加工場内

(54)【発明の名称】　多点同時入力指タッチ座標検出装置

(57)【要約】

【目的】　タブレット上に指タッチした時のその座標を出力する座標検出装置で，多点同時指タッチ座標を検出する。

【構成】　X及びY座標軸にそってそれぞれ平行な複数の電極撮を持つタブレットと，AC信号発生器と，AC信号をX方向電極線に順次接続するX方向アナログデマルチプレクサと，Y方向電極線の信号を順次セレクトするY方向アナログマルチプレクサと，信号増幅器と，バンドパスフィルタと，AM検波器と，A／Dコンバータと，制御部とで構成される。



APLNDC00026682

(2)                                          特開平8－16307

## 1

【特許請求の範囲】
【請求項1】　X及びY座標軸に沿って配設された複数の電極線を有するタブレットと、AC信号発生器と、該AC信号発生器を前記複数のX方向電極線へ順次接続するアナログマルチプレクサと、前記複数のY方向電極線を順次セレクトするアナログマルチプレクサと、該Y方向アナログマルチプレクサの出力を印加する1kΩ以下の入力インピーダンスの電流入力型増幅器と、該増幅器の出力を印加するバンドパスフィルタと、該バンドパスフィルタの出力を印加するAM検波器と、該AM検波器の出力を印加するA／Dコンバータと、該ADコンバータの出力を印加する制御部とから成る座標検出装置であって、前記タブレットの盤面に操作者の複数本の指が同時にタッチまたは近接した時の、該タッチまたは近接した指のすぐ近くの、前記X方向とY方向電極線の交差する座標を通るAC信号が減衰することにより、すべての指タッチまたは近接した座標を検出出力することを特徴とする座標検出装置。

【発明の詳細な説明】
【0001】
【産業上の利用分野】本発明はタブレット上に指タッチした時の、そのタッチした座標値を出力する座標検出装置に関する。特に多点同時指タッチを検出するものに関する。

【0002】
【従来の技術】従来の指タッチ座標検出装置として、抵抗膜シート方式、抵抗あるいは膜と指との容量検出方式、マトリクスタッチ電極と指との容量検出方式等が知られていた。その中で重要項目を指タッチ指定する場合は、安全性のため、2～3点の入力の順序などを規制されているものが合った。

【0003】
【発明が解決しようとする課題】上述のどの方式も1点のみ座標入力するもので多点同時指タッチを検出できるものではなかった。重要項目を指タッチ指定の操作に規制があり、操作上かなり面倒なものであった。

【0004】
【課題を解決するための手段】本発明は上述した従来の問題点に鑑みなされたもので、X及びY座標軸に沿って配設された複数の電極線を有するタブレットと、AC信号発生器と、該AC信号発生器を前記複数のX方向電極線へ順次接続するアナログマルチプレクサと、前記複数のY方向電極線を順次セレクトするアナログマルチプレクサと、該Y方向アナログマルチプレクサの出力を印加する1kΩ以下の入力インピーダンスの電流入力型増幅器と、該増幅器の出力を印加するバンドパスフィルタと、該バンドパスフィルタの出力を印加するAM検波器と、該AM検波器の出力を印加するA／Dコンバータと、該ADコンバータの出力を印加する制御部とから成る座標検出装置であって、前記タブレットの盤面に操作

## 2

者の複数本の指が同時にタッチまたは近接した時の、該タッチまたは近接した指のすぐ近くの、前記X方向とY方向電極線の交差する座標を通るAC信号が減衰することにより、すべての指タッチまたは指が近接した座標を検出出力することを特徴とする座標検出装置を提案するものである。

【0005】
【作用】X方向とY方向の電極線の交差部の交差容量は、その交差部のX とY電極線間の電気力線の数に比例する。その近くに疑似接地された指があると、電気力線の一部が指に引かれ、両電極線間の電気力線が減少し、結果的に交差容量が減少し、その交差部を通るAC信号レベルが減少する。

【0006】
【実施例】以下、本発明の詳細を添付図面を参照して説明する。図1は本発明の実施例の装置全体構成図である。タブレット1にX方向及びY方向に複数の格子状電極線2－1～2－！、3－1～3－mが配設してある。X方向電極線2－1～2－1は、AC信号発生器5からの正弦波または矩形波により、X方向アナログマルチプレクサ6を介し順次ドライブされる。X方向及びY方向電極線2－1～2！、3－1～3－mの各交差部は上下に近接しており、交差容量を持つ。X方向電極線2－1～2－！上のAC信号は上記交差容量を通り各Y電極線3－1～3mに伝わる

【0007】この交差容量と指の関係について詳述する。図2は1つの電極線交差部の縦断面と電気力線分布図である。X方向電極線2がAC信号駆動されている。Y方向電極線3は一定の交差容量を持つため、X方向電極線2とY方向電極線3間にはAC信号による電位差が生じる。従って図2に示す様な電気力線1 4が両電極線間に生じる。電極線交差容量の大きさは、この電気力線14の本数に比例する。

【0008】この交差部のすぐ上部に人の指があるとどうなるかを図3を参照して説明する。人体はある インピーダンスを持ち電気をある程度伝える。また本座標検出装置との間に浮遊容量（図示せず）を持つために、操作者の指4は本装置とある インピーダンスを介して電気的に結ばれることになる。操作者の指4が両電極線交差部のすぐ近くにあると、X方向電極線2と指4の間に、上記理由により電気力線が生じ、もし指がなかった場合にはX方向電極線2の上部より出ていた電気力線14はY方向電極線と結ばれていたが、指があるために、その多くが指4と結ばれ、結果的に両電極線間の電気力線14の数が減少する。従って両電極線間の交差容量が、近接する指4のために減少する。

【0009】図1に於て、指がタブレット近くにない場合の、各X方向電極線2－1～2－1と各Y電極線3－1～3m間すべての交差容量はほとんど等しく製作しているので、各Y方向電極線3－1～3－mに伝わるAC信号

APLNDC00026683

(3)　　　　　　　　　　　　　　　　　特開平８－１６３０７

もほとんど等しいレベルである。ところが、指が近接した交差容量を通るＡＣ信号は上記理由により後者よりも低いレベルになる。

【００１０】Ｙ方向アナログマルチプレクサ７はＹ方向電極線３－１～３－ｍを順次に増幅器８と接続する。この増幅器８の入力インピーダンスは１ＫΩ以下（好ましくは５０～１００Ω）という低い値に設定しているため、セレクトされたＹ方向電極線３－１～３－ｍはほとんど電位変化せず、電流信号のみ増幅器８に伝える。従って、指がＸ方向アナログマルチプレクサ６とＹ方向アナログマルチプレクサ７とにより選定された交差容量以外の交差容量に近接しても指と指の近接する電極線間との浮遊容量による信号の漏洩はほとんどない。言い換えれば選定された座標点の指タッチ状態が他座標点の指タッチ状態に影響されることはほとんどない。試作機の実測値では、選定点の指タッチによる信号減衰は２０～２５％であったが他のすべての点のタッチによる信号減衰は４％以下であった。このことは多点同時指タッチを検出できることを意味する。

【００１１】増幅器８は電流入力型でありその出力をバンドパスフィルタ１０へ印加する。バンドパスフィルタ１０は必要周波数のみ通し途中で侵入した不要な外来ノイズを阻止する。ＡＭ検波器１１はＡＣ信号の振幅に比例した復調波レベルを出力しＡ／Ｄコンバータ１２に印加する。Ａ／Ｄコンバータ１２はその入力電圧レベルをディジタル値に変換し制御部１３は、Ｘ方向アナログマルチプレクサ６及びＹ方向アナログマルチプレクサ７により選定座標をタブレット１の全面にわたりスキャンし、各選定点（各信号差容量点）毎の信号レベルからすべての指タッチ座標を検出し出力する。

【００１２】指４が交差容量の真上になくても、その隣＊

※接近定座標点の信号レベルから補間し詳細座標を算出することもできる。また、１本の指が楕円形に細長くタブレット１の盤面に２つの交差容量点またはそれ以上にわたり接触している場合でもその長手方向をも検出できるものである。また指でなくても手で持った導体での座標入力もできる。

【００１３】
【発明の効果】　本発明による指タッチ座標検出装置は、従来不可能であった多点同時入力を可能とし、楕円形にタブレット盤面にタッチした場合でもその長手方向性を検出できる。

【図面の簡単な説明】
【図１】　装置全体構成図
【図２】　電極線交差部の縦断面と電気力線分布
【図３】　指が近づいた時の電極線交差部の縦断面と電気力線分布

【符号の説明】
１　タブレット
２　Ｘ方向電極線
３　Ｙ方向電極線
４　指
５　ＡＣ信号発生器
６　Ｘ方向アナログマルチプレクサ
７　Ｙ方向アナログマルチプレクサ
８　増幅器
９　増幅器８の入力インピーダンス
１０　バンドパスフィルタ
１１　ＡＭ検波器
１２　Ａ／Ｄコンバータ
１３　制御部
１４　電気力線

【図１】



APLNDC00026684

【図2】

14
14
2
14
3

【図3】

4
14
14
2
14

【手続補正書】
【提出日】平成7年6月12日
【手続補正1】
【補正対象書類名】明細書
【補正対象項目名】請求項1
【補正方法】変更
【補正内容】
【請求項1】 X及びY座標軸に沿って配設された複数の電極線を有するタブレットと、AC信号発生器と、該AC信号発生器を前記複数のX方向電極線へ順次接続するアナログデマルチプレクサと、前記複数のY方向電極線を順次セレクトするアナログマルチプレクサと、該Y方向アナログマルチプレクサの出力を印加する1kΩ以下の入力インピーダンスの電流入力型増幅器と、該増幅器の出力を印加するバンドパスフィルタと、該バンドパスフィルタの出力を印加するAM検波器と、該AM検波器の出力を印加するA／Dコンバータと、該A／Dコンバータの出力を印加する制御部とから成る座標検出装置であって、前記タブレットの盤面に操作者の複数本の指が同時にタッチまたは近接した時の、該タッチまたは近接した指のすぐ近くの、前記X方向とY方向電極線の交差する座標点を通るAC信号が減衰することにより、すべての指タッチまたは指が近接した座標を検出出力することを特徴とする座標検出装置。
【手続補正2】
【補正対象書類名】明細書
【補正対象項目名】0002
【補正方法】変更
【補正内容】
【0002】
【従来の技術】従来の指タッチ座標検出装置として、抵抗膜シート方式、抵抗あるいは膜と指との容量検出方式、マトリクスタッチ電極と指との容量検出方式等が知られていた。その中で重要項目を指タッチ指定する場合は、安全性のため、2～3点の入力の順序などを規制されているものがあった。
【手続補正3】
【補正対象書類名】明細書
【補正対象項目名】0003
【補正方法】変更
【補正内容】
【0003】
【発明が解決しようとする課題】上述のどの方式も1点のみ座標入力するもので多点同時指タッチを検出できるものではなかった。重要項目の複数点の指タッチ指定の操作に規制があり、操作上かなり面倒なものであった。
【手続補正4】
【補正対象書類名】明細書
【補正対象項目名】0004
【補正方法】変更
【補正内容】
【0004】
【課題を解決するための手段】本発明は上述した従来の問題点に鑑みなされたもので、X及びY座標軸に沿って配設された複数の電極線を有するタブレットと、AC信号発生器と、該AC信号発生器を前記複数のX方向電極線へ順次接続するアナログデマルチプレクサと、前記複数のY方向電極線を順次セレクトするアナログマルチプレクサと、該Y方向アナログデマルチプレクサの出力を印加する1KΩ以下の入力インピーダンスの電流入力型増幅器と、該増幅器の出力を印加するバンドパスフィルタと、該バンドパスフィルタの出力を印加するAM検波器と、該AM検波器の出力を印加するA／Dコンバータと、該ADコンバータの出力を印加する制御部とから成る座標検出装置であって、前記タブレットの盤面に操作者の複数本の指が同時にタッチまたは近接した時の、該タッチまたは近接した指のすぐ近くの、前記X方向とY

(5)　　　　　　　　　　　　特開平8－16307

方向電極線の交差する座標点を通るＡＣ信号が減衰する
ことにより、すべての指タッチまたは指が近接した座標
を検出出力することを特徴とする座標検出装置を提案す
るものである。
【手続補正５】
【補正対象書類名】明細書
【補正対象項目名】０００６
【補正方法】変更
【補正内容】
【０００６】
【実施例】以下、本発明の詳細を添付図面を参照して説
明する。図１は本発明の実施例の装置全体構成図であ
る。タブレット１にＸ方向及びＹ方向に複数の格子状座
標線２－１～２－１、３－１～３－ｍが配設してある。
Ｘ方向電極線２－１～２－１は、ＡＣ信号発生器５から
の正弦波または矩形波により、Ｘ方向アナログデマルチ
プレクサ６を介し順次ドライブされる。Ｘ方向及びＹ方
向電極線２－１～２－１、３－１～３－ｍの各交差部は
上下に近接しており、交差容量を持つ。Ｘ方向電極線２
－１～２－１上のＡＣ信号は上記各交差容量を通り各Ｙ
電極線３－１～３－ｍに伝わる
【手続補正６】
【補正対象書類名】明細書
【補正対象項目名】０００８
【補正方法】変更
【補正内容】
【０００８】この交差部のすぐ上部に人の指があるとど
うなるかを図３を参照して説明する。人体はあるインピ
ーダンスを持ち電気もある程度に伝える。また本座標検出
装置との間に浮遊容量（図示せず）を持つために、操作
者の指４は本装置とあるインピーダンスを介して電気的
に結ばれることになる。操作者の指４が両電極線交差部
のすぐ近くにあると、Ｘ方向電極線２と指４との間に、
上記理由により電位差が生じ電気力線１４も生じる。こ
のとき指があらかなければＸ方向電極線２の上部より
出ていた電気力線１４はＹ方向電極線に結ばれていた
が、指があるために、その多くが指４と結ばれ、結果的
に両電極線間の電気力線１４の数が減少する。従って両
電極線間の交差容量が、近接する指４のために減少す
る。
【手続補正７】
【補正対象書類名】明細書
【補正対象項目名】０００９
【補正方法】変更
【補正内容】
【０００９】図１に於て、指がタブレット１近くにない
場合の、各Ｘ電極線２－１～２－１と各Ｙ電極線３－１
～３－ｍ間のすべての交差容量はほとんど等しく製作さ
れているので、各Ｙ方向電極線３－１～３－ｍに伝わるＡ
Ｃ信号もほとんど等しいレベルである。ところが、指が

近接した交差容量を通るＡＣ信号は上記理由により他よ
りも低いレベルになる。
【手続補正８】
【補正対象書類名】明細書
【補正対象項目名】００１０
【補正方法】変更
【補正内容】
【００１０】Ｙ方向アナログマルチプレクサ７はＹ方向
電極線３－１～３－ｍを順次に増幅器８と接続する。こ
の増幅器８の入力インピーダンスは１ｋΩ以下（好まし
くは５０～１００Ω）という低い値に設定しているた
め、セレクトされたＹ方向電極線３－１～３－ｍはほと
んど電圧変化せず、電流信号のみ増幅器８に伝える。従
って、指がＸ方向アナログデマルチプレクサ６とＹ方向
アナログマルチプレクサ７とにより選定された交差容量
以外の交差容量に近接しても、指と指の近接する電極線
間の浮遊容量による信号の減衰はほとんどない。言い
換えれば選定された座標点の指タッチ状態が他座標点の
指タッチ状態に影響されることはほとんどない。試作機
の実施例では、選定点の指タッチによる信号減衰は２０
～２５％であったが他のすべての点の指タッチによる信
号減衰は４％以下であった。このことは多点同時指タッ
チを検出できることを意味する。
【手続補正９】
【補正対象書類名】明細書
【補正対象項目名】００１１
【補正方法】変更
【補正内容】
【００１１】増幅器８は電流入力型でありその出力をバン
ドバスフィルタ１０へ印加する。バンドバスフィルタ
１０は必要周波数のみ通し途中で侵入した不要な外来ノ
イズを阻止する。ＡＭ検波器１１はＡＣ信号の振幅に比
例した微直流レベルを出力しＡ／Ｄコンバータ１２に印
加する。Ａ／Ｄコンバータ１２はその入力電圧レベルを
ディジタル値に変換し制御部１３へ印加する。制御部１
３は、Ｘ方向アナログデマルチプレクサ６及びＹ方向ア
ナログマルチプレクサ７により、選定座標をタブレット
１の全面にわたりスキャンし、各選定点（各交差容量
点）毎の信号レベルからすべての指タッチ座標を検出し
出力する。
【手続補正１０】
【補正対象書類名】明細書
【補正対象項目名】００１２
【補正方法】変更
【補正内容】
【００１２】指４が交差容量の真上になくても、その隣
接選定座標点の信号レベルから補間し詳細座標を算出す
ることもできる。また、１本の指４が楕円形に細長くタ
ブレット１の盤面に２つの交差容量点またはそれ以上に
わたり接触している場合でもその長手方向をも検出でき

APLNDC00026686

(6)　　　　　　　　　　　特開平8−16307

るものである。また指でなくても手で持った導体での座
標入力もできる。X方向電極線を信号送出側にしたが、
Y方向電極線を信号送出側にしてもさしつかない。
【手続補正11】
【補正対象書類名】明細書
【補正対象項目名】0013
【補正方法】変更
【補正内容】
【0013】
【発明の効果】　本発明による指タッチ座標検出装置
は、従来不可能であった多点同時入力を可能とし、楕円
形にタブレット盤面にタッチした場合でもその長手方向
性をも検出できる。
【手続補正12】
【補正対象書類名】明細書
【補正対象項目名】図面の簡単な説明の欄
【補正方法】変更
【補正内容】
【図面の簡単な説明】

【図1】装置全体構成図
【図2】電極線交差部の縦断面と電気力線分布
【図3】指が近づいた時の電極線交差部の縦断面と電気
力線分布
【符号の説明】
1　　タブレット
2　　X方向電極線
3　　Y方向電極線
4　　指
5　　AC信号発生器
6　　X方向アナログデマルチプレクサ
7　　Y方向アナログマルチプレクサ
8　　増幅器
9　　増幅器8の入力インピーダンス
10　　バンドパスフィルタ
11　　AM検波器
12　　A／Dコンバータ
13　　制御部
14　　電気力線

APLNDC00026687

esp@cenet — Bibliographic data
Case 5:11-cv-01846-LHK    Document 561-18    Filed 12/29/11    Page 50 of 76
Page 1 of 1

# METHOD AND APPARATUS FOR INPUTTING CONTROL SIGNAL

**Publication number:** JP60211529 (A)

**Publication date:** 1985-10-23

**Inventor(s):** AASAA BII KIYARORU; JIYON KEI KAASUTETSUDO

**Applicant(s):** AMP INC

**Classification:**

**- international:** *G06F3/02; G06F3/033; G06F3/041; G06F3/042; G06F3/048; G06K11/06; G06F3/02; G06F3/033; G06F3/041; G06F3/048; G06K11/06;* (IPC1-7): G06F3/023; G06F3/03; G06K11/06

**- European:** G06F3/048A3

**Application number:** JP19850057630 19850322

**Priority number(s):** US19840592191 19840322

**Also published as:**

🅿 EP0156593 (A2)

🅿 EP0156593 (A3)

🅿 MX160425 (A)

☐ KR920002755 (B1)

Abstract not available for JP 60211529 (A)

Abstract of corresponding document: **EP 0156593 (A2)**

A method and device for instituting mode changes (78) or precise relative cursor (13) positioning is taught. Briefly stated, an operator who is interfacing with a CRT (10) or display area (12) which has a touch input device (51) on it, such as a switch matrix or infrared light beam matrix, may institute a number of changes simply by inserting two or more noncontiguous styli (18,18), such as two fingers, into the touch input area. This would, therefore, change the mode of information which is presented by the display to the operator (16) or the information presented to a computer or interface via the display area by the operator.; In the preferred embodiment, the insertion of two noncontiguous fingers would allow the cursor (13) to be moved in a speed and direction which is directly related to the speed and direction of a finger with the result that the cursor need not be disposed directly under the finger which might otherwise block an operator's view and thereby allow more precise positioning of the cursor.



FIG.1

Data supplied from the *esp@cenet* database — Worldwide

APLNDC00026688

⑲ 日本国特許庁（ＪＰ）　　　　　　⑪ 特許出願公開

⑫ 公 開 特 許 公 報（Ａ）　　　　昭60－211529

㉝Int.Cl.⁴　　　　識別記号　　庁内整理番号　　　　　㊸公開　昭和60年(1985)10月23日
G 06 F　　3/03　　　　　　　　7622－5B
　　　　　3/023　　　　　　　　Z－7010－5B
G 06 K　 11/06　　　　　　　　X－8320－5B　審査請求　未請求　発明の数 5　(全13頁)

㊼発明の名称　　　操作信号入力方法および装置

　　　　　　　　㉑特　　願　昭60－57630
　　　　　　　　㉒出　　願　昭60(1985) 3月22日
　優先権主張　㉝1984年 3月22日㉝米国(ＵＳ)㉛592191
㉒発 明 者　　アーサー ビー キャ　　アメリカ合衆国　テキサス州 78626　ジョージタウン
　　　　　　　 ロル　　　　　　　　　　リッジウッド　ドライブ　207
㉒発 明 者　　ジョン ケイ カース　　アメリカ合衆国　テキサス州 78664　ラウンドロック
　　　　　　　 テッド　　　　　　　　　オークリッジ　ドライブ　1300
㉑出 願 人　　アンプ インコーポレ　　アメリカ合衆国　ペンシルバニア州 17105　ハリスバー
　　　　　　　 ーテッド　　　　　　　　グ　アイゼンハワー　ブルバード　(番地なし)
㊴代 理 人　　弁理士　柳田　征史　　外1名

　　　　　　　　明　　細　　書
1．発明の名称
　　　　操作信号入力方法および装置
2．特許請求の範囲
(1)　少なくとも2本の互いに離れた触針18をタッ
　チ入力部に挿入する第1のステップを実行し、
　　　次に、前記タッチ入力部に挿入された前記触針
　を検出する第2のステップを実行し、
　　　しかる後に、前記第2のステップにより所定数
　の触針が検出されたとき、前記第1のステップに
　先立って中央処理装置44に設定されたプログラ
　ムおよび／またはモードを他のプログラムおよび
　／またはモードに変換する第3のステップを実行
　することを特徴とする操作信号入力方法。
(2)　タッチ入力部のいずれかの部分に触針18を押
　入する第1のステップを実行し、
　　　次に、前記タッチ入力部に挿入された前記触針
　の移動速度および／または移動方向および／また
　は移動距離を検出する第2のステップを実行し、
　　　しかる後に、前記第2のステップにより得られ

た前記触針に関する情報に基づいてビデオディス
プレイ12上のカーソルを移動させる第3のステ
ップを実行することを特徴とする操作信号入力方
法。
(3)　前記第1のステップの前に、少なくとも2本の
　互いに離れた触針をタッチ入力部に挿入する第1
　のステップを実行し、
　　　次に、前記タッチ入力部に挿入された前記触針
　18を検出する第2のステップを実行し、
　　　しかる後に、前記第2のステップにより検出さ
　れた前記触針に関する情報に基づいて、ビデオディ
　スプレイ12上のカーソルを絶対座標内で移動
　させるモードからマウスモードに変換する第3の
　ステップを実行することを特徴とする特許請求の
　範囲第2項記載の操作信号入力方法。
(4)　少なくとも1本の触針18を挿入されて出力信
　号を発生するタッチ入力手段と、
　　　このタッチ入力手段と接続され、該タッチ入力
　手段に挿入された触針の数に基づきプログラムお
　よび／またはコンピュータ／コントローラのモー

　　　　　　　－1－　　　　　　　　　　　　　　　　　　　　　－2－

APLNDC00026689

特開昭60-211529(2)

ドを変換するモード変換手段を備えてなることを
特徴とする操作信号入力装置。

(5)　少なくとも1本以上の触針18を挿入され、こ
の触針の位置を認識するタッチ入力手段と、

このタッチ入力手段およびビデオディスプレイ
12に接続され、該タッチ入力手段のいずれかの
部分に挿入された前記触針の移動速度および／ま
たは移動方向および／または移動距離に基づいて
前記ビデオディスプレイ上に表示されたカーソル
を移動せしめるカーソルコントロール手段10を
備えてなることを特徴とする操作信号入力装置。

(6)　少なくとも1本以上の触針18を挿入され、こ
の触針の位置を認識するタッチ入力手段と、

このタッチ入力手段およびビデオディスプレイ
12に接続され、マウスモードに設定されたとき、
該タッチ入力手段のいずれかの部分に挿入された
前記触針の移動速度および／または移動方向およ
び／または移動距離に基づいて前記ビデオディス
プレイ上に表示されたカーソルを移動するカーソ
ルコントロール手段10と、

－ 3 －

範囲第5項記載の操作信号入力装置。

(12)　前記タッチ入力手段がメンブレーンスイッ
チマトリクスであることを特徴とする特許請求の
範囲第6項記載の操作信号入力装置。

(13)　前記触針がオペレータの指であることを特
徴とする特許請求の範囲第5項記載の操作信号入
力装置。

(14)　前記触針がオペレータの指であることを特
徴とする特許請求の範囲第6項記載の操作信号入
力装置。

(15)　前記タッチ入力手段が赤外線マトリクスフ
レームであることを特徴とする特許請求の範囲第
4項記載の操作信号入力装置。

(16)　前記タッチ入力手段がメンブレーンスイッ
チマトリクスであることを特徴とする特許請求の
範囲第4項記載の操作信号入力装置。

(17)　前記タッチ入力手段が、音波を使用して前
記触針を検出する手段であることを特徴とする特
許請求の範囲第4項記載の操作信号入力装置。

(18)　前記タッチ入力手段が、音波を使用して前

－ 5 －

前記タッチ入力手段に接続され、少なくとも2
本の前記触針の該タッチ入力手段への挿入に基づ
いて前記カーソルコントロール手段10を前記マ
ウスモードに設定するタッチ入力コントロール手
段を備えてなることを特徴とする操作信号入力装
置。

(7)　前記タッチ入力手段が前記ビデオディスプレイ
に近接して配されていることを特徴とする特許請
求の範囲第5項記載の操作信号入力装置。

(8)　前記タッチ入力手段が前記ビデオディスプレイ
に近接して配されていることを特徴とする特許請
求の範囲第6項記載の操作信号入力装置。

(9)　前記タッチ入力手段が赤外線マトリクスフレー
ムであることを特徴とする特許請求の範囲第5項
記載の操作信号入力装置。

(10)　前記タッチ入力手段が赤外線マトリクスフ
レームであることを特徴とする特許請求の範囲第
6項記載の操作信号入力装置。

(11)　前記タッチ入力手段がメンブレーンスイッ
チマトリクスであることを特徴とする特許請求の

－ 4 －

記触針を検出する手段であることを特徴とする特
許請求の範囲第4項記載の操作信号入力装置。

(19)　前記タッチ入力手段が、音波を使用して前
記触針を検出する手段であることを特徴とする特
許請求の範囲第4項記載の操作信号入力装置。

－ 6 －

APLNDC00026690

3．発明の詳細な説明
（産業上の利用分野）

　本発明は、コンピュータ等のプログラムモードの変換あるいはディスプレイ上に表示されたカーソル位置の移動を指示する操作信号の入力方法および装置に関し、とくにタッチ入力部に挿入した触針の数および動きに基づく情報を操作信号として入力せしめる操作信号入力方法および装置に関するものである。

（従来技術）

　コンピュータあるいはワードプロセッサ等の分野ではビデオディスプレイにより入力データ等を表示させるものが多く知られているが、このビデオディスプレイの使用に際して、常にマン・マシーン　インタフェースの向上が問題とされている。

　従来から情報表示あるいはカーソルの操作はキーボードからの入力信号により行なわれている。このようなキーボードを使用する方法は、キーボードがその他の仕事、例えばデータ入力等には必要不可欠であって、この種の装置に必ず付随して

－ 7 －

本発明は、上記問題を解決するためになされたものであり、多くのファンクション入力をビデオディスプレイに対して直接行なうことができ、このファンクション入力に基づいてモード変換あるいはカーソル移動等をなし得る操作信号入力方法および装置を提供することを目的とするものである。

（発明の構成）

　本発明のうち第1の発明に係る操作信号入力方法は、少なくとも2本の互いに離れた触針をタッチ入力部に挿入せしめ、次に、該タッチ入力部に挿入された該触針を検出し、しかる後に、該検出により所定数の触針が認識されたとき、既にCPU／コントローラに設定されたプログラムおよび／またはモードを他のプログラムおよび／またはモードに変換することを特徴とするものである。

　また、本発明のうち第2の発明に係る操作信号入力方法は、タッチ入力部のいずれかの部分に触針を挿入せしめ、次に、該タッチ入力部に挿入された該触針の移動速度および／または移動方向お

－ 9 －

設けられているため経済的に有利であるものの以下に示すような欠点を有するため問題がある。

　すなわち、キーボードを操作するオペレータはこのキーボードとディスプレイに対し交互に神経を使わなければならず、一連の思考が中断されるという問題がある。とくに熟練していないオペレータにとっては極めて大きな問題である。

　このような問題を解決するために、最近、ビデオディスプレイに対してオペレータが直接作用し得るいくつかの手段が利用されている。これらの手段としては、例えばライトペン、卓上型マウスコントローラさらにはスイッチマトリクスや電気光学マトリクス等のタッチ入力手段等が知られている。

　しかしながら、上述した手段にしても、モードや画面等を変換する際にはオペレータがディスプレイとキーボードの両方に対して神経を使わなければならず、依然として上記問題を解決するまでには到っていない。

（発明の目的）

－ 8 －

よび／または移動距離を検出し、しかる後に、該検出により得られた情報に基づいてビデオディスプレイ上のカーソルを移動せしめることを特徴とするものである。

　本発明のうち第3の発明に係る操作信号入力方法は、少なくとも2本の互いに離れた触針をタッチ入力部に挿入せしめ、次に、該タッチ入力部に挿入された該触針を検出し、しかる後に、該検出により得られた情報に基づいて、ビデオディスプレイ上のカーソルを移動させるモードからマウスモードに変換せしめることを特徴とするものである。

　本発明のうち第4の発明に係る操作信号入力装置は、少なくとも1本の触針を挿入されて出力信号を発生するタッチ入力手段と、このタッチ入力手段に接続され、該タッチ入力手段に挿入された触針の数に基づきコンピュータ／コントローラのモードを変換するモード変換手段を備えてなることを特徴とするものである。

　本発明のうち第5の発明に係る操作信号入力装

－ 1 0 －

APLNDC00026691

段は、少なくとも１本以上の触針を挿入されたタッチ入力手段によりこの触針の位置を認識せしめ、このタッチ入力手段およびビデオディスプレイに接続されたカーソルコントロール手段を用いて、該タッチ入力手段に挿入された触針の移動速度および／または移動方向および／または移動距離に基づき、ディスプレイ上に表示されたカーソルを移動せしめることを特徴とするものである。

　本発明のうち第６の発明に係る操作信号入力装置は、少なくとも１本以上の触針を挿入されたタッチ入力手段によりこの触針を認識せしめ、マウスモードに設定された限に、このタッチ入力手段およびビデオディスプレイに接続されたカーソルコントロール手段を用いて、該タッチ入力手段に挿入された触針の移動速度および／または移動方向および／または移動距離に基づき、ディスプレイ上に表示されたカーソルを移動せしめ、上記タッチ入力手段に接続されたタッチコントロール入力手段により、少なくとも２本の上記触針の該タッチ入力手段への挿入に基づいて、該カーソルコ

－１１－

ントロール手段を該マウスモードに設定することを特徴とするものである。

（実　施　例）

　以下、本発明の実施例について図面を用いて詳細に説明する。

　第１図は本発明の実施例を説明するための概略図である。

　第１図には、ディスプレイ部１２を有するカーソルコントロール手段（ＣＲＴ）１０がキーボード１４に接続されている様子が示されている。またオペレータ１６が指でディスプレイ部１２に触れている様子が示されている。ここで、ディスプレイ部１２に対して作用する触針１８としては必ずしも指である必要はなく、例えば鉛筆、指示棒あるいはその他類似の用具を用いてもよい。また、上記キーボード１４はパーソナルコンピュータ等に通常使用されているものであるが、本実施例においては触針１８により直接ディスプレイ部１２に対して指示を与えることによりこのキーボード１４の操作を可能な限り少なくしようとしている。

－１２－

　オペレータ１６が指１８で触れているタッチ入力部にはカーソル１３（図示されていない）が表示されている。本実施例においては、このタッチ入力部は、画面の上部と一方の側部をエミッタとし、画面の下部と他方の側部をディテクタとして形成される赤外線マトリクス（図示されていない）を使用している。なお、本発明の実施例としてはタッチ入力部の機構として必ずしも赤外線マトリクスを使用する必要はなく、例えばディスプレイ部１２上に形成されるスイッチマトリクス、メンブレーンマトリクス、あるいは容量測定型のセンサ、スイッチ、さらには音波を使用する手段等によってもよい。

　さらに、もしオペレータ１６が計算器援用設計（ＣＡＤ）あるいは計算器援用製造（ＣＡＭ）を使用する場合には上述したように指１８を触針として使用し、画面中の線の移動あるいは画面の変更を行なうようにしてもよい。そして、触針１８の動作をさらに適切なものとしたい場合には、２本の離れた触針１８、例えば２本の指を使用する。

－１３－

　上記タッチ入力部は多くの独立部材から形成されており、通常、触針１８を検出する機構部と、ソフトウェアを内蔵され、ＣＲＴあるいは他のコンピュータとの通信を行なうためのデコーダ回路を備えている。このタッチ入力部は前述したように情報入力を行なうためのものであり本実施例では赤外線マトリクスを使用している。また、オペレータ１６が、ディスプレイ部１２上のいずれかの位置を触針１８により指示するとモードが"マウス"モードに変換され、この触針の動く方向および速度に応じてカーソルが移動するように設定される。

　この後、もし前のモードへの変換が要求された場合には、上述した２本の触針１８をタッチ入力部に挿入することによりその要求が認識され変換が実行されるようになっている。さらに、連続してこのような方法を実行することにより、２本の触針１８を用いてプログラムモードの変換を自由に行なうことができる。したがってプログラムモードの順次変換や２つのプログラムモードの間を

－１４－

APLNDC00026692

往復させることができる。

　第2図は本実施例の一部の回路を示すブロック図である。なお、このような回路は米国特許出願（出願番号第568，044号）に開示されている。

　第2図に示される回路はタッチ入力コントロールデバイスと称されるものであり、以下の説明によりその概要を説明するとともに上記文献に開示された技術との差異を明らかにする。

　カウンタ24はクロックパルス源26からのクロックパルスを入力され、この各クロックパルスの入力に伴ないインクリメントされ、その合計パルス数をカウントする。カウンタ24のマルチビット出力部はセレクタ28の入力部に接続されており、このセレクタ28の出力部はLED20を駆動し得るようにこのLED20の入力部に接続されている。これによりクロックパルスの一定出力周期毎にLED20が発光するようになっている。同一グループの3つのLED20は同時に点灯されるが、これら3つのLED20の実際の位

－15－

が出力されていなければ光線の妨害があったことになる。

　さらに、この選択されたグループのフォトディテクタ22からの信号はNORゲート34を介してANDゲート36に入力されている。ANDゲート36の他の入力部にはクロックパルス源26からの同期パルスが入力されており、この同期パルスは遅延回路38により遅延されている。この遅延時間は、選択されたグループのフォトディテクタ22からの出力のサンプリングが適切に行なえるような時間に設定されている。ゲート36は光線の妨害時に対応するタイムスロット期間にイネーブル状態とされ、これによりゲート回路40がイネーブル状態とされ、カウンタ24のマルチビット出力がROM42に入力される。このROM42はゲート40からの光線中断判別信号をデコードするとともにCPU44へ出力するコントロール信号グループを発生するものである。なお、該コントロール信号グループがCPU44に入力される際には、ANDゲート36からのストロー

－17－

図は必ずしも隣接して配されるとは限らず本実施例においては離れて配されている。多数のフォトディテクタ22はグループ化されてゲート30に接続されており、このゲート30はカウンタ24の出力に同期してイネーブル状態に設定される。そして、LED20の駆動がグループ毎に行なわれ、フォトディテクタ22がグループ毎にイネーブル状態に設定されることにより、いかなる時にも1つのLED20が1つのフォトディテクタ22に対応するように設定されることが望ましい。この様な方法により、どのLED20からの光線であるかを検出して1スキャニングサイクル、すなわちカウンタ24の1サイクルの中での個々のタイムスロット中においてどのLED20からの光線であるかを検出することができる。

　そして、もし選択されたグループのフォトディテクタ22からパルスが出力されていればそのタイムスロットの間に光線の妨害がなかったことになり、反対に1タイムスロットの間、上記選択されたグループのフォトディテクタ22からパルス

－16－

プパルスが信号線46を通じてこのCPU44のロード端子に入力される。このようにして触針18によって触れられた位置のアドレスがCPU44に入力される。

　なお、第2図には図示されていないが、実際にはメモリ等のCPU44のインタフェース回路やビデオディスプレイ端子が配される。

　なお、光線が妨害されたことを判別する信号をコンピュータシステムに対して供給する手段として、種々の一般に知られたロジック回路を様々な形で組み合わせたもの、あるいはスイッチマトリクス等を用いてもよい。さらに、第2図の実施例においては12本の光線を使用しているが、必要に応じてこの光線の数を増加あるいは減少させてもよい。

　また、CPU44はROM42や他のメモリによって触針の数と位置に関する情報を与えられ、CRTやカーソルコントローラ等からなるシステム50に出力信号を送出する。以上説明した方法によりカーソルの動きがコントロールされまた多

－18－

くのコマンドが得られる。

第3図から第7図は、CPU44によってアド
レス可能なPROM（図示されていない）等のメ
モリにストアされ、使用されるプログラムのフロ
ーチャートを示すものである。ただし、このよう
なソフトウェアに代えて適切なハードウェア等を
使用してもかまわない。

プログラムは第3図に示すように“アブソリュ
ート”モードへの入力ステップであるスタートス
テップ52により開始される。この“アブソリュ
ート”モードは移動する触針をカーソルが追従す
るモードであり、触針が指示する所定の絶対位置
にカーソルが移動するモードである。そしてこの
プログラムは、キーボードからの入力や上述した
ようにディスプレイ部に触れる操作等により“ス
タート”モードに変換される。ステップ52の
“スタート”モードが開始されると以下に述べる
ような多くの状態設定がなされる。これらの状態
には、ステップ54においてなされる“アブソリ
ュート”モードへの変換、ステップ56における

－19－

第1リポートフラグの0設定、ステップ58にお
ける、カーソルポジションの初期設定、ステップ
60における、“タッチパネルオペレーション”
モードのストリーム設定（これによりカーソルが
触針の示す位置に移動する。）、ステップ62に
おける、情報出力の禁止（これにより触針がタッ
チ入力部から外に出た場合、その位置情報が無視
される。）、およびステップ64における、タッ
チ入力を受け付けるための“ウエイティング”モ
ードの設定が含まれる。この後、ステップ66に
おいて、本プログラムから別プログラムへの変換
をオペレータが望んでいるか否かの検出結果をディ
スプレイ部に対して質問する。本実施例におい
ては、オペレータが画面あるいはスクリーン上に
表示された“EXIT”あるいは“END”マー
クの部分に触れることにより実行され、これによ
りCRTは他のプログラミングモードに変換され
る。このようにして、表示された“EXIT”マ
ークへの接触がなされると“TRUE”あるいは
“YES”状態となり、次のプログラムへの移行

－20－

がなされる（72）。もし“EXIT”マークへ
の接触がなされなければ、“NO”状態となり
（70B）、タッチエラー分析のためのステップ
73に移行する。ステップ73はタッチエラーを
判別するためのステップであり、光線の到達状況
を分析して触針18の数あるいは現在位置を認識
するためのステップである。このステップ73が
実行されると、1本の触針18しか認識でない
場合には照りなし、あるいは“NO”状態となり
ステップ74cに移行するが、そうでない場合に
はステップ80に移行する。なお、本実施例にお
いては2本の触針18を用いた場合に“マウス”
モードへの変換がなされるようにしているが、必
要に応じて3本以上の触針18を使用することに
よりそのような変換をなすようにしてもよいし、
触針の形状としても一定のものに限定されるもの
ではない。さらに、ステップ73において触針1
8がタッチ入力部に位置していることが認識され、
さらにその触針18が2本であることが認識され
れば“YES”状態となり“カーソル位置設定”

－21－

モードへの変換78がなされる。これに対し、受
付中状態となったりエラーが存在するような場
合には入力情報は無視される。

そして上述したように、2本の触針18が存在
することが認識されて、“YES”状態となると
プログラムは現在のシステム設定モードを判別す
るステップ80に移行する。したがってオペレー
タがモードの変換を希望する場合には、オペレー
タは2本の触針をタッチ入力部に位置せしめるよ
うにする。この後、変換されたモードによって所
望の操作をする場合には、上記2本の触針のうち
一本をタッチ入力部から離すようにする。

ステップ80は上述したように現在の設定モー
ドを判別するためのステップであり、もしシステ
ムが触針の移動に伴なって触針の絶対位置にカー
ソルが移動する“アブソリュート”モードに設定
されているならば“YES”状態とされる。しか
しながらシステムがこれまでに“マウス”モード
に設定されていた場合には“NO”状態とされる
これにより、すでに“アブソリュート”モードに

－22－

なっており、"YES"状態とされた場合には、プログラムがステップ84に移行してシステムが"マウス"モードに設定される。これに対し、これまでに"マウス"モードあるいはその他のモードに設定されていた場合には、システムはステップ82において"アブソリュート"モードに設定される。このようにしてステップ80は、1つのモードと他のモード間を切り替えるトグルスイッチの役目を果たす。

次に、ステップ82において"アブソリュート"モードに設定された場合、プログラムはステップ86に移行し、出力情報の受け付けが禁止される。この後プログラムはステップ68Aを介してタッチ入力が認識されるまで待機するステップ64に戻る。

これに対し、ステップ84において"マウス"モードに設定された場合、プログラムは命令88に移行し、これにより第1リポートフラグが0に設定されて参照する情報が未だ入力されていないことを示す状態にされる。この後、プログラムは

-23-

ステップ90に移行し、出力情報の受付可能状態に設定される。この後プログラムはステップ68Aを介して、"待機"モードであるステップ64に戻る。

このようにしてループが形成され、再び2本の触針18がタッチ入力部に位置せしめられるまで"アブソリュート"モードあるいは"マウス"モードのいずれかのモードに保持される。

なお、いかなる設定モードであるかにかかわらずこの後システムはステップ64、66からステップ73に移行する。そして、もしタッチエラーがなければシステムはステップ76に移行する。もし、設定モードが"アブソリュート"モードであるときは"YES"状態となりシステムはステップ92に移行する。そして、もし触針18がタッチ入力部の外部にあるならば"YES"状態となりシステムはステップ68Aに移行する。これに対し、触針18がタッチ入力部内にあるならば"NO"状態となり、システムは、カーソル位置を触針指示部分(X,Y)に合わせるためのステ

-24-

ップ94に移行し、その後ステップ68Aに移行する。これによりカーソルは触針18の絶対位置を追従するように移動する。

しかしながら、設定モードがステップ76において"アブソリュート"モードでないならば、"NO"状態となり、システムはステップ96に移行し第1リポートフラグが0であるか否かを判別する。そして、この第1リポートフラグが0である場合には、"YES"状態となり、システムはステップ102に移行し、このステップ102において第1リポートフラグに1が設定され、これにより触針の位置である参照点が設定される。次にシステムはステップ106に移行し、上記参照点が新たな参照点に変更される。そしてシステムはステップ68Aを介してステップ64に戻る。もし、ステップ96において、第1リポートフラグが0でないならばシステムはステップ98に移行し、タッチ入力がタッチ入力部の外部にあるか否かが調べられる。もしこの結果"TRUE"か"YES"の状態であれば触針は動いていない

-25-

ないことが分かり、この後システムはステップ104に移行し、第1リポートフラグが0に設定され、次にシステムはステップ68Aを介してステップ64に移行する。この状態においてタッチ入力部の触針が離れれば範囲外情報はステップ104からステップ64に送出される。これに対し、タッチ入力部から触針が離れなければ範囲外情報は形成されず"NO"状態とされ、システムは99Dを介してステップ108に移行し、ステップ108において、1つ前のタッチ位置Xが新たなタッチ位置Xに等しいか否かが調べられる。すなわち、触針のX位置が質問される。もしこのX位置が変化していなければ、"YES"状態とされ、システムはステップ110に移行する。このステップ110は新たなカーソルのX座標をカレントカーソルのX座標とするためのステップで、実際にはカーソルのX座標を変更せず前の状態に保持するもので、この後システムは100Eを介してY座標についての判断ステップに移行する。

もし、ステップ108において1つ前のタッチ

-26-

APLNDC00026695

特開昭60-211529(8)

位置Xが新たなタッチ位置Xと等しくないならば、"NO"状態となり、これは触針のX座標が移動したことを示す。この後システムはステップ112に移行し、このステップ112において上記移動量が検出される。この場合、もし移動量が2単位以下であると検出されれば、"NO"状態となり、システムはステップ116に移行する。このステップ116は新たなカーソル座標Xをカレントカーソル座標Xとして設定するものである。この後システムは100Eを介してY座標の判断ステップに移行する。なお、上述する2単位は変更し得る任意数であるが、触針の微小な変動、例えば指の若干のぶれ等によってカーソルが固定されたままになるような量である。もし、触針のX座標の移動量が2単位以上であれば、"YES"状態とされ、システムはステップ114に移行し、このステップ114においてその移動量が2単位から6単位の間にあるのか、あるいは6単位よりも大きいのかが判断される。もしX方向の移動単位数が6単位よりも大きければ、"NO"状態と

－27－

－ソルX座標が新たなカーソルX座標に80を加算した値に変換されこれにより上述したラップアラウンド機能が実行される。なお、本実施例においては、CRT上の横方向の単位数が80に設定されている。しかしながら必要に応じてこの単位数を80以上あるいは以下とすることは一向にさしつかえない。

また、ステップ122において新たなカーソルX座標が0以下でないならば、"NO"状態とされ、この後システムは、新たなカーソルX座標が80より大きいか否かを判別するステップ126に移行する。そして、もし80より大きければ、"YES"状態とされ、システムはステップ128に移行し、このステップ128において、新たなカーソルX座標が新たなカーソルX座標から80減算した値に変換される。このとき、前述した例と同様にしてカーソルがスクリーンの右端からスクリーンの左端までラップアラウンドされる。ステップ124およびステップ128が終了するとシステムは100Eを介してステップ130に

－29－

され、システムはステップ120に移行する。このステップ120は新たなカーソルX座標をカレントカーソルX座標とX座標の変化量を加えた座標にするステップで、この後システムは100Eを介してY座標を判断するステップに移行する。これに対し、もしX座標の移動単位数が2単位から6単位の間にあるならば、"YES"状態とされ、システムはステップ118に移行する。このステップ118は新たなカーソルX座標を、カレントカーソルX座標に、X座標の変化量から1引いた値を加えた座標にするステップで、この後システムはステップ122に移行する。このステップ122においては、新たなカーソル座標が0以下であるか否かが判別され、ラップアラウンド機能が開始される。すなわち、もしカーソルが例えばスクリーンの左端にあり、触針をさらに左方向に移動したいならば、カーソルは一回転するようにしてスクリーンの右端に表示される。さらに、新たなX座標が0以下であるならば、"YES"状態とされ、ステップ124において、新たなカ

－28－

移行する。なお、ステップ126において新たなカーソルX座標が80以下であれば、"NO"状態とされ、システムは即ちに100Eを介してステップ130に移行する。

ステップ130は、1つ前のタッチ位置Yが新たなタッチ位置Yに等しいか否かを判別するステップであり、このステップ130以下第7図に示す一連のステップは第6図に示すX座標操作、すなわちカーソルラップアラウンド、あるいは触針の移動量の検出等と略同様の操作をY座標について行なうステップである。ただし、第7図に示すフローチャートにおいては100Eへの移行はなされず、その代わりステップ152への移行がなされる。このステップ152はカーソル位置を新たなカーソルX座標と新たなカーソルY座標に設定するステップである。この後システムはステップ154に移行し、このステップ154において、触針が示す位置を変更するため、1つ前のタッチ位置X，Yが新たなタッチ位置X，Yに変換される。この後、システムは68Aを介してステップ

－30－

APLNDC00026696

６４に戻る。

　この状態において、オペレータが上述した指あ
るいは触針を用いた方法を使用せずにカーソルを
所望の距離だけ移動させたいときは、まずタッチ
入力部に２本の指を挿入し、これにより"アブソ
リュート"モードあるいは"ストリーム"モード
から"マウス"モードへ変換せしめ、この後１本
の指を使用してカーソルを移動させる。"マウス"
モードに設定されるとオペレータがタッチ入力部
のどの部分に挿入されるかとは関係なく、その移
動する方向および速度に応じてカーソルが移動す
る。この後、オペレータが異なるモードへの変換
を実行したい場合、あるいは"アブソリュート"
モードへ戻したい場合には、再度タッチ入力部に
２本の指を挿入し、"マウス"モードに設定する
以前において行なった操作と同様の操作を行なえ
ばよい。

　なお、上記実施例においてはＣＲＴを使用して
いるが、これに代えてフラットパネルディスプレ
イ、あるいは従来から使用されているテレビスク

－３１－

イッチマトリクス、容量や移動量を検出する音波
センサ等を使用してもよく、これらの手段を使用
する場合にも上記実施例と同様の効果を奏するこ
とができる。

　（発明の効果）

　以上説明したように本発明の操作信号入力方法
および装置によれば、卓上型マウスやキーボード
等の本体から離れて配される手段を使用せずにモ
ード変換あるいは正確なカーソル移動を行なうこ
とができるから、オペレータはディスプレイに対
して神経を集中することができ、一連の思考を中
断されることなく作業を行なうことができる。

　さらに、タッチ入力手段として高価なハードウ
ェアを使用していないから経済的な面からも優れ
ている。

４．図面の簡単な説明

　第１図は本発明に係る操作信号入力装置をオペ
レータが使用している様子を示す図、第２図は本
発明の一実施例におけるタッチ入力部に使用され
ている回路を示すブロック図、第３図から第７図

－３３－

リン等に使用してもよい。また、タッチ入力部は
ディスプレイから離れた位置に配されてもよい。
さらに、触針の本数に応じて各モード変換を行な
わしめるようにしてもよい。すなわち、例えば、
２本の触針を使用した場合には第１のモードから
第２のモードへの変換をなさしめるようにし、３
本の触針を使用した場合には第１のモードから第
３のモードへの変換をなさしめるようにする。さ
らに、触針の動きに対してカーソルの動きが比例
するように、あるいは非線形性を有するように設
定されてもよい。例えば触針の動きが大でカーソ
ルの動きが小であるように、またはカーソルが触
針よりも速くあるいは遅く動くようにしてもよい。
さらに、このカーソルがその設定モード、あるい
は使用されているプログラムを示す文字や数字
（例えばＭＯＵＳＥに対してＭ、Ａｂｓｏｌｕｔ
ｅに対してＡ等）であってもよい。

　さらに、本発明に係る操作信号入力方法および
装置のタッチ入力手段としては、上述した手段以
外に種々のものを使用することができ、例えばス

－３２－

は本発明の一実施例に係るステップを示すフロー
チャートである。

　　１０…カーソルコントロール手段

　　１２…ビデオディスプレイ

　　１４…キーボード

　　１８…触針（指）　　　　２０…ＬＥＤ

　　２２…フォトディテクタ　　４４…ＣＰＵ

－３４－

APLNDC00026697



APLNDC00026698



—181—

特開昭60-211529(11)

APLNDC00026699



Fig.5



Fig.6

APLNDC00026700

特開昭60-211529 (13)



Fig.7

APLNDC00026701

PTO/SB/21 (11-08)
Approved for use through 12/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 10/840,862 |
| Filing Date | May 6, 2004 |
| First Named Inventor | Steve P. HOTELLING |
| Art Unit | 2629 |
| Examiner Name | K. T. Nguyen |
| Total Number of Pages in This Submission | |
| Attorney Docket Number | 106842009000 |

## ENCLOSURES  *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):

  copies of eight (8) foreign patent publications
  copy of one (1) non-patent literature document

**Remarks**

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | MORRISON & FOERSTER LLP (Customer No. 69753) |
| Signature | |
| Printed name | Glenn M. Kubota |
| Date | December 19, 2008 |
| Reg. No. | 44,197 |

Via EFS Web

Client Ref.: P3266US1

la-1009919

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4497413 |
| **Application Number:** | 10840862 |
| **International Application Number:** | |
| **Confirmation Number:** | 8470 |
| **Title of Invention:** | Multipoint touchscreen |
| **First Named Inventor/Applicant Name:** | Steve  Hotelling |
| **Customer Number:** | 69753 |
| **Filer:** | Glen Masashi Kubota/Beverly Carter |
| **Filer Authorized By:** | Glen Masashi Kubota |
| **Attorney Docket Number:** | 106842009000 |
| **Receipt Date:** | 19-DEC-2008 |
| **Filing Date:** | 06-MAY-2004 |
| **Time Stamp:** | 20:45:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 6952 |
| Deposit Account | 031952 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

APLNDC00026703

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDSdocuments.pdf | 102359<br><br>0698feae1684ef27e8ba7db92d7e4e809a7e0d7f | yes | 4 |

| | | **Multipart Description/PDF files in .zip description** | | | |
|---|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** | |
| | | Miscellaneous Incoming Letter | 1 | 1 | |
| | | Information Disclosure Statement Letter | 2 | 3 | |
| | | Information Disclosure Statement (IDS) Filed (SB/08) | 4 | 4 | |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Foreign Reference | EP0156593A2.pdf | 993669<br><br>ee8868f04d8f80db50020c33e010a47b4988<br>05a6 | no | 24 |

**Warnings:**

**Information:**

| 3 | Foreign Reference | EP0250931A2.pdf | 1829088<br><br>290c6a48cb4e0802f9ffe2e8bbba3a939551<br>36b0 | no | 33 |

**Warnings:**

**Information:**

| 4 | NPL Documents | InternationalSearchReportfor9040.pdf | 158111<br><br>4baabf331eae97a9f0927fec5ec9a1bc94bb<br>89e0 | no | 5 |

**Warnings:**

**Information:**

| 5 | Foreign Reference | JP08016307.pdf | 267860<br><br>6f368945f066e57df252a16ee49ab8aa766a<br>239e | no | 7 |

**Warnings:**

**Information:**

| 6 | Foreign Reference | JP59214941.pdf | 179641<br><br>615245a58a77f4076fa6afcb5ead2119169d<br>89ed | no | 6 |

**Warnings:**

**Information:**

| 7 | Foreign Reference | JP60211529.pdf | 416481<br><br>fbaedba56ae06327bfe07df63e89e99603b7<br>2af4 | no | 14 |

APLNDC00026704

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Foreign Reference | JP2000112642.pdf | 303623<br>dd73d0b64ed3863fead3cd67753125a7388<br>5e9b6 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Foreign Reference | JP2002342033.pdf | 584285<br>5e22e187acd2317982eca8c1e73c9b83c1c<br>78792 | no | 24 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Foreign Reference | JP2003029899.pdf | 774863<br>56bcc10b0c6322369882af850cc558a7a332<br>0a7c | no | 17 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Fee Worksheet (PTO-06) | fee-info.pdf | 29813<br>5008a5a304ab6099ce380fdfe9f1d6f81f514<br>1da | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 5639793 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10840862 |
| **Filing Date:** | 06-May-2004 |
| **Title of Invention:** | Multipoint touchscreen |
| **First Named Inventor/Applicant Name:** | Steve Hotelling |
| **Filer:** | Glen Masashi Kubota/Beverly Carter |
| **Attorney Docket Number:** | 106842009000 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

APLNDC00026706

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

APLNDC00026707

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :     **2003-029899**

(43)Date of publication of application : **31.01.2003**

(51)Int.Cl.

| | |
|---|---|
| G06F | 3/02 |
| G06F | 3/033 |
| H01H | 36/00 |
| H03K | 17/955 |
| H04M | 1/02 |
| H04M | 1/23 |
| // G06F | 3/03 |

(21)Application number : **2001-217279**     (71)Applicant : **SONY CORP**

(22)Date of filing :     **17.07.2001**     (72)Inventor : **REKIMOTO JIYUNICHI**

## (54) USER INPUT DEVICE

(57)Abstract:

PROBLEM TO BE SOLVED: To provide a user input device suitable for a portable terminal such as a portable telephone set or a portable audio player.

SOLUTION: An AC signal which is about several 100 kHz is applied to a transmission electrode side, and the AC signal is transmitted through the body of a user wearing a user input device, and emitting from a tip of the finger pointed by the user to each reception electrode. Then, the reception signal is detected so that which reception electrode is close to the tip of the finger can be recognized. The space between the transmission electrode and the reception electrode is sealed by an insulating layer, and when a third person other than the user himself or herself operates this user input device, any signal is not detected, and any user input is not achieved. Thus, it is possible to prevent the occurrence of any misoperation or illegal operation by a third person other than the user.



APLNDC00026708

(19) 日本国特許庁 （ＪＰ）　　　　(12) 公 開 特 許 公 報 （Ａ）　　　　(11)特許出願公開番号

特開2003−29899

（P2003−29899A）

(43)公開日　平成15年1月31日(2003.1.31)

| (51)Int.Cl.⁷ | 識別記号 | | ＦＩ | | テーマコード（参考） |
|---|---|---|---|---|---|
| Ｇ０６Ｆ | 3/02 | | Ｇ０６Ｆ | 3/02 | Ａ　5Ｂ068 |
| | 3/033 | 310 | | 3/033 | 310Ｙ　5Ｂ087 |
| Ｈ０１Ｈ | 36/00 | | Ｈ０１Ｈ | 36/00 | Ｊ　5Ｇ046 |
| Ｈ０３Ｋ | 17/955 | | Ｈ０３Ｋ | 17/955 | Ａ　5Ｊ050 |
| Ｈ０４Ｍ | 1/02 | | Ｈ０４Ｍ | 1/02 | Ｃ　5Ｋ023 |

審査請求　未請求　請求項の数17　ＯＬ　（全 16 頁）　最終頁に続く

(21)出願番号　特願2001−217279(P2001−217279)

(22)出願日　平成13年7月17日(2001.7.17)

(71)出願人　000002185
ソニー株式会社
東京都品川区北品川6丁目7番35号

(72)発明者　暦本 純一
東京都品川区東五反田3丁目14番13号　株
式会社ソニーコンピュータサイエンス研究
所内

(74)代理人　100101801
弁理士　山田 英治　（外2名）

最終頁に続く

(54)【発明の名称】　ユーザ入力装置

(57)【要約】

【課題】　携帯電話機や携帯型オーディオ再生機などの携帯端末に適したユーザ入力装置を提供する。

【解決手段】　送信電極側には数100ｋＨｚ程度の交流信号が印加され、この交流信号は、ユーザ入力装置を装着したユーザの身体を経由して、ユーザが指示した指先から各受信電極に流れ出す。この受信信号を検知して、どの受信電極の近くに指先があるのかを認識する。送信電極と受信電極の間は絶縁膜によってシールドされているので、ユーザ本人以外が操作しても信号が検知されないので入力とはならず、ユーザ以外による誤操作や不正操作を排除することができる。



APLNDC00026709

(2)　　　　　　特開２００３−２９８９９

1

【特許請求の範囲】
【請求項１】ユーザが衣服の下から装着可能なユーザ入力装置であって、
ユーザの身体から近いほうから順に、送信電極層、絶縁層、複数の受信電極からなる受信電極層が配置され、前記送信電極層に送信用の交流電流を供給する発信器と、
前記の各受信電極が受信する交流電流を受信する受信器とを備え、
ユーザがまとった衣服の上から前記受信電極層に接近可能である、ことを特徴とするユーザ入力装置。
【請求項２】前記送信電極層に印加された送信用の交流電流は、前記送信電極層とユーザの身体の間で仮想的に形成されるコンデンサを介してユーザの身体に伝播し、指先などのユーザの身体が前記衣服の上から接近したときに、前記の各受信電極との間に該指先との距離に応じた静電容量を持つコンデンサが仮想的に形成されて、前記の各受信電極は該仮想コンデンサを介して指先などのユーザの身体から交流電流を受信する、ことを特徴とする請求項１に記載のユーザ入力装置。
【請求項３】前記受信器は、前記の各受信電極が該仮想コンデンサを介して指先などのユーザの身体から交流電流を受信する交流電流を受信処理し、
前記の各受信電極における受信電流の信号強度分布又はその変化を測定する演算部をさらに備える、ことを特徴とする請求項２に記載のユーザ入力装置。
【請求項４】前記演算部は、前記の各受信電極における受信電流の信号強度分布又はその変化に割り当てられたコマンド又はデータを認識する、ことを特徴とする請求項３に記載のユーザ入力装置。
【請求項５】前記演算部は、前記の各受信電極における受信電流の信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極間の間隔以下の精度でユーザの指先の位置を測定する、ことを特徴とする請求項３に記載のユーザ入力装置。
【請求項６】ユーザが衣服の下から装着可能なユーザ入力装置であって、
ユーザの身体を覆うように配置された絶縁層と、
前記絶縁層上に配置された複数の線状の送信電極、並びに、前記の各送信電極とは接触しないように配置された複数の線状の受信電極とからなる電極層と、
前記の各送信電極に送信用の交流電流を供給する発信器と、
前記の各受信電極を流れる交流電流を受信する受信器とを備え、
ユーザがまとった衣服の上から前記送信電極層に接近可能である、ことを特徴とするユーザ入力装置。
【請求項７】送信電極と受信電極の各交差点ではコンデンサと等価な第１のコンデンサ等価回路が形成されているとともに、

2

指先などのユーザの身体が送信電極と受信電極の交差点に接近したことに応じて、第１のコンデンサ等価回路とは並列的となる第２のコンデンサ等価回路が形成されて、
指先などのユーザの身体との接近の程度に応じて前記第２のコンデンサ等価回路の静電容量が変化して、この結果、前記第１のコンデンサ等価回路を通過する交流電流が変化する、ことを特徴とする請求項６に記載のユーザ入力装置。
【請求項８】前記送信器は、前記の各送信電極に対して交流電流をスキャンして、
交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係によりユーザの指先などの入力位置を検出する演算部をさらに備える、ことを特徴とする請求項６に記載のユーザ入力装置。
【請求項９】前記演算部は、送信電極と受信電極の交差点で形成される第１の仮想コンデンサの静電容量と、指先などのユーザの身体が送信電極と受信電極の交差点に接近したことに応じて形成される第２の仮想コンデンサの静電容量との相違を利用して、指先などのユーザの身体が接近したことを検出する、ことを特徴とする請求項８に記載のユーザ入力装置。
【請求項１０】前記演算部は、指先などのユーザの身体と送信電極と受信電極の各交差点との間で仮想的に形成されるそれぞれのコンデンサの静電容量を統合することで、該指先の位置を検出する、ことを特徴とする請求項８に記載のユーザ入力装置。
【請求項１１】前記演算部は、前記の各受信電極における受信電流の信号強度分布又はその変化に割り当てられたコマンド又はデータを認識する、ことを特徴とする請求項８に記載のユーザ入力装置。
【請求項１２】前記演算部は、前記の各受信電極における受信電流の信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極間の間隔以下の精度でユーザの指先の位置を測定する、ことを特徴とする請求項８に記載のユーザ入力装置。
【請求項１３】ユーザが衣服の下から装着可能なユーザ入力装置であって、
ユーザの身体を覆うように配置された絶縁層と、
前記絶縁層上に配置された複数の受信電極からなる受信電極層と、
指先などのユーザの身体に装着可能な送信用の交流電流を発信する送信器と、
前記の各受信電極が受信する交流電流を受信する受信器とを備え、
ユーザがまとった衣服の上から前記受信電極層に接近可能である、ことを特徴とするユーザ入力装置。
【請求項１４】前記送信器が発信する送信用の交流電流はユーザの身体を伝播し、
指先などのユーザの身体が前記衣服の上から接近したと

APLNDC00026710

(3)　　　　　　　　特開２００３−２９８９９

3

さに，前記の各受信電極との間にはその距離に応じた静
電容量を持つコンデンサが仮想的に形成されて，
前記の各受信電極は該仮想コンデンサを介して指先など
のユーザの身体から交流電流を受信する，ことを特徴と
する請求項１３に記載のユーザ入力装置。
【請求項１５】前記受信部は，前記の各受信電極が該仮
想コンデンサを介して指先などのユーザの身体から交流
電流を受信する交流電流を受信処理し，
前記の各受信電極における受信電極の信号強度分布又は
その変化を測定する演算部をさらに備える，ことを特徴
とする請求項１４に記載のユーザ入力装置。
【請求項１６】前記演算部は，前記の各受信電極におけ
る受信電極の信号強度分布又はその変化に割り当てられ
たコマンド又はデータを認識する，ことを特徴とする請
求項１５に記載のユーザ入力装置。
【請求項１７】前記演算部は，前記の各受信電極におけ
る受信電極の信号強度分布を検定して，さらにそのピー
ク値を計測することにより，受信電極間の間隔以下の精
度でユーザの指先の位置を測定する，ことを特徴とする
請求項１５に記載のユーザ入力装置。
【発明の詳細な説明】
【０００１】
【発明の属する技術分野】本発明は，ユーザが機器に対
してコマンドやデータなどの入力を行なうためのユーザ
入力装置に係り，特に，携帯電話機や携帯型オーディオ
再生機，ＰＤＡ（Personal Digital Assistant）などの
携帯端末に対してユーザ入力を行なうためのユーザ入力
装置に関する。
【０００２】更に詳しくは，本発明は，歩行途中のユー
ザが負担なく続行し且つ入力作業を行なうことができる
ユーザ入力装置に関する。
【０００３】
【従来の技術】昨今の技術革新に伴い，ワークステーシ
ョン（ＷＳ）やパーソナル・コンピュータ（ＰＣ）と呼
ばれる，比較的小型且つ低価格で，高付加価値化・高機
能化された汎用タイプのコンピュータ・システムが開発
・市販され，大学その他の研究機関や企業その他のオフ
ィス，さらには一般家庭内の日常生活にも深く浸透して
いる。
【０００４】コンピュータ・システムは，一般に，ユー
ザ入力コマンドに応答して駆動し，処理結果をディスプ
レイ・スクリーンに表示することによって，「インタ
ラクティブ」，すなわち対話的な処理環境を提供してい
る。最近の傾向として，ＤＯＳ（Disk Operating Syste
m）シェル画面を代表とする旧来のキーボードを介した
キャラクタ・ベースのユーザ入力環境すなわち「ＣＵ
ｉ（Character User Interface）」から，グラフィック・
ベースのユーザ入力を実現した「ＧＵＩ（Graphical Us
er Interface）」への移行が挙げられる。ＧＵＩ環境下
では，コンピュータ・システムがシミュレートされたデ

4

スクトップと無数のアイコンがディスプレイ・スクリー
ンに用意される。
【０００５】ＧＵＩが提供されたデスクトップ上では，
ファイル等のコンピュータ・システム上で取り扱われる
全ての資源オブジェクトはアイコンとして表現される。
ユーザは，ディスプレイ・スクリーン上のプログラム，
データ，フォルダ，デバイスなどを象徴するアイコンに
対してマウスなどを用いて画面上の表示オブジェクトに
対して直接操作を印加する（例えば，クリックやドラッ
グ・アンド・ドロップ）ことで，直感的にコンピュータ操
作を行うことができる。また，デスクトップ上には，メ
ニュー・バーやツール・ボックスなど，各種の機能すな
わちコンピュータ処理を瞬時に呼び出すためのボタンが
用意されており，コマンド入力の様式はますます直感的
で分かり易いものとなってきている。
【０００６】ＧＵＩ環境の導入により，もはやユーザ
は，特定のコマンドの名称やコマンド操作方法を無数に
習得したり，煩雑なキー入力を行わなくとも，コンピュ
ータを充分に操作することができる。
【０００７】しかしながら，キーボードやマウスを基調
とする従来のユーザ・インターフェースは，基本的に
は，ユーザが机に向かうような比較的静的な作業姿勢で
機器操作を行うことを前提としてデザインされたもので
ある。例えば，歩行中や電車の中などで，行なう入力作
業時に，キーボードやマウスは必ずしも使い易いデバイ
スではない。
【０００８】最近では，微細化技術の進歩とも相俟っ
て，機器の小型・軽量化が著しく進んできている。携帯
電話機，ＰＤＡ（Personal Digital Assistant），携帯
型オーディオ再生機，ウェアラブル・コンピュータな
ど，各種の携帯端末が開発・製造され，日常生活にも広
汎に普及してきている。
【０００９】この種の携帯端末をユーザが操作するため
に，端末本体はユーザ入力装置を装備しなければならな
いが，キーボードやマウスは，そのサイズや重量，並び
に本体とケーブル接続されるなどの観点から，携帯端末
上での使用に相応しいとは言い難い。
【００１０】例えば，ヘッドフォン・ステレオや携帯型
オーディオ機器などにおいては，リモコンを装備した製
品もあるが，リモコンを鞄やポットから取り出してこれ
を操作する必要がある。また，このような作業は，歩行
中や電車の中などで，煩わしく，時として姿勢安定性を
失う原因になり危険でさえある。
【００１１】
【発明が解決しようとする課題】本発明の目的は，携帯
電話機や携帯型オーディオ再生機，ＰＤＡ（Personal D
igital Assistant）などの携帯端末に対してユーザ入力
を行なうことができる，優れたユーザ入力装置を提供す
ることにある。
【００１２】本発明の更なる目的は，歩行途中のユーザ

APLNDC00026711

(4)　　　　　　　　特開２００３－２９８９９

5

が負担なく遂行し且つ入力作業を行なうことができる、優れたユーザ入力装置を提供することにある。

【００１３】
【課題を解決するための手段及び作用】本発明は、上記課題を参酌してなされたものであり、その第１の側面は、ユーザが衣服の下から装着可能なユーザ入力装置であって、ユーザの身体から近いほうから順に、送信電極層、絶縁層、複数の受信電極からなる受信電極層が配置され、前記送信電極層に送信用の交流電流を供給する発信器と、前記の各受信電極が受信する交流電流を受信する受信器を備え、ユーザがまとった衣服の上から前記受信電極層に接近可能である、ことを特徴とするユーザ入力装置である。

【００１４】ここで、前記送信電極層に印加される送信用の交流電流は、前記送信電極層とユーザの身体の間で仮想的に形成されるコンデンサを介してユーザの身体に伝達をする。即ち、指先などのユーザの身体が前記衣服の上から接近したときに、各受信電極との間に各々の距離に応じた静電容量を持つコンデンサが仮想的に形成されて、各受信電極は該仮想コンデンサを介して指先などのユーザの身体から交流電流を受信することができる。

【００１５】前記受信器は、各受信電極が該仮想コンデンサを介して指先などの身体から交流電流を受信する交流電流を、ＡＭ変調、デジタル変換などの受信処理を行なう。デジタル変換された受信信号は、プロセッサにより演算処理をすることができる。

【００１６】プロセッサは、例えば、各受信電極における受信電流の信号強度分布又はその変化を測定することができる。また、プロセッサは、各受信電極における受信電流の信号強度分布又はその変化に割り当てられたコマンド又はデータを認識して、携帯端末上のオペレーションに利用することができる。

【００１７】例えば、ユーザの身体の各部位に携帯端末の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくことにより、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極層の上を指で走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によって機器操作を行うこともできるし、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【００１８】また、プロセッサは、各受信電極における受信電流の信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極間隔の間隔以下の精度でユーザの指先の位置を測定することができる。

【００１９】本発明の第１の側面に係るユーザ入力装置によれば、送信電極と受信電極の間は絶縁層によってシ

6

ールドされている。そして、送信電極から発信される交流電流はユーザの身体を経由して受信電極で受信される。このような構成によれば、ユーザ入力装置を装着したユーザ本人以外が操作しても、信号が検知されないので入力とはならない。したがって、ユーザ以外による誤操作や不正操作の可能性を排除することができる。

【００２０】また、本発明の第２の側面は、ユーザが衣服の下から装着可能なユーザ入力装置であって、ユーザの身体を覆うように配設された絶縁層と、前記絶縁層上に配設された複数の線状の送信電極、並びに、前記の各送信電極とは接触しないように配置された複数の線状の受信電極とからなる送信電極層と、前記の各送信電極に送信用の交流電流を供給する発信器と、前記の各受信電極を流れる交流電流を受信する受信器を備え、ユーザがまとった衣服の上から前記送信電極層に接近可能である、ことを特徴とするユーザ入力装置である。

【００２１】ここで、送信電極と受信電極の各交差点ではコンデンサと等価な第１のコンデンサ等価回路が形成されている。また、ユーザの指先などの導電性の物体が送信電極と受信電極の交差点に接近したことに応じて、第１のコンデンサ等価回路とは並列的となる第２のコンデンサ等価回路が形成されて、指先などのユーザの身体との接近の程度に応じて前記第２のコンデンサ等価回路の静電容量が変化して、この結果、前記第１のコンデンサ等価回路を通過する交流電流が変化する。

【００２２】したがって、前記送信器は、各送信電極に対して交流電流をスキャンして、ＡＭ変調、デジタル変換などの受信処理を行なう。受信処理されたデジタル信号は、プロセッサ上で演算処理を行なうことができる。プロセッサは、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係によりユーザの指先などの入力位置を検出することができる。

【００２３】また、プロセッサは、送信電極と受信電極の交差点で形成される第１の仮想コンデンサの静電容量と、ユーザの指先などの導電性の物体が送信電極と受信電極の交差点に接近したことに応じて形成される第２の仮想コンデンサの静電容量との相違を利用して、指先などのユーザの身体が接近したことを検出することができる。

【００２４】また、プロセッサは、ユーザの指先などの導電性の物体と各電極との間で仮想的に形成されるそれぞれのコンデンサの静電容量を統合することで、該指先の位置を検出することができる。

【００２５】また、プロセッサは、例えば、各受信電極における受信電流の信号強度分布又はその変化を測定することができる。また、プロセッサは、各受信電極における受信電流の信号強度分布又はその変化に割り当てられたコマンド又はデータを認識して、携帯端末上のオペレーションに利用することができる。

【００２６】例えば、ユーザの身体の各部位に携帯端末

APLNDC00026712

(5)

特開２００３－２９８９９

7

の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくことにより、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極層の上を指で走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によって機器操作を行うことができるし、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【００２７】また、プロセッサは、各受信電極における受信電流の信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極間の間隔以下の精度でユーザの指先の位置を測定することができる。

【００２８】本発明の第２の側面に係るユーザ入力装置は、ユーザの指先から交流電流を受信するのではない。すなわち、ユーザの指先を導電体ではなく誘電体として使用するので、ユーザ入力装置を装着していない他のユーザの指先からも受信可能である。したがって、ある１人のユーザが衣服の下に装着したユーザ入力装置を用いて、複数のユーザからの同時入力を受容することができる。

【００２９】本発明の第３の側面は、ユーザが衣服の下から装着可能なユーザ入力装置であって、ユーザの身体を覆うように配設された絶縁層と、前記絶縁層上に配設された複数の受信電極からなる受信電極層と、隣人のユーザの身体に装着可能な送信用の交流電流を発信する送信器と、前記の各受信電極が受信する交流電流を受信する受信器とを備え、ユーザがまとった衣服の上から前記受信電極層に接近可能である、ことを特徴とするユーザ入力装置である。

【００３０】ここで、前記送信器は、ユーザ入力装置本体とは分離して構成される。例えば、腕時計などのようなユーザが日常生活で装着するデバイス中に送信器を内蔵することによって、ユーザが送信器を持ち運ぶこととへの心理的・身体的な負担を軽減することができる。

【００３１】このような送信器が発信する送信用の交流電流はユーザの身体を伝達する。そして、指先などのユーザの身体が前記衣服の上から接近したときに、各受信電極との間にはその距離に応じた静電容量を持つコンデンサが仮想的に形成されるので、各受信電極は該仮想コンデンサを介して指先などのユーザの身体から交流電流を受信することができる。

【００３２】前記受信器は、各受信電極が該仮想コンデンサを介して指先などのユーザの身体から交流電流を受信する交流電流を、ＡＭ変調やデジタル変換などの受信処理する。受信処理後のデジタル信号は、プロセッサ上で演算処理を行なうことができる。

【００３３】プロセッサは、例えば、各受信電極におけ

8

る受信電流の信号強度分布又はその変化を測定することができる。また、プロセッサは、各受信電極における受信電流の信号強度分布又はその変化に割り当てられたコマンド又はデータを認識して、携帯端末上のオペレーションに利用することができる。

【００３４】例えば、ユーザの身体の各部位に携帯端末の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくことにより、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極層の上を走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によって機器操作を行うことができるし、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【００３５】また、プロセッサは、各受信電極における受信電流の信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極間の間隔以下の精度でユーザの指先の位置を測定することができる。

【００３６】本発明の第３の側面に係るユーザ入力装置によれば、腕時計などに内蔵された送信器を装着したユーザ本人以外が操作しても、信号が検知されないので入力とはならない。したがって、ユーザ以外による誤操作や不正操作の可能性を排除することができる。

【００３７】本発明のさらに他の目的、特徴や利点は、後述する本発明の実施例や添付する図面に基づくより詳細な説明によって明らかになるであろう。

【００３８】
【発明の実施の形態】以下、図面を参照しながら本発明の実施例を詳細する。

【００３９】本発明に係るユーザ入力装置は、衣服の下に装着して、衣服の上からユーザの指先などを用いて入力操作を行うことを可能にするものである。ユーザ入力装置を衣服の下に装着できることから、衣服の外観を損ねることはない。また、衣服をまとう感覚でユーザ入力装置を装備することができるので、持ち運ぶことに対して、ユーザは物理的・心理的な負担が少なくて済む。

【００４０】図１には、本発明の第１の実施形態に係るユーザ入力装置１０の構成を模式的に示している。このユーザ入力装置１０は、ユーザが着ている衣服の下に装着することができ、体表面に近い方から順に、送信電極層（transmitter）１１と、絶縁層（shield layer）１２と、受信電極層（receiver）１３からなり、受信電極層１３のさらに外側に衣服（fabric）が存在する。絶縁層（shield layer）１２は、接地した電極層によって構成される。

【００４１】送信電極層１１には、送信用の所定周波数（例えば１００ＫＨｚ）の交流電流を供給する発信器１４が接続されている。送信電極層１１と受信電極層１３

APLNDC00026713

（5）

特開２００３−２９８９９

9

10

の間には絶縁層１２が挿入されているので、この送信用の交流電流が受信電極１３に直接伝わることはない。その代わりに、送信電極１１とユーザの体表面の間には、図２に示すようなコンデンサC₁と等価な回路が仮想的に構成されて、静電誘導により、送信用の交流電流はユーザの身体に一旦伝達される。

【００４２】一方、受信電極１３は、体表面に沿って、ストライプ状又はマトリックス状に緻密に配設された微小の受信電極１３Ａ、１３Ｂ、１３Ｃ、…の組み合わせで構成される。受信電極１５は、各受信電極１３Ａ、１３Ｂ、１３Ｃ、…上を流れる交流電流を時分割で交互に受信処理する。受信電極１５は、所定周波数帯域の交流電流のみを通過させるバンド・パス・フィルタ（ＢＰＦ）１５Ａと、増幅器１５Ｂと、検波器１５ＣとからなるＡＭ変調器と、検波出力をデジタル形式の信号に変換するＡ／Ｄ変換器１５Ｄとで構成される。

【００４３】いま、ユーザが自分の指を、衣服すなわち受信電極１３に近づけると、指先と各各受信電極１３Ａ、１３Ｂ、１３Ｃ、…との間には、コンデンサC₂と等価な仮想的な回路が形成される（図３を参照のこと）。また、前述したように、ユーザの身体には、送信電極層１１から仮想的なコンデンサ等価回路C₁（図２を参照のこと）を介して、送信用の交流電流が伝達される。

【００４４】この送信用交流電流は、静電誘導により、指先との間で形成される仮想コンデンサC₂を介して、交流電流が受信電極１３によって受信される。仮想的なコンデンサC₂の静電容量は、ユーザの指先と対応する受信電極１３との距離に反比例する。したがって、各受信電極１３Ａ…では指先の近接度に応じた強度の交流電流を受信することができる。

【００４５】受信電極１５は、各受信電極１３Ａ、１３Ｂ、１３Ｃ、…による受信電流を時分割で交互に受信して、ＡＭ変調器でＡＭ変調し、さらにＡ／Ｄ変換器１５Ｄでデジタル形式に変換する。

【００４６】また、プロセッサ１６では、Ａ／Ｄ変換された各受信電極１３Ａ、１３Ｂ、１３Ｃ、…における出力信号を演算処理することによって、どの受信電極１３Ａ…に人体が接近しているかを判定したり、あるいは、ユーザの身体がどの程度接近しているか（距離）を計測する。本実施形態に係るユーザ入力装置１０によれば、２次元的なユーザ入力を行うことができる。

【００４７】２次元的に配置された各受信電極１３Ａ、１３Ｂ、１３Ｃ、…は、ユーザの指先までの距離に相応する静電容量を持つコンデンサが仮想的に形成されている。図１５には、２次元的に配置された各受信電極１３Ａ、１３Ｂ、１３Ｃ、…とユーザの指先との間で、距離に相応する静電容量を持つコンデンサが仮想的に形成される様子を示している。

【００４８】したがって、指先までの距離が短い受信電

極ほど、仮想コンデンサを介して高い強度の交流電流を受信することができる。図１６には、各受信電極１３Ａ、１３Ｂ、１３Ｃ、…から得られる信号強度を模式的に示している。プロセッサ１６は、同図に示すような信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極の周期以下の精度すなわち分解能で指の位置を測定することが可能である。

【００４９】また、ユーザ入力装置１０によれば、物体の接近が瞬時に検出された交差点を追跡していくことにより、接近している物体の形状又は輪郭を捉えることもできる。

【００５０】また、例えば、ユーザの身体の各部位に携帯端末の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくことにより、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極１３の上を走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によっても機器操作を行うことができるし、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【００５１】本発明の第１の実施形態に係るユーザ入力装置１０は、衣服の下に装着することができるので、既存の衣服の外観を損ねることなく、衣服の各部分をユーザ・インターフェースとして用いることが可能である。図１７〜図２０には、ユーザ入力装置１０を装着可能な部位を例示している。

【００５２】例えば、図１７に示すように、ジャケットの右肘周辺にユーザ入力装置１０を配置した場合には、ユーザは、右肘に対して触れたり、擦ったりすることに対して、携帯オーディオ再生機に対する再生、一時停止、選曲、音量調節などの操作機能を割り当てることができる。

【００５３】また、図１８に示すように、ジャケットの左肘周辺にユーザ入力装置１０を配置した場合には、ユーザは、左肱に対して触れたり、擦ったり、揉んだりすることに対して、携帯オーディオ再生機に対する再生、一時停止、選曲、音量調節などの操作機能を割り当てることができる。

【００５４】また、図１９に示すように、ジャケットの左胸周辺にユーザ入力装置１０を配置した場合には、ユーザは、左ポケットに対して指を入れたり、左ポケットの上を触れたり、擦ったりすることに対して、携帯オーディオ再生機に対する再生、一時停止、選曲、音量調節などの操作機能を割り当てることができる。

【００５５】また、図２０に示すように、ジャケットの左肘周辺にユーザ入力装置１０を配置した場合には、ユーザは、左肘に対して触れたり、擦ったり、揉んだりす

APLNDC00026714