EXHIBIT 3.20

(7)                                              特開２００３−２９８９９

<table>
<tr><td>

**11**

ることに対して、携帯オーディオ再生機に対する再生、一時停止、�早送、音量調節などの操作機能を割り当てることができる。

【００５６】本発明の第１の実施形態に係るユーザ入力装置１０では、送信電極１１側には数１００ｋＨｚ程度の交流信号が印加され、この交流信号は、ユーザ入力装置１０を装着したユーザの身体を経由して、ユーザが指示した指先から受信電極１３−１…に流れ出す。この受信信号を検知することで、どの受信電極の近くに指先があるのかを認識することができる。

【００５７】図１を参照しながら説明したように、送信電極１１と受信電極１３の間は絶縁層１２によってシールドされている。そして、送信電極１１から発信される交流電流はユーザの身体を経由して受信電極１３で受信される。このような構成によれば、ユーザ入力装置１０を装着したユーザ本人以外が操作しても、信号が検知されないので入力はされない。したがって、ユーザ以外による誤操作や不正操作の可能性を排除することができる。

【００５８】図４には、本発明の第２の実施形態に係るユーザ入力装置２０の構成を模式的に示している。また、図５には、ユーザ入力装置２０の電気的な構成を模式的に示している。このユーザ入力装置２０は、ユーザが着る衣服の下に装着することができ、体表面に近い方から順に、絶縁層（shield layer）２１と、送受信電極層（transmitter／receiver）２２とからなり、送受信電極２２のさらに外側に衣服（fabric）が存在する。絶縁層（shield layer）２１は、接地した電極層によって構成される。

【００５９】図５に示すように、ユーザ入力装置２０は、複数の線状の送信電極２３−１、２３−２、…、２３−ｍと、各送信電極２３−１…に適用の所定周波数（例えば１００ＫＨｚ）の交流電流を供給する発信器２４と、静電作用によって各送信電極１１−１…からの交流電流を受信する複数の線状の受信電極２５−１、２５−２、…、２５−ｎと、各受信電極２５−１…を流れる交流電流を受信する受信器１６とで構成される。受信器２６は、所定周波数帯域の交流電流のみを通過させるバンド・パス・フィルタ（ＢＰＦ）２６Ａと、増幅器２６Ｂと、検波器２６ＣとからなるＡＭ復調器と、検波出力をデジタル形式の信号に変換するＡ／Ｄ変換器２６Ｄとで構成される。

【００６０】各受信電極２５−１、２５−２、…、２５−ｎは、各送信電極２３−１、２３−２、…、２３−ｍと交錯する交差点を持つことが分かるが、交差点では各電極どうしが接触していない。言い換えれば、電極どうしの各交差点では、電荷を蓄積するコンデンサと等価な回路が実質的に形成されている。したがって、送信電極に交流電流が通過すると、これに対向する受信電極には、静電誘導によって、その交差点を介して

</td><td>

**12**

交流電流が流れる。

【００６１】他方、送受信電極２２と体表面の間には絶縁層（shield layer）２１が挿入されているので、図１に示した第１の実施形態とは相違して、この送信用の交流電流はユーザの身体には伝達されない。

【００６２】これら各送信電極２３−１、２３−２、…、２３−ｍと各受信電極２５−１、２５−２、…、２５−ｎが交錯する領域は、ユーザ入力装置２０におけるユーザ入力領域を構成する。このユーザ入力領域は、図５に示すように、２次元的な広がりを持つ。

【００６３】発信器２４が発信する交流電流は、スイッチ２４Ａを介して各送信電極２３−１…に接続される。したがって、スイッチ２４Ａによって接続する電極位置をスキャンさせながら交流電流を各送信電極２３−１…に印加することによって、ある瞬間では、各送信電極２５−１…には該当する送信電極との交差点において形成されたコンデンサ等価回路からの交流電流が流れることになる。また、受信電極２６では、スイッチ２６Ａを介して各受信電極２５−１…と接続されており、スイッチ２６Ａによって接続する電極位置をスキャンさせながら各受信電極２５−１…からの受信電流を時分割で検出する。すなわち、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係により、ユーザ入力装置２０の入力領域における入力位置を検出することができる。例えば、Ａ／Ｄ変換された各受信電極２５−１…における出力信号をプロセッサ２７上で所定の演算処理を行うことによって、ユーザ入力領域を介して２次元的なユーザ入力を検出することができる。

【００６４】図５の実施例では、各送信電極２３−１、２３−２、…、２３−ｍは略平行に配列されているとともに、各受信電極２５−１、２５−２、…、２５−ｎは各送信電極２３−１…とは垂直する方向に配列されており、ユーザ入力領域は、電極どうしが均一に線の目上に組み合わされた略平面状の領域である。但し、本発明の要旨はこのような形態に特に限定されるものではなく、各送信電極と受信電極が接触せずに交錯していれば、平面以外の形状、例えば球状やその他の曲面状であってもよい。

【００６５】図６には、送信電極２３と受信電極２５間のある１つの交差点を拡大して示している。また、図７には、この送信電極２３と受信電極２５の交差点の等価回路を示している。

【００６６】送信電極２３と受信電極２５とが交叉する交差点では、図７に示すように、コンデンサ$C_{11}$と等価な回路が形成される。

【００６７】ここで、送信電極２３側に交流電圧を印加すると、送信電極２３と受信電極２５の間の静電容量$C_{11}$によって容量結合が起こり、受信電極２５に交流電流が発生する。このコンデンサ$C_{11}$を通過する電流の強度は、発信器２４における交流電圧の発信周波数に同調し

</td></tr>
</table>

APLNDC00026715

(8)  特開２００３－２９８９９

13

たバンド・パス・フィルタ２６Ａ、増幅器２６Ｂ、検波器２６Ｃ、並びにＡ／Ｄ変換器２６Ｄの各部により信号処理を施すことによって、デジタル・データとして取り出される。受信電極２５において受信される交流電流の強度は、コンデンサの静電容量 $C_{xp}$ にのみ依存する。

【００６８】静電容量 $C_{xp}$ は、送信電極２３や受信電極２５の変形などがない限り、静的で、固定値を保つ。したがって、送信電極２３側に同じ交流電圧が印加される限り、受信電極２５側において受信される交流電流の強度は一定となる。

【００６９】次いで、このような送信電極２３及び受信電極２５の組み合わせによって、ユーザの指先などの物体を検出する仕組みについて説明する。

【００７０】図８には、送信電極２３と受信電極２５間のある１つの交差点にユーザの指先が接近している様子を示している。また、図９には、送信電極２３や受信電極２５間のある１つの交差点にユーザの指先が接近したときの送信電極２３と受信電極２５との交差点の等価回路を示している。

【００７１】送信電極２３と受信電極２５とが交叉する交差点では、上述したように、コンデンサ $C_{xp}$ と等価な仮想的な回路が形成されている。

【００７２】また、指先などの人体は仮想的な接地点（アース）とみなすことができる。したがって、その等価回路は、送信電極２３と受信電極２５の間で形成されるコンデンサ $C_{xp}$ と、人体と送信電極２３並びに受信電極２５それぞれの間で直列的に形成される仮想的なコンデンサ $C_{xh}$ 及び $C_{hp}$ とが、並列的に接続された構成となる。

【００７３】したがって、送信電極２３側に交流電圧を印加した場合、コンデンサ $C_{xh}$ を介してグランドに流れ込む電流の分だけ、送信電極２３と受信電極２５の間の静電容量 $C_{xp}$ による容量結合によって発生する交流電流、すなわち受信電極２５側で検出される電流の強度は弱まる。

【００７４】静電容量 $C_{xp}$ は、送信電極２３や受信電極２５の変形などがない限り、静的で、固定値を保つ。これに対し、人体と送信電極２３並びに人体と受信電極２５それぞれの間で直列的に形成される仮想的なコンデンサのそれぞれの静電容量 $C_{xh}$ 及び $C_{hp}$ は、人体が送信電極２３並びに受信電極２５に接近するに従って大きくなる。

【００７５】このため、同じ交流電圧を送信電極２３に印加した場合、受信電極２５で検出される交流電流の強度は、人体が送信電極２３並びに受信電極２５に接近するに従って、小さくなっていく。

【００７６】このような現象を利用して、プロセッサ２７では、ＡＭ復調器２６ＣでＡＭ復調され、さらにＡ／Ｄ変換器２６Ｄでデジタル形式に変換された受信信号を用いて、電極間の交差点に人体が接近しているかどうかを

14

判定したり、あるいは、ユーザの身体がどの程度接近しているか（距離）を計測することができる。

【００７７】交流電圧を各送信電極２３－１、２３－２、…、２３－ｍに時分割で印加する。そして、それぞれに対応して、各受信電極２５－１、２５－２、…、２５－ｎに発生する交流電流を順次計測することで、ユーザ入力領域上どとの交差点に人体が接近しているかを判定することができる。

【００７８】また、図４及び図５に示すような構成によれば、電極間の各交差点を独立に駆動させることができる。すなわち、それぞれの交差点から独立して検出値を取り出すことができるので、ユーザ入力装置２０は、複数の物体（例えば、同じユーザの右手と左手、あるいは複数のユーザの手）が同時にユーザ入力領域に接近してきた距離が交差点間のピッチ間隔よりも長ければ、これらを独立した物体として認識することができる。すなわち、複数の物体の位置を同時に計測することができる。

【００７９】また、ユーザ入力装置２０によれば、物体の接近が同時に検出された交差点を追跡していくことにより、接近している物体の形状又は輪郭を捉えることができる。

【００８０】また、例えば、ユーザの身体の各部位に携帯端末の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくとともに、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極２５の上を走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によって機器操作を行うことができるし、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【００８１】本発明の第２の実施形態に係るユーザ入力装置２０は、衣服の下に装着することができるので、既存の衣服の外観を損ねることなく、衣服の各部分を入力装置として用いることが可能である。ユーザは、衣服の上からユーザ入力装置２０に対して所定の操作を印加することによって、例えば、携帯オーディオ再生機に対する再生、一時停止、選曲、音量調節などの操作を実現することができる（図１７～図２０を参照のこと）。

【００８２】図１０には、ユーザ入力装置２０の変形例を図解している。

【００８３】ユーザの指先がある格子点Ａ、Ｂ、Ｃ、Ｄで囲まれた領域に接近している場合、各送信電極２３－ｉ、２３－ｊ、並びに各受信電極２５－ｐ、２５－ｑとユーザの指先の間では、仮想的なコンデンサ $C_i$、$C_j$、$C_p$、$C_q$ がそれぞれ形成されている。

【００８４】これら各仮想コンデンサの静電容量 $C_i$、

APLNDC00026716

（9）　　　　　　　　　　　　　　　　特開２００３−２９８９９

15

$C_3$，$C_f$，$C_g$は，それぞれの電極とユーザの指先との距離に応じて変化する。

【００８５】したがって，ユーザの身体と各送受信電極との複数の交差点からの値を統合することで，各交差点の中間にある手の位置を計測することができる。これによって，本実施形態に係るユーザ入力装置２０の位置計測の精度すなわち分解能を，各電極間の交差点の間隔よりも細かくすることができる。

【００８６】また，図１１には，ユーザ入力装置２０の他の変形例を図解している。

【００８７】図４及び図５を参照しながら既に説明したように，このユーザ入力装置２０は，そのユーザ入力領域において，送信電極２３−１と受信電極２５−１との交差点がｍ×ｎのマトリックス状に配列されている。また，図４及び図５に示したような構成によれば，電極間の各交差点を独立して駆動させて，それぞれの交差点から独立して検出値を取り出すことができる。

【００８８】したがって，図１１に示すように，ユーザ入力領域に複数のユーザの指先が存在するような場合，それぞれのユーザの指先近傍における交差点において，これらを独立して認識することができる。また，このユーザ入力装置２０においては，ユーザの指先を導電体ではなく誘電体として使用するので，ユーザ入力装置２０を装着していない他のユーザの指先からも操作可能である。したがって，ある１人のユーザが衣服の下に装着したユーザ入力装置２０を用いて，複数のユーザからの同時入力を受容することができる。

【００８９】また，図１２には，非接触ユーザ入力装置２０の他の変形例を図解している。

【００９０】図４及び図５を参照しながら既に説明したように，このユーザ入力装置２０は，そのユーザ入力領域において，送信電極２３−１と受信電極２５−１との交差点がｍ×ｎのマトリックス状に配列されている。但し，図１２に示す例では，各送信電極２３−１，２３−２，…，２３−ｍ，並びに，各受信電極２５−１，２５−２…，２５−ｎの間隔は充分に短く配設され，また，送信器２４が各送信電極２３−１に交流電圧を印加するスキャン速度は充分に速いものとする。

【００９１】このような場合，図１２に示すように，ユーザが窓をユーザ入力領域に接近させた場合，接近したことを検出した交差点を追跡していくことにより，物体すなわち窓の形状を認識することができる。

【００９２】すなわち，各電極間のピッチ間隔を充分小さく，且つ，送信電極におけるスキャン速度を充分速くすることによって，本実施形態に係るユーザ入力装置２０は，物体の形状を認識することができる。

【００９３】また，図１２は，本発明の第３の実施形態に係るユーザ入力装置３０の構成を模式的に示している。

【００９４】上述した本発明の第１並びに第２の実施形

16

態に係る各ユーザ入力装置１０／２０において，送信電極と受信電極が同じユーザ入力装置内に組み込まれて構成されている。これに対し，第３の実施形態において，送信器３１がユーザ入力装置３０から分離して構成される。図１３に示す例では，送信器３１は，例えば腕時計のようなユーザが身に付けるタイプのデバイス中に内蔵されており，ユーザは腕時計を装着した腕の指先で衣服の上をなぞったり操ったりすることによって，携帯機器に対する所望のコマンドやデータを入力することができる。

【００９５】このユーザ入力装置３０は，ユーザが着ている衣服の下に装着することができる。体表面に近い方から順に，絶縁層（shield layer）３２と，受信電極層（receiver）３３からなる。また，送信器３１は，ユーザ入力装置３０本体とは分離して，ユーザが装着した腕時計内に内蔵されている。

【００９６】受信電極３３は，体表面に沿って，ストライプ状又はマトリックス状に緻密に配設された裸状の受信電極３３Ａ，３３Ｂ，３３Ｃ，…の組み合わせで構成される。受信器３５は，各受信電極３３Ａ，３３Ｂ，３３Ｃ，…上を流れる交流電流を時分割で交互に受信処理する。受信器１５は，所定周波数帯域の交流電流のみを通過させるバンド・パス・フィルタ（ＢＰＦ）３５Ａと，増幅器３５Ｂと，検波器３５ＣとからなるＡＭ変調器と，検波出力をデジタル形式の信号に変換するＡ／Ｄ変換器３５Ｄとで構成される。

【００９７】送信器３１は，送信用の所定周波数（例えば１００ＫＨｚ）の交流電流を発信する。この送信用の交流電流は，ユーザの身体を使って伝播することができる。また，ユーザの指先と受信電極３３Ａとの間には，図１４に示すようなコンデンサ$C_{31}$と等価な回路が仮想的に構成されて，静電誘導により，送信用の交流電流はユーザの身体に伝播される。言い換えれば，ユーザ入力装置３０に接近したユーザの指先自体が送信電極として機能する。

【００９８】いま，ユーザが自分の指先を，衣服すなわち各受信電極層３３に近づけると，指先と各受信電極３３Ａ，３３Ｂ，３３Ｃ，…との間には，コンデンサ$C_{31}$と等価な仮想的な回路が形成される（図１４を参照のこと）。そして，ユーザの身体には，送信器３１から送出される送信用の交流電流が伝播される。

【００９９】絶縁層（shield layer）３２は，接地した電極層によって構成されているので，各受信電極３３Ａ…にて受信された交流電流がユーザの身体に再び伝わることはない。

【０１００】この送信用交流電流は，静電誘導により，指先との間で形成された仮想コンデンサ$C_{31}$を介して，交流電流が受信電極３３によって受信される。仮想的なコンデンサ$C_{31}$の静電容量は，ユーザの指先と対応する受信電極３３との距離に反比例する。したがって，各受

APLNDC00026717

(10)　　　　　　　特開２００３−２９８９９

17

信電極３３Ａ…では指先の接近度に応じた強度の交流電流を受信することができる。

【０１０１】受信器３５は、各受信電極３３Ａ、３３Ｂ、３３Ｃ、…による受信電流を時分割で交互に受信して、ＡＭ復調器でＡＭ変調し、さらにＡ／Ｄ変換器３５Ｄでデジタル形式に変換する。

【０１０２】また、プロセッサ３６では、Ａ／Ｄ変換された各受信電極３３Ａ、３３Ｂ、３３Ｃ、…における出力信号を演算処理することによって、どの受信電極３３Ａ…に人体が接近しているかを判定したり、あるいは、ユーザの身体がどの程度接近しているか（距離）を計測する。すなわち、本実施形態に係るユーザ入力装置３０によれば、２次元的なユーザ入力を行うことができる。

【０１０３】２次元的に配置された各受信電極３３Ａ、３３Ｂ、３３Ｃ、…は、ユーザの指先までの距離に相応する静電容量を持つコンデンサが仮想的に形成される。図２１には、２次元的に配置された各受信電極３３Ａ、３３Ｂ、３３Ｃ、…とユーザの指先との間で、距離に相応する静電容量を持つコンデンサが仮想的に形成される様子を示している。

【０１０４】したがって、指先までの距離が短い受信電極ほど、仮想コンデンサを介して高い強度の交流電流を受信することができる。各受信電極３３Ａ、３３Ｂ、３３Ｃ、…から得られる信号強度の分布は、例えば図１６に示したようになる。プロセッサ３６は、同図に示すような信号強度分布を測定して、さらにそのピーク値を計測することにより、受信電極の間隔以下の精度すなわち分解能で指の位置を測定することが可能である。

【０１０５】また、ユーザ入力装置３０によれば、物体の接近が同時に検出された交差点を追跡していくことにより、接近している物体の形状又は輪郭を捉えることもできる。

【０１０６】また、例えば、ユーザの身体の各部位に携帯端末の操作コマンド（例えば、携帯型オーディオ再生機における再生、一時停止、早送りなど）やデータを割り当てておくことにより、ユーザは特定の部位を触れるなどの操作によって、所望の機器操作を命令することができる。さらに、ユーザが受信電極３３の上を走査する移動速度に対しても、携帯端末の操作コマンドやデータを割り当てることができる。また、ジェスチャなどの身体の動作によって機器操作を行うことができ、同じ身体動作であっても、手を動かす速度に応じて別の意味（すなわちコマンドやデータ）を割り当てることができる。

【０１０７】本発明の第３の実施形態に係るユーザ入力装置３０は、衣服の下に装着することができるので、既存の衣服の外観を損わうことなく、衣服の各部分をユーザ入力装置として用いることが可能である。ユーザは、衣服の上からユーザ入力装置２０に対して所定の操作を印加することによって、例えば、携帯オーディオ再生機に対す

18

る再生、一時停止、逆曲、音量調節などの操作を実現することができる（図１７〜図２０を参照のこと）。

【０１０８】このようなユーザ入力装置３０によれば、腕時計などに内蔵された送信器３１を装着したユーザ本人以外が操作しても、信号が検知されないので入力とはならない。したがって、ユーザ以外による誤操作や不正操作の可能性を排除することができる。

【０１０９】［追補］以上、特定の実施例を参照しながら、本発明について詳細してきた。しかしながら、本発明の要旨を逸脱しない範囲で当業者が該実施例の修正や代用を成し得ることは自明である。すなわち、例示という形態で本発明を開示してきたのであり、本明細書の記載内容を限定的に解釈するべきではない。本発明の要旨を判断するためには、冒頭に記載した特許請求の範囲の欄を参酌すべきである。

【０１１０】
【発明の効果】以上詳記したように、本発明によれば、携帯電話機や携帯型オーディオ再生機、ＰＤＡ（Personal Digital Assistant）などの携帯端末に対してユーザ入力を行なうことができる、優れたユーザ入力装置を提供することができる。

【０１１１】また、本発明によれば、歩行途中のユーザが負担なく携行し且つ入力作業を行なうことができる、優れたユーザ入力装置を提供することができる。

【０１１２】また、本発明によれば、衣服の下に装着して、衣服の上からユーザの指先などを用いて入力操作を行うことができる、優れたユーザ入力装置を提供することができる。ユーザ入力装置を衣服の下に装着できることから、衣服の外観を損ねることはない。また、衣服をまとうような感覚でユーザ入力装置を装着することができるので、持ち運ぶことに対して、ユーザは物理的・心理的な負担が少なくて済む。

【図面の簡単な説明】
【図１】本発明の第１の実施形態に係るユーザ入力装置の構成を模式的に示した図である。
【図２】送信電極１１とユーザの体表面の間に仮想的に形成されるコンデンサ等価回路Ｃ１を示した図である。
【図３】ユーザの指先と受信電極１３の間に仮想的に形成されるコンデンサ等価回路Ｃ２を示した図である。
【図４】本発明の第２の実施形態に係るユーザ入力装置２０の構成を模式的に示した図である。
【図５】本発明の第２の実施形態に係るユーザ入力装置２０の電気的構成を模式的に示した図である。
【図６】送信電極２３と受信電極２５のある１つの交差点を拡大して示した図である。
【図７】送信電極２３と受信電極２５間のある１つの交差点の等価回路を示した図である。
【図８】送信電極２３と受信電極２５間のある１つの交差点にユーザの指先が接近している様子を示した図であ

APLNDC00026718

(11)　　　　　　　　　特開２００３−２９８９９

19　　　　　　　　　　　　　　　　20

る。

【図９】送信電極２３と受信電極２５間のある１つの交差点にユーザの指先が接近したときの送信電極２３と受信電極２５との交差点の等価回路を示した図である。

【図１０】ユーザ入力装置２０の変形例を示した図である。

【図１１】ユーザ入力装置２０の他の変形例を示した図である。

【図１２】ユーザ入力装置２０のさらに他の変形例を示した図である。

【図１３】本発明の第３の実施形態に係るユーザ入力装置３０の電気的構成を模式的に示した図である。

【図１４】ユーザの指先と受信電極層３３の間に仮想的に形成されるコンデンサ等価回路Ｃ１２を示した図である。

【図１５】２次元的に配置された各受信電極１３Ａ，１３Ｂ，１３Ｃ，…とユーザの指先との間で、距離に相応する静電容量を持つコンデンサが仮想的に形成される様子を示した図である。

【図１６】各受信電極１３Ａ，１３Ｂ，１３Ｃ，…から得られる信号強度の分布を模式的に示したチャートである。

【図１７】本発明の第１の実施形態に係るユーザ入力装置１０を装着可能な部位を例示した図であり、より具体的には、ジャケットの右肘周辺にユーザ入力装置１０を配置した様子を示した図である。

【図１８】本発明の第１の実施形態に係るユーザ入力装置１０を装着可能な部位を例示した図であり、より具体的には、ジャケットの左襟周辺にユーザ入力装置１０を配置した様子を示した図である。

【図１９】本発明の第１の実施形態に係るユーザ入力装置１０を装着可能な部位を例示した図であり、より具体＊

＊的には、ジャケットの左ポケット周辺にユーザ入力装置１０を配置した様子を示した図である。

【図２０】本発明の第１の実施形態に係るユーザ入力装置１０を装着可能な部位を例示した図であり、より具体的には、ジャケットの左肘周辺にユーザ入力装置１０を配置した様子を示した図である。

【図２１】２次元的に配置された各受信電極３３Ａ，３３Ｂ，３３Ｃ，…とユーザの指先との間で、距離に相応する静電容量を持つコンデンサが仮想的に形成される様子を示した図である。

【符号の説明】
１０…ユーザ入力装置
１１…送信電極層
１２…絶縁層
１３…受信電極層
１４…発信器
１５…受信器
１６…プロセッサ
２０…ユーザ入力装置
２１…絶縁層
２３…送信電極層
２４…発信器
２５…受信電極層
２６…受信器
２７…プロセッサ
３０…ユーザ入力装置
３１…送信器
３２…絶縁層
３３…受信電極層
３５…発信器
３６…プロセッサ

【図１】



APLNDC00026719

(12)                    特開２００３−２９８９９



(13)                    特開２００３−２９８９９



APLNDC00026721

(14)　　　　　　　　　　特開２００３−２９８９９

【図１３】



【図１５】



APLNDC00026722

(15)                                    特開２００３−２９８９９

【図１７】                          【図１８】

【図２０】

【図１９】



APLNDC00026723

(16)　　　　　　　　特開２００３－２９８９９

【図２１】



フロントページの続き

| (51)Int.Cl.⁷ | | 識別記号 | | F I | | テーマコード（参考） |
|---|---|---|---|---|---|---|
| H 0 4 M | 1/23 | | | H 0 4 M | 1/23 | Z |
| // G 0 6 F | 3/03 | 3 3 5 | | G 0 6 F | 3/03 | 3 3 5 E |

Fターム（参考）　5B068 AA05 AA32 BB09 BC07 BD07
　　　　　　　　　　　BD20 CC06
　　　　　　　　5B087 AA09 AB02 AE09 BC04 BC12
　　　　　　　　　　　BC13 BC19 BC26 BC34
　　　　　　　　5G046 AC24 AE22
　　　　　　　　5J056 AA25 AA47 BB23 CC06 FF25
　　　　　　　　　　　FF29
　　　　　　　　5K023 AA07 BB11 GG04 GG11

APLNDC00026724

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :        **2002-342033**

(43)Date of publication of application : **29.11.2002**

(51)Int.Cl.                              G06F  3/033

(21)Application number : **2001-151499**      (71)Applicant : **SONY CORP**

(22)Date of filing :        **21.05.2001**      (72)Inventor : **REKIMOTO JIYUNICHI**

## (54) NON-CONTACT TYPE USER INPUT DEVICE

(57)Abstract:

PROBLEM TO BE SOLVED: To recognize the information of two or more points and the shape of an approaching object.
SOLUTION: A non-contact type user input device is provided with a plurality of linear transmission electrodes, a transmitter supplying an AC current for transmission to the respective transmission electrodes, a plurality of linear reception electrodes arranged so as not to be in contact with the respective transmission electrodes and a receiver receiving the AC current flowing through the reception electrodes. A capacitor is formed at each intersection of the transmission electrode and the reception electrode, a parallel capacitor is formed corresponding to the approach of the fingertip of a user and the capacitance of the capacitor changes corresponding to the approaching degree of the fingertip. Recognition is performed by utilizing the change of the AC current passing through the capacitor between the electrodes.



(19)日本国特許庁（ＪＰ）　　（12）公　開　特　許　公　報（Ａ）　　（11）特許出願公開番号

特開2002−342033
（P2002−342033A）

（43）公開日　平成14年11月29日（2002.11.29）

| (51)Int.CL⁷ | 識別記号 | ＦＩ | | テーマコード（参考） |
|---|---|---|---|---|
| Ｇ０６Ｆ　3/033 | ３６０ | Ｇ０６Ｆ　3/033 | ３６０Ｄ | ５Ｂ０８７ |

審査請求　未請求　請求項の数8　ＯＬ　（全9頁）

| (21)出願番号 | 特願2001−151499(P2001−151499) | (71)出願人 | 000002185 |
|---|---|---|---|
| (22)出願日 | 平成13年5月21日(2001.5.21) | | ソニー株式会社 |
| | | | 東京都品川区北品川6丁目7番35号 |
| | | (72)発明者 | 暦本　純一 |
| | | | 東京都品川区東五反田3丁目14番13号　株式会社ソニーコンピュータサイエンス研究所内 |
| | | (74)代理人 | 100101801 |
| | | | 弁理士　山田　英治　（外2名） |
| | | Ｆターム（参考）　5B087　AA00　CC02　CC11　CC16　CC26　CC32 | |

(54)【発明の名称】　非接触型ユーザ入力装置

(57)【要約】

【課題】　2点以上の情報や接近する物体の形状を認識する。

【解決手段】　非接触型ユーザ入力装置は、複数の線状の送信電極と、前記の各送信電極に送信用の交流電流を供給する発信器と、前記の各送信電極とは接触しないように配置された複数の線状の受信電極と、受信電極を通る交流電流を受信する受信器を備えている。送信電極と受信電極との各交差点ではコンデンサが形成され、また、ユーザの指先が接近したことに応じて並列的なコンデンサが形成され、指先が接近する程度に応じてコンデンサの静電容量が変化する。電極間のコンデンサを通過する交流電流が変化することを利用して認識する。



APLNDC00026726

JP,2002-342033,A   ⦿ STANDARD  ⦾ ZOOM-UP  ROTATION  No Rotation ▾  ☐ REVERSAL    RELOAD

PREVIOUS PAGE    |    NEXT PAGE    |    DETAIL

APLNDC00026727

APLNDC00026728

**1**

【特許請求の範囲】
【請求項１】ユーザの指先などを用いて非接触形式で入力する非接触型ユーザ入力装置であって、
複数の線状の送信電極と、
前記の各送信電極に送信用の交流電流を供給する発信器と、
前記の各送信電極とは接触しないように配置された複数の微小の受信電極と、
受信電極を流れる交流電流を受信する受信器とを備え、送信電極と受信電極の各交点においてコンデンサと等価な回路が形成されている、ことを特徴とする非接触型ユーザ入力装置。
【請求項２】送信電極と受信電極のある交差点ではコンデンサと等価な第１のコンデンサ等価回路が形成されているとともに、
ユーザの指先などの導電性の物体が送信電極と受信電極の交差点に接近したことに応じて、第１のコンデンサ等価回路とは並列となる第２のコンデンサ等価回路が形成されて、
該導電性の物体との接近の程度に応じて前記第２のコンデンサ等価回路の静電容量が変化し、この結果、前記第１のコンデンサ等価回路を通過する交流電流が変化する、ことを特徴とする請求項１に記載の非接触型ユーザ入力装置。
【請求項３】前記送信器は、各送信電極に対して交流電流をスキャンして、
交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係によりユーザの指先などの入力位置を検出する信号処理部をさらに備える、ことを特徴とする請求項１に記載の非接触型ユーザ入力装置。
【請求項４】前記信号処理部は、送信電極と受信電極の交差点で形成される従来の静電容量と、ユーザの指先などの導電性の物体が送信電極と受信電極の交差点に接近したことに応じて形成される第２の仮想コンデンサの静電容量との相違を利用して、該導電性の物体が接近したことを検出する、ことを特徴とする請求項３に記載の非接触型ユーザ入力装置。
【請求項５】前記信号処理部は、ユーザの指先などの導電性の物体と各電極との間で仮想的に形成されるそれぞれのコンデンサの静電容量を統合することで、該導電性の物体の位置を検出する、ことを特徴とする請求項３に記載の非接触型ユーザ入力装置。
【請求項６】少なくとも前記複数の送信電極と前記複数の受信電極とが交差して構成されるユーザ入力領域が表示装置の表示画面上に重畳されている、ことを特徴とする請求項１に記載の非接触型ユーザ入力装置。
【請求項７】アノード電極層とカソード電極層が絶縁層を介して構成される表示装置と一体的に構成されている、ことを特徴とする請求項１に記載の非接触型ユーザ入力装置。

**2**

【請求項８】直流電圧が印加される一方の電極層に検出用の交流電圧を印加させるとともに、他方の電極層から受信される交流電流を検出することによって、前記複数の送信電極と前記複数の受信電極とが交差してなるユーザ入力領域を構成する、ことを特徴とする請求項７に記載の非接触型ユーザ入力装置。
【発明の詳細な説明】
【０００１】
【発明の属する技術分野】本発明は、コンピュータに対してオブジェクトの操作やコマンドなどの入力を行うためのユーザ入力装置に係り、特に、コンピュータに対してオブジェクトの操作やコマンドなどをユーザの指先を用いて直接入力するユーザ入力装置に関する。
【０００２】更に詳しくは、コンピュータに対してオブジェクトの操作やコマンドなどを非接触形式で行うユーザ入力装置に係り、特に、２点以上の情報や接近する物体の形状や物体までの距離情報などを認識することができる非接触型ユーザ入力装置に関する。
【０００３】
【従来の技術】昨今の技術革新に伴い、ワークステーション（ＷＳ）やパーソナル・コンピュータ（ＰＣ）と呼ばれる、比較的小型且つ低価格で、高付加価値化・高機能化された汎用タイプのコンピュータ・システムが開発・市販され、大学その他の研究機関や企業その他のオフィス、さらには一般家庭内の日常生活にも深く浸透している。
【０００４】コンピュータ・システムは、一般に、ユーザ入力コマンドに応答して駆動し、処理結果をディスプレイ・スクリーン上に表示することによって、「インタラクティブ」、すなわち対話的な処理環境を提供している。最近の傾向として、ＤＯＳ（Disk Operating System）シェル画面を代表とする旧来のキーボードを介したキャラクタ・ベースのユーザ入力環境すなわち「ＣＵＩ（Character User Interface）」から、グラフィック・ベースのユーザ入力を実現した「ＧＵＩ（Graphical User Interface）」への移行が増がられる。ＧＵＩ環境下では、コンピュータ・システムがシミュレートされたデスクトップと無数のアイコンがディスプレイ・スクリーンに用意される。
【０００５】ＧＵＩが提供するデスクトップ上では、ファイル等のコンピュータ・システム上で取り扱われる全ての資源オブジェクトはアイコンとして表現される。ユーザは、ディスプレイ・スクリーン上のプログラム、データ、フォルダ、デバイスなどを象徴するアイコンに対してマウスなどを用いて画面上の表示オブジェクトに対して直接操作を印加する（例えば、クリックやドラッグ・アンド・ドロップ）ことで、直感的にコンピュータ操作を行うことができる。また、デスクトップ上には、メニュー・バーやツール・ボックスなど、各種の機能すなわちコンピュータ処理を瞬時に呼び出すためのボタンが

APLNDC00026729

JP,2002-342033,A   ⦿ STANDARD  ⦾ ZOOM-UP  ROTATION  No Rotation ▾  ☐ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE   |   DETAIL

APLNDC00026730

3

用意されており、コマンド入力の様式はますます直感的で分かり易いものとなってきている。

【０００６】ＧＵＩ環境の導入により、もはやユーザは、特定のコマンドの名称やコマンド操作方法等を特に習得したり、熟練したキー入力を行わなくとも、コンピュータを充分に操作することができる。

【０００７】かかるＧＵＩ環境下において利用可能なユーザ入力装置として、例えば、マウスや、トラックポイント、ジョイスティック、タブレット又はタッチパッドなどの座標指示装置が代表的である。このうち、マウスは、コンピュータ業界に深く定着しており、ほとんどのユーザは、ドラッグ・アンド・ドロップを基調とするマウス操作に慣れ親しんでいる。オフィスや家庭などの日常生活の各場面においてコンピュータを新規導入するに際して、マウス操作を特にトレーニングする必要は全くないと言っても過言ではない。マウス操作を基調とするＧＵＩは、既に多くのユーザ間で定着しており、複数の汎用的な機能を提供している。

【０００８】ＧＵＩ環境下では、ユーザは、コンピュータ・スクリーン上の表示内容に案内されながら、コンピュータに対して対話的に分りやすく入力作業を行うことができる。このような対話入力がさらに進んだ一例として、タッチパネルを利用したユーザ入力装置を挙げることができる。この場合、ペンやユーザの指先から指示される座標値を読み取るタッチパネルがスクリーンに重畳されているのが一般的で、ユーザは、マウスを操作するとは相違して、スクリーンから視線を外す必要がなくなるし、所望の表示オブジェクトを自分の指先で直接指示することができるので、操作性はさらに向上する。

【０００９】しかしながら、従来のタッチパネルによるユーザ入力は、指先がタッチパネル表面上に実際に接触させる必要がある。

【００１０】また、パネル上に２点以上の接触点があると、それぞれの位置を独立して計測することができない。例えば、複数人がタッチパネルを囲むように配置して会議を行うような利用形態を考慮した場合、複数の参加者の指先がタッチパネル上に同時に触れることはあるが、システム側ではこのような現象を認識することはできない。最初のタッチを優先させるか、あるいは複数のタッチを錯綜・混同してしまいかねない。

【００１１】また、従来のタッチパネル式のユーザ入力は、点情報の入力を基本としており、接近している物体の形状や、接近した指先までの距離情報などを認識することはできない。

【００１２】
【発明が解決しようとする課題】本発明の目的は、コンピュータに対してオブジェクトの操作やコマンドなどをユーザの指先を用いて直接入力することができる、優れたユーザ入力装置を提供することにある。

【００１３】本発明の更なる目的は、コンピュータに対

4

してオブジェクトの操作やコマンドなどの入力を非接触形式で行うことができる、優れたユーザ入力装置を提供することにある。

【００１４】本発明の異なる目的は、２点以上の情報や接近する物体の形状や物体までの距離情報などを認識することができる、優れた非接触型ユーザ入力装置を提供することにある。

【００１５】
【課題を解決するための手段及び作用】本発明は、上記課題を参酌してなされたものであり、ユーザの指先などを用いて非接触形式で入力する非接触型ユーザ入力装置であって、複数の縦状の送信電極を有し、前記の各送信電極に送信用の交流電流を供給する発信器と、前記の各送信電極とは接触しないように配置された複数の縦状の受信電極と、受信電極を流れる交流電流を受信する受信器とを備え、送信電極と受信電極の各交叉点においてコンデンサと等価な回路が形成されている、ことを特徴とする非接触型ユーザ入力装置である。

【００１６】このような構成の非接触型ユーザ入力装置によれば、送信電極と受信電極の各交叉点では、コンデンサと等価な第１のコンデンサ等価回路が仮想的に形成されている。

【００１７】また、ユーザの指先などの導電性の物体が接近したことに応じて、第１のコンデンサ等価回路とは並列となる第２のコンデンサ等価回路が仮想的に形成される。

【００１８】前記第２のコンデンサ等価回路の静電容量は、指先などの誘導性の物体との接近の程度に応じて変化していく。したがって、第２のコンデンサ等価回路とは並列的に接続された前記第１のコンデンサ等価回路を通過する交流電流は、指先などの誘導性の物体との接近の程度に応じて同様に変化する。このような現象を利用して、非接触型のユーザ入力装置は、指先が接触したことだけでなく、接近したときの指先までの距離を計測することができる。

【００１９】また、前記送信器は、各送信電極に対して交流電流をスキャンして、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係により入力位置を検出する信号処理部をさらに備えていてもよい。

【００２０】このような場合、非接触のユーザ入力装置は、入力位置を検出した送信電極と受信電極の交叉点を追跡していくことにより、接近している物体の軌跡を計測することができる。すなわち、非接触のユーザ入力装置は、単にユーザの指先などの物体が近づいたということを検知するだけではなく、物体の形状を認識することができる。また、２以上のユーザが同時に非接触ユーザ入力装置にアクセスしようとしても、各人の指先を分離して認識することも可能である。

【００２１】前記送信器は、各送信電極に対して交流電流をスキャンさせながら印加するようにしてもよい。そ

APLNDC00026731

JP,2002-342033,A   ⊙ STANDARD   ○ ZOOM-UP   ROTATION   No Rotation   ▾   □ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE   |   DETAIL

APLNDC00026732

(4)　　　　　特開２００２−３４２０３３

5
6

して、非接触型ユーザ入力装置は、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係により入力位置を検出する信号処理部をさらに備えていてもよい。

【００２２】前記信号処理部は、送信電極と受信電極の交差点で形成される第１の仮想コンデンサの静電容量と、ユーザの指先などの導電性の物体が送信電極と受信電極の交差点に接近したことに応じて形成される第２の仮想コンデンサの静電容量との相違を利用して、該導電性の物体が接近したことを検出することができる。

【００２３】また、前記信号処理部は、ユーザの指先などの導電性の物体と各電極との間で仮想的に形成されるコンデンサの静電容量を統合することで、該導電性の物体の位置を検出することができる。

【００２４】また、本発明に係る非接触型ユーザ入力装置のうち少なくとも前記複数の送信電極と前記複数の受信電極とが交差してなるユーザ入力領域を、表示装置の表示画面に重畳させることによって、表示一体型のユーザ入力装置を構成することができる。例えば、液晶表示ディスプレイや有機ＬＥＤなどと一体的に、本発明に係る非接触型ユーザ入力装置を構成することができる。

【００２５】例えば、アノード電極層とカソード電極層が絶縁層を介して積層して構成される表示装置と一体的に、本発明に係る非接触型ユーザ入力装置を構成するようにしてもよい。

【００２６】このような場合、一方の電極層と他方の電極層との組み合わせによって、前記複数の送信電極と前記複数の受信電極とが交差してなるユーザ入力領域を構成することができる。すなわち、直流電圧が印加される一方の電極層に検出用の交流電圧を印加させるとともに、他方の電極層から受信される交流電流を検出するようにすればよい。

【００２７】本発明のさらに他の目的、特徴や利点は、後述する本発明の実施例や添付する図面に基づくより詳細な説明によって明らかになるであろう。

【００２８】
【発明の実施の形態】以下、図面を参照しながら本発明の実施例を詳解する。

【００２９】図１には、本発明の一実施形態に係る非接触型ユーザ入力装置１の基本構成を模式的に示している。

【００３０】同図に示すように、非接触型ユーザ入力装置１は、複数の線状の送信電極１１−１、１１−２、…、１１−ｍと、各送信電極１１−１…に送信用の所定周波数（例えば１００ＫＨｚ）の交流電流を供給する発信器１２と、静電作用によって各送信電極１１−１…からの交流電流を受信する複数の線状の受信電極１１−１、１５−２、…、１５−ｎと、各受信電極１５−１…を流れる交流電流を受信する受信器１６とで構成される。受信器１６は、所定周波数帯域の交流電流のみを通

過させるバンド・パス・フィルタ（ＢＰＦ）１６Ａと、増幅器１６Ｂと、検波器１６ＣとからなるＡＭ変調器と、検波出力をデジタル形式の信号に変換するＡ／Ｄ変換器１６Ｄとで構成する。

【００３１】各受信電極１５−１、１５−２、…、１５−ｎは、図１では各送信電極１１−１、１１−２、…、１１−ｍと交差点を持つことが分かるが、交差点ではこれら電極どうしが接触していない。言い換えれば、電極どうしの各交差点には、電荷を蓄積するコンデンサと等価な回路が実質上形成されている。したがって、送信電極に交流電流が通過すると、これに対向する受信電極を、静電誘導によって、その交差点を介して交流電流が流れる。これら各送信電極１１−１、１１−２、…、１１−ｍと各受信電極１５−１、１５−２、…、１５−ｎが交差する領域は、非接触型ユーザ入力装置１におけるユーザ入力領域を構成する。このユーザ入力領域は、図示の通り、２次元的な広がりを持つ。

【００３２】発信器１２は、各送信電極１１−１…に対して交流電流をスキャンしながら印加する。したがって、ある瞬間では、各受信電極１５−１…には該当する送信電極との交差点におけるコンデンサ等価回路からの交流電流が流れることになり、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係により入力位置を検出することができる。例えば、Ａ／Ｄ変換された各受信電極１５−１…における出力信号をプロセッサ２０上で所定の演算処理を行うことによって、ユーザ入力領域を介して２次元的なユーザ入力を検出することができる。

【００３３】図示の例では、各送信電極１１−１、１１−２、…、１１−ｍは略平行に配列されているとともに、各受信電極１５−１、１５−２、…、１５−ｎは各送信電極１１−１…とは直交する方向に配列されており、ユーザ入力領域は、電極どうしが均一に網の目上に組み合わされた略平面状の領域である。但し、本発明の要旨はこのような形態に特に限定されるものではなく、各送信電極と受信電極が接触せずに交差していれば、平面以外の形状、例えば球状やその他の曲面状であってもよい。

【００３４】図２には、送信電極１１と受信電極１５間のある１つの交差点を拡大して示している。また、図３には、この送信電極１１と受信電極１５との交差点の等価回路を示している。

【００３５】送信電極１１と受信電極１５が交叉する交差点では、図３に示すように、コンデンサと等価な回路が形成される。

【００３６】ここで、送信電極１１側に交流電圧を印加すると、送信電極１１と受信電極１５との間の静電容量Ｃ。によって容量結合が起こり、受信電極１５に交流電流が発生する。このコンデンサ。を通過する電流の強度は、発信器１２における交流電圧の発信周波数に同調し

APLNDC00026733

JP,2002-342033,A   ⊙ STANDARD  ○ ZOOM-UP  ROTATION  No Rotation  ⌄  ☐ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE   |   DETAIL

APLNDC00026734

(5)　　　　　　　　　特開2002-342033

7

たバンド・パス・フィルタ16A、増幅器16B、検波
器16C、並びにA／D変換器16Dの各部により信号
処理を施すことによって、デジタル・データとして取り
出される。受信電極11において受信される交流電流の
強度は、コンデンサの静電容量Cₓにのみ依存する。

【0037】静電容量Cₓは、送信電極11や受信電極
15の変形などがない限り、静的で、固定値を保つ。し
たがって、送信電極11に同じ交流電圧が印加される
限り、受信電極15において受信される交流電流の強
度は一定となる。

【0038】次いで、このような送信電極11及び受信
電極15の組み合わせによって、ユーザの指先などの物
体を非接触で検出する仕組みについて説明する。

【0039】図4には、送信電極11と受信電極15間
のある1つの交差点にユーザの指先が近接している様子
を示している。また、図5には、送信電極11や受信電
極15間のある1つの交差点にユーザの指先が近接した
ときの送信電極11と受信電極15との交差点の等価回
路を示している。

【0040】送信電極11と受信電極15とが交叉する
交差点では、上述したように、コンデンサCₓと等価な
回路が形成される。

【0041】また、指先などの人体は仮想的な接地点
（アース）とみなすことができる。したがって、その等
価回路は、送信電極11と受信電極15の間で形成され
るコンデンサCₓと、人体と送信電極11並びに人体と
受信電極15それぞれの間で直列的に形成される仮想的
なコンデンサCₕₐ及びCₕᵦとが、並列的に接続された構
成となる。

【0042】したがって、送信電極11側に交流電圧を
印加した場合、コンデンサCₕₐを介してグランドに流れ
込む電流の分だけ、送信電極11と受信電極15の間の
静電容量Cₓによる容量結合によって発生する交流電
流、すなわち受信電極15側で検出される電流の強度は
弱まる。

【0043】静電容量Cₓは、送信電極11や受信電極
15の変形などがない限り、静的で、固定値を保つ。こ
れに対し、人体と送信電極11並びに人体と受信電極1
5それぞれの間で直列的に形成される仮想的なコンデン
サのそれぞれの静電容量Cₕₐ及びCₕᵦは、人体が送信電
極11並びに受信電極15に接近するに従って大きくな
る。

【0044】このため、同じ交流電圧を送信電極11に
印加した場合、受信電極15で検出される交流電流の強
度は、人体が送信電極11並びに受信電極15に接近す
るに従って、小さくなっていく。

【0045】このような現象を利用して、プロセッサ2
0では、AM変調器16でAM変調され、さらにA／D
変換器16Dでデジタル形式に変換された受信信号を用
いて、電極間の交差点に人体が接近しているかどうかを

8

判定したり、あるいは、人体がどの程度接近しているか
（距離）を計測することができる。

【0046】図5に示したように、本実施形態に係る非
接触ユーザ入力装置1は、このような送信電極11-1
…と受信電極15-1…との交差点が、m×nのマトリ
ックス状に配列されている。例えば、所定の平面（又は
曲面）からなる入力パネル上に、これら各電極の交点を
配設することができる。

【0047】交流電圧を各送信電極11-1、11-
2、…、11-mに時分割で印加する。そして、それぞ
れに対応して、各受信電極15-1、15-2、…、1
5-nに発生する交流電流を順次計測することで、ユー
ザ入力領域上のどの交差点に人体が接近しているかを判
定することができる。

【0048】本実施形態に係る非接触ユーザ入力装置1
1では、静電作用を利用しているので、ユーザの指先な
どの人体を検出するために、これら電極に直接接触して
いる必要はない。また、近傍の交差点で得られた各検出
値を統合して、一般的な幾何学的な演算などを施すこと
によって、入力面から指先までの距離を計測することがで
きる。

【0049】また、図1に示すような構成によれば、電
極面の各交差点を独立して駆動させることができる。す
なわち、それぞれの交差点から独立して検出値を取り出
すことができるので、複数の物体（例えば、同じユーザ
の右手と左手、あるいは複数のユーザの手）が同時期に
ユーザ入力領域に接近してきた場合には、その距離が交
差点間のピッチ間隔よりも長ければ、これらを独立した物
体として認識することができる。すなわち、複数の物体
の位置を同時に計測することができる。

【0050】また、物体の接近が同時に検出された交差
点を追跡していくことにより、接近している物体の形状
又は輪郭を捉えることができる。

【0051】図6には、非接触ユーザ入力装置1の変形
例を図解している。

【0052】ユーザの指先がある格子点A、B、C、D
で囲まれた領域に接近してきた場合、各送信電極11-
i、11-j、並びに各受信電極15-p、15-qと
ユーザの指先との間では、仮想的なコンデンサCₚ、
Cᵢ、Cₚ、Cₐがそれぞれ形成されている。

【0053】これら各仮想コンデンサの静電容量Cₚ、
Cᵢ、Cₚ、Cₐは、それぞれの電極とユーザの指先との
距離に応じて変化する。

【0054】したがって、人体と電極の複数の交差点
からの値を統合することで、各交差点の中間にある手の
位置を計測することができる。すなわち、本実施形態に
係る非接触ユーザ入力装置1の位置計測の精度は、各電
極間の交差点の間隔よりも細かくすることができる。

【0055】また、図7には、非接触ユーザ入力装置1
の他の変形例を図解している。

APLNDC00026735

JP,2002-342033,A   ⦿ STANDARD  ⦿ ZOOM-UP  ROTATION No Rotation ▾  ☐ REVERSAL   RELOAD

PREVIOUS PAGE | NEXT PAGE | DETAIL

APLNDC00026736

(6)　　　　　　　　　　特開２００２－３４２０３３

9

【００５６】図１を参照しながら既に説明したように、本実施形態に係る非接触ユーザ入力装置１は、そのユーザ入力領域に対して、送信電極１１－１…と受信電極１５－１…との交差点がｍ×ｎのマトリックス状に配列されている。また、図１に示すような構成によれば、電極間の各交差点を独立して駆動させて、それぞれの交差点から独立して検出値を取り出すことができる。

【００５７】したがって、図７に示すように、ユーザ入力領域に複数のユーザの指先が存在するような場合、それぞれのユーザの指先の近傍における交差点において、これらを独立して認識することができる。この結果、単一のユーザ入力領域を用いて、複数のユーザからの同時入力を受容することができる。

【００５８】また、図８には、非接触ユーザ入力装置１の他の変形例を図解している。

【００５９】図１を参照しながら既に説明したように、本実施形態に係る非接触ユーザ入力装置１は、そのユーザ入力領域において、送信電極１１－１…と受信電極１５－１…との交差点がｍ×ｎのマトリックス状に配列されている。但し、図８に示す例では、各送信電極１１－１、１１－２、…、１１－ｍ、並びに、各受信電極１５－１－１、１５－２、…、１５－ｎの間隔は充分に短く配設され、また、送信電極１２が各送信電極１１－１に交流電圧を印加するスキャン速度は充分に速いものとする。

【００６０】このような場合、図８に示すように、ユーザが掌をユーザ入力領域に接近させた場合、接近したことを検出した交差点を追跡していくことにより、物体すなわち掌の形状を認識することができる。

【００６１】すなわち、各電極間のピッチ間隔を充分小さく、且つ、送信電極におけるスキャン速度を充分速くすることによって、本実施形態に係る非接触ユーザ入力装置１は、物体の形状を認識することができる。

【００６２】本実施形態に係る非接触ユーザ入力装置１を他のデバイスと組み合わせて適用することも考えられる。例えば、液晶表示ディスプレイ（ＬＣＤ：Ｌｉｑｕｉｄ Ｃｒｙｓｔａｌ Ｄｉｓｐｌａｙ）や有機ＥＬなどの平面ディスプレイ上に、非接触ユーザ入力装置１を重畳することにより、表示一体型のユーザ入力装置を構成することができる。このようなユーザ入力装置によれば、ユーザは、表示出力されるＧＵＩ画面の内容に案内されながら、直感的且つ容易にコンピュータへのコマンド入力を行うことができる。ユーザは、表示画面から視線をそらすことなく入力作業を行うことができ、ご操作する危険も少なくなる。

【００６３】図９には、導電性ポリマーによる発光素子すなわち有機ＬＥＤからなる表示装置と一体的に構成された非接触ユーザ入力装置１の断面構成を模式的に図解している。

【００６４】同図に示す例では、導電性ポリマーからなるアノード電極層とカソード電極層が、有機素材からな

10

る絶縁層を介して構成されている。また、アノード電極とカソード電極は、互いに直行して配設されている。これは、図１における、各送信電極１１－１…と各受信電極１５－１…が互いに接触しないように交差して配設されている構成に類似する。

【００６５】有機ディスプレイにおいては、各画素を発光させるために、一方の電極層では、画面スキャン方向に向かって各電極には直流電圧が順次印加される。

【００６６】本実施形態では、一方の電極層に流れる直流電圧に、人体検出用の交流電圧を重畳させて印加する。この結果、他方の電極層では、交流電流を受信する。ユーザの指先などの人体が接近している交差点においては、受信される交流電流の強度が減少するので、ユーザの指先が居る位置を特定したり、さらには、接近している物体の形状を認識したりすることができる。

【００６７】図９に示したような構成によれば、有機ディスプレイにおける画面構成を変更することなく、表示装置をそのまま非接触型ユーザ入力装置としても利用することができる。

【００６８】また、有機ディスプレイは、一般に、フレキシブルであり、自由に折り曲げることが可能である。したがって、図９に示したような適用例によれば、球面や曲面のユーザ入力一体型のディスプレイ装置を構成することができる。

【００６９】［追補］以上、特定の実施例を参照しながら、本発明について詳解してきた。しかしながら、本発明の要旨を逸脱しない範囲で当業者が該実施例の修正や代用を成し得ることは自明である。すなわち、例示という形態で本発明を開示してきたのであり、限定的に解釈されるべきではない。本発明の要旨を判断するためには、冒頭に記載した特許請求の範囲の欄を参酌すべきである。

【００７０】

【発明の効果】以上詳記したように、本発明によれば、コンピュータに対してオブジェクトの操作やコマンドなどをユーザの指先を用いて直接入力することができる、優れたユーザ入力装置を提供することができる。

【００７１】また、本発明によれば、コンピュータに対してオブジェクトの操作やコマンドなどの入力を非接触形式で行うことができる、優れたユーザ入力装置を提供することができる。

【００７２】また、本発明によれば、２点以上の情報や移近する物体の形状や物体までの距離情報などを認識することができる、優れた非接触型ユーザ入力装置を提供することができる。

【００７３】本発明に係る非接触型ユーザ入力装置においては、送信電極と受信電極間の各交差点ではコンデンサと等価な第１のコンデンサ等価回路が仮想的に形成されている。また、ユーザの指先などの導電性の物体が接近したことに応じて、第１のコンデンサ等価回路とは並列

APLNDC00026737

JP,2002-342033,A   ⊙ STANDARD  ○ ZOOM-UP  ROTATION  No Rotation ▼  □ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE  |  DETAIL

APLNDC00026738

(7)　　　　　　　特開２００２−３４２０３３

11

的となる第２のコンデンサ等価回路が仮想的に形成される。指先などの該導電性の物体との接近の程度に応じて同記第２のコンデンサ等価回路の静電容量が変化して、この結果、前記第１のコンデンサ等価回路を通過する交流電流が変化する。したがって、このような現象を利用することによって、指先が接触したことだけでなく、接近したときの指先までの距離を計測することができる。

[0074]また、各送信電極に対して交流電流をスキャン入力することにより、交流電流を送信した送信電極と交流電流を受信した受信電極との位置関係により入力位置を検出することができる。入力位置を検出した送信電極と受信電極の交差点を追跡していくことにより、接近している物体の輪郭を計測することができる。すなわち、非接触のユーザ入力装置は、単にユーザの指先などの物体が近づいたということを検知するだけでなく、物体の形状を認識することができる。また、２以上のユーザが同時に非接触ユーザ入力装置にアクセスしようとしても、各人の指先を分離して認識することも可能である。

[図面の簡単な説明]
[図１]本発明の一実施形態に係る非接触型ユーザ入力装置１の基本構成を模式的に示した図である。
[図２]送信電極１１と受信電極１５間のある１つの交差点を拡大して示した図である。
[図３]送信電極１１と受信電極１５間のある１つの交＊

12

＊差点の等価回路を示した図である。
[図４]送信電極１１と受信電極１５間のある１つの交差点にユーザの指先が接近している様子を示した図である。
[図５]送信電極１１と受信電極１５間のある１つの交差点にユーザの指先が接近したときの送信電極１１と受信電極１５との交差点の等価回路を示した図である。
[図６]非接触ユーザ入力装置１の変形例を説明するための図である。
[図７]非接触ユーザ入力装置１の変形例を説明するための図である。
[図８]非接触ユーザ入力装置１の変形例を説明するための図である。
[図９]導電性ポリマーによる発光素子すなわち有機ＬＥＤからなる表示装置と一体的に構成された非接触ユーザ入力装置１の断面構成を示した図である。
[符号の説明]
１…非接触ユーザ入力装置
１１…送信電極
１２…送信器
１５…受信電極
１６…ＡＭ変調器
１６Ａ…バンド・パス・フィルタ、１６Ｂ…増幅器
１６Ｃ…検波器、　１６Ｄ…Ａ／Ｄ変換器
２０…プロセッサ

[図１]



APLNDC00026739

JP,2002-342033,A   ⊙ STANDARD ○ ZOOM-UP ROTATION [No Rotation ▾] ☐ REVERSAL   RELOAD

PREVIOUS PAGE | NEXT PAGE | DETAIL

APLNDC00026740

(8)                    特開２００２－３４２０３３



APLNDC00026741

JP,2002-342033,A  ⦿ STANDARD  ○ ZOOM-UP  ROTATION No Rotation ▾  □ REVERSAL  RELOAD

PREVIOUS PAGE  │  NEXT PAGE  │  DETAIL

APLNDC00026742

(9) 特開２００２−３４２０３３

【図８】



【図９】



APLNDC00026743

JP,2002-342033,A   ⦿ STANDARD  ◯ ZOOM-UP  ROTATION  No Rotation  ☐ REVERSAL   RELOAD

PREVIOUS PAGE    |    NEXT PAGE    |    DETAIL

APLNDC00026744

JP 2002-342033 A5 2004.8.26

【公報種別】特許法第１７条の２の規定による補正の掲載
【部門区分】第６部門第３区分
【発行日】平成16年8月26日 (2004.8.26)

【公開番号】特開2002-342033 (P2002-342033A)
【公開日】平成14年11月29日 (2002.11.29)
【出願番号】特願2001-151499 (P2001-151499)
【国際特許分類第7版】
　　　G０６F　　3/033
【FI】
　　　G０６F　　3/033　　360D

【手続補正書】
【提出日】平成15年8月14日 (2003.8.14)
【手続補正1】
【補正対象書類名】明細書
【補正対象項目名】発明の名称
【補正方法】変更
【補正の内容】
【発明の名称】ユーザ入力装置
【手続補正2】
【補正対象書類名】明細書
【補正対象項目名】特許請求の範囲
【補正方法】変更
【補正の内容】
【特許請求の範囲】
【請求項1】
情報処理装置に対するユーザからのデータ又はコマンドの入力を受容するユーザ入力装置
であって、
ユーザが人体などの誘電性の物体を使って入力操作を行なうユーザ入力手段と、
前記ユーザ入力手段に対する前記入力操作について、誘電性の物体の接触又は近接位置と
、該誘電性の物体の接触又は近接状態での他の状態とを入力として検出する検出手段と、
を備え、
前記他の状態は前記ユーザ入力装置に対して入力操作する1以上の誘電性の物体の形状又
は輪郭を含む、
ことを特徴とするユーザ入力装置。
【請求項2】
前記ユーザ入力手段は、誘電性の物体の近接又は接触によって変化する静電容量を有し、
前記検出手段は、前記静電容量の変化に基づき前記入力操作を検出する、
ことを特徴とする請求項1に記載のユーザ入力装置。
【請求項3】
前記ユーザ入力手段は、
複数の送信電極と、
前記の各送信電極に交流電流を供給する発信器と、
前記の各送信電極と接触しないように配置された複数の受信電極と、
前記の各受信電極を流れる交流電流を受信する受信器とを備え、
前記静電容量は、前記送信電極と前記受信電極との交差点に形成される、
ことを特徴とする請求項2に記載のユーザ入力装置。
【請求項4】
前記ユーザ入力手段では、複数の前記交差点の静電容量変化に基づき得られる検出値が枕

APLNDC00026745

JP,2002-342033,A   ⦿ STANDARD  ○ ZOOM-UP  ROTATION  No Rotation ▾  □ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE   |   DETAIL

APLNDC00026746

(2)                    JP 2002-342033 A5 2004.8.26

合される、
ことを特徴とする請求項3に記載のユーザ入力装置。
【請求項5】
前記の複数の送信電極には、前記発信器から前記交流電流が時分割で供給される、
ことを特徴とする請求項3に記載のユーザ入力装置。
【請求項6】
前記ユーザ入力手段では、前記受信器で受信される前記交流電流の強度変化に基づき、前記静電容量の変化が検出される、
ことを特徴とする請求項3に記載のユーザ入力装置。
【請求項7】
前記ユーザ入力手段に対する入力操作は、前記情報処理装置で動作するアプリケーション・プログラムに対するデータ入力又はコマンド入力に関するものである、
ことを特徴とする請求項1に記載のユーザ入力装置。
【請求項8】
情報処理装置に対するユーザからのデータ又はコマンドなどの入力を受容するユーザ入力装置であって、
ユーザが人体などの誘電性の物体を使って入力操作を行なうユーザ入力手段と、
前記ユーザ入力手段に対する前記入力操作は、誘電性の物体の接触又は近接位置と、前記ユーザ入力装置に該誘電性の物体がどの程度接近乃至接触しているかを入力として検出する検出手段と、
を具備することを特徴とするユーザ入力装置。
【請求項9】
情報処理装置に対するユーザからのデータ又はコマンドの入力を受容するユーザ入力装置であって、
ユーザが人体などの誘電性の物体を使って入力操作を行なうユーザ入力手段と、
前記ユーザ入力手段に対する前記入力操作について、誘電性の物体の接触又は近接位置と、該誘電性の物体の接触又は近接状態での他の状態とを入力として検出する検出手段と、
を備え、
前記検出手段は、複数の誘電性の物体それぞれについて、接触又は近接の位置と他の状態とを独立に検出する、
ことを特徴とするユーザ入力装置。
【請求項10】
前記検出手段は、接触又は近接位置の統合処理を通じて、複数の誘電性の物体を区別する、
ことを特徴とする請求項13に記載のユーザ入力装置。
【手続補正3】
【補正対象書類名】明細書
【補正対象項目名】0054
【補正方法】変更
【補正の内容】
【0054】
したがって、人体と電極との複数の交差点からの値を統合することで、各交差点の中間にある手の位置を計測することができる。すなわち、本実施形態に係る非接触ユーザ入力装置1の位置計測の精度は、各電極間の交差点の間隔よりも細かくすることができる。

APLNDC00026747

JP,2002-342033,A   ⊙ STANDARD   ○ ZOOM-UP   ROTATION No Rotation ▾   □ REVERSAL   RELOAD

PREVIOUS PAGE   |   NEXT PAGE   |   DETAIL |

APLNDC00026748

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :  **2000-112642**

(43)Date of publication of application : **21.04.2000**

(51)Int.Cl.                                        G06F  3/03
                                                   G06F  3/033

(21)Application number : **10-279026**          (71)Applicant : **DIGITAL ELECTRONICS CORP**

(22)Date of filing :        **30.09.1998**      (72)Inventor :  **MIYAHARA HIDEKI**

## (54) TOUCH PANEL

(57)Abstract:

PROBLEM TO BE SOLVED: To detect a multipoint indication by detecting lengthwise indication coordinates of a beltlike resistance layer applied with a voltage from the ratio of the applied voltage value and a detected voltage value.

SOLUTION: When one point on a sheet is pressed and indicated, a beltlike resistance layer 26 of a 1st electrode part 28a and a beltlike resistance layer 26 of a 2nd electrode part 28b come into contact with each other at the intersection part between the both. In the detection area based upon the beltlike resistance layer 26 as a detection unit, a voltage is applied to the beltlike resistance layer 26 of the electrode part 28a and while the application line of the voltage is changed, the line number to the beltlike resistance layer 26 where the voltage of the electrode part 28b is outputted is detected. Consequently, the coordinate position based upon the detection area as a unit is calculated from the line number of the beltlike resistance layer 26 applied with the voltage and the arrangement position of the line number of the beltlike resistance layer 26 where the voltage is detected. A rough coordinate position is detected by a matrix system based upon the detection area as a unit and the accurate coordinate position is calculated by an analog system which divides a reference voltage.



APLNDC00026749

(19)日本国特許庁（ＪＰ）　　　(12) 公 開 特 許 公 報 (A)　　　(11)特許出願公開番号

特開2000－112642

（P2000－112642A）

(43)公開日　平成12年4月21日(2000.4.21)

| (51)Int.Cl.⁷ | 識別記号 | | FI | | | テーマコード(参考) |
|---|---|---|---|---|---|---|
| G06F | 3/03 | 320 | G06F | 3/03 | 320G | 5B068 |
| | 3/033 | 360 | | 3/033 | 360H | 5B087 |

審査請求　未請求　請求項の数5　OL　（全 7 頁）

| | |
|---|---|
| (21)出願番号　特願平10－279026 | (71)出願人　000134109 |
| | 　　　株式会社デジタル |
| (22)出願日　平成10年9月30日(1998.9.30) | 　　　大阪府大阪市住之江区南港東8丁目2番52号 |
| | (72)発明者　菅原　秀規 |
| | 　　　大阪市住之江区南港東8－2－52　株式会社デジタル内 |
| | (74)代理人　100091616 |
| | 　　　弁理士　鷲田　竜行 |
| | Ｆターム(参考)　5B068　AA04 BB06 BC16 BB03 BE06 |
| | 　　　　　　　CC12 |
| | 　　　5B087　AA02 AA09 CC26 CC37 CC41 |

(54)【発明の名称】　タッチパネル

(57)【要約】

【課題】　アナログ式のタッチパネルと同等の高分解能を維持しながら、アナログ方式では行えなかった複数点指示時における同時検出を可能とする。

【解決手段】　従来のデジタル式タッチパネルと同様に、帯状電極でその範囲が規定される検知エリアを単位としたマトリックス方式で概略的な座標位置を判定する一方、正確な座標位置は基準電圧の分圧によるアナログ方式で演算により算出する。



APLNDC00026750

(2)　　　　　　特開２０００－１１２６４２

1

[特許請求の範囲]
【請求項１】　複数の帯状抵抗層をその短辺方向に並列
させて構成する第１電極部と、
複数の帯状抵抗層をその短辺方向に並列させて構成する
とともに、その帯状抵抗層を第１電極部側の帯状抵抗層
と直行する方向で且つ微小間隙を設け、更に押圧時に対
向する帯状抵抗層が互いに接触に配設した第２電極
部と、
上記した第１および第２電極部を構成する各帯状抵抗層
に対し、長手方向の両端に個別に設定電圧を印加可能と
する電源部と、
該電源部による電圧印加がされている帯状抵抗層が属す
る電極部とは異なる側の電極部に属する帯状抵抗層を介
して取り出される電圧値を検出可能とする検知部とを備
えたタッチパネル。
【請求項２】　上記した検知部は、印加された電圧値と
検出された電圧値の比率から、電圧印加された帯状抵
抗層における長手方向の指示座標を検出可能とすること
を特徴とする請求項１記載のタッチパネル。
【請求項３】　上記した電源部による電圧の印加動作
は、全ての帯状抵抗層に対して同時的に行われる請求項
２記載のタッチパネル。
【請求項４】　上記した電源部における電圧印加に先だ
って、第１および第２電極部間の接触位置に属する帯状
抵抗層を特定したのち、その特定された帯状抵抗層に対
しての み電源部から電圧印加がなされる請求項２記載の
タッチパネル。
【請求項５】　上記した接触位置に属する帯状抵抗層の
特定は、
一方の電極部に属する全ての帯状抵抗層に対して単位電
圧を順次に印加するスキャン動作をする一方、
他方の電極部に属する帯状抵抗層から出力される電圧の
有無を検出することにより行われる請求項４記載のタッ
チパネル。
【発明の詳細な説明】
【０００１】
【発明の属する技術分野】この発明はタッチパネルの改
良に関する。
【０００２】
【従来の技術】現在一般的に使用されているタッチパネ
ルには、アナログ式とデジタル式とがある。ここでアナ
ログ式のタッチパネルは、２枚の抵抗膜からなる上シー
トと下シートを間隔して備え、指示座標位置で一方の抵
抗膜に印加された基準電圧を他方の抵抗膜で分圧するこ
とにより、検出電圧値の大小からＸ軸およびＹ軸方向の
座標位置を検出する構成をとるものが一般的である。
【０００３】一方、デジタル式のタッチパネルは、前記
したアナログ式のタッチパネルにおける上下シートを、
互いに微方向に並列する多数の短冊状の導電体で構成す
るとともに、上下シート間で互いに導電体を直行させ、

2

一方のシートを構成する導電体に対して順次に電圧を印
加しながら、他方のシートを構成する導電体に出力され
る電圧の有無を検知することによって、検出位置の導電
体から、導電体を単位とした指示座標を判定することが
行われている。
【０００４】
【発明が解決しようとする課題】しかしながら、上記の
ようなアナログ式のタッチパネルはその原理上、１点のみ
しか座標指示を認識できないばかりか、同時期に２点以
上が押圧指示されるとそれらの中間点を入力座標位置と
誤認する不都合があった。
【０００５】一方、デジタル式のタッチパネルは複数点
を同時に指示した場合にあっても、それぞれの座標を区
別して判別できる反面、座標位置の指示精度を上昇させ
ようとすると、上下シートを構成する座標検出用に備え
る導電体の幅を細かさせる必要があり、実現できる解像
度に限界がある。
【０００６】本発明は上記したアナログ式およびデジタ
ル式のタッチパネルが固有に有する不都合を一挙に解消
するものであって、アナログ式のタッチパネルと同等の
高分解能を維持しながら、アナログ方式では行えなかっ
た複数点指示の検出を可能とするタッチパネルを提供す
ることを目的とする。
【０００７】
【課題を解決するための手段】本発明にかかるタッチパ
ネル１０は、図１および図２にその全体的な構成を示す
ごとく、複数の帯状抵抗層２６をその短辺方向に並列に
備えて構成した第１電極部２８と、複数の帯状抵抗層
２６をその短辺方向に並列に備えて構成するとともに、
その帯状抵抗層２６を第１電極部２８ａ側の帯状抵抗層
２６と直行する方向で且つ微小間隙２４を設けることに
より、押圧時に、対向する帯状抵抗層２６・２６が互い
に接触に配設した第２電極部２８ｂと、上記した第
１および第２電極部２８ａ・２８ｂを構成する帯状抵
抗層２６に対し、長手方向の両端に個別に設定電圧を印
加可能とする電源部３２と、その電源部３２による電圧
印加がされている帯状抵抗層２６が属する電極部とは異
なる側の電極部に属する帯状抵抗層２６を介して取り出
される電圧値を検出可能とする検知部３４とを備えてい
る。
【０００８】上記した検知部３４は、印加された電圧値
と検出された電圧値との比率から、電圧印加された帯状
抵抗層２６における長手方向の指示座標を検出すること
を特徴とする。
【０００９】上記した電源部３２による電圧の印加動作
は、全ての帯状抵抗層２６に対して同時的に行うことが
可能である。また、上記した電源部３２における電圧印
加に先だって、第１および第２電極部２８ａ・２８ｂ間
の接触位置に属する帯状抵抗層２６を特定したのち、そ
の特定された帯状抵抗層２６に対してのみ電源部３２か

3

ら電圧印加がなされる様に構成してもよい。

【００１０】前記した接触位置に属する帯状抵抗層２６の特定は、図６の様に、一方の電極部に属する全ての帯状抵抗層２６に対して単位電圧を順次に印加するスキャン動作をする一方、他方の電極部に属する帯状抵抗層２６から出力される電圧の有無を検出することにより行える。

【００１１】

【発明の効果】本発明は上記の如く、デジタルタッチパネルと略同様に、検知エリア３０を単位としたマトリックス方式で機械的な座標位置を判定する一方、正確な座標位置は基準電圧の分圧によるアナログ方式で演算により算出することにより、アナログ式のタッチパネルと同等の高分解能を維持しながら、アナログ方式では行えなかった複数点指示の同時検出を可能とする。

【００１２】

【発明の実施の形態】以下図１に例示する様に、本発明にかかるタッチパネルをデータ入力手段として備えたパソコン装置に実施した一例に基づいて説明するがこれに限らず、ＰＬＣ用の表示装置の様なタッチパネルを備えたる種のデータ処理装置に対しても略同様に実施できることは勿論である。

【００１３】本発明にかかるタッチパネル１０は、液晶表示板の様なディスプレイ１２の表示画面１４上に密着して配設されるものであって、指先あるいは同様な指示手段を用いてタッチパネル１０上の任意座標位置を押圧指示すると、その押圧点に対応するＸＹ座標が後で詳述する座標検知回路１６により解析され、その解析結果に基づいたデータ処理動作がデータ処理回路１８により行われる。

【００１４】ここでタッチパネル１０は、表示画面１４と略同一形状の透明な２枚の帯板からなる上シート２０と下シート２２とを微少な間隔２４を設けて接近離開可能に配設するとともに、その対向面に図２のような帯状抵抗層２６を設けて電極部２８を形成したものである。

【００１５】電極部２８は、上シート２０に形成される第１電極部２８ａと下シート２２に形成される第２電極部２８ｂとから構成され、更に各電極部２８ａ・２８ｂを構成する帯状抵抗層２６には、従来のアナログ式タッチパネル１０において電極として使用される。例えばＩＴＯのように透光性を有するとともに所定の抵抗値を有する材料が選択使用される。

【００１６】帯状抵抗層２６は、タッチパネル１０として必要とする解像度に対応して設定した細幅状のものを、その短辺方向に微小間隔を設けて並列させ、上および下シート２０・２２の対向面における全面を覆ったものである。更に、第１および第２電極部２８ａ・２８ｂを構成する帯状抵抗層２６を、互いに直交させて配設することにより、上シート２０上の任意の一点を押し

4

て上シート２０と下シート２２を接触させると、両シート２０・２２間が接触位置の帯状抵抗層２６を介して電気的に接続される様に構成している。

【００１７】本実施例にあっては、図２および図３（ａ）の様に、第１電極部２８ａを横方向に伸びるｍ本の抵抗層２６から構成する一方、第２電極部２８ｂを縦方向に伸びるｎ本の抵抗層２６で構成することにより、第１および第２電極部２８ａ・２８ｂ間にｍ×ｎ個の検知エリア３０がマトリックス状に形成される様にしている。

【００１８】ここで、上シート２０上の一点を押圧指示すると、第１電極部２８ａを構成する帯状抵抗層２６と、第２電極部２８ｂを構成する帯状抵抗層２６とが両者の交差部分で接触する。この縦ｍ本・横ｎ本の帯状抵抗層２６を検出単位とした検知エリア３０は、一方の電極部２８ａにおける帯状抵抗層２６に電圧を印加するとともに、電圧の印加ラインを変更しながら他方の電極部２８ｂにおける電圧が出力される帯状抵抗層２６のライン番号を検出することにより、電圧が印加された帯状抵抗層２６のライン番号の配設位置とから、検知エリア３０を単位とした座標位置が算出される。

【００１９】更に、図４（ａ）の様に、接触位置における第１電極部２８ａ側の帯状抵抗層２６ａに対して基準電圧Ｖｏを印加した状態で、第２電極部２８ｂ側における接触位置の帯状抵抗層２６から電圧を取り出すとその電圧値Ｖｘは、第１電極部２８ａの横方向に印加される基準電圧Ｖｏを第２電極部２８ｂの接触位置で分圧した値に一致する。そこで、基準電圧Ｖｏと検出電圧Ｖｘの分圧比と第１電極部２８ａを構成する帯状抵抗層２６ａの長さから、例えば上シート２０・２２の左上隅を座標原点としたＸ軸方向の正確な座標が、電圧の検出精度で判定される精度で演算より求まる。

【００２０】Ｙ軸方向の座標については、上記した場合とは逆に図４（ｂ）の様に第２電極部２８ｂ側の帯状抵抗層２６ｂに対して基準電圧Ｖｏを印加する一方、第１電極部２８ａ側から検知電圧Ｖｙを取り出すことにより、例えば上シート２０・２２の左上隅を原点としたＹ軸方向の座標が演算により求まる。

【００２１】そこで本発明における座標検知回路１６にあっては、図２の様に電源端子３２を両電極部２８ａ・２６に対して上記のような手順で基準電圧Ｖｏを印加可能とする一方、検知部３４で接触位置の帯状抵抗層２６から電圧を取り出し可能としている。

【００２２】ここで電源端子３２と検知部３４とは、一方の電極部を構成する帯状抵抗層２６の両端に備えた常開のスイッチ群３６と、他方の電極部を構成する帯状抵抗層２６から出力される電圧値をデジタル変換するＡ／Ｄコンバータ３８とを１組とし、それをＸ座標の検出用とＹ座標の検出用とに各１組ずつ備え、制御部４０から

APLNDC00026752

(4)　　　　　　　特開２０００−１１２６４２

5　　　　　　　　　　　　　　　　　　　　　　　　6

出力される信号で両者を切り替え可能とする。

【００２３】すなわち、図５のステップＳＴ１でタッチパネル１０の座標検知動作を開始すると、ステップＳＴ２で所定の初期設定動作が行われたのち、ステップＳＴ３で設定時間が経過したことが判定されると、更にステップＳＴ４のＸ座標検出工程に入る。

【００２４】ここで、Ｘ軸方向の座標を検出しようとする場合、Ｘ座標検出用の電源部３２と検知部３４とを有効にするとともに、切替スイッチ４２を切り替えて基準電圧Ｖｏを電源部３２に印加する。

【００２５】更に、第１行目に配置された帯状抵抗層２６の両端に接続される２つのスイッチを同時にオンすると、切替スイッチ４２を介して出力された基準電圧は、第１行目の帯状抵抗層２６における両端に印加される。

【００２６】このとき、図３（ａ）の様に、１行目と１列目の帯状抵抗層２６から構成される検知エリア３０内の一点Ａを押圧指示しているものと仮定すると、図４（ａ）の様に、第１行目の帯状抵抗層２６の両端に印加された基準電圧Ｖｏは、第１列目の帯状抵抗層２６ｂとの接続位置で分圧されてＡ／Ｄコンバータ３８に入力される。

【００２７】すると制御部４０では、電圧が印加されている帯状抵抗層２６ａと電圧が検出された帯状抵抗層２６ｂとから検知エリア３０の座標である（１，１）を判定し、更に検出された電圧値Ｖｘと基準電圧値Ｖｏとの比率および帯状抵抗層２６ａの長さから、Ａ点における正確なＸ座標が算出される。

【００２８】更に、スイッチ群３６中におけるオンするスイッチとを順切替、基準電圧Ｖｏが印加される帯状抵抗層２６を第２行目、第３行目と１行ずつ変更しながら第ｍ行目まで前記したＸ軸方向の検知工程を繰り返したあと、ステップＳＴ５に示すＹ軸方向の座標検出工程に入る。

【００２９】この工程にあっては、検出に使用する電源部３２と検知部３４とを順切替にＹ座標検出用のものに切り替えるとともに、図４（ｂ）の様に、第２電源部２８ｂを構成する第１列目の帯状抵抗層２６ｂの両端に順次基準電圧Ｖｏを印加する。

【００３０】この際、指示位置である点Ａは、第１行目と第１列目の交点位置にある検知エリア３０内に位置するから、第１行目の帯状抵抗層２６ａを介して取り出された電圧は、第１列目の帯状抵抗層２６ｂの両端に印加された基準電圧Ｖｏを指示位置で分圧した値Ｖｙとなる。そこで基準電圧値Ｖｏと検出電圧値Ｖｙとの比率および列方向の帯状抵抗層２６ｂにおける長さから、指示位置のＹ軸方向の座標が演算により求めたあと、ステップＳＴ６から始まる検出座標の処理工程に移る。

【００３１】ステップＳＴ６では、先ず座標検出の有無を判定し、検出された座標が何ら認められない場合にあっては、ステップＳＴ３に戻って次の座標検出時期を待

つ。しかしながら、ステップＳＴ６で座標入力が確認された場合には、ステップＳＴ７に移って複数の座標が同時に検出されたか否かを判定する。

【００３２】ステップＳＴ７の判定で単一の座標のみが検出されたことが確認されると、ステップＳＴ８に移って検出された座標に対する単一座標処理を施したのち、ステップＳＴ３に戻る。

【００３３】ところで、同時に複数の座標が検出されるパターンとしては、図３（ｂ）の様に、離間した複数の点ＡおよびＢを意識的に同時期に押した場合と、検知エリア３０の境界位置を押したために、複数の検知エリア３０を対象とした座標検知が行われた場合とがある。

【００３４】そこで、ステップＳＴ９において座標の検知エリア３０を調べ、検知された座標の検知エリア３０が互いにＸ軸またはＹ軸方向に連続しているか否かを調べ、隣接していないことが判定されると複数の座標が同時に指示されたものと判定し、ステップＳＴ１１における複数座標処理を行う。

【００３５】しかしながら、ステップＳＴ９における判定で隣接した検知エリア３０であることが分かると、ステップＳＴ１０において検知された複数の座標における中心を検出座標とする座標の補正処理を施したあと、ステップＳＴ８に移って単一座標の処理動作を行うのである。

【００３６】なお、上記の様に押圧指示位置があるか否かに拘わらず全ての帯状抵抗層２６に対して基準電圧を周期的に印加するのではなく、例えばＸ座標検出用の電源部３２と検知部３４とを使用して指示が行われている検知エリア３０を判定したのち、判定された検知エリア３０がある場合にのみ、その検知エリア３０を構成する帯状抵抗層２６に基準電圧を印加して正確な座標を検出させることもできる。

【００３７】また図６に示す実施例の様に、検知エリア検出部４４を更に備え、その検出部４４を用いて指示位置が属する検知エリア３０を先ず特定してから、その特定された検知エリア３０を構成する帯状抵抗層２６に対してのみ基準電圧を印加して正確なＸＹ座標を検出することにより、座標検出に要する時間短縮を更に図ることも可能である。

【００３８】ここで検知エリア検出部４４は、従来のマトリック方式に構成したタッチパネルに使用されるものと略同様な構成であって、スキャンデータ出力回路４６から列方向の抵抗層２６に対して順次に基準電圧を印加していく一方、行方向の抵抗層２６にリターンデータ入力回路４８を備えて電圧が出力される抵抗層２６を同時に特定することによって、押圧指示された検知エリア３０を判別する。その後に行われる正確な座標位置を求める操作および座標検出が確認された後のデータ処理動作は、上記した実施形態と略同様である。その他、検知エリア３０を特定する時期あるいは方法は、何ら限

APLNDC00026753

(5)　　　　　　　　　　　　　特開２０００－１１２６４２

7　　　　　　　　　　　　　　　　　　8

定されるものでない。

【図面の簡単な説明】

【図１】本発明にかかるタッチパネルをパソコン装置に実施した一例を示すブロック図である。

【図２】本発明にかかるタッチパネルの詳細な構成を示すブロック図である。

【図３】タッチパネル上に構成した検知エリアの座標位置関係を例示する説明図である。

【図４】帯状抵抗層を用いて正確な座標位置を検出する手順を示す説明図である。

【図５】座標の検出手順を示す流れ図である。

【図６】他の実施例を示すブロック図である。

【符号の説明】

１０　タッチパネル

１２　ディスプレイ

１４　表示画面

１６　座標検知回路

＊１８　データ処理回路

２０　上シート

２２　下シート

２４　間隙

２６　帯状抵抗層

２８　電極部

３０　検知エリア

３２　電源部

３４　検知部

３６　スイッチ群

３８　Ａ／Ｄコンバータ

４０　制御部

４２　切替スイッチ

４４　検知エリア検出部

４６　スキャンデータ出力回路

４８　リターンデータ入力回路

＊

【図１】　　　　　　　　　　　【図２】



APLNDC00026754

(6)                    特開２０００－１１２６４２



APLNDC00026755

(7)                                特開２０００－１１２６４２

【図６】

APLNDC00026756

| *Index of Claims* | Application/Control No.<br><br>10840862 | Applicant(s)/Patent Under Reexamination<br><br>HOTELLING ET AL. |
|---|---|---|
| | Examiner<br><br>KIMNHUNG NGUYEN | Art Unit<br><br>2629 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | | | | | | | |
| | 1 | v | | | | | | | |
| | 2 | v | | | | | | | |
| | 3 | - | | | | | | | |
| | 4 | v | | | | | | | |
| | 5 | v | | | | | | | |
| | 6 | v | | | | | | | |
| | 7 | v | | | | | | | |
| | 8 | v | | | | | | | |
| | 9 | v | | | | | | | |
| | 10 | o | | | | | | | |
| | 11 | o | | | | | | | |
| | 12 | v | | | | | | | |
| | 13 | v | | | | | | | |
| | 14 | - | | | | | | | |
| | 15 | v | | | | | | | |
| | 16 | v | | | | | | | |
| | 17 | v | | | | | | | |
| | 18 | v | | | | | | | |
| | 19 | v | | | | | | | |
| | 20 | v | | | | | | | |
| | 21 | o | | | | | | | |
| | 22 | o | | | | | | | |
| | 23 | o | | | | | | | |
| | 24 | o | | | | | | | |
| | 25 | o | | | | | | | |
| | 26 | o | | | | | | | |
| | 27 | - | | | | | | | |
| | 28 | - | | | | | | | |
| | 29 | - | | | | | | | |
| | 30 | - | | | | | | | |
| | 31 | - | | | | | | | |
| | 32 | v | | | | | | | |
| | 33 | v | | | | | | | |
| | 34 | v | | | | | | | |
| | 35 | v | | | | | | | |
| | 36 | v | | | | | | | |

APLNDC00026757

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 10840862 | HOTELLING ET AL. |
| | **Examiner** | **Art Unit** |
| | KIMNHUNG NGUYEN | 2629 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☐ **Claims renumbered in the same order as presented by applicant** | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | | | | | | | |
| | 37 | v | | | | | | | |
| | 38 | v | | | | | | | |
| | 39 | v | | | | | | | |
| | 40 | v | | | | | | | |
| | 41 | v | | | | | | | |
| | 42 | v | | | | | | | |
| | 43 | v | | | | | | | |
| | 44 | v | | | | | | | |
| | 45 | v | | | | | | | |
| | 46 | v | | | | | | | |
| | 47 | v | | | | | | | |
| | 48 | v | | | | | | | |
| | 49 | v | | | | | | | |
| | 50 | v | | | | | | | |

APLNDC00026758

| *Notice of References Cited* | Application/Control No. 10/840,862 | Applicant(s)/Patent Under Reexamination HOTELLING ET AL. | |
| --- | --- | --- | --- |
| | Examiner KIMNHUNG NGUYEN | Art Unit 2629 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
| --- | --- | --- | --- | --- | --- |
| * | A | US-2002/0015024 | 02-2002 | Westerman et al. | 345/173 |
| * | B | US-2003/0234770 | 12-2003 | MacKey, Bob Lee | 345/173 |
| * | C | US-2005/0007349 | 01-2005 | Vakil et al. | 345/173 |
| * | D | US-2004/0227736 | 11-2004 | Kamrath et al. | 345/173 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
| --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
| --- | --- | --- |
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                     **Notice of References Cited**                     Part of Paper No. 20081220

APLNDC00026759



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

69753      7590      12/24/2008
APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| NGUYEN, KIMNHUNG T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/24/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00026760

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/840,862 | HOTELLING ET AL. |
| | Examiner | Art Unit | |
| | KIMNHUNG NGUYEN | 2629 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>14 August 2008</u>.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1,2,4-13,15-26 and 32-50</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1,2,4-9,12,13,15-20 and 32-50</u> is/are rejected.

7)☒ Claim(s) <u>10,11 and 21-26</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>12/19/08</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

APLNDC00026761

Application/Control Number: 10/840,862                                Page 2
Art Unit: 2629

## DETAILED ACTION

1       This application has been examined.  The claims 1, 2, 4-13, 15-26 and 32-50 are pending.

The examination results are as following.

### *Claim Objections*

2.      Claims 4-6 are objected to because of the following informalities:  Claims 4-6 depend on

claim 3, but claim 3 was canceled.  Appropriate correction is required.

### *Claim Rejections - 35 USC § 102*

3.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed
> in the United States before the invention by the applicant for patent or (2) a patent granted on an application for
> patent by another filed in the United States before the invention by the applicant for patent, except that an
> international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this
> subsection of an application filed in the United States if the international application designated the United
> States and was published under Article 21(2) of such treaty in the English language.

4.      Claims 1, 2, 7-9, 12, 13, 33-37, 39, 41-45 and 47-50 are rejected under 35 U.S.C. 102(e)

as being anticipated by Vakil et al (US 2005/0007349).

        As to claim 1, Vakil et al. disclose in fig. 1, a touch panel having a transparent capacitive

sensing medium configured to detect multiple touches or near touches that occur at a same time

and at distinct locations in a plane of the touch panel and to produce distinct signals

representative of a location of the touches on the plane of the touch panel for each of the multiple

touches (see [0012]); wherein the transparent capacitive sensing medium comprises a transparent

electrode layer (102, 104), the electrode layer including a plurality of electrically isolated

electrodes and electrode traces formed from a transparent conductive material, each of the

electrodes being placed at different locations in the plane of the touch panel (see [0016], each of

APLNDC00026762

Application/Control Number: 10/840,862                                          Page 3
Art Unit: 2629

the electrodes having an individual trace for operatively coupling to capacitive monitoring

circuitry(see conductor traces connected to control circuit (see [0017]).

Claim 7, Vakil et al. disclose in fig. 1, a touch panel comprising a transparent capacitive

sensing medium configured to detect multiple touches or near touches that occur at a same time

and at distinct locations in a plane of the touch panel and to produce distinct signals

representative of a location of the touches on the plane of the touch panel for each of the multiple

touches, wherein the transparent capacitive sensing medium comprises: a first layer (102)having

a plurality of transparent conductive lines that are electrically isolate from one another; and a

second layer (104) spatially separated from the first layer and having a plurality of transparent:

conductive lines that are electrically isolated from one another (see [0016,0017]), the second

conductive lines being positioned transverse to the first conductive lines, the intersection of

transverse lines being positioned at different locations in the plane of the touch panel, each of the

conductive lines being operatively coupled to capacitive monitoring circuitry (see [0016,0017].

As to claim 8, Vakil et al. disclose further wherein the conductive line:
on each of the layers are substantially parallel to one another (see fig. 1).

As to claim 9, Vakil et al. disclose further touch panel as recited in claim 8 wherein the

conductive line: on different layers are substantially perpendicular to one another.

As to claim 12, Vakil et al. disclose further, wherein the conductive lines are formed from

indium tin oxide (ITO) (see[0017])

As to claim 13, Vakil et al. disclose in fig. 1, a display arrangement comprising: a display

having a screen for displaying a graphical user interface (fig. 2) ; and a transparent touch panel

Application/Control Number: 10/840,862                                    Page 4
Art Unit: 2629

(104, fig. 1) allowing the screen to be viewed there through and capable of recognizing multiple

touch events that occur at different locations on the touch panel (see buttons locations, see

[0022]at a same time and to output this information to a host device (210, fig. 2); wherein the

touch panel includes a multipoint sensing arrangement configured to simultaneously detect and

monitor the touch events and a magnitude of those touch events at distinct points across the

touch panel.

As to claim 33, Vakil et al. disclose further, the transparent capacitive

sensing medium formed on a single side of a substrate (see [0016])

As to claim 34, Vakil et al. disclose further, the transparent capacitive

sensing medium formed on a transparent substrate ([see [0016]).

As to claim claim 35, Vakil et al. disclose further, wherein the transparent

substrate (102) is formed from glass (see opaque molded polymer housing (see [0021]).

As to claim 36, Vakil et al. disclose further, wherein the capacitive sensing medium is a

mutual capacitance sensing medium (see [0016]).

As to claim 37, Vakil et al. disclose further, the transparent capacitive sensing medium

formed on both sides of a single substrate (see [0016]).

Claim 39 is rejected as the same as claim 1.

Claims 41-45, 47-50 are rejected as the same as claims 33-37.

### *Claim Rejections - 35 USC § 103*

5.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person

APLNDC00026764

Application/Control Number: 10/840,862                                      Page 5
Art Unit: 2629

> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

6.      Claims 2, 4-6, 15-20, 32, 38, 40 and 46 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Vakil et al. (US 2005/0007349) in view of Westerman et al. (US

2002/0015024).

As to claims 2, 15-20, 32, 38, 40 and 46, Vakil et al. do not disclose the capacitive sensing

nodes are based on self capacitance, and a virtual ground charge amplifier coupled to the touch

panel for detecting the touches on the touch panel. Westerman et al. disclose in fig. 2, a touch

panel comprising a capacitive sensing node (48) and an amplifier (35) coupled to the touch panel

for detecting the touches on the touch panel (see 0123).

It would have been obvious to one of ordinary skill in the art at the time the invention

was made to implement the comprising a capacitive sensing node and an amplifier coupled to the

touch panel for detecting the touches on the touch panel as taught by Westerman et al. into the

touch system of Vakil et al. for producing the claimed invention because this would provide the

suggested speed up in sensor array scanning (see [0123]).

As to claim 4, Vakil et al. disclose further including one or more integrated circuits for

monitoring the capacitance at each of the electrodes, the integrated circuits being operatively

coupled to the electrodes via the traces (see [0017]).

As to claim 5, Vakil et al. disclose further wherein the electrodes are placed in rows and

columns (see fig. 1).

As to claim 6, Vakil et al. disclose further wherein the electrodes and traces are formed

from indium tin oxide (ITO) (see [0017]).

APLNDC00026765

Application/Control Number: 10/840,862                                     Page 6
Art Unit: 2629

### *Allowable Subject Matter*

7.      Claims 10, 11, 21- 26 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

The following is a statement of reasons for the indication of allowable subject matter: None of the cited art teaches or suggests that wherein the transparent conductive lines of the first layer are disposed on a first glass member, and wherein the transparent conductive lines of the second layer are disposed on a second glass member, the firs glass member being disposed over the second glass member  as claim 10; or the sensing lines being configured to traverse across the driving lines in order to form a capacitive sensing node, the driving lines being connected to a voltage source and the sensing lines being connected to a capacitive sensing circuit, the voltage source driving a current through one driving line at a time and because of capacitive coupling, the current is carried through to the sensing lines at each of the capacitive sensing nodes as claim 21; or wherein the capacitive sensing nodes are coupled to a capacitive sensing circuit, and wherein the capacitive sensing circuit monitors changes in capacitance that occurs at each of the capacitive sensing nodes, the position where changes occur and the magnitude of those changes being used to help recognize the multiple touch events as claims 22; or a glass member disposed over the screen of the display; a transparent conductive layer disposed over the glass member, the conductive layer including a pixilated array of electrically isolated electrodes; a transparent cover sheet disposed over the electrode layer; and one or more sensor integrated circuits operatively coupled to the electrodes as claim 24.

Application/Control Number: 10/840,862                                    Page 7
Art Unit: 2629

### Response to Arguments

8.      Applicant's arguments with respect to claims 1-2, 4-13, 15-26 and 32-50 filed 8/14/08

have been considered but are moot in view of the new ground(s) of rejection.

### Correspondence

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to KIMNHUNG NGUYEN whose telephone number is (571)272-

7698.  The examiner can normally be reached on MON-FRI, FROM 8:30 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Richard Hjerpe can be reached on (571) 272-7691.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Kimnhung  Nguyen/
Examiner, Art Unit 2629
/Richard  Hjerpe/

Supervisory Patent Examiner, Art Unit 2629

APLNDC00026767

Application/Control Number: 10/840,862                                    Page 8
Art Unit: 2629

APLNDC00026768

| **Application Number** | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/840,862 | HOTELLING ET AL. |
| | **Examiner** | **Art Unit** | |
| | KIMNHUNG NGUYEN | 2629 | |

APLNDC00026769

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|-----------|
| S1 | 12 | (("20020015024") or ("3662105") or ("3798370") or ("5825351") or ("6188391") or ("6323846") or ("6570557") or ("6593916") or ("6650319") or ("6677932") or ("6856259") or ("6888536")).PN. | US-PGPUB; USPAT | OR | OFF | 2008/05/09 17:09 |
| S2 | 281 | (touch panel) and (transparent capacitive) and (multiple touches) and traces and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:38 |
| S3 | 141 | S2 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:39 |
| S4 | 2 | (("5854625") or ("5872561")).PN. | USPAT | OR | OFF | 2008/05/09 17:47 |
| S5 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/13 18:46 |
| S6 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/19 15:01 |
| S7 | 455 | ((touch screen) or (touch panel)) and (transparent capacitance capacitive) and traces and 345/173 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S8 | 381 | S7 and (multiple touches) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S9 | 186 | S8 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:13 |

APLNDC00026770

| S10 | 1 | S9 and (transparent adj electrode adj layer) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:30 |
| S11 | 78 | S9 and electrode | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:31 |

12/20/08 6:52:53 PM
C:\ Documents and Settings\ KNguyen10\ My Documents\ EAST\ Workspaces\ 10840862.wsp

APLNDC00026771

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/840,862 |
| | Filing Date | May 6, 2004 |
| | First Named Inventor | Steve P. HOTELLING |
| | Art Unit | 2629 |
| | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 106842009000 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-4,914,624 | 04-03-1990 | Dunthorn et al. | |
| | 2. | US-5,589,856 | 12-31-1996 | Stein et al. | |
| | 3. | US-2005/0146511 | 07-07-2005 | Hill et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 4. | JP-59-214941 | 12-04-1984 | Toshiba Corp | with English abstract | |
| | 5. | JP-60-211529 | 10-23-1985 | AMP Inc. | with English abstract | |
| | 6. | JP-08-016307 | 01-19-1996 | Pentel KK | with English abstract | |
| | 7. | JP-2000-112642 | 04-21-2000 | Digital Electronics Corp | with Engllish abstract | |
| | 8. | JP-2002-342033 | 11-29-2002 | Sony Corp | with English abstract | |
| | 9. | JP-2003-029899 | 01-31-2003 | Sony Corp | with English abstract | |
| | 10. | EP-0 156 593 | 10-02-1985 | AMP Incorporated | | √ |
| | 11. | EP-0 250 931 | 01-07-1988 | International Business Machines Corp | | √ |

| Examiner Signature | /Kimnhung Nguyen/ | Date Considered | 12/20/2008 |
|---|---|---|---|

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 12. | International search report for International Application No. PCT/US2005/014364 mailed January 12, 2005 | √ |

| Examiner Signature | /Kimnhung Nguyen/ | Date Considered | 12/20/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

APLNDC00026772



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

69753      7590      02/04/2009
APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| NGUYEN, KIMNHUNG T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/04/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

APLNDC00026773

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 10/840,862 | HOTELLING ET AL. |
| | Examiner | Art Unit | |
| | KIMNHUNG NGUYEN | 2629 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _KIMNHUNG NGUYEN_.  (3) _____.

(2) _MR.  ALEX CHARTOVE_.  (4) _____.

Date of Interview: _30 January 2009_.

Type:  a)☐ Telephonic   b)☐ Video Conference
     c)☒ Personal [copy given to:  1)☐ applicant   2)☒ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
    If Yes, brief description: _____.

Claim(s) discussed: _1,7,13_.

Identification of prior art discussed: _2005/0007349 (Vakil et al.)_.

Agreement with respect to the claims f)☒ was reached.   g)☐ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Discussed that the claimed invetion overcome the prior art of Vakil et al._.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /Kimnhung Nguyen/<br>Examiner, Art Unit 2629 | 1/30/09 | |

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)  **Interview Summary**  Paper No. 20090130

APLNDC00026774

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

APLNDC00026775

| **Application Number** | **Application/Control No.** | **Applicant(s)/Patent under Reexamination** | |
|---|---|---|---|
| | 10/840,862 | HOTELLING ET AL. | |
| | **Examiner** | **Art Unit** | |
| | KIMNHUNG NGUYEN | 2629 | |

Part of Paper No.  20090130

APLNDC00026776

Application No.: 10/840,862                     12                     Docket No.: 106842009000
                                                                        P3266US1

## **REMARKS**

Claims 4-7 and 13 have been amended.  Claims 3, 14 and 29 have been cancelled.
Claims 27, 28, 30 and 31 are withdrawn.  Claims 1, 2, 4-13, 15-26 and 32-50 remain in the
application.  Reexamination and reconsideration of the application, as amended, are respectfully
requested.

Applicants wish to thank the Examiner, Ms. K. T. Nguyen, for the courtesy of a personal
interview conducted with the undersigned attorney on January 30, 2009.  The arguments discussed
at the interview are summarized below.

Claims 4-6 have been amended to depend from claim 1 rather than cancelled claim 3.
Claim 7 has been amended to recite "wherein the capacitive monitoring circuitry is configured to
detect changes in charge coupling between the first conductive lines and the second conductive
lines."  This amendment was made for purposes of clarification, and not for reasons of patentability.
Support for amended claim 7 may be found, for example, in paragraph [0043] of the published
application.  Claim 13 has been amended to recite outputting touch event information "to form a
pixilated image," and to replace the phrase "magnitude of touch events" with the phrase "change in
capacitive coupling associated with touch events."  The new language "to form a pixilated image"
was inserted for purposes of clarification, and not for reasons of patentability.  Support for amended
claim 13 may be found, for example, in paragraphs [0044], [0091] and [0096] of the published
application.  No new matter has been added.

Claims 1, 2, 7-9, 12, 13, 33-37, 39, 41-45 and 47-50 were rejected under 35 U.S.C.
102(e) as being anticipated by Vakil (US 2005/0007349).  Claims 2, 4-6, 15-20, 32, 38, 40 and 46
were rejected under 35 U.S.C. 103(a) as being unpatentable over Vakil in view of Westerman (US
2002/0015024).

These rejections are respectfully traversed.  For reasons discussed at the interview and
briefly summarized below, the cited and applied references fail to disclose or suggest the
combination of elements defined by the claims.

va-263196

APLNDC00026777

Application No.: 10/840,862           13           Docket No.: 106842009000
                                                              P3266US1

For example, independent claims 1 and 39 are directed to a touch panel having a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at a same time and at distinct locations in a plane of the touch panel and to produce distinct signals representative of a location of the touches on the plane of the touch panel for each of the multiple touches. The transparent capacitive sensing medium comprises a transparent electrode layer. The electrode layer includes multiple electrically isolated electrodes and electrode traces formed from a transparent conductive material. Each of the electrodes is placed at different locations in the plane of the touch panel. Each of the electrodes has an individual trace for operatively coupling to capacitive monitoring circuitry.

As discussed and agreed upon at the interview, this combination of features is neither disclosed nor suggested by Vakil. Vakil is only designed to detect a single touch on the keypad of a mobile phone, for example, and cannot accurately detect multiple touches or produce distinct signals representative of those touches. Because pressure is required to short two overlapping pad segments together, Vakil is incapable of detecting near touches. Because all pad segments on any one layer are connected together via a single trace, Vakil fails to disclose electrodes having individual traces. Vakil discloses detecting a change in voltage to detect a touch, and therefore the pad segments in Vakil are not coupled to capacitive monitoring circuitry. Furthermore, Westerman does not make up for the deficiencies of Vakil.

As another example, independent claim 7 is directed to a touch panel comprising a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at a same time and at distinct locations in a plane of the touch panel and to produce distinct signals representative of a location of the touches on the plane of the touch panel for each of the multiple touches. The claimed transparent capacitive sensing medium comprises a first layer and a second layer. The first layer has multiple transparent first conductive lines that are electrically isolated from one another. The second layer is spatially separated from the first layer and has multiple transparent second conductive lines that are electrically isolated from one another. The second conductive lines are positioned transverse to the first conductive lines. The intersection of

APLNDC00026778

Application No.: 10/840,862                    14                    Docket No.: 106842009000
                                                                                          P3266US1

transverse lines is positioned at different locations in the plane of the touch panel. Each of the
second conductive lines is operatively coupled to capacitive monitoring circuitry.

As discussed and agreed upon at the interview, this combination of features is neither
disclosed nor suggested by Vakil. Vakil is only designed to detect a single touch on the keypad of a
mobile phone, for example, and cannot accurately detect multiple touches or produce distinct
signals representative of those touches. Because pressure is required to short two overlapping pad
segments together, Vakil is incapable of detecting near touches. The pad segments and connecting
traces on the two layers in Vakil run parallel to each other, not transverse to each other. Vakil
discloses detecting a change in voltage to detect a touch, and therefore the pad segments in Vakil
are not coupled to capacitive monitoring circuitry. Furthermore, Westerman does not make up for
the deficiencies of Vakil.

As another example, independent claim 13 is directed to a display arrangement
comprising a display and a transparent touch panel. The display has a screen for displaying a
graphical user interface. The transparent touch panel allows the screen to be viewed therethrough
and is capable of recognizing multiple touch events that occur at different locations on the touch
panel at a same time and to output this information to a host device. The touch panel includes a
multipoint sensing arrangement configured to simultaneously detect and monitor the touch events
and a change in capacitive coupling associated with those touch events at distinct points across the
touch panel.

As discussed and agreed upon at the interview, this combination of features is neither
disclosed nor suggested by Vakil. Vakil is only designed to detect a single touch on the keypad of a
mobile phone, for example, and cannot accurately recognize multiple touches. Vakil discloses
detecting a change in voltage to detect a touch, and does not detect changes in capacitive coupling.
Furthermore, Westerman does not make up for the deficiencies of Vakil.

Thus, for the reasons stated above, the rejections of claims 1, 7, 13 and 39 (and the
claims that depend from these claims) have been traversed.

va-263196

Application No.: 10/840,862                   15                   Docket No.: 106842009000
                                                                                P3266US1

In view of the above, each of the presently pending claims in this application is believed to be in immediate condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to issue. If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

In the event the U.S. Patent and Trademark Office determines that an extension and/or other relief is required, applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to Deposit Account No. 03-1952 referencing docket no. 106842009000.

Dated: February 20, 2009                    Respectfully submitted,

                                            By___/Alex Chartove/___
                                            Alex Chartove
                                                Registration No.: 31,942
                                            MORRISON & FOERSTER LLP
                                            1650 Tysons Boulevard, Suite 300
                                            McLean, Virgina  22102
                                            (703) 760-7744

va-263196

APLNDC00026780

## AMENDMENTS TO THE CLAIMS

Claim 1 (Previously presented):        A touch panel having a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at a same time and at distinct locations in a plane of the touch panel and to produce distinct signals representative of a location of the touches on the plane of the touch panel for each of the multiple touches;

wherein the transparent capacitive sensing medium comprises a transparent electrode layer, the electrode layer including a plurality of electrically isolated electrodes and electrode traces formed from a transparent conductive material, each of the electrodes being placed at different locations in the plane of the touch panel, each of the electrodes having an individual trace for operatively coupling to capacitive monitoring circuitry.

Claim 2 (original):     The touch panel as recited in claim 1 wherein the transparent sensing medium includes a pixilated array of transparent capacitance sensing nodes.

Claim 3 (canceled)

Claim 4 (Currently Amended): The touch panel as recited in claim ~~3~~ 1 further including one or more integrated circuits for monitoring the capacitance at each of the electrodes, the integrated circuits being operatively coupled to the electrodes via the traces.

Claim 5 (Currently Amended): The touch panel as recited in claim ~~3~~ 1 wherein the electrodes are placed in rows and columns.

Claim 6 (Currently Amended): The touch panel as recited in claim ~~3~~ 1 wherein the electrodes and traces are formed from indium tin oxide (ITO).

va-263196

APLNDC00026781

Application No.: 10/840,862                3                Docket No.: 106842009000
                                                                      P3266US1

Claim 7 (Currently Amended):        A touch panel comprising a transparent capacitive
sensing medium configured to detect multiple touches or near touches that occur at a same time
and at distinct locations in a plane of the touch panel and to produce distinct signals
representative of a location of the touches on the plane of the touch panel for each of the multiple
touches, wherein the transparent capacitive sensing medium comprises:

a first layer having a plurality of transparent first conductive lines that are electrically
isolated from one another; and

a second layer spatially separated from the first layer and having a plurality of transparent
second conductive lines that are electrically isolated from one another, the second conductive
lines being positioned transverse to the first conductive lines, the intersection of transverse lines
being positioned at different locations in the plane of the touch panel, each of the second
conductive lines being operatively coupled to capacitive monitoring circuitry;

wherein the capacitive monitoring circuitry is configured to detect changes in charge
coupling between the first conductive lines and the second conductive lines.

Claim 8 (original):    The touch panel as recited in claim 7 wherein the conductive lines
on each of the layers are substantially parallel to one another.

Claim 9 (original):    The touch panel as recited in claim 8 wherein the conductive lines
on different layers are substantially perpendicular to one another.

Claim 10 (original):    The touch panel as recited in claim 7 wherein the transparent
conductive lines of the first layer are disposed on a first glass member, and wherein the
transparent conductive lines of the second layer are disposed on a second glass member, the first
glass member being disposed over the second glass member.

va-263196

APLNDC00026782

Application No.: 10/840,862                    4                    Docket No.: 106842009000
P3266US1

Claim 11 (original):    The touch panel as recited in claim 10 further including a third glass member disposed over the first glass member, the first and second glass members being attached to one another via an adhesive layer, the third glass member being attached to the first glass member via another adhesive layer.

Claim 12 (original):    The touch panel as recited in claim 7 wherein the conductive lines are formed from indium tin oxide (ITO).

Claim 13 (Currently Amended): A display arrangement comprising:
a display having a screen for displaying a graphical user interface; and
a transparent touch panel allowing the screen to be viewed therethrough and capable of recognizing multiple touch events that occur at different locations on the touch panel at a same time and to output this information to a host device to form a pixilated image;
wherein the touch panel includes a multipoint sensing arrangement configured to simultaneously detect and monitor the touch events and a ~~magnitude of~~ change in capacitive coupling associated with those touch events at distinct points across the touch panel.

Claim 14 (canceled)

Claim 15 (Previously presented):    The display arrangement as recited in claim 13 wherein the multipoint sensing arrangement provides a plurality of transparent capacitive sensing nodes that work independent of one another and that represent different points on the touch screen.

Claim 16 (original):    The display arrangement as recited in claim 15 wherein the capacitive sensing nodes are formed with a transparent conductive medium.

Claim 17 (original):    The display arrangement as recited in claim 16 wherein the transparent conductive medium corresponds to indium tin oxide (ITO).

APLNDC00026783

Application No.: 10/840,862                    5                    Docket No.: 106842009000
                                                                                          P3266US1

Claim 18 (original):    The display arrangement as recited in claim 16 wherein the capacitive sensing nodes are based on self capacitance.

Claim 19 (original):    The display arrangement as recited in claim 18 wherein the transparent conductive medium is patterned into electrically isolated electrodes and traces, each electrode representing a different coordinate in the plane of the touch screen, and the traces connecting the electrodes to a capacitive sensing circuit.

Claim 20 (original):    The display arrangement as recited in claim 16 wherein the capacitive sensing nodes are based on mutual capacitance.

Claim 21 (original):    The display arrangement as recited in claim 18 wherein the transparent conductive medium is patterned into a group of spatially separated lines formed on two different layers, driving lines are formed on a first layer and sensing lines are formed on a second layer, the sensing lines being configured to traverse across the driving lines in order to form a capacitive sensing node, the driving lines being connected to a voltage source and the sensing lines being connected to a capacitive sensing circuit, the voltage source driving a current through one driving line at a time and because of capacitive coupling, the current is carried through to the sensing lines at each of the capacitive sensing nodes.

Claim 22 (original):    The display arrangement as recited in claim 16 wherein the capacitive sensing nodes are coupled to a capacitive sensing circuit, and wherein the capacitive sensing circuit monitors changes in capacitance that occurs at each of the capacitive sensing nodes, the position where changes occur and the magnitude of those changes being used to help recognize the multiple touch events.

va-263196

APLNDC00026784

Application No.: 10/840,862                    6                    Docket No.: 106842009000
                                                                              P3266US1

Claim 23 (original):    The display arrangement as recited in claim 22 wherein the capacitive sensing circuit comprises:

a multiplexer that receives signals from each of the capacitive sensing nodes at the same time, stores all the signals and sequentially releases the signals one at a time through an output channel;

an analog to digital converter operatively coupled to the MUX through the output channel, the analog to digital converter being configured to convert the incoming analog signals into outgoing digital signals;

a digital signal processor operatively coupled to the analog to digital converter, the DSP filtering noise events from the raw data, calculating the touch boundaries for each touch that occurs on the touch screen at the same time and thereafter determining the coordinates for each touch.

Claim 24 (original):    The display arrangement as recited in claim 13 wherein the touch panel comprises:

a glass member disposed over the screen of the display;

a transparent conductive layer disposed over the glass member, the conductive layer including a pixilated array of electrically isolated electrodes;

a transparent cover sheet disposed over the electrode layer; and

one or more sensor integrated circuits operatively coupled to the electrodes.

va-263196

APLNDC00026785

Claim 25 (original):    The display arrangement as recited in claim 13 wherein the touch panel comprises:

a first glass member disposed over the screen of the display;

a first transparent conductive layer disposed over the first glass member, the first transparent conductive layer comprising a plurality of spaced apart parallel lines having the same pitch and linewidths;

a second glass member disposed over the first transparent conductive layer;

a second transparent conductive layer disposed over the second glass member, the second transparent conductive layer comprising a plurality of spaced apart parallel lines having the same pitch and linewidths, the parallel lines of the second transparent conductive layer being substantially perpendicular to the parallel lines of the first transparent conductive layer;

a third glass member disposed over the second transparent conductive layer; and

one or more sensor integrated circuits operatively coupled to the lines.

Claim 26 (original):    The display arrangement as recited in claim 25 further including dummy features disposed in the space between the parallel lines, the dummy features optically improving the visual appearance of the touch screen by more closely matching the optical index of the lines.

Claim 27 (withdrawn):        A computer readable medium including at least computer code executable by a computer, the computer code comprising:

receiving multiple touches on the surface of a transparent touch screen at the same time;

separately recognizing each of the multiple touches; and

reporting touch data based on the recognized multiple touches.

va-263196

Application No.: 10/840,862                     8                     Docket No.: 106842009000
                                                                                        P3266US1

Claim 28 (withdrawn):        A computer system comprising:

a processor configured to execute instructions and to carry out operations associated with the computer system;

a display device that is operatively coupled to the processor;

a touch screen that is operatively coupled to the processor, the touch screen being a substantially transparent panel that is positioned in front of the display, the touch screen being configured to track multiple objects, which rest on, tap on or move across the touch screen at the same time, the touch screen including a capacitive sensing device that is divided into several independent and spatially distinct sensing points that are positioned throughout the plane of the touch screen, each sensing point being capable of generating a signal at the same time, the touch screen also including a sensing circuit that acquires data from the sensing device and that supplies the acquired data to the processor.

Claim 29 (canceled)

Claim 30 (withdrawn):        A digital signal processing method, comprising:

receiving raw data, the raw data including values for each transparent capacitive sensing node of a touch screen;

filtering the raw data;

generating gradient data;

calculating the boundaries for touch regions base on the gradient data; and

calculating the coordinates for each touch region.

Claim 31 (withdrawn):        The method as recited in claim 30 wherein the boundaries are calculated using a watershed algorithm.

Claim 32 (Previously presented):     The touch panel as recited in claim 1, further comprising a virtual ground charge amplifier coupled to the touch panel for detecting the touches on the touch panel.

va-263196

APLNDC00026787

Application No.: 10/840,862                    9                    Docket No.: 106842009000
                                                                                      P3266US1

Claim 33 (Previously presented):     The touch panel as recited in claim 1, the transparent capacitive sensing medium formed on a single side of a substrate.

Claim 34 (Previously presented):     The touch panel as recited in claim 1, the transparent capacitive sensing medium formed on a transparent substrate.

Claim 35 (Previously presented):     The touch panel as recited in claim 34, wherein the transparent substrate is formed from glass.

Claim 36 (Previously presented):     The touch panel as recited in claim 7, wherein the capacitive sensing medium is a mutual capacitance sensing medium.

Claim 37 (Previously presented):     The touch panel as recited in claim 7, the transparent capacitive sensing medium formed on both sides of a single substrate.

Claim 38 (Previously presented):     The touch panel as recited in claim 36, further comprising a virtual ground charge amplifier coupled to the touch panel for detecting the touches on the touch panel.

APLNDC00026788

Application No.: 10/840,862            10            Docket No.: 106842009000
                                                                                P3266US1

Claim 39 (Previously presented):      A touch panel having a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at a same time and at distinct locations in a plane of the touch panel and to produce distinct signals representative of a location of the touches on the plane of the touch panel for each of the multiple touches;

wherein the transparent capacitive sensing medium comprises a transparent electrode layer, the electrode layer including a plurality of electrically isolated electrodes and electrode traces formed from a transparent conductive material, each of the electrodes being placed at different locations in the plane of the touch panel, each of the electrodes operatively couplable to capacitive monitoring circuitry.

Claim 40 (Previously presented):      The touch panel as recited in claim 39, further comprising a virtual ground charge amplifier coupled to the touch panel for detecting the touches on the touch panel.

Claim 41 (Previously presented):      The touch panel as recited in claim 39, the transparent capacitive sensing medium formed on a single side of a substrate.

Claim 42 (Previously presented):      The touch panel as recited in claim 39, the transparent capacitive sensing medium formed on a transparent substrate.

Claim 43 (Previously presented):      The touch panel as recited in claim 42, wherein the transparent substrate is formed from glass.

Claim 44 (Previously presented):      The touch panel as recited in claim 39, wherein the capacitive sensing medium is a mutual capacitance sensing medium.

Claim 45 (Previously presented):      The touch panel as recited in claim 39, the transparent capacitive sensing medium formed on both sides of a single substrate.

va-263196

APLNDC00026789