EXHIBIT 3.24

10840862

PLUS Search Results for S/N 10840862, Searched Mon Oct 26 16:31:03 EDT 2009
The Patent Linguistics Utility System (PLUS) is a USPTO automated search system
for U.S. Patents from 1971 to the present PLUS is a query-by-example search system which
produces a list of patents that are most closely related linguistically to the application
searched. This search was prepared by the staff of the Scientific and Technical Information
Center, SIRA.

| | |
|---|---|
| 4853498 99 | 6626013 89 |
| 6138523 99 | |
| 5241308 99 | |
| 5404443 99 | |
| 5642185 99 | |
| 5917477 99 | |
| 6023265 99 | |
| 20060097991 99 | |
| 20090066670 99 | |
| 20090096757 99 | |
| 20090096758 99 | |
| 5404458 89 | |
| 5751276 89 | |
| 5818450 89 | |
| 5943043 89 | |
| 4623757 89 | |
| 4868912 89 | |
| 5428367 89 | |
| 5483261 89 | |
| 6028581 89 | |
| 6028595 89 | |
| 6061177 89 | |
| 6072475 89 | |
| 6232961 89 | |
| 4465465 89 | |
| 4833592 89 | |
| 4837430 89 | |
| 4888479 89 | |
| 4922061 89 | |
| 4933544 89 | |
| 5053757 89 | |
| 5313051 89 | |
| 5347940 89 | |
| 5559301 89 | |
| 5565658 89 | |
| 5580662 89 | |
| 5670987 89 | |
| 5708460 89 | |
| 5757359 89 | |
| 5777596 89 | |
| 5966122 89 | |
| 5982355 89 | |
| 6104443 89 | |
| 6118435 89 | |
| 6143181 89 | |
| 6229529 89 | |
| 6343519 89 | |
| 6480187 89 | |
| 6504530 89 | |

APLNDC00027015



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

69753          7590          11/12/2009
APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| NGUYEN, KIMNHUNG T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/12/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00027016

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 10/840,862 | HOTELLING ET AL. |
| | Examiner | Art Unit | |
| | KIMNHUNG NGUYEN | 2629 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>01 July 2009</u>.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1,2,4-12,15-26 and 32-46</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>7-12,25-26</u> is/are allowed.

6)☒ Claim(s) <u>1,2,4-6,15-20,24 and 32-46</u> is/are rejected.

7)☒ Claim(s) <u>21-23</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
Paper No(s)/Mail Date <u>8/5/09,8/28/09</u>.

4)☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

APLNDC00027017

Application/Control Number: 10/840,862                                    Page 2
Art Unit: 2629

## DETAILED ACTION

1       This application has been examined.  The claims 1, 2, 4-12, 15-26 and 32-46 are pending.

The examination results are as following.

### *Claim Rejections - 35 USC § 103*

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

3.      Claims 1, 4-6, 24, 33-37, 39, 41-45 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Aufderheide et al. (US 2005/0083307) in view of Fujimoto (US 6,061,177).

As to claim 1, Aufderheide et al. disclose in figs. 1-5, a touch panel (100, 300, 400 or

500) having a transparent capacitive sensing medium (pattern of transparent conductor 130, or

430 or 530) configured to detect multiple touches (see touch location can be determined by X, Y

direction, see [0033] that occur at a same time and at distinct locations in a plane of the touch

panel and to produce distinct signals representative of a location(by X, Y direction) of the

touches on the plane of the touch panel for each of the multiple touches, see [0033]; wherein the

transparent capacitive sensing medium comprises a transparent electrode layer (130), the

electrode layer including a plurality of electrically isolated electrodes and electrode traces

formed from a transparent conductive material, each of the electrodes being placed at different

locations in the plane of the touch panel (see [0016], each of the electrodes having an individual

trace (see [0032]) for operatively coupling to capacitive monitoring circuitry(see controller

Application/Control Number: 10/840,862                                                    Page 3
Art Unit: 2629

electronics device drive each of independent traces (see[0032]). However, Aufderheide et al. do

not specifically disclose the multiple touches that occur at the same time.

Fujimoto discloses in fig. 1, a touch screen input device and method for use with a rear-

mounted video comprising the multiple touches that occur at the same time (see touch screen

input device operates equally well in an environment with any level of ambient light or no

ambient and can simultaneously detect multiple touches (see abstract, see col. 11, 7-16).

It would have been obvious to one of ordinary skill in the art at the time the invention

was made to implement the touch screen input device operates and can simultaneously detect

multiple touches as taught by Fujimoto into display system comprising individual traces of

Aufderheide et al for producing the claimed invention because this would provide both the

capability of simultaneously detecting multiple touches and capability of operating with objects

sitting on the screen surface are desirable in a desk-surface touch screen, see col. 2, lines 27-33).

As to claim 4, Aufderheide et al. disclose further including one or more integrated

circuits for monitoring the capacitance at each of the electrodes, the integrated circuits being

operatively coupled to the electrodes via the traces (see [0033]).

As to claim 5, Aufderheide et al. disclose further wherein the electrodes are placed in

rows and columns (see X, Y coordinate).

As to claim 6, Aufderheide et al. disclose further wherein the electrodes and traces are

formed from indium tin oxide (ITO) (see [0028-0029]).

Application/Control Number: 10/840,862                                      Page 4
Art Unit: 2629

As to claim 24, is rejected as the same as claim 1 above, furthermore, Aufderheide et al. disclose wherein the touch panel comprising: a glass member disposed over the screen of the display, see [0030]; a transparent conductive layer (130) disposed over the glass member, the conductive layer including a pixilated array of electrically isolated electrodes, see[0032]; a transparent cover sheet disposed over the conductive layer; and one sensor integrated circuits operatively coupled to the electrodes, see [0027].

As to claim 33, Aufderheide et al. disclose further, the transparent capacitive sensing medium formed on a single side of a substrate (110, see [0025]).

As to claim 34, Aufderheide et al. disclose further, the transparent capacitive sensing medium formed on a transparent substrate ([see [0025]).

As to claim claim 35, Aufderheide et al. disclose further, wherein the transparent substrate (110) is formed from glass (see [0025]).

As to claim 36, Aufderheide et al. disclose further, wherein the capacitive sensing medium is a mutual capacitance sensing medium (see [0025]).

As to claim 37, Aufderheide et al. disclose further, the transparent capacitive sensing medium formed on both sides of a single substrate (see [0025]).

Claim 39 is rejected as the same as claim 1.

Claims 41-45, are rejected as the same as claims 33-37.


4.      Claims 2, 15-20, 32, 38, 40 and 46 are rejected under 35 U.S.C. 103(a) as being unpatentable over Aufderheide et al. (US 2005/0083307) and Fujimoto (US 6,061,177) and in view of Westerman et al. (US 2002/0015024).

APLNDC00027020

Application/Control Number: 10/840,862                                          Page 5
Art Unit: 2629

As to claims 2, 15-20, 32, 38, 40 and 46, Aufderheide et al. and Fujimoto do not specifically disclose the capacitive sensing nodes are based on self capacitance, and a virtual ground charge amplifier coupled to the touch panel for detecting the touches on the touch panel. Westerman et al. disclose in fig. 2, a touch panel comprising a capacitive sensing node (48) and an amplifier (35) coupled to the touch panel for detecting the touches on the touch panel (see [0123]).

It would have been obvious to one of ordinary skill in the art at the time the invention was made to implement the comprising a capacitive sensing node and an amplifier coupled to the touch panel for detecting the touches on the touch panel as taught by Westerman et al. into the touch system of Aufderheide et al. and Fujimoto et al. for producing the claimed invention because this would provide the suggested speed up in sensor array scanning (see [0123]).

### *Allowable Subject Matter*

5.      Claims 7-12, 25-26 are allowed.

6.      Claims 21- 23 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

The following is a statement of reasons for the indication of allowable subject matter: None of the cited art teaches or suggests that wherein a first layer having a plurality of transparent conductive lines that are electrically isolate from one another; and a second layer spatially separated from the first layer and having a plurality of transparent: conductive lines that are electrically isolated from one another, the second conductive lines being positioned

APLNDC00027021

Application/Control Number: 10/840,862                          Page 6
Art Unit: 2629

transverse to the first conductive lines, the intersection of transverse lines being positioned at

different locations in the plane of the touch panel, each of the conductive lines being operatively

coupled to capacitive monitoring circuitry as claim 7; or the sensing lines being configured to

traverse across the driving lines in order to form a capacitive sensing node, the driving lines

being connected to a voltage source and the sensing lines being connected to a capacitive sensing

circuit, the voltage source driving a current through one driving line at a time and because of

capacitive coupling, the current is carried through to the sensing lines at each of the capacitive

sensing nodes as claim 21; or wherein the capacitive sensing nodes are coupled to a capacitive

sensing circuit, and wherein the capacitive sensing circuit monitors changes in capacitance that

occurs at each of the capacitive sensing nodes, the position where changes occur and the

magnitude of those changes being used to help recognize the multiple touch events as claims 22;

or a second glass member disposed over the first transparent conductive layer; a second

transparent conductive layer disposed over the second glass member, the second transparent

conductive layer comprising a plurality of spaced apart parallel lines having the same pitch and

linewidths, the parallel lines of the second transparent conductive layer being substantially

perpendicular to the parallel lines of the first transparent conductive layer; a third glass member

disposed over the second transparent conductive layer; and one or more sensor integrated circuits

operatively coupled to the lines as claim 25.

APLNDC00027022

Application/Control Number: 10/840,862                                                    Page 7
Art Unit: 2629

### *Response to Arguments*

7.        Applicant's arguments with respect to claims 1-2, 4-12, 15-26 and 32-46 filed on 7/10/09

have been considered but are moot in view of the new ground(s) of rejection.

### *Correspondence*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to KIMNHUNG NGUYEN whose telephone number is (571)272-

7698.  The examiner can normally be reached on MON-FRI, FROM 8:30 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Richard Hjerpe can be reached on (571) 272-7691.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Kimnhung   Nguyen/
Examiner, Art Unit 2629

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | Examiner | Art Unit |
| | KIMNHUNG NGUYEN | 2629 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant     ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | 05/29/2009 | 11/07/2009 | | | | | |
| | 1 | v | = | ✓ | | | | | |
| | 2 | v | = | ✓ | | | | | |
| | 3 | - | - | - | | | | | |
| | 4 | v | = | ✓ | | | | | |
| | 5 | v | = | ✓ | | | | | |
| | 6 | v | = | ✓ | | | | | |
| | 7 | v | = | = | | | | | |
| | 8 | v | = | = | | | | | |
| | 9 | v | = | = | | | | | |
| | 10 | o | = | = | | | | | |
| | 11 | o | = | = | | | | | |
| | 12 | v | = | = | | | | | |
| | 13 | v | ✓ | - | | | | | |
| | 14 | - | - | - | | | | | |
| | 15 | v | O | ✓ | | | | | |
| | 16 | v | O | ✓ | | | | | |
| | 17 | v | O | ✓ | | | | | |
| | 18 | v | O | ✓ | | | | | |
| | 19 | v | O | ✓ | | | | | |
| | 20 | v | O | ✓ | | | | | |
| | 21 | o | O | O | | | | | |
| | 22 | o | O | O | | | | | |
| | 23 | o | O | O | | | | | |
| | 24 | o | O | ✓ | | | | | |
| | 25 | o | O | = | | | | | |
| | 26 | o | O | = | | | | | |
| | 27 | - | - | - | | | | | |
| | 28 | - | - | - | | | | | |
| | 29 | - | - | - | | | | | |
| | 30 | - | - | - | | | | | |
| | 31 | - | - | - | | | | | |
| | 32 | v | = | ✓ | | | | | |
| | 33 | v | = | ✓ | | | | | |
| | 34 | v | = | ✓ | | | | | |
| | 35 | v | = | ✓ | | | | | |
| | 36 | v | = | ✓ | | | | | |

APLNDC00027024

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | Examiner | Art Unit |
| | KIMNHUNG NGUYEN | 2629 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | 05/29/2009 | 11/07/2009 | | | | | |
| | 37 | v | = | ✓ | | | | | |
| | 38 | v | = | ✓ | | | | | |
| | 39 | v | = | ✓ | | | | | |
| | 40 | v | = | ✓ | | | | | |
| | 41 | v | = | ✓ | | | | | |
| | 42 | v | = | ✓ | | | | | |
| | 43 | v | = | ✓ | | | | | |
| | 44 | v | = | ✓ | | | | | |
| | 45 | v | = | ✓ | | | | | |
| | 46 | v | O | ✓ | | | | | |
| | 47 | v | ✓ | - | | | | | |
| | 48 | v | ✓ | - | | | | | |
| | 49 | v | ✓ | - | | | | | |
| | 50 | v | ✓ | - | | | | | |

APLNDC00027025

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | **Examiner** | **Art Unit** |
| | KIMNHUNG NGUYEN | 2629 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 345 | 173-179 | 11/4/09 | KN |
| 178 | 18.01-18.04 | 11/4/09 | KN |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East search | 11/4/09 | KN |
| Inventor name | 11/4/09 | KN |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

APLNDC00027026

## EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 12 | (("20020015024") or ("3662105") or ("3798370") or ("5825351") or ("6188391") or ("6323846") or ("6570557") or ("6593916") or ("6650319") or ("6677932") or ("6856259") or ("6888536")).PN. | US-PGPUB; USPAT | OR | OFF | 2008/05/09 17:09 |
| S2 | 281 | (touch panel) and (transparent capacitive) and (multiple touches) and traces and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:38 |
| S3 | 141 | S2 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:39 |
| S4 | 2 | (("5854625") or ("5872561")).PN. | USPAT | OR | OFF | 2008/05/09 17:47 |
| S5 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/13 18:46 |
| S6 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/19 15:01 |
| S7 | 455 | ((touch screen) or (touch panel)) and (transparent capacitance capacitive) and traces and 345/173 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S8 | 381 | S7 and (multiple touches) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S9 | 186 | S8 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:13 |

APLNDC00027027

| S10 | 1 | S9 and (transparent adj electrode adj layer) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:30 |
|---|---|---|---|---|---|---|
| S11 | 78 | S9 and electrode | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:31 |
| S12 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | OFF | 2009/05/28 13:32 |
| S13 | 46 | (("20020118848") or ("20030076301") or ("20030076303") or ("20030076306") or ("20030095096") or ("20030098858") or ("20050012723") or ("20050052425") or ("20050110768") or ("20060022956") or ("20060026535") or ("2006026536") or ("20060032680") or ("20060066582") or ("20060097991") or ("3333160") or ("3541541") or ("3622105") or ("3798370") or ("4246452") or ("4550221") or | US-PGPUB; USPAT | OR | OFF | 2009/05/28 14:53 |

file:///C|/Documents%20and%20Settings/KNguyen10/My%20...0862/EASTSearchHistory.10840862_AccessibleVersion.htm (2 of 6)11/7/09 6:11:15 PM

APLNDC00027028

| | | ("4672364") or ("4672558") or ("4692809") or ("4695827") or ("4733222") or ("4734685") or ("4746770") or ("4771276") or ("4788384") or ("4806846") or ("4898555") or ("4968877") or ("5003519") or ("5017030") or ("5178477") or ("5189403") or ("5194862") or ("5224861") or ("5241308") or ("5252951") or ("5281966") or ("5305017") or ("5345543") or ("5376948") or ("5398310") or ("5442742")). PN. | | | | |
|-----|------|-------------------------------------------|-------------------------------------------------|----|-----|---------------------|
| S14 | 15 | (touch panel) same (transparent sensing sensor senses) same (multiple touches) same location same (electrodes traces) same (individual trace) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:06 |
| S15 | 6 | S14 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:07 |
| S16 | 4451 | (touch panel) and (transparent sensing sensor senses) and (multiple touches) and (electrodes layer) and location and traces | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:10 |
| S17 | 282 | S16 and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:11 |
| S18 | 101 | S17 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:11 |

APLNDC00027029

| S19 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | OFF | 2009/11/03 17:22 |
|---|---|---|---|---|---|---|
| S20 | 1708 | (touch panel) and (multiple touches) same (time or timing or period)and 345/173-179. ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:24 |
| S21 | 738 | S20 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:25 |
| S22 | 418 | S21 and (transparent conductive) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:27 |
| S23 | 136 | S22 and capacitance | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:27 |

APLNDC00027030

| S24 | 26 | S20 and (sensing or sensed or sensor) adj nodes | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:29 |
|---|---|---|---|---|---|---|---|
| S25 | 227 | S20 and (touch event) and ground and amplifier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:34 |
| S26 | 103 | S25 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:34 |
| S27 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | | OFF | 2009/11/06 10:58 |
| S28 | 1325 | (touch panel) same (transparent electrode) same (electrode traces)and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/06 13:29 |

APLNDC00027031

| S29 | 1180 | S28 and 345/173-174.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |
| S30 | 996 | S29 and 345/173 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |
| S31 | 451 | S30 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |

**11/7/09 6:11:12 PM**
**C:\ Documents and Settings\ KNguyen10\ My Documents\ EAST\ Workspaces\ 10840862.wsp**

file:///C|/Documents%20and%20Settings/KNguyen10/My%20...0862/EASTSearchHistory.10840862_AccessibleVersion.htm (6 of 6)11/7/09 6:11:15 PM

APLNDC00027032

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/840,862 |
| | Filing Date | May 6, 2004 |
| | First Named Inventor | Steven Porter HOTELLING |
| | Art Unit | 2629 |
| | Examiner Name | Kimnhung T. Nguyen |

| Sheet | 1 | of | 1 | Attorney Docket Number | 106842009000 Client Ref. No. P3266US1 |
|---|---|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-6,337,678-B1 | 01-08-2002 | Fish | |
| | 2. | US-6,723,929-B2 | 04-20-2004 | Kent | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | 3. | WO-01/27868-A1 | 04-19-2001 | Synaptics Incorporated | | |

| Examiner Signature | /Kimnhung Nguyen/ | Date Considered | 11/07/2009 |
|---|---|---|---|

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | | | |

| Examiner Signature | /Kimnhung Nguyen/ | Date Considered | 11/07/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

la-1039847

APLNDC00027033

| *Notice of References Cited* | Application/Control No.<br>10/840,862 | Applicant(s)/Patent Under Reexamination<br>HOTELLING ET AL. | |
|---|---|---|---|
| | Examiner<br>KIMNHUNG NGUYEN | Art Unit<br>2629 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2005/0083307 | 04-2005 | Aufderheide et al. | 345/173 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/840,862 |
| Filing Date | May 6, 2004 |
| First Named Inventor | Steve HOTELLING |
| Art Unit | 2629 |
| Examiner Name | Kimnhung T. NGUYEN |
| Attorney Docket Number | 106842009000 **Client Ref. P3266US1** |

| Sheet | | 1 | of | 1 |
|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 1. | JP-59-214941 | 12-04-1984 | Toshiba Corp | Full English Translation | √ |
| | 2. | JP-2002-342033 | 11-29-2002 | Sony Corp | Full English Translation | √ |

| Examiner Signature | /Kimnhung Nguyen/ | Date Considered | 11/07/2009 |
|---|---|---|---|

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | | √ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

la-1043279

Receipt date: 08/28/2009
Receipt date: 12/19/2008

10840862 - GAU: 2629
10840862 - GAU: 2629

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 10/840,862 |
| | | | | Filing Date | May 6, 2004 |
| | | | | First Named Inventor | Steve P. HOTELLING |
| | | | | Art Unit | 2629 |
| | | | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 106842009000 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-4,914,624 | 04-03-1990 | Dunthorn et al. | |
| | 2. | US-5,589,856 | 12-31-1996 | Stein et al. | |
| | 3. | US-2005/0146511 | 07-07-2005 | Hill et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | 4. | JP-59-214941 | 12-04-1984 | Toshiba Corp | with English abstract | |
| | 5. | JP-60-211529 | 10-23-1985 | AMP Inc. | with English abstract | |
| | 6. | JP-08-016307 | 01-19-1996 | Pentel KK | with English abstract | |
| | 7. | JP-2000-112642 | 04-21-2000 | Digital Electronics Corp | with Engilish abstract | |
| | 8. | JP-2002-342033 | 11-29-2002 | Sony Corp | with English abstract | |
| | 9. | JP-2003-029899 | 01-31-2003 | Sony Corp | with English abstract | |
| | 10. | EP-0 156 593 | 10-02-1985 | AMP Incorporated | | √ |
| | 11. | EP-0 250 931 | 01-07-1988 | International Business Machines Corp | | √ |

| Examiner Signature | /Kimnhung Nguyen/ /Kimnhung Nguyen/ | Date Considered | 12/20/2008 11/07/2009 |
|---|---|---|---|

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | 12. | International search report for International Application No. PCT/US2005/014364 mailed January 12, 2005 | √ |

| Examiner Signature | /Kimnhung Nguyen/ /Kimnhung Nguyen/ | Date Considered | 12/20/2008 11/07/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.N./

la-1009920

APLNDC00027036

**VIA EFS**
Docket No.: 106842009000
Client Ref. No.: P3266US1
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Steve HOTELLING et al.

Application No.: 10/840,862          Confirmation No.: 8470

Filed: May 6, 2004          Art Unit: 2629

For: MULTI-POINT TOUCHSCREEN       Examiner: Kimnhung T. Nguyen

## AMENDMENT UNDER 37 CFR 1.111

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Madam:

### INTRODUCTORY COMMENTS

This is in response to the non-final Office Action dated November 12, 2009, for which a response is due on February 12, 2010. Reconsideration and allowance of the pending claims in light of the remarks presented herein are respectfully requested.

There are no amendments to the specification or drawings.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

la-1054939

APLNDC00027037

Application No.: 10/840,862                    2                    Docket No.: 106842009000
                                                                      Client Ref. No.: P3266US1

## AMENDMENTS TO THE CLAIMS

Claims 1-6 (canceled)

Claim 7 (previously presented):        A touch panel comprising a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at a same time and at distinct locations in a plane of the touch panel and to produce distinct signals representative of a location of the touches on the plane of the touch panel for each of the multiple touches, wherein the transparent capacitive sensing medium comprises:

a first layer having a plurality of transparent first conductive lines that are electrically isolated from one another; and

a second layer spatially separated from the first layer and having a plurality of transparent second conductive lines that are electrically isolated from one another, the second conductive lines being positioned transverse to the first conductive lines, the intersection of transverse lines being positioned at different locations in the plane of the touch panel, each of the second conductive lines being operatively coupled to capacitive monitoring circuitry;

wherein the capacitive monitoring circuitry is configured to detect changes in charge coupling between the first conductive lines and the second conductive lines.

Claim 8 (original):     The touch panel as recited in claim 7 wherein the conductive lines on each of the layers are substantially parallel to one another.

Claim 9 (original):     The touch panel as recited in claim 8 wherein the conductive lines on different layers are substantially perpendicular to one another.

Claim 10 (previously presented):      The touch panel as recited in claim 7 wherein the transparent first conductive lines of the first layer are disposed on a first glass member, and wherein the transparent second conductive lines of the second layer are disposed on a second glass member, the first glass member being disposed over the second glass member.

la-1054939

Application No.: 10/840,862                3                Docket No.: 106842009000
                                                           Client Ref. No.: P3266US1

    Claim 11 (original):   The touch panel as recited in claim 10 further including a third glass member disposed over the first glass member, the first and second glass members being attached to one another via an adhesive layer, the third glass member being attached to the first glass member via another adhesive layer.

    Claim 12 (original):   The touch panel as recited in claim 7 wherein the conductive lines are formed from indium tin oxide (ITO).

    Claims 13-24 (canceled)

la-1054939

APLNDC00027039

Application No.: 10/840,862                    4                    Docket No.: 106842009000
Client Ref. No.: P3266US1

Claim 25 (previously presented):      A display arrangement comprising:

a display having a screen for displaying a graphical user interface; and

a transparent touch panel allowing the screen to be viewed therethrough and capable of recognizing multiple touch events that occur at different locations on the touch panel at a same time and to output this information to a host device to form a pixilated image;

wherein the touch panel includes a multipoint sensing arrangement configured to simultaneously detect and monitor the touch events and a change in capacitive coupling associated with those touch events at distinct points across the touch panel; and

wherein the touch panel comprises:

a first glass member disposed over the screen of the display;

a first transparent conductive layer disposed over the first glass member, the first transparent conductive layer comprising a plurality of spaced apart parallel lines having the same pitch and linewidths;

a second glass member disposed over the first transparent conductive layer;

a second transparent conductive layer disposed over the second glass member, the second transparent conductive layer comprising a plurality of spaced apart parallel lines having the same pitch and linewidths, the parallel lines of the second transparent conductive layer being substantially perpendicular to the parallel lines of the first transparent conductive layer;

a third glass member disposed over the second transparent conductive layer; and

one or more sensor integrated circuits operatively coupled to the lines.


Claim 26 (original):    The display arrangement as recited in claim 25 further including dummy features disposed in the space between the parallel lines, the dummy features optically improving the visual appearance of the touch screen by more closely matching the optical index of the lines.


Claims 27-35 (canceled)


la-1054939

APLNDC00027040

Application No.: 10/840,862                    5                    Docket No.: 106842009000
                                                                   Client Ref. No.: P3266US1

Claim 36 (previously presented):      The touch panel as recited in claim 7, wherein the capacitive sensing medium is a mutual capacitance sensing medium.

Claim 37 (previously presented):      The touch panel as recited in claim 7, the transparent capacitive sensing medium formed on both sides of a single substrate.

Claim 38 (previously presented):      The touch panel as recited in claim 36, further comprising a virtual ground charge amplifier coupled to the touch panel for detecting the touches on the touch panel.

Claims 39-50 (canceled)

la-1054939

APLNDC00027041

Application No.: 10/840,862                    6                    Docket No.: 106842009000
                                                                   Client Ref. No.: P3266US1

## REMARKS

Claims 1, 2, 4-12, 15-26 and 32-46 were pending in the application, with claims 27, 28, 30 and 31 previously withdrawn from consideration, and claims 3, 13, 14, 27-31 and 47-50 previously canceled. Claims 1, 4-6, 24, 33-37 and 41-45 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aufderheide et al. in view of Fujimoto. Claims 2, 15-20, 32, 38, 40 and 46 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aufderheide and Fujimoto and in view of Westerman et al. Claims 7-12, 25 and 26 have been allowed. Claims 21-23 were objected to as being dependent upon a rejected base claim, but were indicated to be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Claims 1, 2, 4-6, 15-24, 32-35 and 39-46 have been canceled, leaving claims 7-12, 25, 26 and 36-38 presently under consideration. With respect to all amendments, Applicants have not dedicated or abandoned any unclaimed subject matter. Moreover, Applicants have not acquiesced to any characterizations of the invention, nor any rejections or objections of the claims, made by the Examiner.

The Applicants wish to express their appreciation to Examiner Nguyen for her courtesy during the telephone call conducted on November 20, 2009. During the telephone call, it was agreed that claims 1, 2, 4-6, 15-24, 32-35 and 39-46 were to be canceled by Examiner's Amendment, and that claims 7-12, 25, 26 and 36-38 were allowable. However, Applicants have now been informed by the Examiner that, notwithstanding the agreements above, a response from the Applicant is required. To the extent that a confirmation of the agreement above will satisfy the requirement for a response, Applicants confirm that claims 1, 2, 4-6, 15-24, 32-35 and 39-46 can be canceled by Examiner's Amendment, and that agreement was reached with the Examiner that claims 7-12, 25, 26 and 36-38 were allowable. It is Applicants' understanding that this confirmation will allow the Examiner's Notice of Allowance to be accepted by the USPTO.

In the alternative, and only if the preceding is not a sufficient response, then the Applicants' present the formal response herein for consideration. Reconsideration and

la-1054939

Application No.: 10/840,862        7        Docket No.: 106842009000
Client Ref. No.: P3266US1

reexamination of the application in view of the amendments and following remarks is respectfully requested.

**Claims 1, 4-6, 24, 33-37 and 41-45 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aufderheide et al. in view of Fujimoto.** Claims 1, 4-6, 24, 33-35 and 41-45 have now been canceled, rendering their rejections moot. The rejection of claims 36 and 37 is respectfully traversed.

Claims 36 and 37 depend from allowable claim 7, and therefore claims 36 and 37 are also allowable.

**Claims 2, 15-20, 32, 38, 40 and 46 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aufderheide and Fujimoto and in view of Westerman.** Claims 2, 15-20, 32, 40 and 46 have been canceled, rendering their rejections moot. The rejection of claim 38 is respectfully traversed.

Claim 38 depends from allowable claim 7, and therefore claim 38 is also allowable.

**Claims 7-12, 25 and 26 have been allowed.** The Applicants thank the Examiner for the indication of allowable subject matter.

**Claims 21-23 were objected to as being dependent upon a rejected base claim, but were indicated to be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.** Claims 21-23 have been canceled, rendering their rejection moot.

In view of the above, each of the presently pending claims in this application is believed to be in immediate condition for allowance. Accordingly, the Examiner is respectfully requested to withdraw the outstanding rejection of the claims and to pass this application to issue. If it is determined that a telephone conference would expedite the prosecution of this application, the Examiner is invited to telephone the undersigned at the number given below.

la-1054939

APLNDC00027043

Application No.: 10/840,862                  8                  Docket No.: 106842009000
                                                               Client Ref. No.: P3266US1

By responding in the foregoing remarks only to particular positions asserted by the Examiner, the applicant does not necessarily acquiesce in other positions that have not been explicitly addressed.  In addition, the Applicant's arguments for the patentability of a claim should not be understood as implying that no other reasons for the patentability of that claim exist.

In the event the U.S. Patent and Trademark Office determines that an extension and/or other relief is required, applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to Deposit Account No. 03-1952 referencing Docket No. 106842009000.

Dated:  November 30, 2009                    Respectfully submitted,

                                             By_____/Glenn M. Kubota/_____
                                             Glenn M. Kubota
                                                Registration No.: 44,197
                                             MORRISON & FOERSTER LLP
                                             555 West Fifth Street, 35th Floor
                                             Los Angeles, CA  90013-1024
                                             (213) 892-5752

la-1054939

APLNDC00027044

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6539231 |
| **Application Number:** | 10840862 |
| **International Application Number:** | |
| **Confirmation Number:** | 8470 |
| **Title of Invention:** | Multipoint touchscreen |
| **First Named Inventor/Applicant Name:** | Steve  Hotelling |
| **Customer Number:** | 69753 |
| **Filer:** | Glen Masashi Kubota/Lisa Bronk |
| **Filer Authorized By:** | Glen Masashi Kubota |
| **Attorney Docket Number:** | 106842009000 |
| **Receipt Date:** | 30-NOV-2009 |
| **Filing Date:** | 06-MAY-2004 |
| **Time Stamp:** | 15:55:32 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2009000TRANS113009.pdf | 41770 <br> 5227f1eb6d3ada2ef47672187495 7e03a3a b8018 | no | 1 |

| | |
|---|---|
| Warnings: | |
| Information: | |

APLNDC00027045

| 2 | 2009000AMENDNFOA113009.pdf | 299190 | yes | 8 |
|---|---|---|---|---|
| | | 8429b52c01d0e02741663c2366f5aaafcfe868ff | | |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 8 |

| Warnings: |
|---|
| Information: |

| Total Files Size (in bytes): | 340960 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027046

PTO/SB/21 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL FORM | Application Number | 10/840,862 |
|---|---|---|
| | Filing Date | May 6, 2004 |
| | First Named Inventor | Steve HOTELLING |
| | Art Unit | 2629 |
| *(to be used for all correspondence after initial filing)* | Examiner Name | Kimnhung T. Nguyen |
| Total Number of Pages in This Submission  **9** | Attorney Docket Number | 106842009000  **Client Ref. No.: P3266US1** |

## ENCLOSURES  (*Check all that apply*)

| | | |
|---|---|---|
| [ ] Fee Transmittal Form | [ ] Drawing(s) | [ ] After Allowance Communication to TC |
| [ ] Fee Attached | [ ] Licensing-related Papers | [ ] Appeal Communication to Board of Appeals and Interferences |
| [X] Amendment/Reply | [ ] Petition | [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)** |
| [ ] After Final | [ ] Petition to Convert to a Provisional Application | [ ] Proprietary Information |
| [ ] Affidavits/declaration(s) | [ ] Power of Attorney, Revocation Change of Correspondence Address | [ ] Status Letter |
| [ ] Extension of Time Request | [ ] Terminal Disclaimer | [ ] Other Enclosure(s) (please Identify below): |
| [ ] Express Abandonment Request | [ ] Request for Refund | |
| [ ] Information Disclosure Statement | [ ] CD, Number of CD(s) _____ | |
| [ ] Certified Copy of Priority Document(s) | [ ] Landscape Table on CD | |
| [ ] Reply to Missing Parts/ Incomplete Application | Remarks | |
| [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | MORRISON & FOERSTER LLP (Customer No. 69753) | | |
|---|---|---|---|
| Signature | /Glenn M. Kubota/ | | |
| Printed name | Glenn M. Kubota | | |
| Date | November 30, 2009 | Reg. No. | 44,197 |

la-1054974

APLNDC00027047

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 10/840,862 | Filing Date 05/06/2004 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | | | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|---|---|

**AMENDMENT**

| 11/30/2009 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 11 | Minus | ** 47 | = 0 | X $ = | | OR | X $52= | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 7 | = 0 | X $ = | | OR | X $220= | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | 0 |

**AMENDMENT**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/JERMAINE D. MINOR/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 69753 | 7590 | 12/16/2009 |
| --- | --- | --- |

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
| --- |
| NGUYEN, KIMNHUNG T |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2629 | |

DATE MAILED: 12/16/2009

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

TITLE OF INVENTION: MULTIPOINT TOUCHSCREEN

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/16/2010 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

APLNDC00027049

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

69753          7590          12/16/2009

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

TITLE OF INVENTION: MULTIPOINT TOUCHSCREEN

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/16/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, KIMHNUNG T | 2629 | 345-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the name of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)



Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

69753          7590          12/16/2009

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| NGUYEN, KIMNHUNG T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

DATE MAILED: 12/16/2009

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 662 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 662 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101  or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

APLNDC00027051

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 10/840,862 | HOTELLING ET AL. | |
| | Examiner | Art Unit | |
| | KIMNHUNG NGUYEN | 2629 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>11/30/09</u>.

2. ☒ The allowed claim(s) is/are <u>7-12,25,26 and 36-38</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

      a) ☐ All    b) ☐ Some*   c) ☐ None  of the:

          1. ☐ Certified copies of the priority documents have been received.

          2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

          3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/Richard Hjerpe/
Supervisory Patent Examiner, Art Unit 2629

APLNDC00027052

Application/Control Number: 10/840,862                                         Page 2
Art Unit: 2629

## DETAILED ACTION

1.      This application has been examined.  **The claims 7-12, 25-26 and 36-38 are allowed**.

*Allowable Subject Matter*

2.      The following is an examiner's statement of reasons for allowance: None of the cited art

teaches or suggests that a touch panel comprising a transparent capacitive sensing medium,

wherein a first layer having <u>a plurality of transparent conductive lines that are</u>

<u>electrically isolate from one another; and a second layer spatially separated from</u>

<u>the first layer and having a plurality of transparent: conductive lines that are</u>

<u>electrically isolated from one another, the second conductive lines being positioned</u>

<u>transverse to the first conductive lines, the intersection of transverse lines being</u>

<u>positioned at different locations in the plane of the touch panel, each of the</u>

<u>conductive lines being operatively coupled to capacitive monitoring circuitry</u> as

claim 7; or <u>a second glass member disposed over the first transparent conductive</u>

<u>layer; a second transparent conductive layer disposed over the second glass</u>

<u>member, the second transparent conductive layer comprising a plurality of spaced</u>

<u>apart parallel lines having the same pitch and linewidths, the parallel lines of the</u>

<u>second transparent conductive layer being substantially perpendicular to the</u>

<u>parallel lines of the first transparent conductive layer; a third glass member</u>

APLNDC00027053

Application/Control Number: 10/840,862                                    Page 3
Art Unit: 2629

disposed over the second transparent conductive layer; and one or more sensor

integrated circuits operatively coupled to the lines as claim 25.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

*Correspondence*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to KIMNHUNG NGUYEN whose telephone number is (571)272-

7698.  The examiner can normally be reached on MON-FRI, FROM 8:30 AM-5:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Richard Hjerpe can be reached on (571) 272-7691.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

APLNDC00027054

Application/Control Number: 10/840,862                                    Page 4
Art Unit: 2629

/K. N./
Examiner, Art Unit 2629

**/Richard  Hjerpe/**
**Supervisory Patent Examiner, Art Unit 2629**

APLNDC00027055

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | Examiner | Art Unit |
| | KIMNHUNG NGUYEN | 2629 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | | NON-CLAIMED | |
| 345 | 173 | G | 0 | 6 | F | 3 / 041 (2006.01.01) | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| 345 | 174 | | | | | |
| 178 | 18.01 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

☒  Claims renumbered in the same order as presented by applicant    ☐  CPA    ☐  T.D.    ☐  R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 17 | | 33 | | 49 | | | | | | | | |
| | 2 | | 18 | | 34 | | 50 | | | | | | | | |
| | 3 | | 19 | | 35 | | | | | | | | | | |
| | 4 | | 20 | 7 | 36 | | | | | | | | | | |
| | 5 | | 21 | 9 | 37 | | | | | | | | | | |
| | 6 | | 22 | 8 | 38 | | | | | | | | | | |
| 1 | 7 | | 23 | | 39 | | | | | | | | | | |
| 2 | 8 | | 24 | | 40 | | | | | | | | | | |
| 3 | 9 | 10 | 25 | | 41 | | | | | | | | | | |
| 4 | 10 | 11 | 26 | | 42 | | | | | | | | | | |
| 5 | 11 | | 27 | | 43 | | | | | | | | | | |
| 6 | 12 | | 28 | | 44 | | | | | | | | | | |
| | 13 | | 29 | | 45 | | | | | | | | | | |
| | 14 | | 30 | | 46 | | | | | | | | | | |
| | 15 | | 31 | | 47 | | | | | | | | | | |
| | 16 | | 32 | | 48 | | | | | | | | | | |

| | | Total Claims Allowed: |
|---|---|---|
| /KIMNHUNG NGUYEN/ Examiner.Art Unit 2629 | 12/9/09 | 11 |
| (Assistant Examiner) | (Date) | |
| /RICHARD HJERPE/ Supervisory Patent Examiner.Art Unit 2629 | 12/9/09 | O.G. Print Claim(s) / O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 / 6A |

U.S. Patent and Trademark Office

Part of Paper No.  20091209

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 12 | (("20020015024") or ("3662105") or ("3798370") or ("5825351") or ("6188391") or ("6323846") or ("6570557") or ("6593916") or ("6650319") or ("6677932") or ("6856259") or ("6888536")).PN. | US-PGPUB; USPAT | OR | OFF | 2008/05/09 17:09 |
| S2 | 281 | (touch panel) and (transparent capacitive) and (multiple touches) and traces and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:38 |
| S3 | 141 | S2 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/05/09 17:39 |
| S4 | 2 | (("5854625") or ("5872561")).PN. | USPAT | OR | OFF | 2008/05/09 17:47 |
| S5 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/13 18:46 |
| S6 | 1 | ("20050146511").PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/19 15:01 |
| S7 | 455 | ((touch screen) or (touch panel)) and (transparent capacitance capacitive) and traces and 345/173 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S8 | 381 | S7 and (multiple touches) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:12 |
| S9 | 186 | S8 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 17:13 |

APLNDC00027057

| S10 | 1 | S9 and (transparent adj electrode adj layer) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:30 |
| S11 | 78 | S9 and electrode | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2008/12/19 18:31 |
| S12 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | OFF | 2009/05/28 13:32 |
| S13 | 46 | (("20020118848") or ("20030076301") or ("20030076303") or ("20030076306") or ("20030095096") or ("20030098858") or ("20050012723") or ("20050052425") or ("20050110768") or ("20060022956") or ("20060026535") or ("2006026536") or ("20060032680") or ("20060066582") or ("20060097991") or ("3333160") or ("3541541") or ("3622105") or ("3798370") or ("4246452") or ("4550221") or | US-PGPUB; USPAT | OR | OFF | 2009/05/28 14:53 |

APLNDC00027058

| | | ("4672364") or ("4672558") or ("4692809") or ("4695827") or ("4733222") or ("4734685") or ("4746770") or ("4771276") or ("4788384") or ("4806846") or ("4898555") or ("4968877") or ("5003519") or ("5017030") or ("5178477") or ("5189403") or ("5194862") or ("5224861") or ("5241308") or ("5252951") or ("5281966") or ("5305017") or ("5345543") or ("5376948") or ("5398310") or ("5442742")). PN. | | | | |
|---|---|---|---|---|---|---|
| S14 | 15 | (touch panel) same (transparent sensing sensor senses) same (multiple touches) same location same (electrodes traces) same (individual trace) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:06 |
| S15 | 6 | S14 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:07 |
| S16 | 4451 | (touch panel) and (transparent sensing sensor senses) and (multiple touches) and (electrodes layer) and location and traces | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:10 |
| S17 | 282 | S16 and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:11 |
| S18 | 101 | S17 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/05/28 15:11 |

APLNDC00027059

| S19 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | OFF | 2009/11/03 17:22 |
| S20 | 1708 | (touch panel) and (multiple touches) same (time or timing or period)and 345/173-179. ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:24 |
| S21 | 738 | S20 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:25 |
| S22 | 418 | S21 and (transparent conductive) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:27 |
| S23 | 136 | S22 and capacitance | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/04 15:27 |

APLNDC00027060

| S24 | 26 | S20 and (sensing or sensed or sensor) adj nodes | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:29 |
|---|---|---|---|---|---|---|---|
| S25 | 227 | S20 and (touch event) and ground and amplifier | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:34 |
| S26 | 103 | S25 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/04 15:34 |
| S27 | 50 | ("4853498" "6138523" "5241308" "5404443" "5642185" "5917477" "6023265" "20060097991" "20090066670" "20090096757" "20090096758" "5404458" "5751276" "5818450" "5943043" "4623757" "4868912" "5428367" "5483261" "6028581" "6028595" "6061177" "6072475" "6232961" "4465465" "4833592" "4837430" "4888479" "4922061" "4933544" "5053757" "5313051" "5347940" "5559301" "5565658" "5580662" "5670987" "5708460" "5757359" "5777596" "5966122" "5982355" "6104443" "6118435" "6143181" "6229529" "6343519" "6480187" "6504530" "6626013" ).pn. | US-PGPUB; USPAT | OR | | OFF | 2009/11/06 10:58 |
| S28 | 1325 | (touch panel) same (transparent electrode) same (electrode traces) and 345/173-179.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | | OFF | 2009/11/06 13:29 |

APLNDC00027061

| S29 | 1180 | S28 and 345/173-174.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |
| S30 | 996 | S29 and 345/173 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |
| S31 | 451 | S30 and (@ad<="20040506") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2009/11/06 13:30 |

**11/21/09 12:35:53 PM**
**C:\ Documents and Settings\ KNguyen10\ My Documents\ EAST\ Workspaces\ 10840862.wsp**

APLNDC00027062



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 8470**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 **RULE** | 345 | 2629 | 106842009000 |

**APPLICANTS**
Steve Hotelling, San Jose, CA;
Joshua A. Strickon, San Jose, CA;
Brian Q. Huppi, San Francisco, CA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
07/13/2004

| Foreign Priority claimed ☐ Yes ☑ No | ☑ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | | | | |
| Verified and Acknowledged    /KIMNHUNG T NGUYEN/   Examiner's Signature | KN Initials | CA | 14 | 31 | 6 |

**ADDRESS**

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024
UNITED STATES

**TITLE**

Multipoint touchscreen

| FILING FEE RECEIVED 2236 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

APLNDC00027063

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | **Examiner** | **Art Unit** |
| | KIMNHUNG NGUYEN | 2629 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 345 | 173-179 | 11/4/09 | KN |
| 178 | 18.01-18.04 | 11/4/09 | KN |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East search | 11/4/09 | KN |
| Inventor name | 11/4/09 | KN |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 345 | 173-179 | 11/4/09 | KN |
| 178 | 18.01-18.04 | 11/4/09 | KN |

| | |
|---|---|
| | |

APLNDC00027064

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | Examiner | Art Unit |
| | KIMNHUNG NGUYEN | 2629 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant     ☐ CPA     ☐ T.D.     ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | 05/29/2009 | 11/07/2009 | 12/09/2009 | | | | | |
| | 1 | v | = | ✓ | - | | | | | |
| | 2 | v | = | ✓ | - | | | | | |
| | 3 | - | - | - | - | | | | | |
| | 4 | v | = | ✓ | - | | | | | |
| | 5 | v | = | ✓ | - | | | | | |
| | 6 | v | = | ✓ | - | | | | | |
| 1 | 7 | v | = | = | = | | | | | |
| 2 | 8 | v | = | = | = | | | | | |
| 3 | 9 | v | = | = | = | | | | | |
| 4 | 10 | o | = | = | = | | | | | |
| 5 | 11 | o | = | = | = | | | | | |
| 6 | 12 | v | = | = | = | | | | | |
| | 13 | v | ✓ | - | - | | | | | |
| | 14 | - | - | - | - | | | | | |
| | 15 | v | O | ✓ | - | | | | | |
| | 16 | v | O | ✓ | - | | | | | |
| | 17 | v | O | ✓ | - | | | | | |
| | 18 | v | O | ✓ | - | | | | | |
| | 19 | v | O | ✓ | - | | | | | |
| | 20 | v | O | ✓ | - | | | | | |
| | 21 | o | O | O | - | | | | | |
| | 22 | o | O | O | - | | | | | |
| | 23 | o | O | O | - | | | | | |
| | 24 | o | O | ✓ | - | | | | | |
| 10 | 25 | o | O | = | = | | | | | |
| 11 | 26 | o | O | = | = | | | | | |
| | 27 | - | - | - | - | | | | | |
| | 28 | - | - | - | - | | | | | |
| | 29 | - | - | - | - | | | | | |
| | 30 | - | - | - | - | | | | | |
| | 31 | - | - | - | - | | | | | |
| | 32 | v | = | ✓ | - | | | | | |
| | 33 | v | = | ✓ | - | | | | | |
| | 34 | v | = | ✓ | - | | | | | |
| | 35 | v | = | ✓ | - | | | | | |
| 7 | 36 | v | = | ✓ | = | | | | | |

U.S. Patent and Trademark Office                                                                 Part of Paper No. :  20091209

APLNDC00027065

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10840862 | HOTELLING ET AL. |
| | **Examiner** | **Art Unit** |
| | KIMNHUNG NGUYEN | 2629 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☒ Claims renumbered in the same order as presented by applicant | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/20/2008 | 05/29/2009 | 11/07/2009 | 12/09/2009 | | | | | |
| 9 | 37 | v | = | ✓ | = | | | | | |
| 8 | 38 | v | = | ✓ | = | | | | | |
| | 39 | v | = | ✓ | - | | | | | |
| | 40 | v | = | ✓ | - | | | | | |
| | 41 | v | = | ✓ | - | | | | | |
| | 42 | v | = | ✓ | - | | | | | |
| | 43 | v | = | ✓ | - | | | | | |
| | 44 | v | = | ✓ | - | | | | | |
| | 45 | v | = | ✓ | - | | | | | |
| | 46 | v | O | ✓ | - | | | | | |
| | 47 | v | ✓ | - | - | | | | | |
| | 48 | v | ✓ | - | - | | | | | |
| | 49 | v | ✓ | - | - | | | | | |
| | 50 | v | ✓ | - | - | | | | | |

APLNDC00027066

PART B - FEE(S) TRANSMITTAL

VIA E.F.S.
CLIENT REF.: P3266US1

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

69753     7590     12/16/2009

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 05/06/2004 | Steve Hotelling | 106842009000 | 8470 |

TITLE OF INVENTION: MULTIPOINT TOUCHSCREEN

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/16/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, KIMNHUNG T | 2629 | 345-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  **Morrison & Foerster LLP**
2  _____
3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

**APPLE INC.**

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

**CUPERTINO, CA**

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☑ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☑ Issue Fee
☑ Publication Fee (No small entity discount permitted)
☑ Advance Order - # of Copies     **10**

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number   **03-1952**   (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date   **December 22, 2009**

Typed or printed name   **Glenn M. Kubota**   Registration No.   **44,197**

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

VIA E.F.S.
CLIENT REF.: P3266US1

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00027067

PTO/SB/47 (03-09)
Approved for use through 03/31/2012. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## "FEE ADDRESS" INDICATION FORM

| Address to: | Fax to: |
|---|---|
| **Mail Stop Issue Fee** | **571-273-6500** |
| **Commissioner for Patents** | |
| **P.O. Box 1450** | **- OR -** |
| **Alexandria, VA 22313-1450** | |

**INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form. In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address). A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below:** If you have a Customer Number to represent the fee address. **When to check the second box below:** If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form. For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[X] Customer Number: [ 00197 ]

*OR*

[ ] The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER (if known) | APPLICATION NUMBER |
|---|---|
| | 10/840,862 |

Completed by (check one):

[ ] Applicant/Inventor

[X] Attorney or Agent of record    44,197
    (Reg. No.)

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
    Statement under 37 CFR 3.73(b) is enclosed.
    (Form PTO/SB/96)

[ ] Assignee recorded at Reel _____ Frame _____

Signature

Glenn M. Kubota
Typed or printed name

(213) 892-5752
Requester's telephone number

December 22, 2009
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of ___1___ forms are submitted.

**VIA E.F.S.**
**Client Ref.: P3266US1**

1

la-1057819

APLNDC00027068

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10840862 |
| **Filing Date:** | 06-May-2004 |
| **Title of Invention:** | MULTIPOINT TOUCHSCREEN |
| **First Named Inventor/Applicant Name:** | Steve Hotelling |
| **Filer:** | Glen Masashi Kubota/Raiza Singh |
| **Attorney Docket Number:** | 106842009000 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 10 | 3 | 30 |
| **Total in USD ($)** | | | | **1840** |

APLNDC00027070

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6688929 |
| **Application Number:** | 10840862 |
| **International Application Number:** | |
| **Confirmation Number:** | 8470 |
| **Title of Invention:** | MULTIPOINT TOUCHSCREEN |
| **First Named Inventor/Applicant Name:** | Steve  Hotelling |
| **Customer Number:** | 69753 |
| **Filer:** | Glen Masashi Kubota/Raiza Singh |
| **Filer Authorized By:** | Glen Masashi Kubota |
| **Attorney Docket Number:** | 106842009000 |
| **Receipt Date:** | 22-DEC-2009 |
| **Filing Date:** | 06-MAY-2004 |
| **Time Stamp:** | 14:30:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 1840 |
| RAM confirmation Number | 962 |
| Deposit Account | 031952 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

APLNDC00027071

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | Issue_Fee_Transmittal.pdf | 108599 ca7ab2aac9ad7f0779d7665841c0c4816d972862 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Change of Address | Fee_Address_Indication_Form.pdf | 54383 85b6e4fcee69f3ecd7c39887b9cba6ad3eaa4bfb | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 33550 127b357e2bb1f4e7f8f9b7b8b21bd71129be40cb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 196532 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

### New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

### National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

### New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027072

10840862 : GAU: 2629

Page 6 of 16

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | | Serial No. 10/840,862 | |
|---|---|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi | | | |
| | Title: **MULTIPOINT TOUCHSCREEN** | | | |
| | Filing Date: May 6, 2004 | | Group: 2673 | |

| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |
|---|---|---|

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| /K.N./ | A124 | 6,135,958 | 10/24/2000 | Mikula-Curtis et al. | 600 | 443 | 08/06/1998 |
| /K.N./ | A125 | 6,144,380 | 11/07/2000 | Schwarts et al. | 345 | 350 | 02/19/1997 |
| /K.N./ | A126 | 6,188,391 | 02/13/2001 | Seely et al. | 345 | 173 | 07/09/1998 |
| /K.N./ | A127 | 6,198,515 | 03/06/2001 | Cole | 348 | 836 | 03/16/1998 |
| /K.N./ | A128 | 6,208,329 | 03/27/2001 | Ballare | 345 | 173 | 08/13/1996 |
| /K.N./ | A129 | 6,222,465 | 04/24/2001 | Kumar et al. | 341 | 20 | 12/09/1998 |
| /K.N./ | A130 | 6,239,790 | 05/29/2001 | Martinelli et al. | 345 | 174 | 08/17/1999 |
| /K.N./ | A131 | 6,243,071 | 06/05/2001 | Shwarts et al. | 345 | 146 | 11/03/1993 |
| /K.N./ | A132 | 6,246,862 | 06/12/2001 | Grivas et al. | 455 | 90 | 02/03/1999 |
| /K.N./ | A133 | 6,249,606 | 06/19/2001 | Kiraly et al. | 382 | 195 | 02/19/1998 |
| /K.N./ | A134 | 6,288,707 | 09/11/2001 | Philipp | 345 | 168 | 01/25/1999 |
| /K.N./ | A135 | 6,289,326 | 09/11/2001 | LaFleur | 705 | 702 | 06/04/1997 |
| /K.N./ | A136 | 6,292,178 | 09/18/2001 | Bernstein et al. | 345 | 173 | 10/19/1998 |
| /K.N./ | A137 | 6,323,846 | 11/27/2001 | Westerman et al | 345 | 173 | 01/25/1999 |
| /K.N./ | A138 | 6,347,290 | 02/12/2002 | Bartlett | 702 | 150 | 06/24/1998 |
| /K.N./ | A139 | 6,377,009 | 04/23/2002 | Philipp | 318 | 468 | 09/07/2000 |
| /K.N./ | A140 | 6,380,931 | 04/30/2002 | Gillespie et al. | 345 | 173 | 05/18/2001 |
| /K.N./ | A141 | 6,411,287 | 06/25/2002 | Scharff et al. | 345 | 177 | 09/08/1999 |
| /K.N./ | A142 | 6,414,671 | 07/02/2002 | Gillespie et al. | 345 | 157 | 03/24/1998 |
| /K.N./ | A143 | 6,421,234 | 07/16/2002 | Ricks et al. | 361 | 683 | 01/10/2000 |
| /K.N./ | A144 | 6,452,514 | 09/17/2002 | Philipp | 341 | 33 | 01/26/2000 |
| /K.N./ | A145 | 6,457,355 | 10/01/2002 | Philipp | 73 | 304 | 08/24/2000 |
| /K.N./ | A146 | 6,466,036 | 10/15/2002 | Philipp | 324 | 678 | 09/07/1999 |
| /K.N./ | A147 | 6,515,669 | 02/04/2003 | Mohri | 345 | 474 | 10/06/1999 |

AE
1-8-
2010

| **EXAMINER:** /Kimnhung Nguyen/ | **DATE CONSIDERED:** 05/11/2008 |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

APLNDC00027073

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/840,862 | 02/16/2010 | 7663607 | 106842009000 | 8470 |

69753        7590        01/27/2010

APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 754 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Steve Hotelling, San Jose, CA;
Joshua A. Strickon, San Jose, CA;
Brian Q. Huppi, San Francisco, CA;

IR103 (Rev. 10/09)

APLNDC00027074

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8155852 |
| **Application Number:** | 10840862 |
| **International Application Number:** | |
| **Confirmation Number:** | 8470 |
| **Title of Invention:** | MULTIPOINT TOUCHSCREEN |
| **First Named Inventor/Applicant Name:** | Steve  Hotelling |
| **Customer Number:** | 69753 |
| **Filer:** | Glenn M Kubota/Lisa Bronk |
| **Filer Authorized By:** | Glenn M Kubota |
| **Attorney Docket Number:** | 106842009000 |
| **Receipt Date:** | 04-AUG-2010 |
| **Filing Date:** | 06-MAY-2004 |
| **Time Stamp:** | 17:09:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Patent Term Adjustment Petition | 2002000REQRECALC8410.pdf | 51226<br>94e6b4852833131ac2da8e344cc1fada24e e1654 | no | 1 |

**Warnings:**

**Information:**

APLNDC00027075

Total Files Size (in bytes):                                    51 226

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027076

Doc Code: PET.PTA.RCAL
Document Description: Request for Recalculation in view of Wyeth

PTO/SB/131 (02-10)
Approved for use through 02/28/2011. OMB 0651-0020
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR RECALCULATION OF PATENT TERM ADJUSTMENT IN VIEW OF *WYETH*\*

| Attorney Docket Number: | 106842009000 | | |
|---|---|---|---|
| Application Number: | 10/840,862 | Filing Date (or 371(b) or (f) Date): | May 6, 2004 |
| Patent Number: | 7,663,607 B2 | Issue Date: | February 16, 2010 |
| First Named Inventor: | Steve HOTELLING | | |
| Title: | MULTIPOINT TOUCHSCREEN | | |

PATENTEE HEREBY REQUESTS RECALCULATION OF THE PATENT TERM ADJUSTMENT (PTA) UNDER 35 USC 154(b) INDICATED ON THE ABOVE-IDENTIFIED PATENT. THE PATENTEE'S SOLE BASIS FOR REQUESTING THE RECALCULATION IS THE USPTO'S PRE-*WYETH* INTERPRETATION OF 35 U.S.C. 154(b)(2)(A).

Note: This form is only for requesting a recalculation of PTA for patents issued before March 2, 2010, if the sole basis for requesting the recalculation is the USPTO's pre-*Wyeth* interpretation of 35 U.S.C. 154(b)(2)(A). See Instruction Sheet on page 2 for more information.

Patentees are reminded that to preserve the right to review in the United States District Court for the District of Columbia of the USPTO's patent term adjustment determination, a patentee must ensure that he or she also takes the steps required under 35 U.S.C. 154(b)(3) and (b)(4) and 37 CFR 1.705 in a timely manner.

\**Wyeth v. Kappos*, No. 2009-1120 (Fed. Cir., Jan. 7, 2010).

| Signature | /Glenn M. Kubota/ | Date | August 4, 2010 |
|---|---|---|---|
| Name (Print/Typed) | Glenn M. Kubota | Registration Number | 44,197 |

**Note**: *Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature. If necessary, submit multiple forms if more than one signature, see below\*.*

[X] \*Total of _____1_____ forms are submitted.

Client Ref. No.: P3266US1
la-1084857

APLNDC00027077



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

APPLE c/o MOFO LA
555 WEST FIFTH STREET SUITE 3500
SUITE 200
LOS ANGELES, CA 90013-1024

Mail Date: 08/17/2010

| | | |
|---|---|---|
| **Applicant** | : Steve Hotelling | : DECISION ON REQUEST FOR |
| **Patent Number** | : 7663607 | : RECALCULATION of PATENT |
| **Issue Date** | : 02/16/2010 | : TERM ADJUSTMENT IN VIEW |
| **Application No** | : 10/840,862 | : OF WYETH AND NOTICE OF INTENT TO |
| **Filed** | : 05/06/2004 | : ISSUE CERTIFICATE OF CORRECTION |
| | | : |

The Request for Recalculation is **GRANTED** to the extent indicated.

The patent term adjustment has been determined to be **1423** days. The USPTO will *sua sponte* issue a certificate of correction reflecting the amount of PTA days determined by the recalculation.

Prior to the issuance of the certificate of correction, the USPTO will afford patentee an opportunity to be heard and request reconsideration. Accordingly, patentee has **one month or thirty (30) days**, whichever is longer, to file a request for reconsideration of this patent term adjustment calculation. See 35 U.S.C. 154(b)(3)(B)(ii) and 37 CFR 1.322(a)(4). No extensions of time will be granted under 37 CFR 1.136.

Patentee should use document code PET.OP if electronically filing a request for reconsideration of this patent term adjustment calculation. The patentee must also include the information required by 37 CFR 1.705(b)(2) and the fee required by 37 CFR 1.18(e). If patentee does not file a timely request for reconsideration of this patent term adjustment calculation including the information required by 37 CFR 1.705(b)(2) and the fee required by 37 CFR 1.18(e), the USPTO will issue a certificate of correction reflecting the PTA determination noted above.

Patentee should be aware that in order to preserve the right to review in the United States District Court for the District of Columbia of the USPTO patent term adjustment determination, patentee must ensure that he or she also take the steps required under 35 U.S.C. 154(b)(4)(A) in a timely manner. Nothing in the request for recalculation should be construed as providing an alternative time frame for commencing a civil action under 35 U.S.C. 154(b)(4)(A).

Any questions concerning this decision should be directed to the Office of Patent Legal Administration at 571-272-7702.

PTOL-549G (04/10)

APLNDC00027078

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.         : 7,663,607 B2                                                                 Page 1 of 1
APPLICATION NO. : 10/840862
DATED                : February 16, 2010
INVENTOR(S)       : Hotelling et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b)
by 1423 days.

Signed and Sealed this

Twenty-eighth Day of December, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*