# EXHIBIT 4.10

2.2.2.4    Proximity Image Filtering . . . . . . . . . . . . .   47

2.3    Topology of Hand Proximity Images . . . . . . . . . . . . . . . .   48

2.3.1    Flattened Hand Image Properties . . . . . . . . . . . . . .   49
2.3.2    Properties of Hands in the Neutral Posture . . . . . . . . . . .   51
2.3.3    Partially Closed Hand Image Properties . . . . . . . . .   52
2.3.4    Pen Grip Image Properties . . . . . . . . . . . . . . . . . .   54
2.3.5    Comfortable Ranges of Hand Motion . . . . . . . . . . . . .   54

2.4    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   58

**3    HAND CONTACT SEGMENTATION AND PATH TRACKING    60**

3.1    Notation and Major Variable Types . . . . . . . . . . . . . . .   62
3.2    Contact Segmentation . . . . . . . . . . . . . . . . . . . . . .   63

3.2.1    Introduction to the Contact Segmentation Problem . . . . . .   63
3.2.2    Overview of the Segmentation Process . . . . . . . . . . . .   64
3.2.3    Proximity Image Smoothing . . . . . . . . . . . . . . . . .   67
3.2.4    Segmentation Strictness Regions . . . . . . . . . . . . . . .   68
3.2.5    Segmentation Search Pattern . . . . . . . . . . . . . . . .   72
3.2.6    Segmentation Boundary Tests . . . . . . . . . . . . . . . .   75

3.2.6.1    Proximity Significance Tests . . . . . . . . . . . . .   75
3.2.6.2    Strict Segmentation Region Partial Minima Tests . .   77
3.2.6.3    Flattened Finger Segmentation . . . . . . . . . . .   79
3.2.6.4    Contact Height Limitation Test . . . . . . . . . . .   80
3.2.6.5    Sloppy Segmentation Region Palm Heel Crease Test   80

3.2.7    Combining Overlapping Groups . . . . . . . . . . . . . . .   82
3.2.8    Extracting Group Parameters . . . . . . . . . . . . . . . .   83

3.2.8.1    Centroid Computation . . . . . . . . . . . . . . .   83
3.2.8.2    Ellipse Fitting . . . . . . . . . . . . . . . . . . .   84

3.2.9    Performance of the Segmentation Methods . . . . . . . . . .   85

3.3    Persistent Path Tracking . . . . . . . . . . . . . . . . . . . .   105

3.3.1    Introduction to the Path Tracking Problem . . . . . . . . . .   105

viii

3.3.2 Prediction of Contact Location . . . . . . . . . . . . . . . 107
3.3.3 Mutually Closest Pairing Rule . . . . . . . . . . . . . . . 109
3.3.4 Path Parameters . . . . . . . . . . . . . . . . . . . . . . 110
3.3.5 Path Tracking Results . . . . . . . . . . . . . . . . . . . 112

3.4 Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

4 **FINGER IDENTIFICATION AND HAND POSITION ESTIMATION** . . . . . . . . . . . . . . . . . . . . . . **116**

4.1 Hand Gesture Recognition . . . . . . . . . . . . . . . . . . . . 117

4.1.1 Communicative Gestures versus Manipulative Gestures . . . . 117
4.1.2 Locating Fingers within Remote Optical Images . . . . . . . 119
4.1.3 The Feasibility of Identification from Proximity Images . . . . 120

4.1.3.1 Rubine's Encounter with Finger Identification . . . 120
4.1.3.2 Summary of Constraints on Contact Identity . . . . 121
4.1.3.3 Underconstrained Cases . . . . . . . . . . . . . . . 124

4.1.4 Pooling of Fingertip Combinations . . . . . . . . . . . . . . 125

4.2 Overview of the Hand Tracking and Identification System . . . . . . 126
4.3 Hand Position Estimation . . . . . . . . . . . . . . . . . . . . 130

4.3.1 Measuring Current Hand Position . . . . . . . . . . . . . . 131
4.3.2 Identification Confidence and Filter Delay . . . . . . . . . . 133
4.3.3 The Filter Equations . . . . . . . . . . . . . . . . . . . . . 135
4.3.4 Enforcing Hand Separation . . . . . . . . . . . . . . . . . . 135
4.3.5 Interactions with Segmentation and Identification Modules . . 137

4.4 Finger Identification . . . . . . . . . . . . . . . . . . . . . . . 138

4.4.1 The Basic Attractor Ring . . . . . . . . . . . . . . . . . . . 138
4.4.2 Voronoi Diagram for Single Contact Identification . . . . . . 140
4.4.3 Multiple Contacts Compete for Voronoi Cells . . . . . . . . 142
4.4.4 The Assignment Problem . . . . . . . . . . . . . . . . . . . 143

4.4.4.1 Localized Combinatorial Search . . . . . . . . . . . 145
4.4.4.2 Choosing Initial Assignments . . . . . . . . . . . . 146
4.4.4.3 The Swapping Condition . . . . . . . . . . . . . . . 146

APLNDC00021038

4.4.4.4  The k-exchange Sequence . . . . . . . . . . . . . . . 147

4.4.5  Geometric Interpretations of the Swapping Condition . . . . . 148

4.4.5.1  Geometric Interpretation of Single Contact Swapping 148
4.4.5.2  Geometric Interpretation of Contact Pair Swapping . 150
4.4.5.3  Summary of Swapping Behavior using
Distance-Squared Metrics . . . . . . . . . . . . . 155
4.4.5.4  Contact Pair Swapping Behavior with Other Metrics 155
4.4.5.5  Distance-Squared Assignment as Sorting . . . . . . 158
4.4.5.6  Analyzing Swaps on the Attractor Ring . . . . . . 159

4.4.6  Tuning the Attractor Ring with Weighted Voronoi Diagrams . 165

4.4.6.1  Constant Additive Weighting to the Distance Matrix 166
4.4.6.2  Static Palm Heel Weightings . . . . . . . . . . . . 167
4.4.6.3  Dynamic Feature Weightings . . . . . . . . . . . . 172
4.4.6.4  Thumb and Inner Palm Orientation Factor . . . . . 173
4.4.6.5  Thumb Size Factor . . . . . . . . . . . . . . . . 174
4.4.6.6  Palm Heel Size Factor . . . . . . . . . . . . . . . 175
4.4.6.7  Palm Heel Separation Factor . . . . . . . . . . . . 176
4.4.6.8  Forepalm Attractors and Weightings . . . . . . . . 177
4.4.6.9  The Fully Weighted Assignment Cost Matrix . . . . 178
4.4.6.10  Tolerance of Different Hand Sizes . . . . . . . . . 179

4.4.7  Thumb Verification . . . . . . . . . . . . . . . . . . . . . 180

4.4.7.1  Inner Finger Separation Factor . . . . . . . . . . . 181
4.4.7.2  Inner Finger Angle Factor . . . . . . . . . . . . . 183
4.4.7.3  Thumb-Fingertip Expansion Factor . . . . . . . . . 184
4.4.7.4  Thumb-Fingertip Rotation Factor . . . . . . . . . . 184
4.4.7.5  Combining and Testing the Thumb Factors . . . . . 185

4.4.8  Ratcheting Identification Accuracy . . . . . . . . . . . . . . 187
4.4.9  Finger Identification Results . . . . . . . . . . . . . . . . . 189

4.5  Hand Identification . . . . . . . . . . . . . . . . . . . . . . . . . . 202

4.5.1  Checking for Contact Stabilization . . . . . . . . . . . . . . 203
4.5.2  Placing Left and Right Attractor Rings . . . . . . . . . . . . 205
4.5.3  Generating Plausible Partition Hypotheses . . . . . . . . . . 206

x

APLNDC00021039

4.5.4   The Optimization Search Loop . . . . . . . . . . . . . . 208
4.5.5   Partition Cost Modifiers . . . . . . . . . . . . . . . . . . 209

   4.5.5.1   Clutching Direction Factor . . . . . . . . . . . . . 209
   4.5.5.2   Handedness Factor . . . . . . . . . . . . . . . . . 210
   4.5.5.3   Palm Cohesion Factor . . . . . . . . . . . . . . . 211
   4.5.5.4   Inter-Hand Separation Factor . . . . . . . . . . 212

4.5.6   Hand Identification Results . . . . . . . . . . . . . . . . 213

4.6   Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223

5   **CHORDIC MANIPULATION** . . . . . . . . . . . . . . . . . . **225**

5.1   Related Input Devices . . . . . . . . . . . . . . . . . . . . . . 226

   5.1.1   Fitts' Law and Pointing Performance . . . . . . . . . . . 226

      5.1.1.1   Tracking Delay . . . . . . . . . . . . . . . . . . . 227

   5.1.2   Integrating Typing and Pointing . . . . . . . . . . . . . . 228

      5.1.2.1   Embedding Pointing Devices in Mechanical
                Keyboards . . . . . . . . . . . . . . . . . . . . . 228
      5.1.2.2   Detecting Pointing Gestures Above a Keyboard . . . 230
      5.1.2.3   One Hand Points. the Other Types . . . . . . . . . 231
      5.1.2.4   Touch Pads and Screens . . . . . . . . . . . . . . 231

   5.1.3   Manipulation in more than Two Degrees of Freedom . . . . . 232

      5.1.3.1   Integrality vs. Separability . . . . . . . . . . . . 233
      5.1.3.2   Bimanual Manipulation . . . . . . . . . . . . . . 235

   5.1.4   Channel Selection . . . . . . . . . . . . . . . . . . . . . 236

5.2   Synchronization and Typing Detection . . . . . . . . . . . . . . 237

   5.2.1   Keypress Registration . . . . . . . . . . . . . . . . . . . 237
   5.2.2   The Synchronization Detector . . . . . . . . . . . . . . . 240

      5.2.2.1   Sorting Paths by Press and Release Times . . . . . 240

xi

APLNDC00021040

5.2.2.2   Searching for Synchronized Finger Subsets . . . . . . 243
5.2.2.3   Synchronization Detector Decisions and Actions . . . 244
5.2.2.4   Issuing Chord Taps . . . . . . . . . . . . . . . 245
5.2.2.5   Avoiding Accidental Mouse Clicks . . . . . . . . . 247

5.2.3   Keypress Acceptance and Transmission . . . . . . . . . . . . . 247

5.2.3.1   Handling Modifier Keys . . . . . . . . . . . . . . 249
5.2.3.2   Alternatives to Full Taps from Suspended Hands . 250
5.2.3.3   Potential Typing Speeds . . . . . . . . . . . . . . 251

5.2.4   Typing Summary . . . . . . . . . . . . . . . . . . . . . . . 252

5.3   Hand Motion Extraction . . . . . . . . . . . . . . . . . . . . . . . 252

5.3.1   Inputs to the Extraction Algorithm . . . . . . . . . . . . . 254
5.3.2   Scaling and Rotation Component Extraction . . . . . . . . 254
5.3.3   Translation Component Extraction . . . . . . . . . . . . . 258
5.3.4   Dead Zone Filtering . . . . . . . . . . . . . . . . . . . . . 260
5.3.5   Motion Extraction Results . . . . . . . . . . . . . . . . . . 261
5.3.6   Motion Extraction Conclusions . . . . . . . . . . . . . . . 266

5.4   Chord Motion Recognition . . . . . . . . . . . . . . . . . . . . . . 266

5.4.1   Channel Selection . . . . . . . . . . . . . . . . . . . . . . . 266

5.4.1.1   Channels Follow Finger Combinations . . . . . . . 267
5.4.1.2   Initial Finger Combination Sets Channel . . . . . . 268

5.4.2   MTS Chord Motion State Machine . . . . . . . . . . . . . . 269

5.4.2.1   State C: Channel Selection . . . . . . . . . . . . . 269
5.4.2.2   State SC: Synced Subset Channel Selection . . . . 271
5.4.2.3   State M: Manipulation . . . . . . . . . . . . . . . 272

5.4.3   Chord Mappings . . . . . . . . . . . . . . . . . . . . . . . 272

5.5   Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 275

# 6   PRELIMINARY EVALUATION, FUTURE DIRECTIONS, AND

APLNDC00021041

**CONCLUSIONS** . . . . . . . . . . . . . . . . . . . . . . . **276**

6.1   Testimonial and Case Study of the Author . . . . . . . . . . . . . . . 276

    6.1.1   My Fitness as an Evaluator . . . . . . . . . . . . . . . 277
    6.1.2   Equipment and Methods . . . . . . . . . . . . . . . . . . . . 278
    6.1.3   Typing . . . . . . . . . . . . . . . . . . . . . . . . . . . 279
    6.1.4   Weekly Symptoms . . . . . . . . . . . . . . . . . . . . . . . 281

        6.1.4.1   First Two Weeks . . . . . . . . . . . . . . . 281
        6.1.4.2   Third and Fourth Weeks . . . . . . . . . . . . . . . 281
        6.1.4.3   Fifth and Sixth Weeks . . . . . . . . . . . . . . . 282
        6.1.4.4   Seventh and Eighth Weeks . . . . . . . . . . . . . 282
        6.1.4.5   Ninth and Tenth Weeks . . . . . . . . . . . . . . . 284
        6.1.4.6   Conclusions . . . . . . . . . . . . . . . . . . . 284

    6.1.5   Recognition Errors and Accidental Activations . . . . . . . . 285

        6.1.5.1   Benefits of Higher Frame Rates . . . . . . . . . . . 286

    6.1.6   Chordic Manipulation Performance . . . . . . . . . . . . . . 287

6.2   Future Evaluations . . . . . . . . . . . . . . . . . . . . . . . . 294

    6.2.1   Usability Trials . . . . . . . . . . . . . . . . . . . . . . 294
    6.2.2   RSI Case Studies . . . . . . . . . . . . . . . . . . . . . . 296
    6.2.3   Typing Fatigue Studies . . . . . . . . . . . . . . . . . . . 298

6.3   Future Directions for MTS Development . . . . . . . . . . . . . . . 299

    6.3.1   Increased Array Resolution . . . . . . . . . . . . . . . . . . 299
    6.3.2   Handwriting Recognition . . . . . . . . . . . . . . . . . . . 300
    6.3.3   Universal Access . . . . . . . . . . . . . . . . . . . . . . 301
    6.3.4   Fault Tolerant Segmentation . . . . . . . . . . . . . . . . . 301
    6.3.5   Upgrading Operating Systems for High-DOF, Bimanual
          Manipulation . . . . . . . . . . . . . . . . . . . . . . . 302

6.4   Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303

**Appendix**

xiii

APLNDC00021042

**A  ERGONOMICS FOR ENGINEERS** . . . . . . . . . . . . . . . . . . . **305**

    A.1  Risk Factors for RSI  . . . . . . . . . . . . . . . . . . . . . . . . . . 305
    A.2  The Role of Force × Repetition in Soft Tissue Damage . . . . . . . 306
    A.3  Activation Forces of Input Devices  . . . . . . . . . . . . . . . . . 307
    A.4  Relevance to the MTS  . . . . . . . . . . . . . . . . . . . . . . . . 309

**B  VERTICAL INTERPOLATION BIASES ON
PARALLELOGRAM ELECTRODE ARRAYS** . . . . . . . . . . . . **310**

    B.1  Nonlinear Vertical Centroid for Parallelogram Interpolation . . . . . . 312

**C  CONVERGENCE TRAPS FOR LOCALIZED
COMBINATORIAL SEARCH ON AN ATTRACTOR RING.** . . **315**

**BIBLIOGRAPHY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **320**

xiv

APLNDC00021043

# LIST OF FIGURES

**1.1**   Warped QWERTY key layout for the MTS. . . . . . . . . . . . .   6

**1.2**   Overall block diagram of the MTS hardware and software modules.   17

**2.1**   The two basic multi-touch proximity sensor arrangements. . . . . .   33

**2.2**   Projection sensor ambiguities for various diagonal arrangements of fingertips. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   35

**2.3**   Ambiguities in projective sensing caused by presence of the thumb and palms in the same columns as fingertips. . . . . . . . . . . . .   37

**2.4**   Diagram of electrode layout for the entire 16 × 96 parallelogram electrode array. Row pitch is 1.2 cm and column pitch is 0.4 cm. but electrodes are only 0.25 cm wide.   . . . . . . . . . . . . . . . . .   41

**2.5**   A 3 × 3 section a) of rectangular electrode array. Vertical interpolation between top and bottom electrodes works in b)-c) but not in d)-e). . . . . . . . . . . . . . . . . . . . . . . . . . . . .   42

**2.6**   Vertical interpolation on the parallelogram electrode array is uniform in a)-d) since ratio of hatched cross sections on top and bottom electrodes changes gradually. . . . . . . . . . . . . . . . . . . .   42

**2.7**   Offset-corrected proximity image of right hand flattened onto the surface with fingers outstretched and all hand parts labeled. . . . .   50

**2.8**   Proximity image of both hands resting on the surface in their respective neutral or default postures. . . . . . . . . . . . . . . . .   51

**2.9**   Proximity image of a partially closed hand with fingertips squished together. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   53

xv

APLNDC00021044

**2.10**  Proximity image of a hand with inner fingers pinched and outer fingers curled under towards the palm heels as if gripping a pen. . .  55

**2.11**  Proximity image of right hand at far left of sensing surface and rotated counter-clockwise to its biomechanical limit. . . . . . . . .  56

**2.12**  Proximity image of right hand at far right of sensing surface and rotated outward to its biomechanical limit. . . . . . . . . . . . . .  57

**2.13**  Proximity image of left hand in default position and right hand up against it. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  57

**2.14**  Proximity image of left hand in default position and right hand moved down so only fingertips remain in active sensing area. . . . .  58

**2.15**  Proximity image of left hand in default position and right hand moved up so only thumb and palms remain in active sensing area. .  59

**3.1**  System-level diagram for hand and finger tracking and identification modules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  61

**3.2**  Data flow diagram of the proximity image segmentation process. . .  65

**3.3**  The positions of the left and right sloppy segmentation regions (boxes) in relation to estimated finger positions (plus signs) . . . . .  70

**3.4**  Typical search patterns starting at the group's local maximum (filled circle) and proceeding along successive rows towards the contact edge, represented here as the curved, closed boundary. . . . . . . . .  73

**3.5**  Flow chart summarizing the contact edge tests which are applied at each pixel encountered by a group's segmentation search pattern. . .  76

**3.6**  Unsmoothed a) and diffused b) proximity images of a flattened hand with the fingers squeezed against one another rather than spread out.  86

**3.7**  Segmentation results for the flattened hand using either a) strict segmentation rules for both fingers and palm heels or b) using sloppy segmentation rules for the whole hand. . . . . . . . . . . . . . . . .  88

xvi

APLNDC00021045

**3.8**   The correct segmentation for the flattened hand obtained by applying sloppy segmentation rules in the box around the palm heels and strict segmentation rules for the fingers. . . . . . . . . . . . .  90

**3.9**   This correct segmentation of the neutral hand posture (Figure 2.8) is obtained regardless of where strict a) or sloppy b) segmentation rules are applied since contacts are relatively small and well-separated. . .  92

**3.10**   Unsmoothed a) and diffused b) proximity images of a partially closed right hand rotated clockwise 45°. . . . . . . . . . . . . . . . .  93

**3.11**   Sloppy segmentation a) of fingertips in a slanted row causes some of them to be merged. However, the diagonal minima tests of strict segmentation b) keep fingertip groups properly separated even when the row of fingertips is slanted as much as 45°. . . . . . . . . . . . .  94

**3.12**   Unsmoothed a) and diffused b) proximity images of a partially closed right hand rotated clockwise 90°, fully sideways. . . . . . . .  95

**3.13**   All segmentation rules fail to segment the column of fingertips because the vertical smearing by vertically interleaved parallelogram electrodes obscures the local proximity maxima normally caused by each fingertip. . . . . . . . . . . . . . . . . . . . . . . . . . . . .  96

**3.14**   Unsmoothed proximity image and properly aligned segmentation map of a thumb passing about a centimeter behind the index fingertip. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  98

**3.15**   Unsmoothed proximity image and properly aligned segmentation map of a thumb touching the back of the index fingertip. . . . . . .  99

**3.16**   Unsmoothed a) and diffused b) proximity images of a right hand flattened onto the surface so hard that the forepalms are touching. . 100

**3.17**   All sloppy segmentation a) of the flattened right hand of Figure 3.16, and the correct segmentation using properly aligned sloppy regions b). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

**3.18**   Unsmoothed a) and diffused b) proximity images of a flattened right hand rotated counter-clockwise about 30°. . . . . . . . . . . . . . . 102

xvii

APLNDC00021046

**3.19**  Segmentation maps for the rotated, flattened hand. . . . . . . . . . 103

**3.20**  Flow chart summarizing the contact path tracking algorithm. . . . . 108

**3.21**  Trajectories of four left hand fingertips touching down
asynchronously on the lower left of the surface and sliding in an arc
to lift off at the lower right.  . . . . . . . . . . . . . . . . . . . . . 113

**4.1**  System-level diagram for hand and finger tracking and identification
modules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

**4.2**  Flow chart of hand position estimation process.  . . . . . . . . . . 132

**4.3**  Filter diagram for hand position estimator.  . . . . . . . . . . . . . 136

**4.4**  Flow chart of the finger and palm (within-hand) identification
algorithm. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139

**4.5**  Voronoi cell diagram constructed around ring of hand part attractor
points.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141

**4.6**  Geometric construction showing possible assignments when two
attractors compete for one surface contact. . . . . . . . . . . . . . 149

**4.7**  Geometric construction for comparing the costs of the two possible
assignments between a pair of contacts and a pair of attractors.  . . 151

**4.8**  Visual comparison of distance-squared assignments via contact pair
and attractor pair bisectors which are both perpendicular to the
attractor pair. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154

**4.9**  Special case when the attractor pair and contact pair form a right
triangle illustrates differences in assignment behavior for different
distance metrics.  . . . . . . . . . . . . . . . . . . . . . . . . . . . 156

**4.10**  Special case when the attractor pair and contact pair are collinear
illustrates that unlike the $L2$ metric, the $L1$ metric does not preserve
the contact ordering under lateral translation of the contact pair. . . 157

**4.11**  Tolerance of hand translation and finger pair deviation in assignment
of five fingers to an attractor ring. . . . . . . . . . . . . . . . . . . 160

xviii

APLNDC00021047

**4.12**  Identity swaps which occurs after the pinky finger contact is removed and replaced with a dummy contact. . . . . . . . . . . . . . . . . 163

**4.13**  The dummy contact (D) propagates to the index finger attractor when the pinky finger is removed. It remains there because no real surface contacts lie in the index finger Voronoi cell. . . . . . . . . . 164

**4.14**  Voronoi diagram with distances from contacts anywhere in the plane to palm heels weighted to be twice as far as normal. . . . . . . . . . 168

**4.15**  Weighted Voronoi diagram with flexing finger trajectories superimposed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 170

**4.16**  Weighted Voronoi diagram with rotating finger trajectories superimposed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171

**4.17**  Right thumb and inner palm heel orientation factor. $Pi_{worient}[n]$, versus orientation of the contact's fitted ellipse. $Pi_\theta[n]$. . . . . . . . 173

**4.18**  Thumb size factor. $Pi_{wthumb\_size}[n]$ versus a contact's total proximity. $Pi_z[n]$. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

**4.19**  Palm heel size factor. $Pi_{wpalm\_size}$ versus the ratio of a contact's total proximity to its eccentricity. $P_z[n]/P_\epsilon[n]$. . . . . . . . . . . . . . . . 175

**4.20**  Palm heel separation factor. $Pi_{wpalm\_sep}[n]$ versus the Euclidean distance between contact $Pi$ and its nearest neighbor contact. . . . 176

**4.21**  Flow chart of the thumb presence verification algorithm. . . . . . . 182

**4.22**  Right inner angle factor. $angle\_fact$. versus the vector angle between the two innermost contacts identified as fingers. . . . . . . . . . . . 183

**4.23**  Thumb verification cutoffs versus inner separation and angle when other inter-contact features are not discriminating. . . . . . . . . . . 188

**4.24**  Rolling touchdowns of pinky through thumb as right hand slides down from top left of half surface. . . . . . . . . . . . . . . . . . . . 191

xix

APLNDC00021048

**4.25**   Instantaneously correct identifications of four fingertip rows at far corners of surface shows that four fingertips arranged in a roughly horizontal row are sufficient for perfect identification anywhere. . . . 192

**4.26**   A claw hand with pinky crossed under ring finger verifies finger rotation tolerances of the attractor ring. . . . . . . . . . . . . . . 193

**4.27**   Fingers in a hand rotated fully clockwise to the limits of ulnar deviation are always identified perfectly. . . . . . . . . . . . . . . 194

**4.28**   Fingers in a hand rotated fully counter-clockwise to the limits of radial deviation are sometimes identified correctly. . . . . . . . . . 195

**4.29**   Absence or merging of both palm heels can cause thumb misidentification when right hand is rotated fully counter-clockwise. 196

**4.30**   Fingers in a pen grip configuration are identified correctly anywhere on the surface. . . . . . . . . . . . . . . . . . . . . . . . . . . . 197

**4.31**   Palm heels alone are identified correctly anywhere on the surface when they bottom out and reach full size. . . . . . . . . . . . . . . 198

**4.32**   Dependency of fingertip pair identification in palm regions on fingertip separation. . . . . . . . . . . . . . . . . . . . . . . . . . . 199

**4.33**   Correct thumb identification for a thumb-middle fingertip chord in the fingertip regions. . . . . . . . . . . . . . . . . . . . . . . . . . 200

**4.34**   Identifications of a thumb and middle finger which do not start uniquely separated but perform unique motions. . . . . . . . . . . 201

**4.35**   Flow chart of the hand identification algorithm. . . . . . . . . . . 204

**4.36**   Vertical contours creating three different partitioning hypotheses for a contact arrangement. . . . . . . . . . . . . . . . . . . . . . . . . 207

**4.37**   Hand clutching direction factor versus the average of the right hand's horizontal contact velocities. . . . . . . . . . . . . . . . . . 209

**4.38**   Handedness factor versus the vertical separation between outermost and next outermost finger contacts. . . . . . . . . . . . . . . . . . 210

APLNDC00021049

**4.39**   Palm cohesion factor versus the horizontal separation between the innermost and outermost contacts identified as palms. . . . . . . . 212

**4.40**   Inter-hand separation factor versus the estimated distance between the left and right thumbs.   . . . . . . . . . . . . . . . . . . . . . 213

**4.41**   Short-term memory of hand identity as maintained by the hand position estimate. . . . . . . . . . . . . . . . . . . . . . . . . . . 214

**4.42**   A right thumb placed in the left middle of the surface is identified correctly solely by virtue of its orientation. . . . . . . . . . . . . . 215

**4.43**   Effect of clutching velocity factor on hand identification near middle of surface. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216

**4.44**   Right hand including thumb is robustly identified in middle of surface. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

**4.45**   Right hand touching down well onto left side of surface is allowed to be misidentified as the left hand. . . . . . . . . . . . . . . . . . . 218

**4.46**   Two full hands placed side by side on the left half of the surface are partitioned correctly. . . . . . . . . . . . . . . . . . . . . . . . . 219

**4.47**   The entire left hand plus the right thumb and middle finger placed side by side on the left half of the surface are partitioned correctly. . 220

**4.48**   The five left hand fingers plus the right thumb and middle finger placed side by side on the left half of the surface are not partitioned correctly. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221

**4.49**   The five left hand fingers plus the right thumb, index, and middle fingers placed side by side on the left half of the surface are partitioned correctly.   . . . . . . . . . . . . . . . . . . . . . . . 222

**5.1**   Flow chart of the keypress registration process. . . . . . . . . . . . 238

**5.2**   Flow chart of the finger synchronization detection process.   . . . . . 241

**5.3**   Continuation of Figure 5.2 showing chord tap detection and transmission. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242

xxi

APLNDC00021050

**5.4**   Flow chart of the keypress acceptance and transmission process.  . . 248

**5.5**   Flow chart of the algorithm for extracting hand scaling, rotation, and translation velocities from individual finger velocities. . . . . . . 255

**5.6**   Typical flexing finger trajectories when performing a hand scaling. . 256

**5.7**   Velocity components extracted from simultaneous hand translation, rotation, and scaling. . . . . . . . . . . . . . . . . . . . . . . . . . . . 262

**5.8**   Velocity components extracted from whole-hand translation. . . . . 264

**5.9**   Velocity components extracted from separate hand rotation and scaling motions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265

**5.10**   State diagram for 3-finger touchpad tapping and sliding. . . . . . . 267

**5.11**   State diagram for the MTS chord motion recognizer. . . . . . . . . . 270

**6.1**   Modified Dvorak key layout adopted by the author starting in the fifth week of the trial. . . . . . . . . . . . . . . . . . . . . . . . . . . 283

**B.1**   Diagram illustrating the vertical interpolation biases which can arise when small-to-medium-sized contacts are halfway between parallelogram electrode rows but not centered on or between columns. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 311

**C.1**   Diagrams showing convergence failures for attractor rings which are not perfectly circular. . . . . . . . . . . . . . . . . . . . . . . . . . 316

**C.2**   Rotational local minimum assignments for a perfectly symmetric attractor ring. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 318

xxii

APLNDC00021051

# LIST OF TABLES

**1.1**  Legend for finger combination/channel icons.  . . . . . . . . . . . . .  9

**1.2**  Legend for chord motion icons.  . . . . . . . . . . . . . . . . . . . .  10

**1.3**  Mappings for right hand manipulation channels. . . . . . . . . . . . .  12

**1.4**  Mappings for right hand command gesture channels.  . . . . . . . . .  14

**4.1**  Finger identity notation for identified path data structures.  . . . . .  128

**5.1**  The seven unique finger chord channels.  . . . . . . . . . . . . . . .  246

**5.2**  The simple manipulations and lateral motion gestures recognized by the MTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  273

**6.1**  Mappings for right hand manipulation channels. . . . . . . . . . . .  289

**6.2**  Mappings for left hand manipulation channels. . . . . . . . . . . . .  290

**6.3**  Mappings for right hand command gesture channels.  . . . . . . . . .  291

**6.4**  Mappings for left hand command gesture channels.  . . . . . . . . . .  292

**6.5**  Schedule for MTS usability study.  . . . . . . . . . . . . . . . . . .  295

xxiii

APLNDC00021052

# GLOSSARY

**assignment problem** Finding the best one-to-one matching between sets of equal size.

**attractor ring** A set of points fixed in a ring around the hand, one per finger and palm heel, which are used to associate nearby unidentified contacts with particular fingers.

**bimanual manipulation** Using two hands simultaneously to navigate, move, or stretch onscreen objects.

**carpal tunnel syndrome** Compression of the median nerve caused by inflammation of the tendons which pass through the carpal tunnel at the underside of the wrist. Causes numbness, tingling, sharp wrist pains at night, and eventual degradation of hand motor control if untreated. Though one of the most widely feared repetitive strain injuries, it appears in only about 20 percent of RSI cases [117].

**chord** A combination of fingers on one hand which contact a surface simultaneously. Some combinations are easier for the user to perform or the system to recognize than others.

**chordic manipulation** 4-DOF control of onscreen graphical objects with slides of two or more fingers across a surface.

**channel selection** Choosing and touching a particular combination of fingers to select between pointing, dragging, scrolling, *etc.*, in analogy to pressing a subset of mouse buttons.

**contact (noun)** A general term for signals produced when a grounded conductive object such as a finger approaches a capacitance-sensing surface. The groups, paths, and fingers of Chapters 3 and 4 are each contacts at different stages of processing.

**cumulative trauma disorders (CTD)** Slightly more general term than repetitive strain injury which includes occupational back injuries.

APLNDC00021053

**cubital tunnel syndrome** Same as carpal tunnel syndrome except compresses ulnar nerve at the elbow (near the funny bone).

**degrees of freedom (DOF)** The number of independent directions a solid object or joint can move. Three-dimensional free space has six-DOF, three for translation along the x, y, and z axes, and three for rotation in the xy, yz, and xz planes. The joints of the wrist and fingers have over 20-DOF total.

**DeQuervain's Syndrome** Entrapment of the tendons which extend and raise the thumb where they pass through tendon sheaths at the wrist. Can be caused by holding thumbs too high when typing or pulling thumb backwards on thumb-operated trackballs.

**Dvorak key layout** An alternative key layout designed by August Dvorak in the 1930's. Its primary advantage is that the most frequently typed characters are placed on home row, so finger excursions to the front and back rows are greatly reduced.

**electrode** A thin conductive plate, thousands of which form the sensor array of the MTS. The sensed parameter is the change in electrode capacitance caused by approach of another conductive object such as fingertip flesh. Precise contact locations are obtained by grouping and interpolating neighboring electrode measurements.

**finger** Any of the thumb, index, middle, ring or pinky.

**finger identification** Determining which fingertip, palm heel or thumb on a given hand is causing a particular surface contact.

**fingertip** The tip of any of the index, middle, ring or pinky fingers, but not the tip of the thumb.

**frame rate** The frequency with which the electrode scanning hardware scans the whole proximity sensing array. Also known as the array scanning rate.

**hand identification** Determining which of the left or right hands is causing a particular surface contact or cluster of contacts.

**floating finger** A finger which is in detection range (less than 3 mm from the surface) but is not actually touching the surface.

**forearm pronation** Rotation of the forearm so that the palm faces down.

APLNDC00021054

**forearm supination** Rotation of the forearm so that the palm faces up.

**forepalms**     The mounds of often callused flesh protecting the underside of the joint between the metacarpals and proximal phalanges, where the distal palm branches into the fingers.

**graphical manipulation** Direct control of continuous software parameters whose state changes are usually indicated by movement of something on the screen.

**graphical user interface (GUI)** A modern software interface like the Windows 95 desktop which has icons, menus, windows, buttons, and dialogue boxes operated principally by the mouse, as opposed to older command line interfaces which only required a keyboard. GUIs rely heavily on the mouse pointer location to determine context and mode.

**group**     In the context of Chapter 3, a set of electrodes which all appear to be affected by the same distinguishable part of the hand.

**hunt and peck typing** Novice typists typically strike keys with the index fingers only, visually searching the keyboard for each key. Trained typists use this method sporadically for unfamiliar or hard-to-reach key sequences.

**integral**     Control devices or tasks in which it is possible to move along all axes or in all degrees of freedom simultaneously, *e.g.* moving diagonally in a plane.

**inner**     Towards the thumb of a given hand, known more formally as medial.

**mouse cursor** Usually denoted by an arrow pointer moving across the screen, this cursor has traditionally been controlled by a mouse.

**multi-touch surface (MTS)** A surface with a proximity sensor array underneath capable of unambiguously measuring the positions of multiple finger contacts.

**one-shot**     A command or key sequence which cannot easily be undone or reversed and which is normally not repeated. One-shot commands are therefore only issued once per hand slide across the surface.

**outer**     Towards the pinky of the given hand.

APLNDC00021055

**path**    In context of Chapters 3–5, the trajectory of a surface contact which is persistently tracked across successive proximity images. If it cannot be associated with an electrode group from the most recent array scan, it is deactivated, representing finger liftoff.

**palm heels**    The pair of fleshy mounds at the base of the palm near the wrist.

**pen grip**    A hand posture or configuration in which the middle, ring, and pinky fingers are curled under the palms and the thumb and index finger are pinched together as if holding a pen.

**puck**    A mouse-like device often used with electromagnetic drawing tablets [149]. The primary differences from the conventional mouse are that the puck can report its absolute position rather than just relative changes in position, and pucks often have 4–16 buttons rather than just 1–3. Pucks and drawing tablets are used most often by professional draftsmen for computer-aided-design (CAD). These same tablets usually support styli as well.

**QWERTY key layout**    The alphabet key layout which has long been standard on most English typewriters and computer keyboards. Character placement seems random, but speed is fairly good because typing of consecutive characters often alternates between hands.

**repetitive strain injury (RSI)**    Long-term damage to tendons, muscles, and nerves caused by highly repetitive and forceful body motions. Tends to affect smaller muscle groups such as those in the arm and hand.

**separable**    Control devices or tasks in which movement is only possible along one axis or degree of freedom at a time, *e.g.* driving in Manhattan geometry, or using orthogonal cursor mode in CAD programs.

**slide**    Coupled lateral motion of all fingers in a chord across the surface.

**sliding tap**    A brief chord contact with the surface including fast lateral finger motion.

**stylus**    A special pen whose motion, pressure, and tilt can be sensed electromagnetically by drawing tablets (*e.g.* [149]). Most recent models are light and cordless, though older versions were encumbered with cords or heavy batteries. Styli and drawing tablets

xxvii

APLNDC00021056

are used most often by artists and graphics designers but can also be used with handwriting recognition software. Many of these tablets support pucks as well.

**tap**     A quick press and release of the finger to the surface with minimal lateral motion.

**tendonitis**     Inflammation of the tendons, the collagenous tissues which connect muscle to bone, due to overuse.

**tenosynivitis** Swelling of the sheath which surrounds a tendon where the tendon passes over bones or curves.

**text cursor**     The cursor, usually denoted by a flashing bar or highlight block, at which typed characters are inserted. Can be moved incrementally by arrow and page keys.

**touch typing** Skilled typing in which all ten fingers are used, finger motions are quick and ballistic, and the typist does not look for the keys.

**touchpad**     A credit-card-sized finger-sensing surface popular in notebook computers. Because touchpads contains long row and column electrodes rather than electrode arrays, they may detect two or three fingers but can only report a global position averaged over all finger contacts.

**ulnar deviation** Rotated posture of the wrist in which the pinky points outward away from the sides of the body.

xxviii

APLNDC00021057

# ABSTRACT

This research introduces methods for tracking and identifying multiple finger and palm contacts as hands approach, touch, and slide across a proximity-sensing multi-touch surface (MTS). Though MTS proximity images exhibit special topological characteristics such as absence of background clutter, techniques such as bootstrapping from hand-position estimates are necessary to overcome the invisibility of structures linking fingertips to palms. Context-dependent segmentation of each proximity image constructs and parameterizes pixel groups corresponding to each distinguishable surface contact. Path-tracking links across successive images those groups which correspond to the same hand part, reliably detecting touchdown and liftoff of individual fingers. Combinatorial optimization algorithms use biomechanical constraints and anatomical features to associate each contact's path with a particular fingertip, thumb, or palm of either hand. Assignment of contacts to a ring of hand part attractor points using a squared-distance cost metric effectively sorts the contact identities with respect to the ring structure.

Despite the ascension of the mouse into everyday computing, more advanced devices for bimanual and high degree-of-freedom (DOF) manipulation have failed to enter the mainstream due to awkward integration with text entry devices. This work introduces a novel input integration technique which reserves synchronized motions of multiple fingers on the MTS for multi-DOF gestures and hand resting, leaving asynchronous single finger taps on the MTS to be recognized as typing on a QWERTY key layout. The operator can then switch instantaneously between typing and several 4-DOF graphical manipulation channels with a simple change in

xxix

APLNDC00021058

hand configuration. This integration technique depends upon reliable detection of synchronized finger touches, extraction of independent hand translation, scaling, and rotational velocities, and the aforementioned finger and hand identifications. The MTS optimizes ergonomics by eliminating redundant pointing and homing motions, minimizing device activation force without removing support for resting hands, and distributing tasks evenly over muscles in both hands. Based upon my daily use of a prototype to prepare this document, I have found that the MTS system as a whole is nearly as reliable, much more efficient, and much less fatiguing than the typical mouse-keyboard combination.

xxx

APLNDC00021059

# Chapter 1

# INTRODUCTION

## 1.1    The State of Hand-Computer Interaction in 1998

In the first paper to formally demonstrate the advantages of two-handed graphical manipulation, *e.g.* scrolling with one hand while pointing with the other, Buxton and Myers [23] lament:

> To date, very few computer systems easily lend themselves to experimentation with the types of interaction described in this paper.

Twelve years later, further research [62, 86, 171] has verified the efficiency and intuitiveness of simultaneous two-handed manipulation and high degree-of-freedom (DOF) controls. Manually demanding tasks such as web browsing and computer-aided- design (CAD) have also become ubiquitous, but the requisite input devices have yet to appear on the personal computer market. As Leganchuk *et al.* [90] point out,

> One reason for this may be the difficulty in equipping systems with inexpensive and available input devices capable of capturing bimanual input.

Enthusiastic investigation of gesture recognition via alternative input devices has also lulled since pen computing, data gloves, and ergonomic keyboards failed to blossom in the early 1990s. Hope for improvement in human-computer interaction has shifted to speech recognition, but speech is clearly inappropriate for precise manipulation of graphics. Computer manufacturers seem to have concluded that

1

APLNDC00021060

the combination of a keyboard and a two-dimensional pointing device, *e.g.* mouse or touchpad, cannot be outdone in terms of overall practicality. This dissertation will challenge the status quo with an ergonomic, economical, manual input device which achieves the anticipated performance gains of two-handed gestural interaction, yet is practical enough to replace mice and keyboards in general computer use.

In currently popular graphical user interfaces, most computer users rely heavily upon the mouse to avoid memorizing keyboard commands or non-sensical hotkey sequences. These interfaces are very easy to learn because all possible actions are clearly displayed as buttons or other visual controls and accessible with simple mouse clicks, but this likeable reduction in cognitive load amplifies demands on the hand and breaks the train of thought in other ways. Even the simple task of web browsing may involve a cumbersome sequence of clicking on page links, moving the mouse pointer to distant scrollbar controls, clumsily manipulating the scrollbar, then moving the pointer back to newly uncovered links. The homing distance between keyboard and mouse may also discourage users from moving hands back to the keys for highly efficient keyboard methods. Once at the keyboard, however, the hands face further danger. Unless the keyboard is a truly ergonomic model, stiff keys, ulnar deviation and forearm pronation exacerbate the risk of carpal tunnel syndrome and other painful repetitive strain injuries (RSI).

In the past few years, the growth of the Internet has accelerated the penetration of computers into our daily work and lifestyles. The shear amount of time students spend browsing the web, writing papers, sending e-mail, and playing computer games turns the annoying inefficiencies and poor ergonomic habits cited above into a rash of crippling illnesses [132]. In 1997, over 100 students at Harvard University requested assistance because of RSI, compared to 1 in 1991. Over 200 cases were diagnosed at the MIT Student Health Center, up 44% from 1995. This author, too, has struggled throughout graduate school with tendonitis brought on by the

2

APLNDC00021061

volume of computer programming for this and other projects. RSI disproportion-
ately affects high achievers because of the intensity with which they work. Nature is
imposing a strange limitation on the best minds of the Internet Generation, which
says, "the harder you work on glorious new technology, the longer it will take your
bodies to recover from the pain."

The inadequacies of the mouse-keyboard interface may also hinder the qual-
ity of artistic projects in which computers are the primary tool. Granting that
computers enable amazing new audio and visual effects, clumsy interfaces also en-
sure the artist remains engrossed in the workings of the computer rather than in
the artistic vision. Pianos and paintbrushes do not contain artificial intelligences to
anticipate the intentions of the artist, yet they provide a subtlety and richness of
control which allow nuance to flow from the artist effortlessly. Once a pianist has
technically mastered a piece, he or she concentrates during performance on perfect-
ing the musical phrasing, which the hands can modulate subconsciously. I easily
experiences such oneness with the piano, but never with the computer, because I
cannot sustain subconscious mastery of the interface.

My academic advisor, Prof. John Elias, and I began the present work when
we realized that the conventional mechanical keyboard, for all of its strengths, is
physically incompatible with the rich graphical manipulation demands of modern
software. Single or dual-finger devices such as pointing sticks and touchpads embed-
ded in the keyboard overuse one finger and cannot match the versatility of whole
hand manipulation. Most operators will not adopt a drawing tablet with stylus or
puck [90] or other bimanual manipulation methods as long as frequent movements
back to the keyboard are necessary. Speech recognition reduces dependence on the
keyboard in some situations, but total reliance on speech for text and command
input can strain the voice and annoy co-workers. Progress appears to be stymied
by a Catch 22 in which typing cannot be eliminated, yet gesture capable devices

3

APLNDC00021062

cannot thrive in the same physical space as the keyboard.

This dissertation attempts a compromise by developing touch typing and whole hand manipulations for a keyless, multi-touch-sensitive, smooth surface. The compromise hinges upon the hypothesis that since typing movements are essentially ballistic and do not carry the subtlety of musical keyboarding, the lack of tactile reference from mechanical keys can be compensated by other means. Though perfection of these means will be left to future work, they can include depressions of the surface around home row, forming a raised dot at the center of each key, tracking hand drift over the key layout using the redundancy of English, and issuing sounds to indicate when a surface tap has been recognized as a keypress. Giving up mechanical keys provides clear ergonomic and economic benefits, as well as allowing detection of all fingers as they slide smoothly across the surface.

By replacing the keyboard with a multi-touch-sensitive surface (MTS) and recognizing hand motions as described in this dissertation, hand-computer interaction can be dramatically transfigured. Scrolling and panning need no longer interrupt the primary task, but can be accomplished with a slide of the fingers on the non-dominant hand akin to flipping the corner of a page. Browser back and forward no longer require a trip to the buttonbar, but become a speedier version of the scrolling gesture. Cut, copy, and paste become quick pinch gestures. Object sizing and rotation in drawing programs no longer requires menu access, but becomes integral with dragging by a simple contraction of the fingers or rotation of the wrist. Handwriting mode can be indicated by forming a pen grip with or without stylus, so the operator does not have to constantly pick up and put down the stylus to type. Because nearly all activity can be distinguished by relative position or velocity, a skilled operator seldom need look at the surface.

Though operators may need a couple days to get used to the different "feel" of interacting with a smooth surface, just as drivers must get used to the different

4

APLNDC00021063

responsiveness of the controls on a new car, basic typing and pointing skills transfer from conventional keyboards and touchpads to the surface. Novices can hunt and peck on the warped QWERTY key layout printed on the sensing surface. For touch typing, users must learn to hold the hands fairly steady over the key layout and rest them on the surface during lulls in typing. They also must try not to grossly over-shoot key rows. To attain the performance gains of instantaneous mode switching, a few sensible finger chord gestures must be memorized, but this is not nearly as difficult as learning a chord keyboard typing scheme. And while the elimination of key activation force makes the ergonomics of the surface exceptional, users should still take rest breaks and vary their posture to prevent minute inflammations from accumulating into long-term injuries.

## 1.2   Summary of Final Device Operation

Obtaining basic keyboard and mouse functionality from the MTS should be easier than operating a keyboard and mouse, but is necessarily somewhat differ-ent. Only the more advanced functionality such as text cursor manipulation and command gestures, which conventional pointing devices cannot support, requires substantial learning or adaption on the user's part. Therefore it is assumed in the following that only the functionality necessary for an application and on par with the user's skill level will be enabled at a given time.

### 1.2.1   Typing

Though development of typing recognition software is not yet complete, the MTS strives to support both touch and hunt and peck styles of typing.

#### 1.2.1.1   Default Key Layout

A default QWERTY key layout (Figure 1.1) is printed on the MTS with key columns morphed to fit an average hand. The layout is pre-morphed because

5



**Figure 1.1:** Warped QWERTY key layout for the MTS.

APLNDC00021065

without indentations to force the fingers onto a straight home row, the fingertips will naturally fall along an arc. Future versions of the MTS may include indentations or depressions for the home row keys and raised dots at the centers of other keys. The alphabetic number and shift keys are all in their standard relative locations. However, function and editing keys are rearranged (as is often done in laptops) to reduce long-distance hand excursions. Space is placed under the right thumb and backspace under the left, so people who are used to spacing with either thumb will need to adjust. Enter and delete are accessed by extending the right and left thumbs, respectively, as on the Kinesis [29] key layout. The function keys are arranged in a pie [67, 85, 135, 145] at the center of the board where they can be reached easily and invoked with properly angled finger flicks. Arrow and page keys can also be arranged in pies if they are not assigned to chord gestures.

### 1.2.1.2   Key Activation

The keys are not mechanical in the sense that they do not give when pressed. They are simply areas of the hard surface which are sensitive to quick, light taps by the finger. Thus a key is activated only when a finger touches the surface near a symbol and lifts back off the surface within half a second. If the finger arrives synchronously with other fingers from the same hand or slides around on the surface too much, then the keypress signal will not be generated. This allows the whole hand to rest on the surface and lift off without invoking any action. An auto-repeat or typematic mode for sending identical keypresses is invoked by holding a single finger on a symbol for at least one second while all other fingers are lifted. The repeat rate can be controlled by finger pressure to prevent overshoot at high rates.

### 1.2.2   Chordic Manipulations

For editing commands and manipulation of graphics the MTS recognizes a variety of *chordic manipulations*. Chordic manipulations are performed by placing a

7

APLNDC00021066

combination of fingers on the surface at the same time and then sliding these fingers across the surface. The thumb-fingertip combination selects one of the manipulation or command *channels* shown in Table 1.1. Within each channel, the operator can perform:

- a chord tap by quickly lifting all the fingers off the surface after they touch.

- a hand translation, sliding all the touching fingers in the same direction across the surface at the same speed.

- a hand rotation as if turning a jar lid or screw between the thumb and finger-tips.

- a hand scaling which pinches the thumb and fingertips together or flicks them apart.

Table 1.2 describes icons for all these chord motions that the MTS recognizes. Tables 6.1 and 1.4 show the most basic mappings between motion channels and command events. Additional mappings for the left hand are shown in Tables 6.2 and 6.4 of Chapter 6. An operator would start learning the mappings from a quick-reference card fashioned after these tables. These simple chord motions should quickly become automatic with use.

### 1.2.2.1   Pointing

Moving the mouse pointer on the MTS is just like moving it on a touchpad except two adjacent figures excluding the thumb must initially contact the surface, rather than a single finger. After the two-finger chord is initialized, *i.e.*, after half a second, all but one finger can be lifted or the rest can drop to the surface while cursor positioning continues. Once all five fingers are on the surface the hand can be contracted to move in a third axis. Since the finger movements are averaged, stopping all but one finger can cut the sensitivity to one fifth for very fine positioning.

8

**Table 1.1:** Legend for finger combination/channel icons.

| Channel Icon | Finger Combination |
|---|---|
| •• | Any 2 fingertips (excluding thumb). |
| ••• | Any 3 fingertips (excluding thumb). |
| •••• | All 4 fingertips (excluding thumb). |
| • | Thumb and any fingertip. |
| •• | Thumb and any 2 fingertips. |
| ••• | Thumb and any 3 fingertips. |
| •••• | Thumb and all 4 fingertips. |

9

APLNDC00021068

**Table 1.2:** Legend for chord motion icons.

| Motion Icon | Type of Chord Motion |
|---|---|
| | Brief tap on surface (one-shot). |
| | Translation (slide) in any direction. |
| | Reversible translation up or down. |
| | Reversible translation left or right. |
| | Reversible up or down translation, irreversible right translation. |
| | Translation in a particular direction (one-shot). |
| | Contractive hand scaling (one-shot). |
| | Expansive hand scaling (one-shot). |
| | Clockwise hand rotation (one-shot). |
| | Counter-clockwise hand rotation (one-shot). |

10

APLNDC00021069

Tapping these two fingers simultaneously on the surface produces a primary mouse click.

### 1.2.2.2   Dragging

On touchpads, tap-drag and double-tapping are rather clumsy operations. On the MTS, primary double-clicks can be sent by tapping a three fingertip chord just once. Primary dragging is invoked by sliding a three finger chord without the awkward preceding tap of touchpads. Objects can also be resized or rotated during drags by dropping the remaining thumb and finger to the surface and contracting or rotating the hand. On computers which utilize a secondary mouse button, secondary button clicks and drags can be generated from the thumb+two-fingertip channel.

### 1.2.2.3   Scrolling

Scrolling is initiated by a 4-finger chord, preferably on the hand opposite the pointing hand. Again, by dropping the thumb to the surface, scrolling can be expanded into zooming or rotating the window background. Autoscroll (scrolling momentum) is easily invoked by sliding the four fingers and lifting off the surface in a continuous motion, without decelerating. Browser back and forward is a further variation of the four finger chord consisting of very quick, sliding taps to the left or right. In a graphical user interface (GUI) with a three-dimensional desktop, the thumb+three-fingertip channel could be used to pan and zoom the entire desktop or screen area, rather than a single window background.

### 1.2.2.4   Text Editing

In text editing or word processing contexts, the chord assignments are split among hands such that the right hand chord controls a mouse cursor operation while the left hand chord controls the corresponding text cursor operation. For example, the right hand two finger chord would move the mouse cursor while the left hand

11

**Table 1.3:** Mappings for right hand manipulation channels.

| Right Hand Channel | Chord Motion | GUI Action |
|---|---|---|
| • • | ◉ | Primary mouse button click. |
| • • | ✛ | Mouse cursor manipulation. |
| • • • | ◉ | Primary mouse button *double*-click. |
| • • • | ✛ | Dragging/Selection via primary mouse button. |
| • • • • | ◉ | No mapping to avoid accidents. |
| • • • • | ✛ | Continuous scrolling/panning of current window. |
| • • • • ● | ◉ | Key layout homing. |
| • • • • ● | ✛ | No mapping to tolerate shifts in resting hand posture. |

12

APLNDC00021071

two finger chord moves the text cursor with the arrow keys. Similarly, the right three fingers would select with the mouse, and the left three with the text cursor via <shift> arrow keys. The left four finger chord would control the scrollbar while the right four finger chord emulated the page keys.

### 1.2.2.5   Menu Commands such as Cut, Copy and Paste

Even after all this, some room remains in the chord space for common menu commands. Setting the thumb and forefinger down apart and then pinching them together intuitively invokes cut. Copy becomes a simple, simultaneous tap of the thumb and a fingertip. Setting thumb and forefinger down together and flicking them apart invokes paste. A clockwise rotation as if turning a screw saves the current file, and a counter-clockwise rotation pops up the open file dialog. Additional menu commands could be invoked on future systems with handwriting gestures.

### 1.3   Hardware Summary

All experiments in this dissertation are conducted on a MTS prototype consisting of separate processor and sensor circuit boards.

### 1.3.1   Sensing Hardware

The MTS prototype has approximately the same footprint as an enhanced IBM PC AT keyboard. Thus it is the first multi-touch device with a sensing area wide enough (20 cm × 40 cm) for simultaneous use by both hands. An ergonomic arch across the middle of the surface tilts the hands sideways about 15°, reducing forearm pronation and ensuring whole hand resting is comfortable. The active sensing area is divided into 1600 electrode plates (see Figure 2.4 on Page 41). For electrical insulation and low friction, the electrodes are typically covered by a .1 mm thick polymer sheet.

13

APLNDC00021072

**Table 1.4:** Mappings for right hand command gesture channels.

| Right Hand Channel | Chord Motion | GUI Action |
|---|---|---|
| | | Cut (to clipboard). |
| | | Copy (to clipboard). |
| | | Paste (from clipboard). |
| | | Secondary mouse button click (popup menu). |
| | | Dragging/Selection via secondary mouse button. |
| | | Popup application window list. |
| | | Browser Back. |
| | | New file. |
| | | Open file dialog. |
| | | Save the current file. |
| | | Close the current file or subwindow. |

14

APLNDC00021073

The proximity sensors measure the electrode self-capacitance, or capacitance from electrode to ground. This self-capacitance changes when a grounded conductive object approaches the electrode and concentrates electric field lines. Note that some touchpads sense mutual-capacitance between electrodes, rather than self-capacitance, by measuring how a synchronous frequency couples from a drive electrode to an overlapping sense electrode. The processor scans all electrodes every 20 ms, producing a 50 frames per second (fps) stream of *proximity images*.

With suitable array segmentation and interpolation as described in Chapter 3, the centroid resolution for finger-sized objects contacting the surface is about .2 mm in the x direction (width), and .5 mm in the y direction (height). Objects separated by as little as 6 mm in the x direction and 12 mm in the y direction can be distinguished. As objects rise off the surface, position accuracy and distinguishability degrade until 2 millimeters above the surface, whence small objects become undetectable.

Note that the MTS's novel sensor technology is uniquely immune to parasitic capacitances and can therefore be scaled to very large dimensions without degrading the signal-to-noise ratio. The sensor technology is also compatible with very low cost thin-film manufacturing techniques. This means that in high production volumes, MTSs could become as cheap as conventional keyboards. If applied to a flexible substrate, the sensor technology would also be suitable for handheld, portable, and wearable computers.

### 1.3.2   Signal Processing Hardware

The processor boards contains a digital signal processor (DSP), static RAM and FLASH memory, scanning state machine, and communication ports. A 60 MHz Texas Instruments TMS320C32 floating point DSP is responsible for all scanning, filtering, recognition, and communication algorithms. With 60 MFLOPS peak floating point performance, this DSP is well-matched to the computational demands of

APLNDC00021074

the algorithms developed in this dissertation. By 1999 standards, 60 MFLOPS is moderate performance available in quantities for less than $10 per processor. The DSP is responsible for:

- controlling the sensor array scan.

- forming and filtering the scanned proximity images.

- segmenting the proximity images into groups of pixels distinguishable as flesh contacts.

- tracking motion of each flesh contact across the stream of images.

- identifying which part of which hand, *i.e.*, fingertip, thumb, or palm, causes each flesh contact.

- extracting hand motions from the contacts identified as fingers.

- generating keyboard and mouse events for the host computer in response to motions of particular finger combinations.

These steps are also summarized by the MTS block diagram in Figure 1.2.

One megabyte of flash EEPROM stores the program and multiple user configurations on board. Two 10 kbps PS/2 ports are available for emulating IBM PC keyboards and mice. With PS/2 converter boxes available from Kinesis Corp. [29], mouse and keyboard emulation for Sun workstations and Macintosh computers is also supported. A 1.2kbps RS-232C serial mouse port is included for interfacing to older PCs. A 115kbps RS-232C serial port can exchange configuration and finger tracking information with any host computer capable of running a Java 1.1 MTS monitor application.

16



**Figure 1.2:** Overall block diagram of the MTS hardware and software modules.

17

APLNDC00021076

## 1.4   Summary of Contributions

The work described in this dissertation breaks ground in the following areas:

- segmentation of surface contacts in proximity images.

- identification of thumb, fingertip, and palm contacts tracked across successive images.

- translation-invariant sorting of contact points with respect to the inter-attractor angles of an attractor point template.

- partitioning of contacts into left and right hand clusters.

- extraction of independent, 4-DOF velocity parameters from multiple finger paths.

- integration of typing and pointing on the same surface via the distinction between simultaneous and asynchronous finger touchdown.

While this is not the first implementation of a multi-touch device [15, 17, 88, 89, 107], it is the first to fully develop the unique integration potential of such a system. I have encountered and overcome many problems unique to proximity sensing along the way.

Though proximity image segmentation is simplified by the fact that proximity images lack the background clutter and lighting variations which plague optical images, the topology of proximity images also presents special challenges which have not been addressed in previous image processing research. The most difficult of these is the invisibility of hand parts which float above the surface. Also, the low resolution of the proximity sensing array compared to video cameras obscures boundaries between adjacent contacts. The conflicting segmentation needs of fingertips, thumbs, and palms are effectively resolved via feedback of bootstrapped

18

hand position estimates. Though the segmentation rules developed for the MTS are somewhat ad hoc, any segmentation system will need to utilize the anatomical constraints identified here to overcome proximity image ambiguities.

Correct identification of hand parts from proximity sensing information alone has not been attempted before, apparently because previous researchers of multi-touch devices [130] did not consider it possible. Nevertheless, distinguishing palm contacts from finger contacts on a large MTS is imperative for the motion recognition algorithms to ignore palm motions and allow palms to rest on the surface. While distinguishing fingers from one another is not always necessary or entirely feasible, reliably distinguishing the thumb contact from the other fingers on a hand doubles the number of finger chords which can be recognized compared to just counting those fingers which touch the surface. Identifying the thumb and maintaining a consistent order for other finger contacts also aids extraction of hand motion parameters.

Finding the minimum cost one-to-one assignment of surface contacts to a ring of attractor points is shown to be an elegant solution to the finger identification problem. Each attractor point represents the identity of one hand part such as fingertip, thumb or palm. The attractor points are placed in a ring at default finger locations to capture the shape of a relaxed hand. Translating each hand's attractor ring by a conservative hand position estimate helps stabilize identifications of hand parts which temporarily lift off the surface. An illuminating property of such attractor rings is also proved. If the assignment cost is composed of the sum of squared distances between contacts and their assigned attractor points, the identities of any pair of contacts will not be erroneously swapped unless the vector angle between the two contacts differs from the angle between the pair of attractor points by more than 90°, regardless of whether the attractor ring is properly centered on the hand. This property specifies for a given set of inter-attractor angles exactly how much finger pair rotation will be tolerated before identities are erroneously swapped, and

19

APLNDC00021078

it also captures in a manner independent of hand translation and size the biomechanical constraint that fingers tend not to cross over one another. When extended to more than two contacts, this property causes the assignment algorithm to sort the contacts with respect to the attractor ring angles and orderings, again regardless of whether the attractor ring is aligned with the hand. A fuzzy thumb classification routine verifies thumb presence with tests of inter-contact angles, separations, and velocities which are not easily incorporated into the attractor framework.

Determining which hand causes each surface contact is also a challenge on surfaces which do not prevent hands from sliding across the middle to the opposite side of the surface. Again, a combinatorial optimization approach is employed which relies on independent attractor rings for each hand. Since the number of hand partition hypotheses to be considered is carefully limited to about a dozen, the evaluation of each hypothesis can be quite extensive, incorporating the consistency of finger identifications for each hand as well as several hand separation and velocity constraints.

Even when position measurements are independent and unbiased, simultaneous placement of an object using more than two degrees of freedom can be difficult for users [152]. As the user approaches the final position along the x and y axes, spurious arm motions can disrupt the final z position, and vice versa. This problem is exacerbated on the MTS by finger motions during hand scaling, translation, and rotation which do not cancel properly. When all five fingers flex on a surface in a hand scaling manipulation, the sum of their velocities gives a net translation toward the elbow. If hand scaling is to modulate a z-axis parameter at the same time as hand translation controls x and y axes, the extracted scaling and translation parameters must somehow be made independent. Biomechanical observations suggests that the thumb and pinky translations during finger flexion cancel. Finger velocity weightings carefully based on this and other considerations attempt to

20

extract independent translation, scaling, and rotation components from sums and differences of finger velocities. Dead zone filtering with dead zone widths dependent on the distribution of motion component speeds removes the remaining interference between motion components.

This research converges upon what is arguably the best possible way for mouse functionality to coexist with typing on a surface. Asynchronous single finger activity and the 5-finger chord are reserved for typing-related activities, requiring graphical manipulation modes to begin with 2- to 4-finger chords. This is necessary to prevent glancing keystrokes or resting hands from spuriously nudging the mouse cursor. But as an enormous fringe benefit, switching between keyboard and mouse only need involve lifting the fingers and putting them back down in a new chord configuration, rather than hitting an explicit mode-switch button or moving between specialized areas of the surface. To encourage operators to rest the weight of their hands on the surface as much as possible, the chord selection state machine allows all five fingers to drop onto the surface at any time during manipulation after a finger subset has initially chosen the desired chord. New chord channels can also be selected by synchronously raising and touching a subset of the fingers while the others remain resting on the surface.

## 1.5   What is Not Covered

The proximity sensing and scanning hardware of the MTS was invented by Prof. John Elias and will not be analyzed in this dissertation. However, some specifications for the MTS prototype used in this work (designed by Elias with suggestions from myself), have been given in Section 1.3. Section 2.1.8 includes additional explanation of the interleaved parallelogram electrodes composing the sensing array. Further details of the proximity sensing and array scanning technologies are disclosed in pending patents [159, 162].

21

APLNDC00021080

The chordic manipulation gestures to be recognized in this work consist of simple linear slides, rotations, and scalings involving multiple fingers. Much previous research has investigated recognition of complex paths or handwriting. With suitable preprocessing, one of the finger chord or pen grip channels could easily be output to an existing handwriting recognition engine such as IBM's Pen for OS/2 [142]. Thus no attempt will be made to recognize complex paths in this work. Though the pen grip hand configuration is briefly introduced, vertical smearing by the prototype electrode array prevents the pinched fingers of this configuration from being segmented reliably. Therefore the preprocessing of the pen grip images necessary to feed them to a handwriting recognizer is not investigated here either.

This research bucks the trend toward machine learning in pattern recognition systems. This is justified by the fact that hand tracking and identification from proximity images involve previously unexplored patterns, yet these problems easily lend themselves to experimentation through the author's own hands. Throughout the development of the MTS, incorporation of additional biomechanical or anatomical observations into the algorithms has always been much more effective at reducing recognition errors than parameter tweaking. Now that this research has identified the constraints crucial to robust performance, future work can attempt to fit them into a machine learning architecture for statistical optimization over a wide population of MTS users. Since the attractor-based identification algorithm is by design very tolerant of variations in hand size, only marginal performance gains are expected from optimizing or adapting it to various hand sizes. A more fruitful line of inquiry would be extension of Rubine's automated gesture recognition work [130] to tolerate idiosyncrasies in hand motion patterns during chordic manipulation.

Though the MTS utilizes sophisticated typing recognition algorithms to find the most likely character sequences in response to typing motions [158], these algorithms have not yet been perfected and are not included in this dissertation. Only

22

APLNDC00021081

the finger synchronization detector which distinguishes typing motions from chordic manipulations is covered.

Since the MTS prototype was only completed recently, there has not been time to conduct formal user studies. However, I do include my testimonial and detailed observations from using the MTS as my primary graphics, text and command entry device during preparation of this document. While this may not stand as a formal scientific evaluation, anyone who has written a dissertation will appreciate that it is remarkable for such a radical new input device to meet all the diverse and intense interaction demands of dissertation editing by one who already suffers from RSI.

## 1.6   On the Design of Ergonomic Input Devices

Repetitive strain injury (RSI) causes loss of tendon and muscle strength in severe cases, but more universally it causes painful loss of endurance [117]. Strength can usually be recovered in a few weeks with proper stretching and mild exercise, but endurance can take months or years to recover [117]. Doctors tend to downplay the impact of device design on these injuries, placing most of the blame on improper use of devices, poor posture, and working continuously to meet deadlines. As in any engineering field, radical new device designs can have unforeseen consequences. One major source of unforeseen consequence in device design is shifting too much workload to previously dormant muscles [117].

### 1.6.1   What is the Role of Ergonomic Device Design?

While I agree with Pascarelli [117] that poor user habits play a large role in most RSI cases, I have found that after my bad habits were corrected, I could still tolerate minimal activation force devices several times longer than medium or high-force devices. This relationship has held for rollerball pens, optical mouse buttons, capacitive touchpads, free-wheeling finger rollers, and low-force keyswitches. What

23

APLNDC00021082

these minimal force devices have in common is that they allow my hand to remain essentially relaxed during use. Note that unlike isometric pointing sticks [131], which actually seem to cause me tension buildup, these minimal force devices do not try to eliminate motion. Note also that endurance problems are often so severe that not even zero-force devices allow work to continue indefinitely without painful relapse. While my anecdotal evidence does not prove that minimal force devices similarly benefit all users, it is certainly consistent with the RSI causation theories cited in Appendix A.

In defense of those users with poor habits, the poor ergonomic design of standard devices encourages people to compensate via awkward postures or excess effort. For instance, to hold their hands on home row of a standard keyboard, people often rotate their hands outward and hold their elbows away from the body, straining their wrists and shoulders. Or when faced with a mouse button which is hard to press, people will clench the mouse and apply several times the necessary force to ensure that the button clicks. Conscientious users can learn proper techniques which limit the risk of injury on plain keyboards and mice, but this takes a lot of self-discipline [117].

Devices *can* be designed so that even the most recalcitrant users gravitate toward proper postures and usage habits. For example, most people correct their wrist posture instantaneously when they adopt a split keyboard [65, 114]. As a hypothetical example, a compliant touchpad surface might soften fingertip impact but allow combative people to keep banging on the surface. If presented with a hard touchpad surface, the painful jarring of hard taps would force the same people to adopt a lighter, and ultimately healthier, touch. The problem shifts from getting people to consciously learn and apply proper technique to simply getting them to adopt and use a more ergonomic device.

Unfortunately, moderating work intensity and taking frequent rest breaks are

24

APLNDC00021083

very important preventive measures which the device designer can do little to encourage. Users may remain crouched all day at their terminals because of their own compulsion, their bosses' whips, Internet addiction, or other psychosocial factors. Once injured, the RSI patients who cope best are those who have the most control over their work schedules, so they can slow down whenever pain reappears [117]. The tendency for computers to suck up all allotted time also limits the actual benefits of efficient devices. Clever devices may boost productivity or allow prolonged activity, but if the effective amount of hand usage remains the same, RSI patients will remain at the edge of their bodies' tolerances.

## 1.6.2   Ergonomic Design Objectives

The following ergonomic design objectives have been formulated based upon the ergonomics research reviewed in Appendix A, recommendations gathered from doctors, and my own experience using many competing input devices and methods. Though typical methods for meeting these objectives are given here, their justification is left for Appendix A.

### 1.6.2.1   Minimize device activation force

Muscular effort is believed to be a major factor in RSI, but most input device designs do not try to minimize it. Though low-force mechanical mouse buttons and keyswitches reduce tension and fatigue somewhat, the most dramatic benefits come from zero-force capacitive or optical sensors.

### 1.6.2.2   Minimize repetitive action of the same muscles

Otherwise known as the art of distributing workload across body and time. I have encountered four general ways to avoid overuse of any particular muscle:

**customize software to automate redundant tasks** Effective methods include aliases for long text commands, command-line histories, word completion, clever GUI design, writing scripts for frequent

25

batch tasks, and macro recording and playback of repetitive
mouse sequences.

**reduce homing motions** If excessive, motions between devices or surface re-
gions become annoying and discourage the user from switching
to the most appropriate device for a task. Modes can be more
efficiently indicated with hand or finger configuration.

**support high-level gestures** A complex sequence of low-level device actions
can often be expressed in one continuous motion if a device has
alternative manipulation channels available.

**alternate muscle or limb usage** At the hand level this entails employing
various fingers or finger combinations alternately, rather than
the same finger all the time. At the body level, the feet are
appropriate for mode-switching, the vocal cords for text input,
and the eyes for indicating the focus of attention. A worthy de-
vice must be either highly compatible with fellow devices which
employ complementary muscle groups, or it must be a universal
device which draws upon most limb muscles evenly.

### 1.6.2.3   Encourage neutral postures

The design space for comfortable keyboard, mouse, and trackball shapes
has been explored aggressively. At the truly beneficial end of the spectrum, split
keyboards offer quick relief for mild wrist pain, while thumb-operated trackballs can
quickly cause DeQuervain's syndrome [117] if used for heavy mouse work such as
drafting. Devices should not discriminate against left-handed users. Flat surfaces
are literally the most neutral because they make no assumptions about hand size or
shape.

### 1.6.2.4   Allow variation of posture

Not even neutral postures should be held forever, as fancy device shapes en-
courage. Changes in posture rejuvenate blood flow and shift loads to different mus-
cles. Plain surfaces have the advantage here because they can be flexible, portable,
and operated from a variety of hand positions.

26

### 1.6.2.5    Minimize user anticipation

Rather than taking healthy micro-breaks, users may remain tense while expecting a response from the computer. Lags in visual feedback as small as 75 ms during direct manipulation can reduce pointing performance [64, 99]. Open-loop, high-level control gestures make the user less dependent on intermediate computer responses.

### 1.6.2.6    Do not discourage rest breaks

Software is available to remind people to take a break after a certain amount of time or a certain number of keystrokes. All the device designer can do is avoid wires or gloves attached to the body which might discourage people from regularly leaving their workstations.

### 1.6.3    Can so many ergonomic objectives be met at once?

The healthiest existing devices address these criteria only piecemeal. For example, the concave-keywell keyboard from Kinesis Corp. [44] encourages neutral postures and distributes workload according to finger strength, but it does not eliminate key activation force or allow posture variability. Touchpads from Cirque [51] and Synaptics [143] eliminate device activation force but overuse one or two fingers with inefficient, low-level mouse operations. Tablets with styli support high-level gestures and handwriting, but the stylus can also be an encumbrance which is incompatible with simultaneous keyboard use.

With a zero-activation-force surface at the foundation and abundant finger chords to distribute effort and support gestures, this dissertation aims to demonstrate that all of these ergonomic objectives can be addressed simultaneously.

27

APLNDC00021086

## 1.7   Outline

Organization of the dissertation roughly follows the MTS block diagram of Figure 1.2 on Page 17, with the exception that the typing recognizer and pen grip detector will not be covered in full, nor will implementation details of the electrode scanning hardware or host computer interface.

Chapter 2, Proximity Image Formation and Topology, begins with a review of related hand motion sensing technologies such as data gloves, video cameras, and touchpads. It then describes calibration of the proximity sensors for the MTS and proximity image formation. Chapter 2 concludes with examples of several important hand configurations captured by the prototype sensor array and points out the topological characteristics unique to such proximity images.

Chapter 3, Hand Contact Segmentation and Path Tracking, presents the anatomical constraints and segmentation rules necessary to separate different parts of the hand in proximity images. The discussion also covers feature extraction for segmented contacts. After explaining segmentation results for a variety of hand configurations, methods for tracking contacts across successive proximity images are discussed, including techniques to reliably detect finger touchdown and liftoff.

Chapter 4, Finger Identification and Hand Position Estimation, begins with a review of hand gesture recognition techniques. The chapter then introduces combinatorial optimization algorithms which successfully identify the hand and finger which cause each surface contact. A conservative hand position estimation algorithm helps to stabilize the identifications.

Chapter 5, Chordic Manipulation, reviews the advantages of bimanual and high-DOF manipulation and explains how they are achieved on the MTS. A finger synchronization detector distinguishes asynchronous taps intended as typing from synchronous finger chord motions intended as pointing or gesture commands. Carefully weighting the velocities of particular fingers ensures that velocity components

28

extracted from hand translations, rotations, and scalings remain independent.

Chapter 6, Future Directions and Conclusions, presents the author's personal testimonial after using the first fully functioning MTS prototype for three months to prepare this document. This testimonial underscores issues which deserve formal evaluation by user studies and offers suggestions for future MTS enhancements. Chapter 6 concludes with an outline of how software applications and operating systems should be modified to take full advantage of bimanual, 4-DOF input such as the MTS provides.

Appendix A, Ergonomics for Engineers, reviews physiological and epidemiological evidence of how poor or fixed posture, activation force magnitude, repetition, and lack of rest periods conspire to cause RSI. It includes issues which have previously arisen in the design of ergonomic keyboards, and is intended for engineers faced with input device design who wish to understand the reasoning behind the ergonomic principles of Section 1.6.

Appendix B contains non-linear interpolation techniques for diminishing the vertical biases from interleaved parallelogram electrodes.

Appendix C explains the convergence problems encountered when applying bubble sort to the attractor ring assignment problem.

29

APLNDC00021088

# Chapter 2

# PROXIMITY IMAGE FORMATION AND TOPOLOGY

Limited hand and finger tracking experiments have previously been conducted with a variety of sensing technologies. This chapter begins with a review of these sensing technologies and explains why proximity sensing arrays are particularly well-suited for everyday applications of hand tracking. Then the chapter discusses proximity image pre-processing such as background object removal, sensor offset adaptation, and electrical noise filtering. The chapter concludes with a sampling of proximity images which illustrate the typical features and arrangements of hand contacts. This hand topology section is particularly important to the understanding of the contact segmentation and identification algorithms in Chapters 3 and 4, which rely heavily on relative contact shape and position constraints.

## 2.1    Related Methods for Hand Motion Sensing

Hand position and motion can conceivably be detected with mechanical or electromagnetic sensors attached to the hand, with remote optical or acoustical sensors, or with proximity or pressure sensors mounted on an object in the user's environment. At first glance the attached sensor methods seem advantageous because they can capture three-dimensional hand activity in free space, unconstrained by the physical form factor of an interfacing object. Data gloves and computer vision systems have been popular in virtual reality experiments for this reason. Such systems are clearly appropriate for capturing the free-space hand gestures and sign

30

APLNDC00021089

language as they appear in communication between humans, but several factors make them impractical for everyday human-computer interaction.

### 2.1.1   Free-Space Gestures

The first problem lies with holding or slowly adjusting hand position in free space. The quick, relative motions of sign language may be easy to perform, but holding the unsupported hands out in front of the body for extended periods is very tiring [152, 153]. In such postures fingertip positions are also somewhat unstable, so considerably less precision is possible than when some part of the hand or arm rests against a firm object. Also, it is very difficult for a computer to distinguish motions intended to be instructions for the computer from postural adjustments or gestures to co-workers. This is known as the gesture saliency problem. To appreciate the difficulty of this problem, consider how often we humans mistakenly think someone is gesturing at us when the gesture is actually intended for someone behind us or no one at all. If the direction of gaze of the sender is not known, determining the intended recipient of gestures is even more troublesome.

### 2.1.2   Data Gloves

Free-space motion sensing technologies have limitations as well. Though DataGloves [148] can potentially capture the entire range of finger flexion and extension, in practice the flexion sensors are imprecise yet expensive and cumbersome to wear. Furthermore, as a bodily attachment, gloves must often be removed when the user resumes non-computer tasks. This is both a practical disadvantage and an ergonomic disadvantage because it discourages users from taking rest breaks and mixing in non-computer tasks which rely on other muscle groups. FakeSpace, Inc. [36] markets *pinch* or *chord gloves* for virtual reality systems which detect contact between electrically conducting fingertip pads rather than general flexion and extension of the fingers. The lack of flexion sensors reduces cost, and consistent with

31

APLNDC00021090

the design philosophy of this dissertation, such physical fingertip contact turns out to be more reliable and easier to learn than free-space finger motion gestures [60].

### 2.1.3   Video Gesture Recognition

Computer vision technologies avoid the encumbrance of wearing gloves but cannot always infer fingertip location. Assuming decent lighting is available, much of the luminosity information that a video camera supplies is unnecessary for finger tracking, and must be filtered out with computationally intensive algorithms [115]. The body of the hand can occlude the fingertips at some camera and hand angles. Occlusion and limited camera resolution also make it very difficult to determine exactly when the fingers touch a surface.

### 2.1.4   Benefits of Surface Contact

Most importantly, the emphasis on hand tracking in three-dimensional free space ignores the long history of manipulating hand tools and musical instruments which provide rich haptic feedback as the tool is acquired. While economics may preclude customizing the shapes of general-purpose input devices as much as hand tools are customized, detection of contact with a physical surface provides, at the bare minimum, a clear demarcation between motions on the surface that the computer is intended to recognize and motions away from the surface that the computer should ignore. Though individual finger activity on a surface is constrained to two-and-a-half dimensions, Chapter 5 will demonstrate that extra degrees of freedom can be extracted from rotational and scaling motions of multiple fingers on a surface. For many applications the improved clarity of user intent and tactile feedback that surface contact imparts will more than make up for the slight reduction in movement freedom.

APLNDC00021091

### 2.1.5   Sensing Finger Presence

Technologies which have been applied to detecting finger or stylus contact include resistive membranes, surface acoustic wave, active optics and finger capacitance sensing (see Lee's 1984 Master's Thesis [88] for an early review). Most implementations are limited to unambiguous location of a single finger because they rely on what Lee calls "projective" sensor matrices. In a projective matrix (Figure 2.1a), one sensor element is allocated to each row and column at the edge of the active



a)                                      b)

**Figure 2.1:**  The two basic multi-touch proximity sensor arrangements. In a), "projective" row and column spanning sensors integrate across each row and column electrode and only need connections at the edges of the matrix. Touching fingertips can be counted by counting the maxima in the column signals assuming the fingertips lie in a roughly horizontal row unobstructed by thumb or palms. The square sensors in b) only integrate over the local square. The exact locations of any number of fingertip-sized contacts can be interpolated from the 2D array of square sensors, but a connection matrix must be run underneath the sensor array to connect the sensors to signal processing circuitry.

area. Finger presence anywhere along a row will register on that row's sensor, so that a finger affects roughly one row and one column sensor. While the total number

33

of sensors needed is related to only the square root of the active area, multiple finger contacts can confuse these systems [88]. As was true in 1984, the surface acoustic wave and infrared touchscreens as well as capacitive touchpads on the market still suffer from this limitation.

Some devices on the market partially utilize multiple fingers despite the ambiguities of projective sensing. For example, touchpads manufactured by Logitech, Inc. [15, 78] for laptop computers are able to detect the presence of up to three fingertips. The patent to Bisset and Kasser [15] explains that this is done by assuming the fingers lie in a row and counting the number of maxima in the column projection. However, as will be seen in Figures 2.2 and 2.3 below, this projection maxima counting method becomes ambiguous for larger touch surfaces in which one hand part can intersect the same column as another, such as when both fingers and palms touch the sensing area or the hand rotates so fingers lie diagonally or in a column.

Figures 2.2 and 2.3 demonstrate the limitations of this projection approach compared to the two-dimensional arrays of sensors (Figure 2.1b) to be discussed in Section 2.1.7. Fingertip, thumb, and palm heel surface contacts are simulated with two-dimensional Gaussians of varying widths on the 2D square grid. The grid samples the Gaussians at 2.5 mm intervals such as would occur in a capacitive sensing array with moderate spatial resolution. The darkness of the squares is proportional to the finger capacitance or proximity sampled at the square. The projective signals which would be measured from the row and column spanning electrodes of Bisset and Kasser [15] are simulated by integrating over each row of the 2D array to obtain the horizontal bar plots to the left of each grid and by integrating over each column to obtain the vertical bar plots under each grid.

Figure 2.2 shows the projection sensing ambiguities which can occur when the fingertip row is not horizontal, but lies diagonally instead due to various hand

34



**Figure 2.2:** Projection sensor ambiguities for various diagonal arrangements of fingertips. The different fingertip contact arrangements shown on the square sensor grid in a)-c) all produce the same row and column projections (horizontal and vertical bar plots), preventing the projection method from determining the hand rotation, though it can still count the fingertip maxima. In d) the fingertips are so close together that the projection minima between fingertips disappear, preventing fingertip counting, though the diagonal minima are still discernable in the square sensor grid.

35

APLNDC00021094

rotations. In Figure 2.2a-c four maxima appear in both the row and column projections (bar plots), indicating at least four objects are touching the surface, but the projections are the same in each case even though the fingertip arrangements (grid) differ. The same projections could be obtained from a 4 × 4 array of 16 fingertips also, though most human operators will not have that many fingertips. In Figure 2.2d the fingertips are so close together in their diagonal row that the projection maxima merge, though local maxima are still clearly separated by diagonal partial minima in the sampled 2D array.

Figure 2.3 shows how fingertip counting from projection sensors is occluded by the presence of thumb and palms in a neutral hand position. In Figure 2.3a four fingertips lie in a slight arc, producing four maxima in the column projections and one in the row projection. Figure 2.3b includes the thumb in nearly the same column as the index fingertip, causing an additional maximum in the row projection (horizontal bars) only. The index fingertip is removed in Figure 2.3c; because the thumb is still in the same columns, the number of projection maxima does not change, though the amplitudes change somewhat. Because the amplitudes also depend on how lightly each finger touches the surface, the change in projection amplitudes cannot reliably resolve this ambiguity: the amplitude changes could also be a result of a lightening in hand pressure. In Figure 2.3d the palms touch as well, leaving three maxima in the row projection but causing the column projection maxima to merge into just two. Therefore from the row projection one could surmise that some palms, the thumb, and some fingertips are touching, but one can no longer tell how many fingertips are touching because the palm column projections get integrated with and obscure the fingertip column signals.

As Lee points out, measuring projections from additional angles such as diagonals can help disambiguate multiple contacts, as is done in tomography systems.

36



**Figure 2.3:** Ambiguities in projective sensing caused by presence of the thumb and palms in the same columns as fingertips. a) simply contains a slightly arched row of fingertips producing four column projection maxima (vertical bars at bottom) and one row projection maximum in the horizontal bars. Adding a thumb contact in b) adds a row maximum but not a column maximum because the thumb intersects nearly the same columns as the index fingertip. Removing the index fingertip in c) does not chance the number of projection maxima, meaning fingertips cannot be counted reliably in the presence of the thumb. Adding the palms in d) further obscures the fingertip row projection maxima, which get merged with those of the palms.

37

APLNDC00021096

but details inside concave contacts will still be undetectable [88]. The number of un-ambiguously locatable contacts is generally one less than the number of projection angles utilized [88]. McAvinney's "Sensor Frame" [107, 108, 129], an attachment to the screen of a computer monitor which senses intersection of fingers with infrared beams from four directions, utilizes this tomography approach to unambiguously locate up to three fingers.

### 2.1.6    Tactile Imaging

This complex tomography approach can be avoided with a regular two-dimensional array of individually addressable sensors (Figure 2.1b), in which each sensor corresponds to a pixel in a "tactile image." Layered resistive-membrane pressure sensors can be constructed economically in this configuration, but their substantial activation force is ergonomically inferior to zero-activation-force prox-imity sensing. Another approach is to place a camera under a translucent tabletop and image the shadow of the hands [81, 110]. Unfortunately the bulky optics under the table will limit portability and leg room, and such systems cannot differentiate finger pressure [88]. Active optical imaging with an array of infrared transmitters and receivers on the surface could easily detect finger proximity, but would be pro-hibitively expensive and power consumptive.

### 2.1.7    Capacitance-Sensing Electrode Arrays

The remaining option is to measure the capacitance between the fingers and an insulated array of metal electrodes. The presence of a finger effectively increases the electrode capacitance to ground since the capacitance between the conductive fingertip flesh and an electrode plate is typically a few pF but the capacitance of the human body with respect to earth ground is relatively large (about 100pF) [88]. Since the capacitance between parallel plates drops quickly in inverse proportion to the distance between the plates, this technique can only detect fingers within a

38

APLNDC00021097

few millimeters of the electrodes. Spatial resolution increases dramatically as the fingers approach the electrodes. Precision of .2 mm can easily be obtained with 4 mm electrode spacings by computing a finger centroid, *i.e.*, interpolating between neighboring electrodes. The capacitive technique also indicates finger force up to a couple Newtons because the effective capacitor area increases as the fingertip pulp flattens against the surface [134]. While the limited proximity sensing range of electrode arrays ensures fingertip proximity information is clear and uncluttered, it also prevents detection of the finger joints and palms unless the whole hand is flattened against the surface.

Lee built the first such array in 1984 with 7mm by 4mm metal electrodes arranged in 32 rows and 64 columns. The "Fast Multiple-Touch-Sensitive Input Device (FMTSID)" total active area measured 12" by 16", with a .075mm Mylar dielectric to insulate fingers from electrodes. Each electrode had one diode connected to a row charging line and a second diode connected to a column discharging line. Electrode capacitance changes were measured singly or in rectangular groups by raising the voltage on one or more row lines, selectively charging the electrodes in those rows, and then timing the discharge of selected columns to ground through a discharge resistor. The principal disadvantage of Lee's design was that the column diode reverse bias capacitances allowed interference between electrodes in the same column. Even with 2048 electrodes and suitable interpolation between electrodes, the electrode spacing was probably too coarse to reproduce the fine mouse positioning achieved with current single-finger touchpads [46–48, 50, 51, 111]. Though its scanning rate depended irregularly on the number of and positions of surface contacts, for ten fingers it would have only been able to achieve 1-5 fps, which is much too slow for either typing or gesture applications.

Rubine [129, 130] reports seeing another multi-touch tablet demonstrated at AT&T in 1988 by Robert Boie which could detect all ten fingers. It boasted a 30

39

fps frame rate and resolution of 1 mil (.025 mm) in lateral position and 10 bits in pressure. Possibly it measured sensor capacitance with the synchronous detection technology in a 1995 patent by Boie *et al.* [17] that briefly mentions multi-touch tablets as an application.

### 2.1.8   The MTS's Parallelogram Electrode Array

The MTS contains a $16 \times 96$ electrode array (Figure 2.4) much like those in the above multi-touch tablets. It employs a special wedge electrode geometry to reduce the number of rows necessary by a factor of three without causing serious non-uniformities in vertical position interpolation. This reduction in electrode count speeds fabrication of research prototype arrays by lowering the discrete part count, but would not necessarily be beneficial for volume manufacturing techniques.

Rectangular electrodes (Figure 2.5) like those used by Lee [88] are more sensitive to vertical position changes near the top and bottom of the electrodes, where it is possible to interpolate between two electrodes, than in the middle of an electrode. If a finger is in the middle, the electrode is so tall that the electrodes above and below do not register enough signal to get a reliable interpolation.

In contrast, the vertically interleaved parallelogram electrodes interpolate via their physical geometry. The ratio of the horizontal cross-sections between electrodes in a column varies continuously with vertical location of an object (Figure 2.6a-d)). Though this improves uniformity of vertical interpolation compared to rectangular electrodes of the similar height, it also has the effect of vertically smearing signals, making it difficult to distinguish objects which appear in the same electrode column less than one row spacing apart. For research prototyping purposes this is tolerable because the fingers tend to lie in a row, no more than one per column. However, once in awhile the thumb or pinky pass behind and intersect columns of the other fingertips, becoming indistinguishable from the fingertip in front of them (see Section 2.3.3). Also, as is discussed in Appendix B, vertical interpolation biases do arise

40

APLNDC00021099

**Figure 2.4:** Diagram of electrode layout for the entire 16 × 96 parallelogram electrode array. Row pitch is 1.2 cm and column pitch is 0.4 cm, but electrodes are only 0.25 cm wide.

APLNDC00021100



a)      b)      c)      d)      e)

**Figure 2.5:** A 3 × 3 section a) of rectangular electrode array. Vertical interpolation between top and bottom electrodes works in b)-c) but not in d)-e).

for small contacts which are not centered on or between columns of the parallelogram electrode array. Thus a commercial product, especially one which attempts to recognize a handwriting grip or stylus, would have to abandon the electrode count savings of this scheme for traditional square electrodes and a smaller row spacing.



a)      b)      c)      d)

**Figure 2.6:** Vertical interpolation on the parallelogram electrode array is uniform in a)-d) since ratio of hatched cross sections on top and bottom electrodes changes gradually.

42

APLNDC00021101

### 2.1.9   No Motion Blur on MTS

Another important characteristic of the MTS is that the sensing array multi-plexes much of the integration, buffering and quantization circuitry. Therefore the capacitance of each electrode is measured over a relatively short period of a few hundred microseconds compared to the total array scanning period of ten to twenty milliseconds. This contrasts with the CCD arrays typically used in video cameras which integrate incoming photons at each pixel over most of the period between readouts. An advantage of the MTS's relatively short integration time is that MTS proximity images do not exhibit motion blur. However, if the scanning rate is not fast enough, quick finger taps over an electrode can occur entirely between mea-surements of that electrode and be completely missed. When tapping key regions during touch typing, fingers usually remain on the surface for at least 50 ms, but the scan period must be somewhat smaller than this for reliable detection. During the experiments conducted for this dissertation, the array scan frequency or frame rate has been set to 50 fps (corresponding to a period of 20 ms), which ensures that each finger tap shows up in at least one scan. However, at this rate the peak finger pressure as the fingertip bottoms out onto the surface in the middle of the tap cannot be measured accurately because the single scan detecting the tap might occur near the beginning or end of the tap cycle when the finger is barely touching the surface. Minor changes to the scanning hardware can easily push the frame rate to 100 fps, which will allow peak finger pressure to be measured fairly accurately even for extremely quick taps.

## 2.2   Tactile Image Formation and Background Removal

While designing a tactile sensor array for robotic fingertips nearly 20 years ago, Danny Hillis [59] realized how much easier touch imaging is than computer vision:

43

> ... analyzing a tactile image is like analyzing a visual image with con-
> trolled background, illumination, and point of view ... the properties
> that we actually measure are very close, in kind, to the properties that
> we wish to infer.

Comparing background segmentation techniques in vision-based and tactile hand imaging systems will verify his insight.

### 2.2.1    Optical Image Segmentation

Ahmad's real-time 3D hand tracker [3] segments the background by matching image patches to known skin color histograms, but to keep up with frame rates (30 frames per second) it must limit the skin search region and adaptively subsample the image. Finger positions are obtained by fitting ellipses to the segmented hand patches. The total hand patch area weighted with a centered Gaussian roughly indicates the distance between hand and camera. Ahmad also tries to recover finger joint angles, information which data gloves give directly, by finding fingertips and learning an inverse mapping from fingertip and palm position to intermediate joint angle. This feature of the tracker becomes unstable due to fingertip detection failure if the hand is not roughly normal to the camera.

The Digital Desk [154–157] is a system pioneered at Xerox for combining interaction with paper and digital documents. The system contains both a computer screen projector and zoomable cameras mounted high above the user's desk. The cameras both track hands and recognize text from paper documents lying on the desk. Since the vision system cannot determine exactly when fingers actually touch the desk surface, a microphone is placed under the desk to "hear" finger taps and thus emulate mouse clicks. Crowley and Coutaz [30] consider color, correlation tracking, principal components and active contours for following a pointing object on a digital desk. In the correlation method, a previous image of a fingertip is used as a reference template for correlations with the next image. The new finger

APLNDC00021103

position is indicated by the amount of template image shift which minimizes the sum of squared differences between template and image. Again, the computational costs of the correlation limit the template search region and thus the maximum trackable finger speed.

### 2.2.2   Methods for Proximity Image Formation

Background segmentation of proximity images from electrode arrays is much easier because extraneous objects are not expected to be visible in the background. Paper or plastic left over the electrodes do not register on capacitive proximity sensors, nor do small metal objects unless they are deliberately grounded. However, spatial non-uniformities in the parasitic capacitances of discrete components and signal lines may cause background measurements at each electrode to differ. Unlike background signals caused by extraneous external objects, such background non-uniformities are not expected to change over time. A local offset calibration or adaptive thresholding scheme can cancel these fixed sensor disparities. Once these sensor offsets are taken into account and electrical noise is filtered, the proximity image can simply be thresholded to identify regions of fleshy contact. Note that single-finger projective touchpads do utilize offset adaptation but do not have to segment the image into fleshy contact regions: they simply compute a global centroid from measurements of all row and column electrodes.

### 2.2.2.1   Binary Tree Scanning

Lee's binary tree scanning algorithm [88] combines noise filtering and thresholding in hardware by analog grouping and summation of electrode capacitance measurements. The array is recursively subdivided into rectangular electrode groups of decreasing size via bisection starting with the whole array. Thresholds are calibrated during device initialization for each electrode group at each size, or level, in the recursion. During subsequent scanning, subrectangles are scanned only if the parent

45

APLNDC00021104

rectangle's threshold is exceeded. Once the recursion reaches a measurement which passes threshold at the single electrode level, a finger position is computed as the centroid of the recursed electrode capacitance and its eight neighboring electrode capacitances. Advantages of Lee's scheme are: not every electrode in the array need be separately scanned each pass, and grouping of many electrodes at the beginning of the scan tends to average out noise. The disadvantage is that small, light contacts can be lost among the large electrode groups if the large group thresholds are marginally too high.

### 2.2.2.2   Brute Array Scanning

Both digital and analog processing speeds have increased enough since Lee's prototype was built that the scanning overhead concerns have become negligible, especially in light of the additional finger tracking and gesture recognition algorithms which the MTS must execute. Keep in mind that though the number of discrete components necessary for an electrode array may make it seem large, the number of "pixels" is still small compared to even a low-resolution digital camera image. For this reason, and to ensure even brief, light finger contacts are captured, the MTS employs a brute force electrode scan to form a complete proximity image before applying standard digital filtering techniques.

### 2.2.2.3   Sensor Offset Adaptation

Sensor offset calibration will fail during device initialization if the user's hands are already on the board. Since there may not be a time when the fingers are known to be absent, the MTS continuously updates each electrode offset with the minimum of readings from that electrode. Suppose $A_{ij}[n]$ is the raw tactile proximity measured from the electrode at row $i$, column $j$ during scan cycle $n$. Then the local offsets $O_{ij}$ can be updated as:

$$O_{ij}[n] = \min(A_{ij}[n], O_{ij}[n-1]) \qquad (2.1)$$

46

The offset-corrected image $E$ is then:

$$E_{ij}[n] = A_{ij}[n] - O_{ij}[n] \; \forall i, j : \; 0 <= i < E_{rows}, 0 <= j < E_{columns} \qquad (2.2)$$

Since capacitance measurements always return to baseline when fingers are removed, the offsets will correct themselves by decreasing as soon as fingers are lifted. The danger of this method is that negative electrical noise spikes can cause inadvertent lowering of the offsets. Local offsets which are too low lead to false positive proximity indications, just as offsets which are too high cause finger contacts to be missed. The MTS compromises by decreasing offsets only when at least three low proximities are read consecutively and by allowing very slow recovery, over about a minute, should an offset get lowered too far:

$$O_{ij}[n] = \min(\max(A_{ij}[n], A_{ij}[n-1], A_{ij}[n-2]), (O_{ij}[n-1] + \beta)) \qquad (2.3)$$

where the max operation provides immunity to single negative noise spikes and a tiny $\beta$ gives a slow recovery rate. Even with a tiny $\beta$, hands which are left resting on the board a few minutes will appear to fade. To prevent this, $\beta$ is further decreased for those electrodes which the system confidently identifies as underlying a fleshy contact. These offsets quickly adapt to the minimum baseline capacitance so any readings above the offsets can be modeled as the flesh proximity magnitude plus minor Gaussian background noise.

### 2.2.2.4  Proximity Image Filtering

While Lee [88] electrically averaged the capacitances of entire rectangular groups of electrodes to combat noise before threshold testing, the MTS electrode array is much less noisy than Lee's device. Furthermore, to take full advantage of the electrode array resolution, groups should conform to finger contact shape electrode by electrode rather than be constrained to rectangular groups which poorly fit the oval shape of most hand contacts. Therefore, the MTS only employs slight spatial

47

APLNDC00021106

diffusion of each offset-corrected image to combat electrical noise. Then it applies significance threshold and local maximum tests to each diffused pixel to detect the center of each hand contact, as further described in Chapter 3.

## 2.3   Topology of Hand Proximity Images

To illustrate typical properties of hand contacts as they appear in proximity images, Figures 2.7–2.10 contain sample images captured by the prototype array of parallelogram-shaped electrodes. Shading of each electrode darkens to indicate heightened proximity signals as flesh gets closer to the surface, compresses against the surface due to hand pressure, and overlaps the parallelogram more completely. Notice that the proximity images are totally uncluttered by background objects: unlike optical images, only conductive objects within a couple millimeters of the surface show up at all. Background sensor offsets have already been removed from each image, and background electrical noise levels are so low as to not be visible with the given grayscale intensity map. Certain applications such as handwriting recognition will clearly require finer electrode arrays than indicated by the electrode size in these sample images. In the discussion that follows, the proximity data measured at one electrode during a particular scan cycle constitutes one "pixel" of the proximity image captured in that scan cycle.

In this section and the rest of this dissertation, the term "proximity" will only be used in reference to the distance or pressure between a hand part and the surface, not in reference to the distance between adjacent fingers. "Horizontal" and "vertical" refer to x and y directional axes within the surface plane. Proximity measurements are then interpreted as pressure in a z axis normal to the surface. The direction "inner" means toward the thumb of a given hand, and the direction "outer" means towards the pinky finger of a given hand. For the purposes of this description, the thumb is considered a finger unless otherwise noted, but it does not count as a fingertip. "Contact" is used as a general term for a hand part when it

48

APLNDC00021107

touches the surface and appears in the current proximity image, and for the group and path data structures which will represent it in Chapter 3.

### 2.3.1   Flattened Hand Image Properties

Figure 2.7 shows a right hand flattened against the surface with fingers outstretched. This flattened hand image includes all of the hand parts which can touch the surface from the bottom of one hand, but in many instances only a few of these parts will be touching the surface, and the fingertips may roam widely in relation to the palms as fingers are flexed and extended. At the far left is the oblong thumb which tends to slant at about 120°.

The columnar blobs arranged in an arc across the top of the image are the index finger, middle finger, ring finger and pinky finger. Since the fingers are fully extended, the creases at finger joints cause slight undulations in proximity along each column, though smearing by the parallelogram electrodes obscures this effect somewhat. Flesh from the proximal finger joints, or proximal phalanges, appears as the particularly intense undulations at the bottom of the index, middle, and ring finger columns. Since the fingers are fully flattened, flesh from the forepalm calluses is also visible as small clusters below the proximal phalanges, near the vertical level of the thumb.

The inner and outer palm heels cause the pair of very large contacts across the bottom of the image. These palm heels tend to be quite large, mildly oblong, and oriented diagonally. Unless the center of the palm is intentionally pushed against the surface, a large crease or proximity valley clearly separates the inner and outer palm heels. Even though image resolution is fairly low, it is clear that the fleshy contacts from different parts of the hand have subtly contrasting geometric properties. All the hand contacts are roughly oval-shaped, but they differ in pressure, size, orientation, eccentricity and spacing relative to one another.

APLNDC00021108



**Figure 2.7:** Offset-corrected proximity image of right hand flattened onto the surface with fingers outstretched and all hand parts labeled.

50

APLNDC00021109

### 2.3.2   Properties of Hands in the Neutral Posture

Figure 2.8 shows a proximity image for all fingers and palms of both hands



**Figure 2.8:**  Proximity image of both hands resting on the surface in their respective neutral or default postures.

resting in what will be known hereafter as their default positions. Since these positions correspond to the most neutral hand and finger postures, with wrist straight and fingers curled so fingernails are normal to the surface, gestures are most likely to start from this hand configuration. Note that since fingers are curled, the proximal phalanges and forepalms are far above the surface and not visible. Because the fingers are slightly spread in this neutral posture, all fleshy contacts are clearly separated by at least one electrode at the background or zero proximity level. Since only the tips rather than the lengths of the fingers are visible, the fingers appear much shorter than in Figure 2.7, and would appear circular if not for vertical smearing by the parallelogram electrodes. However, the finger widths remain fairly constant

51

APLNDC00021110

regardless of contact elongation. Also, the electrodes at the center of each finger-tip do not appear as dark as the central thumb and palm heel electrodes because, in this case, the fingertips contacts are not tall enough to fully overlap any of the parallelograms, limiting the proximity signal regardless of their distance from the surface. The palm heels appear somewhat shorter than in Figure 2.7 since only the rear of the palm can touch the surface when fingers are flexed, but the separation between the palm heels is unchanged.

The fact that the intermediate finger joints connecting fingertips to palms, *i.e.*, the lengths of the fingers, do not appear in this commonly occurring proximity image has further consequences. While such lack of intermediate hand structure simplifies determination of the fingertip centroid, it is also the main shortcoming of capacitive proximity sensing in terms of hand gesture recognition. Reliably establishing finger or even hand identity when intervening hand structure is missing from the proximity images poses the most challenging problem of the work described in this dissertation. This challenge is the subject of Chapter 4.

### 2.3.3   Partially Closed Hand Image Properties

For a tracking system to support a wide range of hand gestures, it must tolerate contact shapes and juxtapositions which vary from the default. The two extremes to be considered in this work are the previously discussed flattened hand and the partially closed hand shown in Figure 2.9. Here the thumb is pushed directly behind the index finger, but vertical smearing by the wedge electrodes may cause thumb and index finger to appear as a single unseparable contact. Unlike the default hand posture in Figure 2.8, adjacent fingertips are so close together as to be distinguishable only by slight proximity valleys or saddle points between them. At the given horizontal electrode spacing, the saddle points between adjacent fingertips may only be separated by a single column wide. Any segmentation algorithm must use the partial minima in the horizontal direction to distinguish these fingertips. In

52



**Figure 2.9:** Proximity image of a partially closed hand with fingertips squished together.

53

APLNDC00021112

case the fingertip row is rotated, partial minima in diagonal directions must also be detected. This conflicts with the segmentation needs of palms, which may contain spurious partial minima due to minor variations in sensor gain or flesh proximity across their large areas. All partial minima within palm contacts should be ignored except the large crease between the palm heels.

### 2.3.4   Pen Grip Image Properties

Figure 2.10 is a proximity image of a right hand in a pen grip configuration, which is particularly comfortable and dexterous for handwriting or freehand drawing. The thumb and index fingertip are pinched together as if they were holding a pen, but in this case they are touching the surface instead. Actually the thumb and index finger appear the same here as in Figure 2.9. However, the middle, ring, and pinky fingers are curled under as if making a fist, so the knuckles from the top of the fingers actually touch the surface instead of the finger tips. The curling under of the knuckles actually places them behind the pinched thumb and index fingertip, very close to the palm heels. The knuckles also appear larger than the curled fingertips of Figure 2.9 but the same size as the flattened fingertips in Figure 2.7. These differences in size and arrangement are sufficient to distinguish the pen grip configuration from the closed and flattened hand configurations. Though the contact segmentation and identification methods presented in this dissertation extend to the pen grip configuration with minimal modification, a higher resolution sensor array without vertically smearing parallelogram electrodes is needed to accurately discern the pinched fingers.

### 2.3.5   Comfortable Ranges of Hand Motion

Given that the MTS prototype has the form factor of a standard computer keyboard and is similarly placed on a desk, lap or workbench to operate from a sitting or standing posture, the ranges of hand position and rotation expected during

APLNDC00021113



**Figure 2.10:** Proximity image of a hand with inner fingers pinched and outer fingers curled under towards the palm heels as if gripping a pen.

55

APLNDC00021114

normal operation are fairly limited. When only one hand is on the surface, its maximum inward rotation can occur when it crosses to the opposite side of the surface, as shown in Figure 2.11. This situation maximizes the inward rotation of both the forearm about the elbow and the hand about the wrist. The maximum



**Figure 2.11:** Proximity image of right hand at far left of sensing surface and rotated counter-clockwise to its biomechanical limit.

clockwise or outward rotation occurs from the default hand position with forearm parallel to the vertical surface axis, as shown for the right hand in Figure 2.12. Further rotations are only possible through contortions of the whole body or if the operator's torso is not facing the apparatus.

When both hands are on the surface, hand position is even further limited by the fact that operators are not expected to let the hands cross over or overlap one another. Figure 2.13 shows the maximum leftward position of the right hand when the left hand is in its default position. For some operations only part of a hand may remain in the active sensing area, as shown for the row of right hand fingertips at

56



**Figure 2.12:** Proximity image of right hand at far right of sensing surface and rotated outward to its biomechanical limit.



**Figure 2.13:** Proximity image of left hand in default position and right hand up against it.

57

APLNDC00021116

the bottom middle of the surface in Figure 2.14. Though it is hard to imagine how



**Figure 2.14:** Proximity image of left hand in default position and right hand moved down so only fingertips remain in active sensing area.

this would be useful. the fingertips can also lie over the top of the active sensing area as in Figure 2.15. so only the thumb and palms remain visible.

## 2.4   Conclusion

Capacitance-based proximity sensing has many advantages over other hand motion sensing techniques. These advantages include precise detection of flesh contact with a surface, zero-force activation, avoidance of mechanical encumbrances. prevention of fingertip occlusion, and absence of background scene clutter. An array of a few thousand electrodes is sufficient to detect and uniquely determine the positions of any number of contacts from the undersides of both hands. Though each electrode has a constant sensor offset which must be removed. a large MTS can have signal-to-noise ratios as high as its tiny touchpad cousins.

58

APLNDC00021117



**Figure 2.15:** Proximity image of left hand in default position and right hand moved up so only thumb and palms remain in active sensing area.

The MTS offers a previously unexplored compromise between the rich tactile and force feedback of a mechanical keyboard or joystick and the feedback void of free space hand gestures. The proximity signals measured by the MTS correspond almost exactly to the operator's own sensations of engaging and sliding the hand across the surface. Even though hand proximity images contain ambiguities due to the lack of sharp edges between flesh contacts and the absence of intervening hand structure, the results of Chapters 3 and 4 will show that these ambiguities are surmountable. Ultimately such a unique, close correspondence between the sensations of the operator and the proximity imaging system can support much faster and more accurate gesture recognition than video-based systems.

59

APLNDC00021118

# Chapter 3

# HAND CONTACT SEGMENTATION AND PATH TRACKING

This chapter and the following chapter describe the finger tracking and identification system of the MTS. In order to support resting or simultaneous chordic manipulation by both hands, the tracking system must be quite sophisticated. As the system diagram in Figure 3.1 shows, the overall system architecture resembles that of most computer vision systems, including stages such as image segmentation, feature extraction, path tracking across images, and object recognition, or in this case contact identification. However, the algorithms presented here have been carefully chosen and adapted to meet the unique anatomical, biomechanical, and topological constraints available at each stage. The modules are highly interdependent: the accuracy of path tracking and identification hinges upon consistent, carefully defined segmentations, and ambiguities which cannot be resolved within a module can often be bootstrapped with the help of feedback from other modules. As the feedback paths in Figure 3.1 indicate, the hand position estimates described in Section 4.3 of the following chapter constitute the primary feedback between modules. Thus while this chapter will concentrate on the contact segmentation and path tracking modules, the functioning of the system as a whole can only be understood by study of both chapters.

The segmentation module is responsible for breaking up each proximity image into groups of electrodes underlying identifiable portions of hand flesh. It then

60



**Figure 3.1:** System-level diagram for hand and finger tracking and identification modules.

61

APLNDC00021120

extracts geometric features from each group. The path tracking module links into trajectories the groups from successive proximity images which correspond to the same hand contact. It then computes the velocity along each hand contact trajectory. Though path tracking is a well-known problem and not terribly difficult for finger movements imaged at reasonable frame rates, the path tracking module has the important responsibility of detecting when individual fingers touch down on or lift off the surface. The hand identification module decides which hand causes each surface contact, and the finger identification module assigns a unique thumb, fingertip, or palm heel identity to each contact within a hand. Finally, the hand position estimator maintains a conservative estimate of overall hand and finger position offsets relative to the default finger positions of Figure 2.8.

## 3.1    Notation and Major Variable Types

The mathematical notation is designed to consistently describe both the conventional arrays which arise in low-level proximity image processing and the complex data types and instantiations needed to organize a variety of high-level hand and finger parameters. Global scaling constants and thresholds are specified in subscripts of $K$. There are four high-level object data types denoted by $G$ for groups of electrodes, $P$ for contact paths or trajectories, $F$ for parts of the hand such as thumb, fingers, or palms, and $H$ for a hand as a whole. Particular parameters of these structures are specified by names in subscripts, e.g., $G_x$ for a group's $x$ centroid position. Parameters which are updated every scan cycle can include a bracketed time index, such as $P_x[n], P_y[n]$ for the time-filtered path centroid at scan cycle $n$. Particular group or path object instantiations are distinguished by a numerical index immediately following the capital letter; e.g., $P1_{vx}[n] < P2_{vx}[n]$ compares the horizontal velocities of two distinct paths. The index 0, e.g. $G0, P0, F0$ is reserved for a null or default object instantiation with all measurement parameters set to zero and feature parameters at their defaults of 0 or 1 as appropriate.

62

APLNDC00021121

## 3.2   Contact Segmentation

The objective of contact segmentation is to group those electrodes or pixels which underly the same distinguishable hand part, *i.e.*, the same finger or palm heel, and then to represent each group to higher levels of the tracking system via a compact parameterization. Though removing background objects from proximity images is trivial because none are expected, accurately segmenting fleshy contacts which are variously shaped and separated from one another remains challenging.

### 3.2.1   Introduction to the Contact Segmentation Problem

For proper functioning of the hand and finger identification methods of Chapter 4, it is imperative that segmentations be flawless for the entire range of hand configurations which operators are expected to perform. The combinatorial optimization algorithms of the finger identification process assume that the correct mapping between segmentation groups and hand part identities is a one-to-one mapping, and the algorithms attempt to find the optimal one-to-one mapping. If the segmentation process erroneously merges the contacts of two distinguishable hand parts or splits the contact from one hand part into multiple groups, the correct identity mapping will no longer be a one-to-one mapping, and at least some of the contact identifications will be wrong. Designing the identification process to be highly tolerant of erroneous merging or splitting of groups would weaken the constraints on the combinatorial optimization and add undue complexity to identification. Luckily, this is not necessary. The segmentation techniques presented here will demonstrate that with sufficient tuning of segmentation rules, hand contact segmentation can be nearly flawless, even for low-resolution parallelogram electrode arrays. The failures that do occur are usually mild enough that feedback from partially correct identifications is sufficient to adjust the segmentation rules, producing correct segmentations for subsequent images.

63

APLNDC00021122

Since the electrodes at the center of each hand contact invariably possess locally maximum proximity, an efficient approach to proximity image segmentation is to search outward from local maximum electrodes for contact edges, marking the edges as group boundary pixels. Algorithms which start at a seed pixel and search outward for similar pixels are generally known in computer vision as *region growing* segmentation methods [13, 68, 70, 172]. Local maxima are the obvious candidates for seed pixels. The primary challenge of proximity image segmentation is then to decide exactly what qualifies as an edge between contacts. For reliable segmentation of a wide range of hand configurations, this decision must depend on some sort of contextual feedback about the types of contacts being segmented.

Even if edge detection decisions are complex, this region growing process incurs surprisingly little computational overhead because searching outward from local maxima confines the edge detection computations to relatively small portions of the image containing about a dozen pixels per contact. Furthermore, since edges of convex contacts tend to be oriented perpendicularly to the vector passing from an edge pixel to the center of the contact, partial spatial derivatives only need be computed along the direction of search relative to the contact center, not in all directions. Thus while the MTS segmentation methods are related to watershed merging methods [42, 57, 151], the MTS does not have to compute the gradient of the whole image, and its merging is simply based upon region overlap. Likewise, proximity image segmentation is not nearly as computationally expensive as prior segmentation methods for optical images of hands. These prior methods compute complicated quantities such as spatiotemporal derivatives for optical flow [121], color histograms [3], or Gabor filters [115, 146] across most of each image.

### 3.2.2   Overview of the Segmentation Process

The data flow diagram in Figure 3.2 provides an overview of the image segmentation process. To avoid spurious extrema, a spatially smoothed copy of

64

APLNDC00021123



**Figure 3.2:** Data flow diagram of the proximity image segmentation process.

65

APLNDC00021124

the current proximity image is utilized in the search for local maximum pixels and in computation of spatial derivatives. Any pixel whose smoothed proximity exceeds a significance threshold and the smoothed proximities of all eight nearest neighbor pixels is considered a local maximum pixel. The system constructs around each significant local maximum a semi-convex group of neighboring electrodes $G_E$ which corresponds to a unit fleshy contact. Edges are always indicated at pixels where the undiffused proximity falls to background levels; but in case fingertips are only separated by a slight proximity valley, a partial minimum or saddle point between adjacent fingers is also considered an edge. Large palm heel contacts, on the other hand, may exhibit partial minima due to minor non-uniformities in flesh proximity or electrode sensitivity across the contact, so it is not sufficient to have the same edge detection rules across the whole image.

To resolve the conflicting edge detection needs of different types of hand contacts, the segmentation system bootstraps off of high-level analyses of previous images. These high-level analyses are supplied in the form of hand position estimates and finger contact height measurements. Given a hand position estimate, the segmentation system applies strict edge detection rules in regions of the image where fingertips and thumb are expected to appear, but it applies sloppy edge detection rules in regions of the image where palms are expected to appear. This ensures that adjacent fingertips are not joined into a single group and that each palm heel is not broken into multiple groups. In case smoothing fails to produce just one local maximum in each palm heel or flattened finger, a merging stage combines overlapping groups which contain the local maxima of other groups.

The last stage of the segmentation process is to extract shape, size, and position parameters from each electrode group. If properly segmented, most groups will roughly resemble ovals, so each group can be meaningfully represented at higher system levels by a few fitted-ellipse parameters: group centroid ($G_x$, $G_y$), total

APLNDC00021125

proximity signal $G_z$, orientation $G_\theta$, and eccentricity $G_\epsilon$.

### 3.2.3   Proximity Image Smoothing

After the MTS fully scans a new proximity image and subtracts off background sensor offsets, the segmentation process begins by making a smoothed copy of the image via one or more passes with a nearest neighbor diffusion operator, also known as a Gaussian kernel. One pass of the 2-D diffusion operator performs the following computation:

$$
\begin{aligned}
S_{ij}[n] \;=\; & (1 - 2D_x - 2D_y)E_{i,j}[n] \\
& + D_y(E_{i-1,j}[n] + E_{i+1,j}[n]) \\
& + D_x(E_{i,j-1}[n] + E_{i,j+1}[n]) \qquad\qquad (3.1)
\end{aligned}
$$

where $D_x$ and $D_y$ are the diffusion rates in the $x$ and $y$ directions. For stability, the rates must satisfy $D_x + D_y <= .5$ [112]. The MTS actually sets $D_x + D_y <= .25$ so that the contribution of the four neighbors is never more than the contribution of the center electrode. Since the electrode row spacing $\delta y \approx 1.2$ cm is much more than the column spacing $\delta x \approx .4$ cm and the wedge electrodes already smear a lot between rows, the proportion of vertical to horizontal diffusion is set so $(D_y/D_x) \approx (\delta x/\delta y) \approx .33$.

The smoothed image $S_{ij}[n]$ is then searched for significant local maxima, i.e., pixels whose proximities are greater than or equal to a global significance threshold, $K_{maxima\_significance}$, and the proximities of all eight nearest neighbor pixels. $K_{maxima\_significance}$ can either be fixed or adapted to the mean and standard deviation of the background electrical noise. The smoothing thus has two benefits: to reduce the chance that an isolated noise spike on a single electrode will result in a local maximum which exceeds the significance threshold, and to consolidate local maxima to about one per distinguishable fleshy contact. Because of the high signal-to-noise ratio of the proximity sensors, only slight smoothing is necessary, as

67

APLNDC00021126

indicated in Figure 3.6. Too much smoothing obscures the proximity valleys between adjacent fingertips. Nevertheless, because smoothing is the only operation besides the search for local maxima which is applied to the whole image, it incurs more computational cost than all other stages of the segmentation process combined, taking 2-3ms on the 60 MHz TSM320C32 DSP.

### 3.2.4   Segmentation Strictness Regions

As hinted in Section 2.3.3, segmentation needs are not uniform across the entire image or across all hand configurations. Regions of the image containing fingertips require *strict segmentation*, *i.e.*, establishment of contact edges at all horizontal partial minima. This conflicts with the segmentation needs in palm regions. Palms should be segmented *sloppily*; in other words, only large creases between palm heels or electrodes with background-level proximity should register as palm contact edges. How can the system decide where segmentation should be *strict* versus *sloppy* when contextual features such as relative contact shape and position can only be measured after segmentation has completed? A cumbersome and computationally expensive approach would be to form multiple segmentation hypotheses and try to construct an evaluation procedure to pick the most likely segmentation.

A simpler but effective approach is to utilize contact juxtaposition constraints and expected hand position. The critical observation is that for comfortable ranges of hand rotation, the fingertips always lie above the palms and usually appear above the thumb. If fingers, palm and thumb were all guaranteed to be touching the surface, the system could assume the local proximity maximum nearest the top of the board was a fingertip and the one nearest the bottom was a palm. A horizontal dividing line could be envisioned in between, above which strict fingertip segmentation rules would apply and below which sloppy palm segmentation would apply. In practice the palms may not be touching the board, or in rare cases the palms may touchdown before the fingers, so the placement of this dividing line has to be

68

APLNDC00021127

guessed at. Since strict segmentation should also apply to the thumbs to prevent thumb contacts from merging with fingertips or palms, the sloppy regions should be further confined by vertical dividers to exclude regions where thumbs are expected. In case the hands are not positioned symmetrically, the sloppy region dividers should be placed independently for each hand.

Position estimates are available as top-level feedback from the hand position estimation module (Figure 3.1) in the form of offsets from the default hand positions (Figure 2.8). Section 4.3 describes in detail how the hand position estimation module derives conservative estimates using contact positions and identities from previous images. Basically each hand position estimate is initialized to the default hand position, tracks the average positions of identified finger contacts relative to their default finger positions, and decays back toward the default hand position when all fingers lift off the surface.

Figure 3.3 illustrates how the segmentation regions translate with the estimated hand offsets. In Figure 3.3a the hands are in their default positions, zeroing the estimated offsets for both hands. Plus signs in the diagram indicate the estimated position of each finger and palm heel in each hand. Rectangular outlines in the lower corners represent the left and right *sloppy segmentation regions*, where partial minima are largely ignored. The T-shaped region remaining is the *strict segmentation region*, where proximity saddle points must serve as contact edges. The best positions of the vertical dividing lines has been found empirically to be just inside of the sensor array columns where the index fingers are expected to lie, and the horizontal dividing lines are placed near the estimated vertical positions of their respective thumbs. The outside edges of the surface form the outer and lower boundaries of the sloppy regions. Due to the decay in estimated offsets after hands leave the surface, the sloppy segmentation regions return to the positions shown in Figure 3.3a after the hands have stayed off the surface a few seconds, regardless of

69

APLNDC00021128



**Figure 3.3:** The positions of the left and right sloppy segmentation regions (boxes) in relation to estimated finger positions (plus signs) for a) both hands in their default positions or lifted off the board a long time, b) the hands in asymmetrical positions, and c) the right hand crossing to the left side of the board, pushing the left sloppy region out of the way since the left hand is off the board.

70

APLNDC00021129

hand position at liftoff.

As the hands move away from the default positions, the dividing lines of the left sloppy region are translated by the left hand offset estimate ($LH_{eox}[n-1]$, $LH_{eoy}[n-1]$), and the dividing lines of the right sloppy region are translated by the right hand offset estimate ($RH_{eox}[n-1]$, $RH_{eoy}[n-1]$). Figure 3.3b shows how the sloppy regions follow the estimated hand positions as the right hand moves toward the upper left and the left hand moves toward the lower left. This ensures that the palms and only the palms fall in the sloppy regions as long as the hand position estimates are correct.

Figure 3.3c shows that the left sloppy region and hand position estimate move off the surface entirely when the left hand remains off the surface and the right hand slides to the left side of the surface. This prevents the fingers of one hand from entering the sloppy segmentation region of the opposite hand. This effect is implemented by imposing a minimum horizontal separation between the hand position estimates and, should the left and right regions get too close to one another, letting the hand with the most surface contacts override the estimated position of the hand with fewer contacts.

Though the hand position estimator is generally very good at keeping the sloppy regions under the palms as the hands moves around the board, errors are possible if parts of the hand unexpectedly touch down too far above or below their estimated positions. If only a palm heel touches down in the strict segmentation region at the top of the board, it can be segmented into multiple groups which will be misidentified as a row of overlapping fingertips. However, if the size and shape of these groups becomes so large as to be inconsistent with their identification as fingertips, the finger identification module will reidentify them as palms and eventually correct the hand position estimate. Likewise, if squished together fingertips touch down in the sloppy segmentation region at the bottom of the board, they

71

can be joined into one contact and misidentified as a palm heel. Section 3.2.9 will further examine the segmentation errors which can occur if the sloppy segmentation regions get out of place.

### 3.2.5   Segmentation Search Pattern

Once the local maxima pixels have been found and the sloppy segmentation regions defined, the segmentation process searches around each local maximum pixel for pixels which register significant proximity. Figure 3.4 depicts typical outward search patterns which start from a group's local maximum pixel and proceed in four directions testing for the contact boundary. For a given group G, let $G_{localmax_{row}}$ and $G_{localmax_{col}}$ be the row and column indices of group $G$'s local maximum. Searching for contact boundaries starts at these indices (filled circles in Figure 3.4) and initially proceeds along the $G_{localmax_{row}}$ row toward the right and left until one of the applicable horizontal or diagonal boundary tests comes up positive. Each electrode encountered before reaching the boundary is added to the local maximum's group. While searching to the right, the additional indices $j_{prev} = j - 1$ and $j_{next} = j + 1$ are maintained for use referring to neighboring electrodes in horizontal minimum tests. When searching toward the left, $j_{prev} = j + 1$ and $j_{next} = j - 1$. The indices of the columns just inside the left and right columns where boundary tests turn positive are stored in $G_{firstcol[i]}$ and $G_{lastcol[i]}$, where in this case $i = G_{localmax_{row}}$. The electrode within the row with maximum smoothed reading,

$$G_{maxcol[i]} = \operatorname*{argmax}_{G_{firstcol[i]} <= j <= G_{lastcol[i]}} S_{ij} \qquad (3.2)$$

is also recorded. In this case $G_{maxcol[i]}$ should equal $G_{localmax_{col}}$, but when searching subsequent rows where $i \neq G_{localmax_{row}}$ the column $G_{maxcol[i]}$ may differ from the column of the local maximum.

Next the search automatically advances to the rows $i = G_{localmax_{row}} + 1$ and $i = G_{localmax_{row}} - 1$ directly above and below $G_{localmax_{row}}$, so electrodes from at

72



**Figure 3.4:** Typical search patterns starting at the group's local maximum (filled circle) and proceeding along successive rows towards the contact edge, represented here as the curved, closed boundary. Each arrowhead represents a pixel which is added to the group as the search encounters it. Notice that the search does not proceed outside the boundary. Because the search can only advance into the next row from the pixel with maximum proximity in the current row, it will advance past concavities into multiple horizontal offshoots a) but can only find one of the vertical offshoots b).

73

least three rows will be available in each group for vertical centroid interpolation. Before advancing rows the index of the previously searched row must be recorded as $i_{prev}$ to aid in vertical and diagonal partial minimum tests. For these rows directly above or below the row of the local maximum, $i_{prev} = G_{localmax_{row}}$. The index of future rows to be searched $i_{next}$ may also be needed, and will in this case be either $G_{localmax_{row}} + 2$ or $G_{localmax_{row}} - 2$. The horizontal search within subsequent rows always starts at the *previous* row's maximum column, *i.e.*, $j = G_{maxcol[i_{prev}]}$, and proceeds horizontally outward in both directions as it does for the row of the local maximum. Thus subsequent rows tend to be entered along the vertical or diagonal ridge of the contact. Advancement of the search to additional rows occurs recursively as long as vertical boundary tests are negative. These tests are only applied in the column $G_{maxcol[i]}$ to electrodes directly above or below. The rows immediately previous to those in which vertical boundary tests first come up positive are recorded as $G_{toprow}$ and $G_{botrow}$.

Note that partial minima electrodes at the bottom of proximity valleys are never included in any group because it is not known in what proportion the two adjacent contacts contributed their signals. Assuming an equal, 50-50 split in contributions from each contact was found to cause more instabilities in contact centroids as the partial minima shift from one electrode to another than leaving partial minima electrodes out of both adjacent groups altogether.

Let $e$ be an electrode of the electrode set $\mathcal{E}$ with row index $e_i$ and column index $e_j$. When boundaries have been encountered in all directions, the resulting semi-convex group of electrodes can be described as:

$$G_E = \{e \in \mathcal{E} : G_{botrow} <= e_i <= G_{toprow}, G_{firstcol[e_i]} <= e_j <= G_{lastcol[e_i]}\} \quad (3.3)$$

The groups are called semi-convex because all of the electrodes within a group's row must be connected, *i.e.*, there can not be multiple runs of electrodes within a row

74

APLNDC00021133

with excluded electrodes in between (Figure 3.4b). On the other hand, multiple, un-connected column segments are allowed within a group (Figure 3.4a) since $G_{firstcol[]}$ and $G_{lastcol[]}$ are arrays whose elements can differ across rows, whereas $G_{botrow}$ and $G_{toprow}$ are scalar. The semi-convexity constraint on the search pattern has minor consequences such as tolerating undulations in finger width. The semi-convexity constraint also discourages multiple vertical offshoots (such as fingers) of wide elec-trode clusters (such as palms) from being combined into one group. The key point is that since electrode groups need not be rectangular, they can closely fit the typical oval shape of flesh contacts without leaving electrodes out or including those from adjacent contacts.

### 3.2.6   Segmentation Boundary Tests

The contact edge tests consist of two rule classes: directional minimum tests which differ for sloppy versus strict segmentation regions and the proximity signifi-cance test which is applied the same to both strict and sloppy segmentation regions. Positive results on any applicable test cause a pixel to be marked as a group bound-ary and the search to resume in another direction, as indicated by the flow chart in Figure 3.5. Naturally, the edge of the electrode array always establishes a group boundary.

### 3.2.6.1   Proximity Significance Tests

The significance threshold test is true for an electrode at row $i$, column $j$ if the unsmoothed pixel proximity is less than a significance threshold, $K_{pixel\_significance}$:

$$E_{ij}[n] < K_{pixel\_significance} \qquad (3.4)$$

This generic pixel significance threshold is set to three or four standard deviations of the measured background noise, or about half of the local maxima significance

APLNDC00021134



**Figure 3.5:** Flow chart summarizing the contact edge tests which are applied at each pixel encountered by a group's segmentation search pattern.

76

APLNDC00021135

threshold $K_{maxima\_significance}$. Using the unsmoothed rather than smoothed proximity in this test ensures that diffusion of proximity outside of the true contact area (see Figure 3.6b) does not cause pixels outside the contact edge to be included in the group.

Using the unsmoothed proximity in the significance test also prevents merging of adjacent fingertips (Figure 2.9) which unexpectedly touch down in a sloppy segmentation region yet still have at least one electrode at background proximity level in the proximity valley between them. Though such valleys are not totally obscured by smoothing, diffusion from the contact centers causes the smoothed proximity of such electrodes to remain above any reasonably low significance threshold. Since sloppy region tests ignore the horizontal partial minima of such valleys, only this thresholding of the unsmoothed proximity image can keep fingertips which wander into sloppy segmentation regions reliably separated. If the adjacent fingertips can be kept segmented into separate groups for a few images, proper identification of them will eventually cause corrections in the hand position estimates to move the sloppy segmentation regions away from the fingertips.

### 3.2.6.2   Strict Segmentation Region Partial Minima Tests

Strict-segmentation-region partial-minima tests apply to horizontal, vertical and diagonal neighbors depending on the current direction of search. Since the search always proceeds away from a local maximum (Figure 3.4), a partial minimum or saddle point is generally indicated whenever proximity starts increasing in the direction of search. The tests have evolved empirically to detect diagonal minima and segment diagonally adjacent fingertips on the parallelogram electrode array. Therefore they may appear somewhat ad hoc: no doubt they could be simplified for a higher resolution array of square electrodes.

As a horizontal search begins in a row at the column of the previous row's maximum pixel $G_{maxcol[i_{prev}]}$, the current row's maximum pixel is expected to occur

APLNDC00021136