EXHIBIT 4.14

jector 8 is mounted adjacent the camera 6 and projects onto the surface 2 a display 21 which is generally coincident with the field of view of the camera 6, and which, in the example shown, includes an image of a newly created document 20, as discussed below. The camera 6 and the projector 8 are both connected to a signal processing system, generally designated 10, which is in turn connected to a printing device 208 and, optionally, a document scanner 206 (see Fig. 2). A small snare-drum microphone 16 (preferably with built in amplifier) is attached to the bottom of the desk and picks up audible and vibrational signals. The system 10 monitors the (digitised) signal amplitude of the microphone 16 to determine (e.g. by comparison with a threshold value) when the user taps on the desk 2 (e.g. to designate an operation (see below)).

[0009] The architecture of the signal processing system 10 is schematically illustrated in Fig. 1. This implementation runs on standard X Window applications using the human finger as a pointing device. The system is implemented so that finger tip location and desk tapping information are sent through X in such a way that from the point of view of applications, these events are indistinguishable from those of a conventionally-used mouse. The system runs on two machines: a Sun 4/110 (104) and a SPARCstation (106). This is because the image processing board 102 plugs into a VME bus, while the projected video (LCD) display plugs into an Sbus. The images captured by the camera 6 are initially processed by an Itex100 image processing board 102. Any other suitable architecture could be used to achieve the image signal handling. Figure 1 illustrates how the software modules interface to each other and to the hardware. The system is implemented in C + + and C under SunOS and TCP/IP.

[0010] The desk-camera-projector arrangement (2,6,8) may be located remotely from the printing device 208 and any number of such arrangements may be linked up to a common printer. Alternatively, the surface 2 may itself constitute the upper surface of a copying or printing machine, or the surface of a desk next to such a machine, with the advantage that any documents created using the system may be immediately printed out and taken away by the user. The processor 10 may form an integral part of a copying or printing machine, or may be remotely located in a separate device and coupled to the printer by a conventional communications link.

[0011] In a preferred embodiment, the system of Fig. 1 forms an integral part of a printing system, for example as schematically illustrated in Fig. 2 and described in detail in EP-A-592108, with the exception that appropriate elements of the control section 207 are replaced by hardware from Fig. 1, such as the user interface 252 (which is implemented by the camera-projector arrangement (6,8)), the system control 254, etc For additional control detail, reference is made to US-A-s 5,081,494, 5,091,971 and 4,686,542.

[0012] Interacting with objects with bare fingers is fa-

cilitated in the present invention through video-based finger-tracking. A bare finger is too thick, however, to indicate small objects such as a single letter, for which a pen or other thin object is used.

[0013] The current implementation uses simple image processing hardware to achieve the desired interactive response time (although suitable algorithms could be used to achieve the same result): it initially subsamples the image and processes it at very low resolution to get an approximate location for the finger Only then does the system scale to its full resolution in order to get a precise location, so only small portions of the image need to be processed If the user moves too quickly, the system loses track of where the finger is, so it immediately zooms back out to find it. The result is that large, quick movements are followed less precisely than fine movements, but for pointing applications this seems acceptable.

[0014] Interaction techniques using video-based finger tracking, are demonstrated by M. Krueger (*Artificural Reality II*, Addison-Wesley, 1991). The disadvantages of his system are discussed in UK patent application 9313637 2 (hereafter Ref. 1), a copy of which was filed with the present application

[0015] In contrast, the present invention senses motion (since most objects on the desk 2 do not move except the user's hands and the objects they are holding): it captures sequential video frames and examines the image produced by subtracting the sequential values of each pixel in two successive frames. The result for, e. g., a moving hand looks like Figure 3. Further processing is then carried out to remove noise and to locate the precise position of the fingertips.

[0016] Motion detection uses an image loop-back feature of the board 102 that allows the most significant bits of two images to be sent through a look-up table. This table is set up to subtract the two images, allowing very fast differencing of successive frames. Current finger-tracking performance using the Sun 4/110 and Itex100 image processing board 102 is 6-7 frames/sec.

[0017] Determining when the user taps on the desk is preferably achieved using the microphone 16. Another way to detect tapping is to use a touch screen, which can provide dragging information as well as extra location data.

[0018] Projection from above provides similar capabilities to a large flat display screen, but it has the key advantage that computer-generated images 21 can be superimposed onto paper documents. This is necessary for creating merged paper and electronic documents, and for providing feedback when making selections 22, 28, 31 (see below) on paper. Overhead projection, however, does produce problems, such as shadows: these are hardly noticed when the projector is mounted above a horizontal desk 2, but special measures must be taken to avoid shadow problems on a nearly vertical surface, if this is used as the work surface (like a drawing board).

[0019] The brightness of the room may affect the clar-

APLNDC00021467

ity of the projected display. This is not a problem with normal fluorescent lights, but a bright desk lamp or direct sunlight should be avoided. The area onto which display 21 is projected should preferably be white.

[0020]  In the implementations described herein the image output device may be any device that provides an image in the work surface: e.g a CRT display conveyed to the surface 2 by means of mirror elements above or below the surface 2; or a flat panel LCD display integral with the desk and disposed either at the surface or below it. Any number of displays may be used.

[0021]  Document images are captured through an overhead video camera 6, but a difficulty with standard video cameras is their low resolution (compared to scanners), which may not permit good quality copying from a document on the work surface. Several solutions are possible.

[0022]  One technique is to use a very high resolution camera 6 for the system.

[0023]  Another solution is to use multiple cameras. At least one camera 6 is set up with a wide field of view that encompasses the substantially the entire work surface 2. At least one other camera (hereafter—"subsidiary camera";not shown) is mounted adjacent the main camera 6 and zoomed in to cover a small part of the desk surface 2 (within or outside the display area 21) at high resolution (e.g. about 200 spots/inch; 8 spots/mm). Multiple fixed subsidiary cameras may be used to cover the whole area at high resolution, or fewer movable subsidiary cameras could be used. The video signal from each camera is processed via a respective channel of the image processing board 102, by means of suitable multiplexing techniques which are well known in the art. When such a subsidiary camera with a relatively small field of view is used, a light area (e.g. a white "window" or other visual indication such as a black rectangular outline) is projected onto the surface 2 so as to coincide with the field of view of the high resolution subsidiary camera(s) and indicate to the user exactly what part of the work surface is within that field of view (i.e., the active area). The user can therefore place source documents 4 within this high resolution "window" to enable text or image information to be scanned in by the system at high resolution Since it has been found so far that only small parts of a document at a time need be used, and sliding a piece of paper into the camera's "window" is so easy, the use of multiple fixed cameras to cover the whole desk appears unnecessary.

[0024]  A further possible technique solves this problem by storing information about the positions in the source document 4 of the part(s) to be copied, by means of image recognition techniques and the use of document descriptors. The document is then put through a (desktop) scanner 206 (or is pre-scanned before image manipulation takes place), preferably a high resolution (e.g. 24 dots/mm; 600 dots/inch) scanning machine, and this position information is used to determine what parts of the scanned image to use in the eventual copy. With this technique, the user interacts with the documents at the lower (camera) resolution, but the finished product is constructed from higher (scanner) resolution images. Pre-scanning is inconvenient for many interactive applications, however, so it is preferred to use one of the abovementioned alternative methods.

[0025]  The image produced from a video camera 6 and frame grabber (not shown) on the board 102 is grey-scale (typically eight bits/pixel). This grey-scale image must be thresholded, or converted to a one bit/pixel black and white image, before it can be used for character recognition or any of the other embodiments which are described herein.

[0026]  Simple thresholding is not adequate for obtaining an image suitable for character recognition. Another problem can be automatic grey balancing on the camera. This can cause a change in brightness in one part of the image to affect the values in all other parts.

[0027]  Consequently, the system uses an adaptive thresholding algorithm which varies the threshold value across the image according to its background value at each pixel. The present system produces results in a single pass which are nearly as good as systems requiring multiple passes through the image, by calculating the threshold value at each point from an estimate of the background illumination based on a moving average of local (within about 1/8th the width of the image) pixel intensities. This method is fast and can be combined with a scaling operation if necessary.

[0028]  Finally, when dealing with text, the thresholded image is skew-corrected and recognised by an OCR server (in this case, Xerox Image System's ScanWorkX). If the resolution is high enough relative to the text size, then it returns the associated ASCII string. For accuracy, it is important to provide both quick feedback to the user (by displaying immediately the number or character which the system "thinks" it has recognised), and a simple way for the user to correct unrecognised characters.

[0029]  To support interaction, projected feedback 24, 26 (see Fig.6) to the user, and selective grabbing of images through the camera 6, the system must map coordinates in the projected display 21 to coordinates in the frame grabber of image processor board 102. This calibration may be difficult because the projected display 21 is not a perfect rectangle (there are optical distortions such as "keystoning"), the camera 6 and/or tablet may be rotated relative to the projected display 21, and it may be necessary for the camera 6 to view the projected display from an angle. Also, vibrations caused by, e.g., air conditioners or slamming doors cause movements which disrupt the calibration, as do any adjustments to the equipment.

[0030]  In the case where stylus input is used to indicate position on a tablet, the system first maps absolute positions on the digitising tablet to positions on the display 21 in order to provide feedback. Second, positions on the display 21 are mapped to corresponding posi-

APLNDC00021468

tions in the frame grabber in order to support grabbing of selected areas 22, 28, 31 (see below) on the desk. Obtaining the data to calibrate the pointing device (stylus + tablet; touchscreen) to the display 21 is relatively straightforward: a series of points are displayed and the user is prompted to touch them with a pointer 32 (see Fig 8)

[0031]   In the case where position indication by finger tip location is used, obtaining data for calibrating the video camera 6 to the display 21 is not as simple.

[0032]   Figure 4 shows an approach which improves on prior techniques: this is to project an object that can be located by the image processing system, allowing the system to self-calibrate without any assistance from the user. The present system projects a thick "plus" sign (+), and uses image morphology (see D Bloomberg & P Maragos, "Image Algebra and Morphological Image Processing", *SPIE Conference Procs,* San Diego, CA, July 1990) to pinpoint the centre of the mark in the frame grabber coordinate space.

[0033]   For accurate mapping, preferably a four point calibration system (Fig. 4) is used, which compensates for rotation and keystoning. The mapping is given by the equations

$$x = c_1 x + c_2 y + c_3 xy + c_4 \qquad (1)$$

$$y = c_5 x + c_6 y + c_7 xy + c_8 \qquad (2)$$

where (x,y) are coordinates in the projected display, and (x',y') are coordinates in the frame grabber.

[0034]   With four point pairs, the set of simultaneous linear equations can be quickly solved by Gaussian Elimination. Then, a fifth plus mark (+) is projected and its location is checked to make sure it is close enough to the position produced by the above mapping. The result is accurate to within one or two display pixels, allowing the user to select areas 22, 28, 31 on the desk 2 and rely on the displayed feedback 24 to precisely indicate what will appear in the grabbed image.

[0035]   Unlike a traditional workstation, user interfaces on the present system must take account of handedness. If feedback 24 (see, e.g, Fig. 6) is projected to the lower left of the pointer 32 (finger, stylus), for example, then a right-handed person has no trouble seeing it, but a left-handed person does have trouble because it gets projected on the hand. Not only is feedback affected, but also the general layout of applications, and left-handed users are inconvenienced because it requires them to reach their arm farther than right-handed subjects, and their arms hide the paper 4 they are reading. The system's video camera 6 can see the user's hands, so it preferably recognises automatically which hand the user is pointing with, and then uses this information in implementing the interface during the following work

session. A pop-up menu, for example, is preferably projected to the left of the pointer for a right-handed person, and to the right of the pointer for a left-handed person.

[0036]   When pointing at paper with the present system, the camera 6 must be able to "see" the paper 4, and this means that fingers and other pointing devices 32 must be out of the way. However, new users do not seem to have much difficulty learning how to interact with the system in a way that keeps selections (22, 28, 31) visible. When sweeping out a rectangle 24 (for example in the Fig, 6 embodiment described below) there are four ways of doing this (see Fig. 5). If right-handed people use method ①, or if left-handed people use method②, they obscure the selection. But users do not seem to repeat the mistake: in general, the system cannot see a selection (22, 28, 31) unless the user can see it too, and that seems easy for people to learn.

[0037]   Selection feedback 24 can also play an important role in preventing obscuration. In the implementation discussed herein, the projected selection rectangle 24 floats slightly ahead of the pointer, so it is easy to avoid placing the pointer inside.

Selecting parts of a document to be copied

[0038]   In Figs 6(a)-(f) a basic user interface technique made possible by the copying system of the present invention — the selection of parts of a paper document 4 directly on the paper itself while the system reads the image selected — is illustrated in successive scenes, viewed from above the desk surface 2. The user 18 is creating a new document (generally designated 20) within the projected display 21, and here the source document 4 is a book page The user selects a figure 22 on the book page 4 by first touching his two index fingers together at the top right hand corner of the figure 22: the system recognises this as a gesture for starting a selection. As the user then moves his left hand index finger to the bottom left hand corner of the figure 22 (motion ③ in Fig.5), the system processor recognises the movement and causes the projector to display, as feedback to the user, a selection block 24 (here a rectangular outline; alternatively a grey rectangle) which increases in size until this movement ceases (Fig.6(a)). The user can see exactly what is encompassed by the selection block 24, and when this is as desired, the user taps on the desk to confirm the selection (the tap being interpreted by the processor as such confirmation). The processor obtains via the camera 6 information indicating the positions of the boundaries of the selection block 24 relative to the original document 4 and therefore the extent of part of the document which has been selected.

[0039]   Next, the user puts his pointed finger on the page 4 in the selection block 24 and "drags" a projected image of the selection block 24 by moving his finger across the display 21 (the selection block 24 is displayed by the projector 8 for feedback and moves to follow the position of the moving finger tip), positions it in the ap-

APLNDC00021469

propriate location in the document 20, and taps on the desk with a finger to confirm the positioning (Fig 6(b)). The figure 22 is captured by the camera 6, thresholded by the processor and the stored form of the document 20 edited accordingly; and the result is that the projected display is modified so that the figure 22 is "pasted" into the document 20 at the desired location (Fig. 6(c)); here, the dimensions of the pasted-in figure 22 are adapted by the processor 10 to the available height and width of the text area of the new document 20.

[0040]   It is then possible for the user to add a legend to the pasted-in figure 22 by typing out the text thereof on a conventional keyboard (not shown) linked to the processor 10. The stored electronic form of the document 20 is edited by the processor, and the projected display 21 is simultaneously modified to show the legend 26 (Fig. 6(d)) as it is typed in.

[0041]   Next, the user selects a portion 28 of text from the book page 4 which is to be pasted in below the figure in document 20 (Fig. 6(e)). This is done in exactly the same way as selecting the figure 22 in Fig. 6(a), except that the user starts with both index fingers at the top left hand corner of the text portion 28 and moves his right hand index finger to the bottom right hand corner of the text portion 28 (motion ④ in Fig. 5). The text selection 28 is positioned in the document by tapping on the surface 2, as before. The difference in this case is that optical character recognition (OCR) is performed on the selected text portion 28 captured by the camera 6. The font of the text 28 is automatically converted into that of the rest of the electronic document 20, and is reformatted so as to fit into the text flow of the document 20 being made up. (Alternatively the text 28 could be treated in the same way as the figure 22 in Figs 6(a) to (c), by selecting from top right to bottom left: i.e. motion ③ in Fig.5.) The stored electronic form of the document 20 is updated accordingly by the processor 10 and the projector 8 automatically displays the modified document 20 (Fig.6(f)).

[0042]   Once completed, the document 20 can be printed out by conveying to the processor 10 a command to send the electronic version of the document 20 to the printer 14. This command may be entered via the keyboard or conventional mouse operation, but is preferably designated by the user selecting an appropriate item from a pull-down menu (not shown) accessible, e. g. by finger pointing, in the display area 21 on the surface 2

[0043]   In an alternative implementation, the work surface 2 may incorporate a touch pad or other position sensing device; and the user can use an appropriate stylus to indicate corners of a rectangular selection block designating a part to be copied, such as by starting in one corner and moving the stylus to the opposite corner (In this case, in order for the stylus and position-sensing tablet to operate, the document 4 must only be a single-sheet thick ) It is also possible to select non-rectangular regions by tracing a "lasso" around the part of the paper

document to be copied. Another possibility is for the user to simply point at a region and the system can use image morphology techniques to determine the scope of the selection. One tap on the work surface could select only the smallest discernable element pointed to (e.g. a letter or word). Another tap in the same location would expand the selection to include the sentence containing that letter or word, a further tap causing selection of the paragraph containing that sentence, or larger visual unit, and so on. With all of these selection techniques, precise feedback is projected so the user can see exactly what is selected, and can therefore adjust the selection if it is not exactly what the user wants (e.g. selecting a "don't care" location — beyond the boundaries of the document 20 — whereupon the projected selection is cancelled; and then re-selecting from the source document)

[0044]   Figure 7 illustrates, by means of a flow chart of appropriate software running in the signal processing system 10 of Fig 1, the steps involved in carrying out the procedure sequentially illustrated in Fig 6

Copying onto marked document

[0045]   Another basic technique made possible by the present invention is the copying onto a previously marked document in novel ways. For example, a form can be filled in with data from parts of one or more other documents.

[0046]   This technique is illustrated in Figs 8(a) to (f), which show successive scenes, viewed from above the surface 2. The technique is similar to that used in the embodiment illustrated in Fig. 6, except that the document 20 consists of the information to be added to a marked document 30 (in this case a form) placed on the work surface 2. Operations are performed to indicate how the form 30 should be completed, producing a projected image showing the additional marks that are to be made on the document.

[0047]   As illustrated in Fig.8(a), the source document 4 comprises a receipt positioned within the camera's field of view. The user selects the numerical total 31 indicated on the receipt using the above-mentioned stylus and position-sensing tablet method (but any of the above-mentioned image-selection techniques could be used). An image of the selected number, captured by the camera 6, is projected back onto the display 21 at the position of the point of the stylus 32. As the projected image of selected number is dragged to the appropriate box 34 of the form 30, in a similar way to the moving selection block 24 in the Fig.6 embodiment, the motion of the number is shown in the display by the projector 8 (Fig.8 (b)). The number is recognised by the processor 10 using OCR and dropped in the box 34 by releasing a button on the stylus, or by the user tapping on the desk with his free hand.

[0048]   Figure 8(c) illustrates an operation performed in the case where the appropriate data is not present in the source document 4: the user writes a date in the ap-

APLNDC00021470

propriate box 36 of the form by hand. The movement of the point of the stylus 32 is tracked as the user writes, and an image is simultaneously projected down onto the form 30 showing the ink which would have been left on the form if the stylus were a pen. The system recognises the user's characters as they are written, converts the projected "ink" characters into the same font as the other numbers on the form 30 and modifies the projected characters to make them appear in that font. Once one entry (e.g. a date in numerical form) has been made in this way, it can be copied to other boxes in in the same or neighbouring column using the above-described drag and drop process, or even copied by making ditto signs by hand in the appropriate places.

[0049]   Once the relevant numbers have been "entered" in the form 30, an operation can be performed on a group of numbers. In Fig 8(d) a column 38 containing a set of "entered" numbers is selected using the stylus 32. Next, the user places on the form 30 a small piece of paper having a button 39 printed on it and designated "SUM", with its arrow pointing at the interior of a box 40 on the form 30 in which a total is to be entered. When the user "presses" the paper button by tapping a finger on the piece of paper as shown in Fig. 8(e), the sum of the numbers in the selected column 38 is projected into the box 40 In doing this, the system (1) recognises the function of the button (e.g. by means of morph glyphs present in the drop shadow 42 of the button 39), (2) recognises the tapping of the button so as to be aware of where and when to perform the summing operation, (3) carries out the summing operation, and (4) projects the resulting numerical sum into the box 40.

[0050]   When all the necessary entries have been made in the form 30, the latter can be fed through a printer 14 in order to make the projected marks permanent. [For this purpose it may be convenient, in the case where the main printer 14 is remote from the desk 2, to have an additional compact ink jet printer (not shown) on the desk surface 2, enabling the printing of the additional marks on the form and, if necessary, the signing of the form by a user, to be carried out immediately.] The processor 10, which stores the relative positions of all the projected characters and numbers with respect to the features of the form 30, causes the corresponding ink marks to be made in the appropriate locations (row/column/box) in the form during the printing operation.

[0051]   Figure 9 illustrates, by means of a flow chart of appropriate software running in the signal processing system 10 of Fig. 1, the steps involved in carrying out the procedure sequentially illustrated in Fig. 8.

[0052]   This technique is preferably extended by performing OCR on a selection from a source document 4 and then projecting the recognised numbers or characters in image to fill in a form or other pre-marked document. In general, text selections are discriminated from graphics selections and OCR performed, where necessary. Optionally, a user may select a location on a form 30 using one of the above-described techniques, and

then type characters into the projected image with a conventional keyboard (not shown) linked to the processor 10

[0053]   The above-mentioned paper buttons may also be used to extend this technique: various buttons displaying appropriate recognisable codes (as mentioned above) are used to perform commonly executed operations, such as currency conversions, averaging etc.

[0054]   This technique further includes recognising other tools and modifying the projected image appropriately. When a stylus is used as a marking tool, and moved across the surface (e.g. for handwriting), a mark is produced in the image. If the resulting marks meet some criterion, recognition is performed and the marks replaced by the appropriate characters or numbers. Also, an eraser is recognised similarly and, in addition to its physical erasure of marks, the projected image is modified appropriately

[0055]   If a paper form is recognised by the system, then it can assist the user with prompts as to how to fill it out, and it can perform calculations (e.g adding a column of numbers) that are specified on the form In general, the system can augment any recognisable paper form with features now available only with electronic forms.

Scaling and positioning document parts in projected image

[0056]   Another user interface technique made possible by the present invention is scaling or positioning parts of a document before copying. In this disclosure, the term "arrange" is used generally to include an operation that scales (re-sizes) a document part, an operation that positions a document part, or an operation that both scales and positions a document part. Position of a document part also includes orientation. The basic technique for arranging a document part is to perform arranging operations in the projected image. In other words, a user can provide signals through the camera requesting operations so that the document part appears at a different scale or different position in the projected image In effect, the user changes the projected image until it shows a desired final, output document with the indicated document part scaled and positioned as desired. The output document can then be printed.

[0057]   To perform scaling, the user can indicate a different spacing between the opposite corners of a document part bounded by a selection rectangle, such as by moving the fingertips together or apart. Scale of the selected part in the projected image can then be changed in proportion to the change in spacing.

[0058]   To perform selection and positioning, the user proceeds as in the embodiments of Figs 6 and 8, except as mentioned below.

[0059]   Figure 10 illustrates this technique: successive scenes, viewed from above the surface 2, show how the invention is employed by a user in producing a sketch.

APLNDC00021471

[0060]   Initially, the user sketches out a scene using an ordinary pencil and which includes a tree 46 (Fig.10 (a)) Next, the user, desiring to create a row of trees, selects the image of the tree 46 by sweeping out a selection block 24 in the same manner as described with reference to the Fig.6 embodiment (Fig 10(b)). The user then moves a copy of the selection block 24 as in the Fig.6 embodiment, except that two fingers (or finger and thumb) are used which, when the copied block 24 is in the desired position, are used to reduces the size of the block to the desired scale (Fig. 10(c)). The user taps on the desk surface 2 to "drop" the reduced tree 48 in position, and the projector displays the new tree 48 spaced apart from the original 46. This process is repeated three more times with the user's fingers progressively closer together, to produce a row of trees (46-54) in perspective along the lane 56 (Fig. 10(d))

[0061]   Next, the user begins to draw some slates 58 on the roof 60 of the house 62 (Fig 10(e)). In order to save time the user places a paper button 64 designated "FILL" with its arrow pointing at the roof 60. The code in the drop shadow 66 of the button 64 is captured by the camera 6 and the command is recognised by the processor 10; similarly, the slate pattern 58 is captured when the user taps on the button 64 The user then moves the button 64 to the empty region of the roof and taps on the button again; and the system executes the button command by replicating the slate pattern 58 to fill the area within the boundaries of the roof 60 (Fig. 10(f)). The resulting pattern is displayed by the projector 8.

[0062]   A further step is illustrated in Figs 10(g) and (h): the user decides to include a window 66 in the roof 60, so some of the slate pattern must be erased. An "eraser" 68 having on it a printed sticker 70 displaying a code, similar to that on the above-mentioned paper buttons (39, 64), by means of which the system recognises the implement as an eraser. As the user sweeps out an area with the "eraser" 68, the erasing motion is recognised by the system, and the displayed pattern 58 is modified so as to omit the slate pattern from that area Fig. 10(g)). The user then draws in the dormer window 66 by hand Fig 10(h)).

[0063]   The result of these operations is a merged physical and electronically projected sketch similar to the combined form described in the Fig. 8 embodiment Again, in order to make the projected marks (e.g trees 48-54 and the slate pattern 58) permanent, the sheet 30 containing the sketch would be passed through a printer connected to the processor 10. The processor, which stores the relative positions of all the projected images with respect to either the features of the sketch or the boundaries of the sheet 30, causes the corresponding ink marks to be made in the appropriate locations on the sheet 30 during the printing operation.

[0064]   Figure 11 illustrates, by means of a flow chart of appropriate software running in the signal processing system 10 of Fig. 1, the steps involved in carrying out the procedure sequentially illustrated in Fig. 10.

[0065]   Another possibility for rotating and positioning parts of a source document 4 in the projected image is to move a paper original, for example containing image elements to be included in the final sketch, into the desired position within the projected document 20, and to select the image element of interest (e.g. by tapping on the surface 2) to be "pasted down" in place. This natural interaction technique allows any printed or hand-drawn image to be used as a sort of rubber stamp and advantageously allows the user to try an image element in various positions without having to produce a new complete sketch each time.

Random copying of document parts

[0066]   The above basic techniques are especially powerful when considered together with the possibility of randomly copying from a set of input documents 4 to produce output documents. This user interface technique is based on obtaining information indicating the relationship between the input documents 4 and the output documents.

[0067]   One way to obtain this information is to operate on the documents in sequence. In other words, the output documents include parts from input documents 4 in sequence, so that the input documents can be copied in order into the output documents. This can be inconvenient, however, such as when one of the input documents 4 include different parts that are copied into several of the output documents.

[0068]   Another way to obtain this information without operating on the documents 4 in sequence is to use document recognition techniques This is similar to the previous way except that it is unnecessary to provide identifiers on the documents Instead, a document characteristic that can be detected at low resolution, such as line length pattern, can be used to obtain identifiers that are very likely to be unique for each document. Document classification techniques are described briefly in EP-A-495 622.

"Select and Paste" (or "Copy and Paste")

[0069]   Although selecting text or images from one document, and "pasting" the selection into a second document is now a standard feature when manipulating electronic documents, the same operation is awkward to perform with real paper, requiring a photocopier, scissors, and some glue or tape. The system of the present invention, however, makes it possible to select and paste paper documents 4 in the same way that we select and paste electronic documents. In this implementation, a sketch 80 on paper 4 can be electronically selected by sweeping out an area 24 of the paper (e.g. with a stylus 32) in a similar manner to that described above When the stylus 32 is raised, the system snaps a picture of the selection 80, and the projected rectangle 24 is replaced by a thesholded electronic copy of the area.

APLNDC00021472

This copy can then be moved about and copied to other parts 82 of the paper 4 as described in the aforementioned application. Sliding this electronically projected copy over the drawing to place it somewhere else is very similar to sliding a paper copy (see Fig. 12).

[0070]   In Fig. 12, the user has selected the sketch 80 of the window on the sheet 4, and has made two copies of it (82). Now he has moved and is about to "paste down" a copy 86 of the flower 84 that he drew.

[0071]   Figure 13 illustrates, by means of a flow chart of appropriate software running in the signal processing system 10 of Fig. 1, the steps involved in carrying out the procedure illustrated in Fig. 12.

[0072]   User testing revealed another way of using this tool which is also very powerful. Instead of constructing a mixed paper and projected drawing, it has been found that a user can construct a purely projected drawing from selected portions taken from any number of their paper sketches. The user can sketch a figure on paper, move it to the desired location in the projected drawing, then select it using the above-mentioned techniques so that it remains "pasted down" in that location even after moving the paper away The effect is like that of dry-transfer lettering or "rubber stamping", but in this case from any piece of paper onto a projected drawing. This interaction technique is quite different from the standard "copy and paste" found on most workstations and takes advantage of unique qualities of the present invention: using both hands for manipulating and pointing as well as the superimposition of paper and electronic objects.

Multi-user systems

[0073]   People often use documents when working together, and they often need simultaneously to see and modify these documents. Physical paper is normally constrained in that it cannot be written on, pointed to, or otherwise manipulated by two people simultaneously who are, for example, located on separate continents; but this constraint can also be addressed by the present invention.

[0074]   Shared editing of documents has been disclosed in, e.g. J.S. Olsen et al, "Concurrent editing: the group's interface" in D Daiper et al. (eds) *Human Computer Interaction - Interact '90*, pp 835-840, Elsevier, Amsterdam). Most of this work has concentrated on screen-based documents, but the multi-user implementation of the present invention makes it possible to share real *paper* documents. It allows users in (at least) two separate locations to "share" their physical desks, by enabling both users to see and to edit each other's paper documents 4.

[0075]   Referring to Fig. 14, in the case of a two-user system, the two processors 10 are connected by means of a conventional communications link. Each installation continuously grabs images 88 from its local desk 2 and projects thresholded images 90 from the remote desk 2'. The result is that both users see what is on both desks

When a paper document 4 is placed on a desk 2 of user A, it is projected onto desk 2' of user B and vice versa. The projections are digitally scaled and positioned to provide What You See Is What I See (WYSIWIS), and both users can draw (using a real pen 92, 92') on either paper documents 4 or on virtual documents. On both sides, the remote user B will see the new drawing projected in the corresponding place. Hand motions are also transmitted over the communications link and displayed, so if a user points to a certain place on a document 4 the other user can see this. (The partner's hands block the view of what is underneath them, just as with an ordinary desk, so this must be dealt with through social protocols and speech: not pictured in Fig 12 is an audio link through telephones or speakerphones which is preferably provided to facilitate this. Another useful and even more preferable addition is a face-to-face audio-visual link.)

[0076]   In Fig. 14, the local user A is drawing a "X" 88 on a paper sheet 4 in ink, while the remote user's (B) paper and hand can be seen having just finished drawing a "O" 90.

[0077]   Figure 15 illustrates, by means of a flow chart of appropriate software running in the signal processing system 10 of Fig 1, the steps involved in carrying out the procedure illustrated in Fig. 14.

Claims

1.   A document creation system, comprising:

a work surface (2);

means (8) for displaying images on the work surface, said images comprising at least one blank image (20) representing a document in electronic form to be created;

a camera (6), focussed on the work surface, for generating video signals representing in electronic form image information (4, 22) present within the field of view of the camera;

processing means (10) for recognizing one or more manual operations relating to the image information which are executed by a user (18) within the field of view of the camera, and for performing electronic operations, corresponding to said manual operations, on the electronic form of the document to be created to produce a modified electronic form representing a created document;

the displaying means (8) being adapted to display, under the control of the processing means (10), simultaneously with or subsequent to said electronic operations, images defined by said

APLNDC00021473

manual operations; and

wherein said images defined by said manual operations include an image of the created document.

2. The document creation system according to claim 1, wherein the modified electronic form includes an electronic version of the newly created document.

3. The document creation system according to claim 1 or 2, further including means for printing a document corresponding to at least part of said modified electronic form.

4. The document creation system according to one of the claims 1 to 3, wherein
the image information (4, 22) comprises image information present in at least a second document within the field of view of the camera (6), and
the one or more manual operations comprise one or more manual operation(s) representing the transfer of image information (22) from the second document to the document to be created.

5. A method of creating documents, comprising:

providing a work surface (2), means (8) for displaying images on the work surface, said images comprising at least one blank image (20) representing a document in electronic form to be created, and a camera (6) focussed on the work surface, said camera generating video signals representing in electronic form image information (4, 22) present within the field of view of the camera;

recognizing one or more manual operations relating to the image information which are executed by a user (18) within the field of view of the camera;

performing electronic operations, corresponding to said manual operations, on the electronic form of the document to be created to produce a modified electronic form representing a created document;

displaying, simultaneously with or subsequent to the act of performing electronic operations, images defined by said manual operations; and

wherein said images defined by said manual operations include an image of the created document.

6. The method according to claim 5, wherein the modified electronic form includes an electronic version

of a newly created document.

7. The method according to claim 5 or 6, further comprising:

supplying to a printing device said modified electronic form; and

printing out said created document.

8. The method according to one of the claims 5 to 7, wherein said manual operations include selecting a portion of text or image information in a document (4) located within the field of view of the camera.

9. A computer program comprising computer-executable instructions for performing all machine-executable steps of any of the method claims 5 to 8 when run on a suitable programmable apparatus for creating documents.

**Patentansprüche**

1. Dokumenterzeugungssystem, umfassend:

eine Arbeitsoberfläche (2);

eine Einrichtung (8) zum Anzeigen von Bildern auf der Arbeitsoberfläche, wobei die Bilder zumindest ein weißes Bild (20) umfassen, das ein Dokument in elektronischer Form, das erzeugt werden soll, repräsentiert;

eine Kamera (6), die auf die Arbeitsoberfläche fokussiert ist, zum Erzeugen von Videosignalen, die in elektronischer Form Bildinformation (4, 22) repräsentieren, die sich in dem Sichtfeld der Kamera befinden;

eine Verarbeitungseinrichtung (10) zum Erkennen von einer oder mehreren manuellen Operationen in Bezug auf die Bildinformation, die von einem Benutzer (18) innerhalb des Sichtfeld der Kamera ausgeführt werden, und zum Ausführen von elektronischen Operationen entsprechend den manuellen Operationen in der elektronischen Form des zu erzeugenden Dokuments, um eine modifizierte elektronische Form, die ein erzeugtes Dokument repräsentiert, herzustellen;

wobei die Anzeigeeinrichtung (8) angepasst ist, um unter der Steuerung durch die Verarbeitungseinrichtung (10) gleichzeitig mit oder nachfolgend zu den elektronischen Operationen Bilder, die durch diese manuellen Operationen festgelegt werden, anzuzeigen; und

APLNDC00021474

wobei die durch die manuellen Operationen festgelegten Bilder ein Bild des erzeugten Dokuments umfassen.

**2.** Dokumenterzeugungssystem nach Anspruch 1, wobei die modifizierte elektronische Form eine elektronische Version des soeben erzeugten Dokuments umfasst.

**3.** Dokumenterzeugungssystem nach Anspruch 1 oder 2, des Weiteren aufweist und eine Einrichtung zum Drucken eines Dokuments entsprechend zumindest einem Teil der modifizierten elektronischen Form.

**4.** Dokumenterzeugungssystem nach einem der Ansprüche 1 bis 3, wobei
die Bildinformation (4, 22) Bildinformation umfasst, die sich in zumindest einem zweiten Dokument innerhalb des Sichtfelds der Kamera (6) befindet, und die eine oder mehrere manuellen Operationen eine oder mehrere manuelle Operation (Operationen) umfassen, die den Transfer von Bildinformation (22) von dem zweiten Dokument zu dem zu erzeugenden Dokument repräsentieren.

**5.** Verfahren zum Erzeugen von Dokumenten, umfassend:

Bereitstellen einer Arbeitsoberfläche (2), einer Einrichtung (8) zum Anzeigen von Bildern auf der Arbeitsoberfläche, wobei die Bilder zumindest ein weißes Bild (20) umfassen, das ein Dokument in elektronischer Form, das zu erzeugen ist, repräsentiert, und eine Kamera (6), die auf die Arbeitsoberfläche fokussiert ist, wobei die Kamera Videosignale erzeugt, die in elektronischer Form Bildinformation (4, 22) repräsentieren, die sich innerhalb des Sichtfelds der Kamera befindet;

Erkennen einer oder mehrerer manueller Operationen in Bezug auf die Bildinformation, die von einem Benutzer (18) innerhalb des Sichtfelds der Kamera ausgeführt werden;

Ausführen von elektronischen Operationen, entsprechend den manuellen Operationen, in der elektronischen Form des zu erzeugenden Dokuments, um eine modifizierte elektronische Form herzustellen, die ein erzeugtes Dokument repräsentiert;

Anzeigen von Bildern, die durch die manuellen Operationen festgelegt werden, gleichzeitig mit oder nachfolgend dem Schritt des Ausführens der elektronischen Operationen; und

wobei die Bilder, die von diesen manuellen Operationen festgelegt werden, ein Bild des erzeugten Dokuments umfassen.

**6.** Verfahren nach Anspruch 5, wobei die modifizierte elektronische Form eine elektronische Version eines soeben erzeugten Dokuments umfasst.

**7.** Verfahren nach Anspruch 5 oder 6, des Weiteren aufweisend:

Zuführen der modifizierten elektronischen Form zu einer Druckeinrichtung; und

Ausdrucken des erzeugten Dokuments.

**8.** Verfahren nach einem der Ansprüche 5 bis 7, wobei die manuellen Operationen ein Auswählen eines Teils des Textes oder von Bildinformation in einem Dokument (4) umfassen, das sich innerhalb des Sichtfelds der Kamera befindet.

**9.** Computerprogramm mit computerausführbaren Instruktionen zum Ausführen aller maschinenausführbaren Schritte von irgendeinem der Verfahrensansprüche 5 bis 8, beim Ablauf auf einer geeigneten programmierbaren Vorrichtung zum Erzeugen von Dokumenten.

**Revendications**

**1.** Système de création de documents, comprenant :

une surface de travail (2),
un moyen (8) destiné à afficher des images sur la surface de travail, lesdites images comprenant au moins une image vierge (20) représentant un document sous forme électronique devant être créé,
une caméra (6) focalisée sur la surface de travail, destinée à générer des signaux vidéo représentant sous forme électronique des informations d'image (4, 22) présentes à l'intérieur du champ de vision de la caméra,
un moyen de traitement (10) destiné à reconnaître une ou plusieurs opérations manuelles se rapportant aux informations d'image qui sont exécutées par un utilisateur (18) à l'intérieur du champ de vision de la caméra, et destiné à exécuter des opérations électroniques, correspondant auxdites opérations manuelles, sur la forme électronique du document à créer afin de produire une forme électronique modifiée représentant un document créé,
le moyen d'affichage (8) étant conçu pour afficher, sous la commande du moyen de traitement (10), simultanément auxdites opérations

APLNDC00021475

21                           EP 0 622 722 B1                          22

électroniques ou après celles-ci, des images définies par lesdites opérations manuelles, et dans lequel lesdites images définies par lesdites opérations manuelles comprennent une image du document créé.

2.  Système de création de documents selon la revendication 1, dans lequel la forme électronique modifiée comprend une version électronique du document nouvellement créé.

3.  Système de création de documents selon la revendication 1 ou 2, comprenant en outre un moyen destiné à imprimer un document correspondant à au moins une partie de ladite forme électronique modifiée.

4.  Système de création de documents selon l'une des revendications 1 à 3, dans lequel

les informations d'image (4, 22) comprennent des informations d'image présentes dans au moins un second document à l'intérieur du champ de vision de la caméra (6), et

les unes ou plusieurs opérations manuelles comprennent une ou plusieurs opérations manuelles représentant le transfert des informations d'image (22) du second document vers le document à créer.

5.  Procédé de création de documents, comprenant les étapes consistant à :

fournir une surface de travail (2), un moyen (8) destiné à afficher des images sur la surface de travail, lesdites images comprenant au moins une image vierge (20) représentant un document sous forme électronique devant être créé, et une caméra (6) focalisée sur la surface de travail, ladite caméra générant des signaux vidéo représentant sous forme électronique des informations d'image (4, 22) présentes à l'intérieur du champ de vision de la caméra,

reconnaître une ou plusieurs opérations manuelles se rapportant aux informations d'image qui sont exécutées par un utilisateur (18) à l'intérieur du champ de vision de la caméra,

exécuter des opérations électroniques, correspondant auxdites opérations manuelles, sur la forme électronique du document à créer afin de produire une forme électronique modifiée représentant un document créé,

afficher, simultanément à l'action consistant à exécuter des opérations électroniques ou après celle-ci, des images définies par lesdites opérations manuelles, et

dans lequel lesdites images définies par lesdites opérations manuelles comprennent une image du document créé.

6.  Procédé selon la revendication 5, dans lequel la forme électronique modifiée comprend une version électronique d'un document nouvellement créé.

7.  Procédé selon la revendication 5 ou 6, comprenant en outre :

la fourniture de ladite forme électronique modifiée à un dispositif d'impression, et l'impression dudit document créé.

8.  Procédé selon l'une des revendications 5 à 7, dans lequel lesdites opérations manuelles comprennent la sélection d'une partie de texte ou d'informations d'image dans un document (4) situé à l'intérieur du champ de vision de la caméra.

9.  Programme informatique comprenant des instructions exécutables par un ordinateur destiné à exécuter toutes les étapes exécutables par une machine selon l'une quelconque des revendications de procédé 5 à 8, lorsqu'il est exécuté sur un dispositif programmable approprié en vue de créer des documents.

APLNDC00021476



Fig.1.

APLNDC00021477



Fig.2.

EP 0 622 722 B1

APLNDC00021478

EP 0 622 722 B1



Fig.3.



(x, y)          (x', y')

Fig.4.



Fig.5.

APLNDC00021479

EP 0 622 722 B1

## Fig.6a



## Fig.6b



APLNDC00021480

EP 0 622 722 B1

# Fig.6c



# Fig.6d



APLNDC00021481

EP 0 622 722 B1

# Fig.6e



# Fig.6f



APLNDC00021482

START
PROJECT BLANK DOCUMENT WITH DEFAULT FONT AND COLUMN WIDTH SETTINGS
A
CAPTURE (INDEX) FINGER POSITIONS MAPPED TO DISPLAY COORDS (SEE FIG. 7(b))
TWO FINGERS DETECTED?
N
Y
TIPS OF FINGERS COINCIDENT?
N
Y
STORE INITIAL FINGER TIP POSITIONS
CAPTURE (INDEX) FINGER TIP POSITIONS MAPPED TO DISPLAY COORDS (SEE FIG. (B))
DESK TAP SENSED?
N
PROJECT DISPLAY OF SELECTION RECTANGLE BETWEEN INITIAL AND CURRENT FINGER TIP POSITIONS
Y
FREEZE CURRENTLY DISPLAYED SELECTION RECTANGLE
CAPTURE AND STORE IMAGE WITHIN CURRENT SELECTION RECTANGLE
CLASSIFY AS TEXT OR IMAGE ACCORDING TO RELATIVE START AND END FINGER POSITIONS
B
START
CAPTURE DIFFERENCED IMAGE FRAME
DETERMINE INDEX-FINGER TIP POSITIONS
MAP FINGER TIP POSITIONS FROM FRAME GRABBER TO DISPLAY COORDINATES
END
CAPTURE (INDEX) FINGER POSITIONS MAPPED TO DISPLAY COORDINATES

Fig.7(b)

Fig.7(a)

EP 0 622 722 B1



Fig.7(c).

APLNDC00021484

EP 0 622 722 B1

## Fig.8a



## Fig.8b



APLNDC00021485

EP 0 622 722 B1

**Fig.8c**



**Fig.8d**



APLNDC00021486

EP 0 622 722 B1

## Fig.8e



APLNDC00021487



Fig.9(a).

APLNDC00021488

EP 0 622 722 B1



Fig.9(b)

APLNDC00021489



Fig.9(c).

APLNDC00021490

EP 0 622 722 B1

Fig.10a



Fig.10b



Fig.10c



APLNDC00021491

EP 0 622 722 B1

Fig.10d



Fig.10e



Fig.10f



APLNDC00021492

Fig.10g

Fig.10h



APLNDC00021493

EP 0 622 722 B1



Fig.11

APLNDC00021494

EP 0 622 722 B1

## Fig.12.



## Fig.14.



APLNDC00021495

EP 0 622 722 B1



Fig.13(a).

Fig.13(b).

APLNDC00021496

EP 0 622 722 B1



Fig.15

APLNDC00021497

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | | | | | **Complete if Known** | |
| --- | --- | --- | --- | --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 11/677,958 | |
| | | | | Filing Date | February 22, 2007 | |
| | | | | First Named Inventor | Wayne C. WESTERMAN | |
| | | | | Art Unit | 2629 | |
| | | | | Examiner Name | R. Hjerpe | |
| Sheet | 1 | of | 3 | Attorney Docket Number | 106842508604 | |

| **U.S. PATENT DOCUMENTS** | | | | | |
| --- | --- | --- | --- | --- | --- |
| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | 1. | US-2002/0140668-A1 | 10-03-2002 | Crawford | |
| | 2. | US-2004/0146688-A1 | 07-29-2004 | Treat | |
| | 3. | US-2007/0070050-A1 | 03-29-2007 | Westerman et al. | |
| | 4. | US-2007/0070051-A1 | 03-29-2007 | Westerman et al. | |
| | 5. | US-2007/0070052-A1 | 03-29-2007 | Westerman et al. | |
| | 6. | US-2007/0078919-A1 | 04-05-2007 | Westerman et al. | |
| | 7. | US-2007/0081726-A1 | 04-12-2007 | Westerman et al. | |
| | 8. | US-2007/0268273-A1 | 11-22-2007 | Westerman et al. | |
| | 9. | US-2007/0268274-A1 | 11-22-2007 | Westerman et al. | |
| | 10. | US-2007/0268275-A1 | 11-22-2007 | Westerman et al | |
| | 11. | US-2008/0041639-A1 | 02-21-2008 | Westerman et al. | |
| | 12. | US-2008/0042986-A1 | 02-21-2008 | Westerman et al. | |
| | 13. | US-2008/0042987-A1 | 02-21-2008 | Westerman et al. | |
| | 14. | US-2008/0042988-A1 | 02-21-2008 | Westerman et al. | |
| | 15. | US-2008/0042989-A1 | 02-21-2008 | Westerman et al. | |
| | 16. | US-2008/0128182-A1 | 06-05-2008 | Westerman et al. | |
| | 17. | US-2009/0021489-A1 | 01-22-2009 | Westerman et al | |
| | 18. | US-5,471,578-A | 11-28-1995 | Moran et al. | |
| | 19. | US-5,479,528-A | 12-26-1995 | Speeter | |
| | 20. | US-5,548,667-A | 08-20-1996 | Tu | |
| | 21. | US-5,589,856-A | 12-31-1996 | Stein et al. | |
| | 22. | US-5,594,469-A | 01-14-1997 | Freeman et al. | |
| | 23. | US-5,943,043-A | 08-24-1999 | Furuhata et al. | |
| | 24. | US-6,255,604-B1 | 07-03-2001 | Tokioka et al. | |

| **FOREIGN PATENT DOCUMENTS** | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
| | 25. | EP-0 622 722-A2, A3, B1 | 11-02-1994 | Xerox Corp. | | |
| | 26. | EP-0 817 000-A1, B1 | 01-07-1998 | IBM Corp. | | |
| | 27. | WO-99/38149-A1 | 07-29-1999 | Westerman et al. | | |

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

APLNDC00021498

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| | |
|---|---|
| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | **Complete if Known** |

| **Application Number** | 11/677,958 |
|---|---|
| **Filing Date** | February 22, 2007 |
| **First Named Inventor** | Wayne C. WESTERMAN |
| Art Unit | 2629 |
| Examiner Name | R. Hjerpe |
| Attorney Docket Number | 106842508604 |

| Sheet | 2 | of | 3 |
|---|---|---|---|

| | | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 28. | CHANG, C-C. et al. (August 1, 1993). "A Hashing-Oriented Nearest Neighbor Searching Scheme," *Pattern Recognition Letters*, 14(8):625-630. | |
| | 29. | CROWLEY, J.L. (March 1, 1997). "Vision for Man-Machine Interaction," *Robotics and Autonomous Systems*, 19(3-4):347-358. | |
| | 30. | DAVIS, J. et al. (May 2, 1994). "Recognizing Hand Gestures," *European Conference on Computer Vision*, Stockholm, SE, 1:331-340. | |
| | 31. | European Search Report mailed December 12, 2008, for EP Application No. 06016855.6 filed January 25, 1999, six pages. | |
| | 32. | European Search Report mailed December 23, 2008, for EP Application No. 06016831.7 filed January 25, 1999, seven pages. | |
| | 33. | European Search Report mailed January 9, 2009, for EP Application No. 06016832.5 filed January 25, 1999, four pages. | |
| | 34. | HEAP, T. et al. (October 14, 1996). "Towards 3D Hand Tracking Using a Deformable Model," *Proceedings of the 2nd International Conference*, Killington, VT, USA, October 14-16, 1996, *Automatic Face and Gesture Recognition, IEEE Comput. Soc.*, pp. 140-145. | |
| | 35. | International Search Report mailed December 28, 2005, for PCT Application No. PCT/US 05/03325, filed February 3, 2005, two pages. | |
| | 36. | NIREI, K. et al. (August 5, 1996). "Human Hand Tracking from Binocular Image Sequences," *Proceedings of the 1996 IEEE IECON 22nd International Conference*, Taipei, Taiwan, August 5-10, 1996, *Industrial Electronics, Control, and Instrumentation* 1(5):297-302. | |
| | 37. | Non-Final Office Action mailed September 21, 2007, for U.S. Patent Application No. 11/428,515, filed July 3, 2006, seven pages. | |
| | 38. | Non-Final Office Action mailed September 24, 2007, for U.S. Patent Application No. 11/428,506, filed July 3, 2006, six pages. | |
| | 39. | Non-Final Office Action mailed September 24, 2007, for U.S. Patent Application No. 11/428,521, filed July 3, 2006, six pages. | |
| | 40. | Non-Final Office Action mailed January 28, 2008, for U.S. Patent Application No. 11/428,522, filed July 3, 2006, seven pages. | |
| | 41. | Non-Final Office Action mailed February 4, 2008, for U.S. Patent Application No. 11/428,515, filed July 3, 2006, six pages. | |
| | 42. | Non-Final Office Action mailed July 9, 2008, for U.S. Patent Application No. 11/428,521, filed July 3, 2006, 11 pages. | |
| | 43. | Non-Final Office Action mailed September 2, 2008, for U.S. Patent Application No. 11/428,522, filed July 3, 2006, six pages. | |
| | 44. | Non-Final Office Action mailed September 15, 2008, for U.S. Patent Application No. 11/428,506, filed July 3, 2006, eight pages. | |
| | 45. | Non-Final Office Action mailed October 31, 2008, for U.S. Patent Application No. 11/428,515, filed July 3, 2006, seven pages. | |
| | 46. | Non-Final Office Action mailed February 17, 2009, for U.S. Patent Application No. 11/428,522, filed July 3, 2006, six pages. | |
| | 47. | Notice of Allowability mailed February 11, 2009, for U.S. Patent Application No. 11/428,521, filed July 3, 2006, five pages. | |
| | 48. | US Patent Application No. 11/332,861 filed on 1/13/2006 which is a Reissue of 6,677,932. | |

APLNDC00021499

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 11/677,958 |
| | | | | Filing Date | February 22, 2007 |
| | | | | First Named Inventor | Wayne C. WESTERMAN |
| | | | | Art Unit | 2629 |
| | | | | Examiner Name | R. Hjerpe |
| Sheet | 3 | of | 3 | Attorney Docket Number | 106842508604 |

| | 49. | WESTERMAN, W. (January 1, 1999). "Hand Tracking, Finger Identification, and Chordic Manipulation on a Multi-Touch Surface," Dissertation, University of Delaware, pp. 1-333. | |
|---|---|---|---|

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

la-1020213

APLNDC00021500

## INTERNATIONAL SEARCH REPORT

| International application No. |
|---|
| PCT/US05/03325 |

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC(7)    : B60P 7/02; E04H 15/06 |
| US CL    : 296/100.11; 135/88.09 |
| According to International Patent Classification (IPC) or to both national classification and IPC |

| B. FIELDS SEARCHED |
|---|
| Minimum documentation searched (classification system followed by classification symbols) |
|    U.S.: 296/100.11, 100.14, 100.17, 100.18, 98; 135/88.09, 88.01, 88.05, 88.07, 88.13, 88.14, 87 |
| |
| Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched |
| |
| Electronic data base consulted during the international search (name of data base and, where practicable, search terms used) |

| C. DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| Y | US 6,547,312 (Winkler) 15 April 2003 (15.04.2003), entire document. | 1-16,18-47,49-63,65-70 |
| Y | US 6,216,714 (Tucker) 17 April 2001 (17.04.2001), entire document. | 1-16,18-47, 49-63,65-70 |
| A | US 4,402,544 (Artim et al.) 06 September 1983 (06.09.1983). | 1-70 |

| ☐ Further documents are listed in the continuation of Box C. | ☐ See patent family annex. |
|---|---|

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "E" | earlier application or patent published on or after the international filing date | | |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 16 October 2005 (16.10.2005) | 28 DEC 2005 |
| Name and mailing address of the ISA/US | Authorized officer |
|    Mail Stop PCT, Attn: ISA/US | Patricia L. Engle |
|    Commissioner for Patents | |
|    P.O. Box 1450 | |
|    Alexandria, Virginia 22313-1450 | |
| Facsimile No. (703) 305-3230 | Telephone No. (703) 308-1113 |

Form PCT/ISA/210 (second sheet) (April 2005)

## INTERNATIONAL SEARCH REPORT

| International application No. |
|---|
| PCT/US05/03325 |

| **Box No. II**     **Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)** |
|---|

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☐ Claims Nos.:
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| **Box No. III**     **Observations where unity of invention is lacking (Continuation of item 3 of first sheet)** |
|---|

This International Searching Authority found multiple inventions in this international application, as follows:
Please See Continuation Sheet

1. ☒ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of any additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant.  Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**     ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☒ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210  (continuation of first sheet(2)) (April 2005)

APLNDC00021502

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/677,958 |
| | Filing Date | February 22, 2007 |
| | First Named Inventor | Wayne Carl WESTERMAN |
| | Art Unit | 2629 |
| | Examiner Name | Bipin H. Shalwala |
| Sheet    1    of    2 | Attorney Docket Number | 106842508604 **Client Ref. No. P3950USC13** |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-2009/0160816-A1 | 06-25-2009 | Westerman et al. | |
| | 2. | US-5,270,711-A | 12-14-1993 | Knapp et al. | |
| | 3. | US-5,856,824-A | 01-05-1999 | Shieh | |
| | 4. | US-5,877,748-A | 03-02-1999 | Redlich | |
| | 5. | US-5,917,476-A | 06-29-1999 | Czerniecki | |
| | 6. | US-5,982,302-A | 11-09-1999 | Ure | |
| | 7. | US-6,097,371-A | 08-01-2000 | Siddiqui et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 8. | JP-02-056017-A | 02-26-1990 | Nippon Telegraph and Telephone Corp. | Translation of Abstract Only | |
| | 9. | JP-02-304613-A | 12-18-1990 | Philips NV | Translation of Abstract Only | |
| | 10. | JP-04-233619-A | 08-21-1992 | Philips NV | Translation of Abstract Only | |
| | 11. | JP-07-129312-A | 05-19-1995 | Oki Electric Ind.Co. Ltd. | Translation of Abstract Only | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 12. | Final Office Action mailed March 19, 2009, for U.S. Patent Application No. 11/428,506, filed July 3, 2006, seven pages. | |
| | 13. | Non-Final Office Action mailed March 18, 2009, for U.S. Patent Application No. 11/428,515, filed July 3, 2006, 12 pages. | |
| | 14. | Non-Final Office Action mailed April 2, 2009, for U.S. Patent Application No. 11/428,501, filed July 3, 2006, 11 pages. | |
| | 15. | Non-Final Office Action mailed April 2, 2009, for U.S. Patent Application No. 11/428,503, filed July 3, 2006, 12 pages. | |

la-1036502

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | 11/677,958 |
| | | Filing Date | February 22, 2007 |
| | | First Named Inventor | Wayne Carl WESTERMAN |
| | | Art Unit | 2629 |
| | | Examiner Name | Bipin H. Shalwala |
| Sheet | 2 of 2 | Attorney Docket Number | 106842508604 **Client Ref. No. P3950USC13** |

| | | | |
|---|---|---|---|
| | 16. | Notice of Allowability mailed July 10, 2009, for U.S. Patent Application No. 11/428,521, filed July 3, 2006, four pages. | |
| | 17. | RUBINE, D. (May 1992). "Combining Gestures and Direct Manipulation," CHI '92, pp. 659-660. | |
| | 18. | U.S. Patent Application No. 12/342,027, filed on December 22, 2008, by Westerman et al. (copy not attached.) | |
| | 19. | U.S. Patent Application No. 12/422,197, filed on April 10, 2009, by Westerman et al. (copy not attached.) | |
| | 20. | U.S. Patent Application No. 12/422,205, filed on April 10, 2009, by Westerman et al. (copy not attached.) | |
| | 21. | U.S. Patent Application No. 12/422,212, filed on April 10, 2009, by Westerman et al. (copy not attached.) | |
| | 22. | U.S. Patent Application No. 12/422,222, filed on April 10, 2009, by Westerman et al. (copy not attached.) | |
| | 23. | U.S. Patent Application No. 12/422,225, filed on April 10, 2009, by Westerman et al. (copy not attached.) | |
| | 24. | U.S. Patent Application No. 12/434,439, filed on May 1, 2009, by Westerman et al. (copy not attached.) | |
| | 25. | U.S. Patent Application No. 12/479,573, filed on June 5, 2009, by Westerman et al. (copy not attached.) | |
| | 26. | U.S. Patent Application No. 12/479,617, filed on June 5, 2009, by Westerman et al. (copy not attached.) | |
| | 27. | U.S. Patent Application No. 12/479,678, filed on June 5, 2009, by Westerman et al. (copy not attached.) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

APLNDC00021504

# TOUCH POSITION DETECTING DEVICE

| | | |
|---|---|---|
| **Patent number:** | JP2056017 (A) | **Also published as:** |
| **Publication date:** | 1990-02-26 |  JP2685073 (B2) |
| **Inventor(s):** | TAKEUCHI KOICHI | |
| **Applicant(s):** | NIPPON TELEGRAPH & TELEPHONE | |
| **Classification:** | | |
| - international: | *G06F3/041; G06F3/03; G06F3/033; G06F3/044; G06F3/048;* G06F3/041; G06F3/03; G06F3/033; G06F3/048; (IPC1-7): G06F3/033 | |
| - european: | | |
| **Application number:** | JP19880206443 19880822 | |
| **Priority number(s):** | JP19880206443 19880822 | |

Abstract of **JP 2056017  (A)**

PURPOSE:To eliminate the anxiety caused by uncertainty by using an induced voltage variation characteristic to a conductive sheet cell and feeding back a position instructed by an operator and its instructed definite time point. CONSTITUTION:The touch position detecting device has a display information memory 1 for storing an operation menu being information for a touch operation, for instance, the name of a person, etc., a display device 2 and a conductive sheet 3 provided in the vicinity of the device, and also, provided with a scanning circuit 4, an amplifier group 5, a coordinate output circuit 6, a contact signal output circuit 7, an index generating circuit 8, a gate circuit 9, and a sign generator 10. In this state, as an operator brings a finger close to a conductive cell 31i, the degree of ascent of its potential becomes large.; This state is read out as occasion calls by the scanning circuit 4, and its coordinate position is superposed on an output from the memory 1 by the index generating circuit 8 and fed back, and displayed on the display device 2. Accordingly, the operator can confirm the position of a part to be brought into contact with before being brought into contact with the conductive cell 31i.



Data supplied from the *esp@cenet* database — Worldwide

⑲ 日 本 国 特 許 庁 （ＪＰ）　　　　⑪ 特 許 出 願 公 開

⑫ 公 開 特 許 公 報 （Ａ）　　平2−56017

| ㊿Int.Cl.⁵ | 識別記号 | 庁内整理番号 | ㊸公開　平成2年(1990)2月26日 |
|---|---|---|---|
| G 06 F　3/033 | 360　D<br>P | 7010−5B<br>7010−5B | |

審査請求　未請求　請求項の数　1　（全4頁）

㊹発明の名称　　タッチ位置検出装置

　　　　　　　　㉑特　　願　　昭63−206443
　　　　　　　　㉒出　　願　　昭63(1988)8月22日

㉒発 明 者　　竹　内　　孝　一　　東京都千代田区内幸町1丁目1番6号　日本電信電話株式
　　　　　　　　　　　　　　　　　　会社内

㉠出 願 人　　日本電信電話株式会社　　東京都千代田区内幸町1丁目1番6号

㉔代 理 人　　弁理士　星野　恒司

明　　　細　　　書

1．　発明の名称　　タッチ位置検出装置
2．　特許請求の範囲

　タッチ操作のための情報の表示面に付着または
接近して設けたセグメント状に配置された光透過
性の導電シートセルの集合からなる導電シートを
有し、該導電シートに操作者により導電物体が接
近したとき各導電シートセルに誘起された誘起電
位強度を検出し、該検出電位強度が周囲より大な
る導電シートセル位置を随時判別し、その判別位
置に相当する上記情報表示面上における位置を随
時表示し、前記判別位置にある導電シートセルの
電位強度変化を随時監視し、かつ該電位強度が急
激に増大した時点をもって接触信号を出力し、該
出力にともない操作者に対し音響または可視光線により接触時点の通報を行い、同時に上記情報表示面
の位置座標を出力するよう構成したことを特徴と
するタッチ位置検出装置。

3．　発明の詳細な説明

（産業上の利用分野）

　本発明は、情報（操作メニュー）表示面をタッ
チするとき、操作者が指示した位置および指示確
定時点をフィードバックするタッチ位置検出装置
に関する。

（従来の技術）

　操作者の意志を直接的に入力する手段として、
操作キーを用い情報表示面に該操作キーを直接触
れ、その接触位置を検出する、いわゆるタッチセ
ンサが一般的なことが良く知られている。

　これまで、実用に供されている代表的なタッチ
センサとしては、

　(a)　2枚の導電シートが直接接触しないように
　　重ね合せ、外力の加わった部分だけが導通す
　　るようにし、その導通した座標位置を検出す
　　る電気抵抗変化検出型のタッチセンサ。

　(b)　情報表示面に近い空間に光線のビームを張
　　り、物体がこの情報表示面に触れようとする
　　ところを、該ビームを遮ることで検出するビ
　　ーム遮断型タッチセンサ。

APLNDC00021506

がある。しかしながら、これらには次の欠点があった。

上記(a)については、操作者が導電シートに接触してしまう以前には、その位置座標を操作者にフィードバックできないため、指示位置の正確さを操作前に確認できないことによる不安が大きい。

また、上記(b)については操作者はセンサに触れることはないが、操作者が指示した位置座標を確定する時点が、フィードバックされないため、入力時点の不確定性による不安が大きい。

（発明の目的）

本発明は、上述した操作者の不安を取り除くべく、操作者が指示した位置およびその指示確定時点をフィードバックすることを目的とする。

（発明の構成）

（発明の特徴と従来技術との差異）

本発明は、情報表示面に付着または接近して設けたセグメント状に配置された導電シートセルへの誘起電圧変化特性を用い、操作者が指示した位置およびその指示確定時点をフィードバックする

ことを最も主要な特徴とする。

従来技術では、操作者の指示位置の正確さを操作前に確認できないのに対し、本発明はこれを可能とした点が異なる。

（実施例）

第1図は本発明の一実施例装置の全体構成ブロック図を示す。図において、1はタッチ操作のための情報である操作メニュー、例えば人名、場所名等を蓄積する表示情報メモリ、2はＣＲＴや液晶等の情報表示手段としてのディスプレイ装置、3は上記ディスプレイ装置2の情報表示面に付着または接近して設けた導電シートである。この導電シートは光透過性のある導電シートセルの集合であり、第2図にその拡大詳細例図を示す。

第2図において、ディスプレイ装置2の表示面に接近して導電セル31i（i＝1,2,3…N個）31j（j＝1,2,3…N個）等が、表示面のほぼ全体を覆う形で固例のようにセグメント状に配置され、夫々に誘起電位読み出し機能を収容した読み出し部分33i, 33j等を有し、これが各導電セルに接して

設けたことにより読み出された電位情報のＳ／Ｎ向上に寄与する。

また、各導電セル31i, 31j等は電気的に絶縁物32で絶縁され、指定位置の電位識別が明確になるように構成されている。

第1図にもどり、4は各導電セル31i, 31j等に誘起する誘起電位を随時読み出す走査を行なう走査回路であり、本実施例では第3図にも示すようにＸ方向の走査線41a, 41b…とＹ方向の走査線42a, 42b…の交点に増幅器群50i, 50j…にのみ電源を供給することによって、該増幅器を動作させ、その位置に接続されている導電セル31i, 31j等の電位を読み出し線43に読み出す。5は上述した増幅器群50i, 50j…の増幅器群であって、各導電セル31i, 31j等に誘起する誘起電位を増幅するとともに、出力を低インピーダンス化し、次段の座標検出回路6に至る読み出し線43の引き回しを容易とする。これらは、入力インピーダンスの高い（数100kΩ以上）、即ち入力端子を開放状態に近くした低周波電圧増幅器等によって構成することが

できる。

また、上述した座標出力回路6は、走査回路4および読み出し線43の入力によって最も誘起電位の高い導電セル31i, 31j等の座標を出力する。7は上記最も誘起電位の高い導電セルの誘起電位変化を定期的に監視し、単位時間内にあるしきい値以上の電位上昇が検出されたときに接触信号を出力する接触信号出力回路であって、その模様を第4図に例示する。即ち導電物体（人体などの指）によるアンテナ効果により、導電セル31i, 31j…の読み出し部分331,33j…に誘起電位（主に電源周波数を基本周波数とする雑音電位）が発生し、導電物体が接近につれて結合度の上昇にともない誘起電位が上昇し、接触した時点で急激な電位上昇をもたらし接触信号出力回路7のしきい値（破線ライン）を越えたとき接触信号が出力される。

8は座標出力回路6の出力をディスプレイ装置2上に視覚的にフィードバックする指標作成回路であり、前記表示情報メモリ1からの出力に重畳されて表示される。9は接触信号出力回路7の出

APLNDC00021507

特開平2-56017（**3**）

力があったとき座標出力回路6のx，y座標を外部に出力するゲート回路、10は接触信号出力回路7の出力があったとき、その時点を操作者に通知するための合図発生器である。

また、この合図発生器の代りに、接触信号出力回路7の出力を指標作成回路8の出力と明確に区別できる接触時点を表す指標の画像信号を作成し、指標作成回路8の場合と同様に、表示情報メモリ1からの出力に重畳してディスプレイ装置2上に表示するように構成してもよい。

次に本実施例の動作について説明する。まず、図示せざる操作者が指を例えば導電セル31iに近づけるに従い第4図でのべたように導電セル31iの電位は周囲の導電セルより上昇する度合が大きくなる。この状態は走査回路4によって誘起電位を随時読み出しており、座標出力回路6によって周囲より最も高い導電セルの座標x，yを出力する。その座標位置は指標作成回路8によって操作者に実時間で表示情報メモリ1からの出力に重畳されてフィードバックされ、ディスプレイ装置2

上の導電セル31iに相当する部分に指標が表示される。したがって、操作者は接触しようとする部分の位置を導電セル31iに接触しない前に確認することができる。

そして、操作者が指を導電セル31iに接触すると、その時点で電位が第4図に例示するように急上昇し、接触信号検出回路7によってその時点が検出（しきい値を越える）され、合図発生器10によってその時点が通知される。そして、ディスプレイ装置2上に接触時点を表す指標が指標作成回路8から出力され表示されるとともに、ゲート回路9によってその時点のx，y座標が出力される。

このようにして、操作者は自己の操作状況を確認しつつ、タッチ操作を行うとともに、操作が確定した時点も明確に認識できる。

（発明の効果）

以上説明したように本発明は、指示位置および指示確定時点の両情報のフィードバックを、セグメント状に配置された導電シートセルへの誘起電圧特性に着目して実現したものである。したがっ

て、指示された位置が操作者の意図した位置からずれていた場合にも、そのことが操作確定前に認識できるので、位置の修正が容易である。

そして、指示された位置を必ず操作者にフィードバックした状態を経てから、操作確定に至るため、操作者は安心して操作ができる。

また、装置の構成において、上記両情報をフィードバックするために、夫々個別の検出部分を設ける必要がなく構成が簡単で低コスト化がはかられる。

4．図面の簡単な説明

第1図は本発明の一実施例装置の全体構成ブロック図、第2図は第1図の導電シート3の拡大詳細例図、第3図は第1図の走査回路4の構成例図、第4図は導電セルの誘起電圧変化特性の一例を示す図である。

　1 … 表示情報メモリ、　2 … ディスプレイ装置、　3 … 導電シート、　311，31j … 導電シート3の導電セル、　32 … 絶縁物、　331，33j … 読み出し部分、

4 … 走査回路、　41a，41b … x方向走査線、　42a，42b … y方向走査線、　43 … 読み出し線、　5 … 増幅器群、　50i，50j … 増幅器、　6 … 座標出力回路、　7 … 接触信号出力回路、　8 … 指標作成回路、　9 … ゲート回路、　10 … 合図発生器。

　　特許出願人　日本電信電話株式会社

　　代理人　星野　恒 

APLNDC00021508

特開平2-56017（4）



第 1 図

第 2 図



第 3 図

第 4 図

APLNDC00021509

# TOUCH SENSOR ARRAY SYSTEM

| | | | | |
|---|---|---|---|---|
| **Patent number:** | JP2304613 (A) | | **Also published as:** | |
| **Publication date:** | 1990-12-18 | | | JP2887404 (B2) |
| **Inventor(s):** | ARAN JIYOOJI NATSUPU | | | EP0397244 (A2) |
| **Applicant(s):** | PHILIPS NV | | | EP0397244 (A3) |
| **Classification:** | | | | EP0397244 (B1) |
| - international: | *G06F3/044; G01B7/28; G06F3/033; G06F3/048;* G06F3/041; | | | US5270711 (A) |
| | G01B7/28; G06F3/033; G06F3/048; (IPC1-7): G06F3/03 | | | |
| - european: | G06F3/044; G06F3/048A3 | | | more >> |
| **Application number:** | JP19900116988 19900508 | | | |
| **Priority number(s):** | GB19890010522 19890508 | | | |

Abstract of **JP 2304613 (A)**

PURPOSE: To provide a high-resolution touch sensor array system capable of detection after touch by providing sensor elements whose electric characteristics are changed in response to touch and actively accessing these elements to load their characteristics to a storage device.

CONSTITUTION: An active matrix address sensor panel 10 having an x-y array consisting of (r) rows of horizontal sensor elements 12 (1 to c) is provided and is addressed through row and column address conductors 18 and 20. Each element 12 consists of a capacitor 14 and a switch element 16 and is driven through a touch electrode pad 26 by a row driving circuit 22.; When the panel is touched with a stylus 50 in this constitution, the element 16 is turned on to change the impedance of the element 12, and a current different from that for non-touch flows, and the capacitor 14 is discharge to keep this change till the next touch. Thus, it is detected after the touch operation. Since elements 12 are actively addressed, many sensor elements can be used to increase the element density, namely, the resolution.



Data supplied from the *esp@cenet* database — Worldwide

⑲ 日 本 国 特 許 庁（ＪＰ）　　⑪ 特 許 出 願 公 開

⑫ 公 開 特 許 公 報（Ａ）　　平2-304613

㉑Int.Cl.⁵　　　識別記号　　庁内整理番号　　㊸公開　平成2年(1990)12月18日
G 06 F　3/03　　335 E　　7629-5B

審査請求　未請求　請求項の数 19　（全12頁）

�554発明の名称　タッチセンサアレイシステム

㉑特　願　平2-116988

㉒出　願　平2(1990)5月8日

優先権主張　㉜1989年5月8日㉝イギリス（ＧＢ）㉛8910522.5

⑫発 明 者　アラン ジョージ ナ　　イギリス国サセックス　アールエイチ 10 3 テイーエ
　　　　　　ップ　　　　　　　　　　ヌ クロウレイ バウンド ヒル トリニテイー クロー
　　　　　　　　　　　　　　　　　　ズ 7

⑦出 願 人　エヌベー・フイリツプ　　オランダ国5621 ベーアー アインドーフエン フルーネ
　　　　　　ス フルーイランペン　　　バウツウエツハ 1
　　　　　　フアブリケン

⑭代 理 人　弁理士 杉村 暁秀 外5名

明　細　書

1.発明の名称　タッチセンサアレイシステム

2.特許請求の範囲

1. センサ素子のアレイを有するタッチセンサアレイシステムにおいて、各センサ素子がスイッチ装置を有し、このセンサ素子をこのスイッチ装置の動作を制御する駆動回路により能動的にアドレスしてこのセンサ素子の蓄積装置に電気特性をロードしうるようにし、センサ素子は電気特性が位置選定手段によりこのセンサ素子にタッチするのに応答して変化するようになっており、タッチセンサアレイシステムは更にセンサ素子の前記の電気特性を監視するモニタ手段を有していることを特徴とするタッチセンサアレイシステム。

2. 請求項1に記載のタッチセンサアレイシステムにおいて、各センサ素子は能動的にアドレスされ且つ周期的に監視され、前記のモニタ手段はそのアドレス処理に続いてセンサ素子の電気特性の変化に応答するようになって

いることを特徴とするタッチセンサアレイシステム。

3. 請求項2に記載のタッチセンサアレイシステムにおいて、前記のモニタ手段はセンサ素子のアドレス処理と同時にセンサ素子の電気特性を監視するように配置されていることを特徴とするタッチセンサアレイシステム。

4. 請求項3に記載のタッチセンサアレイシステムにおいて、前記のモニタ手段はセンサ素子のアドレス処理中にこれらセンサ素子に供給される電気信号を検出し、これら電気信号の予め定めた特性に応答して信号出力を生じるようになっていることを特徴とするタッチセンサアレイシステム。

5. 請求項2～4のいずれか一項に記載のタッチセンサアレイシステムにおいて、各センサ素子のスイッチ装置はトランジスタを有していることを特徴とするタッチセンサアレイシステム。

6. 請求項2～4のいずれか一項に記載のタッ

APLNDC00021511

チセンサアレイシステムにおいて、各センサ素子のスイッチ装置は2端子非直線装置を有していることを特徴とするタッチセンサアレイシステム。

7. 請求項2〜6のいずれか一項に記載のタッチセンサアレイシステムにおいて、各センサ素子は前記の電気特性を有する電荷が蓄積される電荷蓄積装置を有しており、この電荷蓄積装置に蓄積された電荷はセンサ素子にタッチされた際に消散されるようになっていることを特徴とするタッチセンサアレイシステム。

8. 請求項7に記載のタッチセンサアレイシステムにおいて、前記のモニタ手段はアドレス処理中の電荷蓄積装置の充電特性を監視し、これにより検知された充電特性に応答して出力信号を生じるようになっていることを特徴とするタッチセンサアレイシステム。

9. 請求項7又は8に記載のタッチセンサアレイシステムにおいて、センサ素子の電荷蓄積装置はそれぞれ共通基板上に設けた誘電体に

よって分離された電極の対を有していることを特徴とするタッチセンサアレイシステム。

10. 請求項9に記載のタッチセンサアレイシステムにおいて、各センサ素子は電荷蓄積装置の一方の電極を有する或いはこの電極に接続された接点パッドを具えており、この接点パッドを位置選定手段によりタッチしてこのタッチ時にこの位置選定手段を介して電荷蓄積装置における電荷が消散するようになっていることを特徴とするタッチセンサアレイシステム。

11. 請求項10に記載のタッチセンサアレイシステムにおいて、各センサ素子は、予め定めた電位の点に接続され且つ前記の接点パッドから分離された他の接点を有し、これらの接点パッド及び他の接点は前記の位置選定手段によりタッチされた際に互いに橋絡されて電気的に相互接続されるようになっていることを特徴とするタッチセンサアレイシステム。

12. 請求項9に記載のタッチセンサアレイシス

テムにおいて、予め定めた電位の点に接続された可撓性で導電性の部材が電荷蓄積装置の一方の電極の上方にこれから分離されて配置され、この部材は位置選定手段によりタッチされた際に変形して前記の一方の電極に接触し、電荷蓄積装置中の電荷を消散せしめるようになっていることを特徴とするタッチセンサアレイシステム。

13. 請求項9〜12のいずれか一項に記載のタッチセンサアレイシステムにおいて、センサ素子は行及び列のアレイに配置され、各センサ素子に対し、センサ素子をアドレスする為に選択信号が駆動回路により供給される一組のアドレス導体のうちの関連の1つのアドレス導体とモニタ手段に接続された一組の検知導体のうちの関連の1つの検知導体との間にスイッチ装置が接続され、センサ素子の各行及び各列が共通アドレス導体及び共通検知導体にそれぞれ接続されていることを特徴とするタッチセンサアレイシステム。

14. 請求項13に記載のタッチセンサアレイシステムにおいて、センサ素子は駆動回路により一時に1行だけアドレスされるようになっていることを特徴とするタッチセンサアレイシステム。

15. 請求項13又は14に記載のタッチセンサアレイシステムにおいて、各センサ素子のスイッチ装置がトランジスタを有し、このトランジスタの制御端子はアドレス導体に接続され、このトランジスタの電流通過端子は電荷蓄積装置の一方の電極及び検知導体にそれぞれ接続され、電荷蓄積装置の他方の電極は予め定めた電位の電位源に接続されていることを特徴とするタッチセンサアレイシステム。

16. 請求項15に記載のタッチセンサアレイシステムにおいて、各行におけるセンサ素子の電荷蓄積装置の他方の電極は予め定めた電位が印加される他の共通導体に接続されていることを特徴とするタッチセンサアレイシステム。

17. 請求項15に記載のタッチセンサアレイシス

APLNDC00021512

テムにおいて、各行におけるセンサ素子の電荷蓄積装置の他方の電極が異なる行のセンサ素子と関連するアドレス導体に接続されていることを特徴とするタッチセンサアレイシステム。

18. 請求項13又は14に記載のタッチセンサアレイシステムにおいて、センサ素子のスイッチ装置は2端子非直線装置を有し、各センサ素子に対しスイッチ装置はそれぞれの対のアドレス導体及び検知導体間で電荷蓄積装置と直列に接続されていることを特徴とするタッチセンサアレイシステム。

19. 表示装置と請求項1〜18のいずれか一項に記載のタッチセンサアレイシステムとを具え、センサ素子のアレイが表示装置の表示出力部の上方に配置されていることを特徴とする表示システム。

3. 発明の詳細な説明
（産業上の利用分野）
　本発明は、例えば指或いはスタイラスが所定の二次元領域にタッチすることにより選択されたいずれかの位置を表わす信号を取出すタッチセンサアレイシステムに関するものである。

　このようなシステムはLC（液晶）或いはその他の表示装置の表示スクリーンに対するオーバレイとして用いて、センサアレイにおけるタッチ位置に応じて例えば表示システム或いはその他のシステムへの選択入力を生ぜしめるようにすることができる。他の例では、タッチセンサアレイシステムをコンピュータシステムに接続された独立型グラフィックタブレットとして用いてユーザがセンサアレイ上に描いた図形に基づいた情報を入力するようにしうる。

（従来の技術）
　タッチセンサアレイシステムとしては種々のものが知られている。

　ある既知の構成のタッチセンサアレイシステム

は検知領域の周りに配置したライトセンサ及びライトエミッタ（光放出器）を用いている。ライトエミッタが生ぜしめるX−Y格子状の光ビームがライトセンサに向けられている。これらの光ビームが例えば人間の指により遮断されると、これにより影響を受けたライトセンサの出力の変化を検知することにより遮断位置が決定される。

　他の既知の構成のタッチセンサアレイシステムでは、導電性細条（導体）の2つの組が検知領域の上方で互いに直角に延在している。これら2つの組の導電性細条は通常は離間しているが、いずれかの点で人間の指により圧力を加えることにより一方の組の導電性細条を他方の組の導電性細条に接触せしめ、これにより接触している2つの導電性細条が前記の位置を表わすようになっている。

　更に他の既知のタッチセンサアレイシステムでは、容量効果を用いている。一例では、互いに離間した導電性細条或いはパッドの対が設けられ、これらが指の圧力に応答して互いに物理的に変位してこれらの間の容量を変えうるようになってい

るか或いはユーザの指の接近に応答して互いに容量的に結合されうるようになっている。

（発明が解決しようとする課題）
　上述した種類の既知のタッチセンサアレイシステムでは代表的に解像度が制限されてしまう。更に、これらの既知の構成のタッチセンサアレイシステムの動作は簡単な走査駆動機構によって行われており、このことは、タッチ位置を検知する場合に実際のタッチを関連のセンサ素子の走査と同時に行う必要があるということを意味する。

　本発明の目的は、高解像度にしうるタッチセンサアレイシステムを提供せんとするにある。

　本発明の他の目的は、タッチの検知をその事象の後に行いうるタッチセンサアレイシステムを提供せんとするにある。

（課題を解決するための手段）
　本発明は、センサ素子のアレイを有するタッチセンサアレイシステムにおいて、各センサ素子がスイッチ装置の動作を制御する駆動回路により能動的

−67−

APLNDC00021513

にアドレスしてこのセンサ素子の蓄積装置に電気特性をロードしうるようにし、センサ素子は電気特性が位置選定手段によりこのセンサ素子にタッチするのに応答して変化するようになっており、タッチセンサアレイシステムは更にセンサ素子の前記の電気特性を監視するモニタ手段を有していることを特徴とする。

センサ素子が能動的にアドレスされるものとすると、各センサ素子がアドレスされてスイッチ装置がターン・オンされると、このセンサ素子にロード期間中電気特性をロードでき、その後アドレス処理に続いてスイッチ装置がターン・オフされてセンサ素子が分離されると物体、例えばユーザの指によるタッチが行われるまで前記の電気特性が保持され、このタッチ時にこの電気特性が変化する。これよりもある時間遅れた時点でセンサ素子の状態を検査して電気特性が変化したか否かを、従ってセンサ素子がタッチされたか否かを決定し、これに応じて出力を生ぜしめうる。従って、事実上、タッチセンサアレイシステムは個々の状態が

タッチにより変わるメモリ素子のアレイとして作用する。メモリ素子のアレイを読取る場合、タッチされたということを表わす状態のメモリ素子及びこれらの位置が確かめられる。

センサ素子を能動的にアドレスすることにより多数のセンサ素子を用いるようになり、従って、簡単な多重技術で生じるおそれのある種類の問題を生じることなく素子密度すなわち解像度を高くすることができる。

各センサ素子は能動的にアドレスされ且つ周期的に、特に規則的な時間間隔で監視されるように配置し、単に一時の事実ではなく一連の順次のタッチを検知しうるようにするのが好ましい。モニタ手段はセンサ素子のアドレスに続くこのセンサ素子の電気特性の変化に応答する。好ましくは、例えばロード中にセンサ素子に供給される電気信号の予め定めた特性を検知してこれに応じた信号出力を得ることによりセンサ素子の電気特性の監視をアドレス処理と同時に達成し、ロード間の期間中のいかなる瞬時におけるセンサ素子のタッチ

をも決定しうるようにする。しかし、センサ素子の監視はアドレス処理に関連する規則的な時間間隔で、例えばアドレス処理繰返し速度に等しい或いはその倍数に等しい繰返し速度で行うのが好ましいもある他の工程で行うこともできる。

前記の電気的特性は例えば電圧或いは容量（キャパシタンス）とすることができる。

好適例では、センサ素子の各々が例えばコンデンサの形態の電荷蓄積装置を有し、前記の電気的な特性がこの電荷蓄積装置に蓄積された規定の電荷レベルを有し、センサ素子が位置選定手段、例えばユーザの指或いはスタイラスによりタッチされた際に電荷が部分的に或いは完全に消散されるようにする。従って、使用中センサ素子がタッチされないものとすると、能動的なアドレス回路により所定の電荷が電荷蓄積装置中にロードされ且つ保持される。センサ素子がタッチされると、この電荷が消散される為、電荷蓄積装置における電荷を監視することにより、タッチが行われたか否かを確定しうる。

電荷蓄積装置における電荷が消散された場合、センサ素子を繰返しサイクルでアドレスすることにより電荷蓄積装置の電荷を新たなものにすることができる。この場合、蓄積された電荷の変化はアドレス処理中に電荷蓄積装置の充電特性を監視することにより容易に決定しうる。

各センサ素子に対し設けられ、センサ素子の能動的なアドレス処理を達成するスイッチ装置はトランジスタ、例えばTFTのような3端子スイッチ装置或いは動作中にしきい値特性を呈する2端子非直線装置、例えば1個以上のダイオード素子又は1個以上のMIM（金属-絶縁体-金属）装置とすることができる。例えば直列ダイオード或いはダイオードリング或いは並列MIMを用いることができる。これらの点で、センサアレイは能動マトリックスアドレス表示装置に対し用いられる技術にほぼ類似するマトリックススイッチング技術を用いて製造でき、スイッチング装置及び電荷蓄積装置は薄膜堆積技術を用いて基板上に形成される。センサ素子の能動的なアドレス処理中の動作もこ

APLNDC00021514

れらの表示装置に類似して達成される。能動マトリックス表示装置では、各画素は、関連のスイッチング装置と一緒に１つの基板上に設けられた第１電極と、この基板から離間した他の基板上に設けられた第２電極と、これらの基板間に設けた電気－光変換材料、例えば液晶材料とを以て構成されている。センサアレイの場合、センサ素子の電荷蓄積装置は、一般に表示素子か或いは時として これら表示素子と関連して設けられる蓄積コンデンサのいずれかに類似するものとみなしうる。

簡単化の為には、電荷蓄積素子の各々が、誘電体により互いに離間され共通基板上に設けられた一対の電極を有し、これら電極をこの基板上に堆積した重畳導電層を以て構成するようにすることができる。

一例では、各センサ素子が、指又は導電性のスタイラスによりタッチしうる露出されている接点パッドの形態の導電層を有するようにする。この接点パッドは電荷蓄積装置を構成するコンデンサの一側に接続するか或いはこのコンデンサの一側

との対間にそれぞれ接続されるようにすることができる。

また能動マトリックス表示装置におけるように、各行及び各列におけるセンサ素子が同じ行及び列アドレス導体をそれぞれ共有し、センサ素子のアドレス処理は、順次の各行導体に順次に選択信号を与えて行中のセンサ素子のスイッチ装置をターン・オンさせ、これらの電荷蓄積装置にローディングを行うことにより達成される。

本発明の他の見地によれば、表示装置と上述した本発明によるタッチセンサアレイシステムとを有し、タッチセンサアレイシステムのセンサ素子を表示装置の表示出力上に配置した表示システムを提供する。

（実施例）

第１図に示す本発明の一実施例のタッチセンサアレイシステムは、各行にｃ個の水平センサ素子12（１～ｃ）があるｒ行より成るセンサ素子のＸ－Ｙアレイを有する能動マトリックスアドレスセンサパネル10を具えている。図面を簡単とする為

を構成する導電層の一部又は全部を有するようにしうる。他の例では、接点パッドを２部分に分割し、一方の部分が電荷蓄積装置に接続されるか或いはその一部を有し、他方の部分が予め定めた電位にあり、これら２部分がユーザの指又はスタイラスにより橋絡されるようにすることができる。これら２部分は噛合配置にするのが好ましい。

他の例では、予め定めた電位の点に接続された可撓性の導電性部材、例えば導電性フィルムを電荷蓄積装置の一方の電極の上方に配置し、これをユーザの指或いはスタイラスにより変形させて上記の一方の電極に接触せしめうるようにすることができる。

アレイのセンサ素子はアドレス導体と検知導体との２組の導体によりアドレスしうる。従って、センサ素子のＸ－Ｙアレイでは、アドレス導体及び検知導体が行導体及び列導体をそれぞれ有し、電荷蓄積装置とスイッチ装置とを直列に有する各センサ素子が、能動マトリックス表示装置に対して用いられているのと同様にして行導体と列導体

に数行及び数列のセンサ素子のみを有するパネルを第１図に示してある。実際には、数百の行及び数百の列を設けることができ、その数はセンサレイシステムの使用目的による。例えば、コンピュータグラフィックシステムに対するユーザインタフェースとして用いる場合には、センサ素子の数及び行対列の比は通常システムのディスプレイの画素数及び縦横比に依存する。画素数は100,000又はそれ以上にすることができる。ディスプレイのオーバレイとして用いる場合には、画素とセンサ素子との間の対応を１：１にすることができる。

第２図を参照するに、各センサ素子12は能動装置が接続されたコンデンサ14の形態の電荷蓄積装置を有し、能動装置は本例では、例えば動作にしきい値特性を呈し且つスイッチとして作用する１個（図示の場合）又はそれよりも多いダイオード素子又はMIMの形態の２端子非直線抵抗装置16を有する。

Ｘ－Ｙアレイは行及び列アドレス導体18及び20の組を介してアドレスされる。アドレス導体の組

特開平2-304613（6）

は互いに直角に延長し、これらアドレス導体の各交点に個々のセンサ素子が配置されている。同じ行のすべてのセンサ素子はそれぞれ共通の行導体に接続され、同じ列のすべてのセンサ素子はそれぞれ共通の列導体に接続されている。行導体18の端部は行駆動回路22に接続され、列導体20の端部は検知回路24に接続されている。

第２図に示す代表的なセンサ素子12の回路構成を参照するに、コンデンサ14はそれぞれの列及び行導体20及び18間に、単一方向ダイオード素子として示す能動装置16と直列に接続されている。本例では能動装置16はPIN ダイオード素子を有しているも、単一方向及び双方向の他の形態の２端子非直線装置、例えばNIN ダイオード、MIM 、逆並列接続ダイオード、ダイオードリング等を用いることができる。例えばMIM の他の双方向装置を第２図に破線で示してある。

コンデンサ14と能動装置（スイッチ装置）16との間の接続点にはタッチ電極パッド26が接続されている。このパッド26は実際には、素子14及び16

と別個に形成されているもこれら素子と相互接続される電極を有しうるも、能動装置16に接続されているコンデンサ14の電極の一部分或いは全体を以て構成することもできる。後者の構成は、必要とする構成部品の数を最小とする理由で好ましい。

センサ素子のアレイ及びアドレス導体の製造は液晶表示装置のような能動アドレス表示装置に用いられている技術に基づいている。この技術に大面積の能動マトリックスアレイを製造する手段として充分確立されている為、本発明のセンサアレイ装置のパネルを製造しうる方法は詳細に説明しない。代表的には、この技術には多数の重畳層を基板上に堆積し且つ形状規定することが含まれている。LC表示装置に用いられているようなダイオード及びMIM 素子や基板上のアドレス導体及び電極を製造する詳細は例えば英国特許公開第GB-A-2144266 号、欧州特許公開第EP-A-150798 号、英国特許公開第GB-A-2129183号及び米国特許第US-A-4413883号から得ることができる。

本発明によるセンサアレイもこれらの既知の技術と同様に構成するも、ある程度の変更を加える。その理由は、基板上に２組のアドレス導体及び容量性素子を設ける必要がある為である。

このセンサアレイの一例を第３図に示す。この第３図は１つの完全なセンサ素子12を有するパネルの部分を示す断面図である。しかし、他の構成を容易に用いること勿論である。素子12は、例えばガラスより成る絶縁基板40上に導電層を堆積し、且つこの導電層を形状規定して列導体20とコンデンサ14の第１電極41との組を形成する。次に、列導体20の横方向延長部上にアモルファスシリコンのPIN ダイオード45を既知のようにして、例えば前記の諸外国の特許公開又は特許明細書に記載されているようにして形成する。次に、この構造の上に窒化珪素のような絶縁材料の層46を堆積し、この層にダイオード素子及び電極41の一部の上で窓を形成する。次に、他の導電層を堆積し、この層を写真蝕刻処理して第１に、列導体を絶縁層46により分離されこれら列導体を交差する行導体

18の組（第３図では見えず）であって、絶縁層46におけるそれぞれの窓を経て電極41と接触するこれら行導体の組を形成し、第２に、接点パッド26を構成する個別の導電領域44及び層46における窓を経て関連のダイオード素子45と接触する延長部を有するコンデンサ14の第２電極を形成する。

これにより基板上にセンサ素子のアレイが設けられ、各センサ素子では、電極41及び44とこれら電極間に介在する誘電体として作用する絶縁材料43とを以て構成されるコンデンサ14が行及び列導体間でダイオード素子45と直列に接続されている。

上述した構造の上には保護絶縁層を堆積することができ、この層にはコンデンサの接点パッド44のうちこれら接点パッドと接続を行う部分に相当する窓を設けることができる。

電極41及び44は互いにほぼ同一延長上にあるようにすることができる。

第４図に代表的なセンサ素子を平面図で示す他の形態の構造では、接点パッド26の一部分と行導体との間の重なり部分を用いてコンデンサ14を形

APLNDC00021516

成する。この場合、行導体18上に絶縁材料の層48を形成し、次に接点パッド26を形成し行導体の上方に延在するよう配置した電極44を堆積し、重なり合った領域を以てコンデンサ14を構成する。前述したように、各センサ素子に対し、コンデンサ14が行及び列導体18及び20間でPINダイオード素子45と直列に接続される。

コンデンサ14の物理的寸法やこれらコンデンサ14を形成するのに用いる材料は、使用するセンサアレイの特定の条件に適合するように変えることができる。例えば、コンデンサの寸法は所望の解像度特性に応じて選択する。これらの寸法は能動マトリックス表示装置における画素に対し用いられているのと同程度、すなわち約100マイクロメートル平方或いはそれ以上とすることができる。ディスプレイのオーバーレイとして用いるのに適した透明センサアレイパネルに対しては、金属の代わりにITOのような適当な透明導電材料を用いることができる。

このタッチセンサアレイシステムの動作では、

駆動回路22は各行導体18に2レベル信号を供給する。このような駆動回路は一般にダイオード型の能動マトリックスアドレス表示装置に用いられている。第1レベル$V_{off}$は行導体に接続したセンサ素子のダイオード素子16を高インピーダンス、すなわちオフ状態に保持し、第2レベル$V_{on}$、すなわち選択レベルはダイオード素子を低インピーダンス、すなわちオン状態にする。導電性のスタイラス50は駆動回路22内の所定の電位点に接続されている。第1サイクル中、センサ素子のコンデンサ14の各々は電圧$V_{on}-V_D$に充電される。ここに$V_D$はダイオード素子の両端間の電圧降下である。選択レベルは規則的な間隔で印加される。行導体信号の繰返し期間$T_r$中に、すなわち順次の選択レベル間の期間中に、関連の行のセンサ素子のコンデンサ14が、スタイラスがこれらコンデンサの電極44に接触することにより放電されない場合には、この期間中列導体20を流れる電流は単にコンデンサ14と直列のダイオード素子16のキャパシタンスを$V_{on}$に充電するのに必要とする程度

センサ素子の露出電極44を、第1図に50で示すユーザ操作用の導電性のスタイラスで接触することができる。センサ素子のコンデンサ14は規則的に繰返される充電期間中数ボルトの電位まで充電され、これに続きこれらコンデンサは検知期間中のある時間後に質疑応答があるまで能動装置16によって電気的に分離された状態に保たれる。充電及び検知期間の期間中にセンサ素子のコンデンサ電極44にスタイラスが接触されると、その電荷の幾らかが除去される。この電荷が検知期間中検知され、他の回路が、タッチされたセンサ素子を識別するようにする。

ダイオード素子の電流－電圧特性は高電流（"オン"）領域と低電流（"オフ"）領域とを有する。駆動及び検知波形の例を第5図に示す。第5a及び5b図はそれぞれ第n行及び第（n＋1）行導体18に印加された選択電圧波形を示し、第5c図は、ある時間にタッチされた（n＋1）行におけるセンサ素子の場合の特定の列導体の時間（t）に対する電流（i）の波形の一例を示す。

に小さい。この効果を第5c図に小さな電流スパイクで示す。しかし、（スタイラスが適切な電位源に接続されているものとした場合）電極44がスタイラスと接触すると、関連の列電極を経て関連のセンサ素子の放電コンデンサ14に流れる電流は大きくなる。第5c図は（n＋1）番目の行のセンサ素子がタッチにより放電された場合を示しており、これにより（n＋1）番目の行のセンサ素子がアドレスされている時点で関連の列導体に対する波形に大きな電流スパイクを生じしめる。このような電流スパイクがないということは、センサ素子が零入力状態にあるということを表わす。

各列導体に接続したそれぞれの検知増幅器で充電電流の振幅を検知することにより、システムはどの素子がタッチされたかやこれらの座標を決定しうる。第6図は、このような検知に適した検知回路の一部を示しており、この一部は簡単化の為にセンサ素子の順次の3つの列に対する回路のみを示している。しかし、他の既知の検知回路を用いることができるものである。パネル10の各列導

APLNDC00021517

体20は並列の帰還インピーダンス53を有する反転増幅器52に接続されている。検知回路は容量性の或いは抵抗性の帰還インピーダンス53を設けることによりそれぞれ電荷或いは電流検知のいずれかにする。増幅器52の出力は信号処理回路54に供給される。この信号処理回路54は、タッチされて適切なデジタル信号出力を生じる列と関連するセンサ素子を表わす列導体波形中の大電流スパイクの影響に応答する並列しきい値回路55と、この並列しきい値回路の出力端子に接続され、シフトレジスタ57を形成する一連のフリップフロップにデジタル信号をラッチして直列出力58を生ぜしめる並列ラッチ回路56とを有する。

処理回路54の出力を駆動回路22の動作と関連させることにより、タッチされたセンサ素子の座標を識別する独特な信号をタッチセンサシステムにおいてそれ自体既知の方法で発生せしめることができる。センサ素子の各行は能動マトリックスアドレス表示装置と同様に駆動回路22により順番にアドレスされる為、完全な1フィールド後に、タ

ッチされたすべてのセンサ素子の表示或いは画像とこれらの位置とが得られる。この方法でのセンサ素子のアレイのアドレシングは繰返しサイクルで行われ、各センサ素子の状態は次のフィールド期間中繰返しモニタされる。各フィールド期間の持続時間は、アレイ中のセンサ素子の行の数と、センサ素子の充電特性に関連して選択され駆動回路22によって供給される選択パルスの持続時間とを考慮することにより変えることができる。一例として各フィールド期間を約20ミリ秒にし、これによりユーザ入力に対する極めて急速な応答及び急激に変化するタッチ入力の検出を行うようにすることができる。

上述した実施例では、電位源に結合された導電性のスタイラスを入力情報を入れる手段として用いている。これにより小面積のセンサ素子を用いるようにするとともに、例えばグラフィックス表示システムに対するインターフェースとして用いるのに有益な高解像度アレイを達成しうる。しかし、電気絶縁されたスタイラス或いは単に操作人

の指をセンサ素子にタッチするのに用いるようにする他の構成も可能である。検知処理の主条件は、センサ素子のコンデンサをタッチに応答して少なくとも対応するボルトの電位源に放電せしめる必要があるということである。第7a，b，c及びd図は、この主条件を達成しうる種々の回路構成を示す。これらの各図では、代表的なセンサ素子の有効な電気回路を示す。これらの特定の場合のセンサ素子は能動装置16としてダイオード素子を有するも、前述したように単一方向又は双方向装置の他の形態のものも所望に応じ用いることができる。

第7a図は接地したスタイラスの構成を示し、第1図につき説明したものと類似している。導電性のスタイラス50は行導体18に供給されるV・rrレベルに対応するボルトの電位源に接続されている。列導体も通常0ボルト付近にあるコンデンサ14が充電されているものとすると、スタイラス50とパッド26との間の接続により、関連する行導体が選択信号でアドレスされた際に列導体20を流れる電流を検知しうる程度に増大せしめる。

第7b図は、操作人の指或いは導電性チップを有する電気絶縁されたスタイラスを用いうるようにしたタッチセンサ構造を示す。この構造では、タッチ電極パッド26を互いに電気的に分離された2つの横方向配置部分に分割し、一方の部分を能動装置16に接続し且つできればコンデンサ14の一方の電極を以て構成し、他方の部分を行導体18に直接接続する。パッド26の2つの部分は、パッドにタッチした際に操作人の指又はスタイラスの導電性チップがこれら双方の部分に接触してこれらの部分を橋絡し、抵抗59によって示すようにコンデンサ14が指又はチップの抵抗を経て放電される効果が得られるような形状及び寸法とする。この装置は、行導体への相互接続部を有する上側コンデンサ電極44に沿って追加の導電層が形成されるということを除いて第3図に示す装置に類似する構成にしうる。同様に、第4図に示す構成は、電極パッドを2部分で形成し、一方の部分を絶縁層48にあけた適正配置の窓を経て行導体に接続するようにすることにより適切に変更を行うことができ

APLNDC00021518

る。

　最適な感度を得る為には、パッド26の２部分を嚙合関係にするのが好ましい。

　スタイラスを用いることにより、センサ素子の寸法を小さくして指に匹敵する寸法のパッドにより制限されない高解像度特性を得るようにする。

　第7c図はタッチ圧力検知構成を示す。この構成では、指又は、絶縁性のスタイラスによりセンサ素子をタッチすると、圧力検知スイッチ60によりコンデンサを放電させる。第7d図は、このことを実際に達成する一方法を示す為に代表的なセンサ素子の縦断面を線図的に示す。センサ素子のコンデンサ14は誘電体材料62により分離された一対の重畳導電層61及び63を有し、これらは絶縁性の基板64上に設けられ且つ行導体（見えず）と列導体20との間でダイオード素子（能動装置）16と直列に接続されている。これらの構成要素は第３図又は第４図につき説明した通りにすることができる。センサ素子（及びアレイ中のすべての他の素子）上には、接地された連続する導電層67を有する絶縁性の可撓性フィルム66が設けられている。このフィルムはパネルの縁部における支持枠によりぴんと張った状態に保持するとともに、絶縁性のスペーサにより基板64から離間させる。これらのスペーサの１つを65で示す。コンデンサ14の上方の領域でユーザが指又はスタイラスのいずれかで可撓性フィルム66にタッチすることにより、矢印で示すようにこの可撓性フィルムを局部的に内方に変形させ、これにより導電層67をコンデンサ14の上側導電層61と接触させ、従ってこのコンデンサを放電させる。アレイ中の他のセンサ素子もフィルム66の局部的変形時に同様に動作する。

　上述した実施例はセンサ素子能動装置として２端子非直線素子を用いている。しかし、例えばアモルファス或いはポリシリコンTFTの形態の３端子能動装置を用いることができる。第８図は、第１図に類似するも能動装置としてTFTを用いた実施例を簡単なブロック図で示すものであり、第９図は、このシステムのセンサ素子の代表的な１つの電気的等価回路を示す。この実施例では、

前述した実施例の構成素子に対応する素子に同一符号を付した。各センサ素子12はコンデンサ14と直列に接続されたTFT能動装置16を有する。TFTのゲートは、選択信号が駆動回路22により周期的に供給されるそれぞれの行導体18に接続されている。TFTのソース及びドレイン端子は列導体20及びコンデンサ14の一端にそれぞれ接続されている。コンデンサ14の他端は、行導体18に平行に延在し基準電圧 $V_{ref}$ が印加される補足の組の行導体70の１つに接続されている。列導体20には異なる電圧が印加される。特定の例では行導体70を接地する。

　本例で供給される駆動波形は、TFTをオン及びオフさせるのに必要とするゲート電圧に $V_{on}$ 及び $V_{off}$ をそれぞれ向ると言う点を除いて、２端子能動装置に関して第５図に示す波形と実質的に同じである。センサ素子12の動作は前述した動作と本質的に同じであり、TFTは行導体18における $V_{on}$ のゲートパルスによりターン・オンされ、充電電流は列導体20を経てコンデンサに流れ、タッチによりコンデンサが放電された場合には、このことが第６図につき説明したような検知回路により検知される。センサ素子の行は前述したように一時に一行順次にアドレスされる。

　第９図は行方向に延在する導体の数を減少させた変形例を示す。この図にはアレイの同一列における２つの隣接するセンサ素子の回路を示している。この回路はTFTの側とは反対側のコンデンサの側に接続が行われているという点で相違している。コンデンサ14のこの側は次の或いは前のセンサ素子行と関連する行導体18に接続されている。この方法は、行及び列導体間に必要とする交点の数が少なくなり且つ母線の全長が短くなるという技術的な利点を有するも、行電極における高レベルの電気雑音による影響を受けやすくなる。

　センサ素子アレイは、TFT能動マトリックスアドレスを用いた周知のLC表示装置に多くの点で類似しており、この技術分野で現在充分確立されている通常の技術を用いて適切な変更を加えて製造される。第７図につき説明した種々の構成も同様

に本例に適用しうる。

タッチセンサアレイ装置の上述した実施例は独立型入力インタフェースとして用いることができる。或いは又これらは表示装置、例えば液晶能動マトリックス表示装置に対するオーバレイとして用いることができる。この目的の為には、センサ素子の少なくともコンデンサ及びパッド電極又はこれらのいずれか一方を透明とする必要がある。可能となる高解像度は極めて正確な位置検知を達成しうるということを意味する。従って、センサアレイ装置をディスプレイのオーバレイとして用いる場合には、個々のセンサ素子と表示装置の表示画素との間の関係を１：１とすることができる。カラー表示の場合には、表示素子の３つ組の各々に対し１つのセンサ素子を設けることができる。

代表的な液晶表示装置は、間に液晶材料を有するアドレス用の導体と一緒に画素のアレイを規制する電極及び能動装置が設けられた２つの互いに離間する基板を有している。センサ素子アレイは、センサ素子が表示画素と位置合わせされるように表示装置上に装着されている。

4. 図面の簡単な説明

第１図は、個々のセンサ素子のアレイとこれに関連する駆動及び検知回路とを示す本発明によるタッチセンサアレイシステムの一実施例を簡単化して線図的に表わしたブロック線図、

第２図は、２端子非直線スイッチング装置を有する第１図のシステムの代表的なセンサ素子を線図的に示す等価回路図、

第３図は、第１及び２図のシステムの一部を示す線図的縦断面図、

第４図は、代表的なセンサ素子の変形例を示す線図的平面図、

第５図は、第１図のシステムに用いる駆動波形の例を示す線図、

第６図は、タッチセンサアレイシステムの検知回路の一部を示す線図、

第7a〜7d図は、タッチセンサアレイシステムを動作せしめうる種々の回路構成を示す線図、

第８図は、本発明によるタッチセンサアレイシステムの他の実施例を簡単化したブロック線図で

示す線図、

第９図は、３端子スイッチング装置を有する第８図のシステムの代表的なセンサ素子の回路を示す線図、

第10図は、第８図のシステムの変形例での２つの代表的なセンサ素子の回路を示す線図である。

10…センサパネル

12…センサ素子

14…コンデンサ

16…能動装置

18…行アドレス導体

20…列アドレス導体

22…行駆動回路

24…検知回路

26…タッチ電極パッド

40…基板

41…14の第１電極

44…導電領域

45…PIN ダイオード

46, 48…絶縁材料層

50…スタイラス

52…反転増幅器

53…帰還インピーダンス

55…並列しきい値回路

56…並列ラッチ回路

57…シフトレジスタ

60…圧力検知スイッチ

61, 63…導電層

62…誘電層

64…基板

65…スペーサ

66…可撓性フィルム

APLNDC00021520

特開平2-304613 (11)



Fig.1.

Fig.3.

Fig.4.

Fig.5.

(a)

(b)

(c)



Fig.2.

Fig.6.



Fig.10.

−75−

APLNDC00021521

Fig.8.



Fig.7.



(a)



(b)

(c)

Fig.9.

(d)

特開平2-304613 (12)

APLNDC00021522

# TOUCH SENSOR ARRAY

| | | |
|---|---|---|
| **Patent number:** | JP4233619 (A) | |

**Also published as:**

EP0464908 (A2)
EP0464908 (A3)
EP0464908 (B1)
US5194862 (A)
GB2245708 (A)

**Publication date:** 1992-08-21

**Inventor(s):** MAACHIN JIYON EDOWAAZU

**Applicant(s):** PHILIPS NV

**Classification:**

- international: **G06F3/044; G06F3/033; G06F3/041; G06F3/048;** G06F3/041; **G06F3/033; G06F3/048;** (IPC1-7): G06F3/03

- european: G06F3/044; G06F3/041D

**Application number:** JP19910184119 19910628

**Priority number(s):** GB19900014529 19900629

Abstract of **JP 4233619 (A)**

PURPOSE: To improve the resolution of a touch sensor array device. CONSTITUTION: This device is provided with the array of detecting elements arranged in lines, and an address means which selectively addresses specific one within the detecting elements at the crossing spot of a certain selected line conductor and a certain selected row conductor based on the line and row conductors. Each detecting element 12 is provided with a bi-stable circuit 14 at the position of the pertinent detecting element 12 in the above mentioned array.; The bi-stable circuit 14 can be turned into a first or second stable state where the pertinent detecting element 12 can be continuously addressed in response to the presence of a touch input at the position of the above mentioned detecting element 12, and the bi-stable circuit 14 can generate an output corresponding to the actual state at the time of the address by the address means. The device is provided with a reset means which cyclically resets the bi-stable circuit 14 of the detecting element 12.



Data supplied from the *esp@cenet* database — Worldwide

(19)日本国特許庁（ＪＰ）　　(12) 公 開 特 許 公 報 （Ａ）　　(11)特許出願公開番号

特開平4−233619

(43)公開日　平成 4 年(1992) 8 月21日

| (51)Int.Cl.⁵ | 識別記号 | 庁内整理番号 | ＦＩ | 技術表示箇所 |
|---|---|---|---|---|
| Ｇ０６Ｆ　 3/03 | | 3 3 5　Ｅ | 8323−5Ｂ | |

審査請求　未請求　請求項の数15(全 9 頁)

(21)出願番号　　特願平3−184119

(22)出願日　　　平成 3 年(1991) 6 月28日

(31)優先権主張番号　 ９０１４５２９．３
(32)優先日　　1990年 6 月29日
(33)優先権主張国　　イギリス（ＧＢ）

(71)出願人　590000248
　　エヌ・ベー・フイリツプス・フルーイラン
　　ベンフアブリケン
　　Ｎ．Ｖ．ＰＨＩＬＩＰＳ’　ＧＬＯＥＩＬ
　　ＡＭＰＥＮＦＡＢＲＩＥＫＥＮ
　　オランダ国　アインドーフエン　フルーネ
　　ヴアウツウエツハ　１
(72)発明者　マーチン　ジヨン　エドワーズ
　　イギリス国　サセツクス　クローレイ　ウ
　　エスト　グリーン　スペンサーズ　ロード
　　78
(74)代理人　弁理士　杉村　曉秀　（外5名）

(54)【発明の名称】　タツチセンサアレイ装置



(57)【要約】
【目的】　タツチセンサアレイ装置の解像度を向上させ
る。
【構成】　行列配置された検出素子のアレイを具え、行
及び列導線に基づいて或る選択された行導線と或る選択
された列導線との交差個所における前記検出素子の内の
或る特定のものを選択的にアドレスするアドレス手段を
設けたタツチセンサアレイ装置であって、前記各検出素
子が前記アレイにおける該検出素子の位置に双安定回路
を具え、該双安定回路が前記検出素子の位置におけるタ
ツチ入力の有無に応答して、該検出素子を連続的にアド
レスしたままとし得る第１又は第２安定状態をとるよう
にし、且つ前記アドレス手段によるアドレス時に前記双
安定回路がその実際の状態に従う出力を発生し、前記装
置が前記検出素子の双安定回路をそれぞれ周期的にリセ
ットするリセット手段を有するようにしたことを特徴と
している。

APLNDC00021524

（2）　　　　　　　　特開平４－２３３６１９

1

【特許請求の範囲】

【請求項1】　行列配置された検出素子のアレイを具え、行及び列導線に基づいて或る選択された行導線と或る選択された列導線との交差個所における前記検出素子の内の或る特定のものを選択的にアドレスするアドレス手段を設けたタッチセンサアレイ装置において、前記各検出素子が前記アレイにおける該検出素子の位置に双安定回路を具え、該双安定回路が前記検出素子の位置におけるタッチ入力の有無に応答して、該検出素子を連続的にアドレスしたままとし得る第1又は第2安定状態をとるようにし、且つ前記アドレス手段によるアドレス時に前記双安定回路がその実際の状態に従う出力を発生し、前記装置が前記検出素子の双安定回路をそれぞれ周期的にリセットするリセット手段を有するようにしたことを特徴とするタッチセンサアレイ装置。

【請求項2】　前記検出素子の各々がスイッチングデバイスの能動マトリックスにそれぞれスイッチングデバイスを具え、前記検出素子を、前記アドレス手段によりスイッチングデバイスを作動させることにより能動的にアドレス可能として、アドレス手段の検出回路が双安定回路の状態を検出し得るようにしたことを特徴とする請求項1に記載のタッチセンサアレイ装置。

【請求項3】　前記アドレス手段が前記双安定回路の周期的なリセット化に関連したインターバルで前記検出素子を能動的にアドレスするようにしたことを特徴とする請求項2に記載のタッチセンサアレイ装置。

【請求項4】　前記スイッチングデバイスを薄膜トランジスタで構成したことを特徴とする請求項2又は3のいずれかに記載のタッチセンサアレイ装置。

【請求項5】　前記検出素子を前記アドレス手段により一度に一行づつリセットさせるようにしたことを特徴とする請求項2～4のいずれかに記載のタッチセンサアレイ装置。

【請求項6】　前記検出素子のスイッチングデバイスを前記アドレス手段により一度に一行づつ作動させるようにしたことを特徴とする請求項5に記載のタッチセンサアレイ装置。

【請求項7】　行アドレス導線を経て供給される選択信号により前記検出素子をリセットすると共に前記スイッチングデバイスを作動させ、且つ前記検出回路を列検出導線を介してスイッチングデバイスに接続したことを特徴とする請求項6に記載のタッチセンサアレイ装置。

【請求項8】　前記各検出素子の双安定回路が、該検出素子に近付ける位置指定手段により発生される容量性の影響に応答させるようにしたことを特徴とする請求項1～7のいずれかに記載のタッチセンサアレイ装置。

【請求項9】　各検出素子が検出電極を具え、該検出電極が前記位置指定手段と相挟って所定のキャパシタンスを呈するようにしたことを特徴とする請求項8に記載のタッチセンサアレイ装置。

2

【請求項10】　前記各検出素子の双安定回路が2個交差結合させたインバータを具え、前記検出電極を一方の双安定ノードに接続し、他方の双安定ノードに基準キャパシタを接続し、双安定回路をアドレス手段により周期的に準安定状態にリセットし、この双安定回路のリセット化に引き続いて、該双安定回路が検出電極によるキャパシタンスと前記基準キャパシタンスとの相対値に依存して第1又は第2安定状態をとるようにしたことを特徴とする請求項9に記載のタッチセンサアレイ装置。

【請求項11】　前記双安定回路が2つのインバータの入力端子間に接続したスイッチングトランジスタを具え、該トランジスタを前記アドレス手段により作動させて、前記双安定回路を準安定状態にセットし得るようにしたことを特徴とする請求項10に記載のタッチセンサアレイ装置。

【請求項12】　前記各検出素子の検出電極の上に絶縁材料層を設けたことを特徴とする請求項9～11のいずれかに記載のタッチセンサアレイ装置。

【請求項13】　前記絶縁材料層を前記検出素子アレイの上に共通に連続的に延在させる材料の各部分で構成するようにしたことを特徴とする請求項12に記載のタッチセンサアレイ装置。

【請求項14】　前記双安定回路を薄膜トランジスタで構成したことを特徴とする請求項10～13のいずれかに記載のタッチセンサアレイ装置。

【請求項15】　表示装置を設け、該表示装置の表示出力領域を前記検出素子アレイを一緒に位置付けて、検出素子が表示出力の上に位置するようにしたことを特徴とする請求項1～14のいずれかに記載のタッチセンサアレイ装置。

【発明の詳細な説明】

【0001】

【産業上の利用分野】本発明は、行列配置された検出素子のアレイを具え、行及び列導線に基づいて或る選択された行導線と或る選択された列導線との交差個所における前記検出素子の内の或る特定のものを選択的にアドレスするアドレス手段を設けたタッチセンサアレイ装置に関するものである。

【0002】斯種の装置は液晶又は他の表示装置の表示スクリーン用オーバレイとして用いて、例えばセンサアレイにおけるタッチされた箇所に応じた選択入力を表示装置に与えることができる。他の例として、タッチセンサアレイ装置はコンピュータシステムに接続される独立のグラフィックタブレットとして用いることもできる。

【0003】

【従来の技術】タッチセンサアレイ装置としては種々のものが知られている。タッチセンサアレイ装置の特殊なものは容量性効果を利用している。例えば、対を成す離間させた導電性の細条又はパッドを設け、これらを指の圧力に応答させて互いに物理的に変位させて、その間の

—136—

APLNDC00021525

（3）　　　　　　　　　　　　特開平４－２３３６１９

キャパシタンス値を変えるようにするか、或いはユーザの指の接近に応答させて容量的に互いに結合させるようにすることができる。しかし斯様なタッチセンサアレイ装匱の解像度は一般に限られたものである。

【０００４】
【発明が解決しようとする課題】本発明の目的は高い解像度を呈し得るように適切に構成配置したタッチセンサアレイ装置を提供することにある。

【０００５】
【課題を解決するための手段】本発明は冒頭に述べた種類のタッチセンサアレイ装置において、前記各検出素子が前記アレイにおける該検出素子の位置に双安定回路を具え、該双安定回路が前記検出素子の位置におけるタッチ入力の有無に応答して、該検出素子にアドレスしたままとし得る第１又は第２安定状態をとるようにし、且つ前記アドレス手段によるアドレス時に前記双安定回路がその実際の状態に従う出力を発生し、前記装置が前記検出素子の双安定回路をそれぞれ周期的にリセットするリセット手段を有するようにしたことを特徴とする。

【０００６】検出素子へのタッチ（接触）は例えばユーザの指によるか、又はスタイラスにより行うことができる。このような位置指定物体によるタッチ時に、双安定回路はタッチ入力がない場合に双安定回路がとる安定状態は異なる所定の安定状態をとるため、タッチされたことがはっきりと明確に指示される。双安定回路は、それがいずれか一方の安定状態をとると、この双安定回路は、それが次にタッチされるかの後にその状態を維持するため、この双安定回路はメモリ素子のように作用し、その状態はタッチ作用により決定され、その状態を問い合わせることにより後にアレイにおけるタッチ個所を確認することができる。アドレス手段により双安定回路を周期的にリセットさせ、好ましくは規則的な間隔でリセットさせることにより、一連の連続的なタッチ又はタッチがないことを検出することができる。

【０００７】本発明の好適例では、前記検出素子の各々がスイッチングデバイスの能動マトリクスにそれぞれスイッチングデバイスを具え、前記検出素子を、前記アドレス手段によりスイッチングデバイスを作動させることにより能動的にアドレス可能として、アドレス手段の検出回路が双安定回路の状態を検出し得るようにする。このように検出素子を能動的にアドレスすることによりアレイの使用される検出素子の数を多数とすることができ、これにより検出素子密度を高めることができ、従って解像度を高めることができ、しかも検出素子の状態をモニタするのに簡単な多重化技法を用いる際に予期されるような問題も生じなくなる。検出素子の能動的なアドレス、従って検出素子の状態をモニタするのは、アドレス手段により双安定回路を周期的にリセットすることに

関連付けたインターバルで行うのが好適である。

【０００８】能動マトリックススイッチングデバイスはトランジスタで構成するのが好適である。スイッチングデバイスとしては、例えばダイオード又はＭＩＳのような２端子非線形デバイスの如きものを用いることもできるが、トランジスタの方が検出素子を能動的にアドレスするのには簡単である。

【０００９】各検出素子の双安定回路は、位置指定手段、例えば指又はスタイラスを検出素子に近付けることにより発生する容量効果に応答するようにするのが好適である。各検出素子には検出電極を設け、この電極と、これに隣接する位置指定手段とで所定の特性を呈するキャパシタンスを発生させることができる。双安定回路は、このキャパシタンスの存在に応答して第１状態をとる。これは、２個交差結合させたインバータを具えている双安定回路を用い、検出電極を一方の双安定ノードに接続し、基準キャパシタンスを他方の双安定ノードに接続して首尾良く達成することができる。２つのキャパシタンスが同じでなければ、両双安定ノードに現れる電圧が不平衡となり、双安定回路を準安定状態にリセットしておけば、双安定回路はキャパシタンスが大きい方に依存する状態をとる。検出素子の検出電極の上には絶縁材料層を設けるのが好適である。検出電極及び絶縁層の露出表面の上か、又はそれに近付ける位置指定手段は、キャパシタの誘電体としての働きをする絶縁層と共にキャパシタのプレートをそれぞれ構成する。検出電極及びその上に設ける絶縁層の物理的な寸法は、基準キャパシタンスの値に関連して与えられる位置指定手段の上に得られるキャパシタンス値が双安定回路を適切に切り換えるように選択する。検出電極をこのように配置すれば、検出電極に直接外部接続する必要がなくなる。絶縁層は硬質材料製のものとして、スタイラスを過度に使用しても検出素子が破損しないようにするのが好適である。検出素子の絶縁層は検出素子アレイの上に一面に延在する共通絶縁層のそれぞれの部分で構成することができる。従って、この場合には連続した保護検出面が形成される。

【００１０】交差結合させたインバータを具えている各双安定回路にはスイッチングトランジスタも設け、このトランジスタを２個のインバータの入力端子間に接続し、トランジスタをアドレス手段により作動させて、双安定回路を準安定状態にセットし得るようにするのが好適である。

【００１１】双安定回路としては必要に応じて他のタイプのものを用いることもできる。又、検出素子は容量的なものを用いることによる以外の他のタッチ入力に応答し得るようにすることも考えられるが、容量的なもののほうが直接電気的に結線する必要がなく、しかも絶縁被覆層を用いて検出面を頑丈にすることができるので有利である。

APLNDC00021526

（4）　　　　　　　　　　　特開平４－２３３６１９

5

【００１２】検出素子の双安定回路は薄膜トランジスタ（ＴＦＴ）で構成するのが好適である。同様に、能動マトリックストランジスタもＴＦＴで構成することができる。大面積のガラス基板上にＴＦＴ、特にアモルファス又は多結晶シリコンＴＦＴを処理加工することは能動マトリックス液結晶表示装置に対して既に十分開発されている。検出素子アレイ及び能動マトリックススイッチはいずれも斯る技法を用いて製造することができる。センサアレイは能動マトリックス表示装置と多くの類似性を共有しており、従ってセンサアレイは能動マトリックススイッチング技法に用いられる薄膜堆積及びパターン化技法によって製造するのが好適である。アドレス用導線、モニタ用導線、キャパシタ素子及び絶縁電極の如き追加の部品は能動マトリックス表示装置によく設けられる部品と同じようなものであり、能動マトリックス表示装置の画素は画素電極を具えており、これらの電極は場合によっては関連する蓄積キャパシタと共にスイッチングＴＦＴを介して行及び列アドレス導線に接続する。

【００１３】斯る技法を用いることにより、個々の検出素子の大きさを表示装置における画素に匹敵する大きさとしてセンサアレイを製造することができる。このことは解像度を容易に高めることができると云う重要な意味を持っている。

【００１４】本発明の他の好適例によれば、表示装置と、前述した本発明によるタッチセンサアレイ装置とを具えている表示系を形成し、アレイの検出素子を表示装置の表示出力の上に位置させる。表示装置は、例えば個々に制御できる能動マトリックスアレイを具えている液晶表示装置とすることができる。本発明によるセンサ装置は特に前述した種類の表示装置と一緒に用いる場合、例えばセンサアレイを製造するのにＴＦＴ能動マトリックス技法を用いると、画素と検出素子の関係を１：１とすることができると云う重要な利点を奏する。

【００１５】

【実施例】以下本発明を図面を参照して実施例につき説明する。なお各図は概略的に示したものであり、実寸図示したものでなく、特に所定部分の寸法を拡大し、他の部分を縮小して示してある。同一又は類似の部分を示すものには同一参照番号を付して示してある。

【００１６】図１を参照すると、本発明によるタッチセンサ装置は共通基板上に支承されて検出パネル１０を形成する検出素子のアレイを具えている。各検出素子１２は絶縁した検出電極１５に接続した双安定回路１４を具えており、検出電極１５はキャパシタの一方の電極を構成する。キャパシタの反対側の電極はタッチする物体、つまり接地スタライラスか、例えばユーザの指である。双安定回路の状態は検出電極１５への接触により左右される。或る特定の検出素子の検出電極を触れた場合に、これに関連する双安定回路が所定の支持状態をとる。検出素子はス

6

イッチングデバイス１６を具えている能動マトリックスに組合わせ、スイッチングデバイスをそれぞれ具えている各検出素子を行及びアドレス導体に接続して、各行の検出素子の状態を読み取り、且つ接触された位置を確かめられるようにする。

【００１７】検出素子１２のＸ－Ｙアレイはｒ本の各行（１からｒまで）にｃ個の検出素子（１からｃまで）を設けて構成する。なお、図面では見やすく数個の検出素子しか示していない。実際には１００の列及び行とすることができ、その数は使用目的に応じて選定する。例えば、コンピュータグラフィック装置用のユーザインターフェースとして用いる場合には、検出素子の個数及び行対列の比を上記装置のディスプレイの画素（ピクセル）総数及びアスペクト比に応じて決めるようにする。タッチセンサアレイ装置をディスプレイのオーバレイとして用いる場合には、画素と検出素子との対応関係を１：１とすることができる。

【００１８】代表的な検出素子１２の部分の回路構成を図２に示してある。検出素子は２個交差結合させたインバータ１７及び１８を具えている双安定回路１４と、２つのインバータの入力端子間に接続するスイッチングトランジスタ１９とから成り、トランジスタ１９の制御（ゲート）電極は規則的なクロック選択信号が供給されるライン２０に接続する。一方の双安定ノードＢは、絶縁層で覆われて検出素子の入力端子を構成する導電材料製の長方形のパッド状をしている検出電極１５に接続する。双安定回路の他方のノードＡは基準キャパシタ２１に接続する。このノードＡは検出素子の出力端子としても作用し、検出素子の出力はライン２２から取り出される。

【００１９】検出素子をＮＭＯＳトランジスタを用いて作製する回路構成の例を図３に示してある。直列に接続した２個のトランジスタ２５、２６を正の給電レール２３と負の給電レール２４との間に他の２つの直列接続したトランジスタ２７及び２８と並列に接続し、トランジスタ２５及び２８のゲートも正の給電レール２３に接続する。検出電極１５はトランジスタ２７のゲート並びにノードＢに接続するが、ノードＡは基準キャパシタ２１の片側と、トランジスタ２６のゲートとに接続し、キャパシタ２１の反対側は負の給電レール２４に接続する。給電レール２３及び２４は同じ行における他の全ての検出素子の双安定回路により共有され、他の行の検出素子も同様に図１に示すように各給電レール対に関連付けられる。

【００２０】双安定回路１４は、ノードＡの電位レベルが高レベルとなり、ノードＢが低レベルとなる第１状態と、ノードＡが低レベルとなり、ノードＢが高レベルとなる第２状態との２つの安定状態及びノードＡとノードＢのレベルが等しくなる準安定の第３状態をとる。この第３状態にある場合に双安定回路はノードＡ若しくはノードＢに誘起される電圧の不平衡性に極めて敏感であり、この不平衡の感じに応じて第１状態か、第２状態のいずれ

—１３８—

APLNDC00021527

7

かに容易に復帰する。

【００２１】検出素子の作動に当り、先ず双安定回路14はライン20のクロック信号C が高レベルとなってトランジスタ19をターン・オンさせることにより準安定状態にセットされる。トランジスタ19がターン・オンすると、このトランジスタはノードAとBとを接続し、これらの２つのノードにおける電圧は高論理レベルと低論理レベルとの中間の電圧値に等しくなる。その後クロック信号C が低レベルに戻ると、この信号の負に向かう縁部はトランジスタ19のゲート／ソース及びゲート／ドレイン間の寄生キャパシタンスC によりノードA及びBの電圧に結合される。上記寄生キャパシタンスはほぼ等しく、これらのキャパシタンスを図2に破線で示してある。キャパシタンスC の代わりに２個の個別のキャパシタを設けることができる。各キャパシタンスC の存在によって生ずるノードA及びBにおける電圧シフトの大きさは関連するノードにおける追加のキャパシタンスの値に依存し、ノードAに対する追加のキャパシタンスは基準キャパシタ21のキャパシタンスC であり、ノードBに対する追加のキャパシタンスは入力検出電極15のキャパシタンスC である。これらのキャパシタンスが同じでない場合に、回路電圧の不平衡が生じ、しかもノードAとBは最早トランジスタ19によって相互接続されていないから、双安定回路は上記２つのキャパシタンスの相対的な値に応じて２つの安定状態の一方又は他方にフリップ（切り換わる）する。例えば、検出電極のキャパシタンスC が基準キャパシタのキャパシタンスC 以下である場合、クロック信号C の前記結合によりノードAの電圧がノードBの電圧よりも高くなり、従って双安定回路はノードAが高レベルとなり、ノードBが低レベルとなる状態に切り換わる。これに対し、検出電極のキャパシタンスC が基準キャパシタのキャパシタンスC よりも大きくなる場合には、ノードBに得られる電圧がノードAの電圧よりも大きくなり、双安定回路はノードAが低レベルとなり、ノードBが高レベルとなる逆の状態に切り換わる。検出電極15のキャパシタンスC は検出素子への接触が成されるか、否かに応じて２つの別個の値をとることができる。即ち、検出電極のキャパシタンスは、指又は接地スタイラスを電極15を覆っている誘電層の表面上か、又はそれに近付けて置く場合に高い値を呈する。タッチ（接触）入力（検出電極に触れること）によって得られる電極15の個所のキャパシタンス（これは電極15の物理的な寸法及び絶縁層の厚さに依存する）に関連して基準キャパシタのキャパシタンスC の値を適当に選択することにより接地スタイラスで触れることにより生ずる電極15のキャパシタンスの増加を検出し、且つこれに応答する。検出素子の作動時に現れる波形を図4に示すが、ここにC はトランジスタ19に供給されるクロックパルス信号の波形であり、V 及びV₃はノードA及びBにそれぞれ現れる電圧であ

8

る。図4aはキャパシタンスC がキャパシタンスC 以下の場合、即ち接触入力がない場合を示し、又図4bはC がC よりも大きい場合、即ち接触入力がある場合を示している。

【００２２】検出パネル10の検出素子12のアレイは図5に示すような接続で能動マトリックススイッチングデバイス16と一緒に駆動導線及びアドレス導線と組合される。図5はN行M列のアレイにおける１個の完全な検出素子の回路構成の見本を示している。検出素子12のX－Yアレイは行及び列導線の組を経て駆動され、Xにアドレスされ、各検出素子は列導線と行導線がそれぞれ交差する箇所に隣接して位置する。トランジスタ19（及び同じ行における他の検出素子のトランジスタ19）に対するクロックC は、同じ行の全ての検出素子12により共有される行導線20に沿って供給される。同様に、正及び負の（接地）給電線23及び24が行導線として延在し、これらは同じ行における他の全ての検出素子に対して共有される。図1を再び参照すると、行導線23及び24の、パネル周辺に隣接する端部は給電盤33の出力端子に結合される給電レール31及び32にそれぞれ接続する。各列の検出素子は一組の列導線34の内のそれぞれ１つの列検出導線に関連し、この列検出導線に FETトランジスタから成る能動マトリックススイッチングデバイス16を接続する。再び図5を参照すると、各検出素子に関連するスイッチングデバイス16は、関連する列導線34と給電線24との間に直列に接続した２個のスイッチングトランジスタ36と37とで構成し、これらのトランジスタのゲートを接続する（N＋1）番目の検出素子13に直接関連するクロック信号行導線20と、検出素子の双安定回路のノードAとにそれぞれ接続する。

【００２３】行導線20及び列導線34の端部はクロック信号を発生する行アドレス回路40と、列検出回路41とにそれぞれ接続され、列検出回路及び行アドレス回路の作動はタイミング兼制御回路43により接続されると共に同期がとられる（図1）。行アドレス駆動回路40は行導線20をクロックパルスで順次走査して、各行の検出素子を逐次リセット及び作動させる。クロックパルスは前の行の検出素子の状態を検出回路41により列導線34を介して読取り、且つ検出し得るようにする働きもし、検出回路41は各行の検出素子の状態を示す出力を端子58に順次供給する。アレイの最初と最後の行は他の行とは多少違っており、これらの行の関連する２つの行導線20の一方は、その行専用にするため、行導線20は全部で（r＋1）本である。行アドレス回路40による行導線20の走査は連続フィールド周期で規則的に繰返えされる。

【００２４】図1に示す装置では、ユーザが接地スタイラス50を操作して適当な検出素子に触れるようにするが、スタイラスの代りにユーザの指を用いることができることは明らかである。

【００２５】図6は図1及び図5に示す装置の作動時に

APLNDC00021528

（6）　　　　　　　特開平４－２３３６１９

特定の検出素子に現れる代表的な信号波形を示している。Ｃ　（Ｎ）及びＣ　（Ｎ＋１）は回路４０によりＮ番目と（Ｎ＋１）番目の行導線２０に供給されるクロックパルス信号である。クロックパルスＣ　（Ｎ）の受信時に、検出素子（及びＮ番目の行における他の全ての素子）の双安定回路がリセットされ、次いでその直後に上記双安定回路は検出素子が触れられているのか、余剰に応じて取り得る２つの安定状態のいずれか一方の状態に切り換わる。Ｖ₁及びＶ₂は前述したように検出素子のノードＡ及びＢに現れる電圧レベルを表わし、本例の場合、これらの電圧レベルは関連する検出素子が触れていない場合を示している。検出素子にスタイラスが触れている場合には点線にて示すような他の状態となる。

【００２６】クロックパルスＣ（Ｎ＋１）番目の行導線２０に供給されて（Ｎ＋１）番目の行における検出素子の双安定回路がリセットされると、検出素子（及びＮ番目の行における他の全ての素子）の能動スイッチングデバイス６６が作動して、検出素子の状態を決定することができる。検出素子の双安定出力はトランジスタ３７のゲートに接続されており、本例では出力（ノードＡ）が低レベルにあるとき、トランジスタ３７はターン・オフする。クロックパルスＣ　（Ｎ＋１）はトランジスタ３６をターン・オンさせるが、列導線３４と給電（負）導線２４との間は、トランジスタ３７がターン・オフするから接続されない。これに対し、双安定回路が他方の安定状態にあり、検出素子が触れられていることを示すノードＡの高レベル状態では、トランジスタ３７がターン・オンし、直列に接続されたトランジスタ３６及び３７が行導線３４と接地導線２４の間を相互接続する。

【００２７】検出素子の双安定回路の状態は、上述したような相互接続が存在するか、否かを列導線に接続した検出回路４１にて検出することにより確かめられる。この確認は様々な方法にて達成することができる。例えば、列導線３４は（Ｎ＋１）番目の行導線２０がアドレスされる前に高電圧レベルに予じめ帯電させられている。この場合にはＣ　（Ｎ＋１）番目のクロック信号によるマトリックストランジスタ３６の切り換え時に、双安定回路の状態に応じてトランジスタ３７の作動により斯かる電圧が放電するか、否かを検出する。この動作モードに対するＭ番目の列導線に対する電圧波形は図６にてＶ₃にて示してあり、ここではｔなるプリチャージ期間を表わし、ｔ₁は次の行に対するプレチャージ期間を表わしている。マトリックストランジスタ３６及び３７を流れる電流を測定するために列導線３４に電流増幅器を接続することもできる。前者の方法によれば、論理レベル信号をマトリックスの列導線から直接得ることができるので、列駆動回路が比較的簡単となる。しかし、この動作モードでは列導線のキャパシタンスを放電させるのに能動トランジスタジスタが或る時間を必要とするので、検出素子の行走査速度が制限されることになる。後者の方法では、能動マ

トリックストランジスタからの小さな信号を所要の論理信号に変換するために、検出回路４１内にて電流又は帯電検出増幅器を各列導線３４に接続する必要がある。

【００２８】各列導線に接続したそれぞれの検出増幅器で充電電流の大きさを検出することにより、センサ装置はどの検出素子が触れられたのか、それら検出素子の座標を確かめることができる。図７はそのような検査に好適な検出回路の一部を示し、ここに示してあるのは図面の簡単化のために検出素子の僅か３本の連続する列導線に対するものだけである。パネル１０の各列導線３４は並列帰還インピーダンス５３を有している反転増幅器５２の入力端子に接続する。検出器は容量性か、又は抵抗性の帰還インピーダンスのいずれかを設けることにより帯電か、電流のいずれかを検知する。増幅器５２の出力は信号処理回路５４に供給される。この信号処理回路５４は、触れられた列導線に関連する検出素子を示す列導線における大きな電流スパイクの影響に応答して適当なディジタル出力を発生する並列しきい値回路５５と、このしきい値回路の出力端子に接続され、シフトレジスタ５７を形成する一連のフリップ・フロップにディジタル信号をラッチして、一連の信号５８を発生するようにする並列ラッチ回路５６とを具える。

【００２９】処理回路５４の出力を行導線駆動回路４０の作動と関連付けることによって、接触された検出素子の座標を識別する独特な信号をタッチセンサ装置にとって本来固有の既知の方法にて発生させることができる。

【００３０】各列の検出素子はアドレス回路４０により順次アドレスされるため、１フィールドの終了後には接触された全ての検出素子を表わすもの、又は画像が得られる。検出素子アレイのこのようなアドレッシングは、各検出素子の状態がフィールド周期で逐次繰り返しモニタされるようにして反復サイクルで行われる。各フィールド周期の期間は、所要に応じアレイにおける検出素子の行数、駆動回路４０により供給されるクロックパルスの接続時間及び検出回路４１の動作方法を考慮して変えることができる。フィールド周期は、比較的短い接触入力を検出し得るようにするために十分短く選定する必要があることは明らかである。例えばフィールド周期を約２０ｍｓｅｃとして、ユーザ入力に対する応答を極めて速くし、接触入力の迅速な変化を検出することができる。

【００３１】上述した例では接地電位に結合させた導電スタイラスを情報入力の道具として用いている。スタイラスを用いる場合には、使用すべき検出素子の面積を小さくすることができ、従ってアレイの解像度を高めることができ、これは例えばグラフィックディスプレイ装置用のインタフェースとして使用するのに有利である。

【００３２】タッチセンサパネルの他の例の回路構成の一部を図３に対するものと同様に図８に示してあり、ここには代表的な検出素子の回路から関連する駆動及びアドレス導線並び能動マトリックススイッチングトラ

（7）　　　　　　　　　　特開平４－２３３６１９

11

ンジスタと一緒に示してある。本例では各行に対する別
個の接地用給電導線が必要でなくなる代りに、行導線20
にクロックパルスが実際に供給されている時以外は行導
線20を大地電位にする。この例の回路の作動時に表われ
る代表的な波形を図６の波形にならって図９に示してあ
る。

【００３３】この回路でも各検出素子の行に正の給電ラ
イン23を設ける。しかし、前述したように接地給電ライ
ンは使用せずに、その代り各検出素子の行には前述した
ように２本でなく、３本のクロック信号行導線20を関連　10
付ける。図８の回路を図５の回路と比較すると、図８の
場合には能動マトリックストランジスタの内のトランジ
スタ37の主電極、基準キャパシタ21のノードＡとは反対
側及び双安定回路のトランジスタ26と27との相互接続点
がいずれもライン60を経て（Ｎ＋１）番目の行導線20に
接続されていることが判る。図示の検出素子及び同じ行
における他の全ての同様な検出素子の作動は概して前述
した例におけるものと同様である。Ｎ番目の行導線20に
供給されるクロックパルス信号は双安定回路をリセット
し、このパルスの終了時に双安定回路は検出電極15に接　20
触入力が成されたか、否かに応じて取り得る２つの安定
状態の内のいずれか一方の状態をとる。回路部品に対す
る必要な接地はライン60を経て行なう。図９は（Ｎ＋
１）、Ｎ及び（Ｎ＋１）番目の３つの連続する行導線20
に対するクロックパルス列を示し、これから明らかなよ
うにＮ番目及び（Ｎ＋１）番目の行導線20にクロックパ
ルスが供給されている期間中、（Ｎ＋１）番目の行導線
は大地電位に保持される。双安定回路の状態は前述した
ように、能動マトリックスのトランジスタ36が（Ｎ＋
１）番目の行導線20に供給されるクロックパルスにより　30
ターン・オンする際に読出される。接地給電導線を使用
しなくて済むと云うことは、必要とする行導線の本数が
少なくて済むことになるが、第１行の検出素子を安全に
作動させる必要がある場合には、これら第１行の検出素
子に対する追加の行導線を設ける必要がある。

【００３４】図５及び図８に示すいずれの回路の場合に
も、検出素子のアレイ、能動マトリックス及びアドレス
導線並びに駆動導線は液晶表示装置の如き能動マトリッ
クスアドレス表示装置に用いられる技法に基いて製造す
る。能動マトリックス表示パネルにおける各画素は、一　40
方の基板上に行及び列アドレス導線の組と、１つ以上の
関連するマトリックススイッチングトランジスタと一緒
に支承される第１電極を有している表示素子で構成す
る。（表示素子の第２電極は電気－光学材料、例えば液
晶材料を挟んで離間させた第２の基板上に支承され
る。）従って、これらの表示パネルの一方の基板上の回
路構成と、上述したタッチセンサパネルとの間には多く
の類似性が存在する。能動マトリックス表示装置の製造
技術は多数報告されており、大面積の能動マトリックス
アレイを製造する手段も同様に確立され　50

12

ており、従ってここでは本発明に係る検出アレイ装置の
パネルを製造する方法について敢えて詳細に説明する必
要はないものと思料する。例えば、検出アレイ装置のパ
ネルは基板上に多数の重畳層を堆積し、且つこれらの層
をパターン化する。検出素子の能動アドレッシングもほ
ぼ同じようにして達成する。

【００３５】検出パネル10は同様な方法で構成される
が、信号処理は標準の表示パネルよりも多少複雑とな
る。その理由は、追加の導線組及び各検出素子に対する
７個のトランジスタを組込む必要があるからである。

【００３６】能動マトリックス表示装置におけるよう
に、ガラス基板はアモルファスシリコン又は多結晶シリ
コン技法を用いて薄膜トランジスタ（ＴＦＴ）を構成す
るトランジスタと一緒に用いる。アドレス導線及び駆動
導線は金属層をパターン化し、交差個所を適当に絶縁し
て形成する。基準キャパシタ21及び必要ならば個別の補
足キャパシタ$C_S$は、絶縁層を間に介挿させた堆積
金属層から金属パッドを画成することにより形成する。
同様に、検出電極15もセンサ装置を如何に使用するかに
応じて、堆積した不透明又は透明の導電層から画成す
る。電極15を覆う絶縁層は、検出素子アレイの全面積の
上に延在し、連続する検出面を形成する単一層として設
ける。この絶縁層は検出素子アレイを電気的及び機械的
に保護する作用もする。

【００３７】検出素子、特に検出電極の物理的な寸法
は、使用するタッチセンサアレイの特定要件、例えば所
望される解像度特性に適えるべく変えることができる。
検出素子の寸法は表示装置における画素に用いられるの
同程度、例えば約100平方マイクロメートル、又はそれ
以上とすることができる。

【００３８】上述した例のタッチセンサ装置は独立した
インタフェースとして用いることができる。これらの
タッチセンサ装置は表示装置、例えばマトリックス液晶表
示装置、又はＣＲＴに対するオーバレイとして用いるこ
とができる。このためには、検出素子の少なくとも検出
電極は透明とする必要がある。解像度を高めることがで
きると云うことは、極めて正確に位置を検出することが
できると言うことを意味する。従って表示装置のオーバ
レイとして用いる場合に、個々の検出素子と、表示装
置、例えば能動マトリックスアドレス液晶表示装置の表
示画素との関係を１：１とすることができる。カラー表
示の場合には３つで一組を成す各表示素子に対して１個
の検出素子を設けることができる。代表的な液晶表示装
置はアドレス導線と共に画素アレイを規定する電極を支
持し、且つ間に液晶材料を挟む２つの離間した基板を支
えている。検出素子アレイは、各検出素子が個々に表示
画素と整合するようにして表示装置の上に取付ける。

【００３９】本発明は上述した例のみに限定されるもの
ではなく、例えば、基準キャパシタ21の代りにＴＦＴ37
の寄生キャパシタンスを基準キャパシタンスとして用い

APLNDC00021530

（8）　　　　　　　　　　　　　特開平４－２３３６１９

ることにより専用の基準キャパシタ21の必要性をなくすことができる。この寄生キャパシタンスはＴＦＴトランジスタ37のゲート接点をソース接点の上に故意に延在させることにより増大させることができる。さらに、当業者には明らかなように、双安定回路としては例えばロング・テイルド・ペア回路を用いることもできる。

【００４０】上述した例の回路では能動アドレッシング用に３端子トランジスタデバイスを用いているが、検出素子は、表示装置の能動マトリックスをアドレスするのに用いられている既知の技法によりダイオード又はＭＩＭのような２端子の非線形スイッチングデバイスによって能動的にアドレスすることもできる。又、上述した例にて用いた容量的な方法とは別に、位置指定手段（スタイラス又はユーザの指）と検出素子の部品との間の直接的な電気接触に頼って、検出素子の双安定回路により用いた状態を斯様な電気接触の有無により決定するようにする技法を用いて検出素子を接触入力に応答させることもできる。

【図面の簡単な説明】

【図１】本発明によるタッチセンサアレイ装置の一例を概略的に示す線図である。

【図２】検出素子アレイの代表的な検出素子の等価回路図である。

【図３】検出素子の他の例を示す回路図である。

【図４】検出素子の作動説明用の波形図である。

【図５】センサアレイにおける１個の完全な検出素子と、それに関連する能動マトリックススイッチングデバイスとを与えている部分の回路図である。

【図６】図５に示す回路部分の作動時に現われる代表的な信号波形を示す図である。

【図７】タッチセンサアレイ装置の検出回路の部分を示

すブロック図である。

【図８】本発明によるタッチセンサアレイ装置の他の例の一部分を示す回路図である。

【図９】図８の回路の作動時に現われる代表的な信号波形を示す図である。

【符号の説明】
10　検出素子アレイ
12　検出素子
14　双安定回路
15　検出電極
16　スイッチングデバイス
17，18　インバータ
19　スイッチングトランジスタ
20　クロック信号ライン
21　基準キャパシタ
22　出力ライン
23　正の給電レール
24　負の給電レール
25，26，27，28　トランジスタ
33　給電回路
34　列導線
36，37　スイッチングトランジスタ
40　行アドレス回路
43　タイミング兼制御回路
46　接地スタイラス
52　反転増幅器
53　帰還インピーダンス
54　信号処理回路
55　並列しきい値回路
56　並列ラッチ回路
57　シフトレジスタ

【図１】　　　　　　【図２】　　　　　　【図３】



【図７】

【図４】



—142—

APLNDC00021531

（9）　　　　　　　特開平4－233619



【図5】　　　　　　　　　　【図6】　　　　　　　　　　【図8】

【図9】

APLNDC00021532

# PICTURE PROCESSOR

| | |
|---|---|
| **Patent number:** | JP7129312 (A) |
| **Publication date:** | 1995-05-19 |
| **Inventor(s):** | MIYAMAE TORU |
| **Applicant(s):** | OKI ELECTRIC IND CO LTD |
| **Classification:** | |
| - international: | *G06K9/20; G06F3/03; G06F3/041; G06F3/048; G06T1/00;* G06K9/20; G06F3/03; G06F3/041; G06F3/048; G06T1/00; (IPC1-7): G06F3/03; G06K9/20; G06T1/00 |
| - european: | |
| **Application number:** | JP19930301047 19931105 |
| **Priority number(s):** | JP19930301047 19931105 |

Abstract of **JP 7129312  (A)**

PURPOSE:To make it possible to input the specification of an area and a data processing sort and to improve a human interface by allowing an operator to touch picture data displayed on a display with a finger or the like. CONSTITUTION:While observing a picture displayed on a display, an operator searches a required area and inputs segmenting information for segmenting the area through an input part 105. The segmenting information consists of a coordinate sequence for regulating a segmenting area, information for indicating a sort, i.e., characters or graphics, and how to segment the area, and so on. The segmenting information is inputted to a control part 106, which decodes the segmenting information, segments a specified picture data part based upon the decoded result and executes the processing of a sort specified for the picture data.; The input part 105 is provided with a board capable of inputting data by allowing the operator to touch the board with a part of his (or her) body. Thereby many points can be inputted only by one operation.



---

Data supplied from the *esp@cenet* database — Worldwide

(19)日本国特許庁（ＪＰ）　　　　(12) 公 開 特 許 公 報 （Ａ）　　　　(11)特許出願公開番号

# 特開平7−129312

(43)公開日　平成7年(1995)5月19日

| (51)Int.Cl.⁶ | 識別記号 | 庁内整理番号 | ＦＩ | 技術表示箇所 |
|---|---|---|---|---|
| Ｇ０６Ｆ　3/03 | | ３８０　Ｍ | | |
| | | 　　　　Ｈ | | |
| Ｇ０６Ｔ　1/00 | | | | |
| Ｇ０６Ｋ　9/20 | | ３４０　Ｂ | | |
| | | 8125−5Ｌ | Ｇ０６Ｆ　15/ 62 | |

審査請求　未請求　請求項の数3　ＦＤ　（全 13 頁）

| | | |
|---|---|---|
| (21)出願番号　特願平5−301047 | | (71)出願人　000000295 |
| | | 　　沖電気工業株式会社 |
| (22)出願日　平成5年(1993)11月5日 | | 　　東京都港区虎ノ門1丁目7番12号 |
| | | (72)発明者　宮前　徹 |
| | | 　　東京都港区虎ノ門1丁目7番12号　沖電気 |
| | | 　　工業株式会社内 |
| | | (74)代理人　弁理士　佐藤　幸男 |

(54)【発明の名称】　画像処理装置

(57)【要約】

【目的】　操作を簡単化し、ヒューマンインタフェースを向上させる。

【構成】　画像表示部１０４には、文字パターンや図、写真等の画像データが表示されるが、これらの位置を示すためのカーソル等をマウス等で移動させる必要はない。オペレータが画像データの所定位置を指定するためには、指先等を使って指示する。このときの指先の位置は、入力部１０５により何らかの手段で検出される。また、画像データを文字パターンとして切り出すか図や写真等のイメージデータとして切り出すかは、例えば指を１本出すか３本出すかにより指定することができる。そして、入力部１０５で検出された指定に従って、制御部１０６で文字パターンとして切り出された部分については文字認識処理を行なうようにされ、イメージとして切り出された部分についてはデータ圧縮等を行なって格納するようにされる。



—75—

APLNDC00021534

（2）　　　　　　　　　　特開平７－１２９３１２

１

【特許請求の範囲】
【請求項１】　　画像データを表示する画像表示部と、
当該画像表示部に表示される画像データの一部を指定す
る操作動作とそれと同時に行なわれる当該画像データの
処理種別を指定する操作動作とを検出してそれらの情報
を入力する入力部と、
当該入力部より入力された情報により指定された画像
データの部分を切り出し、当該画像データに対して指定
された種別の処理を施す制御部とから成ることを特徴と
する画像処理装置。
【請求項２】　　前記入力部は、前記画像表示部に表示
される画像データ上の１又は２以上の点を指定し、当該指
定により前記画像データの一部を指定すると同時に、当
該指定する点の数により前記画像データの処理種別を指
定することを特徴とする請求項１記載の画像処理装置。
【請求項３】　　前記制御部は、前記入力部により入力さ
れる情報に応じて、当該入力部により情報を入力するモ
ードを自動的に設定し、当該モードに対応したデータ処
理を行なうことを特徴とする請求項１または請求項２記
載の画像処理装置。
【発明の詳細な説明】
【０００１】
【産業上の利用分野】本発明は、人間の動作を検出し、
当該動作に基づいてディスプレイに表示された画像デー
タの処理の種別を決定する画像処理装置に関するもので
ある。
【０００２】
【従来の技術】従来、図２に示すように、文字の他に図
や写真等を含む一般の文書の画像データをディスプレイ
に表示し、その画像データの領域をオペレータの指示に
従って切り出す画像処理装置がある（特開平２－２９３
９８０号公報参照）。このような画像処理装置では、マ
ウスやタブレット等のいわゆるワンポイントデバイスを
用いることによって、切り出すべき所望の領域の範囲を
指定するとともに、文字か図かの種別を指定していた。
【０００３】例えば、特開平２－２９３９８０以前の
技術では、マウスで領域の指定を行なう場合、マウスで
ある一点をクリックし、そのままジャンルした状態で他
の一点のところでクリックをオフにすると、それらの２
点を対角とする矩形領域の画像が切り出される。更に、
その領域が文字かそれとも写真等の図かを指定するため
に画像上の当該指定領域でもう一度クリックするという
操作が必要であった。これに対し、特開平２－２９３９
８０号公報に開示された技術では、領域指定の場合、あ
る一点をクリックした後、クリックをオフにしてもよ
く、フリーの状態でもう１度他の一点をクリックするこ
とによってその２点を対角とする矩形領域を抽出してい
た。そして、当該指定領域の種類が文字か図形かの種別
を、当該領域を指定する際にクリックする２点を結ぶ直
線の傾きが右斜めか左斜めかによって決定していた。

２

【０００４】
【発明が解決しようとする課題】しかしながら、上述し
た従来の技術には、次のような問題があった。即ち、上
述した画像処理装置で使用されるマウスやタブレット
は、一点だけしか指定できないいわゆるワンポイントデ
バイスであり、簡単な画像の切り出し編集作業だけの場
合には、それなりに操作性の向上及び入力の迅速化が図
られるが、複雑な切り出し編集作業には対処できない。
編集作業が複雑となるのは、３か所以上の領域を指定し
たりするため、マウス等を３回以上動作させることが必
要となる場合等である。例えば、切り出し領域が単純な
矩形でなく、２点を指定しただけでは定まらないような
領域である場合、切り出したい文字列が１画面内に多数
分散している場合、文字と図が同一領域内に存在する場
合、独立したブロックを順序に従って結合していく場合
等である。これらの場合には、マウス等では操作が複雑
になるという問題があった。
【０００５】本発明は、以上の点に着目してなされたも
ので、マウス等のように、オペレータが入力装置を動作
させることによりその入力装置の動作を入力情報として
入力するのではなく、オペレータの指等の動作を検出し
てそれを入力情報として入力して画像データを処理する
ようにした操作性のよい画像処理装置を提供することを
目的とするものである。
【０００６】
【課題を解決するための手段】本発明の画像処理装置
は、画像データを表示する画像表示部と、当該画像表示
部に表示される画像データの一部を指定する操作動作と
それと同時に行なわれる当該画像データの処理種別を指
定する操作動作とを検出してそれらの情報を入力する入
力部と、当該入力部により入力された情報により指定さ
れた画像データの部分を切り出し、当該画像データに対
して指定された種別の処理を施す制御部とから成ること
を特徴とするものである。
【０００７】
【作用】本発明の画像処理装置においては、画像表示部
には、文字パターンや図、写真等の画像データが表示さ
れるが、これらの位置を示すためのカーソル等をマウス
等で移動させる必要はない。従って、カーソル等を移動
させるための装置も必要でない。オペレータが画像デー
タの所定位置を指定するためには、指先等を使って指示
する。このときの指先の位置は、入力部により何らかの
手段で検出される。この手段は、どのようなものでもよ
いが、例えば、画像表示部の画面上に格子状に張り巡ら
されたビームの遮断により検出する手段を用いることが
できる。また、画像データを文字パターンとして切り出
すか図や写真等のイメージデータとして切り出すかは、
例えば指を１本出すか３本出すか等により指定すること
ができる。そして、入力部で検出された指定に従って、
制御部で文字パターンとして切り出された部分について

APLNDC00021535

(3)　　　　　　　　　　特開平７−１２９３１２

3

は文字認識処理を行なうようにされ、イメージとして切り出された部分についてはデータ圧縮等を行なって格納するようにされる。

【０００８】
【実施例】以下、本発明の実施例を図面を参照して詳細に説明する。図１は、本発明の画像処理装置の一実施例のブロック図である。図示の画像処理装置は、文字認識機能を有する画像処理装置であり、画像メモリ１０３、画像表示部１０４、入力部１０５、制御部１０６、画像切り出し部１０７、認識処理部１１０等から成る。画像メモリ１０３は、ＲＡＭ（ランダム・アクセス・メモリ）等から成り、２値又は多値の画像データを格納する。画像表示部１０４は、ＣＲＴや液晶表示装置等のディスプレイから成る。

【０００９】入力部１０５は、オペレータがデータの入力を行なうためのものであり、例えば、画像表示部１０４の画面上に張り巡らせたビームの遮断位置を検出するようなセンサから成る。制御部１０６は、画像メモリ１０３に格納されたデータの画像表示部１０４への表示制御や、画像切り出し部１０７の制御等の各部の制御を行なう。画像切り出し部１０７は、入力部１０５に入力されたデータに従って画像メモリ１０３から画像データの一部を切り出して文字認識処理部１１０又は合成編集部１１２に出力する。認識処理部１１０は、文字パターンの認識のための認識辞書や単語照合のための単語辞書を備えており、画像メモリ１０３から切り出した文字パターンについて文字コードへの変換や単語照合による後処理等を行なう。

【００１０】このような装置を使って、オペレータは、画像データを見ながら所望の文字パターンブロックを切り出し、認識させることが可能である。また、所望の図形ブロックを切り出して、文字認識結果とともに合成及び編集を行ない、その結果を例えば用紙等にプリントアウトすることが可能である。

【００１１】次に、上述した実施例の動作を説明する。まず、文字と図、写真等が混在した一般文書等を光学的に走査することによって得られた光信号１０１は、光電変換器１０２に入力される。光電変換器１０２は、光信号１０１を量子化して２値又は多値の画像データに変換する。この画像データは画像メモリ１０３に格納される。画像表示部１０４は、画像メモリ１０３に格納された画像データを例えば図２に示すようにディスプレイ上に表示する。オペレータはその表示された画像を見ながら、所望の領域を捜し、当該領域を切り出すための切り出し情報を入力部１０５を通して入力する。この切り出し情報とは、当該切り出し領域を規定する座標系列と文字か図形かの種別又は当該領域をどのように切り出すのかといった情報等から成る。このような切り出し情報は、制御部１０６に入力される。

【００１２】制御部１０６は、切り出し情報を解読し、

当該解読結果に基づき、画像切り出し部１０７に画像データを切り出すための指令及び切り出し領域を示すデータを与える。画像切り出し部１０７は、当該指令により、画像メモリ１０３上の画像データを制御部１０６より送られた切り出しデータに従って、分離及び抽出し、その結果、切り出された文字パターンブロック画像１０８は認識処理部１１０に出力され、図形ブロック画像１０９は合成編集部１１２に直接出力される。認識処理部１１０では、画像切り出し部１０７から入力された文字パターンブロック画像１０８を個々の文字パターンに切り出し、その１つ１つに対して、外接枠検出、特徴抽出、辞書照合といった一連の認識処理をおこなう。また、必要ならば、単語辞書との照合等の知識処理等を行ない、最終的にオペレータが望む文字パターンブロックの認識結果を合成編集部１１２へ出力する。

【００１３】合成編集部１１２は、切り出された図形ブロック画像１０９及び切り出された文字パターンブロック画像１０８の認識結果１１１とを内部の規則に従って自動的に合成し、又は制御部１０６からの指令に従って編集する。そして、当該合成編集結果１１３を出力する。尚、この合成編集結果１１３は、例えば、用紙等にプリントアウトされたり、磁気ディスク上にファイルとして落されたりする等、様々なケースがあり得る。

【００１４】以上が本発明の画像処理装置の一実施例の処理の流れの説明であるが、この中で、本発明の最大の特徴は、入力部１０５のところにある。入力部１０５には、オペレータがその体の一部を接触することによって入力が可能なボードが備えられている。このボードは、接触したところの情報、即ち、接触領域の位置、数、面積、動作等を検出する機能を有する。そして、該情報に基づいて命令をコード化し、また切り出し領域に関する情報を所定のフォーマットに従って、データ化することができる。

【００１５】以上のような入力手段を備えた入力部１０５を使用することによって、例えばマウスやタブレット等を使用した場合のように常に一点のみを指示するのではなく、一回の動作で多数の点の入力が可能となっている。従って、入力が迅速となり、かつ操作も簡単で迅速というメリットが生れ、されに自分の体の一部を直接触れることによって入力することができるので、操作感覚も向上し、ヒューマンインタフェースの優れた環境を提供することができる。このように、本発明は、オペレータがボード上に直接触れることによって、接触点の位置、数、接触面積、動作等を検出する手段を画像処理装置等に設けたことに特徴があり、当該接触情報を検出する技術はどのようなものでもよい。尚、接触情報を検出する方法は公知の技術で実現可能である。

【００１６】ここで、以下入力部１０５について、更に詳しく説明する。入力部１０５の形態としては、大きく分けて２つある。１つ目の例としては、入力部１０５

APLNDC00021536

(4)

特開平7－129312

5

が画像表示部１０４に組み込まれており、そのディスプレイ上にオペレータの指先等、体の一部が触れたときに、その接触点の位置、数、動作等を検出するものがある。また、２つ目の例としては、入力部１０５が画像表示部１０４とは別々の装置となっており、入力部１０５における入力ボード上にオペレータの指先が触れることによって、同様に、その接触点の位置、数、動作等を検出するものがある。但し、後者においては、入力ボード上の位置とディスプレイ上の位置とに対応関係を持たせる必要がある。

【００１７】図３に、入力部の具体的構成例を示す。図示のように、画面の上側にＸ方向光ビーム放射器３１を設け、画面の下側にＸ方向光センサ３２を設ける。また、画面の右側にＹ方向光ビーム放射器３３を設け、画面の左側にＹ方向光センサ３４を設ける。これらは、例えば発光ダイオードとフォトダイオード等の配列により構成することができる。この装置で囲まれた仮想的な平面内には、常時図中点線で示すような光ビームが放射され、これらの光ビームが格子状に張り巡らされている。この仮想的な平面上の一点を図示のように指で指すと、その点でＸ方向及びＹ方向の光ビームが遮断される。光ビームが遮断された点は、Ｘ方向光センサ３２及びＹ方向光センサ３４で強度分布を測定すると、図示のように極小付近に相当する。ここで、極小値の座標（Ｘ１，Ｙ１）が指先の接触点として検出される。

【００１８】また、入力部１０５で入力された位置に関する情報は、例えばマウスのように現時点における入力ボード上の接触点の位置やその軌跡をディスプレイ上に矢印や曲線等で表わし、オペレータは常にその位置をモニタしながら、入力することができるようになっている。尚、モニタの際に、入力指等を指定するモードや軌跡をキャンセルするモードが別に用意されている。次に、オペレータが入力した時の接触点の位置、数、動作をといかに用いてオペレータの意思を制御部１０６に伝達するかという手段について説明する。入力部１０５は、複数のモードを持ち、接触点の数や動作によって、自動的にモードが切替わるようになっている。ここで、入力部１０５に入力している状態の例を図４に示す。

【００１９】まず、接触点の数が１点である場合、即ち、人差し指等で、ディスプレイ又は入力ボード上の１点を指している状態を図４（ａ）に示す。この時、モードは文字パターンブロックの切り出し指定モードに自動的に変換される。ここで、入力モードを指定するには、ディスプレイ又は入力ボード上の任意の位置で接触すればよく、マウスやタブレットのようにクリックする指定領域等を定めておく必要はない。従って、オペレータの操作負担を軽減することができる。尚、後述するようにこの１点接触を、切り出し範囲に確定している領域を実際に切り出し、文字パターンブロックとして認識

6

処理部１１０に出力する許可を与える指令として用いることもできる。

【００２０】図４（ｂ）は、図形ブロックを切り出すモードを示す。入力部１０５において、接触点が３点検出された場合、自動的に図形ブロック切り出しモードに変換される。この場合も文字パターンブロック切り出しモードと同様にディスプレイ又は入力ボード上の任意の箇所に触れれば良い。また、後述するように、切り出し範囲の確定している領域を実際に切り出し、文字パターンブロックとして認識処理部１１０に出力する許可を与える指令として用いることもできる。

【００２１】図４（ｃ）、図５（ａ）は、切り出し範囲を指定するモードである。図４（ｃ）においては、接触点が２点検出された場合に自動的に切り出し領域指定モードに変換される例を示す。このとき、２つの接触点を対角とする矩形領域が切り出し範囲となり、画面表示部１０４のディスプレイ上には図中点線で示すような当該矩形の境界線が表示される。ここで、指を離すと範囲指定モードは再びオフになり、表示された境界線は消える。このように、オペレータは、切り出し領域を確認しながら操作することが可能になり、しかも２つの指を接触させるという１回の動作で範囲を指定することが可能となるので、操作性の向上、入力の迅速さといった効果が得られる。

【００２２】オペレータは、このモードで所望の領域が決定した時、この領域内の画像データが実際に切り出されるような命令しなければならない。この命令の与え方として、例えば、２点を接触させた状態で残りの指をディスプレイ又は入力ボードの任意の箇所に触れるという操作等を用いることができる。この時、領域指定のために使用している接触点以外の接触点の数が１点であった場合、当該切り出し指定領域は、画像切り出し部１０７によって文字パターンブロック画像１０８として切り出され、認識処理部１１０に出力される。一方、領域指定のために使用している接触点以外の接触点の数が３点であった場合、当該切り出し指定範囲は、画像切り出し部１０７によって図形ブロック画像１０９として切り出され、合成編集部１１２に出力される。もちろん、これらの操作の場合、片手の指に限らず、両手の指を使用しても本質的に同じであることはいうまでもない。以上のように、入力部１０５は、現時点の接触点の数を検出して、モードを切り換えるだけでなく、接触点の数の変化によって、連続する２以上の作業を実行させることができる。

【００２３】図５（ａ）も領域指定モードであるが、これは、１つの接触点の位置変化を検出し、その接触点の軌跡を領域の範囲指定に用いるモードである。オペレータが、所望の切り出し範囲と囲む直線や曲線をディスプレイ又はキーボード上に描いていく時、入力部１０５は、接触点の位置変化が所定の閾値を超えた時、自動的に上記指

—78—

APLNDC00021537

（5）　　　　　　　　特開平７−１２９３１２

7

定モードに変換し、描かれた接触点の軌跡を当該閾値に基づく離散点の座標系列として内部メモリに格納する。この時、その軌跡はディスプレイ上に表示され、オペレータが確認できるようになっている。また、接触点を押しても軌跡は残ったままにしておくほうが操作性が良好となると思われるが、誤った軌跡を描いてしまった場合には、誤った軌跡の部分を消去できるようにしなければならない。そのような場合には、２本の指等を２点接触させた状態で、誤った軌跡のところをなぞるとなぞった部分が消去されるというような機能を付与しておけばよい。

【００２４】尚、本実施例では、全ての設定をリセットするモードも用意されており、このモードは、例えば図５（ｂ）に示すような４点接触により指定される。このリセットモードによって、描かれた軌跡は、全てクリアされる。

【００２５】以上の操作で、切り出し領域が定められたとき、その領域内で指等を接触させると、その接触点の数に応じた種類の切り出しが実行される。即ち、その領域内の接触点が１個である時は、当該領域内は文字パターンブロック画像１０８として切り出され、認識処理部１１０に出力される。また、その領域内の接触点が３個である時は、当該領域内は図形ブロック画像１０９として切り出され、合成編集部１１２に出力される。この時、軌跡で示される切り出し領域の外部で接触させた場合、その外部の領域も切り出しの対象となる。例えば、図形ブロックを範囲指定し、その領域内部で３点接触を行ない、その外部で１点接触を行なうと、その領域内部の画像は、図形ブロックとして切り出され、その領域外部の画像は文字パターンブロックとして切り出される。尚、以上のように描かれた軌跡が閉ループである時だけ指定領域が定められるので、入力部１０５は、当該軌跡が閉ループをなすか否かをチェックし、閉ループと判定された時だけ、上述の処理を行ない、それ以外の場合は警告メッセージを発してオペレータに軌跡の修正を促す。

【００２６】尚、同一画面上に複数の切り出し領域があり、それぞれの切り出し領域を同時に指定したり、一度に出力許可を与えたいという場合もある。更に所望の順序に従って、画像を連続させたい場合等もある。本実施例では、このような操作に対応するために次のような手段を設けている。即ち、２点接触あるいは接触点の軌跡によって、定められた複数の領域のそれぞれに対して、文字か図形の別を接触数によって指定した後、それぞれの領域を１点で指しながら、数字をキーボードで入力していく。そして、最後に図５（ｃ）のように５点接触を行なうと、指定された領域が切り出され、各領域に対して与えられた数字の小さい順に画像が連結され、画像の種類に応じて各々の処理が行なわれる。尚、順序を指定する数字のキーボード入力を接触点数に変えても

8

よい。

【００２７】また、上述した図５（ｃ）は、５点以上の接触点によるモードの入力例である。ところが、５点の接触は、操作性が悪くなる場合があるので、例えば、手のひら全てを接触させて、所定のモードの指定を行なうようにしてもよい。つまり、入力部１０５は、接触面積を検出することが可能なので、接触面積の相異による指定、モード変換等も可能となる。尚、図５（ｃ）に示されたモード指定において領域の指定がなかった場合には、ディスプレイ上の全体の画像データが、文字ブロック切り出しモードか図形ブロック切り出しモードかに従って、認識処理部１１０又は合成編集部１１２に出力される。

【００２８】以上の入力制御手順は、図６及び図７のフローチャートに示す手順で行なわれる。即ち、図６に示すように、入力ボードへの接触点数が１点から５点までのいずれかを検出し（ステップＳ１〜Ｓ５）、各接触点数に対応したモードに切り換えて処理を行なう（ステップＳ６〜Ｓ１１）。接触点が１点のときは（ステップＳ１）、接触点の位置が所定の閾値以上変化したか否かを検出し（ステップＳ６）、所定の閾値以上変化があった場合、切り出し領域の範囲指定モード（ステップＳ９）に切り換える。

【００２９】また、図７に示すように、すべての画像データの指定処理を終えた後、１点接触を検出すると（ステップＳ１２）、そのときのキーボードによる数字入力を検出し（ステップＳ１３）、入力された数字の順に画像を連結する（ステップＳ１４）。そして、画像連結を完了した後、５点接触を検出すると（ステップＳ１６）、指定された数字の順に画像を出力する（ステップＳ１６）。以上の実施例は、認識処理前の画像データの切り出しに関するものであるが、文字ブロックと図形ブロックとが自動的に分離・抽出され、文字パターンがすでに認識されている場合にも本発明を適用することができる。このような場合の実施例を以下に説明する。

【００３０】図８は、本発明の画像処理装置の他の実施例のブロック図である。図示の装置は、図１の装置と同様な要素から成るが、それらの接続関係が異なる。まず、文字と図、写真が混在した一般文書等を光学的に走査することによって得られた光信号２０１は光電変換部２０２において、量子化され、２値化は多値の画像データに変換され、画像メモリ２０３に格納される。画像切り出し部２０４は、画像メモリ２０３内の画像データに対して、文字パターンブロックと図形との分離・抽出を行ない、図形ブロックの画像データを画像表示部２０７に出力する。文字パターンブロックに対しては、更に個々の文字パターンにも切り出して外接枠を検出し、当該外接枠座標と当該文字パターンの画像データとともに認識処理部２０５に出力し、切り出しに関する情報のすべてを制御部２０６に伝達する。また、オペレータ

APLNDC00021538

は、入力部２０８を通して制御部２０６に画像データを切り出す命令を入力する。そして、画像切り出し部２０４は、制御部２０６からの命令によって、指定された画像データを切り出し、合成編集部２０９に出力する。

【００３１】認識処理部２０５では、画像切り出し部２０４から出力された文字パターンの画像データの各々に対し、特徴抽出、辞書照合といった一連の認識処理を行ない、また必要であれば、単語辞書との照合等の知識処理等を行ない、当該認識結果を画像表示部２０７に出力する。尚、入力部２０８を通して入力されたオペレータの意思に基づく制御部２０６からの命令により、指定された文字パターンのみを合成編集部２０９に出力することも可能である。画像表示部２０７は、画像切り出し部２０４によって切り出された図形ブロック画像及び認識処理部２０５によって出力された認識結果を内部の規則に従って自動的に合成し、又は、制御部２０６からの指令に従って編集し、当該合成編集結果２１０を出力する。尚、この合成編集結果２１０は、例えば、用紙等にプリントアウトしたり、磁気ディスク上にファイルとして落したりする等、様々な出力形態が考えられる。

【００３２】この第２の実施例でも、第１の実施例と同様に入力部２０８に本発明の特徴がある。即ち、入力部２０８も、ディスプレイ又は入力ボード上にオペレータの指先等、体の一部が接触することによって情報の入力が可能となっている。但し、図１の装置と異なる点は、画像表示部２０７で表示された文字は、画像イメージではなく、既に認識された文字コードであるという点及び画像切り出し部２０４では自動的に図形ブロックと文字パターンブロックとを分離・抽出する機能があるという点である。

【００３３】ディスプレイ上に表示された文字あるいは文章が認識結果であることを利用して、この第２の実施例とは異なる入力手段を用意することができる。例えば、認識処理部２０５において文字パターンブロックにおける行及び段落を抽出する機能を持たせた場合、行あるいは段落指定といった入力モードを設けることができる。このような入力モードでは、例えば図４（ｃ）のように接触点が２つあり、しかも、その接触点が２つとも文字パターンブロック内に存在した場合、自動的に行抽出モードに切り替わるようにする。これにより、それらの２つの接触点が属する行及びそれらの間の行が切り出され、合成編集部２０９に出力される。また、図４（ａ）のように接触点が１点しかない場合でもそれが示す位置が段落の先頭の空白部分であった場合には、その段落のすべてが抽出され、合成編集部２０９に出力される。また、図５（ａ）のように、文字ブロック領域内で範囲指定することもできるが、文字列をなぞってもよく、その際、なぞられた文字列が自動的に抽出され、合成編集部２０９に出力される。これらの入力制御手順は、図６のフローチャートに適否判定及び処理を追加す

ることにより容易に実施できる。

【００３４】尚、本実施例では、オペレータの指示に従って所望の領域を切り出すモードの他に、画像切り出し部２０４において、文字パターンブロックと図形ブロックとに分離・抽出された領域を修正するモードも用意されている。この修正モードでは、まず、ディスプレイ上に文字パターンブロックと図形ブロックの境界線が表示され、もしそれらの分離領域が誤っていた場合、オペレータはその境界を修正することが可能である。例えば、図形ブロックの領域が誤って抽出されている場合、図５（ａ）に示すようにその領域範囲を指定した後、例えば図４（ｂ）の操作のように当該領域が図形ブロックであることを知らせればよい。この時、分離抽出されていた文字パターンブロックの領域が修正された図形ブロックの領域と重複してしまった場合、自動的に文字パターンブロック領域から当該重複領域が排除される。同様に、文字パターンブロックの修正も図５（ａ）のように領域範囲を指定した後、例えば、図４（ａ）の操作で当該領域が文字ブロックであることを知らせればよい。また、修正に伴なう重複領域の処理は、図７に示す修正手順に従い、前述した第１の実施例の場合と同様にして行なうことができる。尚、修正に伴なって、図形ブロック領域から文字ブロック領域に変更された文字画像は、認識処理部２０５において認識処理され、認識結果として出力される。

【００３５】更に、認識結果を修正するモードも用意されている。このモードでは、修正をする文字を図４（ａ）のように指定するか又は修正される単語を図５（ａ）のようにその上をなぞることによって指定し、修正を行なうことができる。上述した実施例では、主として、画像や認識結果の切り出し編集作業に、本発明を適用したが、本発明は、これ以外の用途、例えば、ディスプレイ上に表示されたウィンドウ等の表示形式の変換や画像の頁めくり等の表示変換にも適用できる。この場合にも、上述した実施例で示したように入力ボード等に接触する接触点数、面積等の態様によって、モード変換させる場合の例がいくつか考えられるが、より利便性の優れた入力手段として以下の実施例を挙げてその詳細を説明する。

【００３６】上述した第１及び第２の実施例においては、ディスプレイ又は入力装置の接触入力面は、平面又は平面に近い曲面であり、かつその面は変形を受けることなく常に一定であった。ところが、その入力面が変形可能であるならば、それが変形された度合いや変形後の幾何学的形状等をも入力情報として利用可能となる。従って、１回の入力操作で、更に多くの情報を入力できる。そのような入力装置の例として、第３の実施例を挙げる。

【００３７】第３の実施例では、例えば、入力面が伸縮可能な透明なゴム状の膜でできた入力装置を用意する。

APLNDC00021539

11

この入力装置では、第１及び第２の実施例の場合と全く同様に、接触点の位置、数、動作等を検出することができるが、同時にその膜を押し込んだときのへこみの度合いを検出できる。そのへこみの度合いによって、画像等のなんらかのパラメータ、例えば、ある１つのウィンドウ内の画像の拡大率又は縮小率を決定する。つまり、例えば、図９（ａ）に示すように１本の指等で１つのウィンドウを示し、その状態で、指を押し込んでいくと、指し示されたウィンドウの表示は、図９（ｂ）に示すようにその膜のへこみの度合いに対応した拡大率まで拡大していく。逆に、図１０（ａ）に示すように２本の指でそのウィンドウを示すと、縮小モードに変換され、その状態で、指を押し込んでいくと、そのウィンドウ表示は、図１０（ｂ）に示すようにその膜のへこみの度合に対応した縮小率まで縮小する。あるいは、入力ボードを画像表示部と別体とし、２本の指の代わりに膜の裏側から押し込むと縮小するという方法を採ってもよい。

【００３８】このように、第３の実施例は、画像等の表示に関するパラメータを、変形可能な物体を入力媒体として用い、その変形の度合いに対応づけることによって、一度の操作でパラメータ指定及び変更を可能としている。もちろん、変形可能な物体であれば、伸縮自在な膜だけでなく、バネや弾力性のあるグリップ、一部のコンポーネントが移動可能なもの等、何でもよい。また、変形の度合いをパラメータではなく、各モードの変更に対応づける方法を採ってもよい。あるいは、変形の度合いまでは検出せず、変形の前後の形状のみを検出し、変形後の形状を、パラメータやモードの変更に対応づけることも可能である。

【００３９】第３の実施例では、第１及び第２の実施例と比較して変形というパラメータが導入された分、情報の指定の自由度が大きくなり、それだけ利用可能な入力情報が多くなる。ところが、例えば、上述した拡大・縮小率を指定する例では、指で膜を押し込んだ状態で、左右にシフトする動作等は極めてやりにくいかあるいは大きな制約を受けることになる。従って、更に自由度を向上させるためには、本発明を非接触で入力可能な画像処理装置に拡張する必要がある。これによって、物理的な入力媒体に現実に接触して入力することに伴うる制約からオペレータを開放できる。この非接触入力を実現するためには、オペレータの体の一部の位置や動作等を正確に検出する手段が必要となる。このような手段として、例えば、指等の手の動きを追跡することの可能なセンサのついたグローブやグリップ、ＣＣＤカメラ等によって捕らえられた手の形状等の画像から指先等を抽出する手段、あるいは、電磁場の遮断を利用する方法等、多々あり得る。本発明では、その手段が具体的に何であるかを問わない。この非接触入力の例を第４の実施例として以下に説明する。

【００４０】第４の実施例では、前述した第１、第２及

12

び第３の実施例における入力ボード又はディスプレイの入力平面は、すべて、操作空間上に存在すると見立てられた仮想入力空間に置き換えられる。また、入力ボード等への接触入力とは、当該仮想入力空間内の１点又は２点以上を指示して入力することとなり、オペレータの指先等は物理的に何者とも接触していない。このようにして、前述した第１、第２及び第３の実施例のモード変換、パラメータ指定、領域指定、方法等又はディスプレイとの対応関係は、すべてこの非接触入力の場合に適用できる。例えば、図１１に示すように本実施例の画像処理装置の付近に設定された仮想入力空間の範囲内に、センサ等によって捕らえられた指先の１本が入ってきた時、図４（ａ）の１点接触とみなすという具合である。

【００４１】また、第３の実施例のように、入力媒体の変形を捕らえる場合には、例えば、入力平面である膜の表面をその仮想入力空間の表面に対応させ、その膜のへこみ具合を当該表面に対する方向における指先の座標値に対応させればよい。更に、入力媒体の形状の変形に対応した量としては、例えば、仮想入力空間に入ってきた複数の指先の点を結ぶ幾何学的図形、例えば３本の指の先で作られる三角形の面積等を用いる。又は、指の曲がり具合等、体の一部の形状の変形量そのものを用いることもできる。

【００４２】図１２に、第４の実施例の具体的構成例を示す。図示の装置は、上面図撮影システム４１、側面図撮影システム４２から成る。各システムは、ＣＣＤ４３、４４、オートフォーカスレンズ４５、４６から成る。そして、これらのシステムに対向する位置に反射ボード４７が設けられている。反射ボード４７は、人の手と背景とを明確に区別できるように、人の肌の反射率より低い反射率にされている。このようなシステムによって撮影された人の手は、図１３に示すような２値パターンに変換される。次に、２値パターンの輪郭線から輪郭点が抽出され、輪郭点座標系列が求められる。そして、輪郭点座標系列に基づいて対向する端点（先端のとがった点）が抽出される。この結果、端点を接触点とみなし、端点数及び座標が求められる。図示の例では、（Ｘ１，Ｙ１，Ｚ１）、（Ｘ２，Ｙ２，Ｚ２）の２点が求められる。これにより、オペレータの所望の処理が行なわれる。尚、端点の抽出方法としては特開平４－２８０１３０号に開示されている方法を用いることができる。

【００４３】以上のようにして、第４の実施例では、第１、第２及び第３の実施例のようにたかだか２次元か又は入力媒体に拘束された３次元の入力空間とは異なり、その仮想入力空間の範囲内で自由に入力が可能となるので、入力の迅速さや操作性の向上が期待できる。例えば、次のような場合等にその真価が発揮できる。

【００４４】まず、多数のウィンドウが折り重なって表示されている画面があり、前のウィンドウによってすべて隠されたウィンドウの１つを一番前に表示させ、そこ

APLNDC00021540

13

にカーソルを持ってくるときの操作を行なうとする。この場合、仮想入力空間の接触面積及びその面積に並行な面が、ディスプレイ上の画面に対応しており、更にその表面に対して垂直な方向の座標が折り重なっているウィンドウの前から順番に対応しているとする。すると、その仮想空間内で、１点を示してやれば、まず、その１点を含む平面に対応している画面がディスプレイ上に表示される。オペレータは、その画面を見ながら、所望のウィンドウを捜し、それがない場合には、接触点を仮想入力空間内で移動させれば、その座標に応じて表示されるウィンドウも代わる。

【００４５】従って、このような操作でウィンドウを検索することができる。そして、所望のウィンドウが表示されたとき、その平面内で接触点を動かして、そのウィンドウにカーソルを移動させる。そこで、接触点数を変化させる等の操作を行なって制御部にその旨を知らせると、ウィンドウ検索モードは終了し、そのウィンドウが確定される。従って、幾重にも折り重なったウィンドウの内、所望のものを高速に検索することが可能となり、従来のマウスを使用する時のようにクリックとカーソル移動の操作を何回も行なう必要はなくなる。このように第４の実施例では、３次元の自由度を持つ入力が可能になるので、２次元の画面上では複雑に錯綜したものでも検索が容易となる。この例の他にも例えば、複数のウィンドウにイメージとして表示された論文の頁検索の例等がある。このためには、接触点の座標値に応じて、表示される画像データのアドレスを変更する手段を設ける必要がある。

【００４６】以上が本発明による４つの実施例であるが、本発明は上述した実施例にのみ限定されるものではないことはもちろんである。例えば、両手の指をそれぞれ同時に使って、同時に２つの文字ブロックあるいは図形ブロック又はそれらの組み合わせの切り出し領域の指定を行なえるようにする本発明を拡張することが可能である。また、多点接触の場合にも１点接触と同様に１回毎の入力を記憶しておき、オペレータが入力を許可したときにそれらすべての入力記憶に基づいた処理を行なうようにすることも可能である。また、上述した実施例による入力情報として用いる接触に関する物理量は、上述したもの以外にも考えられ、例えば、接触圧力、接触時間、接触点間の距離、複数の接触点から構成される幾何学的形状又は接触領域の形状そのものにまで拡張できる。

【００４７】更に、上述した実施例による入力手段は、他の入力手段、例えば、マウス、タブレット、キーボード等との併用を何ら妨げるものではなく、それらとの併用によって更に多彩な入力機能を有するように変更することが可能である。更にまた、上述した実施例では、接触手段として指先を用いたが、もちろん、指先以外の体の一部、例えば足や舌等を用いてもよい。更に、直接接触

14

れることによる入力だけではなく、何らかの物体を介して間接的に触れる方法でもよい。例えば、接触部分のピンポイント性及び入力の確実性の向上を図るため、入力ボードやディスプレイのセンサに対して、図１４に示すように応答性のよい何らかの物体やデバイスを個々の指先に取り付けられるようにする手段、又は、はし等のように多点入力が可能なものを使用してもよい。

【００４８】図１４に示す装置では、オペレータの指先に電場又は磁場を検出するセンサ５１、５２等を取り付けるようにする。これらのセンサは、オペレータが指を折り曲げると、自動的にオフになるようになっている。オペレータは、このようなセンサを取り付けた手を図１５に示すように入力ボックス５３に入れる。入力ボックス５３の内部には、非対象な電場又は磁場が生じており、オペレータはその中で手を動かす。入力ボックス５３内の電場又は磁場の強度は各位置で異なっているので、その強度を測定することによって指先の位置が検出できる。また、指が折り曲げられた場合にはセンサが自動的にオフになるので、オンになっているセンサの数を接触点の数とすることができる。

【００４９】また、入力ボード等の形状に関しても、必ずしも平面状である必要はなく、入力し易い形状、例えば、球面、楕円面等の曲面に適宜設定できる。更に、文字パターンに対する認識結果を用いる場合だけではなく、シンボル等の図形認識を使用することも可能である。更に、第１の実施例で、認識処理部が存在しないものも本発明に含まれる。この場合、切り出された文字パターンの画像データは、認識処理を受けることなく、そのまま合成編集部に出力されることになる。更にまた、図４及び図５に示す指先の接触点数、位置及びその動作による入力とそれらに応じたモードとの対応関係はあくまでも１つの例であり、操作性の許す範囲及び本発明の範囲内で任意に設定可能である。また、これら接触状態の相異と各モードとの対応関係は、一対一であるとは限らず、異なる接触状態の組み合わせをもって、各モードに対応させることも可能である。例えば、１点接触と２点接触を連続して行なった場合に、他のモードに切り換える等である。

【００５０】以上の発明の範囲に関する説明は、上述した第４の実施例における仮想入力空間に関しても同様であるが、第４の実施例の変形例としてはこれら以外にも、例えば、次のようなものがある。即ち、第４の実施例では、接触点の仮想入力空間における座標値が問題となっていたが、接触点の相対的位置関係等の位相的な情報を利用したり、オペレータ自らが操作性の向上のため基底となる座標系を定められるようにすることもできる。尚、図１及び図８における各構成部分の処理、入出力信号の流れ、配置等の条件は、本発明の範囲内で適宜変更可能である。

【００５１】

APLNDC00021541

(9)　　　　　　　　　　　特開平７−１２９３１２

15

【発明の効果】以上説明したように、本発明の画像処理
装置によれば、ディスプレイ上に表示された画像データ
に基づいて、オペレータが指先等を使ってディスプレイ
や入力ボード上に触れることによって領域の指定やデー
タの処理種別の指定を入力できるようにしたので、マウ
スやタブレット等を使って所望の切り出し領域を指定す
る方法と比較して、１回の操作に様々な入力機能を持た
せることができる。従って、操作性を向上でき、迅速な
入力をすることができる。即ち、マウスやタブレットの
操作に不慣れなオペレータでも自分の手を使って容易に
入力操作をすることができ、ヒューマンインタフェース
の向上を図ることができる。特に、オペレータの指先の
接触点数を検出し、その接触点数により入力モードを自
動的に切り換えるようにすることにより、これらの入力
機能を容易に実現できる。

【図面の簡単な説明】
【図１】本発明の画像処理装置の第１の実施例のブロッ
ク図である。
【図２】画像データのディスプレイ表示例の説明図であ
る。
【図３】入力部の具体的構成例の説明図である。
【図４】入力部による入力方法（その１）の説明図であ
る。
【図５】入力部による入力方法（その２）の説明図であ
る。
【図６】本発明に係る入力制御手順（その１）を説明す

16

るフローチャートである。
【図７】本発明に係る入力制御手順（その２）を説明す
るフローチャートである。
【図８】本発明の画像処理装置の第２の実施例のブロッ
ク図である。
【図９】本発明の第３の実施例（その１）の説明図であ
る。
【図１０】本発明の第３の実施例（その２）の説明図で
ある。
【図１１】本発明の第４の実施例の説明図である。
【図１２】第４の実施例の具体的構成例の説明図であ
る。
【図１３】図１２の装置による端点検出状況の説明図で
ある。
【図１４】第４の実施例の他の具体的構成例の説明図で
ある。
【図１５】図１４の装置による操作例の説明図である。
【符号の説明】
１０２　光電変換部
１０３　画像メモリ
１０４　画像表示部
１０５　入力部
１０６　制御部
１０７　画像切り出し部
１１０　認識処理部
１１２　合成編集部

【図１】



本発明の画像処理装置の第１の実施例

【図２】



画像データのディスプレイ表示例

—83—

(10)                                         特開平7−129312



—84—

APLNDC00021543

(11)                    特開平7－129312



【図6】

本発明に係る入力制御手順（その１）

【図9】

(a)

↓

(b)

本発明の第3の実施例（その１）

—85—

APLNDC00021544

(12)                    特開平7－129312



【図7】

開　始

S12
接触点1点？　N

Y

S13
キーボード
数字入力？　N → その他の処理

Y

S14
入力数字位置
に画像を連結

S15
接触点
5点？　N

Y

S16
数字の順に
画像を出力

本発明に係る入力制御手順（その2）

【図10】

(a)

↓

(b)

本発明の第3の実施例（その2）

【図13】

X1 X2

Y2
Y1

(a)

上　面　図

【図14】

52

51

第4の実施例の他の具体的な�िछ例

(b)

Z1
Z2

側　面　図

図12の装置による端点検出状況

－86－

APLNDC00021545

(13)                              特開平7−129312

【図12】                         【図15】



第4の実施例の具体的構成例

図14の装置による操作例

APLNDC00021546



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/428,506 | 07/03/2006 | WAYNE WESTERMAN | 106842008604 | 4122 |

69753          7590          03/19/2009
APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| SHENG, TOM V |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/19/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

APLNDC00021547

| **Office Action Summary** | Application No.<br>11/428,506 | Applicant(s)<br>WESTERMAN ET AL. | |
|---|---|---|---|
| | Examiner<br>TOM V. SHENG | Art Unit<br>2629 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>15 December 2008</u>.
2a)☒ This action is **FINAL**.  2b)☐ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>1-15 and 17-19</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) <u>1,2 and 11</u> is/are rejected.
7)☒ Claim(s) <u>3-10,12-15 and 17-19</u> is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some * c)☐ None of:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

### Attachment(s)
1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>12/11/08</u>.
4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____.

APLNDC00021548

Application/Control Number: 11/428,506                                        Page 2
Art Unit: 2629

### *Claim Objections*

1.      Claims 17-19 are objected to because of the following issues:

Claim 17: lines 7 and 9, "a particular hand" should be "the particular hand"

because all mouse manipulations are performed with one hand.

Claim 18: line 3, "a particular hand" should be "the particular hand."

Claim 19: lines 7 and 9, "a particular hand" should be "the particular hand."

Appropriate correction is required.

### *Claim Rejections - 35 USC § 102*

2.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

3.      Claims 1, 2 and 11 are rejected under 35 U.S.C. 102(e) as being anticipated by

Ure (US 5,982,302).

As for claim 1, Ure teaches a method for mapping gestures performed on a multi-

touch surface to simulate mouse manipulations, the method comprising:

detecting a proximity image (bit-mapped image of scanned window; column 5,

lines 56-58) of a plurality of fingertip contacts (touch pattern of one or more fingers) on

the multi-touch surface (touch-sensitive member; fig. 1, 2);

APLNDC00021549

Application/Control Number: 11/428,506                                        Page 3
Art Unit: 2629

determining one or more of a size, shape and orientation associated with each of

the plurality of fingertip contacts based on the proximity image (each finger is identified

by a number of strings with corresponding X bounds or lengths, and inherently

determines the size and shape [for the thumb the list is by column instead]; fig. 3-5;

column 5, line 39 through column 6, line 25);

generating mouse pointer motion signals (cursor move) in response to

translational slides (moving across surface) of a first predetermined number of fingertips

(one or more fingers; column 2, lines 55-57);

generating a single mouse click signal (click) in response to a synchronized tap

(quickly touched and removed) of a second predetermined number of fingertips (all four

fingers; column 3, lines 15-16); and

generating mouse drag signals (drag) in response to translational slides of a third

predetermined number of fingertips (with the thumb grounded, moving one, two or three

fingers; column 3, lines 17-22).

As for claims 2 and 11, Ure teaches generating a double mouse click signal

(double-click) in response to a synchronized tap of a fourth predetermined number of

fingertips (double taping with all four fingers; column 3, lines 16-17).


### *Allowable Subject Matter*

4.      Claims 3-10, 12-15 and 17-19 are objected to as being dependent upon a

rejected base claim, but would be allowable if necessary corrections are done and are

APLNDC00021550

Application/Control Number: 11/428,506                                    Page 4
Art Unit: 2629

rewritten in independent form including all of the limitations of the base claim and any

intervening claims.

5.      The following is a statement of reasons for the indication of allowable subject

matter:  none of the prior art of record teaches, inter alia, performing type of gestures

with a specific hand and associating each of a plurality of fingertip contacts from a right

or left hand, as claimed.


### Response to Arguments

6.      Applicant's arguments, see pages 6-8, filed 12/15/2008, with respect to the

rejection(s) of claim(s) 1-15 under 35 U.S.C. 102(e) have been fully considered and are

persuasive.  Therefore, the rejection has been withdrawn.  However, upon further

consideration, a new ground(s) of rejection is made in view of Ure.


### Conclusion

7.      Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

        A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

APLNDC00021551

Application/Control Number: 11/428,506                                    Page 5
Art Unit: 2629

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to TOM V. SHENG whose telephone number is (571)272-

7684.  The examiner can normally be reached on 9:00am - 6:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Richard Hjerpe can be reached on (571) 272-7691.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Tom Sheng

/Richard  Hjerpe/

APLNDC00021552

Application/Control Number: 11/428,506                                   Page 6
Art Unit: 2629

Supervisory Patent Examiner, Art Unit 2629

APLNDC00021553



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/428,515 | 07/03/2006 | WAYNE WESTERMAN | 10684-20086.05 | 4133 |

69753          7590          03/18/2009
APPLE C/O MORRISON AND FOERSTER ,LLP
LOS ANGELES
555 WEST FIFTH STREET SUITE 3500
LOS ANGELES, CA 90013-1024

| EXAMINER |
|---|
| PERVAN, MICHAEL |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2629 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/18/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00021554

| **Office Action Summary** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 11/428,515 | WESTERMAN ET AL. |
| | **Examiner** | **Art Unit** | |
| | Michael Pervan | 2629 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>15 December 2008</u>.

2a)☐ This action is **FINAL**.       2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-16</u> is/are pending in the application.

　　4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-16</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>03 July 2006</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

　　a)☐ All   b)☐ Some * c)☐ None of:

　　　1.☐ Certified copies of the priority documents have been received.

　　　2.☐ Certified copies of the priority documents have been received in Application No. _____.

　　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

　　* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
　　Paper No(s)/Mail Date <u>12/11/08</u>.

4)☐ Interview Summary (PTO-413)
　　Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

APLNDC00021555