EXHIBIT 5.02



**FIG. 33A**

APLNDC00027181



**FIG. 33B**



**FIG. 33C**

APLNDC00027183



3400

CONSTRUCT A HIERARCHY OF VIEWS
OPERATING ON TOP OF A HIERARCHY OF
LAYERS
3402

PROVIDE ACCESS TO THE HIERARCHY OF
VIEWS WITHOUT PROVIDING ACCESS TO THE
HIERARCHY OF LAYERS
3404

**FIG. 34**

APLNDC00027184

# UTILITY PATENT APPLICATION TRANSMITTAL
(Only for new non-provisional applications under 37 CFR 1.53(b))

Attorney Docket No. ___4860P4895___
(maximum 12 characters)

First Named Inventor ___Andrew Platzer___

Title: ___APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS___

Express Mail Label No. _____

| ADDRESS TO: | Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia  22313-1450 |
|---|---|

## APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

1. _____ **Fee Transmittal Form (e.g., PTO/SB/17)**
(Submit an original and a duplicate for fee processing)

2. _____ **Applicant Claims Small Entity Status. (37 CFR 1.27)**

3. __X__ **Specification**    (Total Pages ___52___ )
(preferred arrangement set forth below)
- Descriptive Title of the Invention
- Cross Reference to Related Applications
- Statement Regarding Fed sponsored R & D
- Reference sequence listing, a table,
  or a computer program listing appendix
- Background of the Invention
- Brief Summary of the Invention
- Brief Description of the Drawings (if filed)
- Detailed Description
- Claim(s)
- Abstract of the Disclosure

4. __X__ **Drawings(s) (35 USC 113)**    (Total Sheets __37__ )

5. __X__ **Oath or Declaration**    (Total Pages __3__ )

    a. _____ Newly Executed (Original or Copy)

    b. _____ Copy from a Prior Application (37 CFR 1.63(d))
    (for Continuation/Divisional with Box 18 completed)

        i. _____ **DELETIONS OF INVENTOR(S)** Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

    c. __X__ Unsigned.

6. _____ **Application Data Sheet. (37 CFR 1.76)**

7. _____ **CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)**

8. _____ **Nucleotide and/or Amino Acid Sequence Submission**
**(if applicable, all necessary)**

    a. _____ Computer Readable Form (CRF)

    b. _____ Specification Sequence Listing on:
        i. _____ CD-ROM or CD-R (2 copies); or
        ii. _____ paper

    c. _____ Statements verifying identity of above copies

APLNDC00027185

## ACCOMPANYING APPLICATION PARTS

| | | |
|---|---|---|
| 9. | _____ | Assignment Papers (cover sheet & documents(s)) |
| 10. | _____ | a.  Separate 37 CFR 3.73(b) Statement (where there is an assignee) |
| | _____ | b.  Power of Attorney |
| 11. | _____ | English Translation Document (if applicable) |
| 12. | _____ | a.  Information Disclosure Statement (IDS)/PTO-1449 (or PTO/SB/08) |
| | _____ | b.  Copies of IDS Citations |
| 13. | _____ | Preliminary Amendment |
| 14. | _____ | Return Receipt Postcard (MPEP 503) (Should be specifically itemized) |
| 15. | _____ | Certified Copy of Priority Document(s) (if foreign priority is claimed) |
| 16. | __X__ | Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).  **Applicant must attach form PTO/SB/35 or its equivalent.** |
| 17A. | _____ | Claim for Foreign Priority |
| 17B. | __X__ | Other:  _Appendix A (4 pages)_ |

17C.  __X__   Pursuant to 37 C.F.R. 1.136(a)(3), applicant(s) hereby request and authorize the U.S. Patent and Trademark Office to (1) treat any concurrent or future future reply that requires a petition for extension of time as incorporating a petition for extension of time for the appropriate length of time and (2) charge all required fees, including extension of time fees and fees under 37 C.F.R. 1.16 and 1.17, to Deposit Account No. 02-2666.

18.   If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below **and in the first sentence of the specification following the title (e.g., by way of preliminary amendment)**, or in an Application Data Sheet Under 37 C.F.R. 1.76:

_____ Continuation    _____ Divisional    _____ Continuation-in-part (CIP)
Of Prior Application No.: _____   Examiner _____   Group Art Unit _____
(which is a ____ continuation/ ____ divisional/ ____ CIP of prior application no. _____,
which is a ____ continuation/ ____ divisional/ ____ CIP of prior application no. _____) (List entire chain of priority)

Applicant(s):  Also include a Preliminary Amendment to amend the specification to claim priority.
For CONTINUATION AND DIVISIONAL APPS only:  The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation <u>can only</u> be relied upon when a portion has been inadvertently omitted from the submitted application parts.

19.   Correspondence Address
__X__   Customer Number or Bar Code Label          08791 _____
              or                                  (Insert Customer No. or Attach Bar Code Label here)
_____   Correspondence Address Below
NAME ____ Jeremy Schweigert _____
_____ BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP _____
ADDRESS _12400 Wilshire Boulevard _____
_____ Seventh Floor _____
CITY ____ Los Angeles _____ STATE ____ California _____ ZIP CODE _90025 _____
Country __ U.S.A. _____ TELEPHONE _(408) 720-8300 _____ FAX ____ (408) 720-8383 _____

Name (PRINT/TYPE): ___ Jeremy Schweigert _____          Registration No: _56,244 _____
Signature: _____ /Jeremy Schweigert/ _____          Date: __ January 7, 2007 _____

APLNDC00027186

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD  Substitute for Form PTO-875 | Application or Docket Number  **11/620,717** |
|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | | | | | | | | 300 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | | | | | | | | 500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | | | | | | | | 200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 88 minus 20 = | 68 | | X$ 25 | | OR | X$50 | 3400 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 25 minus 3 = | * 22 | | X$100 | | | X$200 | 4400 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | | | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 180 | | | 360 | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | **0** | | TOTAL | **8800** |

### APPLICATION AS AMENDED – PART II

**AMENDMENT A**

| | (Column 1) | (Column 2) | (Column 3) | | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | | Minus ** | = | | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | | Minus *** | = | | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | 180 | | OR | 360 | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

**AMENDMENT B**

| | (Column 1) | (Column 2) | (Column 3) | | | | OR | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | | Minus ** | = | | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | | Minus *** | = | | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | | OR | N/A | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00027187



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | 2193 | 8800 | 4860P4895 | 37 | 88 | 25 |

**CONFIRMATION NO. 9801**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA90025-1030

**FILING RECEIPT**

Date Mailed: 02/06/2007

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

    Andrew Platzer, Santa Clara, CA;
    Scott Herz, Santa Clara, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 02/05/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US11/620,717**

**Projected Publication Date:** Request for Non-Publication Acknowledged

**Non-Publication Request:** Yes

**Early Publication Request:** No

**Title**

    Application Programming Interfaces for Scrolling Operations

**Preliminary Class**

    717

APLNDC00027188

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of

APLNDC00027189

Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00027190



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | 2193 | 8800 | 4860P4895 | 37 | 88 | 25 |

**CONFIRMATION NO. 9801**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA90025-1030

**FILING RECEIPT**

Date Mailed: 02/07/2007

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

Andrew Platzer, Santa Clara, CA;
Scott Herz, Santa Clara, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 02/05/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is
**US11/620,717**

**Projected Publication Date:** Request for Non-Publication Acknowledged

**Non-Publication Request:** Yes

**Early Publication Request:** No

**Title**

Application Programming Interfaces for Scrolling Operations

**Preliminary Class**

717

APLNDC00027191

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of

Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00027193

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 4860P4895 |

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA 90025-1030

**CONFIRMATION NO. 9801**
**FORMALITIES**
**LETTER**

Date Mailed: 02/07/2007

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

### Items Required To Avoid Abandonment:

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is unsigned.

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

### SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is **$130** for a non-small entity

- **$130** Surcharge.

Replies should be mailed to:       Mail Stop Missing Parts
                                   Commissioner for Patents
                                   P.O. Box 1450
                                   Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

---

*If you are not using EFS-Web to submit your reply, you must include a copy of this notice.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 3 - OFFICE COPY

APLNDC00027195

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 4860P4895 |

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA 90025-1030

**CONFIRMATION NO. 9801**
**FORMALITIES**
**LETTER**

Date Mailed: 02/07/2007

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

### *Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is unsigned.

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is **$130** for a non-small entity

- **$130** Surcharge.

04/06/2007
04/06/2007 MGEBREM1 00000041 11620717
01 FC:1051                                      130.00 OP

| Replies should be mailed to: | Mail Stop Missing Parts |
|---|---|
| | Commissioner for Patents |
| | P.O. Box 1450 |
| | Alexandria VA 22313-1450 |

APLNDC00027196

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

---

*If you are not using EFS-Web to submit your reply, you must include a copy of this notice.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 2 - COPY TO BE RETURNED WITH RESPONSE

APLNDC00027197

Attorney Docket No: 04860.P4895

Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:              )
                                   )
    Andrew Platzer, et al.         )
                                   )
Application No.:  11/620,717       )        Examiner:  Not yet assigned
                                   )
Filing Date:  January 7, 2007      )        Art Unit:  2193
                                   )
For:   APPLICATION PROGRAMMING     )
       INTERFACES FOR SCROLLING    )
       OPERATIONS                  )
_____    )

Mail Stop:  Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION
### (FILING DATE GRANTED)

Sir:

In response to the Notice to File Missing Parts of Application (Filing Date Granted) mailed February 7, 2007, please find enclosed:

(1)  an executed Declaration & Power of Attorney for the above-noted patent application;

(2)  a check in the amount of $130.00 in payment of the surcharge of 37 C.F.R. § 1.16(e);

(3)  a signed Power of Attorney (PTO/SB/80);

(4)  a Statement under 37 C.F.R. 3.73(b) with a true copy of the executed Assignment; and

(5)  a copy of the Notice to File Missing Parts of Application.

If any additional fee is required, please charge Deposit Account No. 02-2666.  A duplicate of this Response is enclosed for deposit account charging purposes.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated:____4/3____, 2007

James C. Scheller, Jr.
Reg. No. 31,195

12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026
(408) 720-8300

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage in an envelope addressed to the Commissioner for Patents, PO Box 1450, Alexandria, Virginia 22313-1450

on _____April 3, 2007_____
            Date of Deposit

Connie Thayer
Name of Person Mailing Correspondence

Connie Thayer        4-3-07
Signature              Date

APLNDC00027198

Attorney Docket No.: __04860.P4895__

<u>PATENT</u>

First Named Inventor: __Andrew Platzer__

Check One:

<u>Complete If Known:</u>

Declaration Submitted with
Initial Filing   **OR**
__X__ Declaration Submitted After
Initial Filing (Surcharge under
37 C.F.R. § 1.16(e) Required).

Application No.: __11/620,717__
Filing Date: _____**January 7, 2007**_____
Art Unit: _____**2193**_____
Examiner Name: __not yet assigned__

*(OIPE stamp: APR 05 2007 — PATENT & TRADEMARK OFFICE)*

# DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION

**I hereby declare that:**

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS**

the specification of which

_____ is attached hereto   **OR**
__X__ was filed on (MM/DD/YYYY) __01/07/2007__
as United States Application Number __11/620,717__
or PCT International Application Number _____
and was amended on (MM/DD/YYYY) _____.
(if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment specifically referred to above.

I do not know and do not believe that the claimed invention was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to this application. I do not know and do not believe that the claimed invention was in public use or on sale in the United States of America more than one year prior to this application, nor do I know or believe that the invention has been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months (for a utility patent application) or six months (for a design patent application) prior to this application.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

APLNDC00027199

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed:

| Prior Foreign Application(s) | | | Priority Claimed? | | Certified Copy Attached? | |
|---|---|---|---|---|---|---|
| _____ (Number) | _____ (Country) | _____ (Foreign Filing Date - MM/DD/YYYY) | Yes | No | Yes | No |
| _____ (Number) | _____ (Country) | _____ (Foreign Filing Date - MM/DD/YYYY) | Yes | No | Yes | No |
| _____ (Number) | _____ (Country) | _____ (Foreign Filing Date - MM/DD/YYYY) | Yes | No | Yes | No |

**I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.**

**NAME OF SOLE OR FIRST INVENTOR:**  ☐ A petition has been filed for this unsigned inventor

Full Name:   Andrew Platzer
_____
(Given Name (First and Middle [if any]), Family Name (or Surname), and Suffix [if any])

Inventor's Signature _____   Date  3/29/07

Residence   Santa Clara, California, USA   Citizenship   CANADA
             (City, State, Country)                           (Country)

Mailing Address   3224 El Sobrante St.
                  Santa Clara, CA  95051


**NAME OF SECOND INVENTOR:**  ☐ A petition has been filed for this unsigned inventor

Full Name:   Scott Herz
_____
(Given Name (First and Middle [if any]), Family Name (or Surname), and Suffix [if any])

Inventor's Signature _____   Date  3/27/2007

Residence   Santa Clara, California, USA   Citizenship   United States of America
             (City, State, Country)                           (Country)

Mailing Address   2469 Rebecca Lynn Way
                  Santa Clara, CA  95050


04860.P4895                          -2-

APLNDC00027200

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X]  Practitioners associated with the Customer Number:  | 45217 |

*OR*

[ ]  Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|--------------------|--|------|--------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned <u>only</u> to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X]  The address associated with Customer Number:  | 45217 |

*OR*

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Apple Inc.

1 Infinite Loop

Cupertino, CA 95014

A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used.  The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | February 26, 2007 |
|-----------|--|------|-------------------|
| Name | Richard J. Lutton | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00027201

OIPE
APR 05 2007

PTO/SB/96 (12-05)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Apple Inc.

Application No./Patent No./Control No.: 11/620,717       Filed/Issue Date: January 7, 2007

Entitled: APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

Apple Inc. _____, a California Corporation _____
(Name of Assignee)                                    (Type of Assignee: corporation, partnership, university, government agency, etc.)

states that it is:

1. ☑ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of less than the entire right, title and interest
      (The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A. ☑ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded
      in the United States Patent and Trademark Office at Reel _____, Frame _____, or a true copy of the
      original assignment is attached.

OR

B. ☐ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   2. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   3. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   ☐ Additional documents in the chain of title are listed on a supplemental sheet.

**As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the
assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.**
      [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment
      Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP
      302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____                    4/3/2007
Signature                                          Date
James C. Scheller, Jr.                             (408) 720-8300
Printed or Typed Name                              Telephone Number

Attorney for Applicant
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

APLNDC00027202

| ASSIGNMENT OF PATENT APPLICATION | Attorney Docket No.:  04860.P4895 |
|---|---|

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, we, the undersigned,  __Andrew Platzer and Scott Herz_____,

hereby sell, assign, and transfer to  __Apple Inc._____

a  _corporation_____  of  _California_____,
(Type of Assignee: e.g., corporation, company, partnership, university, etc.)

having a principal place of business at  __1 Infinite Loop, Cupertino, CA, 95014_____,

("Assignee"), and its successors, assigns, and legal representatives, the entire right, title, and interest for the United States and all foreign countries, in and to any and all inventions or improvements that are disclosed in the application (provisional or non-provisional) for the United States patent which may have a declaration executed by the undersigned prior hereto or concurrently herewith and is entitled

### APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

said patent application also identified as follows (when known):

> [I/we hereby authorize an attorney or agent for said Assignee to insert below the application number and filing date of said patent application when known.]

United States Patent Application Number  __11/620,717__  filed  __January 7, 2007_____,

and in and to said application (provisional or non-provisional) and all provisional applications, non-provisional applications, utility applications, design applications, divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions, and all other patent applications that have been or shall be filed in the United States and all foreign countries on any of said inventions or improvements; and in and to all original patents, reissued patents, reexamination certificates, and extensions, that have been or shall be issued in the United States and all foreign countries on said inventions or improvements; and in and to all rights of priority resulting from the filing of said United States application;

agree that said Assignee may apply for and receive a patent or patents for said inventions or improvements in its own name; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns, and legal representatives, to carry out in good faith the intent and purpose of this Assignment, the undersigned will execute all provisional applications, non-provisional applications, utility applications, design applications, divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions, and all other patent applications on any and all said inventions or improvements; execute all rightful oaths, assignments, powers of attorney, and other papers; communicate to said Assignee, its successors, assigns, and representatives all facts known to the undersigned relating to said inventions or improvements and the history thereof; and generally assist said Assignee, its successors, assigns, or representatives in securing and maintaining proper patent protection for said inventions or

APLNDC00027203

improvements and for vesting title to said inventions or improvements, and all applications for patents and all patents on said inventions or improvements, in said Assignee, its successors, assigns, and legal representatives; and

covenant with said Assignee, its successors, assigns, and legal representatives that no assignment, grant, mortgage, license, or other agreement affecting the rights and property herein conveyed has been made to others by the undersigned, and that full right to convey the same as herein expressed is possessed by the undersigned.

**Each Inventor:  Please Sign <u>and Date</u> Below:**

3/29 , 20 07

Date

Name:  Andrew Platzer

3/27 , 20 07

Date

Name:  Scott Herz

<u>Assignment Document Return Address</u>:
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Blvd., Seventh Floor
Los Angeles, CA  90025-1026
(408) 720-8300

APLNDC00027204



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | 2193 | 8930 | 04860.P4895 | 88 | 25 |

**CONFIRMATION NO. 9801**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BOULEVARD
SEVENTH FLOOR
LOS ANGELES, CA90025-1030

**UPDATED FILING RECEIPT**

Date Mailed: 05/01/2007

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

> Andrew Platzer, Santa Clara, CA;
> Scott Herz, Santa Clara, CA;

**Power of Attorney:** The patent practitioners associated with Customer Number <u>45217</u>

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 02/05/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US11/620,717**

**Projected Publication Date:** Request for Non-Publication Acknowledged

**Non-Publication Request:** Yes

**Early Publication Request:** No

**Title**

> Application Programming Interfaces for Scrolling Operations

**Preliminary Class**

> 717

APLNDC00027205

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of

Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**<u>NOT GRANTED</u>**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00027207



*IFW*

## RESCISSION OF PREVIOUS NONPUBLICATION REQUEST
### (35 U.S.C. 122(b)(2)(B)(ii))
### AND, IF APPLICABLE,
### NOTICE OF FOREIGN FILING
### (35 U.S.C. 122(b)(2)(B)(iii))

Send completed form to:
**Mail Stop PG Pub**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
FAX: (703) 305-8568

Application Number   11/620,717
Filing Date   07 January 2007
First Named Inventor   Andrew Platzer
Title   APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

Attorney Docket No.   004860.P4895
Group Art Unit   2193
Examiner   Not Yet Assigned

A request that the above-identified application not be published under 35 U.S.C. 122(b) (nonpublication request) was included with the above-identified application on filing pursuant to 35 U.S.C. 122(b)(2)(B)(i). I hereby **rescind** the previous nonpublication request.

If a notice of foreign or international filing is or will be required by 35 U.S.C. 122(b)(2)(B) (iii) and 37 CFR 1.213(c), I hereby provide such notice. This notice is being provided no later than forty-five (45) days after the date of such foreign or international filing.

If a notice of subsequent foreign or international filing required by 35 U.S.C. 122(b)(2)(B)(iii) and 37 CFR 1.213(c) was not filed within forty-five (45) days after the date of filing of the foreign or international application, the application is ABANDONED, and a petition to revive under 37 CFR 1.137(b) is required. See 37 CFR 1.137(f).

| | |
|---|---|
| Jan. 4, 2008 | *[signature]* |
| Date | Signature |
| (408) 720-8300 | James C. Scheller, Jr. |
| Telephone | Typed or Printed Name |
| | 31,195 |
| | Registration No. |

**This request must be signed in compliance with 37 CFR 1.33(b).**

If information or assistance is needed in completing this form, please contact the Pre-Grant Publication Division at (703) 605-4283 or by e-mail at PGPub@USPTO.gov.

### EXPRESS MAIL STATEMENT

"Express Mail" mailing label number:   EV 953 691 090 US

Date of Deposit:   04 January 2007

I hereby state that I am causing this correspondence to be deposited with the United States Postal Service "Express Mail Post Office to Addressee" service on the date indicated above and that this correspondence has been addressed to: Mail Stop PG Pub, Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Name (Print/Type)   Jessica Savage

Signature   *[signature]*   Date Signed   1/4/2008

Based on Form PTO/SB/36 (05-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 05/09/03

# BLAKELY SOKOLOFF TAYLOR&ZAFMAN

## A LIMITED LIABILITY PARTNERSHIP INCLUDING LAW CORPORATIONS

TELEPHONE (408) 720-8300
FACSIMILE (408) 720-8383
BSTZ_MAIL@BSTZ.COM
WWW.BSTZ.COM

INTELLECTUAL PROPERTY LAW

SILICON VALLEY

1279 OAKMEAD PARKWAY
SUNNYVALE, CALIFORNIA 94085-4040

OTHER OFFICES

LOS ANGELES, CA
ORANGE COUNTY/COSTA MESA, CA
DENVER, CO
PORTLAND/BEAVERTON, OR
SEATTLE, WA

04 January 2008

MS PG Pub
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

*Via Express Mail*
EV 953 691 090 US

Re:    USSN: 11/620,717    Filed: 07 January 2007
       Applicant: Andrew Platzer et al
       Title: APPLICATION PROGRAMMING INTERFACES FOR
       SCROLLING OPERATIONS
       *Transmittal of Request to Rescind Previous Nonpublication Request*
       *Under 35 USC 122(b)(2)(B)(ii) and Notification of Foreign Filing*
       *Under 35 USC 122(b)(2)(B)(iii)*
       Our File No.: 4860.P4895

Dear Sirs:

       We have filed the above-identified application under the Patent Cooperation
Treaty.  A Request and Certification under 35 USC 122(b)(2)(B)(i) has been submitted
for this invention.  We herewith submit a Request to Rescind Previous Nonpublication
Request under 35 USC 122(b)(2)(B)(ii) and a Notification of Foreign Filing under
35 USC 122(b)(2)(B)(iii).

       Respectfully submitted,

       Blakely, Sokoloff, Taylor & Zafman LLP

       James C. Scheller, Jr.
       Reg. No. 31,195

JCS/SKW/jls
Enclosure

APLNDC00027209

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 |

**CONFIRMATION NO. 9801**

45217
APPLE COMPUTER, INC./BLAKELY
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**NONPUBLICATION RESCISSION LETTER**

*OC000000027689848*

Date Mailed: 01/15/2008

# Communication Regarding Rescission Of
## Nonpublication Request and/or Notice of Foreign Filing

Applicant's rescission of the previously-filed nonpublication request and/or notice of foreign filing is acknowledged. The paper has been reflected in the Patent and Trademark Office's (USPTO's) computer records so that the earliest possible projected publication date can be assigned.

The projected publication date is 07/10/2008.

If applicant rescinded the nonpublication request <u>before or on the date</u> of "foreign filing,"[1] then no notice of foreign filing is required.

If applicant foreign filed the application <u>after filing the above application and before</u> filing the rescission, and the rescission did not also include a notice of foreign filing, then a notice of foreign filing (not merely a rescission) is required to be filed within 45 days of the date of foreign filing. <u>See</u> 35 U.S.C. § 122(b)(2)(B)(iii), and <u>Clarification of the United States Patent and Trademark Office's Interpretation of the Provisions of 35 U.S.C. § 122(b)(2)(B)(ii)-(iv)</u>, 1272 Off. Gaz. Pat. Office 22 (July 1, 2003).

If a notice of foreign filing is required and is not filed within 45 days of the date of foreign filing, then the application becomes abandoned pursuant to 35 U.S.C. § 122(b)(2)(B)(iii). In this situation, applicant should either file a petition to revive or notify the Office that the application is abandoned. <u>See</u> 37 CFR 1.137(f). Any such petition to revive will be forwarded to the Office of Petitions for a decision. Note that the filing of the petition will not operate to stay any period of reply that may be running against the application.

Questions regarding petitions to revive should be directed to the Office of Petitions at (571) 272-3282. Questions regarding publications of patent applications should be directed to the patent application publication hotline at (703) 605-4283 or by e-mail pgpub@uspto.gov.

[1] Note, for purpose of this notice, that "foreign filing" means "filing an application directed to the same invention in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing".

APLNDC00027210

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 |

**CONFIRMATION NO. 9801**

45217
APPLE COMPUTER, INC./BLAKELY
1279 OAKMEAD PARKWAY
SUNNYVALE, CA94085-4040

Date Mailed. 01/17/2008

## NOTICE OF NEW OR REVISED PROJECTED PUBLICATION DATE

The above-identified application has a new or revised projected publication date. The current projected publication date for this application is 07/10/2008. If this is a new projected publication date (there was no previous projected publication date), the application has been cleared by Licensing & Review or a secrecy order has been rescinded and the application is now in the publication queue.

If this is a revised projected publication date (one that is different from a previously communicated projected publication date), the publication date has been revised due to processing delays in the USPTO or the abandonment and subsequent revival of an application. The application is anticipated to be published on a date that is more than six weeks different from the originally-projected publication date.

More detailed publication information is available through the private side of Patent Application Information Retrieval (PAIR) System. The direct link to access PAIR is currently http://pair.uspto.gov. Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Questions relating to this Notice should be directed to the Office of Patent Publication at 1-888-786-0101.

PART 1 - ATTORNEY/APPLICANT COPY

APLNDC00027211



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 |

**CONFIRMATION NO. 9801**

45217
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**PUBLICATION NOTICE**

*OC000000030896480*

Date Mailed: 07/10/2008

**Title:** Application Programming Interfaces for Scrolling Operations

**Publication No.** US-2008-0168384-A1
**Publication Date:** 07/10/2008

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

APLNDC00027212



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217          7590          04/03/2009

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/03/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00027213

| | Application No. | Applicant(s) | |
|---|---|---|---|
| **Office Action Summary** | 11/620,717 | PLATZER ET AL. | |
| | **Examiner** | **Art Unit** | |
| | X. L. Bautista | 2179 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *1* MONTH(S) OR THIRTY (30) DAYS,
WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *07 January 2007*.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-88* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☐ Claim(s) _____ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☒ Claim(s) *1-88* are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

APLNDC00027214

# DETAILED ACTION

## *Election/Restrictions*

1.      Restriction to one of the following inventions is required under 35 U.S.C. 121:

I.      **Claims 1-14**, drawn to creating an event object in response to user input; determining the type of operation the event object invokes; issuing a scroll or gesture call based on the determined invoking operation, classified in class 715, subclass 784.

II.     **Claims 15-32**, drawn to transferring a set bounce call, classified in class 715, subclass 784.

III.    **Claims 33-51**, drawn to transferring a rubberband call, classified in class 715, subclass 784.

IV.     **Claims 52-73, 78 and 79**, drawn to transferring a directional scroll call, classified in class 715, subclass 784.

V.      **Claims 74, 75, and 80-88**, drawn to causing a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible at the end of the scroll, classified in class 715, subclass 784.

VI.     **Claims 76 and 77**, drawn to causing a rubberband effect on a scrolled region by a predetermined maximum displacement when the scrolled region exceeds a display edge, classified in class 715, subclass 784.

The inventions are distinct, each from the other because of the following reasons:

2.      Inventions I, II, III, IV, V and VI are related as subcombinations disclosed as usable together in a single combination.  The subcombinations are distinct if they do not overlap in scope and are not obvious variants, and if it is shown that at least one subcombination is separately usable.  In the instant case, subcombination V has separate utility such as specifying a bounce operation to cause a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge.  See MPEP § 806.05(d).

        The examiner has required restriction between subcombinations usable together. Where applicant elects a subcombination and claims thereto are subsequently found allowable, any claim(s) depending from or otherwise requiring all the limitations of the allowable subcombination will be examined for patentability in accordance with 37 CFR 1.104.  See MPEP § 821.04(a).  Applicant is advised that if any claim presented in a continuation or divisional application is anticipated by, or includes all the limitations of, a claim that is allowable in the present application, such claim may be subject to provisional statutory and/or nonstatutory double patenting rejections over the claims of the instant application.

3.      Restriction for examination purposes as indicated is proper because all these inventions listed in this action are independent or distinct for the reasons given above and there would be a serious search and examination burden if restriction were not required because one or more of the following reasons apply:

(a) the inventions have acquired a separate status in the art in view of their

   different classification;

(b) the inventions have acquired a separate status in the art due to their

   recognized divergent subject matter;

(c) the inventions require a different field of search (for example, searching

   different classes/subclasses or electronic resources, or employing different

   search queries);

(d) the prior art applicable to one invention would not likely be applicable to

   another invention;

(e) the inventions are likely to raise different non-prior art issues under 35 U.S.C.

   101 and/or 35 U.S.C. 112, first paragraph.

**Applicant is advised that the reply to this requirement to be complete must include (i) an election of a invention to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected invention**.

   The election of an invention may be made with or without traverse. To reserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the restriction requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely.  Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added after

APLNDC00027217

the election, applicant must indicate which of these claims are readable on the elected invention.

If claims are added after the election, applicant must indicate which of these claims are readable upon the elected invention.

Should applicant traverse on the ground that the inventions are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the inventions to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103(a) of the other invention.

4.      A telephone call was made to Mr. Dermot Miller on March 31, 2009 to request an oral election to the above restriction requirement, but did not result in an election being made.

5.      Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a request under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(i).

### Conclusion

6.      Any inquiry concerning this communication or earlier communications from the

APLNDC00027218

Application/Control Number: 11/620,717                                        Page 6
Art Unit: 2179

examiner should be directed to X. L. Bautista whose telephone number is (571) 272-

4132.  The examiner can normally be reached on Monday-Thursday 8:00AM-6:00PM.

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Weilun Lo can be reached on (571) 272-4847.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

7.     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/X. L. Bautista/
Primary Examiner, Art Unit 2179

March 31, 2009

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | | |
| | 1 | ÷ | | | | | | | | |
| | 2 | ÷ | | | | | | | | |
| | 3 | ÷ | | | | | | | | |
| | 4 | ÷ | | | | | | | | |
| | 5 | ÷ | | | | | | | | |
| | 6 | ÷ | | | | | | | | |
| | 7 | ÷ | | | | | | | | |
| | 8 | ÷ | | | | | | | | |
| | 9 | ÷ | | | | | | | | |
| | 10 | ÷ | | | | | | | | |
| | 11 | ÷ | | | | | | | | |
| | 12 | ÷ | | | | | | | | |
| | 13 | ÷ | | | | | | | | |
| | 14 | ÷ | | | | | | | | |
| | 15 | ÷ | | | | | | | | |
| | 16 | ÷ | | | | | | | | |
| | 17 | ÷ | | | | | | | | |
| | 18 | ÷ | | | | | | | | |
| | 19 | ÷ | | | | | | | | |
| | 20 | ÷ | | | | | | | | |
| | 21 | ÷ | | | | | | | | |
| | 22 | ÷ | | | | | | | | |
| | 23 | ÷ | | | | | | | | |
| | 24 | ÷ | | | | | | | | |
| | 25 | ÷ | | | | | | | | |
| | 26 | ÷ | | | | | | | | |
| | 27 | ÷ | | | | | | | | |
| | 28 | ÷ | | | | | | | | |
| | 29 | ÷ | | | | | | | | |
| | 30 | ÷ | | | | | | | | |
| | 31 | ÷ | | | | | | | | |
| | 32 | ÷ | | | | | | | | |
| | 33 | ÷ | | | | | | | | |
| | 34 | ÷ | | | | | | | | |
| | 35 | ÷ | | | | | | | | |
| | 36 | ÷ | | | | | | | | |

APLNDC00027220

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | |
| | 37 | ÷ | | | | | | | |
| | 38 | ÷ | | | | | | | |
| | 39 | ÷ | | | | | | | |
| | 40 | ÷ | | | | | | | |
| | 41 | ÷ | | | | | | | |
| | 42 | ÷ | | | | | | | |
| | 43 | ÷ | | | | | | | |
| | 44 | ÷ | | | | | | | |
| | 45 | ÷ | | | | | | | |
| | 46 | ÷ | | | | | | | |
| | 47 | ÷ | | | | | | | |
| | 48 | ÷ | | | | | | | |
| | 49 | ÷ | | | | | | | |
| | 50 | ÷ | | | | | | | |
| | 51 | ÷ | | | | | | | |
| | 52 | ÷ | | | | | | | |
| | 53 | ÷ | | | | | | | |
| | 54 | ÷ | | | | | | | |
| | 55 | ÷ | | | | | | | |
| | 56 | ÷ | | | | | | | |
| | 57 | ÷ | | | | | | | |
| | 58 | ÷ | | | | | | | |
| | 59 | ÷ | | | | | | | |
| | 60 | ÷ | | | | | | | |
| | 61 | ÷ | | | | | | | |
| | 62 | ÷ | | | | | | | |
| | 63 | ÷ | | | | | | | |
| | 64 | ÷ | | | | | | | |
| | 65 | ÷ | | | | | | | |
| | 66 | ÷ | | | | | | | |
| | 67 | ÷ | | | | | | | |
| | 68 | ÷ | | | | | | | |
| | 69 | ÷ | | | | | | | |
| | 70 | ÷ | | | | | | | |
| | 71 | ÷ | | | | | | | |
| | 72 | ÷ | | | | | | | |

APLNDC00027221

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | | |
| | 73 | ÷ | | | | | | | | |
| | 74 | ÷ | | | | | | | | |
| | 75 | ÷ | | | | | | | | |
| | 76 | ÷ | | | | | | | | |
| | 77 | ÷ | | | | | | | | |
| | 78 | ÷ | | | | | | | | |
| | 79 | ÷ | | | | | | | | |
| | 80 | ÷ | | | | | | | | |
| | 81 | ÷ | | | | | | | | |
| | 82 | ÷ | | | | | | | | |
| | 83 | ÷ | | | | | | | | |
| | 84 | ÷ | | | | | | | | |
| | 85 | ÷ | | | | | | | | |
| | 86 | ÷ | | | | | | | | |
| | 87 | ÷ | | | | | | | | |
| | 88 | ÷ | | | | | | | | |

APLNDC00027222

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 11/620,717 | | 2179 | 2174 |


OC000000036141209

## Correspondence Address/Fee Address Change

**The following fields have been set to Customer Number 45217 on 05/22/2009**
- **Correspondence Address**
- **Power of Attorney Address**

**The address of record for Customer Number 45217 is:**

45217
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

APLNDC00027223

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11620717 |
| **Filing Date:** | 07-Jan-2007 |
| **Title of Invention:** | Application Programming Interfaces for Scrolling Operations |
| **First Named Inventor/Applicant Name:** | Andrew Platzer |
| **Filer:** | James Scheller Jr./Connie Thayer |
| **Attorney Docket Number:** | 04860.P4895 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 130 | 130 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **130** |

APLNDC00027225

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5409090 |
| **Application Number:** | 11620717 |
| **International Application Number:** | |
| **Confirmation Number:** | 9801 |
| **Title of Invention:** | Application Programming Interfaces for Scrolling Operations |
| **First Named Inventor/Applicant Name:** | Andrew  Platzer |
| **Customer Number:** | 45217 |
| **Filer:** | James Scheller Jr./Connie Thayer |
| **Filer Authorized By:** | James Scheller Jr. |
| **Attorney Docket Number:** | 04860.P4895 |
| **Receipt Date:** | 27-MAY-2009 |
| **Filing Date:** | 07-JAN-2007 |
| **Time Stamp:** | 20:22:23 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | 7095 |
| Deposit Account | 022666 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

APLNDC00027226

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Response to Election / Restriction Filed | 04860P4895_election_response.PDF | 41364  73bed7d68b7cec3fd6afe7fcf95d643cd6fd4d1b | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 29878  7e65eaf0185a12808698f9eead399fd3821bc27 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 71242 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027227

Atty. Docket No. 04860.P4895                                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
|     Andrew Platzer, et al. | ) | Examiner:  Bautista, Xiomara L. |
| | ) | |
| Application No. 11/620,717 | ) | Art Unit:   2179 |
| | ) | |
| Filed:  January 7, 2007 | ) | |
| | ) | Confirmation No. 9801 |
| For:   APPLICATION PROGRAMMING | ) | |
|       INTERFACES FOR SCROLLING OPERATIONS | ) | |
| | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

RESPONSE TO OFFICE ACTION

Dear Sir:

    Please enter the following response to the Office Action mailed April 3, 2009.

    In response to the restriction, Applicant elects Group I (claims 1-14) and believes that at least these claims encompass the elected invention.

    Applicant respectfully requests a one-month extension of time to respond to the pending Office Action.  Please charge Deposit Account No. 02-2666 in the amount of $130.00 for this extension.  Furthermore, please charge any shortages and credit any overcharges to our Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Date: May 27, 2009

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

    May 27, 2009
          Date of Deposit

    Connie Thayer
         Name of Person Filing Correspondence

    _Connie Thayer_        5-27-09
        Signature               Date

APLNDC00027228



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217        7590        07/08/2009

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/08/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

APLNDC00027229

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 11/620,717 | PLATZER ET AL. |
| | Examiner | Art Unit | |
| | X. L. Bautista | 2179 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>07 January 2007</u>.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-14</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>1-7</u> is/are allowed.

6)☒ Claim(s) <u>8-14</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>07 January 2007</u> is/are:  a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

APLNDC00027230

Application/Control Number: 11/620,717                                                      Page 2
Art Unit: 2179

## DETAILED ACTION

### *Specification*

1.      Brief description of figures 30A and 30B are missing in the specification.

### *Claim Rejections - 35 USC § 101*

2.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of
> matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the
> conditions and requirements of this title.

3.      Claims 8-14 are rejected under 35 U.S.C. 101 because the claimed invention is

directed to non-statutory subject matter.

        Claim 8 recites a "machine-readable medium" that is defined in the specification

as a "form of propagated signals" (par. 0056).  Claims that recite nothing but the

physical characteristics of a form of energy, such as a frequency, voltage, carrier wave,

or the strength of a magnetic field, define energy or magnetism, per se, and as such are

nonstatutory natural phenomena. O'Reilly, 56 U.S. (15 How.) at 112-14.  Moreover, it

does not appear that a claim reciting a signal encoded with functional descriptive

material falls within any of the categories of patentable subject matter set forth in § 101.

First, a claimed signal is clearly not a "process" under § 101 because it is not a series of

steps. The other three § 101 classes of machine, compositions of matter and

manufactures "relate to structural entities and can be grouped as 'product' claims in

order to contrast them with process claims." 1 D. Chisum, Patents § 1.02 (1994). The

three product classes have traditionally required physical structure or material.

### *Allowable Subject Matter*

4.     Claims 1-7 are allowed.

5.     The following is a statement of reasons for the indication of allowable subject

matter:  Prior art of record fails to teach a method of responding to a gesture call by

scaling a view associated with an event object based on receiving a plurality of input

points as a user input.

### *Conclusion*

6.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to X. L. Bautista whose telephone number is (571) 272-

4132.  The examiner can normally be reached on Monday-Thursday 8:00AM-6:00PM.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Weilun Lo can be reached on (571) 272-4847.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

7.     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Application/Control Number: 11/620,717                                    Page 4
Art Unit: 2179


Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/X. L. Bautista/
Primary Examiner, Art Unit 2179


03 July 2009

APLNDC00027233

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|
| | 11/620,717 | PLATZER ET AL. | |
| | Examiner | Art Unit | Page 1 of 1 |
| | X. L. Bautista | 2179 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,677,965 B1 | 01-2004 | Ullmann et al. | 715/786 |
| * | B | US-2008/0168395 A1 | 07-2008 | Ording et al. | 715/833 |
| * | C | US-2008/0048978 A1 | 02-2008 | TRENT et al. | 345/157 |
| * | D | US-2006/0236263 A1 | 10-2006 | Bathiche et al. | 715/786 |
| * | E | US-2006/0038796 A1 | 02-2006 | Hinckley et al. | 345/173 |
| * | F | US-2008/0231610 A1 | 09-2008 | Hotelling et al. | 345/173 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Toshiyuki MASUI et al; "Elastic Graphical Interfaces for Precise Data Manipulation", 1995; ACM; pp. 143-144. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 9801**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | ~~717~~ | 2179 | 04860.P4895 |
| | **RULE** | 715 | | |

**APPLICANTS**

Andrew Platzer, Santa Clara, CA;
Scott Herz, Santa Clara, CA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
02/05/2007

| | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | | | | |
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | CA | 37 | 88 | 25 |
| Verified and Acknowledged   /XIOMAR L BAUTISTA/  Examiner's Signature | Initials | | | | |

**ADDRESS**

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040
UNITED STATES

**TITLE**

Application Programming Interfaces for Scrolling Operations

| FILING FEE RECEIVED   8930 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 764,765,784,786,788,800,864,866,973,974 | 07/02/09 | XB |
| 345 | 156,157,169,173 | 07/02/09 | XB |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST Search | 07/02/09 | XB |
| Google Search | 07/02/09 | XB |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

**Web** Images Video Maps News Shopping Gmail more ▼

Sign in



◄ Google ►

Google

scrolling and (rubberbanding or (rubber banding))    | Search |

Advanced Search
Preferences

**Web** Show options...    Results **1** - **10** of about **1,660,000** for **scrolling** and (**rubberbanding** or (**rubber banding**)). (**0.56** seconds)

Did you mean: scrolling and (***rubber banding*** or (rubber banding))

1. Free **Rubber Band** Gun Patterns | **Scroll** Saw Goodies

   Mar 31, 2009 **...** Here is a nice collection of free **rubber band** gun patterns. They're easy to make and more fun to play with.
   www.scrollsawvillage.com/ssg/2009/03/rubber-band-guns/ - Cached - Similar

2. Scrollsaw Workshop: Rapid Fire **Rubber Band** Gun **Scroll** Saw Pattern

   Rapid Fire **Rubber Band** Gun **Scroll** Saw Pattern. This is a fun project to make. You know what they say about men and their toys. While I was on vacation I saw **...**
   scrollsawworkshop.blogspot.com/.../rapid-fire-rubber-band-gun-scroll-saw.html - Cached - Similar

3. **Rubber band** and no-spilling contest | 11 heavens

   Why are we using a <span> for our **rubber band** if we're setting its CSS display **....** the Font size in IE 6 (ctrl + **scroll** wheel), the scrollbars appear. **...**
   11heavens.com/solving-float-problems - Cached - Similar

4. **Rubber band** graphical user interface control - US Patent 6677965 **...**

   A **rubber band** variable-rate GUI control for use in conjunction with GUI controls, such as sliders, **scroll** bars, virtual joysticks, and oppositional buttons **...**
   www.patentstorm.us/patents/6677965.html - Similar

5. **Rubber band** revolver is your new favorite problem solver | Crave **...**

   Jun 5, 2009 **...** Andy Mangold updates the classic **rubber band** gun Read this blog post by Justin Yu on Crave. **... Scroll** Left **Scroll** Right. Business Tech **...**
   news.cnet.com/8301-17938_105-10258312-1.html - Cached - Similar

6. **Rubber Band** Guns 1

   Most kids would love to have one of these **rubber band** guns! You probably have never seen **rubber band** guns like these. These five **rubber band** guns use the **...**
   www.easyscrollpatterns.com/rubberbandguns1.htm - Cached - Similar

7. Free **rubber band** Download - **rubber band** Software

   Support **rubber band** and crop an image. Support Draw overlay text and watermak

APLNDC00027237

image. **Scroll** the image smoothly, and provide a image location bookmark tools. **...**
wareseeker.com/free-**rubber-band**/ - Cached - Similar

8. QGraphicsView hand **scroll and rubber band** - Qt Programming **...**

I am trying to create (by subclassing) a QGraphicsView that will allow a user to **rubber band** drag with the left left mouse button and hand **scroll** with the middle **...**
www.qtforum.org/.../qgraphicsview-hand-scroll-and-rubber-band.html
- Cached - Similar

9. Las Vegas **Rubber Band** Guns

**Rubber band** guns and plans for single shot to 20 shot semi-automatic **rubber ...**
**rubber band** gun plans, click here and **scroll** down to the bottom of the page. **...**
members.cox.net/ivrbgun/ - Cached - Similar

10. Elastic Graphical Interfaces for Precise Data Manipulation

Elastic Interface, Slider, **Scroll** Bar, **Rubber-band** Interface **...** We propose using the "**rubber-band** metaphor" to control more precise data than represented **...**
www.sigchi.org/chi95/Electronic/documnts/.../tm_bdy.htm - Cached - Similar

Did you mean to search for: scrolling and (***rubber banding*** or (rubber banding))



1 2 3 4 5 6 7 8 9 10 **Next**

| scrolling and (rubberbanding or (rubber banding)) | Search |

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

APLNDC00027238

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 42480 | (display window screen view) near12 scroll$3 | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:26 |
| L2 | 22138 | 1 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:28 |
| L4 | 2067 | 2 and (event near5 (object item element)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:30 |
| L5 | 1220 | 4 and (event near12 (input (user adj2 input) entry interact$3)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:31 |
| L6 | 253 | 5 and (event near12 scroll$3) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:31 |
| L7 | 17 | 6 and (event near12 gestur$3) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:32 |
| L8 | 12 | 7 and (scroll$3 near12 position$3) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:32 |
| L9 | 7 | 8 and (display window screen view) near12 (rescal$3 resiz$3 ((chang $3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:34 |
| L10 | 5 | 9 and (rubberband$3) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:34 |
| L11 | 5 | 10 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:34 |

APLNDC00027239

| L12 | 5 | 11 and (scroll$3 near15 (indicator indicat$4)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:35 |
| L13 | 5 | 12 and (event near12 drag$5) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:35 |
| L14 | 5 | 13 and (rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:36 |
| L15 | 2 | 9 not 14 | US-PGPUB; USPAT | OR | ON | 2009/07/06 08:49 |
| L16 | 1 | ("6677965").PN. | US-PGPUB; USPAT | OR | OFF | 2009/07/06 09:11 |
| L17 | 1 | 16 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | | 2009/07/06 09:13 |
| L18 | 0 | 17 and (event near20 (scroll$4 slid$3 gestur$3 drag$4 rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:14 |
| L19 | 1 | 17 and (scroll$4 slid$3 gestur$3 drag$4 rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:14 |
| L20 | 1 | 19 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:15 |

APLNDC00027240

| L21 | 1 | 20 and (scroll$3 near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:20 |
| L22 | 34000 | ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:54 |
| L23 | 198 | 22 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:54 |
| L24 | 189 | 23 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:55 |
| L25 | 136 | 24 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 09:55 |
| L26 | 119 | 25 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:27 |
| L27 | 116 | 26 and ((display window screen view) near12 (scroll$3 slider)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:27 |
| L28 | 71 | 27 and ((scroll$3 slider) near12 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:28 |
| L29 | 38 | 28 and event | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:28 |

APLNDC00027241

| L30 | 22 | 29 and ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:29 |
| L31 | 16528 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2009/07/06 10:45 |
| L32 | 870 | 31 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:45 |
| L33 | 83 | 32 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:46 |
| L34 | 81 | 33 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object element item sign symbol knob point)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:47 |
| L36 | 39 | 34 and ((scroll$3 slider) near20 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:47 |
| L37 | 29 | 36 not 9 not 16 not 30 | US-PGPUB; USPAT | OR | ON | 2009/07/06 10:48 |

**7/6/2009 11:10:10 AM**
**C:\ Documents and Settings\ xbautista\ My Documents\ EAST\ Workspaces\ 11620717.wsp**

APLNDC00027242

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | Examiner | Art Unit |
| | X. L Bautista | 2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | |
| | 1 | ÷ | | | | | | | |
| | 2 | ÷ | | | | | | | |
| | 3 | ÷ | | | | | | | |
| | 4 | ÷ | | | | | | | |
| | 5 | ÷ | | | | | | | |
| | 6 | ÷ | | | | | | | |
| | 7 | ÷ | | | | | | | |
| | 8 | ÷ | | | | | | | |
| | 9 | ÷ | | | | | | | |
| | 10 | ÷ | | | | | | | |
| | 11 | ÷ | | | | | | | |
| | 12 | ÷ | | | | | | | |
| | 13 | ÷ | | | | | | | |
| | 14 | ÷ | | | | | | | |
| | 15 | ÷ | | | | | | | |
| | 16 | ÷ | | | | | | | |
| | 17 | ÷ | | | | | | | |
| | 18 | ÷ | | | | | | | |
| | 19 | ÷ | | | | | | | |
| | 20 | ÷ | | | | | | | |
| | 21 | ÷ | | | | | | | |
| | 22 | ÷ | | | | | | | |
| | 23 | ÷ | | | | | | | |
| | 24 | ÷ | | | | | | | |
| | 25 | ÷ | | | | | | | |
| | 26 | ÷ | | | | | | | |
| | 27 | ÷ | | | | | | | |
| | 28 | ÷ | | | | | | | |
| | 29 | ÷ | | | | | | | |
| | 30 | ÷ | | | | | | | |
| | 31 | ÷ | | | | | | | |
| | 32 | ÷ | | | | | | | |
| | 33 | ÷ | | | | | | | |
| | 34 | ÷ | | | | | | | |
| | 35 | ÷ | | | | | | | |
| | 36 | ÷ | | | | | | | |

APLNDC00027243

| *Index of Claims* | Application/Control No.

11620717 | Applicant(s)/Patent Under Reexamination

PLATZER ET AL. |
|---|---|---|
| | Examiner

X. L Bautista | Art Unit

2179 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | |
| | 37 | ÷ | | | | | | | |
| | 38 | ÷ | | | | | | | |
| | 39 | ÷ | | | | | | | |
| | 40 | ÷ | | | | | | | |
| | 41 | ÷ | | | | | | | |
| | 42 | ÷ | | | | | | | |
| | 43 | ÷ | | | | | | | |
| | 44 | ÷ | | | | | | | |
| | 45 | ÷ | | | | | | | |
| | 46 | ÷ | | | | | | | |
| | 47 | ÷ | | | | | | | |
| | 48 | ÷ | | | | | | | |
| | 49 | ÷ | | | | | | | |
| | 50 | ÷ | | | | | | | |
| | 51 | ÷ | | | | | | | |
| | 52 | ÷ | | | | | | | |
| | 53 | ÷ | | | | | | | |
| | 54 | ÷ | | | | | | | |
| | 55 | ÷ | | | | | | | |
| | 56 | ÷ | | | | | | | |
| | 57 | ÷ | | | | | | | |
| | 58 | ÷ | | | | | | | |
| | 59 | ÷ | | | | | | | |
| | 60 | ÷ | | | | | | | |
| | 61 | ÷ | | | | | | | |
| | 62 | ÷ | | | | | | | |
| | 63 | ÷ | | | | | | | |
| | 64 | ÷ | | | | | | | |
| | 65 | ÷ | | | | | | | |
| | 66 | ÷ | | | | | | | |
| | 67 | ÷ | | | | | | | |
| | 68 | ÷ | | | | | | | |
| | 69 | ÷ | | | | | | | |
| | 70 | ÷ | | | | | | | |
| | 71 | ÷ | | | | | | | |
| | 72 | ÷ | | | | | | | |

APLNDC00027244

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | Examiner | Art Unit |
| | X. L Bautista | 2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | | | | | | | |
| | 73 | ÷ | | | | | | | |
| | 74 | ÷ | | | | | | | |
| | 75 | ÷ | | | | | | | |
| | 76 | ÷ | | | | | | | |
| | 77 | ÷ | | | | | | | |
| | 78 | ÷ | | | | | | | |
| | 79 | ÷ | | | | | | | |
| | 80 | ÷ | | | | | | | |
| | 81 | ÷ | | | | | | | |
| | 82 | ÷ | | | | | | | |
| | 83 | ÷ | | | | | | | |
| | 84 | ÷ | | | | | | | |
| | 85 | ÷ | | | | | | | |
| | 86 | ÷ | | | | | | | |
| | 87 | ÷ | | | | | | | |
| | 88 | ÷ | | | | | | | |

APLNDC00027245

# Elastic Graphical Interfaces for Precise Data Manipulation

*Toshiyuki Masui, Kouichi Kashiwagi, George R. Borden IV*

Software Research Laboratories

SHARP Corporation

2613-1 Ichinomoto-cho

Tenri, Nara 632, Japan

Tel: +81-7436-5-0987

E-mail: {masui,kasiwagi,flash}@slab.tnr.sharp.co.jp

## ABSTRACT

We propose an interaction technique for manipulating precise data or selecting one element from a large number of items. Although conventional graphical interaction tools like sliders cannot be used for selecting more items than the pixel size of the slider, we can specify more precise data by using the elastic slider based on the rubber-band metaphor, where a control object can be moved by pulling the object with a rubber-band between the object and the mouse cursor. The same technique can be applied to many graphical interface tools like scroll bars and drawing editors.

**KEYWORDS:** Elastic Interface, Slider, Scroll Bar, Rubber-band Interface

## GRANULARITY PROBLEM OF DIRECT MANIPULATION

In conventional direct manipulation interfaces, graphic objects are directly moved by pointing devices, and an object should always be placed at a pixel location. Since a data value or an item is usually mapped to the location of a control object like a slider knob, it is impossible to specify more data values than the pixel size of the place where the control object can be located. To control more precise movement of the control objects, additional control tools like arrow buttons are sometimes used. However, they do not offer flexible control of the control objects, and the technique cannot be applied to other interface objects like the control points used in graphic editors.

## ELASTIC GRAPHICAL INTERFACE

We propose using the "rubber-band metaphor" to control more precise data than represented simply by the location of the object. In our systems, when we drag a control object using a pointing device, it can be moved directly by the pointing device. But if we click a point other than the control object and drag it, a rubber-band appears between the mouse

Published in:

*ACM Conference on Human Factors in Computing Systems (CHI'95) Conference Compainon* (April 1995), ACM press, pp. 143–144.



(a) Dragging the knob directly   (b) Pulling the knob by a rubber-band

Figure 1: Using FineSlider for a English-Japanese dictionary

cursor and the control object, and the control object moves gradually to the mouse cursor, depending on the length of the rubber-band. When the rubber-band is short and the speed of the control object is very small, the value associated with the control object changes slowly, without changing the location of the control object. When the rubber-band is long and the control object is pulled strongly by the mouse cursor, the value changes faster and the control object moves accordingly.

In the following sections, we show how this elastic interface technique can be used in various graphical interaction tools.

## FineSlider

A FineSlider is a slider augmented with our elastic interface technique. Figure 1 shows the screen images of an English-Japanese dictionary implemented on a pen-based electronic organizer called *Zaurus*. Here, a FineSlider is used for selecting an English word from a dictionary containing 40,000 words. A user can drag the knob of the slider, select a word, and the Japanese translation of the word is displayed at the center of the screen immediately. Because of the low bitmap density of Zaurus, the user cannot select more than 200 words only by directly dragging the knob of the slider. However, when the user touches the slider at a place other than the knob, a rubber-band appears and the knob is pulled by the rubber-band, moving at a speed proportional to the length of

APLNDC00027246

the rubber-band. By moving the pen and changing the length of the rubber-band, the user can easily find the target word.

The AlphaSlider[1] is based on another approach to perform similar tasks. The knob of an AlphaSlider consists of two or three parts. When a user clicks his mouse cursor on the upper part of the knob and drags it, the mouse cursor disappears and the knob moves slowly according to the movement of the mouse. When a user clicks his mouse cursor on the lower part of the knob and drags it, the knob moves more slowly, enabling fine-tuning of the position of the knob. When the user clicks the slider at a place other than the knob, the knob jumps directly to the cursor position.

Although the AlphaSlider is also useful for selecting a large number of elements, direct movement of the knob is sometimes difficult when the objective point is covered by the knob, and the technique cannot be used for graphical interaction tools other than sliders. A FineSlider has the same appearance as an ordinary slider, can be controlled by simple and intuitive operations, requires only a small space, and offers flexible granularity of searching speed. Also, the same technique can be used for setting multiple values, as shown in Figure 2.



(a) FineSlider for setting a range

(b) Setting multiple values with FineSlider

Figure 2: Setting multiple values

**Elastic Scrollbar**

Figure 3 shows the elastic scrollbar implemented on the same electronic organizer, Zaurus, using the same technique as the FineSlider. The elastic scrollbar cannot only be used like conventional scrollbars by dragging the knob and going to an arbitrary line of text, the user can also dynamically control



Figure 3: An elastic scrollbar



(a) Moving a control point directly

(b) Moving a control point with the elastic interface

Figure 4: Elastic drawing operation

the scrolling speed by changing the length and direction of the rubber-band.

**Moving The Control Points in a Drawing Editor**

Figure 4 shows how the elastic interface can be applied to drawing editors. In conventional drawing editors, all the control points of figures are manipulated directly like shown in Figure 4(a). Using our elastic interface technique, control points can be moved slowly and precisely using a rubber-band like shown in Figure 4(b), to control subtle configuration.

**EVALUATION**

We performed an experiment similar to the one introduced in [1], where subjects look for a movie title from a title list with 10,000 entries. Using an AlphaSlider, [1] reports that it took about 24 seconds for novice users and 13 seconds for expert users, on the average. Using a FineSlider, the average search time for all our 8 subjects was 13.8 seconds, and the average search time of the best subject was 10.9 seconds. The conditions of the two experiments are not the same, but there is a possibility that FineSlider is easier to use for novice users.

**CONCLUSIONS**

We introduced a simple and uniform way of manipulating precise data in graphical user interfaces, using the rubber-band metaphor. The same technique can be applied to various data entry tasks and selection tasks on any machine with a graphical user interface.

**ACKNOWLEDGEMENTS**

We thank Prof. Satoshi Matsuoka at University of Tokyo for giving us many suggestions.

**REFERENCES**

[1] Ahlberg, C., and Shneiderman, B. AlphaSlider: A compact and rapid selector. In *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI'94)* (April 1994), Addison-Wesley, pp. 365–371.

APLNDC00027247

<u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : Andrew Platzer | Examiner:     Bautista, Xiomara L |
| Appl. No. | : 11/620,717 | TC/A.U.: 2179 |
| Filed | : January 7, 2007 | Confirmation No. 9801 |

For       : APPLICATION
PROGRAMMING
INTERFACES FOR
SCROLLING OPERATIONS

Customer No.    : 45217

**CERTIFICATE OF TRANSMISSION**
I hereby certify that this correspondence is being
submitted electronically via EFS Web on the date
shown below.

_Connie Thayer_      October 8, 2009
**Connie Thayer**           *Date*

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT

Sir:

In response to the Office Action of July 8, 2009, applicants respectfully request
the Examiner to enter the following amendments and consider the following remarks:

APLNDC00027248

**Amendments to the Specification:**

Please replace paragraph [0056] with the following amended paragraph:

A machine-readable medium includes any mechanism for storing ~~or transmitting~~ information in a form readable by a machine (e.g., a computer). For example, a machine-readable medium includes read only memory ("ROM"); random access memory ("RAM"); magnetic disk storage media; optical storage media; flash memory devices ~~electrical, optical, acoustical or other form of propagated signals (e.g., carrier waves, infrared signals, digital signals, etc.);~~ etc.

Please replace paragraph [0045] with the following amended paragraph:

~~FIG. 30 is a perspective view of a wireless device in accordance with one embodiment of the present disclosure;~~ FIGS. 30A and 30B illustrate a device 3070 according to one embodiment of the disclosure;

APLNDC00027249

**Amendments to the Claims:**

The listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1. (Original)  A machine implemented method for scrolling on a display of a device comprising:

          receiving a user input;

          creating an event object in response to the user input;

          determining whether the event object invokes a scroll or gesture operation;

          issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

          responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and

          responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving a plurality of input points in the form of the user input.

2. (Original)  The method as in claim 1, further comprising:

    rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

3. (Original)  The method as in claim 1, further comprising:

    attaching scroll indicators to a content edge of the window.

APLNDC00027250

4.  (Original)  The method as in claim 1, further comprising:

    attaching scroll indicators to the window edge.


5.  (Original)  The method as in claim 1, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.


6.  (Original)  The method as in claim 1, further comprising:

    responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.


7.  (Original)  The method as in claim 1, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.


8.  (Currently Amended)  A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising:

        receiving a user input;

        creating an event object in response to the user input;

        determining whether the event object invokes a scroll or gesture operation;

        issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

        responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and

APLNDC00027251

responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving a plurality of input points in the form of the user input.

9.  (Original)  The medium as in claim 8, further comprising:

rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll.

10.  (Original)  The medium as in claim 8, further comprising:

attaching scroll indicators to a content edge of the view.

11.  (Original)  The medium as in claim 8, further comprising:

attaching scroll indicators to a window edge of the view.

12.  (Original)  The medium as in claim 8, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

13.  (Original)  The medium as in claim 8, further comprising:

responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

14.  (Original)  The medium as in claim 8, wherein the data processing system is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

15.-88. – (Withdrawn)

89.  (New)  In an environment with user interface software interacting with a software application, an apparatus, comprising:

APLNDC00027252

means for receiving, through a hardware device, a user input on a display of the apparatus;

means for creating an event object in response to the user input;

means for determining whether the event object invokes a scroll or gesture operation;

means for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

means for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and

means for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving a plurality of input points in the form of the user input.

90. (New)  The apparatus as in claim 89, further comprising:

means for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

91. (New)  The apparatus as in claim 89, further comprising:

means for attaching scroll indicators to a content edge of the window.

92. (New)  The apparatus as in claim 89, further comprising:

means for attaching scroll indicators to the window edge.

93. (New)  The apparatus as in claim 89, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

APLNDC00027253

94. (New)  The apparatus as in claim 89, further comprising:

means for responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

95. (New) The apparatus as in claim 89, wherein the apparatus is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

APLNDC00027254

**Remarks/Arguments**

Applicants respectfully request consideration of the subject application as amended herein.  This Amendment is submitted in response to the Office Action mailed July 8, 2009.  Claims 1-7 are allowed.  Claims 8-14 are rejected.

In this Amendment, claim 8 has been amended.  New claims 89-95 have been added.  It is respectfully submitted that the amendment does not add new matter.

Applicants reserve all rights with respect to the applicability of the Doctrine of equivalents.

The Examiner indicates that a brief description of figures 30A and 30B are missing in the specification.

Paragraph [0045] has been amended to read as follows:  FIGS. 30A and 30B illustrate a device 3070 according to one embodiment of the disclosure;

Support for this amendment can be found in the first sentence of paragraph [0135].  Thus, amended paragraph [0045] provides a brief description of figures 30A and 30B.  Applicants respectfully request removal of the objection to the specification.

**Claim Rejections under 35 U.S.C. §101**

The Examiner has rejected claims 8-14 under 35 U.S.C. §101 because the claimed invention is directed to non-statutory subject matter.  The Examiner indicates that claim 8 recites a "machine-readable medium" that is defined in the specification as a "form of propagated signals" [par.0056].

Claim 8 has been amended to recite a "machine readable storage medium."

Paragraph [0056] has been amended to read as follows.

> A machine-readable medium includes any mechanism for storing information in a form readable by a machine (e.g., a computer).  For example, a machine-readable medium includes read only memory ("ROM"); random access memory ("RAM"); magnetic disk storage media; optical storage media; flash memory devices; etc.

Thus, the "machine readable storage medium" is not defined in the specification as a "form of propagated signals" [par.0056].  Accordingly, applicants respectfully submit that

APLNDC00027255