EXHIBIT 5.05

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY (SEPARATE SHEET) | International application No. |
|---|---|
| | PCT/US2008/000069 |

## Re Item V
**Reasoned statement with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1    Reference is made to the following documents:

D1:  US 2004/100479 A1 (NAKANO MASAO [JP] ET AL) 27 May 2004 (2004-05-27)

D2:  US 2001/045949 A1 (CHITHAMBARAM NEMMARA [US] ET AL) 29 November 2001 (2001-11-29)

D3:  US 2004/021676 A1 (CHEN HUNG-MING [TW] ET AL) 5 February 2004 (2004-02-05)

D4:  US 2003/122787 A1 (ZIMMERMAN JOHN [US] ET AL) 3 July 2003 (2003-07-03)

D5:  US-B1-6 958 749 (MATSUSHITA NOBUYUKI [JP] ET AL) 25 October 2005 (2005-10-25)

2    The present application does not meet the criteria of Article 33(1) PCT, because the subject-matter of the independent claims is not new in the sense of Article 33(2) PCT.

2.1    Regarding claim 1, D1 discloses a method for operating through an application programming interface in an environment with user interface software interacting with a software application and a user input contacting a view of a display of a device, comprising transferring a deceleration scroll call to set a deceleration factor for a drag user input that invokes a scroll. See D1, §18,§481; the subject matter of claim 1 is therefore not new (Article 33(2) PCT).

A similar argumentation applies to corresponding independent claims 5,9,10,12,14,71 mutatis mutandis, which are therefore also not new (Article 33(2) PCT).

2.2    Regarding claim 15, D2 discloses a method for operating through an application programming interface in an environment with user interface software interacting with a software application and a user input contacting a view of a

APLNDC00027381

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING
AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2008/000069

display of a device, comprising transferring a scroll hysteresis call to determine whether the user input invokes a scroll. See D2, §84; the subject matter of claim 15 is therefore not new (Article 33(2) PCT).

A similar argumentation applies to corresponding independent claims 19,23,24,26,28,73,77,83, mutatis mutandis, which are therefore also not new (Article 33(2) PCT).

2.3    Regarding claim 29, D3 discloses a method for operating through an application programming interface in an environment with user interface software interacting with a software application and a user input contacting a display region of a device, comprising transferring a scroll indicator call to determine whether at least one scroll indicator attaches to a content edge or a display edge of the display region. See D3, §20; the subject matter of claim 29 is therefore not new (Article 33(2) PCT).

A similar argumentation applies to corresponding independent claims 34,39,40,44,48,75, mutatis mutandis, which is therefore also not new (Article 33(2) PCT), which is therefore also not new (Article 33(2) PCT).

2.4    Regarding claim 49, D4 discloses a method for operating through an application programming interface in an environment with user interface software interacting with a software application and a user input contacting a view of a display of a device, comprising transferring an inadvertent user input call to determine whether the user input was inadvertent. See D4, §25; the subject matter of claim 49 is therefore not new (Article 33(2) PCT).

A similar argumentation applies to corresponding independent claims 54, 59,60,64,67 mutatis mutandis, which are therefore also not new (Article 33(2) PCT).

2.5    With regard to the argumentations of §2.1 - §2.4 supra, the use of an application programming interface is considered to be implicitly disclosed in the closest prior art for each case because it is standard practice to use an API to

APLNDC00027382

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING**
**AUTHORITY (SEPARATE SHEET)**

International application No.

PCT/US2008/000069

interface between and input device and the software which it is manipulating.
See e.g. D5, §7-§13, §33.

3      The dependent claims do not contain any features which, in combination with the
       features of any claim to which they refer, meet the requirements of the PCT in
       respect of novelty and/or inventive step. See documents D1-D5 and the
       corresponding passages cited in the search report.

APLNDC00027383

**Possible steps after receipt of the international search report (ISR) and written opinion of the International Searching Authority (WO-ISA)**

| | |
|---|---|
| General information | For all international applications filed on or after 01/01/2004 the competent ISA will establish an ISR. It is accompanied by the WO-ISA. Unlike the former written opinion of the IPEA (Rule 66.2 PCT), the WO-ISA is not meant to be responded to, but to be taken into consideration for further procedural steps. This document explains about the possibilities. |
| Amending claims under Art. 19 PCT | Within 2 months after the date of mailing of the ISR and the WO-ISA the applicant may file amended claims under Art. 19 PCT directly with the International Bureau of WIPO. The PCT reform of 2004 did not change this procedure. For further information please see Rule 46 PCT as well as form PCT/ISA/220 and the corresponding Notes to form PCT/ISA/220. |
| Filing a demand for international preliminary examination | In principle, the WO-ISA will be considered as the written opinion of the IPEA. This should, in many cases, make it unnecessary to file a demand for international preliminary examination. If the applicant nevertheless wishes to file a demand this must be done before expiry of 3 months after the date of mailing of the ISR/WO-ISA or 22 months after priority date, whichever expires later (Rule 54bis PCT). Amendments under Art. 34 PCT can be filed with the IPEA as before, normally at the same time as filing the demand (Rule 66.1 (b) PCT). |
| | If a demand for international preliminary examination is filed and no comments/amendments have been received the WO-ISA will be transformed by the IPEA into an IPRP (International Preliminary Report on Patentability) which would merely reflect the content of the WO-ISA. The demand can still be withdrawn (Art. 37 PCT). |
| Filing informal comments | After receipt of the ISR/WO-ISA the applicant may file informal comments on the WO-ISA directly with the International Bureau of WIPO. These will be communicated to the designated Offices together with the IPRP (International Preliminary Report on Patentability) at 30 months from the priority date. Please also refer to the next box. |
| End of the international phase | At the end of the international phase the International Bureau of WIPO will transform the WO-ISA or, if a demand was filed, the written opinion of the IPEA into the IPRP, which will then be transmitted together with possible informal comments to the designated Offices. The IPRP replaces the former IPER (international preliminary examination report). |
| Relevant PCT Rules and more information | Rule 43 PCT, Rule 43bis PCT, Rule 44 PCT, Rule 44bis PCT, PCT Newsletter 12/2003, OJ 11/2003, OJ 12/2003 |

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
29 June 2006 (29.06.2006)

PCT

(10) International Publication Number
# WO 2006/067711 A2

(51) **International Patent Classification:** Not classified

(21) **International Application Number:**
PCT/IB2005/054279

(22) **International Filing Date:**
16 December 2005 (16.12.2005)

(25) **Filing Language:** English

(26) **Publication Language:** English

(30) **Priority Data:**
04106795.0     21 December 2004 (21.12.2004)     EP

(71) **Applicant** *(for all designated States except US)*: **KONIN-KLIJKE PHILIPS ELECTRONICS N.V.** [NL/NL]; Groenewoudseweg 1, NL-5621 BA Eindhoven (NL).

(72) **Inventor; and**
(75) **Inventor/Applicant** *(for US only)*: **HOLTMAN, Koen, J., G.** [NL/NL]; c/o Prof. Holstlaan 6, NL-5656 AA Eindhoven (NL).

(74) **Agents: UITTENBOGAARD, Frank** et al.; Prof. Holst-laan 6, NL-5656 AA Eindhoven (NL).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM,

AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declaration under Rule 4.17:**
— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

(54) **Title:** METHOD AND DEVICE FOR DISPLAYING ANIMATED BUTTONS

{A,1,1}   {A,1,2}

{A,2,1}   {A,2,2}

{B,1,1}   {B,1,2}   {B,1,3}   {B,1,4}

{B,2,1}   {B,2,2}   {B,2,3}   {B,2,4}

{C,1,1}   {C,1,2}   {C,1,3}   {C,1,4}   {C,1,5}   {C,1,6}

{C,2,1}   {C,2,2}   {C,2,3}   {C,2,4}   {C,2,5}   {C,2,6}

(57) **Abstract:** A method of displaying a group of animated buttons (A, B, C) on a display (12) in a synchronized manner is described, each button being associated with at least two sequences of pictures, each sequence being associated with a certain status of the corresponding button, all sequences having the same number of pictures (NP). When the button is in a certain status, the pictures of the corresponding sequence are displayed sequentially and repeatedly in a predetermined order, starting again with the first picture. When a button (X) changes from a current status to a second status (i), display of the sequence associated with the second status starts with the picture having ranking number jx that satisfies the formula: $jx = [(CC-Q) \bmod NP] + 1$; wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group; and wherein Q indicates the starting value or reset value of the common counter.

WO 2006/067711 A2

1

# Method and device for displaying animated buttons

## FIELD OF THE INVENTION

The present invention relates in general to the field of graphical interfaces between a user and an apparatus such as a personal computer.

5 ## BACKGROUND OF THE INVENTION

Graphical interfaces for computer systems are commonly known. A graphical interface comprises a display screen, for instance a monitor, and the computer system comprises a control system capable of creating menus on the screen. Such menus typically contain text messages showing the user a selection of possible commands he can give. The
10 user can actually give his command by entering a character via a keyboard. It is also possible that the control system allows a user to enter his command by using a mouse-pointer for "clicking" in a predefined portion of the screen; such predefined screen portion is indicated as a "button".

A button may just contain text. However, a button may also contain one or
15 more graphical symbols or pictures.

Usually, such graphical symbols or pictures are stationary. A more attractive effect is obtained if the graphical symbols or pictures are moving or changing; this is indicated by the phrase "animation"; buttons capable of performing animation are indicated by the phrase "animated"; buttons.

20 Button animation is achieved by providing a plurality of button pictures (typically in the form of bit maps, as will be clear to a person skilled in the art), and displaying these button pictures sequentially; after the last button picture, the sequence continues with the first button picture. Apart from the contents of the individual button pictures, the button animation is defined by the number of button pictures in the sequence,
25 and the duration of each button picture, or animation rate.

The button animation of one button may depend on circumstances, such as for instance the status of a button. For instance, a button may have two possible statuses "SELECTED" or "UNSELECTED", or three possible statuses "SELECTED" or "UNSELECTED BUT AVAILABLE" or "UNAVAILABLE". For each of such different

APLNDC00027386

2

button statuses, a corresponding button animation sequence may be provided, and the start of
a certain button animation sequence may depend on a user action. The number of button
pictures in the different animation sequences for one button may be mutually equal, or
different. Also, the animation rates for the different animation sequences for one button may

5      be mutually equal, or different.

In case the computer system has two or more animated buttons, each
individual animated button has its own button animation sequence or set of button animation
sequences, each sequence having an associated number of pictures and rate. The number of
button pictures in the different animation sequences for two different buttons may be

10     mutually equal, or different. Also, the animation rates for the different animation sequences
for two different buttons may be mutually equal, or different.

In prior proposals, button animations run independent from each other. As a
consequence, the movements of all buttons on the screen may appear chaotic to a user or an
observer.

15     Japanese patent application 2002-230573 describes a system where
synchronization of the movements of the different buttons is achieved. According to this
application, each button animation sequence is replaced by a replacement sequence, which
has the same button pictures as the original sequence, but the display duration of the different
button pictures is adapted, such that the overall sequence duration is changed. For each

20     button animation sequence, the changes are such that all replacement sequences have the
same overall sequence duration. One problem is that this approach is quite complicated;
another disadvantage is that for many buttons the overall sequence duration differs from the
duration as originally intended for these buttons. Further, the publication does not address the
problem that, on the basis of a user action, a different button animation sequence may start

25     for a certain button while the other button animation sequences are already running.

An important objective of the present invention is to ensure synchronization
between a plurality of buttons, irrespective of changes caused by user actions.

Further, the present invention aims to allow an author of button animations to
create a button animation sequence such that this button animation sequence is displayed in

30     synchronization with one or more other button animation sequences, without the author
necessarily having to know these other button animation sequences.

APLNDC00027387

3

SUMMARY OF THE INVENTION

According to an important aspect of the present invention, a button animation
sequence having NP pictures is started at picture jx, jx being calculated according to

$$jx = [(CC-Q) \bmod NP] + 1;$$

5    wherein CC indicates a Common Counter which is incremented by 1 at a predefined
animation frame rate, and wherein Q indicates the starting value or reset value of the
common counter.


BRIEF DESCRIPTION OF THE DRAWINGS

10    These and other aspects, features and advantages of the present invention will
be further explained by the following description with reference to the drawings, in which
same reference numerals indicate same or similar parts, and in which:

Fig. 1 schematically shows a block diagram of a computer system;

Fig. 2A schematically shows a display with buttons in 3 fields;

15    Fig. 2B shows a sequence of pictures;

Fig. 3 schematically illustrates six series of four button pictures each;

Fig. 4 is a table illustrating a sequence of displayed pictures;

Fig. 5 is a table illustrating a sequence of displayed pictures in accordance
with the present invention ;

20    Fig. 6 schematically illustrates six series of two, four and six button pictures
each;

Fig. 7 is a table illustrating a sequence of displayed pictures in accordance
with the present invention.


25    DETAILED DESCRIPTION OF THE INVENTION

Fig. 1 schematically shows a block diagram of a computer system 1,
comprising a control system 10, an associated memory 11, a display device 12 such as a
monitor, and an input device 13 such as a keyboard, a mouse, etc. The memory 11 may
comprise solid state memory, hard disk memory, CD-ROM memory, DVD-ROM memory,
30    BD-ROM memory, etc.

Fig. 2A shows the display device 12 on a larger scale, illustrating that the
control system 10 is capable of defining on the display 12 a plurality of fields A, B, C; in this
example, three fields are shown. Each field comprises an image displayed in the display 12.
The fields A, B, C are animated fields, meaning that the image of a field is not stationary but

APLNDC00027388

WO 2006/067711                                                PCT/IB2005/054279

4

varies with time. To this end, the memory 11 contains, for each field A, B, C, at least one series of field pictures having a predetermined order, the pictures for instance being defined in the form of a bit map.

By way of example, Fig. 2B shows a series of six different field pictures, each
5    illustrated as a square with certain contents, and numbered 1 to 6. Thus, the number of pictures in this series is equal to 6, but it should be clear that this number is just an example. For the field corresponding to this series, the control system displays the pictures always in the said predetermined order, that is picture 4 follows picture 3, and then picture 5 is displayed, and so on, as illustrated by arrows. After having displayed the last picture (number
10   6 in this example), display continues with the first picture (repeated display).

For at least one field, display of the said series of field pictures starts at a moment that is not known in advance, for instance because it depends on some action of the control system 10, or on some action of the user. Before the start of the display of the said series of field pictures, the image of the field may be stationary. It is also possible that, before
15   the start of the display of the said series of field pictures, the image of the field is varying with time by a different series of pictures. Thus, it is possible that the memory 11 contains two or more series of field pictures for a certain field. The different series of field pictures correspond to different states of a field. A field can change state caused by some action of the control system 10, or by some action of the user, for instance by placing a graphic pointer 15
20   on the field, by moving the pointer 15 over the field, by "clicking" the field, etc.

Normally, when display of a series of pictures is started, display starts at number 1. In accordance with the present invention, display may start at a specific number differing from 1, for instance picture number 3, as illustrated by an arrow marked "start" in Fig. 2B.

25   In the following, it is assumed that each field is a button. Further, it is assumed that each button has two states, and a button may change from one state to the other on a mouse click. It is noted, however, that these assumptions are for the sake of explaining the invention, but not for limiting the scope of the invention.

Further, the following notation will be used:

30   In the following, a button X appearing in a first or second (and so on) state will be indicated as X[1] or X[2], etc. The number of button pictures in the series corresponding to a button state X[i] will be indicated as NP(X,i). In each series, button pictures will be numbered 1, 2, ... NP. The $j^{th}$ button picture of button X in state [i] will be indicated as BP{X,i,j}.

APLNDC00027389

WO 2006/067711                                                                                    PCT/IB2005/054279

5

FIRST EXAMPLE

In the present example of three buttons, where each button has two states, there are six series of button pictures in all. It is further assumed that all series contain the same number of button pictures, this number being indicated as NP; for instance NP = 4. These six series are illustrated in Fig. 3.

Thus, in the example of Fig. 3:

- each button A, B, C can appear in two states;

- $NP(A,1) = NP(A,2) = NP = 4$

- $NP(B,1) = NP(B,2) = NP = 4$

- $NP(C,1) = NP(C,2) = NP = 4$

Thus, memory 11 contains:

button pictures $BP\{A,1,1\}$ to $BP\{A,1,4\}$,

button pictures $BP\{A,2,1\}$ to $BP\{A,2,4\}$,

button pictures $BP\{B,1,1\}$ to $BP\{B,1,4\}$,

button pictures $BP\{B,2,1\}$ to $BP\{B,2,4\}$,

button pictures $BP\{C,1,1\}$ to $BP\{C,1,4\}$, and

button pictures $BP\{C,2,1\}$ to $BP\{C,2,4\}$.

When a button X is in a certain button state i, the control system 10 is designed to display successively and repeatedly the corresponding button pictures $BP\{X,i,j=1$ to $NP\}$. The transition from one button picture $BP\{X,i,j\}$ to the next button picture $BP\{X,i,j+1\}$ takes place at regular intervals, which may be expressed as time intervals or as a number of displayed frames; these intervals define the display duration $\Delta t$ of each button picture. It should be clear that, in a system where the display device 12 has a frame rate of 50 frames per second, a display duration of e.g. 5 frames corresponds to 0.1 sec.

Further, it is to be noted that, in this example, the transition from one button picture $BP\{X,i,j\}$ to the next button picture $BP\{X,i,j+1\}$ takes place at the same moment for all buttons.

Assume that the animation of buttons A, B and C is started at time t1, with each button in its first state. The control system 10 accordingly displays button pictures $BP\{A,1,1\}$, $BP\{B,1,1\}$, $BP\{C,1,1\}$, until transition time $t2 = t1 + \Delta t$, when these button pictures are replaced by $BP\{A,1,2\}$, $BP\{B,1,2\}$, $BP\{C,1,2\}$, respectively. And so on. The resulting sequence of displayed pictures is shown in the table of Fig. 4. In the top half of this table, down to time tx, it can be seen that the picture series of all buttons are synchronized, in

APLNDC00027390

WO 2006/067711                                                PCT/IB2005/054279

6

that all animations start and end at the same moment, as indicated by thick horizontal lines L1. At all times until time tx, all animations are in phase with each other, or, in other words, if BP{A,1,i}, BP{B,1,j}, and BP{C,1,k} are displayed at the same time, i=j=k applies.

5          Assume that, at an arbitrary time tx determined by the user, the user uses the input device 13 to input a command, changing the status of (at least) one button, starting a new picture sequence for this button. For instance, assume that tx is some time between t14 and t15, and that the second button B changes from its first state to its second state (for instance: from an inactive state to an active state): in response to receiving the user command, the control system 10 starts displaying the series of second state button pictures
10    BP{B,2,j} for this button B.

          Displaying the series of second state button pictures BP{B,2,j} may be instantaneous, i.e. immediately after receiving the user command, before the next transition time (here: t15). It is also possible that the start of the series of second state button pictures BP{B,2,j} is always delayed until the next transition time. It is also possible that the control
15    system 10 is capable of calculating the time left between the user command and the next transition time, and to make a choice depending on the amount of time left: if this amount of time left is less than a predetermined threshold, the control system 10 may wait until the next transition time, whereas, if the amount of time left is more than said predetermined threshold, the control system 10 may start immediately. A suitable threshold would be 100 ms, for
20    example. In the following, it will be assumed that a new series is always started at the next transition time, but the necessary modifications, if any, will be clear to a person skilled in the art.

          When the control system 10 starts display of a new series (in this case: the series of second state button pictures BP{B,2,j}), the control system 10 has to make a
25    decision as to which specific button picture to start with; this starting picture will be indicated as BP{B,2,jx}, jx being the ranking number of the starting picture in the series BP{B,2,1} to BP{B,2,NP(B,2)}.
Thus, $1 \leq jx \leq NP(B,2)$  applies.
In the illustration of Fig. 2B, jx would be equal to 3.

30          Normally, without special measures in accordance with the invention, the control system 10 will start displaying the series of second state button pictures BP{B,2,j} with the first picture as obvious start picture: jx = 1. This picture is indicated in Fig. 4 by a broken line in the shape of an ellipse. As a consequence, the synchronization is lost in that

APLNDC00027391

7

the animation of button B starts and ends different from buttons A and C, as indicated by thick lines L2 in Fig. 4.

The present invention provides a control system which is designed to maintain animation synchronization. Particularly, the control system is designed to start the animation with a ranking number jx differing from one, jx being selected such that it is equal to the ranking number of the pictures of the other buttons.

One possible way of implementing the invention is for the control system to investigate the ranking number of the pictures of the other buttons, and to make jx equal to this ranking number as found. It is, however, easier to define a group sequence phase GSP as a separate parameter indicating the phase of the group of animations with respect to a group animation period GAP of the group of animations. In the present example, the control system 10 is designed to set the ranking number jx of the starting picture in accordance with the following formula:

$$jx = GSP \hspace{4cm} (1)$$

In the present example, the group animation period GAP of the group of animations corresponds to the said lines L1 and has a length equal to NP. Thus, in this example, the group sequence phase GSP can have values 1, 2, 3, 4, as indicated in Fig. 4.

The group sequence phase GSP can for instance be implemented as a Common Counter 14 (see Fig. 1), which is incremented by 1 at the transition moments, and which is reset at the beginning of a new synchronization repetition period as indicated by the said lines L1; in that case, the common counter 14 would count 0, 1, 2, 3, 0, 1, 2, 3, 0, etc. It is also possible that the Common Counter 14 is continuously incremented (so that it would count 0, 1, 2, 3, 4, 5, etc), and that the group sequence phase GSP is calculated in accordance with the following formula:

$$GSP = [CC \bmod NP] + 1 \hspace{3cm} (2)$$

wherein CC indicates the value of the Common Counter 14, and wherein mod indicates the modulo operation. It is noted that x mod x = 0, per definition.

Thus, in the same example, assume that, at some time tx between t14 and t15, the second button B changes from its first state to its second state. At time t15, the control system 10 calculates jx in accordance with formula (1) and (2): jx = GSP = [14 mod 4] + 1 = 3. Accordingly, at time t15, the control system 10 starts display of this series with button picture BP{B,2,3} for this button B. The effect is illustrated in Fig. 5, which is a table similar to Fig. 4, now for the series displayed in accordance with the present invention. It can

APLNDC00027392

8

clearly be seen, as indicated by horizontal lines L1, that all animations are synchronized at all times, even after time tx.

It is noted that formula (2), and the illustrations of Figs. 4 and 5, apply for a counter which starts at zero; in case of a counter starting at 1, the formula should read:

5    GSP = [(CC-1) mod NP] + 1 . A more general way of expressing formula (2) would be as follows:

$$GSP = [(CC-Q) \bmod NP] + 1 \qquad\qquad (3)$$

wherein Q indicates the starting value of the counter. In the present explanation, it will be assumed that the counter starts at zero.

10

SECOND EXAMPLE

In the previous example, each series contained four button pictures. It is, however, not necessary that all button series have the same number of pictures. In the second example, it is assumed that the number of button pictures may differ from series to series, but

15   they have a common factor larger than one. For instance, assume that button A has two pictures, button B has four pictures, button C has six pictures. These series are illustrated in Fig. 6.

Thus, in the example of Fig. 6:

- each button A, B, C can appear in two states;

20   - $NP(A,1) = NP(A,2) = 2$

- $NP(B,1) = NP(B,2) = 4$

- $NP(C,1) = NP(C,2) = 6$

Thus, memory 11 contains:

button pictures $BP\{A,1,1\}$ to $BP\{A,1,2\}$,

25   button pictures $BP\{A,2,1\}$ to $BP\{A,2,2\}$,

button pictures $BP\{B,1,1\}$ to $BP\{B,1,4\}$,

button pictures $BP\{B,2,1\}$ to $BP\{B,2,4\}$,

button pictures $BP\{C,1,1\}$ to $BP\{C,1,6\}$, and

button pictures $BP\{C,2,1\}$ to $BP\{C,2,6\}$.

30   Like in the first example, when a button X is in a certain button state i, the control system 10 is designed to display successively and repeatedly the corresponding button pictures $BP\{X,i,j=1$ to $NP(X,i)\}$. The transition from one button picture $BP\{X,i,j\}$ to the next button picture $BP\{X,i,j+1\}$ takes place at regular intervals, which define the display duration $\Delta t$ of each button picture. In this example, the transition from one button picture

APLNDC00027393

9

BP{X,i,j} to the next button picture BP{X,i,j+1} takes place at the same moment for all buttons.

Assume again that the animation of buttons A, B and C is started at time t1, with each button in its first state. The resulting sequence of displayed pictures is shown in the table of Fig. 7. It can clearly be seen that in this case a group animation period GAP has a length of 12 pictures, as indicated by horizontal lines L3. In general, a group animation period GAP has a length equal to the smallest common multiple of all numbers NP(X,i) of the buttons X in their new state i, which will be indicated as SCM{NP(X,i)}. In this example, SCM{2;4;6}=12.

As in the first example, a group sequence phase GSP with respect to the group animation period GAP is defined, which group sequence phase GSP can now take values 1 to 12, as illustrated in Fig. 7. While, in the first example, NP(X,i) was equal to the length of the group animation period GAP for each button, in this example NP(X,i) may be smaller than the length of the group animation period GAP for one or more buttons. Therefore, in the present example, when a series is to be started, the control system 10 is designed to set the ranking number jx of the starting picture of this series in accordance with the following formula:

$$jx = [(GSP-1) \bmod NP(X,i)] + 1 \qquad (4)$$

Like in the first example, the group sequence phase GSP can for instance be implemented as a Common Counter 14 which is incremented by 1 at the transition moments, and which is reset at the beginning of a new synchronization repetition period. It is also possible that the Common Counter 14 is continuously incremented, and that the group sequence phase GSP is calculated in accordance with the following formula:

$$GSP = [(CC-Q) \bmod SCM\{NP(X,i)\}] + 1 \qquad (5)$$

Assume again that, at some time tx between t14 and t15, the second button B changes from its first state to its second state. At time t15, the control system 10 calculates jx in accordance with formula (4):

$$jx = [(GSP-1) \bmod 4] + 1 = [2 \bmod 4] + 1 = 3.$$

Accordingly, the control system 10 starts display of this series with button picture BP{B,2,3} for this button B. This is also illustrated in Fig. 7.

Or, assume that, at some time ty between t21 and t22, the third button C changes from its first state to its second state. At time t22, the control system 10 calculates jx in accordance with formula (4):

$$jx = [(GSP-1) \bmod 6] + 1 = [9 \bmod 6] + 1 = 4.$$

WO 2006/067711                                                        PCT/IB2005/054279

10

Accordingly, the control system 10 starts display of this series with button picture BP{C,2,4} for this button C. It can clearly be seen that, even after time tx and after time ty, the picture series of each button are synchronized with the longest sequence, in that all animations have a start coinciding with each second start of the animation of button C, as indicated by solid horizontal lines L3.

It is noted that, for button B at time tx, another choice for jx is also possible. It can be seen from Fig. 7 that, if button B is ignored, the remaining buttons A and C have a synchronization repetition period with a length of 6 pictures. If, at time t15, display for button B is started with BP{B,2,jx=1}, animation synchronization is achieved at t19; thus, animation synchronization would be maintained, albeit at different synchronization times. These possibilities can be acknowledged in a formula, as follows.

For each button X, a remainder group RG(X) can always be defined as the group comprising all other buttons. For instance, for button B, the remainder group RG(B) consists of buttons A and C. Similarly, as the group animation period GAP defined for the entire group of buttons, a remainder group animation period RGAP(X) can be defined for each remainder group RG(X). Further, for each remainder group RG(X), a remainder group sequence phase RGSP(X) can be defined. The length of an animation period AP shall be indicated as L{AP}. In the case of the first example: L{RGAP} = L{GAP} and RGSP = GSP. In the case of the second example: L{RGAP(A)}=12, L{RGAP(B)}=6, L{RGAP(C)}=4.

Using a common counter as defined above, the remainder group sequence phase RGSP(X) of a remainder group RG(X) can be calculated as

$$RGSP(X) = [(CC-Q) \bmod SCM(RG(X))\{NP(Y,i)\}] +1 \qquad (6)$$

wherein SCM(RG(X)){NP(Y,i)} indicates the smallest common multiple of all numbers NP(Y,i) of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group RG(X).

In general, when display of a sequence of button pictures BP{X,i,j} is to be started for a certain button in state i, synchronization is achieved or maintained if display starts at button pictures BP{X,i,jx} with starting number jx calculated according to

$$jx = [(RGSP(X) + n \cdot L\{RGAP(X)\} -1) \bmod NP(X,i)] +1 \qquad (7)$$

wherein n is an integer. It should be clear to a person skilled in the art that the time until the next synchronization moment depends on the selection of n. For instance, using this formula (7) for calculating jx for button C at time t22 in Fig. 7, if it is desired that the original synchronization moment at time t25 is maintained, n should be selected to be equal to 2.

APLNDC00027395

11

Further, using this approach involves the problem that, each time a certain button X makes a change of state, the remainder group RG(X) must be established and the parameters RGSP(X) and L{RGAP(X)} must be determined.

Thus, the approach of formula (4) is preferred.

5          It is noted that the Common Counter is common to all buttons whose animations are to be synchronized. It may be that a second group of buttons is present, whose animations also are to be synchronized, but independently from the buttons of the first group.

It is further noted that the Common Counter may be actually implemented as one counter, as illustrated in Fig. 1. Alternatively, however, it is possible to have separate

10        counters for different buttons, as long as the separate counters are mutually synchronized.

A further elaboration of the present invention relates to the Common Counter. In theory, a counter may be incremented indefinitely. In practice, however, a counter is implemented as the contents of a memory location, the memory location containing a fixed number of bits which sets an upper limit to the contents of the memory location, hence an

15        upper limit to the maximum counter value. For instance, in the case of a 16 bit counter, and an animation rate of 30 pictures per second, the counter will reach its maximum value after approximately 36 minutes: then, the counter resets to zero (or to one, depending on design). After such a reset, the calculations based on the common counter are not reliable any more.

The present invention provides several possible solutions.

20        A first solution is to use a counter with a large maximum value. For instance, using a 32 bit counter will result in a counter reset after approximately 4.5 years only, so that the chance that a user actually is confronted with a counter reset in practice is negligible.

In a second solution, the control system 10 is designed to calculate a common multiple of the numbers of button pictures NP of all button states. For instance, in a case with

25        three buttons, the first having an animation sequence with 3 button pictures (NP=3), the second having an animation sequence with 4 button pictures (NP=4), the third having an animation sequence with 5 button pictures (NP=5), the smallest common multiple SCM is equal to 3x4x5 = 60. The control system 10 is further designed to reset the counter CC each time its value reaches the smallest common multiple (or, if desired, a common multiple larger

30        than the smallest common multiple, yet smaller than the maximum counter value).

In the above, an embodiment is described where the ranking number of a button picture to be displayed is always incremented by one at a transition time, and is only calculated in accordance with the invention in the case of a transition from one button state to another. A third solution to the above-mentioned problem is to always calculate the ranking

WO 2006/067711                                                    PCT/IB2005/054279

12

number of a button picture to be displayed in accordance with the above formulas at each transition time. An advantage is that the control system 10 does not need to perform differently after a button state change. A further advantage is that the button animations are always synchronized, even after a clock reset, whether occurring after reaching the maximum

5    clock value or occurring due to any other reason.

This is illustrated in the lower half of Fig. 5. Assume that, at some moment between t26 and t27, the counter is reset from 25 to zero. Then, at t27, the control system 10 calculates the ranking numbers of the button pictures to be displayed, resulting in jx=1 for all picture sequences. In other words, all animations reset to their first picture. A user carefully

10    watching the screen might notice a "blink" at time t27 when all animations suddenly present their first picture while the third picture was expected. But, important to note, synchronization between the animations is preserved, as clearly indicated in Fig. 5.

Without reset, such blink is expected each time the counter reaches its maximum value. In the case of a 16 bit counter, assuming an animation rate of 30 pictures

15    per second, the blink occurs once every thirty minutes, which may be found acceptable; in the case of a 32 bit counter, a blink occurs only once every 4.5 years. Of course, it is to be noted that no visible blink would occur if each sequence contains 2 or 4 or 8 or 16 etc pictures, as in this example.

In a preferred embodiment, the second and third solutions are combined.

20    In the above explanation it was assumed that the animations of all buttons should be synchronized with each other. It is however also possible that there are two or more subgroups of buttons, the buttons in one group G1 being synchronized with each other, the buttons in a second group G2 being also synchronized with each other but not with the buttons of the first group G1.  In such case, different and independently running counters

25    may be used for the different subgroups. The definition of the subgroups may be predetermined and fixed, but it may also be changed. In an example of embodiment, the first group G1 may contain all buttons having a first status, for example "unselected". In another exemple of embodiment, the first group G1 may contain all buttons X which, in the current status i, have the same value NP(X,i).

30    For instance, it is possible that the animation of a button X comprises three pictures for the selected state and five pictures for the unselected state. A first counter CC1 is running for all buttons having animations with three pictures, a second counter CC2 is running for all buttons having animations with five pictures.

APLNDC00027397

13

When this button X changes from selected to unselected, the next picture is calculated in accordance with the formula

jx = [CC2 mod(5)] + 1; when this button X changes from unselected to selected, the next picture is calculated in accordance with the formula jx = [CC1 mod(3)] + 1.

5            It is also possible that each button has a synchronization parameter associated with it. Values of the synchronization parameters for at least some buttons, but preferably all buttons, are stored in the memory 11. In a possible embodiment, the buttons have a button identifier ID in the form of a 16-bit word, in which case the most significant bit of this identifier can be used as a synchronization parameter, having a value either 1 or 0. Normally,

10   if a button is defined with a tool not implemented in accordance with the present invention, the synchronization parameter will be 0 (default value). In this embodiment, the control system 10 is designed to read the synchronization parameter of the buttons, and the operation of the control system 10 in relation to a certain button depends on the value of the synchronization parameter for that button. If the synchronization parameter has a first value,

15   the control system 10 is designed to always set the ranking number jx of the starting picture in accordance with formula (1), otherwise the control system 10 is designed to always set the ranking number jx = 1 (or another constant value). In the preferred embodiment, the first value of the synchronization parameter is equal to the default value.

It should be clear to a person skilled in the art that the present invention is not

20   limited to the exemplary embodiments discussed above, but that several variations and modifications are possible within the protective scope of the invention as defined in the appended claims.

For instance, in the above the present invention has been explained for animated buttons. However, the use of the present invention is not restricted to buttons: the

25   present invention can be used in relation to any animated object, even individual characters.

Further, in the above examples, all buttons have only two states. However the present invention is also applicable to cases where one or more buttons have three or more states.

Further, in the above examples, for each button the number of button pictures in one state is the same as the number of button pictures in the other state. However, this is

30   not essential: for one or more buttons X, NP(X,1) may differ from NP(X,2).

Further, in the above examples, it is assumed that all buttons have the same display duration for the pictures. As a consequence, all pictures are changed at the same transition times. For instance, the display duration may be 5 frames, corresponding to 0.1 sec

APLNDC00027398

14

in a 50 frames/second display system; then, an animation comprising 6 pictures has an animation period of 0.6 sec, and, in the case of example 2 of Fig. 7, a group animation period of 1.2 sec. However, it is not necessary that all buttons have the same display duration for the pictures. It should be clear to a person skilled in the art how the formulas given in the above examples should be adapted to a case with mutually differing picture display durations. For instance, assume that button B would have a display duration twice as long as buttons A and C. Referring to Fig. 7, button C would only change pictures at times t1, t3, t5, t7, etc. This would be equivalent to having a series of eight pictures BP(B,i,1) to BP(B,i,8), so that NP(B,i)=8, wherein two subsequent pictures are identical. Based on this equivalence, such cases with different display durations are considered to be covered by the claims.

Further, although the present invention can be specifically used in relation to menus of a BD-ROM player, the present invention is not so restricted. For instance, the present invention can also be used in relation to a presentation on an internet page.

In the above, the present invention has been explained with reference to block diagrams, which illustrate functional blocks of the device according to the present invention. It is to be understood that one or more of these functional blocks may be implemented in hardware, where the function of such functional block is performed by individual hardware components, but it is also possible that one or more of these functional blocks are implemented in software, so that the function of such functional block is performed by one or more program lines of a computer program or a programmable device such as a microprocessor, microcontroller, digital signal processor, etc.

APLNDC00027399

CLAIMS:

1.          Method of displaying a group of animated fields (A, B, C) on a display (12) in a synchronized manner, at least one field (B) being associated with at least two sequences of pictures, each sequence being associated with a certain status of the corresponding field; wherein, when a field is in a certain status, the pictures of the corresponding sequence are displayed sequentially and repeatedly in a predetermined order, starting again with the first picture after having displayed the last picture;

          wherein, at least when a field (X) changes from a current status to a second status (i), display of the sequence associated with the second status starts with the picture having ranking number jx satisfying the formula:

$$jx = [(RGSP(X) + n \cdot L\{RGAP(X)\} - 1) \bmod NP(X,i)] + 1$$

          n being an integer;

          wherein $NP(X,i)$ indicates the number of pictures in the sequence associated with status i of field X;

          wherein $RGAP(X)$ indicates an animation period of a remainder group $RG(X)$ of fields, being defined as the said group with the said field X being excluded;

          wherein $L\{RGAP(X)\}$ indicates the length of the said remainder group animation period $RGAP(X)$;

          wherein $RGSP(X)$ indicates a group sequence phase of the said remainder group $RG(X)$ with respect to said remainder group animation period $RGAP(X)$.

2.          Method according to claim 1, wherein the remainder group sequence phase $RGSP(X)$ is calculated as

          $$RGSP(X) = [(CC-Q) \bmod SCM(RG(X))\{NP(Y,i)\}] + 1$$

          wherein $SCM(RG(X))\{NP(Y,i)\}$ indicates the smallest common multiple of all numbers $NP(Y,i)$ of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group $RG(X)$;

          wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

APLNDC00027400

WO 2006/067711                                                                                 PCT/IB2005/054279

16

and wherein Q indicates the starting value or reset value of the common counter.

3.        Method of displaying a group of animated fields (A, B, C) on a display (12) in a synchronized manner, at least one field (B) being associated with at least two sequences of pictures, each sequence being associated with a certain status of the corresponding field;

        wherein, when a field is in a certain status, the pictures of the corresponding sequence are displayed sequentially and repeatedly in a predetermined order, starting again with the first picture after having displayed the last picture;

        wherein, at least when a field (X) changes from a current status to a second status (i), display of the sequence associated with the second status starts with the picture having ranking number jx satisfying the formula:

$$jx = [(GSP-1) \bmod NP(X,i)] + 1$$

wherein NP(X,i) indicates the number of pictures in the sequence associated with status i of field X;

        and wherein GSP indicates a group synchronization phase of the said group of fields with respect to a synchronization repetition period of the said group of fields.

4.        Method according to claim 3, wherein the group sequence phase GSP is calculated as

$$GSP = [(CC-Q) \bmod SCM\{NP(X,i)\} \ ] + 1$$

wherein SCM{NP(X,i)} indicates the smallest common multiple of all numbers NP(X,i) of the buttons X in their new state i;

        wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

        and wherein Q indicates the starting value or reset value of the common counter.

5.        Method of displaying a group of animated fields (A, B, C) on a display (12) in a synchronized manner, at least one field (B) being associated with at least two sequences of pictures, each sequence being associated with a certain status of the corresponding field, all sequences having the same number of pictures (NP);

        wherein, when a field is in a certain status, the pictures of the corresponding

17

sequence are displayed sequentially and repeatedly in a predetermined order, starting again with the first picture after having displayed the last picture;

wherein, at least when a field (X) changes from a current status to a second status (i), display of the sequence associated with the second status starts with the picture having ranking number jx satisfying the formula:

$$jx = GSP$$

wherein GSP indicates a group synchronization phase of the said group of fields with respect to a synchronization repetition period of the said group of fields.

6.        Method according to claim 5, wherein the group sequence phase GSP is calculated as

$$GSP = [(CC-Q) \bmod NP] + 1$$

wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

and wherein Q indicates the starting value or reset value of the common counter.

7.        Method according to claim 1 or 3, wherein the number (NP(X,1)) of pictures in a first sequence corresponding to a first status of one animated field (X) differs from the number (NP(X,2)) of pictures in a second sequence corresponding to a second status of the same animated field (X).

8.        Method according to claim 1 or 3, wherein the number (NP(A,1)) of pictures in a first sequence corresponding to a first status of one animated field (A) differs from the number (NP(B,1)) of pictures in a second sequence corresponding to a first status of a second animated field (B).

9.        Method according to claim 1, wherein the group sequence phase RGSP is calculated as

$$RGSP(X) = [(CC-Q) \bmod SCM(RG(X))\{NP(Y,i)\}] + 1$$

wherein SCM(RG(X))\{NP(Y,i)\} indicates the smallest common multiple of all numbers NP(Y,i) of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group RG(X);

APLNDC00027402

wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

and wherein Q indicates the starting value or reset value of the common

5    counter;

wherein the number (NP(X,1)) of pictures in a first sequence corresponding to a first status of one animated field (X) differs from the number (NP(X,2)) of pictures in a second sequence corresponding to a second status of the same animated field (X);

wherein the common clock CC is common to both the first and second

10    sequences.

10.      Method according to claim 1, wherein the group sequence phase RGSP is calculated as

RGSP(X) = [(CC-Q) mod SCM(RG(X)){NP(Y,i)}] +1

15    wherein SCM(RG(X)){NP(Y,i)} indicates the smallest common multiple of all numbers NP(Y,i) of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group RG(X);

wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging

20    to said group;

and wherein Q indicates the starting value or reset value of the common

counter;

wherein the number (NP(A,1)) of pictures in a first sequence corresponding to a first status of one animated field (A) differs from the number (NP(B,1)) of pictures in a

25    second sequence corresponding to a first status of a second animated field (B);

wherein the common clock CC is common to both the first and second

sequences.

11.      Method according to claim 1, wherein the group sequence phase RGSP is

30    calculated as

RGSP(X) = [(CC-Q) mod SCM(RG(X)){NP(Y,i)}] +1

wherein SCM(RG(X)){NP(Y,i)} indicates the smallest common multiple of all numbers NP(Y,i) of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group RG(X);

APLNDC00027403

19

wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

and wherein Q indicates the starting value or reset value of the common

5   counter;

wherein the number $(NP(X,1))$ of pictures in a first sequence corresponding to a first status of one animated field (X) differs from the number $(NP(X,2))$ of pictures in a second sequence corresponding to a second status of the same animated field (X);

wherein a first common clock CC1 is used for all sequences having the same

10   number $(NP(X,1); NP(A,1))$ of pictures as the first sequence, and wherein a second common clock CC2 is used for all sequences having the same number $(NP(X,2); NP(B,1))$ of pictures as the second sequence.

12.        Method according to claim 1, wherein the group sequence phase RGSP is

15   calculated as

RGSP(X) = [(CC-Q) mod SCM(RG(X)){NP(Y,i)}] +1

wherein $SCM(RG(X))\{NP(Y,i)\}$ indicates the smallest common multiple of all numbers $NP(Y,i)$ of the buttons Y in their new state i, but only for the buttons Y belonging to remainder group RG(X);

20   wherein CC indicates the value of a Common Counter which is incremented by 1 at picture display transition moments, the counter being common to all fields belonging to said group;

and wherein Q indicates the starting value or reset value of the common

counter;

25   wherein the number $(NP(A,1))$ of pictures in a first sequence corresponding to a first status of one animated field (A) differs from the number $(NP(B,1))$ of pictures in a second sequence corresponding to a first status of a second animated field (B);

wherein a first common clock CC1 is used for all sequences having the same number $(NP(X,1); NP(A,1))$ of pictures as the first sequence, and wherein a second common

30   clock CC2 is used for all sequences having the same number $(NP(X,2); NP(B,1))$ of pictures as the second sequence.

20

13.        Method according to claim 1 or 3, wherein a first sequence contains a first number of pictures, wherein a second sequence contains a second number of pictures, and wherein the second number divided by the first number equals an integer larger than 1.

5    14.        Method according to claim 2, wherein the counter is reset when reaching a counter value equal to a common multiple of the numbers $NP(Y,i)$ of the buttons Y in their new state i, the buttons Y belonging to remainder group $RG(X)$, this common multiple preferably being the smallest common multiple $SCM(RG(X))\{NP(Y,i)\}$ of these numbers.

10   15.        Method according to claim 4, wherein the counter is reset when reaching a counter value equal to a common multiple of the numbers $NP(X,i)$ of pictures of all field states associated with this counter, this common multiple preferably being the smallest common multiple $SCM\{NP(X,i)\}$ of these numbers.

15   16.        Method according to claim 6, wherein the counter is reset when reaching a counter value equal to a multiple of NP, preferably when reaching a counter value equal to of NP.

17.        Method according to any of claims 1, 3, 5, wherein a field comprises a button.

20

18.        Apparatus (1), comprising:
            a control system (10);
            an associated memory (11);
            a display device (12) such as a monitor;
25          the control system (10) being designed to perform the method according to any of claims 1-17.

APLNDC00027405

WO 2006/067711                                                                PCT/IB2005/054279

1/6



FIG.1

FIG.2A



FIG.2B

APLNDC00027406

Case 5:11-cv-01846-LHK   Document 563-4   Filed 12/29/11   Page 28 of 76

2/6



FIG.3

APLNDC00027407

## 3/6

| time | button A | button B | button C | GSP | CC |
|------|----------|----------|----------|-----|-----|
| t1 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 0 |
| t2 = t1 + Δt | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 1 |
| t3 = t2 + Δt | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 2 |
| t4 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 3 | L1 |
| t5 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 4 |
| t6 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 5 |
| t7 | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 6 |
| t8 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 7 | L1 |
| t9 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 8 |
| t10 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 9 |
| t11 | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 10 |
| t12 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 11 | L1 |
| t13 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 12 |
| t14 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 13 |
| t15 | BP{A,1,3} | BP{B,2,1} | BP{C,1,3} | 3 | 14 |
| t16 | BP{A,1,4} | BP{B,2,2} | BP{C,1,4} | 4 | 15 |
|  |  | BP{B,2,3} |  |  |  | L2 |
| t17 | BP{A,1,1} | BP{B,2,4} | BP{C,1,1} | 1 | 16 |
| t18 | BP{A,1,2} |  | BP{C,1,2} | 2 | 17 |
| t19 | BP{A,1,3} | BP{B,2,1} | BP{C,1,3} | 3 | 18 |
| t20 | BP{A,1,4} | BP{B,2,2} | BP{C,1,4} | 4 | 19 |
|  |  | BP{B,2,3} |  |  |  | L2 |
| t21 | BP{A,1,1} | BP{B,2,4} | BP{C,1,1} | 1 | 20 |
| t22 | BP{A,1,2} |  | BP{C,1,2} | 2 | 21 |
| t23 | BP{A,1,3} | BP{B,2,1} | BP{C,1,3} | 3 | 22 |
| t24 | BP{A,1,4} | BP{B,2,2} | BP{C,1,4} | 4 | 23 |
|  |  | BP{B,2,3} |  |  |  | L2 |
| t25 | BP{A,1,1} | BP{B,2,4} | BP{C,1,1} | 1 | 24 |
| t26 | BP{A,1,2} |  | BP{C,1,2} | 2 | 25 |
| t27 | BP{A,1,3} | BP{B,2,1} | BP{C,1,3} | 3 | 26 |
| t28 | BP{A,1,4} | BP{B,2,2} | BP{C,1,4} | 4 | 27 |
|  |  | BP{B,2,3} |  |  |  |
|  |  | BP{B,2,4} |  |  |  |

tx →

# FIG.4

APLNDC00027408

## 4/6

| time | button A | button B | button C | GSP | CC | |
|---|---|---|---|---|---|---|
| t1 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 0 | |
| t2 = t1 + Δt | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 1 | |
| t3 = t2 + Δt | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 2 | |
| t4 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 3 | L1 |
| t5 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 4 | |
| t6 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 5 | |
| t7 | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 6 | |
| t8 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 7 | L1 |
| t9 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 8 | |
| t10 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 9 | |
| t11 | BP{A,1,3} | BP{B,1,3} | BP{C,1,3} | 3 | 10 | |
| t12 | BP{A,1,4} | BP{B,1,4} | BP{C,1,4} | 4 | 11 | L1 |
| t13 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 12 | |
| t14 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 13 | |
| t15 | BP{A,1,3} | BP{B,2,3} | BP{C,1,3} | 3 | 14 | |
| t16 | BP{A,1,4} | BP{B,2,4} | BP{C,1,4} | 4 | 15 | L1 |
| t17 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 16 | |
| t18 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 17 | |
| t19 | BP{A,1,3} | BP{B,2,3} | BP{C,1,3} | 3 | 18 | |
| t20 | BP{A,1,4} | BP{B,2,4} | BP{C,1,4} | 4 | 19 | L1 |
| t21 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 20 | |
| t22 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 21 | |
| t23 | BP{A,1,3} | BP{B,2,3} | BP{C,1,3} | 3 | 22 | |
| t24 | BP{A,1,4} | BP{B,2,4} | BP{C,1,4} | 4 | 23 | L1 |
| t25 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 24 | |
| t26 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 25 | |
| t27 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 0 | ← reset |
| t28 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 1 | |
| t29 | BP{A,1,3} | BP{B,2,3} | BP{C,1,3} | 3 | 2 | |
| t30 | BP{A,1,4} | BP{B,2,4} | BP{C,1,4} | 4 | 3 | L1 |
| t31 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 4 | |
| t32 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 5 | |
| t33 | BP{A,1,3} | BP{B,2,3} | BP{C,1,3} | 3 | 6 | |
| t34 | BP{A,1,4} | BP{B,2,4} | BP{C,1,4} | 4 | 7 | L1 |
| t35 | BP{A,1,1} | BP{B,2,1} | BP{C,1,1} | 1 | 8 | |
| t36 | BP{A,1,2} | BP{B,2,2} | BP{C,1,2} | 2 | 9 | |

# FIG.5

| {A,1,1} | {A,1,2} |
|---|---|

| {A,2,1} | {A,2,2} |
|---|---|

| {B,1,1} | {B,1,2} | {B,1,3} | {B,1,4} |
|---|---|---|---|

| {B,2,1} | {B,2,2} | {B,2,3} | {B,2,4} |
|---|---|---|---|

| {C,1,1} | {C,1,2} | {C,1,3} | {C,1,4} | {C,1,5} | {C,1,6} |
|---|---|---|---|---|---|

| {C,2,1} | {C,2,2} | {C,2,3} | {C,2,4} | {C,2,5} | {C,2,6} |
|---|---|---|---|---|---|

FIG.6

APLNDC00027410

6/6

| time | button A | button B | button C | GSP | CC | RGSP(B) | RGSP(C) |
|------|----------|----------|----------|-----|-----|---------|---------|
| t1 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 0 | 1 | 1 |
| t2 = t1 + Δt | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 1 | 2 | 2 |
| t3 = t2 + Δt | BP{A,1,1} | BP{B,1,3} | BP{C,1,3} | 3 | 2 | 3 | 3 |
| t4 | BP{A,1,2} | BP{B,1,4} | BP{C,1,4} | 4 | 3 | 4 | 4 |
| t5 | BP{A,1,1} | BP{B,1,1} | BP{C,1,5} | 5 | 4 | 5 | 1 |
| t6 | BP{A,1,2} | BP{B,1,2} | BP{C,1,6} | 6 | 5 | 6 | 2 |
| t7 | BP{A,1,1} | BP{B,1,3} | BP{C,1,1} | 7 | 6 | 1 | 3 |
| t8 | BP{A,1,2} | BP{B,1,4} | BP{C,1,2} | 8 | 7 | 2 | 4 |
| t9 | BP{A,1,1} | BP{B,1,1} | BP{C,1,3} | 9 | 8 | 3 | 1 |
| t10 | BP{A,1,2} | BP{B,1,2} | BP{C,1,4} | 10 | 9 | 4 | 2 |
| t11 | BP{A,1,1} | BP{B,1,3} | BP{C,1,5} | 11 | 10 | 5 | 3 |
| t12 | BP{A,1,2} | BP{B,1,4} | BP{C,1,6} | 12 | 11 | 6 | 4 |

L3

| time | button A | button B | button C | GSP | CC | RGSP(B) | RGSP(C) |
|------|----------|----------|----------|-----|-----|---------|---------|
| t13 | BP{A,1,1} | BP{B,1,1} | BP{C,1,1} | 1 | 12 | 1 | 1 |
| t14 | BP{A,1,2} | BP{B,1,2} | BP{C,1,2} | 2 | 13 | 2 | 2 |
| t15 | BP{A,1,1} | BP{B,2,3} | BP{C,1,3} | 3 | 14 | 3 | 3 |
| t16 | BP{A,1,2} | BP{B,2,4} | BP{C,1,4} | 4 | 15 | 4 | 4 |
| t17 | BP{A,1,1} | BP{B,2,1} | BP{C,1,5} | 5 | 16 | 5 | 1 |
| t18 | BP{A,1,2} | BP{B,2,2} | BP{C,1,6} | 6 | 17 | 6 | 2 |
| t19 | BP{A,1,1} | BP{B,2,3} | BP{C,1,1} | 7 | 18 | 1 | 3 |
| t20 | BP{A,1,2} | BP{B,2,4} | BP{C,1,2} | 8 | 19 | 2 | 4 |
| t21 | BP{A,1,1} | BP{B,2,1} | BP{C,1,3} | 9 | 20 | 3 | 1 |
| t22 | BP{A,1,2} | BP{B,2,2} | BP{C,2,4} | 10 | 21 | 4 | 2 |
| t23 | BP{A,1,1} | BP{B,2,3} | BP{C,2,5} | 11 | 22 | 5 | 3 |
| t24 | BP{A,1,2} | BP{B,2,4} | BP{C,2,6} | 12 | 23 | 6 | 4 |

tx → t14
ty → t22

L3

| time | button A | button B | button C | GSP | CC | RGSP(B) | RGSP(C) |
|------|----------|----------|----------|-----|-----|---------|---------|
| t25 | BP{A,1,1} | BP{B,2,1} | BP{C,2,1} | 1 | 24 | 1 | 1 |
| t26 | BP{A,1,2} | BP{B,2,2} | BP{C,2,2} | 2 | 25 | 2 | 2 |
| t27 | BP{A,1,1} | BP{B,2,3} | BP{C,2,3} | 3 | 26 | 3 | 3 |
| t28 | BP{A,1,2} | BP{B,2,4} | BP{C,2,4} | 4 | 27 | 4 | 4 |

# FIG.7

APLNDC00027411



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,720 | 01/07/2007 | John Harper | 04860.P5061 | 9804 |

45217          7590          06/23/2009
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| RAAB, CHRISTOPHER J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2156 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/23/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00027412

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 11/620,720 | HARPER ET AL. | |
| | Examiner | Art Unit | |
| | Christopher J. Raab | 2156 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>20 March 2009</u>.
2a)☒ This action is **FINAL**.　　2b)☐ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>1-25</u> is/are pending in the application.
　　4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) <u>1-25</u> is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
　　a)☐ All　b)☐ Some * c)☐ None of:
　　　1.☐ Certified copies of the priority documents have been received.
　　　2.☐ Certified copies of the priority documents have been received in Application No. _____.
　　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
　　* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO/SB/08)
　　Paper No(s)/Mail Date _____.
4)☐ Interview Summary (PTO-413)
　　Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____.

APLNDC00027413

Application/Control Number: 11/620,720                                        Page 2
Art Unit: 2156

## DETAILED ACTION

01.     This action is in response to Applicant's amendment filed on **03/20/09**.  **Claims 1 – 25** are pending in the present application.  **This action is made FINAL**, as necessitated by amendment.

### *Claim Rejections - 35 USC § 102*

02.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office Action:

A person shall be entitled to a patent unless –

> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

03.     **Claims 1 – 3, 6 – 11, 13 – 18, and 20 – 25** are rejected under 35 U.S.C. 102(b) as being unpatentable over **Ridgley et al. (US PGPub 2003/0160832)**, hereinafter 'Ridgley'.

Consider **claim 1**, Ridgley discloses a machine implemented method for compositing media and non-media content of a user interface for display on a device (paragraphs [0012], [0013]), comprising:

a structured hierarchy of information, which contains layers, each corresponding to different items for display, which are all parts of the user interface (read as constructing a data structure having a hierarchy of layers for storing media and non-media content associated with the user interface to be displayed on a display of the device) (paragraphs [0022] – [0024], [0062] – [0064], Figures 1 – 4);

APLNDC00027414

Application/Control Number: 11/620,720                                    Page 3
Art Unit: 2156

each layer of the hierarchy being associated with a content portion of the user

interface, which can correspond to various types of information, including text images,

video, etc. (read as traversing layers of the hierarchy of the data structure to determine

whether each layer of the data structure is associated with media or non-media)

(paragraphs [0062] – [0064], [0089] – [0093], Figures 11A – 11E);

the different content types being stored in different locations within the hierarchy

(read as storing media content in a first memory location, storing non-media content in a

second memory location) (paragraphs [0062] - [0064], [0121] - [0124], Figure 11A);

the user interface and display containing the content from the different layers of

the hierarchy (read as compositing the media and non-media content from the first and

second memory locations and displaying the composited media and non-media content

representing the user interface on the display of the device) (paragraphs [0050], [0051],

[0061], [0062], [0097], Figures 12A – 12T).

Consider **claim 2**, and **as applied to claim 1 above**, Ridgley discloses a method

such that separate layers of the hierarchy can be associated with video content (read as

detaching any layer associated with media content from the data structure) (paragraphs

[0091] - [0093], Figures 12A – 12T).

Consider **claim 3**, and **as applied to claim 1 above**, Ridgley discloses a method

such that the different content pieces from the hierarchy are directly outputted on the

display (read as retrieving the media content from the first memory location, retrieving

the non-media content from the second memory location, and scanning the media and

APLNDC00027415

Application/Control Number: 11/620,720                                      Page 4
Art Unit: 2156

non-media content directly to the display) (paragraphs [0089] – [0091], Figures 12A –

12T).

Consider **claim 6**, and **as applied to claim 1 above**, Ridgley discloses a method

such that the content can be video content (read as the media content comprises video

content) (paragraphs [0089] - [0094], Figures 12A – 12T).

Consider **claim 7**, and **as applied to claim 3 above**, Ridgley discloses a method

such that the size of the different content can be altered (read as scaling the media

content prior to sending the media content to the display) (paragraph [0077]).

Consider **claim 8**, and **as applied to claim 1 above**, Ridgley discloses a method

such that the device is a touch screen (read as the device is one of: a multi touch

device) (paragraphs [0070], [0103]).

Consider **claim 9**, Ridgley discloses a machine readable storage medium storing

executable program instructions which when executed cause a data processing system

to perform a method (paragraphs [0012], [0013]), comprising:

a structured hierarchy of information, which contains layers, each corresponding

to different items for display, which are all parts of the user interface (read as

constructing a data structure having a hierarchy of layers for storing media and non-

media content associated with the user interface to be displayed on a display of the

device) (paragraphs [0022] – [0024], [0062] – [0064], Figures 1 – 4);

each layer of the hierarchy being associated with a content portion of the user

interface, which can correspond to various types of information, including text images,

video, etc. (read as traversing layers of the hierarchy of the data structure to determine

APLNDC00027416

Application/Control Number: 11/620,720                                      Page 5
Art Unit: 2156

whether each layer of the data structure is associated with media or non-media)
(paragraphs [0062] – [0064], [0089] – [0093], Figures 11A – 11E);

the different content types being stored in different locations within the hierarchy
(read as storing media content in a first memory location, storing non-media content in a
second memory location) (paragraphs [0062] - [0064], [0121] - [0124], Figure 11A);

the user interface and display containing the content from the different layers of
the hierarchy (read as compositing the media and non-media content from the first and
second memory locations and displaying the composited media and non-media content
representing the user interface on the display of the device) (paragraphs [0050], [0051],
[0061], [0062], [0097], Figures 12A – 12T).

Consider **claim 10**, and **as applied to claim 9 above**, Ridgley discloses a
medium such that separate layers of the hierarchy can be associated with video content
(read as detaching any layer associated with media content from the data structure)
(paragraphs [0091] - [0093], Figures 12A – 12T).

Consider **claim 11**, and **as applied to claim 9 above**, Ridgley discloses a
medium such that the different content pieces from the hierarchy are directly outputted
on the display (read as retrieving the media content from the first memory location,
retrieving the non-media content from the second memory location, and scanning the
media and non-media content directly to the display) (paragraphs [0089] – [0091],
Figures 12A – 12T).

Application/Control Number: 11/620,720                                     Page 6
Art Unit: 2156

Consider **claim 13**, and **as applied to claim 9 above**, Ridgley discloses a medium such that the device is a touch screen (read as the device is one of: a multi touch device) (paragraphs [0070], [0103]).

Consider **claim 14**, and **as applied to claim 9 above**, Ridgley discloses a medium such that the content can be video content (read as the media content comprises video content) (paragraphs [0089] - [0094], Figures 12A – 12T).

Consider **claim 15**, and **as applied to claim 9 above**, Ridgley discloses a medium such that the size of the different content can be altered (read as scaling the media content prior to sending the media content to the display) (paragraph [0077]).

Consider **claim 16**, Ridgley discloses an apparatus (paragraphs [0012], [0013]), comprising:

a structured hierarchy of information, which contains layers, each corresponding to different items for display, which are all parts of the user interface (read as means for constructing a data structure having a hierarchy of layers for storing media and non-media content associated with the user interface to be displayed on a display of the device) (paragraphs [0022] – [0024], [0062] – [0064], Figures 1 – 4);

each layer of the hierarchy being associated with a content portion of the user interface, which can correspond to various types of information, including text images, video, etc. (read as means for traversing layers of the hierarchy of the data structure to determine whether each layer of the data structure is associated with media or non-media) (paragraphs [0062] – [0064], [0089] – [0093], Figures 11A – 11E);

APLNDC00027418

the different content types being stored in different locations within the hierarchy (read as means for storing media content in a first memory location, means for storing non-media content in a second memory location) (paragraphs [0062] - [0064], [0121] - [0124], Figure 11A);

the user interface and display containing the content from the different layers of the hierarchy (read as means for compositing the media and non-media content from the first and second memory locations and means for displaying the composited media and non-media content representing the user interface on the display of the device) (paragraphs [0050], [0051], [0061], [0062], [0097], Figures 12A – 12T).

Consider **claim 17**, and **as applied to claim 16 above**, Ridgley discloses an apparatus such that separate layers of the hierarchy can be associated with video content (read as means for detaching any layer associated with media content from the data structure) (paragraphs [0091] - [0093], Figures 12A – 12T).

Consider **claim 18**, and **as applied to claim 16 above**, Ridgley discloses an apparatus such that the different content pieces from the hierarchy are directly outputted on the display (read as means for retrieving the media content from the first memory location, means for retrieving the non-media content from the second memory location, and means for scanning the media and non-media content directly to the display) (paragraphs [0089] – [0091], Figures 12A – 12T).

Consider **claim 20**, and **as applied to claim 17 above**, Ridgley discloses an apparatus such that the size of the different content can be altered (read as means for

APLNDC00027419

Application/Control Number: 11/620,720                                          Page 8
Art Unit: 2156

scaling the media content prior to sending the media content to the display) (paragraph
[0077]).

Consider **claim 21**, Ridgley discloses a device (paragraphs [0012], [0013]),
comprising:

a user directly interacting with and entering information into the system (read as
an input panel which is configured to receive user input) (paragraphs [0022] - [0024]);

a display which can display all the information in the hierarchy (read as a display
device integrated with the input panel, the display device configured to display media
and non-media content at the same time) (Figures 12A – 12T);

a structured hierarchy of information, which contains layers, each corresponding
to different items for display, which are all parts of the user interface (read as a central
processing unit coupled to the input panel, the processor being configured to execute
one or more programs in order to construct a data structure having a hierarchy of
layers) (paragraphs [0022] – [0024], [0062] – [0064], Figures 1 – 4);

each layer of the hierarchy being associated with a content portion of the user
interface, which can correspond to various types of information, including text images,
video, etc. (read as with each layer associated with media or non-media content, based
on at least the user input) (paragraphs [0062] – [0064], [0089] – [0093], Figures 11A –
11E);

the different content types being stored in different locations within the hierarchy
(read as a memory coupled to the processor, the memory being configured to store the

Application/Control Number: 11/620,720                                                    Page 9
Art Unit: 2156

media content in a first memory location and the non-media content in a second

memory location) (paragraphs [0062] - [0064], [0121] - [0124], Figure 11A);

the user interface and display containing the content from the different layers of

the hierarchy (read as wherein the media content and the non-media content are to be

composited to represent a user interface to be displayed on the display device)

(paragraphs [0050], [0051], [0061], [0062], [0097], Figures 12A – 12T).

Consider **claim 22**, and **as applied to claim 21 above**, Ridgley discloses a

device such that the user interface and display contain the content from the different

layers of the hierarchy (read as the processor is further configured to composite the

media and non-media content for display on the display device) (paragraphs [0050],

[0051], [0061], [0062], [0097], Figures 12A – 12T).

Consider **claim 23**, and **as applied to claim 21 above**, Ridgley discloses a

device such that the user interface and display contain the content from the different

layers of the hierarchy (read as a graphics processing unit coupled to the memory, the

graphics processing unit configured to receive instructions indicating the locations of the

media and non-media content in the memory) (paragraphs [0050], [0051], [0061],

[0062], [0097], Figures 12A – 12T).

Consider **claim 24**, and **as applied to claim 23 above**, Ridgley discloses a

device such that the user interface and display contain the content from the different

layers of the hierarchy (read as the graphics processing unit is further configured to

composite the media and non-media content for display on the display device)

(paragraphs [0050], [0051], [0061], [0062], [0097], Figures 12A – 12T).

Application/Control Number: 11/620,720                                           Page 10
Art Unit: 2156

Consider **claim 25**, and **as applied to claim 21 above**, Ridgley discloses a

device such that the device is a touch screen (read as the device is one of: a multi touch

device) (paragraphs [0070], [0103]).


### *Claim Rejections - 35 USC § 103*

04.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as
> set forth in section 102 of this title, if the differences between the subject matter sought to be
> patented and the prior art are such that the subject matter as a whole would have been obvious
> at the time the invention was made to a person having ordinary skill in the art to which said
> subject matter pertains.  Patentability shall not be negatived by the manner in which the invention
> was made.

05.      The factual inquiries set forth in *Graham* v. *John Deere Co.*, 383 U.S. 1, 148

USPQ 459 (1966), that are applied for establishing a background for determining

obviousness under 35 U.S.C. 103(a) are summarized as follows:

> 1.       Determining the scope and contents of the prior art.
> 2.       Ascertaining the differences between the prior art and the claims at issue.
> 3.       Resolving the level of ordinary skill in the pertinent art.
> 4.       Considering objective evidence present in the application indicating obviousness or
>          nonobviousness.

06.      **Claims 4, 5, 12, and 19** are rejected under 35 U.S.C. 103(a) as being

unpatentable over **Ridgley et al. (US PGPub 2003/0160832)**, hereinafter 'Ridgley', in

view of **Cristofalo et al. (US PGPub 2002/0194589)**, hereinafter 'Cristofalo'.

Consider **claim 4**, and **as applied to claim 3 above**, Ridgley discloses a method

of displaying content, but does not specifically mention a specific frame rate associated

with the media content.

Application/Control Number: 11/620,720                                        Page 11
Art Unit: 2156

In the same field of endeavor Cristofalo discloses a method, such that media content can be thirty frames per second (read as the media content is scanned to the display at a rate of substantially thirty frames per second) (paragraphs [0012], [0026]).

Therefore it would have been obvious to one of ordinary skill in the art at the time the invention was made to incorporate the media frame rate taught by Cristofalo into the user interface content displaying method taught by Ridgley for the purpose of displaying the media to the user at a certain display rate.

Consider **claim 5**, and **as applied to claim 3 above**, Ridgley discloses a method of displaying content, but does not specifically mention a specific frame rate associated with the media content.

In the same field of endeavor Cristofalo discloses a method, such that media content can be one frame per second (read as the media content is scanned to the display at a rate of substantially one frame per second) (paragraphs [0012], [0026]). Therefore it would have been obvious to one of ordinary skill in the art at the time the invention was made to incorporate the media frame rate taught by Cristofalo into the user interface content displaying method taught by Ridgley for the purpose of displaying the media to the user at a certain display rate.

Consider **claim 12**, and **as applied to claim 9 above**, Ridgley discloses a medium for displaying content, but does not specifically mention a specific frame rate associated with the media content.

Application/Control Number: 11/620,720                                        Page 12
Art Unit: 2156

In the same field of endeavor Cristofalo discloses a medium, such that media content can be thirty frames per second (read as the media content is scanned to the display at a rate of substantially thirty frames per second) (paragraphs [0012], [0026]).

Therefore it would have been obvious to one of ordinary skill in the art at the time the invention was made to incorporate the media frame rate taught by Cristofalo into the user interface content displaying medium taught by Ridgley for the purpose of displaying the media to the user at a certain display rate.

Consider **claim 19**, and **as applied to claim 18 above**, Ridgley discloses an apparatus for displaying content, but does not specifically mention a specific frame rate associated with the media content.

In the same field of endeavor Cristofalo discloses an apparatus, such that media content can be thirty frames per second (read as the media content is scanned to the display at a rate of substantially thirty frames per second) (paragraphs [0012], [0026]).

Therefore it would have been obvious to one of ordinary skill in the art at the time the invention was made to incorporate the media frame rate taught by Cristofalo into the user interface content displaying apparatus taught by Ridgley for the purpose of displaying the media to the user at a certain display rate.

### *Response to Arguments*

07.    Applicant's arguments with respect to claims 1 – 25 have been considered, but are moot in view of the new ground(s) of rejection.

Application/Control Number: 11/620,720                                      Page 13
Art Unit: 2156

        Applicant argues that all the claims, as amended, contain statutory embodiments

and are therefore statutory under 35 USC § 101.  Examiner respectfully agrees and has

dropped all pending 101 rejections.  With respect to claims 1 – 8, the claims now recite

a method which contains a device which contains and display.  These claims are

therefore statutory in that they are tied to a particular machine or manufacture.  With

respect to claims 9 – 15, the claims now recite a machine readable *storage* medium.  In

view of the specification, these claims are now limited to tangible embodiments.  With

respect to claims 16 – 20, the claims now recite an apparatus, which is drafted with

*means for* language, and now contains a device with a display, as well as a processor

and memory.  These are considered statutory embodiments under 35 USC § 101.


                                          *Conclusion*

08.     The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

            a) Baldwin, Amanda K. et al.         US PGPub    2004/0021698

            b) David, Paul C. et al.             US Patent   7,088,374

            c) Butlin, Stefan Geoffrey et al.    US PGPub    2007/0288856

            d) Fang, Nicholas J. et al.          US PGPub    2008/0034029

            e) Guido, Patrick Rocco et al.       US Patent   7,337,412

Application/Control Number: 11/620,720                                    Page 14
Art Unit: 2156

09.     Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

        A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.


10.     Any response to this Office Action should be **faxed to** (571) 273-8300 **or mailed

to**:

                    Commissioner for Patents
                    P.O. Box 1450
                    Alexandria, VA 22313-1450


        **Hand-delivered responses** should be brought to

                    Customer Service Window
                    Randolph Building
                    401 Dulany Street
                    Alexandria, VA 22314


APLNDC00027426

Application/Control Number: 11/620,720                                     Page 15
Art Unit: 2156

11.     Any inquiry concerning this communication or earlier communications from the

Examiner should be directed to Christopher Raab whose telephone number is (571)

270-1090. The Examiner can normally be reached on Monday-Friday from 8:30am to

6:00pm.

        If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's

supervisor, Pierre Vital can be reached on (571) 272-4215. The fax phone number for

the organization where this application or proceeding is assigned is (571) 273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for published

applications may be obtained from either Private PAIR or Public PAIR. Status

information for unpublished applications is available through Private PAIR only.  For

more information about the PAIR system, see http://pair-direct.uspto.gov. Should you

have questions on access to the Private PAIR system, contact the Electronic Business

Center (EBC) at 866-217-9197 (toll-free) or 703-305-3028.

        Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist/customer service whose telephone

number is (571) 272-2600.


Christopher Raab
C.R./cr
June 14, 2009


/Pierre M. Vital/
Supervisory Patent Examiner, Art Unit 2156


APLNDC00027427

| *Notice of References Cited* | Application/Control No. 11/620,720 | Applicant(s)/Patent Under Reexamination HARPER ET AL. | |
|---|---|---|---|
| | Examiner Christopher J. Raab | Art Unit 2156 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2003/0160832 | 08-2003 | Ridgley et al. | 345/854 |
| * | B | US-2004/0021698 | 02-2004 | Baldwin et al. | 345/853 |
| * | C | US-7,088,374 | 08-2006 | David et al. | 345/619 |
| * | D | US-2007/0288856 | 12-2007 | Butlin et al. | 715/762 |
| * | E | US-2008/0034029 | 02-2008 | Fang et al. | 709/203 |
| * | F | US-7,337,412 | 02-2008 | Guido et al. | 715/853 |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                **Notice of References Cited**                Part of Paper No. 20090614

APLNDC00027428

# Electronic Patent Application Fee Transmittal

| Application Number: | 11620717 |
|---|---|
| Filing Date: | 07-Jan-2007 |
| Title of Invention: | Application Programming Interfaces for Scrolling Operations |
| First Named Inventor/Applicant Name: | Andrew Platzer |
| Filer: | Jeremy A. Schweigert/Leslie Rogan |
| Attorney Docket Number: | 04860.P4895 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6256677 |
| **Application Number:** | 11620717 |
| **International Application Number:** | |
| **Confirmation Number:** | 9801 |
| **Title of Invention:** | Application Programming Interfaces for Scrolling Operations |
| **First Named Inventor/Applicant Name:** | Andrew  Platzer |
| **Customer Number:** | 45217 |
| **Filer:** | Jeremy A. Schweigert/Leslie Rogan |
| **Filer Authorized By:** | Jeremy A. Schweigert |
| **Attorney Docket Number:** | 04860.P4895 |
| **Receipt Date:** | 13-OCT-2009 |
| **Filing Date:** | 07-JAN-2007 |
| **Time Stamp:** | 20:19:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 6413 |
| Deposit Account | 022666 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

APLNDC00027431

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed (SB/08) | 4860P4895_IDS_and_1449.pdf | 132629 <br> 65567b7393872fc1d71ce400bc1dae01f99d96f1 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 2 | NPL Documents | EP1517228.pdf | 840085 <br> 04b5f11d56eb6c0eacac8baf7427b17e001d4cdc | no | 20 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | NPL Documents | P4895PCT_ISR.pdf | 722976 <br> 22a71a12d5bc80ec859674d00fad205b47683d25 | no | 14 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | NPL Documents | P5040PCT_ISR.pdf | 701315 <br> 0361d348e9b79c75056ab5fb802a6fc933cba0f5 | no | 12 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | NPL Documents | P5054_OA_mailed_4-1-09.pdf | 243439 <br> 0e67920fc501889f4a55e7c334a0e7e1b0e957e0f | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | NPL Documents | P5054PCT_ISR.pdf | 791626 <br> 62b04748334998aa828751673b41d22abf3ee28e | no | 15 |
| Warnings: | | | | | |
| Information: | | | | | |
| 7 | NPL Documents | P5060_OA_mailed_4-1-09.pdf | 230935 <br> 9ae8440ab7b955906221c69d029895b47b10f936 | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |

APLNDC00027432

| 8 | NPL Documents | P5060PCT_ISR.pdf | 492813<br>523d14d63d771b1431844daeac55c049b96e6af8 | no | 10 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | NPL Documents | P5061_OA_mailed_12-23-08.pdf | 616303<br>8612539e79c821a29a1a54b6887149e35918725c | no | 18 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | NPL Documents | P5083PCT_ISR.pdf | 775520<br>379afe49c5ab8fda3be5d743eca549d300f9e2ad4 | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | NPL Documents | WO-2006067711.pdf | 1203315<br>bca7050981157475f6aaa9410f3adeeefbd45417 | no | 27 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | NPL Documents | P5061_FinalOA_mailed_6-23-09.pdf | 591299<br>2484ef490602ead10f947430e557647e64692a79 | no | 17 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | Fee Worksheet (PTO-875) | fee-info.pdf | 29983<br>dd83391941265 3ace3be0d1057b0121437 9e9458 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 7372238 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027434

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | **Application Number** | 11/620,717 |
| | **Filing Date** | January 7, 2007 |
| | **First Named Inventor** | Platzer, Andrew |
| | **Group Art Unit** | 2179 |
| | **Examiner Name** | Bautista,  Xiomara |
| Sheet  1 of 2 | **Attorney Docket No: 4860P4895** | |

## US PATENT DOCUMENTS

| Examiner Initial * | Cite No [1] | USP Document Number | Publication or Issue Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-20010045949 | 11/29/2001 | Chithambaram, Nemmara , et al. | |
| | | US-20020194589 | 12/19/2002 | Cristofalo, Michael , et al. | |
| | | US-2003/0095096 | 05/22/2003 | Robbin, et al. | |
| | | US-2003/0132959 | 07/17/2003 | Simister, J. B., et al. | |
| | | US-20030122787 | 07/03/2003 | Zimmerman, John , et al. | |
| | | US-20030160832 | 08/28/2003 | Ridgley, Brad , et al. | |
| | | US-20030174149 | 09/18/2003 | Fujisaki, Hitomi , et al. | |
| | | US-2004/0224638 | 11/11/2004 | Fadell, Anthony M., et al. | |
| | | US-20040021676 | 02/05/2004 | Chen, Hung-Ming , et al. | |
| | | US-20040021698 | 02/05/2004 | Baldwin, Amanda K., et al. | |
| | | US-20040100479 | 05/27/2004 | Nakano, Masao , et al. | |
| | | US-20040215643 | 10/28/2004 | Brechner, Eric L., et al. | |
| | | US-20040222992 | 11/11/2004 | Calkins, Matt , et al. | |
| | | US-2005/0088443 | 04/28/2005 | Blanco, Leonardo , et al. | |
| | | US-20050193015 | 09/01/2005 | Logston, Gary L., et al. | |
| | | US-2006/0190833 | 08/24/2006 | SanGiovanni, John , et al. | |
| | | US-20070075965 | 04/05/2007 | Huppi, et al. | |
| | | US-20070174257 | 07/26/2007 | Howard, Bruce T. | |
| | | US-20070185876 | 08/09/2007 | Mendis, Venura C., et al. | |
| | | US-20070288856 | 12/13/2007 | Butlin, Stefan G., et al. | |
| | | US-20080034029 | 02/07/2008 | Fang, Nicholas J., et al. | |
| | | US-5,534,893 | 07/09/1996 | Hansen, Daniel J., et al. | |
| | | US-5,903,902 | 05/11/1999 | Orr, Michael B., et al. | |
| | | US-6,486,896 | 11/26/2002 | Ubillos, Randall H. | |
| | | US-6,741,996 | 05/25/2004 | Brechner, Eric L., et al. | |
| | | US-6,839,721 | 01/04/2005 | Schwols, Keith | |
| | | US-6,903,927 | 06/07/2005 | Anlauff, Marcus | |
| | | US-6,958,749 | 10/25/2005 | Matsushita, Nobuyuki , et al. | |
| | | US-7,009,626 | 03/07/2006 | Anwar, Majid | |
| | | US-7,088,374 | 08/08/2006 | David, Paul C., et al. | |
| | | US-7,117,453 | 10/03/2006 | Drucker, Steven M., et al. | |
| | | US-7,173,623 | 02/06/2007 | Calkins, Matt , et al. | |
| | | US-7,337,412 | 02/26/2008 | Guido, Patrick R., et al. | |
| | | US-7,346,850 | 03/18/2008 | Swartz, Gregory J., et al. | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

Based on PTO/SB/08A(09-06) · Substitute Disclosure Statement Form (PTO-1449) as modified by BSTZ 03/26/07
* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.₁ Applicant's unique citation designation number (optional) ₂ Applicant is to place a check mark here if English language Translation is attached

APLNDC00027435

| Substitute for form 1449A/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | 11/620,717 |
| | | Filing Date | January 7, 2007 |
| | | First Named Inventor | Platzer, Andrew |
| | | Group Art Unit | 2179 |
| | | Examiner Name | Bautista,  Xiomara |
| Sheet  2 of 2 | | Attorney Docket No: 4860P4895 | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No [1] | Foreign Patent Document Country Code/Number/Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T [2] |
|---|---|---|---|---|---|---|
| | | EP-1517228 | 03/23/2005 | Hill, Douglas B., et al. | | |
| | | WO-2006/067711 | 06/29/2006 | Holtman, Koen J. | | |

### OTHER DOCUMENTS -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No [1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T [2] |
|---|---|---|---|
| | | OFFICE ACTION, U.S. Ser. No. 11/620,723, mailed April 1, 2009, 8 pages., | |
| | | OFFICE ACTION, U.S. Ser. No. 11/620,709, mailed April 1, 2009, 8 pages., | |
| | | OFFICE ACTION, U.S. Ser. No. 11/620,720, mailed June 23, 2009, 17 pages. | |
| | | OFFICE ACTION, U.S. Ser. No. 11/620,720, mailed December 23, 2008, 18 pages., | |
| | | PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000058, mailed 31 July 2008 (10 pages)., | |
| | | PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000089, mailed 6 April 2008 (14 pages)., | |
| | | PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000103, mailed 3 June 2008 (15 pages)., | |
| | | PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000069, mailed 2 May 2008 (16 pages)., | |
| | | PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000060, mailed 22 April 2008 (12 pages)., | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

Based on PTO/SB/08A(09-06) - Substitute Disclosure Statement Form (PTO-1449) as modified by BSTZ 03/26/07
* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.₁ Applicant's unique citation designation number (optional) ₂ Applicant is to place a check mark here if English language Translation is attached



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217        7590        12/29/2009

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/29/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

APLNDC00027437

| **Office Action Summary** | **Application No.** | **Applicant(s)** | |
|---|---|---|---|
| | 11/620,717 | PLATZER ET AL. | |
| | **Examiner** | **Art Unit** | |
| | X. L. Bautista | 2179 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>08 October 2009</u>.
2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-95</u> is/are pending in the application.
    4a) Of the above claim(s) <u>15-88</u> is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) <u>1-14 and 89-95</u> is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some * c)☐ None of:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>10/13/2009</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____ .

APLNDC00027438

Application/Control Number: 11/620,717                                      Page 2
Art Unit: 2179

## DETAILED ACTION

### *Allowable Subject Matter*

1.      The indicated allowability of claims 1-7 is withdrawn in view of the newly

discovered reference(s) to Lii (US 7,576,732 B2) and Hollemans et al (2007/0252821

A1).  Rejections based on the newly cited reference(s) follow.

### *Claim Rejections - 35 USC § 101*

2.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of
> matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the
> conditions and requirements of this title.

3.      **Claims 89-95** are rejected under 35 U.S.C. 101 because the claimed invention is

directed to non-statutory subject matter.  Claim 89 recites the limitation "an environment

with user interface software".

        These claims do not truly fit any of the four statutory classes of invention,

"process, machine, manufacture, or composition matter."  They are not even held upon

a computer-readable medium, as discussed in the Guidelines for examination, 1995.

The claims recite nothing more than information, having some potential use to a

computer capable of reading and interpreting them, in a manner analogous to the

information content of printed matter, long held to be non-statutory.

### *Claim Rejections - 35 USC § 103*

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

APLNDC00027439

Application/Control Number: 11/620,717                                           Page 3
Art Unit: 2179

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

5.      This application currently names joint inventors.  In considering patentability of the

claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various

claims was commonly owned at the time any inventions covered therein were made absent any

evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out

the inventor and invention dates of each claim that was not commonly owned at the time a later

invention was made in order for the examiner to consider the applicability of 35 U.S.C. 103(c)

and potential 35 U.S.C. 102(e), (f) or (g) prior art under 35 U.S.C. 103(a).


6.      **Claim 1, 6-8, 13, 14, 89, 94, and 95** are rejected under 35 U.S.C. 103(a) as

being unpatentable over **Lii** (US 7,576,732 B2) and **Hollemans et al** (2007/0252821

A1).

Claims 1, 8, and 89:

        **Lii** discloses a scroll control method using a touchpad wherein a user can slide

his fingers to trigger a scroll function by which the movement of the user's finger causes

a corresponding scroll control of the window (col. 2, lines 32-44).  Lii teaches that the

scroll is started/stopped in relation to the user input (col. 2, lines 45-61).

        Lii does not teach using the user's finger to invoke a gesture call to change the

size of an object or view.  However, **Hollemans** discloses a system and method for

APLNDC00027440

detecting at least two finger input on a touch screen of a display (abstract).  Hollemans

discloses invoking a gesture operation and issuing a gesture call based on invoking

the gesture operation (par. 0007).  Hollemans discloses responding to the gesture call

by either rotating a selected item (par. 0023, 0037) or zooming an area (par. 0025,

0032).  Therefore, it would have been obvious to one ordinarily skilled in the art at the

time the invention was made to modify Lii's invention to include Hollemans' teaching of

scaling an object or view when detecting a finger input because it simply facilitates the

user's interaction with the computer device.

Claims 6, 13, and 94:

Hollemans teaches rotating an object or view in response to a gesture call (par.

0008, 0023).

Claims 7, 14, and 95:

Lii (col. 1, lines 11-13) and Hollemans (par. 0038) teach that the invention relates

to touch screen displays used computer devices such as portable devices.


7.     **Claims 2-5, 9-12, and 90-93** are rejected under 35 U.S.C. 103(a) as being

unpatentable over Lii/Hollemans and **Ullmann et al** (6,677,965 B1).

Claims 2, 9, and 90:

See claim 1.  Lii/Hollemans does not teach rubberbanding a scrolling region by a

predetermined maximum displacement.  However, **Ullmann** discloses a rubber band

variable rate GUI control for use in conjunction with GUI controls, such as sliders, scroll

APLNDC00027441

Application/Control Number: 11/620,717                                    Page 5
Art Unit: 2179

bars, etc. (abstract).  Ullmann teaches rubberbanding a scrolling region (col. 5, lines 35-

67; col. 6, lines 1-5; col. 8, lines 20-40).  Therefore, it would have been obvious to a

person having ordinary skill in the art at the time the invention was made to modify

Lii/Hollemans' invention to include Ullmann's teaching or using rubber band control

because, as Ullmann says, this control allows for intuitive variable-rate control of

common GUI control types, and the rate variation indication is easily recognizable and

enhances the efficiency and intuitiveness of the

control object.

Claims 3, 4, 10, 11, 91, and 92:

        See claim 2.  Ullmann teaches scroll indicators (figs. 3a-5).

Claims 5, 12, and 93:

        See claim 2.  Ullmann teaches that a user may place the pointer or cursor over a

GUI control, selecting and dragging away from the control, and a virtual rubber ban

extending between the pointer and the GUI control is displayed (abstract; col. 5, lines

44-47).


                                    ***Conclusion***

8.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

9.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to X. L. Bautista whose telephone number is (571) 272-

Application/Control Number: 11/620,717                                    Page 6
Art Unit: 2179

4132.  The examiner can normally be reached on Monday-Thursday 8:00AM-6:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Weilun Lo can be reached on (571) 272-4847.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

10.     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/X. L. Bautista/
Primary Examiner, Art Unit 2179

21 December 2009

APLNDC00027443

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | Examiner | Art Unit |
| | X. L Bautista | 2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | 12/21/2009 | | | | | | |
| | 1 | ÷ | ✓ | | | | | | |
| | 2 | ÷ | ✓ | | | | | | |
| | 3 | ÷ | ✓ | | | | | | |
| | 4 | ÷ | ✓ | | | | | | |
| | 5 | ÷ | ✓ | | | | | | |
| | 6 | ÷ | ✓ | | | | | | |
| | 7 | ÷ | ✓ | | | | | | |
| | 8 | ÷ | ✓ | | | | | | |
| | 9 | ÷ | ✓ | | | | | | |
| | 10 | ÷ | ✓ | | | | | | |
| | 11 | ÷ | ✓ | | | | | | |
| | 12 | ÷ | ✓ | | | | | | |
| | 13 | ÷ | ✓ | | | | | | |
| | 14 | ÷ | ✓ | | | | | | |
| | 15 | ÷ | N | | | | | | |
| | 16 | ÷ | N | | | | | | |
| | 17 | ÷ | N | | | | | | |
| | 18 | ÷ | N | | | | | | |
| | 19 | ÷ | N | | | | | | |
| | 20 | ÷ | N | | | | | | |
| | 21 | ÷ | N | | | | | | |
| | 22 | ÷ | N | | | | | | |
| | 23 | ÷ | N | | | | | | |
| | 24 | ÷ | N | | | | | | |
| | 25 | ÷ | N | | | | | | |
| | 26 | ÷ | N | | | | | | |
| | 27 | ÷ | N | | | | | | |
| | 28 | ÷ | N | | | | | | |
| | 29 | ÷ | N | | | | | | |
| | 30 | ÷ | N | | | | | | |
| | 31 | ÷ | N | | | | | | |
| | 32 | ÷ | N | | | | | | |
| | 33 | ÷ | N | | | | | | |
| | 34 | ÷ | N | | | | | | |
| | 35 | ÷ | N | | | | | | |
| | 36 | ÷ | N | | | | | | |

APLNDC00027444

| Index of Claims | Application/Control No.  11620717 | Applicant(s)/Patent Under Reexamination  PLATZER ET AL. |
|---|---|---|
| | Examiner  X. L Bautista | Art Unit  2179 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | 12/21/2009 | | | | | | |
| | 37 | ÷ | N | | | | | | |
| | 38 | ÷ | N | | | | | | |
| | 39 | ÷ | N | | | | | | |
| | 40 | ÷ | N | | | | | | |
| | 41 | ÷ | N | | | | | | |
| | 42 | ÷ | N | | | | | | |
| | 43 | ÷ | N | | | | | | |
| | 44 | ÷ | N | | | | | | |
| | 45 | ÷ | N | | | | | | |
| | 46 | ÷ | N | | | | | | |
| | 47 | ÷ | N | | | | | | |
| | 48 | ÷ | N | | | | | | |
| | 49 | ÷ | N | | | | | | |
| | 50 | ÷ | N | | | | | | |
| | 51 | ÷ | N | | | | | | |
| | 52 | ÷ | N | | | | | | |
| | 53 | ÷ | N | | | | | | |
| | 54 | ÷ | N | | | | | | |
| | 55 | ÷ | N | | | | | | |
| | 56 | ÷ | N | | | | | | |
| | 57 | ÷ | N | | | | | | |
| | 58 | ÷ | N | | | | | | |
| | 59 | ÷ | N | | | | | | |
| | 60 | ÷ | N | | | | | | |
| | 61 | ÷ | N | | | | | | |
| | 62 | ÷ | N | | | | | | |
| | 63 | ÷ | N | | | | | | |
| | 64 | ÷ | N | | | | | | |
| | 65 | ÷ | N | | | | | | |
| | 66 | ÷ | N | | | | | | |
| | 67 | ÷ | N | | | | | | |
| | 68 | ÷ | N | | | | | | |
| | 69 | ÷ | N | | | | | | |
| | 70 | ÷ | N | | | | | | |
| | 71 | ÷ | N | | | | | | |
| | 72 | ÷ | N | | | | | | |

APLNDC00027445

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/31/2009 | 12/21/2009 | | | | | | |
| | 73 | ÷ | N | | | | | | |
| | 74 | ÷ | N | | | | | | |
| | 75 | ÷ | N | | | | | | |
| | 76 | ÷ | N | | | | | | |
| | 77 | ÷ | N | | | | | | |
| | 78 | ÷ | N | | | | | | |
| | 79 | ÷ | N | | | | | | |
| | 80 | ÷ | N | | | | | | |
| | 81 | ÷ | N | | | | | | |
| | 82 | ÷ | N | | | | | | |
| | 83 | ÷ | N | | | | | | |
| | 84 | ÷ | N | | | | | | |
| | 85 | ÷ | N | | | | | | |
| | 86 | ÷ | N | | | | | | |
| | 87 | ÷ | N | | | | | | |
| | 88 | ÷ | N | | | | | | |
| | 89 | | ✓ | | | | | | |
| | 90 | | ✓ | | | | | | |
| | 91 | | ✓ | | | | | | |
| | 92 | | ✓ | | | | | | |
| | 93 | | ✓ | | | | | | |
| | 94 | | ✓ | | | | | | |
| | 95 | | ✓ | | | | | | |

APLNDC00027446

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L Bautista | 2179 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 764,765,784,786,788,800,864,866,973,974 | 12/03/2009 | XB |
| 345 | 156,157,169,173 | 12/03/2009 | XB |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST Search | 12/03/2009 | XB |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

APLNDC00027447

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 78 | (gestur$3 touch$3 tap tapping finger multifinger multitouch multipoint) same (scroll$3 same (rubber or rubberband$3)) | US-PGPUB; USPAT | OR | ON | 2009/12/03 10:41 |
| L23 | 1037 | ((gestur$3 touch$3 tap tapping or ((two twice dual double plural plurality multiple multi) near6 (point region zone area)) or finger multifinger multitouch multipoint) near20 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band$3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and (scroll$3 near20 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band$3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/12/03 11:05 |
| L24 | 17748 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2009/12/03 11:18 |

APLNDC00027448

| L25 | 289 | 23 and 24 | US-PGPUB; USPAT | OR | ON | 2009/12/03 11:19 |
|---|---|---|---|---|---|---|
| L27 | 130 | 23 and (gestur$3 or touch$3) and ((multifinger or ((two twice dual double plural plurality multiple multi) near6 (point region zone area touch$3 tap$4 finger)) or multitouch or multipoint) near10 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band $3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and (scroll$3 near10 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band$3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and ((gestur$3 or touch$3 or multifinger or ((two twice dual double plural plurality multiple multi) near6 (point region zone area touch$3 tap$4 finger)) or multitouch or multipoint) near15 scroll$3) | US-PGPUB; USPAT | OR | ON | 2009/12/03 11:22 |
| S45 | 6554 | (gestur$3 touch$3) near20 ((two plural plurality multiple) near6 (point region zone area)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 16:24 |
| S46 | 235 | S45 and ((gestur$3 touch$3) near20 zoom$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 16:25 |

APLNDC00027449

| S47 | 108 | S46 and ((gestur$3 touch$3) near20 rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/12/02 16:25 |
|---|---|---|---|---|---|---|
| S48 | 34 | ("20010045949" | "20020194589" | "20030095096" | "20030122787" | "20030132959" | "20030160832" | "20030174149" | "20040021676" | "20040021698" | "20040100479" | "20040215643" | "20040222992" | "20040224638" | "20050086443" | "20050193015" | "20060190833" | "20070075965" | "20070174257" | "20070185876" | "20070288856" | "20080034029" | "5534893" | "5903902" | "6486896" | "6741996" | "6839721" | "6903927" | "6958749" | "7009626" | "7088374" | "7117453" | "7173623" | "7337412" | "7346850").PN. | US-PGPUB; USPAT | OR | ON | 2009/12/02 16:49 |
| S49 | 6 | S48 and ((gestur$3 touch$3) same ((two plural plurality multiple) near6 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2009/12/02 16:52 |
| S50 | 6928 | (gestur$3 touch$3) near20 ((two twice dual double plural plurality multiple multi) near6 (point region zone area)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:01 |
| S51 | 3334 | S50 and ((gestur$3 touch$3) near12 (zoom$3 rotat$3 input$4)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:02 |
| S52 | 17696 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2009/12/02 17:03 |
| S53 | 5984 | ((gestur$3 touch$3 tap tapping) near10 ((two twice dual double plural plurality multiple multi) near3 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:04 |
| S54 | 2770 | S53 and ((gestur$3 touch$3 tap tapping) near12 input$4) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:05 |
| S55 | 381 | S54 and ((gestur$3 touch$3 tap tapping) near12 (zoom$3 rotat$3)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:05 |
| S56 | 160 | S54 and ((gestur$3 touch$3 tap tapping) near12 zoom$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:06 |

APLNDC00027450

| S57 | 85 | S56 and ((gestur$3 touch$3 tap tapping) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:06 |
|-----|------|---|---|----|----|---|
| S58 | 49 | S52 and S57 | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:07 |
| S59 | 1756 | S52 and ((gestur$3 touch$3 tap tapping) near20 (zoom$3 magnif$8 ((chang$3 modif$6 alter increas$3 enlarg$6) near5 (screen view window frame)) resiz$4 rescal$4 scale$1 scaling)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:17 |
| S60 | 422 | S59 and ((gestur$3 touch$3 tap tapping) near20 ((two twice dual double plural plurality multiple multi) near3 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:18 |
| S61 | 362 | S60 and ((gestur$3 touch$3 tap tapping) near8 input$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:19 |
| S62 | 115 | S61 and ((gestur$3 touch$3 tap tapping) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:19 |
| S63 | 63 | S47 not S49 not S58 | US-PGPUB; USPAT | OR | ON | 2009/12/02 17:25 |
| S64 | 44763 | (display window screen view) near12 scroll$3 | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S65 | 23614 | S64 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S66 | 2216 | S65 and (event near5 (object item element)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S67 | 1299 | S66 and (event near12 (input (user adj2 input) entry interact$3)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S68 | 266 | S67 and (event near12 scroll$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |

APLNDC00027451

| S69 | 17 | S68 and (event near12 gestur$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S70 | 12 | S69 and (scroll$3 near12 position$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S71 | 7 | S70 and ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S72 | 5 | S71 and (rubberband$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S73 | 5 | S72 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S74 | 5 | S73 and (scroll$3 near15 (indicator indicat$4)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S75 | 5 | S74 and (event near12 drag$5) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S76 | 5 | S75 and (rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S77 | 2 | S71 not S76 | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S78 | 1 | ("6677965").PN. | US-PGPUB; USPAT | OR | OFF | 2009/12/02 18:34 |

APLNDC00027452

| S79 | 1 | S78 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S80 | 0 | S79 and (event near20 (scroll$4 slid$3 gestur$3 drag$4 rotat$4)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S81 | 1 | S79 and (scroll$4 slid$3 gestur$3 drag$4 rotat$4) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S82 | 1 | S81 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S83 | 1 | S82 and (scroll$3 near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S84 | 35163 | ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S85 | 216 | S84 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |

APLNDC00027453

EAST Search History

| S86 | 207 | S85 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
|---|---|---|---|---|---|---|
| S87 | 150 | S86 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S88 | 133 | S87 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S89 | 128 | S88 and ((display window screen view) near12 (scroll$3 slider)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S90 | 75 | S89 and ((scroll$3 slider) near12 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S91 | 40 | S90 and event | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S92 | 22 | S91 and ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S93 | 17696 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2009/12/02 18:34 |
| S94 | 937 | S93 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |

APLNDC00027454

| S95 | 95 | S94 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
|-----|-----|-----|-----|-----|-----|-----|
| S96 | 91 | S95 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object element item sign symbol knob point)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S97 | 42 | S96 and ((scroll$3 slider) near20 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S98 | 32 | S97 not S71 not S78 not S92 | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S99 | 1391 | ((plurality plural multiple multi) adj5 (point input)) and (scroll$3 slider) and (gestur$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S100 | 380 | S99 and ((display window screen view) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S101 | 172 | S100 and (((scroll$3 slid$3) near15 (indicator indicat$4 mark$3 object element item sign symbol)) same (window screen display view)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S102 | 1 | ("20080168384").PN. | US-PGPUB; USPAT | OR | OFF | 2009/12/02 18:34 |
| S103 | 1 | S102 and (machine adj2 (readable medium media instruction)) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S104 | 56 | S101 and ((event gesture input (user adj2 input) entry interact$3) same ((display window screen view) near12 (rescal$3 resiz$3 ((chang $3 alter$3) near5 (scale size)) scale scaled scaling))) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S105 | 22 | S104 and (gesture near20 ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scale scaled scaling))) | US-PGPUB; USPAT | OR | ON | 2009/12/02 18:34 |
| S106 | 1 | ("20070252821").PN. | US-PGPUB; USPAT | OR | OFF | 2009/12/02 18:39 |

APLNDC00027455