# EXHIBIT 5.10

WO 2008/085848                                                PCT/US2008/000060

5/37



**FIG. 5B**

APLNDC00027756

6/37



**FIG. 5C**

WO 2008/085848                                                      PCT/US2008/000060

7/37



**FIG. 6A**

PORTABLE MULTIFUNCTION DEVICE
100
206
208
208
3500A
SPEAKER
111
OPTICAL
SENSOR 164
PROXIMITY
SENSOR 166
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones
3506-1
Re: Project Orion
3508-1
January 30, 2006
3510-1
3534
3512-1
Bruce Walker
3506-2
Lunch meeting today
3508-2
January 30, 2006
3510-2
3530
Kim Brook
3506-3
Draft agreement
3508-3
January 30, 2006
3510-3
3514
Bob Adams
Project Orion
January 29, 2006
3512-2
Darin Adler
fantasy football
January 29, 2006
Aaron Jones
Fwd: status report
January 29, 2006
3518
3520
3522
3524
3526
3510
MICROPHONE
113
HOME
204

FIG. 6B



**FIG. 6C**

PORTABLE MULTIFUNCTION DEVICE
100
206
208
208
3500A
SPEAKER 111
OPTICAL SENSOR 164
PROXIMITY SENSOR 166
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones 3506-1
Re: Project Orion 3508-1
January 30, 2006 3510-1
3534
3512-1
Bruce Walker 3506-2
Lunch meeting today 3508-2
January 30, 2006 3510-2
3530
Kim Brook 3506-3
Draft agreement 3508-3
January 30, 2006 3510-3
Bob Adams
Project Orion
January 29, 2006
3512-2
Darin Adler
fantasy football
January 29, 2006
Aaron Jones
Fwd: status report
January 29, 2006
3518
3520
3522
3524
3526
3510
MICROPHONE 113
HOME 204

FIG. 6D

WO 2008/085848                                                    PCT/US2008/000060

## 11/37



700

```
┌─────────────────────────────────────┐
│   TRANSFER A DIRECTIONAL SCROLL CALL │
│ TO DETERMINE IF DIRECTIONAL SCROLLING│
│             IS ENABLED               │
│                 702                  │
└─────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────┐
│   TRANSFER A DIRECTIONAL SCROLL ANGLE│
│ CALL TO SET A SCROLL ANGLE FOR LOCKING│
│ THE SCROLLING IN AT LEAST ONE OF A   │
│  VERTICAL OR A HORIZONTAL DIRECTION  │
│                 704                  │
└─────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────┐
│  LOCK THE SCROLLING IN THE HORIZONTAL│
│   DIRECTION IF A USER INPUT FORMS AN │
│  ANGLE WITH A HORIZONTAL DIRECTION THAT│
│ IS LESS THAN OR EQUAL TO A FIRST SCROLL│
│                ANGLE                 │
│                 706                  │
└─────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────┐
│    LOCK THE SCROLLING IN THE VERTICAL│
│   DIRECTION IF A USER INPUT FORMS AN │
│  ANGLE WITH A VERTICAL DIRECTION THAT│
│  IS LESS THAN OR EQUAL TO A SECOND   │
│             SCROLL ANGLE             │
│                 708                  │
└─────────────────────────────────────┘
```

## FIG. 7

APLNDC00027762

WO 2008/085848                                                      PCT/US2008/000060

12/37



**FIG. 8**

APLNDC00027763

WO 2008/085848                                                PCT/US2008/000060

13/37



FIG. 9



FIG. 10

APLNDC00027764

Case 5:11-cv-01846-LHK   Document 563-9   Filed 12/29/11   Page 11 of 51



FIG. 11



FIG. 12

APLNDC00027765

WO 2008/085848                                    PCT/US2008/000060

15/37



TRANSFER A HANDLE GESTURE EVENT CALL
1302

TRANSFER A GESTURE CHANGE CALL IN
RESPONSE TO THE HANDLE GESTURE
EVENT CALL
1304

**FIG. 13**

TRANSFER A SCALING TRANSFORM CALL
TO DETERMINE A SCALING TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
1402

TRANSFER A SCALING GESTURE START
CALL
1404

TRANSFER A SCALING GESTURE PROGRESS
CALL
1406

TRANSFER A SCALING GESTURE END
CALL
1408

**FIG. 14**

Case 5:11-cv-01846-LHK   Document 563-9   Filed 12/29/11   Page 13 of 51

16/37



**FIG. 15**

APLNDC00027767

WO 2008/085848

PCT/US2008/000060

1602

1604

1608
1612
1610

1614

1606



**FIG. 16A**

1650

1652

1656
1660
1658

1664

1654



**FIG. 16B**

WO 2008/085848

18/37



**FIG. 16C**

PCT/US2008/000060

Case 5:11-cv-01846-LHK   Document 563-9   Filed 12/29/11   Page 16 of 51

19/37



FIG. 17

APLNDC00027770

WO 2008/085848                                    PCT/US2008/000060



**FIG. 18**

APLNDC00027771

Case 5:11-cv-01846-LHK   Document 563-9   Filed 12/29/11   Page 18 of 51



1900

**FIG. 19**

APLNDC00027772



**FIG. 20**

WO 2008/085848                                                    PCT/US2008/000060

23/37



FIG. 21

APLNDC00027774

WO 2008/085848                                    PCT/US2008/000060

24/37



**FIG. 22A**



**FIG. 22B**

APLNDC00027775

2300
CONSTRUCT A DATA STRUCTURE HAVING A HIERARCHY OF LAYERS WITH A LAYER BEING ASSOCIATED WITH A VIEW AND OWNING THE VIEW 2302
REMOVE THE LAYER FROM THE DATA STRUCTURE 2304
SWITCH OWNERSHIP OF THE VIEW FROM THE LAYER TO THE VIEW 2306

**FIG. 23**

2400
CONSTRUCT A DATA STRUCTURE HAVING A HIERARCHY OF LAYERS WITH A LAYER BEING ASSOCIATED WITH A VIEW 2402
STORE THE DATA STRUCTURE IN MEMORY 2404
MAINTAIN A RETAINED COUNT OF THE NUMBER OF REFERENCES TO THE VIEW FROM OTHER OBJECTS 2406
DEALLOCATE THE VIEW FROM MEMORY IF THE RETAINED COUNT IS ZERO 2408

**FIG. 24**

WO 2008/085848                                                     PCT/US2008/000060

26/37



**FIG. 25A**



**FIG. 25B**

APLNDC00027777

WO 2008/085848                                    PCT/US2008/000060

27/37



2600

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS ASSOCIATED
WITH THE USER INTERFACE OF THE
DEVICE
2402

DETERMINE WHETHER EACH LAYER OF THE
DATA STRUCTURE IS ASSOCIATED WITH
MEDIA OR NON-MEDIA CONTENT
2604

DETACH MEDIA CONTENT FROM THE DATA
STRUCTURE
2606

STORE MEDIA CONTENT IN A FIRST
MEMORY LOCATION
2608

STORE NON-MEDIA CONTENT IN A SECOND
MEMORY LOCATION
2610

COMPOSITE THE MEDIA AND NON-MEDIA
CONTENT FOR DISPLAY ON THE
DEVICE
2612

**FIG. 26**

APLNDC00027778

28/37



FIG. 27

WO 2008/085848

PCT/US2008/000060



**FIG. 28**

APLNDC00027780

WO 2008/085848                                                    PCT/US2008/000060

30/37



FIG. 29

APLNDC00027781

31/37



**FIG. 30A**



**FIG. 30B**

WO 2008/085848



**FIG. 31**

PCT/US2008/000060

32/37

APLNDC00027783



**FIG. 32**

WO 2008/085848

PCT/US2008/000060

34/37



**FIG. 33A**

APLNDC00027785

35/37



**FIG. 33B**

APLNDC00027786



**FIG. 33C**

APLNDC00027787

Case 5:11-cv-01846-LHK   Document 563-9   Filed 12/29/11   Page 34 of 51

37/37



3400

CONSTRUCT A HIERARCHY OF VIEWS
OPERATING ON TOP OF A HIERARCHY OF
LAYERS
3402

PROVIDE ACCESS TO THE HIERARCHY OF
VIEWS WITHOUT PROVIDING ACCESS TO THE
HIERARCHY OF LAYERS
3404

# FIG. 34

APLNDC00027788

**INTERNATIONAL SEARCH REPORT**

| | International application No |
|---|---|
| | PCT/US2008/000060 |

**A. CLASSIFICATION OF SUBJECT MATTER**
INV. G06F3/048

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
G06F

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 6 958 749 B1 (MATSUSHITA NOBUYUKI [JP] ET AL) 25 October 2005 (2005-10-25) the whole document ----- | 1-33, 35-96 |
| X | US 5 534 893 A (HANSEN JR DANIEL J [US] ET AL) 9 July 1996 (1996-07-09) abstract column 2, line 33 - line 59 column 5, line 1 - column 9, line 46; figures 1-4 ----- | 1-33, 35-96 |

☐ Further documents are listed in the continuation of Box C.  ☒ See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 15 April 2008 | 22/04/2008 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Tx. 31 651 epo nl, Fax: (+31–70) 340–3016 | Vieira, Alexandre |

Form PCT/ISA/210 (second sheet) (April 2005)

## INTERNATIONAL SEARCH REPORT
Information on patent family members

| International application No |
|---|
| PCT/US2008/000060 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 6958749 | B1 | 25-10-2005 | JP | 2001134382 A | 18-05-2001 |
| US 5534893 | A | 09-07-1996 | NONE | | |

Form PCT/ISA/210 (patent family annex) (April 2005)

APLNDC00027790

(12) **UK Patent Application** (19) **GB** (11) **2 319 591** (13) **A**

(43) Date of A Publication 27.05.1998

(21) Application No 9723838.0

(22) Date of Filing 13.11.1997

(30) Priority Data
(31) 08752764    (32) 20.11.1996    (33) US

(71) Applicant(s)
Alps Electric Co., Ltd.

(Incorporated in Japan)

1-7 Yukigaya, Otsuka-cho, Ota-Ku, Tokyo 145, Japan

(72) Inventor(s)
Tadamitsu Sato
Tsuyoshi Ogura
Akihisa Itoh

(74) Agent and/or Address for Service
Saunders & Dolleymore
9 Rickmansworth Road, WATFORD, Herts, WD1 7HE,
United Kingdom

(51) INT CL⁶
G06F 3/033 // G06K 11/18

(52) UK CL (Edition P )
F2Y YTA Y104 Y3129 Y3191
U1S S2123

(56) Documents Cited
EP 0725331 A1      US 5428367 A      US 4550221 A

(58) Field of Search
UK CL (Edition P )  F2Y YTA YTB
INT CL⁶ G06F 3/033 , G06K 11/18
Online:EDOC,WPI

(54) **Coordinates input apparatus**

(57) A coordinates input apparatus, whereby various operations on a screen can be carried out by a coordinates pointer such as a finger 50 and the number of operations reduced, comprises a detection section and an operating section. The detection section is provided with an operating surface SF for operation by the finger, and detects the operating conditions on the operating surface caused by the finger. The operating section executes screen operations corresponding to the operating condition detected by the detection section, and in response to tapping of the finger on the operating surface within one of a number of predetermined regions carries out previously determined processing (e.g. right button emulation) or changes to a previously determined mode (e.g. for generating a sound at the time of tapping).



FIG.4



FIG.5

GB 2 319 591 A

APLNDC00027791

FIG.1



APLNDC00027792

2/6

## FIG.2



## FIG.3



APLNDC00027793





FIG.4

FIG.5

APLNDC00027794

u/6

FIG.6



40

43

41    41    41

42:APPLICATION 1

42:APPLICATION 2

APLNDC00027795



FIG.7

9/5



FIG.8

START
READ DATA FROM CO-ORDINATE DETECTION DEVICE PD
Sb1
Sb2
EASY X MODE ?
YES
NO
Sb3
TAPPING ?
NO
YES
Sb4
EASY X MODE REGION ?
NO
YES
Sb5
CHANGE FROM NORMAL MODE TO EASY X MODE
Sb6
TAPPING ?
NO
YES
Sb7
EASY LAUNCHER REGION ?
NO
YES
Sb8
EXECUTE EASY LAUNCHER PROCESSING
Sb9
CHANGE FROM EASY X MODE TO NORMAL MODE
Sb10
FINGER SLIDING ON EDGE OF OPERATING SURFACE ?
NO
YES
Sb11
EXECUTE EASY SCROLL PROCESSING
Sb12
FINGER SLIDING AT ANGLE FROM CENTER OF OPERATING SURFACE ?
NO
YES
Sb13
EXECUTE EASY SIZE PROCESSING
Sb14
EXECUTE CURSOR MOVEMENT PROCESSING
CHANGE FROM EASY X MODE TO NORMAL MODE
Sb15
END

9/9

**2319591**

1

## COORDINATES INPUT APPARATUS

The present invention relates to a coordinates input apparatus for operating such as a cursor or a window on a screen.

Conventionally a mouse or a track ball is used for the pointing device connected to a computer. Moreover, recently pointing devices such as pads, touch pads or track pads have also come to be used. The pad is used either in an integral form such as with a portable type computer, or in an externally attached form such as with a desk top type computer. Since it is not necessary to move the pad, as with a mouse, it has the feature that it can be operated even in a limited space such as on a desk-top without obstruction.

In moving a cursor (also referred to as a pointer) on a screen using such a pad, the finger may simply be placed on and slid over the small (a few square centimeters) operating surface on the pad. The pad is provided with left and right buttons as with mouse type devices, and in addition various operations the same as for left button clicking, such as selecting and moving an object displayed on the screen can be realized by lightly tapping the operating surface with the finger. This operation is in particular referred to as "tap" or "tapping." By means of this tapping operation, then as well as the above-mentioned clicking operation, operations such as left button double clicking where the left button is clicked two times in succession (used for example in starting an application), and drag (where the cursor is aligned with the screen object and the object moved to a desired location while pressing the left button) can be carried out with one finger.

APLNDC00027798

2

By operating the operating surface of the pad with the finger above manner, the pad achieves the same function as the cursor moving and left button click operations using the mouse.   However, with the conventional pad, the same function as the mouse right button click operation cannot be achieved by an operation on the operating surface. Hence it is necessary to click a right button provided on the pad with the finger, as with a mouse.   To carry out the right button click operation, the following operations are required.   First, in the case where the user wishes to operate the pad continuously using only one finger, the finger is moved from the operating surface to the right button location, and the right button then pressed with the finger to carry out the click operation.   Moreover, in the case where the user operates the pad with two fingers, the operating surface is operated with one finger, while the other finger is placed at the right button location to carry out the click operation.   Therefore, to carry out the right button click operation, it is necessary to either operate the pad with two fingers, or to move one finger back and forth between the operating surface and the right button.   Hence, the advantages of the present pad in that   it can be operated with only a minimal number of one finger operations is lessened.

Moreover, with the latest computers wherein operation of a window (that is to say a plurality of separate screens on the display unit) is a prerequisite, user operations such as adjusting the size of the window to suit the work conditions, scrolling the contents displayed in the window up and down or sideways within the window (the method of successively displaying the screen contents as a scroll), or closing an unnecessary window, are frequently carried out.

Here adjustment of the window size is carried out for example by moving the cursor while clicking on the right hand lower corner of the window.   Moreover, to scroll in the window, it is necessary to move the cursor to a so called scroll bar (or slide bar ) provided at the right

APLNDC00027799

3

edge or bottom edge of the window, and then click the scroll bar a required number of times.   Furthermore, closing the window is carried out by moving the cursor to a small box, referred to as a close box, provided for example on the upper right corner of the window, and clicking on this box.

In carrying out the various window operations in this way, various combinations of cursor movement and the button clicking are required. Hence if the right button finger clicking operation is included, then the above-mentioned advantages of the pad are not fully realized. Moreover, positioning the cursor on the screen using the pad is not considered easy, even for a user skilled in pad operation, and hence considering a normal user these operations are quite complicated, thus putting a load on the user.

In view of the above, it is an object of the present invention to provide a coordinates input apparatus whereby various operations on a screen can be carried out where practicable with one finger, and the number of operations reduced, thus giving a marked improvement in user operability.

Accordingly, the coordinates input apparatus according to the present invention comprising detection means having an operating surface for operation by a coordinates pointer, and for detecting an operating condition on said operating surface caused by said coordinates pointer; and operating means for executing screen operations corresponding to said operating condition, wherein said operating means detects tapping of said coordinates pointer on said operating surface within a predetermined region, and carries out previously determined processing.

Moreover, the coordinates input apparatus according to the present invention   comprising detection means having an operating surface for operation by a coordinates pointer, and for detecting an operating

APLNDC00027800

4

condition on said operating surface caused by said coordinates pointer; and operating means for executing screen operations corresponding to said operating condition, wherein said operating means detects tapping of said coordinates pointer on said operating surface within a predetermined region, and changes to a previously determined mode.

In this way, with the present invention, it is possible to execute various processing and to change to a predetermined mode, by merely tapping a region on the operating surface with the coordinates pointer. Therefore, as well as negating the requirement as with the conventional coordinates input apparatus, of the complicated cursor positioning operation, it is not necessary to move the finger from the operating surface to the button and click the button.   Hence basically an extremely simple operation using only one finger can be realized, the number of operations reduced, and the load on the user considerably lightened.

Embodiments of the invention will now be described, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 is block diagram showing the structure of a coordinates input apparatus according to an embodiment of the present invention;

FIG. 2 is a plan view of a coordinates detection device PD of the embodiment;

FIG. 3 illustrates an example of a window showing a display section 16;

FIG. 4 is a diagram for explaining an operation in the embodiment for Easy Scroll;

FIG. 5 is a diagram for explaining an operation in the embodiment for Easy Size;

FIG. 6 illustrates an example of a dialog box shown on the screen in the Easy Launcher processing in the embodiment;

FIG. 7 is a flow chart for describing the operation of the coordinates input apparatus in the embodiment; and

APLNDC00027801

5

FIG. 8 is a flow chart for describing details of the operation of the Easy X mode in the coordinates input apparatus of the embodiment.


An embodiment of the present invention will now be described with reference to the drawings.    FIG. 1 is block diagram showing the structure of a coordinates input apparatus according to the embodiment. As shown in FIG. 1, the coordinates input apparatus is made up generally from two devices namely; a coordinates detection device PD, and a coordinates output device PC.    The coordinates detection device PD is for example the above-mentioned pad, while the coordinates output device PC is for example a computer connected to the pad.

At first the various structural components of the coordinates detection device PD will be described, however before this a basic description of the mechanical structure of the coordinates detection device PD will be given.    FIG. 2 shows a plan view of the coordinates detection device PD.    A left button LB and a right button RB correspond respectively to the left and right buttons of a mouse, having the same functions as those of the respective mouse buttons.    A rectangular region indicated by a symbol SF indicates an operating surface operated by a coordinates pointer (not shown in FIG. 2).    The coordinates pointer mentioned here may for example be the finger of a user, and hereunder is described as such.

A sensor substrate 1 shown in FIG. 1, has a plurality of horizontal scanning lines (in the X axis direction in FIG. 2) and vertical scanning lines (in the Y axis direction in FIG. 2) formed into a matrix shape, the construction being such that touching a finger on the operating surface SF, causes the value of the current flowing in the respective scanning lines to change.    To explain in more detail, the coordinates detection device PD of the present embodiment employs a device referred to as an electrostatic capacity type tablet.    This device has electrodes provided

APLNDC00027802

6

in matrix form on respective front and rear surfaces of an electrostatic film, and an electric field is formed by supplying a pulse signals from one side of the electrostatic film.   Since with this arrangement touching the electrostatic film with the finger via the operating surface SF causes a drop in the electrostatic capacity of the touched portion, then converting the change in electrostatic capacity to a change in current value enables the position of the portion touched by the finger to be detected.   That is to say, the coordinates position of the touched portion is indicated by the intersection of the horizontal scanning lines and the vertical scanning lines.   Furthermore, if the separation of the finger after touching is detected, then the above-mentioned tapping operation can be detected.   Moreover, the operation of sliding the finger on the operating surface SF can be detected by computing the positional change of the touched portion.

The pad need not be an electrostatic capacity type, but may for example adopt a pressure sensitive system or the like.

A horizontal scanning section 2 involves a circuit for horizontal scanning of the sensor substrate 1, and has a plurality of signal outputs connected to the horizontal scanning lines of the sensor substrate 1.

A vertical scanning section 3 involves a circuit for vertical scanning of the sensor substrate 1.   This circuit has a plurality of signal inputs connected to the vertical scanning lines of the sensor substrate 1, and generates a serial detection signal showing the finger operating condition.   The serial detection signal includes a tap component produced when the finger is tapped on the sensor substrate 1 via the operating surface SF, and a slide component produced when the finger is slid on the operating surface SF.   The tap component includes an address component indicating the location on the operating surface SF where the finger contacts, while the slide component includes an address component indicating the "from and to" location of the finger sliding on the operating surface SF.

APLNDC00027803

7

A control drive section 4 supplies respective scanning drive signals to the horizontal scanning section 2 and the vertical scanning section 3, to thereby drive the horizontal scanning section 2 and the vertical scanning section 3.

An A/D (analog/digital) conversion section 5 converts the serial detection signal generated by the vertical scanning section 3 into a digital signal.

A tap/slide component extraction section 6, extracts the before-mentioned tap component and slide component from the digital signal of the converted serial detection signal, and then separates these and converts them into three dimensional coordinates values, and outputs these coordinates values together with the tap component and the slide component.

A data processing section 7 determines whether or not tapping is being executed, based on the three dimensional coordinates values sent from the tap/slide component extraction section 6, and also eliminates noise from the slide component, thereby corrects the change in the finger position in the two dimensional coordinates (constituted by the X/Y axes) of the operating surface SF, into a smooth straight line or curve.

An interface section 8 involves a circuit for carrying out data transfer with the coordinates output device PC.  Based on the information sent from the data processing section 7, the interface section 8 appends the tap ON/OFF information and the respective ON/OFF information related to the left button LB and the right button RB, for each of the corrected absolute coordinates (X, Y) of the two dimensional coordinates on the operating surface SF, and outputs this together with the tap component and the slide component, to an output port 9.

The various structural components of the coordinates output device PC will now be described.

APLNDC00027804

8

An interface section 10 involves a circuit for carrying out data transfer with the coordinates detection device PD, receiving the above-mentioned respective information via an input port 11.    If the coordinates output device PC is a personal computer, then the interface section 10 corresponds to the well-known serial port or the well-known mouse port.

A data analysis section 12 receives and analyzes information from the interface section 10 sent from the coordinates detection device PD.   It carries out judgment processing such as determining if tapping is being executed, and if the finger is being slid within a range in a predetermined region of the operating surface SF.    The judgment results are then sent to a data conversion section 13.

Based on the judgment results for the presence of tapping or finger sliding within a predetermined region analyzed by the data analysis section 12, the data conversion section 13 judges whether or not predetermined specific processing should be carried out.    This predetermined processing involves for example, right button emulation processing and various processing in an Easy X mode.    These processing will be discussed in detail later.

A mode conversion section 14 stores various set values for the coordinates input apparatus.    The arrangement is such that the data conversion section 13 converts the contents of the processing based on the set values sent from the mode conversion section 14.    As described hereunder, these set values are for example, the range in a region on the operating surface SF tapped by the user when carrying out various processing in the right button emulation mode or the Easy X mode, and settings for whether or not the user is to be notified by sound that the various processing are being carried out.    The set values are set for example by the user in the mode conversion section 14, by known processing for operating the menu on the computer screen.

APLNDC00027805