EXHIBIT 5.11

9

A control section 15 is a circuit for controlling the respective sections of the coordinates output device PC, with the exception of the interface section 10.

A display section 16 is for example the display unit of a personal computer. This displays various images such as a window or a cursor on a screen 16' (see FIG. 4 and 5), following instructions from the control section 15.

A ROM (read only memory) 17 stores information such as the operating program for the control section 15, sound information used when a sound is generated from a sound source 19 (to be described later), the size of the operating surface SF itself specified by the format of the above-mentioned absolute coordinates (X, Y).

A RAM (random access memory) 18 is a memory circuit for temporarily holding data when the control section 15 is executing various processing.

The sound source 19 comprises for example a speaker and a speaker drive circuit, and generates various sounds based on sound information sent from the control section 15.

Next is a description of the operation of the coordinates input apparatus, with a preliminary description of the functions of the apparatus, to simplify understanding. With the coordinates input apparatus of the present embodiment, the user assigns a plurality of previously specified regions on the operating surface SF, and when tapping is executed on these regions, then respective previously determined processing corresponding to the tapped region is carried out.

One such processing is right button emulation. With this processing, clicking the right button RB (see FIG. 2) with the finger, is replaced by tapping within a range of a specified region on the operating surface SF for right button emulation. For this specified region, any region on the operating surface SF may be assigned. For example, the region at the upper left corner or the upper right corner of

APLNDC00027806

10

the operating surface SF may be considered.

In addition, a mode referred to as an Easy X mode is provided in the coordinates input apparatus of the present embodiment.   This mode is for simplifying the various window operations carried out by the user, in the case of computers which basically employ an operation for a window 30 as shown in FIG. 3.   On the other hand, with the present embodiment, there is a normal condition   referred to as a Normal mode, different from the Easy X mode.

The coordinates input apparatus is set to this Normal mode, immediately after switching on the power or executing the reset sequence for coordinates input apparatus.   Changing from the Normal mode to the Easy X mode is the same as for right button emulation, and is realized by tapping in a specified region on the operating surface SF. The specified region for the Easy X mode is of course set so as not to overlap the region set for the right button emulation.   Continuous supervision of whether the current condition is for the Easy X mode or the Normal mode, is carried out using a flag provided in the RAM in the coordinates output device PC.   If the flag is ON, the conditions are for the Easy X mode while if the flag is OFF the conditions are for the Normal mode.

Three types of function are provided for the Easy X mode. These functions are realized after tapping to change from the Normal mode to the Easy X mode, by carrying out predetermined operations corresponding to the functions.

A first function is referred to as Easy Scroll.   This emulates the operation   at the point in time of proceeding to the Easy X mode, for operating the scroll bar 31 (also referred to as the slide bar) for the currently active window 30 (refer to FIG. 3), to thereby scroll the contents displayed in the window 30.   When the scroll bar 31 is provided on the right edge of the screen as shown in FIG. 3, then this function is carried out with the mode changed to the Easy X mode, by

APLNDC00027807

11

moving the finger to right edge of the operating surface SF as shown in
FIG. 4 and then sliding the finger 50 in the up/down direction along the
right edge.   In this way, the slide amount and slide direction (UP<up>
or DN<down> direction in FIG. 4) of the finger 50 in combination, are
made the same as moving an index 32 of the scroll bar 31 in the
vertical direction.   The case may arise, depending on the window,
where the scroll bar 31 is located for example at the bottom of the
window 30.   If in this case the finger 50 is slid along the bottom edge
of the operating surface SF, then the operation of moving the index 32
in the horizontal direction can be emulated.

A second function is referred to as Easy Size.   This emulates the
operation for widening or narrowing of the window 30.   This function
is carried out with the mode changed to the Easy X mode, by placing
the finger 50 near the center of the operating surface SF as shown in
FIG. 5, and then sliding the finger at an angle towards the upper left
corner or the lower right corner of the operating surface SF. In this way,
the operation of moving the cursor to the size change corner 33 of the
window 30, then moving the cursor to the upper left corner or the lower
right corner while pressing the left button LB is emulated.   The
window 30 is then widened (the WD direction of FIG. 5) or narrowed
(the NR direction of FIG. 5) corresponding to the slide amount and
slide direction of the finger 50 sliding on the operating surface SF.

A third function is referred to as Easy Launcher.   This function
displays on the screen 16', as shown in FIG. 6, an enlarged dialog box
40 (a temporary window displaying specified information) in which is
registered various buttons 41 and icons 42 (wherein the functions of the
application program are simplified with pictures).   The cursor moves
automatically to inside the dialog box 40, and the various conventional
processing corresponding to the button 41s or the icons 42 is executed
by successively tapping on the button 41 or the icon 42.   This an Easy
Launcher is realized with the mode changed to the Easy X mode, by

APLNDC00027808

tapping in a specified region on the operating surface SF for a second time.

Here the specified region may be any region on the operating surface SF.   In practice this may be made the same as the region set for changing to the Easy X mode.   If set in this way, then the Easy Launcher can be started by tapping twice in succession, on the same specified region on the operating surface SF.

The function for the buttons 41 and the icons 42 in the dialog box 40 may be any suitable function, the following being given as an example. The function where the window which is active prior to appearance of the dialog box 40 is replaced with an icon previously assigned to this window, and this icon is pasted on the screen.   Moreover, there is the function for closing the window which is active prior to appearance of the dialog box 40.   Furthermore, there is the function for starting the various application programs by clicking on the buttons 41 or the icons 42.

Next is a description of the operation of the coordinates input apparatus constructed as described above.

At first, the user carries out a prior setting as described below for the coordinates output device PC.   A first setting involves individually setting the regions for carrying out the respective tapping, corresponding to various   functions of right button emulation, change to the Easy X mode, and Easy Launcher start.   In this way, the ranges of the respective tapping regions are stored in the mode conversion section 14.   Here the width of the regions is made wide enough to facilitate finger positioning, yet narrow enough to ensure that the finger 50 does not enter erroneously under normal operation.   In this respect it is convenient to define the various regions at for example the corners of the operating surface SF.   The range of the various regions is stipulated by the absolute coordinates (X, Y) with the upper left corner of the operating surface SF as the origin.   As an example, the absolute

13

coordinates of the upper left corner and the lower right corner of the respective regions are stored together in pairs.

A second setting involves setting for whether or not to generate a sound to advise the user at the time of tapping.   This sound generation setting is variously carried out when tapping is executed for right button emulation, for changing to the Easy X mode, or for purposes other than these, and involves setting sounds of various different types. In this way, the settings for sound generation are stored in the mode conversion section 14 for each of the above mentioned three cases.

Processing for these settings is carried out by the user, for example by displaying a setting window on the screen.   However since this operation involves well known conventional processing, detailed description is here omitted.

The operation of the coordinates input apparatus will now be described with reference to the flow charts of FIG. 7 and FIG. 8.   In the following, the Normal mode is set for the initial condition.

At first, in step Sa1 of FIG. 7, data transfer from the coordinates detection device PD to the coordinates output device PC is carried out. This transfer processing will be explained hereunder with reference to FIG. 1.   In the coordinates detection device PD, the horizontal scanning section 2 and the vertical scanning section 3 are scan driven by the drive signal output from the control drive section 4.   When scanning signals are being supplied from these scanning sections to the respective scanning lines of the sensor substrate 1, then if the user touches the finger 50 on a desired position on the sensor substrate 1 (that is to say the operating surface SF), a serial detection signal corresponding to the position touched by the finger 50, is output to the vertical scanning section 3.   This serial detection signal is converted to a digital signal by the A/D converter section 5, and a tap component and slide component are extracted therefrom in the tap/slide component extraction section 6.   The data processing section 7 then sends the tap

APLNDC00027810

14

component as is, to the interface section 8, and sends the slide component to the interface section 8 after first carrying out noise removal correction.   The interface section 8 then generates tap ON/OFF information and button ON/OFF information, appends these information to the data sent from the data processing section 7, and then supplies this to the output port 9 for transmission to the coordinates output device PC.

In the coordinates output device PC, the information given   to the input port 11 is supplied to the data analysis section 12 via the interface section 10.   This completes the processing in the coordinates output device PC of transferring data from the coordinates detection device PD.   With the conventional arrangement, the supplied tap component and slide component are sent to the control section 15. The control section 15 then carries out processing to convert these to suitable data for picture display, and supplies this to the display section 16. As a result, for example the appearance of the moving cursor on the screen of the display section 16 corresponds to movement of the finger 50 on the operating surface SF.

Then in FIG. 7, control proceeds to step Sa2, where the data analysis section 12 refers to the tap ON/OFF information included in the transferred information, and judges if tapping has been executed. If tapping has not been executed, then the processing is terminated as is, processing thus being executed the same as for the conventional arrangement.   On the other hand, if tapping has been executed, then it is judged if the tapped position on the operating surface SF is within the range of some specified region designated beforehand by the user.

For this judgment, control first proceeds to step Sa3 where the data analysis section 12 judges if tapping has been carried out in the region for right button emulation.   That is to say, the data analysis section 12 takes the absolute coordinates for the upper left corner and the lower right corner of the relevant region, stored in the mode conversion

APLNDC00027811

section 14.   Here the absolute coordinates are assumed as (Xa, Ya) and (Xb, Yb).   The data analysis section 12 then judges if the absolute coordinates (X, Y) of the tapped position satisfy Xa < X < Xb and Ya < Y < Yb, to thereby determine if the tapped position is within the region for right button emulation.

If the judgment result shows that the tapped position is within the designated range, then an operation the same as for when the right button RB is clicked is emulated.   For this emulation, control first proceeds to step Sa4 where the data analysis section 12 accesses the mode conversion section 14 to judge if sound generation when right button emulation is recognized has been designated.   If sound generation has been designated, the data analysis section 12 gives instructions to the data conversion section 13 for sound generation. Control therefore proceeds to step Sa5 where the data conversion section 13 extracts the sound type set for right button emulation, from the mode conversion section 14.   The data conversion section 13 then outputs instructions to the control section 15 to read out sound information corresponding to the type of sound, from the ROM 17 and send this to the sound source 19 to generate a sound.

When the processing for sound generation of step Sa5 has been completed, or when   in step Sa4, right button sound generation is not designated, control proceeds to step Sa6 where processing for when the right button RB is clicked is initiated.   The processing corresponding to the right button depends on the application running, and since this involves conventional processing, description is here omitted.

Referring back to step Sa3, if the result of the judgment is that the tapped position is not within the range of the region for right button emulation, control proceeds to step Sa7.   Then following the same procedure as for the processing of step Sa3, it is judged if the tapped position is within the range of the region for the Easy X mode.

APLNDC00027812

16

If the tapped location is in the relevant region, control proceeds to step Sa8 where with the same processing as in Sa4, it is judged if sound generation when the Easy X mode is recognized has been designated. If sound generation has been designated, control proceeds to step Sa9 where, following the same procedure as for the processing of step Sa5, the sound prepared for the Easy X mode is generated from the sound source 19.

When the processing for sound generation of step Sa9 has been completed, or if in step Sa8, sound generation for the Easy X mode was not designated, control proceeds to step Sa10 where the various processing in the Easy X mode is carried out.   Since this processing is described later in detail with reference to FIG. 8, description is here omitted.

Referring back to step Sa7, if the judgment is that the tapped position is also not in the region for the Easy X mode, then this means that the tapping is the conventional designated tapping corresponding to clicking the left button LB.   Hence in this case control proceeds to step Sa11 where it is judged in the above-mentioned manner, if sound generation for tapping has been designated.   If sound generation has been designated, control proceeds to step Sa12 where the sound for tapping is generated.

When the processing for sound generation of step Sa12 has been completed, or if in step Sa11 sound generation for tapping was not designated, control proceeds to step Sa13 where processing for when the left button LB is clicked is initiated.   This processing also, as with the processing for when the right button RB is clicked, involves various processing, and details are omitted.

The operation of the coordinates input apparatus in relation to the Easy X mode, will now be described in detail with reference to FIG. 8. At first, in step Sb1, as with the above-mentioned step Sa1, data is transferred from the coordinates detection device PD.

APLNDC00027813

17

Control then proceeds to step Sb2 where the data analysis section 12 examines, via the control section 15, the condition of the flag stored in the RAM 18 to determine if the apparatus is in the Normal mode or the Easy X mode condition. As mentioned above, at this point in time the apparatus is in the Normal mode and hence the flag is in the off condition. Control therefore proceeds to step Sb3 to judge, in the same way as for step Sa2, if tapping has been carried out. Here the judgment denotes that the user has tapped in the region for changing to the Easy X mode. Hence, control proceeds to step Sb4 where the data analysis section 12 verifies that the tapping is being carried out in the region for the Easy X mode, after which control continues on to step Sb5 where the flag is changed to the ON condition, and the apparatus is changed from the Normal mode to the Easy X mode.

After this, control again proceeds to step Sb1 to transfer data from the coordinates detection device PD, and then proceeds on to step Sb2. At this point in time, since the apparatus has been changed to the Easy X mode control proceeds to step Sb6 to judge if tapping has been carried out. If tapping has been carried out (that is to say tapping has been carried out two times in succession), control proceeds to step Sb7 where it is judged if the tapped position is within the range of the region set for the Easy Launcher.

If so, control proceeds to step Sb8 to start the Easy Launcher processing. As a result, the data conversion section 13 outputs instructions to the control section 15 to display the screen corresponding to the dialog box 40 shown in FIG. 6 on the display section 16. Moreover, the data conversion section 13 outputs instructions to the control section 15 to start conventional cursor movement processing, to forcibly move the cursor to the dialog box 40. Thereupon, the user moves the cursor in the dialog box 40 and clicks on the desired button 41 or icon 42 to carry out processing such as; forming an icon for the window, closing the window, or starting up

APLNDC00027814

18

various applications.   The Easy Launcher processing is then completed when the user either taps the operating surface SF, or clicks the close box 43 provided in the dialog box 40 using the left button LB.

If the judgment result in step Sb7 is that a second tapping has not been carried out in the region for the Easy Launcher, control proceeds to step Sb9 where the flag is changed to the OFF condition to cancel the Easy X mode and return to the Normal mode.

On the other hand, in the case where a second tap is not detected in the judgment processing in step Sb6, control proceeds to step Sb10. The data analysis section 12 then judges if the user is sliding the finger 50 on the right hand edge of the operating surface SF, based on information for the size of the operating surface SF, stored in the ROM 17.

If sliding operation is detected, control proceeds to step Sb11 to execute the Easy Scroll processing.   That is to say, the data conversion section 13 computes the distance and direction that the user slides the finger 50, from the slide component taken from the data analysis section 12.   The data conversion section 13 then outputs instructions to the control section 15 to move the index 32 of the scroll bar 31 shown in FIG. 3 in the vertical direction corresponding to the computed distance and direction, and to simultaneously scroll the contents displayed on the window 30 in proportion to the amount of movement of the index 32.   Since this involves conventional processing, description is here omitted.

On the other hand, if in step Sb10, sliding on the right hand edge of the operating surface SF is not detected, control proceeds to step Sb12 where the data analysis section 12 determines if the user has slid their finger at an angle from near the center of the operating surface SF to the upper left corner or the lower right corner.

If this sliding operation is detected, control proceeds to step Sb13 to execute the Easy Size processing.   That is to say, the data

19

conversion section 13 starts the conventional cursor movement processing via the control section 15, to move the cursor  to the size change corner 33 of the window 30.   The data conversion section 13 then computes the distance and direction that the user slides the finger 50, based on the slide component obtained from the data analysis section 12, and moves the position of the size change corner 33 (for example the bottom right corner of the window 30) correspondingly so that the window 30 is widened or narrowed, and starts the cursor movement processing so that the cursor remains at the size change corner 33, simultaneously following the changing size of the window 30. Since this processing is also conventional processing, detailed description is here omitted.

On the other hand, if in step Sb12, the expected slide operation is not detected, control proceeds to step Sb14.   The data conversion section 13 then examines the slide component, and determines if the operation of sliding the finger 50 on the operating surface SF is being carried out.   If so, the cursor is moved on the screen in accordance with the movement of the finger 50. When this processing is completed, control proceeds to Sb15 where the flag is changed to the OFF condition to cancel the Easy X mode and return to the Normal mode.

Referring back to step Sb3 and step Sb4, when in step Sb3 tapping is not detected, and when in step Sb4 tapping is not carried out in the region for the Easy X mode, then the processing set of steps Sb14 and Sb15 is executed.   The former processing is a simple cursor movement operation, while the latter corresponds to the tapping operation equivalent to clicking the left button LB.   Consequently, when this simple cursor movement operation, or tapping equivalent to clicking the left button LB is executed after carrying out any one of the Easy Launcher, Easy Scroll, or Easy Size, then the apparatus returns to the Normal mode.

APLNDC00027816

20

As described above the operation corresponding to clicking the right button click is realized by tapping once with one finger.   Hence it is not necessary to move the finger away from the operating surface SF, thus negating the requirement for two or more fingers to operate the apparatus.

Moreover, operations such as forming an icon for the window, window scroll processing, or starting up specific applications, can be carried out by tapping the operating surface SF twice to display the dialog box, then moving the cursor (namely, finger) a short distance on the operating surface and tapping for the button or the icon. Consequently, there is no requirement as with the conventional arrangement to move the cursor to the corner of the window, and also the complex operation of positioning in the close box is unnecessary.

Furthermore, the operation for the scroll bar provided in the window is executed by a series of operations of; tapping once, moving the finger to the edge of the operating surface SF, and sliding the finger on the edge.   Consequently, it is not necessary to carry out the complex operation of positioning the cursor on the scroll bar.   Moreover, since the finger sliding operation is always carried out on the edge of the operating surface, the finger can be simply moved to the edge of the control surface without the need for intricate positioning, thus relieving the load on the user.

In addition, window size adjustment is realized by tapping once and then sliding at an angle on the operating surface. Consequently, it is not necessary to carry out the complex operation of positioning the cursor in the size change corner of the window.

APLNDC00027817

21

## CLAIMS

1. A coordinates input apparatus, comprising:

detection means having an operating surface for operation by a coordinates pointer, and for detecting an operating condition on said operating surface caused by said coordinates pointer; and

operating means for executing screen operations corresponding to said operating condition,

wherein said operating means detects tapping of said coordinates pointer on said operating surface within a predetermined region, and carries out previously determined processing.

2. A coordinates input apparatus according to claim 1, wherein said operating surface has said predetermined region, and an operating region for operation by said coordinates pointer at the time of normal operation.

3. A coordinates input apparatus according to claim 1, wherein said detection means has a left button and a right button for respective predetermined processing, and said previously determined processing is the same processing as that carried out at the time of clicking said right button with said coordinates pointer.

4. A coordinates input apparatus according to claim 1, wherein said predetermined region is large enough to be touched with a finger.

5. A coordinates input apparatus, comprising:

detection means having an operating surface for operation by a coordinates pointer, and for detecting an operating condition on said operating surface caused by said coordinates pointer; and

operating means for executing screen operations corresponding to said operating condition,

APLNDC00027818

22

wherein said operating means detects tapping of said coordinates pointer on said operating surface within a predetermined region, and changes to a previously determined mode.

6. A coordinates input apparatus according to claim 5, wherein said predetermined region is large enough to be touched with a finger.

7. A coordinates input apparatus according to claim 5, wherein said operating means, after changing to said previously determined mode, detects if said coordinates pointer is again tapped within said predetermined region, and carries out predetermined processing.

8. A coordinates input apparatus according to claim 7, wherein said predetermined processing is processing to display a predetermined dialog box on said screen.

9. A coordinates input apparatus according to claim 8, wherein said predetermined dialog box includes at least one of; a button for forming an icon for the window displayed on the screen, a button for closing said window, or an icon for starting up various applications.

10. A coordinates input apparatus according to claim 7, having notifying means for notifying at the time of carrying out said predetermined processing, that said predetermined processing is being carried out.

11. A coordinates input apparatus according to claim 10, wherein said notifying means carries out notification by generating a sound which has been set corresponding said predetermined processing.

APLNDC00027819

23

12. A coordinates input apparatus according to claim 10, wherein whether or not to carry out said notification is set for each of said predetermined processing.

13. A coordinates input apparatus according to claim 5, wherein said operating means, after changing to said previously determined mode, detects if a specific slide operation is being carried out by said coordinates pointer on said operating surface, and carries out predetermined processing.

14. A coordinates input apparatus according to claim 13, wherein said slide operation involves sliding said coordinates pointer along an edge of said operating surface,
and said predetermined processing is processing to scroll the contents of a window displayed on said screen, corresponding to the position on said edge and the movement of said coordinates pointer.

15. A coordinates input apparatus according to claim 13, wherein said slide operation involves sliding said coordinates pointer from near the center of said operating surface towards an outer edge portion,
and said predetermined processing is processing to adjust the size of a window displayed on said screen corresponding to movement of said coordinates pointer by said slide operation.

16. A coordinates input apparatus substantially as hereinbefore described with reference to, and as illustrated by, the accompanying drawings.





# The Patent Office

_-24 -_

| | | | |
|---|---|---|---|
| **Application No:** | GB 9723838.0 | **Examiner:** | Peter Squire |
| **Claims searched:** | 1-15 | **Date of search:** | 23 March 1998 |

## Patents Act 1977
## Search Report under Section 17

### Databases searched:

UK Patent Office collections, including GB, EP, WO & US patent specifications, in:

UK Cl (Ed.P): F2Y YTA YTB

Int Cl (Ed.6): G06F 3/033        G06K 11/18

Other:    Online:EDOC,WPI

### Documents considered to be relevant:

| Category | Identity of document and relevant passage | | Relevant to claims |
|---|---|---|---|
| X | EP 0725331 A1 | (L G Electronics) see e.g.Figs.4 and 5 and col.7 lines 48-56 | 1-6 |
| X | US 5428367 | (Mikan) see Figs.4, 5, and 7 | 1-6 |
| X | US 4550221 | (Mabusth) see e.g.col.4 lines 6-17 and col.5 lines 40-64 | 1-6 |

| | | | |
|---|---|---|---|
| X | Document indicating lack of novelty or inventive step | A | Document indicating technological background and/or state of the art. |
| Y | Document indicating lack of inventive step if combined with one or more other documents of same category. | P | Document published on or after the declared priority date but before the filing date of this invention. |
| & | Member of the same patent family | E | Patent document published on or after, but with priority date earlier than, the filing date of this application. |

An Executive Agency of the Department of Trade and Industry

APLNDC00027821

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 7436 | (gestur$3 touch$3) near20 ((two plural plurality multiple) near6 (point region zone area)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L2 | 321 | L1 and ((gestur$3 touch$3) near20 zoom$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L3 | 152 | L2 and ((gestur$3 touch$3) near20 rotat$4) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L4 | 34 | ("20010045949" | "20020194589" | "20030095096" | "20030122787" | "20030132959" | "20030160832" | "20030174149" | "20040021676" | "20040021698" | "20040100479" | "20040215643" | "20040222992" | "20040224638" | "20050088443" | "20050193015" | "20060190833" | "20070075965" | "20070174257" | "20070185876" | "20070288856" | "20080034029" | "5534893" | "5903902" | "6486896" | "6741996" | "6839721" | "6903927" | "6958749" | "7009626" | "7088374" | "7117453" | "7173623" | "7337412" | "7346850").PN. | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L5 | 6 | L4 and ((gestur$3 touch$3) same ((two plural plurality multiple) near6 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L6 | 7873 | (gestur$3 touch$3) near20 ((two twice dual double plural plurality multiple multi) near6 (point region zone area)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L7 | 3970 | L6 and ((gestur$3 touch$3) near12 (zoom$3 rotat$3 input$4)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L8 | 20153 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |

APLNDC00027822

EAST Search History

| L9 | 6731 | ((gestur$3 touch$3 tap tapping) near10 ((two twice dual double plural plurality multiple multi) near3 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L10 | 3234 | L9 and ((gestur$3 touch$3 tap tapping) near12 input$4) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L11 | 498 | L10 and ((gestur$3 touch$3 tap tapping) near12 (zoom$3 rotat$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L12 | 216 | L10 and ((gestur$3 touch$3 tap tapping) near12 zoom$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L13 | 114 | L12 and ((gestur$3 touch$3 tap tapping) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L14 | 62 | L8 and L13 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L15 | 2147 | L8 and ((gestur$3 touch$3 tap tapping) near20 (zoom$3 magnif$8 ((chang$3 modif$6 alter increas$3 enlarg$6) near5 (screen view window frame) resiz$4 rescal$4 scale$1 scaling)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L16 | 542 | L15 and ((gestur$3 touch$3 tap tapping) near20 ((two twice dual double plural plurality multiple multi) near3 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L17 | 462 | L16 and ((gestur$3 touch$3 tap tapping) near8 input$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L18 | 143 | L17 and ((gestur$3 touch$3 tap tapping) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L19 | 95 | L3 not L5 not L14 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L20 | 48490 | (display window screen view) near12 scroll$3 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027823

| L21 | 26184 | L20 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
|-----|-------|---|---|---|---|---|
| L22 | 2461 | L21 and (event near5 (object item element)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L23 | 1426 | L22 and (event near12 (input (user adj2 input) entry interact$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L24 | 288 | L23 and (event near12 scroll$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L25 | 19 | L24 and (event near12 gestur$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L26 | 14 | L25 and (scroll$3 near12 position$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L27 | 7 | L26 and ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L28 | 5 | L27 and (rubberband$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L29 | 5 | L28 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L30 | 5 | L29 and (scroll$3 near15 (indicator indicat$4)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L31 | 5 | L30 and (event near12 drag$5) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L32 | 5 | L31 and (rotat$4) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027824

| L33 | 2 | L27 not L32 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L34 | 1 | ("6677965").PN. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L35 | 1 | L34 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band $3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L36 | 0 | L35 and (event near20 (scroll$4 slid$3 gestur$3 drag$4 rotat$4)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L37 | 1 | L35 and (scroll$4 slid$3 gestur$3 drag$4 rotat$4) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L38 | 1 | L37 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L39 | 1 | L38 and (scroll$3 near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027825

EAST Search History

| L40 | 37185 | ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band$3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
|-----|-------|---|---|---|---|---|
| L41 | 246 | L40 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L42 | 231 | L41 and (edge border frame) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L43 | 164 | L42 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object sign symbol point position)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L44 | 147 | L43 and (((device computer terminal apparatus machine) near10 (portable small (multi adj1 touch) multitouch mobile wireless)) or ((cell cellular) adj2 (phone telephone)) cellphone) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L45 | 141 | L44 and ((display window screen view) near12 (scroll$3 slider)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L46 | 82 | L45 and ((scroll$3 slider) near12 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L47 | 44 | L46 and event | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L48 | 23 | L47 and ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scaled scaling)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027826

| L49 | 20153 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L50 | 1078 | L49 and ((scroll$3 slider) near20 (rubberband$3 (rubber adj1 band $3) elastic or elasticity or elastically or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L51 | 108 | L50 and gestur$3 and drag$4 and rotat$4 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L52 | 103 | L51 and ((scroll$3 slid$3) near20 (indicator indicat$4 mark$3 object element item sign symbol knob point)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L53 | 46 | L52 and ((scroll$3 slider) near20 (point position$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L54 | 36 | L53 not L27 not L34 not L48 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L55 | 1656 | ((plurality plural multiple multi) adj5 (point input)) and (scroll$3 slider) and (gestur$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L56 | 455 | L55 and ((display window screen view) near12 rotat$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L57 | 210 | L56 and (((scroll$3 slid$3) near15 (indicator indicat$4 mark$3 object element item sign symbol)) same (window screen display view)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027827

| L58 | 1 | ("20080168384").PN. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L59 | 1 | L58 and (machine adj2 (readable medium media instruction)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L60 | 61 | L57 and ((event gesture input (user adj2 input) entry interact$3) same ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scale scaled scaling))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L61 | 23 | L60 and (gesture near20 ((display window screen view) near12 (rescal$3 resiz$3 ((chang$3 alter$3) near5 (scale size)) scale scaled scaling))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L62 | 1 | ("20070252821").PN. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L63 | 12 | ((gestur$3 touch$3 tap tapping) near12 input$4) and (scroll$3 near12 (rubber or rubberband$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L64 | 46 | L19 and scroll$3 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L65 | 46 | L64 and ((gestur$3 touch$3 tap$4) near20 ((two twice dual double plural plurality multiple multi) near6 (point region zone area))) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L66 | 1 | ("20080005703").PN. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L67 | 1 | L66 and scroll$3 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L68 | 84 | (gestur$3 touch$3 tap tapping finger multifinger multitouch multipoint) same (scroll$3 same (rubber or rubberband$3)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027828

EAST Search History

| L69 | 1199 | ((gestur$3 touch$3 tap tapping or ((two twice dual double plural plurality multiple multi) near6 (point region zone area)) or finger multifinger multitouch multipoint) near20 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band$3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and (scroll$3 near20 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band $3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |
| L70 | 20153 | ((715/764,765,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2010/07/06 16:58 |
| L71 | 352 | L69 and L70 | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

APLNDC00027829

| L72 | 147 | L69 and (gestur$3 or touch$3) and ((multifinger or ((two twice dual double plural plurality multiple multi) near6 (point region zone area touch$3 tap$4 finger)) or multitouch or multipoint) near10 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band $3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and (scroll$3 near10 (elastic or elasticity or elastically or rubber or rubberband$3 or (rubber adj1 band $3) or flexible or flexibility or deform or deformed or deforming or deformation or stress or stressed or stretch or stretchy or expand or expanded or expanding or expandable or expansion or stretchable or stretchability or tensile or tension or tensibility or extensibility or rubbery or springy or springiness or bouncy or rebounding or resilient or resilience or adapt or adapted or adaptable or adjust or adjusted or adjusting or adjustable or justify or justified or justifying or compress or compressed or compressing or compressible or compressive or compressively or contract or contracted or contracting or contractable or contraction)) and ((gestur$3 or touch$3 or multifinger or ((two twice dual double plural plurality multiple multi) near6 (point region zone area touch$3 tap$4 finger)) or multitouch or multipoint) near15 scroll$3) | US-PGPUB; USPAT | OR | ON | 2010/07/06 16:58 |

EAST Search History (Interference)

<This search history is empty>

**7/6/2010 5:01:08 PM**
**C:\ Documents and Settings\ xbautista\ My Documents\ EAST\ Workspaces\ 11620717.wsp**

APLNDC00027830

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | **Application Number** | 11/620,717 |
| | **Filing Date** | January 7, 2007 |
| | **First Named Inventor** | Platzer, Andrew |
| | **Group Art Unit** | 2179 |
| | **Examiner Name** | Bautista, Xiomara |
| Sheet  1 of 1 | **Attorney Docket No:** 4860P4895 | |

## US PATENT DOCUMENTS

| Examiner Initial * | Cite No [1] | USP Document Number | Publication or Issue Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US-20080016096 | 01/17/2008 | Wilding, Mark F., et al. | |
| | | US-7,561,159 | 07/14/2009 | Abel, Glenn , et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No [1] | Foreign Patent Document Country Code/Number/Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T [2] |
|---|---|---|---|---|---|---|
| | | WO-2008085848 | 07/17/2008 | Blumenberg, Christopher | | |
| | | WO-2008085877 | 07/17/2008 | Platzer, Andrew , et al. | | |

## OTHER DOCUMENTS -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No [1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T [2] |
|---|---|---|---|
| | | FINAL OFFICE ACTION,   U.S. Ser. 11/620,709 mailed 11/13/2009, (November 13, 2009), 8 pages | |
| | | FINAL OFFICE ACTION,   U.S. Ser. No. 11/620,723, mailed November 17, 2009., (11/17/2009), 10 pages | |
| | | OFFICE ACTION,   U.S. Ser. No. 11/620,720 mailed November 18, 2009,  (November 18, 2009), 17 pages | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /X.B./

| **EXAMINER** | /Xiomara Bautista/ | **DATE CONSIDERED** | 07/06/2010 |
|---|---|---|---|

Based on PTO/SB/08A(09-06) - Substitute Disclosure Statement Form (PTO-1449) as modified by BSTZ 03/26/07

* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.[1] Applicant's unique citation designation number (optional) [2] Applicant is to place a check mark here if English language Translation is attached

APLNDC00027831

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/620,717 |
| | Filing Date | January 7, 2007 |
| | First Named Inventor | Platzer, Andrew |
| | Group Art Unit | 2179 |
| | Examiner Name | Bautista, Xiomara |
| Sheet  1 of 1 | Attorney Docket No: 4860P4895 | |

## US PATENT DOCUMENTS

| Examiner Initial * | Cite No [1] | USP Document Number | Publication or Issue Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /X.B./ | | US-6,957,392 | 10-18-2005 | Simister et al. | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No [1] | Foreign Patent Document Country Code/Number/Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[2] |
|---|---|---|---|---|---|---|
| /X.B./ | | GB-2 319 591 A | 05/27/1998 | Alps Electric Co., Ltd. | | |
| | | | | | | |
| | | | | | | |

## OTHER DOCUMENTS -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No [1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /X.B./ | | OFFICE ACTION, U.S. Ser. No. 11/620,723, mailed June 8, 2010, 7 pages. | |
| /X.B./ | | OFFICE ACTION, U.S. Ser. No. 11/620,709, mailed June 9, 2010, 7 pages. | |
| | | | |

| EXAMINER | /Xiomara Bautista/ | DATE CONSIDERED | 07/18/2010 |
|---|---|---|---|

Based on PTO/SB/08A(09-06) - Substitute Disclosure Statement Form (PTO-1449) as modified by BSTZ 03/26/07

\* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional) 2 Applicant is to place a check mark here if English language Translation is attached

APLNDC00027832

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L1 | 21232 | ((715/764,765,781,784,786,788,800,864,866,973,974) or (345/156,157,169,173)).CCLS. | US-PGPUB; USPAT | OR | OFF | 2010/07/16 17:33 |
| L2 | 17 | 1 and ((gestur$3 touch$3 finger) near10 scroll$3) and ((gestur$3 touch$3 finger) near10 (zoom$4 scaled scale scaling enlarg$3)) and ((one adj1 (point finger tap$4)) near10 scroll$3) and (((two plural plurality multiple multi) adj2 (point finger tap$4)) near10 (zoom$4 scaled scale scaling enlarg $3)) | US-PGPUB; USPAT | OR | ON | 2010/07/16 17:36 |

## EAST Search History (Interference)

< This search history is empty >

**7/16/2010 5:44:04 PM**
**C:\Documents and Settings\xbautista\My Documents\EAST\Workspaces\11620717.wsp**

APLNDC00027833

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | Examiner | Art Unit |
| | X. L Bautista | 2179 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 764,765,784,786,788,800,864,866,973,974 | 07/06/2010 | XB |
| 345 | 156,157,169,173 | 07/06/2010 | XB |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST Search | 07/06/2010 | XB |
| Databases searched: US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | 07/06/2010 | XB |
| Interference search history | 07/06/2010 | XB |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 765,784,788,800 | 07/06/2010 | XB |
| 345 | 169,173 | 07/06/2010 | XB |

| | |
|---|---|
| | |

APLNDC00027834

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11620717 | PLATZER ET AL. |
| | Examiner | Art Unit |
| | X. L Bautista | 2179 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | NON-CLAIMED | | | |
| 715 | 781 | G | 0 | 6 | F | 3 / 00 (2006.01.01) | | | | |
| **CROSS REFERENCE(S)** | | G | 0 | 6 | F | 3 / 033 (2006.01.01) | | | | |
| | | G | 0 | 6 | F | 3 / 041 (2006.01.01) | | | | |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | G | 0 | 6 | F | 3 / 048 (2006.01.01) | | | | |
| 715 | 784 | 800 | | | | | | | | |
| 345 | 173 | | | | | | | | | |

| ☐ Claims renumbered in the same order as presented by applicant | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| 1 | 1 | | 17 | | 33 | | 49 | | 65 | | 81 | | | | |
| 2 | 2 | | 18 | | 34 | | 50 | | 66 | | 82 | | | | |
| 3 | 3 | | 19 | | 35 | | 51 | | 67 | | 83 | | | | |
| 4 | 4 | | 20 | | 36 | | 52 | | 68 | | 84 | | | | |
| 5 | 5 | | 21 | | 37 | | 53 | | 69 | | 85 | | | | |
| 6 | 6 | | 22 | | 38 | | 54 | | 70 | | 86 | | | | |
| 7 | 7 | | 23 | | 39 | | 55 | | 71 | | 87 | | | | |
| 8 | 8 | | 24 | | 40 | | 56 | | 72 | | 88 | | | | |
| 9 | 9 | | 25 | | 41 | | 57 | | 73 | 15 | 89 | | | | |
| 10 | 10 | | 26 | | 42 | | 58 | | 74 | 16 | 90 | | | | |
| 11 | 11 | | 27 | | 43 | | 59 | | 75 | 17 | 91 | | | | |
| 12 | 12 | | 28 | | 44 | | 60 | | 76 | 18 | 92 | | | | |
| 13 | 13 | | 29 | | 45 | | 61 | | 77 | 19 | 93 | | | | |
| 14 | 14 | | 30 | | 46 | | 62 | | 78 | 20 | 94 | | | | |
| | 15 | | 31 | | 47 | | 63 | | 79 | 21 | 95 | | | | |
| | 16 | | 32 | | 48 | | 64 | | 80 | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| | | 21 | |
| (Assistant Examiner) | (Date) | | |
| /X. L Bautista/ Primary Examiner.Art Unit 2179 | 07/16/2010 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

APLNDC00027835

| Notice of References Cited | Application/Control No. 11/620,717 | Applicant(s)/Patent Under Reexamination PLATZER ET AL. | |
|---|---|---|---|
| | Examiner X. L. Bautista | Art Unit 2179 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| * | N | GB 2319591 A | 05-1998 | United Kingdom | SATO et al. | |
| * | O | WO 2008/085848 A1 | 07-2008 | WIPO | Blumenberg | |
| * | P | WO 2008/085877 A1 | 07-2008 | WIPO | Platzer et al | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**

or **Fax** **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

45217      7590      07/20/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| Connie Thayer | (Depositor's name) |
|---|---|
| *Connie Thayer* | (Signature) |
| August 4, 2010 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

TITLE OF INVENTION: APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 10/20/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BAUTISTA, XIOMARA L | 2179 | 715-781000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☒ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 BLAKELY, SOKOLOFF,
  TAYLOR & ZAFMAN LLP
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Apple Inc.                               Cupertino, California

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies  three (3)

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 02-2666 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.       ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

| Authorized Signature | *James C. Scheller* | Date Aug. 4, 2010 |
|---|---|---|
| Typed or printed name | James C. Scheller, Jr. | Registration No. 31,195 |

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00027837

Docket No: 04860.P4895                                           <u>Patent</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                          )
                                               )      Examiner:  Bautista, Xiomara L.
    Andrew Platzer, et al.         )
                                               )      Art Unit:   2179
Application No.:  11/620,717                    )
                                               )
Filing Date:  January 7, 2007                  )
                                               )
For:   APPLICATION PROGRAMMING                 )      Confirmation No. 9801
       INTERFACES FOR SCROLLING               )
       OPERATIONS                              )
                                               )      Date of NOA: 07/20/2010

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450


### <u>COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE</u>

Dear Sir:

    Applicant is assuming that the Examiner's statement of reasons for allowance is to be taken in light of the structure and interaction recited in the claims.  Applicant notes that the Examiner's comments may have paraphrased the language of the claims and it should be understood that the language of the claims themselves set out the scope of the claims.

                    Respectfully submitted,

                    BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Date: _Aug. 4_ , 2010

                    James C. Scheller, Jr.
                    Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

### <u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

    August 4, 2010 _____.
                    Date of Deposit

    Connie Thayer _____
                Name of Person Filing Correspondence

_Connie Thayer_____          _8-4-10_____
         Signature                                  Date

APLNDC00027838

PTO/SB/47 (09-04)
Approved for use through 05/31/2006. OMB 0651-0016
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## "FEE ADDRESS" INDICATION FORM

Address to:
**Mail Stop M Correspondence**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

**INSTRUCTIONS :** Only an address associated with a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address). A fee address should be specified when the patentee would like correspondence related to maintenance fees to be mailed to a different address than the correspondence address for the application. If there is a Customer Number already associated with the fee address for the patent or allowed application, check the first box below and provide the Customer Number in the space provided. If there is no Customer Number associated with the fee address for the patent or allowed application, you must check the second box below and attach a Request for Customer Number form (PTO/SB/125). For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

Please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[X]   Customer Number:   **00197**

*OR*

[ ]   Request for Customer Number (PTO/SB/125) attached hereto
in the following listed application(s) for which the Issue Fee has been paid for patent(s).

| PATENT NUMBER (if known) | APPLICATION NUMBER |
|---|---|
|  | 11/620,717 |

Completed by (check one):

[ ] Applicant/Inventor

[X] Attorney or Agent of record   _31,195_
(Reg. No.)

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed.
(Form PTO/SB/96)

[ ] Assignee recorded at Reel _____ Frame _____

_____
Signature

James C. Scheller
Typed or printed name

(408) 720-8300
Requester's telephone number

Aug. 4, 2010
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more that one signature is required, see below*.

[ ] * Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.363. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00027839

Docket No: 04860.P4895                                                    <u>Patent</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:       ) | |
|               ) | Examiner:  Bautista, Xiomara L. |
|     Andrew Platzer, et al.    ) | |
|               ) | Art Unit:  2179 |
| Application No.:  11/620,717   ) | |

In re Application of:                   )
                                        )        Examiner:  Bautista, Xiomara L.
        Andrew Platzer, et al.          )
                                        )        Art Unit:  2179
Application No.:  11/620,717            )
                                        )
Filing Date:  January 7, 2007          )
                                        )
For:    APPLICATION PROGRAMMING        )        Confirmation No. 9801
        INTERFACES FOR SCROLLING       )
        OPERATIONS                     )
                                       )        Date of NOA: 07/20/2010
                                       )

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

<u>INFORMATION DISCLOSURE STATEMENT</u>

Sir:

      Enclosed is a copy of Information Disclosure Citation Form PTO-1449 together with copies of the documents cited on that form.  Applicant respectfully requests that the Examiner make these references part of the official record in this application.

      Pursuant to 37 C.F.R. § 1.97, the submission of this Information Disclosure Statement is not to be construed as a representation that a search has been made and is not to be construed as an admission that the information cited in this statement is material to patentability.

      Please charge Deposit Account No. 02-2666 for any fee which may be required.


                       Respectfully submitted,

                       BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: Aug. 4, 2010

                       James C. Scheller, Jr.
                       Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

    August 4, 2010
          Date of Deposit

    Connie Thayer
      Name of Person Filing Correspondence

    Connie Thayer               8-4-10
       Signature                  Date

APLNDC00027840

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11620717 |
| **Filing Date:** | 07-Jan-2007 |
| **Title of Invention:** | APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS |
| **First Named Inventor/Applicant Name:** | Andrew Platzer |
| **Filer:** | James Scheller Jr./Connie Thayer |
| **Attorney Docket Number:** | 04860.P4895 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

APLNDC00027841

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 3 | 3 | 9 |
| **Total in USD ($)** | | | | **1819** |

APLNDC00027842

## REMARKS

The present Rule 312 Amendment should be entered as it merely corrects a typographical error by adding an "s" to "point" in each of the independent claims. No substantive issues are raised by this amendment. Please charge Deposit Account No. 02-2666 for any shortage in fees which may be due in connection with this response.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Date: Aug. 4, 2010

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

-7-

APLNDC00027843

IN THE CLAIMS

A complete listing of the current claims is provided below.

1. (Currently Amended)  A machine implemented method for scrolling on a touch-sensitive display of a device comprising:

receiving a user input, the user input is one or more input ~~point~~ points applied to the touch-sensitive display that is integrated with the device;

creating an event object in response to the user input;

determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and

responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

2. (Original)  The method as in claim 1, further comprising:

rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

3. (Original)  The method as in claim 1, further comprising:

attaching scroll indicators to a content edge of the window.

-2-

4. (Original)  The method as in claim 1, further comprising:

    attaching scroll indicators to the window edge.

5. (Original)  The method as in claim 1, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

6. (Original)  The method as in claim 1, further comprising:

    responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

7. (Original)  The method as in claim 1, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

8. (Currently amended)  A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising:

    receiving a user input, the user input is one or more input ~~point~~ points applied to a touch-sensitive display that is integrated with the data processing system;

    creating an event object in response to the user input;

    determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

    issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

    responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and

-3-

APLNDC00027845

responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

9. (Original)  The medium as in claim 8, further comprising:

rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll.

10. (Original)  The medium as in claim 8, further comprising:

attaching scroll indicators to a content edge of the view.

11. (Original)  The medium as in claim 8, further comprising:

attaching scroll indicators to a window edge of the view.

12. (Original)  The medium as in claim 8, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

13. (Original)  The medium as in claim 8, further comprising:

responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

14. (Original)  The medium as in claim 8, wherein the data processing system is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

15. - 88.  (Canceled)

-4-

APLNDC00027846

89. (Currently amended)  An apparatus, comprising:

      means for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input ~~point~~ points applied to the touch-sensitive display that is integrated with the apparatus;

      means for creating an event object in response to the user input;

      means for determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;

      means for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;

      means for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and

      means for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.

90. (Previously presented)  The apparatus as in claim 89, further comprising:

means for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.

91. (Previously presented)  The apparatus as in claim 89, further comprising:

      means for attaching scroll indicators to a content edge of the window.

92. (Previously presented)  The apparatus as in claim 89, further comprising:

      means for attaching scroll indicators to the window edge.

APLNDC00027847

93.  (Previously presented)  The apparatus as in claim 89, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period.

94.  (Previously presented) The apparatus as in claim 89, further comprising:

means for responding to at least one gesture call, if issued, by rotating a view associated with the event object based on receiving a plurality of input points in the form of the user input.

95.  (Previously presented) The apparatus as in claim 89, wherein the apparatus is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone.

APLNDC00027848

Docket No: 04860.P4895                                              <u>Patent</u>

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | Examiner:  Bautista, Xiomara L. |
|     Andrew Platzer, et al. | ) | |
| | ) | Art Unit:   2179 |
| Application No.:  11/620,717 | ) | |
| | ) | |
| Filing Date:  January 7, 2007 | ) | |
| | ) | |
| For:   APPLICATION PROGRAMMING | ) | |
|       INTERFACES FOR SCROLLING | ) | Confirmation No. 9801 |
|       OPERATIONS | ) | |
| | ) | Date of NOA: 07/20/2010 |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

<u>AMENDMENT UNDER 37 C.F.R. § 1.312 AFTER ALLOWANCE</u>

Sir:

      Although the above-identified application has been allowed, Applicant

respectfully requests that the application be amended pursuant to 37 C.F.R. §1.312 as

indicated below.

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via
electronic filing through the United States Patent and Trademark Electronic Filing System on:

<u>     August 4, 2010                  </u>.
                  Date of Deposit

<u>   Connie Thayer                                 </u>
             Name of Person Filing Correspondence

<u>     *Connie Thayer*                  </u>    <u>   8 - 4 - 10             </u>
              Signature                            Date

-1-

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8157741 |
| **Application Number:** | 11620717 |
| **International Application Number:** | |
| **Confirmation Number:** | 9801 |
| **Title of Invention:** | APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS |
| **First Named Inventor/Applicant Name:** | Andrew  Platzer |
| **Customer Number:** | 45217 |
| **Filer:** | James Scheller Jr./Connie Thayer |
| **Filer Authorized By:** | James Scheller Jr. |
| **Attorney Docket Number:** | 04860.P4895 |
| **Receipt Date:** | 04-AUG-2010 |
| **Filing Date:** | 07-JAN-2007 |
| **Time Stamp:** | 21:02:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1819 |
| RAM confirmation Number | 5743 |
| Deposit Account | 022666 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

APLNDC00027850

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 4860P4895_issue_fee_transmittal.pdf | 94980 <br> cc44694993f746e8f4ecb73ba565eaa2c58b1185 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Miscellaneous Incoming Letter | 4860P4895_fee_address.pdf | 68565 <br> 739fd137414b6777f99548a5d6f48f95712e8d4f | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Miscellaneous Incoming Letter | 4860P4895_comments_on_allowance.pdf | 35463 <br> 5b0a4ec3fbe777065a024097f36cd30a4fccab8a | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Transmittal Letter | 4860P4895_IDS_letter.pdf | 39705 <br> fe6dfafcc74eac47c930b048dcbfb3c72e83e4b6d | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Information Disclosure Statement (IDS) Filed (SB/08) | 4860P4895_IDS_SB08.pdf | 65034 <br> c5c2488f7a92772cfc52ce23290d4c453d838a9 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 6 | | 4860P4895_Rule312_amendment.pdf | 202159 <br> 23a7e7d6968d73c8361189d1d7f4752f7b9545f7f | yes | 7 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 7 |

APLNDC00027851

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 7 | Fee Worksheet (PTO-875) | fee-info.pdf | 33662<br>165d12ebf3e685c9d3513629c078913342150413 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |

| Total Files Size (in bytes): | 539568 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027852

| Substitute for Form 1449/PTO | | *Complete if Known* | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 11/620,717 |
| | | Filing Date | 01/07/2007 |
| | | First Named Inventor: | Andrew Platzer, et al. |
| | | Art Unit | 2179 |
| | | Examiner Name | Bautista, Xiomara L. |
| **Sheet** 1 of 1 | | Attorney Docket No. | 04860.P4895 |

### U.S. PATENT DOCUMENTS

| Exmnr Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (if known) | | | |
| | | 6,028,602 | | 02/22/2000 | Weidenfeller et al. | |
| | | 2007/0055967 | A1 | 03/08/2007 | Poff et al. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Exmnr Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] (if known) | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SENT FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.**
**If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.**

Based on Form PTO/SB/08A (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 09/10/03.

APLNDC00027853



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217          7590          08/09/2010
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/09/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

APLNDC00027854



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| Application No. | : | 11620717 |
| Applicant | : | Platzer |
| Filing Date | : | 01/07/2007 |
| Date Mailed | : | 08/09/2010 |

# NOTICE TO FILE CORRECTED APPLICATION PAPERS

## *Notice of Allowance Mailed*

This application has been accorded an Allowance Date and is being prepared for issuance. The application, however, is incomplete for the reasons below.

**Applicant is given  2 month(s) from the mail date of this Notice within which to respond.**

The informalities requiring correction are indicated in the attachment(s). If the informality pertains to the abstract, specification (including claims) or drawings, the informality must be corrected with an amendment in compliance with 37 CFR 1.121 (or, if the application is a reissue application, 37 CFR 1.173). Such an amendment may be filed after payment of the issue fee if limited to correction of informalities noted herein. See Waiver of 37 CFR 1.312 for Documents Required by the Office of Patent Publication, 1280 Off. Gaz. Patent Office 918 (March 23, 2004). In addition, if the informality is not corrected until after payment of the issue fee, for purposes of 35 U.S.C. 154(b)(1)(iv), "all outstanding requirements" will be considered to have been satisfied when the informality has been corrected. A failure to respond within the above-identified time period will result in the application being ABANDONED. **This period for reply is NOT extendable under 37 CFR 1.136(a).**

See attachment(s).

*A copy of this notice **MUST** be returned with the reply. Please address response to*
*"Mail Stop Issue Fee,Commissioner for Patents,*
*P.O. Box 1450, Alexandria, VA 22313-1450".*

/Anthony McPhail/
Publishing Division
Office of Data Management
(571) 272-4200

APLNDC00027855

**Application No. <u>11620717</u>**

**IDENTIFICATION OF SPECIFICATION/DRAWING INCONSISTENCIES**

[  ] On Page  of the specification there is a brief description of FIG. , but the drawings filed  do not include a drawing with that designation.  Applicant must respond either by supplying the omitted drawing or by amending the specification to remove all references to that drawing.

[X] The drawings filed <u>01/07/2007</u> include FIG. <u>16C</u>, but the specification's brief description of the drawings does not describe a drawing with that designation.  Applicant must respond either by amending the specification to add a brief description of that drawing or by correcting the drawings to remove the drawing in question.

[  ] Drawings are present in the application and are referred to in the detailed description of the invention, but the specification does not contain a brief description of the drawings as required by 37 CFR 1.74 and 37 CFR 1.77(b)(8).

[  ] Page  of the specification refers to FIG. , but no drawing with that designation is described in the brief description of the drawings and no drawing with that designation is present in the application.  Applicant must respond either by amending the specification to remove all references to that drawing, or by supplying that drawing and amending the specification to add a brief description of it.

[  ] OTHER:

[  ] COMMENTS:

APLNDC00027856

Docket No: 04860.P4895                                                                 <u>Patent</u>

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | Examiner: Bautista, Xiomara L. |
|     Andrew Platzer, et al. | ) | |
| | ) | Art Unit:   2179 |
| Application No.:  11/620,717 | ) | |
| | ) | |
| Filing Date:  January 7, 2007 | ) | |
| | ) | |
| For:    APPLICATION PROGRAMMING | ) | |
|        INTERFACES FOR SCROLLING | ) | Confirmation No. 9801 |
|        OPERATIONS | ) | |
| | ) | Date of NOA: 07/20/2010 |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

<u>AMENDMENT UNDER 37 C.F.R. § 1.312 AFTER ALLOWANCE</u>

Sir:

      Although the above-identified application has been allowed, Applicant

respectfully requests that the application be amended pursuant to 37 C.F.R. §1.312 as

indicated below.

OK TO ENTER: /X.B./

<u>**CERTIFICATE OF ELECTRONIC FILING**</u>

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via
electronic filing through the United States Patent and Trademark Electronic Filing System on:

      August 4, 2010                                                      .
               Date of Deposit

      Connie Thayer
          Name of Person Filing Correspondence

      _Connie Thayer_              8 - 4 - 10
           Signature                   Date

-1-

APLNDC00027857



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217          7590          08/23/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/23/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00027858

| Response to Rule 312 Communication | Application No. | Applicant(s) |
|---|---|---|
| | 11/620,717 | PLATZER ET AL. |
| | **Examiner** | **Art Unit** |
| | X. L. Bautista | 2179 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

1. ☒ The amendment filed on <u>04 August 2010</u> under 37 CFR 1.312 has been considered, and has been:

a) ☐ entered.

b) ☒ entered as directed to matters of form not affecting the scope of the invention.

c) ☐ disapproved because the amendment was filed after the payment of the issue fee.
Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐ disapproved.  See explanation below.

e) ☐ entered  in part. See explanation below.

/X. L. Bautista/
Primary Examiner, Art Unit 2179

U.S. Patent and Trademark Office
PTOL-271 (Rev. 04-01)                     **Reponse to Rule 312 Communication**                     Part of Paper No. 20100809

APLNDC00027859

| Substitute for Form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 11/620,717 |
| | | | Filing Date | 01/07/2007 |
| | | | First Named Inventor: | Andrew Platzer, et al. |
| | | | Art Unit | 2179 |
| | | | Examiner Name | Bautista, Xiomara L. |
| **Sheet** | 1 | **of** | 1 | Attorney Docket No. | 04860.P4895 |

**U.S. PATENT DOCUMENTS**

| Exmnr Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code[2] (If known) | | | |
| /X.B./ | | 6,028,602 | | 02/22/2000 | Weidenfeller et al. | |
| /X.B./ | | 2007/0055967 | A1 | 03/08/2007 | Poff et al. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Exmnr Initials* | Cite No.[1] | Foreign Patent Document | | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | Country Code[3] | Number[4] | Kind Code[5] (if known) | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | /Xiomara Bautista/ | Date Considered | 08/09/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SENT FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.**
**If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.**

Based on Form PTO/SB/08A (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 09/10/03.

APLNDC00027860

[0028] FIG. 13 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

[0029] FIG. 14 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

[0030] FIG. 15 illustrates a display of a device having a scaling transform of a view;

[0031]   FIG. 16A and 16B illustrate a display of a device with a view having a first and a second scaling factor;

[0031.1] FIG. 16C illustrates changing a view from a scale factor of 2x to a scale factor of 1x in at least some embodiments of the present disclosure;

[0032] FIG. 17 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

[0033] FIG. 18 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

[0034] FIG. 19 is flow chart of a method for animating views displayed on a display of a device;

[0035] FIG. 20 is flow chart of a method for animating views displayed on a display of a device;

[0036] FIG. 21 illustrates details of an application programming interface in flow chart form according to certain teachings of the present disclosure;

[0037] FIG. 22A and 22B illustrate synchronizing the resizing of windows of a display of a device;

[0038] FIG. 23 illustrates a method for switching ownership of a view of an application displayed on a display of a data processing device;

[0039] FIG. 24 illustrates a method for memory management of a view of an application displayed on a display of a device;

[0040] FIG. 25A and 25B illustrate a data structure having a hierarchy of layers with a layer being associated with a view;

[0041] FIG. 26 illustrates a method for compositing media and non-media content of user interface for display on a device;

[0042] FIG. 27 illustrates a data structure or layer tree having a hierarchy of layers;

[0043] FIG. 28 is a perspective view of a device in accordance with one embodiment of the present disclosure;

APLNDC00027861

# Electronic Acknowledgement Receipt

| EFS ID: | 8409861 |
|---|---|
| Application Number: | 11620717 |
| International Application Number: | |
| Confirmation Number: | 9801 |
| Title of Invention: | APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS |
| First Named Inventor/Applicant Name: | Andrew Platzer |
| Customer Number: | 45217 |
| Filer: | James Scheller Jr./Connie Thayer |
| Filer Authorized By: | James Scheller Jr. |
| Attorney Docket Number: | 04860.P4895 |
| Receipt Date: | 13-SEP-2010 |
| Filing Date: | 07-JAN-2007 |
| Time Stamp: | 20:15:18 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment after Notice of Allowance (Rule 312) | 04860P4895_response_to_corrected_appln_papers.pdf | 46478<br>42e7f32e8d5577a62dfc27f87d268ba6d7e003e5 | no | 3 |

| Warnings: | |
|---|---|
| Information: | |

APLNDC00027862

| 2 | Specification | 04860P4895_replacement_page_7_of_specification.pdf | 48216<br>c804c4d4d8f957a80d50fd1728476220dd037764 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 94694 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00027863

<u>IN THE SPECIFICATION</u>

     Please insert the following new paragraph as indicated below:

--**[0031.1]**  FIG. 16C illustrates changing a view from a scale factor of 2x to a scale factor of 1x in at least some embodiments of the present disclosure;--

APLNDC00027864

## REMARKS

The description of Figure 16C has been incorporated into the specification at paragraph

**[0031.1]** and a replacement page for page 7 of the specification is included herewith.

If any additional fee is required, please charge Deposit Account No. 02-2666.


Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP


Dated: _Sept. 13_, 2010

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

APLNDC00027865

Atty. Docket No. 04860.P4895                                              <u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of: | ) | Examiner: Bautista, Xiomara L. |
| | ) | |
|     Andrew Platzer, et al. | ) | |
| | ) | Art Unit: 2179 |
| Application No.: 11/620,717 | ) | |
| | ) | |
| Filing Date: January 7, 2007 | ) | Confirmation No. 9801 |
| | ) | |
| For:   APPLICATION PROGRAMMING | ) | Date of NOA: 07/20/2010 |
|      INTERFACES FOR SCROLLING | ) | |
|      OPERATIONS | ) | |
| | ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

### <u>RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS</u><br><u>(NOTICE OF ALLOWANCE MAILED)</u>

Sir:

In response to the Notice to File Corrected Application Papers (*Notice of Allowance Mailed*) mailed August 9, 2010, attached please find a description for Figure 16C as required by the Notice.

### <u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

    September 13, 2010          .

Date of Deposit

    Connie Thayer

Name of Person Filing Correspondence

    _Connie Thayer_                     9–13–10

Signature                                Date

APLNDC00027866



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 01/07/2007 | Andrew Platzer | 04860.P4895 | 9801 |

45217          7590          09/14/2010
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| BAUTISTA, XIOMARA L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2179 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/14/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

APLNDC00027867

|  | Application No. | Applicant(s) |
|---|---|---|
| **Response to Rule 312 Communication** | 11/620,717 | PLATZER ET AL. |
|  | Examiner | Art Unit |
|  |  |  |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ The amendment filed on *13 September 2010* under 37 CFR 1.312 has been considered, and has been:

   a) ☒ entered.

   b) ☐ entered as directed to matters of form not affecting the scope of the invention.

   c) ☐ disapproved because the amendment was filed after the payment of the issue fee.
   Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

   d) ☐ disapproved.  See explanation below.

   e) ☐ entered  in part. See explanation below.

**Publishing Division**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/620,717 | 11/30/2010 | 7844915 | 04860.P4895 | 9801 |

45217        7590        11/10/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 583 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Andrew Platzer, Santa Clara, CA;
Scott Herz, Santa Clara, CA;

IR103 (Rev. 10/09)

APLNDC00027869