# EXHIBIT 6.01



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 09, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *12/012,384*
FILING DATE: *February 01, 2008*
PATENT NUMBER: *7,853,891*
ISSUE DATE: *December 14, 2010*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER

Certifying Officer

APLNDC00028677

Atty. Docket No.004860.P2874C3                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: )<br><br>Imran Chaudhri, et al. )<br><br>Application No. Not Yet Assigned )<br><br>Filed: February 1, 2008 )<br><br>For: METHOD AND APPARATUS FOR )<br>DISPLAYING A WINDOW FOR A )<br>USER INTERFACE ) | Examiner: Not Yet Assigned<br><br>Art Unit: Not Yet Assigned |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

---

**REQUEST UNDER 37 C.F.R. § 1.32(c)(3) FOR RECOGNITION OF A
MAXIMUM OF TEN PRACTITIONERS FROM THOSE NAMED IN
DECLARATION AND POWER OF ATTORNEY**

Sir:

Accompanying this Request is a Declaration and Power of Attorney that names

more than ten patent practitioners. In accordance with 37 C.F.R. § 1.32(c)(3),

applicant(s) hereby request that the following patent practitioners (maximum of ten) from

those named in that Declaration and Power of Attorney be recognized by the U.S. Patent

and Trademark Office as being of record for the patent application to which the

Declaration and Power of Attorney is directed:

| Attorney | Reg. No. | Attorney | Reg. No. |
|---|---|---|---|
| James C. Scheller | 31,195 | Farzad E. Amini | 42,261 |
| Sheryl Sue Holloway | 37,850 | Daniel M.DeVos | 37,813 |
| Lester J. Vincent | 31,460 | Helene Plotka Workman | 35,981 |
| Michael J. Mallie | 36,591 | Edward W. Scott, IV | 36,000 |
| Edwin H. Taylor | 25,129 | James R. Thein | 31,710 |

APLNDC00028678

If there are any additional charges, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN

Dated: Feb. 1 , 2008

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085-4040
(408) 720-8300

<u>**EXPRESS MAIL CERTIFICATE OF MAILING**</u>

"Express Mail" mailing label number:   EM 141769895 US          Date of Deposit:   February 1, 2008

I hereby certify that I am causing this paper or fee to be deposited with the United States Postal Service "Express Mail Post Office to Addressee" service on the date indicated above and that this paper or fee has been addressed to the Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450

| Betty Scaletta | | 02/01/08 |
|---|---|---|
| (Typed or printed name of person mailing paper or fee) | (Signature of person mailing paper or fee) | (Date signed) |

- 2 -                                                                 (ReV. 07/02/04)

Attorney's Docket No.: _04860.P2874_____                                      <u>Patent</u>

<u>DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below, next to my name.

I believe I am the original, first, and sole inventor (if only one name is listed below) or an original, first, and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

the specification of which

    ___    is attached hereto.
    _x_    was filed on _July 10, 2002_____ as
            United States Application Number _10/193,573_____
            or PCT International Application Number _____
            and was amended on _____ .
                                     (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment referred to above. I do not know and do not believe that the claimed invention was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to this application, that the same was not in public use or on sale in the United States of America more than one year prior to this application, and that the invention has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months (for a utility patent application) or six months (for a design patent application) prior to this application.

I acknowledge the duty to disclose all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d), of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Rev. 3/1/00                                              -1-

Prior Foreign Application(s)                                          Priority
                                                                     Claimed

_____      _____      _____      ____  ____
(Number)           (Country)           (Day/Month/Year Filed)    Yes   No

_____      _____      _____      ____  ____
(Number)           (Country)           (Day/Month/Year Filed)    Yes   No

_____      _____      _____      ____  ____
(Number)           (Country)           (Day/Month/Year Filed)    Yes   No

I hereby claim the benefit under title 35, United States Code, Section 119(e) of any United States
provisional application(s) listed below:

_____      _____
(Application Number)        Filing Date

_____      _____
(Application Number)        Filing Date

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States
application(s) listed below and, insofar as the subject matter of each of the claims of this application
is not disclosed in the prior United States application in the manner provided by the first paragraph
of Title 35, United States Code, Section 112, I acknowledge the duty to disclose all information
known to me to be material to patentability as defined in Title 37, Code of Federal Regulations,
Section 1.56 which became available between the filing date of the prior application and the national
or PCT international filing date of this application:

_____      _____      _____
(Application Number)        Filing Date          (Status -- patented,
                                                           pending, abandoned)

_____      _____      _____
(Application Number)        Filing Date          (Status -- patented,
                                                           pending, abandoned)

I hereby appoint the persons listed on Appendix A hereto (which is incorporated by reference and a
part of this document) as my respective patent attorneys and patent agents, with full power of
substitution and revocation, to prosecute this application and to transact all business in the Patent
and Trademark Office connected herewith.

Send correspondence to  __**Lehua Wang**_____, BLAKELY, SOKOLOFF, TAYLOR &
                          (Name of Attorney or Agent)

ZAFMAN LLP, 12400 Wilshire Boulevard 7th Floor, Los Angeles, California 90025 and direct
telephone calls to _____**Lehua Wang**_____, (408) 720-8598.
                     (Name of Attorney or Agent)

APLNDC00028681

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Sole/First Inventor  Imran Chaudhri

Inventor's Signature _____  Date 17/10/2002

Residence _____  SAN FRANCISCO, CA  Citizenship  USA / UK
(City, State)                                              (Country)

Post Office Address  2713 SACRAMENTO STREET #3
SAN FRANCISCO, CA  94115


Full Name of Second/Joint Inventor  Bas Ording

Inventor's Signature _____  Date 17/10/2002

Residence SAN FRANCISCO, CALIFORNIA  Citizenship NETHERLANDS
(City, State)                                           (Country)

Post Office Address 1119 DOLORES ST. #4
SAN FRANCISCO CA 94110

APLNDC00028682

## APPENDIX A

William E. Alford, Reg. No. 37,764; Farzad E. Amini, Reg. No. 42,261; William Thomas Babbitt, Reg. No. 39,591; Carol F. Barry, Reg. No. 41,600; Jordan Michael Becker, Reg. No. 39,602; Lisa N. Benado, Reg. No. 39,995; Bradley J. Bereznak, Reg. No. 33,474; Michael A. Bernadicou, Reg. No. 35,934; Roger W. Blakely, Jr., Reg. No. 25,831; R. Alan Burnett, Reg. No. 46,149; Gregory D. Caldwell, Reg. No. 39,926; Thomas M. Coester, Reg. No. 39,637; Donna Jo Coningsby, Reg. No. 41,684; Florin Corie, Reg. No. 46,244; Mimi Diemmy Dao, Reg. No. 45,628; Dennis M. deGuzman, Reg. No. 41,702; Stephen M. De Klerk, Reg. No. 46,503; Michael Anthony DeSanctis, Reg. No. 39,957; Daniel M. De Vos, Reg. No. 37,813; Justin M. Dillon, Reg. No. 42,486; Sanjeet Dutta, Reg. No. 46,145; Matthew C. Fagan, Reg. No. 37,542; Tarek N. Fahmi, Reg. No. 41,402; Thomas S. Ferrill, Reg. No. 42,532; George Fountain, Reg. No. 37,374; James Y. Go, Reg. No. 40,621; James A. Henry, Reg. No. 41,064; Libby N. Ho, Reg. No. 46,774; Willmore F. Holbrow III, Reg. No. 41,845; Sheryl Sue Holloway, Reg. No. 37,850; George W Hoover II, Reg. No. 32,992; Eric S. Hyman, Reg. No. 30,139; William W. Kidd, Reg. No. 31,772; Sang Hui Kim, Reg. No. 40,450; Walter T. Kim, Reg. No. 42,731; Eric T. King, Reg. No. 44,188; George Brian Leavell, Reg. No. 45,436; Kurt P. Leyendecker, Reg. No. 42,799; Gordon R. Lindeen III, Reg. No. 33,192; Jan Carol Little, Reg. No. 41,181; Julio Loza, Reg. No. P47,758; Joseph Lutz, Reg. No. 43,765; Michael J. Mallie, Reg. No. 36,591; Andre L. Marais, Reg. No. P048,095; Paul A. Mendonsa, Reg. No. 42,879; Clive D. Menezes, Reg. No. 45,493; Chun M. Ng, Reg. No. 36,878; Thien T. Nguyen, Reg. No. 43,835; Thinh V. Nguyen, Reg. No. 42,034; Robert B. O'Rourke, Reg. No. 46,972; Daniel E. Ovanezian, Reg. No. 41,236; Kenneth B. Paley, Reg. No. 38,989; Gregg A. Peacock, Reg. No. 45,001; Marina Portnova, Reg. No. 45,750; William F. Ryann, Reg. 44,313; James H. Salter, Reg. No. 35,668; William W. Schaal, Reg. No. 39,018; James C. Scheller, Reg. No. 31,195; Jeffrey S. Schubert, Reg. No. 43,098; George Simion, Reg. No. P47,089; Maria McCormack Sobrino, Reg. No. 31,639; Stanley W. Sokoloff, Reg. No. 25,128; Judith A. Szepesi, Reg. No. 39,393; Edwin H. Taylor, Reg. No. 25,129;  John F. Travis, Reg. No. 43,203; Mark C. Van Ness, Reg. No. 39,865; Tom Van Zandt, Reg. No. 43,219; Brent E. Vecchia, Reg. No. P48,011; Lester J. Vincent, Reg. No. 31,460; Archana B. Vittal, Reg. No. 45,182; Glenn E. Von Tersch, Reg. No. 41,364; John Patrick Ward, Reg. No. 40,216; Mark L. Watson, Reg. No. 46,322; Thomas C. Webster, Reg. No. 46,154; and Norman Zafman, Reg. No. 26,250; my patent attorneys, and Firasat Ali, Reg. No. 45,715; and Raul Martinez, Reg. No. 46,904,Lehua Wang, Reg. No. 48,023, my patent agents, of BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP, with offices located at 12400 Wilshire Boulevard, 7th Floor, Los Angeles, California  90025, telephone (310) 207-3800, and James R. Thein, Reg. No. 31,710, my patent attorney, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.  I also hereby appoint Mark Aaker, Reg. No. 32,667, Richard Liu, Reg. No. 34,377; Helene Plotka Workman, Reg. No. 35,981; and Edward W. Scott, IV, Reg. No. 36,000; my attorneys; of APPLE COMPUTER, INC., located at 1 Infinite Loop, MS: 3-PAT, Cupertino, California 95014, telephone (408)974-9453, will full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith.

APLNDC00028683

## APPENDIX B

Title 37, Code of Federal Regulations, Section 1.56
Duty to Disclose Information Material to Patentability

(a)  A patent by its very nature is affected with a public interest.  The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability.  Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section.  The duty to disclosure information exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned.  Information material to the patentability of a claim that is cancelled or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application.  There is no duty to submit information which is not material to the patentability of any existing claim.  The duty to disclosure all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§1.97(b)-(d) and 1.98.  However, no patent will be granted on an application in connection with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct.  The Office encourages applicants to carefully examine:

(1)  Prior art cited in search reports of a foreign patent office in a counterpart application, and

(2)  The closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b)  Under this section, information is material to patentability when it is not cumulative to information already of record or being made or record in the application, and

(1)  It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2)  It refutes, or is inconsistent with, a position the applicant takes in:

(i)  Opposing an argument of unpatentability relied on by the Office, or

(ii)  Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c)  Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:

(1)  Each inventor named in the application;

(2)  Each attorney or agent who prepares or prosecutes the application; and

(3)  Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d)  Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor.

APLNDC00028684

U.S. PTO
12/012384
02/01/2008

01789
020108

# UTILITY PATENT APPLICATION TRANSMITTAL
(Only for new nonprovisional applications under 37 CFR 1.53(b))

**Attorney Docket No.** ____004860.P2874C3____
(maximum 12 characters)

**First Named Inventor**   __Imran Chaudhri, et al.__

**Title:**   __METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE__

**Express Mail Label No.**  EM 141769895 US

| ADDRESS TO: | **Commissioner for Patents**<br>**P.O. Box 1450**<br>**Alexandria, Virginia  22313-1450** |
|---|---|

## APPLICATION ELEMENTS
**See MPEP chapter 600 concerning utility patent application contents.**

1.   __X__   **Fee Transmittal Form (e.g., PTO/SB/17)**
    (Submit an original and a duplicate for fee processing)

2.   _____   **Applicant Claims Small Entity Status.  (37 CFR 1.27)**

3.   __X__   **Specification    (Total Pages __36__ )**
    (preferred arrangement set forth below)
    - Descriptive Title of the Invention
    - Cross Reference to Related Applications
    - Statement Regarding Fed sponsored R & D
    - Reference sequence listing, a table,
      or a computer program listing appendix
    - Background of the Invention
    - Brief Summary of the Invention
    - Brief Description of the Drawings (if filed)
    - Detailed Description
    - Claim(s)
    - Abstract of the Disclosure

4.   __X__   **Drawings(s) (35 USC 113)    (Total Sheets __21__ )**

5.   __X__   **Oath or Declaration    (Total Pages __5__ )**

    a.   ____   Newly Executed (Original or Copy)

    b.   __X__   Copy from a Prior Application (37 CFR 1.63(d))
        (for Continuation/Divisional with Box 18 completed)

        i.   ___   DELETIONS OF INVENTOR(S)  Signed statement attached deleting
            inventor(s) named in the prior application, see 37 CFR 1.63(d)(2)
            and 1.33(b).

    c.   ____   Unsigned.

6.   _____   **Application Data Sheet.  (37 CFR 1.76)**

7.   _____   CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8.   _____   Nucleotide and/or Amino Acid Sequence Submission
        (if applicable, all necessary)
    a.   ____   Computer Readable Form (CRF)
    b.   ____   Specification Sequence Listing on:
        i. _____CD-ROM or CD-R (2 copies); or
        ii. _____ paper
    c.   ____   Statements verifying identity of above copies

- 1 -

APLNDC00028685

## ACCOMPANYING APPLICATION PARTS

9. _____ Assignment Papers (cover sheet & documents(s))

10. _____ a. Separate 37 CFR 3.73(b) Statement (where there is an assignee)

_____ b. Power of Attorney

11. _____ English Translation Document (if applicable)

12. __X__ a. Information Disclosure Statement (IDS)/PTO-1449 (or PTO/SB/08)

_____ b. Copies of IDS Citations

13. _____ Preliminary Amendment

**14. __X__ Return Receipt Postcard (MPEP 503) (Should be specifically itemized)**

15. _____ Certified Copy of Priority Document(s) (if foreign priority is claimed)

16. _____ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.

17A. _____ Claim for Foreign Priority

17B. · X Other: ___Request for Maximum Ten Practitioners_____

17C. · X **Pursuant to 37 C.F.R. 1.136(a)(3), applicant(s) hereby request and authorize the U.S. Patent and Trademark Office to (1) treat any concurrent or future reply that requires a petition for extension of time as incorporating a petition for extension of time for the appropriate length of time and (2) charge all required fees, including extension of time fees and fees under 37 C.F.R. 1.16 and 1.17, to Deposit Account No. 02-2666.**

18. **If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title (e.g., by way of preliminary amendment), or in an Application Data Sheet Under 37 C.F.R. 1.76:**

__X__ Continuation _____ Divisional _____ Continuation-in-part (CIP)
Of Prior Application No.: _11/635,847_ Examiner _Cabeca, John W._ Group Art Unit _2173_
(which is a _X_ continuation/ ___ divisional/ ___ CIP of prior application no. 10/193,573 ,
which is a ____ continuation/ ___ divisional/ ___ CIP of prior application no._) (List entire chain of priority)

Applicant(s): Also include a Preliminary Amendment to amend the specification to claim priority.
For CONTINUATION AND DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

19. Correspondence Address
__X__ Customer Number or Bar Code Label _08791_
or (Insert Customer No. or Attach Bar Code Label here)
_____ Correspondence Address Below
NAME ___James C. Scheller, Jr._____
___BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP_____
ADDRESS ___1279 Oakmead Parkway_____

CITY _Sunnyvale_____ STATE _California_____ ZIP CODE _94085-4040___
Country ___U.S.A._____ TELEPHONE _(408) 720-8300_____ FAX _(408) 720-8383__

Name (PRINT/TYPE): James C. Scheller, Jr. Registration No.: _31,195_
Signature: _____ Date: _Feb. 1, 2008_

- 2 -

Based on Form PTO/SB/35 (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 07/31/04.

APLNDC00028686

# FEE TRANSMITTAL FOR FY 2008

**(Effective on 9/30/2007.  Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).**

**TOTAL AMOUNT OF PAYMENT ($)** _4,320.00_

**Complete if Known:**

| | |
|---|---|
| Application No. | Not Yet Assigned |
| Filing Date | 02-01-2008 |
| First Named Inventor | Imran Chaudhri, et al. |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Attorney Docket No. | 004860.P2874C3 |

_____         Applicant claims small entity status.  See 37 CFR 1.27.

## METHOD OF PAYMENT (check all that apply)

__X__ Check _____ Credit Card _____ Money Order _____ None _____ Other (please identify)

_____ Deposit Account
        Deposit Account Number :  _02-2666_
        Deposit Account Name:   _____
__X__  The Director is Authorized to do the following with respect to the above-identified Deposit Account:
        ___   Charge fee(s) indicated below.
        _X_   Charge any additional fee(s) or underpayment of fee(s) during the pendency of this application.
              Charge fee(s) indicated below except for the filing fee
        _X_   Credit any overpayments.
        _X_   Any concurrent or future reply that requires a petition for extension of time should be treated as
              incorporating an appropriate petition for extension of time and all required fees should be charged.

Warning: Information on this form may become public.  Credit card information should not be included on this form.
Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1.  BASIC FILING, SEARCH, AND EXAMINATION FEES

| Large Entity | | Small Entity | | | | Fees Paid ($) |
|---|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | | |
| 1011 | 310 | 2011 | 155 | Utility application filing fee | | $310.00 |
| 1111 | 510 | 2111 | 255 | Utility search fee | } 1,030/515 | $510.00 |
| 1311 | 210 | 2311 | 105 | Utility examination fee | | $210.00 |
| | | | | | | |
| 1012 | 210 | 2012 | 105 | Design application filing fee | | _____ |
| 1112 | 100 | 2112 | 50 | Design search fee | } 440/220 | _____ |
| 1312 | 130 | 2312 | 65 | Design examination fee | | _____ |
| | | | | | | |
| 1013 | 210 | 2013 | 105 | Plant filing fee | | _____ |
| 1113 | 310 | 2113 | 155 | Plant search fee | } 680/340 | _____ |
| 1313 | 160 | 2313 | 80 | Plant examination fee | | _____ |
| | | | | | | |
| 1004 | 810 | 2004 | 405 | Reissue filing fee | | _____ |
| 1114 | 510 | 2114 | 255 | Reissue search fee | } 1,940/970 | _____ |
| 1314 | 620 | 2314 | 310 | Reissue examination fee | | _____ |
| | | | | | | |
| 1005 | 210 | 2005 | 105 | Provisional application filing fee | | _____ |

**SUBTOTAL (1)** _$1,030.00_

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007

APLNDC00028687

## 2. EXCESS CLAIM FEES

**Fee Description**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 50 | 2202 | 25 | Each claim over 20 |
| 1201 | 210 | 2201 | 105 | Each independent claim over 3 |
| 1203 | 370 | 2203 | 185 | Multiple dependent claims, if not paid |
| 1204 | 210 | 2204 | 105 | Reissue: each claim over 20 and more than in the original patent |
| 1205 | 50 | 2205 | 25 | Reissue: each independent claim more than in the original patent |

| | | Extra Claims | | Fee | | Fees Paid ($) |
|---|---|---|---|---|---|---|
| **Total Claims** __90__ – 20 or HP = | | __70__ | X | $ 50.00 | = | 1,400.00 |

HP = highest number of total claims paid for, if greater than 20

| | | | | | | |
|---|---|---|---|---|---|---|
| **Independent Claims** _12_ – 3 or HP = | | __9__ | X | $210.00 | = | 1,890.00 |

HP = highest number of independent claims paid for, if greater than 3

**Multiple Dependent Claims** _____ = _____

SUBTOTAL (2) $ $3,290.00

## 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 C.F.R. 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | Fee from below | Fees paid ($) |
|---|---|---|---|---|---|---|
| __57__ | – 100 = | __0__ | / 50 = | _____ (round up to whole number) | X $260.00 | $0.00 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description: Application size fee for each additional group of 50 sheets beyond initial 100 sheets (count spec & drawings except sequences & program listings): |
|---|---|---|---|---|
| 1081 | 260 | 2081 | 130 | Utility |
| 1082 | 260 | 2082 | 130 | Design |
| 1083 | 260 | 2083 | 130 | Plant |
| 1084 | 260 | 2084 | 130 | Reissue |

SUBTOTAL (3) $ 0.00

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007
APLNDC00028688

**FEE CALCULATION (continued)**

**4.   OTHER FEE(S)**

Non-English Specification,  $130 fee (no small entity discount)                                    Fees Paid ($)

| Large Entity | | Small Entity | | | Fees Paid ($) |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1813 | 8,800 | 1813 | 8,800 | Request for inter parties reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 120 | 2251 | 60 | Extension for reply within first month | |
| 1252 | 460 | 2252 | 230 | Extension for reply within second month | |
| 1253 | 1,050 | 2253 | 525 | Extension for reply within third month | |
| 1254 | 1,640 | 2254 | 820 | Extension for reply within fourth month | |
| 1255 | 2,230 | 2255 | 1,115 | Extension for reply within fifth month | |
| 1401 | 510 | 2401 | 255 | Notice of Appeal | |
| 1402 | 510 | 2402 | 255 | Filing a brief in support of an appeal | |
| 1403 | 1,030 | 2403 | 515 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 510 | 2452 | 255 | Petition to revive – unavoidable | |
| 1453 | 1,540 | 2453 | 770 | Petition to revive - unintentional | |
| 1501 | 1,440 | 2501 | 720 | Utility issue fee (or reissue) | |
| 1502 | 820 | 2502 | 410 | Design issue fee | |
| 1503 | 1,130 | 2503 | 565 | Plant issue fee | |
| 1462 | 400 | 1462 | 400 | Petitions to the Commissioner (CFR 1.17(f) Group I) | |
| 1463 | 200 | 1463 | 200 | Petitions to the Commissioner (CFR 1.17(g) Group II) | |
| 1464 | 130 | 1464 | 130 | Petitions to the Commissioner (CFR 1.17(h) Group III) | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 810 | 2809 | 405 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | |
| 1814 | 130 | 2814 | 65 | Statutory Disclaimer | |
| 1810 | 810 | 2810 | 405 | For each additional invention to be examined (see 37 CFR 1.129(b)) | |
| 1801 | 810 | 2801 | 405 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |
| 1504 | 300 | 1504 | 300 | Publication fee for early, voluntary, or normal pub. | |
| 1505 | 300 | 1505 | 300 | Publication fee for republication | |
| 1803 | 130 | 1803 | 130 | Request for voluntary publication or republication | |
| 1808 | 130 | 1808 | 130 | Processing fee under 37 CFR 1.17(i) (except provisionals) | |
| 1454 | 1,410 | 1454 | 1,410 | Acceptance of unintentionally delayed claim for priority | |

Other fee (specify) _____                                    _____

Other fee (specify) _____                                    _____

                                                            **SUBTOTAL (4)  $**      0.00

*Reduced by Basic Filing Fee Paid

**SUBMITTED BY:**

Typed or Printed Name:   James C. Scheller, Jr.

Signature:   _____        Date:   Feb. 1, 2008

Reg. Number:   31,195        Telephone Number:   408-720-8300

Send to:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007

APLNDC00028689

01789
020108

# UTILITY PATENT APPLICATION TRANSMITTAL
(Only for new nonprovisional applications under 37 CFR 1.53(b))

**Attorney Docket No.** ___004860.P2874C3___
(maximum 12 characters)

**First Named Inventor** ___Imran Chaudhri, et al.___

**Title:** ___METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE___

**Express Mail Label No.** ___EM 141769895 US___

| ADDRESS TO: | **Commissioner for Patents** |
|---|---|
| | **P.O. Box 1450** |
| | **Alexandria, Virginia 22313-1450** |

## APPLICATION ELEMENTS
**See MPEP chapter 600 concerning utility patent application contents.**

1. ___X___ **Fee Transmittal Form (e.g., PTO/SB/17)**
   (Submit an original and a duplicate for fee processing)

2. _____ **Applicant Claims Small Entity Status. (37 CFR 1.27)**

3. ___X___ **Specification** **(Total Pages ___36___)**
   (preferred arrangement set forth below)
   - Descriptive Title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

4. ___X___ **Drawings(s) (35 USC 113)** **(Total Sheets ___21___)**

5. ___X___ **Oath or Declaration** **(Total Pages ___5___)**

   a. _____ Newly Executed (Original or Copy)

   b. ___X___ Copy from a Prior Application (37 CFR 1.63(d))
      (for Continuation/Divisional with Box 18 completed)

      i. _____ DELETIONS OF INVENTOR(S) Signed statement attached deleting
         inventor(s) named in the prior application, see 37 CFR 1.63(d)(2)
         and 1.33(b).

   c. _____ Unsigned.

6. _____ **Application Data Sheet. (37 CFR 1.76)**

7. _____ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8. _____ Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, all necessary)
   a. _____ Computer Readable Form (CRF)
   b. _____ Specification Sequence Listing on:
      i. _____CD-ROM or CD-R (2 copies); or
      ii. _____ paper
   c. _____ Statements verifying identity of above copies

- 1 -

Based on Form PTO/SB/35 (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 07/31/04.

APLNDC00028690

## ACCOMPANYING APPLICATION PARTS

9. _____ Assignment Papers (cover sheet & documents(s))
10. _____ a.   Separate 37 CFR 3.73(b) Statement (where there is an assignee)
    _____ b.   Power of Attorney
11. _____ English Translation Document (if applicable)
12. __X__ a.   Information Disclosure Statement (IDS)/PTO-1449 (or PTO/SB/08)
    _____ b.   Copies of IDS Citations
13. _____ Preliminary Amendment
14. __X__ **Return Receipt Postcard (MPEP 503) (Should be specifically itemized)**
15. _____ Certified Copy of Priority Document(s) (if foreign priority is claimed)
16. _____ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).  Applicant must attach form PTO/SB/35 or its equivalent.
17A. _____ Claim for Foreign Priority
17B. · X   Other:   Request for Maximum Ten Practitioners

17C. · X   **Pursuant to 37 C.F.R. 1.136(a)(3), applicant(s) hereby request and authorize the U.S. Patent and Trademark Office to (1) treat any concurrent or future reply that requires a petition for extension of time as incorporating a petition for extension of time for the appropriate length of time and (2) charge all required fees, including extension of time fees and fees under 37 C.F.R. 1.16 and 1.17, to Deposit Account No. 02-2666.**

18.   **If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title (e.g., by way of preliminary amendment), or in an Application Data Sheet Under 37 C.F.R. 1.76:**

__X__ Continuation   _____ Divisional   _____ Continuation-in-part (CIP)
Of Prior Application No.:  11/635,847  Examiner  Cabeca, John W.  Group Art Unit  2173
(which is a  X  continuation/ ___ divisional/ ___ CIP of prior application no. 10/193,573  ,
which is a _____ continuation/ ___ divisional/ ___ CIP of prior application no.) (List entire chain of priority)

Applicant(s):  Also include a Preliminary Amendment to amend the specification to claim priority.
**For CONTINUATION AND DIVISIONAL APPS only:  The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference.  The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.**

19.   **Correspondence Address**
__X__ Customer Number or Bar Code Label   08791
          or                                  (Insert Customer No. or Attach Bar Code Label here)
_____ Correspondence Address Below
NAME   James C. Scheller, Jr.
         BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
ADDRESS   1279 Oakmead Parkway
CITY  Sunnyvale     STATE  California     ZIP CODE  94085-4040
Country   U.S.A.     TELEPHONE (408) 720-8300     FAX (408) 720-8383

Name (PRINT/TYPE):  James C. Scheller, Jr.     Registration No.:  31,195
Signature: _____     Date:  Feb. 1, 2008

- 2 -

Based on Form PTO/SB/35 (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 07/31/04.

APLNDC00028691

# FEE TRANSMITTAL FOR FY 2008

**(Effective on 9/30/2007.  Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).**

**TOTAL AMOUNT OF PAYMENT ($)** __4,320.00__

**Complete if Known:**

| | |
|---|---|
| **Application No.** | Not Yet Assigned |
| **Filing Date** | 02-01-2008 |
| **First Named Inventor** | Imran Chaudhri, et al. |
| **Examiner Name** | Not Yet Assigned |
| **Art Unit** | Not Yet Assigned |
| **Attorney Docket No.** | 004860.P2874C3 |

_____     **Applicant claims small entity status.  See 37 CFR 1.27.**

## METHOD OF PAYMENT (check all that apply)

__X__ Check  _____ Credit Card  _____ Money Order  _____ None  _____ Other (please identify)

_____ Deposit Account

Deposit Account Number : __02-2666__
Deposit Account Name: _____

__X__   The Director is Authorized to do the following with respect to the above-identified Deposit Account:

__ __    Charge fee(s) indicated below.
__X__    Charge any additional fee(s) or underpayment of fee(s) during the pendency of this application.
__ __    Charge fee(s) indicated below except for the filing fee
__X__    Credit any overpayments.
__X__    Any concurrent or future reply that requires a petition for extension of time should be treated as incorporating an appropriate petition for extension of time and all required fees should be charged.

**Warning:** Information on this form may become public.  Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Large Entity | | Small Entity | | | | Fees Paid ($) |
|---|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | | |
| 1011 | 310 | 2011 | 155 | Utility application filing fee | | $310.00 |
| 1111 | 510 | 2111 | 255 | Utility search fee | 1,030/515 | $510.00 |
| 1311 | 210 | 2311 | 105 | Utility examination fee | | $210.00 |
| 1012 | 210 | 2012 | 105 | Design application filing fee | | _____ |
| 1112 | 100 | 2112 | 50 | Design search fee | 440/220 | _____ |
| 1312 | 130 | 2312 | 65 | Design examination fee | | _____ |
| 1013 | 210 | 2013 | 105 | Plant filing fee | | _____ |
| 1113 | 310 | 2113 | 155 | Plant search fee | 680/340 | _____ |
| 1313 | 160 | 2313 | 80 | Plant examination fee | | _____ |
| 1004 | 810 | 2004 | 405 | Reissue filing fee | | _____ |
| 1114 | 510 | 2114 | 255 | Reissue search fee | 1,940/970 | _____ |
| 1314 | 620 | 2314 | 310 | Reissue examination fee | | _____ |
| 1005 | 210 | 2005 | 105 | Provisional application filing fee | | _____ |

**SUBTOTAL (1)**  $1,030.00

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007

APLNDC00028692

## 2. EXCESS CLAIM FEES

### Fee Description

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description |
| 1202 | 50 | 2202 | 25 | Each claim over 20 |
| 1201 | 210 | 2201 | 105 | Each independent claim over 3 |
| 1203 | 370 | 2203 | 185 | Multiple dependent claims, if not paid |
| 1204 | 210 | 2204 | 105 | Reissue: each claim over 20 and more than in the original patent |
| 1205 | 50 | 2205 | 25 | Reissue: each independent claim more than in the original patent |

|  |  | Extra Claims | | Fee | | Fees Paid ($) |
|---|---|---|---|---|---|---|
| **Total Claims** ___90___ | – 20 or HP = | ___70___ | X | $ 50.00 | = | 1,400.00 |
| HP = highest number of total claims paid for, if greater than 20 | | | | | | |
| **Independent Claims** _12___ | – 3 or HP = | ___9___ | X | $210.00 | = | 1,890.00 |
| HP = highest number of independent claims paid for, if greater than 3 | | | | | | |
| **Multiple Dependent Claims** | | | | _____ | = | _____ |

SUBTOTAL (2)  $ _3,290.00_

## 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 C.F.R. 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof.  See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee from below | | Fees paid ($) |
|---|---|---|---|---|---|---|---|---|
| ___57___ | – 100 = | ___0___ | / 50 = | _____ (round up to whole number) | X | $260.00 | | $0.00 |

| Large Entity | | Small Entity | | |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description:  Application size fee for each additional group of 50 sheets beyond initial 100 sheets (count spec & drawings except sequences & program listings): |
| 1081 | 260 | 2081 | 130 | Utility |
| 1082 | 260 | 2082 | 130 | Design |
| 1083 | 260 | 2083 | 130 | Plant |
| 1084 | 260 | 2084 | 130 | Reissue |

SUBTOTAL (3)  $ _0.00_

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007

APLNDC00028693

## FEE CALCULATION (continued)

### 4. OTHER FEE(S)

Non-English Specification, $130 fee (no small entity discount)

Fees Paid ($)
_____

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | _____ |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | _____ |
| 1053 | 130 | 1053 | 130 | Non-English specification | _____ |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | _____ |
| 1813 | 8,800 | 1813 | 8,800 | Request for inter parties reexamination | _____ |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | _____ |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | _____ |
| 1251 | 120 | 2251 | 60 | Extension for reply within first month | _____ |
| 1252 | 460 | 2252 | 230 | Extension for reply within second month | _____ |
| 1253 | 1,050 | 2253 | 525 | Extension for reply within third month | _____ |
| 1254 | 1,640 | 2254 | 820 | Extension for reply within fourth month | _____ |
| 1255 | 2,230 | 2255 | 1,115 | Extension for reply within fifth month | _____ |
| 1401 | 510 | 2401 | 255 | Notice of Appeal | _____ |
| 1402 | 510 | 2402 | 255 | Filing a brief in support of an appeal | _____ |
| 1403 | 1,030 | 2403 | 515 | Request for oral hearing | _____ |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | _____ |
| 1452 | 510 | 2452 | 255 | Petition to revive – unavoidable | _____ |
| 1453 | 1,540 | 2453 | 770 | Petition to revive - unintentional | _____ |
| 1501 | 1,440 | 2501 | 720 | Utility issue fee (or reissue) | _____ |
| 1502 | 820 | 2502 | 410 | Design issue fee | _____ |
| 1503 | 1,130 | 2503 | 565 | Plant issue fee | _____ |
| 1462 | 400 | 1462 | 400 | Petitions to the Commissioner (CFR 1.17(f) Group I) | _____ |
| 1463 | 200 | 1463 | 200 | Petitions to the Commissioner (CFR 1.17(g) Group II) | _____ |
| 1464 | 130 | 1464 | 130 | Petitions to the Commissioner (CFR 1.17(h) Group III) | _____ |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | _____ |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | _____ |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | _____ |
| 1809 | 810 | 2809 | 405 | For filing a submission after final rejection (see 37 CFR 1.129(a)) | _____ |
| 1814 | 130 | 2814 | 65 | Statutory Disclaimer | _____ |
| 1810 | 810 | 2810 | 405 | For each additional invention to be examined (see 37 CFR 1.129(b)) | _____ |
| 1801 | 810 | 2801 | 405 | Request for Continued Examination (RCE) | _____ |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | _____ |
| 1504 | 300 | 1504 | 300 | Publication fee for early, voluntary, or normal pub. | _____ |
| 1505 | 300 | 1505 | 300 | Publication fee for republication | _____ |
| 1803 | 130 | 1803 | 130 | Request for voluntary publication or republication | _____ |
| 1808 | 130 | 1808 | 130 | Processing fee under 37 CFR 1.17(i) (except provisionals) | _____ |
| 1454 | 1,410 | 1454 | 1,410 | Acceptance of unintentionally delayed claim for priority | _____ |

Other fee (specify) _____   _____

Other fee (specify) _____   _____

SUBTOTAL (4)   $   0.00

*Reduced by Basic Filing Fee Paid

## SUBMITTED BY:

Typed or Printed Name: James C. Scheller, Jr.

Signature: _____   Date: Feb. 1, 2008

Reg. Number: 31,195   Telephone Number: 408-720-8300

Send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

- 3 -

Based on Form PTO/SB/17 (09-07) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 9/27/2007

APLNDC00028694

Atty. Docket No. <u>004860.P2874C3</u>                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of: | |
| Imran Chaudhri, et al. | Examiner:    Not Yet Assigned |
| Application No.: Not Yet Assigned | Art Unit:    Not Yet Assigned |
| Filed:   February 1, 2008 | |
| For:    METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE | |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

### INFORMATION DISCLOSURE STATEMENT

Sir:

Applicant hereby requests consideration of the enclosed Information Disclosure

Statement pursuant to 37 C.F.R. §1.97(b).

Pursuant to 37 C.F.R. §1.98(d), copies of the references are not being provided herewith

since they were previously sent to the Patent and Trademark Office during the prosecution of

prior U.S. Application No. 11/635,847, filed December 8, 2006, and prior U.S. Application No.

10/193,573, filed July 10, 2002. These previous applications are relied upon for an earlier filing

date under 35 U.S.C. §120.  Please consider these cited documents in the currently pending

§1.53(b) continuation application filed on February 1, 2008.

---

**EXPRESS MAIL CERTIFICATE OF MAILING**

"Express Mail" mailing label number:___EM 141769895 US___          Date of Deposit:___February 1, 2008___
I hereby certify that I am causing this paper or fee to be deposited with the United States Postal Service "Express Mail
Post Office to Addressee" service on the date indicated above and that this paper or fee has been addressed to the
Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia  22313-1450

| | | |
|---|---|---|
| ___Betty Scaletta___ | _Betty Scaletta_ | _02/01/08_ |
| (Typed or printed name of person mailing paper or fee) | (Signature of person mailing paper or fee) | (Date signed) |

Pursuant to 37 C.F.R. § 1.97, the submission of this Information Disclosure Statement is not to be construed as a representation that a search has been made and is not to be construed as an admission that the information cited in this statement is material to patentability.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: Feb. 1, 2008

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

APLNDC00028696

## ABSTRACT OF THE DISCLOSURE

Methods and apparatuses to display windows. In more than one embodiments of the invention, a window is closed automatically (e.g., after a timer expires, or when a condition or criterion is met, or a system input is received) without user input.  In some examples, the window is translucent so that the portion of another window, when present, is visible under the window.  In some examples, the image of the window is faded out before the window is closed and destroyed.  In some examples, the window does not close in response to any input from a user input device.  In some examples, the window is repositioned (or hidden) automatically when another translucent window is displayed. The degree of translucency, the speed for fading out, the discrete levels of translucency for fading out, the time to expire, and/or other parameters for controlling the display of the window may be set by the user or adjusted by the system (or application software programs) automatically according to system conditions or other criteria.

APLNDC00028697

CLAIMS

What is claimed is:

1.      A method to display a user interface window for a digital processing system, the
        method comprising:
        displaying a first window in response to receiving a first input from a user input
                device of the digital processing system which is capable of displaying at
                least a portion of a second window concurrently with the first window;
        starting a timer; and
        closing the first window in response to a determination that the timer expired;
        wherein the first window does not close in response to any input from a user input
                device of the digital processing system.

2.      A method as in claim 1 wherein the first window is translucent; and the portion of
        the second window is visible while under the first window.

3.      A method as in claim 2 wherein the first window is at a top level in a window
        displaying hierarchy.

4.      A method as in claim 2 wherein a degree of translucency of the first window is
        adjustable.

5.      A method as in claim 1 wherein said closing the first window comprises:
        fading out an image of the first window.

APLNDC00028698

6.    A method as in claim 1 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system.

7.    A method as in claim 6 wherein the first window does not respond to any input from a user input device of the digital processing system.

8.    A method as in claim 1 further comprising:
      repositioning the first window in response to a third window being displayed.

9.    A method as in claim 1 further comprising:
      hiding the first window in response to a third window being displayed at a
            location where the first window is displayed.

10.   A method as in claim 1 further comprising:
      repositioning the first window on a display in response to a second input for the
            first window.

11.   A method as in claim 10 wherein the second input indicates that a third window is displayed.

12.   A method as in claim 10 wherein the second input is received from a user input device of the digital processing system.

13.   A method as in claim 10 further comprising:
      adjusting a position of the first window in a window displaying hierarchy in
            response to a third input.

APLNDC00028699

14.     A method as in claim 1 further comprising:

determining a position on a display of the digital processing system independent

of a position of a cursor on the display;

wherein the first window is displayed at the position.


15.     A method as in claim 14 wherein the position is centered horizontally on the

display.


16.     A method as in claim 1 further comprising:

restarting the timer in response to receiving a second input for the first window.


17.     A method as in claim 16 wherein the second input is received from a user input

device of the digital processing system.


18.     A method as in claim 1 wherein the user input device is one of:

a) a keyboard;

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.


19.     A method to display a user interface window for a digital processing system, the

method comprising:


22

displaying a first window, the first window being translucent, at least a portion of

a second window being capable of being displayed on the digital

processing system under the first window, the portion of the second

window, when present, being visible under the first window; and

closing the first window without user input.


20.    A method as in claim 19 further comprising:

starting a timer;

wherein said closing the first window is in response to expiration of the timer.


21.    A method as in claim 19 further comprising:

receiving an input, the input not associated with a user input device of the digital

processing system;

wherein said closing the first window is in response to the input.


22.    A method as in claim 19 further comprising:

determining whether or not a condition is met;

wherein said closing the first window is in response to a determination that the

condition is met.


23.    A method as in claim 19 wherein said closing the first window comprises:

fading out an image of the first window.


24.    A method as in claim 19 wherein a degree of translucency of the first window is

adjustable.

APLNDC00028701

25.    A method to display a user interface window for a digital processing system, the
       method comprising:
       displaying a first window in response to receiving a first input, the first input not
               associated with a user input device of the digital processing system;
       starting a timer; and
       closing the first window in response to a determination that the timer expired.

26.    ·A machine readable media containing executable computer program instructions
       which when executed by a digital processing system cause said system to perform
       a method to display a user interface window, the method comprising:
       displaying a first window in response to receiving a first input from a user input
               device of the digital processing system which is capable of displaying at
               least a portion of a second window concurrently with the first window;
       starting a timer; and
       closing the first window in response to a determination that the timer expired;
       wherein the first window does not close in response to any input from a user input
               device of the digital processing system.

27.    A media as in claim 26 wherein the first window is translucent; and the portion of
       the second window is visible while under the first window.

28.    A media as in claim 27 wherein the first window is at a top level in a window
       displaying hierarchy.

29.    A media as in claim 27 wherein a degree of translucency of the first window is
       adjustable.

APLNDC00028702

30.   A media as in claim 26 wherein said closing the first window comprises: fading out an image of the first window.

31.   A media as in claim 26 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system.

32.   A media as in claim 31 wherein the first window does not respond to any input from a user input device of the digital processing system.

33.   A media as in claim 26 wherein the method further comprises: repositioning the first window in response to a third window being displayed.

34.   A media as in claim 26 wherein the method further comprises: hiding the first window in response to a third window being displayed at a location where the first window is displayed.

35.   A media as in claim 26 wherein the method further comprises: repositioning the first window on a display in response to a second input for the first window.

36.   A media as in claim 35 wherein the second input indicates that a third window is displayed.

37.   A media as in claim 35 wherein the second input is received from a user input device of the digital processing system.

25

38.  A media as in claim 35 wherein the method further comprises:

adjusting a position of the first window in a window displaying hierarchy in

response to a third input.

39.  A media as in claim 26 wherein the method further comprises:

determining a position on a display of the digital processing system independent

of a position of a cursor on the display;

wherein the first window is displayed at the position.

40.  A media as in claim 39 wherein the position is centered horizontally on the

display.

41.  A media as in claim 26 wherein the method further comprises:

restarting the timer in response to receiving a second input for the first window.

42.  A media as in claim 41 wherein the second input is received from a user input

device of the digital processing system.

43.  A media as in claim 26 wherein the user input device is one of:

a) a keyboard;

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.

26

44.     A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising:

displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window; and

closing the first window without user input.

45.     A media as in claim 44 wherein the method further comprises:

starting a timer;

wherein said closing the first window is in response to expiration of the timer.

46.     A media as in claim 44 wherein the method further comprises:

receiving an input, the input not associated with a user input device of the digital processing system;

wherein said closing the first window is in response to the input.

47.     A media as in claim 44 wherein the method further comprises:

determining whether or not a condition is met;

wherein said closing the first window is in response to a determination that the condition is met.

48.     A media as in claim 44 wherein said closing the first window comprises:

fading out an image of the first window.

APLNDC00028705

49.     A media as in claim 44 wherein a degree of translucency of the first window is
        adjustable.

50.     A machine readable media containing executable computer program instructions
        which when executed by a digital processing system cause said system to perform
        a method to display a user interface window, the method comprising:
        displaying a first window in response to receiving a first input, the first input not
                associated with a user input device of the digital processing system;
        starting a timer; and
        closing the first window in response to a determination that the timer expired.

51.     A digital processing system to display a user interface window, the system
        comprising:
        means for displaying a first window in response to receiving a first input from a
                user input device of the digital processing system which is capable of
                displaying at least a portion of a second window concurrently with the first
                window;
        means for starting a timer; and
        means for closing the first window in response to a determination that the timer
                expired;
        wherein the first window does not close in response to any input from a user input
                device of the digital processing system.

52.     A digital processing system as in claim 51 wherein the first window is
        translucent; and the portion of the second window is visible while under the first
        window.

APLNDC00028706

53.  A digital processing system as in claim 52 wherein the first window is at a top
     level in a window displaying hierarchy.

54.  A digital processing system as in claim 52 wherein a degree of translucency of the
     first window is adjustable.

55.  A digital processing system as in claim 51 wherein said means for closing the first
     window comprises:
     means for fading out an image of the first window.

56.  A digital processing system as in claim 51 wherein the second window, if
     displayed, does close in response to an input from a user input device of the
     digital processing system.

57.  A digital processing system as in claim 56 wherein the first window does not
     respond to any input from a user input device of the digital processing system.

58.  A digital processing system as in claim 51 further comprising:
     means for repositioning the first window in response to a third window being
          displayed.

59.  A digital processing system as in claim 51 further comprising:
     means for hiding the first window in response to a third window being displayed
          at a location where the first window is displayed.

60.  A digital processing system as in claim 51 further comprising:

APLNDC00028707

means for repositioning the first window on a display in response to a second
input for the first window.

61.    A digital processing system as in claim 60 wherein the second input indicates that
a third window is displayed.

62.    A digital processing system as in claim 60 wherein the second input is received
from a user input device of the digital processing system.

63.    A digital processing system as in claim 60 further comprising:
means for adjusting a position of the first window in a window displaying
hierarchy in response to a third input.

64.    A digital processing system as in claim 51 further comprising:
means for determining a position on a display of the digital processing system
independent of a position of a cursor on the display;
wherein the first window is displayed at the position.

65.    A digital processing system as in claim 64 wherein the position is centered
horizontally on the display.

66.    A digital processing system as in claim 51 further comprising:
means for restarting the timer in response to receiving a second input for the first
window.

67.    A digital processing system as in claim 66 wherein the second input is received
from a user input device of the digital processing system.

30

APLNDC00028708

68.   A digital processing system as in claim 51 wherein the user input device is one of:

a) a keyboard;

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.

69.   A digital processing system to display a user interface window, the system comprising:

means for displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window; and

means for closing the first window without user input.

70.   A digital processing system as in claim 69 further comprising:

means for starting a timer;

wherein the first window is closed in response to expiration of the timer.

71.   A digital processing system as in claim 69 further comprising:

means for receiving an input, the input not associated with a user input device of the digital processing system;

wherein the first window is closed in response to the input.

31

APLNDC00028709

72.   A digital processing system as in claim 69 further comprising:

means for determining whether or not a condition is met;

wherein the first window is closed in response to a determination that the
        condition is met.

73.   A digital processing system as in claim 69 wherein said means for closing the first
window comprises:

means for fading out an image of the first window.

74.   A digital processing system as in claim 69 wherein a degree of translucency of the
first window is adjustable.

75.   A digital processing system to display a user interface window, the system
comprising:

means for displaying a first window in response to receiving a first input, the first
        input not associated with a user input device of the digital processing
        system;

means for starting a timer; and

means for closing the first window in response to a determination that the timer
        expired.

76.   A method as in claim 16 wherein the first window is created by a first application
and the second window is created by a second application, wherein the first
application is different from the second application.

32

77.   A machine readable media as in claim 41 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application.

78.   A digital processing system as in claim 66 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application.

79.   A method to display a user interface window for a digital processing system, the method comprising:

displaying a first window in response to receiving a first input, the first input not associated with a user input device of the digital processing system;

starting a timer; and

closing the first window in response to a determination that the timer expired.

80.   A method as in claim 79 wherein the first window is translucent; and a portion of a second window is visible when displayed under the first window.

81.   A method as in claim 79 further comprising:

repositioning the first window on a display without user input.

82.   A method as in claim 79 wherein said closing the first window comprises:

fading out an image of the first window.

33

APLNDC00028711

83.     A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising:

displaying a first window in response to receiving a first input, the first input not associated with a user input device of the digital processing system;

starting a timer; and

closing the first window in response to a determination that the timer expired.

84.     A machine readable media as in claim 83 wherein the first window is translucent; and a portion of a second window is visible when displayed under the first window.

85.     A machine readable media as in claim 83 wherein the method further comprises: repositioning the first window on a display without user input.

86.     A machine readable media as in claim 83 wherein said closing the first window comprises:

fading out an image of the first window.

87.     A digital processing system to display a user interface window, the system comprising:

means for displaying a first window in response to receiving a first input, the first input not associated with a user input device of the digital processing system;

34

means for starting a timer; and

means for closing the first window in response to a determination that the timer
   expired.

88.     A digital processing system as in claim 87 wherein the first window is
translucent; and a portion of a second window is visible when displayed under the
first window.

89.     A digital processing system as in claim 87 further comprising:
means for repositioning the first window on a display without user input.

90.     A digital processing system as in claim 87 wherein said means for closing the first
window comprises:
means for fading out an image of the first window.

APLNDC00028713

04860.P2874C3

UNITED STATES PATENT APPLICATION

FOR

## METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

INVENTORS:

IMRAN CHAUDHRI
BAS ORDING

PREPARED BY:

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

(408) 720-8300

"Express Mail" mailing label number: EM 141769895 US
Date of Deposit:      February 1, 2008
I hereby certify that I am causing this paper or fee to be deposited with the United States Postal
Service
"Express Mail Post Office to Addressee" service on the date indicated above and that this paper
or fee has been addressed to:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450
Betty Scaletta
(Typed or printed name of person mailing paper or fee)
*Betty Scaletta*
(Signature of person mailing paper or fee)
02/01/08
(Date signed)

1

APLNDC00028714

## METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

**[0001]**     The present application is a continuation of co-pending U.S. Application No. 11/635,847, filed December 8, 2006, which is a continuation of U.S. Application No. 10/193,573, filed July 10, 2002.

### FIELD OF THE INVENTION

**[0002]**     The invention relates to graphical user interfaces, and more particularly to such interfaces with windows.

**[0003]**     A portion of the disclosure of this patent document contains material which is subject to copyright protection.  The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.  Copyright Apple Computer, Inc., 2002.

### BACKGROUND OF THE INVENTION

**[0004]**     Many digital processing systems use window-based graphical user interfaces for users to interact with software programs. Images of windows are displayed on a display device to show the user the states of the software programs; and user input devices (e.g., a keyboard and a mouse) are used to accept user inputs. In addition to user input devices, a digital processing system may have other devices (e.g., sensors) for accepting system inputs, such as phone line status, power supply status, storage disk usage status, communication connection status, execution status of software programs, and others that are not directly related to user inputs (signals associated with user input devices).

**[0005]**     **Figures 2 – 6** illustrate examples of traditional windows. **Figure 2** shows a typical window 210 that has title bar 203 and buttons 205, 207 and 209 for

2              .

APLNDC00028715

minimizing, maximizing, and closing the window. The title bar and the buttons on the title bar can be used to manipulating the position and size of the window. For example, title bar 203 may be clicked (e.g., pressing a button of a mouse while the cursor is on the title bar) to bring the window to the top level of the window displaying hierarchy so that if there are any other windows displayed at the same location of window 210, these windows will be hidden under window 210.

[0006]    When a user starts an application program, a window (e.g., window 201) may be displayed to show the license/copyright information while the components of the software program are being loaded. After the components of the software program are fully loaded, the license/copyright window is closed automatically so that the user can start to use the software program without interference from the license/copyright window.

[0007]    **Figure 3** shows task bar 211 with flash help window 213. When the user pauses cursor 215 at a location of the task bar for a short period of time, flash help window 213 appears. If the user does not move the cursor for another short period of time while window 213 is displayed, flash window 213 disappears. If the user moves cursor 215 slightly (e.g., using a mouse, a track ball, or a touch pad) and pauses the cursor 215 again, flash help window may appear again.

[0008]    **Figures 4 – 6** show a window that displays the progress of copying a file. When a file is copied from one location to another location, window 221 is displayed to indicate the progress. Button 227 is provided for canceling the copy operation; and button 225 is for closing the progress window. The progress of the operation is indicated by progress bar 229 and an animation showing that the document is going from one folder to another. Windows 221 and 231 in **Figures 4** and **5** show two snap shots of the animation. A user may drag title bar 223 (e.g., pressing down and holding a button of a mouse and moving the mouse while holding down the button) to drag the window from one location on a screen to another; and the user can click

3

on the title bar to bring the window to the top level when the window is partially covered by another window (e.g., when window 241 is partially covered by window 243, as shown in **Figure 6**). When the copy operation completes, the progress window closes automatically.

[0009]    Traditional windows typically provide strong user interactions, which may cause distractions. For example, a user waits for window 201 to disappear to view window 210 in **Figure 2**; the user manipulates a cursor control device (e.g., a mouse, a track ball, or a touch pad) to view or dismiss flash help window 213 in **Figure 3**; and, the user interaction is provided to relocate the progress window or change the window displaying hierarchy to see the progress of window 241 in **Figure 6**.

4

## SUMMARY OF THE INVENTION

[0010]    Methods and apparatuses to display windows are described here.  There are many different embodiments which are described here.  Some of these embodiments are summarized in this section.

[0011]    In more than one embodiment of the invention, a window is closed automatically (e.g., after a timer expires, or when a condition or criterion is met, or system input is received) without user input.  In some examples, the window is translucent so that the portion of another window, when present, is visible under the window.  In some examples, the image of the window is faded out before the window is closed and destroyed.  In a further example, the level of translucency, the speed for fading out, the discrete levels of translucency for fading out, the time to expire, and/or other parameters for controlling the display of the window may be set by the user or adjusted by the system (or application software programs) automatically according to system conditions or other criteria.

[0012]    In one embodiment of the invention, a method to display a user interface window for a digital processing system includes: displaying a first window in response to receiving a first input from a user input device (e.g., a keyboard, mouse, track ball, touch pad, touch screen, joy stick, button, or others) of the digital processing system which is capable of displaying at least a portion of a second window under the first window; starting a timer; and closing the first window in response to a determination that the timer expired. The first window does not close in response to any input from a user input device of the digital processing system. In one example according to this embodiment, the first window is translucent; the portion of the second window is visible while under the first window; and the first window is at a top level in a window displaying hierarchy. In one example, an image of the first window is faded out on the screen before the first window is destroyed to

5

APLNDC00028718

close the first window. In one example, the second window, if displayed, closes in response to an input from a user input device of the digital processing system; and the first window does not respond to any input from a user input device of the digital processing system. In one example, the first window is repositioned in response to a third window (e.g., an alert window or a translucent window) being displayed; in another example, the first window is hidden in response to a third window being displayed at a location where the first window is displayed. In one example, the first window is repositioned on a display in response to a second input for the first window (e.g., an input indicating that a third window is displayed, or an input from a user input device of the digital processing system to reposition the window, such as dragging and dropping the window); and a position of the first window in a window displaying hierarchy can be adjusted in response to a third input (e.g., bringing another window in front of the first window). In one example, the first window is displayed at a position on a display of the digital processing system that is independent of a position of a cursor on the display (e.g., a position centered horizontally on the display); and the timer is restarted in response to receiving a second input for the first window (e.g., from a user input device of the digital processing system).

[0013]   In another embodiment of the invention, a method to display a user interface window for a digital processing system includes: displaying a first translucent window such that if a portion of a second window is displayed on the digital processing system under the first window, the portion of the second window is visible under the first window; and closing the first window without user input. In one example according to this embodiment, a timer is started so that when the timer expires the first window is closed (e.g., fading out an image of the first window and destroy the first window). In another example, the first window is closed in response to an input that is not associated with a user input device of the digital processing

6

APLNDC00028719

system. In a further example, the first window is closed in response to a determination that a system condition is met (e.g., a system status is changed, or other criteria).

[0014]     In a further embodiment of the invention, a method to display a user interface window for a digital processing system includes: displaying a first window in response to receiving a first input that is not associated with a user input device of the digital processing system; starting a timer; and closing the first window in response to a determination that the timer expired (e.g., fading out an image of the first window; and destroying the first window). In one example, the first window does not close in response to any input from a user input device of the digital processing system (e.g., the first window does not respond to any input from a user input device of the digital processing system); and the first window is translucent such that a portion of a second window is visible when displayed under the first window. In one example, the first window is repositioned on a display without user input (e.g., in response to a third window being displayed). In another example, the timer is restarted in response to receiving a second input for the first window; and the second input is received from a user input device of the digital processing system.

[0015]     The present invention includes apparatuses which perform these methods, including data processing systems which perform these methods and computer readable media which when executed on data processing systems cause the systems to perform these methods.

[0016]     Other features of the present invention will be apparent from the accompanying drawings and from the detailed description which follow.

APLNDC00028720

## BRIEF DESCRIPTION OF THE DRAWINGS

[0017]     The present invention is illustrated by way of example and not limitation in the figures of the accompanying drawings in which like references indicate similar elements.

[0018]     **Figure 1** shows a block diagram example of a data processing system which may be used with the present invention.

[0019]     **Figures 2 – 6** illustrate examples of traditional windows.

[0020]     **Figures 7 – 11** illustrate example scenarios of displaying a window according to one embodiment of the present invention.

[0021]     **Figure 12** shows a flow diagram of a method to display a window according to one embodiment of the present invention.

[0022]     **Figure 13** shows a flow diagram of a method to close a window according to one embodiment of the present invention.

[0023]     **Figure 14** shows a detailed flow diagram of a method to control a translucent window according to one embodiment of the present invention.

[0024]     **Figure 15** shows a method to display a translucent window according to one embodiment of the present invention.

[0025]     **Figures 16 – 21** show example screen images of windows displayed according to one embodiment of the present invention.

8

DETAILED DESCRIPTION

[0026]     The following description and drawings are illustrative of the invention and are not to be construed as limiting the invention.  Numerous specific details are described to provide a thorough understanding of the present invention.  However, in certain instances, well known or conventional details are not described in order to avoid obscuring the description of the present invention.

[0027]     Many of the methods of the present invention may be performed with a digital processing system, such as a conventional, general purpose computer system. Special purpose computers which are designed or programmed to perform only one function may also be used.

[0028]     **Figure 1** shows one example of a typical computer system which may be used with the present invention. Note that while **Figure 1** illustrates various components of a computer system, it is not intended to represent any particular architecture or manner of interconnecting the components as such details are not germane to the present invention. It will also be appreciated that network computers and other data processing systems which have fewer components or perhaps more components may also be used with the present invention. The computer system of **Figure 1** may, for example, be an Apple Macintosh computer.

[0029]     As shown in **Figure 1**, the computer system 101, which is a form of a data processing system, includes a bus 102 which is coupled to a microprocessor 103 and a ROM 107 and volatile RAM 105 and a non-volatile memory 106. The microprocessor 103, which may be, for example, a G3 or G4 microprocessor from Motorola, Inc. or IBM is coupled to cache memory 104 as shown in the example of **Figure 1**. The bus 102 interconnects these various components together and also interconnects these components 103, 107, 105, and 106 to a display controller and display device 108 and to peripheral devices such as input/output (I/O) devices

9

APLNDC00028722

which may be mice, keyboards, modems, network interfaces, printers, scanners, video cameras and other devices which are well known in the art. Typically, the input/output devices 110 are coupled to the system through input/output controllers 109. The volatile RAM 105 is typically implemented as dynamic RAM (DRAM) which requires power continually in order to refresh or maintain the data in the memory. The non-volatile memory 106 is typically a magnetic hard drive or a magnetic optical drive or an optical drive or a DVD RAM or other type of memory systems which maintain data even after power is removed from the system. Typically, the non-volatile memory will also be a random access memory although this is not required. While **Figure 1** shows that the non-volatile memory is a local device coupled directly to the rest of the components in the data processing system, it will be appreciated that the present invention may utilize a non-volatile memory which is remote from the system, such as a network storage device which is coupled to the data processing system through a network interface such as a modem or Ethernet interface. The bus 102 may include one or more buses connected to each other through various bridges, controllers and/or adapters as is well known in the art. In one embodiment the I/O controller 109 includes a USB (Universal Serial Bus) adapter for controlling USB peripherals, and/or an IEEE-1394 bus adapter for controlling IEEE-1394 peripherals.

[0030]    It will be apparent from this description that aspects of the present invention may be embodied, at least in part, in software. That is, the techniques may be carried out in a computer system or other data processing system in response to its processor, such as a microprocessor, executing sequences of instructions contained in a memory, such as ROM 107, volatile RAM 105, non-volatile memory 106, cache 104 or a remote storage device. In various embodiments, hardwired circuitry may be used in combination with software instructions to implement the present invention. Thus, the techniques are not limited to any specific combination

10

APLNDC00028723

of hardware circuitry and software nor to any particular source for the instructions executed by the data processing system. In addition, throughout this description, various functions and operations are described as being performed by or caused by software code to simplify description. However, those skilled in the art will recognize what is meant by such expressions is that the functions result from execution of the code by a processor, such as the microprocessor 103.

[0031]    A machine readable media can be used to store software and data which when executed by a data processing system causes the system to perform various methods of the present invention. This executable software and data may be stored in various places including for example ROM 107, volatile RAM 105, non-volatile memory 106 and/or cache 104 as shown in **Figure 1**. Portions of this software and/or data may be stored in any one of these storage devices.

[0032]    Thus, a machine readable media includes any mechanism that provides (i.e., stores and/or transmits) information in a form accessible by a machine (e.g., a computer, network device, personal digital assistant, manufacturing tool, any device with a set of one or more processors, etc.). For example, a machine readable media includes recordable/non-recordable media (e.g., read only memory (ROM); random access memory (RAM); magnetic disk storage media; optical storage media; flash memory devices; etc.), as well as electrical, optical, acoustical or other forms of propagated signals (e.g., carrier waves, infrared signals, digital signals, etc.); etc.

[0033]    At least one embodiment of the present invention seeks to display a window with reduced distractions so that a user can focus on more important windows.

[0034]    **Figures 7 – 11** illustrate example scenarios of displaying a window according to one embodiment of the present invention. Traditional window 303 is shown in **Figure 7**. Window 303 contains control buttons 311, 313 and 315 for closing, minimizing and maximizing the window. Window 303 also has title bar

11

APLNDC00028724

310, which may be used to relocate the window on screen 301. Consider a scenario where the battery power of the system is lower than a threshold. After the system detects such a system status change, window 321 may be displayed near the center of screen 301, as shown in **Figure 8**. Window 321 is translucent so that regular window 303 is still visible under window 321. Once window 321 is displayed on the screen, a timer is started to control the closing of the window. When the timer expires, window 321 is automatically closed without any user input. Thus, window 321 displays the message of low battery power to the user without forcing the user to provide inputs to dismiss the message window. Since window 321 is translucent and transient, the portion of window 303 that is under window 321 is still visible. Thus, the user can continue working with window 303 (or other window) without having to provide additional input to get message window 321 out of the way.

[0035]    In one embodiment of the present invention, translucent window 321 is always displayed at the top level of the window displaying hierarchy so that the translucent window is always visible when displayed. This eliminates the need for the user to change the window displaying hierarchy to bring up the translucent window when another traditional window is brought up to the top of the window displaying hierarchy (e.g., by creating a new window or accidentally changing the hierarchy). In another embodiment of the present invention, the user can change the position of the translucent window in the hierarchy so that if the user desires the translucent window may be sent to a background position.

[0036]    In one embodiment of the present invention, the image of window 321 is faded out when the timer expires, which is illustrated by the images of windows 321, 331, and 341 in **Figures 8**, **9** and **10**. After the image of window 321 is faded out, window 321 is destroyed.

[0037]    In another embodiment of the present invention, a translucent message window starts to fade out when a status change is detected. For example, a message

APLNDC00028725

window is displayed when the system detects the ringing signal on a phone line. When the system detects that the ringing signal is no longer present on the phone line, the image of the message window is faded out; and the message window is destroyed. Similarly, a translucent progress window for showing the progress of copying a file can be faded out and destroyed after the copy process ends. In one example, message window 361 as shown in **Figure 11** is displayed when a new message arrives. When the user starts to open an application to view the new message, message window 361 is closed automatically so that the user does not have to provide input to dismiss the message window or wait for the message window to fade out.

[0038]     In one embodiment of the present invention, the image of window 321 gradually sets in when the window is first displayed. In another embodiment of the present invention, window 321 in **Figure 8** is automatically relocated or moved (e.g., in an animation fashion) to a different location so that the image of window 321 does not obscure the display of any particular portion of windows 303 for an extended period of timed. For example, window 321 may be automatically moved across the screen horizontally from the left hand side of screen 301 to the right hand side of screen 301 (or near the center of screen 321 in a circular motion).

[0039]     In one embodiment of the present invention, the system detects (or manages) all the translucent windows so that when a second translucent window is displayed before the first translucent window is closed, the first translucent window is repositioned so that the second translucent window can be easily seen on the screen without interference with each other. For example, after battery low window 321 is displayed as in **Figure 8**, the system may detect a new message arrived for the user. Thus, translucent window 361 is displayed as in **Figure 11** to inform the user about the new message. At the same time, window 351 is automatically moved to a position as seen in **Figure 11** so that both translucent windows 351 and 361 can be

13

APLNDC00028726