EXHIBIT 6.02

easily seen on the screen. Alternatively, the first translucent window (e.g., window 351) is hidden so that only the second window (e.g., window 361) is displayed. The timer of the first window is stopped while being hidden until the second window is automatically closed. In a further embodiment of the present invention, the window system tracks the translucent windows to automatically schedule the sequence and the screen positions of the display of the translucent windows according to the importance of the windows, the time to close (or estimated time to close), and/or other conditions.

[0040]    Figures 8 – 11 show an example of translucent windows that are initiated by a system without any input associated with user input devices (e.g., a keyboard, mouse, track ball, touch pad, touch screen, joy stick, button, or other criteria). In one embodiment of the present invention, these translucent windows do not consume any user input; and no user input can be provided to these windows to close these windows, which close automatically when certain conditions are met (e.g., the expiration of a timer, the change in system status, and others). In one alternative embodiment of the present invention, these windows accept predetermined inputs (e.g., special function keys, such as the escape key "ESC" for closing) so that a user has the option to directly control the display of these translucent windows.

[0041]    A user may initiate a translucent window through an input associated with a user input device. For example, a user may use a special function key to adjust volume (or contrast, or brightness). In response to the special function key, a translucent window is displayed to show the current volume level (or contrast, or brightness). In one embodiment of the present invention, the window system (or an application program) automatically determines a location for displaying the translucent volume window (e.g., independent from the location of a cursor on the screen). When the volume window receives an input from the function key for adjust volume, the timer for the translucent volume window is restarted. After the user

14

stops adjusting the volume for a predetermined amount of time, the timer expires; and the volume control window is faded out and closed automatically. In one embodiment of the present invention, the volume window is not translucent. In one embodiment of the present invention, the translucent window initiated by an input associated with a user input device does not close in response to any input from a user input device (e.g., the window does not have a button for closing the window, nor takes a short cut key for closing the window); the window closes only automatically. When the window does not close in response to any input from a user input device, the window may still respond to system inputs, such as a request from the operating system to close the window (e.g., when the user starts to shut down a computer system).  In one embodiment of the present invention, a message window initiated by a user only displays a message to the user without consuming any input from user input devices.

[0042]      In one embodiment of the present invention, when a translucent window accepts user input, the translucent window consumes only predetermined inputs for user input devices; other inputs are forwarded to normal windows as if the translucent window does not exist. For example, if a cursor related event (e.g., a click) is not accepted by the translucent window, the input is considered for the window that is just under the translucent window so that the user can interact with the window under the translucent window as if the translucent window does not exist. If the translucent window does not consume a keyboard input, the keyboard input is forwarded to the window that has the keyboard focus (which is typically indicated by a highlighted title bar). Thus, the presence of the translucent window has minimum distractions for the user working on regular windows.

[0043]      **Figures 7 – 11** illustrate one embodiment of the present invention with translucent windows.  It is apparent to one skilled in the art from this description that some methods of the present invention can be implemented for windows that are not

15

translucent.

[0044]     **Figure 12** shows a flow diagram of a method to display a window according to one embodiment of the present invention. Operation 401 displays a user interface window (e.g., a translucent window which when displayed on top of a portion of a second window allows the user to see the portion of the second window through the translucent window); and operation 403 automatically closes the user interface window (e.g., fade out an image of the window and destroy the window) without user input (e.g., after a timer expired, or after a determination that a system status is changed or a condition is met, or after receiving input that is not associated with any user input device).

[0045]     **Figure 13** shows a flow diagram of a method to close a window according to one embodiment of the present invention. Operation 411 displays a first window in response to an input (e.g., an input from a user input device, or an input that is not associated with any user input device, such as an input trigged by a system event, a change in system status, ringing signals on a phone line, or inputs initiated by the operating system). Operation 413 starts a timer. Operation 415 closes the first window when the timer expires (e.g., fade out an image of the first window and destroy the first window).

[0046]     **Figure 14** shows a detailed flow diagram of a method to control a translucent window according to one embodiment of the present invention. After operation 421 receives an input (e.g., a user input from a user input device, such as a keyboard, a mouse, a track ball, a touch pad, a touch screen, a joy sticker, a button, or others) from a digital processing system, operation 423 displays a first translucent window on a display device (e.g., a LCD display, a CRT monitor, a touch screen, or others) of the digital processing system (e.g., on top of a portion of a second window), where the first window does not close in response to any input from a user input device of the digital processing system. Operation 425 starts a timer. When

16

operation 427 determines that an input (e.g., a user input or a system input) for the first window is received, operation 431 restarts the timer; and operation 433 processes the input (alternatively, the timer may be stopped and restarted after the input is processed). When operation 429 determines that a second translucent window is displayed, operation 435 repositions (or hides) the first translucent window. When one of a number of translucent windows is closed, the remaining translucent window(s) may be repositioned (or displayed if hidden). Operation 437 closes the first translucent window when the timer expires (e.g., by fading out an image of the first window and destroying the first window).

[0047]   **Figure 15** shows a method to display a translucent window according to one embodiment of the present invention. Operation 441 combines the image of a translucent window and the portion of the image of window under the translucent window to generate a combined image for the translucent window and the window under the translucent window. Operation 443 displays the combined image on the screen for the translucent window and the window under the translucent window. If operation 445 determines that the translucent window is updated or operation 447 determines that the window under the translucent window is updated, operation 441 is performed to update the corresponding portion of the screen image. In a buffered window system, the images of the translucent window and the window under the translucent window are generated separately; and the window system combines the images of the windows to display the translucent window and the window under it. In a non-buffered window system, the translucent window may generate the image of the translucent window on top of the other window using the image of the window under it.  For example, the translucent window obtains the image of the window under it after the window under it draws on the frame buffer; then, the translucent window generates a combined image to update the corresponding portion of the screen.

17

APLNDC00028730

[0048]    **Figures 16 – 21** show example screen images of windows displayed according to one embodiment of the present invention. When a user starts to adjust the volume level (e.g., pressing on a function key for increasing or decreasing volume, or selecting an item from a system control menu with a cursor control device, such as a mouse or a touch pad), translucent volume window 511 appears on screen 501. Since window 511 is translucent, the portion of window 503 under window 511 is still visible. In one embodiment of the present invention, when window 511 is initially loaded, the background of volume window 511 has a high degree of transparency; and the content of window 511 has a low degree of transparency (or no transparency). Therefore, the user can easily see the content of window 511 when the user is supposed to focus on window 511. As the user provides input to adjust the volume level, window 511 remains in a state with a high degree of transparency for the background and a low degree of transparency for the content. For example, when the user decreases the volume level (e.g., pressing a function key, or an array key), the volume level is decreased as indicated by window 521 in **Figure 17**. When the user further decreases the volume level to mute the speakers, window 531 changes an icon to indicate that the speakers are muted, as shown in **Figure 18**. When the user starts to adjust the brightness of the monitor, translucent brightness window 541 appears, as shown in **Figure 19**, while the volume window is hidden (or destroyed, or converted into the brightness window by redrawing the icon and the level bar). If the user stops providing input for the brightness window for an amount of time (e.g., a predetermined amount of time, a randomly selected amount of time, a time period determined according to a system condition or other criteria, a time period calculated on the fly, or a time period specified by a user) window 541 starts to fade away and be destroyed, as shown in **Figures 20** and **21**. In one embodiment of the present invention, when a translucent window starts to fade away, the degree of transparency of the content in the

18

translucent window is increased to allow the user to see better the window under the translucent window, as illustrated by window 551 in **Figure 20**. Thus, the degree of transparency of the window can be adjusted during the life cycle of the window to lead the focus point of the user. Further, a user may specify the degree of transparency of the window (e.g., as a preference parameter). The image of the window may fade out smoothly in an animation; or the image of the window may fade out in a number of discrete steps. The degree of translucency, the speed for fading out, the discrete levels of translucency for fading out, the time to expire, and/or other parameters for controlling the display of the window may be set by the user or adjusted by the system (or application software programs) automatically according to system conditions or other criteria. For example, the system (or application programs) may adjust the time to expire according to the number of translucent windows displayed concurrently on the screen; or the system (or an application program) may adjust the initial degree of translucency according to the color pattern at the location where the translucent window is displayed.

[0049]     In the foregoing specification, the invention has been described with reference to specific exemplary embodiments thereof. It will be evident that various modifications may be made thereto without departing from the broader spirit and scope of the invention as set forth in the following claims. The specification and drawings are, accordingly, to be regarded in an illustrative sense rather than a restrictive sense.

APLNDC00028732

| Substitute for Form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | Not Yet Assigned |
| | | | Filing Date | February 1, 2008 |
| | | | First Named Inventor: | Imran Chaudhri, et al. |
| | | | Art Unit | Not Yet Assigned |
| | | | Examiner Name | Not Yet Assigned |
| **Sheet** | 1 | of | Attorney Docket Number | 004860.P2874C3 |

*(note: "Sheet 1 of 1" spans across)*

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2](if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 5,333,272 B1 | 7/26/1994 | Capek et al. | |
| | | US- 5,838,318 B1 | 11/17/1998 | Porter et al. | |
| | | US- 5,929,854 B1 | 7/27/1999 | Ross | |
| | | US- 6,008,809 B1 | 12/28/1999 | Brooks | |
| | | US- 6,246,407 B1 | 6/12/2001 | Wilks et al. | |
| | | US- 6,307,545 B1 | 10/23/2001 | Conrad et al. | |
| | | US- 6,409,603 B1 | 6/25/2002 | Nishino et al. | |
| | | US- 6,600,500 B1 | 7/29/2003 | Yamamoto | |
| | | US- 6,654,036 B1 | 11/25/2003 | Jones | |
| | | US- 6,670,970 B1 | 12/30/2003 | Bonura et al. | |
| | | US- 2002/0191028 A1 | 12/19/2002 | Senechalle et al. | |
| | | US- 2003/0001899 A1 | 1/2/2003 | Partanen et al. | |
| | | US- 2003/0016253 A1 | 1/23/2003 | Aoki et al. | |
| | | US- 2003/0043197 A1 | 3/6/2003 | Kremer et al. | |
| | | US- 2003/0051228 A1 | 3/13/2003 | Martinez et al. | |
| | | US- 2003/0145060 A1 | 7/31/2003 | Martin | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
**If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.**

Based on Form PTO/SB/08A (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 09/10/03.



Fig. 1

APLNDC00028734



Fig. 2

APLNDC00028735

211

213



215

Fig. 3

APLNDC00028736



Fig. 4

APLNDC00028737



231

Fig. 5

APLNDC00028738



Fig. 6

APLNDC00028739



Fig. 7

APLNDC00028740



Fig. 8

APLNDC00028741



Fig. 9

APLNDC00028742



Fig. 10

APLNDC00028743



301

303

| Name | Date | Size |
|------|------|------|
| Favorite | 3/15/02 1:20 PM | |
| Video Clips | 4/15/02 5:20 AM | |
| Images | 3/25/02 10:20 PM | |
| Temp | 4/22/02 11:20 AM | |

Folder A

Battery

0   25   50   75   100

New Message Arrived

8 Unread messages

351

361

Fig. 11

APLNDC00028744



Display a user interface window (e.g., a translucent window which when displayed on top of a portion of a second window allows the user to see the portion of the second window through the translucent window) — 401

Automatically close the user interface window (e.g., fade out an image of the window and destroy the window) without user input (e.g., after a timer expired, or after a determination that a system status is changed or a condition is met, or after receiving input that is not associated with any user input device) — 403

Fig. 12

APLNDC00028745



Display a first window in response to an input (e.g., an input from a user input device, or an input that is not associated with any user input device, such as an input trigged by a system event, a change in system status, ringing signals on a phone line, or inputs initiated by the operating system) — 411

Start a timer — 413

Close the first window when the timer expired (e.g., fade out an image of the first window and destroy the first window) — 415

Fig. 13



Receive an input (e.g., a user input from a user input device, such as a keyboard, a mouse, a track ball, a touch pad, a touch screen, a joy sticker, a button, or others) from a digital processing system — 421

Display a first translucent window on a display device (e.g., a LCD display, a CRT monitor, a touch screen, or others) of the digital processing system (e.g., on top of a portion of a second window), where the first window does not close in response to any input from a user input device of the digital processing system — 423

Start a timer — 425

Process the input — 433

Is an input (e.g., a user input or a system input) for the first window received ? — 427

Restart the timer — 431

Is a second translucent window displayed ? — 429

Reposition (or hide) the first translucent window — 435

Close the first translucent window when the timer expired (e.g., fade out an image of the first window and destroy the first window) — 437

Fig. 14

APLNDC00028747



Fig. 15

APLNDC00028748



Fig. 16

APLNDC00028749



Fig. 17

APLNDC00028750



Fig. 18

APLNDC00028751



Fig. 19

APLNDC00028752



Fig. 20

APLNDC00028753



Fig. 21

APLNDC00028754

**PATENT APPLICATION SERIAL NO.**_____

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### <u>FEE RECORD SHEET</u>

```
02/04/2008 EAYALEW1 00000060 022666   12012384

01 FC:1011                   310.00 OP
02 FC:1111                   510.00 OP
03 FC:1311                   210.00 OP
04 FC:1201                  1890.00 OP
05 FC:1202      2100.00 DA  1400.00 OP
```

## PTO-1556
(5/87)

*U.S. Government Printing Office: 2002- 489-267/69033

APLNDC00028755

PTO/SB/06 (10-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number: **12,012,884**

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | $155 | | N/A | $310 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $255 | | N/A | $510 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $105 | | N/A | $210 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 90 minus 20 = | 70 | X $25 = | | OR | X $50 = | 3500 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 12 minus 3 = | 9 | X $105 = | | | X $210 = | 1890 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | $130 | | | $260 | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | $185 | | | $370 | |
| | | | | | | TOTAL | 6420 |

* If the difference in column 1 is less than zero, enter "0" in column 2.

1    50
19   51    83
25   69    87
36   75
44   75

TOTAL

### APPLICATION AS AMENDED – PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $25 = | | OR | X $50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $105 = | | OR | X $210 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | $185 | | OR | $370 | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $25 = | | OR | X $50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $105 = | | OR | X $210 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | $185 | | OR | $370 | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00028756



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | 2173 | 6420 | 004860.P2874C3 | 90 | 12 |

**CONFIRMATION NO. 2279**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**FILING RECEIPT**

*OC000000028506236*

Date Mailed: 02/28/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Imran Chaudhri, San Francisco, CA;
Bas Ording, San Francisco, CA;

**Power of Attorney:**

Edwin Taylor--25129
James Scheller Jr--31195
Lester Vincent--31460
James Thein--31710
Helene Workman--35981

Edward Scott IV--36000
Michael Mallie--36591
Daniel De Vos--37813
Sheryl Holloway--37850
Farzad Amini--42261

**Domestic Priority data as claimed by applicant**

This application is a CON of 11/635,847 12/08/2006
which is a CON of 10/193,573 07/10/2002 PAT 7,343,566

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 02/26/2008

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/012,384**

**Projected Publication Date:**  To Be Determined - pending completion of Corrected Papers

**Non-Publication Request:** No

**Early Publication Request:** No

APLNDC00028757

**Title**

      Method and apparatus for displaying a window for a user interface

**Preliminary Class**

      715

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

APLNDC00028758

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00028759

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 |

**CONFIRMATION NO. 2279**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**FORMALITIES LETTER**

*OC000000028506237*

Date Mailed: 02/28/2008

# NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings have a line quality that is too light to be reproduced (weight of all lines and letters must be heavy enough to permit adequate reproduction) or text that is illegible (reference characters, sheet numbers, and view numbers must be plain and legible) see 37 CFR 1.84(l) and (p)(1)); See Figure(s) 10.
  - The drawings submitted to the Office are not electronically reproducible because portions of figures 2-6, 16-21 are missing and/or blurry.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

page 1 of 2

APLNDC00028760

Replies should be mailed to:

      Mail Stop Missing Parts
      Commissioner for Patents
      P.O. Box 1450
      Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.


/spathammavong/

_____

Office of Initial Patent Examination (571) 272-4000 or 1-800-PTO-9199

APLNDC00028761

Attorney's Docket No.: 004860.P2874C3                                    Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | )   Examiner: Not yet assigned |
|    Imran Chaudhri, et al. | )   Art Group: 2173 |
| Application No.: 12/012,384 | )   Confirmation No.: 2279 |
| Filed: February 1, 2008 | ) |
| For:   METHOD AND APPARATUS FOR<br>       DISPLAYING A WINDOW FOR A<br>       USER INTERFACE | ) |

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS
(FILING DATE GRANTED)

Sir:

In response to the Notice to File Corrected Application Papers (Filing Date Granted) mailed February 28, 2008, please find enclosed:

(1)      Replacement Drawings twenty-one sheets with twenty-one figures.

In this Notice, the line quality in Figures 2-6 and 16-21 was indicated as "too light to be reproduced" or "missing or blurry" by the Notice; in response, please note that differences in the shading in the figures is used to accurately depict the invention consistent with the specification. Replacement Figures 2-6 have been darkened and should be accepted. Figures 16-21 show examples of screen images which included regions which fade away; see paragraph [0048]. Hence, at least some of the drawings are meant to depict a sequence of images, over time, in which some of the regions fade away

APLNDC00028762

and hence are more difficult to see.  The replacements drawings, filed herewith were not altered to change their content but were darkened to meet the requirements of compliance for the replacement drawings.

If any additional fee is required, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated:  May 27, 2008

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085-4040
(408) 720-8300

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

May 27, 2008

Date of Deposit

Cathi L.G. Thoorsell

Name of Person Filing Correspondence

Signature                              May 27, 2008

                                       Date

APLNDC00028763

Replacement Sheet 1 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 1

APLNDC00028764

Replacement Sheet 2 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 2

APLNDC00028765

Replacement Sheet 3 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008

211

213



215

Fig. 3

APLNDC00028766

Replacement Sheet 4 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 4

APLNDC00028767

Replacement Sheet 5 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008

231



Fig. 5

APLNDC00028768

Replacement Sheet 6 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 6

APLNDC00028769

Replacement Sheet 7 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 7

APLNDC00028770

Replacement Sheet 8 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 8

APLNDC00028771

Replacement Sheet 9 / 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 9

APLNDC00028772

Replacement Sheet 10/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 10

APLNDC00028773

Replacement Sheet 11/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 11

APLNDC00028774

Replacement Sheet 12/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Display a user interface window (e.g., a translucent window which when displayed on top of a portion of a second window allows the user to see the portion of the second window through the translucent window) — 401

Automatically close the user interface window (e.g., fade out an image of the window and destroy the window) without user input (e.g., after a timer expired, or after a determination that a system status is changed or a condition is met, or after receiving input that is not associated with any user input device) — 403

Fig. 12

APLNDC00028775

Replacement Sheet 13/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Display a first window in response to an input (e.g., an input from a user input device, or an input that is not associated with any user input device, such as an input trigged by a system event, a change in system status, ringing signals on a phone line, or inputs initiated by the operating system) — 411

Start a timer — 413

Close the first window when the timer expired (e.g., fade out an image of the first window and destroy the first window) — 415

Fig. 13

APLNDC00028776