EXHIBIT 6.03

Replacement Sheet 14/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008

```
┌─────────────────────────────────────────┐
│ Receive an input (e.g., a user input from│      421
│ a user input device, such as a keyboard, │
│ a mouse, a track ball, a touch pad, a    │
│ touch screen, a joy sticker, a button, or│
│ others) from a digital processing system │
└─────────────────────────────────────────┘

┌─────────────────────────────────────────┐
│ Display a first translucent window on a  │      423
│ display device (e.g., a LCD display, a   │
│ CRT monitor, a touch screen, or others)  │
│ of the digital processing system (e.g.,  │
│ on top of a portion of a second window), │
│ where the first window does not close in │
│ response to any input from a user input  │
│ device of the digital processing system  │
└─────────────────────────────────────────┘

         ┌──────────────┐
         │ Start a timer │      425
         └──────────────┘

                                ┌──────────────────┐
                                │ Process the input │      433
                                └──────────────────┘

        ╱╲
       ╱   ╲  Is an input       427
      ╱     ╲ (e.g., a user
     ╱       ╲ input or a
     ╲       ╱ system input) ──yes──┐  ┌──────────────────┐
      ╲     ╱ for the first         │  │ Restart the timer │   431
       ╲   ╱  window received       │  └──────────────────┘
        ╲ ╱   ?
         │ no
         │
        ╱╲
       ╱   ╲                  429
      ╱     ╲ Is a second
     ╱       ╲ translucent ──yes──┐
     ╲       ╱ window displayed    │  ┌──────────────────────────┐
      ╲     ╱ ?                    │  │ Reposition (or hide) the  │   435
       ╲   ╱                       │  │ first translucent window  │
        ╲ ╱                        │  └──────────────────────────┘
         │ no
         │
┌──────────────────────────────────────────┐
│ Close the first translucent window when   │   437
│ the timer expired (e.g., fade out an image│
│ of the first window and destroy the first │
│ window)                                    │
└──────────────────────────────────────────┘
```

Fig. 14

APLNDC00028777

Replacement Sheet 15/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 15

APLNDC00028778

Replacement Sheet 16/21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 16

APLNDC00028779

Replacement Sheet 17/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 17

APLNDC00028780

Replacement Sheet 18/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 18

APLNDC00028781

Replacement Sheet 19/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 19

APLNDC00028782

Replacement Sheet 20/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008



Fig. 20

APLNDC00028783

Replacement Sheet 21/ 21
Attorney Docket No.: 004860.P2874C3
Filing Date: February 1, 2008

501



Fig. 21

APLNDC00028784

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3363522 |
| **Application Number:** | 12012384 |
| **International Application Number:** | |
| **Confirmation Number:** | 2279 |
| **Title of Invention:** | Method and apparatus for displaying a window for a user interface |
| **First Named Inventor/Applicant Name:** | Imran  Chaudhri |
| **Customer Number:** | 8791 |
| **Filer:** | James Scheller Jr./Cathi Thoorsell |
| **Filer Authorized By:** | James Scheller Jr. |
| **Attorney Docket Number:** | 004860.P2874C3 |
| **Receipt Date:** | 27-MAY-2008 |
| **Filing Date:** | 01-FEB-2008 |
| **Time Stamp:** | 20:35:58 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 4860P2874C3_response_N CAP.pdf | 4161507<br>91bb6e5c17373f3c47f6c27b5778d097 9a880d93 | yes | 23 |

APLNDC00028785

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Applicant Response to Pre-Exam Formalities Notice | 1 | 2 |
| Drawings-only black and white line drawings | 3 | 23 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 4161507 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00028786

Attorney's Docket No.: 004860.P2874C3                              Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) Examiner:  Not yet assigned |
| | ) |
| Imran Chaudhri, et al. | ) Art Group: 2173 |
| | ) |
| Application No.: 12/012,384 | ) Confirmation No.: 2279 |
| | ) |
| Filed:  February 1, 2008 | ) |
| | ) |
| For:   METHOD AND APPARATUS FOR | ) |
| DISPLAYING A WINDOW FOR A | ) |
| USER INTERFACE | ) |

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS
### (FILING DATE GRANTED)

Sir:

In response to the Notice to File Corrected Application Papers (Filing Date
Granted) mailed February 28, 2008, please find enclosed:

(1)      Replacement Drawings twenty-one sheets with twenty-one figures.

In this Notice, the line quality in Figures 2-6 and 16-21 was indicated as "too light
to be reproduced" or "missing or blurry" by the Notice; in response, please note that
differences in the shading in the figures is used to accurately depict the invention
consistent with the specification.  Replacement Figures 2-6 have been darkened and
should be accepted.  Figures 16-21 show examples of screen images which included
regions which fade away; see paragraph [0048].  Hence, at least some of the drawings are
meant to depict a sequence of images, over time, in which some of the regions fade away

Docket: 004860.P2874C3                          - 1 -                    Appl. No.: 12/012,384

12012384

0000017 022666

120.00 DA

06/02/2008 VVANA11

01 FC:1251

APLNDC00028787

and hence are more difficult to see.  The replacements drawings, filed herewith were not altered to change their content but were darkened to meet the requirements of compliance for the replacement drawings.

If any additional fee is required, please charge Deposit Account No. 02-2666.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Dated: May 27, 2008

James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085-4040
(408) 720-8300

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

May 27, 2008
Date of Deposit

Cathi L.G. Thoorsell
Name of Person Filing Correspondence

Signature                                May 27, 2008
                                         Date

APLNDC00028788



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | 2173 | 6420 | 004860.P2874C3 | 90 | 12 |

**CONFIRMATION NO. 2279**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**UPDATED FILING RECEIPT**

|||||||| *OC000000030254414*

Date Mailed: 06/04/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Imran Chaudhri, San Francisco, CA;
Bas Ording, San Francisco, CA;

**Power of Attorney:**

Edwin Taylor--25129
James Scheller Jr--31195
Lester Vincent--31460
James Thein--31710
Helene Workman--35981

Edward Scott IV--36000
Michael Mallie--36591
Daniel De Vos--37813
Sheryl Holloway--37850
Farzad Amini--42261

**Domestic Priority data as claimed by applicant**

This application is a CON of 11/635,847 12/08/2006
which is a CON of 10/193,573 07/10/2002 PAT 7,343,566

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 02/26/2008

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/012,384**

**Projected Publication Date:** 09/11/2008

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

APLNDC00028789

**Title**

      Method and apparatus for displaying a window for a user interface

**Preliminary Class**

      715

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

APLNDC00028790

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00028791



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 |

**CONFIRMATION NO. 2279**

8791
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

**PUBLICATION NOTICE**

*OC000000032024604*

**Title:** Method and apparatus for displaying a window for a user interface

**Publication No.** US-2008-0222554-A1
**Publication Date:** 09/11/2008

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

APLNDC00028792

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 12/012,384 | | 2173 | |


OC000000038140969

## Correspondence Address/Fee Address Change

**The following fields have been set to Customer Number 45217 on 05/22/2009**
  • **Correspondence Address**
  • **Power of Attorney Address**

**The address of record for Customer Number 45217 is:**

**45217**
**APPLE INC./BSTZ**
**BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP**
**1279 OAKMEAD PARKWAY**
**SUNNYVALE, CA 94085-4040**

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

APLNDC00028793

Atty. Docket No. 04860.P2874C3                                                            <u>PATENT</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: ) | |
| ) | |
| Imran Chaudhri, et al. ) | Examiner: Hailu, Tadesse |
| ) | |
| Application No. 12/012,384 ) | Art Unit: 2173 |
| ) | |
| Filed: February 1, 2008 ) | |
| ) | Confirmation No. 2279 |
| For: METHOD AND APPARATUS FOR ) | |
| DISPLAYING A WINDOW FOR A ) | |
| USER INTERFACE ) | |
| _____ ) | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### <u>CROSS-REFERENCE TO RELATED APPLICATIONS</u>

Sir:

Applicants note that the above-referenced patent application is related to the following co-pending U.S. patent applications:

- U.S. patent application serial no. 11/635,833, filed on December 8, 2006; and
- U.S. patent application serial no. 11/635,847, filed on December 8, 2006.

Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP

Date: Sept. 22, 2009

_____
James C. Scheller, Jr.
Reg. No. 31,195

1279 Oakmead Parkway
Sunnyvale, CA 94085
(408) 720-8300

### <u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that this correspondence is being deposited with the United States Patent and Trademark Office via electronic filing through the United States Patent and Trademark Electronic Filing System on:

September 22, 2009
_____
Date of Deposit

Connie Thayer
_____
Name of Person Filing Correspondence

Connie Thayer                          9-22-09
_____          _____
Signature                                    Date

APLNDC00028794

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6124809 |
| **Application Number:** | 12012384 |
| **International Application Number:** | |
| **Confirmation Number:** | 2279 |
| **Title of Invention:** | Method and apparatus for displaying a window for a user interface |
| **First Named Inventor/Applicant Name:** | Imran  Chaudhri |
| **Customer Number:** | 45217 |
| **Filer:** | James Scheller Jr./Connie Thayer |
| **Filer Authorized By:** | James Scheller Jr. |
| **Attorney Docket Number:** | 004860.P2874C3 |
| **Receipt Date:** | 22-SEP-2009 |
| **Filing Date:** | 01-FEB-2008 |
| **Time Stamp:** | 20:57:31 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 04860P2874C3_cross_reference_to_related_applns.PDF | 32716<br>358a8aadf9df199934632e3054bdf65427b2ecbf | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

APLNDC00028795

**Total Files Size (in bytes):** 32716

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00028796

| *Index of Claims* | Application/Control No. 12012384 | Applicant(s)/Patent Under Reexamination CHAUDHRI ET AL. |
|---|---|---|
| | Examiner TADEESE HAILU | Art Unit 2173 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/03/2009 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | O | | | | | | | |
| | 17 | O | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |
| | 21 | ✓ | | | | | | | |
| | 22 | ✓ | | | | | | | |
| | 23 | ✓ | | | | | | | |
| | 24 | ✓ | | | | | | | |
| | 25 | ✓ | | | | | | | |
| | 26 | ✓ | | | | | | | |
| | 27 | ✓ | | | | | | | |
| | 28 | ✓ | | | | | | | |
| | 29 | ✓ | | | | | | | |
| | 30 | ✓ | | | | | | | |
| | 31 | ✓ | | | | | | | |
| | 32 | ✓ | | | | | | | |
| | 33 | ✓ | | | | | | | |
| | 34 | ✓ | | | | | | | |
| | 35 | ✓ | | | | | | | |
| | 36 | ✓ | | | | | | | |

APLNDC00028797

| | | |
|---|---|---|
| ***Index of Claims*** | **Application/Control No.**<br><br>12012384 | **Applicant(s)/Patent Under Reexamination**<br><br>CHAUDHRI ET AL. |
| | **Examiner**<br><br>TADEESE HAILU | **Art Unit**<br><br>2173 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐  **Claims renumbered in the same order as presented by applicant**     ☐ CPA     ☐ T.D.     ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/03/2009 | | | | | | | |
| | 37 | ✓ | | | | | | | |
| | 38 | ✓ | | | | | | | |
| | 39 | ✓ | | | | | | | |
| | 40 | ✓ | | | | | | | |
| | 41 | O | | | | | | | |
| | 42 | O | | | | | | | |
| | 43 | ✓ | | | | | | | |
| | 44 | ✓ | | | | | | | |
| | 45 | ✓ | | | | | | | |
| | 46 | ✓ | | | | | | | |
| | 47 | ✓ | | | | | | | |
| | 48 | ✓ | | | | | | | |
| | 49 | ✓ | | | | | | | |
| | 50 | ✓ | | | | | | | |
| | 51 | ✓ | | | | | | | |
| | 52 | ✓ | | | | | | | |
| | 53 | ✓ | | | | | | | |
| | 54 | ✓ | | | | | | | |
| | 55 | ✓ | | | | | | | |
| | 56 | ✓ | | | | | | | |
| | 57 | ✓ | | | | | | | |
| | 58 | ✓ | | | | | | | |
| | 59 | ✓ | | | | | | | |
| | 60 | ✓ | | | | | | | |
| | 61 | ✓ | | | | | | | |
| | 62 | ✓ | | | | | | | |
| | 63 | ✓ | | | | | | | |
| | 64 | ✓ | | | | | | | |
| | 65 | ✓ | | | | | | | |
| | 66 | O | | | | | | | |
| | 67 | O | | | | | | | |
| | 68 | ✓ | | | | | | | |
| | 69 | ✓ | | | | | | | |
| | 70 | ✓ | | | | | | | |
| | 71 | ✓ | | | | | | | |
| | 72 | ✓ | | | | | | | |

APLNDC00028798

| | | |
|---|---|---|
| **Index of Claims** | **Application/Control No.**<br><br>12012384 | **Applicant(s)/Patent Under Reexamination**<br>CHAUDHRI ET AL. |
| | **Examiner**<br><br>TADEESE HAILU | **Art Unit**<br><br>2173 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ **Claims renumbered in the same order as presented by applicant**     ☐ CPA     ☐ T.D.     ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/03/2009 | | | | | | | |
| | 73 | ✓ | | | | | | | |
| | 74 | ✓ | | | | | | | |
| | 75 | ✓ | | | | | | | |
| | 76 | O | | | | | | | |
| | 77 | O | | | | | | | |
| | 78 | O | | | | | | | |
| | 79 | ✓ | | | | | | | |
| | 80 | ✓ | | | | | | | |
| | 81 | ✓ | | | | | | | |
| | 82 | ✓ | | | | | | | |
| | 83 | ✓ | | | | | | | |
| | 84 | ✓ | | | | | | | |
| | 85 | ✓ | | | | | | | |
| | 86 | ✓ | | | | | | | |
| | 87 | ✓ | | | | | | | |
| | 88 | ✓ | | | | | | | |
| | 89 | ✓ | | | | | | | |
| | 90 | ✓ | | | | | | | |

APLNDC00028799

| *Notice of References Cited* | Application/Control No.<br>12/012,384 | Applicant(s)/Patent Under Reexamination<br>CHAUDHRI ET AL. | |
|---|---|---|---|
| | Examiner<br>TADEESE HAILU | Art Unit<br>2173 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,907,447 | 06-2005 | Cooperman et al. | 709/203 |
| * | B | US-6,828,989 | 12-2004 | Cortright, David Stanning | 715/769 |
| * | C | US-6,249,826 | 06-2001 | Parry et al. | 710/19 |
| * | D | US-6,336,131 | 01-2002 | Wolfe, Mark A. | 709/203 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20091202

APLNDC00028800



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 | 2279 |

45217          7590          12/04/2009
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| HAILU, TADESSE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2173 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/04/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00028801

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/012,384 | CHAUDHRI ET AL. |
| | **Examiner** | **Art Unit** | |
| | TADEESE HAILU | 2173 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>01 February 2008</u>.

2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-90</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>1-15,18-40,43-65,68-75 and 79-90</u> is/are rejected.

7) ☒ Claim(s) <u>16,17,41,42,66,67 and 76-78</u> is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on <u>01 February 2008</u> is/are: a) ☐ accepted or b) ☒ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>2/1/2008</u>.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____ .

APLNDC00028802

Application/Control Number: 12/012,384                                    Page 2
Art Unit: 2173

## DETAILED ACTION

1.      This Office Action is in response to the patent application number 12/012,384

filed on February 1, 2008.

2.      The pending claims 1-90 are examined herein as follows.

3.      The Information Disclosure Statement with references submitted on February 1,

2008 have been considered and entered.

### *Drawings*

3.      Figures 1-6 should be designated by a legend such as --Prior Art-- because only

that which is old is illustrated. See MPEP § 608.02(g). Corrected drawings in

compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid

abandonment of the application. The replacement sheet(s) should be labeled

"Replacement Sheet" in the page header (as per 37 CFR 1.84(c)) so as not to obstruct

any portion of the drawing figures. If the changes are not accepted by the examiner, the

applicant will be notified and informed of any required corrective action in the next Office

action. The objection to the drawings will not be held in abeyance.

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

APLNDC00028803

Application/Control Number: 12/012,384                                   Page 3
Art Unit: 2173

4.      Claims 1, 5-7, 18, 25, 26, 30-32, 43, 50, 51, 55-57, 68,  75, 79, 82, 83, 86, 87,

and  90 are rejected under 35 U.S.C. 102(e) as being anticipated by Aoki et al (US Pub

No 2003/0016253).

        Aoki teaches feedback mechanism for use with visual selection methods in

graphical user interface systems. Aoki further teaches locating, identifying, and /or

selecting hyperlink targets or active areas within and image map displayed on a web

page.

With regard to claims **1**, **26,** and **51**:

        Aoki teaches a method to display a user interface window (e.g., text window 115,

Fig. 13 or image map application window 3 or 103) for a digital processing system

(hand-held device 1).

        Aoki teaches displaying a first window (e.g., text window 115, Fig. 13) in

response to receiving a first input from a user input device (e.g., as a result of the user's

gesture of touching the stylus 102 to the displayed image map 103 displayed on display

104) of the digital processing system (1) which is capable of displaying at least a portion

of a second window (e.g., image map application window 103) concurrently with the first

window (e.g. text window 115, Fig. 13).

        Aoki also teaches setting and operating/staring a timer for a predetermined time

period (e.g., 2 seconds) (Fig. 7, paragraph 62).

        Aoki further teaches closing the first window (text window 115) in response to a

determination that the timer expired (paragraphs 82-84).

Application/Control Number: 12/012,384                                    Page 4
Art Unit: 2173

Aoki further teaches that the first window (text window 115) is displayed for a designated time period, for example, two seconds. The text window will be removed or closed from the display after the designated time period has expired. The closing of the window depends on the designated time period not to any input from a user input device of the digital processing system (paragraphs 82-84).

With regard to claims **5, 30**, **55, 82, 86, and 90**:

Aoki further teaches that said closing the text window 115 (or the first window) includes at least fading out an image of the text window (paragraphs 83, 90).

With regard to claims **6, 31,** and **56**:

Aoki also teaches manipulating, selecting, closing, identifying displayed objects on the screen via an input device of the hand -held device (e.g., paragraph 59).

With regard to claims **7, 32,** and **57**:

Aoki further teaches that the text window (115) does not respond to any input from a user input device of the digital processing system, it rather responds based on set-up time, i.e., removes itself from the display based on the set-up time (Abstract, paragraphs 82-84).

With regard to claims **18, 43, and 68**:

Aoki further teaches applying conventional graphical user interface systems using a cursor control device, such as a mouse, a joystick, a keyboard, a touch pad, a trackball, or the like in place of a touch-screen.

With regard to claims **25, 50, 75, 79, 83, and 87**:

Application/Control Number: 12/012,384                                                    Page 5
Art Unit: 2173

Aoki teaches a method to display a user interface window (e.g., text window 115,

Fig. 13 or image map application window 3 or 103) for a digital processing system

(hand-held device 1).

Aoki teaches displaying a first window (e.g., text window 115) in response to

receiving a first input (e.g., a staring of a setup time, two seconds); the first input (i.e.,

the setup time) is not associated with a user input device of the digital processing

system (Aoki, Fig. 7, paragraph 62).

Aoki also teaches setting and operating/staring a timer for a predetermined time

period (e.g., 2 seconds) (Fig. 7, paragraph 62).

Aoki further teaches closing the first window (text window 115) in response to a

determination that the timer expired (paragraphs 82-84).

## *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed
or described as set forth in section 102 of this title, if the differences between the
subject matter sought to be patented and the prior art are such that the subject
matter as a whole would have been obvious at the time the invention was made
to a person having ordinary skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which the invention was
made.

Application/Control Number: 12/012,384                                      Page 6
Art Unit: 2173

5.      <u>Claims 2, 3, 19-23, 27, 28, 44-48,  52, 53, 69-73, 80, 84 and 88 are rejected</u>

<u>under 35 U.S.C. 103(a) as being unpatentable over Aoki et al (US Pub No</u>

<u>2003/0016253) in view of Martinez et al (Us Pub No 2003/0051228).</u>

<u>With regard to claims **2**, 27, **52, 80, 84, and 88**</u>:

        While Aoki teaches displaying text window 115 over image map application

window 103 (Fig. 13), but Aoki is silent in describing the text window as a translucent

window. However, Martinez discloses a translucent window (e.g., 518, Fig. 5B), where

the portion of the second window is visible while under the window 518 (Abstract, Fig.

5B). Martinez and Aoki are analogous art because they are from the same field of

endeavor, graphical user interface. At the time of the invention, it would have been

obvious to a person of ordinary skill in the art to modify or replace the text window (115)

of Aoki with translucent window (518) as shown by Martinez because the translucent

window enables the underneath portion of the window to be visible, and user will be

able to interact through the window (see Fig. 5B). Therefore, it would have been

obvious to combine Martinez with Aoki to obtain the invention as specified in the above

claims.

With regard to claims **3**, **28,** and **53**:

        Aoki in view of Martinez further teaches and illustrated that the window, for

example, text window 115 is at the top level in a window displaying hierarchy, and

image map application window has the lowest level in a window displaying hierarchy

(Fig. 13).

With regard to claims **19, 44, and 69**:

APLNDC00028807

Application/Control Number: 12/012,384                                      Page 7
Art Unit: 2173

Aoki teaches a method to display a user interface window (e.g., text window 115, Fig. 13 or image map application window 3 or 103) for a digital processing system (hand-held device 1).

Aoki further teaches that the first window (text window 115) is displayed for a designated time period, for example, two seconds. The text window will be removed or closed from the display after the designated time period has expired. The closing of the window depends on the designated time period not to any input from a user input device of the digital processing system (paragraphs 82-84).

While Aoki teaches displaying a first window (e.g., text window 115), but Aoki does not clearly teach that the first window is a translucent window so that a portion of the underneath second window capable being displayed. However, Martinez discloses a translucent window (e.g., 518, Fig. 5B), where the portion of the second window is visible while under the window 518 (Abstract, Fig. 5B). Martinez and Aoki are analogous art because they are from the same field of endeavor, graphical user interface. At the time of the invention, it would have been obvious to a person of ordinary skill in the art to modify or replace the text window (115) of Aoki with translucent window (518) as shown by Martinez because the translucent window enables the underneath portion of the window to be visible, and user will be able to interact through the window (see Fig. 5B). Therefore, it would have been obvious to combine Martinez and Aoki to obtain the invention as specified in claim 19.

With regard to claims **20**, **45,** and **70**:

APLNDC00028808

Application/Control Number: 12/012,384                                      Page 8
Art Unit: 2173

Aoki in view of Martinez teaches starting a timer that is setting a timer and for a

predetermined time period (e.g., 2 seconds) (Aoki, Fig. 7, paragraph 62).

 With regard to claims **21, 46,** and **71**:

Aoki in view of Martinez teaches receiving an input, a timer input (e.g., starting a

timer) the input not associated with a user input device of the digital processing system

wherein said closing the first window is in response to the input (removing the window is

based on the setup time) (Aoki, Fig. 7, paragraph 62).

With regard to claims **22, 47,** and **72**:

Aoki in view of Martinez teaches determining whether or not a condition is met

(i.e., the predetermined setup time reached); wherein said closing the first window is in

response to a determination that the condition is met (Aoki, Abstract, paragraphs 82-

84).

With regard to claims **23, 48,** and **73**:

Aoki in view of Martinez teaches that closing the first window comprises fading

out an image of the first window (Aoki, paragraphs 83, and 90).


6.      <u>Claims 4, 24, 29, 49, 54, and  74   are rejected under 35 U.S.C. 103(a) as being</u>

<u>unpatentable over Aoki et al (US Pub No 2003/0016253) in view of Martinez et al (Us</u>

<u>Pub No 2003/0051228) and further in view of Wilks et al (US Pat No 6,246,407).</u>

While Aoki in view of Martinez teaches a translucent window, but fails to teach

that the translucent window is adjustable. Wilks, however, teaches multi-state window

26 with a focus, and may change from a translucent state to an opaque state, may

APLNDC00028809

change color, may change translucency, and/or may be highlighted (Wilks, column 3,

lines 4-19, Abstract). Thus, Wilks at least teaches an adjustable translucent window as

recited in claim 4. Martinez, Aoki, and Wilks are analogous art because they are from

the same field of endeavor, graphical user interface. At the time of the invention, it

would have been obvious to a person of ordinary skill in the art to provide translucent

window of Aoki and Martinez with an adjustable or changeable translucency of Wilks'.

The suggestion/motivation for doing so would have been to provide a user with

changeable and preferable translucent window display. Therefore, it would have been

obvious to combine Martinez and Aoki with Wilks to obtain the invention as specified in

the above claims

7.    <u>Claims 8-15, 33-40, 58-65, 81, 85, and 89 are rejected under 35 U.S.C. 103(a)</u>

<u>as being unpatentable over Aoki et al (US Pub No 2003/0016253) in view of Jones (US</u>

<u>Pat No 6,654,036).</u>

Wile Aoki teaches dynamically adjusting active areas (or hyperlink targets)

paragraph 77), but Aoki does not clearly teach the following limitations "repositioning the

first window in response to a third window being displayed." (Claims **8, 33**, **58, 81, 85**

**and 89**); "hiding the first window in response to a third window being displayed at a

location where the first window is displayed." (Claims **9, 34** and **59**); "repositioning the

first window on a display in response to a second input for the first window." (Claims **10,**

**35,**   and **60**); "the second input indicates that a third window is displayed." (Claims **11,**

**36, and 61**); "the second input is received from a user input device of the digital

processing system." (Claims **12, 37 and 62**); "adjusting a position of the first window in

APLNDC00028810

a window displaying hierarchy in response to a third input." (Claims **13, 38 and 63**);
"determining a position on a display of the digital processing system independent of a
position of a cursor on the display; wherein the first window is displayed at the position."
(Claims **14, 39 and 64**); and "the position is centered horizontally on the display."
(Claims **15, 40 and 65**). Jones, however, teaches controlling the relative positioning of
multiple windows displayed on an output device. Jones teaches and illustrates
manipulating the displayed windows comprising repositioning any one of the window
relative to other windows, hiding or overlapping one window with another window;
adjusting a position (e.g., in any direction, centered horizontal or vertically) of one
window in response to the selecting/displaying of another window (e.g., Figs. 3A-3E,
10A-10C, 11, column 10, lines 21-54). Aoki and Jones are analogous art because they
are from the same field of endeavor, graphical user interface. At the time of the
invention, it would have been obvious to a person of ordinary skill in the art to provide
the hand-held device of Aoki with the several window manipulation techniques of Jones
in order to provide a less cluttered display area as suggested by Aoki (paragraph 77).
Therefore, it would have been obvious to combine Aoki with Jones to obtain the
invention as specified in the above claims.

### *Allowable Subject Matter*

8.      Claims 16, 17, *41, 42,* 66, 67, 76, 77, and 78 are objected to as being dependent
upon a rejected base claim, but would be allowable if rewritten in independent form
including all of the limitations of the base claim and any intervening claims. The prior art

Application/Control Number: 12/012,384                                        Page 11
Art Unit: 2173

of records does not clearly teach *"restarting the timer in response to receiving a second input for the first window"* as recited in the above claims.

## CONCLUSION

9.      Any inquiry concerning this communication or earlier communications from the Examiner should be directed to Tadesse Hailu, whose telephone number is (571) 272-4051. The Examiner can normally be reached on M-F from 10:30 – 7:00 ET. If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's supervisor, Kieu Vu,   can be reached at (571) 272-4057 Art Unit 2173.

10.     An inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

 /Tadesse  Hailu/
Primary Examiner, Art Unit 2173

APLNDC00028812

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L3 | 1004 | (display$4 render$4) same (warn$5 alert$4 notice notification ) same (time gradual$4 slowly ) with (dim$4 disapear$4 remov$4 disappear$4) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/12/03 11:22 |
| L4 | 48 | (display$4 render$4) same (warn$5 alert$4 notice notification ) same (window pane dialog$4) with (time gradual$4 slowly ) with (dim$4 disapear$4 remov$4 disappear$4) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/12/03 11:26 |
| L5 | 12 | ("20010034769" \| "20020083139" \| "20020099777" \| "20020198951" \| "20030171971" \| "20040172454" \| "20050210114" \| "5748884" \| "6108688" \| "6272532" \| "6327656" \| "6828989").PN. | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:38 |
| L6 | 3356 | notification.ti. | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:42 |
| L7 | 1 | 6 and timer same (window dialog$4) with (disappear$4 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:43 |
| L8 | 17 | 6 and (period timer time) same (window dialog$4) with (disappear$4 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:43 |

APLNDC00028813

| L9 | 2 | 6 and (reminder notice messag$4 notificaion reminder) with (translucent$4 transparent$4) same (window pane box) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:50 |
| L10 | 748 | (reminder notice messag $4 notificaion reminder) with (translucent$4 transparent$4) same (window pane box) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:51 |
| L11 | 57 | 10 and (period timer time) same (window dialog$4) with (disappear$4 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:51 |
| L12 | 77 | 10 and (period timer time) same (window message pane dialog $4) with (disappear$4 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:51 |
| L13 | 91 | 10 and (period timer time) same (window message pane dialog $4) with (disappear$4 gradual$4 slow$5 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:52 |
| L14 | 51 | 10 and (period timer time) with (window message pane dialog $4) with (disappear$4 gradual$4 slow$5 remov$4) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:52 |
| L15 | 29 | 10 and (automatic$4 automat$4) same (timer time period predetemined predefined) same (disappear$4 remov$4 ) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:57 |
| L16 | 90 | 10 and (message window notice window pane dialog$4 reminder notification) with (timer time period predetemined predefined) same (disappear$4 remov$4 ) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 11:59 |

APLNDC00028814

| L17 | 0 | 10 and (message window notice window pane dialog$4 reminder notification) with (timer time period) near7 (predetemined predefined) same (disappear$4 remov$4 ) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/12/03 12:00 |

**EAST Search History (Interference)**

<This search history is empty>

**12/3/09 12:02:33 PM**
**C:\Documents and Settings\THailu\My Documents\EAST\Workspaces\default.wsp**

APLNDC00028815

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12012384 | CHAUDHRI ET AL. |
| | **Examiner** | **Art Unit** |
| | TADEESE HAILU | 2173 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST - Searched all the databases including USPAT, PGPUB, EPO, JPO, DERWENT & IBM-TDB | 12/3/09 | TH |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

APLNDC00028816

| Substitute for Form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | Not Yet Assigned |
| | Filing Date | February 1, 2008 |
| | First Named Inventor: | Imran Chaudhri, et al. |
| | Art Unit | Not Yet Assigned |
| | Examiner Name | Not Yet Assigned |

| **Sheet** | 1 | **of** | 1 | Attorney Docket Number | 004860.P2874C3 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /T.H./ | | US- 5,333,272 B1 | 7/26/1994 | Capek et al. | |
| | | US- 5,838,318 B1 | 11/17/1998 | Porter et al. | |
| | | US- 5,929,854 B1 | 7/27/1999 | Ross | |
| | | US- 6,008,809 B1 | 12/28/1999 | Brooks | |
| | | US- 6,246,407 B1 | 6/12/2001 | Wilks et al. | |
| | | US- 6,307,545 B1 | 10/23/2001 | Conrad et al. | |
| | | US- 6,409,603 B1 | 6/25/2002 | Nishino et al. | |
| | | US- 6,600,500 B1 | 7/29/2003 | Yamamoto | |
| | | US- 6,654,036 B1 | 11/25/2003 | Jones | |
| | | US- 6,670,970 B1 | 12/30/2003 | Bonura et al. | |
| | | US- 2002/0191028 A1 | 12/19/2002 | Senechalle et al. | |
| | | US- 2003/0001899 A1 | 1/2/2003 | Partanen et al. | |
| | | US- 2003/0016253 A1 | 1/23/2003 | Aoki et al. | |
| | | US- 2003/0043197 A1 | 3/6/2003 | Kremer et al. | |
| | | US- 2003/0051228 A1 | 3/13/2003 | Martinez et al. | |
| | | US- 2003/0145060 A1 | 7/31/2003 | Martin | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

| Examiner Signature | /Tadesse Hailu/ | Date Considered | 12/03/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.**
**If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.**

Based on Form PTO/SB/08A (08-03) as modified by BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP on 09/10/03.

APLNDC00028817

Attorney Docket No.: 4860P2874C3 PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of:<br><br>Imran Chaudhri, et al.<br><br>Serial No.: 12/012,384<br><br>Filed: February 1, 2008<br><br>For: METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE | Examiner: Hailu, Tadesse<br><br>Art Unit: 2173<br><br>Confirmation No.: 2279<br><br>**CERTIFICATE OF TRANSMISSION**<br>I hereby certify that this correspondence is being submitted electronically via EFS Web on the date shown below.<br><br>/Adriena M. Garcia/                March 4, 2010<br>**Adriena M. Garcia                     Date** |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

# AMENDMENT

Sir:

In response to the Office Action mailed December 4, 2009, applicant respectfully

requests that the above-identified application be amended as follows.

APLNDC00028818

**IN THE DRAWING**

Please replace Figures 2-6 with the attached replacement Figures 2-6.

APLNDC00028819

## IN THE CLAIMS

Please amend the claims as follows.


1.      (Currently Amended)  A method to display a user interface window for a digital processing system, the method comprising:

displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen;

starting a timer; and

closing the first window in response to a determination that the timer expired;

wherein the first window does not close in response to any input from a user input device of the digital processing system, wherein the first window has been displayed independently from a position of a cursor on the screen.


2.      (Original)  A method as in claim 1 wherein the first window is translucent; and the portion of the second window is visible while under the first window.


3.      (Original)  A method as in claim 2 wherein the first window is at a top level in a window displaying hierarchy.


4.      (Original)  A method as in claim 2 wherein a degree of translucency of the first window is adjustable.

APLNDC00028820

5.      (Original)  A method as in claim 1 wherein said closing the first window comprises:

fading out an image of the first window.

6.      (Original)  A method as in claim 1 wherein the second window, if displayed, does close

in response to an input from a user input device of the digital processing system.

7.      (Original)  A method as in claim 6 wherein the first window does not respond to any

input from a user input device of the digital processing system.

8.      (Original)  A method as in claim 1 further comprising:

repositioning the first window in response to a third window being displayed.

9.      (Original)  A method as in claim 1 further comprising:

hiding the first window in response to a third window being displayed at a location where

the first window is displayed.

10.     (Original)  A method as in claim 1 further comprising:

repositioning the first window on a display in response to a second input for the first

window.

11.     (Original)  A method as in claim 10 wherein the second input indicates that a third

window is displayed.

APLNDC00028821

12.     (Original)  A method as in claim 10 wherein the second input is received from a user input device of the digital processing system.

13.     (Original)  A method as in claim 10 further comprising:

adjusting a position of the first window in a window displaying hierarchy in response to a third input.

14.     (Original)  A method as in claim 1 further comprising:

determining a position on a display of the digital processing system independent of a position of a cursor on the display;

wherein the first window is displayed at the position.

15.     (Original)  A method as in claim 14 wherein the position is centered horizontally on the display.

16.     (Original)  A method as in claim 1 further comprising:

restarting the timer in response to receiving a second input for the first window.

17.     (Original)  A method as in claim 16 wherein the second input is received from a user input device of the digital processing system.

18.     (Original)  A method as in claim 1 wherein the user input device is one of:

a) a keyboard;

APLNDC00028822

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.

19.   (Currently Amended)  A method to display a user interface window for a digital

processing system, the method comprising:

displaying a first window, the first window being translucent, at least a portion of a

second window being capable of being displayed on the digital processing system under the first

window, the portion of the second window, when present, being visible under the first window

on a screen; and

closing the first window without user input, wherein the first window has been displayed

independent from a position of a cursor on the screen.

20.   (Original)  A method as in claim 19 further comprising:

starting a timer;

wherein said closing the first window is in response to expiration of the timer.

21.   (Original) A method as in claim 19 further comprising:

receiving an input, the input not associated with a user input device of the digital

processing system;

APLNDC00028823

wherein said closing the first window is in response to the input.

22. (Original)  A method as in claim 19 further comprising:

determining whether or not a condition is met;

wherein said closing the first window is in response to a determination that the condition is met.

23. (Original)  A method as in claim 19 wherein said closing the first window comprises:

fading out an image of the first window.

24. (Original)  A method as in claim 19 wherein a degree of translucency of the first window is adjustable.

25. (Currently Amended)  A method to display a user interface window for a digital processing system, the method comprising:

displaying a first window in response to receiving a first input, the first input not associated with a user input device of the digital processing system;

~~starting a timer;~~ and

closing the first window <u>without user input</u>~~in response to a determination that the timer expired~~<u>, wherein the first window has been displayed in response to the first input that is not associated with the user input device</u>.

APLNDC00028824

26.      (Original)  A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising:

displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen;

starting a timer; and

closing the first window in response to a determination that the timer expired;

wherein the first window does not close in response to any input from a user input device of the digital processing system, wherein the first window has been displayed independently from  a position of a cursor on the screen.

27.      (Original)  A media as in claim 26 wherein the first window is translucent; and the portion of the second window is visible while under the first window.

28.      (Original)  A media as in claim 27 wherein the first window is at a top level in a window displaying hierarchy.

29.      (Original)  A media as in claim 27 wherein a degree of translucency of the first window is adjustable.

30.      (Original)  A media as in claim 26 wherein said closing the first window comprises:

fading out an image of the first window.

APLNDC00028825

31.     (Original)  A media as in claim 26 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system.

32.     (Original)  A media as in claim 31 wherein the first window does not respond to any input from a user input device of the digital processing system.

33.     (Original)  A media as in claim 26 wherein the method further comprises:
        repositioning the first window in response to a third window being displayed.

34.     (Original)  A media as in claim 26 wherein the method further comprises:
        hiding the first window in response to a third window being displayed at a location where the first window is displayed.

35.     (Original)  A media as in claim 26 wherein the method further comprises:
        repositioning the first window on a display in response to a second input for the first window.

36.     (Original)  A media as in claim 35 wherein the second input indicates that a third window is displayed.

37.     (Original)  A media as in claim 35 wherein the second input is received from a user input device of the digital processing system.

APLNDC00028826