EXHIBIT 6.05

| *Index of Claims* | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 12012384 | CHAUDHRI ET AL. |
| | **Examiner** | **Art Unit** |
| | TADEESE HAILU | 2173 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

☐  **Claims renumbered in the same order as presented by applicant**        ☐ **CPA**        ☐ **T.D.**        ☐ **R.1.47**

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/03/2009 | 06/01/2010 | | | | | | | |
| | 37 | ✓ | = | | | | | | | |
| | 38 | ✓ | = | | | | | | | |
| | 39 | ✓ | = | | | | | | | |
| | 40 | ✓ | = | | | | | | | |
| | 41 | O | = | | | | | | | |
| | 42 | O | = | | | | | | | |
| | 43 | ✓ | = | | | | | | | |
| | 44 | ✓ | = | | | | | | | |
| | 45 | ✓ | = | | | | | | | |
| | 46 | ✓ | = | | | | | | | |
| | 47 | ✓ | = | | | | | | | |
| | 48 | ✓ | = | | | | | | | |
| | 49 | ✓ | = | | | | | | | |
| | 50 | ✓ | ✓ | | | | | | | |
| | 51 | ✓ | = | | | | | | | |
| | 52 | ✓ | = | | | | | | | |
| | 53 | ✓ | = | | | | | | | |
| | 54 | ✓ | = | | | | | | | |
| | 55 | ✓ | = | | | | | | | |
| | 56 | ✓ | = | | | | | | | |
| | 57 | ✓ | = | | | | | | | |
| | 58 | ✓ | = | | | | | | | |
| | 59 | ✓ | = | | | | | | | |
| | 60 | ✓ | = | | | | | | | |
| | 61 | ✓ | = | | | | | | | |
| | 62 | ✓ | = | | | | | | | |
| | 63 | ✓ | = | | | | | | | |
| | 64 | ✓ | = | | | | | | | |
| | 65 | ✓ | = | | | | | | | |
| | 66 | O | = | | | | | | | |
| | 67 | O | = | | | | | | | |
| | 68 | ✓ | = | | | | | | | |
| | 69 | ✓ | = | | | | | | | |
| | 70 | ✓ | = | | | | | | | |
| | 71 | ✓ | = | | | | | | | |
| | 72 | ✓ | = | | | | | | | |

APLNDC00028877

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12012384 | CHAUDHRI ET AL. |
| | Examiner | Art Unit |
| | TADEESE HAILU | 2173 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 12/03/2009 | 06/01/2010 | | | | | | |
| | 73 | ✓ | = | | | | | | |
| | 74 | ✓ | = | | | | | | |
| | 75 | ✓ | ✓ | | | | | | |
| | 76 | O | = | | | | | | |
| | 77 | O | = | | | | | | |
| | 78 | O | = | | | | | | |
| | 79 | ✓ | ✓ | | | | | | |
| | 80 | ✓ | ✓ | | | | | | |
| | 81 | ✓ | ✓ | | | | | | |
| | 82 | ✓ | ✓ | | | | | | |
| | 83 | ✓ | ✓ | | | | | | |
| | 84 | ✓ | ✓ | | | | | | |
| | 85 | ✓ | ✓ | | | | | | |
| | 86 | ✓ | ✓ | | | | | | |
| | 87 | ✓ | ✓ | | | | | | |
| | 88 | ✓ | ✓ | | | | | | |
| | 89 | ✓ | ✓ | | | | | | |
| | 90 | ✓ | ✓ | | | | | | |

APLNDC00028878

**IN THE CLAIMS**

Please amend the claims as follows.


1.      (Previously Presented)  A method to display a user interface window for a digital

processing system, the method comprising:

displaying a first window in response to receiving a first input from a user input device of

the digital processing system which is capable of displaying at least a portion of a second

window concurrently with the first window on a screen;

starting a timer; and

closing the first window in response to a determination that the timer expired;

wherein the first window does not close in response to any input from a user input device

of the digital processing system, wherein the first window has been displayed independently

from a position of a cursor on the screen.


2.      (Original)  A method as in claim 1 wherein the first window is translucent; and the

portion of the second window is visible while under the first window.


3.      (Original)  A method as in claim 2 wherein the first window is at a top level in a window

displaying hierarchy.


4.      (Original)  A method as in claim 2 wherein a degree of translucency of the first window

is adjustable.

APLNDC00028879

5.      (Original)  A method as in claim 1 wherein said closing the first window comprises:

fading out an image of the first window.


6.      (Original)  A method as in claim 1 wherein the second window, if displayed, does close

in response to an input from a user input device of the digital processing system.


7.      (Original)  A method as in claim 6 wherein the first window does not respond to any

input from a user input device of the digital processing system.


8.      (Original)  A method as in claim 1 further comprising:

repositioning the first window in response to a third window being displayed.


9.      (Original)  A method as in claim 1 further comprising:

hiding the first window in response to a third window being displayed at a location where

the first window is displayed.


10.     (Original)  A method as in claim 1 further comprising:

repositioning the first window on a display in response to a second input for the first

window.


11.     (Original)  A method as in claim 10 wherein the second input indicates that a third

window is displayed.

APLNDC00028880

12.     (Original)  A method as in claim 10 wherein the second input is received from a user input device of the digital processing system.

13.     (Original)  A method as in claim 10 further comprising:

        adjusting a position of the first window in a window displaying hierarchy in response to a third input.

14.     (Original)  A method as in claim 1 further comprising:

        determining a position on a display of the digital processing system independent of a position of a cursor on the display;

        wherein the first window is displayed at the position.

15.     (Original)  A method as in claim 14 wherein the position is centered horizontally on the display.

16.     (Original)  A method as in claim 1 further comprising:

        restarting the timer in response to receiving a second input for the first window.

17.     (Original)  A method as in claim 16 wherein the second input is received from a user input device of the digital processing system.

18.     (Original)  A method as in claim 1 wherein the user input device is one of:

        a) a keyboard;

APLNDC00028881

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.

19.    (Previously Presented)  A method to display a user interface window for a digital processing system, the method comprising:

displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and

closing the first window without user input, wherein the first window has been displayed independent from a position of a cursor on the screen.

20.    (Original)  A method as in claim 19 further comprising:

starting a timer;

wherein said closing the first window is in response to expiration of the timer.

21.    (Original) A method as in claim 19 further comprising:

receiving an input, the input not associated with a user input device of the digital processing system;

APLNDC00028882

wherein said closing the first window is in response to the input.

22.     (Original)  A method as in claim 19 further comprising:

determining whether or not a condition is met;

wherein said closing the first window is in response to a determination that the condition

is met.

23.     (Original)  A method as in claim 19 wherein said closing the first window comprises:

fading out an image of the first window.

24.     (Original)  A method as in claim 19 wherein a degree of translucency of the first window

is adjustable.

25.     (Canceled)

26.     (Original)  A machine readable media containing executable computer program

instructions which when executed by a digital processing system cause said system to perform a

method to display a user interface window, the method comprising:

displaying a first window in response to receiving a first input from a user input device of

the digital processing system which is capable of displaying at least a portion of a second

window concurrently with the first window on a screen;

starting a timer; and

closing the first window in response to a determination that the timer expired;

APLNDC00028883

wherein the first window does not close in response to any input from a user input device of the digital processing system, wherein the first window has been displayed independently from  a position of a cursor on the screen.

27.     (Original)  A media as in claim 26 wherein the first window is translucent; and the portion of the second window is visible while under the first window.

28.     (Original)  A media as in claim 27 wherein the first window is at a top level in a window displaying hierarchy.

29.     (Original)  A media as in claim 27 wherein a degree of translucency of the first window is adjustable.

30.     (Original)  A media as in claim 26 wherein said closing the first window comprises:
         fading out an image of the first window.

31.     (Original)  A media as in claim 26 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system.

32.     (Original)  A media as in claim 31 wherein the first window does not respond to any input from a user input device of the digital processing system.

APLNDC00028884

33.     (Original)  A media as in claim 26 wherein the method further comprises:

repositioning the first window in response to a third window being displayed.


34.     (Original)  A media as in claim 26 wherein the method further comprises:

hiding the first window in response to a third window being displayed at a location where

the first window is displayed.


35.     (Original)  A media as in claim 26 wherein the method further comprises:

repositioning the first window on a display in response to a second input for the first

window.


36.     (Original)  A media as in claim 35 wherein the second input indicates that a third window

is displayed.


37.     (Original)  A media as in claim 35 wherein the second input is received from a user input

device of the digital processing system.


38.     (Original)  A media as in claim 35 wherein the method further comprises:

adjusting a position of the first window in a window displaying hierarchy in response to a

third input.

APLNDC00028885

39.     (Original)  A media as in claim 26 wherein the method further comprises:

determining a position on a display of the digital processing system independent of a

position of a cursor on the display;

wherein the first window is displayed at the position.


40.     (Original)  A media as in claim 39 wherein the position is centered horizontally on the

display.


41.     (Original)  A media as in claim 26 wherein the method further comprises:

restarting the timer in response to receiving a second input for the first window.


42.     (Original)  A media as in claim 41 wherein the second input is received from a user input

device of the digital processing system.


43.     (Original)  A media as in claim 26 wherein the user input device is one of:

a) a keyboard;

b) a mouse;

c) a track ball;

d) a touch pad;

e) a touch screen;

f) a joy stick; and

g) a button.

APLNDC00028886

44.     (Previously Presented)  A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising:

displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and

closing the first window without user input, wherein the first window has been displayed independent from a position of a cursor on the screen.


45.     (Original)  A media as in claim 44 wherein the method further comprises:

starting a timer;

wherein said closing the first window is in response to expiration of the timer.


46.     (Original)  A media as in claim 44 wherein the method further comprises:

receiving an input, the input not associated with a user input device of the digital processing system;

wherein said closing the first window is in response to the input.


47.     (Original)  A media as in claim 44 wherein the method further comprises:

determining whether or not a condition is met;

wherein said closing the first window is in response to a determination that the condition is met.

APLNDC00028887

48.     (Original)  A media as in claim 44 wherein said closing the first window comprises:
fading out an image of the first window.


49.     (Original)  A media as in claim 44 wherein a degree of translucency of the first window
is adjustable.


50.     (Canceled)


51.     (Previously Presented)  A digital processing system to display a user interface window,
the system comprising:
        means for displaying a first window in response to receiving a first input from a user
input device of the digital processing system which is capable of displaying at least a portion of a
second window concurrently with the first window on a screen;
        means for starting a timer; and
        means for closing the first window in response to a determination that the timer expired;
        wherein the first window does not close in response to any input from a user input device
of the digital processing system, wherein the first window has been displayed independently
from  a position of a cursor on the screen.


52.     (Original)  A digital processing system as in claim 51 wherein the first window is
translucent; and the portion of the second window is visible while under the first window.

APLNDC00028888

53.     (Original)  A digital processing system as in claim 52 wherein the first window is at a top level in a window displaying hierarchy.

54.     (Original)  A digital processing system as in claim 52 wherein a degree of translucency of the first window is adjustable.

55.     (Original)  A digital processing system as in claim 51 wherein said means for closing the first window comprises:

      means for fading out an image of the first window.

56.     (Original)  A digital processing system as in claim 51 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system.

57.     (Original)  A digital processing system as in claim 56 wherein the first window does not respond to any input from a user input device of the digital processing system.

58.     (Original)  A digital processing system as in claim 51 further comprising:

      means for repositioning the first window in response to a third window being displayed.

59.     (Original)  A digital processing system as in claim 51 further comprising:

      means for hiding the first window in response to a third window being displayed at a location where the first window is displayed.

APLNDC00028889

60.     (Original)  A digital processing system as in claim 51 further comprising:

means for repositioning the first window on a display in response to a second input for

the first window.


61.     (Original)  A digital processing system as in claim 60 wherein the second input indicates

that a third window is displayed.


62.     (Original)  A digital processing system as in claim 60 wherein the second input is

received from a user input device of the digital processing system.


63.     (Original)  A digital processing system as in claim 60 further comprising:

means for adjusting a position of the first window in a window displaying hierarchy in

response to a third input.


64.     (Original)  A digital processing system as in claim 51 further comprising:

means for determining a position on a display of the digital processing system

independent of a position of a cursor on the display;

wherein the first window is displayed at the position.


65.     (Original)  A digital processing system as in claim 64 wherein the position is centered

horizontally on the display.

APLNDC00028890

66.     (Original)  A digital processing system as in claim 51 further comprising:

        means for restarting the timer in response to receiving a second input for the first

window.


67.     (Original)  A digital processing system as in claim 66 wherein the second input is

received from a user input device of the digital processing system.


68.     (Original)  A digital processing system as in claim 51 wherein the user input device is

one of:

        a) a keyboard;

        b) a mouse;

        c) a track ball;

        d) a touch pad;

        e) a touch screen;

        f) a joy stick; and

        g) a button.


69.     (Previously Presented)  A digital processing system to display a user interface window,

the system comprising:

        means for displaying a first window, the first window being translucent, at least a portion

of a second window being capable of being displayed on the digital processing system under the

first window, the portion of the second window, when present, being visible under the first

window on a screen; and

APLNDC00028891

means for closing the first window without user input , wherein the first window has been displayed independent from a position of a cursor on the screen.

70.    (Original)  A digital processing system as in claim 69 further comprising:

means for starting a timer;

wherein the first window is closed in response to expiration of the timer.

71.    (Original)  A digital processing system as in claim 69 further comprising:

means for receiving an input, the input not associated with a user input device of the digital processing system;

wherein the first window is closed in response to the input.

72.    (Original)  A digital processing system as in claim 69 further comprising:

means for determining whether or not a condition is met;

wherein the first window is closed in response to a determination that the condition is met.

73.    (Original)  A digital processing system as in claim 69 wherein said means for closing the first window comprises:

means for fading out an image of the first window.

74.    (Original)  A digital processing system as in claim 69 wherein a degree of translucency of the first window is adjustable.

APLNDC00028892

75.     (Canceled)


76.     (Original)  A method as in claim 16 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application.


77.     (Original)  A machine readable media as in claim 41 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application.


78.     (Original)  A digital processing system as in claim 66 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application.


79-90.  (Canceled)

APLNDC00028893

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8183180 |
| **Application Number:** | 12012384 |
| **International Application Number:** | |
| **Confirmation Number:** | 2279 |
| **Title of Invention:** | Method and apparatus for displaying a window for a user interface |
| **First Named Inventor/Applicant Name:** | Imran  Chaudhri |
| **Customer Number:** | 45217 |
| **Filer:** | Tatiana Rossin/Adriena Garcia |
| **Filer Authorized By:** | Tatiana Rossin |
| **Attorney Docket Number:** | 004860.P2874C3 |
| **Receipt Date:** | 09-AUG-2010 |
| **Filing Date:** | 01-FEB-2008 |
| **Time Stamp:** | 18:06:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 4860P2874C3_Response_AF_8-09-10.pdf | 62424 <br> 3e9acaefcaa1098113fd8ee81e21232ec46193c2 | yes | 17 |

APLNDC00028894

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment After Final | 1 | 1 |
| Claims | 2 | 16 |
| Applicant Arguments/Remarks Made in an Amendment | 17 | 17 |

| Warnings: | |
|---|---|
| **Information:** | |
| **Total Files Size (in bytes):** | 62424 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00028895

## REMARKS

Reconsideration of this application, as amended, is respectfully requested.

Claims 1-90 are pending.

Applicant acknowledges with appreciation the Examiner's allowance of claims 1-24, 26-49, 51-74, and 76-78.

Claims 25, 50, 75, 79, 82-83, 86-87, and 90 were rejected under 35 U.S.C. §102(e) as being anticipated by U.S. Publication No. 2003/0016253 to Aoki et al. ("Aoki"). Claims 80, 84, and 88 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aoki in view of U.S. Publication No. 2003/0051228 to Martinez et al. ("Martinez"). Claims 81, 85, and 89 were rejected under 35 U.S.C. §103(a) as being unpatentable over Aoki in view of Martinez and in view of U.S. Patent No. 6,654,036 to Jones ("Jones").

Applicant has canceled claims 25, 50, 75, and 79-90 without prejudice.

No claims have been added.  No new matter has been added.

In view of the foregoing, applicant respectfully submits the present application is now in condition for allowance.

If there are any additional charges, please charge Deposit Account No. 02-2666.


Respectfully submitted,

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP


Date: August 6, 2010                 /Tatiana Rossin/
                                     Tatiana Rossin
                                     Reg. No. 56,833

1279 Oakmead Parkway
Sunnyvale, California  94085-4040
(408) 720-8300
Customer No. 045217

APLNDC00028896

Attorney Docket No.: 4860P2874C3                                     PATENT

**AMENDMENT UNDER 37 C.F.R. § 1.116**
**EXPEDITED PROCEDURE**
**EXAMINING GROUP 2173**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of:<br><br>    Imran Chaudhri, et al.<br><br>Serial No.:  12/012,384<br><br>Filed:  February 1, 2008<br><br>For:    METHOD AND APPARATUS FOR<br>    DISPLAYING A WINDOW FOR A USER<br>    INTERFACE | Examiner:  Hailu, Tadesse<br><br>Art Unit:  2173<br><br>Confirmation No.: 2279<br><br>**CERTIFICATE OF TRANSMISSION**<br>I hereby certify that this correspondence is being submitted electronically via EFS Web on the date shown below.<br><br>/Adriena M. Garcia/       August 9, 2010<br>**Adriena M. Garcia**       **Date** |

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

# AMENDMENT

Sir:

      In response to the Final Office Action mailed June 7, 2010, applicant respectfully requests that the above-identified application be amended as follows.  Applicant respectfully submits that this amendment should be entered under 37 CFR §1.116 as it places all claims in condition for allowance.

APLNDC00028897

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>12/012,384 | Filing Date<br>02/01/2008 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  | N/A |  |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  | N/A |  |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  | N/A |  |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * |  | X $  = |  | OR | X $  = |  |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * |  | X $  = |  | OR | X $  = |  |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | **08/09/2010** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 75 | Minus ** 90 | = 0 | X $  = | | OR | X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 6 | Minus *** 12 | = 0 | X $  = | | OR | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | 0 |

|  |  | (Column 1) | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $  = | | OR | X $  = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $  = | | OR | X $  = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/KELLY HARRIS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00028898



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 45217 | 7590 | 08/12/2010 | |

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| HAILU, TADESSE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2173 | |

DATE MAILED: 08/12/2010

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 | 2279 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/12/2010 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.  THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

APLNDC00028899

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail**      Mail Stop ISSUE FEE
                                                                                Commissioner for Patents
                                                                                P.O. Box 1450
                                                                                Alexandria, Virginia 22313-1450
                                                                          **or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) |
|---|

45217        7590        08/12/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 | 2279 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/12/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HAILU, TADESSE | 2173 | 715-781000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.        ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 | 2279 |

45217          7590          08/12/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

| EXAMINER |
|---|
| HAILU, TADESSE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2173 | |

DATE MAILED: 08/12/2010

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 247 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 247 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

APLNDC00028901

| ***Notice of Allowability*** | Application No. | Applicant(s) | |
|---|---|---|---|
| | 12/012,384 | CHAUDHRI ET AL. | |
| | Examiner | Art Unit | |
| | TADEESE HAILU | 2173 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.**  This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant.  See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed August 9, 2010*.

2. ☒ The allowed claim(s) is/are <u>1-24,26-49,51-74 and 76-78</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

       a) ☐ All    b) ☐ Some*    c) ☐ None  of the:

          1. ☐ Certified copies of the priority documents have been received.

          2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

          3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below.  Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/Tadesse  Hailu/
Primary Examiner, Art Unit 2173

APLNDC00028902

| | | Application/Control No.<br>12/012,384 | | Applicant(s)/Patent Under<br>Reexamination<br>CHAUDHRI ET AL. | | |
|---|---|---|---|---|---|---|
| **Notice of References Cited** | | Examiner<br>TADEESE HAILU | | Art Unit<br>2173 | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,600,500 | 07-2003 | Yamamoto, Kimiyasu | 715/795 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20100811

APLNDC00028903

Attorney Docket No.: 4860P2874C3                                    PATENT

OK TO ENTER: /T.H./

08/11/2010

**AMENDMENT UNDER 37 C.F.R. § 1.116**
**EXPEDITED PROCEDURE**
**EXAMINING GROUP 2173**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In Re Application of: | Examiner:  Hailu, Tadesse |
|---|---|
| Imran Chaudhri, et al. | Art Unit:  2173 |
| Serial No.:  12/012,384 | Confirmation No.: 2279 |
| Filed:  February 1, 2008 | **CERTIFICATE OF TRANSMISSION**<br>I hereby certify that this correspondence is being submitted electronically via EFS Web on the date shown below. |
| For:    METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE | /Adriena M. Garcia/                    August 9, 2010<br>**Adriena M. Garcia**                      **Date** |

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

# AMENDMENT

Sir:

In response to the Final Office Action mailed June 7, 2010, applicant respectfully requests that the above-identified application be amended as follows.  Applicant respectfully submits that this amendment should be entered under 37 CFR §1.116 as it places all claims in condition for allowance.

APLNDC00028904

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 2 | "20080222554" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 11:50 |
| L2 | 571 | (display$4 with window).ti. and (automatic$4 dynamic $4) near4 display$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 11:52 |
| L3 | 5 | 2 and (display$4 render$4) near4 window same timer with (expir$4 pass$4 elaps$4 reach$4) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 11:53 |
| L4 | 15 | 2 and window with (closed terminated remov$4) with (automatic$4 dynamic$4 independent$4 (without near user)) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 12:02 |

APLNDC00028905

| L5 | 5 | 2 and translucent with window and translucent with window and display$4 and degree with translucent$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 12:04 |
| L6 | 4 | 715/781,788,768,795;719/318;345/629.ccls. and timer same translucent near3 window and without near3 user with (input interact$4) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 12:06 |
| L7 | 0 | 2 and window near4 "not" near5 (terminat$4 closing closed) with user near3 (input$4 interact$4) | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2010/08/11 12:08 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L8 | 0 | "2" and window near4 "not" near5 (terminat$4 closing closed) with user near3 (input$4 interact $4) | USPAT; UPAD | OR | ON | 2010/08/11 12:08 |
| L9 | 0 | translucent with window near4 "not" near5 (terminat$4 closing closed) with user near3 (input $4 interact$4) | USPAT; UPAD | OR | ON | 2010/08/11 12:08 |
| L10 | 0 | translucent with window near5 (terminat$4 closing closed) with user near3 (input$4 interact $4) with (timer elaps$4 reach$4 time expir$4) | USPAT; UPAD | OR | ON | 2010/08/11 12:09 |

**8/11/10 12:10:07 PM**
**C:\Documents and Settings\THailu\My Documents\EAST\Workspaces\default.wsp**

APLNDC00028906



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 2279**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 RULE | 715 | 2173 | 004860.P2874C3 |

**APPLICANTS**
  Imran Chaudhri, San Francisco, CA;
  Bas Ording, San Francisco, CA;

** CONTINUING DATA *************************
    This application is a CON of 11/635,847 12/08/2006
      which is a CON of 10/193,573 07/10/2002 PAT 7,343,566

** FOREIGN APPLICATIONS ***************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
    02/26/2008

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☐ No | | | | | |
| Verified and Acknowledged /TADEESE HAILU/ Examiner's Signature | Initials | CA | 21 | 75 ~~90~~ | 6 ~~12~~ |

**ADDRESS**

  APPLE INC./BSTZ
  BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
  1279 OAKMEAD PARKWAY
  SUITE 300
  SUNNYVALE, CA 94085-4040
  UNITED STATES

**TITLE**

  Method and apparatus for displaying a window for a user interface

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | |
|---|---|---|
| 6420 | | ☐ All Fees |
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

APLNDC00028907

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12012384 | CHAUDHRI ET AL. |
| | Examiner | Art Unit |
| | TADEESE HAILU | 2173 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 768, 781, 788, 795 | 8/11/2010 | TH |
| 719 | 318 | 8/11/2010 | TH |
| 345 | 629 | 8/11/2010 | TH |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST - Searched all the databases including USPAT, PGPUB, EPO, JPO, DERWENT & IBM-TDB | 12/3/09 | TH |
| EAST - Searched all the databases including USPAT, PGPUB, EPO, JPO, DERWENT & IBM-TDB | 8/11/2010 | TH |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 715 | 781, 768, 795,788 | 8/11/2010 | TH |

| | |
|---|---|
| | |

APLNDC00028908

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12012384 | CHAUDHRI ET AL. |
| | Examiner | Art Unit |
| | TADEESE HAILU | 2173 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | | NON-CLAIMED | |
| 715 | 781 | G | 0 | 6 | F | 17 / 00 (2006.01.01) | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
|---|---|---|---|---|---|---|---|
| 715 | 768 | 788 | 795 | | | | |
| 719 | 318 | | | | | | |
| 345 | 629 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ☐ Claims renumbered in the same order as presented by applicant | | | | | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| 1 | 1 | 17 | 17 | 33 | 33 | 50 | 49 | 65 | 65 | | 81 | | |
| 2 | 2 | 19 | 18 | 34 | 34 | | 50 | 66 | 66 | | 82 | | |
| 3 | 3 | 20 | 19 | 35 | 35 | 51 | 51 | 67 | 67 | | 83 | | |
| 4 | 4 | 21 | 20 | 36 | 36 | 52 | 52 | 69 | 68 | | 84 | | |
| 5 | 5 | 22 | 21 | 37 | 37 | 53 | 53 | 70 | 69 | | 85 | | |
| 6 | 6 | 23 | 22 | 38 | 38 | 54 | 54 | 71 | 70 | | 86 | | |
| 7 | 7 | 24 | 23 | 39 | 39 | 55 | 55 | 72 | 71 | | 87 | | |
| 8 | 8 | 25 | 24 | 40 | 40 | 56 | 56 | 73 | 72 | | 88 | | |
| 9 | 9 | | 25 | 41 | 41 | 57 | 57 | 74 | 73 | | 89 | | |
| 10 | 10 | 26 | 26 | 42 | 42 | 58 | 58 | 75 | 74 | | 90 | | |
| 11 | 11 | 27 | 27 | 44 | 43 | 59 | 59 | | 75 | | | | |
| 12 | 12 | 28 | 28 | 45 | 44 | 60 | 60 | 18 | 76 | | | | |
| 13 | 13 | 29 | 29 | 46 | 45 | 61 | 61 | 43 | 77 | | | | |
| 14 | 14 | 30 | 30 | 47 | 46 | 62 | 62 | 68 | 78 | | | | |
| 15 | 15 | 31 | 31 | 48 | 47 | 63 | 63 | | 79 | | | | |
| 16 | 16 | 32 | 32 | 49 | 48 | 64 | 64 | | 80 | | | | |

| NONE | Total Claims Allowed: | | |
|---|---|---|---|
| (Assistant Examiner)      (Date) | 75 | | |
| /TADEESE HAILU/ Primary Examiner.Art Unit 2173 | 8/11/2010 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)      (Date) | | 1 | 8 |

U.S. Patent and Trademark Office

Part of Paper No. 20100811

APLNDC00028909

PTO/SB/80 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[✓] Practitioners associated with the Customer Number: | 77970

**OR**

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|---------------------|---|------|---------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned _only_ to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[✓] The address associated with Customer Number: | 77970

_OR_

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

**SIGNATURE of Assignee of Record**
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | 1/28/2010 |
|-----------|---|------|-----------|
| Name | Richard J. Lutton, Jr. | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Sr. Director of Patents | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

APLNDC00028910

PTO/SB/96 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:  Imran Chaudhri et al.

Application No./Patent No.: 12/012,384     Filed/Issue Date: February 1, 2008

Titled:
METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

Apple Inc. _____, a  corporation _____

(Name of Assignee)      (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X]  the assignee of the entire right, title, and interest in;

2. [ ]  an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. [ ]  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ]  An assignment from the inventor(s) of the patent application/patent identified above.  The assignment was recorded in
the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a
copy therefore is attached.

**OR**

B. [X]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

    1. From: Imran Chaudhri et al. _____  To: Apple Computer, Inc. _____

        The document was recorded in the United States Patent and Trademark Office at
        Reel 013426 _____, Frame 0172 _____, or for which a copy thereof is attached.

    2. From: Apple Computer, Inc. _____  To: Apple Inc. _____

        The document was recorded in the United States Patent and Trademark Office at
        Reel 019214 _____, Frame 0039 _____, or for which a copy thereof is attached.

    3. From: _____  To: _____

        The document was recorded in the United States Patent and Trademark Office at
        Reel _____, Frame_____, or for which a copy thereof is attached.

[ ]  Additional documents in the chain of title are listed on a supplemental sheet(s).

[X]  As required by  37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/Brian K. McKnight/ _____  October 4, 2010 _____

    Signature             Date

Brian K. McKnight - Reg. No. 59,914 _____  Attorney for Assignee _____

    Printed or Typed Name             Title

This collection of information is required by 37 CFR 3.73(b).  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14.  This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8554633 |
| **Application Number:** | 12012384 |
| **International Application Number:** | |
| **Confirmation Number:** | 2279 |
| **Title of Invention:** | METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE |
| **First Named Inventor/Applicant Name:** | Imran  Chaudhri |
| **Customer Number:** | 45217 |
| **Filer:** | Brian Kevin McKnight/Amy Drury |
| **Filer Authorized By:** | Brian Kevin McKnight |
| **Attorney Docket Number:** | 004860.P2874C3 |
| **Receipt Date:** | 04-OCT-2010 |
| **Filing Date:** | 01-FEB-2008 |
| **Time Stamp:** | 15:45:43 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 8802_098_CNUS02_POA.pdf | 321415 <br> 0ea467cb8abab2c42c0a59aaaed88996b96 d2401 | yes | 2 |

APLNDC00028912

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Power of Attorney | 1 | 1 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 2 | 2 |

| Warnings: | |
|---|---|

| Information: | |
|---|---|

| Total Files Size (in bytes): | 321415 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00028913

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 |

**CONFIRMATION NO. 2279**

77970
Apple Inc.
1000 Louisiana Street
Fifty-Third Floor
Houston, TX 77002

**POA ACCEPTANCE LETTER**


*OC000000043943670*

Date Mailed: 10/12/2010

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 10/04/2010.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/nhorne/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

APLNDC00028914



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 |

**CONFIRMATION NO. 2279**
**POWER OF ATTORNEY NOTICE**

45217
APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040


*OC000000043943669*

Date Mailed: 10/12/2010

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 10/04/2010.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/nhorne/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

APLNDC00028915



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 2279**

| SERIAL NUMBER 12/012,384 | FILING OR 371(c) DATE 02/01/2008 RULE | CLASS 715 | GROUP ART UNIT 2173 | ATTORNEY DOCKET NO. 004860.P2874C3 |
|---|---|---|---|---|

**APPLICANTS**

Imran Chaudhri, San Francisco, CA;
Bas Ording, San Francisco, CA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This application is a CON of 11/635,847 12/08/2006
which is a CON of 10/193,573 07/10/2002 PAT 7,343,566

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
**\*\* 02/26/2008**

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY CA | SHEETS DRAWING 21 | TOTAL CLAIMS 90 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|

**ADDRESS**
77970

**TITLE**
METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

| FILING FEE RECEIVED 6420 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |
|---|---|---|

APLNDC00028916

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail**    Mail Stop ISSUE FEE
       Commissioner for Patents
       P.O. Box 1450
       Alexandria, Virginia 22313-1450
    **or Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

45217       7590      08/12/2010

APPLE INC./BSTZ
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
1279 OAKMEAD PARKWAY
SUITE 300
SUNNYVALE, CA 94085-4040

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Amy Drury | (Depositor's name) |
| /Amy Drury/ | (Signature) |
| November 5, 2010 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 02/01/2008 | Imran Chaudhri | 004860.P2874C3 | 2279 |

TITLE OF INVENTION: METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/12/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HAILU, TADESSE | 2173 | 715-781000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☒ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Brian K. McKnight

2 Novak Druce + Quigg LLP

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE           (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Apple Inc.                Cupertino, CA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies ___3___

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _14-1437_ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _/Brian K. McKnight/_          Date _November 5, 2010_

Typed or printed name _Brian K. McKnight_          Registration No. _59,914_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00028917

PTO/SB/47 (03-09)
Approved for use through 03/31/2012. OMB 0651-0016
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## "FEE ADDRESS" INDICATION FORM

| Address to: | Fax to: |
|---|---|
| Mail Stop M Correspondence | 571-273-6500 |
| Commissioner for Patents          - OR - | |
| P.O. Box 1450 | |
| Alexandria, VA 22313-1450 | |

> **INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form.  In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address).  A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below**: If you have a Customer Number to represent the fee address.  **When to check the second box below**: If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form.  For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[✓]  Customer Number:  **00197**

*OR*

[ ]  The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER (if known) | APPLICATION NUMBER |
|---|---|
|  | 12/012,384 |

Completed by (check one):

[ ] Applicant/Inventor

/Brian K. McKnight/
Signature

[✓] Attorney or Agent of record  59,914
(Reg. No.)

Brian K. McKnight
Typed or printed name

[ ] Assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

415-814-6161
Requester's telephone number

[ ] Assignee recorded at Reel _____ Frame_____

November 5, 2010
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more that one signature is required, see below*.

* Total of _____forms are submitted.

This collection of information is required by 37 CFR 1.363.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and  37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313- 1450. DO NOT SEND COMPLETE D FORMS TO THIS A DDRESS. **SEND TO: Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** *If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00028918

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12012384 |
| **Filing Date:** | 01-Feb-2008 |
| **Title of Invention:** | METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE |
| **First Named Inventor/Applicant Name:** | Imran Chaudhri |
| **Filer:** | Brian Kevin McKnight/Amy Drury |
| **Attorney Docket Number:** | 8802.098.CNUS02_P2874USC3 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 3 | 3 | 9 |
| **Total in USD ($)** | | | | **1819** |

APLNDC00028920

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8784295 |
| **Application Number:** | 12012384 |
| **International Application Number:** | |
| **Confirmation Number:** | 2279 |
| **Title of Invention:** | METHOD AND APPARATUS FOR DISPLAYING A WINDOW FOR A USER INTERFACE |
| **First Named Inventor/Applicant Name:** | Imran  Chaudhri |
| **Customer Number:** | 77970 |
| **Filer:** | Brian Kevin McKnight/Amy Drury |
| **Filer Authorized By:** | Brian Kevin McKnight |
| **Attorney Docket Number:** | 8802.098.CNUS02_P2874USC3 |
| **Receipt Date:** | 05-NOV-2010 |
| **Filing Date:** | 01-FEB-2008 |
| **Time Stamp:** | 19:49:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1819 |
| RAM confirmation Number | 5348 |
| Deposit Account | 141437 |
| Authorized User | MCKNIGHT,BRIAN |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

APLNDC00028921

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 8802_098_CNUS02_Issue_Fee.pdf | 91897<br>3655b43edf3be1f7373902f62fdfa0b967afc091 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Change of Address | 8802_098_CNUS02_Fee_Address.pdf | 38665<br>965b870a97b2b5d5239e02c4f65c216d282c836e | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 33944<br>91889ebe06dcad83b966063b441cf13e6d31cb81 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 164506 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00028922



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/012,384 | 12/14/2010 | 7853891 | 8802.098.CNUS02_P2874USC3 | 2279 |

77970          7590          11/23/2010
Apple Inc.
1000 Louisiana Street
Fifty-Third Floor
Houston, TX 77002

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 247 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Imran Chaudhri, San Francisco, CA;
Bas Ording, San Francisco, CA;

IR103 (Rev. 10/09)

APLNDC00028923