Clerk's Use Only
Initial for fee pd.:

ORIGINAL

FAXED

Huan-Yi Lin
Steptoe & Johnson, LLP
2121 Avenue of the Stars, Suite 2800.
Los Angeles, CA. 90067
Telephone: (310) 734-3200



FILED
2011 DEC 28 P 3: 15
RICHARD W. WIEKING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Huan-Yi Lin an active member in good standing of the bar of California, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., Samsung Electronics, America, Inc. and Samsung Telecommunications America in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

Clerk's Use Only

Initial for fee pd.:

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twain Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2011

Huan-Yi Lin

2