1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH CERTAIN DEADLINES SET BY THE COURT'S DECEMBER 22, 2011 ORDER** |

1    Defendant Samsung has moved pursuant to Civil Local Rules 6-1 and 6-3 for an order

2    extending its deadline to comply with the Court's December 22, 2011 Order.

3    Having considered the papers submitted, Samsung's Motion to Extend Time is DENIED.

4    Samsung is hereby ORDERED to disclose to Apple by 12:00 pm on January 2, 2012, the

5    following information relating to Samsung's compliance with the December 22, 2011 Order:

6    • Each individual from whose files documents were or will be searched.  To the

7    extent documents were produced from a non-individual, or central, source, that

8    source should be identified.

9    • Any search terms that were or will be used in its collection or production efforts.

10   • Any date parameters for such searches.

11   • Any other categorical limitations on the scope of collection or production.

12   **IT IS SO ORDERED.**

13   Dated:  December _____, 2011.

14

15   _____
     HONORABLE PAUL S. GREWAL

16   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28