UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO EXTEND TIME FOR COMPLIANCE WITH CERTAIN DEADLINES SET BY THE COURT'S DECEMBER 22, 2011 ORDER |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rule 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion to Extend Time for Compliance with Certain Deadlines Set by the Court's December 22, 2011 Order.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby GRANTS Samsung's Motion to Shorten Time. Apple shall file

1   and serve its opposition papers no later than 2:00 p.m. on Friday, December 30, 2011.   Samsung
2   shall not file a reply brief.   The Court will decide Samsung's motion without a hearing.
3
4   **IT IS SO ORDERED.**
5
6   DATED:   December _30_, 2011
7
8
9                                           Hon. Paul S. Grewal
                                            United States Magistrate Judge
10