1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |       Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBER 480-2**
20 |       vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Hon. Lucy H. Koh
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 |       Defendants. |
25

02198.51855/4515916.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively "Samsung") hereby move to remove Docket No.
3 480-2 (Exhibit 1 to Hutnyan Declaration) from ECF.   This document contains confidential
4 information and was inadvertently submitted publicly on December 12, 2011.   Samsung
5 contacted the ECF helpdesk the morning of December 13, 2011, and the helpdesk immediately
6 locked the document and is awaiting the Court's order to remove it from ECF.
7    That same morning, December 13, 2011, Samsung filed an amended Hutnyan Declaration
8 (Docket No. 494), which no longer references or attaches Exhibit 1.   Thus, no replacement
9 document need be filed.
10    For the foregoing reasons, Samsung respectfully requests that the Court grant this Motion
11 to Remove Incorrectly Filed Document 480-2.

13 DATED: January 3, 2012             QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

16                                    By  /s/ Victoria Maroulis
                                          Charles K. Verhoeven
17                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
18                                        Michael T. Zeller
19                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
20                                        INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC