UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBER 480-2** |

Samsung has moved to remove incorrectly filed document number 480-2. Having considered the arguments of the parties and the papers submitted, the Court hereby grants Samsung's Motion to Remove Incorrectly Filed Document Number 480-2. This document shall be removed from the publicly available docket.

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

02198.5185

1 **IT IS SO ORDERED.**

3 DATED: _____, 2012

_____
The Honorable Lucy H. Koh
United States District Court Judge