QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG TO FILE OBJECTIONS TO THE COURT'S ORDER AT DOCKET NO. 535**<br><br>Hon. Paul S. Grewal |

02198.51855/4532121.4

Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG TO FILE OBJECTIONS**

1  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively "Samsung") and Plaintiff Apple Inc.
3  ("Apple") stipulate to a 10-day extension for Samsung to file objections to the Court's December
4  22, 2011 order (Docket No. 535), to the extent that the order relates to Itay Sherman.
5  On December 12, 2011, Samsung moved to permit its design expert Itay Sherman to view
6  certain Apple confidential design-related materials under the interim protective order.   (Dkt No.
7  482.)   On December 22, 2011, the Court granted Samsung partial relief and permitted Mr.
8  Sherman to view certain categories of these documents.   (Dkt No. 535.)
9  Under FRCP 72(a) and Local Rule 72-2, Samsung's objections to the Court's order are due
10 on Thursday, January 5, 2012.   Samsung believes that it may be able to avoid filing such
11 objections if it has additional time to raise certain issues relating to Mr. Sherman with Apple.
12 Samsung and Apple therefore stipulate to and respectfully request a 10-day extension, or until
13 January 17, 2012, for Samsung to file any objections to the Order (Dkt No. 535) as they relate to
14 Mr. Sherman.   No other due dates in the case will be affected by this extension.

DATED: January 4, 2012                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By  /s/ Victoria Maroulis
                                      _____

                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC


DATED: January 4, 2012                MORRISON & FOERSTER LLP


                                      By  /s/ Richard S.J. Hung
                                      _____

                                      Attorneys for APPLE INC.

02198.51855/4532121.4

-1-   Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG TO FILE OBJECTIONS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January \_\_\_\_, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard S.J. Hung.

              */s/ Victoria Maroulis*