QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF THE STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAMSUNG TO FILE OBJECTIONS TO THE COURT'S ORDER AT DOCKET NO. 535** |

I, Brett Arnold, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The relief requested in the parties' Stipulation and Proposed Order Extending Deadline for Samsung to File Objections to the Court's Order at Docket No. 535 is intended to give the parties sufficient time to resolve several of Samsung's outstanding concerns about the Court's December 22, 2011 order regarding Samsung's expert Itay Sherman.  Samsung represented to Apple that it believes it should be allowed to show certain design documents to Mr. Sherman that were not specifically addressed in the Court's order.  Samsung also informed Apple that it hopes it can resolve its concerns directly with Apple without court intervention, or through a motion for clarification submitted directly to Magistrate Judge Grewal, to avoid filing objections with the district judge.

3. Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2, Samsung has only 14 days — that is, until Thursday, January 5, 2012 — to file with the district judge a motion for relief from the December 22 order.  The parties have scheduled a lead counsel meet and confer for that same day, January 5, to attempt to resolve issues such as this out of court.

4. Yesterday, counsel for Apple indicated that Apple would stipulate to a 10-day extension of Samsung's deadline to file objections to the Court's order (Dkt No. 535) and that Apple would be willing to discuss further extensions if the parties' progress warrants.

5. Pursuant to L.R. 6-3(a)(5), previous time modifications in the case, whether by stipulation or Court order, include the following:

    A.  On April 26, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on its motion to expedite discovery.  (Dkt No. 26.)

B. On May 9, 2011, Apple and Samsung stipulated and agreed that the time for Samsung to serve responsive pleadings pursuant to Rule 12(a) shall be 75 days after April 21, 2011.  On May 10, 2011, the Court signed the Stipulation and Order regarding an extension of time for Samsung to serve responsive pleadings.  (Dkt No. 40.)

C. On June 1, 2011, the Court granted in part Samsung's request to shorten time for hearing and briefing on Samsung's Motion to Compel Reciprocal Expedited Discovery.  (Dkt No. 59.)

D. On July 18, 2011 the Court ordered a briefing schedule related to expedited discovery and Apple's motion for a preliminary injunction, setting dates from July 2011 through the October 13, 2011 hearing on Apple's Motion for Preliminary Injunction.  (Dkt No. 115.)

E. On July 21, 2011, the Court granted the parties' stipulation to extend the time for briefing Samsung's Motion to Disqualify Counsel Bridges & Mavrakakis, LLP.  (Dkt No. 125.)

F. On September 1, 2011 the Court granted Samsung's stipulated motion to expedite briefing on Samsung's Motion to Compel Apple to Produce Documents and Things.  (Dkt No. 199)

G. On September 6, 2011 the Court granted Apple's stipulated motion to extend time for Apple to respond to Samsung's Motion to Exclude the Ordinary Observer Opinions of Apple Expert Cooper Woodring.  (Dkt No. 210.)

H. On September 20, 2011, the Court granted Samsung's unopposed motion to change the hearing date on its motion to dismiss.  (Dkt No. 244.)

I. On September 23, 2011, the Court granted Apple's motion to shorten time to expedite briefing on Apple's motion to compel.  (Dkt No. 255.)

J.  On October 3, 2011, the Court granted-in-part Samsung's motion to shorten the briefing and hearing schedule on Samsung's motion to compel. (Dkt No. 287.)

K.  On October 27, 2011, the Court granted Apple's motion to shorten time for the briefing and hearing schedule for its motion for a protective order. (Dkt No. 332.)

L.  On October 31, 2011, the Court granted Samsung's motion to shorten the briefing and hearing schedule on Samsung's motion to compel. (Dkt No. 350.)

M.  On December 9, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on Apple's motion to compel. (Dkt No. 477.)

N.  On December 13, 2011, the Court granted Samsung's motion to shorten time for briefing and hearing on Samsung's motion to compel. (Dkt. No. 499).

O.  On December 22, 2011, the Court granted Apple's motion to shorten time for briefing and hearing on Apple's motion to strike. (Dkt. No. 538).

P.  On December 30, 2011, the Court granted Samsung's motion to shorten time for briefing on Samsung's motion to extend time. (Dkt No. 566.)

6.  The present request will not affect any other deadlines in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 4, 2012.

/s/ Brett Arnold

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Brett Arnold has concurred in this filing.

*/s/ Victoria Maroulis*

02198.51855/4532700.3

-5-    Case No. 11-cv-01846-LHK

**ARNOLD DECLARATION IN SUPPORT OF THE STIPULATION TO EXTEND TIME**