

Clerk's Use Only
Initial for fee pd.:



Thomas G. Pasternak
Steptoe & Johnson, LLP
115 South LaSalle Street, Suite 3100.
Chicago, IL. 60603
Telephone: (312) 577-1265

FILED
2011 DEC 28 P 3:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC.

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,

Defendants.

CASE NO. 11-CV-01846-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Thomas G. Pasternak an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., Samsung Electronics, America, Inc. and Samsung Telecommunications America in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

Clerk's Use Only

Initial for fee pd.:

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twain Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2011

Thomas G. Pasternak