Clerk's Use Only

Initial for fee pd.:



1  Thomas G. Pasternak IL State Bar 6207512
2  Steptoe & Johnson, LLP
   115 South LaSalle Street, Suite 3100.
3  Chicago, IL. 60603
   Telephone: (312) 577-1265
4  Facsimile: (312) 577-1370
   Email: tpastern@steptoe.com

**FILED**

DEC 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC.

          Plaintiff(s),

    v.

SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA,
INC., SAMSUNG
TELECOMMUNICATIONS AMERICA,

          Defendants.

CASE NO. 11-CV-01846-LHK

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, Thomas G. Pasternak an active member in good standing of the bar of the Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., Samsung Electronics, America, Inc. and Samsung Telecommunications America in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

Clerk's Use Only

Initial for fee pd.:

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twain Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2011

Thomas G. Pasternak

2