ORIGINAL

**RECEIVED**
**DEC 29 2011**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC.<br><br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Thomas G. Pasternak, whose business address and telephone number is, 115 South La Salle Street, Suite 3100 Chicago, IL 60603, (312) 577-1265 and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Samsung Electronics Co., Ltd., Samsung Electronics, America, Inc. and Samsung Telecommunications America.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*



1

1  *vice*. Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                Hon. Lucy H. Koh
                                                United States District Judge