Clerk's Use Only

Initial for fee pd.:



| | |
|---|---|
| 1 | John Caracappa D.C. Bar No. 476543 |
| 2 | Steptoe & Johnson, LLP<br>1330 Connecticut Ave., N.W. |
| 3 | Washington, D.C. 20036<br>Telephone: (202) 429-6267 |
| 4 | Facsimile: (202) 429-3902 |
| | Email: jcaracap@steptoe.com |

**FILED**

DEC 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC.

          Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,

          Defendants.

CASE NO. 11-CV-01846-LHK

AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, John Caracappa, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., Samsung Electronics, America, Inc. and Samsung Telecommunications America in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

Clerk's Use Only

Initial for fee pd.:

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twain Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2011

John Caracappa

2