UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,                    )<br>                                           Plaintiff,       )<br>         v.                                                           )<br>                                                                         )<br>SAMSUNG ELECTRONICS CO., LTD., A      )<br>Korean corporation; SAMSUNG                      )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; SAMSUNG                                     )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company,               )<br>                                                                         )<br>                                          Defendants.       )<br>                                                                         )<br>_____)  | Case No.: 11-CV-01846-LHK<br><br>ORDER DENYING SAMSUNG'S<br>MOTION TO REMOVE DOCUMENT |

Samsung's motion to remove incorrectly filed document number 480-2 is DENIED. The document contains meet and confer correspondence between opposing counsel and does not appear to be confidential. Samsung has, however, withdrawn the document from the record of the case. Accordingly, the clerk shall amend ECF docket entry number 480 to reflect that document number 480-2 was incorrectly filed and is not a part of the record in this case.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO REMOVE DOCUMENT