United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING APPLE'S MOTIONS TO FILE UNDER SEAL |

19     On December 22, 2011, Apple filed two administrative motions to file under seal.  ECF

20   Nos. 532 & 540.  Apple requests sealing of certain documents that were designated confidential by

21   Samsung under the interim protective order in this matter.  Pursuant to Local Rule 79-5(d), when a

22   party moves to seal documents designated as sealable by another party, the designating party must

23   file a supporting declaration within 7 days, or the sealing motion will be denied.  Samsung did not

24   file a supporting declaration in response to the December 22, 2011 sealing motions.

25     If Samsung objects to the public filing of the documents identified in Apple's sealing

26   motions, Samsung shall file a declaration stating the basis for asserting confidentiality of each

27   exhibit plaintiffs seek to seal.  These declarations must be filed by January 10, 2012.  If no

28

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING APPLE'S MOTIONS TO FILE UNDER SEAL

1    declarations are received, the Court will order the relevant documents to be publicly filed without

2    sealing.

3    **IT IS SO ORDERED.**

4    Dated: January 6, 2012

_____
LUCY H. KOH
5
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2