UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER DIRECTING SAMSUNG TO FILE DOCUMENTS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On December 20, 2011, the Court denied Samsung's motion to seal parts of its Opening Claim Construction and supporting documents and exhibits. ECF No. 514. Samsung was invited to file a supplemental declaration supporting its motion by Tuesday, December 27, 2012. It has not done so. Accordingly, Samsung is ORDERED to publicly file its Opening Claim Construction Brief and supporting documents.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
LUCY H. KOH
United States District Judge

1