QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792**<br><br><br>Date: January 20, 2012<br>Time: 10:00 am<br>Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

02198.51855/4458776.1

1    I, Richard Wesel, declare:

2    1.    I am a professor at the University of California, Los Angeles, in the field of

3    Electrical Engineering, specializing in communications.  I have been asked to provide an expert

4    declaration on behalf of Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

5    Samsung Telecommunications America, LLC (collectively "Samsung") as to the meaning of the

6    term "symbol" in claims 11 and 14 of U.S. Patent No. 7,200,792, as it would have been

7    understood by persons of ordinary skill in the art at the time of the invention (on or around

8    December 2001.   If called upon as a witness, I could competently testify to the truth of each

9    statement herein.

10    2.    I am being compensated for my work in this matter at the rate of $450 per hour.

11    My compensation does not depend in any way on the outcome of this investigation or the

12    particular testimony or opinions I provide.

13    3.    In preparing this declaration, I have considered my own experiences in the field,

14    the items discussed herein, and the items listed below:

15    A.    U.S. Patent No. 7,200,792 (" '792 patent").

16    B.    U.S. Patent No. 7,200,792 prosecution history.

17    C.    Declaration of Prof. Richard D. Gitlin in Support of Apple's Proposed
18    Claim Construction for U.S. Patent No. 7,200,792, dated November 14,
      2011 ("Gitlin Decl.").

19
20    D.    Gitlin, Hayes and Weinstein, DATA COMMUNICATIONS PRINCIPLES, Kluwer
      Academic/Plenum Publishers (1992) ("Gitlin, et. al., DATA
21    COMMUNICATIONS PRINCIPLES").

22    E.    Apple's PLR 4-2 disclosure, dated Oct. 31, 2011, for the term "symbol,"
23    *i.e.,* Apple's PLR 4-2 disclosure at 12-17.

24    F.    Samsung's PLR 4-2 disclosure, dated Oct. 31, 2011, for the term "symbol,"
      *i.e.,* Samsung's PLR 4-2 disclosure, Exhibit A at 46.

25    4.    I reserve the right to supplement or amend this declaration based on any new
26    information received that is relevant to my opinions.

27

28    02198.51855/4458776.1

DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S
PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792
2

I.      PROFESSIONAL BACKGROUND

5.      I have a bachelor's and master's degrees in electrical engineering from the Massachusetts Institute of Technology and a doctorate in electrical engineering from Stanford University.

6.      I am currently a Professor in the Electrical Engineering Department and Associate Dean of Academic and Student Affairs for the Henry Samueli School of Engineering and Applied Science (HSSEAS) at the University of California, Los Angeles.

7.      I have been an electrical engineering professor at UCLA since 1996 teaching courses in error control coding and communication systems among other topics.  I received the HSSEAS TRW Excellence in Teaching Award in 2000.

8.      I have authored or co-authored over 130 conference and journal publications on communications and signal processing.

9.      I have received the National Science Foundation CAREER Award and an Okawa Foundation Award for Excellence in Telecommunications Research.

10.     Attached as Exhibit A is a copy of my curriculum vitae setting forth my qualifications and publications.

II.     PERSON OF ORDINARY SKILL IN THE ART

11.     I understand that to determine the ordinary and customary meaning of a claim term, one looks to the meaning that a person of ordinary skill in the art would have given the term at the time of the invention, which in this case is at least as early as December 2001.  Based on my experiences and the materials I have reviewed, it is my opinion that one of ordinary skill in the field of the '792 patent is a person in the field of electrical engineering specializing in communications, with either a Bachelor's degree and approximately three years of experience or a Master's degree with approximately one year of experience.

III.     MEANING OF "SYMBOL" – PLAIN AND ORDINARY MEANING

12.     I have been asked to provide my opinion about the meaning of the word "symbol" as used in claims 11 and 14 of the '792 patent.  I understand that the meaning of a term is considered in the context of the patent as a whole, including the claim language and the specification, as well as the patent's prosecution history – collectively described as intrinsic evidence.  I also understand that claim construction may take into account extrinsic evidence, such as dictionaries and treatises; however, such evidence is considered less reliable than intrinsic evidence, and is examined in the context of the available intrinsic evidence.

13.     I am informed and understand that district courts are not required to construe every limitation present in a patent's claim.  In particular, a district court is not obligated to construe terms with ordinary meanings, lest trial courts be inundated with requests to parse the meaning of every word in the asserted claims.  However, a determination that a claim term "needs no construction" or can be understood according to its "plain and ordinary meaning" may be inadequate when a term has more than one ordinary meaning or when reliance on a term's ordinary meaning does not resolve the parties' dispute.

14.     The '792 patent is directed to the field of communications, specifically to data transmission in a communication system.  In that field, "symbol" is such a ubiquitous and well-understood term in data communications that some data communications textbooks use it without any definition.  *See* Gitlin, et. al., DATA COMMUNICATIONS PRINCIPLES.  In my opinion, it would be immediately apparent to a person of ordinary skill in the art that the '792 patent uses "symbol" in a manner similar to other books, documents, and writings in the communications field.  Thus, a person of ordinary skill in the art would recognize that  Claims 11 and 14 of the '792 patent are properly understood using the plain and ordinary meaning of "symbol."  Because "symbol" is being used in this ordinary and customary sense, no construction of this term is necessary.

15.     The plain and ordinary meaning is clear in the context of data transmission and reception.  In that context, "symbol" is widely understood to describe a modulated signal representing a number of bits of information.  The signal is "modulated" in the sense that one or

more of its properties, such as phase, frequency, or amplitude, are altered to convey the information.  The selected modulation technique specifies the number of bits that a symbol represents.  Therefore, if the Court decides a construction of the term "symbol" is necessary, it should be given its plain and ordinary meaning: **"a modulated signal representing a number of bits specified according to the modulation technique."**  Apple's and Samsung's proposed constructions are summarized in the table below.

| Claim No. | Disputed Term | Apple's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 11 and 14 | "symbol" | "a modulated pattern in a sequence of such patterns that represents a plurality of bits" | Plain and ordinary meaning<br><br>If the Court decides a construction is necessary: "a modulated signal representing a number of bits specified according to the modulation technique" |

    a.)    <u>"a modulated signal" v. "a modulated pattern"</u>

        1.)    **Intrinsic Evidence – "a modulated <u>signal</u>"**

16.     A "symbol" is a "modulated <u>signal</u>," and not a "modulated <u>pattern</u>."  The language of the claims indicates that symbol is used in this plain and ordinary sense.  Claims 11 and 14 both claim a "received symbol."   In order for a "symbol" to be "received," it must have been transmitted by a source.  The transmission and reception of a symbol indicate the "symbol" is a signal.

17.     Moreover, Claims 11 and 14 include the language "demodulating a received symbol into a plurality of systematic bits and parity bits."  The ordinary meaning of "demodulating" requires a demodulator to receive a modulated signal.  The understanding of "symbol" in its ordinary sense as a "signal" is fully consistent with the use of "demodulating" in the claim language.

18.     The specification further confirms that a "received symbol" refers to a "signal." Columns 21-24 of the specification teach the functionality of the receivers that is described in

DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S
PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792
5

Claims 11 and 14.  Near the beginning of that section, entitled "Receiver According to Invention," the specification states, "Since a **received signal** is in the form of a **symbol modulated** by a modulator in the transmitter, **the received signal is first demodulated** by a demodulator and then provided to a deinterleaver." '792 patent at 21:48-51 (emphasis added).  The specification describes a "received signal" as a "symbol" because "symbol" refers to a type of signal under its ordinary meaning.

19.     Indeed, the phrase "received signal" in the specification is used in a parallel manner to the term "received symbol" in Claims 11 and 14.  The specification language cited above (21:48-51) closely tracks the language of Claims 11 and 14.  Both the specification and the claim language describe receiving information in the form of a signal/symbol, demodulating that information, and then deinterleaving that information.  Thus, a person of ordinary skill in the art would have recognized that this specification language describes "symbol" as used in Claims 11 and 14.  Below is a side-by-side comparison of the specification language and the claim language that highlights the parallel use of "signal" and "symbol" in the specification and the claims of the '792 patent.

| '792 Patent, 21:48-51 | Claim 11 | Claim 14 |
|---|---|---|
| "Since a **received signal** is in the form of a symbol modulated in the transmitter, the received signal is first **demodulated** by a demodulator and then provided to a **deinterleaver**." | "An apparatus for receiving data in a communication system comprising:<br><br>a demodulator for **demodulating** a **received symbol** into a plurality of systematic bits and parity bits; a first **deinterleaver** …" | "A method for receiving data in a communication system, comprising:<br><br>**demodulating** a **received symbol** into a plurality of systematic bits and parity bits; writing the plurality of systematic bits on a column by column basis in a first **deinterleaver**…" |

**2.)     Extrinsic Evidence – "a modulated <u>signal</u>"**

20.     As mentioned above in ¶14, Dr. Gitlin's book does not even define "symbol," which is not surprising because "symbol" is a widely understood term.   However, Dr. Gitlin implicitly uses "symbol" in its plain and ordinary sense to mean a "modulated signal," by using

1   "signal" and "symbol" interchangeably in his textbook.  *See generally* Gitlin, et. al., DATA

2   COMMUNICATIONS PRINCIPLES.  For example, in Chapter 2 ("Theoretical Foundations of Digital

3   Communications"), pages 72-78, Dr. Gitlin repeatedly alternates between "transmitted signal" and

4   "transmitted symbol."[1]  On the other hand, the book never uses the word "pattern" in this excerpt.

5   Dr. Gitlin's own book confirms that in its plain and ordinary meaning, a symbol is a "modulated

6   signal," and not a "modulated pattern."

7         21.      Dr. Gitlin's declaration also acknowledges that the plain meaning of "symbol"

8   refers to "signals."  His declaration explains that Quadrature Amplitude Modulation is represented

9   by a "signal constellation of symbols."  Gitlin Decl. at ¶57.  A signal constellation is a set of

10  points in the two-dimensional plane.  Each point represents a symbol.  The magnitude and angle of

11  each point identifies the symbol by specifying, respectively, the amplitude and phase of a

12  sinusoidal signal.  Thus in Dr. Gitlin's statement, "symbol" is used in its plain and ordinary sense

13  to refer to a type of modulated signal.  This usage is the same usage of "symbol" in the '792

14  patent, and is the same plain and ordinary usage of "symbol" by one of ordinary skill in the art.

15         **3.)      Apple's construction, "a modulated <u>pattern</u>," is incorrect**

16        22.      Apple's use of "modulated pattern" is incorrect, because "pattern," as used in the

17  '792 patent, refers to a pattern of systematic and parity bits.  These bits are then encoded by the

18  mapper to produce a signal.  Under the plain and ordinary meaning of "symbol" in the claims, a

19  symbol may **represent** a pattern of systematic and parity bits, but a symbol itself is not a pattern.

20  A symbol is a signal.  The plain language of the claims does not suggest that a "symbol" is the

21  same as a "pattern."

22

23  _____

24     [1]  See, for example, page 75 where the book manipulates an equation regarding the probability

25  of error.  Equation (2.6b) presents a criterion for a decision rule governing when to "choose $s_1$ as
    the transmitted **symbol**." Equation (2.7b) presents the corresponding criterion for the case of a

26  discrete observation space for a decision rule governing when to "choose $s_1$ as the transmitted

27  **signal**."  In both cases, $s_1$ is being chosen as both the transmitted signal and the transmitted
    symbol.

28  02198.51855/4458776.1

23.     The plain language of the claims is contrary to the idea that a "symbol" is a "pattern." In Claims 11 and 14, the received symbol is demodulated into "systematic bits and parity bits." Here, the demodulator is acting in an ordinary fashion to convert a received signal into bits. Only **after** demodulation does the system generate a "pattern" of bits. Thus, the plain language of the claims confirms that a "symbol" is not itself a "pattern."

24.     The specification confirms that a "symbol" is distinct from a "pattern." It states, "if the size of the buffer (buffer size={the number of systematic bits}+{the number of parity bits}) is minimized, a **symbol pattern** for the 64QAM cannot be optimally mapped." '792 patent at 10:53-56. Here, "symbol pattern" describes the pattern of systematic and parity bits that will be mapped onto a symbol, and not the symbol itself. Thus, the specification further confirms that a "symbol" is not a "pattern." *See also id.* at 20:13 (describing "symbol pattern" as a pattern of bits in a modulator).

25.     Similarly, the patent Abstract distinguishes "symbol" from the pattern of bits, stating, "A modulator alternatively collects the permutated bits on a column by column basis from the first and second interleavers, and maps collected bits from the first and second interleavers onto **one modulation symbol**." Again, a "symbol" may represent a pattern of bits, but the symbol is itself a modulated signal.

**b.)     <u>"representing a number of bits specified according to the modulation technique" v. "that represents a plurality of bits"</u>**

26.     Under plain and ordinary meaning, a symbol represents a number of bits specified according to the modulation technique. In customary usage, "symbol" encompasses a wide variety of modulated signals that represent various numbers of bits. The modulation scheme fixes the number of bits. For example, BPSK (Binary Phase-Shift Keying) uses only two distinct symbols, and each symbol represents a single bit. QPSK (Quadrature Phase-Shift Keying) uses 4 distinct symbols to represent 2 bits. 64QAM (64-ary Quadrature Amplitude Modulation) uses 64 distinct symbols to represent 6 bits. While the number of bits varies, the modulation technique

determines the number of bits that the symbol represents.  This understanding is included in the

plain and ordinary meaning of "symbol."

### 1.) Intrinsic Evidence - "representing a number of bits specified according to the modulation technique"

27.     The '792 patent claims confirm that the number of bits is specified by the

modulation technique.  For instance, Claim 5 states, "[Claim 1], wherein if the modulation scheme

is 16QAM (16-ary Quadrature Amplitude Modulation), mapping onto one modulation symbol 2

bits from the first interleaver and 2 bits from the second interleaver."  *See also* '792 patent, Claim

10.  Claims 5 and 10 implicitly acknowledge that the number of bits is specified according to the

modulation technique.  Systems using the 16QAM modulation technique produce symbols

representing 4 bits (in this particular case, 2 each from the first and second interleaver).  Again, a

person of ordinary skill would be aware of this plain meaning.

28.     The specification also explains that the number of bits represented by a symbol is

specified by the modulation technique.  For instance, it states, "The DEMUX demultiplexes as

many input bits as a prescribed number according to a modulation technique…."  '792 patent at

22:11-13, *see also id.* at 9:33-37 (describing that symbols are "commonly" mapped "according to

… a modulation technique.").  The specification provides specific examples of this relationship,

such as: "if the modulation technique is 16QAM, 4 coded bits are mapped to one symbol."  *Id.* at

13:49-53.  The figures confirm that the number of bits is specified by the modulation technique,

with 16QAM generating symbols representing 4 bits, and 64QAM generating symbols

representing 6 bits.

02198.51855/4458776.1

DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S
PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792
9



**FIG.5**

('792 patent, Fig. 5, annotations added)

29.     The specification identifies other modulation techniques as well.  The specification

states, "The interleaved coded bits are subject to symbol mapping in a modulator **according to a**

**modulation technique** of QPSK (Quadrature Phase Shift Keying), 8PSK (8-ary Phase Shift

Keying), 16QAM (16-ary Quadrature Amplitude Modulation) or 64QAM."  *Id.* at 2:40-44.  Thus,

the specification encompasses a wide range of symbols that are generated "according to a

modulation technique."  This relationship between the modulation technique and the number of

bits represented by a symbol is basic, foundational knowledge for one of ordinary skill in the art.

> **2.)     Extrinsic Evidence - "representing a number of bits specified according**
> **to the modulation technique"**

30.     Dr. Gitlin agrees that a "symbol" represents a number of bits specified according to

the modulation technique.  For example, Dr. Gitlin states, "in 16QAM, there are sixteen unique

symbols and each symbol represents 4 bits."  Gitlin Decl. at ¶58.  Furthermore, "Some forms of

modulation, e.g., binary phase-shift keying (BPSK), use only two distinct symbols and each

symbol represents a single bit."  Gitlin Decl. at ¶53.  In both these examples, the number of bits is

specified according to the modulation technique.

> **3.)     Apple's construction, "that represents a plurality of bits" is incorrect**

31.     As discussed above in ¶¶27-30, a person of ordinary skill would know that the

number of bits represented by a symbol varies according to the modulation technique used.  Thus,

a "symbol" might represent only one bit using the BPSK modulation technique, six bits using

02198.51855/4458776.1

DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S
PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792
10

64QAM, or some other number of bits.  While the number of bits may vary, the number can be one and it is specified according to the modulation technique that is used.  The plain and ordinary meaning of "symbol" encompasses signals generated by all these modulation techniques.  Thus, no construction is needed.

32.    Indeed, Dr. Gitlin himself acknowledges that "symbol" ordinarily refers to symbols that may represent only one bit.  As he states, "Some forms of modulation, e.g., binary phase-shift keying (BPSK), use only two distinct symbols and each symbol represents a single bit.  In other words, **one of ordinary skill in the field of the '792 patent would be aware of symbols that do not represent a plurality of bits**."  Gitlin Decl. ¶53 (emphasis added).

33.    Dr. Gitlin proceeds to argue that "symbol" as used in the '792 patent deviates from ordinary meaning because it refers only to signals with "a plurality of bits."  *See* Gitlin Decl. ¶53. However, Dr. Gitlin's definition needlessly limits the meaning of "symbol" within the context of Claims 11 and 14.  The term "symbol" need not be limited to symbols representing two or more bits; instead, Claims 11 and 14 themselves contain explicit limitations.  Claim 11 reads, "… a demodulator for demodulating a received symbol into a **plurality** of systematic bits and parity bits."  If "symbol" inherently meant signals representing "a plurality of bits," then the use of "plurality" in Claim 11 would be redundant.  In other words, "symbol" is used according to its plain and ordinary meaning in Claims 11 and 14, while the claim itself contains explicit limitations with respect to "a plurality of systematic bits and parity bits."

C.)    <u>"representing a number of bits specified according to the modulation technique" v. "in a sequence"</u>

1.)    **Intrinsic Evidence – "in a sequence" is incorrect**

34.    Apple's interpretation that a symbol must exist "in a sequence" is inconsistent with the plain and ordinary meaning of "symbol."  While a symbol may appear in a sequence of symbols, it does not necessarily do so.  A symbol can exist by itself.  Although as a matter of practice, data communications systems nearly always transmit symbols in a sequence, there is no

1   reason to define "symbol" this way.  As an analogy, a word normally appears in a sequence of

2   words, as in a sentence or a paragraph.  However, a word standing alone is still a word.

3       35.     I agree with Dr. Gitlin when he says, "Digital communication systems of the type

4   disclosed in the '792 patent communicate by transmitting a sequence of symbols."  Gitlin Decl. at

5   ¶58.  As Dr. Gitlin states, "[I]n a communication system of the type disclosed in the '792 patent,

6   any one symbol would be part of a larger sequence of symbols that carry the transmitted bits."  *Id.*

7   at ¶59.  The specification clearly teaches that the deinterleaver described by Claims 11 and 14

8   respectively do operate on sequences of symbols, because the deinterleaving process only makes

9   sense in the context of a sequence of symbols.  However, I disagree that this aspect of the

10  invention should be imported into the construction of the term "symbol."

11          **2.)     Extrinsic Evidence – "in a sequence" is incorrect**

12      36.     Dr. Gitlin's own hypothetical confirms that signals do not necessarily exist in a

13  sequence.  Dr. Gitlin states, "For example, in 16QAM, there are sixteen unique symbols and each

14  symbol represents four bits.  To transmit 40 bits, a 16QAM based system would need to transmit

15  ten symbols (i.e. ten symbols of four bits each results in communicating forty bits)."  Gitlin

16  Declaration at ¶58.  By extension, to transmit 4 bits, a 16QAM system would need to transmit

17  **only one symbol**.  Under Apple's definition, however, a symbol representing four bits, if isolated,

18  would suddenly cease to be a "symbol" because it is by itself, and not "in a sequence."  Such an

19  interpretation defies ordinary common sense.

20      37.     Moreover, Dr. Gitlin himself uses "symbol" to refer to a single bit that is not in a

21  sequence of bits.  *See* Gitlin, et. al., DATA COMMUNICATIONS PRINCIPLES at 72-78 (discussing the

22  probability of error of a single symbol).  Dr. Gitlin is simply using "symbol" in its plain and

23  ordinary sense, which does not require a sequence of symbols.

24      38.     Dr. Gitlin appears to be concerned about the ability to distinguish a single symbol

25  from a sequence of symbols.  *See* Gitlin Decl. ¶ 74.  Specifically, Dr. Gitlin suggests that a

26  sequence of symbols might incorrectly be construed as one giant "super-symbol" with many bits.

27  However, Apple's proposed definition, requiring "a sequence" of symbols does not solve Dr.

28  02198.51855/4458776.1

1  Gitlin's concern.  Under Apple's proposed construction, multiple symbols could still be combined
2  into a "super-symbol" within a sequence of such "super-symbols."  Thus, "in a sequence" is
3  extraneous language that does not solve the alleged ambiguity identified by Dr. Gitlin in his
4  declaration.

5          **3.)**     **Plain and ordinary meaning is correct**

6        39.    In contrast, Samsung's plain meaning definition, "representing a number of bits
7  specified according to the modulation technique," addresses Dr. Gitlin's concern, because the
8  length of a symbol is "specified according to the modulation technique."  Modulation techniques
9  are discussed in the '792 patent claims and specification, and these techniques would have been
10  known by one of ordinary skill in the art.  Dr. Gitlin raises an ambiguity that simply does not exist
11  under the plain and ordinary meaning of "symbol."  No construction of "symbol" is necessary to
12  alter this plain meaning.

13

14        I declare under penalty of perjury under the laws of the United States of America
15  that the foregoing is true and correct.

16        Executed on November 28, 2011, at Los Angeles, California.

17

18                         *Richard Wesel*

19

20

21

22

23

24

25

26

27

28  02198.51855/4458776.1

# EXHIBIT A

TO DECLARATION OF RICHARD WESEL IN SUPPORT OF SAMSUNG'S PROPOSED
CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,200,792

ELECTRICAL ENGINEERING DEPARTMENT • UNIVERSITY OF CALIFORNIA, LOS ANGELES
Room 6730A/6426 Boelter Hall • Box 951594 • Los Angeles, CA 90095-1594
Phone (310) 267-2150 • Cell (310) 922-7831 • Email: wesel@ee.ucla.edu
http://www.ee.ucla.edu/~wesel

# RICHARD DALE WESEL

## EDUCATION

1991 – 1996 **Stanford University**, Stanford, CA
*Ph.D. in Electrical Engineering*
Dissertation: *Trellis Code Design for Correlated Fading and Achievable Rates for Tomlinson-Harashima Precoding.*

1984 – 1989 **Massachusetts Institute of Tech.**, Cambridge, MA
*S. M. and S. B. in Electrical Engineering*
Dissertation: *Adaptive Equalization for Modem Constellation Identification.*

## EMPLOYMENT

1996 – present **University of California, Los Angeles**, Los Angeles, CA

*Associate Dean of Academic and Student Affairs for the Henry Samueli School of Engineering and Applied Science since July 2007*

*Professor of Electrical Engineering since July 2006*

*Associate Professor of Electrical Engineering 2002-2006*

*Assistant Professor of Electrical Engineering 1996-2001*

1992-present **Various Firms**, CA
*Consultant* to various firms including Xerox PARC, Elantec, Metricom,  Townsend and Townsend and Crew, Clarity Wireless (now part of Cisco), Kyocera Wireless Corporation, Latham & Watkins, Aktino Corporation, Fulbright & Jaworski, McAndrews, Held, & Malloy, Weil Gotshcal & Manges, Kirkland & Ellis, Townsend and Townsend and Crew, Kilpatrick Townsend & Stockton.

1991 – 1996 **Stanford University**, Stanford, CA
*Research Assistant and Teaching Assistant.*

1989 – 1991 **AT&T Bell Laboratories**, Holmdel, NJ

*Member of Technical Staff. 1989-1991. Also at AT&T as MTS during summer 1994 and an intern 1986-1989.*

## TEACHING RESPONSIBILITIES

Courses taught: EE131A Probability, EE132A Communications Systems, EE231A Information Theory, EE232A Stochastic Processes, and EE231E Channel Coding
**Winner 2000 TRW Excellence in Teaching Award**

## AWARDS

- Selected for the National Academy of Engineering Frontiers of Engineering Program
- TRW Excellence in Teaching Award (UCLA School of Engineering)
- Okawa Foundation Award for Excellence in Telecomm. Research
- National Science Foundation CAREER Award
- AT&T Foundation Ph.D. Fellow.
- IEEE Senior Member, Tau Beta Pi MIT chapter president 1987-1988, Etta Kappa Nu, Sigma Xi, National Merit Scholar.

## GRADUATED PH.D. STUDENTS

1. Christina Fragouli, Ph.D. Sept. 2000, Dissertation: *Turbo Code Design for High Spectral Efficiency,* 2000-2001 UCLA EE Dept. **Ph.D. Student of the Year Award.** FNS Assistant Professor at EPFL.
2. Christos Komninakis, Ph.D. Dec. 2000, Dissertation: *Joint Channel Estimation and Decoding for Wireless Channels*, AWR Corp., El Segundo, CA.
3. Xueting Liu, Ph.D. Dec. 2000, Dissertation: *Trellis Code Design for Periodic Erasures and Adaptive Coded, Modulation Schemes for Time-Varying Channels*, Nokia, San Diego, CA.
4. Wei Shi, Ph.D. Dec. 2000, Dissertation: *New Results in Wireless Communications*, Qualcomm, San Diego, CA.
5. Tom Sun, Ph.D. Dec. 2002, Dissertation: *Error Protection Techniques for Source and Channel Coding*, Qualcomm, San Diego, CA.
6. Chris Jones, Ph.D. Dec. 2003, Dissertation: *Constructions, applications, and implementations of low-density parity-check codes,* Jet Propulsion Laboratory, Pasadena, CA
7. Adina Matache, Ph. D. June 2004, Dissertation: *Coding Techniques for High Data Rates in Wireless Multiple-Input Multiple-Output Communications*, Marvell, San Jose, CA
8. Cenk Kose,Ph.D. Dec. 2004, Dissertation: *Universal trellis codes and concatenated trellis-coded modulations for the compound linear vector Gaussian channel,* Conexant, San Diego, CA
9. Aditya Ramamoorthy, June 2005, *Generalized ACE Codes and Theoretic Results in Network Coding*, Assistant Profesor at Iowa State University starting Fall 2006
10. Jun Shi, Ph.D. Sept. 2005, Dissertation: *Universal Channel Codes and Trellis State-Diagram Reduction*

11. Wen-Yen Weng, Ph.D. March 2007, Dissertation: *Universal Serially Concatenated Trellis Coded Modulations and Rate-Compatible High-Rate LDPC Codes*

12. Esteban Valles (Primary Advisor John Villasenor), Ph.D. March 2007, Dissertation: *Timing Recovery Using Soft Information Feedback and Efficiency of Array Codes*

13. Andres Vila Casado, Ph.D. December 2007, Dissertation: *Improving LDPC Decoders: Informed Dynamic Message-Passing Scheduling and Multiple-Rate Code Design*

14. Herwin Chan (Primary Advisor Ingrid Verbauwhede), Ph.D. December 2007, Dissertation: *Accelerating Applications Through Cross-Layer Co-Design*

15. Miguel Griot, Ph.D. Sept. 2008, Dissertation: *Nonlinear Codes for Multiple Access to Binary Channels and Higher-Order Modulations over the AWGN Channel*

16. Bike Xie, Ph.D. June 2010, Dissertation: *Encoding for Degraded Broadcast Channels and Resource Allocation for content Distribution in Peer-To-Peer Networks*

## PROFESSIONAL ACTIVITIES

- **Associate Editor**, *IEEE Transactions on Communications* 1999-2005.
- **Technical Program Committee Member,** regularly for *Globecom* and *ICC.*
- **Technical Program Chair**, *Communication Theory Symposium at Globecom 2002.*
- **Organizer and Session Chair** for Special Session on Concatenated codes and iterative decoding at the *2001 Asilomar Conf. on Signals, Systems, and Computers.*
- **Organizer and Session Chair** for Special Session on Communication over Time Varying Channels at the *1999 Asilomar Conf. on Signals, Systems, and Computers.*
- **Session Organizer and Chair** for Communication Theory Symposium at the 2001 International Conference on Communications.
- **Panel member** for three National Science Foundation Proposal Review Panels.
- **Organizer and lecturer** for UCLA Extension course on Error Control Coding (annually since 2000). Received an award for being among the top 10% of UCLA extension lecturers.
- **Instructor** for 1997 UCLA Extension course on wireless multimedia communications.
- **Invited speaker** 1998 and 2000 *IEEE Communication Theory Workshops.*
- **Invited speaker** Office of Naval Research, Naval Research Labs 1998 Turbo Codes Workshop.
- **Invited speaker** 1998 DARPA GloMo workshop on emerging technologies for hand-held wireless devices in military communication.
- **Invited speaker** at various universities and companies including Stanford, Berkeley, U.C. San Diego, the Ohio State University, University of Arizona, the Johns Hopkins University, Cornell, Telia Research, Lulea, Sweden, Lucent, Boeing, Xetron, Texas Instruments, Conexant, and Microsoft Research.
- **Reviewer** for various IEEE conferences and journals. Regularly reviewing submissions to Trans. on Information Theory, Trans. On Communications, Journal on Selected Areas of Communications, Communications Letters, Globecom, and International Conference on Communications, 1994-present.

## ACADEMIC SERVICE

- **Member of the Executive Enrollment Management Group**
  October 2011-present

- **Member of the Undergraduate Non-Resident Implementation Task Force**
  August 2010 – July 2011

- **Member of UCLA Undergraduate Council** July 2006- July 2008.

- **Member of the Committee on Undergraduate Admissions and Relations with Schools** July 2006- July 2008

- **Electrical Engineering Department Vice Chair for Undergraduate Affairs**   July 2005 – July 2007.  Successfully managed the 2006 ABET  Accreditation visit.

- **Member of the School of Engineering Faculty Executive Committee** 2003-2006.

- **Chair of the Electrical Engineering Department Courses and Curriculum Committee** 2003-2005.

- **Chair of the Communications Major Field** in the Electrical Engineering Department at the University of California, Los Angeles, 1999-2004.

- **Chair of the Cubicle Allocation Committee** for the Electrical Engineering Department at UCLA, managing the allocation of 150 student cubicles among approximately 20 professors who share this space, 1998-2005.

- **Chair of  2002 Annual Research Review** (annual departmental research symposium). Also Vice Chair of 2001 Annual Research Review.

- **Member of 2001 UCLA EE Annual Report Committee.**

- **Elected Member of the Legislative Assembly** of the UCLA Academic Senate, 1997-2001.

- **Chair for quarterly Seminar Series** in Signals and Systems.   Established this seminar series in spring 1997.  Recruit a professor each quarter to organize speakers for the series.  Personally organized speakers for four of these quarters.

- **Local Exhibits Chair,** 1997 UCLA EE Research Symposium

## PUBLISHED/ACCEPTED JOURNAL PUBLICATIONS

1. M. Griot, A. I. Vila Casado, W.-Y. Weng, H. Chan and R. D. Wesel," Nonlinear Trellis Codes for Binary-Input Binary-Output Multiple Access Channels With Single-User Decoding," Accepted in IEEE Transactions on Communications.

2. T. A. Courtade and R. D. Wesel," Optimal Allocation of Redundancy Between Packet-Level Erasure Coding and Physical-Layer Channel Coding in Fading Channels," Transactions on Communications, Vol. 59, No. 8, pp. 2101-2109, August 2011.

3. A. I. Vila Casado, M. Griot, and R. D. Wesel, "LDPC Decoders with Informed Dynamic Scheduling ," IEEE Transactions on Communications, Vol. 58, No. 12, pp 3470-3479, Decembber 2010

4. A. I. Vila Casado, W.-Y. Weng, S. Valle, and R. D. Wesel, " Multiple-Rate Low-Density Parity-Check Codes with Constant Blocklength ," IEEE Transactions on Communications, Vol. 57, No. 1, pp 75-83, January 2009.

5. H. Chan, A. I. Vila Casado, J. Basak, M. Griot, W.-Y. Weng, R. D. Wesel, B. Jalali, E. Yablonovitch, I. Verbauwhede, " Demonstration of Uncoordinated Multiple Access in Optical Communications ," IEEE Transactions on Circuits and Systems-I: Regular Papers, Vol. 55, No. 10, pp 3259-3269, November 2008.

6. W.-Y. Weng, C. Kose, B. Xie and R. D. Wesel, " Universal Serially Concatenated Trellis Coded Modulation for Space-Time Channels ," IEEE Transactions on Communications, Vol. 56, No. 10, pp 1636-1646, October 2008.

7. B. Xie, M. Griot, A. I. Vila Casado, and R. D. Wesel, " Optimal Transmission Strategy and Explicit Capacity Region for Broadcast Z Channels ," IEEE Transactions on Information Theory, Vol. 53, No. 9, pp 4296-4304, September 2008.

8. J. Shi and R. D. Wesel, " A Study on Universal Codes with Finite Block Lengths," IEEE Transactions on Information Theory, Vol. 54, No. 9, pp 3066-3074, September 2007.

9. M. Griot, W.-Y. Weng and R. D. Wesel, " A Tighter Bhattacharyya Bound for Decoding Error Probability," IEEE Communications Letters, Vol.11, No. 4, pp 346-347, April 2007.

10. C. R. Jones, T. Tian, J. Villasenor and R. D. Wesel, " The Universal Operation of LDPC Codes Over Scalar Fading Channels," IEEE Transactions on Communications, Vol. 55, no. 1, pp 122-132, Jan. 2007

11. Kose C. and Wesel R. D., " Universal Space-Time Codes from Demultiplexed Trellis Codes," IEEE Transacations on Communications. Vol.54. No 7. July 2006.

12. F.Peng, W.Ryan. and R.D.Wesel," Surrogate-Channel Design of Universal LDPC Codes," IEEE Communications Letters, Jun. 2006, vol. 10, no. 6, pp 480-482

13. A. Ramamoorthy, J. Shi and R. D. Wesel, " On the Capacity of Network Coding for Random Networks," IEEE Transactions on Information Theory, Aug. 2005, Vol. 51, no. 8, pp 2878-2885

14. Wesel R. D., "Reduced-State Representations for Trellis Codes Using Constellation Symmetry," *IEEE Transactions on Communications*, Aug. 2004, vol. 52(8) pp 1302-1310

15. Tian T., Jones C., Villasenor J. D. and Wesel R. D., "Selective Avoidance of Cycles in Irregular LDPC Code Construction," *IEEE Transactions on Communications*, Aug. 2004, vol. 52(8), pp 1242-1247.

16. Sun T. W., Wesel R. D., Shane M. R. and Jarett K., "Superposition Turbo-TCM for Multi-Rate Broadcast," *IEEE Transactions on Communications*, Mar. 2004, vol. 52( 3), pp 368-371.

17. Shi J. and Wesel R. D., "Efficient Computation of Trellis Code Generating Functions," *IEEE Transactions on Communications*, Feb. 2004, vol. 52(2), pp 219-227.

18. Matache A. and Wesel R. D., "Universal Trellis Codes for Diagonally Layered Space-Time Systems," *IEEE Transactions on Signal Processing*, Nov. 2003, vol. 51(11) pp 2773-2783, Special Issue on "MIMO Wireless"

19. Kose C. and Wesel R. D., "Universal Space-Time Trellis Codes*," IEEE Trans. on Info. Theory*, Oct. 2003, vol. 40(10) pp 2717-2727 Special Issue on "Space-Time Transmission, Reception, Coding and Signal Design"

20. Q. Zhang, P. K. Varshney, and R. D. Wesel, "Optimal Bi-level quantization of I.I.D Sensor Observations for Binary Hypothesis Testing," *IEEE Trans. on Info Theory*, July 2002, 48(7) pp. 2105-2110.

5

21. C. Komninakis, C. Fragouli, A. H. Sayed, and R. D. Wesel, "Multi-Input, Multi-output Fading Channel Tracking and Equalization Using Kalman Estimation," *IEEE Transactions on Signal Processing*, May 2002, vol. 50(5), pp. 1065-1076.

22. A. Bernard, X. Liu, R. D. Wesel, and A. Alwan, "Multi-rate Transmission of Speech Using Rate-Compatible Trellis Codes and Embedded Source Codes," *IEEE Transactions on Communications*, February 2002, vol. 50(2) pp. 309-320.

23. P. Ormeci, D. L. Goeckel, X. Liu, and R. D. Wesel, "Adaptive Bit-Interleaved Coded Modulation for Time-Varying Channels Using Outdated Fading Estimates" *IEEE Transactions on Communications*, Sept. 2001, 49(9), pp. 1572-1581.

24. R. D. Wesel, X. Liu, J. M. Cioffi, and C. Komninakis, "Constellation Labeling for Linear Encoders," *IEEE Trans. on Info. Theory*, Sept. 2001, 47(6), pp. 2417-2431.

25. C. Komninakis and R..D. Wesel, "Joint Iterative Channel Estimation and Decoding in Flat Correlated Rayleigh Fading," *IEEE Journal on Sel. Areas in Comm.,* Sept. 2001, 19(9), pp. 1706-17.

26. C. Fragouli and R. D. Wesel, "Turbo encoder design for symbol interleaved parallel concatenated trellis coded modulation," *IEEE Trans. on Comm.*, 49(3), Mar. 2001, pp. 425-435.

27. W. Shi, T. W. Sun, and R. D. Wesel, "Quasi-convexity and Optimal Binary Fusion for Distributed Detection with Identical Sensors in Generalized Gaussian Noise," *IEEE Transactions on Information Theory*, Jan. 2001, 47(1), pp. 446-450.

28. R. D. Wesel, X. Liu, and W. Shi, "Trellis Codes for Periodic Erasures," *IEEE Transactions on Communications,* June 2000, 48(6), pp. 938-947.

29. R. D. Wesel and J. M. Cioffi, "Trellis Codes for Periodic Interleavers," *IEEE Communications Letters*, April 1999, 3(4), pp. 103-105.

30. R. D. Wesel, and J. Cioffi, "Achievable Rates for Tomlinson-Harashima Precoding," *IEEE Transactions on Information Theory*, Mar. 1998, 44(2), pp. 824-831.

## CONFERENCE PUBLICATIONS (LONG PAPERS)

1. A. Marinoni, P. Savazzi and R. D. Wesel, "On q-ary LDPC Code Design for a Low Error Floor". Globecom 2011, Houston, Texas, USA, December 2011.

2. T.-Y. Chen, D. Divsalar, J. Wang and R. D. Wesel, "Protograph-Based Raptor-Like LDPC Codes for Rate Compatibility with Short Blocklengths". Globecom 2011, Houston, Texas, USA, December 2011.

3. J. Wang, H. Shankar and R. D. Wesel, "Soft Information for LDPC Decoding in Flash:Mutual-Information Optimized Quantization". Globecom 2011, Houston, Texas, USA, December 2011.

4. T. A. Courtade, J. Wang, and R. D. Wesel, "Superposition Coding to Support Multiple Streams, Priorities, and Channel Capacities in the Context of GMSK", to appear in MILCOM, 2011.

5. T. A. Courtade and R. D. Wesel, "Weighted Universal Recovery, Practical Secrecy, and an Efficient Algorithm for Solving Both". Forty-Ninth Annual Allerton Conference on Communication, Control, and Computing, 2011.

6. B. Xie, M. van der Schaar, T. A. Courtade and R. D. Wesel, "Minimizing Weighted Sum Finish Time for One-To-Many File Transfer in Peer-To-Peer Networks". Forty-Ninth Annual Allerton Conference on Communication, Control, and Computing, 2011.

7. T. A. Courtade and R. D. Wesel, "Multiterminal Source Coding with an Entropy-Based Distortion Measure". ISIT 2011, Saint-Petersburg, Russia, August 2011.

8. J. Wang, L. Dolecek, Z. Zhang and R. D. Wesel, "Absorbing Set Spectrum Approach for Practical Code Design". ISIT 2011, Saint-Petersburg, Russia, August 2011.

9. J. Wang, L. Dolecek and R. D. Wesel, "Controlling LDPC Absorbing Sets via the Null Space of the Cycle Consistency Matrix". ICC 2011, Kyoto, Japan, June 2011.

10. T.-Y Chen, N. Seshadri and R. D. Wesel, "A Sphere-Packing Analysis of Incremental Redundancy with Feedback". ICC 2011, Kyoto, Japan, June 2011.

11. J. Wang, L. Dolecek and R. D. Wesel, "LDPC Absorbing Sets, the Null Space of the Cycle Consistency Matrix, and Tanner's Constructions". ITA 2011, San Diego, CA, USA, Feb. 2011.

12. T.-Y Chen, N. Seshadri and R. D. Wesel, "Incremental Redundancy: A Comparison of a Sphere-Packing Analysis and Convolutional Codes". ITA 2011, San Diego, CA, USA, Feb 2011.

13. T. A. Courtade and R. D. Wesel, "Efficient Universal Recovery in Broadcast Networks". Forty-Eighth Annual Allerton Conference on Communication, Control, and Computing: Monticello, IL, Sept. 29-Oct. 1, 2010.

14. E. L. Valles, R. D. Wesel, J. D. Villasenor, C. R. Jones and M. Simon, "Pilotless Carrier Phase-Synchronization via LDPC Code Feedback". MILCOM 2010: San Jose, CA, Oct. 31 - Nov 3, 2011.

15. T. A. Courtade, B. Xie, and R. D. Wesel, "Optimal Exchange of Packets for Universal Recovery in Broadcast Networks". MILCOM 2010: San Jose, CA, Oct. 31 - Nov 3, 2010.

16. A. Marinoni, P. Savazzi and R. D. Wesel, "Protograph-based q-ary LDPC Codes for Higher-Order Modulation". ISTC 2010: Brest, France, Sept 6-10, 2010.

17. T. A. Courtade and R. D. Wesel, "A Deterministic Approach to Rate-Compatible Fountain Communication". ITA 2010: La Jolla, CA, Jan. 31 - Feb. 5, 2010.

18. B. Xie and R. D. Wesel, "Optimal Natural Encoding Scheme for Discrete Multiplicative Degraded Broadcast Channels". ISIT 2009: Seoul, Korea, June 28-July 3, 2009.

19. A. Marinoni, T. A. Courtade and R. D. Wesel, "Spectrally Efficient LDPC Coded Modulations". GTTI 2009: sessione Trasmissione, Parma, Italy, June 23-25, 2009. ***Winner of the Francesco Carassa award for the best paper from a young scientist in the sessione Trasmissione.***

20. T. A. Courtade and R. D. Wesel, "A Cross-Layer Perspective on Rateless Coding for Wireless Channels". ICC 2009, Dresden, Germany, June 14-18, 2009.

21. B. Xie and R. D. Wesel, Optimal Independent-Encoding Schemes for Input-Symmetric Degraded Broadcast Channels". ITA 2008, San Diego, USA, Jan. 27 - Feb. 1, 2008.

22. B. Xie and R. D. Wesel, "A Mutual Information Invariance Approach to Symmetry in Discrete Memoryless Channels". ITA 2008, San Diego, USA, Jan. 27 - Feb. 1, 2008.

23. Miguel Griot, A. I. Vila Casado, and R. D. Wesel, "Nonlinear Turbo Codes for Higher-Order Modulations". ICC 2008, Beijing, China, May 2008.

24. Y.M. Chang, A. I. Vila Casado, M.F. Chang, and R. D. Wesel, "Lower-Complexity Layered Belief Propagation Decoding of LDPC Codes". ICC 2008, Beijing, China, May 2008.

25. M. Griot, A. I. Vila Casado, and R. D. Wesel, "On the Design of Arbitrarily Low-Rate Turbo-Codes". Globecom 2007, Washington, D.C., November 2007.

26. A. I. Vila Casado, M. Griot and R. D. Wesel, "Improving LDPC Decoders via Informed Dynamic Scheduling". ITW 2007, Lake Tahoe, CA, USA, September 2007, pp 208-213.

27.  B. Xie, M. Griot, A. I. Vila Casado and R. D. Wesel, "Optimal Transmission Strategy and Capacity Region for Broadcast Z Channels". ITW 2007, Lake Tahoe, CA, USA, September 2007, pp 390-395.

28.  A. I. Vila Casado, M. Griot and R. D. Wesel, "Informed Dynamic Scheduling for Belief-Propagation Decoding of LDPC Codes". ICC 2007, Glasgow, Scotland, July 2007, pp 932-937.

29.  H. Chan, M. Griot, A. Vila Casado, R. Wesel, I. Verbauwhede "High Speed Channel Coding Architectures for the Uncoordinated OR Channel". IEEE 17th INTERNATIONAL CONFERENCE ON Application-specific Systems, Architectures and Processors (ASAP), Steamboat Springs, Colorado, September 2006.

30.  M.Griot, A. I. Vila Casado and R. D. Wesel "Non-linear Turbo Codes for Interleaver-Division Multiple Access on the OR Channel". Globecom 2006, 27 Nov. - 1 Dec., San Francisco, USA.

31.  W.-Y. Weng, B. Xie and R. D. Wesel "Universal Space-Time Serially Concatenated Trellis Coded Modulations". Globecom 2006, 27 Nov. - 1 Dec., San Francisco, USA.

32.  A. I. Vila Casado, S. Valle, W.-Y. Weng, and R. D. Wesel "Constant-Blocklength Multiple-Rate LDPC Codes for Analog-Decoding Implementations". Proceedings Analog Decoding Workshop, June 2006.

33.  E.Valles, C. Jones, R. Wesel and J. Villasenor "Carrier and Timing Synchronization of BPSK via LDPC Code Feedback". IEEE 40th Asilomar Conference on Signals, Systems and Computers. Pacific Grove,CA. Nov.2006.

34.  M. Simon, E. Valles, C. Jones, R. Wesel and J. Villasenor "Information-Reduced Carrier Synchronization of BPSK and QPSK Using Soft Decision Feedback" The IEEE 44th Annual Allerton Conference on Communication, Control and Computing. Urbana,IL Sep. 2006.

35.  M. Griot, A. I. Vila Casado, W.-Y. Weng, H. Chan, J. Basak, E. Yablonovitch, I. Verbauwhede, B. Jalali, and R. D. Wesel "Trellis Codes with Low Ones Density for the OR Multiple Access Channel" , IEEE ISIT, Seatte, USA, July 2006.

36.  M.Griot, A. I. Vila Casado, W.-Y. Weng, H. Chan, J. Basak, E. Yablonovitch, I.Verbauwhede, B. Jalali, and R. D. Wesel "Interleaver-Division Multiple Access on the OR Channel" Information Theory and Applications workshop. San Diego, 2006.

37.  Yang Han, William E. Ryan and Wesel R. D. "Dual-Mode Decoding of Product Codes with Application to Tape Storage" , IEEE GlobeCom 2005. St Louis, MO., vol. 3, 28 Nov.-2 Dec. 2005, pp 1255-1260.

38.  Valles E., Vila Casado A. I., Blaum M., Villasenor J and Wesel R. D., "Hamming Codes Are Rate-Efficient ArrayCodes" , IEEE GlobeCom 2005. St Louis, MO., Vol. 3, 28 Nov.-2 Dec. 2005, pp 1320-1324.

39.  Kose C. and Wesel R. D., "Universal Space-Time Codes from standard trellis codes" , *GlobeCom 2004,* Dallas, TX, Nov. 29-Dec. 3, 2004, pp 391-395.

40.  Shi J. and Wesel R. D., "Channel Eigenvector-Invariant Space-Time Constellations" , GlobeCom 2004, 29 Nov.-3 Dec. 2004, pp 530-534

41.  Shi J. and Wesel R. D., "Universal Codes with Finite Block Lengths" , MilCom 2004, 31 Oct.-3 Nov. 2004, pp 1338-1344

42.  Ramamoorthy A. and Wesel R. D., "Analysis of an Algorithm for Irregular LDPC Code Construction," ISIT 2004, Chicago, Illinois

43. Shi J. and Wesel R. D., "Rotationally Invariant Space-Time Constellations," ISIT 2004, Chicago, Illinois Shi J. and Wesel R. D., "Channel Eigenvector-Invariant Space-Time Constellations" *GlobeCom 2004*, Dallas, TX, Nov. 29-Dec. 3, 2004, pp 391-395.

44. Vila Casado A. I., Weng W. and Wesel R. D., "Multiple-Rate Low-Density Parity-Check Codes with Constant Block Length" , *Conference Record of Thirty-Eighth Asilomar Conf. on Signals, Systems and Computers*, Pacific Grove, CA,  Nov. 7-10, 2004, pp 2010-2014.

45. Matache A., Jones C and Wesel R. D., "Reduced Complexity MIMO Detectors for LDPC Coded Systems" , MilCom 2004, 31 Oct.-3 Nov. 2004, pp 1073-1079

46. Ramamoorthy A. and Wesel R. D., "Expansion Properties of Generalized ACE Codes", *42nd Allerton Conference on Communication, Control and Computing 2004*, Monticello, Illinois

47. Weng W., Ramamoorthy A. and Wesel R. D., "Lowering the Error Floors of High-Rate LDPC Codes by Graph Conditioning," *VTC 2004*, September 2004,  Los Angeles, California, pp 2549-2553.

48. Chan H., Hodjat A., Shi J., Wesel R. D. and Verbauwhede I., "Streaming Encryption for a Secure Wavelength and Time Domain Hopped Optical Network," *IEEE Intl. Conf. on Information Technology (ICIT) 2004*.

49. Ramamoorthy A. and Wesel R. D., "Construction of Short Block Length Irregular LDPC Codes,", *ICC 2004*, Paris, June 2004.

50. Ramamoorthy A., Shi J., and Wesel R. D., "On the Capacity of Network Coding for Random Networks," *Allerton Conference on Communication,Control and Computing*, October 2003

51. Jones C., Matache A., Tian T., Villasenor J. and Wesel R. D., "The Universality of LDPC Codes on Wireless Channels," *MilCom 2003*, Boston, MA, October 2003

52. J. Shi and R. D. Wesel, "Further Error Event Diagram Reduction Using Algorithmic Techniques," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

53. C. Kose, W. Weng,  and R. D. Wesel, "Serially Concatenated Trellis Coded Modulation for the Compound Periodic Erasures Channel," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003,pp2953-2957.

54. T. W. Sun, R. D. Wesel, M. R. Shane, and K. Jarett, "Superposition Turbo TCM for Multi-Rate Broadcast," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

55. T. Tian, C. Jones, J. D. Villasenor, and R. D. Wesel, "Construction of Irregular LDPC Codes with Low Error Floors," *International Conference on Communications (ICC) 2003*, Ankorage, AK, May 2003.

56. C. Kose and R. D. Wesel, "Universal Space-Time Trellis Codes," *Globecom 2002*, Taipei, Taiwan, November 2002.

57. C. Jones, T. Tian, A. Matache, R.D. Wesel, and J. Villasenor, "Robustness of LDPC Codes on Periodic Fading Channels," *Globecom 2002*, Taipei, Taiwan, November 2002.

58. M. R. Shane and R. D. Wesel,, "Reduced Complexity Iterative Demodulation and Decoding of Serial Concatenated CPM," *International Conference on Communications (ICC) 2002*, New York, NY, April 28-May 2, 2002.

59. A. Matache and R. Wesel, "Trellis Coding for Diagonally Layered Space-Time Systems," *International Conference on Communications (ICC) 2002*, New York, NY, April 28-May 2, 2002.

60. C. Kose and R. D. Wesel,, "Performance of Likelihood Ratio Tests under Incorrect Models" *35th Asilomar Conference on Signals,Systems, and Computers*, Pacific Grove, CA, Nov. 2001.

61. M. R. Shane and R. D. Wesel, "Reduced Complexity Iterative Demodulation and Decoding of Serial Concatenated CPM," *35ᵗʰ Asil. Conf. on Signals,Systems, and Computers*, Pacific Grove, CA, Nov. 2001.

62. A. Matache and R. Wesel, "Trellis Coding for Layered Space-Time Systems," *35ᵗʰ Asilomar Conference on Signals,Systems, and Computers*, (invited) Pacific Grove, CA, Nov. 2001.

63. C. Komninakis and R. D. Wesel, "Trellis Turbo-codes in Flat Rayleigh Fading with Diversity," *Globecom 2001*, San Antonio, TX, November 25-29, 2001.

64. C. Fragouli and R. Wesel, "Bit vs. Symbol Interleaving for Parallel Concatenated Trellis Coded Modulation," *Globecom 2001*, San Antonio, TX, November 25-29, 2001.

65. C. Komninakis, R. D. Wesel, and L. Vandenberghe, "Capacity of the Binomial Channel, or Minimax Redundancy for Memoryless Sources," *IEEE International Symposium on Information Theory*, June 24-29, 2001, Washington D. C., page 127.

66. C. Fragouli, R. Wesel, Dirk Sommer, and Gerhard Fettweis, "Turbo Codes with Non-Uniform QAM Constellations," *International Conference on Communications (ICC) 2001*, Helsinki, Finland, June 2001, pp.70-73.

67. C. Kose and R. D. Wesel, "Code Design Metrics For Space-Time Systems Under Arbitrary Fading," *ICC 2001*, Helsinki, Finland, June 2001, pp. 1099-1103.

68. C. Fragouli, C. Komninakis, and R. D. Wesel, "Minimality Under Periodic Puncturing," *ICC 2001*, Helsinki, Finland, June 2001, pp. 300-304.

69. X. Liu, P. Ormeci, R. Wesel, and D. Goeckel, "Bandwidth-Efficient, Low-Latency Adaptive Coded Modulation Schemes for Time-Varying Channels," *ICC 2001*, Helsinki, Finland, June 2001, pp. 2211-2215.

70. W. Shi, C. Komninakis, R. Wesel, and B. Daneshrad, "Robustness of Space-Time Turbo Codes," *ICC 2001*, Helsinki, Finland, June 2001, pp. 1700-1704.

71. T. W. Sun and R. D. Wesel, "Constellation Labeling for Error-Resilient Source Coding of PAM," *35th Annual Conference on Information Sciences and Systems*, March 21-23, 2001, The Johns Hopkins University, Baltimore, Maryland, page 295.

72. M. Shane and R. D. Wesel, "Tight Bounds on the Mutual Information of the Binary Input AWGN Channel," *35th Annual Conference on Information Sciences and Systems*, March 21-23, 2001, The Johns Hopkins University, Baltimore, Maryland, page 117.

73. M. Shane and R. Wesel, "Parallel Concatenated Turbo Codes for Continuous Phase Modulation," (invited) *2000 Wireless Comm. and Networking Conf.*, Sept 24-28, 2000, 6 pages.

74. W. Shi, T. Sun, and R. D. Wesel, "Optimal Binary Distributed Detection," *2000 International Symposium on Information Theory*, Sorrento, Italy, June 2000, pp. 437.

75. R. D. Wesel and X. Liu, "Edge-Profile Optimal Constellation Labeling," *IEEE International Conference on Communications 2000*, New Orleans, LA, June 2000, pp. 1198-1202.

76. C. Komninakis, C. Fragouli, A. H. Sayed, and R. D. Wesel, "Adaptive Multi-Input Multi-Output Fading Channel Equalization Using Kalman Estimation," *ICC 2000*, New Orleans, LA, June 2000, pp. 1655-1659.

77. Q. Zhang, P. K. Varshney, and R. D. Wesel, "Optimal Distributed Binary Hypothesis Testing with Independent Identical Sensors," *2000 Conference on Information Sciences and Systems*, Princeton University, March 15-17, 2000, 6 pages.

78. C. Komninakis and R. D. Wesel, "Pilot-Aided Joint Data and Channel Estimation in Flat Fading," *Comm. Theory Symp. at Globecom 99*, Rio de Janeiro, Brazil, Dec. 5-9, 1999, pp. 2534-9.

10

79. C. Fragouli and R. D. Wesel, "Semi-Random Interleaver Design Criteria," *Communication Theory Symposium at Globecom 99*, Rio de Janeiro, Brazil, December 5-9, 1999, pp. 2352-6.

80. C. Komninakis and R. D. Wesel, "Non-Pilot-Aided Iterative Decoding for Joint Data Recovery and Channel Estimation in Fading," *33rd Asilomar Conference on Signals, Systems, and Computers*, Pacific Grove, CA. October 24-27, 1999, pp. 1122-1126.

81. C. Fragouli, C. Komninakis, A. H. Sayed, R.D. Wesel, "Channel Estimation and Equalization in Fading," *33rd Asilomar Conference on Signals, Systems and Computer*s, Pacific Grove, CA. October 24-27, 1999, pp. 1159-1163.

82. W. Shi, T. Sun, R. Wesel, "Optimal Binary Thresholds for Distributed Detection in Gaussian Noise," *33rd Asilomar Conf. on Sig., Sys., Comp.*, Pac. Grove, CA. Oct. 24-27, 1999, pp. 675-9.

83. K. Lakovic, J. Villasenor, and R. D. Wesel, "Robust Joint Huffman and Convolutional Decoding," *VTC-Fall-99*, Amsterdam, The Netherlands, September 19-22, 1999, pp. 2551-5.

84. C. Komninakis and R. D. Wesel, "Iterative Joint Data and Channel Estimation in Correlated Flat Rayleigh Fading," in proceedings of the *7th International Conference on Advances in Communications and Control*, June 28-July 2, 1999, Athens, Greece, pp. 385-390.

85. C. Fragouli and R. D. Wesel, "Convolutional Codes and Matrix Control Theory," in proceedings of the *7th International Conference on Advances in Communications and Control*, June 28-July 2, 1999, Athens, Greece, pp. 317-328.

86. R. D. Wesel, "Reduced Complexity Trellis Code Transfer Function Computation," in the *Communication Theory Miniconference in conjunction with ICC 99*, June 6-10, 1999, pp. 37-41.

87. C. Fragouli and R. D. Wesel, "Symbol Interleaved Parallel Concatenated Trellis Coded Modulation," in the *Comm. Theory Miniconf. in conj. with ICC 99*, June 6-10, 1999, pp. 42-46.

88. P. Ormeci, D. L. Goeckel, and R. D. Wesel, "Adaptive Bit-Interleaved Coded Modulation for Time-Varying Channels Using Outdated Fading Estimates," in proceedings of the *33rd Annual Conference on Information Sciences and Systems*, 6 pages.

89. H. Zou, H. J. Kim, S. Kim, B. Daneshrad, R. Wesel, W. Mangione-Smith, "Equalized GMSK, Equalized QPSK, and OFDM: A Comparative Study for High-speed Wireless Indoor Data Communications," in *1999 Veh. Tech. Conf.*, May 16-20, 1999, Houston, TX, pp.1106-10.

90. A. Bernard, X. Liu, R. Wesel and A. Alwan, "Embedded Joint Source-Channel Coding of Speech using Symbol Puncturing in Trellis Code," in the Proceedings of *ICASSP 99*, vol. 5, Phoenix, AZ, March 1999., pp. 2427-2430.

91. A. Bernard, X. Liu, R. Wesel and A. Alwan, "Channel Adaptive Joint Source-Channel Coding of Speech," Proc. *32nd Asilomar Conf. on Sig., Sys, and Comp.*., Pac. Grove, CA, Nov. 98, pp. 357-361.

92. W. Shi and R. D. Wesel, "The Effect of Mismatch on Decision-Feedback Equalization and Tomlinson-Harashima Precoding," in *Thirty-Second Asilomar Conference on Signals, Systems, and Computers*, Pacific Grove, CA, November 2-5, 1998, pp. 1743-1747.

93. R. D. Wesel and X. Liu, "Analytic Techniques for Periodic Trellis Codes," in *Thirty-Sixth Annual Allerton Conf. on Communications, Control, and Computing*, Sept. 23-25, 1998, pp. 39-48.

94. X. Liu and R. D. Wesel, "Profile Optimal 8-QAM and 32-QAM Constellations," in *Thirty-Sixth Annual Allerton Conf. on Comm., Control, and Computing*, Sept. 23-25, 1998, pp. 136-145.

95. W. Shi and R. D. Wesel, "When the Best Decision Feedback Equalizer is a Linear Equalizer," in *Thirty-Sixth Annual Allerton Conference on Control, and Computing*, Sept. 23-25, 1998, pp. 338-39.

11

96. R. D. Wesel, X. Liu, W. Shi, and J. M. Cioffi, "Trellis Codes for Compound Periodic Gaussian Channels," in Proceedings of the *1998 International Symposium on Information Theory*, August 16-21, 1998, Cambridge, MA, pp. 462.

97. R. D. Wesel, X. Liu, and W. Shi, "Periodic Symbol Puncturing of Trellis Codes," in proceedings of *Thirty-First Asilomar Conf. on Sig., Sys., and Computers*, Nov. 2-5, 1997, pp. 172-6.

98. R. D. Wesel, C. Komninakis, and X. Liu, "Towards Optimality in Constellation Labeling," in proceedings of the *Communication Theory Mini Conference at Globecom 97*, Phoenix, AZ, November 3-8, 1997, pp. 23-27.

99. R. D. Wesel, and J. M. Cioffi, "Joint Interleaver and Trellis Code Design," in proceedings of *Globecom 97*, Phoenix, AZ, November 3-8, 1997, pp. 939-943.

100. R. D. Wesel, and J. Cioffi, "Fundamentals of Coding for Broadcast OFDM," in *Twenty-Ninth Asilomar Conference on Signals, Systems, and Computers*, October 30, 1995, pp. 2-6.

101. R. D. Wesel, and J. Cioffi, "Achievable Rates for Tomlinson-Harashima Precoding," *1995 International Symposium on Information Theory*, September 1995, pp. 399.

102. R. D. Wesel, and J. Cioffi, "Precoding and the MMSE-DFE," Invited paper in *Twenty-Eighth Asilomar Conference on Signals, Systems, and Computers*, November 1, 1994, pp. 1144-1148.

103. R. D. Wesel and R. M. Gray, "Bayes risk weighted VQ and Learning VQ," in *Data Compression Conference*, Snowbird, Utah, March 1994, pp. 400-409.

104. T. M. Cover and R. D. Wesel, "A Gambling Estimate of the Rate-Distortion Function for Images," in *Data Compression Conference*, Snowbird, Utah, March 1994 (abstract only).


**BOOK CHAPTERS**

1. H. Chan, A. Hodjat, J. Shi, R. D. Wesel and I. Verbauwhede, "Streaming Encryption for a Secure Wavelength and Time Domain Hopped Optical Network," Ch. 14 in Embedded Cryptographic Hardware (N. Nedjah and L. Mourelle, eds.). Nova Science Publishers, 2004

2. R. D. Wesel, "Convolutional Encoding" in *Wiley Encyclopedia of Telecommunications,* Edited by John Proakis, John Wiley, 2003.

3. R. D. Wesel, "Error Control" Chapter 6 in *Wireless Multimedia Communications,* Addison Wesley Longman, 1998.


**PATENTS**

1. A. I. Vila Casado, W.-Y. Weng, R. D. Wesel, N. Moschini, M. Siti, S. Valle, E. Yeo, "Variable-Rate Low-Density Parity Check Codes with Constant Blocklength".
   U.S. Patent #7802172, September 21, 2010.

2. I. S. Djokovic, R. D. Wesel, E. J. Infusino, M. K. Tsatsanis, "Multi-channel communication system for multiple input, multiple output processing of an encoded signal".
   U.S. Patent #7415086, August 19, 2008.

3. G. G. Raleigh, Michael A. Pollak, V. K. Jones, R. D. Wesel, "System and Method for I/Q Trellis Coded Modulation,"
   U.S. Patent #6158041, December 5, 2000.

4.  R. D. Wesel and J. M. Cioffi, "Transmission System Using Code Designed for Transmission with Periodic Interleaving,"
    U.S. Patent #6125150, September 26, 2000.

5.  R. D. Wesel, "Adaptive Frequency Dependent Compensation for Telephone Channels,"
    U. S. Patent #5280525, January 18, 1994.

6.  R. L. Daggett and R. D. Wesel, "Echo Protection Tone Detection and Regeneration for Digital Transmission of Facsimile Calls,"
    U. S. Patent #5216519, June 1, 1993.