# EXHIBIT 1

# J. TIPTON COLE RESUME

<u>Proprietor, Tipton Cole + Company   2008—Present</u>

Tipton Cole + Company provides technical consulting and expert witness services for clients engaged in IP litigation that involves computer software.

<u>President, Tipton Cole + Company    1983—2007</u>

Tipton Cole + Company is a software development and consulting company.  We write commercial database applications and provide both technical and management consulting services to large and small businesses throughout North America and in the UK.

    <u>Representative Clients:</u>

    Exxon Company USA
    Exxon Chemical Americas
    Exxon Company International
    Wells Fargo
    Cigna
    IBM
    Pacific Bell
    Medical Innovations
    Dun & Bradstreet
    Logistics Data Systems
    GTE
    Akin, Gump, Strauss, Hauer & Feld

<u>Chairman and Vice President, Cole + Van Sickle 1977 – 1983</u>

- Custom software development for HP3000 MPE systems
- Co-author of PROTOS 4GL product for HP3000
- Developed Step-by-Step implementation methodology

    <u>Representative Clients:</u>

    Coca-Cola
    Texas Mill Supply
    Karl Rove + Company
    Weyerhaeuser
    Hewlett-Packard

Certifications:

    ETI*EXTRACT Level III Master User
    SAP ABAP/4

Programming Languages:

    ABAP/4, Access Basic, ASP.Net, ALGOL, Basic, C, C++, C#, COBOL, Compass, DataEase, FORTRAN, HTML, Java, JavaScript, JSP, LISP, PAL, Pascal, Perl, PL/1, PROTOS, Ruby, Snobol, SPL, SQL, Tcl, VB.NET, Visual Basic, xBase, XML-XSL, Various Assemblers

Operating Systems:

    AIX, Apple OS X, CP/M, HPUX, Linux, MPE II - MPE IV, MSDOS 2.0 - 6.0, MVS, Novell 2.12 - 4.1, OS/360, UNIX, UT2D, Windows XP, Windows NT 3.0 – 4.0, Windows 3.0 - 7

Education:

    Juris Doctorate, University of Texas at Austin School of Law
    Master of Arts in Computer Science, University of Texas at Austin
    Bachelor of Arts in Mathematics, University of Texas at Austin

Teaching:

    Adjunct Faculty, St. Edwards University, Austin, Texas, 1998, Instructor in senior-level Database Management Systems course.
    University of Texas at Austin, 1982, Instructor in Data Structures.

Deposition Testimony:

    *BCE Emergis Corporation v. Community Health Solutions of America, et al.* United States District Court, Western District of Texas, Austin Division, Case No. A-02-CA-741-JN, January, 2004.

    *Kermit Aguayo and Khan N. Tran v. Universal Instruments Corporation* United States District Court, Southern District of Texas, Houston Division C.A. NO. H-02-1747, April, 2004.

    *The Chamberlain Group, Inc. and Johnson Controls Interiors, LLC v. Lear Corporation and Ford Motor Company* United States District Court, Northern District of Illinois, Eastern Division, Civil Action No. 1:05-CV-3449, January, 2006.

*b-50.com, LLC v. Xformity, Inc.* United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:04-CV-0542-B, March, 2006.

*Hyperion Solutions Corporation v. OutlookSoft Corporation* United States District Court, Eastern District of Texas, Marshall Division, Case No. 2:04-CV-436 (TJW), June, 2006.

*Spreadsheet Automation Corporation v. Microsoft Corporation,* United States District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2-05-CV-000127-TJW, February, 2007.

*TV Guide Online, Inc. and TV Guide Online, LLC v. Tribune Media Services, Inc.* United States District Court for the District of Delaware, Civil Action No. 05-725 (KAJ), June, 2007.

*Taurus IP, LLC, et al. v. Toyota Motor North America, Inc., et al.* United States District Court for the Western District of Wisconsin No. 057-C-0158-C, December, 2007.

*Taurus IP, LLC, et al. v. Toyota Motor North America, Inc., et al.* United States District Court for the Western District of Wisconsin No. 057-C-0158-C, January, 2008.

*Grantley Patent Holding, Ltd. v. Clear Channel Communications, Inc., et al.* United States District Court, Eastern District of Texas, Lufkin Division, Civil Action No. 9:06c259-RHC, February, 2008.

*Visto Corporation v. Research In Motion, Ltd., et al.* United States District Court, Eastern District of Texas, Marshall Division, Case No. 2:06-CV-181, July, 2008.

*SFA Systems, LLC v. Infor Global Solutions (Michigan), Inc., et al.* United States District Court, Eastern District of Texas, Tyler Division, Case No. 6:07-CV-067, July, 2009.

*The Chamberlain Group, Inc. and Johnson Controls Interiors, LLC v. Lear Corporation* United States District Court, Northern District of Illinois, Eastern Division, Civil Action No. 1:05-CV-3449, March, 2010.

*The Chamberlain Group, Inc. and Johnson Controls Interiors, LLC v. Lear Corporation* United States District Court, Northern District of Illinois, Eastern Division, Civil Action No. 1:05-CV-3449, August, 2010.

*American Imaging Services, Inc. v. Autodesk, Inc.* United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:09-CV-733-M, July, 2011.

Trial Testimony:

*BCE Emergis Corporation v. Community Health Solutions of America, et al.* United States District Court, Western District of Texas, Austin Division, Case No. A-02-CA-741-JN, February, 2004.

*Kermit Aguayo and Khan N. Tran v. Universal Instruments Corporation* United States District Court, Southern District of Texas, Houston Division C.A. NO. H-02-1747, August, 2004.

*Grantley Patent Holding, Ltd. v. Clear Channel Communications, Inc., et al.* United States District Court, Eastern District of Texas, Lufkin Division, Civil Action No. 9:06c259-RHC, April, 2008.