# EXHIBIT 3

4454582_1.TXT

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

|  |  |  |
|---|---|---|
|  | 1 | (The following ROUGH TRANSCRIPT of the |
|  | 2 | deposition of MOON-SANG JEONG, taken on Thursday, |
|  | 3 | November 17, 2011, is not a certified transcript and |
|  | 4 | has not been edited by the court reporter; |
|  | 5 | therefore, any reference to page and line numbers |
|  | 6 | will not be accurate.) |
|  | 7 | --oOo-- |
| 08:21:25 | 8 | (Whereupon the Officer complied with |
| 09:11:51 | 9 | Federal Rule 30B(5)(A) and made the required |
| 09:11:51 | 10 | statement, which information is noted herein.) |
| 08:22:01 | 11 | --oOo-- |
| 08:57:50 | 12 | THE REPORTER: Good morning. My name is |
| 08:57:50 | 13 | Sherri Starr of Merrill Corporation. Today's date |
| 08:57:50 | 14 | is November 17, 2011. The time is 8:57 a.m., and |
| 08:57:50 | 15 | the location is The Renaissance Seoul Hotel, Seoul, |
| 08:57:50 | 16 | Korea. |
| 08:57:50 | 17 | Counsel, please voice-identify yourselves |
| 08:57:50 | 18 | and state whom you represent. |
| 08:57:53 | 19 | MR. BASSETT: Dave Basset from Wilmer Hale |
| 08:57:53 | 20 | on behalf of defendant Apple. |
| 08:57:54 | 21 | MS. MAROULIS: Victoria Maroulis with |
| 08:57:56 | 22 | Quinn Emanuel representing Samsung and the witness. |
| 08:57:56 | 23 | With me is Austin Tarango of Quinn Emanuel and |
| 08:57:56 | 24 | Mr. Hankil Kang, of Samsung legal department. |
| 08:57:56 | 25 | THE REPORTER: Would all others present |

1

⚥

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

| 08:57:56 | 1 | please state your name for the record. |

4454582_1.TXT

```
10:08:26   8         MR. BASSETT:  Q.  And you're also not the
10:08:27   9    inventor of cell phones with MP3 players; correct?
10:08:38  10         A.   That is correct.
10:08:39  11         Q.   Were you the first to invent music
10:08:41  12    background play objects?
10:08:48  13         MS. MAROULIS:  Objection.  Vague.
10:08:56  14         THE WITNESS:  Yes, it is my understanding
10:08:58  15    indeed that as of the time of my development I was
10:09:01  16    and am the first.
10:09:30  17         MR. BASSETT:  Q.  Applets were known to
10:09:31  18    programmers prior to 2005; correct?
10:09:35  19         MS. MAROULIS:  Objection.  Vague.
10:09:47  20         THE WITNESS:  Yes, within the Java field,
10:09:50  21    the word "applet" had been in use.
10:09:54  22         MR. BASSETT:  Q.  Had it been in use only
10:09:56  23    within the Java field?
10:09:59  24         MS. MAROULIS:  Objection.  Vague.  Calls
10:10:00  25    for speculation.
```

25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

```
10:10:09   1         THE WITNESS:  No, that was not the case.
10:10:26   2         MR. BASSETT:  Q.  What is your
10:10:27   3    understanding what an applet is?
10:10:31   4         MS. MAROULIS:  Objection.  Vague.  Calls
10:10:32   5    for a legal conclusion.
10:11:03   6         THE WITNESS:  Again, speaking from an
10:11:04   7    engineer's perspective and with respect to the time
10:11:07   8    of my development work on this, my understanding as
10:11:10   9    to an applet was in reference to such things as
10:11:13  10    would comprise an application, such as:  Smaller
```

Page 23

4454582_1.TXT

| | | |
|---|---|---|
| 10:11:17 | 11 | functionalities, smaller classes of things, even a |
| 10:11:22 | 12 | smaller unit of an application or of applications. |
| 10:11:26 | 13 | That's what was meant by an applet. |
| 10:11:29 | 14 | MR. BASSETT:  Q.  In your understanding of |
| 10:11:30 | 15 | the term "applet" as an engineer in 2005, was an |
| 10:11:36 | 16 | applet independent of the operating system? |
| 10:11:40 | 17 | MS. MAROULIS:  Objection.  Vague.  Calls |
| 10:11:42 | 18 | for a legal conclusion. |
| 10:12:24 | 19 | THE WITNESS:  Well, speaking as an |
| 10:12:25 | 20 | engineer, an applet can be viewed as being either OS |
| 10:12:30 | 21 | independent or OS dependent, and in the case of the |
| 10:12:35 | 22 | Java community, one could so understand things to |
| 10:12:40 | 23 | be, but elsewhere, I've otherwise seen the term |
| 10:12:44 | 24 | used, this term applet being used in even OS |
| 10:12:49 | 25 | dependent platforms. |

26

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

| | | |
|---|---|---|
| 10:12:54 | 1 | MR. BASSETT:  Q.  And was that true in |
| 10:12:55 | 2 | 2005? |
| 10:12:57 | 3 | MAIN INTERPRETER:  One second. |
| 10:12:59 | 4 | MS. MAROULIS:  Objection.  Vague. |
| 10:12:59 | 5 | (Discussion between the main interpreter |
| 10:13:02 | 6 | and the check interpreter.) |
| 10:13:19 | 7 | MAIN INTERPRETER:  Move on.  I'm sorry. |
| 10:13:21 | 8 | MS. MAROULIS:  Laura, do you have |
| 10:13:22 | 9 | something to say? |
| 10:13:23 | 10 | CHECK INTERPRETER:  Can the check |
| 10:13:25 | 11 | interpreter have a moment? |
| 10:13:56 | 12 | MS. MAROULIS:  Would counsel repeat the |
| 10:13:57 | 13 | question, please? |

Page 24

```
                         4454582_1.TXT
10:19:20  20   acoustics and otherwise.  My good colleague in good
10:19:23  21   faith has not seemed to have heard the one operative
10:19:24  22   word -- the term.
10:19:27  23            CHECK INTERPRETER:  May the check
10:19:29  24   interpreter have time to render?
10:19:31  25            MS. MAROULIS:  Please render the

                                                                    29

               HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
10:19:33   1   translation.
10:19:34   2            CHECK INTERPRETER:  Thank you.  "Speaking
10:19:35   3   as an engineer, an applet can be viewed as either
10:19:40   4   operating system independent or operating system
10:19:43   5   dependent.  In the case of the Java, it can be
10:19:50   6   agreed to be the OS independent, however, I've also
10:19:55   7   seen applet being used in an OS dependent platform."
10:20:05   8            MS. MAROULIS:  I think we can move on.
10:20:06   9   Thank you for your patience, counsel.
10:20:10  10            MR. BASSETT:  Q.  Was that true in 2005?
10:20:15  11            MS. MAROULIS:  Objection.  Calls for
10:20:16  12   speculation.
10:20:27  13            THE WITNESS:  You mean as to the word --
10:20:28  14   the fact that "applet" can be used with respect to
10:20:33  15   an OS dependent instance?
10:20:36  16            MR. BASSETT:  Q.  Correct.
10:20:38  17       A.   Yes, it was so used.
10:20:44  18       Q.   By whom?
10:20:47  19            MS. MAROULIS:  Objection.  Calls for
10:20:48  20   speculation.  Lacks foundation.
10:21:14  21            THE WITNESS:  Well, for instance, around
10:21:15  22   this 2005 time frame, I had, as an engineer, been
                              Page 27
```

4454582_1.TXT

| | | |
|---|---|---|
| 10:21:22 | 23 | participating in developing the Qualcomm platform, |
| 10:21:25 | 24 | and when it comes to the Qualcomm platform, they use |
| 10:21:29 | 25 | only the Qualcomm chipsets.  But within it and going |

30

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

| | | |
|---|---|---|
| 10:21:32 | 1 | about developing applications, they also for |
| 10:21:34 | 2 | instance use the word "applet." |
| 10:21:37 | 3 | CHECK INTERPRETER:  Check interpreter: |
| 10:21:39 | 4 | For instance, around the 2005 time frame, as an |
| 10:21:45 | 5 | engineer, at that time Qualcomm platform was used |
| 10:21:50 | 6 | and it comes to Qualcomm platform, they used |
| 10:21:54 | 7 | Qualcomm chipsets and in that chipset, applications |
| 10:22:00 | 8 | were developed and the word "applet" were used in |
| 10:22:06 | 9 | that instance. |
| 10:22:07 | 10 | MR. BASSETT:  Q.  And when the word |
| 10:22:08 | 11 | "applet" was used in that instance, it was your |
| 10:22:12 | 12 | understanding that it was referring to something |
| 10:22:14 | 13 | that was operating system dependent? |
| 10:22:18 | 14 | MS. MAROULIS:  Objection.  Calls for |
| 10:22:19 | 15 | speculation. |
| 10:23:05 | 16 | THE WITNESS:  Yes, from an engineer's |
| 10:23:08 | 17 | perspective, seeing as how the -- in the case of the |
| 10:23:13 | 18 | Qualcomm environment, the use of the term "applet" |
| 10:23:17 | 19 | in that case was something that applied with respect |
| 10:23:20 | 20 | to the Qualcomm platform only, so from that |
| 10:23:22 | 21 | perspective, the use of said word can be used also |
| 10:23:26 | 22 | in an OS dependent sense. |
| 10:23:30 | 23 | MR. BASSETT:  Q.  Are you aware of any |
| 10:23:30 | 24 | other instances in the 2005 time frame or earlier |
| 10:23:35 | 25 | where the word "applet" was used to mean something |

Page 28

4454582_1.TXT

31

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

```
10:23:39   1    that was OS dependent?
10:24:07   2         A.    Other than the Qualcomm case?
10:24:10   3         Q.    Correct.
10:24:20   4         A.    Well, in terms of what I've seen, I've
10:24:21   5    seen it used in the Qualcomm instance and otherwise
10:24:24   6    in the Java community but nothing beyond that, I
10:24:27   7    don't think.
10:24:28   8         Q.    And in the Java community, "applet" means
10:24:33   9    something that is OS independent; correct?
10:24:35   10              MS. MAROULIS:   Objection.   Vague.   Calls
10:24:36   11   for expert testimony.
10:25:01   12              THE WITNESS:   Yes, speaking from an
10:25:03   13   engineer's perspective I do believe that to be the
10:25:05   14   sense in which Java employed it.
10:25:12   15              MR. BASSETT:   Q.   Sir, you will agree with
10:25:13   16   me that you were not the first to suggest using
10:25:16   17   applets for playing digital music files; correct?
10:25:19   18              MS. MAROULIS:   Objection.   Vague.   Calls
10:25:21   19   for speculation.
10:25:41   20              THE WITNESS:   Correct.
10:25:44   21              MR. BASSETT:   Q.   Prior to 2005, did you
10:25:47   22   investigate any features that may be on Yamaha
10:25:56   23   mobile phones?
10:26:00   24              MS. MAROULIS:   Objection.   Vague.
10:26:10   25              THE WITNESS:   By that, do you mean
```

32

```
                                     4454582_1.TXT
14:37:11    3    for this witness at this time.  As I said earlier,
14:37:14    4    I'm not going to close the deposition just because
14:37:16    5    of the late production from our perspective of those
14:37:19    6    Korean language documents.
14:37:21    7             MS. MAROULIS:  I understand your position,
14:37:22    8    counsel.  We confirmed with California during the
14:37:24    9    lunch break and all the documents that you marked
14:37:27   10    were produced on November 11, which is more than
14:37:31   11    five days before the deposition, with the exception
14:37:33   12    of the patent which was produced much earlier in I
14:37:35   13    think the first invention disclosures which was also
14:37:39   14    produced earlier, so no documents marked today were
14:37:42   15    produced after November 11.
14:37:44   16             MR. BASSETT:  Just for the purposes of the
14:37:45   17    record, I double checked myself with the email that
14:37:48   18    came from your law firm that included these
14:37:52   19    documents and we received it two days ago.  So
14:37:56   20    that's...
14:38:02   21             MS. MAROULIS:  Okay.  Beyond that, I don't
14:38:32   22    have any questions for the witness.  We reserve the
14:38:35   23    right to review the transcript and sign and would
14:38:37   24    like to put this transcript under the highest level
14:38:39   25    of confidentiality, "Outside Counsel Eyes Only"
                                                                          97
 ♀


                     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
14:38:45    1    under the protective order.
14:39:05    2             THE VIDEOGRAPHER:  One second, please.
14:39:07    3             This marks the end of Videotape 3 in the
14:39:11    4    deposition of Moon-Sang Jeong.  Going off the
14:39:13    5    record.  The time is 2:39.
                                   Page 88
```