# EXHIBIT 4

## MP3 BACKGROUND PLAYING : IMP3BGMGR

**IMEDIA Interface 사용 Applet & Interfaces**

1. ISNDMANGER
2. MP3Player
3. MediaPlayer
4. Modlab_media
5. OEMMediaMultipleFile
6. QCamcorder
7. QCamera & SCamera
8. SpriteGame
9. Vod_MediaPlayer
10. VRapp (Voice Recognition)
11. GLESTest
12. FLY3D

**ISNDMANAGER Interface 사용 Applet & Interfaces**

| | | | |
|---|---|---|---|
| ADSApp | Isecvolcebell | Secclockreaderapp | Snd |
| AlarmApp | LampControlApp | SECComStruct | SndConfigApp |
| AlertApp | LCDTestProgram | Sedhwctlapp | Sndhwg2 |
| AnycallAlbum | M2AmiuSound | Secidleapp | Sndtestapp |
| Autoansapp | Mamapimaln | Secimagemgrapp | Spamapp |
| BGAlarm | MediaPlayer | Secimageviewerapp | Startupapp |
| Calculator | MelodyComposerApp | Secirdairfrontapp | TestModeApp |
| Callapp | MelodyComposerNote | Secirdamcapp | Today |
| Clockdesign | MemoAppNewMemo | SecLbsApp | Todo |
| Dialsizeapp | MenuType | Secmenustyle | Uikey |
| DiaApp | MFlashExt | Secmsgsetupapp | Uisstrt |
| ExtBannerDesignApp | MHmda | Secnamecallapp | Uixsnd |
| ExtClockDesignApp | Mmcapp | Secpopupapp | UpgradeApp |
| Extdiskapp | Mmcmodeapp | Secremoconshotapp | VKApp |
| Ext_SubBGDesignApp | MMSEditor | SecSetModemApp | VKAppTVW |
| FlashLiteApp | MorningCallApp | Secsetupapp | VKAppWVW |
| FontChangeApp | Mp3player | Secsetupall_old | VoiceMemoApp |
| gpsApp | Msglogapp | Secsmsbgimgapp | Vrapp |
| Idledefimgapp | MusicBoxApp | SECSmsMoApp | WlpiAppfunc |
| Idlescrsetapp | MyMelodyApp | SECSmsMtApp | Wlpisig |
| Isecbackground | MyMelodyFunc | Secsosapp | WlpiSndControl |
| ISECClockReaderApp | Numplusapp | Secsubmenu | WlpiTRcmd |
| Isechfk | OEMH_Io | Secthemecolor | WsEditArea |
| Isecimageview | OEMH_mda | Sectransientapp | |
| Isecledext | OEMH_Res | ServiceApp_CDMA | |
| Iseclist | OEMMediaMA5 | SetTimeApp | |
| Iseclock | Progmanapp | Shutdownapp | |
| ISECMusicbox | Rejectcallapp | SlideupMsg | |
| Isecphonebook_priv | Scamera_include | SM_device | |
| ISECSmsSetup | ScheduleApp | SM_volume | |
| Isecvis | Seccamerasetupapp | SM_WIPI | |

HIGH CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00139800