# EXHIBIT 5

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer


IEEE PRESS



A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of | merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data is available.*

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

Case 5:11-cv-01846-LHK Document 589-9 Filed 01/06/12 Page 4 of 4

**aperture distortion** A type of distortion that is caused by the size and shape of the scanning aperture. In a TV, for example, it is due to the size of the electron scanning beam. This may distort the image or diminish resolution.

**aperture grill picture tube** In a picture tube with a three-color gun, a grill with vertical wires that is placed behind the screen to make sure that each color beam strikes the correct phosphor dot on the screen. It insures, for instance, that the electron beam intended for the blue phosphor dots only hits those. Such a grill provides an image with better clarity and sharpness.

**aperture illumination** The field-intensity distribution of an electromagnetic wave over an aperture. Used especially in the context of the aperture of an antenna.

**aperture mask** In a picture tube with a three-color gun, a grill with round holes that is placed behind the screen to make sure that each color beam strikes the correct phosphor dot on the screen. It insures, for instance, that the electron beam intended for the red phosphor dots only hits those. Also called **shadow mask**, or **mask (3)**.

**aperture pitch** On the display screen of a picture tube with an aperture mask, the distance between phosphor dots of like color between one phosphor stripe and the next. Usually expressed in millimeters, and the lower the number, the crisper the image. Also called **stripe pitch**.

**aperture synthesis telescope** A computer-controlled telescope which utilizes two or more pairs of antennas which sequentially cover sections of the total aperture, in order to gather the information equivalent to that obtained by a much larger single telescope. Also called **synthesis telescope**.

**aperture time** 1. The time interval during which a measuring instrument acquires a sample of a signal. 2. The time interval necessary for a measuring instrument to acquire a sample of a signal.

**API** 1. Abbreviation of **air-position indicator**. 2. Abbreviation of **application program interface**.

**APL** Abbreviation of **A Programming Language**. A concise high-level programming language especially suited for generating matrices.

**app** Abbreviation of **application**.

**apparatus** A device or integrated group of devices utilized for a given purpose.

**apparent horizon** As seen from a given location, the junction at which the earth, or the sea, appears to meet the sky. Also called **horizon (1)**, or **visible horizon**.

**apparent power** In an AC circuit, the product of the RMS current and the RMS voltage. This value does not take into account the phase angle between the voltage and current. Expressed in volt-amperes.

**appearance potential** In a mass spectrometer, the minimum potential required to provide an electron beam with the minimum energy necessary to produce fragmentation ions of a particular species.

**Applegate diagram** For velocity-modulation tubes, a diagram which plots the flow of electron groups as a function of time.

**applet** A small application designed to run within another program. Frequently, it is downloaded over a network to be launched on a user's computer. On a Web page, for example, it can provide video and/or audio effects, or perform calculations.

**AppleTalk** A popular LAN protocol or architecture.

**Appleton layer** The highest layer in the ionosphere, spanning an altitude of about 200 to 400 kilometers. Although this layer is influenced by factors such as time of day, season, and sunspot activity, it exists at all times, and at night it is the only component of the F region. It is useful for long-distance propagation of high-frequency radio waves day or night. Also known as $F_2$ **layer**.

**appliance** A powered device designed to help do work, perform tasks, or to assist in providing comfort or convenience. These usually use electrical energy, and include dryers, lamps, refrigerators, and microwave ovens. Precision electronics, such as high-fidelity components and computers are sometimes not included in this group.

**appliance server** A self-contained server which incorporates both hardware and software, and which is designed to be installed and maintained with a minimum of effort and support. Such a server is usually plugged into an existing network, with all supported applications preinstalled, and is used, for instance, as a Web server, mail server, or file server. Appliance servers are configured and accessed via Web browsers. Also called **server appliance**.

**application** 1. A specific use for a device. 2. A computer program designed to enable end users to perform specific tasks, such as word processing or communications. Its abbreviation is **app**. Also called **application program**.

**application binary interface** A set of instructions that determine how a computer application interacts with the operating system and the hardware. This contrasts with an **application program interface**, which only interacts with the operating system. Its abbreviation is **ABI**.

**application-centric** Pertaining to an operating system in which the application is the starting point of a task. For example, to work on a document, first the word-processing program is opened, and then the document is retrieved. This contrasts with **document-centric**, where the document is the starting point of a task.

**application development** The work involved in creating and improving computer programs intended for end users.

**application development environment** The suite of programs that software developers use to develop applications. These programs may include debuggers and compilers.

**application development language** A computer language, such as COBOL, that facilitates the development of applications.

**application development system** A coordinated set of tools that enable the development of applications.

**application framework** 1. The basic conceptual structure of an application. 2. In object-oriented programming, the set of classes that provide the structure for building an application. Also called **framework**.

**application gateway** 1. In a network, a computer or program that links one application to another by performing the necessary protocol conversions. 2. A computer or program that allows only certain application traffic to cross between a private network and all other networks.

**application generator** Computer software that enables the generation of applications based on a description of the task or problem to be addressed. These applications may be tailored to specific needs, and as such tend to be limited in scope.

**application layer** Within the OSI Reference Model for the implementation of communications protocols, the highest level, located directly above the presentation layer. This layer takes care of the exchange of information between applications, including tasks such as file transfers, email, and access to a remote computer. Also called **level 7**.

**application level gateway** A server, application, or system that serves as an intermediary between a private network, such as a LAN, and all other networks. Its two main functions are to provide document caching and access control. When caching, an application level gateway first attempts to access data which it has cached, and if not present there, it fetches it from a remote server where said data resides.