# EXHIBIT 6

Free online dictionary/thesaurus and more...

Find: [    ]  [Go] [Define]  | Free Tools | Preferences | About | Contact | Index

[cite]

## applet 

**Definition:**
a small computer program, especially one written in Java, that performs a specific task, sometimes within the context a larger program

**Class:**
communication noun (communicative processes and contents)

**Plural:**
applets

**Topic:**
information technology » engineering science » discipline » knowledge domain

**Type of:**
application program » program » software package » computer code

**Original source:**
Princeton WordNet

**Etymology:**
*app* + *-let*, but perhaps also influenced by *Apple* (the term originated in...
(Source: Wiktionary) [more]

---

## Definition references

**Wikipedia:**
**Applet**
any small application that performs one specific task that runs within the scope of a larger program, often as a plug-in. An applet typically also refers to Java applets, i.e., programs written in the Java programming language that are included in a... (42 of 912 words)
en.wikipedia.org/wiki/Applet  [cite]

**Encarta Dictionary:**
**applet** | applets [plural]
a simple computer program that performs a single task, run from within a larger application | a small piece of computer code, often embedded in a Web ... (26 of 63 words, 2 definitions, pronunciation)
encarta.msn.com/dictionary 1861586376/definition.html  [cite]

**Cambridge Dictionary:**
**applet** [specialized]
a small computer program that is automatically copied onto a computer when you look at a document that needs this program to make it work (25 of 48 words, 1 usage example, pronunciation)
dictionary.cambridge.org/dictionary/british/applet  [cite]

TOP

**Oxford Dictionary:**
**applet** [computing] | computer program [type of]
a very small application, especially a utility program performing one or a few simple functions (15 of 37 words, pronunciation)
oxforddictionaries.com/definition/applet  [cite]

**Macmillan British Dictionary:**
**applet** [countable, computing] | applets [plural]
a simple computer program designed to run from a webpage (10 of 36 words, pronunciation)
www.macmillandictionary.com/dictionary/british/applet  [cite]

**Merriam-Webster:**
**applet**
a short computer "application" especially for performing a simple specific task (11 of 30 words, pronunciation)
www.merriam-webster.com/dictionary/applet  [cite]

**American Heritage Dictionary:**
**applet** [computer science]
An application that has limited features, requires limited memory resources, and is usually portable between operating systems. (17 of 24 words)
www.yourdictionary.com/applet  [cite]

**Random House Dictionary:**
**applet** [computers]
a small application program that can be called up for use while working in another application. (16 of 21 words, pronunciation)
dictionary.infoplease.com/applet  [cite]

**Wiktionary:**
**applet** [computing] | applets [plural]
a small program module that runs under the control of a larger application, typically a web browser (17 of 19 words)
en.wiktionary.org/wiki/applet  [cite]

**New World Dictionary:**
**app**
appendix | applied | appointed | apprentice | approved (5 of 5 words, 5 definitions)
www.yourdictionary.com/app  [cite]

# Etymology references

**Wiktionary:**
**applet** [computing]
Origin: app + -let, but perhaps also influenced by Apple (the term originated in AppleScript)

Origin: *app* + *-let*, but perhaps also influenced by Apple the term communication AppleScript.
en.wiktionary.org/wiki/applet   [cite]

### Online Etymology:
**applet**
First use: by 1995
Origin: a diminutive formation from "application".
www.etymonline.com/index.php term=applet   [cite]

### Oxford Dictionary:
**applet** [computing]
First use: 1990s
Origin: blend of "application" and "-let"
oxforddictionaries.com/definition/applet   [cite]

### Encarta Dictionary:
**applet** | applets [plural]
First use: Late 20th century
Origin: application + -let
encarta.msn.com/dictionary 1861586376/definition.html   [cite]

### Merriam-Webster:
**applet**
First use: 1990
Origin: *appl*ication + *-et*
www.merriam-webster.com/dictionary/applet   [cite]

**-et** [entry 1, affix, suffix, noun suffix]
Origin: Middle English, from Anglo-French *-et*, masculine, and *-ete*, feminine, from Late Latin *-itus* and *-ita*
www.merriam-webster.com/dictionary/-et   [cite]

### American Heritage Dictionary:
**applet** [computer science]
Origin: "application" + "-et".
www.yourdictionary.com/applet   [cite]

**application**
Origin: Middle English *applicacion*, from Old French, from Latin *applicātiō*, *applicātiōn-*, from *applicātus*, past participle of ... (15 of 20 etymology words)
www.yourdictionary.com/application   [cite]

**-et**
Origin: Middle English, from Old French, from Vulgar Latin *-ittum*.
www.yourdictionary.com/et-suffix   [cite]

## Audio references

### Cambridge Dictionary:

**Cambridge Dictionary:**

**applet** [specialized]

Audio 1: British English pronunuciation of "applet"

[Play Once]

Audio 2: North American English pronunuciation of "applet"

[Play Once]

dictionary.cambridge.org/dictionary/british/applet   [cite]


**Macmillan British Dictionary:**

**applet** [countable, computing] | **applets** [plural]

Audio: British English pronunciation of "applet"

[Play Once]

www.macmillandictionary.com/dictionary/british/applet   [cite]


**Macmillan American Dictionary:**

**applet** [countable, computing] | **applets** [plural]

Audio: North American pronunciation of "applet"

[Play Once]

www.macmillandictionary.com/dictionary/american/applet   [cite]


**the Free Dictionary:**

**applet**

Audio 1: North American English pronunciation of "applet"

[Play Once]

Audio 2: British English pronunciation of "applet"

[Play Once]

Audio 3: North American English pronunciation of "applet" by speech synthesizer

[Play Once]

www.thefreedictionary.com/applet   [cite]


**Google Dictionary:**

**applet** | **applets** [plural]

Audio: English pronunciation of "applet"

[Play Once]

www.google.com/#hl=en&tbs=dfn:1&fp=1&q=applet   [cite]


**Merriam-Webster Pronunciation:**

**applet**

Audio: North American pronunciation of "applet"



www.merriam-webster.com/audio.php file=apple05c word=applet [cite]

**applet**
Audio: North American pronunciation of "applet"



www.merriam-webster.com/audio.php file=apple06c word=applet [cite]

**YourDictionary Audio:**
**applet**
Audio: North American English pronunciation of "applet"

Play Once

www.yourdictionary.com/applet [cite]

Page last updated: 2011-09-19



Copyright © 2008-2011 Memidex

TOP