# EXHIBIT 7A





Post Reply

# Windows 9x question about 32-bit and 16-bit software installation

Currently Active Users: 1683 Discussions: 217,385, Posts: 2,567,747, Members: 265,999

Get bargains at » dealighted.com

October 10th, 2004, 11:00 PM #1 (permalink)

**Nancy P.**
Member

Join Date: Mar 2004
Posts: 67

**Windows 9x question about 32-bit and 16-bit software installation**

Google Offers in San Fran www.google.com/offers
The best of San Francisco at even better prices.
Sign up today!
AdChoices

Hello again,
It's week #5 and I need help with another question in my A+ Operating Systems class. You all have been great in helping me to find the answers to these testy questions...I think I may have the answer in this one, but I am not thoroughly convinced, so here goes.

Use the __________ applet in the Control Panel when installing 32-bit software designed for Windows 9x. Use the _________ option on the Start menu when installing older 16-bit software.

I think that the answers might be Add/Remove Programs and then the second one might be Drive Converter?

Thanks for your help!

Nancy

Ads by Google
Windows XP Driver
Windows XP Service Pack 3
Menu Software

*Last edited by Nancy P. : October 10th, 2004 at 11:02 PM. Reason: I want to add my answers*

Quote

Search TechIMO for Answers: [ ] Search

Ask an Expert Your Tech Question
Have a tech support question? Our community of experts has answers, usually within minutes. Click here to type your question...
Ask Experts Now!

October 10th, 2004, 11:32 PM #2 (permalink)

**Siliconjunkie**
Did you try Google yet?

Join Date: Feb 2003
Location: Buckhannon, WV
Posts: 3,468

Microsoft® Private Cloud
Go Beyond Virtualization And See Inside Your Apps. Learn More Today!
Microsoft.com/readynow
AdChoices

Well, to be honest it sounds like a BS question. There is no answer AFAIK.

I would go with your answer for the first part, but not the second.

But, it has been many years since I have run 98. At this point I would refuse to work with it. If they are still running 98, they need to upgrade.

Ask an Expert Your Tech Question
Have a tech support question? Our community of experts has answers, usually within minutes. Click here to type your question...

It doesn't specify an OS, but I assume it is 98.
_____
My computer is bigger than yours!

**Ads by Google**

How to Repair Windows XP

Installing Windows

Install Software

---

October 10th, 2004, 11:40 PM                                        #3 (permalink)

**PresterJohn**
the *Voice* in your Head

Join Date: Dec 2001
Location: NY
Posts: 4,519

nancy,

you are correct on #1...the answer would be add/remove programs

for #2 the answer would be the Run option

[Quote]

---

October 10th, 2004, 11:43 PM                                        #4 (permalink)

**Siliconjunkie**
Did you try Google yet?

Join Date: Feb 2003
Location: Buckhannon, WV
Posts: 3,468

Not to threadcrap, but this is the problem with all the "+" exams. They want ONE answer on how to do something.

This could be done several ways. You dont HAVE to use add/remove or Run to do either. You could just browse to the installer, let the autorun do it, or just run it from the desktop if it is a single executable.

[Quote]

---

October 10th, 2004, 11:45 PM                                        #5 (permalink)

**Nancy P.**
Member

Join Date: Mar 2004
Posts: 67

Thanks for your help. Just to let you know... this is an OS class, but the book discusses 9x to start and we will end up in XP.

Nancy

[Quote]

---

October 10th, 2004, 11:47 PM                                        #6 (permalink)

**PresterJohn**
the *Voice* in your Head

Join Date: Dec 2001
Location: NY
Posts: 4,519

Quote:

Originally Posted by **Siliconjunkie**
*Not to threadcrap, but this is the problem with all the "+" exams. They want ONE answer on how to do something.*

*This could be done several ways. You dont HAVE to use add/remove or Run to do either. You could just browse to the installer, let the autorun do it, or just run it from the desktop if it is a single executable.*

this is true...there are several ways to do it. however, in the question context she posed then the range of 'possible' answers are rather limited.

the 'problem' as you state it also occurs on many of the mcse exams. oftentimes, there are more than one possible answer (depending on

---

dell windows 7 wont start power butto.. (2)
dvd drive (1)
beware of dell (3)
New F@H Member Introductions (89)
alternative solution for dead wireles.. (7)
Help with motherboard sound card comp.. (5)
DIMO Login/Logout (18)
System Recovery's trouble on Gateway .. (0)
Droid vs Iphone (34)
Needing Asus parts? Well here is the .. (3)
Need help building a decent PC (2)
BF3 IS UP AND RUNNING! (125)
Lost my AC'97 audio Win 7 64 bit - M2.. (12)
Software Audio Amplifier for a laptop.. (33)
[F@H SPAM November 2011] Its Been 3 .. (89)
BATCH FILE WONT OPEN!!! HELP!!! (9)
GTS250 driver upgrade (5)
Compatibility in a new build. (3)
Laptop Will NOT turn on (0)
MSi N550GTX-Ti Cyclone II 1GD5 (4)
2 wireless laptops (2)
BurnAware Free 4.2 error (2)
Resolution too big too small through .. (4)
WinRAR (4)
entropy and bits (4)

Your IP is 12.108.179.4! Your ISP is AT&T WorldNet Services!
You are running Windows XP and using IE 7!
IE is for weenies.
danasoft.com



one's intepretation) but you need to find the 'best' answer.

Quote

October 10th, 2004, 11:57 PM                                                                    #7 (permalink)

**Siliconjunkie**
Did you try Google yet?

Join Date: Feb 2003
Location: Buckhannon, WV
Posts: 3,468

AKA the MS answer.

Well, the 98/ME portion of the test is easy. The answer is always to
upgrade to XP.

Quote

October 12th, 2004, 12:46 PM                                                                    #8 (permalink)

**Regulus**
Banned

Join Date: Sep 2004
Location: California
Posts: 241

answer

**Microsoft Windows XP Professional Full Version**

On Sale + Free Shipping!

$69.95

www.Tek-Micro.com

Ads by Google

Windows XP Home OEM CD

Windows Software

16 Bit

PresterJohn has it
right, 32 bit-
add/remove, 16 bit
installs from "run".

Regulus

Quote

Post Reply

**Related Results**

_____ **Use**
Top answers for _____ **Use**
www.Answered-Questions.com

_____ **Use** near Redwood City, CA
Get local answers for _____ **Use** near Redwood City, CA
www.Answered-Questions.com

Searching for _____ **Use**?
Discover 100+ answers for _____ **Use**
www.Answered-Questions.com

AdChoices ▷                                                              Chitika  Opt out? 🔍

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|--------|----------------|-------|---------|-----------|
| | | | | February 27th, 2005 |

| | | | | |
|---|---|---|---|---|
| 64 bit windows xp beta and real player 10 | Rico Mania | Applications and Operating Systems | 16 | 09:05 PM |
| amd 64 3000 or 3200....or non 64 | MarcwithaC | Processors, Memory, and Overclocking | 3 | September 8th, 2004 01:36 PM |
| 64bit windows & fedora wifi...... | EpyonMelee | General Tech Discussion | 3 | June 27th, 2004 03:07 AM |
| difference between 16bit and 32bit os's | iseeu_3 | Applications and Operating Systems | 7 | November 23rd, 2003 11:39 AM |
| 15-bit display for ATI Rage IIc? | BFlurie | Graphics Cards and Displays | 0 | October 7th, 2002 12:47 PM |

**Currently Active Users Viewing This Thread: 2** (0 members and 2 guests)

All times are GMT -4. The time now is 10:15 PM.
TechIMO Copyright 2010 All Enthusiast, Inc.

**Contact Us** - **Tech Support Forums - TechIMO.com** - **Archive** - **Privacy Statement** - **Terms of Use** -
**Coupons and Deals and Dealighted** - **Store Ratings, Avoid Scam Businesses** - **Geek News - Tech News for the Geek In You** - **Web Business Blog** -
**Top**

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

# EXHIBIT 7B



8,287,186 members and growing! (80,305 online)    Email    Password    Sign in    Join    ☑ Remember me?  Lost password?

Home    Articles    Quick Answers    Discussions    Learning Zones    Features    Help!    The Lounge    Search

🏠 » Platforms, Frameworks & Libraries » Win32/64 SDK & OS » General

# Control Panel Applet Framework

By Len Holgate | 24 Feb 2000

`VC6` `MFC` `Dev` `Intermediate`

| Licence | CPOL |
|---|---|
| First Posted | 24 Feb 2000 |
| Views | 70,782 |
| Bookmarked | 43 times |

### See Also
- More like this
- More by this author

A mini framework for writing Control Panel applets. Just fill in the blanks!.

| Article | Browse Code | Stats | Revisions |    ★★★★½  4.45 (18 votes)          🖨 🐦 💬 13

Sponsored Links

⬇ Download source files - 10 Kb

## The problem

The Windows Control Panel is the ideal way to allow a user to alter settings for an application that runs in the background, or automatically. When I was exploring NT Services it seemed like a good idea to control my service using a control panel applet. But what *are* control panel applets and how do you write one? Well, after some exploring in the MSDN I discovered that control panel applets are just standard DLLs with a particular set of entry points and a .cpl extension. Place such a file in the Windows System directory and the next time you start up control panel your applet will be there. Having discovered what I needed to know I set about writing a control panel applet and once I'd done that, I turned the bulk of the code into a mini applet framework so I wouldn't have to write it ever again!

## Anatomy of a control panel applet

Control panel applets are pretty old now, and no doubt some day soon they will be replace by fully fledged COM objects. In the mean time they're a reasonable first attempt at component based programming. A control panel applet is a DLL that presents a standard interface to the Control Panel application. When Control Panel starts it locates all the .cpl files in the Windows System directory and tries to load them as DLLs. If this works then it tries to locate a function called `CPlApplet()` in the newly loaded DLL. If the DLL has the function entry point then it's a control panel applet! But there's more, a single DLL can contain multiple applets and they each appear as a separate icon in Control Panel.

`CPlApplet()` is a relatively simple function taking a window handle, a message and a couple of message specific parameters. Writing one is similar to writing a normal window proc and is reasonably well documented in MSDN and the VC++ online help. The framework that I produced provides an implementation of `CPlApplet()`, along with a `DllMain()` and wires these DLL entry points up to a class designed to be a base class for your applets. Simply derive from `CJBControlPanelApplet`, build a DLL with a .cpl extension and with the link with framework and you're done!

## What does CJBControlPanelApplet give you?

To be a control panel applet your `CPlApplet()` entry point has to respond appropriately to messages from the Control Panel application. Most of these messages are mundane, housekeeping. `CJBControlPanelApplet` handles all of this for you and provides virtual functions that you can override if you want a little more control. If you wish, you only need handle one message, by providing an `OnDoubleClick()` handler for when your applet is activated and should do its stuff. Each of the standard CPL_ messages has a corresponding virtual message handler (except `CPL_GETCOUNT` which is handled entirely by the framework).

## Your derived class

To implement your control panel applet you need to do the following:

- 🔹include "ControlApplet.hpp" and publicly derive a class from `CJBControlPanelApplet`.
- 🔹call the `CJBControlPanelApplet` constructor and pass resource IDs for the applet's icon, name and description.
- 🔹implement the pure virtual function `OnDoubleClick()` - this is where your applet becomes live and can display a dialog or whatever.
- 🔹create an instance of your applet class at global scope.
- 🔹link with ControlApplet.cpp and include ControlApplet.def in your project. ControlApplet.cpp gives you the implementation of `CJBControlPanelApplet` and suitable `DllMain()` and `CPlApplet`

`()` DLL entry point functions.

If you wish you can also:

- 🔧 handle `OnInit()` - for resource acquisition, or start up code.
- 🔧 handle `OnStop()` - for resource release and shutdown code.
- 🔧 handle `OnExit()` - for last minute shut down code that wasn't put into `OnStop()` for some reason…
- 🔧 handle `OnInquire()` - if you really want to take over the filling in of the `LPCPLINFO` structure… Or perhaps you want to use the standard `OnNewInquire()` functionality so you might want to return FALSE from here!
- 🔧 handle `OnNewInquire()` - if my handling of it doesn't suit you. For dynamic icons or descriptions perhaps?
- 🔧 handle `OnStartWithParams()` - if you want to do clever things when started with command line parameters by rundll.

Note the handling of the poorly documented `CPL_STARTWPARAMS` has not been tested since I don't have access to Windows 95 and rundll doesn't seem to exist on NT4.

## Multiple applets in one DLL

`CJBControlPanelApplet` implements a linked list of all active object instances. Every time the constructor is called it links the current object into the static list of all `CJBControlPanelApplet` objects. Whenever the DLL entry point processes a message it walks the static list of applets and passes the message to each in turn. All you need to do is declare an object of a type derived from `CJBControlPanelApplet` at global scope and as soon as the applet is loaded you object will be created and automatically wired up to the list and begin receiving messages.

If you want to develop multiple applets as separate DLLs that's fine, if you change your mind and want to have them all in the same DLL then just link all the files together in one project and the framework does the rest for you. No code changes!

See the article on Len's homepage for the latest updates.

## License

This article, along with any associated source code and files, is licensed under The Code Project Open License (CPOL)

## About the Author

**Len Holgate**

Software Developer (Senior)
JetByte Limited
🇬🇧 United Kingdom

Member

Len has been programming for over 30 years, having first started with a Sinclair ZX-80. Now he runs his own consulting company, JetByte Limited and has a technical blog here.

JetByte provides contract programming and consultancy services. We can provide experience in COM, Corba, C++, Windows NT and UNIX. Our speciality is the design and implementation of systems but we are happy to work with you throughout the entire project life-cycle. We are happy to quote for fixed price work, or, if required, can work for an hourly rate.

We are based in London, England, but, thanks to the Internet, we can work 'virtually' anywhere…

Please note that many of the articles here may have updated code available on Len's blog and that the IOCP socket server framework is also available in a licensed, much improved and fully supported version, see here for details.





Intersoft ClientUI Layout Panels
Intersoft ClientUI® includes a wide range of panels and layout controls...
www.clientui.com

ComponentOne Sizer for WinForms
Add resolution-independent resizing to your .NET applications.
www.componentone.com

Article Top    Sign Up to vote Poor ○ ○ ○ ○ ○ Excellent Vote

**Solar Panels ($1000 OFF)**
Go Solar for $0 Down + Save $1,000! Free No Obligation Quote, Call Now.
VerengoSolar.com/Free-Quote

**Download Missing DLL**
How to Fix Missing .DLL Errors Follow These 3 Steps Immeditely!
SpeedMaxPc.com

AdChoices

## Comments and Discussions

**You must Sign In to use this message board.** (secure sign-in)

FAQ    Search

Profile popups  Noise level Medium  Layout Normal  Per page 10  Update

Refresh    First Prev Next

| | | |
|---|---|---|
| **This is a complete working project that worked for me right away without any hassles.** | **parandor** | **11:24 23 Oct '10** |
| **adding an item into control panel context menu** | **emmmatty1** | **1:50 10 Jul '09** |
| Re: adding an item into control panel context menu | Len Holgate | 1:58 10 Jul '09 |
| **Solves my problem! And here's how to debug an applet.** | **eldibi** | **12:45 16 Jan '09** |
| Re: Solves my problem! And here's how to debug an applet. | Len Holgate | 1:58 10 Jul '09 |
| **C#.NET version** | **Bas Steijvers** | **23:19 9 May '06** |
| Re: C#.NET version | Len Holgate | 23:39 9 May '06 |
| Re: C#.NET version | RipplingCreek | 7:22 13 Oct '06 |
| **How to known status of CD_ROM door...** | **thienlydochanh** | **19:21 10 Jun '02** |
| Re: How to known status of CD_ROM door... | aphazel | 21:34 23 Nov '09 |

Last Visit: 19:00 31 Dec '99  Last Update: 16:17 28 Nov '11    **1** 2 Next »

General  News  Suggestion  Question  Bug  Answer  Joke  Rant  Admin

Use Ctrl+Left/Right to switch messages, Ctrl+Up/Down to switch threads, Ctrl+Shift+Left/Right to switch pages.

Permalink | Advertise | Privacy | Mobile
Web23 | 2.5.111121.1 | Last Updated 25 Feb 2000

Layout: fixed | fluid

Article Copyright 2000 by Len Holgate
Everything else Copyright © CodeProject, 1999-2011
Terms of Use

### See Also...

- CPL++ v1.1 - Control Panel Applets
- A Task Tray Applet Framework
- Adding Custom Pages to Control Panel Applets
- Control Panel Applets for everyone
- How we can write on C# in Linux: Implementing PanelApplet to Gnome Desktop
- Enumerate and Host Control Panel Applets using C#.
- Changing your Windows audio device programmatically using VC++
- Windows 7 God Mode.{Who needs it}
- Control Panel launch shortcuts
- Adding a description to a .NET Windows Service
- Access Control Panel Applications With Just 2 Clicks
- Creating a Config Panel Applet
- PJ Naughter's Freeware Library
- ControlPanel
- Manipulating Windows using messages and simple CBT hooking

### The Daily Insider

30 free programming books
Daily News: Signup now.

# EXHIBIT 7C

WinDrivers Computer Tech Support Forums > For Techs Only > Tech Tips > Run control panel applets directly at command level !

PDA

**Click to See Complete Forum and Search --> : Run control panel applets directly at command level !**

---

**Tushar**                                                                    May 11th, 2001, 09:00 AM

here is how to run control panel applets at the Run command level...
Just type the correct syntax and you don't need to open the control panel from Start > Settings > Control panel.

Control panel tool Command------------------------------------------------------
Accessibility Options control access.cpl
Add New Hardware control sysdm.cpl add new hardware
Add/Remove Programs control appwiz.cpl
Date/Time Properties control timedate.cpl
Display Properties control desk.cpl
FindFast control findfast.cpl
Fonts Folder control fonts
Internet Properties control inetcpl.cpl
Joystick Properties control joy.cpl
Keyboard Properties control main.cpl keyboard
Microsoft Exchange control mlcfg32.cpl
(or Windows Messaging)
MS Mail Post Office control wgpocpl.cpl
Modem Properties control modem.cpl
Mouse Properties control main.cpl
Multimedia Properties control mmsys.cpl
Network Properties control netcpl.cpl
NOTE: In WinNT 4.0, Network properties is Ncpa.cpl, not Netcpl.cpl
Password Properties control password.cpl
PC Card control main.cpl pc card (PCMCIA)
Power Mgmt (Win95) control main.cpl power
Power Mgmt (Win98) control powercfg.cpl
Printers Folder control printers
Region Settings control intl.cpl
Scanners & Cameras control sticpl.cpl
Sound Properties control mmsys.cpl sounds
System Properties control sysdm.cpl
(Not for WinME, It has been replaced by the Scanners and Cameras Folder, which is similar to folders like Printers and Dial-up Networking for earlier Win9Xs

---

**LagMonster**                                                                May 11th, 2001, 09:04 AM

Thats cool, where did you pick that up? Don't tell me you tried all the combinations to get them either :)

---

**Tushar**                                                                    May 11th, 2001, 09:40 AM

I found them on the MS Knowledge base page

Q192806 is the article no.

---

**lysergic**                                                                  May 11th, 2001, 06:00 PM

That trick is very useful if you have an occsion where you can not open the control panel and need to track down which one of the modules is causing it to error out.

You can also use explorer to browse to the windows/system32 directory and launch the different modules from there.

Basically anything with a .cpl extension is a control panel module.

**Deity**                                                                    May 11th, 2001, 07:01 PM

I love that trick. I lost count of the times I had systems that were so messed up that they couldn't acces the Control Panel.

**Radical Dreamer**                                                          May 11th, 2001, 11:14 PM

Originally posted by Deity:
I love that trick. I lost count of the times I had systems that were so messed up that they couldn't acces the Control Panel.

Thats when format C: kicks in. I dont mess around unless the pay is right.

**http://forums.windrivers.com/cgi-bin/forum1/noncgi**                       May 15th, 2001, 12:52 AM

Tiu... most of them doesn't work with Win2000.

**Who Me**                                                                   May 15th, 2001, 10:22 AM

Originally posted by Radical Dreamer:
Thats when format C: kicks in. I dont mess around unless the pay is right.

I agree, but it's good to know them though.

**lysergic**                                                                 May 15th, 2001, 10:53 AM

Originally posted by Malaysia_Sucks:
Tiu... most of them doesn't work with Win2000.

You need to be logged on as an admin

**GOVTECH**                                                                  May 15th, 2001, 12:12 PM

Pretty neat wish more worked in Win2K.
Thanks

**xigxag**                                                                   January 19th, 2006, 11:45 PM

I had to register just to say thanks for that list, it proved very helpful to me and I couldn't find one elsewhere in my searching.

These commands are very useful for troubleshooting a 98 machine in Progman when Explorer.exe isn't working. I could get to all of the control panel applets from Progman, great!

**Platypus**                                                                 January 20th, 2006, 08:27 AM

Thanks for making the comment xigxag, and welcome to WinDrivers.

We hope we can be of further help to you sometime.

windrivers.com
Copyright 2011 Internet.com Inc., All Rights Reserved.

# EXHIBIT 7D



- Home
- Guides ⌄



- Products ⌄



- Support
- About Us
-
- MyAccount Login



**Newsletter**
Receive regular Windows® updates

| | Join Now! |

Your privacy is ensured by our privacy policy
Registry Home > Security > Control Panel

**Hide Control Panel Applets** *(Windows NT/2000/XP) Popular*

This tweak allows you to show or hide specific applets found in the Windows Control Panel.

 **This tweak can be easily applied using WinGuides Tweak Manager.**
**Download a free trial now!**

Open your registry and find the key below.

For each applet you want to hide create a new string value and call it the filename of the applet to be hidden (for example 'fax.cpl'). Set the value to equal 'No' to hide the applet or delete tha value to display it.

Common Control Panel Applets:

- **access.cpl** - Accessibility Applet
- **appwiz.cpl** - Add/Remove Programs Applet
- **console.cpl** - Console Applet
- **timedate.cpl** - Date and Time Applet
- **desk.cpl** - Display Applet
- **fax.cpl** - Fax Applet
- **hdwwiz.cpl** - Hardware Wizard Applet
- **irprops.cpl** - Infrared Port Applet
- **intl.cpl** - International and Regional Applet
- **inetcpl.cpl** - Internet Settings Applet
- **joy.cpl** - Joystick Applet
- **liccpa.cpl** - Licensing Applet
- **main.cpl** - Mouse and Keyboard Applet
- **mlcfg32.cpl** - Mail Applet
- **mmsys.cpl** - Sound and Multimedia Applet
- **modem.cpl** - Modem and Phone Applet
- **ncpa.cpl** - Network and connectivity Applet
- **netcpl.cpl** - Network and Dial-up Connectivity Applet
- **nwc.cpl** - Netware Client Applet
- **odbccp32.cpl** - ODBC Applet

- **devapps.cpl** - PC Card Applet
- **ports.cpl** - Ports Applet
- **powercfg.cpl** - Power Management Applet
- **sticpl.cpl** - Scanner and Camera Applet
- **srvmgr.cpl** - Server Manager Applet
- **sapi.cpl** - Speech Properties Applet
- **sysdm.cpl** - System Applet
- **telephon.cpl** - Telephony Applet
- **tweakui.cpl** - TweakUI Applet
- **nusrmgr.cpl** - User Manager Applet
- **wspcpl32.cpl** - WSP Client Applet
- **quicktime.cpl** - QuickTime Applet
- **S32LUCP1.cpl** - Norton Live Update Applet
- **cpqmgmt.cpl** - Compaq Insight Agents Applet

Exit the registry and either logout or restart Windows.



**Registry Settings**

**User Key:** [HKEY_CURRENT_USER\Control Panel\don't load]
**Data Type:** REG_SZ (String Value)
**Value Data:** Yes or No

**Related Tweaks**

- Hide Control Panel Applets *(Windows 95/98/Me) Popular*

**>> Recommended Download** - check, repair and optimize your registry now with Registry Mechanic <<

**Disclaimer:** Modifying the registry can cause serious problems that may require you to reinstall your operating system. We cannot guarantee that problems resulting from modifications to the registry can be solved. Use the information provided at your own risk.

Last modified: August 20, 2002

More Guides »     Security Guide     Support Forums     Software Guide     Scripting Guide     Search

- Protection Products
- PC Tools[TM] Internet Security
- PC Tools Spyware Doctor[TM] with AntiVirus
- PC Tools Spyware Doctor[TM]
- ThreatFire
- Browser Defender

- Performance Products
- PC Tools[TM] Performance Toolkit
- PC Tools Registry Mechanic[TM]
- PC Tools[TM] Simple Backup
- PC Tools[TM] File Recover
- PC Tools[TM] Privacy Guardian
- RoboForm Pro
- GoodSync Pro

- Links
- Adware Glossary
- Spyware Disputes
- Security News
- Sitemap
- Infection Database

- Company
- About Us
- Awards
- Labs
- Partners

Get Updates

[Enter your e-mail address] [Submit]

- Find PC Tools on Facebook
- 
- Find PC Tools on Twitter

0

PC Tools AntiVirus PC Software & Windows Tools | Copyright © 1998-2011 PC Tools. All rights reserved.

# EXHIBIT 7E





Login | Sign Up | Advertise

RealGeek

Search: Go

Home | Forums | About Us | Geek Culture | Advertise | Contact Us

Register FAQ Members List Calendar Today's Posts Search

Real Geek Forums > Archives > Operating Systems > Windows XP > Windows XP Security & Administration > Control Panel Applet Missing

Update Windows XP Drivers in 2 Minutes
5-Star Rated Driver Tool
This Tool Updates Official Windows XP Drivers
Windows 7
Windows Vista
Windows XP
Download Now
Update Windows XP Drivers

# Control Panel Applet Missing

Posted: 11-17-2003, 04:40 PM

**Recommended Solution:**

1. Read the posts below from help and instructions from other users.
2. **Before and after** making any changes to your system or installing any software, we strongly recommend you to **check Windows for Registry errors.**

**Jack**
Guest
Posts: n/a

Show Printable Version
Email this Page
Post Comment

**Ask Microsoft Support Now** Microsoft.JustAnswer.cor
18 Tech Support Reps Are Online. A Question is Answered Every 9 Sec!

**Solar Panels ($1000 OFF)** VerengoSolar.com/Free-Quote
Go Solar for $0 Down + Save $1,000! Free No Obligation Quote, Call Now.

**Fix Windows xp Errors** SpeedMaxPc.com
How to Repair Windows xp Errors Just Follow These 3 Easy Steps!

**Download XP Repair** www.TotalPCHealth.com
Fix Errors and Speed Up Windows XP. 100% Guaranteed. Free Diagnosis!

AdChoices

When trying to adjust folder options, I could not find the Control Panel Applet "Folder Options". I tried running "control folders" from the Run command and received a message that, "This operation has ben cancelled due to restrictions in effect on this computer". I know of no changes made. I am the computer administrator here. Any help would be greatly appreciated.

Jack

## Control Panel Applet Missing

**Google Offers in San Fran**
The best of San Francisco at even better prices. Sign up today!
www.google.com/offers
AdChoices

*************** Iexplore.exe? ***************
*To Find out:* What Iexplore.exe is & How to Fix Iexplore.exe in 4 Easy Steps . . .
Click Here!

*Responses to "Control Panel Applet Missing"*

**Doug Knox MS-MVP**
Guest
Posts: n/a

**Re: Control Panel Applet Missing**
Posted: 11-17-2003, 05:23 PM
See www.dougknox.com, Win XP Utilities, Windows XP Security Console. You can control this restriction, and more, with this utility.

--
Doug Knox, MS-MVP Windows XP/ Windows Smart Display

Win 95/98/Me/XP Tweaks and Fixes
http://www.dougknox.com
----------------------------------
Associate Expert
ExpertZone - http://www.microsoft.com/windowsxp/expertzone
----------------------------------
Please reply only to the newsgroup so all may benefit.
Unsolicited e-mail is not answered.

"Jack" <anonymous@discussions.microsoft.com> wrote in message
news:007201c3ad29$73788b10$a301280a@phx.gbl...

> When trying to adjust folder options, I could not find
> the Control Panel Applet "Folder Options". I tried
> running "control folders" from the Run command and
> received a message that, "This operation has ben
> cancelled due to restrictions in effect on this
> computer". I know of no changes made. I am the computer
> administrator here. Any help would be greatly appreciated.
>
> Jack

**Curtis Clay III**
**[MSFT]**
Guest
Posts: n/a

**RE: Control Panel Applet Missing**
Posted: 11-18-2003, 07:29 PM

Hello Jack,
You can check the local group policy on your workstation to confirm that
this option is not configured.

1. Start\Run\gpedit.msc
2. User Configuration\Administrative Templates\Control Panel

Confirm whether either of the Show or Hide options is in use.

This posting is provided "AS IS" with no warranties, and confers no rights.

LinkBack   Thread Tools   Display Modes

Post Reply

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

Forum Jump
Windows XP Security & Administration        Go

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| How do I run Control Panel Applet as Administrator. | Jean Cyr | Windows Vista Security | 3 | 07-06-2006 11:59 AM |
| Color Control Panel applet won't run on XPpro | Markeau | Windows XP Photos | 1 | 11-05-2005 01:30 AM |
| Bluetooth Devices Control Panel applet missing | Ken | Windows XP Configuration & Management | 2 | 07-23-2004 12:13 AM |
| Delete an applet from Control Panel? | JD | Windows XP Help & Support | 0 | 12-10-2003 11:38 PM |
| Control Panel Applet missing | jack | Windows XP Basics | 2 | 11-17-2003 07:26 PM |

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 20 of 36



Developed by Xeonext Web Solutions                                    Top      Archive    Contact Us

Copyright © 2005 - 2007 RealGeek.com. All rights reserved.
Powered by vBulletin® Version 3.7.1
Copyright ©2000 - 2011, Jelsoft Enterprises Ltd.

# EXHIBIT 7F

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 22 of 36

home                                                      windows xp menu

# Control Panel Shortcuts

Use Windows' Control Panel more efficiently.

**Topic links:**

control panel categories

quick access

tab hopping

tab shortcuts

roll your own control panel

The Control Panel centralises access to Windows' multitudinous settings. From the Control Panel you can adjust and tweak Windows' appearance, performance, network connections, hardware settings and a whole lot more.

While many of the settings in the Control Panel are also accessible in other ways – for instance, you can change the desktop appearance by right-clicking the desktop and choosing Properties from the pop-up menu *or* by opening the Display applet in the Control Panel – the Control Panel makes it easy to keep tabs on *all* your Windows settings.

Ads by Google

Control Panel

Windows XP

CPL

## Control Panel categories

In Windows XP, the Control Panel has two modes. The default mode, in the Home Edition, is the colourful and friendly Category View, which divvies up the Control Panel applets into nine categories: Appearance and Themes; Network and Internet Connections; Add or Remove Programs; Sounds, Speech, And Audio Devices; Performance and Maintenance; Printers and Other Hardware; User Accounts; Date, Time, Language and Regional Options; and Accessibility Options.

There's actually a tenth category – easy to miss as it is only available via the task pane – called Other Control Panel Options. This is where Windows puts Control Panel applets installed by third-party applications, such as a QuickTime control or a special display control for your video card.

The other way to view the Control Panel is by the Classic

View, familiar to anyone who has used the Control Panel in previous versions of Windows. In Classic View, all the applets are dumped into the one folder. It may be a little intimidating to start with, but it makes it much easier to track down *all* the Control Panel items and reduces the number of clicks required to access them.

You open the Control Panel by clicking Start -> Control Panel. If it's not on your Start Menu, it's easy to add:

1. Right-click the Start button and choose Properties from the pop-up menu.
2. On the Start Menu tab, make sure the first (non-classic) Start Menu option is selected and click Customize.
3. Click the Advanced tab.
4. In the Start Menu Items list under the Control Panel section, select either Display As Link or Display As Menu. The former (the default) simply displays a Control Panel option on the Start Menu; the latter displays the Control Panel option with a cascading menu providing direct access to each Control Panel applet. I prefer the former because I like to create shortcuts to only those applets I use often – I'll show you how soon; I can do without the others cluttering up my Start Menu.
5. Click OK twice to exit the dialogs.

Note, if you use the Display As Menu option for the Control Panel, you can still open the standard Control Panel window by clicking Start and then right-clicking the Control Panel option in the Start Menu and selecting Open from the pop-up menu.

## Quick access

Some Control Panel applets are pretty esoteric and you're unlikely to call on them often, if at all. For example, the Java Plug-in control, which makes an appearance in the Control Panel if you install any version of the Java Runtime Engine, is something most of us never need to touch.

AdChoices ▷

**Microsoft® Cloud Services**
Be Ready For The Future. Learn More About Microsoft® Cloud Services!
Microsoft.com/readynow

**Internet Explorer® 9**
Upgrade to the Newest Version of IE9. Learn More & Download for Free
BeautyOfTheWeb.com

**Computer Recovery CD**
Fix Computer Crash Problems, Rescue Windows & Data in 5 mins!
www.WindowsRecoverys.com

**Get Internet Explorer**
Download Internet Explorer Today! Get The Fastest Web Browser.
techexpert.com

**Powerfull Macro Recorder**
Forget About Simple Macro Software. Total Windows Automation. Try Free!
www.NetworkAutomation.com

Other applets, though, are so useful you'll want to make them as easy to get at as possible. In last month's column, I showed you how to create shortcuts to Control Panel applets such as Add Or Remove Programs by dragging them onto your Quick Launch bar. That gives you single-click access to your favourite applets.

If you have half a dozen Control Panel favourites, instead of cluttering up your Quick Launch bar you can always create a custom Control Panel folder which you can access either by the Start Menu or via the Quick Launch bar. This works much like the Display As Menu option described above, but in this case you get to pick and choose which applets appear in the menu (see the section **Roll your own Control Panel**).

### Adding the Control Panel to My Computer

Want to see the Control Panel in My Computer? You can add it via the Folder Options dialog (open any folder, choose Folder Options from the Tools Menu, click the View tab and select the option).

## Tab hopping

Another way to burrow down quickly to out-of-the-way Control Panel settings is to make a direct call to the specific Control Panel applet. Using this technique you can even open a Control Panel applet to a specific tab.

For instance, if you frequently tinker with the sounds events

on your system, normally you get to these settings by clicking Start -> Control Panel -> Sounds, Speech and Audio Devices -> Change the Sound Scheme. Using a direct call, you can get there much faster.

First, a bit of background. Control Panel applets are stored in files with a .cpl extension. If you take a look in your Windows\System32 folder you'll find them there. (It makes it easier to see them all if you right-click in a blank spot and choose Arrange Icons By -> Type, select the Details View, and then scroll down the list and look for Control Panel Extensions.) You can run any applet by double-clicking its cpl file.

A faster way to run any applet is to issue a direct command:

control applet.cpl

where *applet* is any Control Panel applet on your system. Table 1 shows a list of the most common ones. Simply typing *control* by itself opens the Control Panel.

**Table 1. Common Control Panel applets**

| | |
|---|---|
| **Accessibility Options** | access.cpl |
| **Add New Hardware Wizard** | hdwwiz.cpl |
| **Add/Remove Programs** | appwiz.cpl |
| **Date and Time Properties** | timedate.cpl |
| **Display Properties** | desk.cpl |
| **FindFast** | findfast.cpl |
| **Folder Properties \*** | folders |
| **Fonts Folder \*** | fonts |
| **Internet Properties** | inetcpl.cpl |
| **Joystick Properties** | joy.cpl |
| **Keyboard Properties** | main.cpl keyboard |
| **Mouse Properties** | main.cpl |
| **Network Properties** | ncpl.cpl |
| **Password Properties** | password.cpl |
| **Phone and Modem options** | telephon.cpl |
| **Power Management** | powercfg.cpl |
| **Printers Folder \*** | printers |
| **Regional settings** | intl.cpl |

| | |
|---|---|
| **Scanners and Cameras** | sticpl.cpl |
| **Sound Properties** | mmsys.cpl sounds |
| **Sounds and Audio Device Properties** | mmsys.cpl |
| **System Properties** | sysdm.cpl |
| **User settings** | nusrmgr.cpl |
| **TweakUI** | tweakui.cpl |

Note options marked with an * have special shortcut names which may be used instead of the usual *control applet.cpl,applet_number* format.

So, for example, to open the Sounds and Audio Device Properties dialog you click Start -> Run, type:

control mmsys.cpl

and click OK.

How, then, do you gain access to a specific tab in that dialog box? You use an extended form of the Control command:

control applet.cpl,@applet_number,tab_number

The applet_number is rarely required. There are a couple of cpl files which give access to multiple applets and in those cases you use the applet_number to identify which one you're calling. For example, main.cpl provides access to both the Mouse and the Keyboard properties. The numbering starts at 0, so **control main.cpl,@0** opens the Mouse Properties, **control main.cpl,@1** opens the Keyboard Properties. If you don't include an applet_number, @0 is assumed.

The tab_number is the number of the tab you want selected in the dialog box, with numbering starting from 0 from the left.

If you want to use a tab_number but want to omit the applet_number (or leave its value at 0), insert an extra comma before the tab_number to indicate the missing value. Thus:

control main.cpl,,3

opens the Mouse Properties dialog to its fourth tab.

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 28 of 36

So to open the Sounds and Audio Device Properties dialog with the Sounds tab already selected, click Start -> Run and enter the command:

control mmsys.cpl,,1

## Tab shortcuts

Instead of typing these commands each time, create a desktop shortcut for your favourites and then stick them in the Quick Launch bar or wherever else you choose:

1. Right-click the desktop and choose New -> Shortcut.
2. Type the appropriate command in the Create Shortcut dialog and click Next. For example:
   control appwiz.cpl,,2

   (this will open the Add Or Remove Programs dialog with the Add/Remove Windows Components section selected).

3. Give your shortcut a descriptive name, such as Remove Windows Components, and click Finish.

## Step-by-step: Roll your own Control Panel

1. It's easy to create a Control Panel which contains only your most frequently used applets.

Start by right-clicking the Start button and choosing Open. This opens the \Documents and Settings\*username*\Start Menu folder (where *username* is your Windows logon name).

🖼 Opening the Start Menu folder

2. Create a new folder within this folder and call it whatever you like – My Controls, for example. Then click Start -> Control Panel to open the original Control Panel and click Switch To Classic View if you're not already in that mode. Position the two folders side by side.

🖼 **Positioning the folders side by side (click to see a full-size screenshot)**

3. Right-click-and-drag your favourite applets from the Control Panel folder into your My Controls folder and choose Create Shortcut(s) Here when prompted, then close both folders.

**Add your favourite applets (click to see a full-size screenshot)**

4. You can access the applets in this folder by clicking Start -> All Programs -> My Controls. You can also stick the folder on your Quick Launch bar:

1. Click Start -> All Programs.
2. Hold down the Ctrl key and drag the My Controls item onto the Quick Launch bar.

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 31 of 36

📄 Placing your control folder on the Quick Launch bar

In this way, you can gain quick access to all your favourite
applets while adding only a single icon to the Quick Launch
bar.

© 2004  Rose Vines



Host your site where I host mine

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 32 of 36



**Support geekgirl's**

Do you find the tutorialson this site useful? If so,
please show your support by kicking in a few
bucks to help buy computers for the wonderful
orphanages run by the Afghan organisation,
afceco.org. For a small amount, it is possible to
make a difference in an area of the world which is
hurting badly.

Want to know more? Read this **post on my blog.**

**top**                          **home**                          **windows xp menu**

Case 5:11-cv-01846-LHK   Document 589-11   Filed 01/06/12   Page 33 of 36

# EXHIBIT 7G

Home : Desktop : OS / Shell Enhancement

# Microsoft Color Control Panel Applet 1.0

Solar Panels ($1000 OFF)
Go Solar for $0 Down + Save $1,000! Free No Obligation Quote, Call Now.
VerengoSolar.com/Free-Quote

AdChoices

Ads by Google Desktop Windows XP Freeware Color Prints

Download Now!

**Size:** 1.4MB
**Publisher:** Visit Website | More Programs
**Release Date:** 2005-10-28
**Submit Date:** 2005-10-31
**OS:** Windows XP
**Downloads:** 1818
**Popularity:**

Add to Watchlist
Tell a friend
BOOKMARK

Screenshot Not Available.

USER RATING
0.00
5 Stars Rate
Write A Review

Ads by Google
ICC Color
Color Control
Color Inks

Ads by Google Desktop Themes Free Desktop Computer Windows 7 Desktop Clock Desktop XP

## Publisher's Description

Microsoft Color Control Panel Applet adds a new ´Color´ item to the Windows control panel, providing a single place to view and edit color management settings in Windows XP. Using it, you can install and uninstall color profiles, change color profile associations for displays, printers and scanners, view detailed properties for color profiles (including a 3D rendering of the color space gamut), and rename color profiles, keeping the filenames and "internal" names consistent.

This tool also enables Windows to automatically adjust the gamut curve of the display when a color profile containing gamut table information is set as the default profile for the display. Typically, such profiles are created by custom monitor calibration tools, such as those available from ColorVision, GretagMacbeth, and X-Rite. If a color profile has this information, it is shown with an asterisk (*) in the user interface.

Requires Microsoft .NET Framework. (Note that .NET Framework is included in Windows XP. It is recommended to update to the latest version.)

NO VIRUSES NO SPYWARE NO ADWARE 100% CLEAN

FreewareFiles tested **Microsoft Color Control Panel Applet 1.0** on **2005-10-31** using leading antivirus scanners and found it **100% Clean**. It does not contain any form of malware, spyware, viruses, trojans, etc. We will re-test each updated version and remove the award as well as the program if found infected.

California: Don't Buy Car

## User Reviews

Software Categories

- AntiVirus
- Audio & Video
- Business/Organize
- Desktop Enhancements
- Developer Tools
- Drivers
- Games Hot!
- Graphics/Design
- Home & Education
- Internet
- Network
- Programming
- Screensavers
- Security/Privacy Hot!
- Utilities

Sponsors

**Will It Become The Next Titanic?**

No Reviews. Be the first to add a review.

5 Stars Rate

**Average Rating** (*0 Votes*)

**0.00**

**The Greatest Intense Sunset Photo Manipulation**

**Sky Spiral Freaks Out Norway!**

**8 Totally Awesome Natural Phenomena**

**Unbelievable Ocean City**

FreewareFiles Express Newsletter

FreewareFiles Express delivers the Hottest Downloads right to your Inbox! Sign up Now!

Next Issue: 12-02-2011

Subscribe

Privacy Policy | Archives | RSS

## PARTNERS

Software Downloads
FreeFind Search Engine
Free Software Downloads
Free Downloads
MSFN.org
TheFreeSite.com's Freebies
Freeware Download Box

## CATEGORIES

Audio/Video
Business
Desktop
Developer Tools
Drivers
Games
Graphics
Home/Education
Internet
ScreenSavers
Programming
Security/Privacy
Utilities

## FREEWARE FILES

Weekly Polls
Software Authors
Technology Articles
Privacy Policy
Link to Us
Sitemap
Contact Us

RSS / XML Feeds

BOOKMARK

Over 16,000 programs to download and use for free.

Copyright © 1998 - 2011 FreewareFiles. All Rights Reserved.



