# EXHIBIT 8

# Managing OS X

Trials and Tribulations of an OS X Administrator

« More on Portable Home Directories
Radmind 1.6, Tiger and symlinks »

## Universal AppleScript applets

 I hadn't seen this documented anywhere else, and just stumbled across it… I wanted to update several AppleScript applets that were PowerPC applications into Univeral binaries.

Note I'm talking about the sort of AppleScript applications that one builds with Script Editor and saving the script as an application – not AppleScript Studio apps.

When you save an AppleScript in Script Editor, there are several options in the File Format menu. If you choose "application", you'll get a PowerPC-only app. However, if you choose "application bundle", you'll get a Universal app.

So open your AppleScript apps in Script Editor, and resave them as "application bundles" and you are set!



**Like this:**

Like
Be the first to like this post.
**Explore posts in the same categories:** AppleScript, Intel Mac, OS X

This entry was posted on March 23, 2006 at 11:38 am and is filed under AppleScript, Intel Mac, OS X. You can subscribe via RSS 2.0 feed to this post's comments. You can comment below, or link to this permanent URL from your own site.

## 3 Comments on "Universal AppleScript applets"

1.  *Bahi* Says:

   [March 25, 2006 at 12:24 pm](#)

   Top tip! Thanks for this information and for consistently useful, informative and well written articles.

   [Reply](#)

2. [*Starving Fool » Blog Archive » Saving Applescript applet as universal .app*](#) Says:

   [March 17, 2008 at 6:23 pm](#)

   [...] emulated by rosetta. Surfing through ADC articles didn't show any hint, until I googled this one. Many thanks to the author [...]

   [Reply](#)

3.  *Corbin052198* Says:

   [April 4, 2010 at 12:09 pm](#)

   Thanks! I made an icon set that are applescripts with icons. When you click one them, they display the message "This is an icon, not an application", then close.

   I saved as just an application, then later found out it was a PowerPC script. I knew Rosseta was optional in the Mac OS X 10.6 install, so I wanted to get it universal. Thanks for the tip!!

   [Reply](#)

## Leave a Reply

Enter your comment here...

Fill in your details below or click an icon to log in:

- 
- 
- 

Email (required) (Not published)

Name (required)

Website

Please log in to WordPress.com to post a comment to your blog.

You are commenting using your Twitter account. ( Log Out / Change )

You are commenting using your Facebook account. ( Log Out / Change )

Cancel

Connecting to %s

☐ Notify me of follow-up comments via email.

[ Post Comment ]

---

Blog at WordPress.com. Theme: Sapphire by Michael Martine.

   

**FM Home** | **Contact Us** | **Links** | **Software License Agreement**

# Save Non-Popup Windows

an AppleScript applet by Antone Roundy
from Mouken, L.C.

Click to download | Click to return to FileMaker Pro Tools page

**What it Does:**
Save Non-Popup Windows saves the size and position of all open Finder windows, not including popup windows, and restores that same window setup later by closing all open windows, opening the windows that were open when you saved your setup, and resizing and positioning all windows as they were.

Use it to save all the different window setups you commonly use. I have a popup window at the bottom of my screen with six copies of this applet for different window configurations I use commonly.

**How to Use It:**
To save your window setup:

1. Doubleclick, or otherwise launch Save Non-Popup Windows.
2. Click "Save".
3. Optionally change the name of the applet to something describing the window setup you saved.

To restore your window setup:

1. Doubleclick, or otherwise launch Save Non-Popup Windows.
2. Click "Restore".

To reconfigure Save Non-Popup Windows so that you don't have to click "restore" every time:

1. Drag and drop any file or folder on Save Non-Popup Windows.
2. Click "Fix".

To make Save Non-Popup Windows put up the "save/restore" dialog again so that you can change the saved window settings:

1. Drag and drop any file or folder on Save Non-Popup Windows.
2. Click "Unfix".

**License:**
Save Non-Popup Windows is freeware. You may do whatever you want with it…as long as it's legal! I'd appreciate it if you would leave my name and URL in the Description area. I'd also appreciate it if you would let me know if you redistribute it.

Save Non-Popup Windows is provided as-is with no warrantee whatsoever. By using it, you agree to indemnify me against all liability for any loss of data, damages, etc. or any consequential effect. If you do not accept these terms, then you are not licensed to use it.

© 2001 Mouken, L.C.



**Submit Article    FAQ    AUP**
**Home    Forums    Contact**

Search

**Navigation**
- Recent posts
- Feed aggregator

**User login**

Username: *

Password: *

Log in
- Create new account
- Request new password

**Active forum topics**
- ATX-to-MDD adapter
- Powermac G4 and ATX conversion : Revisited
- PowerMac G4 800Mhz, Max HD size?
- Would this IIgs Sound Card Currently on eBay Solve the Issue?
- WTB: Engineered Specifically for the Apple IIgs Stereo Sound Card for a Slot in an Apple IIgs ROM 3 CPU's Motherboard.

more

Macintosh Support
York, Harrisburg, and Lancaster, PA.

**New forum topics**
- ATX-to-MDD adapter
- WTB: Engineered Specifically for the Apple IIgs Stereo Sound Card for a Slot in an Apple IIgs ROM 3 CPU's Motherboard.
- Would this IIgs Sound Card Currently on eBay Solve the Issue?
- Colour Classic Analogue board, logic

Home

# I-Spy 1.0b2; an AppleScript applet that monitors FTP sites

Submitted by Ex-parrot on February 10, 2006 - 11:00pm   **Mac OS Classic    1996    Internet & Telecommunications    Macintosh    Unsorted    Unsorted    Info-Mac**

Hi,

Internet Spy 1.0b2 is a collection of AppleScript and Perl scripts that together monitor remote FTP sites for changes. I intend this beta release to ferret out bugs and problems as well as to solicit your feedback.

This distribution includes extensive documentation and examples. The documentation itself is a set of HTML pages, and you will need a web browser (like Netscape or Mosaic) or an HTML viewer to properly display them.

Changes since b2:
o Recompiled with Tiny 1.0.5 (.txt suffix on log files to please Netscape)
o Removed some unforgiving debugging code
o Fixed a compatibility problem across versions of ACME Widgets

I-Spy is free and may be freely distributed.

Share and enjoy,
Igor

Path: /www/exparrot/files.tidbits.com/info-mac/comm/inet/i-spy-10b2-as.hqx

| Attachment | Size |
|---|---|
| i-spy-10b2-as.hqx | 181.48 KB |

» **Login** or **register** to post comments       

- board, etc for exchange
- PowerMac G4 800Mhz, Max HD size?

more

### Who's new
- landoq
- Dokzund
- perryjoseph
- AndrewHasAClone
- snaggs

### Who's online
There are currently *2 users* and *46 guests* online.

**Online users**
- mutant_pie
- gew



Buy BioShock today for **30% off**.

First-person shooter with role-playing elements.

This page, the entire Applefritter site, and all subsites of are copyright 1999-2006 by Tom Owad unless otherwise noted. All rights reserved. Apple, the Apple logo, Macintosh, Mac, MacOS, MacBook, iMac, and Mac Pro are trademarks of Apple Computer, Inc. All other brands, product names, logos, images, multimedia elements, and technologies are trademarks or registered trademarks of their respective holders, and are hearby acknowledged.



**Monday, November 28, 2011**

Applescript Forums   Rules   Register   Posting Guidelines   Donations   Login

You are not logged in.

Pages: **1**

**Index** » **Scripting Additions** » **Can I include a scripting addition in my application?**

2005-10-11 03:09:08 pm                                                                                                    #1

**julifos**
Administrator

From: Malasaña, Madrid
Registered: 2002-11-20
Posts: 2014

Since the release of Panther and AppleScript 1.9.2, Apple's **Script Editor** can save a script application (applet or droplet) in a special new bundle format. You must create a folder called "Scripting Additions" within your application's "Contents/Resources/" folder, then copy the osaxen there. This also applies to AppleScript Studio applications.
A little example bundling **XML Tools** within your app:

yourScript.app/Contents/Resources/Scripting Additions/XML Tools.osax

The main goal of embedding scripting additions within your project is that the end-user doesn't have to install such osax in his system to make it work.

However, note that embeding a scripting addition in your application doesn't make it available to all the system. If you bundle **XML Tools** within your applet and you open it within the Script Editor, XML Tools must be present in your system before you can use its terminology. It won't be loaded from the applet. When the applet is run, it loads the osax on-the-fly, and it is available only to such applet.

Before distributing a scripting addition with your script, read carefully its license to make sure you are not distributing shareware, or perhaps you need include its documentation in the same distribution, or...

In OS X versions previous to Panther you could not embed scripting additions with your project. However, under OS 9 and back there was some tools able to do it, such as Applet Binder or FaceSpan.

Pages: **1**

**Index** » **Scripting Additions** » **Can I include a scripting addition in my application?**

Jump to                                                                                            Powered by FluxBB
Scripting Additions        Go                                            [ Generated in 0.024 seconds, 8 queries executed ]









Home • Tips • Articles

AdChoices

AppleScript Basics
*by Maria Langer*

Note: this article is taken from MAC OS X 10.3 PANTHER ED: VISL QUICKSTRT GD, © 2004 Maria Langer Reproduced by permission of Pearson Education, Inc. Publishing as Peachpit Press. ALL RIGHTS RESERVED. To buy this book, visit www.peachpit.com

AppleScript is the scripting language that comes with Mac OS. It enables you to automate tasks and extend the functionality of Mac OS X.

You use AppleScript's Script Editor application to write small programs or *scripts* that include specially worded *statements*. AppleScript statements are converted by Mac OS into *Apple events*--messages that can be understood by the operating system and applications. When you run a script, the script can send instructions to the operating system or applications and receive messages in return.

For example, say that at the end of each working day, you back up the contents of a specific folder to a network disk before you shut down your computer. The folder is large and the network is slow, so you often have to wait ten minutes or more to shut down the computer when the backup is finished. You can write a script that mounts the network drive, backs up the folder, and shuts down your computer automatically. You simply run the script, turn out the lights, and go home. AppleScript does the rest.

In this part of the chapter, I introduce AppleScript's components to give you an idea of how it works and what you can do with it.

**Tip**
You can find a lot more information about AppleScript, including tutorials, sample scripts, and a reference manual, at Apple's AppleScript Web site, www.apple.com/applescript/.

AppleScript Files
There are three main types of AppleScript files:



**Official MacConnection®**
Free Shipping on Orders Over $99! Apple Authorized Reseller.
www.MacConnection.c...

**Download Google Chrome**
Now faster than ever. Check out new features today! Learn more.
www.google.com/chro...

**New Epson WorkForce® Pro**
Fast. Reliable. Affordable. Explore Epson's new WorkForce Pro.
Epson.com/Workforce

**eCommerce Software**
Total Order Management to Integrate E-Commerce, Phone and Mail Orders
www.dydacomp.com

Today's Tip
Recent Tips

Troubleshooting External Devices

Schedule Scripts and Apps with iCal

iTunes - Classic Visualizer Configurations

- **Scripts** (formerly *compiled scripts*) are completed scripts that can be launched from an application's script menu or the Script Menu. Double-clicking a compiled script icon launches Script Editor.

- **Applications** (or *applets*) are full-fledged applications that can be launched by double-clicking their icons.

- **Text files** are plain text files containing AppleScript statements. They can be opened with Script Editor or any text editor and can be run from within Script Editor. Double-clicking a script text file icon launches the application in which it was written.

Script Editor
Script Editor, which has been completely rewritten for Mac OS X 10.3, is an application you can use to write AppleScript scripts. It has a number of features that make it an extremely useful tool for script writing:



- The Script Editor window can automatically format script statements so they're easy to read.

- The syntax checker can examine your script statements and identify any syntax errors that would prevent the script from running or compiling.

- The Open Dictionary command makes it possible to view an application's dictionary of AppleScript commands and classes.

- The record script feature can record actions as script steps.

- The Save and Save As commands enable you to save scripts in a variety of formats.

*Next page*

Search for other computer books at **Amazon.com**

---

More...

Featured Article

Picturing Your Photos on the iPod

More Articles

Professional Editing Techniques

Troubleshooting Tiger

Troubleshooting iTunes

Hacking Tiger: Inside Application Bundles

The "Where'd It Go?" Dictionary (Mac Version)

The "Where'd It Go?" Dictionary (Windows Version)

AppleScript Basics



○ MacTipsandTrick
○ Web
[Search]



The Cult of Mac
Leander Kahney
Best Price $7.37
or Buy New $16.38

Privacy Information

Disclaimer and Privacy • Contact Us • Hosted by WeHostMacs.Com