# EXHIBIT 10

Case 5:11-cv-01846-LHK   Document 589-14   Filed 01/06/12   Page 2 of 6

| | | | | | User Name  Password  Log in  **Help**  **Register** |
|---|---|---|---|---|---|
| | | | | | ☐ Remember Me? |

**Home**  **Forums**  **Advertise**  **Contact Us**  **Products**  **Request for Quote**

Today's Posts | FAQ | Calendar | Community | Forum Actions | Quick Links | What's New?

🏠 Forum › Archives › Web Design and Development › Web Programming Languages › Ruby › Anyone using RegisterClass from Win32API?



If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

# Anyone using RegisterClass from Win32API?

**+ Reply to Thread**

Like   Be the first of your friends to like this.

**+ Ask a Question**



**Ask a Question** related to **Ruby**, Design and Development.

Ads by Google Ruby Ruby on Rails API UCLA Ruby New Y

Thread Tools Display

Michael Davis #1

daz #2

**Re: Anyone using RegisterClass from Win32API?**

"Michael Davis" <mdavis@sevasoftware.com> wrote in message
news:3F24B15B.9070404@sevasoftware.com...

> *Hello yet again,*
> *>*
> *Is anyone using RegisterClass from Win32API?*

Yes, swin is.
You seem to be rewriting chunks of it :-)

[url]http://raa.ruby-lang.org/list.rhtml?name=swin[/url]

The C source for swin is very readable.
A compile of this gives the DLL base which
vruby calls (vruby is all in Ruby).

I'd bang-on about it more but it's not
multi-platform so we have to use it
without the lights on.

Huge compliments to the authors of
visual-u-ruby (tempname - no mis-spelling).

daz

<aside>
Can't a *n*x guru port swin (to, say 'sux'),
then change vruby calls to SUx::* rather than
SWin::* (when running on *n*x platforms)
so that the FreeRIDErs can use it instead of
fannying around with wxwindows ?
There'd be a real Ruby GUI.
A bit late for that, I suppose.

daz
**Guest**

**Reply With Quote**

**Advertise Here**

**Latest Threads**

**How do i get a "Valid Serial...**
Posted By Katielynn Nelson(0 Replies)
November 19th 05:30 AMin Brainstorming Area

**How do i make a save game window ...**
Posted By bobford84(0 Replies)
November 18th 10:19 AMin Brainstorming Area

**Custom validation script-...**
Posted By TricTrac(0 Replies)
November 16th 01:34 AMin Web Design

📄 **Anyone using RegisterClass from Win32API?**

**Free Payroll**
Accounting Has Never Been So Easy. Manage Your Payroll & More Online!
www.QuickBooksOnline.com


AdChoices ▷

Hello yet again,

Is anyone using RegisterClass from Win32API? To Register a class you need to supply the pointer to a callback function. To achieve this, I created a small class in C to provide me with the pointer to a function that I can use in my Ruby code for obtaining the callbacks from windows. This works great on Windows 2000 and 95 when using cygwin, but fails on XP, and will not likely work for those installing the windows version of Ruby. The C code to do this is provided below, incase anyone is interested. I am looking for a more creative way to provide RegisterClass with a function pointer that does not involve any C code. Any suggestions are greatly appreciated. Is there a way to get the function pointer of a Ruby method from within Ruby that DLL functions can call back to?

Thanks, Michael Davis

Here is the small C class for getting the pointer to a function that windows calls. I just have to create a Ruby method called Win32API_MessageHandler(hwnd, iMsg, wParam, lParam) and voila, my Ruby applet can process window events.

```
#if !defined _MSC_VER && !defined NT
#define WIN32_LEAN_AND_MEAN
#include <windows.h>
#include <stdio.h>
#endif

#include "ruby.h"
#include "rubysig.h"

static LRESULT CALLBACK
locana_mswin32_MessageHandler(hwnd, uMsg, wParam, lParam) // This is a pass through
function to the Ruby method called 'Win32API_MessageHandler' that will process windows
messages
HWND hwnd;
UINT uMsg;
WPARAM wParam;
LPARAM lParam;
{
VALUE rc = Qnil;
ID proc_id;
proc_id = (ID)GetWindowLong(hwnd, (int)GWL_USERDATA); // let's see if the user has
registered a proc name
//printf("Win32API_MessageHandler(%d, ...) - proc_id:'%d'\n", (int)hwnd, proc_id);
if (!proc_id)
proc_id = rb_intern("Win32API_MessageHandler"); // the default message handler is a Ruby
method that you must create called Win32API_MessageHandler
if (proc_id)
rc = rb_funcall(rb_cObject, proc_id, 4, INT2NUM((long)hwnd), INT2NUM((long)uMsg), INT2NUM
((long)wParam), INT2NUM((long)lParam));
if (rc == Qnil)
return DefWindowProc(hwnd,uMsg,wParam,lParam);
else
return (LRESULT)NUM2LONG(rc);
}

static VALUE
locana_mswin32_GetMessageHandler() // RegisterClass needs the C function used for
processing messages
{
return INT2NUM((unsigned long)(locana_mswin32_MessageHandler));
}

void
Init_locana_gui_mswin32_ext()
{
VALUE cWin32Ext = rb_define_class("Locana_gui_mswin32_ext", rb_cObject);
rb_define_module_function(cWin32Ext, "get_message_handler",
locana_mswin32_GetMessageHandler, 0);
}
```



**After I closing of a popup window,...**
Posted By Chandan Dash(0 Replies)
November 3rd 08:22 AM in Macromedia Dynamic HTML

**hello, I'm a newbie!!**
Posted By saifulbd(0 Replies)
November 3rd 03:32 AM in Web Design

**Tags**

asp.net assign call plugin coldfusion convert database disabled brushes
**dreamweaver**
flash detection fps graphic design illustrator mouse mpd mysql paper pdf perl photoshop php php in ruby print printing question redirect rollovers scaling select sql web development

| Michael Davis |
| --- |
| **Guest** |

**Reply With Quote**

**Similar Questions and Discussions**

**Buffer read with Win32API::CommPort**
Hi, I'm a newb with Perl. I'm using the Win32API::CommPort module and seem to have most of what I need working. One issue I'm hitting a wall on…

**HELP - registerClass and loadMovie**
How can I associate a movie clip from an external SWF to a class defined in the main SWF. I've tried almost everything and the registerClass…

**PLEASE HELP - loadMovie and registerClass problem**
Hi, How can I associate a movie clip that is inside an external SWF to a class that is defined in the main SWF. I'm using Flash MX 2004. I've…

**Win32API::Registry hell… help??**
I have the following code to load a hive file into my registry. When I run it I get an "Access is denied" error but for the LIFE of me I can't…

**win32api calling with doubles**
How does one declare and external function (in a DLL) for use with Ruby which requires doubles as parameters and likewise returns double as a…



« Previous Thread | Next Thread »

| Posting Permissions | |
| --- | --- |
| You **may not** post new threads | **BB code** is **On** |
| You **may** post replies | **Smilies** are **Off** |
| You **may not** post attachments | **[IMG]** code is **On** |
| You **may not** edit your posts | HTML code is **Off** |
| | **Trackbacks** are **On** |
| | **Pingbacks** are **On** |
| | **Refbacks** are **On** |
| | **Forum Rules** |

Contact Us  Just Skins  Archive  Top

All times are GMT. The time now is **11:21 PM**.
Powered by vBulletin™ Version 4.0.5
Copyright © 2011 vBulletin Solutions, Inc. All rights reserved.

Copyright © 2006 - 2010, JustSkins.com

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100 101 102 103 104 105 106 107 108 109 110 111 112 113 114 115 116 117 118 119 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136 137 138 139