# EXHIBIT 11

# Stock Applets Script 1,0

To investors who want to retire comfortably.

If you have a $500,000 portfolio, download the guide by *Forbes* columnist and money manager Ken Fisher's firm. It's called **"The 15-Minute Retirement Plan."**

Click Here to Download Your Guide!

FISHER INVESTMENTS™

Fix Computer Issues Fast

Quickly access customers' machines with secure, reliable GoToAssist Express®.

Your Free Trial

30-Day Free Trial

GoToAssist by CITRIX

## Stock Applets Script 1,0 Summary

Download now

**Language:** PHP

**Platform:** Windows / Linux / Mac OS / BSD / Solaris

**License:** Free Trial

**Databases:** N/A

**Downloads:** 186

**Last update:** January 12, 2008

## Stock Applets Script 1,0 Description

Stock Applets is a set of stock and finance applets, inspired by stockapplets.com, including: Currency Converter, Two Tickers, Live Stock Quote Feed, Forex Cross Rates, and Stock Indicator Watcher.

**Features:**
- All applets include a variety of externally-stored XML settings to control various aspects of the display (varies from applet to applet).
- Financial and stock data is retrieved remotely from Yahoo! Finance. URL parameters are configurable using the XML configuration file.
- 100% of the Flash 2004 Professional source code is included, with free upgrades for life! This is a highly Actionscript - oriented set of applets.
- Stock Watch applet includes 4 possible views of the stocks; switch easily among views using the links at the top of the applet.

**Requirements:**

· PHP 4.1.0 or higher
· PHP safe mode must be turned off
· Flash 7 Player or higher

## Stock Applets Script 1,0 Keywords

Stock Applets Stocks manager Stocks management script Stocks manager applets

## Bookmark Stock Applets Script Script

Hyperlink code: <a href="http://www.top4download.com/stock-applets-script/efiow.html">Stock

Hyperlink for Forum code: [url=http://www.top4download.com/stock-applets-script/efiow.html]Stock Applet

## Stock Applets Script 1,0 Script Download Notice

Top 4 Download periodically updates information of **Stock Applets Script 1,0** script from the developer, but some information may be slightly out-of-date.

Our script download links are directly from our mirrors or publisher's website. **Stock Applets Script 1,0** torrent files or shared files from free file sharing and free upload services, including Rapidshare, MegaUpload, YouSendIt, MailBigFile, DropSend, HellShare, HotFile, FileServe, MediaMax, zUpload, MyOtherDrive, SendSpace, DepositFiles, Letitbit, LeapFile, DivShare or MediaFire, are not allowed!

## Stock Applets Script Related Scripts

### Stock Applets

**Stock Applets** is a set of **stock** and finance **applets**, inspired by **stockapplets**.com, including: Currency Converter, Two Tickers, Live **Stock** Quote Feed, Forex Cross Rates, and **Stock** Indicator Watcher.Features: - All **applets** include a variety of externally-stored XML settings to ... from applet to applet). - Financial and **stock** data is retrieved remotely from Yahoo! Finance. URL ...

PHP

Details

Download

stock applets finance applets currency convertor stock applets

## Related Scripts Search

stocks classes stocks display applets trading stocks yahoo stocks clock applets stocks management script java applets php stocks sp500 stocks data stocks component stocks script stocks manager simple stocks stocks snippet stock applets flash applets ticker applets stocks menu applets

## Popular Scripts Search

manager store ecommerce application tool amazon financial ecommerce system shopping .net stock application cart virtual store e-commerce business php online store ecommerce components ecommerce tool accounting ecommerce solution ecommerce accounting tool virtual components web online ruby system shopping cart



Advanced **Stock** Tracking System (AST) is a web-based application for keeping track of **stocks**. It features a portfolio with dividend tracking, worksheet to keep track of prospects, a **stock** comparison utility, a search engine for the **stock** market and an alert engine to email you ...

Stock Tracking   Tracking System   ecommerce tool   Stock   Tracking   System

### Grism

... allows you to easily track the evolution of **stock** prices through watchlists, portfolios and charts. You can observe **stocks**, ETFs, indices and mutual funds from every major **stock** market in the world. It is written in ...

**Ruby**

**Details**

**Download**

Grism financial   ruby Grism   ruby financial   ruby   Grism

### Led Stock Quotes Ticker Java Applet

Led **Stock** Quotes Ticker Java Applet is an eye-catching browser embedded tool to enhance your site by showing real-time **stock** quotes values in a **stock** market similar led display. Features: - real-time quotes values: the applet reads **stock** quotes values from a live data feed on ... offer along with the applet a sample PHP **script. Script** output is simple, custom feeds can be ...

**Java**

**Details**

**Download**

Stock Quotes   Quotes Ticker   Java Applet   Led   Stock   Quotes