UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING SAMSUNG'S MOTIONS TO RECONSIDER |

Samsung has filed a motion for leave to file a motion for reconsideration of a Court order denying a motion to seal Samsung documents as confidential. ECF Nos. 547 (motion); 515 (order). Samsung has also filed a motion for leave to file a motion for reconsideration of a Court order denying in part a motion to seal a Samsung document designated as confidential. ECF Nos. 530 (motion) & 510 (order).

Having considered the motions, the Court GRANTS Samsung leave to file motions for reconsideration. The Court considers the motions for leave to file to be sufficient briefing on the issue of whether it should amend the sealing orders. Samsung need not file additional briefing. Apple may file a response, if any, by January 10, 2012. The motions thereupon will be submitted without oral argument.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING SAMSUNG'S MOTIONS FOR RECONSIDERATION

1  **IT IS SO ORDERED.**

2  Dated: January 6, 2012

３  _____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER GRANTING SAMSUNG'S MOTIONS FOR RECONSIDERATION