1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19              Plaintiff,                        **SAMSUNG'S UNOPPOSED MOTION TO
                                                  WITHDRAW SAMSUNG'S
20        vs.                                     ADMINISTRATIVE MOTION TO FILE
                                                  DOCUMENTS UNDER SEAL**
21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

1        On December 29, 2011, Defendants Samsung Electronics Co. Ltd., Samsung Electronics

2   America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung")

3   moved this court to seal portions of Samsung's Reply Claim Construction Brief and supporting

4   documents (Docket No. 556).   Samsung filed its reply brief under seal because it cited to the

5   deposition of Tony Givargis, which both Samsung and Apple had designated as confidential under

6   the protective order.   Upon subsequent review, Samsung and Apple have conferred and

7   determined that there is no confidential information contained in Samsung's reply.   Therefore,

8   Samsung respectfully submits this unopposed motion to withdraw its Administrative Motion to

9   File Documents Under Seal, and seeks leave to publicly file its Reply Claim Construction Brief

10  and supporting documents.

11

12

13  DATED:     January 08, 2012              QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
14

15

16                                          By   /s/ Victoria Maroulis
                                              Charles K. Verhoeven
17                                            Kevin P.B. Johnson
                                              Victoria F. Maroulis
18                                            Michael T. Zeller
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
19                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC., and SAMSUNG
20                                            TELECOMMUNICATIONS AMERICA, LLC

21

22

23

24

25

26

27

28

**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**