UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO WITHDRAW SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

On December 29, 2011, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved this court to seal portions of Samsung's Reply Claim Construction Brief and supporting documents (Docket No. 556).  On January 8, 2012, Samsung filed a motion to withdraw the December 29 motion to seal.  Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

02198.5185

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL**

1  Samsung's Unopposed Motion to Withdraw Samsung's Administrative Motion to File
2  Documents under Seal is GRANTED.   Samsung shall publicly file its Reply Claim Construction
3  Brief and supporting documents.
4      **IT IS SO ORDERED.**
5
6  DATED:   _____
7
8
9                                         _____
                                          HONORABLE LUCY H. KOH
10                                        United States District Court Judge