UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) ) | ORDER DENYING MOTION TO SEAL WITHOUT PREJUDICE |
| v. | ) | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Samsung filed an administrative motion to file certain Apple documents under seal. ECF No. 542. Apple filed a supporting declaration pursuant to Civil Local Rule 79-5(d). ECF No. 553. Apple has withdrawn the confidentiality designations as to Exhibits M, N, S, and O. Accordingly, Samsung's motion is DENIED as to these exhibits. Samsung shall file these documents in conformity with General Order 62.

Apple maintains the confidentiality designations of Exhibits B, I, and J. The Court finds that the entirety of these exhibits are not properly sealable as a request to seal must be narrowly tailored. Civil L.R. 79-5(a). Some of the information in Exhibits B, I, and J, e.g. discussions of the claim terms at issue in this litigation, are not properly sealable. Therefore, the request is DENIED, without prejudice. Apple may file a renewed motion and supporting declaration indicating what

parts of the exhibits, and corresponding portions of Samsung's brief, it believes are properly sealable, and why, by January 12, 2012.  If Apple fails to do so, the Court will order Samsung to publicly file the exhibits.

**IT IS SO ORDERED.**

Dated: January 9, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO SEAL