1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
21 | Plaintiff, | **DECLARATION OF ALEX BAXTER IN SUPPORT OF DEFENDANT SAMSUNG'S REPLY MEMORANDUM** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Date:   April 5, 2012<br>Time:   1:30 p.m. |
24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |
25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
26 | Defendant. | |
27
28

02198.51855/4540340.1                                       Case No. 11-cv-01846-LHK
                                                     DECLARATION OF ALEX BAXTER

I, Alex Baxter, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an IPR Information Statement and Licensing Declaration, issued by Samsung to the European Telecommunications Standards Institute ("ETSI") and dated September 19, 2003. This copy of this statement was produced by Apple with Bates Numbers APLNDC-WH-A 0000009375-9396.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an IPR Information Statement and Licensing Declaration, issued by Samsung to ETSI and dated May 16, 2006. This copy of this statement was produced by Apple with Bates Numbers APLNDC-WH-A 0000009415-9431.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an IPR Information Statement and Licensing Declaration, issued by Samsung to ETSI and dated July 8, 2007. This copy of this statement was produced by Apple with Bates Numbers APLNDC-WH-A 0000009442-9446.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an IPR Information Statement and Licensing Declaration, issued by Samsung to ETSI and dated July 24, 2008. This copy of this statement was produced by Apple with Bates Numbers APLNDC-WH-A 0000009482-9486.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 9, 2012.

*/s/ Alex Baxter*

Alex Baxter

**GENERAL ORDER ATTESTATION**

      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Alex Baxter.

                                                                                                */s/ Victoria Maroulis*