# EXHIBIT 2



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 1 of 17

# ANNEX 1

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION FORMS

**IPR Holder/Organisation**

Legal Name: **Samsung Electronics Corporation**

**Signatory**

- Name: **Seung Gun, Park**
- Position: **Vice President**
- Department: **Telecommunication R&D Center**
- Address: **DongSuwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu, Suwon-City, Gyeonggi-Do, Korea 442-600**
- Tel.: **82-31-279-4887**
- Fax: **82-31-279-4560**
- E-mail: **sukjin.jang@samsung.com**

REÇU le 19 MAI 2006  Rép:_____

**IPR information statement**

In accordance with the ETSI IPR Policy, Article 4.1, I hereby inform ETSI that,

with reference to the technical proposal identified as **3GPP**

and/or in relation to Work Item No.

and/or with reference to ETSI Standard No. **ETSI TS 23. xxx, ETSI TS 25.xxx, (see the exact numbers of ETSI Standards No in ANNEX 2)**

it is my belief that the IPRs listed in Annex 2 are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in Annex 2 and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**   May 16, 2006

**Signature:**   S. G. /s/
(Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to:
ETSI Director-General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16





EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 2 of 17

ANNEX 2

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Patent/ Application No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family | |
|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | Patent/Application No. | Country Applicable |
| UMTS | TS 25.331 | 10.2.16j 10.2.16m | V.6.8.0 | Samsung Electronics Corporation | P2002-48610 | METHOD OF TRANSMITTING/RECEIVING CONTROL MESSAGE IN A MOBILE COMMUNICATION SYSTEM PROVIDING MULTIMEDIA BROADCAST/MULTICAST SERVICE | KOREA (REPUBLIC OF) | 2003235065 | AUSTRALIA |
| | | | | | | | | 03127276.2 | CHINA |
| | | | | | | | | 03018454.3 | European Patent Office |
| | | | | | | | | 293551/2003 | JAPAN |
| | | | | | | | | 2003125333 | RUSSIAN FEDERATION |
| | | | | | | | | 641,500 | UNITED STATES |
| UMTS | TS 25.346 | 8.2.2 10.2 | V.2.3.0 | Samsung Electronics Corporation | P2003-68953 | method for transmitting/receiving service availability information of multimedia broadcasting/multicast service | KOREA (REPUBLIC OF) | 2004216584 | AUSTRALIA |
| | | | | | | | | 200410082095.2 | CHINA |
| | | | | | | | | 04023415.5 | European Patent Office |
| | | | | | | | | 592/KOL/2004 | INDIA |
| | | | | | | | | 290420/2004 | JAPAN |
| | | | | | | | | 957,779 | UNITED STATES |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009416



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 3 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.322 | 9.7.10 | V6.7.0 | Samsung Electronics Corporation | P2003-101768 | SELECTIVE COMBINING METHOD AND APPARATUS IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 04031087.2 | European Patent Office |
| | | | | | | | | 026,112 | UNITED STATES |
| | | | | | | | | 2004/003529 | Patent Cooperation Treaty |
| UMTS | TS 25.304 TS 25.346 TS 25.331 | 5.2.6.1.0, 5.2.6.1.1, 5.2.6.1.4 11.2 10.2.16m | v700 | Samsung Electronics Corporation | P2003-58334 P2003-79761 | cell reselection method for receiving racket data in a mobile communication system supporting mbms | KOREA (REPUBLIC OF) | 04019983.8 | European Patent Office |
| | | | | | | | | W00200600512 | INDONESIA |
| | | | | | | | | 924,078 | UNITED STATES |
| | | | | | | | | 2004/002109 | Patent Cooperation Treaty |
| UMTS | TS 25.331 TS 25.413 | 10.3.3.11 8.35 | v6.9.0 v6.8.0 | Samsung Electronics Corporation | P2003-8934 P2003-20275 | method for managing service context for paging USer equipment in a multimedia broadcast/multicast service | KOREA (REPUBLIC OF) | 2004200630 | AUSTRALIA |
| | | | | | | | | 200480004039.5 | CHINA |
| | | | | | | | | 04003157.7 | European Patent Office |
| | | | | | | | | 35702/2004 | JAPAN |
| | | | | | | | | 2005125597 | RUSSIAN FEDERATION |
| | | | | | | | | 766,360 | UNITED STATES |
| | | | | | | | | 04/000250 | Patent Cooperation Treaty |



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 4 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.212 | 4.8.4.1 | v6.3.0 | Samsung Electronics Corporation | P2003-57735 P2005-34772 | method and appratUS for provising uplink packet data service in asynchronoUS wcdma system | KOREA (REPUBLIC OF) | 2004269790 | AUSTRALIA |
| | | | | | | | | 200480001088.3 | CHINA |
| | | | | | | | | 04774369.5 | European Patent Office |
| | | | | | | | | 668/KOLNP/05 | INDIA |
| | | | | | | | | 2006-500705 | JAPAN |
| | | | | | | | | 923,391 | UNITED STATES |
| | | | | | | | | 2004/002108 | Patent Cooperation Treaty |
| UMTS | TR25.321 | 11.8.1.3.2 | v6.5.0 | Samsung Electronics Corporation | P2003-68954 | mehtod and APPARATUS for scheduling uplink rates adaptively to fast rate ramping in a packet communication system | KOREA (REPUBLIC OF) | 200410075731.9 | CHINA |
| | | | | | | | | 04023417.1 | European Patent Office |
| | | | | | | | | 593/KOL/2004 | INDIA |
| | | | | | | | | 290419/2004 | JAPAN |
| | | | | | | | | 956,926 | UNITED STATES |
| UMTS | TS 25.346 | 8.2.12 | V6.7.0 | Samsung Electronics Corporation/BST | 2002130570.6 | Multimedid broadcasting and switching method of organizing broadcasting bUSiness point to point channel and point to multipoint channel | CHINA | 1532779 | European Patent Office |
| | | | | | | | | 2005-536142 | JAPAN |
| | | | | | | | | 2005-0083637 | KOREA (REPUBLIC OF) |
| | | | | | | | | WO04/017580 | Patent Cooperation Treaty |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009418



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.346 | 4.2.4.4<br>4.2.4.5 | v7.0.0 | Samsung Electronics Corporation/BST | 2003103703.8 | Reordering method for enhancement uplink dedicated channel harq in wcdma system | CHINA | 1595365 | European Patent Office |
| | | | | | | | | 2005-0106435 | KOREA (REPUBLIC OF) |
| | | | | | | | | WO04/073273 | Patent Cooperation Treaty |
| UMTS | TS 24.008 | 4.7.13 | v6.8.0 | Samsung Electronics Corporation/BST | 2003127431.5 | A method to differentiate service request caused by MBMS service or other dedicated service | CHINA | | |
| UMTS | TS 25.309<br>TS 25.214 | 6.3.2<br>6B.1 | v.6.6.0<br>v.6.8.0 | Samsung Electronics Corporation | P2004-31552 | APPARATUS and method for supporting soft combining of scheduling signals for uplink packet data service in a mobile communication system | KOREA (REPUBLIC OF) | 200510081765.3 | CHINA |
| | | | | | | | | 05009836.7 | European Patent Office |
| | | | | | | | | 133514/2005 | JAPAN |
| | | | | | | | | 121,032 | UNITED STATES |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009419



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 6 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.213 | 4.2.1.3 4.3.1.2.3 | v6.1.0 | Samsung Electronics Corporation | P2004-9821 | APPARATUS AND METHOD FOR ALLOCATING OVSF CODES AND I/O CHANNELS FOR REDUCING PEAK-TO-AVERAGE POWER RATIO IN TRANSMITTING DATA VIA ENHANCED UP-LINK DEDICATED CHANNELS IN WCDMA SYSTEM | KOREA (REPUBLIC OF) | 057,618 | UNITED STATES |
| | | | | | | | | 2005/000402 | Patent Cooperation Treaty |
| UMTS | TS 25.321 | 9.2.5.3.2 | V6.8.0 | Samsung Electronics Corporation | P2003-59172 | METHOD AND APPARATUS FOR SCHEDULING ASSIGNMENT OF UPLINK PACKET PRANSMISSION IN MOBILE TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2004205233 | AUSTRALIA |
| | | | | | | | | 200410095124.9 | CHINA |
| | | | | | | | | 04020292.1 | European Patent Office |
| | | | | | | | | 513/kol/2004 | INDIA |
| | | | | | | | | 245851/2004 | JAPAN |
| | | | | | | | | 925,619 | UNITED STATES |
| UMTS | TS 25.331 | 10.2.16j, 8,5,27 | v700 | Samsung Electronics Corporation | P2003-54672 | method for cell reselection for reception of packet data | KOREA (REPUBLIC OF) | 2004302148 | AUSTRALIA |
| | | | | | | | | 04018846.8 | European Patent Office |
| | | | | | | | | 914,451 | UNITED STATES |
| | | | | | | | | 2004/001986 | Patent Cooperation Treaty |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009420



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 7 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.331 | 8.6.9.3 10.3.9a.7 | V.6.6.0 | Samsung Electronics Corporation | P2004-78108 | PARTIAL COMBINING METHOD AND APPARATUS FOR MULTIMEDIA BROADCAST/MULTICAST SERVICE | KOREA (REPUBLIC OF) | 05021442.8 | European Patent Office |
| | | | | | | | | 239,671 | UNITED STATES |
| | | | | | | | | 2005/003246 | Patent Cooperation Treaty |
| UMTS | TS 25.346 TS 25.331 | 11.2 8.5.27 | V7.0.0 | Samsung Electronics Corporation | P2004-62545 | METHOD AND APPARATUS FOR DISTINGUISHING BETWEEN SERVICES OF ALL FREQUENCY BANDS AND SPECIFIC FREQUENCY BAND | KOREA (REPUBLIC OF) | 05017336.8 | European Patent Office |
| | | | | | | | | 199,286 | UNITED STATES |
| UMTS | TS 25.331 | 8.6.9.2, 8.5.27, 8.7.3.4, 10.3.7.43a | v700 | Samsung Electronics Corporation | P2004-58947 | METHOD AND APPARATUS FOR SELECTING FREQUENCY LAYER FOR COMMECTED MODE UE IN AN MBMS MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2005203267 | AUSTRALIA |
| | | | | | | | | 2,513,782 | CANADA |
| | | | | | | | | 200510109898.7 | CHINA |
| | | | | | | | | 05016352.6 | European Patent Office |
| | | | | | | | | 216022/2005 | JAPAN |
| | | | | | | | | 2005123793 | RUSSIAN FEDERATION |
| | | | | | | | | 189,007 | UNITED STATES |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009421



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 8 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.309 | 9.3.1.1.3 | v620 | Samsung Electronics Corporation | P2004-62265 | METHOD AND APPARATUS FOR SIGNALING USER EQUIPMENT STATUS INFORMATION FOR UPLINK PACKET TRANSMISSION IN A SOFT HANDOVER REGION | KOREA (REPUBLIC OF) | 2005203490 | AUSTRALIA |
| | | | | | | | | 200510113291.6 | CHINA |
| | | | | | | | | 05017074.5 | European Patent Office |
| | | | | | | | | 229879/2005 | JAPAN |
| | | | | | | | | 2005124991 | RUSSIAN FEDERATION |
| | | | | | | | | 196,481 | UNITED STATES |
| UMTS | TS 25.309 | 4.2.1.3 4.3.1.2.3 | v6.2.0 | Samsung Electronics Corporation | P2004-55678 | METHOD AND APPARATUS FOR PERFORMING AUTONOMOUS TRANSMISSION IN A MOBILE COMMUNICATION SYSTEM FOR SUPPORTING AN ENGANCED UPLINK DEDICATED CHANNEL | KOREA (REPUBLIC OF) | 2005203110 | AUSTRALIA |
| | | | | | | | | 200510092356.3 | CHINA |
| | | | | | | | | 05015482.2 | European Patent Office |
| | | | | | | | | 627/KOL/05 | INDIA |
| | | | | | | | | 209098/2005 | JAPAN |
| | | | | | | | | 2005122724 | RUSSIAN FEDERATION |
| | | | | | | | | 183,252 | UNITED STATES |
| UMTS | TS 25.331 | 8.6.9.6 | | Samsung Electronics Corporation | P2004-73574 | METHOD AND APPARATUS FOR INDICATING CELL SELECTION WHEN A SESSION IS STOPPED IN A MULTIMEDIA BROADCAST/MULTICAST SERVICE SYSTEM | KOREA (REPUBLIC OF) | 05019896.9 | European Patent Office |
| | | | | | | | | 225,008 | UNITED STATES |
| | | | | | | | | 2005/003025 | Patent Cooperation Treaty |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009422



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.331 | 8.5.19a, 10.2.48.8.8 | V.6.4.0 | Samsung Electronics Corporation | P2003-30639 | APPARATUS and method for transmitting/receiving control information for supporting multimedia broadcast/multicast service | KOREA (REPUBLIC OF) | 200480012958.7 | CHINA |
| | | | | | | | | 04011556.0 | European Patent Office |
| | | | | | | | | 2006-500689 | JAPAN |
| | | | | | | | | 845,001 | UNITED STATES |
| | | | | | | | | 2004/001061 | Patent Cooperation Treaty |
| UMTS | TS 25.214 | 5.1.2.6 | v6.5.0 | Samsung Electronics Corporation | P2004-0042300 | method and APPARATUS for data transmission in a mobile telecommunication supporting enhanced uplink service | KOREA (REPUBLIC OF) | 2005202512 | AUSTRALIA |
| | | | | | | | | 200510091337.9 | CHINA |
| | | | | | | | | 05012448.6 | European Patent Office |
| | | | | | | | | 488/KOLNP/2005 | INDIA |
| | | | | | | | | 170181/2005 | JAPAN |
| | | | | | | | | 148,181 | UNITED STATES |
| UMTS | TS 25.309 | 14 | v6.3.0 | Samsung Electronics Corporation | P2002-68266 | scheduling apparatUS and method for determining a disired noise rise over thermal noise in a cdma mobile communication system | KOREA (REPUBLIC OF) | 701,245 | UNITED STATES |
| UMTS | TS25.213 | 4.2 | V3.9.0 | Samsung Electronics Corporation | P1994-30743 | receiving apparatUS for base station in a code division multiple access system and signal receiving method | KOREA (REPUBLIC OF) | 95118184.X | CHINA |
| | | | | | | | | 01121232.2 | CHINA |
| | | | | | | | | 03102998.1 | CHINA |
| | | | | | | | | 562,281 | UNITED STATES |
| | | | | | | | | 492,065 | UNITED STATES |
| | | | | | | | | 414,203 | UNITED STATES |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009423



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | | | 25788/00 | AUSTRALIA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2,328,352 | CANADA |
| | | | | | | | | 00800572.9 | CHINA |
| | | | | | | | | 00904116.1 | GERMANY |
| | | | | | | | | 00904116.1 | European Patent Office |
| UMTS | TS 25.214 TS 25.212 | 4.4 | v6.1 | Samsung Electronics Corporation | P1999-05263 | power control APPARATUS and method for inter-frequency handoff in cdma communication system | KOREA (REPUBLIC OF) | 00904116.1 | FINLAND |
| | | | | | | | | 00904116.1 | FRANCE |
| | | | | | | | | 00904116.1 | UNITED KINGDOM |
| | | | | | | | | 2000/00398 | INDIA |
| | | | | | | | | 00904116.1 | ITALY |
| | | | | | | | | 2000-599153 | JAPAN |
| | | | | | | | | 00904116.1 | SWEDEN |
| | | | | | | | | 503,764 | UNITED STATES |
| | | | | | | | | 00/00114 | Patent Cooperation Treaty |
| UMTS | TS 25.214 TS 25.211 TS 25.212 | 5.1.2.5 5.2 4.4 | v6.1 v6.0 v6.1 | Samsung Electronics Corporation | P1998-22214 | device and method for controlling power during transmission | KOREA (REPUBLIC OF) | 41715/99 | AUSTRALIA |
| | | | | | | | | PI9906493-6 | BRAZIL |
| | | | | | | | | 2297143 | CANADA |
| | | | | | | | | 99800890.7 | CHINA |
| | | | | | | | | 99925445.1 | GERMANY |
| | | | | | | | | 29924367.2 | GERMANY |
| | | | | | | | | 99925445.1 | European Patent Office |
| | | | | | | | | 99925445.1 | FINLAND |
| | | | | | | | | 99925445.1 | FRANCE |
| | | | | | | | | 99925445.1 | UNITED KINGDOM |
| | | | | | | | | 545/cal/99 | INDIA |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009424



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 11 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 99925445.1 | ITALY |
| | | | | | | | | 2000-555368 | JAPAN |
| | | | | | | | | 2000103039 | RUSSIAN FEDERATION |
| | | | | | | | | 99925445.1 | SWEDEN |
| | | | | | | | | 333,192 | UNITED STATES |
| | | | | | | | | PCT199900294 | Patent Cooperation Treaty |
| UMTS | TS 25.211 TS 25.214 | 5.3.3.5 5.2.3.2 | v 6.0.0 | Samsung Electronics Corporation | P1999-15224 | cell search APPARATUS and method in asynchronoUS communication system | KOREA (REPUBLIC OF) | 44358/00 | AUSTRALIA |
| | | | | | | | | 2,335,028 | CANADA |
| | | | | | | | | 00800688.1 | CHINA |
| | | | | | | | | 00925710.6 | GERMANY |
| | | | | | | | | 00925710.6 | European Patent Office |
| | | | | | | | | 00925710.6 | FRANCE |
| | | | | | | | | 00925710.6 | UNITED KINGDOM |
| | | | | | | | | 616140/2000 | JAPAN |
| | | | | | | | | 560,732 | UNITED STATES |
| | | | | | | | | 00/00405 | Patent Cooperation Treaty |
| UMTS | TS 25.214 | 6A | V5.6.0 | Samsung Electronics Corporation | P1998-28975 | PROCESSING PACKET DATA IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | PI9906601-7 | BRAZIL |
| | | | | | | | | 2,302,269 | CANADA |
| | | | | | | | | 99801423.0 | CHINA |
| | | | | | | | | 99 933 264.6 | GERMANY |
| | | | | | | | | 99933264.6 | European Patent Office |
| | | | | | | | | 99 933 264.6 | FINLAND |
| | | | | | | | | 99 933 264.6 | FRANCE |
| | | | | | | | | 99 933 264.6 | UNITED KINGDOM |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009425



**EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE**

page 12 of 17

| | | | | | | | | 630/cal/99 | INDIA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 99 933 264.6 | ITALY |
| | | | | | | | | 560739/2000 | JAPAN |
| | | | | | | | | 2000106436 | RUSSIAN FEDERATION |
| | | | | | | | | 99 933 264.6 | SWEDEN |
| | | | | | | | | 354,707 | UNITED STATES |
| | | | | | | | | PCT/99/00380 | Patent Cooperation Treaty |
| UMTS | TS 25.331 | 10.2.16 | V.6.7.0 | Samsung Electronics Corporation/SERI | GB 200400255.6 | Radio Message MBMS Finalisation | UNITED KINGDOM | 20050195760 | UNITED STATES |
| | | | | | | | | PCT05/067175 | Patent Cooperation Treaty |
| UMTS | TS 25.331 TS 25.427 | 8.3.4.3 5.12 | V.6.7.0 | Samsung Electronics Corporation/SERI | GB 200417568.3 | Telecommunications methods and APPARATUS | UNITED KINGDOM | | |
| UMTS | TS 25.331 TS 25.346 TS 25.423 | 10.2.16e 5.1.10 8.2.2.2 | V.6.7.0 | Samsung Electronics Corporation/SERI | GB 200406664.3 | Method of transmitting information related to a multicast service in a mobile communication network | UNITED KINGDOM | 1581014 | European Patent Office |
| | | | | | | | | 20050232176 | UNITED STATES |
| | | | | | | | | WO05/091531 | European Patent Office |
| UMTS | TS 25.331 | 10.2.16f/g/k | V.6.7.0 | Samsung Electronics Corporation/SERI | GB 200421084.5 | Signalling of radio bearer information | UNITED KINGDOM | | |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009426



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 13 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.413 | 8.36<br>4.5.1.1.2 | v6.5.0<br>v6.2.0 | Samsung Electronics Corporation/BST | 2002150342.7 | Method for Multimedia Broadcast/Multicast Service Signaling Bearer Connection on Iu Interface | CHINA | 1568181 | European Patent Office |
| | | | | | | | | 2006-506001 | JAPAN |
| | | | | | | | | 2005-0073613 | KOREA (REPUBLIC OF) |
| | | | | | | | | WO04/043021 | Patent Cooperation Treaty |
| UMTS | TS 25.331 | 8.3.1<br>8.7.4<br>8.6.9.6<br>10.3.3.3<br>8.1.3<br>10.3.3.11 | V6.7.0 | Samsung Electronics Corporation/BST | 2003147532.9 | Method for Initiating Uplink Signaling Proactively by MBMS UE | CHINA | | |
| UMTS | TS 24.008<br>TS23.246 | 9.5.22<br>8.2 | v6.8.0<br>v6.9.0 | Samsung Electronics Corporation/BST | 2003154674.9 | Method for Supporting Backward Compatibility of MBMS | CHINA | WO05/020461 | Patent Cooperation Treaty |
| UMTS | TS 25.214 | 5.1.2.5B.2.3 | v650 | Samsung Electronics Corporation | P2005-1400 | METHOD FOR CONFIGURING GAIN FACTORS FOR UPLINK SERVICE IN RADIO TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 06000204.5 | European Patent Office |
| | | | | | | | | 1777/2006 | JAPAN |
| | | | | | | | | 326,595 | UNITED STATES |
| UMTS | TS 25.427 | 6.3.3.9.9 | v6.4.0 | Samsung Electronics Corporation | P2005-25893 | | KOREA (REPUBLIC OF) | | |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009427



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 14 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.212 | 4.10.4 | v6.5.0 | Samsung Electronics Corporation | P2004-0099917 | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING DATA WITH HIGH RELIABLITY IN A MOBILE COMMUNICATION SYSTEM SUPPORTING PACKET DATA TRANSMISSION | KOREA (REPUBLIC OF) | 2005239657 / AUSTRALIA |
| | | | | | | | | 200510129702.0 / CHINA |
| | | | | | | | | 05026149.4 / European Patent Office |
| | | | | | | | | / INDIA |
| | | | | | | | | 344041/2005 / JAPAN |
| | | | | | | | | 2005137244 / RUSSIAN FEDERATION |
| | | | | | | | | / UNITED STATES |
| UMTS | TS 25.309 | 9.2.1 | v6.3.0 | Samsung Electronics Corporation | P2004-0090043 | METHOD AND APPARATUS FOR SCHEDULING UPLINK DATA TRANSMISSION USING UE-ID IN A MOBILE COMMUNICATION SYSTEM SUPPORTING UPLINK PACKET DATA SERVICE | KOREA (REPUBLIC OF) | 200510023010.8 / CHINA |
| | | | | | | | | 05024127.2 / European Patent Office |
| | | | | | | | | 1006/KOL/2005 / INDIA |
| | | | | | | | | 321420/2005 / JAPAN |
| | | | | | | | | 2005134199 / RUSSIAN FEDERATION |
| | | | | | | | | 267,580 / UNITED STATES |
| UMTS | TS 25.214 | 5.1.2.5C | v6.6.0 | Samsung Electronics Corporation | P2005-0010870 | METHOD AND APPARATUS FOR SETTING GAIN FACTORS FOR DEDICATED PHYSICAL CHANNELS IN MOBILE TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 28754/2006 / JAPAN |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009428

Case 5:11-cv-01846-LHK   Document 594-4   Filed 01/09/12   Page 16 of 18



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.309 | 9.2.1 | v6.3.0 | Samsung Electronics Corporation | P2004-0093283 | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING DOWNLINK CONTROL INFORMATION IN A MOBILE COMMUNICAATION SYSTEM SUPPORTING UPLINK PACKET DATA SERVICE | KOREA (REPUBLIC OF) | 272,823 | UNITED STATES |
| | | | | | | | | 2005/003864 | Patent Cooperation Treaty |
| UMTS | TS 25.423 | 8.5.11 9.2.1.87 | v6.6.0 | Samsung Electronics Corporation | P2004-073972 | METHOD AND APPARATUS FOR INDICATING PREFERRED LAYER INFORMATION IN MULTIMEDIA BROADCAST/MULTICAST SERVICE(MBMS) | KOREA (REPUBLIC OF) | 226,398 | UNITED STATES |
| | | | | | | | | 2005/003059 | Patent Cooperation Treaty |
| UMTS | TS 25.423 | 8.3 | V6.6.0 | Samsung Electronics Corporation | P2004-111534 | METHOD AND APPARATUS FOR PROVIDING MULTIMEDIA BROADCAST/MULTICAST SERVICE ACCORDING TO MOBILITY OF USER EQUIPMENT | KOREA (REPUBLIC OF) | 2005/004505 | Patent Cooperation Treaty |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009429



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 16 of 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.331 TS 25.346 | 8.5.27, 8.7.6.2, 10.2.16i 8.3.9 | v700 | Samsung Electronics Corporation | P2004-073973 | HARD HANDOVER AND APPARATUS FOR USER EQUIPMENT (UE) USING FREQUENCY LAYER CONNERGENCE (FLC) IN A MULTIMEDIA BROADCAST/MULTICAST SYSTEM (MBMS) SYSTEM | KOREA (REPUBLIC OF) | 05019895.1 | European Patent Office |
| | | | | | | | | 224,018 | UNITED STATES |
| | | | | | | | | 2005/003024 | Patent Cooperation Treaty |
| UMTS | TS 25.323 | 5.7.2 | V6.1.0 | Samsung Electronics Corporation | P2004-009392 | METHOD FOR RESUMING HEADER DECOMPRESSION IN A MULTIMEDIA BEOADCAST/MULTICAST SERVICE SYSTEM | KOREA (REPUBLIC OF) | 2005200657 | AUSTRALIA |
| | | | | | | | | 200510062812.X | CHINA |
| | | | | | | | | 05003094.9 | European Patent Office |
| | | | | | | | | 97/KOL/05 | INDIA |
| | | | | | | | | 36930/2005 | JAPAN |
| | | | | | | | | 063,348 | UNITED STATES |
| UMTS | TS 25.433 TS 25.309 | 2.18 14.1 | V6.5.0 | Samsung Electronics Corporation | P2005-27395 | METHOD OF MANAGING RADIO RESOURCES AND NODE B APPARATUS IMPLEMENTING THE SAME | KOREA (REPUBLIC OF) | 2006/001148 | Patent Cooperation Treaty |
| UMTS | TS 25.413 | 8.36.2, 9.2.3.42 | v6.6.0 | Samsung Electronics Corporation/BST | 200510008014.9 | Inform MBMS Service on Iu Interface | CHINA | | |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009430



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 33.246 | 6.4.5.1<br>6.3.3.1<br>6.5.3<br>6.4.4<br>6.5.4 | v6.3.0 | Samsung Electronics Corporation/BST | 200410092587.X | Key Management Method for MBMS | CHINA | | |
| UMTS | TS 25.331 | 8.7.3.3.3 | v6.2.0 | Samsung Electronics Corporation/BST | 200410088763.2 | A method to receive MBMS service for PMM_IDLE USers | CHINA | | |
| GSM | TS 23.040 | 9.2.3.24.10 | v6.5.0 | Samsung Electronics Corporation/BST | P1999-0009435 | Data transmitting and receiving apparatus and method for digital mobile station | KOREA (REPUBLIC OF) | 6920331 | US |
| | | | | | | | | 127881 | US |
| | | | | | | | | 00104752.3 | CN |
| | | | | | | | | 200510095853.9 | CN |
| | | | | | | | | 00105854.4 | EP |
| | | | | | | | | 05025482.0 | EP |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009431