# EXHIBIT 4



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 5 (version 5)

## IPR information statement and licensing declaration

**IPR Holder/Organisation**

Legal Name: SAMSUNG ELECTRONICS CO., LTD.

**Signatory**

Name:        Seung Gun, Park

Position:    Vice President

Department:  Telecommunication R&D Center

Address:     Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,

             Suwon-City, Gyeonggi-Do, Korea 442-600

Tel.:        82-31-279-5067                Fax:  82-31-279-4560

E-mail:      jh1.jung@samsung.com

**IPR information statement**

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,
    with reference to the technical proposal identified as   3GPP
and/or
    in relation to Work Item No.
and/or
    with reference to ETSI Standard No.    TS 25. 212, TS 25.309, TS 25.321, TS 25.331

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR information statement annex* and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate the same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy (delete this paragraph if this condition is not required).

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**                              **Signature:**

24 Jul 2008                                   S. G.
(Place, Date)                                 (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009482



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 2 of 5 (version 5)

## IPR information statement annex

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Application No. | Patent No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | | Patent/Application No. | Country Applicable |
| UMTS | 3GPP TS 25.212 | 4.2.3.2 | V.3.2.0 | Samsung Electronics Corporation | 1998-0059068 | 0350459 | INTERLEAVING/DEINTRLEAVING DEVICE AND METHOD FOR COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 6,493,815 | UNITED STATES |
| | | | | | | | | | 2353878 | CANADA |
| | | | | | | | | | ZL99815036.3 | CHINA |
| | | | | | | | | | 3814146 | JAPAN |
| | | | | | | | | | 761546 | AUSTRALIA |
| UMTS | 3GPP TS 25.331 | 10.3.6.2.1 | V.3.8.0 | Samsung Electronics Corporation | 1999-34014 | 0429545 | METHOD FOR COMMUNICATING SCRAMBLING CODE ID IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 762032 | AUSTRALIA |
| | | | | | | | | | 2346845 | CANADA |
| | | | | | | | | | ZL00801691.7 | CHINA |
| | | | | | | | | | 142489 | ISRAEL |
| | | | | | | | | | 207743 | INDIA |
| | | | | | | | | | 3992981 | JAPAN |
| | | | | | | | | | 2214695 | RUSSIAN FEDERATION |
| | | | | | | | | | 7,221,695 | UNITED STATES |
| | | | | | | | | | 2001/2906 | SOUTH AFRICA |
| UMTS | 3GPP TS 25.309 / 3GPP TS 25.321 | 11.1.1 / 9.2.5.3.2 | V.6.2.0 / V.6.2.0 | Samsung Electronics Corporation | 2003-0000466 | | METHOD FOR DETERMINING DATA RATE USER EQUIPMENT SUPPORTING EUDCH SERVICE | KOREA (REPUBLIC OF) | zl200410028203.8 | CHINA |
| | | | | | | | | | 7,209,749 | UNITED STATES |
| | | | | | | | | | 4038483 | JAPAN |

APLNDC-WH-A 0000009483



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 3 of 5 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0064742 | 0827147 | TRANSCEIVER APPARATUS AND METHOD FOR EFFICIENT HIGH-SPEED DATA RETRANSMISSION AND DECODING IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2002301552 | AUSTRALIA |
| | | | | | | | | | 2381719 | UNITED KINGDOM |
| | | | | | | | | | 2408875 | CANADA |
| | | | | | | | | | ZL 02151899.8 | CHINA |
| | | | | | | | | | 0213110 | FRANCE |
| | | | | | | | | | 523495 | SWEDEN |
| | | | | | | | | | 3566273 | JAPAN |
| | | | | | | | | | 7,027,782 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-34488 | 0689551 | APPARATUS AND METHOD FOR TRANSMITTING AND RECEVING DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | ZL02127246.8 | CHINA |
| | | | | | | | | | 2378368 | UNITED KINGDOM0 |
| | | | | | | | | | 2393086 | UNITED KINGDOM1 |
| | | | | | | | | | 2404313 | UNITED KINGDOM2 |
| | | | | | | | | | 3753677 | JAPAN |
| | | | | | | | | | 7,093,178 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0044842 | 0539864 | APPARATUS AND METHOD FOR RETRANSMITTING HIGH-SPEED DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2002300260 | AUSTRALIA |
| | | | | | | | | | 2380374 | UNITED KINGDOM |
| | | | | | | | | | ZL02148206.3 | CHINA |
| | | | | | | | | | 524830 | SWEDEN |
| | | | | | | | | | 7,283,509 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0064114 | 0526525 | TRANSMISSION/RECEIVING APPARATUS AND METHOD FOR PACKET RETRANSMISSION IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2002301480 | AUSTRALIA |
| | | | | | | | | | 2408452 | CANADA |
| | | | | | | | | | 02160221.2 | CHINA |
| | | | | | | | | | 10248446 | GERMANY |

APLNDC-WH-A 0000009484



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 4 of 5 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2382010 | UNITED KINGDOM |
| | | | | | | | | | 273,096 | UNITED STATES |
| | | | | | | | | | 2002301470 | AUSTRALIA |
| | | | | | | | | | 2408131 | CANADA |
| | | | | | | | | | 02151562.X | CHINA |
| | | | | | | | | | 200510126992.3 | CHINA |
| | | | | | | | | | 10248018 | GERMANY |
| | | | | | | | | | 20021829 | FINLAND |
| | | | | | | | | | 0212735 | FRANCE |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0063519 | 0464325 | Transmitting/receiving apparatus and method for packet retransmission in a mobile communication system | KOREA (REPUBLIC OF) | 2381718 | UNITED KINGDOM |
| | | | | | | | | | 2396787 | UNITED KINDOM |
| | | | | | | | | | MI2002A002167 | ITALY |
| | | | | | | | | | 3865680 | JAPAN |
| | | | | | | | | | 4064385 | JAPAN |
| | | | | | | | | | 271,277 | UNITED STATES |
| | | | | | | | | | 2002301670 | AUSTRALIA |
| | | | | | | | | | 2410107 | CANADA |
| | | | | | | | | | 02154261.5 | CHINA |
| | | | | | | | | | 200510055804.2 | CHINA |
| | | | | | | | | | 10250867.4 | GERMANY |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0067694 | 0474682 | Transmitting/receiving apparatus and method for packet retransmission in a mobile communication system | KOREA (REPUBLIC OF) | 20021932 | FILAND |
| | | | | | | | | | 0213688 | FRANCE |
| | | | | | | | | | 2382284 | UNITED KINDOM |
| | | | | | | | | | 0325480.2 | UNITED KINDOM |
| | | | | | | | | | MI2002A002326 | ITALY |
| | | | | | | | | | 3926248 | JAPAN |

APLNDC-WH-A 0000009485



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 5 of 5 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 7,362,733 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0041405 | 0450968 | Apparatus and method for transmitting and receiving data in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 02128224.2 | CHINA |
| | | | | | | | | | 10228809.7 | GERMANY |
| | | | | | | | | | 0208008 | fFRANCE |
| | | | | | | | | | 2378870 | GERMANY |
| | | | | | | | | | 3701263 | JAPAN |
| | | | | | | | | | 183,824 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-083064 | 0584426 | INTERLEAVING APPARATUS AND METHOD FOR SYMBOL MAPPING IN AN HSDPA MIBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | ZL02159600.X | CHINA |
| | | | | | | | | | 200510116299.8 | CHINA |
| | | | | | | | | | 02028629.0 | European Patent Office |
| | | | | | | | | | 3748550 | JAPAN |
| | | | | | | | | | 7,200,792 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-066887 | 0744347 | APPARATUS AND METHOD FOR TRANSMITTING/RECEIVING DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 7,280,606 | UNITED STATES |
| | | | | | | | | | 851,275 | UNITED STATES |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

APLNDC-WH-A 0000009486