QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S REPLY CLAIM CONSTRUCTION BRIEF**<br><br>Date: January 20, 2012<br>Time: 10:00 am<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Todd M. Briggs, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan LLP and counsel for defendants and counter-claimants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Reply Claim Construction Brief. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 81:8-13.

3. Attached hereto as **Exhibit B** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 36:15-23 and 39:17-40:1.

4. Attached hereto as **Exhibit C** is a true and correct copy certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 35:25-36:4.

5. Attached hereto as **Exhibit D** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 40:13-23 and 41:17-19.

6. Attached hereto as **Exhibit E** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 41:25-42:8.

7. Attached hereto as **Exhibit F** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 40:6-9.

8. Attached hereto as **Exhibit G** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 70:24-71:6 and 73:1-11.

9. Attached hereto as **Exhibit H** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 53:10-11 and 94:3-4.

10. Attached hereto as **Exhibit I** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 86:12-25 and 87:21-88:2.

11. Attached hereto as **Exhibit J** is a true and correct copy of certain excerpts from the Deposition of Tony Givargis, Ph.D., including lines 86:4-17.

1  I hereby declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

4  DATED: December 29, 2011          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

          By  */s/ Todd M. Briggs*
              Todd M. Briggs
              Attorneys for Defendants/Counter-Claimants
              SAMSUNG ELECTRONICS CO., LTD.,
              SAMSUNG ELECTRONICS AMERICA, INC.
              and SAMSUNG TELECOMMUNICATIONS
              AMERICA, LLC