# EXHIBIT H

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4
     ---------------------------------x
 5   APPLE INC., a California         )
     corporation,                     )
 6                                    )
                       Plaintiff,     )
 7                                    )
           vs.                        )
 8                                    )No. 11-CV-01846LHK
     SAMSUNG ELECTRONICS CO., LTD.,   )
 9   a Korean entity; SAMSUNG         )
     ELECTRONICS AMERICA, INC., a     )
10   New York corporation; SAMSUNG    )
     TELECOMMUNICATIONS AMERICA, LLC, )
11   a Delaware limited liability     )
     Company,                         )
12                                    )
                       Defendants.    )
13   ---------------------------------x

14

15

16

17    VIDEOTAPED DEPOSITION OF TONY GIVARGIS, PH.D.

18              Los Angeles, California

19            Tuesday, December 6, 2011

20

21      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

23   Reported by:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   JOB NO. 44330
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 5

```
 1       MR. SHAH:  Ali Shah, WilmerHale, for the witness
 2   and representing Apple.
 3       THE VIDEOGRAPHER:  Thank you.
 4           And will the reporter now swear or affirm
 5   the witness.
 6
 7   TONY GIVARGIS, PH.D.,
 8       called as a witness, having been duly sworn by
 9       the court reporter, was examined and testified
10       as follows:
11
12   EXAMINATION
13   BY MS. MAROULIS:
14       Q   Good morning, Mr. Givargis.  How are you
15   today?
16       A   Good, thank you.
17       Q   My name is Victoria Maroulis and I will be
18   asking you some questions today.
19           Have you ever been deposed before?
20       A   No.
21       Q   In that case let me briefly run you through
22   the rules of the deposition.
23           First of all, do you understand that you
24   are testifying today like you would be in a court of
25   law under oath even though we're sitting in a
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 52

```
 1   system independent, correct?
 2       A    That is correct, yes.
 3       Q    What about this passage do you believe
 4   supports your opinion?
 5       A    This passage also refers to, includes an
 6   application module including at least one applet so
 7   there is this applet being included within an
 8   application module property that is consistent with
 9   the Java-like execution environment of applets which
10   I rely on for my definition of "applets."
11       Q    Can this notion of inclusion of the applet
12   within the application that you refer to exist
13   outside Java?
14       MR. SHAH:  Objection; form.
15       THE WITNESS:  Yes.  This notion of inclusion is
16   actually a very, very common design, sort of a
17   paradigm where one application serves as a host
18   interpreting another application or a set of
19   application on, if you will, on top.  And this is
20   the Java model of execution where the Java codes or
21   Java applications are interpreted by the host
22   application.  For example, a browser.  It is also
23   consistent with all interpreted language like Ruby
24   or PHP or even AppleScript and JavaScript.
25       Q    BY MS. MAROULIS:  In the context of the
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 53

1   host application can an applet be still system
2   dependent or are you saying it is always system
3   independent?
4       A    Typically.
5            The purpose of this inclusion or this
6   framework that I just described is to make the
7   applet OS-independent.  I'm certain there is an
8   example or an exceptional case or a scenario where
9   one would build an applet that bypasses that notion
10  so -- it is not universally the case but commonly
11  the case.
12      Q    Can you give me an example of such a
13  situation where you would have a host application
14  and still have a system-dependent applet?
15      A    Well, one example could be an applet that
16  exploits certain weakness or error or shortcoming of
17  the host application to gain access to the
18  underneath operating system, so in that sense that
19  applet is certainly OS-dependent.
20           In another example, it could be that that
21  applet is designed to take advantage of certain
22  resources of Operating System A and those resources
23  may not be available on Operating System B and in
24  that case too that applet would be dependent on
25  Operating System A and not portable to Operating

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 54

1   System B.
2        Q    Any other examples?
3        A    I can't think of any now.
4        Q    Can a Java applet be programmed to be
5   operating-system dependent?
6        A    I believe Java applets by design inherently
7   are operating-system independent.  The exceptions
8   would be the two I mentioned previously, a security
9   breach of some sort or a lack of resources of some
10  sort on one platform versus another.
11       Q    But can someone choose to program an
12  operating dependent, operating-system dependent
13  applet in the Java context?
14       MR. SHAH:  Object to form.
15       THE WITNESS:  Not specifically using the Java
16  programming language and the associated, the
17  understood to be Java tools for designing and
18  developing applications.
19       Q    BY MS. MAROULIS:  When you say not strictly
20  using, what is the distinction that you are drawing?
21       A    Well, Java is a programming language and
22  the programming language itself, setting aside the
23  environment where the code will execute and the
24  tools that would possibly compile the code, only
25  records or specifies the sequence of instructions

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 93

1  AppletViewer which -- which, in essence, allows you
2  to run an applet on -- on it without the need of a
3  browser.
4      Q   Are there applet viewers in platforms other
5  than Java?
6      A   Yes.  Any programming language, language
7  that is interpreted will have a player, so to say,
8  for the interpreter, in essence, would be this host
9  application similar to a browser being a host
10 application for applets that happen to be downloaded
11 off the internet.  But every, each and every
12 interpreted language has an interpreter that -- that
13 is necessary to allow the application written in
14 that language to be executed.
15     Q   What is the function of the AppletViewer?
16     A   The AppletViewer allows you to execute an
17 applet written in -- in Java.
18     Q   Okay.  Going past Paragraph 29 in this same
19 section, are there other statements or paragraphs in
20 which you disagree with Mr. Cole?
21     MR. SHAH:  Take your time and review every part
22 of that document.
23     THE WITNESS:  Yes.  I believe the argument that
24 silence on the definition of an applet or the lack
25 of reference to operating-system independent is not

1  to me convincing of the fact that an applet
2  necessarily is defined to be operating-system
3  ==dependent and contrary to that applets are commonly==
4  ==usually assumed to be operating-system independent.==
5      Q    BY MS. MAROULIS:  Is this based on the same
6  rationale that you testified about earlier this
7  morning in support of your own opinion or there is
8  more to it?
9      MR. SHAH:  Objection to form.
10     THE WITNESS:  Generally, yes.  I'm not sure what
11 part of my testimony you are specifically referring
12 to but, yes, the message is consistent that the
13 common understanding of an applet is one that is
14 interpreted.
15     Q    BY MS. MAROULIS:  Do you agree with Mr.
16 Cole's interpretation of the Kokubo reference?
17     A    Yes, I agree with the brief summary of the
18 Kokubo patent and I also agree with the fact that
19 the Kokubo patent does not define or refer to
20 applets, operating-system independence.
21     Q    Do you believe that the examiner suggested
22 to the applicant to add the term "applets" to
23 overcome the Kokubo reference?
24     MR. SHAH:  Objection; the document speaks for
25 itself.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 95

1        THE WITNESS:  That is my understanding, yes.
2        Q    BY MS. MAROULIS:  In reviewing the
3   extrinsic evidence sources that Mr. Cole cites did
4   you seen any sources that you have previously
5   encountered in your day-to-day job as a programming
6   professor, an expert?
7        MR. SHAH:  Object to form.
8        THE WITNESS:  The one that I would be most
9   familiar with is Python applets.  Python is -- has
10  become a popular language and it is used heavily in
11  universities for teaching.
12       Q    BY MS. MAROULIS:  Do you agree with Mr.
13  Cole's description of Python applets?
14       A    I recognize that Python applets are used in
15  the context of Linux or Ubuntu, a particular
16  distribution of Linux.  However, Python applets are
17  written in the language Python which is an
18  interpreted language and Python is available for
19  Windows, Python is available for various flavors of
20  Linux, there is even a Python interpreter that would
21  run on a MAC OS, so I believe the conclusion that
22  these applets, these Python applets are specific on
23  Linux or Ubuntu is false.
24       Q    So you don't believe that Python apps --
25  pardon me, Python applets are systems dependent in

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 120

```
 1   State of California    )
                            ) ss.
 2   County of Los Angeles  )

 3

 4              I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.

 5   3522, RPR, CRR, do hereby certify:

 6              That prior to being examined TONY GIVARGIS,

 7   PH.D., the witness named in the foregoing

 8   deposition, was, before the commencement of the

 9   deposition, duly administered an oath in accordance

10   with C.C.P. Section 2094;

11              That the said deposition was taken before

12   me at the time and place therein set forth, and was

13   taken down by me in shorthand and thereafter

14   transcribed into typewriting under my direction and

15   supervision; that the said deposition is a true and

16   correct record of the testimony given by the

17   witness;

18              I further certify that I am neither counsel

19   for, nor in any way related to any party to said

20   action, nor in any way interested in the outcome

21   thereof.

22              IN WITNESS WHEREOF, I have subscribed my

23   name on this 6th day of December, 2011.

24                         _____

25                              SUSAN A. SULLIVAN
```