# EXHIBIT I

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4
     ----------------------------------x
 5   APPLE INC., a California         )
     corporation,                     )
 6                                    )
                    Plaintiff,        )
 7                                    )
           vs.                        )
 8                                    )No. 11-CV-01846LHK
     SAMSUNG ELECTRONICS CO., LTD.,   )
 9   a Korean entity; SAMSUNG         )
     ELECTRONICS AMERICA, INC., a     )
10   New York corporation; SAMSUNG    )
     TELECOMMUNICATIONS AMERICA, LLC, )
11   a Delaware limited liability    )
     Company,                         )
12                                    )
                    Defendants.       )
13   ----------------------------------x

14

15

16

17    VIDEOTAPED DEPOSITION OF TONY GIVARGIS, PH.D.

18              Los Angeles, California

19             Tuesday, December 6, 2011

20

21      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

23   Reported by:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   JOB NO. 44330
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 5

1      MR. SHAH:  Ali Shah, WilmerHale, for the witness
2  and representing Apple.
3      THE VIDEOGRAPHER:  Thank you.
4         And will the reporter now swear or affirm
5  the witness.
6
7  TONY GIVARGIS, PH.D.,
8      called as a witness, having been duly sworn by
9      the court reporter, was examined and testified
10     as follows:
11
12 EXAMINATION
13 BY MS. MAROULIS:
14     Q    Good morning, Mr. Givargis.  How are you
15 today?
16     A    Good, thank you.
17     Q    My name is Victoria Maroulis and I will be
18 asking you some questions today.
19         Have you ever been deposed before?
20     A    No.
21     Q    In that case let me briefly run you through
22 the rules of the deposition.
23         First of all, do you understand that you
24 are testifying today like you would be in a court of
25 law under oath even though we're sitting in a

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 85

1    MR. SHAH:  Objection.  The document speaks for
2 itself.
3    THE WITNESS:  In my document I use Java as a
4 very good example of an operating-system independent
5 environment in programming language paradigm, you
6 will say.  But it certainly is not the only
7 operating-system independent kind of applet for
8 language.
9    Q   BY MS. MAROULIS:  The definition of
10 operating-system independent you just used today is
11 broader than what you used in your declaration,
12 correct?
13    MR. SHAH:  Objection; mischaracterizes his
14 testimony.
15    THE WITNESS:  Can you refer me to the definition
16 I have used in the declaration?
17    Q   BY MS. MAROULIS:  I understand your
18 declaration to equate Java and operating-system
19 independence; is that right?
20    A   It is the case that Java is an operating-
21 system independent programming language.
22    Q   Nowhere in your declaration have you
23 actually stated the definition of the operating-
24 system independence that you used a few minutes ago
25 when I asked you a question; is that right?

1       MR. SHAH:  Objection; the document speaks for
2   itself.
3       THE WITNESS:  That is correct, yes.
4       Q    BY MS. MAROULIS:  Now Mr. Cole considers
5   the applets you and I have been discussing systems,
6   operating-systems dependent, correct?
7       A    Mr. Cole lists these applets and in some
8   cases draws that conclusion.  For example, in the
9   case of AppleScript it says that AppleScript is a
10  system scripting language used for the Macintosh OS
11  operating system.
12      Q    Do you disagree with him with respect to
13  that?
14      A    I do not disagree with him but I'm not
15  certain if what Mr. Cole, for instance, says in 52
16  eliminates the possibility of AppleScript being
17  operating-system independent.
18      Q    Would you be able to run an AppleScript
19  applets on a Windows computer?
20      A    If I could obtain the specification for
21  AppleScript programming language, the scripting
22  language, and if I were to build an interpreter that
23  ran natively on Windows, then I could take an
24  AppleScript applet and, without modification, run it
25  or interpret it on the Windows environment.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 87

1  Q   But that would require constructing a whole
2  new operating system, essentially, correct?
3  A   That would require constructing an
4  application that would be the host, that would be
5  the interpreter of the AppleScript applet.
6  Q   Without being able to construct a host or
7  an interpreter you cannot run an AppleScript applet
8  on a Windows system, correct?
9  A   In the absence of an interpreter it would
10 be impossible to run an AppleScript.  Well, it would
11 not be, that I can think of, possible to run an
12 AppleScript applet, that is correct, yes.
13 Q   Could you run a AppleScript applet on a
14 Linux machine?
15 A   Again, if I could design and implement this
16 host application that had the ability to interpret
17 the scripting language, AppleScript, then I would be
18 able to take any AppleScript applet without
19 modification and run that in the context of that
20 interpreter on a Linux box.
21 Q   But, again, if you could not build the host
22 application and cause it to interpret the scripting
23 language you could not run an AppleScript applet on
24 a Linux, right?
25 A   That is correct.  A Linux box requires, has

1  its own machine language and -- which is
2  incompatible with an AppleScript applet, yes.
3      Q    You used the term "translator" a minute
4  ago, correct?
5      A    Correct.
6      Q    What is that?
7      A    An interpreter is sometimes also referred
8  to as a translator because it, in essence, it reads
9  an instruction that is written in Program A, for
10 example AppleScript, and translates it to an
11 instruction that is -- that can be executed on a
12 Machine B running a particular operating system.
13     Q    Is there any mention of translators or
14 interpreters in the '711 patent?
15     MR. SHAH:  Objection; the document speaks for
16 itself.
17     THE WITNESS:  I do not think so, no.
18     Q    BY MS. MAROULIS:  To your recollection is
19 there any mention of translators or interpreters in
20 the file history of the '711 patent?
21     MR. SHAH:  Same objection.
22     THE WITNESS:  I do not think so, no.
23     Q    BY MS. MAROULIS:  Going to Mr. Cole's
24 declaration, do you agree with the intrinsic
25 evidence on which he relies?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 89

```
 1        MR. SHAH:  Take whatever time you need.
 2        THE WITNESS:  Yes.
 3        MR. SHAH:  Review that portion of the document.
 4        Q    BY MS. MAROULIS:  And for your reference it
 5   is stated on Pages 6, 7, 8, 9 and 10 of his
 6   declaration.
 7        A    Yes.  I do not agree with it entirely.
 8        Q    You disagree with his characterization,
 9   correct?
10        A    That is correct.
11        Q    But you do agree with the actual passages
12   of which he relies?
13        MR. SHAH:  Objection; vague.
14        THE WITNESS:  I do agree that the passages were
15   lifted directly from the '711 patent, especially the
16   ones in the code, yes.
17        Q    BY MS. MAROULIS:  And those are the same
18   passage of the specification in which you relied,
19   correct?
20        A    That is correct, yes.
21        Q    I meant to ask you and I forgot.  On Page 3
22   there's a definition of "person of ordinary skill in
23   the art" in Mr. Cole's declaration.  Do you see
24   that?
25        A    Yes.
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 120

```
1   State of California    )
                           ) ss.
2   County of Los Angeles  )

3

4           I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.
5   3522, RPR, CRR, do hereby certify:
6           That prior to being examined TONY GIVARGIS,
7   PH.D., the witness named in the foregoing
8   deposition, was, before the commencement of the
9   deposition, duly administered an oath in accordance
10  with C.C.P. Section 2094;
11          That the said deposition was taken before
12  me at the time and place therein set forth, and was
13  taken down by me in shorthand and thereafter
14  transcribed into typewriting under my direction and
15  supervision; that the said deposition is a true and
16  correct record of the testimony given by the
17  witness;
18          I further certify that I am neither counsel
19  for, nor in any way related to any party to said
20  action, nor in any way interested in the outcome
21  thereof.
22          IN WITNESS WHEREOF, I have subscribed my
23  name on this 6th day of December, 2011.
24                          _____
25                          SUSAN A. SULLIVAN
```