HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.    11-cv-01846-LHK (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON SCHEDULE FOR BRIEFING AND HEARING DISCOVERY MOTIONS** |

1  Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that
2  discovery motions they each plan to file this week are heard on shortened time.  This request is
3  supported by the attached Declaration of Mia Mazza in Support of Stipulation to Shorten Time on
4  Schedule for Briefing and Hearing Discovery Motions.
5  WHEREAS, on January 5, 2012, the parties held a lead trial meet-and-confer session in an
6  attempt to resolve several discovery disputes that have arisen between the parties, but after
7  lengthy discussion, some disputes between the parties remain unresolved;
8  WHEREAS, both parties wish to file discovery motions that will be heard as quickly as
9  possible, to ensure that any resulting Order may allow for timely relief in light of upcoming
10 depositions and the March 8, 2012, fact discovery cutoff;
11 WHEREAS, under the proposed expedited schedule, the parties are prepared to waive
12 their respective rights to submit reply memoranda in support of their motions; and
13 WHEREAS, the proposed expedited schedule would not postpone any of the other
14 deadlines set in this case; rather, it would merely provide an avenue for the parties to obtain
15 expedited relief;
16 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
17 parties that:
18 1.  Each party's opening briefs shall be filed by Tuesday, January 10, 2012;
19 2.  Each party's opposition briefs shall be filed by 8 a.m. on Tuesday, January 17, 2012;
20 and
21 3.  The hearing on both parties' motions shall take place on January 18, 2012 at 2:00 P.M.,
22 or such other time thereafter as the Court may calendar.
23 **IT IS SO STIPULATED.**
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: January 9, 2012 | JASON R. BARTLETT<br>MORRISON & FOERSTER LLP |
| | | By: /s/ *Jason R. Bartlett* |
| | | JASON R. BARTLETT |
| | | Attorneys for Apple |
| | Dated: January 9, 2012 | RACHEL HERRICK KASSABIAN<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | By: /s/ *Rachel Herrick Kassabian* |
| | | RACHEL HERRICK KASSABIAN |
| | | Attorneys for Samsung |

\*\*\* \*\*\* \*\*\*

**ORDER**

Pursuant to Stipulation, and GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED.**

Dated: _____        By: _____
                                              Honorable Paul S. Grewal, U.S.M.J.