| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF MIA MAZZA IN SUPPORT OF STIPULATION SHORTENING TIME ON SCHEDULE FOR BRIEFING AND HEARING DISCOVERY MOTIONS** |

I, Mia Mazza, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple. I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of the parties' Stipulation to Shorten Time on Schedule for Briefing and Hearing Discovery Motions.

2. On January 5, 2012, the parties held a lead trial meet and confer session in an attempt to resolve several discovery disputes that have arisen between the parties. The meeting lasted three and a half hours and some progress was made during that meeting. Many of the disputes between the parties, however, have not been resolved.

3. The fact discovery cutoff in this case is March 8, 2012. Both parties have noticed a large number of depositions anticipated to take place in January and February, 2012.

4. In light of the upcoming depositions and fact discovery cutoff, both parties wish to file discovery motions that will be heard as quickly as possible, to ensure that any resulting Order may allow for timely relief.

5. The Court has granted several motions filed by both parties to shorten time on discovery motions. Most recently, Apple filed a motion to compel on December 8, 2011, and Samsung filed a motion to compel on December 12, 2011. In both cases, the moving party sought and was granted the requested Order shortening time.

6. The requested time modification would not affect the overall schedule for the case. In fact, the parties' request for shortening of time has arisen in large part because the discovery cutoff is less than two months away.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of January, 2012 at San Francisco, California.

          */s/ Mia Mazza*
          Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 9, 2012           */s/ Jason R. Bartlett*
                                 Jason R. Bartlett