HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**STATEMENT OF NON-OPPOSITION REGARDING SAMSUNG'S MOTIONS TO RECONSIDER SEALING ORDERS**<br><br>Judge:   Lucy H. Koh |

STATEMENT OF NON-OPPOSITION RE SAMSUNG'S MOTIONS TO RECONSIDER
CASE NO. 11-CV-01846-LHK
sf-3092311

Apple informs the Court that it does not oppose Samsung's motions for leave to file motions for reconsideration (ECF Nos. 547 and 530, requesting reconsideration of ECF Nos. 515 and 510, respectively) or Samsung's underlying requests that the Court amend the sealing orders.

Dated: January 10, 2012                    MORRISON & FOERSTER LLP

                                                    By:   */s/ Rich S.J. Hung*
                                                        Rich S.J. Hung
                                                        Attorneys for Plaintiff
                                                        APPLE INC.