HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF HAROLD J. MCELHINNY IN SUPPORT OF APPLE'S MOTION FOR PROTECTIVE ORDER REGARDING SAMSUNG'S FIRST RULE 30(B)(6) DEPOSITION NOTICE** |

I, HAROLD J. McELHINNY, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion for Protective Order Regarding Samsung's First Rule 30(b)(6) Deposition Notice.

2. I am co-lead trial counsel for Apple in this action.

3. On January 5, 2012, I met in person with Charles Verhoeven of Quinn, Emanuel, Urquhart & Sullivan, lead trial counsel for Samsung in this matter. We, along with several others from each firm, met for approximately three hours to discuss outstanding discovery items. The parties exchanged agendas in advance of the meeting. Attached hereto as Exhibit A is a true and correct copy of the agenda provided to Samsung by Apple on January 3, 2012. Attached hereto as Exhibit B is a true and correct copy of the agenda provided to Apple by Samsung on January 4, 2012. During the three-hour meeting, the parties discussed all of the items on both parties' agendas.

4. During the January 5th meeting, the parties discussed Samsung's First Rule 30(b)(6) Deposition Notice to Apple. Apple stated that Samsung should withdraw the notice and issue a new one covering a more reasonable scope of topics. Samsung did not agree to withdraw its notice.

5. Mr. Verhoeven and I concurred that the meet-and-confer requirement had been satisfied with respect to Samsung's First Rule 30(b)(6) Deposition Notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of January, 2012, at San Francisco, California.

*/s/ Harold J. McElhinny*
Harold J. McElhinny

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Harold J. McElhinny has concurred in this filing.

Dated: January 10, 2012             */s/ Michael A. Jacobs*
                                     Michael A. Jacobs