HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING SAMSUNG'S FIRST 30(b)(6) DEPOSITION NOTICE** |

1     I, Mia Mazza, declare as follows:

2     1.   I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.  I make this declaration in support of Apple's Motion for Protective Order Regarding Samsung's First Rule 30(b)(6) Deposition Notice.

3     2.   Attached hereto as Exhibit A is a true and correct copy of Samsung's First Rule 30(b)(6) Notice to Apple Inc., served on December 14, 2011.

4     3.   Attached hereto as Exhibit B is a true and correct copy of correspondence dated December 27, 2011, from counsel for Apple to counsel for Samsung.

5     4.   Attached hereto as Exhibit C is a true and correct copy of correspondence dated December 31, 2011, from counsel for Samsung to counsel for Apple.

6     5.   Attached hereto as Exhibit D is a true and correct copy of correspondence dated January 3, 2012.

7     6.   On September 16, 2011, Samsung propounded its Second Set of Interrogatories to Apple Inc., containing Interrogatory Nos. 19–32.  Interrogatory No. 19 reads as follows: "Separately for each APPLE ACCUSED PRODUCT, IDENTIFY:  (1) Separately for each APPLE ACCUSED PRODUCT, IDENTIFY: (1) the Baseband Processor used; (2) the Executable Software incorporated or installed in the APPLE ACCUSED PRODUCT; (2) the 3 GPP Release(s) supported (including which versions and subversions of the 3GPP specification are supported within each Release); (3) the version(s) of HSUPA supported; and (4) the version(s) of HSDPA supported, and IDENTIFY any documents which reflect these categories of information.  Interrogatory No. 20 reads as follows:  Separately for each APPLE ACCUSED PRODUCT and each Baseband Processor, IDENTIFY the Software or portions of Software (including corresponding file name and line numbers) for performing multiplexing, channel coding, interleaving, demultiplexing of radio frames, generating scrambling codes and/or rate matching, or state which of these functions are not performed by the APPLE ACCUSED

1  PRODUCT or Baseband Processor.  Apple responded to both of these Interrogatories on
2  October 26, 2011.
3       7.    I have asked my litigation team to review the transcripts of depositions taken by
4  Samsung in this case to determine the number of hours of deposition time Samsung has used up
5  in post-Preliminary Injunction, party depositions.  My team calculated that Samsung has used up
6  105 hours of its allotted 250 hours, leaving less than 145 hours for their remaining depositions.
7       I declare under penalty of perjury that the foregoing is true and correct. Executed this
8  10th day of January, 2012 at San Francisco, California.

                                           */s/ Mia Mazza*
                                           Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 10, 2012  /s/ *Michael A. Jacobs*
Michael A. Jacobs