```
HAROLD J. MCELHINNY (CA SBN 66781)        WILLIAM F. LEE
hmcelhinny@mofo.com                        william.lee@wilmerhale.com
MICHAEL A. JACOBS (CA SBN 111664)          WILMER CUTLER PICKERING
mjacobs@mofo.com                           HALE AND DORR LLP
JENNIFER LEE TAYLOR (CA SBN 161368)        60 State Street
jtaylor@mofo.com                           Boston, MA 02109
ALISON M. TUCHER (CA SBN 171363)           Telephone: (617) 526-6000
atucher@mofo.com                           Facsimile: (617) 526-5000
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)          MARK D. SELWYN (SBN 244180)
jasonbartlett@mofo.com                     mark.selwyn@wilmerhale.com
MORRISON & FOERSTER LLP                    WILMER CUTLER PICKERING
425 Market Street                          HALE AND DORR LLP
San Francisco, California  94105-2482      950 Page Mill Road
Telephone:  (415) 268-7000                 Palo Alto, California 94304
Facsimile:  (415) 268-7522                 Telephone: (650) 858-6000
                                           Facsimile: (650) 858-6100
```

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR PROTECTIVE ORDER REGARDING SAMSUNG'S FIRST 30(B)(6) DEPOSITION NOTICE** |

1  Plaintiff Apple Inc. ("Apple") has moved pursuant to Federal Rules of Civil Procedure
2  26(b)(2)(C) and 26(c)(1), for a protective order relieving Apple of any obligation to respond to or
3  comply with Samsung's First 30(b)(6) Deposition Notice to Apple, served on December 14,
4  2011.  Samsung Electronics Co., Ltd. ("Samsung") has opposed the motion.
5  Having considered the arguments of the parties and the papers submitted, and GOOD
6  CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion for a protective
7  order.  IT IS ORDERED that Apple hereby is relieved of any obligation to produce witnesses or
8  otherwise comply with Samsung's First 30(b)(6) Deposition Notice to Apple.
9  **IT IS SO ORDERED.**
10  Dated:                                By: _____
                                                     Honorable Paul S. Grewal, U.S.M.J.