| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF MIA MAZZA IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING DISCLOSURE AND USE OF DISCOVERY MATERIALS** |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion for Entry of Protective Order Regarding Disclosure and Use of Discovery Materials.

2. The parties have been operating under the Northern District's interim protective order ("Interim Protective Order"), and thus far the only expert-related objection that the parties have not been able to resolve has been with respect to Samsung expert Itay Sherman. As detailed further in the Declaration Of Esther Kim In Support Of Apple's Opposition To Samsung's Motion To Permit Samsung's Expert Itay Sherman To Review Design Materials Designated Under The Protective Order (Dkt. 502-9), Mr. Sherman (1) is the owner and CEO of DoubleTouch, Ltd., a company that is developing touch screen technology; (2) is a named inventor on pending patent applications claiming multi-touch technology; and (3) has ongoing consulting relationships with companies that design technologies and products that have been, or may be, offered to handset manufacturers that are Apple's competitors.

3. Apple and Samsung have produced hundreds of thousands of pages of materials in this case designated under the Interim Protective Order as "Confidential—Attorneys Eyes Only," containing highly sensitive information that, if disclosed to a competitor, would result in harm to Apple. These sensitive materials include business plans, sales and financial information, and information regarding Apple's product features and designs. Guarding the confidentiality of these materials is a top priority for Apple. Indeed, Apple protects its computer aided design files ("CAD") for example, with security measures that are as high as or even higher than those that it uses to guard its source code.

4. Because of Mr. Sherman's substantial involvement with Apple's competitors, Apple objected to granting Mr. Sherman access to these sensitive materials. After briefing by the parties regarding this dispute, this Court issued an Order (Dkt. 535) on December 22, 2011, that

1  precluded Mr. Sherman from viewing many of the materials Apple had designated as
2  "Confidential—Outside Counsel's Eyes Only" under the Interim Protective Order.
3        5.    Attached hereto as Exhibit A is a true and correct copy of correspondence sent by
4  counsel for Samsung to counsel for Apple on January 8, 2012.
5        I declare under penalty of perjury of the laws of the United States that the foregoing is true
6  and correct.  Executed on this 10th day of January, 2012 at San Francisco, California.

                                         */s/ Mia Mazza*
                                         Mia Mazza

MAZZA DECLARATION ISO APPLE'S MOTION FOR ENTRY OF PROTECTIVE ORDER                    2
11-CV-01846-LHK (PSG)
sf- 3092714

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 10, 2012
/s/ Michael A. Jacobs
Michael A. Jacobs