| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF SAMUEL J. MASELLI IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING DISCLOSURE AND USE OF DISCOVERY MATERIALS** |

1   I, Samuel J. Maselli, declare as follows:

2   1. I am Counsel at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), and represent Apple Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below, and if called upon as a witness, I would and could competently testify thereto.

3   2. The negotiations between Apple and Samsung regarding a stipulated protective order lasted for well over three months. On multiple occasions during the parties' weekly meet and confer calls, Apple asked Samsung to discuss the finalization of a stipulated protective order, but Samsung was repeatedly unprepared to do so. In light of the parties' production of millions of pages of confidential documents in proceedings before the U.S. International Trade Commission designated as "Confidential Business Information," Apple proposed a single-tier Protective Order Regarding Disclosure and Use of Discovery Materials ("Protective Order") that, among other things, creates one confidentiality designation—"Confidential—Attorneys' Eyes Only." Apple's proposed Protective Order also provided, among other things, a separate confidentiality designation for highly confidential and proprietary source code produced in this action, as well as specific provisions for the use and treatment of such data. A true and correct copy of Apple's proposed Protective Order is attached hereto as Exhibit A.

3. On or around December 20, 2011, I spoke with Samsung's counsel Diane Hutnyan of Quinn Emanuel by telephone. During my call with Ms. Hutnyan, we were able to resolve the remaining issues related to the proposed Protective Order and to reach agreement on the form of that proposed order. Thereafter, on December 22 and 23, 2011, I transmitted to Ms. Hutnyan and Samsung's other counsel of record a copy of the agreed-upon protective order, along with a brief cover letter for the purposes of the submission. A true and correct copy of that e-mail correspondence to Ms. Hutnyan and the accompanying attachments are attached hereto as Exhibits B and C.

4. On December 27, 2011, Ms. Hutnyan responded by e-mail indicating that "recent events" had caused Samsung to reconsider its options with respect to the Protective Order. The e-mail stated that Samsung desired a protective order that included a "Confidential" designation in addition to the agreed-upon "Confidential—Attorneys' Eyes Only" designation. Ms. Hutnyan's

1  e-mail attached a revised Protective Order that included such a "Confidential" designation. A
2  true and correct copy of Ms. Hutnyan's December 27, 2011 e-mail and accompanying attachment
3  are attached hereto as Exhibit D.

5  I declare under penalty of perjury of the laws of the United States that the foregoing is true
6  and correct. Executed on this 10th day of January, 2012 at Palo Alto, California.

8                                */s/ Samuel J. Maselli*
                                Samuel J. Maselli

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Samuel J. Maselli has concurred in this filing.

Dated: January 10, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs