HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1. In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves for an order to seal the following documents:

   1. Confidential portions of Apple's Motion to Compel Discovery Relating to Its Affirmative Defenses and Counterclaims, filed herewith.
   2. Exhibits C-T and V to the Declaration of Samuel J. Maselli in Support of Apple's Motion to Compel Discovery Relating to Its Affirmative Defenses and Counterclaims, filed herewith.

The above items contain information that Samsung has designated as confidential under the interim protective order. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration, and accompanying Proposed Order, attempting to establish good cause to permit the sealing of these materials.

Pursuant to the Court's standing order regarding motions to file under seal, effective December 1, 2011, attached are the proposed public redacted versions of the documents that Apple is seeking to file under seal.

Pursuant to General Order No. 62, Apple's entire filing will be lodged with the Court for *in camera* review and served on all parties.

| | |
|---|---|
| Dated:  January 10, 2012 | /s/ Mark. D Selwyn<br>Mark D. Selwyn (SBN 244180)<br>(mark.selwyn@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100<br><br>William F. Lee (admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Harold J. McElhinny (SBN 66781)<br>(HMcElhinny@mofo.com)<br>Michael A. Jacobs (SBN 111664)<br>(MJacobs@mofo.com)<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: ( 415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 10, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn