# Exhibit B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)** |

## OBJECTIONS COMMON TO ALL REQUESTS FOR PRODUCTION

The following objections apply to each document request in Apple Inc.'s ("Apple's") Third Set of Requests for Production of Documents and Things, whether or not stated separately in response to each particular document request.

1.      Samsung objects to each document request to the extent that it requests documents and information protected from disclosure by the attorney-client privilege, attorney work product doctrine, community of interest doctrine, joint defense privilege, and/or any other applicable privilege.  Any such documents and information will not be provided, and an inadvertent production of any document or information that Samsung believes is immune from discovery pursuant to any applicable privilege shall not be deemed a waiver.  Samsung may give written notice to Apple that the document or information inadvertently produced is privileged or otherwise protected, and upon receipt of such written notice, Apple shall immediately comply with Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable provisions of any Protective Order entered in this action, including the Model Interim Protective Order.

2.      Samsung objects to each document request to the extent that it is vague, ambiguous, overly broad, oppressive, unduly burdensome, harassing, compound, fails to identify the documents and things sought with reasonable particularity, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Where a term is vague and ambiguous, Samsung will respond based on its understanding of the term.

3.      Samsung objects to each document request to the extent that it is not reasonably limited in time or geographic scope, and to the extent it pertains to products that are not at issue in this litigation.

4.      Samsung objects to each document request to the extent that it seeks documents that are not within its possession, custody or control.  In making objections and/or responding to any and all requests, Samsung does not indicate that responsive documents exist within the ownership, possession, custody or control of Samsung.

5.      Samsung objects to the definition of  "Samsung," "You," "Your," and "Defendants" as overly broad, unduly burdensome, vague, and as calling for documents or

information not in Samsung's possession, custody, or control to the extent that it defines Samsung to include "all predecessors, successors, predecessors-in-interest, successors-in-interest, subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a controlling interest in Defendants, and any current or former employee, officer, director, principal, agent, consultant, representative, or attorney thereof, or anyone acting on their behalf."

6.      Samsung objects to the definition of "Apple" as overly broad.

7.      Samsung objects to the definition of "Qualcomm" as overly broad.

8.      Samsung objects to the definition of "Intel" as overly broad.

9.      Samsung objects to the definition of "Defined Wireless Standards" as overly broad and overly burdensome to the extent it asks Samsung to provide information relating to standards and/or wireless standards to which the Samsung Patents-in-Suit have not been declared as Essential or relating to standards and/or wireless standards upon which Samsung does not rely in its infringement contentions.

10.     Samsung objects to the use of the defined terms "IPR Essential to any Defined Wireless Standards" as overly broad and overly burdensome, to the extent it asks Samsung to provide information not relating to the Samsung Patents-in-Suit or not relating to the Defined Wireless Standards to which the Samsung Patents-in-Suit have been declared or are deemed Essential.

11.     Samsung objects to the definition of "Samsung's Alleged Essential Technology" as overly broad, and to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work product doctrine, community of interest doctrine, joint defense privilege, and/or any other applicable privilege.

12.     Samsung objects to the definition of "Third Party" or "Third Parties" as overly broad.

13.     Samsung objects to the definition of "Relating" as overly broad.

14.     Samsung objects to Instruction Nos. 1 and 3 to the extent they ask for documents to be produced "without abbreviation or redaction" or "in full."  Where applicable, Samsung will redact from certain documents non-responsive, irrelevant or privileged information.

15.     Samsung objects to Instruction No. 2 to the extent it asks Samsung to log any privileged document dated after April 15, 2011.

16.     Samsung further objects to each document request to the extent it seeks highly confidential documents containing Samsung's sensitive proprietary business information, the disclosure of which could cause Samsung substantial competitive harm.  Any such documents will be appropriately designated under the applicable protective order and/or redacted to exclude non-responsive, irrelevant or privileged information.

17.     Samsung objects to each document request to the extent it seeks documents more readily available to Apple than to Samsung, or equally available to Apple as to Samsung, including documents and things that are publicly available.

18.     Samsung objects to each document request to the extent that it seeks the confidential, proprietary and/or trade secret information of third parties, and to the extent it seeks information subject to non-disclosure or other confidentiality agreements between Samsung and a third party.

19.     Samsung objects to each document request to the extent that it seeks documents protected from disclosure by the constitutional and/or statutory privacy rights of third persons.

20.     Samsung objects to each document request that alleges or implies Samsung engaged in copying or other illegal activity as inappropriate harassment.

21.     Samsung objects to each document request to the extent that it seeks documents and things before Samsung is required to disclose such documents and things in accordance with any applicable law, such as the Northern District of California Patent Local Rules.

22.     Samsung objects to each document request to the extent that it seeks a legal conclusion.

23.     Samsung objects to each document request to the extent that it seeks to impose any requirement or discovery obligation greater or different than those imposed by the Federal Rules of Civil Procedure.

24.     Samsung's investigation and analysis of the facts and law pertaining to this lawsuit is ongoing.  Thus, Samsung's responses are made without prejudice to its right to subsequently add, modify or otherwise change, correct, or amend these responses.

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 53:**

All non-identical complete certified copies of prosecution histories of each of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 54:**

All foreign counterparts to the Samsung Patents-in-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to

1  Samsung.  Samsung further objects to the Request to the extent the requested documents are

2  publicly available.

3       Subject to these objections, Samsung will produce relevant, non-privileged documents

4  within its possession, custody, or control, if any, after conducting a reasonable search in

5  accordance with the Patent Local Rules.

6  **REQUEST FOR PRODUCTION NO. 55:**

7       The file history for each foreign counterpart to the Samsung Patents-in-Suit.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

9       In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung further objects to the Request to the extent it

11  seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

12  objects to the Request to the extent the requested documents are publicly available.

13       Subject to these objections, Samsung will produce relevant, non-privileged documents

14  within its possession, custody, or control, if any, after conducting a reasonable search in

15  accordance with the Patent Local Rules.

16  **REQUEST FOR PRODUCTION NO. 56:**

17       All patents or patent applications to which the Samsung Patents-in-Suit claim priority.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

19       In addition to its Objections and Responses Common to All Requests for Production,

20  which it hereby incorporates by reference, Samsung further objects to the Request as overbroad in

21  that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further

22  objects to the Request to the extent it seeks documents equally or more readily available to Apple

23  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

24  are publicly available.  Samsung further objects to the Request to the extent it calls for a legal

25  conclusion.

26       Subject to these objections, Samsung will produce relevant, non-privileged documents

27  within its possession, custody, or control, if any, after conducting a reasonable search in

28  accordance with the Patent Local Rules.

1  **REQUEST FOR PRODUCTION NO. 57:**

2      All file histories of all patents or patent applications to which the Samsung Patents-in-Suit

3  claim priority.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

5      In addition to its Objections and Responses Common to All Requests for Production,

6  which it hereby incorporates by reference, Samsung further objects to the Request as overbroad in

7  that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further

8  objects to the Request to the extent it seeks documents that are not relevant to the claims or

9  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

10  evidence.  Samsung further objects to the Request to the extent it seeks documents equally or more

11  readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent

12  the requested documents are publicly available.  Samsung further objects to the Request to the

13  extent it calls for a legal conclusion.

14      Subject to these objections, Samsung will produce relevant, non-privileged documents

15  within its possession, custody, or control, if any, after conducting a reasonable search in

16  accordance with the Patent Local Rules.

17  **REQUEST FOR PRODUCTION NO. 58:**

18      All reference and prior art cited during the prosecution of all patents or patent applications

19  to which the Samsung Patents-in-Suit claim priority.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

21      In addition to its Objections and Responses Common to All Requests for Production,

22  which it hereby incorporates by reference, Samsung further objects to the Request to the extent it

23  seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

24  objects to the Request to the extent the requested documents are publicly available.

25      Subject to these objections, Samsung will produce relevant, non-privileged documents

26  within its possession, custody, or control, if any, after conducting a reasonable search in

27  accordance with the Patent Local Rules.

28

1   **REQUEST FOR PRODUCTION NO. 59:**

2        All licenses to the Samsung Patents-in-Suit or any foreign counterparts thereto, including

3   without limitation any such licenses held by Qualcomm or Intel.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

5        In addition to its Objections and Responses Common to All Requests for Production,

6   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

10  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

11  Request to the extent it seeks documents containing confidential third party information, including

12  information subject to a non-disclosure or other agreement between Samsung and a third party.

13  Samsung further objects to the Request to the extent it seeks documents subject to a protective

14  order.

15       Subject to these objections, Samsung will produce relevant, non-privileged documents

16  within its possession, custody, or control, if any, after conducting a reasonable search in

17  accordance with the Patent Local Rules.

18  **REQUEST FOR PRODUCTION NO. 60:**

19       All documents sufficient to identify and describe Samsung's past and present procedures

20  and policies relating to document retention or document destruction, including without limitation

21  documents constituting any Samsung policies, formal or informal, relating to document retention

22  or document destruction.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

24       In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

1    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

2    Request to the extent it seeks documents that are not relevant to the claims or defenses of any

3    party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung

4    further objects to the Request as duplicative of Apple's Request For Production No. 50.

5       Subject to these objections, Samsung will produce relevant, non-privileged documents

6    within its possession, custody, or control, if any, after conducting a reasonable search in

7    accordance with the Patent Local Rules.

8    **REQUEST FOR PRODUCTION NO. 61:**

9       All documents considered or relied upon in the preparation of any document filed by

10   Samsung in this Litigation, including without limitation Samsung's Answer.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

12       In addition to its Objections and Responses Common to All Requests for Production,

13   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

18   as vague and ambiguous.  For example, the term "considered or relied upon" is vague and

19   ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably

20   limited as to the scope of documents and things it seeks.  Samsung further objects to the Request

21   to the extent it seeks documents that are not within the possession, custody, or control of Samsung.

22   Samsung further objects to the Request to the extent it seeks documents equally or more readily

23   available to Apple than to Samsung. Samsung further objects to the Request to the extent the

24   requested documents are publicly available.

25       Subject to these objections, Samsung is willing to meet and confer with Apple about the

26   relevance and scope of the information sought by this request.

27

28

**REQUEST FOR PRODUCTION NO. 62:**

All documents that Samsung intends to rely upon to support any claim made in this Litigation, including without limitation the claims, allegations, and statements made in Samsung's Answer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation.  Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.  Samsung further objects to the Request as premature to the extent it seeks documents and things pertaining to the future course of this litigation.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 63:**

All organizational charts and other documents sufficient to show the reporting relationships of the Samsung Named Inventors.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung further objects the Request as vague and ambiguous.  For example, the term "reporting relationships" is vague and ambiguous.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.

1   Subject to these objections, Samsung is willing to meet and confer with Apple about the

2   relevance and scope of the information sought by this request.

3   **REQUEST FOR PRODUCTION NO. 64:**

4   All documents relating to the conception of the subject matter of each claim of the

5   Samsung Patents-In-Suit, including without limitation any engineering notebooks, laboratory

6   notebooks, memoranda, design reviews, progress reports, technical reports, drawings, schematics,

7   specifications, diagrams, data sheets, electronically stored information, diaries, calendars, test

8   results, invention disclosures, patent prosecution records, or any other documents that Samsung

9   contends corroborate the conception of any claim of any of the Samsung Patents-in-Suit.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

11   In addition to its Objections and Responses Common to All Requests for Production,

12   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17   Request to the extent it seeks documents that are not within the possession, custody, or control of

18   Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

19   more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

20   extent the requested documents are publicly available.  Samsung further objects to the Request as

21   premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

22   the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

23   the extent it calls for a legal conclusion.

24   Subject to these objections, Samsung will produce relevant, non-privileged documents

25   within its possession, custody, or control, if any, after conducting a reasonable search in

26   accordance with the Patent Local Rules.

27

28

1  **REQUEST FOR PRODUCTION NO. 65:**

2        All documents relating to any purported reduction to practice of the subject matter of each

3  claim of the Samsung Patents-In-Suit, including without limitation any engineering notebooks,

4  laboratory notebooks, memoranda, design reviews, progress reports, technical reports, drawings,

5  schematics, specifications, diagrams, data sheets, electronically stored information, diaries,

6  calendars, test results, invention disclosures, patent prosecution records, or any other documents

7  that Samsung contends corroborate the reduction to practice of any claim of any of the Samsung

8  Patents-in-Suit.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

10        In addition to its Objections and Responses Common to All Requests for Production,

11  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

15  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

16  Request to the extent it seeks documents that are not within the possession, custody, or control of

17  Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

18  more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

19  extent the requested documents are publicly available.  Samsung further objects to the Request as

20  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

21  the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

22  the extent it calls for a legal conclusion.

23        Subject to these objections, Samsung will produce relevant, non-privileged documents

24  within its possession, custody, or control, if any, after conducting a reasonable search in

25  accordance with the Patent Local Rules.

26  **REQUEST FOR PRODUCTION NO. 66:**

27        All documents relating to any purported act of diligence leading to the reduction to practice

28  of the subject matter of each claim of the Samsung Patents-In-Suit, including without limitation

1   any engineering notebooks, laboratory notebooks, memoranda, design reviews, progress reports,

2   technical reports, drawings, data sheets, schematics, specifications, diagrams, electronically stored

3   information, diaries, calendars, test results, invention disclosures, patent prosecution records, or

4   any other documents that Samsung contends corroborate any act of diligence leading to the

5   reduction to practice of any claim of any of the Samsung Patents-in-Suit.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

7         In addition to its Objections and Responses Common to All Requests for Production,

8   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

9   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

10  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

11  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

12  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

13  Request to the extent it seeks documents that are not within the possession, custody, or control of

14  Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

15  more readily available to Apple than to Samsung.   Samsung further objects to the Request to the

16  extent the requested documents are publicly available.  Samsung further objects to the Request as

17  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

18  the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

19  the extent it calls for a legal conclusion.

20        Subject to these objections, Samsung will produce relevant, non-privileged documents

21  within its possession, custody, or control, if any, after conducting a reasonable search in

22  accordance with the Patent Local Rules.

23  **REQUEST FOR PRODUCTION NO. 67:**

24        All documents relating to the research, design, development, manufacture, assembly,

25  testing, or operation of any Product that allegedly embodies, falls within the scope of, is, or the use

26  of which is or will be, covered by any claim of the Samsung Patents-In-Suit, including without

27  limitation any engineering notebooks, laboratory notebooks, memoranda, design reviews, progress

28

1   reports, technical reports, drawings, schematics, specifications, diagrams, electronically stored

2   information, diaries, calendars, or test results.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

4        In addition to its Objections and Responses Common to All Requests for Production,

5   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

10   as vague and ambiguous.  For example, the term "research, design, development, manufacture,

11   assembly, testing, or operation" is vague and ambiguous.  Samsung further objects to the Request

12   as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks.

13   Samsung further objects to the Request to the extent it seeks documents that are not within the

14   possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

15   it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

16   objects to the Request to the extent the requested documents are publicly available.  Samsung

17   further objects to the Request as premature to the extent it seeks documents and things inconsistent

18   with the timeframes set forth in the Northern District of California Patent Local Rules.

19        Subject to these objections, Samsung is willing to meet and confer with Apple about the

20   relevance and scope of the information sought by this request.

21   **REQUEST FOR PRODUCTION NO. 68:**

22        For each of the Samsung Patents-In-Suit, documents sufficient to identify all persons

23   involved in Samsung's development of the subject matter of such patent at any time prior to the

24   filing of the application(s) that resulted in such patent.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

26        In addition to its Objections and Responses Common to All Requests for Production,

27   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

1   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

4   as vague and ambiguous.  For example, the term "development of the subject matter" is vague and

5   ambiguous.  Samsung further objects to the Request as overbroad in that it is not limited to any

6   reasonable time period and seeks documents and things from time periods not at issue in this

7   litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

8   within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

9   the extent it seeks documents equally or more readily available to Apple than to Samsung.

10  Samsung further objects to the Request to the extent the requested documents are publicly

11  available.  Samsung further objects to the Request as premature to the extent it seeks documents

12  and things inconsistent with the timeframes set forth in the Northern District of California Patent

13  Local Rules.

14       Subject to these objections, Samsung will produce relevant, non-privileged documents

15  within its possession, custody, or control, if any, after conducting a reasonable search in

16  accordance with the Patent Local Rules.

17  **REQUEST FOR PRODUCTION NO. 69:**

18       All engineering notebooks, laboratory notebooks, records, logs, files, and electronically

19  stored information generated at or by the direction of any of the Samsung Named Inventors, and

20  all engineering notebooks, laboratory notebooks, records, logs, files, and electronically stored

21  information in which any of the Samsung Named Inventors made any entries that pertain in any

22  way to any of the Samsung Patents-In-Suit or the subject matter disclosed or claimed therein.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

24       In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

burdensome, and/or would require undue expense to answer.  Samsung further objects the Request as vague and ambiguous.  For example, the terms "generated at or by the direction of" and "subject matter" is vague and ambiguous.  Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation.  Samsung further objects to the Request as duplicative of Apple's Request For Production Nos. 64, 65, 66.  Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.   Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 70:**

All documents relating to the inventorship of any claim of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the Request as vague and ambiguous.  For example, the term "inventorship" is vague and ambiguous.  Samsung further objects to the Request as duplicative of Apple's Request For Production Nos. 64, 65, 66, and 69.  Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.  Samsung further objects to the Request

to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 71:**

All documents relating to the identification or determination of the inventors for each of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects the Request as vague and ambiguous. For example, the terms "identification" or "determination" are vague and ambiguous.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.   Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

1 **REQUEST FOR PRODUCTION NO. 72:**

2     All documents relating to the contribution of each of the Samsung Named Inventors to the

3 Samsung Patents-In-Suit.

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

5     In addition to its Objections and Responses Common to All Requests for Production,

6 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

7 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

8 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

9 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

10 burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

11 as vague and ambiguous.  For example, the term "contribution" is vague and ambiguous.

12 Samsung further objects to the Request as duplicative of Apple's Request For Production Nos. 64,

13 65, 66, 69, 70, and 71.  Samsung further objects to the Request to the extent it seeks documents

14 that are not within the possession, custody, or control of Samsung.  Samsung further objects to the

15 Request to the extent it seeks documents equally or more readily available to Apple than to

16 Samsung.   Samsung further objects to the Request to the extent the requested documents are

17 publicly available.  Samsung further objects to the Request to the extent it calls for a legal

18 conclusion.

19     Subject to these objections, Samsung will produce relevant, non-privileged documents

20 within its possession, custody, or control, if any, after conducting a reasonable search in

21 accordance with the Patent Local Rules.

22 **REQUEST FOR PRODUCTION NO. 73:**

23     All documents sent to or from any of the Samsung Named Inventors relating to the

24 Samsung Patents-In-Suit, the prosecution of the Samsung Patents-In-Suit, and/or the subject

25 matter of any claim of the Samsung Patents-In-Suit.

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

27     In addition to its Objections and Responses Common to All Requests for Production,

28 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

1  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

5  Request as duplicative of Apple's Request For Production Nos. 64, 65, 66, 69, 70, 71, and 72.

6  Samsung further objects to the Request to the extent it seeks documents that are not within the

7  possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

8  it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

9  objects to the Request to the extent the requested documents are publicly available.  Samsung

10 further objects to the Request as premature to the extent it seeks documents and things inconsistent

11 with the timeframes set forth in the Northern District of California Patent Local Rules.

12      Subject to these objections, Samsung is willing to meet and confer with Apple about the

13 relevance and scope of the information sought by this request.

14 **REQUEST FOR PRODUCTION NO. 74:**

15      All documents relating to any affidavit or declaration ever signed, served, or filed in any

16 proceeding by any Named Inventors or prosecutors of the Samsung Patents-In-Suit at any time,

17 where any part of the affidavit or declaration relates to the Samsung Patents-In-Suit.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

19      In addition to its Objections and Responses Common to All Requests for Production,

20 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

21 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

22 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

23 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

24 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

25 Request to the extent it seeks documents that are not within the possession, custody, or control of

26 Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

27 more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

28

extent the requested documents are publicly available.  Samsung further objects to the Request to the extent it seeks documents subject to a protective order or under seal.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 75:**

All documents relating to the retention and/or participation of any Named Inventor as a consultant, expert, or witness in any proceeding concerning the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request to the extent it seeks documents subject to a protective order or under seal.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 76:**

All documents constituting or relating to any Samsung guidelines, policies, protocols, or practices for inventor or employee innovation or invention compensation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

Case No. 11-cv-01846-LHK

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

4  Request as overbroad in that it seeks documents and things that pertain to products not at issue in

5  this litigation.  Samsung further objects to the Request as overbroad in that it is not limited to any

6  reasonable time period and seeks documents and things from time periods not at issue in this

7  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

8  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

9  discovery of admissible evidence.

10       Subject to these objections, Samsung is willing to meet and confer with Apple about the

11  relevance and scope of the information sought by this request.

12  **REQUEST FOR PRODUCTION NO. 77:**

13       All documents relating to any payment or other form of compensation or remuneration

14  made by Samsung or anyone acting on its behalf to any Named Inventor in connection with each

15  of the Samsung Patents-in-Suit, including without limitation documents sufficient to identify the

16  form of such payment, the amount of such payment, the date such payment was made, the identity

17  of each person with knowledge of such payment, and the reason for such payment.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

19       In addition to its Objections and Responses Common to All Requests for Production,

20  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

21  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

22  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

23  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

24  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

25  as vague and ambiguous.  For example, the term "in connection with" is vague and ambiguous.

26  Samsung further objects to the Request as overbroad in that it is not reasonably limited as to the

27  scope of documents and things it seeks.  Samsung further objects to the Request to the extent it

28

1  seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably

2  calculated to lead to the discovery of admissible evidence.

3       Subject to these objections, Samsung is willing to meet and confer with Apple about the

4  relevance and scope of the information sought by this request.

5  **REQUEST FOR PRODUCTION NO. 78:**

6       All documents relating to any payment or other form of compensation or remuneration

7  made by Samsung or anyone acting on its behalf to any Named Inventor in connection with his or

8  her involvement in this Litigation, including without limitation documents sufficient to identify

9  the form of such payment, the amount of such payment, the date such payment was made, the

10 identity of each person with knowledge of such payment, and the reason for such payment.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

12      In addition to its Objections and Responses Common to All Requests for Production,

13 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

18 Request to the extent it seeks documents that are not relevant to the claims or defenses of any

19 party and/or not reasonably calculated to lead to the discovery of admissible evidence.   Samsung

20 further objects to the Request as duplicative of Apple's Request For Production No. 77.

21      Subject to these objections, Samsung is willing to meet and confer with Apple about the

22 relevance and scope of the information sought by this request.

23 **REQUEST FOR PRODUCTION NO. 79:**

24      All documents, whether published or not, constituting or relating to writings, publications,

25 abstracts, papers, presentations, memoranda, reports, or speeches authored or given by or for

26 Samsung or any of the Named Inventors relating to the subject matter disclosed or claimed in any

27 of the Samsung Patents-In-Suit, including without limitation such documents provided to SSOs.

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the Request as vague and ambiguous.  For example, the term "subject matter" is vague and ambiguous. Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 80:**

All documents, whether published or not, constituting or relating to publications, abstracts, papers, presentations, or speeches authored relating to the subject matter disclosed or claimed in any of the Samsung Patents-In-Suit, including without limitation such documents provided to SSOs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

1   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

2   as vague and ambiguous.  For example, the term "subject matter" is vague and ambiguous.

3   Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time

4   period and seeks documents and things from time periods not at issue in this litigation.  Samsung

5   further objects to the Request to the extent the requested documents are publicly available.

6   Samsung further objects to the Request as premature to the extent it seeks documents and things

7   inconsistent with the timeframes set forth in the Northern District of California Patent Local

8   Rules.

9         Subject to these objections, Samsung is willing to meet and confer with Apple about the

10  relevance and scope of the information sought by this request.

11  **REQUEST FOR PRODUCTION NO. 81:**

12        All engineering notebooks, laboratory notebooks, records, logs, and files relating to the

13  subject matter of any claim of the Samsung Patents-In-Suit.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

15        In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

21  as vague and ambiguous.  For example, the term "subject matter" is vague and ambiguous.

22  Samsung further objects to the Request as overbroad in that it is not reasonably limited as to the

23  scope of documents and things it seeks.  Samsung further objects to the Request as duplicative of

24  Apple's Request For Production Nos. 64, 65, 66, 66, 69, 73, and 79.  Samsung further objects to

25  the Request as premature to the extent it seeks documents and things inconsistent with the

26  timeframes set forth in the Northern District of California Patent Local Rules.

27        Subject to these objections, Samsung is willing to meet and confer with Apple about the

28  relevance and scope of the information sought by this request.

1  **REQUEST FOR PRODUCTION NO. 82:**

2       All documents relating to technical or scientific writings, whether published or not, that

3  were authored by, contributed to, or given in whole or in part by Samsung or any of the Samsung

4  Named Inventors relating to the subject matter of any of the Samsung Patents-In-Suit, including,

5  without limitation, patents, patent applications, articles, abstracts, publications, manuscripts,

6  papers, posters, presentations, speeches, technical disclosures, or Samsung internal technical

7  publications.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

9       In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

15  as vague and ambiguous.  For example, the term "subject matter" is vague and ambiguous.

16  Samsung further objects to the Request to the extent it seeks documents equally or more readily

17  available to Apple than to Samsung.  Samsung further objects to the Request to the extent the

18  requested documents are publicly available.

19       Subject to these objections, Samsung is willing to meet and confer with Apple about the

20  relevance and scope of the information sought by this request.

21  **REQUEST FOR PRODUCTION NO. 83:**

22       All documents relating to Samsung's decision to seek patent protection for the subject

23  matter of any claim of any Samsung Patent-In-Suit.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

25       In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

2  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

3  Request to the extent it seeks documents that are not relevant to the claims or defenses of any

4  party and/or not reasonably calculated to lead to the discovery of admissible evidence.

5       Subject to these objections, Samsung is willing to meet and confer with Apple about the

6  relevance and scope of the information sought by this request.

7  **REQUEST FOR PRODUCTION NO. 84:**

8       All documents relating to the preparation, filing, and/or prosecution of each of the

9  Samsung Patents-In-Suit.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

11      In addition to its Objections and Responses Common to All Requests for Production,

12 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17 Request to the extent it seeks documents equally or more readily available to Apple than to

18 Samsung.  Samsung further objects to the Request to the extent the requested documents are

19 publicly available.

20      Subject to these objections, Samsung will produce relevant, non-privileged documents

21 within its possession, custody, or control, if any, after conducting a reasonable search in

22 accordance with the Patent Local Rules.

23 **REQUEST FOR PRODUCTION NO. 85:**

24      All references and prior art cited during the prosecution of each of the Samsung Patents-In-

25 Suit.

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

27      In addition to its Objections and Responses Common to All Requests for Production,

28 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

1  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

5  Request as duplicative of Apple's Request For Production Nos. 53, 56, 57, 58, and 84.  Samsung

6  further objects to the Request to the extent it seeks documents equally or more readily available to

7  Apple than to Samsung. Samsung further objects to the Request to the extent the requested

8  documents are publicly available.

9       Subject to these objections, Samsung is willing to meet and confer with Apple about the

10  relevance and scope of the information sought by this request.

11  **REQUEST FOR PRODUCTION NO. 86:**

12       All references and prior art cited during the prosecution of any foreign counterparts to the

13  Samsung Patents-In-Suit.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

15       In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

21  Request as duplicative of Apple's Request For Production Nos. 53, 54, 55, 56, 57, 58, and 84.

22  Samsung further objects to the Request to the extent it seeks documents equally or more readily

23  available to Apple than to Samsung.  Samsung further objects to the Request to the extent the

24  requested documents are publicly available.

25       Subject to these objections, Samsung is willing to meet and confer with Apple about the

26  relevance and scope of the information sought by this request.

27

28

1  **REQUEST FOR PRODUCTION NO. 87:**

2      All prior art to the Samsung Patents-In-Suit and any foreign counterparts to the Samsung

3  Patents-In-Suit in the possession, custody, or control of Samsung or the Samsung Named

4  Inventors.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

6      In addition to its Objections and Responses Common to All Requests for Production,

7  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

8  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

9  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

10  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

11  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

12  Request as duplicative of Apple's Request For Production Nos. 84, 85, and 86.  Samsung further

13  objects to the Request to the extent it seeks documents equally or more readily available to Apple

14  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

15  are publicly available.  Samsung further objects to the Request as premature to the extent it seeks

16  documents and things inconsistent with the timeframes set forth in the Northern District of

17  California Patent Local Rules.  Samsung further objects to the Request to the extent it calls for a

18  legal conclusion.

19      Subject to these objections, Samsung will produce relevant, non-privileged documents

20  within its possession, custody, or control, if any, after conducting a reasonable search in

21  accordance with the Patent Local Rules.

22  **REQUEST FOR PRODUCTION NO. 88:**

23      All documents relating to any decision as to what reference to cite, or to not cite during the

24  prosecution of each of the Samsung Patents-In-Suit and any foreign counterparts thereto, including

25  without limitation all prior art search results.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

27      In addition to its Objections and Responses Common to All Requests for Production,

28  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

1   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

5   Request as duplicative of Apple's Request For Production No. 84.  Samsung further objects to the

6   Request to the extent it seeks documents equally or more readily available to Apple than to

7   Samsung.

8       Subject to these objections, Samsung will produce relevant, non-privileged documents

9   within its possession, custody, or control, if any, after conducting a reasonable search in

10  accordance with the Patent Local Rules.

11  **REQUEST FOR PRODUCTION NO. 89:**

12      All documents relating to any prior art, or possible prior art, to the subject matter of any

13  claim of the Samsung Patents-In-Suit.  This includes without limitation documents or information

14  relating to patents, publications, prior knowledge, public uses, sales, or offers for sale.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

16      In addition to its Objections and Responses Common to All Requests for Production,

17  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

18  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

19  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

20  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

21  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

22  as vague and ambiguous.  For example, the terms "subject matter of any claim" and "possible

23  prior art" are vague and ambiguous.  Samsung further objects to the Request as overbroad in that it

24  is not reasonably limited as to the scope of documents and things it seeks.  For example, the

25  Request seeks "possible prior art."  Samsung further objects to the Request as duplicative of

26  Apple's Request For Production Nos. 84, 85, 86 and 87.  Samsung further objects to the Request

27  to the extent it seeks documents that are not within the possession, custody, or control of Samsung.

28  Samsung further objects to the Request to the extent it seeks documents equally or more readily

1   available to Apple than to Samsung.   Samsung further objects to the Request to the extent the

2   requested documents are publicly available.  Samsung further objects to the Request as premature

3   to the extent it seeks documents and things inconsistent with the timeframes set forth in the

4   Northern District of California Patent Local Rules.  Samsung further objects to the Request to the

5   extent it calls for a legal conclusion.

6          Subject to these objections, Samsung will produce relevant, non-privileged documents

7   within its possession, custody, or control, if any, after conducting a reasonable search in

8   accordance with the Patent Local Rules.

9   **REQUEST FOR PRODUCTION NO. 90:**

10         All documents relating to any evaluation, analysis, or review of any prior art relating to the

11  Samsung Patents-In-Suit or any foreign counterparts thereto, including without limitation any

12  documents that refer to any prior art relating to the Samsung Patents-In-Suit or any foreign

13  counterparts thereto.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

15         In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

21  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

22  seeks.  Samsung further objects to the Request as duplicative of Apple's Request For Production

23  Nos. 84, 85, 86, 87, and 89.  Samsung further objects to the Request to the extent it seeks

24  documents equally or more readily available to Apple than to Samsung.  Samsung further objects

25  to the Request to the extent the requested documents are publicly available.  Samsung further

26  objects to the Request as premature to the extent it seeks documents and things inconsistent with

27  the timeframes set forth in the Northern District of California Patent Local Rules.  Samsung

28  further objects to the Request to the extent it calls for a legal conclusion.

1    Subject to these objections, Samsung is willing to meet and confer with Apple about the

2  relevance and scope of the information sought by this request.

3  **REQUEST FOR PRODUCTION NO. 91:**

4    All documents relating to any search for or investigation of any prior art or other

5  information, regarding the patentability, validity, enforceability, or scope of the subject matter of

6  any claim of each of the Samsung Patents-In-Suit and any foreign counterpart thereto.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 91:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

14  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

15  seeks.  Samsung further objects to the Request as duplicative of Apple's Request For Production

16  Nos. 84, 85, 86, 87, and 89.  Samsung further objects to the Request to the extent it seeks

17  documents equally or more readily available to Apple than to Samsung.  Samsung further objects

18  to the Request to the extent the requested documents are publicly available.  Samsung further

19  objects to the Request as premature to the extent it seeks documents and things inconsistent with

20  the timeframes set forth in the Northern District of California Patent Local Rules.  Samsung

21  further objects to the Request to the extent it calls for a legal conclusion.

22    Subject to these objections, Samsung is willing to meet and confer with Apple about the

23  relevance and scope of the information sought by this request.

24  **REQUEST FOR PRODUCTION NO. 92:**

25    All documents relating to any communication, meeting, or contact with the U.S. Patent and

26  Trademark Office or any foreign patent office relating to each of the Samsung Patents-In-Suit or

27  any foreign counterparts thereto.

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request as duplicative of Apple's Request For Production No. 84. Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 93:**

All documents relating to any right, title, chain-of-title, lien, ownership, or interest (including without limitation transfer, sale, or assignment of such interest) in or relating to any Samsung Patent-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung. Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent

Local Rules.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.   Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 94:**

All documents that Samsung contends or believes affect, limit, or bear on the interpretation and/or construction of any claims of any of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent the requested documents are publicly available.  Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 95:**

All documents on which Samsung intends to rely in support of any proposed interpretation and/or construction of any claims of any of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 95:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung. Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available. Samsung further objects to the Request as premature to the extent it seeks documents and things inconsistent with the timeframes set forth in the Northern District of California Patent Local Rules. Samsung further objects to the Request to the extent it calls for a legal conclusion.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 96:**

All documents relating to any unique or specialized meaning (i.e., different from its everyday common use) of any word or phrase contained in any claim of any of the Samsung Patents-In-Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of

1    Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

2    more readily available to Apple than to Samsung.   Samsung further objects to the Request to the

3    extent the requested documents are publicly available.  Samsung further objects to the Request as

4    premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

5    the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

6    the extent it calls for a legal conclusion.

7           Subject to these objections, Samsung is willing to meet and confer with Apple about the

8    relevance and scope of the information sought by this request.

9    **REQUEST FOR PRODUCTION NO. 97:**

10          All documents relating to the level of ordinary skill in the art to which the subject matter of

11   any Samsung Patent-In-Suit pertains, including without limitation each document upon which

12   Samsung intends to rely in this Litigation to establish the level of ordinary skill in the art.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

14          In addition to its Objections and Responses Common to All Requests for Production,

15   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

16   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

17   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

18   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

19   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

20   Request to the extent it seeks documents that are not within the possession, custody, or control of

21   Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

22   more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

23   extent the requested documents are publicly available.  Samsung further objects to the Request as

24   premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

25   the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

26   the extent it calls for a legal conclusion.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2    within its possession, custody, or control, if any, after conducting a reasonable search in

3    accordance with the Patent Local Rules.

4    **REQUEST FOR PRODUCTION NO. 98:**

5    All documents relating to the patentability, validity, enforceability, or scope of any claim

6    of the Samsung Patents-In-Suit. This includes without limitation any documents relating to studies

7    or opinions relating to patentability, enforceability, or scope; or, to any assertion by any person

8    that the patent is valid, invalid, enforceable, or unenforceable.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

10    In addition to its Objections and Responses Common to All Requests for Production,

11    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

15    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

16    Request to the extent it seeks documents that are not within the possession, custody, or control of

17    Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

18    more readily available to Apple than to Samsung.   Samsung further objects to the Request to the

19    extent the requested documents are publicly available.  Samsung further objects to the Request as

20    premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

21    the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

22    the extent it calls for a legal conclusion.

23    Subject to these objections, Samsung will produce relevant, non-privileged documents

24    within its possession, custody, or control, if any, after conducting a reasonable search in

25    accordance with the Patent Local Rules.

26    **REQUEST FOR PRODUCTION NO. 99:**

27    All documents relating to any mode of practicing the subject matter of each claim of the

28    Samsung Patents-In-Suit, including without limitation the best mode.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

2          In addition to its Objections and Responses Common to All Requests for Production,

3   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

9   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

10  the possession, custody, or control of Samsung.  Samsung further objects to the Request to the

11  extent it seeks documents equally or more readily available to Apple than to Samsung.   Samsung

12  further objects to the Request to the extent the requested documents are publicly available.

13  Samsung further objects to the Request as premature to the extent it seeks documents and things

14  inconsistent with the timeframes set forth in the Northern District of California Patent Local

15  Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

16          Subject to these objections, Samsung will produce relevant, non-privileged documents

17  within its possession, custody, or control, if any, after conducting a reasonable search in

18  accordance with the Patent Local Rules.

19  **REQUEST FOR PRODUCTION NO. 100:**

20          All documents relating to each mode, feature, aspect, or alternative design, which is not

21  disclosed in the specifications of the Samsung Patents-In-Suit, but which allegedly embodies, falls

22  within the scope of, or is made in accordance with any claim of, the Samsung Patents-In-Suit or

23  any Related Patents.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

25          In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

2   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

3   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

4   seeks.  Samsung further objects to the Request as duplicative of Apple's Request For Production

5   No. 99.  Samsung further objects to the Request to the extent it seeks documents that are not

6   within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

7   the extent it seeks documents equally or more readily available to Apple than to Samsung.

8   Samsung further objects to the Request to the extent the requested documents are publicly

9   available.  Samsung further objects to the Request as premature to the extent it seeks documents

10  and things inconsistent with the timeframes set forth in the Northern District of California Patent

11  Local Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

12       Subject to these objections, Samsung will produce relevant, non-privileged documents

13  within its possession, custody, or control, if any, after conducting a reasonable search in

14  accordance with the Patent Local Rules.

15  **REQUEST FOR PRODUCTION NO. 101:**

16       All documents relating to any written description of any claim of any of the Samsung

17  Patents-In-Suit, including without limitation all invention disclosures or invention reports and

18  other written descriptions authored by any of the Samsung Named Inventors.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

20       In addition to its Objections and Responses Common to All Requests for Production,

21  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

22  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

23  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

24  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

25  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

26  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

27  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

28  the possession, custody, or control of Samsung.  Samsung further objects to the Request to the

1  extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung

2  further objects to the Request to the extent the requested documents are publicly available.

3  Samsung further objects to the Request as premature to the extent it seeks documents and things

4  inconsistent with the timeframes set forth in the Northern District of California Patent Local

5  Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

6        Subject to these objections, Samsung will produce relevant, non-privileged documents

7  within its possession, custody, or control, if any, after conducting a reasonable search in

8  accordance with the Patent Local Rules.

9  **REQUEST FOR PRODUCTION NO. 102:**

10        All documents relating to the first disclosure to a person (whether employed by Samsung

11  or not), other than a Samsung Named Inventor, of the subject matter of any claim of the Samsung

12  Patents-In-Suit.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

14        In addition to its Objections and Responses Common to All Requests for Production,

15  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

16  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

17  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

18  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

19  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

20  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

21  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

22  the possession, custody, or control of Samsung.  Samsung further objects to the Request to the

23  extent it seeks documents equally or more readily available to Apple than to Samsung.   Samsung

24  further objects to the Request to the extent the requested documents are publicly available.

25  Samsung further objects to the Request as premature to the extent it seeks documents and things

26  inconsistent with the timeframes set forth in the Northern District of California Patent Local

27  Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2   within its possession, custody, or control, if any, after conducting a reasonable search in

3   accordance with the Patent Local Rules.

4   **REQUEST FOR PRODUCTION NO. 103:**

5    All documents relating to the first public disclosure, first public use, first public

6   demonstration, first offer for sale, and/or first sale of the subject matter claimed in any claim of a

7   Samsung Patent-In-Suit.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

9    In addition to its Objections and Responses Common to All Requests for Production,

10   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

15   Request to the extent it seeks documents that are not within the possession, custody, or control of

16   Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

17   more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

18   extent the requested documents are publicly available.  Samsung further objects to the Request as

19   premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

20   the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

21   the extent it calls for a legal conclusion.

22    Subject to these objections, Samsung will produce relevant, non-privileged documents

23   within its possession, custody, or control, if any, after conducting a reasonable search in

24   accordance with the Patent Local Rules.

25   **REQUEST FOR PRODUCTION NO. 104:**

26    For each of the Samsung Patents-In-Suit, all documents relating to any disclosure or

27   publication of the subject matter of any claim of such patent sent to, shared with, or disseminated

28   to any person or entity other than Samsung before the filing date of such patent, including without

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1  limitation any pre-filing date sales, offers for sale, public uses, demonstrations, announcements,

2  advertisements, or publications.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

4  In addition to its Objections and Responses Common to All Requests for Production,

5  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

10 Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

11 seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

12 the possession, custody, or control of Samsung.  Samsung further objects to the Request to the

13 extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung

14 further objects to the Request to the extent the requested documents are publicly available.

15 Samsung further objects to the Request as premature to the extent it seeks documents and things

16 inconsistent with the timeframes set forth in the Northern District of California Patent Local

17 Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

18 Subject to these objections, Samsung will produce relevant, non-privileged documents

19 within its possession, custody, or control, if any, after conducting a reasonable search in

20 accordance with the Patent Local Rules.

21 **REQUEST FOR PRODUCTION NO. 105:**

22 Documents sufficient to identify and show in detail each design around, alternative

23 manufacturing process, and/or alternative technology or method that can be used as a commercial

24 alternative to the patented technology of each of the Samsung Patents-In-Suit.

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

26 In addition to its Objections and Responses Common to All Requests for Production,

27 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

4  Request to the extent it seeks documents that are not within the possession, custody, or control of

5  Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

6  more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

7  extent the requested documents are publicly available.  Samsung further objects to the Request as

8  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

9  the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

10  the extent it calls for a legal conclusion.  Samsung further objects to the Request to the extent it

11  calls for a legal conclusion.

12       Subject to these objections, Samsung will produce relevant, non-privileged documents

13  within its possession, custody, or control, if any, after conducting a reasonable search in

14  accordance with the Patent Local Rules.

15  **REQUEST FOR PRODUCTION NO. 106:**

16       All minutes, memoranda, notes, or other documents relating to any discussions or

17  negotiations for licenses to, covenants not to sue to, or rights to practice any Samsung Patent-in-

18  Suit.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

20       In addition to its Objections and Responses Common to All Requests for Production,

21  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

22  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

23  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

24  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

25  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

26  Request to the extent it seeks documents that are not within the possession, custody, or control of

27  Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

28  more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

1   extent the requested documents are publicly available.  Samsung further objects to the Request to

2   the extent it seeks documents containing confidential third party information, including

3   information subject to a non-disclosure or other agreement between Samsung and a third party.

4   Samsung further objects to the Request to the extent it seeks documents subject to a protective

5   order or under seal.

6          Subject to these objections, Samsung is willing to meet and confer with Apple about the

7   relevance and scope of the information sought by this request.

8   **REQUEST FOR PRODUCTION NO. 107:**

9          Documents sufficient to identify all people who have communicated with Apple regarding

10  any Samsung Patent-in-Suit.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

12         In addition to its Objections and Responses Common to All Requests for Production,

13  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

18  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

19  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

20  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

21  discovery of admissible evidence.   Samsung further objects to the Request to the extent it seeks

22  documents that are not within the possession, custody, or control of Samsung.  Samsung further

23  objects to the Request to the extent it seeks documents equally or more readily available to Apple

24  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

25  are publicly available.  Samsung further objects to this request as oppressive and harassing

26  inasmuch as it implies Samsung engaged in copying and other illegal activity.  Samsung further

27  objects to the Request to the extent it seeks documents containing confidential third party

28

1    information, including information subject to a non-disclosure or other agreement between

2    Samsung and a third party.

3         Subject to these objections, Samsung will produce relevant, non-privileged documents

4    within its possession, custody, or control, if any, after conducting a reasonable search in

5    accordance with the Patent Local Rules.

6    **REQUEST FOR PRODUCTION NO. 108:**

7         All documents relating to communications between Samsung and Apple relating to any

8    Patent-in-Suit.  This request includes without limitation any discussion concerning licensing or

9    alleged infringement.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

11        In addition to its Objections and Responses Common to All Requests for Production,

12   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17   Request to the extent it seeks documents that are not within the possession, custody, or control of

18   Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

19   more readily available to Apple than to Samsung.

20        Subject to these objections, Samsung is willing to meet and confer with Apple about the

21   relevance and scope of the information sought by this request.

22   **REQUEST FOR PRODUCTION NO. 109:**

23        All documents relating to any notice given by Samsung to Apple about any Samsung

24   Patent-in-Suit, including without limitation any notice reflecting Samsung's contention that Apple

25   was or is infringing any of the Samsung Patents-In-Suit.  This request includes without limitation

26   any communications between the parties or their representatives on the issue of such notice or on

27   the issue of alleged infringement.

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

2  　　In addition to its Objections and Responses Common to All Requests for Production,

3  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8  Request as duplicative of Apple's Request For Production No. 108.  Samsung further objects to

9  the Request to the extent it seeks documents that are not within the possession, custody, or control

10  of Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

11  more readily available to Apple than to Samsung.

12  　　Subject to these objections, Samsung will produce relevant, non-privileged documents

13  within its possession, custody, or control, if any, after conducting a reasonable search in

14  accordance with the Patent Local Rules.

15  **REQUEST FOR PRODUCTION NO. 110:**

16  　　All documents relating to plans, suggestions, decisions, discussions, or contemplated

17  action regarding the bringing or institution of this or any action for alleged patent infringement

18  against Apple, including without limitation all corporate minutes and all other documents and

19  things concerning meetings of the Board of Directors, Executive Committee, other board

20  committees, stockholders or any other of Samsung's corporate boards, committees, or

21  subcommittees.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

23  　　In addition to its Objections and Responses Common to All Requests for Production,

24  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

28  burdensome, and/or would require undue expense to answer.

1   Subject to these objections, Samsung is willing to meet and confer with Apple about the

2   relevance and scope of the information sought by this request.

3   **REQUEST FOR PRODUCTION NO. 111:**

4   All documents relating to any communication between Samsung and any other person or

5   entity concerning the alleged infringement by Apple of any Samsung Patent-in-Suit.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

7   In addition to its Objections and Responses Common to All Requests for Production,

8   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

9   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

10  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

11  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

12  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

13  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

14  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

15  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

16  discovery of admissible evidence.  Samsung further objects to the Request to the extent it seeks

17  documents that are not within the possession, custody, or control of Samsung.  Samsung further

18  objects to the Request to the extent it seeks documents equally or more readily available to Apple

19  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

20  are publicly available.  Samsung further objects to the Request to the extent it seeks documents

21  containing confidential third party information, including information subject to a non-disclosure

22  or other agreement between Samsung and a third party.

23  Subject to these objections, Samsung is willing to meet and confer with Apple about the

24  relevance and scope of the information sought by this request.

25  **REQUEST FOR PRODUCTION NO. 112:**

26  To the extent not duplicative of previous requests, all documents relating to any alleged

27  infringement or willful infringement of any Samsung Patent-in-Suit by Apple.

28

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

2       In addition to its Objections and Responses Common to All Requests for Production,

3  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8  Request as premature to the extent it seeks documents and things inconsistent with the timeframes

9  set forth in the Northern District of California Patent Local Rules.  Samsung further objects to the

10  Request to the extent it calls for a legal conclusion.

11       Subject to these objections, Samsung will produce relevant, non-privileged documents

12  within its possession, custody, or control, if any, after conducting a reasonable search in

13  accordance with the Patent Local Rules.

14  **REQUEST FOR PRODUCTION NO. 113:**

15       All documents relating to any policy, practice, custom, guideline, or procedure of Samsung

16  with respect to licensing patents or any intellectual property.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

18       In addition to its Objections and Responses Common to All Requests for Production,

19  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

20  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

21  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

22  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

23  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

24  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

25  seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

26  reasonable time period and seeks documents and things from time periods not at issue in this

27  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

28  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

1  discovery of admissible evidence.   Samsung further objects to the Request to the extent it seeks

2  documents containing confidential third party information, including information subject to a non-

3  disclosure or other agreement between Samsung and a third party.

4      Subject to these objections, Samsung is willing to meet and confer with Apple about the

5  relevance and scope of the information sought by this request.

6  **REQUEST FOR PRODUCTION NO. 114:**

7      All documents relating to any valuation of any Samsung Patent-in-Suit.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

9      In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.   Samsung further objects to the Request to the extent it is unduly

14  burdensome, and/or would require undue expense to answer.   Samsung further objects to the

15  Request to the extent it seeks documents that are not within the possession, custody, or control of

16  Samsung.   Samsung further objects to the Request to the extent it seeks documents equally or

17  more readily available to Apple than to Samsung.   Samsung further objects to the Request as

18  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

19  the Northern District of California Patent Local Rules.   Samsung further objects to the Request to

20  the extent it seeks documents containing confidential third party information, including

21  information subject to a non-disclosure or other agreement between Samsung and a third party.

22      Subject to these objections, Samsung will produce relevant, non-privileged documents

23  within its possession, custody, or control, if any, after conducting a reasonable search in

24  accordance with the Patent Local Rules.

25  **REQUEST FOR PRODUCTION NO. 115:**

26      Documents sufficient to show royalties and any other payments paid to Samsung by each

27  licensee or sublicensee, on a quarterly and annual basis, pursuant to any license or sublicense

28

1  granted under any of the Samsung Patents-In-Suit or under a portfolio including any Samsung

2  Patent-In-Suit

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

4        In addition to its Objections and Responses Common to All Requests for Production,

5  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

10  Request as duplicative of Apple's Request For Production No. 121.  Samsung further objects to

11  the Request to the extent it seeks documents containing confidential third party information,

12  including information subject to a non-disclosure or other agreement between Samsung and a third

13  party.

14        Subject to these objections, Samsung will produce relevant, non-privileged documents

15  within its possession, custody, or control, if any, after conducting a reasonable search in

16  accordance with the Patent Local Rules.

17  **REQUEST FOR PRODUCTION NO. 116:**

18        Documents sufficient to identify all persons involved in licensing the Samsung Patents-In-

19  Suit.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

21        In addition to its Objections and Responses Common to All Requests for Production,

22  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

23  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

24  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

25  applicable privilege or immunity.  Samsung objects to the term "involved in" as vague and

26  ambiguous.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or

27  would require undue expense to answer.  Samsung further objects to the Request to the extent it

28

1  seeks documents containing confidential third party information, including information subject to

2  a non-disclosure or other agreement between Samsung and a third party.

3      Subject to these objections, Samsung will produce relevant, non-privileged documents

4  within its possession, custody, or control, if any, after conducting a reasonable search in

5  accordance with the Patent Local Rules.

6  **REQUEST FOR PRODUCTION NO. 117:**

7      All documents provided to Samsung's licensees regarding the use, design, development,

8  testing, manufacture, and operation of any product embodying the invention claimed in any claim

9  of any Samsung Patent-In-Suit, including without limitation instruction product manuals, data

10  sheets, installation manuals, retail kits, diagnostic software, installation software, or specifications.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**

12      In addition to its Objections and Responses Common to All Requests for Production,

13  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

18  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

19  seeks.  Samsung further objects to the term "licensees" as vague, ambiguous and overly broad, and

20  interprets the term to mean "licensees of any Samsung Patent-In-Suit."  Samsung further objects to

21  the Request to the extent it seeks documents that are not within the possession, custody, or control

22  of Samsung.  Samsung further objects to the Request to the extent it seeks documents containing

23  confidential third party information, including information subject to a non-disclosure or other

24  agreement between Samsung and a third party.

25      Subject to these objections, Samsung is willing to meet and confer with Apple about the

26  relevance and scope of the information sought by this request.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

**REQUEST FOR PRODUCTION NO. 118:**

All documents relating to the research, design, development, structure, operation, performance, assembly, manufacture, packaging, use, testing, sampling, importation, sale, or offer for sale of any product or process (a) that is licensed under any Samsung Patent-in-Suit, or (b) that allegedly practices, incorporates, or embodies any claim of any Samsung Patent-in-Suit. This includes without limitation engineering notebooks, lab notebooks, blueprints, design reports, illustrations, diagrams, test specifications, data sheets, flow charts, drawings, specifications, control drawings, sales outline drawings, engineering documents, schematic diagrams, process schematics, design documents, project books, project files, manufacturing documents, procurement documents (including all invoices), requests for proposals, requests for quotations, and correspondence for all versions of any prototype, prototypes, engineering models, or other physical models.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects the Request as vague and ambiguous. For example, the term "process" is vague and ambiguous. Samsung further objects to the Request as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks. Samsung further objects to the Request as overbroad in that it seeks documents and things that pertain to products not at issue in this litigation. Samsung further objects to the Request as overbroad in that it seeks documents and things that bear on occurrences in other countries that are not at issue in this litigation. Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation. Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.

1   Samsung further objects to the Request to the extent it seeks documents equally or more readily

2   available to Apple than to Samsung.  Samsung further objects to the Request to the extent the

3   requested documents are publicly available.  Samsung further objects to the Request as premature

4   to the extent it seeks documents and things inconsistent with the timeframes set forth in the

5   Northern District of California Patent Local Rules.  Samsung further objects to the Request to the

6   extent it calls for a legal conclusion.  Samsung further objects to the Request to the extent it seeks

7   documents containing confidential third party information, including information subject to a non-

8   disclosure or other agreement between Samsung and a third party.

9        Subject to these objections, Samsung is willing to meet and confer with Apple about the

10  relevance and scope of the information sought by this request.

11  **REQUEST FOR PRODUCTION NO. 119:**

12       All documents concerning or comprising licenses of or agreements to license any IPR

13  related to any of the Defined Wireless Standards, including without limitation licenses of such IPR

14  from Samsung to third parties and licenses of such IPR from third parties to Samsung.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

16       In addition to its Objections and Responses Common to All Requests for Production,

17  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

18  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

19  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

20  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

21  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

22  as vague and ambiguous.  For example, the term "IPR" is vague and ambiguous.  Samsung further

23  objects to the Request as overly burdensome for its use of the term "Defined Wireless Standards."

24  Samsung further objects to the Request to the extent it seeks documents that are not within the

25  possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

26  it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

27  objects to the Request to the extent the requested documents are publicly available.  Samsung

28  further objects to the Request to the extent it seeks documents containing confidential third party

1   information, including information subject to a non-disclosure or other agreement between

2   Samsung and a third party.

3       Subject to these objections, Samsung will produce relevant, non-privileged documents

4   within its possession, custody, or control, if any, after conducting a reasonable search in

5   accordance with the Patent Local Rules.

6   **REQUEST FOR PRODUCTION NO. 120:**

7       All documents relating to the negotiation of any license of or agreement to license any

8   technology allegedly Essential to any Defined Wireless Standards, including without limitation,

9   documents reflecting discussions between the parties, licensing presentations, claim charts, and

10  documents identifying the Samsung personnel who negotiated or authorized any such licenses or

11  license agreement.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

13      In addition to its Objections and Responses Common to All Requests for Production,

14  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

15  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

16  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

17  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

18  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

19  as vague and ambiguous.  For example, the term "IPR"  is vague and ambiguous.  Samsung

20  further objects to the Request as overbroad in that it is not limited to any reasonable time period

21  and seeks documents and things from time periods not at issue in this litigation.  Samsung further

22  objects to the Request as overly burdensome for its use of the term "Defined Wireless Standards."

23  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

24  claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

25  admissible evidence.  Samsung further objects to the Request to the extent it seeks documents that

26  are not within the possession, custody, or control of Samsung.  Samsung further objects to the

27  Request to the extent it seeks documents equally or more readily available to Apple than to

28  Samsung.  Samsung further objects to the Request to the extent the requested documents are

1  publicly available.  Samsung further objects to the Request to the extent it seeks documents

2  containing confidential third party information, including information subject to a non-disclosure

3  or other agreement between Samsung and a third party.

4        Subject to these objections, Samsung is willing to meet and confer with Apple about the

5  relevance and scope of the information sought by this request.

6  **REQUEST FOR PRODUCTION NO. 121:**

7        Documents sufficient to show all royalty amounts and royalty payments on any license

8  identified in response to any Apple document request, including but not limited to the royalties

9  Samsung has collected for any of Samsung's Alleged Essential Technology related to any of the

10 Defined Wireless Standards.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

12       In addition to its Objections and Responses Common to All Requests for Production,

13 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

18 Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

19 seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

20 reasonable time period and seeks documents and things from time periods not at issue in this

21 litigation.  Samsung further objects to the Request as overly burdensome for its use of the terms

22 "Samsung's Alleged Essential Technology" and "Defined Wireless Standards."  Samsung further

23 objects to the Request to the extent it seeks documents that are not relevant to the claims or

24 defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

25 evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

26 within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

27 the extent the requested documents are publicly available.  Samsung further objects to the Request

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   to the extent it seeks documents containing confidential third party information, including

2   information subject to a non-disclosure or other agreement between Samsung and a third party.

3        Subject to these objections, Samsung will produce relevant, non-privileged documents

4   within its possession, custody, or control, if any, after conducting a reasonable search in

5   accordance with the Patent Local Rules.

6   **REQUEST FOR PRODUCTION NO. 122:**

7        All documents relating to or constituting any potential or actual agreement-whether formal

8   or informal-among Samsung and any third party or third parties to refrain from disclosing the

9   terms of any license to any patent claimed to be Essential to any Defined Wireless Standards to

10  any non-party to the license agreement.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

12       In addition to its Objections and Responses Common to All Requests for Production,

13  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

18  as vague and ambiguous.  For example, the term "potential or actual agreement" is vague and

19  ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably

20  limited as to the scope of documents and things it seeks.  Samsung further objects to the Request

21  as overly burdensome for its use of the term "Defined Wireless Standards."  Samsung further

22  objects to the Request to the extent it seeks documents that are not relevant to the claims or

23  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

24  evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

25  within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

26  the extent it calls for a legal conclusion.  Samsung further objects to the Request to the extent it

27  seeks documents containing confidential third party information, including information subject to

28  a non-disclosure or other agreement between Samsung and a third party.

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   Subject to these objections, Samsung is willing to meet and confer with Apple about the

2   relevance and scope of the information sought by this request.

3   **REQUEST FOR PRODUCTION NO. 123:**

4   All documents relating to the evaluation, valuation, or attempt to estimate the actual or

5   potential value of any patent portfolio or individual patent that is claimed by the patentee to be

6   Essential, in whole or in part, to any of the Defined Wireless Standards, including without

7   limitation documents relating to the technical merit of any such patents or patent portfolios, and

8   estimates of the strength or value of any such patents or patent portfolios.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

10   In addition to its Objections and Responses Common to All Requests for Production,

11   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

15   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

16   Request as overbroad in that it is not limited to any reasonable time period and seeks documents

17   and things from time periods not at issue in this litigation.  Samsung further objects to the Request

18   as overly burdensome for its use of the term "Defined Wireless Standards."  Samsung further

19   objects to the Request to the extent it seeks documents that are not relevant to the claims or

20   defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

21   evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

22   within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

23   the extent it seeks documents equally or more readily available to Apple than to Samsung.

24   Samsung further objects to the Request to the extent the requested documents are publicly

25   available.  Samsung further objects to the Request to the extent it seeks documents containing

26   confidential third party information, including information subject to a non-disclosure or other

27   agreement between Samsung and a third party.

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search in

3  accordance with the Patent Local Rules.

4  **REQUEST FOR PRODUCTION NO. 124:**

5    All documents concerning or comprising covenants not to sue on any IPR relating to any

6  of the Defined Wireless Standards.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

14  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

15  seeks.  For example, the Request seeks agreements between parties having no relation to this

16  litigation.  Samsung further objects to the Request as overbroad in that it is not limited to any

17  reasonable time period and seeks documents and things from time periods not at issue in this

18  litigation.  Samsung further objects to the Request as overly burdensome for its use of the term

19  "Defined Wireless Standards."  Samsung further objects to the Request to the extent it seeks

20  documents that are not relevant to the claims or defenses of any party and/or not reasonably

21  calculated to lead to the discovery of admissible evidence.  Samsung further objects to the Request

22  to the extent it seeks documents that are not within the possession, custody, or control of Samsung.

23  Samsung further objects to the Request to the extent it seeks documents equally or more readily

24  available to Apple than to Samsung.   Samsung further objects to the Request to the extent the

25  requested documents are publicly available.  Samsung further objects to the Request to the extent

26  it seeks documents containing confidential third party information, including information subject

27  to a non-disclosure or other agreement between Samsung and a third party.

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2 within its possession, custody, or control, if any, after conducting a reasonable search in

3 accordance with the Patent Local Rules.

4 **REQUEST FOR PRODUCTION NO. 125:**

5    Documents sufficient to show all sales, assignments, distributions, grants, or other

6 disbursements by Samsung of ownership rights in IPR that Samsung claims, has claimed, believes,

7 or has believed are, or were at any point, Essential to any of the Defined Wireless Standards.

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

9    In addition to its Objections and Responses Common to All Requests for Production,

10 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

15 Request as overbroad in that it is not limited to any reasonable time period and seeks documents

16 and things from time periods not at issue in this litigation.  Samsung further objects the Request as

17 vague and ambiguous.  For example, the term "sales, assignments, distributions, grants, or other

18 disbursements" is vague and ambiguous.  Samsung further objects to the Request as overbroad in

19 that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further

20 objects to the Request as overly burdensome for its use of the term "Defined Wireless Standards."

21 Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

22 claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

23 admissible evidence.  Samsung further objects to the Request to the extent it seeks documents that

24 are not within the possession, custody, or control of Samsung.  Samsung further objects to the

25 Request to the extent the requested documents are publicly available.  Samsung further objects to

26 the Request to the extent it seeks documents containing confidential third party information,

27 including information subject to a non-disclosure or other agreement between Samsung and a third

28 party.

1   Subject to these objections, Samsung will produce relevant, non-privileged documents

2   within its possession, custody, or control, if any, after conducting a reasonable search in

3   accordance with the Patent Local Rules.

4   **REQUEST FOR PRODUCTION NO. 126:**

5   Documents sufficient to show all purchases or other acquisitions by Samsung of ownership

6   rights in IPR that Samsung claims, has claimed, believes, or has believed are, or were at any point,

7   Essential to any of the Defined Wireless Standards.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 126:**

9   In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

15  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

16  and things from time periods not at issue in this litigation.  Samsung further objects the Request as

17  vague and ambiguous.  For example, the term "purchases or other acquisitions" is vague and

18  ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably

19  limited as to the scope of documents and things it seeks.  Samsung further objects to the Request

20  as overly burdensome for its use of the term "Defined Wireless Standards."  Samsung further

21  objects to the Request to the extent it seeks documents that are not relevant to the claims or

22  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

23  evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

24  within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

25  the extent the requested documents are publicly available.  Samsung further objects to the Request

26  to the extent it seeks documents containing confidential third party information, including

27  information subject to a non-disclosure or other agreement between Samsung and a third party.

28

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search in

3  accordance with the Patent Local Rules.

4  **REQUEST FOR PRODUCTION NO. 127:**

5    All documents relating to discussions between Samsung and Apple relating to the licensing

6  of patents claimed to be Essential to any Defined Wireless Standards and patents not claimed to be

7  Essential to any Defined Wireless Standards, including without limitation requests from Samsung

8  to license Apple's patents, offers from Samsung to license Samsung's patents, requests from

9  Apple to license Samsung's patents, offers from Apple to license Apple's patents, responses to

10  any such requests and offers, analyses or discussions of royalties, valuations or attempts to

11  estimate the actual or potential value of the license requested or offered, applicable revenue

12  streams and projections, and Samsung's requests for an option to license certain of Apple's patents

13  at a later date.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

15    In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

21  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

22  and things from time periods not at issue in this litigation.  Samsung further objects to the Request

23  as overly burdensome for its use of the term "Defined Wireless Standards."  Samsung further

24  objects to the Request to the extent it seeks documents that are not within the possession, custody,

25  or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents

26  equally or more readily available to Apple than to Samsung.  Samsung further objects to the

27  Request as premature to the extent it seeks documents and things inconsistent with the timeframes

28

1  set forth in the Northern District of California Patent Local Rules.  Samsung further objects to the

2  Request to the extent it calls for a legal conclusion.

3       Subject to these objections, Samsung will produce relevant, non-privileged documents

4  within its possession, custody, or control, if any, after conducting a reasonable search in

5  accordance with the Patent Local Rules.

6  **REQUEST FOR PRODUCTION NO. 128:**

7       All documents relating to Samsung's understanding of the meaning of RAND licensing

8  terms, including without limitation statements to SSOs, statements in litigation, statements to

9  actual or potential licensees, and/or presentations or other statements made in public fora.

10 **RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

11      In addition to its Objections and Responses Common to All Requests for Production,

12 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17 Request as overbroad in that it is not limited to any reasonable time period and seeks documents

18 and things from time periods not at issue in this litigation.  Samsung further objects to the Request

19 to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

20 not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

21 objects to the Request as premature to the extent it seeks documents and things inconsistent with

22 the timeframes set forth in the Northern District of California Patent Local Rules.  Samsung

23 further objects to the Request to the extent it calls for a legal conclusion.

24      Subject to these objections, Samsung is willing to meet and confer with Apple about the

25 relevance and scope of the information sought by this request.

26 **REQUEST FOR PRODUCTION NO. 129:**

27      All documents relating to actual, proposed, contemplated, or appropriate FRAND royalty

28 rates for any of Samsung's Alleged Essential Technology.

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

2        In addition to its Objections and Responses Common to All Requests for Production,

3  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

9  and things from time periods not at issue in this litigation.  Samsung further objects to the Request

10 as overly burdensome for its use of the term "Samsung's Alleged Essential Technology."

11 Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

12 claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

13 admissible evidence.  Samsung further objects to the Request to the extent it seeks documents

14 containing confidential third party information, including information subject to a non-disclosure

15 or other agreement between Samsung and a third party.  Samsung further objects to the Request as

16 premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

17 the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

18 the extent it calls for a legal conclusion.

19        Subject to these objections, Samsung will produce relevant, non-privileged documents

20 within its possession, custody, or control, if any, after conducting a reasonable search in

21 accordance with the Patent Local Rules.

22 **REQUEST FOR PRODUCTION NO. 130:**

23        All documents concerning discussions between or among Samsung and any other ETSI

24 member regarding (i) the grant of royalty-free cross licenses for IPR claimed to be essential to any

25 of the Defined Wireless Standards; (ii) the FRAND royalty rates to be charged or paid for licenses

26 to IPR claimed to be essential to any of the Defined Wireless Standards; and/or (iii) any actual or

27 potential cumulative royalty cap of 5% or otherwise (and any components thereof) on royalties

28 paid for IPR claimed to be essential to any of the Defined Wireless Standards.

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

2          In addition to its Objections and Responses Common to All Requests for Production,

3  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

9  and things from time periods not at issue in this litigation.  Samsung further objects to the Request

10  as overly burdensome for its use of the term "Defined Wireless Standards."  Samsung further

11  objects to the Request to the extent it seeks documents that are not relevant to the claims or

12  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

13  evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

14  within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

15  the extent it seeks documents equally or more readily available to Apple than to Samsung.

16  Samsung further objects to the Request to the extent it seeks documents containing confidential

17  third party information, including information subject to a non-disclosure or other agreement

18  between Samsung and a third party.

19          Subject to these objections, Samsung will produce relevant, non-privileged documents

20  within its possession, custody, or control, if any, after conducting a reasonable search in

21  accordance with the Patent Local Rules.

22  **REQUEST FOR PRODUCTION NO. 131:**

23          All documents relating to or comprising communications, statements, submissions, or

24  presentations by Samsung regarding licensor demands-including demands made by Samsung for

25  licenses of patents not Essential to any standard in exchange for a license to some or all of the

26  licensor's—including Samsung's—patents that are claimed to be Essential to a standard.

27

28

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

2           In addition to its Objections and Responses Common to All Requests for Production,

3    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8    Request as overbroad in that it is not limited to any reasonable time period and seeks documents

9    and things from time periods not at issue in this litigation.  Samsung further objects to the Request

10   since it is vague and ambiguous, and it is unclear what information Apple seeks.  Samsung further

11   objects to the Request to the extent it seeks documents that are not relevant to the claims or

12   defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

13   evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

14   within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

15   the extent it seeks documents containing confidential third party information, including

16   information subject to a non-disclosure or other agreement between Samsung and a third party.

17          Subject to these objections, Samsung is willing to meet and confer with Apple about the

18   relevance and scope of the information sought by this request.

19   **REQUEST FOR PRODUCTION NO. 132:**

20          All documents concerning any actual or potential resistance, reluctance or refusal by any

21   person participating in the standardization process for any Defined Wireless Standard not to

22   license its IPR to others on FRAND terms, including without limitation documents concerning

23   Samsung's reaction and positions, public statements by Samsung, and any internal discussions

24   within Samsung concerning any such resistance, reluctance or refusal.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 132:**

26          In addition to its Objections and Responses Common to All Requests for Production,

27   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

4  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

5  and things from time periods not at issue in this litigation.  Samsung further objects to the Request

6  as overly burdensome for its use of the overly broad term "Defined Wireless Standards."

7  Samsung further objects to the Request since it is vague and ambiguous, and it is unclear what

8  information Apple seeks.  Samsung further objects to the Request to the extent it seeks documents

9  that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead

10  to the discovery of admissible evidence.  Samsung further objects to the Request to the extent it

11  seeks documents that are not within the possession, custody, or control of Samsung.  Samsung

12  further objects to the Request to the extent it seeks documents containing confidential third party

13  information, including information subject to a non-disclosure or other agreement between

14  Samsung and a third party.

15      Subject to these objections, Samsung is willing to meet and confer with Apple about the

16  relevance and scope of the information sought by this request.

17  **REQUEST FOR PRODUCTION NO. 133:**

18      All documents relating to industry customs, practices, or policies with respect to the

19  licensing of patents claimed to be Essential to any standard that covers Mobile Wireless

20  Telecommunications Devices.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

22      In addition to its Objections and Responses Common to All Requests for Production,

23  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

24  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

25  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

26  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

27  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

28  as vague and ambiguous.  For example, the term "industry customs, practices, or policies" is

1  vague and ambiguous.  Samsung further objects to the Request as overbroad in that it seeks

2  documents and things that pertain to products not at issue in this litigation.  Samsung further

3  objects to the Request as overly burdensome for its use of the overly broad term "any standard that

4  covers Mobile Wireless Telecommunications Devices."  Samsung further objects to the Request as

5  overbroad in that it is not limited to any reasonable time period and seeks documents and things

6  from time periods not at issue in this litigation.  Samsung further objects to the Request to the

7  extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

8  reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to

9  the Request as premature to the extent it seeks documents and things inconsistent with the

10 timeframes set forth in the Northern District of California Patent Local Rules.  Samsung further

11 objects to the Request to the extent it calls for a legal conclusion.

12      Subject to these objections, Samsung is willing to meet and confer with Apple about the

13 relevance and scope of the information sought by this request.

14 **REQUEST FOR PRODUCTION NO. 134:**

15      All documents relating to any Samsung plan, whether adopted or not, for the development,

16 marketing or licensing of IPR that is Essential or allegedly Essential to any of the Defined

17 Wireless Standards, including without limitation, business plans, short-term and long-range

18 strategies and objectives, budgets and financial projections, research and development plans,

19 technology licensing plans, valuations or attempts to estimate the actual or potential value of the

20 license, and presentations to management committees, executive committees, and boards of

21 directors.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

23      In addition to its Objections and Responses Common to All Requests for Production,

24 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

28 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

1   Request as overbroad in that it is not limited to any reasonable time period and seeks documents

2   and things from time periods not at issue in this litigation.  Samsung further objects to the Request

3   as overly burdensome for its use of the terms "any Samsung plan, whether adopted or not" and

4   "IPR that is Essential or allegedly Essential to any of the Defined Wireless Standards."  Samsung

5   further objects to the Request to the extent it seeks documents that are not relevant to the claims or

6   defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

7   evidence.  Samsung further objects to the Request to the extent it seeks highly confidential

8   documents containing sensitive proprietary business information, the disclosure of which would

9   cause Samsung substantial competitive harm.

10          Subject to these objections, Samsung is willing to meet and confer with Apple about the

11   relevance and scope of the information sought by this request.

12   **REQUEST FOR PRODUCTION NO. 135:**

13          All documents relating to any submission, filing, or communication by or between

14   Samsung and any of the Defined Wireless SSOs relating to Samsung's licensing of any

15   technology that is Essential or allegedly Essential to any Defined Wireless Standards, including

16   without limitation licensing by Samsung on FRAND terms and any declarations made pursuant to

17   the IPR policy of any of the Defined Wireless SSOs.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

19          In addition to its Objections and Responses Common to All Requests for Production,

20   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

21   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

22   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

23   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

24   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

25   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

26   seeks.  Samsung further objects to the Request as overly burdensome for its use of the overly

27   broad terms "Defined Wireless SSOs" and "Defined Wireless Standards."  Samsung further

28   objects to the Request to the extent it seeks documents that are not relevant to the claims or

1  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

2  evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

3  within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

4  the extent the requested documents are publicly available.  Samsung further objects to the Request

5  to the extent it seeks documents containing confidential third party information, including

6  information subject to a non-disclosure or other agreement between Samsung and a third party.

7         Subject to these objections, Samsung will produce relevant, non-privileged documents

8  within its possession, custody, or control, if any, after conducting a reasonable search in

9  accordance with the Patent Local Rules.

10 **REQUEST FOR PRODUCTION NO. 136:**

11        Documents sufficient to identify Samsung's membership or participation in any of the

12 Defined Wireless SSOs that have developed any of the Defined Wireless Standards, the dates of

13 any such participation, and the names and titles of individuals representing or affiliated with

14 Samsung in connection with such participation.

15 **RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**

16        In addition to its Objections and Responses Common to All Requests for Production,

17 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

18 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

19 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

20 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

21 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

22 Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

23 seeks.  Samsung further objects to the Request as overly burdensome for its use of the overly

24 broad terms "Defined Wireless SSOs" and "Defined Wireless Standards."  Samsung further

25 objects to the Request to the extent it seeks documents that are not relevant to the claims or

26 defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

27 evidence.  Samsung further objects to the Request to the extent the requested documents are

28 publicly available.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2    within its possession, custody, or control, if any, after conducting a reasonable search in

3    accordance with the Patent Local Rules.

4    **REQUEST FOR PRODUCTION NO. 137:**

5    All documents relating to technical proposals, responses to others' technical proposals,

6    reports, change requests, responses to others' change requests, emails or other communications,

7    related to any Samsung technology, that were submitted or sent by Samsung to a working group or

8    body operating under the auspices of any of the Defined Wireless SSOs, or were received by or

9    sent to Samsung by a participant in such a Defined Wireless SSO working group or body.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

11   In addition to its Objections and Responses Common to All Requests for Production,

12   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17   Request as overbroad in that it is not limited to any reasonable time period and seeks documents

18   and things from time periods not at issue in this litigation.  Samsung further objects to the Request

19   to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

20   not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

21   objects to the Request as vague, ambiguous, and overly burdensome for its use of the terms "any

22   Samsung technology," "body operating under the auspices of any of the Defined Wireless SSOs"

23   and "Defined Wireless SSOs"  Samsung further objects to the Request to the extent it seeks

24   documents that are not within the possession, custody, or control of Samsung.  Samsung further

25   objects to the Request to the extent it seeks documents equally or more readily available to Apple

26   than to Samsung.   Samsung further objects to the Request to the extent the requested documents

27   are publicly available.  Samsung further objects to the Request to the extent it seeks documents

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   containing confidential third party information, including information subject to a non-disclosure

2   or other agreement between Samsung and a third party.

3          Subject to these objections, Samsung is willing to meet and confer with Apple about the

4   relevance and scope of the information sought by this request.

5   **REQUEST FOR PRODUCTION NO. 138:**

6          All documents relating to the evaluation, adoption, or incorporation by a Defined Wireless

7   SSO of any of Samsung's Alleged Essential Technology into any of the Defined Wireless

8   Standards.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

10          In addition to its Objections and Responses Common to All Requests for Production,

11   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

12   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

13   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

14   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

15   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

16   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

17   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

18   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

19   discovery of admissible evidence.  Samsung further objects to the Request as overly burdensome

20   for its use of the overly broad terms "Defined Wireless SSO," "Samsung's Alleged Essential

21   Technology," and "Defined Wireless Standards."  Samsung further objects to the Request to the

22   extent it seeks documents that are not within the possession, custody, or control of Samsung.

23   Samsung further objects to the Request to the extent it seeks documents equally or more readily

24   available to Apple than to Samsung.   Samsung further objects to the Request to the extent the

25   requested documents are publicly available.

26          Subject to these objections, Samsung will produce relevant, non-privileged documents

27   within its possession, custody, or control, if any, after conducting a reasonable search in

28   accordance with the Patent Local Rules.

1   **REQUEST FOR PRODUCTION NO. 139:**

2       All documents relating to evaluating, analyzing, or discussing actual or potential

3   alternatives to technologies that Samsung has proposed for inclusion in any of the Defined

4   Wireless Standards.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

6       In addition to its Objections and Responses Common to All Requests for Production,

7   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

8   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

9   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

10  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

11  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

12  as vague and ambiguous.  For example, the term "actual or potential alternatives" is vague and

13  ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably

14  limited as to the scope of documents and things it seeks.  Samsung further objects to the Request

15  to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

16  not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

17  objects to the Request as overly burdensome for its use of the overly broad definition of "Defined

18  Wireless Standards."  Samsung further objects to the Request as premature to the extent it seeks

19  documents and things inconsistent with the timeframes set forth in the Northern District of

20  California Patent Local Rules.  Samsung further objects to the Request to the extent it calls for a

21  legal conclusion.

22      Subject to these objections, Samsung is willing to meet and confer with Apple about the

23  relevance and scope of the information sought by this request.

24  **REQUEST FOR PRODUCTION NO. 140:**

25      Documents sufficient to show any incentives, awards, bonuses, compensation, or special

26  payments provided by Samsung to inventors, including without limitation inventors of the

27  Samsung Patents-In-Suit, or anyone acting on Samsung's behalf, in consideration of filing patents

28  or patent applications that may be or are declared essential to a Defined Wireless Standard.

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

2           In addition to its Objections and Responses Common to All Requests for Production,

3    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8    Request as overbroad in that it is not limited to any reasonable time period and seeks documents

9    and things from time periods not at issue in this litigation.  Samsung further objects to the Request

10   as overly burdensome for its use of the overly broad definition of "Defined Wireless Standards."

11   Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

12   claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

13   admissible evidence.

14          Subject to these objections, Samsung is willing to meet and confer with Apple about the

15   relevance and scope of the information sought by this request.

16   **REQUEST FOR PRODUCTION NO. 141:**

17          Documents sufficient to show any incentives, awards, bonuses, compensation, or special

18   payments provided by Samsung to employees or anyone acting on Samsung's behalf in

19   consideration for having Samsung IPR proposed for adoption or adopted as part of a Defined

20   Wireless Standard.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

22          In addition to its Objections and Responses Common to All Requests for Production,

23   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

24   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

25   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

26   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

27   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

28   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

1   seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

2   reasonable time period and seeks documents and things from time periods not at issue in this

3   litigation.  Samsung further objects to the Request as overly burdensome for its use of the overly

4   broad definition of "Defined Wireless Standards."  Samsung further objects to the Request to the

5   extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

6   reasonably calculated to lead to the discovery of admissible evidence.

7        Subject to these objections, Samsung is willing to meet and confer with Apple about the

8   relevance and scope of the information sought by this request.

9   **REQUEST FOR PRODUCTION NO. 142:**

10        All documents relating to Samsung's identification, disclosure, or notification to any of the

11   Defined Wireless SSOs of any of Samsung's technology as Essential or allegedly Essential to any

12   of the Defined Wireless Standards.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 142:**

14        In addition to its Objections and Responses Common to All Requests for Production,

15   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

16   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

17   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

18   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

19   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

20   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

21   seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

22   reasonable time period and seeks documents and things from time periods not at issue in this

23   litigation.  Samsung further objects to the Request as overly burdensome for its use of the overly

24   broad terms "Defined Wireless SSOs," "Samsung's Alleged Essential Technology," and "Defined

25   Wireless Standards."  Samsung further objects to the Request to the extent it seeks documents that

26   are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to

27   the discovery of admissible evidence.

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search in

3  accordance with the Patent Local Rules.

4  **REQUEST FOR PRODUCTION NO. 143:**

5    All documents relating to any technology that was submitted to or considered by a Defined

6  Wireless SSO as an actual or potential alternative to Samsung's Alleged Essential Technology in

7  any of the Defined Wireless Standards.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 143:**

9    In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

15  Request to the extent it seeks documents that are not relevant to the claims or defenses of any

16  party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung

17  further objects to the Request as overly burdensome for its use of the overly broad terms "Defined

18  Wireless SSO," "Samsung's Alleged Essential Technology," and "Defined Wireless Standards."

19  Samsung further objects the Request as vague and ambiguous.  For example, the term "actual or

20  potential alternatives" is vague and ambiguous.  Samsung further objects to the Request to the

21  extent it seeks documents that are not within the possession, custody, or control of Samsung.

22  Samsung further objects to the Request to the extent it seeks documents equally or more readily

23  available to Apple than to Samsung.  Samsung further objects to the Request to the extent the

24  requested documents are publicly available.  Samsung further objects to the Request as premature

25  to the extent it seeks documents and things inconsistent with the timeframes set forth in the

26  Northern District of California Patent Local Rules.  Samsung further objects to the Request to the

27  extent it calls for a legal conclusion.

28

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2    within its possession, custody, or control, if any, after conducting a reasonable search in

3    accordance with the Patent Local Rules.

4    **REQUEST FOR PRODUCTION NO. 144:**

5    All documents relating to Samsung's understanding of, and compliance with, any IPR

6    practice, policy, or procedure of any of the Defined Wireless SSOs to disclose Essential IPR

7    during the standardization process of any of the Defined Wireless Standards.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 144:**

9    In addition to its Objections and Responses Common to All Requests for Production,

10   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

15   as vague and ambiguous.  For example, the term "Samsung's understanding of, and compliance

16   with,"  is vague and ambiguous.  Samsung further objects to the Request as overbroad in that it is

17   not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects

18   to the Request as overbroad in that it is not limited to any reasonable time period and seeks

19   documents and things from time periods not at issue in this litigation.  Samsung further objects to

20   the Request to the extent it seeks documents that are not relevant to the claims or defenses of any

21   party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung

22   further objects to the Request as overly burdensome for its use of the overly broad terms "Defined

23   Wireless SSOs" and "Essential IPR" and "Defined Wireless Standards."

24   Subject to these objections, Samsung will produce relevant, non-privileged documents

25   within its possession, custody, or control, if any, after conducting a reasonable search in

26   accordance with the Patent Local Rules.

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1    **REQUEST FOR PRODUCTION NO. 145:**

2        All documents relating to any decision by Samsung to disclose or not to disclose the

3    existence of allegedly Essential IPR during the standardization process for any Defined Wireless

4    Standard, including but not limited to, Samsung's decision to disclose or not to disclose foreign

5    patents and U.S. and foreign patent applications related to the Samsung Patents-In-Suit during the

6    standardization process for any Defined Wireless Standard.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 145:**

8        In addition to its Objections and Responses Common to All Requests for Production,

9    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

14   as vague and ambiguous.  For example, the term "Samsung's understanding of, and compliance

15   with," is vague and ambiguous.  Samsung further objects to the Request as overbroad in that it is

16   not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects

17   to the Request as overbroad in that it is not limited to any reasonable time period and seeks

18   documents and things from time periods not at issue in this litigation.  Samsung further objects to

19   the Request to the extent it seeks documents that are not relevant to the claims or defenses of any

20   party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung

21   further objects to the Request as overly burdensome for its use of the overly broad definition of

22   "Defined Wireless Standards."  Samsung further objects to the Request as duplicative of Apple's

23   Request For Production Nos. 146 and 147.

24       Subject to these objections, Samsung will produce relevant, non-privileged documents

25   within its possession, custody, or control, if any, after conducting a reasonable search in

26   accordance with the Patent Local Rules.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   **REQUEST FOR PRODUCTION NO. 146:**

2       All documents relating to or comprising communications, statements, submissions, or

3   presentations by Samsung regarding the IPR disclosure practices, policies, or procedures of any of

4   the Defined Wireless SSOs.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 146:**

6       In addition to its Objections and Responses Common to All Requests for Production,

7   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

8   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

9   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

10  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

11  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

12  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

13  seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

14  reasonable time period and seeks documents and things from time periods not at issue in this

15  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

16  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

17  discovery of admissible evidence.  Samsung further objects to the Request as overly burdensome

18  for its use of the overly broad term "Defined Wireless SSOs."  Samsung further objects to the

19  Request as duplicative of Apple's Request For Production Nos. 145 and 147.

20      Subject to these objections, Samsung will produce relevant, non-privileged documents

21  within its possession, custody, or control, if any, after conducting a reasonable search in

22  accordance with the Patent Local Rules.

23  **REQUEST FOR PRODUCTION NO. 147:**

24      All documents relating to or comprising any Samsung policy, guidelines, or internal

25  directives regarding Samsung's understanding or interpretation of and/or compliance with any IPR

26  disclosure practices, policies, or procedures of any of the Defined Wireless SSOs.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 147:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the Request as vague and ambiguous.  For example, the term "Samsung's understanding of, and compliance with," is vague and ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to the Request as overly burdensome for its use of the overly broad term "Defined Wireless SSOs."  Samsung further objects to the Request as duplicative of Apple's Request For Production No. 145 and 146.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 148:**

All documents relating to or comprising communications, statements, submissions, or presentations by Samsung regarding caps or other limits on cumulative royalties for IPR Essential to any Defined Wireless Standards, the determination of a FRAND royalty rate, and/or the effect of standardization on monopoly power in the licensing of IPR Essential to any Defined Wireless Standards.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 148:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request as overbroad in that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time period and seeks documents and things from time periods not at issue in this litigation.  Samsung further objects to the Request as overly burdensome for its use of the overly broad terms "Defined Wireless Standards" and "IPR Essential to any Defined Wireless Standards."  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules.

**REQUEST FOR PRODUCTION NO. 149:**

All documents relating to actual or potential competition between Samsung and any person or company that designs or sells Mobile Wireless Telecommunications Devices complying, conforming with, or using any of the Defined Wireless Standards. This request includes, but is not limited to:

(a)     documents relating to actual or potential market shares of Mobile Wireless Telecommunications Devices;

(b)     documents relating to the competitive position or relative strengths and weaknesses of Samsung's Mobile Wireless Telecommunications Devices and/or any other competing Mobile Wireless Telecommunications Devices;

1       (c)     documents relating to product and/or technology comparisons between Samsung

2 and any of its actual or potential competitors offering Mobile Wireless Telecommunications

3 Devices;

4       (d)     documents relating to or comprising actual or projected numbers of customers or

5 revenues from the sale of Mobile Wireless Telecommunications Devices by Samsung or any of its

6 actual or potential competitors;

7       (e)     documents relating to or comprising an analysis of actual or potential competition

8 for improvements or innovations in features, functions, ease of operation, performance, cost, or

9 other advantages to customers or users of Mobile Wireless Telecommunications Devices; and

10       (f)     documents relating to or comprising policies and strategies for responding to new

11 entrants in the sale of Mobile Wireless Telecommunications Devices, including mobile wireless

12 handsets complying, conforming with, or using any of the Defined Wireless Standards.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 149:**

14       In addition to its Objections and Responses Common to All Requests for Production,

15 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

16 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

17 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

18 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

19 burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

20 as vague and ambiguous.  For example, the term "actual or potential competition between

21 Samsung and any person or company" is vague and ambiguous.  Samsung further objects to the

22 Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

23 seeks.  Samsung further objects to the Request as overbroad in that it is not limited to any

24 reasonable time period and seeks documents and things from time periods not at issue in this

25 litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

26 relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

27 discovery of admissible evidence.  Samsung further objects to the Request as overly burdensome

28 for its use of the overly broad definition of "Defined Wireless Standards."  Samsung further

1  objects to the Request to the extent it seeks documents that are not within the possession, custody,

2  or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents

3  equally or more readily available to Apple than to Samsung.   Samsung further objects to the

4  Request to the extent the requested documents are publicly available.  Samsung further objects to

5  the Request to the extent it seeks documents containing confidential third party information,

6  including information subject to a non-disclosure or other agreement between Samsung and a third

7  party.

8         Subject to these objections, Samsung is willing to meet and confer with Apple about the

9  relevance and scope of the information sought by this request.

10  **REQUEST FOR PRODUCTION NO. 150:**

11         All documents relating to actual or potential competition between Samsung and Apple.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 150:**

13         In addition to its Objections and Responses Common to All Requests for Production,

14  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

15  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

16  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

17  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

18  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

19  as vague and ambiguous.  For example, the term "actual or potential competition" is vague and

20  ambiguous.  Samsung further objects to the Request as overbroad in that it seeks documents and

21  things that pertain to products not at issue in this litigation.  Samsung further objects to the

22  Request as overbroad in that it is not limited to any reasonable time period and seeks documents

23  and things from time periods not at issue in this litigation.  Samsung further objects to the Request

24  to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

25  not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

26  objects to the Request to the extent it seeks documents that are not within the possession, custody,

27  or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents

28  equally or more readily available to Apple than to Samsung.   Samsung further objects to the

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

1   Request to the extent the requested documents are publicly available.  Samsung further objects to

2   the Request to the extent it seeks documents containing confidential third party information,

3   including information subject to a non-disclosure or other agreement between Samsung and a third

4   party.

5        Subject to these objections, Samsung is willing to meet and confer with Apple about the

6   relevance and scope of the information sought by this request.

7   **<u>REQUEST FOR PRODUCTION NO. 151</u>:**

8        All documents relating to actual or potential litigation or arbitration threatened or filed by

9   or against Samsung, including but not limited to *In re Certain 3G WCDMA Handsets* (*InterDigital*

10  *v. Samsung*), No. 337-TA-601 (I.T.C.); *Samsung v. InterDigital*, No. 07-0167 (D. Del.); *Ericsson*

11  *v. Samsung*, No. 06-0063 (E.D. Tex.); *Rambus v. Hynix et al.,* No. 05-0334 (N.D. Cal.); *In re*

12  *Rambus*, No. 9302 (F.T.C.); and *Rambus v. Micron*, No. 04-431105 (Cal. Super. Ct. San

13  Francisco), regarding the licensing of any IPR related to the Defined Wireless Standards,

14  including without limitation any and all expert reports and court filings, and transcripts of any

15  deposition, hearing, or other recorded or transcribed proceeding in the arbitrations or litigations.

16  **<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 151</u>:**

17       In addition to its Objections and Responses Common to All Requests for Production,

18  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

19  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

20  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

21  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

22  burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

23  as vague and ambiguous.  For example, the term "potential litigation or arbitration" is vague and

24  ambiguous.  Samsung further objects to the Request as overbroad in that it is not limited to any

25  reasonable time period and seeks documents and things from time periods not at issue in this

26  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

27  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

28  discovery of admissible evidence.  Samsung further objects to the Request as overly burdensome

for its use of the overly broad definition of "Defined Wireless Standards."  Samsung further

objects to the Request to the extent it seeks documents that are not within the possession, custody,

or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents

equally or more readily available to Apple than to Samsung.  Samsung further objects to the

Request to the extent the requested documents are publicly available.  Samsung further objects to

the Request to the extent it seeks documents subject to a protective order or under seal.

Subject to these objections, Samsung is willing to meet and confer with Apple about the

relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 152:**

All documents relating to or containing any claims or statements by Samsung in any

litigation or judicial proceeding, including but not limited to *In re Certain 3G WCDMA Handsets*

(*InterDigital v. Samsung*), No. 337-TA-601 (I.T.C.); *Samsung v. InterDigital*, No. 07-0167 (D.

Del.); *Ericsson v. Samsung*, No. 06-0063 (E.D. Tex.); *Rambus v. Hynix et al*., No. 05-0334 (N.D.

Cal.); *In re Rambus*, No. 9302 (F.T.C.); and *Rambus v. Micron*, No. 04-431105 (Cal. Super. Ct.

San Francisco), regarding the licensing of IPR that is claimed Essential to any Defined Wireless

Standard, the determination of a: FRAND royalty rate for any IPR that is claimed Essential to any

Defined Wireless Standard, and the propriety of injunctive relief for the infringement of IPR

claimed to be Essential to any Defined Wireless Standard.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 152:**

In addition to its Objections and Responses Common to All Requests for Production,

which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

burdensome, and/or would require undue expense to answer.  Samsung further objects to the

Request as overbroad in that it is not limited to any reasonable time period and seeks documents

and things from time periods not at issue in this litigation.  Samsung further objects to the Request

to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

1   not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

2   objects to the Request as overly burdensome for its use of the overly broad definition of "Defined

3   Wireless Standards."  Samsung further objects to the Request to the extent it seeks documents that

4   are not within the possession, custody, or control of Samsung.  Samsung further objects to the

5   Request to the extent it seeks documents equally or more readily available to Apple than to

6   Samsung.  Samsung further objects to the Request to the extent the requested documents are

7   publicly available.  Samsung further objects to the Request to the extent it seeks documents

8   subject to a protective order or under seal.

9   　　　Subject to these objections, Samsung is willing to meet and confer with Apple about the

10  relevance and scope of the information sought by this request.

11  **REQUEST FOR PRODUCTION NO. 153:**

12  　　　All transcripts of depositions or other documents containing any testimony and or

13  statements by Samsung, former Samsung affiliates or employees, or experts retained by Samsung

14  or counsel to Samsung, relating to any litigation or judicial proceeding, including but not limited

15  to *In re Certain 3G WCDMA Handsets* (*InterDigital v. Samsung*), No. 337-TA-601 (I.T.C.);

16  *Samsung v. InterDigital*, No. 07-0167 (D. Del.); *Ericsson v. Samsung*, No. 06-0063 (E.D. Tex.);

17  *Rambus v. Hynix et al.*, No. 05-0334 (N.D. Cal.); *In re Rambus*, No. 9302 (F.T.C.); and *Rambus v.*

18  *Micron*, No. 04-431105 (Cal. Super. Ct. San Francisco), concerning IPR claimed Essential to any

19  Defined Wireless Standard, the determination of a FRAND royalty rate for any IPR allegedly

20  Essential to a Defined Wireless Standard, and the propriety of injunctive relief for the

21  infringement of IPR claimed to be Essential to any Defined Wireless Standard.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 153:**

23  　　　In addition to its Objections and Responses Common to All Requests for Production,

24  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

28  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

1 Request as overbroad in that it is not limited to any reasonable time period and seeks documents

2 and things from time periods not at issue in this litigation.  Samsung further objects to the Request

3 to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

4 not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

5 objects to the Request as overly burdensome for its use of the overly broad definition of "Defined

6 Wireless Standards."  Samsung further objects to the Request as duplicative of Apple's Request

7 For Production No. 152.  Samsung further objects to the Request to the extent it seeks documents

8 that are not within the possession, custody, or control of Samsung.  Samsung further objects to the

9 Request to the extent it seeks documents equally or more readily available to Apple than to

10 Samsung.  Samsung further objects to the Request to the extent the requested documents are

11 publicly available.  Samsung further objects to the Request to the extent it seeks documents

12 subject to a protective order or under seal.

13      Subject to these objections, Samsung is willing to meet and confer with Apple about the

14 relevance and scope of the information sought by this request.

15 **REQUEST FOR PRODUCTION NO. 154:**

16      All documents prepared by any expert, including any technical, economic, marketing or

17 licensing experts, retained by Samsung or by counsel to Samsung for any litigation or judicial

18 proceeding, including but not limited to *In re Certain 3G WCDMA Handsets* (*InterDigital v.*

19 *Samsung*), No. 337-TA-601 (I.T.C.); *Samsung v. InterDigital*, No. 07-0167 (D. Del.); *Ericsson v.*

20 *Samsung*, No. 06-0063 (E.D. Tex.); *Rambus v. Hynix et al.*, No. 05-0334 (N.D. Cal.); *In re*

21 *Rambus*, No. 9302 (F.T.C.); and *Rambus v. Micron*, No. 04-431105 (Cal. Super. Ct. San

22 Francisco), concerning IPR claimed Essential to any Defined Wireless Standard, the determination

23 of a FRAND royalty rate for any IPR allegedly Essential to a Defined Wireless Standard, and the

24 propriety of injunctive relief for the infringement of IPR claimed to be Essential to any Defined

25 Wireless Standard.

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 154:**

27      In addition to its Objections and Responses Common to All Requests for Production,

28 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

-85-      Case No. 11-cv-01846-LHK

1    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

5    Request as overbroad in that it is not limited to any reasonable time period and seeks documents

6    and things from time periods not at issue in this litigation.  Samsung further objects to the Request

7    to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or

8    not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further

9    objects to the Request as overly burdensome for its use of the overly broad definition of "Defined

10   Wireless Standards."  Samsung further objects to the Request as duplicative of Apple's Request

11   For Production Nos. 152 and 153.  Samsung further objects to the Request to the extent it seeks

12   documents that are not within the possession, custody, or control of Samsung.  Samsung further

13   objects to the Request to the extent it seeks documents equally or more readily available to Apple

14   than to Samsung.  Samsung further objects to the Request to the extent the requested documents

15   are publicly available.  Samsung further objects to the Request to the extent it seeks documents

16   subject to a protective order or under seal.

17       Subject to these objections, Samsung is willing to meet and confer with Apple about the

18   relevance and scope of the information sought by this request.

19   **REQUEST FOR PRODUCTION NO. 155:**

20       All documents relating to any Samsung policy or practice for compliance with any federal

21   or state antitrust, unfair competition, or unfair trade practices law.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 155:**

23       In addition to its Objections and Responses Common to All Requests for Production,

24   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

25   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

26   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

27   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

28   burdensome, and/or would require undue expense to answer.  Samsung further objects the Request

1  as vague and ambiguous.  For example, the term "compliance" is vague and ambiguous.  Samsung

2  further objects to the Request as overbroad in that it seeks documents and things that pertain to

3  products not at issue in this litigation.  Samsung further objects to the Request as overbroad in that

4  it seeks documents and things that bear on occurrences in other countries that are not at issue in

5  this litigation.  Samsung further objects to the Request as overbroad in that it is not limited to any

6  reasonable time period and seeks documents and things from time periods not at issue in this

7  litigation.

8        Subject to these objections, Samsung is willing to meet and confer with Apple about the

9  relevance and scope of the information sought by this request.

10

11  DATED: September 8, 2011           Respectfully submitted,

12

13                              QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

14

15

16                              By  */s/ Victoria Maroulis*

17                                Charles K. Verhoeven
                                 Kevin P.B. Johnson

18                                Victoria F. Maroulis
                                 Michael T. Zeller

19                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                 LTD., SAMSUNG ELECTRONICS AMERICA,

20                                INC. and SAMSUNG
                                 TELECOMMUNICATIONS AMERICA, LLC

21

22

23

24

25

26

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S THIRD
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)

## CERTIFICATE OF SERVICE

I hereby certify that on Sept. 8, 2011, I caused **SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 53-155)** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on Sept. 8, 2011.

_/s/ Melissa N. Chan_