# Exhibit H

# Filed Under Seal

Case 5:11-cv-01846-LHK   Document 600-10   Filed 01/10/12   Page 1 of 1