# EXHIBIT GG

**From:** Walden, S. Calvin
**Sent:** Monday, January 09, 2012 12:04 AM
**To:** 'Mazza, Mia'; Charlesverhoeven@quinnemanuel.com; 'dianehutnyan@quinnemanuel.com'; 'rachelkassabian@quinnemanuel.com'
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Kolovos, Peter
**Subject:** Apple v. Samsung: - Follow-Up on Issue of Patent License Negotiations

Charlie, Rachel, and Diane,

During Thursday's meeting, you asked whether Apple would be willing to narrow the scope of its requests for documents reflecting patent license negotiations by identifying particular technological areas or product lines. After conferring with our team, while we do not believe it is feasible to narrow our requests on a product line basis, we can further narrow the requests based on technological area: documents reflecting the negotiation of any license that includes any patent(s) that has been declared essential to ETSI and/or 3GPP. Please let us know by tomorrow morning whether Samsung agrees to make a complete production of negotiation documents in this category by January 23, 2012. In the event Samsung believes that the number of patent licenses falling into this category would make the production of documents reflecting their negotiation unduly burdensome, please provide a list of such licenses no later than tomorrow morning, and we will advise whether Apple would accept production of negotiation documents for only a subset of those licenses.

Thanks,

Calvin