UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Plaintiffs,<br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL DISCOVERY RELATING TO ITS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>Date:  TBA<br>Time:  TBA |

Plaintiff Apple Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 37 and Patent Local Rule 3-4(a) for an order compelling Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") to complete, by January 23, 2012, its production of certain identified documents and things.  Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel Discovery Relating to its Affirmative Defenses and Counterclaims as follows:

IT IS ORDERED that **by no later than January 23, 2012**, Samsung shall make a complete production of the documents identified in subsections A – C below.

    A.    All documents related to Samsung's participation in ETSI and/or 3GPP.

    B.    (1) All license agreements and documents reflecting license negotiations (whether resulting in a contract or not) relating to patents that Samsung has declared essential to the ETSI and/or 3GPP standards; and (2) all license agreements to relevant technologies that cover only patents that have not been declared essential to a standards body.

    C.    All relevant documents from its inventor files, after those files have been collected in a thorough and forensically-sound manner, and after searches of electronic files are performed using the search terms set forth below, including counterpart Korean-language terms (the native language of most of the named inventors).  Samsung shall apply the following search terms in English and Korean:

        1.    For all patents that Samsung alleges are essential to one or more standards, Samsung shall search for: any standards that Samsung claims a patent is essential to, such as, for example,  "25.212" and "25.322."

        2.    For all patents except the '941, that Samsung alleges are essential to one or more standards, Samsung shall search for: the terms "TSG RAN Working Group1," "TSGR1," and "WG1."  For the '941, Samsung shall

search for: the terms "TSG RAN Working Group2," "TSGR2," and "WG2."

3. For each patent, Samsung shall run the following searches: (1) the entire patent number (with and without commas); (2) the three digit patent shorthand number (ex: "001") near5 "patent"; (3) the U.S. application number; (4) all foreign application and patent numbers to which the U.S. patent claims priority; (5) all patent numbers for the related patents asserted in foreign litigation against Apple; and (6) shorthand for the foreign priority applications and the foreign counterpart patents. For example, for the '001 patent, in addition to searching for "1999-26221" or "1999-27163," Samsung should search for ("KR" near5 "26221"), ("KR near5 27163").

4. For the '711 patent, Samsung shall search for: "cell* phone," "mobile phone," "mobile device," "portable terminal," "background music," "standby music," "standby mode music," "music file," and "MP3."

5. For the '460 patent, Samsung shall search for: "e-mail" "camera," "attach*," "enclose*," "mode," "submode," "sub-mode," and ("mail" near5 "photo*").

6. For the '893 patent, Samsung shall search for: ("camera *mode*" or "photographing *mode*") near/10 ("view* *mode*" or "display* *mode*") or ("last viewed photo" or "last-viewed photo" or "last photo viewed" or "most recently viewed").

7. For the '516 patent, Samsung shall search for: "E-DCH," "DCH," "E-DPDCH," "DPDCH," "E-DPCCH," "transmit power," "transport format," "TF, "E-TF," "gain factor," ("scal*" near5 "power factor"), and ("reduc*" near5 "power factor").

8. For the '001 patent, Samsung shall search for: ("radio" near5 "frame" near5 "match*") or ("radio" near5 "frame" near5 "segment*"), "fill* bits," "padding bits," "physical channel segment," ("segment*" near25 ("interleav*" or "transport channel" or ("serial" near5 "data'))), ("multiplex* near25 ("radio frame" or "data frame" or "transport channel" or ("serial" near5 "data'))).

9. For the '941 patent, Samsung shall search for: ("header" near5 ("PDU" or "protocol data unit") or ("RLC" or "radio link control" near5 "PDU" or "protocol data unit"), "Voice over internet," "Voice over IP," "VoIP," "VOIP," "segment*," "concatenat*," "padding," "frame alignment," ("header" near5 "efficiency"), "ebit," "e-bit," "length indicat*," ("segment" near5 ("SDU" or "service data unit"), and (("entir*" or "complet*") near5 ("SDU" or "service data unit")).

10. For the '604 patent, Samsung shall search for: "channel cod*," "turbo cod*," "transport block," "trbk," "bit stream," "bit error rate," and "superframe."

11. For the '410 patent, Samsung shall search for: "repetition," "puncture*," "rate matching," "demultiplexer."

12. For the '792 patent, Samsung shall search for: "interleaver*," "QAM," "constellation," "systematic bit," "systematic cod*," and "quadrature amplitude modulation."

13. For the '867 patent, Samsung shall search for: "scrambling code," "orthogonal code," "gold code*,"  "gold sequence," "m-sequence" and "msequence."

1     **IT IS SO ORDERED.**

Dated:                                           By: _____
                                                                    Honorable Paul S. Grewal, U.S.M.J.