1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,              | CASE NO. 11-cv-01846-LHK
19 |                         Plaintiff,                 | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |           vs.                                      |
21 | SAMSUNG ELECTRONICS CO., LTD., a
    | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
    | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
    | LLC, a Delaware limited liability company,
24 |
    |                    Defendants.
25

26

27

28

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5      1. Confidential portions of Samsung's Notice of Motion and Motion to Compel Apple
6         to Produce Documents and Things; Memorandum of Points and Authorities in
7         Support Thereof;
8           a. Confidential portions of the Declaration of Diane C. Hutnyan in Support of
9             Samsung's Motion to Compel Apple to Produce Documents and Things;
10          b. Exhibits A, B, D, J-Z, AA-CC of the Declaration of Diane C. Hutnyan in
11            Support of Samsung's Motion to Compel Apple to Produce Documents and
12            Things;
13     2. Confidential portions of Samsung's Renewed Motion to Compel Discovery
14        Relating to Mac OS 10.0; Memorandum of Points and Authorities in Support
15        Thereof;
16          a. Exhibits A-C of the Declaration of Diane C. Hutnyan in Support of
17            Samsung's Renewed Motion to Compel Discovery Relating to Mac OS
18            10.0;
19     3. Confidential portions of Samsung's Motion to Enforce Various Court Orders
20        Requiring the Production of Materials Relevant to Apple's Asserted Design
21        Patents; Memorandum of Points and Authorities in Support Thereof;
22          a. Exhibits C, D, F and I of the Declaration of Diane C. Hutnyan in Support of
23            Samsung's Motion to Enforce Various Court Orders Requiring the
24            Production of Materials Relevant to Apple's Asserted Design Patents;
25     4. Confidential portions of Samsung's Motion for Clarification Regarding the Court's
26        December 22, 2011 Order (Dkt No. 535);
27
28

02198.51855/4543792.1

-1-  Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

1              a.  Confidential portions of the Declaration of Brett Arnold in support of

2                  Samsung's Motion for Clarification Regarding the Court's December 22,

3                  2011 Order (Dkt No. 535);

4              b.  Exhibits A-J of the Declaration of Brett Arnold in Support of Samsung's

5                  Motion for Clarification Regarding the Court's December 22, 2011 Order

6                  (Dkt No. 535);

7       5.  Samsung's Notice of Motion and Motion for a Protective Order

8       Exhibits B-K of the Declaration of Diane C. Hutnyan in Support of Samsung's Motion for a Protective OrderSamsung has established good cause to permit filing these documents under seal through the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to documents and things that Apple has designated as highly confidential under the interim protective order.   Samsung expects that Apple will file the necessary declaration validating these designations.

       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.   Pursuant to this Court's December 7, 2011 order (Dkt No. 455), proposed public redacted versions of the documents listed above are attached hereto as exhibits if appropriate.

DATED:   January 10, 2012          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By  */s/ Victoria Maroulis*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       Michael T. Zeller
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC