QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Bill Trac, declare:

1.      I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").    Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2.      The requested relief is necessary to protect the confidentiality of information discussed in the following documents:

        a.  Samsung's Notice of Motion and Motion to Compel Apple to Produce Documents and Things; Memorandum of Points and Authorities in Support Thereof;

            i.  Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Apple to Produce Documents and Things, and exhibits;

        b.  Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10.0; Memorandum of Points and Authorities in Support Thereof;

            i.  Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel Production of Mac OS 10.0, and exhibits;

        c.  Samsung's Motion to Enforce Various Court Orders Requiring the Production of Materials Relevant to Apple's Asserted Design Patents; Memorandum of Points and Authorities in Support Thereof;

            i.  Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Enforce Court Orders, and exhibits;

        d.  Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535);

-2-

Case No. 11-cv-01846-LHK

**DECLARATION IN SUPPORT OF SAMSUNG'S
MOTION TO FILE DOCUMENTS UNDER SEAL**

           i.  Declaration of Brett Arnold in Support of Samsung's Motion for

                Clarification Regarding the Court's December 22, 2011 Order (Dkt

                No. 535), and exhibits;

      e.  Samsung's Motion for Protective Order

           i.  Declaration of Diane C. Hutnyan in Support of Samsung's Motion

                for a Protective Order.

**Samsung's Motion to Compel**

3.      Exhibits K, M, S and T to the Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel include excerpts from documents or references to documents that have been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective order, or otherwise contain Apple confidential information.

4.      Exhibits A, B, D, J, L, N-R, U-Z, AA-CC to the Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel are discovery correspondences or other documents which reference documents that have been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective order, or reference other information that may be Apple confidential.

5.      Portions of Samsung's Motion to Compel reference the exhibits cited above, thereby referencing documents that have been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective order.

**Samsung's Renewed Motion to Compel**

6.      Exhibit A to the Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel include excerpts from documents that have been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective order.

7.      Exhibits B and C to the Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel are discovery correspondences which reference documents that have

been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim

protective order.

8.      Portions of Samsung's Renewed Motion to Compel reference the exhibits cited

above, thereby referencing documents that have been designated by Apple as Highly Confidential

– Attorneys' Eyes Only under the interim protective order.

**Samsung's Motion to Enforce**

9.      Exhibits C and I to the Declaration of Diane C. Hutnyan in Support of Samsung's

Motion to Enforce include excerpts from documents that have been designated by Apple as Highly

Confidential – Attorneys' Eyes Only under the interim protective order.

10.     Exhibits D and F to the Declaration of Diane C. Hutnyan in Support of Samsung's

Motion to Enforce are discovery correspondences which reference documents that have been

designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective

order.

11.     Portions of Samsung's Motion to Enforce reference the exhibits cited above,

thereby referencing documents that have been designated by Apple as Highly Confidential –

Attorneys' Eyes Only under the interim protective order.

**Samsung's Motion for Clarification**

12.     Exhibits A-J to the Declaration of Brett Arnold in support of Samsung's Motion for

Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535) are all documents

that have been designated by Apple as Highly Confidential – Attorneys' Eyes Only under the

interim protective order.

13.     Portions of Samsung's Motion to for Clarification and the Declaration of Brett

Arnold in support of Samsung's Motion for Clarification reference the exhibits cited above,

**DECLARATION IN SUPPORT OF SAMSUNG'S**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

thereby referencing documents that have been designated by Apple as Highly Confidential –

Attorneys' Eyes Only under the interim protective order.

**Samsung's Motion for Protective Order**

      14.      Exhibits B through K to the Declaration of Diane C. Hutnyan in Support of

Samsung's Motion for Protective Order include excerpts from documents that have been

designated by Apple as Highly Confidential – Attorneys' Eyes Only under the interim protective

order.

      15.      Portions of Samsung's Motion for Protective Order reference the exhibits cited

above, thereby referencing documents that have been designated by Apple as Highly Confidential

– Attorneys' Eyes Only under the interim protective order.

**Proposed Public Redacted Versions**

      16.      Pursuant to this Court's December 7, 2011 order (Dkt No. 455), attached as Exhibit

1 are is the proposed public redacted version of Samsung's Motion to Compel and supporting

documents.

      17.      Attached as Exhibit 2 are the proposed public redacted version of Samsung's

Renewed Motion to Compel and supporting documents.

      18.      Attached as Exhibit 3 are the proposed public redacted version of Samsung's

Motion to Enforce and supporting documents.

      19.      Attached as Exhibit 4 are the proposed public redacted version of Samsung's

Motion for Clarification and supporting documents.

      20.      Attached as Exhibit 5 are the proposed public redacted version of Samsung's

Motion for Protective Order and supporting documents.

1    I declare under penalty of perjury that the foregoing is true and correct.   Executed in

2   Redwood Shores, California on January 10, 2012.

3

4                                          /s/ Bill Trac
                                          Bill Trac
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-                              Case No. 11-cv-01846-LHK
                                          **DECLARATION IN SUPPORT OF SAMSUNG'S
                                          MOTION TO FILE DOCUMENTS UNDER SEAL**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Bill Trac.


_____/s/ Victoria Maroulis_____