UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to certain motions filed by Samsung on January 10, 2012.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   In addition, Apple has filed the necessary declaration supporting Samsung's motion to seal.   The declarations establish that the below documents discuss or contain information that has been

1  designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Apple, or sealed by
2  order of this Court.
3        Accordingly, for good cause shown, the Court ORDERS that the following
4  documents shall be filed under seal:

5    1. Confidential portions of Samsung's Notice of Motion and Motion to Compel Apple
6       to Produce Documents and Things; Memorandum of Points and Authorities in
7       Support Thereof;
8       a. Confidential portions of the Declaration of Diane C. Hutnyan in Support of
9         Samsung's Motion to Compel Apple to Produce Documents and Things;
10      b. Exhibits A, B, D, J-Z, AA-CC of the Declaration of Diane C. Hutnyan in
11        Support of Samsung's Motion to Compel Apple to Produce Documents and
12        Things;
13   2. Confidential portions of Samsung's Renewed Motion to Compel Discovery
14      Relating to Mac OS 10.0; Memorandum of Points and Authorities in Support
15      Thereof;
16      a. Exhibits A-C of the Declaration of Diane C. Hutnyan in Support of
17        Samsung's Renewed Motion to Compel Discovery Relating to Mac OS
18        10.0;
19   3. Confidential portions of Samsung's Motion to Enforce Various Court Orders
20      Requiring the Production of Materials Relevant to Apple's Asserted Design
21      Patents; Memorandum of Points and Authorities in Support Thereof;
22      a. Exhibits C, D, F and I of the Declaration of Diane C. Hutnyan in Support of
23        Samsung's Motion to Enforce Various Court Orders Requiring the
24        Production of Materials Relevant to Apple's Asserted Design Patents;
25   4. Confidential portions of Samsung's Motion for Clarification Regarding the Court's
26      December 22, 2011 Order (Dkt No. 535);

    a. Confidential portions of the Declaration of Brett Arnold in support of Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535);

    b. Exhibits A-J of the Declaration of Brett Arnold in Support of Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535);

5. Samsung's Notice of Motion and Motion for a Protective Order

    a. Exhibits B-K of the Declaration of Diane C. Hutnyan in Support of Samsung's Motion for a Protective Order

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge