# EXHIBIT C

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16              UNITED STATES DISTRICT COURT

17     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19              Plaintiff, | **SAMSUNG'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLE INC.** |
| 20        vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24              Defendants. | |
| 25 | |

26

27

28

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") propound the following requests for admission on Plaintiff and Counterclaim Defendant Apple Inc. ("Apple").  Apple shall admit or deny the following statements, and serve those responses on Defendants' counsel, Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, within 30 days, or such other time as the parties agree or the Court orders. These requests for admission are continuing in nature and Apple must timely supplement the answers to them under Fed. R. Civ. P. 26(e) whenever an answer is in some material respect incomplete or incorrect.

**DEFINITIONS**

The requests for production, as well as the Instructions provided above, are subject to and incorporate the following definitions and instructions as used herein:

1.    The terms "APPLE," "PLAINTIFF," "YOU," and "YOUR" shall refer to Apple, Inc., any predecessor or successor of Apple, Inc., and any past or present parent, division, subsidiary, affiliate, joint venture, associated organization, director, officer, agent, employee, consultant, staff member, or other representative of Apple, Inc., including counsel and patent agents, in any country.

2.    The term "DEFENDANTS" and "SAMSUNG" means Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

3.    The term "APPLE ACCUSED PRODUCTS" shall mean electronic devices that allow for communications and data transfer over networks including establishing data connections, execution of user operations and audio play back of digital data that are manufactured, distributed, and/or sold by You or Your parent, subsidiary, or affiliate companies or on Your behalf, or on behalf of Your parent, subsidiary, or affiliate companies anywhere in the world, at any time between April 15, 2005 through the pendency of This Lawsuit, including each and every Apple product that Samsung has identified as infringing in any of its complaints or infringement contentions served in this action.  The term shall include, without limitation, the

SAMSUNG'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1  following devices:  the Apple iPhone, the Apple iPhone 3G, the Apple iPhone 3GS, the Apple
2  iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad 2, the iPad 2 3G.

3        4.      The term "Software" shall include source code, hardware code, machine code,
4  assembly code, or code written in any programming language, and code that can be compiled or
5  acted upon by a processor, any listings or printouts thereof, and any release notes describing the
6  features or modifications of such code.

7        5.      The term "Executable Software" shall mean computer files containing encoded
8  instructions capable of being executed by a processing unit (e.g. central processing unit, micro-
9  controller), and any release notes describing the features or modifications of such files.  The term
10 shall include, without limitation, firmware and executable binary files.

11       6.      The term "Hardware" includes all constituent parts of a device including, but not
12 limited to, assemblies, subassemblies, modules, individual integrated circuits, chipset, chipsets,
13 software, hardware-based capabilities, and/or application specific integrated circuits.

14       7.      The term "Baseband Processor" shall mean a processor in a mobile
15 telecommunications device that is mainly used to process communication functions.

16       8.      The term "3GPP" shall mean the organization known as the 3rd Generation
17 Partnership Project which specifies, develops, and promulgates technical specifications for
18 wireless networks.

19       9.      The term "person" or "persons" refers to any individual, corporation,
20 proprietorship, association, joint venture, company, partnership or other business or legal entity,
21 including governmental bodies and agencies.  The masculine includes the feminine and vice versa;
22 the singular includes the plural and vice versa.

23       10.      The terms "any," "all," "every," and "each" shall each mean and include the other
24 as necessary to bring within the scope of these requests for production all responses that might
25 otherwise be construed to be outside of their scope.

26       11.      The terms "and," "or," and "and/or" shall be construed either disjunctively or
27 conjunctively as necessary to bring within the scope of these requests for production all responses
28 that might otherwise be construed to be outside of its scope.

12.     The term "thing" refers to any physical specimen or tangible item in Your possession, custody or control, including research and development samples, prototypes, productions samples and the like.

13.     The terms "referring to," "relating to," "concerning" or "regarding" shall mean containing, describing, discussing, embodying, commenting upon, identifying, incorporating, summarizing, constituting, comprising or are otherwise pertinent to the matter or any aspect thereof.

14.     The use of the singular form of any word includes the plural and vice versa, as necessary to bring within the scope of these requests for production all responses that might otherwise be construed to be outside of its scope.

15.     The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

### INSTRUCTIONS

1.     If YOU cannot fully respond to the following Requests after exercising due diligence to secure the information requested thereby, so state, and specify the portion of each Request that cannot be responded to fully and completely.  State what efforts were made to obtain the requested information, DOCUMENTS or COMMUNICATIONS and the facts relied upon that support the contention that the Request cannot be answered fully and completely; and state what knowledge, information or belief YOU have concerning the portion of any such Requests not responded to.

2.     YOUR obligation to respond to these Requests is continuing and YOUR responses are to be supplemented to include subsequently acquired DOCUMENTS, COMMUNICATIONS or information in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the Baseband Processors in each APPLE ACCUSED PRODUCT use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the Baseband Processors in the Apple iPhone use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the Baseband Processors in the Apple iPhone 3G use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the Baseband Processors in the Apple iPhone 3GS use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the Baseband Processors in the Apple iPhone 4 use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the Baseband Processors in the iPod Touch use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the Baseband Processors in the iPad use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 8:**

Admit that the Baseband Processors in the iPad 3G use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the Baseband Processors in the iPad 2 use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the Baseband Processors in the iPad 2 3G use 16QAM modulation.

**REQUEST FOR ADMISSION NO. 11:**

Admit that the Apple iPhone 3G incorporates the following Baseband Processor:  Infineon PMB 8878 (X-GOLD 608).

**REQUEST FOR ADMISSION NO. 12:**

Admit that the Apple iPhone 3G is compliant with 3GPP Technical Specification 25.212 v.6.0.0.

1   **REQUEST FOR ADMISSION NO. 13:**

2   Admit that the Baseband Processor used in Apple iPhone 3G is compliant with 3GPP

3   Technical Specification 25.212 v.6.0.0.

4   **REQUEST FOR ADMISSION NO. 14:**

5   Admit that the Apple iPhone 3G is compliant with 3GPP Technical Specification 25.212

6   v.5.0.0.

7   **REQUEST FOR ADMISSION NO. 15:**

8   Admit that the Baseband Processor used in Apple iPhone 3G is compliant with 3GPP

9   Technical Specification 25.212 v.5.0.0.

10  **REQUEST FOR ADMISSION NO. 16:**

11  Admit that the Apple iPhone 3GS incorporates the following Baseband Processor:

12  Infineon PMB 8878 (X-GOLD 608).

13  **REQUEST FOR ADMISSION NO. 17:**

14  Admit that the Apple iPhone 3GS is compliant with 3GPP Technical Specification 25.212

15  v.6.0.0.

16  **REQUEST FOR ADMISSION NO. 18:**

17  Admit that the Baseband Processor used in Apple iPhone 3GS is compliant with 3GPP

18  Technical Specification 25.212 v.6.0.0.

19  **REQUEST FOR ADMISSION NO. 19:**

20  Admit that the Apple iPhone 3GS is compliant with 3GPP Technical Specification 25.212

21  v.5.0.0.

22  **REQUEST FOR ADMISSION NO. 20:**

23  Admit that the Baseband Processor used in Apple iPhone 3GS is compliant with 3GPP

24  Technical Specification 25.212 v.5.0.0.

25  **REQUEST FOR ADMISSION NO. 21:**

26  Admit that the Apple iPad 3G incorporates the following Baseband Processor:  Infineon

27  PMB 8878 (X-GOLD 608).

28  **REQUEST FOR ADMISSION NO. 22:**

1    Admit that the Apple iPad 3G is compliant with 3GPP Technical Specification 25.212
2 v.6.0.0.

3 **REQUEST FOR ADMISSION NO. 23:**

4    Admit that the Baseband Processor used in Apple iPad 3G is compliant with 3GPP
5 Technical Specification 25.212 v.6.0.0.

6 **REQUEST FOR ADMISSION NO. 24:**

7    Admit that the Apple iPad 3G is compliant with 3GPP Technical Specification 25.212
8 v.5.0.0.

9 **REQUEST FOR ADMISSION NO. 25:**

10    Admit that the Baseband Processor used in Apple iPad 3G is compliant with 3GPP
11 Technical Specification 25.212 v.5.0.0.

12 **REQUEST FOR ADMISSION NO. 26:**

13    Admit that the Apple iPhone 4 incorporates the following Baseband Processor:  Infineon
14 (X-GOLD 616)

15 **REQUEST FOR ADMISSION NO. 27:**

16    Admit that the Apple iPhone 4 is compliant with 3GPP Technical Specification 25.212
17 v.6.0.0.

18 **REQUEST FOR ADMISSION NO. 28:**

19    Admit that the Baseband Processor used in Apple iPhone 4 is compliant with 3GPP
20 Technical Specification 25.212 v.6.0.0.

21 **REQUEST FOR ADMISSION NO. 29:**

22    Admit that the Apple iPhone 4 is compliant with 3GPP Technical Specification 25.212
23 v.5.0.0.

24 **REQUEST FOR ADMISSION NO. 30:**

25    Admit that the Baseband Processor used in Apple iPhone 4 is compliant with 3GPP
26 Technical Specification 25.212 v.5.0.0.

27 **REQUEST FOR ADMISSION NO. 31:**

28

1    Admit that the Apple iPad 2 incorporates the following Baseband Processor:  Infineon (X-

2  GOLD 616)

3  **REQUEST FOR ADMISSION NO. 32:**

4    Admit that the Apple iPad 2 is compliant with 3GPP Technical Specification 25.212

5  v.6.0.0.

6  **REQUEST FOR ADMISSION NO. 33:**

7    Admit that the Baseband Processor used in Apple iPad 2 is compliant with 3GPP

8  Technical Specification 25.212 v.6.0.0.

9  **REQUEST FOR ADMISSION NO. 34:**

10    Admit that the Apple iPad 2 is compliant with 3GPP Technical Specification 25.212

11  v.5.0.0.

12  **REQUEST FOR ADMISSION NO. 35:**

13    Admit that the Baseband Processor used in Apple iPad 2 is compliant with 3GPP

14  Technical Specification 25.212 v.5.0.0.

15  **REQUEST FOR ADMISSION NO. 36:**

16    Admit that Apple has tested the iPhone 3G in the United States for compliance with 3GPP

17  standards.

18  **REQUEST FOR ADMISSION NO. 37:**

19    Admit that Apple has tested the iPhone 3G in the United States for compliance with a

20  3GPP carrier's network.

21  **REQUEST FOR ADMISSION NO. 38:**

22    Admit that a third party has tested the iPhone 3G in the United States for compliance with

23  3GPP standards.

24  **REQUEST FOR ADMISSION NO. 39:**

25    Admit that a third party has tested the iPhone 3G in the United States for compliance with

26  a 3GPP carrier's network.

27  **REQUEST FOR ADMISSION NO. 40:**

28

1    Admit that Apple has tested the iPhone 3G S in the United States for compliance with
2  3GPP standards.

3  **REQUEST FOR ADMISSION NO. 41:**

4    Admit that Apple has tested the iPhone 3G S in the United States for compliance with a
5  3GPP carrier's network.

6  **REQUEST FOR ADMISSION NO. 42:**

7    Admit that a third party has tested the iPhone 3G S in the United States for compliance
8  with 3GPP standards.

9  **REQUEST FOR ADMISSION NO. 43:**

10    Admit that a third party has tested the iPhone 3G S in the United States for compliance
11  with a 3GPP carrier's network.

12  **REQUEST FOR ADMISSION NO. 44:**

13    Admit that Apple has tested the iPad 3G in the United States for compliance with 3GPP
14  standards.

15  **REQUEST FOR ADMISSION NO. 45:**

16    Admit that Apple has tested the iPad 3G in the United States for compliance with a 3GPP
17  carrier's network.

18  **REQUEST FOR ADMISSION NO. 46:**

19    Admit that a third party has tested the iPad 3G in the United States for compliance with
20  3GPP standards.

21  **REQUEST FOR ADMISSION NO. 47:**

22    Admit that a third party has tested the iPad 3G in the United States for compliance with a
23  3GPP carrier's network.

24  **REQUEST FOR ADMISSION NO. 48:**

25    Admit that Apple has tested the iPhone 4 in the United States for compliance with 3GPP
26  standards.

27  **REQUEST FOR ADMISSION NO. 49:**

28

1    Admit that Apple has tested the iPhone 4 in the United States for compliance with a 3GPP

2  carrier's network.

3  **REQUEST FOR ADMISSION NO. 50:**

4    Admit that a third party has tested the iPhone 4 in the United States for compliance with

5  3GPP standards.

6  **REQUEST FOR ADMISSION NO. 51:**

7    Admit that a third party has tested the iPhone 4 in the United States for compliance with a

8  3GPP carrier's network.

9  **REQUEST FOR ADMISSION NO. 52:**

10    Admit that Apple has tested the iPad 2 in the United States for compliance with 3GPP

11  standards.

12  **REQUEST FOR ADMISSION NO. 53:**

13    Admit that Apple has tested the iPad 2 in the United States for compliance with a 3GPP

14  carrier's network.

15  **REQUEST FOR ADMISSION NO. 54:**

16    Admit that a third party has tested the iPad 2 in the United States for compliance with

17  3GPP standards.

18  **REQUEST FOR ADMISSION NO. 55:**

19    Admit that a third party has tested the iPad 2 in the United States for compliance with a

20  3GPP carrier's network.

21

22

23

24

25

26

27

28

1   DATED: September 16, 2011          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
2

3

4                                      By  /s/ Victoria F. Maroulis
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
7                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
8                                          TELECOMMUNICATIONS AMERICA, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAMSUNG'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1

<u>**CERTIFICATE OF SERVICE**</u>

2      I hereby certify that on September 16, 2011, I caused **SAMSUNG'S FIRST SET OF**

3 **REQUESTS FOR ADMISSION TO APPLE INC.** to be electronically served on the following

4 via email:

5 **ATTORNEYS FOR APPLE INC.**

6 HAROLD J. MCELHINNY
hmcelhinny@mofo.com
7 MICHAEL A. JACOBS
mjacobs@mofo.com
8 JENNIFER LEE TAYLOR
jtaylor@mofo.com
9 ALISON M. TUCHER
atucher@mofo.com
10 RICHARD S.J. HUNG
rhung@mofo.com
11 JASON R. BARTLETT
jasonbartlett@mofo.com
12 MORRISON & FOERSTER LLP
425 Market Street
13 San Francisco, California 94105-2482
Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 WILLIAM F. LEE
william.lee@wilmerhale.com
16 WILMER CUTLER PICKERING HALE
AND DORR LLP
17 60 State Street
Boston, Massachusetts 02109
18 Telephone: (617) 526-6000
Facsimile: (617) 526-5000
19
MARK D. SELWYN
20 mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
21 AND DORR LLP
950 Page Mill Road
22 Palo Alto, California 94304
Telephone: (650) 858-6000
23 Facsimile: (650) 858-6100

24

25      I declare under penalty of perjury that the foregoing is true and correct.  Executed in San

26 Francisco, California on September 16, 2011.

27                                          _/s/ Melissa N. Chan_____

28

-12-                                    Case No. 11-cv-01846-LHK
SAMSUNG'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLE INC.