# EXHIBIT F

# Alex Hu

| | |
|---|---|
| **From:** | Maselli, Samuel [Sam.Maselli@wilmerhale.com] |
| **Sent:** | Tuesday, December 06, 2011 4:16 PM |
| **To:** | Melissa Chan |
| **Cc:** | Samsung v. Apple; AppleMoFo; WH Apple Samsung NDCal Service |
| **Subject:** | FW: Apple v. Samsung: discovery correspondence |
| **Attachments:** | 12-2-2011 M Chan letter to W Overson.pdf |

Melissa,

I write in response to your attached December 2 letter seeking, among other things, Apple's confirmation that it will be producing various categories of source code and other technical documents related to the Accused Products.

With regard to Samsung's requested production of Apple's source code, please be advised that Apple is currently prepared to produce the following responsive source code in accordance with the terms of the Interim Protective Order:

- Portions of the Photos app, Photo Bucket app, and Camera app source code that relate to capturing images, displaying images, and attaching images to e-mail;
- Portions of the iPod and Music app source code that relate to playing music;
- Portions of the Clock app source code that relate to a world clock and time information;
- Portions of the Messages app source code that relate to display of incoming and outgoing messages; and
- Portions of Apple's source code relating to display of the app multitasking bar shown when a user double-clicks the Home button.

Moreover, as we have discussed, many of the categories of technical documents identified in your attached letter have been produced in the 794 investigation, and will be available for your use in this action subject to our imminent agreement on cross-use. (*See* 12/6/11 E-mail from Maselli to Kassabian.) In addition, Apple's production efforts are ongoing in this action, and, subject to its objections and the parties' meet and confer discussions (and related agreements), Apple will continue to produce non-privileged documents in response to Samsung's requests to the extent they are in Apple's possession, custody or control and can be identified after a reasonable search, including the identified categories of documents in your letter.

Regards,

Sam Maselli


**Samuel Maselli | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6148 (t)
+1 650 858 6100 (f)
sam.maselli@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent:** Friday, December 02, 2011 5:19 PM
**To:** 'Overson, Wesley E.'; 'Mazza, Mia'
**Cc:** Rachel Herrick Kassabian; Diane Hutnyan; Joby Martin; 'AppleMoFo'; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung: discovery correspondence

Counsel,

Please see the attached correspondence.

Thanks,
Melissa


**Melissa Chan**

**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5004 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
melissachan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.