# EXHIBIT G




HSPA+

About 3GPP   Specification Groups   Specifications   3GPP Calendar   Technologies   News & Events    Home page   Site Map   Contact

Home page » Technologies » Keywords & Acronyms »

## UMTS

**Universal Mobile Telecommunications System**

UMTS is an umbrella term for the third generation radio technologies developed within 3GPP.

The radio access specifications provide for Frequency Division Duplex (FDD) and Time Division Duplex (TDD) variants, and several chip rates are provided for in the TDD option, allowing UTRA technology to operate in a wide range of bands and co-exist with other radio access technologies.

UMTS includes the original W-CDMA scheme using paired or unpaired 5 MHz wide channels in globally agreed bandwidth around 2 GHz, though subsequently, further bandwidth has been allocated by the ITU on a regional basis.

These are detailed in 3GPP Technical Specifications 25.101 (FDD) and 25.102 (TDD), and allow for the eventual re-use of bands currently assigned to 2G services.

W-CDMA was specified in Release 99 and Release 4 of the specifications. High Speed Packet Access (HSPA) was introduced in Releases 5 (Downlink) and 6 (Uplink) giving substantially greater bit rates and improving packet-switched applications.

### UMTS – It's not just about radio

UMTS is not just about radio: the radio access network connects to the core network which is an evolution from the GSM core. 3GPP has expanded its capabilities, in principle allowing most services to be delivered over either 2G GERAN (GSM/EDGE) or 3G UTRAN.

The core network is becoming progressively access-agnostic, allowing home base stations serving pica-cells to connect directly to the core network via subscribers' ASDL lines.

3GPP is now working on Long Term Evolution (LTE), which will build on UMTS, as the Industry looks beyond 3G.

Just as GSM has become synonymous with the whole mobile system for 2G, UMTS is 3G, which includes the whole of the W-CDMA and HSPA specifications catalogue.

Specification work for UMTS is done in the Radio Access Network (RAN) group

Reading should start with the 25 series of the 3GPP specifications.

3GPP News

3GPP Partners News

3GPPlive tweets

3GPP Website:            Search



**8407** unique visitors average per day

   3GPP*live* has the latest videos from or about 3GPP...click .

LTE-Advanced
LTE
HSPA
GPRS & EDGE
W-CDMA
SON
SAE
eCall specifications set to save lives
In-Vehicle Systems
Conformance Testing (UE)
IMS

**3GPP Plenary Meetings**
Full Meeting Calendar

3GPP GERAN #53 - Hamburg, DE - From 27 February to 2 March
RAN/CT/SA #55 - Xiamen, CN - From 28 February to 7 March

**Releases**
About Releases

Release 12
Release 11
Release 10
Release 9

**Keywords & Acronyms**
Browse Technologies

SON
SAE
eCall specifications set to save lives
Conformance Testing (UE)

| | | |
|---|---|---|
| | Release 8 | UMTS |
| | Release 7 | GPRS & EDGE |
| | Release 6 | HSPA |
| | Release 5 | IMS |
| | Release 4 | LTE-Advanced |
| | Release 1999 | LTE |
| | Functionality in early GSM releases | W-CDMA |

3GPP © 2012 | Legal Notice - The terms 3GPP™, LTE™, and UMTS™ are registered Trade Marks of ETSI.