# EXHIBIT H

Mac
iPod
iPhone
iPad
iTunes
Support

# iPhone 4 Tech Specs

| | | |
|---|---|---|
| Color | White  | Black |
| Capacity[1] | • 8GB flash drive | |
| Size and Weight[2] |  Height: **4.5 inches (115.2 mm)**<br>Width: **2.31 inches (58.6 mm)**<br>Depth: **0.37 inch (9.3 mm)**<br>Weight: **4.8 ounces (137 grams)** | |
| Cellular and Wireless | • GSM model: UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• CDMA model: CDMA EV-DO Rev. A (800, 1900 MHz)<br>• 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)<br>• Bluetooth 2.1 + EDR wireless technology |   |
| Location | • Assisted GPS<br>• Digital compass<br>• Wi-Fi<br>• Cellular |  |
| Display | |  |

|  |  |
|---|---|
|  | - Retina display<br>- 3.5-inch (diagonal) widescreen Multi-Touch display<br>- 800:1 contrast ratio (typical)<br>- 500 cd/m2 max brightness (typical)<br>- Fingerprint-resistant oleophobic coating on front and back<br>- Support for display of multiple languages and characters simultaneously |
| Camera, Photos, and Video | - Video recording, HD (720p) up to 30 frames per second with audio<br>- 5-megapixel still camera<br>- VGA-quality photos and video at up to 30 frames per second with the front camera <br>- Tap to focus video or still images<br>- LED flash <br>- Photo and video geotagging |
| External Buttons and Connectors | External Buttons and Controls    Connectors and Input/Output  |
| Power and Battery[3] | - Built-in rechargeable lithium-ion battery<br>- Charging via USB to computer system or power adapter<br>- Talk time: Up to 7 hours on 3G, up to 14 hours on 2G (GSM) <br>- Standby time: Up to 300 hours<br>- Internet use: Up to 6 hours on 3G, up to 10 hours on Wi-Fi<br>- Video playback: Up to 10 hours<br>- Audio playback: Up to 40 hours |
| Audio Playback | - Frequency response: 20Hz to 20,000Hz<br>- Audio formats supported: AAC (8 to 320 Kbps), Protected AAC (from iTunes Store), HE-AAC, MP3 (8 to 320 Kbps), MP3 VBR, Audible (formats 2, 3, 4, Audible Enhanced Audio, AAX, and AAX+), Apple Lossless, AIFF, and WAV<br>- User-configurable maximum volume limit |
| TV and Video | - Video out support at up to 720p with Apple Digital AV Adapter or Apple VGA Adapter; 576p |

|  |  |
|---|---|
|  | and 480p with Apple Component AV Cable; 576i and 480i with Apple Composite AV Cable (cables sold separately)<br>- Video formats supported: H.264 video up to 720p, 30 frames per second, Main Profile Level 3.1 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps per channel, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; Motion JPEG (M-JPEG) up to 35 Mbps, 1280 by 720 pixels, 30 frames per second, audio in ulaw, PCM stereo audio in .avi file format |
| Headphones | - Apple Earphones with Remote and Mic<br>- Frequency response: 20Hz to 20,000Hz<br>- Impedance: 32 ohms  |
| Rating for Hearing Aids[4] | **iPhone 4 (GSM model)**<br>- 3G network - 850/1900 MHz: M4, T4<br>- 2G network - 850 MHz: M3, T3<br>- 2G network - 1900 MHz: M3, T3[5]<br>**iPhone 4 (CDMA model)**<br>- M4, T4 |
| Mail Attachment Support | **Viewable Document Types**<br>.jpg, .tiff, .gif (images); .doc and .docx (Microsoft Word); .htm and .html (web pages); .key (Keynote); .numbers (Numbers); .pages (Pages); .pdf (Preview and Adobe Acrobat); .ppt and .pptx (Microsoft PowerPoint); .txt (text); .rtf (rich text format); .vcf (contact information); .xls and .xlsx (Microsoft Excel) |
| Sensors | - Three-axis gyro<br>- Accelerometer<br>- Proximity sensor<br>- Ambient light sensor |
| System Requirements | - Apple ID (required for some features)<br>- Internet access[6]<br>- Syncing with iTunes on a Mac or PC requires:<br>    ○ Mac: OS X v10.5.8 or later<br>    ○ PC: Windows 7; Windows Vista; or Windows XP Home or Professional with Service Pack 3 or later<br>    ○ iTunes 10.5 or later (free download from www.itunes.com/download) |
| Environmental Requirements | - Operating temperature: 32° to 95° F (0° to 35° C)<br>- Nonoperating temperature: -4° to 113° F (-20° to 45° C)<br>- Relative humidity: 5% to 95% noncondensing<br>- Maximum operating altitude: 10,000 feet (3000 m) |

| Languages | **Language Support**<br>English (U.S.), English (UK), Chinese (Simplified), Chinese (Traditional), French, German, Italian, Japanese, Korean, Spanish, Arabic, Catalan, Croatian, Czech, Danish, Dutch, Finnish, Greek, Hebrew, Hungarian, Indonesian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Slovak, Swedish, Thai, Turkish, Ukrainian, Vietnamese<br><br>**Keyboard Support**<br>English (U.S.), English (UK), Chinese – Simplified (Handwriting, Pinyin, Wubihua), Chinese – Traditional (Handwriting, Pinyin, Zhuyin, Cangjie, Wubihua), French, French (Canadian), French (Switzerland), German (Germany), German (Switzerland), Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Bulgarian, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Emoji, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Icelandic, Indonesian, Latvian, Lithuanian, Macedonian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Serbian (Cyrillic/Latin), Slovak, Swedish, Thai, Tibetan, Turkish, Ukrainian, Vietnamese<br><br>**Dictionary Support**<br>English (U.S.), English (UK), Chinese (Simplified), Chinese (Traditional), French, French (Canadian), French (Switzerland), German, Italian, Japanese (Romaji, Kana), Korean, Spanish, Arabic, Catalan, Cherokee, Croatian, Czech, Danish, Dutch, Estonian, Finnish, Flemish, Greek, Hawaiian, Hebrew, Hindi, Hungarian, Indonesian, Latvian, Lithuanian, Malay, Norwegian, Polish, Portuguese, Portuguese (Brazil), Romanian, Russian, Slovak, Swedish, Thai, Turkish, Ukrainian, Vietnamese |
| --- | --- |
| In the Box | - iPhone 4<br>- Apple Earphones with Remote and Mic<br>- Dock Connector to USB Cable<br>- USB Power Adapter<br>- Documentation  |

## iPhone and the Environment

Apple takes a complete product life cycle approach to determining our environmental impact. Learn more

**iPhone 4 embodies Apple's continuing environmental progress. It is designed with the following features to reduce environmental impact:**

- Mercury-free LED-backlit display
- Arsenic-free display glass
- Brominated flame retardant-free
- PVC free
- Majority of packaging made from post-consumer recycled fiberboard and biobased materials
- Power adapter outperforms strictest global energy efficiency standards

**Apple and the Environment**
Learn more about Apple's dedication to reducing the environmental impact of our products and process. Apple Product Environmental Reports detail the environmental attributes of our products.

**Recycling**
Apple takes a holistic view of materials management and waste minimization. Learn more about how to recycle your iPhone.

 Compare iPhone Models  iPhone 4S Tech Specs

## Accessories

 iPhone 3GS Tech Specs

**Apple In-Ear Headphones with Remote and Mic**

Engineered for extreme clarity and audio accuracy, these headphones let you hear musical details you've been missing. View



**Apple USB Power Adapter**

Use this ultracompact USB-based adapter to charge your iPhone whenever it's not connected to a computer. View



**Apple iPhone Bumpers**

Made of durable rubber and molded plastic, the two-tone iPhone Bumper fits snugly around the edges of iPhone 4S and iPhone 4. And adds a splash of color. View



**Other Accessories**

iPhone 4 Dock
iPhone 4 Dock Inserts
Apple Dock Connector to USB Cable
Apple Earphones with Remote and Mic
Apple Digital AV Adapter
Apple VGA Adapter
iPhone TTY Adapter
Apple Component AV Cable
Apple Composite AV Cable
AirPort Extreme Base Station
Nike + iPod Sensor
World Travel Adapter Kit
See more accessories in the Apple Online Store

1. 1GB = 1 billion bytes; actual formatted capacity less.
2. Actual size and weight vary by configuration and manufacturing process.
3. All battery claims depend on network configuration and many other factors; actual results will vary. Battery has limited recharge cycles and may eventually need to be replaced by Apple service provider. Battery life and charge cycles vary by use and settings. See www.apple.com/batteries and www.apple.com/iphone/battery.html for more information.
4. Based on testing conducted by an independent laboratory following the ANSI standard C63.19, "American National Standard for Methods of Measurement of Compatibility between Wireless Communications Devices and Hearing Aids." Learn more about hearing aid compatibility at www.apple.com/support/hac.
5. Activation of Hearing Aid Mode is necessary to meet the hearing aid compatibility standard on iPhone 4 (GSM model). Activate at Settings > General > Accessibility.
6. Wireless broadband recommended; fees may apply

Some features, applications, and services are not available in all areas. See your carrier for details. Application availability and pricing are subject to change.

| iPhone | iPhone 4 Technical Specifications |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2012 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy