# EXHIBIT I

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

December 16, 2011

<u>VIA E-MAIL</u>

Jason Bartlett
Mia Mazza
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Re:    *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Jason and Mia:

I write in regard to certain deficiencies in Apple's production.  Local Patent Rule 3-2(a) obligates Apple to produce prior art relevant to any asserted patent, but Apple has failed to produce or make available for inspection, any source code, functional exemplars, or documents regarding products designed, produced, and/or commercialized by NeXT Computer, Inc. (a.k.a. NeXT Software, Inc., and NeXT, Inc), or its subsidiaries.  Samsung is aware that Apple is in possession of, or has control over, these documents.  Please produce, or make available for inspection:

(1) a fully operational exemplar of NeXTcube and NeXTstation workstation computers running the NeXTSTEP Operating System, versions 3.0 and 3.1;

(2) fully operational and installable copy of the executable software for NeXTSTEPOperating System, version 3.0 and 3.1, and source code for the same;

(3) all documents describing the function or operation of the NeXTSTEP Operating System, versions 3.0 and 3.1, including, but not exclusive to technical documents, user guides, manuals,

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

design documents, development documents, use cases, functional diagrams, and marketing documents;

(4) documents sufficient to identify all persons involved in the design and coding of the NeXTSTEP application dock, the icon bar on the right side of the NeXTSTEP Operating System, versions 3.0 and 3.1; and

(5) all documents and things relating to the NeXTSTEP application dock, NeXTcube, NeXTstation, all versions of the NeXTSTEP Operating System, NeXT Computer, Inc., (a.k.a. NeXT Software, Inc., or NeXT, Inc.) or subsidiaries of NeXT Computer, Inc., produced to Motorola in Apple, Inc. v. Motorola, Inc., Case No. 10-CV-662, Western District of Wisconsin.

These documents are highly relevant to the '002 patent and under the Local Patent Rules, Apple is obligated to produce them or make them available for inspection. Additionally, Apple remains obligated to produce these documents in response to Requests 233-39 of Samsung's Third Set of Requests for Production, served on Apple October 5, 2011. Apple's objections and responses to these requests, received November 7, 2011, provided no legitimate basis for withholding these documents—a significant portion of these documents were identified, collected, and produced or made available for inspection in recent litigation.

We have not been able to locate documents like the ones described above, provided by Apple. Samsung requests that Apple immediately produce or make available for inspection documents and source code regarding NeXT, as described above.


Kind regards,

*/s/*

Diane C. Hutnyan

2