# EXHIBIT R
# FILED UNDER SEAL

Case 5:11-cv-01846-LHK   Document 603-19   Filed 01/11/12   Page 1 of 1