# EXHIBIT AA
# FILED UNDER SEAL