1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100

9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17               UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

21              Plaintiff,                         **DECLARATION OF BILL TRAC IN
                                                  SUPPORT OF SAMSUNG'S RENEWED
22        vs.                                     MOTION TO COMPEL**

23 SAMSUNG ELECTRONICS CO., LTD., a              Date: January 18, 2012
   Korean business entity; SAMSUNG              Time: 2:00 p.m.
24 ELECTRONICS AMERICA, INC., a New             Place: Courtroom 5, 4th Floor
   York corporation; SAMSUNG                    Judge: Hon. Paul S. Grewal
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

26

27              Defendant.

28

I, Bill Trac, declare:

1.     I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.     On December 20, 2011, I inspected a computer that Apple represented was a functioning example of a computer running Mac OS 10.0. The inspection took place at the office of Apple's counsel, Morrison & Foerster, in Palo Alto, California.

3.     The computer Apple produced was an Apple Power Mac G4 desktop computer, attached to an Apple Studio Display monitor. The computer was running Mac OS X, version 10.0, build 4K78.

4.     The Apple Studio Display monitor had a small conductive button on the front face etched with an iconized sun, indicating brightness controls. When pressed, the button area lit up, but the brightness of the monitor did not change. I observed no other reaction from pressing the brightness button.

5.     Despite spending over an hour inspecting the computer, including procuring and installing an additional USB cable attaching the Apple Studio Display to the Power Mac G4, neither I nor my colleague Alex Baxter were able to adjust the brightness of the Studio Display. We were similarly unable to reproduce the brightness adjustment window pictured in the November 15 letter from Rachel Herrick Kassabian.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 10, 2012.

_/s/ Bill Trac_____

Bill Trac

02198.51855/4543852.1

Case No. 11-cv-01846-LHK

DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S RENEWED MOTION TO COMPEL

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Bill Trac.


    */s/ Victoria Maroulis*

DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S RENEWED MOTION TO COMPEL