1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21              Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF** |
| 22              vs. | **SAMSUNG'S RENEWED MOTION TO COMPEL PRODUCTION OF MAC OS** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **10.0** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date: January 2012 |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 10:00 am.<br>Place: Courtroom 5, 4th Floor |
| 26              Defendant. | Judge: Hon. Paul S. Grewal |
| 27 | **[PROPOSED] PUBLIC REDACTED VERSION** |
| 28 | |

1   I, Diane C. Hutnyan, declare:

2   1.   I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
3   counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung
4   Telecommunications America, LLC (collectively, "Samsung") in this action.  Unless otherwise
5   indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as
6   a witness, I could and would testify as follows.

7   2.   Attached as **Exhibit A** is a true and correct excerpt of the Deposition of Bas
8   Ording, at 149:17-24.

9   3.   Attached as **Exhibit B** is a true and correct copy of a letter sent from M. Ducca to
10  M. Mazza on 11-01-11.

11  4.   Attached as **Exhibit C** is a true and correct copy of a letter from M. Ducca to M.
12  Mazza on 11-08-1; a true and correct copy of a letter from R. Kassabian to J. Bartlett on 11-08-l1;
13  a true and correct copy of a letter from M. Mazza to M. Ducca, 11-10-11; a true and correct copy
14  of a letter from M. Mazza to R. Kassabian, 12-05-11; a true and correct copy of a letter from R.
15  Kassabian to J. Bartlett, 11-15-11; a true and correct copy of a letter from R. Kassabian to M.
16  Mazza, 11-20-11; a true and correct copy of a letter from R. Kassabian to M. Mazza, 12-03-11.
17  These letters detail Apple's changing positions, delay and ultimate refusal to produce relevant
18  source code to Apple.

19  5.   Attached as **Exhibit D** are true and correct excerpts of the transcript of the Court's
20  hearing in this matter on December 16, 2011.

21  6.   Attached as **Exhibit E** is a true and correct copy of a letter from M. Ducca to  M.
22  Mazza on 12-20-11.

23  7.   Attached as **Exhibit F** is a true and correct copy of a letter from J. Bartlett to M.
24  Ducca on 12-22-11.

25  8.   Attached as **Exhibit G** is a true and correct copy of a letter from J. Bartlett to M.
26  Ducca on 01-02-12.

27  9.   On December 21, 2011, the parties held a meet and confer during which the parties
28  discussed Apple's failure to production of a computer running Mac OS X 10.0 with a brightness

1  adjustment button.  Apple agreed to investigate Samsung's concerns and produce the proper
2  computer.  Thus far they have not done so.

3

4  DATED: January 10, 2012                Respectfully submitted,

5                                          QUINN EMANUEL URQUHART &
6                                          SULLIVAN, LLP

7

8                                          By /s/ *Diane C. Hutnyan*
                                             Diane C. Hutnyan
9                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
10                                           INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I hereby attest that Diane C. Hutnyan has concurred in this filing.

DATE: January 10, 2012                                         /s/ Victoria Maroulis