UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF MAC OS 10.0** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On January 10, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved this court to compel Apple Inc to produce a computer capable of running the Mac OS 10.0 operating on system on which the brightness button is functional.   Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

Samsung's Motion to enforce discovery orders against Apple Inc. is GRANTED. Apple Inc will produce a computer capable of running the Mac OS 10.0 operating on system on which the brightness button is functional by January 22, 2012.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE PAUL S. GREWAL
United States Magistrate Judge