1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                        UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21          Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE COURT ORDERS** |
| 22          vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date: January 18, 2012<br>Time: 2:00 p.m. |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 26          Defendant. | **[PROPOSED] PUBLIC REDACTED VERSION** |

I, Diane C. Hutnyan, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") in this action.  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Attached as **Exhibit A** is a true and correct copy of  a letter from M. Mazza to D. Hutnyan on 12-24-11.

3. Attached as **Exhibit B** is a true and correct copy of Samsung's Requests for Production of Documents and Things Relating to Apple Inc.'s Motion for a Preliminary Injunction, Request No.1.

4. Attached as **Exhibit C** is a true and correct excerpt of the December 1, 2011 Deposition of Jonathan Ive at 21:4-28:25.

5. Attached as **Exhibit D** is a true and correct copy of a letter from J. Bartlett to D. Hutnyan on 1-5-12.

6. Attached as **Exhibit E** is a true and correct copy of a letter from M. Mazza to C. Verhoeven on 1-7-12

7. Attached as **Exhibit F** is a true and correct copy of a letter from J. Bartlett to D. Hutnyan on 1-7-12.

8. Attached as **Exhibit G** are true and correct copies of the photographs taken by Samsung of the 035 Tablet Mockup, Bates Range APLNDC-X0000006115-6129).

9. Attached as **Exhibit H** is a true and correct copy of a letter from J. Bartlett to R. Kassabian on 11-28-11.

10. Attached as **Exhibit I** is a true and correct excerpt of the January 6, 2012 Deposition of Tracy Durkin at 103:16 – 104:5.

11.     On January 5, 2012, I attended the Lead Counsel Meet and Confer in this action. At this meeting Apple said that the redactions of the design investor sketchbooks already produced to Samsung had been made by Apple's outside counsel and not by its design inventors.

12.     Quinn Emanuel Urquhart & Sullivan attorneys were unsuccessful at reviewing Apple's 035 CAD files at its escrow facility.  Apple admitted that the 035 CAD files were not visible at the escrow facility, it promised to send .pdf files to Quinn Emanuel Urquhart & Sullivan instead.  After 10:00 p.m. on Saturday, January 7, 2012, some .pdfs were produced, but without any filepath or metadata information.

13.     As of the time of this declaration, counsel for Apple has not informed that any photographs of the 035 Tablet have been de-designated as confidential.

14.     Counsel for Apple has informed me that it refuses to de-designate several photos of the 035 Tablet on the basis that the measures of scale that appear on the photographs constitute proprietary information about the size of the mockup.  Apple has admitted that the images of the device itself do not otherwise display proprietary information.

15.     At parties' lead counsel meet and confer, the parties discussed Apple's position on these topics.  With regard to design inventor sketchbooks, Apple confirmed that it would not produce design inventor sketchbooks prior to January 1, 2003.  As for MCOs, CAD drawings, working prototypes, and physical models, Apple did not agree to produce all relevant documents and things, and further refused to provide a date certain for production of working prototypes. Apple also reiterated that it would not produce any partial prototypes, or pieces or prototypes. Finally, Apple refused to de-designate all photos of the 035 tablet mockup beyond what has been produced to the PTO.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & |
| 3 | | SULLIVAN, LLP |

By/s/ *Diane C. Hutnyan*
Diane C. Hutnyan
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC