# EXHIBIT G



APLNDC-X0000006115



APLNDC-X0000006116



APLNDC-X0000006117



APLNDC-X0000006118



APLNDC-X0000006119



APLNDC-X0000006120



APLNDC-X0000006121

APLNDC-X0000006122



APLNDC-X0000006123



APLNDC-X0000006124



APLNDC-X0000006125



APLNDC-X0000006126



APLNDC-X0000006127



APLNDC-X0000006128



APLNDC-X0000006129