# EXHIBIT H

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 28, 2011

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

Via E-Mail (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

I write regarding the Court's Order of November 16, 2011 relating to the photographs of the device mockup submitted in the patent application which issued as Patent No. D504,889 ("the D'889 Patent").

Apple searched the following custodians and sources for responsive photographs:

- Apple's outside prosecuting attorney, Tracy Durkin of Sterne, Kessler, Goldstein & Fox. Sterne Kessler received from Beyer Weaver, the firm of Apple's former prosecuting agent Quin Hoellwarth, the entire file that Beyer Weaver possessed relating to the prosecution of the D'889 Patent. Ms. Durkin searched both electronic and paper files relating to the D'889 Patent. Apple acquired from Ms. Durkin the best copies of the photographs that were present in the file. Original photographs were not found.

- Steve Beyer of the Beyer Law Group, formerly of the Beyer Weaver firm. Mr. Beyer checked both hard copy and electronic document repositories relating to the D'889 Patent. Mr. Beyer confirmed that his firm has previously transferred its whole file to Sterne Kessler at Apple's request.

- Quin Hoellwarth, formerly of the Beyer Weaver firm and now an in-house patent agent at Apple. Mr. Hoellwarth did not take any files related to the prosecution of the D'889 Patent with him to Apple. Nonetheless, Mr. Hoellwarth searched his own paper files, emails, and local electronic drives. As noted above, Mr. Hoellwarth's former firm sent its entire file for the D'889 Patent to Tracy Durkin at Sterne Kessler.

sf-3074074

MORRISON | FOERSTER

Rachel Herrick Kassabian
November 28, 2011
Page Two

> Mr. Hoellwarth did not possess original photographs or any copies that were better than the copies provided by Ms. Durkin.

- Apple's legal department.  Mr. Hoellwarth also searched Apple legal department paper files and servers.

- Publicly available files stored by the USPTO.

The above searches were manual, were intended to search in each location previously known potentially to have contained the files, and accordingly did not rely on any automated date restrictions or search terms.

I have also attached a stipulation following the language required in the Court's November 16, 2011 Order.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

Encl.

sf-3074074

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION REGARDING PHYSICAL MODEL AND RELATED PHOTOGRAPHS** |

1   Apple Inc. ("Apple"), through its counsel, stipulates as follows:

2   1.   The specific physical model identified by Apple industrial designer Christopher Stringer during his November 4, 2011 deposition, identified as Apple Model 035, is the same model or mockup appearing in the photographs of the D'889 patent prosecution history produced by Apple.

6   2.   The photographs from the D'889 patent prosecution history produced by Apple are the highest quality that it has found.

Dated: November 28, 2011                    MORRISON & FOERSTER LLP

                                            By:   */s/ Michael A. Jacobs*
                                                  Michael A. Jacobs

                                            Attorneys for Plaintiff
                                            APPLE INC.