UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO ENFORCE VARIOUS COURT ORDERS REQUIRING THE PRODUCTION OF MATERIALS RELEVANT TO APPLE'S ASSERTED DESIGN PATENTS** |

On January 10, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved this court to enforce discovery orders previously imposed against Apple Inc.  Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

Samsung's Motion to enforce discovery orders against Apple Inc. is GRANTED.  Apple Inc. will comply in full with all standing discovery orders by January 25, 2012.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge