# EXHIBIT A
(submitted under seal)

# EXHIBIT B
(submitted under seal)

# EXHIBIT C
(submitted under seal)

# EXHIBIT D
(submitted under seal)

# EXHIBIT E
(submitted under seal)

# EXHIBIT F
(submitted under seal)

# EXHIBIT G
(submitted under seal)

# EXHIBIT H
(submitted under seal)

# EXHIBIT I
(submitted under seal)

# EXHIBIT J
(submitted under seal)