UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR CLARIFICATION** |

　　Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for Clarification Regarding The Court's December 22, 2011 Order (Dkt No. 535).   Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's motion in its entirety.

　　Samsung's expert Itay Sherman shall be permitted to view the following:

1. Exhibits used in the depositions of Apple's design patent inventors that Apple designated as confidential;

2. The deposition transcripts and declarations of Apple's design experts that Apple has designated as confidential, including any exhibits;

3. Any declarations from Apple's design inventors, including exhibits;

4. Apple's physical design models and prototypes, including photographs taken of them;

5. Internal design team emails that relate to phone, music player, and tablet industrial designs.

This order is without prejudice to Samsung's ability to seek further relief regarding newly produced design materials or categories of documents not addressed in this order.

**IT IS SO ORDERED.**

DATED:   _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge