# EXHIBIT I
# (Submitted Under Seal)