# EXHIBIT J
# (Submitted Under Seal)