UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR A PROTECTIVE ORDER** |

On January 10, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved this court to invoke its proposed protective order.   Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

1    Samsung's Motion to impose its Protective Order is GRANTED.    Apple Inc. Motion to
2 impose its competing Protective Order is DENIED.    The Protective Order proposed by Samsung
3 will immediately take effect in place of the Interim Protective Order.

4    **IT IS SO ORDERED.**

6 DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge