1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
      kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
      victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10    Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20  APPLE INC., a California corporation,    | CASE NO. 11-cv-01846-LHK

21         Plaintiff,

22     vs.

23  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
24  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
25  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
26
           Defendant.
27

28

# DEFENDANT SAMSUNG'S NOTICE OF CORRECTION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS

Defendant Samsung respectfully submits the following corrections to Samsung's Motion to Compel the Production of Documents and Things.

First, Samsung wishes to replace the omitted text on page 38, with:

**RESPONSE TO REQUEST FOR PRODUCTION NO. 252**:

Apple objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce responsive, non-privileged documents in its possession, custody, or control, if any, located after a reasonable search, sufficient to show U.S. sales of accused products over the relevant time period, including information related to revenue and profitability.

Second, Samsung wishes to replace the omitted text on page 39, with:

**RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

Apple objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing General and Specific Objections, Apple has produced or will produce responsive, non-privileged documents in its possession, custody, or control, if any, located after a reasonable search, sufficient to show U.S. sales of accused products over the relevant time period, including information related to revenue and profitability.

Third, Samsung wishes to replace the omitted text on page 39, with:

**RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

Apple objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

1  Subject to and without waiving the foregoing General and Specific Objections, Apple has
2  produced or will produce responsive, non-privileged documents in its possession, custody, or
3  control, if any, located after a reasonable search, sufficient to show U.S. sales of accused products
4  over the relevant time period, including information related to revenue and profitability.

6  Samsung did not realize this error until after its Motion to Compel had been filed.

8  DATED: January 11, 2012             Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By /s/
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC