| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On January 11, 2012, I served true copies of the documents described as

1. Samsung's Notice of Motion and Motion to Compel Apple to Produce Documents and Things; Memorandum of Points and Authorities in Support Thereof;
    a. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Apple to Produce Documents and Things, including exhibits;
2. Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10.0; Memorandum of Points and Authorities in Support Thereof;
    a. Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10.0, including exhibits;
3. Samsung's Motion to Enforce Various Court Orders Requiring the Production of Materials Relevant to Apple's Asserted Design Patents; Memorandum of Points and Authorities in Support Thereof;
    a. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Enforce Various Court Orders Requiring the Production of Materials Relevant to Apple's Asserted Design Patents, including exhibits;
4. Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535)
    a. Declaration of Brett Arnold in Support of Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order (Dkt No. 535), including exhibits;
5. Samsung's Motion for Protective Order;
    a. Declaration of Diane C. Hutnyan in Support of Samsung's Motion for a Protective Order.

1  by emailing a link to an FTP site containing the aforementioned documents to the interested
2  parties in this action as follows:

### Counsel for Apple, Inc.

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | ANDREW MONACH<br>amonach@mofo.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | ERIK J. OLSON<br>ejolson@mofo.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | VICTOR F. SOUTO<br>vic.souto@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | EMILY R. WHELAN<br>emily.whelan@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | JAMES C. BURLING<br>james.burling@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| JOSHUA R. BENSON<br>jbenson@tcolaw.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| WILLIAM F. LEE<br>william.lee@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| DAVID B. BASSETT<br>david.bassett@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |

1  MICHAEL SAJI
   michael.saji@wilmerhale.com
2
3  BRIAN SEEVE
   brian.seeve@wilmerhale.com
4
5  Executed on January 11, 2012, at Redwood Shores, California.

6
                                           /s/   *Bill Trac*_____
7                                          Bill Trac

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I hereby attest that Bill Trac has concurred in this filing.

DATE: January 11, 2012                                        /s/ Victoria Maroulis