1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>            v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON SCHEDULE FOR BRIEFING AND HEARING DISCOVERY MOTIONS** |

1    Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that
2    discovery motions they each plan to file this week are heard on shortened time.  This request is
3    supported by the attached Declaration of Mia Mazza in Support of Stipulation to Shorten Time on
4    Schedule for Briefing and Hearing Discovery Motions.
5    WHEREAS, on January 5, 2012, the parties held a lead trial meet-and-confer session in an
6    attempt to resolve several discovery disputes that have arisen between the parties, but after
7    lengthy discussion, some disputes between the parties remain unresolved;
8    WHEREAS, both parties wish to file discovery motions that will be heard as quickly as
9    possible, to ensure that any resulting Order may allow for timely relief in light of upcoming
10   depositions and the March 8, 2012, fact discovery cutoff;
11   WHEREAS, under the proposed expedited schedule, the parties are prepared to waive
12   their respective rights to submit reply memoranda in support of their motions; and
13   WHEREAS, the proposed expedited schedule would not postpone any of the other
14   deadlines set in this case; rather, it would merely provide an avenue for the parties to obtain
15   expedited relief;
16   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
17   parties that:
18   1. Each party's opening briefs shall be filed by Tuesday, January 10, 2012;
19   2. Each party's opposition briefs shall be filed by 8 a.m. on Tuesday, January 17, 2012;
20   and
21   3. The hearing on both parties' motions shall take place on January 18, 2012 at 2:00 P.M.,
22   or such other time thereafter as the Court may calendar.
23   **IT IS SO STIPULATED.**
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: January 9, 2012 | JASON R. BARTLETT<br>MORRISON & FOERSTER LLP |

By:  /s/ *Jason R. Bartlett*
     JASON R. BARTLETT

Attorneys for Apple

Dated: January 9, 2012    RACHEL HERRICK KASSABIAN
    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

By:  /s/ *Rachel Herrick Kassabian*
     RACHEL HERRICK KASSABIAN

Attorneys for Samsung

*** *** ***

**ORDER**

Pursuant to Stipulation, and GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED.**

Dated:                                              By: *[signature]*
                                                      Honorable Paul S. Grewal, U.S.M.J.