# Exhibit EE

# Filed Under Seal