WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | Case No. 11-CV-01846-LHK<br><br>**APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NO. 600**<br><br>Date: No Hearing Requested<br>Time:<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaim-Plaintiffs, |
| 6 | v. |
| 7 | APPLE INC., a California corporation, |
| 8 | |
| 9 | Counterclaim-Defendant. |

Apple Inc. hereby moves to remove the following documents from ECF, filed on January 10, 2012, as Docket No. 600 in Case No. 11-cv-01846-LHK:

- **APPLE INC.'S MOTION TO COMPEL DISCOVERY RELATING TO ITS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (Dkt. 600-1)**
- **DECLARATION OF SAMUEL J. MASELLI IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL DISCOVERY RELATING TO ITS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (Dkt. 600-2)**
- **EXHIBIT EE (Dkt. 600-33)**

After Apple had finalized and was filing its motion papers, defendant Samsung informed Apple that Exhibit EE, a letter from Samsung's counsel, should have been labeled Confidential. As a result of Samsung's assertion of confidentiality, Apple has determined to file Exhibit EE under seal, and to redact those portions of its Motion to Compel and the Declaration of Samuel J. Maselli that discuss Exhibit EE. The ECF helpdesk has already been contacted, and they have promptly locked the documents in question and are awaiting the Court's order to remove them from the record.

Apple is resubmitting these documents under seal and has lodged a copy with the clerk's office today on January 11, 2012. Apple has also resubmitted redacted versions of these

documents (*see* Dkt. 611), and expects that Samsung will submit a declaration and proposed sealing order pursuant to Local Rule 79-5(d).

      For the foregoing reasons, Apple Inc. respectfully requests that the Court grant Apple Inc.'s Motion to Remove Incorrectly Filed Documents:  Docket No. 600.

Dated:  January 11, 2012

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 11, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn