1  WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  60 State Street
4  Boston, Massachusetts 02109
   Telephone: (617) 526-6000
5  Facsimile: (617) 526-5000

6
   MARK D. SELWYN (SBN 244180)
7  mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
9  950 Page Mill Road
   Palo Alto, California 94304
10 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
11
12 Attorneys for Plaintiff and
   Counterclaim-Defendant Apple Inc.
13
                **UNITED STATES DISTRICT COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
15
16 APPLE INC., a California corporation,
17              Plaintiff,
18       vs.                                    Case No. 11-CV-01846-LHK

19 SAMSUNG ELECTRONICS CO., LTD., a             **APPLE INC.'S MOTION TO REMOVE**
   Korean business entity, SAMSUNG              **INCORRECTLY FILED DOCUMENTS:**
20 ELECTRONICS AMERICA, INC., a New             **DOCKET NO. 600**
   York corporation, and SAMSUNG
21 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,   Date: No Hearing Requested
22                                              Time:
                Defendants.                     Courtroom: 5, 4th Floor
23                                              Honorable Paul S. Grewal
24
25
26
27
28
                                               [PROPOSED] ORDER GRANTING
                                               APPLE INC.'S MOTION TO REMOVE
                                               INCORRECTLY FILED DOCUMENTS
                           1                   Case No. 11-cv-01846 (LHK)

1  SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity, SAMSUNG
2  ELECTRONICS AMERICA, INC., a New
   York corporation, and SAMSUNG
3  TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
4
5                    Counterclaim-Plaintiffs,
6          v.
7
   APPLE INC., a California corporation,
8
                    Counterclaim-Defendant.
9
10         Plaintiff Apple Inc. ("Apple") has moved to remove incorrectly filed Docket No. 600.

11  Having considered the arguments of the parties and the papers submitted, and finding good cause

12  therefore, the Court hereby grants Apple Inc.'s Motion to Remove Incorrectly Filed Documents:

    Docket No. 600.
13
14         **IT IS SO ORDERED.**
15
    Dated:                          By: _____
16                                        Honorable Paul S. Grewal, U.S.M.J.
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
APPLE INC.'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS
Case No. 11-cv-01846 (LHK)