HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**ADMINISTRATIVE MOTION TO SEAL APPLE'S MOTION TO COMPEL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves this Court for an order to seal the following documents:

   1. Apple's Motion to Compel Production of Documents and Things;

   2. Exhibits A, H, and J to the Declaration of Mia Mazza in Support of Apple's Motion to Compel Production of Documents and Things ("Mazza Declaration").

   The above items contain material that Samsung has designated as confidential under the interim protective order. In particular, item 1 includes references to a deposition transcript that Samsung designated as containing confidential business information. Exhibit A to the Mazza Declaration consists of the selections to the deposition transcript designated by Samsung as containing confidential business information referenced in item 1. Exhibit H to the Mazza Declaration is a letter containing references to documents that were designated by Samsung as confidential when produced. Exhibit J to the Mazza Declaration is a letter sent by Samsung to Apple that Samsung's counsel subsequently designated as Highly Confidential.

   Apple expects that pursuant to Civil L.R. 79-5(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials. Proposed public redacted versions of the documents listed above are attached hereto as exhibits if appropriate.

Dated: January 11, 2012          MORRISON & FOERSTER LLP


                                 By:  */s/ Michael A. Jacobs*
                                      Michael A. Jacobs

                                      Attorneys for Plaintiff
                                      APPLE INC.