# Exhibit B

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
melissachan@quinnemanuel.com

January 3, 2012

**VIA ELECTRONIC MAIL**

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:   Apple Inc. v. Samsung Elecs. Co., Case No. 11-cv-1846 LHK

Dear Mia:

I write in response to your letter dated January 2, 2011 concerning production of source code and technical documents relating to the accused products.

As an initial matter, Samsung rejects Apple's interpretation of what the Court's December 22, 2011 Order required Samsung to produce.  Samsung's recent production of source code and technical documents is based on the plain language of the Order, which compelled production of "[s]ource code and technical documents showing the operation of the allegedly infringing product features" for which the parties have met and conferred.  If the Court intended to compel the production described in Apple's proposed order or in its December 6, 2011 letter, the Court would have done so explicitly.  It did not do so.

As noted in your letter, the Court denied Apple's motion as to the majority of its requests for technical documents due to Apple's failure to meet and confer about the scope and relevance of these requests (including RFP No. 193, which you omit from your letter) before filing its motion. Although your January 2, 2011 letter attempts to create the appearance of meeting and conferring, the letter simply restates Apple's demand for immediate production while ignoring

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Mia Mazza
January 3, 2012

the objections Samsung raised in its written responses and in my letter dated December 2, 2011. Please make yourself available to discuss this issue tomorrow at 8 a.m., and be prepared to respond to Samsung's objections, with citation to authority.

Specifically, now that Samsung has produced documents sufficient to show the operation of the allegedly infringing products' features, Apple must be prepared to justify why these additional requests are relevant. For example, Apple must explain its asserted need for documents showing the "evolution" of the entire operating system, every aspect of Samsung's touchscreens, and each application installed on the accused products. *See* RFP Nos. 225, 229, and 233. Similarly, Apple must explain the relevance of updates made to product features that are not accused in this action and/or updates initiated by parties other than Samsung. *See* RFP Nos. 226, 230, and 234. Samsung also believes that Apple's requests for all documents "referring or relating to" any "feature" or "characteristic" of the operating systems, touchscreens, and installed applications are patently overbroad on their face. *See* RFP Nos. 227, 231, and 235.

Samsung also expects Apple to be prepared to discuss Samsung's corresponding requests for source code and technical documents. While Apple indicated today, for the first time, that certain categories of source code are now available for inspection, Apple's production does not reflect the full scope of production requested in my December 2, 2011 letter and Samsung RFP Nos. 39, 195, 196, 200, 202, 205, 207-210, and 212-218. As indicated in Diane Hutnyan's recent letter, Samsung is seeking Apple's commitment to producing all documents responsive to these requests before January 10, 2011.

Very truly yours,


Melissa N. Chan

2