# Exhibit C

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

December 30, 2011

**VIA ELECTRONIC MAIL**

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:   Apple Inc. v. Samsung Elecs. Co., Case No. 11-cv-1846 LHK

Dear Mia:

I write in response to your letter dated December 28, 2011 concerning production of additional sketchbooks, CAD, and physical models.

Apple has no basis for requesting documents relating to unaccused products.  Samsung, unlike Apple, has been manufacturing "phone products" for nearly thirty years.  Yet Apple has not limited its requested to any reasonable time period.  Moreover, Apple has not even limited its request to *mobile phones*, much less smartphones—although even this request would be overbroad.  As stated, Apple's requests seek CAD files, sketchbooks and physical models relating to *hundreds*, if not thousands, of products that have absolutely nothing to do with Apple's asserted intellectual property or the Samsung accused products—*e.g.*, car phones from 1983, cordless home phones from 1992, and flip phones from 1998.  Even if such documents and things were relevant (and of course they are not) the burden imposed on Samsung would be oppressive.

Samsung raised these precise concerns during the last meet and confer call.  Apple made no attempt to address them during the call, and thus it is no surprise that you make no attempt to

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia  | TEL +7 495 797 3666 FAX +7 495 797 3667

Case 5:11-cv-01846-LHK   Document 613-5   Filed 01/11/12   Page 3 of 3

Mia Mazza
December 30, 2011

address them in your letter.  Instead of meeting and conferring in good faith as to the scope and relevance of Apple's requests, your letter continues Apple's demonstrated strategy of merely repeating its requests, demanding immediate production, and threatening motion practice.  We remain available to discuss ways to narrow these requests down to something relevant to this case, if you are so inclined.

Very truly yours,

/s/

Rachel Herrick Kassabian

2