Exhibit E

View this article at:
http://www.electronista.com/articles/12/01/02/samsung.draws.flak.for.reusing.apple.actor.in.ad/

**Samsung takes girl from iPhone 4S ad for Galaxy Tab 8.9   Monday, Jan 02, 2012 9:05am spot**



Samsung has drawn criticism Monday after viewers realized that it was reusing a child actress from an iPhone 4S ad for a Galaxy Tab 8.9 LTE spot. The 30-second segment (below), since pulled from Samsung's official YouTube account, has the same actress as seen in an iPhone 4S camera ad. It also takes a slightly Apple-like tack in focusing on the human side of using a tablet rather than Samsung's usual emphasis on hardware.

The choice is somewhat unusual given that the ad has so far aired on TV only in Samsung's native Korea. AT&T sells the Galaxy Tab 8.9 LTE in the US, but it might not compel Samsung to run the same ad.

Reusing actors isn't uncommon in commercials, where there's often a limited pool of talent. It's possible Samsung may have unintentionally picked the same girl because she was the best or only one available at recording time.

The choice still comes at an awkward point for Samsung, as it's facing numerous lawsuits and trade disputes for allegedly copying the iPad with its existing Galaxy Tab line. Fueling suspicion may be Samsung's demonstrated overeagerness to beat Apple directly; it vowed to change the Galaxy Tab 10.1 after being caught off-guard by the iPad 2 and, conveniently, had a more iPad 2-like design in just five weeks. [via Inneractive]





LAPTOPS | DESKTOPS | TABLETS | PHONES | SOFTWARE | CAMERAS | HDTVS | PRINTERS | MORE



**TOP SEARCHES:** Kindle Fire    iPhone 4S    Antivirus    Nook

Home   Product Guides   Cell Phones   Samsung Galaxy S II Ad Mocks Apple Fanboys

# Samsung Galaxy S II Ad Mocks Apple Fanboys

By Chloe Albanesius    November 23, 2011 01:24pm EST    45 Comments

13   Share   188   Tweet   63   Share   4   1



A new ad for the Samsung Galaxy S II pokes fun at Apple fans who wait in lines for days to get their hands on a "magical" iPhone, which Samsung criticized for its lack of 4G, as well as its battery issues.

The commercial (below) shows a line of hipster types waiting at New York and San Francisco Apple stores nine hours before the launch of the latest iPhone.

"I am so amped, I could stand here for three weeks," says one fanboy.

"Only seven people stand between us and meaning," says another.

Soon, however, one line waiter sees blog posts that describe the battery situation as "sketchy," a dig at the iOS 5 glitch that drains the battery life from some iPhones at a speedy clip.

Another questions the design choices. "If it looks the same, how will people know I upgraded?" he asks, while others discuss the lack of 4G.

The Apple fans soon catch a glimpse of pedestrians with the Samsung Galaxy S II—users who presumably purchased their phones without issue and are going about their daily lives instead of waiting in long lines. The fanboys are impressed by the Galaxy S II's 4.3-inch screen, much larger than their iPhone's 3.5-inch display, as well as the Samsung's 4G capabilities.

"Is this what adultery feels like?" one bespeckled Apple fan says as he stares at the Galaxy S II.

"I could never get a Samsung. I'm creative," another line-waiter responds. "Dude, you're a barista," glasses guy retorts.

Samsung ends the ad by proclaiming that the "next big thing is already here," as the Apple hipsters start rationalizing that the iPhone is actually "old school" and has a "retro thing that I like."

"We're excited for the opportunity to educate as many consumers as possible about why the Samsung Galaxy S II is the preferred choice for smartphone owners," Dale Sohn, president of Samsung Mobile, said in a statement.

For more, see PCMag's full review of the Galaxy S II and the iPhone 4S.

*For more from Chloe, follow her on Twitter @ChloeAlbanesius.*



PCMag Trending on Facebook

Like   29k   Like PCMag.com on

Google Doodle Honors 'Addams' Creator Charles Addams
1,227 people recommend this.

Sweden Formally Recognizes ... as a Religion
749 people recommend this.

Ramnit Computer Worm Co... Facebook Logins
369 people recommend this.

Here Comes the National Int...
179 people recommend this.

Nikon Unveils Pro D4 Digital ...
73 people recommend this.

Facebook social plugin

Sign Up to Get **FREE:**
**PCMag Newsletters**

Type Email Address