Exhibit F

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000  FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

January 6, 2011

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:     <u>Apple Inc. v. Samsung Elecs. Co. et al., Case No. 11-cv-1846 LHK</u>

Dear Mia:

I write in response to your January 3, 2012 letter to Diane Hutnyan concerning production of marketing and advertising-related documents.

As a preliminary matter, given that Apple first initiated meet and confer on this issue on January 3, we will need some time to confer with our client before giving Apple our final position.  To facilitate that decisionmaking process, please confirm the following:

- Your letter acknowledges that this general category of documents is reciprocal.  Please confirm that if Samsung agrees to produce these documents, Apple will do the same, by a mutually agreed date certain.

- Please also confirm that Apple will produce the full scope of documents responsive to Samsung RFP Nos. 7, 15, 29, 44, 130, 131, 140, 141, 147, 163, 164, 169, 170, 177, 178, 183, 190, 191 and 249.

- To the extent that consumer confusion is the basis for Apple's argument that advertising

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Mia Mazza
January 6, 2011

and marketing documents are relevant, please explain why Apple has defined "Samsung's Products at Issue" to include numerous products that are not accused of infringing Apple's trademarks or trade dress.

- Please identify which of Apple's requests for production are directed at product placement requests.  Additionally, Samsung objects to this request as overbroad because it is not limited to any reasonable time period, nor is it limited to the accused products.

- Please clarify what you mean in requesting a copy of any advertisement that "targets," "evokes" or "competes" with Apple or any of its products.  Given that Apple and Samsung are competitors in the smartphone and tablet markets, this request literally seeks a copy of every advertisement Samsung has ever run anywhere in the world for any smartphone or tablet product.  Moreover, this request is not limited to advertisements for the accused products.  Such a request is oppressive and calls for irrelevant information.

- Please identify which Apple RFPs are directed at "documents referencing or relating to the number of times an online advertisement for any of Samsung's Products at Issue has been "clicked on" by a user."  Similarly, please identify which Apple RFP is directed to "documents relating to any type of tracking that Samsung does or has done for any advertisement for any of Samsung's Products at Issue."

We look forward to your prompt response.

Very truly yours,


/s/

Rachel Herrick Kassabian