# Exhibit G

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

November 29, 2011

*Via E-Mail* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

It has come to our attention that purchasers of Samsung products are currently being sent a survey by Samsung regarding their usage of and preferences for various Apple products.

We have not found any surveys of this type in Samsung's production thus far, although they (1) are responsive to at least RFPs 16, 29, and 157, and PI RFPs 206 and 214, and (2) fall squarely within the scope of Judge Grewal's September 28 Order compelling Samsung to produce this very type of document.

Please be prepared during tomorrow's meet-and-confer call to provide a date certain by when Samsung's production of these and other survey-related documents will be substantially complete.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:     Samuel Maselli
        S. Calvin Walden
        Peter Kolovos

sf-3075893