# Exhibit N

## Mazza, Mia

| | |
|---|---|
| **From:** | Rachel Herrick Kassabian [rachelkassabian@quinnemanuel.com] |
| **Sent:** | Friday, January 06, 2012 9:11 PM |
| **To:** | Mazza, Mia; AppleMoFo |
| **Cc:** | Samsung v. Apple |
| **Subject:** | Follow up from lead counsel meet and confer |

Mia et al.,

As of this evening, we are able to confirm that Samsung will agree to produce non-privileged documents re the "blue glow" redesign by January 23, 2011.  We can also confirm that Samsung will not agree to run the additional inventor search terms identified in Apple's prior correspondence, as we believe Samsung's search and production was reasonable and sufficient.

As for the other issues on Apple's agenda, unfortunately due to the time change (it is currently Saturday in Korea), we are not able to confirm them at this time.  We will provide our final response on these other items by Sunday evening PST (ie Monday Korea time), so that Apple will know by Monday PST which issues it may wish to include in its planned motion to compel.

Regards,

Rachel

**Rachel Herrick Kassabian / *Partner***
**Quinn Emanuel Urquhart & Sullivan LLP**
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
650.801.5005 Direct
650.801.5000 Main
650.801.5100 Fax
rachelkassabian@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.