Exhibit E

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

December 28, 2011

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (marissaducca@quinnemanuel.com)

Marissa Ducca
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Marissa:

Apple requests that Samsung agree to substantially complete, by **January 23, 2012**, its production of sketchbooks, CAD, and physical models to the extent not already covered by my December 6, 2011 letter and the Court's December 22, 2011, Order, as follows:

- All Samsung sketchbooks (or similar hand drawings, however created, stored, or archived) depicting designs for any Samsung phone product, tablet product, or touchscreen digital media player, regardless of where sold, whether for a final design or an alternative design that was not commercially released.

- All CAD drawings (or other schematics that Samsung uses to design its products) depicting designs for any Samsung phone product, tablet product, or touchscreen digital media player, regardless of where sold, whether for a final design or an alternative design that was not commercially released.

- All physical models depicting designs for any Samsung phone product, tablet product, or touchscreen digital media player, regardless of where sold, whether for a final design or an alternative design that was not commercially released.

Products currently under development and not yet released may be omitted. Apple will add this to the agenda for the lead counsel meet-and-confer expected next week, unless the parties reach agreement upon the scope and timing of this production in advance.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

sf-3088216