| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 11, 2012, I served a copy of:

> **APPLE INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS (Submitted Under Seal)**
>
> **EXHIBITS A, H, J TO THE DECLARATION OF MIA MAZZA IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS (Submitted Under Seal)**

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

Edward J. DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
335 Madison Avenue, 22nd Floor
New York, NY 10017
Tel: 212-849-7000
Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

| | |
|---|---|
| 1 | Michael Thomas Zeller |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| 2 | 865 S. Figueroa Street , 10th Floor |
| | Los Angeles, CA 90017 |
| 3 | Tel: 213-443-3000 |
| | Fax: 213-443-3100 |
| 4 | Email: michaelzeller@quinnemanuel.com |

1   Michael Thomas Zeller
    Quinn Emanuel Urquhart & Sullivan, LLP
2   865 S. Figueroa Street , 10th Floor
    Los Angeles, CA 90017
3   Tel: 213-443-3000
    Fax: 213-443-3100
4   Email: michaelzeller@quinnemanuel.com

5   Victoria F. Maroulis
    Quinn Emanuel Urquhart & Sullivan, LLP
6   555 Twin Dolphin Drive, Fifth Floor
    Redwood Shores, CA 94065
7   Tel: 650-801-5000
    Fax: 650-801-5100
8   Email: victoriamaroulis@quinnemanuel.com

9   Margret Mary Caruso
    Quinn Emanuel Urquhart & Sullivan, LLP
10  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA 94065
11  Tel: 650-801-5000
    Fax: 650-801-5100
12  Email: margretcaruso@quinnemanuel.com

13  Todd Michael Briggs
    Quinn Emanuel Urquhart & Sullivan, LLP
14  555 Twin Dolphin Drive, Fifth Floor
    Redwood Shores, CA 94065
15  Tel: 650-801-5000
    Email: toddbriggs@quinnemanuel.com
16

17  Rachel H Kassabian
    Quinn Emanuel Urquhart & Sullivan LLP
18  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, CA 94065
19  650-801-5000
    Fax: 650-801-5100
20  Email: rachelkassabian@quinnemanuel.com

21
    Executed in San Francisco, California, this 11th day of January, 2012.
22

23

24
                                                          /s/ Noanoa L. Pan
25                                                         Noanoa L. Pan

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 4:11-CV-1846-LHK                                                    3
sf-3093272