HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>Plaintiff, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, <br><br>Defendants. | Case No.   11-cv-01846-LHK <br><br>**APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, General Order No. 62, and pursuant to the Court's January 9, 2012 Order (ECF No. 593), Apple Inc. ("Apple") submits this renewed motion for an order to seal portions of the following documents:

1. Exhibit B to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief ("Briggs Declaration," ECF No. 542-1);

2. Exhibit I to the Briggs Declaration;

3. Exhibit J to the Briggs Declaration;

4. Samsung's Response to Apple's Opening Claim Construction Brief.

The above documents contain information that is highly confidential. This motion requests relief that is necessary and narrowly tailored to protect only that confidential information.

Exhibit B to the Briggs Declaration contains a confidential Apple engineering requirements specification and discussion of that specification in a deposition transcript. (*See* Declaration of Cyndi Wheeler in Support of Apple's Renewed Motion to File Documents Under Seal ¶ 2) ("Wheeler Declaration"). Apple requests that the Court seal lines 8-25 on page 7 of Exhibit B, which describe in detail the internal engineering document; lines 1-2, a portion of line 3, line 7, and lines 19-25 on page 8 of Exhibit B, which further describe the details of the confidential document; and pages 13-31 of Exhibit B, which consist of the confidential engineering document itself.

Exhibit I to the Briggs Declaration contains a brief discussion of a specific element of a confidential prototype design. (*Id.*) Apple requests that the Court seal lines 20-25 on page 7 of Exhibit I and line 1 on page 8 of Exhibit I, which contain this discussion.

Exhibit J to the Briggs Declaration contains discussion of a specific element of a confidential prototype design. (*Id.*) Apple requests that the Court seal lines 7-17 on page 7 of Exhibit J, which contain this discussion.

Samsung's Response to Apple's Opening Claim Construction Brief contains a reference to the confidential portion of Exhibit B to the Briggs Declaration, described above. (*Id.*) Apple requests that the Court seal the descriptive parentheticals at the end of footnote 2 in Samsung's

1  Response to Apple's Opening Claim Construction Brief stating the title of and quoting from the
2  confidential engineering document.
3        It is Apple's policy not to disclose or describe its confidential design, trade secrets, or
4  product development, including in particular the details of its unreleased prototypes, to third
5  parties. (*Id.* ¶ 3.) The confidential material described above all relates to such trade secret
6  information, as each of the three exhibits contains portions discussing confidential engineering
7  information or unreleased prototype design and development, and the referenced brief quotes
8  from the confidential portion of one of the exhibits. (*Id.*) This information is highly confidential
9  to Apple. (*Id.*) It is indicative of the way that Apple designs its products and conducts its product
10 development. (*Id.*) The information described above could be used by Apple's competitors to
11 Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this renewed motion is
12 necessary and is narrowly tailored to protect confidential information, focusing only on specific
13 portions of the documents at issue. (*Id.*)
14       Proposed public redacted versions of the documents listed above are attached. Pursuant to
15 Civil L.R. 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable
16 portions highlighted. Samsung's Response to Apple's Opening Claim Construction Brief is
17 lodged with the sealable portions in red outline, as the underlying document has highlighting that
18 Apple is unable to remove from its copy.

Dated: January 12, 2012                           MORRISON & FOERSTER LLP

                                                                  By:  */s/ Richard S.J. Hung*
                                                                         Richard S.J. Hung

                                                                         Attorneys for Plaintiff
                                                                         APPLE INC.