| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Renewed Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Response to Apple's Opening Claim Construction Brief and exhibits attached to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening Claim Construction Brief contained Apple-confidential information. (*See* Declaration of Brian E. Mack in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. 542-1].) ("Briggs Declaration")  Specifically:

- Exhibit B to the Briggs Declaration contains a confidential Apple engineering requirements specification and discussion of that specification in a deposition transcript. Pages 13-31 of the exhibit are the confidential document itself. The discussions of the confidential document appear on lines 8-25 of page 7; and lines 1-3, 7, and 19-25 of page 8.
- Exhibit I to the Briggs Declaration contains a brief discussion of a specific element of a confidential prototype design. This discussion appears on lines 20-25 of page 7 and line 1 of page 8.
- Exhibit J to the Briggs Declaration also contains discussion of a specific element of a confidential prototype design. This discussion appears on lines 7-17 of page 7.
- Samsung's Response to Apple's Opening Claim Construction Brief contains a reference to the confidential portion of Exhibit B described above, including a quote from the confidential engineering document. The confidential portion of the brief appears at the end of footnote 2.

3. It is Apple's policy not to disclose or describe its confidential design, trade secrets, or product development, including in particular the details of its unreleased prototypes, to third parties. The confidential material described above all relates to such trade secret information, as

1 each of the three referenced exhibits contains portions discussing confidential engineering
2 information or unreleased prototype design, and the referenced brief quotes from the confidential
3 portion of one of the exhibits.  This information is highly confidential to Apple.  It is indicative of
4 the way that Apple manages its business affairs, designs its products, and conducts its product
5 development.  The information described above could be used by Apple's competitors to Apple's
6 disadvantage if disclosed publicly.  The relief requested in this renewed motion is necessary and
7 is narrowly tailored to protect confidential information, focusing only on specific portions of the
8 documents at issue.
9     I declare under the penalty of perjury under the laws of the United States of America that
10 the forgoing is true and correct to the best of my knowledge and that this Declaration was
11 executed this 12th day of January, 2012, at Cupertino, California.

Dated:  January 12, 2011          By:  */s/ Cyndi Wheeler* _____
                                                  Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: January 12, 2012          By:     */s/ Richard S.J. Hung*
                                                         Richard S.J. Hung