HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed a renewed motion for an order to seal portions of the following documents:
3      1.    Exhibit B to the Declaration of Todd M. Briggs in Support of Samsung's Response
4  to Apple's Opening Claim Construction Brief ("Briggs Declaration," ECF No. 542-1);
5      2.    Exhibit I to the Briggs Declaration;
6      3.    Exhibit J to the Briggs Declaration;
7      4.    Samsung's Response to Apple's Opening Claim Construction Brief.
8  Having considered the arguments and the papers submitted, and GOOD CAUSE
9  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Renewed Motion to File Under
10 Seal.  Samsung's Response to Apple's Opening Claim Construction Brief and Exhibits B, I, and J
11 to the Declaration of Todd M. Briggs in Support of Samsung's Response to Apple's Opening
12 Claim Construction brief shall be filed under seal.  The partially redacted versions attached as
13 exhibits to Apple's renewed motion shall be filed publicly.
14 **IT IS SO ORDERED.**
15 Dated:                            By: _____
16                                        Honorable Lucy H. Koh
                                       United States District Court Judge