1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19            Plaintiff,                          **DECLARATION OF TODD BRIGGS
                                                  IN SUPPORT OF SAMSUNG'S
20       vs.                                      OPPOSITION TO APPLE'S MOTION TO
                                                  STRIKE EVIDENCE**
21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG               Date: January 20, 2012
22 ELECTRONICS AMERICA, INC., a New              Time: 10:00 a.m.
   York corporation; SAMSUNG                     Place: Courtroom 8, 4th Floor
23 TELECOMMUNICATIONS AMERICA,                   Judge: Hon. Lucy H. Koh
   LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

02198.51855/4548116.1
                                                      Case No. 11-cv-01846-LHK
                                                  **DECLARATION OF TODD BRIGGS**

I, Todd Briggs, declare:

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").    I am licensed to practice law in the State of California. I submit this declaration in support of Samsung's Opposition to Apple's Motion to Strike Evidence Not Disclosed As Required by Patent Local Rule 4-3(b).    I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2.      Attached hereto as Exhibit A is a true and accurate copy of the cover pleading for Apple's Patent L.R. 4-2 disclosure.

3.      Attached hereto as Exhibit C is a true and accurate copy of the cover letter for Samsung's Patent L.R. 4-2 disclosure.

4.      Attached hereto as Exhibit B is a true and accurate copy of the cover pleading for the Parties Joint Claim Construction Statement.

5.      Attached hereto as Exhibit D is a true and accurate copy of correspondence from Apple's counsel serving Dr. Givargis's declaration in support of Apple's claim construction, received on November 14, 2011, at 10:17 pm, two hours prior to filing the Parties' Joint Claim Construction Statement.

6.      Attached hereto as Exhibit E is a true and accurate copy of the ECF notification indicating that the Parties filed their Joint Claim Construction Statement on November 14, 2011, at 11:57 pm.

7.      Attached hereto as Exhibit F is a true and accurate copy of excerpts from Dr. Givargis's declaration, served on November 14, 2011, at 10:17 pm.

02198.51855/4548116.1

-2-                                Case No. 11-cv-01846-LHK

**DECLARATION OF TODD BRIGGS**

1    8.    Attached hereto as Exhibit G is a true and accurate copy of excerpts from Dr.

2  Givargis's deposition testimony.

3    I declare under penalty of perjury under the laws of the United States that the foregoing is

4  true and correct.

5    Executed in Redwood Shores, California on January 12, 2012.

6

7

8    _/s/ Todd Briggs_____

9    Todd Briggs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/4548116.1

Case No. 11-cv-01846-LHK

**DECLARATION OF TODD BRIGGS**