# EXHIBIT A

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S PRELIMINARY CLAIM CONSTRUCTIONS PURSUANT TO PATENT L.R. 4-2** |

PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S PATENT L.R. 4-2 PRELIMINARY CONSTRUCTIONS
CASE NO. 11-CV-01846 (LHK)
sf- 3063660

1

| | |
|---|---|
| 1 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG |
| 2 | ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG |
| 3 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California |
| 4 | corporation, |
| 5 | Counterclaim-Plaintiff, |
| 6 | v. |
| 7 | APPLE INC., a California corporation, |
| 8 | Counterclaim-Defendants. |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S PRELIMINARY CLAIM CONSTRUCTIONS PURSUANT TO PATENT LOCAL RULE 4-2**

**I.   INTRODUCTION**

Pursuant to the Northern District of California's Patent Local Rule 4-2 and the Court's Minute Order and Case Management Order (Dkt. No. 187), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby provides its preliminary claim constructions for the proposed terms identified by Apple on October 17, 2011, and the proposed terms identified by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") on October 24, 2011. In addition, for the proposed terms that are governed by 35 U.S.C. § 112(6), Apple identifies the corresponding structures, acts, or materials corresponding to those terms' functions.

Apple bases these constructions upon its current knowledge, understanding, and belief as to the facts and information available as of this date. As Apple has not yet completed its investigation, collection of information, or discovery relating to this action, it expressly reserves the right to supplement, amend, and/or otherwise modify these preliminary claim constructions. Apple also reserves the right to modify and amend these constructions and to supplement the intrinsic and extrinsic evidence supporting its constructions in light of Samsung's belated identification of its proposed terms for construction.

Together with its preliminary claim constructions, and in accordance with Patent Local Rule 4-2(b), Apple is producing extrinsic evidence supporting its claim constructions, bearing

PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S PATENT L.R. 4-2 PRELIMINARY CONSTRUCTIONS
CASE NO. 11-CV-01846 (LHK)
sf- 3063660

2

1  Bates numbers APLNDC-WH-A 0000009635 - APLNDC-WH-A 0000009798.  In accordance
2  with the parties' agreement, the exchange of extrinsic evidence from expert witnesses has been
3  deferred until the submission of the Patent Local Rule 4-3 Joint Claim Construction Statement.

PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.'S PATENT L.R. 4-2 PRELIMINARY CONSTRUCTIONS
CASE NO. 11-CV-01846 (LHK)
sf- 3063660

3