# EXHIBIT B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S PATENT LOCAL RULE 4-2 DISCLOSURES** |

1       Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and

2   Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") hereby serves its

3   Patent Local Rule 4-2 disclosures.  Pursuant to Patent Local Rule 4-2(c), Samsung is prepared to

4   meet and confer with Apple at a mutually agreeable time and place for the purpose of narrowing

5   the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement.

6       Attached as Exhibit A is a chart setting forth the claim terms, phrases, and clauses that the

7   parties have identified for construction, the associated preliminary constructions proposed by

8   Samsung, and the preliminary identification of intrinsic and extrinsic evidence that supports

9   Samsung's proposed constructions. Citations to particular sections of a document are intended to

10  indicate the nature of the reference and may not serve to limit the use of any other portion of the

11  document. Citations to patents are exemplary and not necessarily exhaustive.  Derivative terms

12  and similar phrases with the same proposed constructions are grouped and listed where the first

13  instance appears in the asserted claims.  Claim terms and phrases not expressly defined in this

14  document should be accorded their plain and ordinary meaning to persons of ordinary skill in the

15  art.  Evidence cited as to one claim term or phrase may be relevant to other claim terms or phrases.

16      The proposed claim constructions and identification of extrinsic evidence are based on the

17  asserted claims identified in Samsung's and Apple's Disclosures under Patent Local Rule 3-1 and

18  3-2.  If Apple asserts that other claims are relevant, Samsung reserves the right to propose claim

19  terms and claim elements and constructions for, and in light of, such additional claims. Samsung

20  also reserve the right to amend or withdraw any construction of a claim term and/or phrase

21  submitted herein or to identify new terms and/or phrases and to submit additional constructions of

22  claim terms and/or phrases should such amendments or additions be requested by the Court or

23  otherwise made necessary during the course of this action, including during the course of meeting

24  and conferring pursuant to Patent Local Rule 4-2(c).  Because discovery in this action is in the

25  early stages, Samsung reserves the right to supplement or modify the positions and information in

26  this disclosure in light of information relevant to claim construction that may be disclosed during

27  the course of discovery.

28

1    Samsung further reserves the right to supplement or amend its preliminary constructions in

2    light of Apple's forthcoming preliminary claim constructions and extrinsic evidence.   Samsung

3    also reserves the right to supplement or amend its contentions due to inadequacy and vagueness of

4    Apple's forthcoming preliminary claim constructions.  Additionally, Samsung reserves the right to

5    revise its contentions regarding claim terms, including elements that may be governed by 35

6    U.S.C. § 112(6), in view of Apple's proposed constructions and as discovery proceeds.

7    Samsung's preliminary claim constructions shall not act as a waiver of any defense of non-

8    infringement, invalidity or unenforceability of any patent Apple has asserted in this action.

9    Notwithstanding the preliminary claim constructions contained herein of any term, phrase, or

10   clause, Samsung expressly reserves the right to challenge the validity of any or all claims in the

11   patents Apple has asserted in this action on all possible grounds.  Samsung's proposed preliminary

12   constructions for Apple's patents herein do not mean that the claim term or claim element is valid

13   or construable under 35 U.S.C. § 112; Samsung reserves the right to so assert and make no

14   admission or contention herein.  For any references identified in Exhibit A that have not already

15   been produced, Samsung will produce copies of such references.  Samsung reserves the right to

16   rely on extrinsic evidence identified by Apple and to add additional extrinsic evidence, particularly

17   for constructions on which the parties disagree.

18   In addition to the references identified in Exhibit A and discussed above, Samsung may

19   rely on testimony from one or more experts.   Subject to Apple's proposed constructions,

20   information learned in the course of meeting and conferring with Apple's counsel, and the manner

21   in which the Court will conduct a claim construction hearing, Samsung may on testimony from

22   one or more experts to provide tutorial background regarding the technology in issue in any

23   patents that will be addressed at the claim construction hearing, to address the meaning and subject

24   matter of the asserted patent claims as they would be understood by those of ordinary skill in the

25   art at the time any patents were filed, to address the proper construction of various claim terms in

26   light of the intrinsic and extrinsic evidence, and to otherwise assist the Court in construing the

27   asserted patents.  Samsung expressly reserves the right to identify and use experts in rebuttal

28   should Apple identify experts for claim construction. Any such expert witnesses may also offer

testimony, if necessary, to respond to Apple's constructions or expert(s), or for the Court's benefit. Expert testimony should be considered an extrinsic evidence citation for all claim terms herein. Samsung also reserves the right to separate a word or phrase from the terms listed below in order to address that word or phrase separately.

DATED:  October 31, 2011           Respectfully submitted,

                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By   /s/ Todd Briggs
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      Michael T. Zeller
                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC. and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC

1

<u>**CERTIFICATE OF SERVICE**</u>

2

     I hereby certify that on Oct. 31, 2011, I caused **SAMSUNG'S PATENT LOCAL RULE**

3

**4-2 DISCLOSURES** to be electronically served on the following via email:

4

**ATTORNEYS FOR APPLE INC.**

5

HAROLD J. MCELHINNY
hmcelhinny@mofo.com

6

MICHAEL A. JACOBS
mjacobs@mofo.com

7

JENNIFER LEE TAYLOR
jtaylor@mofo.com

8

ALISON M. TUCHER
atucher@mofo.com

9

RICHARD S.J. HUNG
rhung@mofo.com

10

JASON R. BARTLETT
jasonbartlett@mofo.com

11

MORRISON & FOERSTER LLP
425 Market Street

12

San Francisco, California 94105-2482
Telephone: (415) 268-7000

13

Facsimile: (415) 268-7522

14

WILLIAM F. LEE
william.lee@wilmerhale.com

15

WILMER CUTLER PICKERING HALE
AND DORR LLP

16

60 State Street
Boston, Massachusetts 02109

17

Telephone: (617) 526-6000
Facsimile: (617) 526-5000

18

19

MARK D. SELWYN
mark.selwyn@wilmerhale.com

WILMER CUTLER PICKERING HALE

20

AND DORR LLP
950 Page Mill Road

21

Palo Alto, California 94304
Telephone: (650) 858-6000

22

Facsimile: (650) 858-6100

23

24

     I declare under penalty of perjury that the foregoing is true and correct.  Executed in

25

Redwood Shores, California on Oct. 31, 2011.

26

                    _/s/ Todd Briggs_

27

28