# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3**<br><br>Claim Construction<br>Hearing: Jan 20, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 4, 5th Floor<br>Judge:    Honorable Lucy H. Koh |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendants. | |

Joint Claim Construction and Prehearing Statement – PATENT L.R. 4-3
CASE NO. 11-CV-01846 (LHK)

1

1  In accordance with Northern District of California Patent Local Rule 4-3 and the Court's
2  Minute Order and Case Management Order (Dkt. No. 187), Plaintiff and Counterclaim-Defendant
3  Apple Inc. ("Apple") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd.,
4  Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC
5  (collectively, "Samsung") submit this Joint Claim Construction and Prehearing Statement.

6  Attached hereto as Exhibit A is a table setting forth the 10 claim terms which the parties
7  request that the Court construe, along with the intrinsic or extrinsic evidence on which the parties
8  currently intend to rely either in support of their own proposed constructions or in opposition to
9  the other party's proposed constructions.

10  The parties have not agreed on any claim constructions, and their dispute extends to more
11  than the 10 terms proposed here. Though the parties have only identified 10 disputed claim terms
12  pursuant to the Court's Case Management Order, they stand ready to provide additional
13  information or briefing at the Court's convenience.

14  The parties anticipate that the length of time necessary for the Claim Construction Hearing
15  will be approximately four hours.

16  Apple will submit declarations from, and may call as witnesses at the Claim Construction
17  Hearing, Richard Gitlin, Ph.D. and Tony Givargis, Ph.D. Dr. Gitlin will provide his expert
18  opinion that a person of ordinary skill in the art at the time of the patent application would have
19  interpreted the term "symbol" in U.S. Patent No. 7,200,792 according to Apple's proposed
20  construction, as will be set forth in more detail in an expert declaration being served on
21  Samsung's counsel today. Dr. Givargis will provide his expert opinion that a person of ordinary
22  skill in the art at the time of the patent application would have interpreted the term "applet" in
23  U.S. Patent No. 7,698,711 according to Apple's proposed construction, as will be set forth in
24  more detail in another expert declaration also being served on Samsung's counsel today.

25  Samsung will submit declarations from, and may call as witnesses at the Claim
26  Construction Hearing, Tipton Cole and Richard Dale Wesel, Ph.D. Mr. Cole will provide an
27  expert declaration in response to Dr. Givargis's opinion on "applet" in U.S. Patent No. 7,698,711,
28

and Dr. Wesel will provide an expert declaration in response to Dr. Gitlin's opinion on "symbol" in U.S. Patent No. 7,200,792.

Dated: November 14, 2011     By:     /s/ *Michael A. Jacobs*
                                     Michael A. Jacobs

                                     Attorneys for Plaintiff and
                                     Counterclaim-Defendant Apple Inc.

Dated: November 14, 2011     By:     /s/ *Todd Briggs*
                                     Todd Briggs

                                     Attorneys for Defendants and
                                     Counterclaim-Plaintiffs Samsung
                                     Electronics Co., Ltd., Samsung
                                     Electronics America, Inc. and Samsung
                                     Telecommunications America, LLC

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT.** In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Date: November 14, 2011

MORRISON & FOERSTER LLP

By:  /s/ *Michael A. Jacobs*
     Michael A. Jacobs

Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.