# EXHIBIT D

# Bill Trac

| | |
|---|---|
| **From:** | Stevens, Bethany [Bethany.Stevens@wilmerhale.com] |
| **Sent:** | Monday, November 14, 2011 10:17 PM |
| **To:** | Alan Whitehurst; Todd Briggs; Victoria Maroulis |
| **Cc:** | MJacobs@mofo.com; Monach, Andrew E.; Kreeger, Matthew I.; RHung@mofo.com; Kolovos, Peter; Selwyn, Mark; Herriot, Liv; Samsung v. Apple; DAhn@mofo.com |
| **Subject:** | Apple v. Samsung - service of Apple expert declarations in support of proposed claim constructions |
| **Attachments:** | Givargis_Declaration_711.pdf; 11-14-11 Apple v Samsung NDCal Gitlin CC Dec.pdf |

Dear Counsel,

Attached please find the declarations of Professors Givargis and Gitlin.

Best,
Bethany

**Bethany Stevens | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5324 (t)
+1 213 443 5400 (f)
bethany.stevens@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.