# EXHIBIT E

**Todd Briggs**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Monday, November 14, 2011 11:54 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Claim Construction Statement |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Jacobs, Michael entered on 11/14/2011 11:54 PM PST and filed on 11/14/2011

| | |
|---|---|
| **Case Name:** | Apple Inc. v. Samsung Electronics Co. Ltd. et al |
| **Case Number:** | 5:11-cv-01846-LHK |
| **Filer:** | Apple Inc. |
| **Document Number:** | 394 |

**Docket Text:**
**CLAIM CONSTRUCTION STATEMENT *JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3* filed by Apple Inc.(a California corporation). (Jacobs, Michael) (Filed on 11/14/2011)**

**5:11-cv-01846-LHK Notice has been electronically mailed to:**

Alison Margaret Tucher     atucher@mofo.com, lroiz@mofo.com

Andrew Ellis Monach     amonach@mofo.com, jgrady@mofo.com

Charles Kramer Verhoeven     charlesverhoeven@quinnemanuel.com, alicemckinley@quinnemanuel.com

David B Bassett     david.bassett@wilmerhale.com

Deok Keun Matthew Ahn     dahn@mofo.com, bjohnston@mofo.com

Edward John DeFranco     eddefranco@quinnemanuel.com

Emily R. Whelan     emily.whelan@wilmerhale.com

Erik J. Olson     ejolson@mofo.com, msousa@mofo.com

Grant L. Kim     gkim@mofo.com, ppomerantz@mofo.com

Harold J. McElhinny     HMcElhinny@mofo.com, vsmith@mofo.com

Jason R. Bartlett     JasonBartlett@mofo.com, rsexton@mofo.com

Jennifer Lee Taylor     JLeeTaylor@mofo.com, Lsario@mofo.com, VPooni@mofo.com

Joshua Ryan Benson     jbenson@tcolaw.com, cdunbar@tcolaw.com, mcianfrani@tcolaw.com

Kevin P.B. Johnson     kevinjohnson@quinnemanuel.com, calendar@quinnemanuel.com, heatherbelville@quinnemanuel.com, jackievalenzuela@quinnemanuel.com, joelleperry@quinnemanuel.com, margretcaruso@quinnemanuel.com, sherrinvanetta@quinnemanuel.com

Liv Leila Herriot     liv.herriot@wilmerhale.com

Margret Mary Caruso     margretcaruso@quinnemanuel.com, aaronkaufman@quinnemanuel.com, alexhu@quinnemanuel.com, billtrac@quinnemanuel.com, dianehutnyn@quinnemanuel.com, josephmilowic@quinnemanuel.com, marissaducca@quinnemanuel.com, maximprice@quinnemanuel.com, michaelzeller@quinnemanuel.com, sahilyfeliciano@quinnemanuel.com, sarajenkins@quinnemanuel.com, scotthall@quinnemanuel.com, sherrinvanetta@quinnemanuel.com

Mark D. Flanagan     mark.flanagan@wilmerhale.com, patricia.shore@wilmerhale.com

Mark Daniel Selwyn     mark.selwyn@wilmerhale.com, lorna.ejercito@wilmerhale.com

Melinda Mae Morton     mmorton@be-law.com, gsimmons@be-law.com

Michael A. Jacobs     mjacobs@mofo.com, cknisely@mofo.com

Michael J. Bettinger     mike.bettinger@klgates.com, april.sanchez@klgates.com, dina.delauter@klgates.com, irene.yang@klgates.com, julia.alvarez@klgates.com, perry.brooks@klgatesgates.com

Richard S.J. Hung     rhung@mofo.com, clementine@mofo.com, gmartinez@mofo.com, rsaelao@mofo.com

Robert Donald Cultice     robert.cultice@wilmerhale.com

Stephen E. Taylor     staylor@tcolaw.com, cdunbar@tcolaw.com, mcianfrani@tcolaw.com

Stephen McGeorge Bundy     sbundy@tcolaw.com, cdunbar@tcolaw.com, mcianfrani@tcolaw.com

Todd Michael Briggs     toddbriggs@quinnemanuel.com, sandramontoya@quinnemanuel.com

Victor F. Souto     vic.souto@wilmerhale.com

Victoria F. Maroulis     victoriamaroulis@quinnemanuel.com, alexbinder@quinnemanuel.com, annaneill@quinnemanuel.com, austintarango@quinnemanuel.com, brianmack@quinnemanuel.com, danereinstedt@quinnemanuel.com, erikolson@quinnemanuel.com, heatherbelville@quinnemanuel.com, henrylien@quinnemanuel.com, JobyMartin@quinnemanuel.com, joelleperry@quinnemanuel.com, karenbeck@quinnemanuel.com, KetanPatel@quinnemanuel.com, marktung@quinnemanuel.com, michaelsadowitz@quinnemanuel.com, rachelaripez@quinnemanuel.com, toddbriggs@quinnemanuel.com

William F. Lee     william.lee@wilmerhale.com

**5:11-cv-01846-LHK Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Ali H. Shah
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Brian Larivee
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109

James C. Burling
60 State Street
Boston, MA 02109

Jeremy Winer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Michael A. Diener
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael Thomas Zeller
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Peter J. Kolovos
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109

Robert J. Gunther , Jr
Wilmer Cutler Pickering Hle and Dorr LLP
399 Park Avenue
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\teb4\Desktop\Apple Samsung Joint_Claim_Construction_Chart.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/14/2011] [FileNumber=8023074-0]
[0d6c8896bcffe18d3f1a61e2d0504543bc1fe10d9c6eb5b8210598882336cebf669d
8a42a46d1603818d0c8040a112a556e328c2e2db526c3a84923f96d86536]]