UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE EVIDENCE NOT DISCLOSED AS REQUIRED BY PATENT LOCAL RULE 4-3(b)** |

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE EVIDENCE NOT DISCLOSED AS REQUIRED BY PATENT LOCAL RULE 4-3(b)**

1    Apple, Inc. ("Apple") has filed Apple's Motion to Strike Evidence Not Disclosed
2 as Required by Patent Local Rule 4-3.
3    Having considered the briefing and other papers submitted by the parties, the court
4 DENIES Apple's motion.

7    **IT IS SO ORDERED.**

9 DATED: _____

12    HONORABLE LUCY H. KOH
     United States District Court Judge