UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br>                Plaintiff, <br>     v. <br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>                Defendants. | Case No.: 11-CV-01846-LHK <br><br>ORDER DIRECTING APPLE TO FILE DOCUMENTS |

On December 22, 2011, Apple filed two administrative motions to file under seal. ECF Nos. 532 & 540. Pursuant to Local Rule 79-5(d), when a party moves to seal documents designated as sealable by another party, the designating party must file a supporting declaration within 7 days, or the sealing motion will be denied. Samsung did not file supporting declarations in response to the December 22, 2011 sealing motions. *See also* ECF No. 587. Accordingly, Apple's motions are DENIED. Apple shall publicly file all documents that it sought to file under seal.

**IT IS SO ORDERED.**

Dated: January 13, 2012

                                                      _Lucy H. Koh_
                                                      LUCY H. KOH
                                                      United States District Judge