1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2     Charles K. Verhoeven (Bar No. 170151)
      charlesverhoeven@quinnemanuel.com
3   50 California Street, 22nd Floor
    San Francisco, California 94111
4   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
5
      Kevin P.B. Johnson (Bar No. 177129
6     kevinjohnson@quinnemanuel.com
      Victoria F. Maroulis (Bar No. 202603)
7     victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
8   Redwood Shores, California  94065-2139
    Telephone:    (650) 801-5000
9   Facsimile:    (650) 801-5100

10
      Michael T. Zeller (Bar No. 196417)
11    michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
    Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attoryneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS
16  AMERICA, LLC

17

18

19

20

21

22

23

24

25

26

27

28

MORRISON & FOERSTER LLP
Harold J. McElhinny (Cal. Bar No. 66781)
HMcElhinny@mofo.com
Michael A. Jacobs (Cal. Bar No. 111664)
MJacobs@mofo.com
Jennifer Lee Taylor (Cal. Bar No. 161368)
JTaylor@mofo.com
Jason R. Bartlett (Cal. Bar No. 214530)
JasonBartlett@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

        Plaintiff,

      vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

        Defendant.

CASE NO. 11-cv-01846-LHK

**[PROPOSED] ORDER PERMITTING USE
OF EQUIPMENT IN THE COURTROOM**

**Tutorial and Hearing on Claim
Construction**
January 17 and 19, 2012

IT IS HEREBY ORDERED:

1. Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC ("Samsung") and Plaintiff Apple Inc. ("Apple"), and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the claim construction tutorial on Tuesday, January 17, 2012, and the claim construction hearing on Thursday, January 19, 2012;

2. Beginning at 10:00 a.m. on Tuesday, January 17, 2012, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the tutorial as scheduled;

3. Beginning at 8:30 a.m. on Thursday, January 19, 2012, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing as scheduled; and

4. Beginning at 9:30 am on Friday, January 20, 2012, the parties may have access to court to view the courtroom, and test the existing equipment therein for the purpose of determining what, if any, additional equipment will be necessary.

**IT IS SO ORDERED.**

DATED: January ___, 2012

_____
Hon. Lucy H. Koh
United States District Court Judge