| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>    charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Kevin P.B. Johnson (Bar No. 177129)<br>    kevinjohnson@quinnemanuel.com<br>  Victoria F. Maroulis (Bar No. 202603)<br>    victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>  Michael T. Zeller (Bar No. 196417)<br>    michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attoryneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | MORRISON & FOERSTER LLP<br>Harold J. McElhinny (Cal. Bar No. 66781)<br>HMcElhinny@mofo.com<br>Michael A. Jacobs (Cal. Bar No. 111664)<br>MJacobs@mofo.com<br>Jennifer Lee Taylor (Cal. Bar No. 161368)<br>JTaylor@mofo.com<br>Jason R. Bartlett (Cal. Bar No. 214530)<br>JasonBartlett@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO. 11-cv-01846-LHK<br><br>[~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM AS MODIFIED BY THE COURT<br><br>**Tutorial and Hearing on Claim Construction**<br>January 17 and ~~19~~ 20, 2012 |

IT IS HEREBY ORDERED:

1. Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC ("Samsung") and Plaintiff Apple Inc. ("Apple"), and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the claim construction tutorial on Tuesday, January 17, 2012, and the claim construction hearing on ~~Thursday, January 19~~ Friday, January 20, 2012;

2. Beginning at 10:00 a.m. on Tuesday, January 17, 2012, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the tutorial as scheduled;

~~3. Beginning at 8:30 a.m. on Thursday, January 19, 2012, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing as scheduled; and~~

4. Beginning at 9:30 am on Friday, January 20, 2012, the parties may have access to court to view the courtroom, and test the existing equipment therein for the purpose of determining what, if any, additional equipment will be necessary.

**IT IS SO ORDERED.**

DATED: January 13, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge