1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendants.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Counterclaim-Plaintiffs,

v.

APPLE INC., a California corporation,

Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK

**DECLARATION OF MARK D. SELWYN
IN SUPPORT OF APPLE'S MOTION TO
STRIKE**

Hearing: TBD
Time: TBD

**SUBMITTED UNDER SEAL**

1     I, Mark D. Selwyn, declare as follows:

2     1.     I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP

3  and counsel for plaintiff and counterclaim-defendant Apple Inc.  I submit this declaration in

4  support of Apple's Motion to Strike Evidence Not Disclosed as Required by Patent Local Rule

5  4-3(b).  I am familiar with and knowledgeable about the facts stated in this declaration and if

6  called upon could and would testify competently as to the statements made herein.

7     2.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the

8  Deposition of Joe Tipton Cole, dated December 16, 2011.

9     3.     Attached hereto as **Exhibit B** is a true and correct copy of a December 5, 2011

10 Letter from Bethany Stevens to Todd Briggs.

11     I hereby declare under penalty of perjury under the laws of the United States that the

12 foregoing is true and correct to the best of my knowledge and belief.

13

14 Dated:  December 22, 2011                    /s/ Mark D. Selwyn
                                               Mark D. Selwyn
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3

I hereby certify that a true and correct copy of the above and foregoing document has

been served on December 22, 2011 to all counsel of record who are deemed to have consented to

4

electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel

5

of record will be served by electronic mail, facsimile and/or overnight delivery.

6

7

/s/ Mark. D Selwyn
Mark D. Selwyn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARK D. SELWYN IN
SUPPORT OF APPLE'S MOTION TO STRIKE
Case No. 11-cv-01846 (LHK)

3