# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--oOo--

APPLE, INC., a California corporation

    Plaintiff,

vs.                Case No. 4:11-cv-01846-LHK

SAMSUNG ELECTRONICS CO.,
LTD., et al.

    Defendants.

_____/

DEPOSITION OF

JOE TIPTON COLE

_____

Friday, December 16, 2011

**HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY**

REPORTED BY: COREY W. ANDERSON, CSR 4096

(2003-439831)

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 41

| Time | # | |
|---|---|---|
| 10:14:42 | 1 | declaration?  You have this table here and it says |
| 10:14:47 | 2 | "Samsung's proposed construction, a small |
| 10:14:52 | 3 | application designed to run within another program." |
| 10:14:55 | 4 | Did you draft this definition of applet? |
| 10:15:05 | 5 | A.   No. |
| 10:15:06 | 6 | Q.   Was this definition provided to you by |
| 10:15:07 | 7 | counsel? |
| 10:15:08 | 8 | A.   Yes. |
| 10:15:29 | 9 | Q.   Okay. |
| 10:15:32 | 10 | Just going to mark Exhibit 2, a joint |
| 10:15:35 | 11 | claim construction and pre-hearing statement |
| 10:15:37 | 12 | pursuant to patent, Local Rule 4-3. |
| 10:15:41 | 13 | (Whereupon, Exhibit 2 was marked |
| 10:15:41 | 14 | for identification) |
| 10:16:06 | 15 | BY MS. WHELAN: |
| 10:16:07 | 16 | Q.   Do you recognize Exhibit 2? |
| 10:16:08 | 17 | (Pause) |
| 10:16:10 | 18 | A.   Yes.  I have seen it. |
| 10:16:17 | 19 | Q.   Okay.  Now, if you look on page 3, you can |
| 10:16:20 | 20 | see the document's dated November 14th, 2011? |
| 10:16:28 | 21 | A.   Yes. |
| 10:16:30 | 22 | Q.   Did you review this document before |
| 10:16:31 | 23 | November 14th? |
| 10:16:32 | 24 | A.   No. |
| 10:16:54 | 25 | Q.   In forming the opinions presented in your |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 42

```
10:16:59    1    declaration, did you review any documents other than
10:17:03    2    the ones that you identified in the declaration?
10:17:07    3         A.   For the purpose of forming the opinion,
10:17:09    4    no.
10:17:18    5         Q.   Did you review any other documents other
10:17:21    6    than for the purpose of forming the opinion?
10:17:23    7         A.   The -- as I said, most of the exhibits
10:17:26    8    that I included are the results of doing Internet
10:17:31    9    searches.  And so I saw a lot of other material as I
10:17:37   10    went through and selected these items for support of
10:17:41   11    the argument.
10:17:44   12              But other than noting that they were there
10:17:47   13    and not suitable for one reason or another for
10:17:51   14    presentation, I didn't rely on the other material.
10:17:54   15         Q.   How did you decide which of your search
10:17:57   16    results were suitable?
10:18:00   17         A.   Generally speaking, by date.  Much of the
10:18:04   18    material was subsequent to the -- to the patent.
10:18:09   19    And -- well, that was actually most of -- of the --
10:18:14   20    of the difference.
10:18:17   21              I think for whatever searches that I did,
10:18:22   22    the items that I selected here, I don't think I ever
10:18:24   23    had to go to the second page of the search results
10:18:26   24    in order to pick up something that was pertinent.
10:18:38   25         Q.   So you didn't look beyond the second page,
```

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 43

```
10:18:40   1    when you stay second page you mean --
10:18:42   2         A.   The search results as they were presented.
10:18:53   3         Q.   How did you conduct your search?
10:18:54   4         A.   It was mostly word or phrase searches
10:18:55   5    using the Google search engine.
10:19:05   6         Q.   And when did you conduct your search?
10:19:06   7         A.   Near the time of the filing of the report
10:19:08   8    within for the most part I think four or five days
10:19:14   9    before the declaration was put in.
10:19:23  10         Q.   So within four to five days before
10:19:26  11    November 28th?
10:19:27  12         A.   Yes.  Call it a week.
10:19:37  13         Q.   And was your goal to identify applets that
10:19:40  14    are operating system dependent?
10:19:42  15         A.   My goal was to find material that I
10:19:46  16    thought properly supported the opinion that I was
10:19:49  17    offering.
10:19:51  18         Q.   So had you formed the opinion before you
10:19:54  19    conducted the search?
10:19:56  20         A.   Let's put it this way.  I had a good
10:19:58  21    suspicion of what the -- of what was going to show
10:20:01  22    up.  But no, I -- I had to look at the material
10:20:04  23    to -- to see if what I thought was likely to be the
10:20:07  24    case was in fact true.
10:20:09  25         Q.   And what did you think was likely to be
```

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 44

| | | |
|---|---|---|
| 10:20:11 | 1 | the case? |
| 10:20:13 | 2 | A.  That selecting a definition for the term |
| 10:20:18 | 3 | "applet" that was absolute, that it didn't allow for |
| 10:20:21 | 4 | any possibility of any variants, was unlikely to |
| 10:20:26 | 5 | be -- unlikely to be well-founded. |
| 10:20:34 | 6 | Q.  A definition that was absolute in what |
| 10:20:36 | 7 | sense? |
| 10:20:36 | 8 | A.  Absolute in the sense that the only |
| 10:20:38 | 9 | possible explanation for the term was that it had to |
| 10:20:40 | 10 | be operating system independent. |
| 10:20:47 | 11 | Q.  Then when you conducted your search, were |
| 10:20:49 | 12 | you aware in advance of specific type of applets |
| 10:20:52 | 13 | that you were searching for? |
| 10:20:54 | 14 | A.  I was aware that the term was not limited |
| 10:20:56 | 15 | in the way that Apple had proposed, yes. |
| 10:21:01 | 16 | Q.  So did you search broadly for "applets" |
| 10:21:05 | 17 | and you wound up finding the examples that you put |
| 10:21:09 | 18 | in your declaration? |
| 10:21:10 | 19 | A.  Yes.  I began the work just with the term |
| 10:21:13 | 20 | "applet" bare without any qualification whatsoever. |
| 10:21:17 | 21 | Q.  So you didn't specifically search for |
| 10:21:20 | 22 | examples with Flash or Ruby or the other examples |
| 10:21:23 | 23 | you included? |
| 10:21:24 | 24 | A.  Not in the first searches, no. |
| 10:21:29 | 25 | Q.  You did do that in later searches? |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 45

```
10:21:32    1         A.   Yes.
10:21:36    2         Q.   And how did you determine what examples to
10:21:40    3    search for?
10:21:42    4         A.   Because of the results that I found along
10:21:44    5    the way.
10:21:49    6         Q.   And in your search, did you identify any
10:21:51    7    applets that did not support your opinion?
10:21:53    8         A.   Yes.
10:21:57    9         Q.   What --
10:21:58   10         A.   I'm sorry, I'm sorry, let me recast that.
10:22:02   11    I found applets that were operating system
10:22:05   12    independent, yes.  But the existence of an operating
10:22:10   13    system independent applet doesn't contradict my
10:22:13   14    opinion.
10:22:19   15         Q.   What were the operating system independent
10:22:20   16    applets that you found?
10:22:23   17         A.   Almost exclusively the ones that I found
10:22:25   18    that were characterized or could reasonably be
10:22:31   19    characterized as operating -- operating system
10:22:35   20    independent were I believe almost exclusively Java
10:22:38   21    applets.
10:22:50   22         Q.   So did you specifically exclude Java
10:22:52   23    applets from your search results?
10:22:54   24         A.   Not initially, no.
10:22:58   25         Q.   You just chose not to use those results in
```