**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>       Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO STRIKE EVIDENCE NOT DISCLOSED AS REQUIRED BY PATENT LOCAL RULE 4-3(b)**<br><br>Date:  TBA<br>Time:  TBA |

Plaintiff Apple Inc. ("Apple") has moved for an order striking portions of Samsung's opening claim construction brief, portions of an expert declaration, and certain exhibits submitted by Samsung in support of its proposed claim constructions, on the grounds that they contain or rely upon evidence that Samsung did not disclose in the parties' Joint Claim Construction and Prehearing Statement.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby grants Apple's motion and strikes: (1) paragraphs 13-15, 17-23, 35-37, 39-42, 45-46, 51-57 and 64-65 of the Declaration of Joe Tipton Cole in Support of Samsung's Proposed Claim Construction for U.S. Patent No. 7,698,711 ("Cole Declaration"), (2) Exhibits 2-4 and 6-12 of the Cole Declaration, and (3) Section V.B.1, paragraphs 4-6 of Samsung's Opening Claim Construction Brief.

**IT IS SO ORDERED**

DATED: _____, 2012          _____
                                             Hon. Lucy H. Koh
                                             United States District Court Judge