HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Hearing:　　January 20, 2012<br>Time:　　　10:00 a.m.<br>Place:　　　Courtroom 8, 4th Floor<br>Judge:　　　Hon. Lucy H. Koh |

I, Mark D. Selwyn, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. I submit this declaration in support of Apple Inc.'s Responsive Claim Construction Brief. I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Nokia 3300 "Extended User's Guide," Nokia Corporation (2003), produced by Apple in this litigation (APLNDC-WH-A 0000006990-7140).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Sony Ericsson W800i User Guide (1st ed.), Sony Ericsson Mobile Comm. AB (May 2005), produced by Apple in this litigation (APLNDC-WH-A 0000006685-6727).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Sony Ericsson K700i User Guide (1st ed.), Sony Ericsson Mobile Comm. AB (March 2004), produced by Apple in this litigation (APLNDC-WH-A 0000008725-8828).

5. Attached hereto as **Exhibit D** is a true and correct copy of J. Hoskins and R. Bluethman, *Exploring IBM e-server pSeries* (12th ed., 2004), produced by Apple in this litigation (APLNDC-WH-A 0000019700-729).

6. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Tony Givargis, Ph.D. in Support of Apple's Proposed Claim Construction for U.S. Patent No. 7,698,711.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Joe Tipton Cole, dated December 16, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent No. 7,698,711.

9. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 7,123,945.

10. Attached hereto as **Exhibit I** is a true and correct copy of the 12/12/07 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

11. Attached hereto as **Exhibit J** is a true and correct copy of the 2/28/08 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

12. Attached hereto as **Exhibit K** is a true and correct copy of the 8/1/08 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

13. Attached hereto as **Exhibit L** is a true and correct copy of the 1/26/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

14. Attached hereto as **Exhibit M** is a true and correct copy of the 5/27/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

15. Attached hereto as **Exhibit N** is a true and correct copy of the 11/9/09 Office Action for United States Patent Application No. 11/778,466, which issued as the '711 patent.

16. Attached hereto as **Exhibit O** is a true and correct copy of the 12/8/09 Amendment for United States Patent Application No. 11/778,466, which issued as the '711 patent.

17. Attached hereto as **Exhibit P** is a true and correct copy of the 1/13/10 Notice of Allowance for United States Patent Application No. 11/778,466, which issued as the '711 patent.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the 12/16/09 Examiner's Interview Summary for United States Patent Application No. 11/778,466, which issued as the '711 patent.

19. Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the deposition of Moon-Sang Jeong, dated November 17, 2011.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition of Tony Givargis, Ph.D., dated December 6, 2011.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 22, 2011                            /s/ Mark D. Selwyn
                                                     Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 22, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn