EXHIBIT B

# Contents

Getting started ....................... 4
Getting to know your phone  14
Calling ................................. 22
Messaging ........................... 26
Imaging ............................... 28
Entertainment ...................... 30
Connectivity ......................... 33
Important information .......... 34
Index ................................... 42

## Additional user information

You can find the *Additional information user guide*, containing more information about your phone, at *www.SonyEricsson.com/support*.

## www.SonyEricsson.com/support

At Sony Ericsson Product Support you can find more help getting the most out of your product, including user documentation, troubleshooting, tips & tricks and software, as well as phone settings for Internet/WAP browsing and messaging.

# Sony Ericsson W800i

## Sony Ericsson

GSM 900/1800/1900

First edition (May 2005)
This user guide is published by Sony Ericsson Mobile Communications AB, without any warranty. Improvements and changes to this user guide necessitated by typographical errors, inaccuracies of current information, or improvements to programs and/or equipment, may be made by Sony Ericsson Mobile Communications AB at any time and without notice. Such changes will, however, be incorporated into new editions of this user guide.

All rights reserved.

©Sony Ericsson Mobile Communications AB, 2005
Publication number: AE/LZT 108 7880 R1A

Please note:
Some of the services in this user guide are not supported by all networks. *This also applies to the GSM International Emergency Number 112.*

Please contact your network operator or service provider if you are in doubt whether you can use a particular service or not.

Please read the *Guidelines for safe and efficient use* and the *Limited warranty* chapters before you use your mobile phone.

Your mobile phone has the capability to download, store and forward additional content, e.g. ringtones. The use of such content may be restricted or prohibited

This is the Internet version of the user's guide. © Print only for private use.

1

by rights of third parties, including but not limited to restriction under applicable copyright laws. You, and not Sony Ericsson, are entirely responsible for additional content that you download to or forward from your mobile phone. Prior to your use of any additional content, please verify that your intended use is properly licensed or is otherwise authorized. Sony Ericsson does not guarantee the accuracy, integrity or quality of any additional content or any other third party content. Under no circumstances will Sony Ericsson be liable in any way for your improper use of additional content or other third party content.

The Bluetooth word mark and logos are owned by the Bluetooth SIG, Inc. and any use of such marks by Sony Ericsson is under license.

QuickShare™, PlayNow™, PhotoDJ™, MusicDJ™ and VideoDJ™ are trademarks or registered trademarks of Sony Ericsson Mobile Communications AB.

Memory Stick™ and Memory Stick Duo™ are trademarks or registered trademarks of Sony Corporation.

Walkman™ is a registered trademark of Sony Corporation. The Walkman™ logo and symbol are registered trademarks of Sony Corporation.

Microsoft, Windows and PowerPoint are either registered trademarks or trademarks of Microsoft Corporation in the U.S and other countries.

Mac OS is a trademark of Apple Computer, Inc., registered in the U.S. and other countries.

Adobe and Photoshop are either trademarks or registered trademarks of Adobe Systems

Incorporated in the United States and/or other countries.

T9™ Text Input is a trademark or a registered trademark of Tegic Communications.

T9™ Text Input is licensed under one or more of the following: U.S. Pat. Nos. 5,818,437, 5,953,541, 5,187,480, 5,945,928, and 6,011,554; Canadian Pat. No. 1,331,057, United Kingdom Pat. No. 2238414B; Hong Kong Standard Pat. No. HK0940329; Republic of Singapore Pat. No. 51383; Euro.Pat. No. 0 842 463(96927260.8) DE/DK, FI, FR, IT, NL, PT, ES, SE, GB; and additional patents are pending worldwide.

Java and all Java based trademarks and logos are trademarks or registered trademarks of Sun Microsystems, Inc. in the U.S. and other countries.

End-user license agreement for Sun™ Java™ J2ME™.

1   Restrictions: Software is confidential copyrighted information of Sun and title to all copies is retained by Sun and/or its licensors. Customer shall not modify, decompile, disassemble, decrypt, extract, or otherwise reverse engineer Software. Software may not be leased, assigned, or sublicensed, in whole or in part.

2   Export Regulations: Software, including technical data, is subject to U.S. export control laws, including the U.S. Export Administration Act and its associated regulations, and may be subject to export or import regulations in other countries. Customer agrees to comply strictly with all such regulations and acknowledges that it has the responsibility to obtain

2   This is the internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006686

licenses to export, re-export, or import Software. Software may not be downloaded, or otherwise exported or re-exported (i) into, or to a national or resident of, Cuba, Iraq, Iran, North Korea, Libya, Sudan, Syria (as such listing may be revised from time to time) or any country to which the U.S. has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nations or the U.S. Commerce Department's Table of Denial Orders.

3  Restricted Rights: Use, duplication or disclosure by the United States government is subject to the restrictions as set forth in the Rights in Technical Data and Computer Software Clauses in DFARS 252.227-7013(c) (1) (ii) and FAR 52.227-19(c) (2) as applicable.

Part of the software in this product is copyright © SyncML initiative Ltd. (1999-2002). All rights reserved.

Other product and company names mentioned herein may be the trademarks of their respective owners.

Any rights not expressly granted herein are reserved.

This is the internet version of the user's guide. © Print only for private use.    3

# Getting started

## Insert battery and SIM card

1   Remove the battery cover.



2   Slide the SIM card into its holder.



4   This is the interior corner

3   Insert the battery with the label side up and the connectors facing each other.




4   Slide the battery cover into place.

5   Connect the charger to the phone.



APLNDC-WH0000006688

6   It may take up to 30 minutes before
    the battery icon appears on the screen.



7   Wait approximately 2.5 hours for
    the battery to be fully charged.



8   Remove the charger.



*To turn on the phone*

1   Press and hold ①.
    The first start-up
    may take a couple
    of minutes.



2   Select whether
    you want to use
    the phone with
    full functionality
    or the
    WALKMAN™
    player only.

3   Enter your
    SIM card PIN,
    if requested.

4   At the first start-up,
    select the language you want for your
    phone menus.
    ➤ Yes if you want the setup wizard
    to help you get started, and follow
    the instructions that appear to complete
    the setup.

**Start-up menu**
When the start-up menu is activated,
you can select to listen to music only,
instead of using the phone with full
functionality. This means all transmitters
of the phone are turned off, preventing
disturbance of sensitive equipment, for
example, in an airplane or in a hospital.
You cannot make calls, receive calls,
or send messages, etc. You can only
use the WALKMAN player.



5

APLNDC-WH0000006689

**To deactivate the start-up menu**

1 ▸ Settings ▸ the General tab
   ▸ Startup Menu.

2 Select Don't Show.
   If you have selected Music Only,
   you can still receive calendar and
   task reminders, and the alarm can
   still signal.

### Insert the Memory Stick Duo™



To insert the Memory Stick
Duo™, slide it into the slot
as shown.

The Memory Stick Duo adds more storage
space to your phone to store, for example,
music, ringtones, video clips and pictures.

## Instruction symbols

The following instruction symbols appear
in this user guide:

| | |
|---|---|
|  | Note |
|  | Indicates that a service or function is network- or subscription-dependent. Contact your service provider for details. |
| ➡ | See also page ... |
| ▸ | Use the selection keys or the navigation key to scroll and select, ➡ *18 Keys and navigation*. |
| ⊙ | Press the navigation key center. |
| ⊛ | Press the navigation key up. |
| ⊛ | Press the navigation key down. |
| ⊛ | Press the navigation key to the left. |
| ⊛ | Press the navigation key to the right. |

## More information

**To view more instructions in your phone**
▸ Settings ▸ the General tab
▸ Tips and Tricks and Setup Wizard.

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006690

## Play/pause button

Press ▶❙❙ to start
or pause music. Choose
between using this
button for the
WALKMAN™
player or the FM
radio, or the most
recently used
of these.



***To change the button setting***
▶ Settings ▶ the General tab
▶ Play/Pause Button.

## Making calls

***To make calls***
1   Enter the phone number (with
    international prefix and area code
    if applicable) ▶ Call to make the call.
2   ▶ End Call to end the call.

***To receive calls***
When the phone rings ▶ Answer.

## WALKMAN™ player

The WALKMAN™ player works as a music
player and video player all in one.

**Install, transfer and play music**
Your phone works with the Disc2Phone
computer software, included on the CD
that comes with the phone. Use Disc2Phone
    to transfer music from CDs or your
    computer to the Memory Stick Duo
in your phone. This way the music files
are transferred in an automatic Artist-
Album-Title order. Follow the procedures
below to start using the WALKMAN player.



7

This is the internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006691

*To install the USB drivers*

1   Turn on your computer and insert the CD that came with your phone into the CD drive of your computer. If the PC Suite installation window opens, simply close it as it is not needed here.

2   Turn on your phone and connect the USB cable to a USB port on the computer and to the phone. The "Found New Hardware Wizards" starts on the computer.

3   **Computer**: Click *Install the software automatically* and click *Next*.

4   The wizard should find the USB software drivers automatically. Click *Finish*.

5   Repeat steps 3 and 4 until all five drivers are installed.

☼ *Each time you connect the phone and the computer using the USB cable, a  dialog box on the computer asks you to make a choice of what to do with files on the removable disk (i.e. the Memory Stick in your phone). Select Take no action to continue preparations for using Disc2Phone.*

*To install Disc2Phone*

1   Turn on your computer and insert the CD that came with your phone into the CD drive of your computer. The CD starts automatically and the installation window opens.

2   **Computer**: Select a language and click *OK*.

3   **Computer**: Click *Install Disc2Phone* and follow the instructions on the screen. When the installation is complete, the Disc2Phone icon appears on the desktop of your computer.

*To transfer music*

1   Make sure your phone is turned on and connected to the computer with the USB cable.

2   **Computer**: Double-click the Disc2Phone icon on the computer desktop to open Disc2Phone.

3   **Computer**: For details on transferring music, please refer to Disc2Phone Help. Click '?' in the top right corner of Disc2Phone window.

☼ *Do not remove the USB cable from the phone or computer during transfer, as this may corrupt the Memory Stick.*

--

8   This is the internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006692

4  **Computer**: You can obtain CD information (artist, track, etc.) via Disc2Phone if you are connected to the Internet while extracting music from a CD. You must also complete registration before you start.

*You cannot view the transferred files in your phone until you have removed the USB cable from the phone.*

**To play music and videos**

1  ▶ WALKMAN. The WALKMAN player browser opens.

2  Browse for songs by artist or track, or in playlists. You can also browse for video clips. Press ⊙ to open a list, press ⊙ to go back in a list.

3  Highlight a title ▶ Play.

**WALKMAN player controls**



- Press ▶ⅠⅠ to pause the playback. Press again to resume playing.
- Press ⊙ to go forward to the next music track or video clip.
- Press ⊙ to go back to the previous music track or video clip.
- Press and hold ⊙ or ⊙ to fast forward or rewind when playing music tracks or video clips.
- Press ⊙ or ⊙ to show a track-by-track view of the current list when playing music tracks.
- Press ⊙ or ⊙ to scroll through the playlist during playback. Files that are highlighted will not be selected until you press Play.
- When a video clip is playing, press ⊙ to play the video in slow motion. To resume normal playback, ▶ Play.
- When a video clip is paused, press ⊙ to play the video one frame at a time.
- Press ⊚ to go to the WALKMAN player, or to minimize the WALKMAN player during playback.
- Press ⊡ to go to the WALKMAN player browser when in the Now playing view.

9

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006693

## Browsing files

In the WALKMAN player browser you can browse for music and video content in lists:

* Artists – lists music you have transferred using Disc2Phone.
* Tracks – lists all music files (not ringtones) in your phone and on the Memory Stick Duo.
* Playlists – create or play your own lists of sound files.
* Videos – lists all video clips in your phone and on the Memory Stick Duo.

## Playlists

To organize the media files that are stored in the File Manager, you can create playlists. Files in a playlist can be sorted by artist, title or by the order in which the files were added to the playlist. You can add a file to more than one playlist.

When you delete a playlist or a file from the playlist, it is not deleted permanently from the phone memory or the Memory Stick Duo. You can add the file to another playlist.

*To create a playlist*
1   ► WALKMAN ► Playlists
    ► New Playlist ► Add enter the name
    of the playlist ► OK.
2   Select among the files that are available
    in the File Manager. You can add
    several files at a time and you can also
    add folders. All files in the selected
    folders will be added to the playlist.

*To add files to a playlist*
1   ► WALKMAN ► Playlists select
    a playlist ► Open ► More
    ► Add Media.
2   Select among the files that are
    available in the File Manager.

*To remove files from a playlist*
1   ► WALKMAN ► Playlists select
    a playlist ► Open.
2   Select the file and press ⓒ.

*To delete playlists*
► WALKMAN ► Playlists select a playlist
and press ⓒ.

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006694

**WALKMAN player options**

▸ **More** to view a selection of the following options:

- Now playing – go to the Now playing view.
- Add Media – add files or folders to the playlist.
- Sort – sort the playlist by artist, title or by the order in which files were added to the playlist.
- Delete – remove a file from the playlist. In playlists you have created, the file is only removed from the playlist. In the Artists list, the file is permanently deleted from the memory.
- Rename – rename the playlist. You can only rename user-created playlists.
- Delete Playlist – delete the playlist. Only the playlist is deleted; the files are still listed in the File Manager. You can only delete user-created playlists.
- Information – view information about the current track or video.
- Play Mode – change the playback order of songs and videos. Select Shuffle On to play the playlist files in random order, or Loop On to restart the playlist when the last file has been played.
- Equalizer – change the settings of the treble and bass when playing music.
- Send – send a sound or video clip.
- Capture Frame – when a video clip is paused, capture a picture from the video clip.

APLNDC-WH0000006695

Camera

*To take a picture*

1  Activate the camera by sliding the lens cover button. Make sure the camera icon is highlighted .

2  Press to take a picture. The picture is saved on the Memory Stick Duo as default (in the Camera Pictures folder).

• To use auto focus, press halfway down.
• To take another picture, press or press to return to the viewfinder.
• To deactivate the camera, close the lens cover or press and hold .



Camera overview

Select the option displayed in the upper right part of the screen.

Press (+) to zoom in or (-) to zoom out.

Press to take a picture or record a video clip.

Delete the picture or the video clip.

Select the option displayed in the lower right part of the screen.

Go back.

Turn the photo light on or off.

Press ⊙ or ⊙ to switch between still camera and video recorder.

Press ⊙ or ⊙ to adjust the brightness.

12   This is the internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006696

*To record a video clip*

1  Activate the video recorder. Make sure the video recorder icon is highlighted.

2  Press ⟨📷⟩ to start the recording. You can view the counter above the viewer.

* To pause the recording, ▶ Pause. To resume the recording, ▶ Resume.
* To end the recording, press ⟨📷⟩. The video clip is saved on the Memory Stick Duo as default (in the Cam. Video Clips folder).
* To record a new clip (and save the current clip), press ⟨📷⟩.
* To deactivate the video recorder, close the lens cover or press and hold ⟨⬅⟩.

**Camera settings**

When you are in the viewfinder ▶ Settings to view a number of options to adjust and enhance your pictures and video clips before taking or recording them.

For more details ➡ *28 Camera and video recorder.*

## Downloading settings

Download settings for Internet/WAP browsing, email and MMS (picture messaging) at *www.SonyEricsson.com/support.*

*To download settings*

1  On your computer, browse to *www.SonyEricsson.com/support.*

2  Select a region and a country or Global support area.

3  Select the *Phone setup* tab, and select a phone model.

4  Select which setting you want to download to your phone.

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006697

# Getting to know your phone

## Phone and menu overview





This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006698

| 1 | | Infrared port |
|---|---|---|
| 2 | | Ear speaker |
| 3 | | Selection key |
| 4 | | WALKMAN™ key |
| 5 | | Back key |
| 6 | | Power on/off button |
| 7 | | Selection key |
| 8 | | Navigation key |
| 9 | | Clear key |
| 10 | | Silent key |
| 11 | | Camera zoom, volume buttons and picture zoom |
| 12 | | Light |
| 13 | | Camera button |
| 14 | | Play/pause button |
| 15 | | Memory Stick Duo slot |
| 16 | | Microphone |
| 17 | | Stereo headset and charger connector |

For more information on keys and navigation, ➡ *18 Keys and navigation*.

15

Getting to know your phone

 **PlayNow™•**

 **Internet Services**

 **Entertainment**

Online Services*
Games
VideoDJ™
PhotoDJ™
MusicDJ™
Remote Control
Record Sound
Demo Tour

 **File Manager**

Pictures
Videos
Sounds
Themes
Web Pages
Games
Applications
Other

**Contacts\*\***

Contacts*•
Options:
Speed Dial
My Business Card
Groups**
Contacts**
Special Numbers
Advanced
New Contact

 **Radio**

 **Settings**

| **General** | **Sounds & Alerts** | **Display** | **Calls** | **\*Connectivity** |
|---|---|---|---|---|
| Profiles | Ring Volume | Wallpaper | Forward Calls | Bluetooth |
| Time & Date | Ringtone | Themes | Switch to Line 2* | Infrared Port |
| Language | Silent Mode | Startup Screen | Manage Calls | Synchronization |
| Voice Control | Increasing Ring | Screen Saver | Time & Cost | Device Mgmt. |
| Phone Status | Vibrating Alert | Brightness | Show or Hide No. | Mobile Networks |
| Shortcuts | Message Alert | Sleep Mode Clock | Handsfree | Data Comm. |
| Play/Pause Button | Key Sound | Edit Line Names* | | Internet Settings |
| Startup Menu | | | | Streaming Settings |
| Locks | | | | Settings for Java™ |
| Setup Wizard | | | | Accessories |
| Tips and Tricks | | | | |
| Master Reset | | | | |

16    This is the Adobe version of the user's guide - Press > to navigate

APLNDC-WH0000006700

Getting to know your phone

 **Camera**

 **Messaging**
Write New
Inbox
Email
Call Voicemail
Drafts
Outbox
Sent Messages
Saved Messages
Templates
Settings

**WALKMAN**

 **Calls**

 **Organizer**
Alarms
Applications
Calendar
Tasks
Notes
Synchronization
Timer
Stopwatch
Light
Calculator
Code Memo

| All | Answered | Dialed | Missed |
|-----|----------|--------|--------|

\* Please note that some menus are service provider-, network- and subscription-dependent.
\*\* The menu depends on which contacts application is selected as default.

17

APLNDC-WH0000006701

Getting to know your phone

## Keys and navigation
See also ➡ *6 More information.*

**Standby screen, main menu and status bar**
The *standby screen* is displayed when you are not calling or using the menus. This is where you can see, for example, the name of your service provider, the time and the date.

From standby, press ⊙ to enter the main menu, where the menus are shown as icons. Some submenus include tabs. Scroll to a tab using the navigation key and select an option. The status bar at the top of the screen contains icons, which give information related to the phone and its activities.

**Keys**

| | |
|---|---|
| ⊙ | Press to enter the main menu from standby. Press to select highlighted items. During a call, press to view a list of options. |
| ⊛ ⊛ ⊛ ⊛ | Move through menus and tabs. |
| ⊖ | Press to select the options shown immediately above these keys on the screen. |
| ⊃ | Press to go back one level in the menus, or leave an option unchanged. Press and hold to return to standby or end a function. |
| Ⓒ | Press to delete items, such as pictures, sounds and contacts. During a call, press and hold to mute the microphone. |
| Ⓦ | Press to open or minimize the WALKMAN player. |
| ⊡ | Press to take a picture or to record a video clip. |
| ⊳॥ | Press to play or pause music. |

18

APLNDC-WH0000006702

| | |
|---|---|
| ( 1 ) | From standby, press and hold to call your voicemail service (if set). |
| ( 2 ) – ( 9 ) | From standby, press and hold any of these keys to reach a contact beginning with a specific letter. |
| ( 1 ) – ( 9 ) | From standby, press any of these keys and press Call to speed dial. |
| ( + ) | From standby, press to view status information.<br>To reject an incoming call, quickly press twice.<br>Press once to turn off the ringtone when receiving a call.<br>During a call, press to increase the volume.<br>When using the WALKMAN player (also when minimized), press to increase the volume. Press and hold to go back one track.<br>When using the camera, press to zoom in.<br>From standby, press and hold to voice dial, alternatively say your magic word (if set). |
| ( – ) | To reject a call, quickly press twice when receiving a call.<br>Press once to turn off the ringtone when receiving a call.<br>During a call, press to decrease the volume.<br>When using the WALKMAN player (also when minimized), press to decrease the volume. Press and hold to go forward one track.<br>When using the camera, press to zoom out. |
| (#–ß) | From standby, press and hold to set the phone to silent.<br>The alarm signals even if the phone is set to silent.<br>Press once to turn off the ringtone when receiving a call. |
| ► Info | Get more information, explanations or tips about selected features, menus or functions available in your phone. Scroll to a menu item ► Info. |
| ► More | Enter a list of options. There are different alternatives in the list of options depending on where you are in the menus. |

APLNDC-WH0000006703

Getting to know your phone

## Entering letters

There are two ways of entering letters, for example, when writing a message or writing a name in contacts:
• Multitap text input
You press each key as many times as needed to show the letter you want.
• T9™ Text Input
You press each key only once, even if the letter you want is not the first letter on the key.

### To enter letters using T9™ Text Input

1   To enter text, you have to be in a function where text input is possible, for example,
    ▶ Messaging ▶ Write New
    ▶ Text Message.
2   For example, if you want to write the word "Jane", press (5), (2), (6), (3).
3   If the word shown is the one you want, press (#-8) to accept and add a space. To accept a word without adding a space, press (◌). If the word shown is not the one you want, press (◌) or (◌) to view alternative words. Accept a word and add a space by pressing (#-8).

4   Continue writing your message. To enter a period or other punctuation marks, press (1) and then (◌) or (◌) repeatedly. Accept by pressing (#-8).

### To select another writing method

Before, or while entering letters, press and hold (*a/A) to select another writing method.

## File manager

Use the file manager to handle files (for example, pictures, video clips and sounds) saved in the phone memory and on the Memory Stick Duo. Items such as Pictures, Videos, Sounds, Themes, Games and Applications are saved as files in folders. All files that the phone cannot recognize are saved in the Other folder. You can create your own subfolders in some predefined folders, to which you can move your saved files.
When handling files, you can select several or all files in a folder at the same time. You can move and copy files between the Memory Stick Duo and the phone. Icons indicate where the files are saved.
All files, except some copyright-protected files, are automatically saved on the Memory Stick Duo.

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006704

If the Memory Stick Duo is full, you cannot save anything on it until you have deleted some of the content from it or moved the content to the phone memory. If the Memory Stick Duo is not inserted in the phone, files will be saved to the phone if there is enough memory left.

*To use a file from the file manager*
1   ▸ File Manager and highlight a file in the Pictures or Sounds folder.
2   ▸ More ▸ Use As. Select what you want to use the file for.

*To move a file to a folder*
1   ▸ File Manager and open a folder.
2   Scroll to a file, for example, a picture that you want to move
    ▸ More ▸ Manage Files
    ▸ Move to Folder.
3   Select the folder you want to move the file to, or select New Folder and name the folder ▸ OK.

*To create a subfolder*
1   ▸ File Manager and open a folder.
2   ▸ More ▸ New Folder and enter a name for the folder.
3   ▸ OK to save the folder.

*To select several files*
1   ▸ File Manager and select a file ▸ More ▸ Mark ▸ Mark Several.
2   Scroll and select more files by pressing Mark or Unmark.

*To copy a file to the phone*
*or the Memory Stick Duo*
1   Scroll to the file, for example, a sound file that you want to copy
    ▸ More ▸ Manage Files.
2   Select Copy To Phone or Copy to Ext. Mem. Now you have two files with the same name, but different icons in front of them, telling you where the file is saved.

*To move or copy files to a computer*
➡ 7 Install, transfer and play music and ➡ 33 Transferring files using the USB cable.

*To delete a file from*
*the Memory Stick Duo*
Scroll to the file you want to delete from the Memory Stick Duo and press ⌈c⌋.

Formatting a Memory Stick Duo
You can format a Memory Stick Duo if you want to delete all information from it, or if it has been corrupted.

APLNDC-WH0000006705

*To format the Memory Stick Duo*
▶ File Manager and highlight a folder
▶ More ▶ Format Ext. Mem.

**File information**
Items that are downloaded,
or received using one of the available
transfer methods, may be copyright-
protected. If a file is protected,
you may not be able to copy or send
that file. A DRM-protected file has
a key symbol. You can view information
of the file by highlighting it ▶ More
▶ Information.

## Calling

### Making calls

Before you can make or receive any
calls, you must turn on the phone
and be within range of a network.

*To make a call*
1   Enter the phone number
    (with international country code
    and area code if applicable).
2   ▶ Call to make the call.
3   ▶ End Call to end the call.

*To change the ear speaker volume*
Press ⊕ or ⊖ to increase
or decrease the ear speaker volume
during a call.

*To use the loudspeaker during a call*
1   Press ⊙ and select
    Turn On Speaker to turn
    on the loudspeaker.
2   Press ⊙ and select
    Turn Off Speaker to turn
    off the loudspeaker.

☼ *Do not hold the phone to your ear while
using the loudspeaker. This could damage
your hearing.*

22

APLNDC-WH0000006706

Calling

**To turn off the microphone**
1  Press and hold ⓒ.
2  To resume the conversation,
   press and hold ⓒ again.

## Receiving calls

**To answer a call**
► Answer.

**To reject a call**
► Busy or quickly press a volume
button twice.

**To check your missed calls**
1  From standby ► Calls and scroll
   to the Missed calls tab. Use ⊙
   or ⊙ to scroll between the tabs.
2  Use ⊙ or ⊙ to scroll to a number
   and ► Call to call a number.

## Emergency calls

Your phone supports the international
emergency numbers, for example,
112 and 911. This means that these
numbers can normally be used to make
an emergency call in any country, with
or without a SIM card inserted,
if a GSM network is within range.

☼ *In some countries, other emergency
numbers may also be promoted.
Your service provider may therefore
have saved additional local emergency
numbers on the SIM card.*

**To make an emergency call**
Enter, for example,
112 (the international emergency
number) ► Call.

**To view your local emergency
numbers**
► Contacts ► Options
► Special Numbers ► Emergency Nos.

## Contacts

You can save your contact information
in the phone memory as contacts,
or on the SIM card as names and
numbers. You can choose which
contacts information –
Phone Contacts or SIM Contacts –
is shown as default.
For useful information and settings ►
Contacts ► Options.

**Default contact**
If you select to use Phone Contacts
as default, your contacts will show
all the information saved in Contacts.
If you select SIM Contacts as default,
the contacts will only show names
and numbers saved on the SIM card.

23

APLNDC-WH0000006707

Calling

*To select default contacts*
1   ► Contacts ► Options
    ► Advanced ► Default Contacts.
2   Select Phone Contacts or SIM
    Contacts.

**Phone contacts**
Contacts is like an address book,
in which you can store names, phone
numbers and email addresses.
You can also add pictures, ringtones
and personal information, such
as birthday, email, Web and street
addresses, to the contacts.
When you add information
to a contact, the information
is organized under five tabs. Use ⊙,
⊙, ⊙ and ⊙ to scroll between
the tabs and their information fields.

*To add a phone contact*
1   ► Contacts ► New Contact ► Add.
2   Enter the name directly or press
    Add and enter the name ► OK.
3   Enter the number directly or press
    Add and enter the number ► OK.
4   Select a number type.

5   Scroll between the tabs and select
    fields to enter more information.
    To enter symbols, for example,
    @ in an email address ► Symbols
    and select a symbol ► Insert.
6   When you have entered
    the information ► Save.

*To automatically save names and*
*phone numbers to the SIM card*
1   ► Contacts ► Options
    ► Advanced ► Auto Save on SIM.
2   Select On.

*To add a picture or a ringtone*
*to a phone contact*
1   ► Contacts and select the contact
    you want to add a picture
    or ringtone to ► More
    ► Edit Contact.
2   Use ⊙, ⊙, ⊙ and ⊙ to scroll
    to the relevant tab. ► Picture:
    or Ringtone: ► Add.
3   Select a picture or sound. ► Save
    to save the contact.

24   This is the Internet version of the user's guide. © Print only for private use.

**Calling contacts**

You can call one of your contacts,
or a number on your SIM card.
If Phone Contacts is set as default,
you can choose to call from contacts
or from the SIM card.
If SIM Contacts is set as default, you
can only call the numbers on the SIM
card.

*To call a phone contact*
1   ▶ Contacts. Scroll to, or enter the
    first letter or letters of the contact
    you want to call.
2   When the contact is highlighted,
    press ⊙ or ⊙ to select a number
    ▶ Call.

**Sending contacts**

You can send contacts using one
of the available transfer methods.

*To send a contact*
▶ Contacts and select a contact
▶ More ▶ Send Contact and select
a transfer method.

**Call list**

The numbers of the most recent
calls are saved in the call list.

*To call a number from the call list*
1   ▶ Calls from standby and select
    a tab.
2   Use ⊙, ⊙, ⊙ and ⊙ to scroll
    to the name or number you want
    to call ▶ Call.

*To add a number from the call list
to contacts*
1   ▶ Calls from standby and select
    a tab.
2   Scroll to the number you want
    to add ▶ More ▶ Save Number.
3   ▶ New Contact to create a new
    contact, or select an existing
    contact to add the number to.

25

APLNDC-WH0000006709

# Messaging

 *Your phone supports various messaging services. Please contact your service provider about the services you can use, or for more information, visit www.SonyEricsson.com/support.*

## Picture messages (MMS)

Picture messages can contain text, pictures, video clips, camera pictures, sound recordings, and business cards. You can send picture messages to a mobile phone or an email address.

### Before you start

You must have a subscription that supports picture messaging, and the receiver of the picture message must also have support for picture messaging.

Before sending a picture message, make sure that:

1   The address of your message server is set ► Messaging ► Settings ► Picture Message ► Message Server.

2   You have entered the correct settings ► Messaging ► Settings ► Picture Message ► Internet Profile. If no Internet profile exists, you can automatically receive all the settings in a message from your service provider or from *www.SonyEricsson.com/support.*

### Creating and sending picture messages

When composing a picture message, you can select different items such as: Picture, Text, Sound, Video, Sound Recording and Signature. You can also select Use Camera to take a new picture or record a new video clip.

***To create and send a picture message***

1   ► Messaging ► Write New ► Picture Message ► Add to view a list of items to add to your message. Select an item.

2   ► Add to add more items to the message. You can view and select options to enhance the message by highlighting items in the message and pressing the left selection key.

3   When you have finished composing your message ► More ► Send.

26

4 ► Enter Phone No. and enter
the recipient's phone number,
or ► Contacts Lookup to retrieve
a number or a group from
Contacts. To enter an email
address ► Enter Email Addr.
A list below shows the last 10
recipients. You can also select
a recipient from this list. ► Send.

**To make a call while creating
a picture message**
1 While writing your message
► More.
2 ► Make a Call and enter or retrieve
a phone number ► Call. You return
to the message.
3 To end the call ► More ► End Call.

**To save items from a picture
message**
When you have viewed a picture
message ► More ► Save Items
and select an item from the list
that appears.

## Text messaging (SMS)
Text messages can contain simple
pictures, animations, melodies and
sound effects.

☼ *If you send a text message to a group,
you are charged for each member
of that group.*

**Before you start**
First make sure that the number of your
service center is set. The number
is supplied by your service provider
and is usually saved on the SIM card.

**To set the service center number**
1 ► Messaging ► Settings
► Text Message ► Service Center.
If the service center number
is saved on the SIM card,
it is shown in the list.
2 If there is no number in the list
► Add and enter the number,
including the international "+"
sign and country code ► Save.

**Sending text messages**
For information about entering letters,
➜ *20 Entering letters.*

☼ *Some language-specific characters
use more space. For some languages
you can deactivate National Chars.
to save space.*

27

APLNDC-WH0000006711

Imaging

*To write and send a text message*
1   ▶ Messaging ▶ Write New
    ▶ Text Message.
2   Write your message ▶ Continue.
    If you want to save the message
    for later, press ⏍. ▶ Yes
    to save it in Drafts.
3   ▶ Enter Phone No. and enter
    the recipient's phone number,
    or ▶ Contacts Lookup to retrieve
    a number or a group from Contacts.
    To enter an email address
    ▶ Enter Email Addr. A list below
    the send options shows the last
    used recipients. You can also
    select a recipient from this list.
    ▶ Send.

☼ *To send a message to an email address,
    you need to set an email gateway number,*
    ▶ Messaging ▶ Settings ▶ Text Message
    ▶ Email Gateway. *The number is supplied
    by your service provider.*

*To insert an item in a text message*
1   While writing your message
    ▶ More ▶ Add Item.
2   Select an item type and then
    select an item.

## Imaging

### Camera and video recorder
You can take pictures, record video
clips, save and view them and send
them as email attachments or in picture
messages via picture messaging.

☼ *If you try to record a strong light source
    such as direct sunlight or a lamp,
    the screen may black out or the picture
    may be distorted.*

➡ *12 Camera.*

### Camera and video options
When the camera or video is activated
▶ Settings to view more options:
•   Switch to Video Camera –
    to record a video clip instead
    of taking a picture.
•   Switch to Still Camera – to take
    a picture instead of recording
    a video clip.
•   Shoot Mode (camera) – select from
    Normal for no frame, Panorama
    to combine several pictures into one
    wide picture, Frames to add a frame
    to your picture and Burst to take
    four pictures in rapid succession.

28

APLNDC-WH0000006712

- Shoot Mode (video) – select
  High-quality video
  or For Picture Message if you want
  to send your video clip as a picture
  message.
- Picture Size – choose between
  1632x1224, 640x480 and 160x120.
- Video Size – choose between
  Large 176x144 and Small 128x96.
- Turn On Macro – to turn the macro
  focus setting on.
- Turn On Night Mode – enhance
  picture or video quality in poor
  lighting conditions with longer
  exposure time.
- Turn On Light – to enhance lighting
  conditions.
- Turn On Self-Timer – the picture
  is taken a few seconds after you
  press the camera button.
- Effects – select different effects
  for your picture or video.
- White Balance – adjust the picture
  or video color to the lighting
  conditions.
- Picture Quality – choose between
  Normal and Fine picture quality.
- Turn On Time and Date – add
  a time and date to your picture.
- Reset File No. – reset the file
  number counter.
- Save to – select Memory Stick
  or Phone Memory to save
  the picture or video.

## Transferring pictures
## to your computer

Using the USB cable, you can
drag-and-drop camera pictures
to a computer running
Windows® 2000, Windows ME,
Windows XP and Mac OS X.

### To transfer pictures to a computer

1   Make sure you have installed the
    USB drivers, ➡ 8 To install the
    USB drivers.
2   With the computer and phone
    connected and turned on, open
    Windows Explorer and browse
    to Removable Disk (drive:)\DCIM
    (if you have saved the camera
    pictures on the Memory Stick Duo).
3   Either move or copy the camera
    picture files, or drag-and-drop them,
    to the desired folder on your
    computer.

To further enhance and organize
the camera pictures in your computer,
install Adobe® Photoshop® Album
Starter Edition, included on the CD
that comes with phone.

29

APLNDC-WH0000006713

Entertainment

## Pictures

Your phone comes with a number of pictures and animations. You can:

* Use a picture as wallpaper and as a screen saver.
* Assign a picture to a contact.
* Exchange pictures using one of the available transfer methods.

### To view your pictures

1 ► File Manager ► Pictures.
2 The pictures are shown in thumbnail view. To get a full view ► View.

### To use a picture

1 ► File Manager ► Pictures and scroll to the picture you want to use ► More ► Use As.
2 Select what you want to use the picture for.

### To send a picture

► File Manager ► Pictures and scroll to the picture you want. ► More ► Send and select a transfer method.

☼ *All phones that support pictures can receive the picture size 160x120. Some phones that support pictures cannot receive picture sizes of more than 160x120. The best picture size to view on a computer is 1632x1224.*

# Entertainment

## Radio

Your phone features an FM radio with RDS functionality. To use the radio, you must connect the handsfree to your phone, as the handsfree works as an antenna. The radio can be used as an alarm signal.

☼ *You must switch your phone on to use the radio. Do not switch the phone on in areas where mobile phones are prohibited,* ➡ *34 Guidelines for Safe and Efficient Use.*

### To listen to the radio

Connect the handsfree to your phone ► Radio.
To minimize, return to standby and use other functions with the radio still playing, press ⬚.

### Radio control

* ► Search or press and hold ⊙ or ⊙ to find the next channel on the band.
* Press ⊙ or ⊙ to move 0.1 MHz along the FM band.
* Press ⊙ or ⊙ for the next preset channel.

APLNDC-WH0000006714

## Saving radio channels

You can save up to 20 of your favorite radio channels.

 *To save channels quickly in positions 1 to 10, press and hold 0 – 9, (where 0 represents the number 10). To select a channel you have saved in positions 1 to 10, press 0 – 9.*

### To save a radio channel

▶ Radio ▶ More ▶ Save select a position ▶ Insert. The channel is saved in a list.

### Radio options

▶ More for the following options:
* Turn Off – turn the radio off.
* Save – save the current frequency in a list of channels.
* Channels – select, rename, replace or delete saved channels or set a channel as the preferred alarm signal.
* Turn On Speaker – listen through the loudspeaker.
* Auto Save – automatically search for and save channels in a list of channels. Previously saved channels will be replaced.

* Set Frequency – enter a frequency manually. The figures you enter will be automatically adjusted to valid frequencies. Press (#-ε) to go directly to Set Frequency.
* RDS – options to turn on or off alternative frequency (AF) and to show or hide station information.
* Turn On Mono – turn mono sound on.

## PlayNow™

📶 *This function is network- or service provider-dependent. Please contact your service provider for information about your subscription and PlayNow™.*

With the PlayNow™ service, you can listen to music tones before you decide to purchase and download them to your phone.

### Before you start

First make sure that:
* You have a phone subscription that supports GPRS data transmission.
* You have entered the correct WAP settings in your phone,
  ➡ *13 Downloading settings.*
* You may also have to register as a WAP user with your service provider or network operator.
* You have free memory in your phone.

31

This is the internet version of the user's guide. © Print only for private use.

**Downloading a music tone from the PlayNow™ list**

The total price for the download is the price appearing on the screen when you select to download and save a music tone. Your phone bill or prepay phone card will be charged by your service provider after you have purchased the tone.

*To listen to a music tone*
▶ PlayNow™ and select a music tone that you want to listen to.

*To download a music tone*
1 When you have listened to a music tone that you want to download, first verify the purchase details above, then read the terms and conditions provided in the phone kit. By agreeing to purchase the phone, you also agree to accept these conditions.
2 ▶ Yes to download the music tone. The music tone is automatically saved in File Manager ▶ Sounds.

☼ *The service may not always be available in all countries or when you are using a network other than your service provider's – a message will appear to inform you about this when selecting the PlayNow™ icon.*

## Ringtones and melodies

You can exchange melodies using one of the available transfer methods.

☼ *You are not allowed to exchange some copyright-protected material. A DRM-protected file has a key symbol.*

*To select a ringtone*
▶ Settings ▶ the Sounds & Alerts tab ▶ Ringtone.

*To turn the ringtone on or off*
Press and hold (#–₈) from standby. All signals except the alarm signal are turned on or off.

*To set the ringtone volume*
1 ▶ Settings ▶ the Sounds & Alerts tab ▶ Ring Volume and press ⊚ or ⊚ to decrease or increase the volume.
2 ▶ Save to save the setting.

*To set the vibrating alert*
▶ Settings ▶ the Sounds & Alerts tab ▶ Vibrating Alert and select the setting you want.

32

APLNDC-WH0000006716

**Sounds and alerts options**
From Settings ▸ the Sounds & Alerts tab, you can set:
- Message Alert – select how you want to be notified of an incoming message.
- Key Sound – select what sound you want the keys to make when you press them.

## Connectivity

### Transferring files using the USB cable

When you connect your phone to a computer using the USB cable, the Memory Stick Duo appears as a drive on the computer. You can install the USB cable drivers using the CD that comes with your phone,
➡ *8 To install the USB drivers*.

☼ *Make sure you only use the USB cable that comes with the phone, and that you connect the USB cable directly to your computer.*

You can use the drag-and-drop functionality in your computer to:
- Transfer files between your phone and the computer.
- Move, delete and organize files on the Memory Stick Duo.

Files must be saved in specific folders on the Memory Stick Duo:
- Pictures must be saved in \MSSEMC\Media files\image\
- Music must be saved in \MSSEMC\Media files\audio, or copied using Disc2Phone,
  ➡ *7 WALKMAN™ player*.

33

APLNDC-WH0000006717

Important information

- Java applications and games must be saved in \MSSEMC\Media files\other\
- Pictures taken by the camera are saved in the \DCIM\ folder.

*Your computer needs to have one of the following operating systems to be able to use this feature: Windows® 2000, Windows ME, Windows XP and Mac OS X.*

## Update service

With the Sony Ericsson Update Service you can keep your phone updated with the latest software. When a new software version is available, you can download and install it using the provided USB cable and a computer with an Internet connection.

*To update the phone software*
1 Visit *www.SonyEricsson.com/support.*
2 Select a region and country.
3 Enter the product name.
4 Select Sony Ericsson Update Service and follow the instructions that appear.

## Important information

**Sony Ericsson Consumer Web site**
At *www.SonyEricsson.com* there is a support section where help and tips are only a few clicks away. Here you find the latest computer software updates and tips on how to use your product more efficiently.

## Guidelines for Safe and Efficient Use

Please read this information before using your mobile phone.



### Recommendations
- Always treat your product with care and keep it in a clean and dust-free place.
- Do not expose your product to liquid or moisture or humidity.
- Do not expose your product to extreme high or low temperatures.



- Do not expose your product to open flames or lit tobacco products.
- Do not drop, throw or try to bend your product.
- Do not paint your product.
- Do not use your product near medical equipment without requesting permission.



APLNDC-WH0000006718

Important information

• Do not use your product when in, or around aircraft, or areas posted "turn off two-way radio".

• Do not use your product in an area where a potentially explosive atmosphere exists.

• Do not place your product or install wireless equipment in the area above your car's air bag.

• Do not attempt to disassemble your product. Only Sony Ericsson-authorized personnel should perform service. 

## Antenna

Only use an antenna that has been specifically designed by Sony Ericsson for your mobile phone. Use of unauthorized or modified antennas could damage your mobile phone and may violate regulations, causing loss of performance and SAR levels above the recommended limits (see below).

## Efficient use

Hold your mobile phone as you would any other phone. Do not cover the top of the phone when in use, as this affects call quality and may cause the phone to operate at a higher power level than needed, thus shortening talk and standby times.

## Radio frequency (RF) exposure and SAR

Your mobile phone is a low-power radio transmitter and receiver. When it is turned on, it emits low levels of radio frequency energy (also known as radio waves or radio frequency fields).

Governments around the world have adopted comprehensive international safety guidelines, developed by scientific organizations, e.g. ICNIRP (International Commission on Non-Ionizing Radiation Protection) and IEEE (The Institute of Electrical and Electronics Engineers Inc.) through periodic and thorough evaluation of scientific studies. These guidelines establish permitted levels of radio wave exposure for the general population. The levels include a safety margin designed to assure the safety of all persons, regardless of age and health, and to account for any variations in measurements.

Specific Absorption Rate (SAR) is the unit of measurement for the amount of radio frequency energy absorbed by the body when using a mobile phone. The SAR value is determined at the highest certified power level in laboratory conditions, but the actual SAR level of the mobile phone while operating can be well below this value. This is because the mobile phone is designed to use the minimum power required to reach the network.

Variations in SAR below the radio frequency exposure guidelines do not mean that there are variations in safety. While there may be differences in SAR levels among mobile phones, all Sony Ericsson mobile phone models are designed to meet radio frequency exposure guidelines.

35

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006719

Important information

Before a phone model is available for sale to the public, it must be tested and certified to the FCC that it does not exceed the limit established by the government-adopted requirement for safe exposure. The tests are performed in positions and locations (that is, at the ear and worn on the body) as required by the FCC for each model. For body worn operation, this phone has been tested and meets FCC RF exposure guidelines when the handset is positioned a minimum of 15 mm from the body without any metal parts in the vicinity of the phone or when used with the original Sony Ericsson body worn accessory intended for this phone. Use of other accessories may not ensure compliance with FCC RF exposure guidelines.

A separate leaflet with SAR information for this mobile phone model is included with the material that comes with this mobile phone. This information can also be found, together with more information on radio frequency exposure and SAR, on www.SonyEricsson.com.

Driving

Please check if local laws and regulations restrict the use of mobile phones while driving or require drivers to use handsfree solutions. We recommend that you use only Ericsson or Sony Ericsson handsfree solutions intended for use with your product. Please note that because of possible interference to electronic equipment, some vehicle manufacturers forbid the use of mobile phones in their vehicles unless a handsfree kit with an external antenna supports the installation.

Always give full attention to driving and pull off the road and park before making or answering a call if driving conditions so require.

Personal medical devices

Mobile phones may affect the operation of cardiac pacemakers and other implanted equipment. Please avoid placing the mobile phone over the pacemaker, e.g. in your breast pocket. When using the mobile phone, place it at the ear opposite the pacemaker. If a minimum distance of 15 cm (6 inches) is kept between the mobile phone and the pacemaker, the risk of interference is limited. If you have any reason to suspect that interference is taking place, immediately turn off your mobile phone. Contact your cardiologist for more information.

For other medical devices, please consult the manufacturer of the device.

CHILDREN

DO NOT ALLOW CHILDREN TO PLAY WITH YOUR MOBILE PHONE OR ITS ACCESSORIES. THEY COULD HURT THEMSELVES OR OTHERS, OR COULD ACCIDENTALLY DAMAGE THE MOBILE PHONE OR ACCESSORY. YOUR MOBILE PHONE OR ITS ACCESSORY MAY CONTAIN SMALL PARTS THAT COULD BE DETACHED AND CREATE A CHOKING HAZARD.

36

APLNDC-WH0000006720

Important information

### Disposal of Old Electrical & Electronic Equipment

This symbol on the product or on its packaging indicates that this product shall not be treated as household waste. Instead it shall be handed over to the applicable collection point for the recycling of electrical and electronic equipment. By ensuring this product is disposed of correctly, you will help prevent potential negative consequences for the environment and human health, which could otherwise be caused by inappropriate waste handling of this product. The recycling of materials will help to conserve natural resources. For more detailed information about recycling of this product, please contact your local city office, your household waste disposal service or the shop where you purchased the product.

### Power supply

Connect the AC power adapter only to designated power sources as marked on the product. Make sure the cord is positioned so that it will not be subjected to damage or stress. To reduce risk of electric shock, unplug the unit from any power source before attempting to clean it. The AC power adapter must not be used outdoors or in damp areas. Never alter the cord or plug. If the plug will not fit into the outlet, have a proper outlet installed by a qualified electrician.

### Emergency calls

Mobile phones operate using radio signals, which cannot guarantee connection under all conditions. Therefore you should never rely solely upon any mobile phone for essential communications (e.g. medical emergencies).

Emergency calls may not be possible on all cellular networks or when certain network services and/or mobile phone features are in use. Check with your local service provider.

### Battery use and care

We recommend that you fully charge the battery before you use your mobile phone for the first time. The battery should only be charged in temperatures between +5°C (+41°F) and +45°C (+113°F).

A new battery or one that has not been used for a long time could have reduced capacity the first few times it is used.

The talk and standby times depend on the actual transmission conditions when using the mobile phone. If the mobile phone is used near a base station, less power is required and talk and standby times are prolonged.

• **Warning!** May explode if disposed of in fire.

• Use only Sony Ericsson branded original batteries and chargers intended for use with your mobile phone. Other chargers may not charge sufficiently or may produce

37

This is a Internet version of this User's guide. Print only for private use.

Important information

excessive heat. Using other batteries
and chargers could be dangerous.
• Do not expose the battery to liquid.
• Do not let the metal contacts on the
battery touch another metal object. This
could short-circuit and damage the battery.
• Do not disassemble or modify
the battery.
• Do not expose the battery
to extreme temperatures,
never above +60°C (+140°F).
For maximum battery capacity,
use the battery in room
temperature.



• Turn off your mobile phone before
removing the battery.
• Keep out of children's reach.
• Use the battery for the
intended purpose only.
• Do not allow the battery to be
put into the mouth. Battery
electrolytes may be toxic if swallowed.



## Disposing of the battery

Please check local regulations
for disposal of batteries or
call your local Sony Ericsson
Call Center for information.



The battery should never be placed
in municipal waste. Use a battery disposal
facility if available.

## End User License Agreement

This wireless device ("Device") contains
software owned by Sony Ericsson Mobile
Communications AB ("Sony Ericsson")

and its third party suppliers and licensors
("Software").

As user of this Device, Sony Ericsson grants
you a non-exclusive, non-transferable, non-
assignable license to use the Software solely
in conjunction with the Device on which it is
installed. Nothing herein shall be construed
as a sale of the Software to a user of this
Device.

You shall not reproduce, modify, distribute,
reverse engineer, decompile, otherwise alter
or use any other means to discover
the source code of the Software or
any component of the Software.
For avoidance of doubt, you are at all
times entitled to transfer all rights
and obligations to the Software to a third
party, solely together with the Device with
which you received the Software, provided
always that such third party agrees
in writing to be bound by these rules.

You are granted this license for a term
of the useful life of this Device. You can
terminate this license by transferring all
your rights to the Device on which you have
received the Software to a third party
in writing. If you fail to comply with any
of the terms and conditions set out in this
license, it will terminate with immediate effect.

Sony Ericsson and its third party suppliers
and licensors are the sole and exclusive
owner of and retain all rights, title and interest
in and to the Software. Sony Ericsson,
and, to the extent that the Software contains
material or code of a third party, such third

38

party, shall be entitled third party beneficiaries of these terms.

The validity, construction and performance of this license shall be governed by the laws of Sweden. The foregoing shall apply to the full extent permitted by, when applicable, statutory consumer rights.

## Limited Warranty

Sony Ericsson Mobile Communications AB, S-221 88 Lund, Sweden, (Sony Ericsson), provides this Limited Warranty for your mobile phone and original accessory delivered with your mobile phone (hereinafter referred to as "Product").

Should your Product need warranty service, please return it to the dealer from whom it was purchased, or contact your local Sony Ericsson Call Center (national rates may apply) or visit www.SonyEricsson.com to get further information.

### Our warranty

Subject to the conditions of this Limited Warranty, Sony Ericsson warrants this Product to be free from defects in design, material and workmanship at the time of its original purchase by a consumer, and for a subsequent period of one (1) year.

### What we will do

If, during the warranty period, this Product fails to operate under normal use and service, due to defects in design, materials or workmanship, Sony Ericsson authorized

distributors or service partners, in the country/region* where you purchased the Product, will, at their option, either repair or replace the Product in accordance with the terms and conditions stipulated herein.

Sony Ericsson and its service partners reserve the right to charge a handling fee if a returned Product is found not to be under warranty according to the conditions below.

Please note that your personal settings/downloads might be lost when the Product is repaired or replaced.

### Conditions

1  The warranty is valid only if the original proof of purchase issued to the original purchaser by an, for this Product, Sony Ericsson authorized dealer, specifying the date of purchase and serial number**, is presented with the Product to be repaired or replaced. Sony Ericsson reserves the right to refuse warranty service if this information has been removed or changed after the original purchase of the Product from the dealer.

2  If Sony Ericsson repairs or replaces the Product, the repaired or replaced Product shall be warranted for the remaining time of the original warranty period or for ninety (90) days from the date of repair, whichever is longer. Repair or replacement may involve the use of functionally equivalent reconditioned units. Replaced parts or components will become the property of Sony Ericsson.

39

Important information

3  This warranty does not cover any failure of the Product due to normal wear and tear, or due to misuse, including but not limited to use in other than the normal and customary manner, in accordance with the Sony Ericsson instructions for use and maintenance of the Product. Nor does this warranty cover any failure of the Product due to accident, software or hardware modification or adjustment, acts of God or damage resulting from liquid. A rechargeable battery can be charged and discharged hundreds of times. However, it will eventually wear out – this is not a defect. When the talk-time or standby time is noticeably shorter, it is time to replace your battery. Sony Ericsson recommends that you use only batteries and chargers approved by Sony Ericsson.

4  Since the cellular system on which the Product is to operate is provided by a carrier independent from Sony Ericsson, Sony Ericsson will not be responsible for the operation, availability, coverage, services or range of that system.

5  This warranty does not cover Product failures caused by installations, modifications, or repair or opening of the Product performed by a non-Sony Ericsson authorized person.

6  The warranty does not cover Product failures which have been caused by use of accessories or other peripheral devices which are not Ericsson or

Sony Ericsson branded original accessories intended for use with the Product.

7  Tampering with any of the seals on the Product will void the warranty.

8  THERE ARE NO EXPRESS WARRANTIES, WHETHER WRITTEN OR ORAL, OTHER THAN THIS PRINTED LIMITED WARRANTY. ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THIS LIMITED WARRANTY. IN NO EVENT SHALL SONY ERICSSON OR ITS LICENSORS BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOST PROFITS OR COMMERCIAL LOSS; TO THE FULL EXTENT THOSE DAMAGES CAN BE DISCLAIMED BY LAW.

Some countries/states do not allow the exclusion or limitation of incidental or consequential damages, or limitation of the duration of implied warranties, so the preceding limitations or exclusions may not apply to you.

The warranty provided does not affect the consumer's statutory rights under applicable legislation in force, nor the consumer's rights against the dealer arising from their sales / purchase contract.

40

APLNDC-WH0000006724

Important information

<table>
<tr><td>

*EUROPEAN UNION (EU)

If you have purchased your Product in an EU country you can have your Product serviced, under the conditions set out above, within the warranty period in any EU country where an identical Product is sold by an authorized Sony Ericsson distributor. To find out if your Product is sold in the EU country you are in, please call the local Sony Ericsson Call Center. Please observe that certain services may not be possible elsewhere than in the country of original purchase, for example due to the fact that your Product may have an interior or exterior which is different from equivalent models sold in other EU countries. It may not be possible to repair SIM-locked Products.

** In some countries/regions additional information is requested. If so, this is clearly shown on the valid proof of purchase.

**FCC Statement**

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) This device must accept any interference received, including interference that may cause undesired operation.

</td>
<td>

**Declaration of Conformity**

We, **Sony Ericsson Mobile Communications AB** of
Nya Vattentornet
S-221 88 Lund, Sweden
declare under our sole responsibility that our product

**Sony Ericsson type AAB-1022013-BV**

and in combination with our accessories, to which this declaration relates is in conformity with the appropriate standards 3GPP TS 51.010-1, EN 301489-7, EN 300328, EN 301489-17 and EN 60950, following the provisions of, Radio Equipment and Telecommunication Terminal Equipment directive **99/5/EC** with requirements covering EMC directive **89/336/EEC**, and Low Voltage directive **73/23/EEC**.

Lund, May 2005      $C \epsilon 0682$

*Hiroshi Yoshioka,*
*Head of Product Business Unit GSM/UMTS*

We fulfill the requirements of the R&TTE Directive (**99/5/EC**).

</td>
</tr>
</table>

41

APLNDC-WH0000006725

# Index

**A**
answering
    calls ..................................... 23

**B**
battery
    inserting ........................................ 4
    use and care ............................... 37

**C**
call list ................................................ 25
calling .................................................. 7
    from call list ............................... 25
    from contacts ............................. 25
calls
    answering ................................... 23
    emergency ................................... 23
    making ................................... 7, 22
    receiving ............................... 7, 23
    rejecting ...................................... 23
camera .......................................... 28–29
contacts ........................................ 23–25

**D**
declaration of conformity ..................... 41
Disc2Phone ........................................... 7
    installing ......................................... 8

**F**
file manager ....................................... 20

**H**
help texts, in phone .......................... 19

**K**
keys and navigation ........................... 18

**L**
letters
    entering ....................................... 20

**M**
Memory Stick Duo™ .......................... 21
    formatting .................................. 21
    inserting ....................................... 6
messages
    picture (MMS) ............................ 26
    text (SMS) ................................... 27
microphone, turning off/on ................ 23
MMS *See* picture messages ............... 26
music
    transfering .................................... 8

APLNDC-WH0000006726

Index

**P**
picture messages (MMS) ...............26–27
picture sizes ...................................... 28
pictures ............................................. 30
play/pause button ............................... 7
playlists ............................................. 10
PlayNow™ ......................................... 31

**R**
ringtones ........................................... 32

**S**
safety guidelines ............................... 34
saving
    from picture messages ............... 27
sending
    contacts ...................................... 25
    pictures ....................................... 30
settings
    downloading ............................... 13
SMS *See* text messages .................... 27
SOS *See* emergency numbers ........... 23
speaker volume ................................. 22
start-up menu .................................... 5

**T**
T9™ Text Input
    entering letters ...........................20
text messages (SMS) ....................27–28
transferring
    camera pictures ..........................29
    files ...........................................33
    music ..........................................8
turning on/off
    ringtone ......................................32

**U**
update service ...................................34
USB drivers
    installing ......................................8

**V**
video recorder ...............................28–29
volume
    changing ....................................22
    setting ringtone ..........................32

**W**
WALKMAN™ player ......................7–11
warranty ...........................................39
writing
    using T9™ Text Input ..................20

43

This is the Internet version of the user's guide. © Print only for private use.

APLNDC-WH0000006727