EXHIBIT F

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--oOo--

APPLE, INC., a California corporation

        Plaintiff,

vs.             Case No. 4:11-cv-01846-LHK

SAMSUNG ELECTRONICS CO.,
LTD., et al.

        Defendants.

_____/

DEPOSITION OF

JOE TIPTON COLE

_____

Friday, December 16, 2011

**HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY**

REPORTED BY: COREY W. ANDERSON, CSR 4096

(2003-439831)

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 52

| | | |
|---|---|---|
| 10:32:44 | 1 | Q.   Did you know people in the community for |
| 10:32:46 | 2 | any of the message boards you relied on for your |
| 10:32:49 | 3 | applet references? |
| 10:32:51 | 4 | A.   I did not seek out anyone that I knew.  I |
| 10:32:53 | 5 | simply did general searches. |
| 10:33:14 | 6 | Q.   What was your understanding of an applet |
| 10:33:15 | 7 | in 2005? |
| 10:33:20 | 8 | A.   The -- I don't recall being presented with |
| 10:33:22 | 9 | the term.  If you are asking me whether my -- my |
| 10:33:31 | 10 | opinion of that would have been different at the |
| 10:33:32 | 11 | time, the answer is no. |
| 10:33:36 | 12 | Q.   So if you were asked to define applet in |
| 10:33:39 | 13 | 2005, you would have answered something the same or |
| 10:33:45 | 14 | consistent with what's in your declaration? |
| 10:33:48 | 15 | A.   I believe so, yes.  Certainly in terms of |
| 10:33:50 | 16 | presented with the same, with the same patent and |
| 10:33:55 | 17 | the same file history, I certainly would have |
| 10:33:58 | 18 | construed it the same way, yes. |
| 10:34:03 | 19 | Q.   In 2005, were you aware of Java applets? |
| 10:34:06 | 20 | A.   Yes. |
| 10:34:07 | 21 | Q.   Were you aware of any other types of |
| 10:34:08 | 22 | applets? |
| 10:34:09 | 23 | A.   Yes. |
| 10:34:10 | 24 | Q.   Which ones? |
| 10:34:12 | 25 | A.   At least the Flash, JavaScript, the -- |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 53

| | | |
|---|---|---|
| 10:34:23 | 1 | the -- I'm trying to think what -- there is a |
| 10:34:33 | 2 | version JScript, I think is the Microsoft version of |
| 10:34:36 | 3 | the JavaScript. |
| 10:34:46 | 4 | The 2005 for certain, I think that's all I |
| 10:34:55 | 5 | can refer to. |
| 10:34:56 | 6 | Certainly I picked up the Ruby, I think |
| 10:34:59 | 7 | that was probably later. |
| 10:35:02 | 8 | Q.   In 2005, had you heard of applets in the |
| 10:35:05 | 9 | context of Qualcomm chipsets? |
| 10:35:09 | 10 | A.   I don't think I was aware of applets in |
| 10:35:11 | 11 | the context of Qualcomm chipsets at that time, no. |
| 10:35:22 | 12 | Q.   Did counsel provide you the excerpts of |
| 10:35:24 | 13 | deposition testimony that you included at Exhibit 3 |
| 10:35:28 | 14 | of your declaration? |
| 10:35:31 | 15 | A.   Let me see. |
| 10:35:51 | 16 | (Pause) |
| 10:35:51 | 17 | A.   In the sense that they provided me with |
| 10:35:52 | 18 | the entire deposition, yes. |
| 10:35:57 | 19 | Q.   Did you review the full transcript? |
| 10:35:59 | 20 | A.   I'm sorry? |
| 10:35:59 | 21 | Q.   Did you review the full transcript? |
| 10:36:01 | 22 | A.   Yes. |
| 10:36:24 | 23 | Q.   Other than you said that counsel provided |
| 10:36:25 | 24 | you with the definition of applet that you have at |
| 10:36:29 | 25 | page 3, did any assumptions provided to you by |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 54

| | | |
|---|---|---|
| 10:36:34 | 1 | counsel form the basis of any of your opinions? |
| 10:36:40 | 2 | A.   I think as I said, any paragraph that you |
| 10:36:42 | 3 | see in here that includes the phrase "I understand" |
| 10:36:45 | 4 | is probably based on an assumption that's what -- |
| 10:36:54 | 5 | that was given to me by the counsel concerning legal |
| 10:36:58 | 6 | matters or procedural matters that I don't qualify |
| 10:37:01 | 7 | to handle on my own. |
| 10:37:06 | 8 | Q.   Did assumptions provided to you by counsel |
| 10:37:11 | 9 | form the basis of any of your technical opinions? |
| 10:37:13 | 10 | A.   No.  No.  Not at all. |
| 10:37:16 | 11 | Q.   Okay.  Do you have an understanding of the |
| 10:37:21 | 12 | term "intrinsic evidence" with respect to claim |
| 10:37:24 | 13 | construction? |
| 10:37:25 | 14 | A.   Yes. |
| 10:37:26 | 15 | Q.   What's your understanding? |
| 10:37:28 | 16 | A.   My understanding of intrinsic evidence |
| 10:37:30 | 17 | concerning claim construction includes all material |
| 10:37:34 | 18 | on the face of the patent, and includes the entire |
| 10:37:38 | 19 | file history associated with the patent. |
| 10:37:41 | 20 | It can also include items that are |
| 10:37:48 | 21 | included by reference in the patent.  And I think |
| 10:37:59 | 22 | that's about it.  I think there -- there may be one |
| 10:38:02 | 23 | or two other items, but I think that's about it. |
| 10:38:05 | 24 | Q.   Is it your opinion that intrinsic evidence |
| 10:38:07 | 25 | supports Samsung's construction of the term |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 56

| | | |
|---|---|---|
| 10:39:28 | 1 | claim 1? |
| 10:39:37 | 2 | A.   Okay. |
| 10:39:37 | 3 | Q.   In your opinion, does the language of |
| 10:39:39 | 4 | claim 1 support your definition of applet? |
| 10:39:42 | 5 | (Pause) |
| 10:39:43 | 6 | A.   Yes. |
| 10:40:05 | 7 | Q.   How? |
| 10:40:06 | 8 | A.   Again, the term as used is a bare term |
| 10:40:10 | 9 | without any qualification. |
| 10:40:15 | 10 | Q.   So your opinion of an applet need not be |
| 10:40:18 | 11 | operating system independent because the claim does |
| 10:40:22 | 12 | not explicitly limit the applet to operating system |
| 10:40:25 | 13 | independent. |
| 10:40:27 | 14 | Correct? |
| 10:40:32 | 15 | A.   You asked me if the claim supported, not |
| 10:40:34 | 16 | that the claim established.  The claim supports what |
| 10:40:37 | 17 | I said.  In and of itself it doesn't establish it. |
| 10:40:47 | 18 | Q.   Okay.  I just want to make sure I'm |
| 10:40:49 | 19 | understanding that in your opinion, the claim |
| 10:40:55 | 20 | supports that the applet need not be operating |
| 10:40:58 | 21 | system independent because the claim doesn't |
| 10:41:01 | 22 | explicitly say that the applet is operating system |
| 10:41:04 | 23 | independent. |
| 10:41:05 | 24 | Correct? |
| 10:41:12 | 25 | A.   Just standing by itself, the answer is |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 57

| | | |
|---|---|---|
| 10:41:14 | 1 | yes. |
| 10:41:21 | 2 | Q.   Claim 1 doesn't say that the applet is |
| 10:41:23 | 3 | small. |
| 10:41:24 | 4 | Correct? |
| 10:41:25 | 5 | A.   Correct. |
| 10:41:30 | 6 | Q.   So why do you include the term "small" in |
| 10:41:32 | 7 | your definition if that's not in the claim? |
| 10:41:38 | 8 | A.   I didn't. |
| 10:41:43 | 9 | Q.   Do you believe that "small" is properly |
| 10:41:45 | 10 | included in the definition of applet? |
| 10:41:50 | 11 | A.   Hang on just a moment. |
| 10:41:52 | 12 | (Pause) |
| 10:42:00 | 13 | Q.   On page 3 of your declaration you have the |
| 10:42:02 | 14 | definition, if that helps. |
| 10:42:10 | 15 | A.   I'll just say that I didn't really |
| 10:42:12 | 16 | consider the -- the term "small" in -- in -- in |
| 10:42:17 | 17 | forming my opinion. |
| 10:42:20 | 18 | Q.   So you don't have an opinion as to whether |
| 10:42:22 | 19 | "small" is properly included in the definition of |
| 10:42:24 | 20 | applet? |
| 10:42:25 | 21 | A.   No. |
| 10:42:28 | 22 | Q.   How would you define "small" in the |
| 10:42:29 | 23 | context of an applet? |
| 10:42:31 | 24 | A.   I didn't. |
| 10:42:36 | 25 | Q.   Do you have in mind any definition of what |

Merrill Corporation - Boston

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 58

| | | |
|---|---|---|
| 10:42:39 | 1 | "small" would mean in the context of an applet? |
| 10:42:41 | 2 | A.   No. |
| 10:42:54 | 3 | Q.   What do you think would be the |
| 10:42:55 | 4 | understanding of someone of ordinary skill in the |
| 10:42:57 | 5 | art in 2005 as to the term "small" in the context of |
| 10:43:03 | 6 | an applet? |
| 10:43:05 | 7 | A.   I don't know. |
| 10:43:05 | 8 | Q.   Okay.  Looking back at claim 1 in the '711 |
| 10:43:15 | 9 | patent, the claim does not use the word "program." |
| 10:43:23 | 10 | Correct? |
| 10:43:26 | 11 | A.   Correct. |
| 10:43:29 | 12 | Q.   But your definition of applet says that |
| 10:43:33 | 13 | the applet is designed to run within another |
| 10:43:38 | 14 | program. |
| 10:43:38 | 15 | Right? |
| 10:43:39 | 16 | A.   Yes. |
| 10:43:40 | 17 | Q.   So why do you refer to "program" in the |
| 10:43:43 | 18 | definition when the claim doesn't use that term? |
| 10:43:48 | 19 | A.   Again, I did not choose the word, so it's |
| 10:43:52 | 20 | not my -- my word.  I would assume that it's there |
| 10:43:55 | 21 | as a -- something close to a synonym. |
| 10:43:59 | 22 | Q.   A synonym for what? |
| 10:44:01 | 23 | A.   Application. |
| 10:44:07 | 24 | Q.   And claim 1 says "an application module |
| 10:44:11 | 25 | including at least one applet." |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 64

| | | |
|---|---|---|
| 10:52:10 | 1 | specifically talking in the context of your |
| 10:52:12 | 2 | definition of applet as a small application designed |
| 10:52:16 | 3 | to run within another program. |
| 10:52:18 | 4 | A.   Uh-huh. |
| 10:52:19 | 5 | Q.   Does the answer you just gave apply to the |
| 10:52:22 | 6 | program in that definition? |
| 10:52:27 | 7 | A.   Yes. |
| 10:52:34 | 8 | Q.   Is there anything else that the program |
| 10:52:35 | 9 | does with respect to the applet? |
| 10:52:39 | 10 | MR. BRIGGS:  Objection, vague. |
| 10:52:41 | 11 | THE WITNESS:  I don't know. |
| 10:52:42 | 12 | BY MS. WHELAN: |
| 10:52:54 | 13 | Q.   You agree that the '711 patent |
| 10:52:56 | 14 | specification does not provide a definition of |
| 10:52:59 | 15 | applet. |
| 10:53:00 | 16 | Correct? |
| 10:53:02 | 17 | A.   Are you asking me whether the -- what |
| 10:53:05 | 18 | the -- the applicant -- or the -- the inventor |
| 10:53:09 | 19 | provided his own lexicography for the term?  The |
| 10:53:13 | 20 | answer would be no, that he does not. |
| 10:53:19 | 21 | Q.   In your opinion, does the specification of |
| 10:53:21 | 22 | the '711 patent support your definition of applet? |
| 10:53:24 | 23 | A.   Yes. |
| 10:53:25 | 24 | Q.   How? |
| 10:53:26 | 25 | A.   Again, it uses it as a bare term without |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 65

| | | |
|---|---|---|
| 10:53:29 | 1 | qualification.  And I think that supports my |
| 10:53:34 | 2 | position, yes. |
| 10:53:41 | 3 |     Q.   Now, the patent says that an application |
| 10:53:47 | 4 | module includes an applet. |
| 10:53:49 | 5 |     Correct? |
| 10:53:50 | 6 |     A.   Yes. |
| 10:53:51 | 7 |     Q.   So do you think it would be more precise |
| 10:53:53 | 8 | to say that the applet runs within an application |
| 10:53:56 | 9 | module rather than within a program? |
| 10:54:02 | 10 |     A.   Would it be more precise to say that?  It |
| 10:54:06 | 11 | certainly tracks the language of the patent more |
| 10:54:10 | 12 | closely, yes. |
| 10:54:27 | 13 |     Q.   Did you review the prosecution file |
| 10:54:29 | 14 | history of the '711 patent prior to drafting your |
| 10:54:33 | 15 | declaration? |
| 10:54:34 | 16 |     A.   I did. |
| 10:54:35 | 17 |     Q.   Did you review the entire file history? |
| 10:54:39 | 18 |     A.   I -- let's see.  I -- yes.  I went through |
| 10:54:43 | 19 | the entire file history, but I only read closely the |
| 10:54:47 | 20 | office action.  I didn't read all of the forms and |
| 10:54:51 | 21 | fees and so forth in there.  I just read the office |
| 10:54:55 | 22 | actions and the responses to the office actions. |
| 10:55:01 | 23 |     Q.   In your opinion, does the file history of |
| 10:55:03 | 24 | the '711 patent support your interpretation of |
| 10:55:06 | 25 | applet? |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 66

| | | |
|---|---|---|
| 10:55:06 | 1 | A.   Yes. |
| 10:55:07 | 2 | Q.   How? |
| 10:55:08 | 3 | A.   Again, the -- the -- the use of the term |
| 10:55:12 | 4 | in the file history is I think, if I remember |
| 10:55:15 | 5 | correctly, the same as the use of the term in the -- |
| 10:55:18 | 6 | in the claims of the patent.  So there is no |
| 10:55:21 | 7 | difference. |
| 10:55:26 | 8 | Q.   In your declaration you discuss a Kokubo |
| 10:55:29 | 9 | reference that was addressed in the file history. |
| 10:55:32 | 10 | Right? |
| 10:55:33 | 11 | A.   Yes. |
| 10:55:34 | 12 | Q.   In your opinion, does Kokubo support your |
| 10:55:38 | 13 | interpretation of applet? |
| 10:55:40 | 14 | A.   I'm not sure how to -- Kokubo itself is |
| 10:55:47 | 15 | not so much significant as it is that the -- the |
| 10:55:51 | 16 | office action taken in relation to Kokubo supports |
| 10:55:55 | 17 | that, yes. |
| 10:55:57 | 18 | Q.   How does the office action taken in |
| 10:56:00 | 19 | relation to Kokubo support your interpretation of |
| 10:56:05 | 20 | applet? |
| 10:56:05 | 21 | A.   The office action taken in relation to |
| 10:56:09 | 22 | Kokubo was the inclusion of the term includes an |
| 10:56:12 | 23 | application module including at least one applet, if |
| 10:56:14 | 24 | I recall correctly, something very close to that, to |
| 10:56:16 | 25 | that language was added for purposes of |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 68

| | | |
|---|---|---|
| 10:58:10 | 1 | A.   Okay. |
| 10:58:11 | 2 | Q.   I just want to ask you why is what Kokubo |
| 10:58:15 | 3 | describes not an applet. |
| 10:58:20 | 4 | A.   Again, I am not exactly sure.  As I said, |
| 10:58:24 | 5 | I looked at Kokubo enough to -- to determine that |
| 10:58:29 | 6 | there is no mention of -- as far as I can tell that |
| 10:58:33 | 7 | there is no mention of Java in the patent.  As I |
| 10:58:37 | 8 | said, I don't think that there is a mention of |
| 10:58:40 | 9 | applets in the patent. |
| 10:58:42 | 10 | But for purposes of the construction of |
| 10:58:48 | 11 | the term "applet," it was sufficient, I believe, |
| 10:58:51 | 12 | that Kokubo didn't include those terms that -- that |
| 10:59:01 | 13 | like I say, it's not Kokubo itself that supports my |
| 10:59:04 | 14 | position, it's just that the distinction was |
| 10:59:07 | 15 | resolved through the phrase that was recommended by |
| 10:59:09 | 16 | the examiner, and that phrase is, once again, it's |
| 10:59:13 | 17 | the bare term "applet" without any qualification |
| 10:59:16 | 18 | whatsoever other than it's included in another |
| 10:59:19 | 19 | application -- included in an application module. |
| 10:59:23 | 20 | So I think that's sufficient to support |
| 10:59:25 | 21 | the -- the operating system dependent, independent |
| 10:59:33 | 22 | definition. |
| 10:59:35 | 23 | Q.   Because the file history doesn't make a |
| 10:59:37 | 24 | statement one way or the other as to operating |
| 10:59:39 | 25 | system independence? |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 69

| | | |
|---|---|---|
| 10:59:41 | 1 | A.    Because the file history doesn't make any |
| 10:59:43 | 2 | statement about it, the patent itself doesn't make |
| 10:59:45 | 3 | any statement about it.  And yeah, there is no |
| 10:59:52 | 4 | qualification of the term, and I don't see any |
| 10:59:55 | 5 | reason to qualify it. |
| 10:59:56 | 6 | Q.    Okay.  Could we go to paragraph -- oops, |
| 11:00:11 | 7 | 45 of your declaration?  It's page 13. |
| 11:00:27 | 8 | A.    Okay. |
| 11:00:28 | 9 | Q.    And here you summarized some dictionary |
| 11:00:31 | 10 | definitions of applet that you provided in Exhibit 6 |
| 11:00:35 | 11 | of your declaration. |
| 11:00:36 | 12 | Correct? |
| 11:00:37 | 13 | A.    Yes. |
| 11:00:40 | 14 | Q.    And in point 5 of your summary, you say |
| 11:00:43 | 15 | "Applets are usually portable between operating |
| 11:00:49 | 16 | systems." |
| 11:00:50 | 17 | Right? |
| 11:00:51 | 18 | A.    That's not what I said.  That's what the |
| 11:00:53 | 19 | definition says.  Or it's a common element of |
| 11:00:57 | 20 | definitions, yes. |
| 11:00:58 | 21 | Q.    And do you agree with that statement, that |
| 11:01:02 | 22 | applets are usually portable between operating |
| 11:01:04 | 23 | systems? |
| 11:01:04 | 24 | A.    It's not so much whether I agree with it, |
| 11:01:06 | 25 | it's just that yeah, I think that's a reasonable |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 70

| | | |
|---|---|---|
| 11:01:08 | 1 | characterization of the term, yes. |
| 11:01:15 | 2 | Q.   So you agree that one skilled in the art |
| 11:01:18 | 3 | in 2005 would have understood applets are usually |
| 11:01:21 | 4 | portable between operating systems? |
| 11:01:23 | 5 | MR. BRIGGS:  Objection, vague. |
| 11:01:24 | 6 | THE WITNESS:  Again, I think I would have |
| 11:01:25 | 7 | used the word "commonly," but it's -- it's close |
| 11:01:28 | 8 | enough, yes. |
| 11:01:29 | 9 | BY MS. WHELAN: |
| 11:01:46 | 10 | Q.   Do you agree that Java applets are almost |
| 11:01:49 | 11 | always operating system independent? |
| 11:01:51 | 12 | A.   I think that's true, yes.  At least after |
| 11:01:56 | 13 | they work the kinks out after the first two or three |
| 11:01:58 | 14 | years, yes. |
| 11:02:04 | 15 | Q.   So could we just look in paragraph 63 and |
| 11:02:07 | 16 | 64 of your declaration? |
| 11:02:18 | 17 | A.   Okay. |
| 11:02:18 | 18 | Q.   And here you describe what you believe are |
| 11:02:20 | 19 | certain exceptions to the rule of Java applets being |
| 11:02:23 | 20 | operating system independent. |
| 11:02:26 | 21 | Is that correct? |
| 11:02:26 | 22 | A.   Yes. |
| 11:02:28 | 23 | Q.   How common are these exceptions? |
| 11:02:30 | 24 | A.   I think these are rare. |
| 11:02:36 | 25 | Q.   So would you agree that the default is for |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 71

| 11:02:38 | 1 | Java applets to be operating system independent? |
| 11:02:42 | 2 | A.   I would say the default intent is for them |
| 11:02:44 | 3 | to be operating system independent.  Whether that's |
| 11:02:46 | 4 | accomplished is another matter.  I don't know. |
| 11:02:50 | 5 | But again, I think it's commonly that's |
| 11:02:52 | 6 | the intent, I would say it's almost certainly the |
| 11:02:58 | 7 | intent, and Java applet -- in Java applet |
| 11:03:04 | 8 | development, yes. |
| 11:03:16 | 9 | Q.   Okay.  Could we go back to paragraph 43 of |
| 11:03:19 | 10 | your declaration? |
| 11:03:27 | 11 | A.   Okay. |
| 11:03:27 | 12 | Q.   And here you have a definition of applet |
| 11:03:30 | 13 | from Wiley's Electrical and Electronics Engineering |
| 11:03:33 | 14 | Dictionary. |
| 11:03:35 | 15 | Correct? |
| 11:03:35 | 16 | A.   Yes. |
| 11:03:40 | 17 | Q.   And you provide the quote "A small program |
| 11:03:44 | 18 | typically written --" oh, wait.  Sorry.  Looking at |
| 11:03:51 | 19 | the wrong paragraph. |
| 11:03:54 | 20 | "A small application designed to run |
| 11:03:57 | 21 | within another program."  That's the definition you |
| 11:03:59 | 22 | included within Wiley's in paragraph 43. |
| 11:04:02 | 23 | Correct? |
| 11:04:03 | 24 | A.   Yes. |
| 11:04:06 | 25 | Q.   And you provided the Wiley's dictionary at |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 72

| | | |
|---|---|---|
| 11:04:09 | 1 | Exhibit 5 of your declaration? |
| 11:04:33 | 2 | A.   Yes.  That's where the -- that's where the |
| 11:04:35 | 3 | extract that's in the report or in the declaration |
| 11:04:37 | 4 | comes from. |
| 11:04:38 | 5 | Q.   But the full definition of "applet" in the |
| 11:04:42 | 6 | Wiley's dictionary is longer than what you included |
| 11:04:45 | 7 | in paragraph 3 of your report? |
| 11:04:47 | 8 | A.   That's correct. |
| 11:04:48 | 9 | Q.   Why didn't you include the additional |
| 11:04:53 | 10 | language in Wiley's that says "Frequently it is |
| 11:04:56 | 11 | downloaded over a network to be launched on a user's |
| 11:05:00 | 12 | computer on a Web page, for example, it can provide |
| 11:05:04 | 13 | video and/or audio effect or perform calculations"? |
| 11:05:13 | 14 | A.   I didn't think that was as significant to |
| 11:05:16 | 15 | the point at issue. |
| 11:05:17 | 16 | Q.   Why not? |
| 11:05:17 | 17 | A.   Just because it doesn't say anything about |
| 11:05:20 | 18 | what we are talking about. |
| 11:05:28 | 19 | Q.   Would you agree that this language about |
| 11:05:29 | 20 | "Frequently it is downloaded over a network to be |
| 11:05:34 | 21 | launched on a user's computer on a Web page, for |
| 11:05:37 | 22 | example, it can provide video and/or audio effects |
| 11:05:41 | 23 | or perform calculations" suggests that an applet |
| 11:05:45 | 24 | frequently could be used in an operating system |
| 11:05:48 | 25 | independent context? |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 88

| | | |
|---|---|---|
| 11:52:21 | 1 | A.   I don't agree or disagree with it.  It's |
| 11:52:23 | 2 | just a statement. |
| 11:52:24 | 3 | Q.   So you have no opinion as to whether that |
| 11:52:26 | 4 | statement is correct or not as of 2005? |
| 11:52:30 | 5 | A.   The statement I believe was made in 2000. |
| 11:52:35 | 6 | Q.   Okay.  So thank you for the correction. |
| 11:52:38 | 7 | So you have no opinion as to whether that |
| 11:52:40 | 8 | statement is correct or not as of 2000? |
| 11:52:44 | 9 | A.   Depending on what they mean by "soon," I |
| 11:52:47 | 10 | believe that the reference 9 -- or I'm sorry, 7A is |
| 11:52:55 | 11 | 2004, in which case they are still going.  So |
| 11:52:58 | 12 | it's -- if "soon" is shorter than four years, then |
| 11:53:02 | 13 | the statement's incorrect. |
| 11:53:12 | 14 | Q.   Microsoft control panel applets run |
| 11:53:14 | 15 | directly on the machine's processor. |
| 11:53:16 | 16 | Correct? |
| 11:53:19 | 17 | MR. BRIGGS:  Objection, vague. |
| 11:53:24 | 18 | THE WITNESS:  Directly on the machine's |
| 11:53:26 | 19 | processor?  I don't know how to answer that. |
| 11:53:31 | 20 | Ultimately at some level, yes.  I don't know that -- |
| 11:53:39 | 21 | I don't think that the applets are written in -- |
| 11:53:42 | 22 | even at the level of assembly code.  I would have to |
| 11:53:46 | 23 | say that they are not written to the bare hardware. |
| 11:53:50 | 24 | So they run on a Windows operating system. |
| 11:53:55 | 25 | BY MS. WHELAN: |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 89

| | | |
|---|---|---|
| 11:53:55 | 1 | Q.   Are they interpreted? |
| 11:54:02 | 2 | A.   I don't know. |
| 11:54:08 | 3 | Q.   Just looking in Exhibit 7C, at the first |
| 11:54:23 | 4 | line of this first entry says "Here is how to run |
| 11:54:28 | 5 | control panel applets at the Run command level." |
| 11:54:32 | 6 | Does that inform your answer? |
| 11:54:35 | 7 | A.   I'm sorry? |
| 11:54:36 | 8 | Q.   Does that statement about "Here is how to |
| 11:54:39 | 9 | run control panel applets at the Run command level," |
| 11:54:42 | 10 | does that inform your answer as to whether control |
| 11:54:48 | 11 | panel applets run directly on the machine's |
| 11:54:50 | 12 | processor? |
| 11:54:52 | 13 | A.   Well, as I said, at some level they do. |
| 11:54:54 | 14 | But you still have to develop the applet -- it runs |
| 11:54:58 | 15 | directly at the level of the operating system, if |
| 11:55:01 | 16 | that's what you are asking. |
| 11:55:02 | 17 | But again, the processor is a bit removed |
| 11:55:06 | 18 | from the operating system.  So "directly" I think is |
| 11:55:11 | 19 | probably incorrect there. |
| 11:55:17 | 20 | Q.   Does the Microsoft control panel applet |
| 11:55:19 | 21 | run within another program? |
| 11:55:22 | 22 | A.   Does it run within another program?  I'm |
| 11:55:27 | 23 | trying to remember.  I think that's -- that's not a |
| 11:55:33 | 24 | necessary part of the definition of the control |
| 11:55:35 | 25 | panel applet, no. |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 90

| | | |
|---|---|---|
| 11:55:38 | 1 | Q.   Do you know of any control panel applets |
| 11:55:40 | 2 | that run within another program? |
| 11:55:43 | 3 | A.   Do -- no, not directly. |
| 11:56:04 | 4 | Q.   So do Microsoft control panel applets meet |
| 11:56:07 | 5 | your definition of an applet as a small application |
| 11:56:12 | 6 | designed to run within another program? |
| 11:56:18 | 7 | A.   Not necessarily directly, no.  I should |
| 11:56:29 | 8 | add, though, that it does broaden the term "applet." |
| 11:56:35 | 9 | Q.   Broaden the term "applet" beyond the |
| 11:56:38 | 10 | definition that you provided in your declaration? |
| 11:56:41 | 11 | A.   It does broaden the term "applet" and that |
| 11:56:43 | 12 | they are obviously operating system dependent. |
| 11:56:57 | 13 | Q.   Okay.  But this broadening that you are |
| 11:56:59 | 14 | now referring to is outside the definition that's in |
| 11:57:03 | 15 | your declaration. |
| 11:57:04 | 16 | Correct? |
| 11:57:05 | 17 | A.   Well, you have to understand that my |
| 11:57:06 | 18 | definition is in part a rebuttal of the -- of the |
| 11:57:12 | 19 | Apple's definition which is a very restrictive, very |
| 11:57:16 | 20 | absolute -- I'm sorry, there is no very absolute, it |
| 11:57:19 | 21 | is an absolute position.  And anything that gets off |
| 11:57:21 | 22 | of that absolute position is a counter example. |
| 11:57:23 | 23 | This is a counter example. |
| 11:57:24 | 24 | Q.   Okay.  But it's a counter example that |
| 11:57:27 | 25 | falls outside of Samsung's proposed construction? |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 91

| | | |
|---|---|---|
| 11:57:30 | 1 | A.   It can.  I am insufficiently knowledgeable |
| 11:57:34 | 2 | about this to know whether any of these are |
| 11:57:36 | 3 | included.  I just don't know.  So I didn't say that |
| 11:57:43 | 4 | they are not.  I said I don't know. |
| 11:57:44 | 5 | Q.   Okay.  But you don't know of any Microsoft |
| 11:57:46 | 6 | control panel applet that -- |
| 11:57:48 | 7 | A.   No, I don't. |
| 11:57:49 | 8 | Q.   Okay.  Okay.  So putting aside the control |
| 11:58:22 | 9 | panel applets, looking at the other examples you |
| 11:58:24 | 10 | gave in paragraph 52 to 57 of your declaration, are |
| 11:58:30 | 11 | all of those applets designed to run within an |
| 11:58:34 | 12 | application? |
| 11:58:38 | 13 | A.   I don't know that they are. |
| 11:58:43 | 14 | Q.   Are they designed to run within other |
| 11:58:45 | 15 | types of programs? |
| 11:58:47 | 16 | A.   They may be.  I don't know. |
| 11:58:59 | 17 | Q.   In your opinion, what does it mean to run |
| 11:59:01 | 18 | within another program? |
| 11:59:05 | 19 | A.   Generally I think we talked about that |
| 11:59:06 | 20 | earlier, that the phrase -- what is it, the phrase |
| 11:59:13 | 21 | in the patent is application module that includes at |
| 11:59:18 | 22 | least one applet. |
| 11:59:19 | 23 | Q.   Uh-huh. |
| 11:59:20 | 24 | A.   Was what we were discussing. |
| 11:59:24 | 25 | The -- that -- that indicated that there |

Merrill Corporation - Boston

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 92

| | | |
|---|---|---|
| 11:59:29 | 1 | was some -- some control of the initiation and |
| 11:59:33 | 2 | perhaps the determination of the applet, and that |
| 11:59:39 | 3 | there could be other -- there could be other sharing |
| 11:59:44 | 4 | of environment or sharing of control as well. |
| 11:59:49 | 5 | But that that -- that was about all that |
| 11:59:52 | 6 | was required.  Probably just the initiation, but I |
| 11:59:55 | 7 | would think that most likely there would be some |
| 11:59:58 | 8 | form of control of the termination as well. |
| 12:00:01 | 9 | I'm sorry, not necessarily control, but |
| 12:00:03 | 10 | some knowledge of the termination as well. |
| 12:00:12 | 11 | Q.   What do you mean by knowledge of the |
| 12:00:13 | 12 | termination? |
| 12:00:15 | 13 | A.   That it's very likely that the application |
| 12:00:18 | 14 | in order to terminate itself properly needs to be |
| 12:00:22 | 15 | sure that all the applets that were launched within |
| 12:00:24 | 16 | it were themselves terminated. |
| 12:00:49 | 17 | Actually, let me back off of that a little |
| 12:00:50 | 18 | bit.  I think it's -- if we are going to limit this, |
| 12:00:56 | 19 | we probably should just talk about the initiation |
| 12:01:02 | 20 | rather than the rest of it. |
| 12:01:03 | 21 | Q.   So under your definition, "A small |
| 12:01:07 | 22 | application designed to run within another program," |
| 12:01:10 | 23 | the only requirement for running within another |
| 12:01:13 | 24 | program is to initiate within another program? |
| 12:01:17 | 25 | A.   The -- really, I -- really I haven't got a |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 94

| | | |
|---|---|---|
| 12:03:15 | 1 | system? |
| 12:03:16 | 2 | A.  I -- I -- the -- okay.  The Windows |
| 12:03:21 | 3 | applets are described as "applets."  They are |
| 12:03:23 | 4 | focused small utilities in that instance. |
| 12:03:31 | 5 | Other things identified as applets, most |
| 12:03:35 | 6 | of the things we have talked about, they tend to be |
| 12:03:37 | 7 | very, very focused or limited in what they attempt |
| 12:03:41 | 8 | to do, what their responsibilities are, as opposed |
| 12:03:47 | 9 | to full blown applications which may be an entire |
| 12:03:50 | 10 | accounting system or an entire word processor or |
| 12:03:53 | 11 | something like that. |
| 12:04:00 | 12 | The -- so that's -- that's basically the |
| 12:04:05 | 13 | distinction that I think is most common. |
| 12:04:10 | 14 | Q.  And under your definition about running an |
| 12:04:28 | 15 | application designed to run within another program, |
| 12:04:32 | 16 | can the program be an operating system? |
| 12:04:43 | 17 | A.  That is at least one use of the term.  I |
| 12:04:45 | 18 | don't know that that's the -- that that's the |
| 12:04:50 | 19 | construction that I would put on it for purposes of |
| 12:04:52 | 20 | the patent.  I just don't know.  I haven't -- that's |
| 12:04:54 | 21 | not the part of the construction that I am concerned |
| 12:04:58 | 22 | with or that I have been concerned with. |
| 12:05:04 | 23 | Q.  So you are not sure of the bounds of the |
| 12:05:06 | 24 | word "program" in your definition? |
| 12:05:08 | 25 | A.  I didn't -- I did not explore those |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON   COLE - 12/16/2011

Page 95

| | | |
|---|---|---|
| 12:05:10 | 1 | bounds, no. |
| 12:05:23 | 2 | Q.   And what you were just discussing about |
| 12:05:24 | 3 | how you would distinguish in an applet, does the |
| 12:05:28 | 4 | size matter in deciding whether something is an |
| 12:05:31 | 5 | applet? |
| 12:05:34 | 6 | A.   The -- I think we went over this with the |
| 12:05:42 | 7 | term "small" earlier.  Again, that's the most common |
| 12:05:47 | 8 | characterization, I would say. |
| 12:05:50 | 9 | But I don't think that that's a -- again, |
| 12:05:55 | 10 | that there is an easier bright line distinction |
| 12:05:57 | 11 | between applications and applets.  The -- so I don't |
| 12:06:03 | 12 | have a good answer for that. |
| 12:06:15 | 13 | Q.   So would you say "small" is not an |
| 12:06:17 | 14 | absolute requirement of an applet? |
| 12:06:20 | 15 | A.   The -- |
| 12:06:22 | 16 | MR. BRIGGS:  Objection, vague. |
| 12:06:25 | 17 | THE WITNESS:  I think I would say that |
| 12:06:26 | 18 | "small" is not an easily or sharply defined term for |
| 12:06:37 | 19 | the applet.  It -- it -- like I said, it's the word |
| 12:06:42 | 20 | that pops into many immediate perceptions of what an |
| 12:06:45 | 21 | applet is. |
| 12:06:47 | 22 | But is it conceivable or possible that you |
| 12:06:50 | 23 | could have an applet that is, for instance, much |
| 12:06:53 | 24 | larger than the application that it runs in?  I |
| 12:06:57 | 25 | would say that's certainly possible. |

Merrill Corporation - Boston

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 96

| 12:07:00 | 1 | BY MS. WHELAN: |
|---|---|---|

12:07:01     2          Q.    So "small" is common, but not absolute?

12:07:05     3          A.    I would say that's true, yes.

12:07:26     4          Q.    Can someone skilled in the art tell by

12:07:28     5     examining a code that the program is running within

12:07:31     6     another program?

12:07:35     7          A.    I think that if you examine the code of

12:07:38     8     both programs that you can tell, yes.

12:07:40     9          Q.    How can you tell?

12:07:44    10          A.    As I said, the application that includes

12:07:47    11     the applet has some responsibility for initiating

12:07:53    12     the operation of the applet.

12:08:05    13          Q.    In your opinion, does the testimony of the

12:08:09    14     inventor of the '711 patent support your

12:08:12    15     construction of the term "applet"?

12:08:16    16          A.    As I recall from reading it, I believe it

12:08:20    17     does, yes.

12:08:21    18          Q.    How?

12:08:23    19          A.    If I remember correctly, the -- the

12:08:26    20     inventor testified that the applet that he developed

12:08:33    21     that was an embodiment of the -- of the patent was

12:08:40    22     restricted to the Qualcomm chipset and was not

12:08:45    23     operating system independent.

12:08:49    24          Q.    Would a person of ordinary skill in the

12:08:50    25     art in 2005 have had access to the inventor's

Merrill Corporation - Boston

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 97

| | | |
|---|---|---|
| 12:08:54 | 1 | testimony? |
| 12:09:02 | 2 | A.   Not his testimony, because his testimony |
| 12:09:04 | 3 | didn't occur until 2011. |
| 12:09:11 | 4 | With respect to the material that is, |
| 12:09:22 | 5 | respecting the material that is -- that he developed |
| 12:09:31 | 6 | that is an embodiment of the -- of the patent, it |
| 12:09:36 | 7 | would depend on whether that was published.  And I |
| 12:09:40 | 8 | don't know whether it was published. |
| 12:09:49 | 9 | Q.   Outside this case, have you ever heard of |
| 12:09:51 | 10 | applets discussed in the context of Qualcomm |
| 12:09:53 | 11 | chipsets? |
| 12:09:54 | 12 | A.   Directly, not that I recall. |
| 12:10:06 | 13 | Q.   The '711 patent doesn't say anything about |
| 12:10:08 | 14 | Qualcomm chipsets. |
| 12:10:10 | 15 | Right? |
| 12:10:11 | 16 | A.   Again, just working off of memory, I don't |
| 12:10:14 | 17 | believe it does. |
| 12:10:28 | 18 | Q.   Do you know if the inventor's |
| 12:10:29 | 19 | understanding about the meaning of applet was |
| 12:10:30 | 20 | disclosed to the patent office? |
| 12:10:39 | 21 | A.   Whether this understanding was disclosed? |
| 12:10:47 | 22 | I -- hmm.  I would think that the -- that the -- and |
| 12:10:57 | 23 | it's not -- it's not a necessary condition, but I |
| 12:11:01 | 24 | believe that in this instance if I remember |
| 12:11:04 | 25 | correctly that the inventor would qualify as one of |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 98

| | | |
|---|---|---|
| 12:11:06 | 1 | ordinary skill in the art.  And on that basis the |
| 12:11:15 | 2 | generic definition of applet would be disclosed, |
| 12:11:19 | 3 | yes. |
| 12:11:24 | 4 | That's an interesting question.  I don't |
| 12:11:25 | 5 | think I have ever faced that before. |
| 12:11:28 | 6 | Q.  I guess what I want to know is whether in |
| 12:11:31 | 7 | your opinion the inventor's subjective understanding |
| 12:11:36 | 8 | of the term "applet" was in any way disclosed to the |
| 12:11:40 | 9 | patent office. |
| 12:11:44 | 10 | A.  I think the answer is I don't know. |
| 12:11:49 | 11 | Q.  Can you point to anywhere in the file |
| 12:11:51 | 12 | history that talks about Qualcomm chipsets? |
| 12:11:57 | 13 | A.  I don't recall that it's -- that Qualcomm |
| 12:12:00 | 14 | chipsets are mentioned in the file history.  But I'm |
| 12:12:03 | 15 | not sure about that.  The -- the connection with |
| 12:12:08 | 16 | Qualcomm may have been mentioned simply as the |
| 12:12:13 | 17 | assignee, but I don't know that -- that there is any |
| 12:12:16 | 18 | mention of the Qualcomm chipsets. |
| 12:12:23 | 19 | Q.  Okay.  And in your declaration, you also |
| 12:12:26 | 20 | refer to the inventor's development notes. |
| 12:12:29 | 21 | Correct? |
| 12:12:30 | 22 | A.  I think I referred to maybe one page of |
| 12:12:33 | 23 | the inventor's development notes. |
| 12:12:38 | 24 | Q.  In that -- why don't we look at that, at |
| 12:12:41 | 25 | Exhibit 4 of your declaration. |

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 99

| | | |
|---|---|---|
| 12:12:44 | 1 | A.   Okay. |
| 12:13:05 | 2 | Q.   Would someone of ordinary skill in the art |
| 12:13:06 | 3 | in 2005 have had access to these notes? |
| 12:13:08 | 4 | A.   I don't know. |
| 12:13:11 | 5 | Q.   Were these notes shared with the patent |
| 12:13:13 | 6 | office? |
| 12:13:17 | 7 | A.   I don't recall seeing the notes in the |
| 12:13:19 | 8 | file history.  But other than that, I don't know. |
| 12:13:23 | 9 | Q.   Can you tell from this page of notes at |
| 12:13:26 | 10 | Exhibit 4 of your declaration whether any applets |
| 12:13:32 | 11 | are operating system independent or not? |
| 12:13:36 | 12 | A.   No, I can't tell from this whether they |
| 12:13:38 | 13 | are. |
| 12:13:50 | 14 | MS. WHELAN:  Okay.  I think are we on |
| 12:13:52 | 15 | Exhibit 4? |
| 12:13:53 | 16 | THE REPORTER:  Yes. |
| 12:13:54 | 17 | MS. WHELAN:  Okay.  Going to mark as |
| 12:13:55 | 18 | Exhibit 4 the declaration of Tony Givargis in |
| 12:14:02 | 19 | support of Apple's claim construction. |
| 12:14:04 | 20 | (Whereupon, Exhibit 4 was marked |
| 12:14:04 | 21 | for identification) |
| 12:14:15 | 22 | THE WITNESS:  Thank you. |
| 12:14:20 | 23 | THE REPORTER:  You're welcome. |
| 12:14:53 | 24 | BY MS. WHELAN: |
| 12:14:53 | 25 | Q.   Do you recognize Exhibit 4? |

235e378a-ad44-4758-bb79-154e4a8e6c5e

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
JOE TIPTON  COLE - 12/16/2011

Page 100

| | | |
|---|---|---|
| 12:15:00 | 1 | A.  Yes. |
| 12:15:01 | 2 | Q.  And you reviewed Dr. Givargis' declaration |
| 12:15:04 | 3 | in preparing your own declaration? |
| 12:15:08 | 4 | A.  Yes. |
| 12:15:14 | 5 | Q.  Okay.  Could you turn to page 4, section |
| 12:15:17 | 6 | 6, The Technology Background?  And this covers |
| 12:15:22 | 7 | paragraph 19 through paragraph 22. |
| 12:15:28 | 8 | A.  Okay. |
| 12:15:28 | 9 | Q.  Is there anything you disagree with in |
| 12:15:30 | 10 | this section of Dr. Givargis' declaration? |
| 12:15:45 | 11 | A.  Give me a second. |
| 12:15:46 | 12 | (Pause) |
| 12:16:23 | 13 | A.  I think the statements as far as they go |
| 12:16:25 | 14 | are -- yes, they seem to be accurate. |
| 12:16:43 | 15 | Q.  Do you recall from your review of the |
| 12:16:45 | 16 | declaration if there is anything else on which you |
| 12:16:49 | 17 | agree with Dr. Givargis? |
| 12:16:53 | 18 | A.  I -- off the top of my head, no. |
| 12:17:04 | 19 | Q.  Okay.  In paragraph 42 on page 10 and |
| 12:17:12 | 20 | going through paragraph 54 on page 13, Dr. Givargis |
| 12:17:19 | 21 | discusses a number of references. |
| 12:17:32 | 22 | A.  Yes. |
| 12:17:32 | 23 | Q.  I think you said earlier that you reviewed |
| 12:17:34 | 24 | these descriptions, but you didn't review the |
| 12:17:37 | 25 | complete references? |

235e378a-ad44-4758-bb79-154e4a8e6c5e