# EXHIBIT R

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG JEONG - 11/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

--oOo--

ORIGINAL

| | |
|---|---|
| APPLE INC., a California corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. ) 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY**

MOON-SANG JEONG

(Testimony provided through Korean interpreter.)

Thursday, November 17, 2011

REPORTED BY: SHERRI STARR, CRR, CSR 10245(03-325988)

Merrill Corporation - Boston
617-542-0039                                   www.merrillcorp.com/law

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG JEONG - 11/17/2011

Page 34

| | | |
|---|---|---|
| 1 | MAIN INTERPRETER: Excuse me. I think | 10:18:46 |
| 2 | counsel needs to know -- the parties probably need | 10:18:48 |
| 3 | to know if you simply agree with this interpreter's | 10:18:51 |
| 4 | rendition or not as opposed to your rendition. | 10:18:54 |
| 5 | MS. MAROULIS: We need to know both | 10:18:57 |
| 6 | because this is an important question. | 10:18:58 |
| 7 | MAIN INTERPRETER: Absolutely. With due | 10:19:00 |
| 8 | respect, we would be saving a lot of time because | 10:19:01 |
| 9 | the check interpreter clearly did not hear the word | 10:19:04 |
| 10 | "yong-eo" in Korean and the witness seems to agree | 10:19:07 |
| 11 | and the audio playback would indicate as much. And | 10:19:11 |
| 12 | we need to operate in good faith with each other and | 10:19:14 |
| 13 | simply, you know, there's always human error, | 10:19:17 |
| 14 | acoustics and otherwise. My good colleague in good | 10:19:19 |
| 15 | faith has not seemed to have heard the one operative | 10:19:23 |
| 16 | word -- the term. | 10:19:24 |
| 17 | CHECK INTERPRETER: May the check | 10:19:27 |
| 18 | interpreter have time to render? | 10:19:29 |
| 19 | MS. MAROULIS: Please render the | 10:19:31 |
| 20 | translation. | 10:19:33 |
| 21 | CHECK INTERPRETER: Thank you. "Speaking | 10:19:34 |
| 22 | as an engineer, an applet can be viewed as either | 10:19:35 |
| 23 | operating system independent or operating system | 10:19:40 |
| 24 | dependent. In the case of the Java, it can be | 10:19:43 |
| 25 | agreed to be OS independent; however, I've also seen | 10:19:50 |

| | | |
|---|---|---|
| 1 | applet being used in an OS-dependent platform." | 10:19:55 |
| 2 | MS. MAROULIS: I think we can move on. | 10:20:05 |
| 3 | Thank you for your patience, Counsel. | 10:20:06 |
| 4 | MR. BASSETT: Q. Was that true in 2005? | 10:20:10 |
| 5 | MS. MAROULIS: Objection. Calls for | 10:20:15 |
| 6 | speculation. | 10:20:16 |
| 7 | THE WITNESS: You mean as to the word -- | 10:20:27 |
| 8 | the fact that "applet" can be used with respect to | 10:20:28 |
| 9 | an OS-dependent instance? | 10:20:33 |
| 10 | MR. BASSETT: Q. Correct. | 10:20:36 |
| 11 | A. Yes, it was so used. | 10:20:38 |
| 12 | Q. By whom? | 10:20:44 |
| 13 | MS. MAROULIS: Objection. Calls for | 10:20:47 |
| 14 | speculation. Lacks foundation. | 10:20:48 |
| 15 | THE WITNESS: Well, for instance, around | 10:21:14 |
| 16 | this 2005 time frame, I had, as an engineer, been | 10:21:15 |
| 17 | participating in developing the Qualcomm platform, | 10:21:22 |
| 18 | and when it comes to the Qualcomm platform, they use | 10:21:25 |
| 19 | only the Qualcomm chipsets. But within it in going | 10:21:29 |
| 20 | about developing applications, they also, for | 10:21:32 |
| 21 | instance, use the word "applet." | 10:21:34 |
| 22 | CHECK INTERPRETER: Check interpreter: | 10:21:37 |
| 23 | "For instance, around the 2005 time frame, as an | 10:21:38 |
| 24 | engineer, at that time Qualcomm platform was used | 10:21:45 |
| 25 | and it comes to Qualcomm platform, they used | 10:21:50 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG  JEONG - 11/17/2011

Page 36

| | | |
|---|---|---|
| 1 | Qualcomm chipsets.  And in that chipset, | 10:21:54 |
| 2 | applications were developed and the word 'applet' | 10:22:00 |
| 3 | were used in that instance." | 10:22:05 |
| 4 |      MR. BASSETT:  Q.  And when the word | 10:22:07 |
| 5 | "applet" was used in that instance, it was your | 10:22:08 |
| 6 | understanding that it was referring to something | 10:22:12 |
| 7 | that was operating system dependent? | 10:22:14 |
| 8 |      MS. MAROULIS:  Objection.  Calls for | 10:22:18 |
| 9 | speculation. | 10:22:19 |
| 10 |      THE WITNESS:  Yes, from an engineer's | 10:23:05 |
| 11 | perspective, seeing as how the -- in the case of the | 10:23:08 |
| 12 | Qualcomm environment, the use of the term "applet" | 10:23:13 |
| 13 | in that case was something that applied with respect | 10:23:17 |
| 14 | to the Qualcomm platform only, so from that | 10:23:20 |
| 15 | perspective, the use of said word can be used also | 10:23:22 |
| 16 | in an OS-dependent sense. | 10:23:26 |
| 17 |      MR. BASSETT:  Q.  Are you aware of any | 10:23:30 |
| 18 | other instances in the 2005 time frame or earlier | 10:23:30 |
| 19 | where the word "applet" was used to mean something | 10:23:35 |
| 20 | that was OS dependent? | 10:23:39 |
| 21 |   A.  Other than the Qualcomm case? | 10:24:07 |
| 22 |   Q.  Correct. | 10:24:10 |
| 23 |   A.  Well, in terms of what I've seen, I've | 10:24:20 |
| 24 | seen it used in the Qualcomm instance and otherwise | 10:24:21 |
| 25 | in the Java community but nothing beyond that, I | 10:24:24 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG JEONG - 11/17/2011

Page 37

| | | |
|---|---|---|
| 1 | don't think. | 10:24:27 |
| 2 | Q.  And in the Java community, "applet" means | 10:24:28 |
| 3 | something that is OS independent; correct? | 10:24:33 |
| 4 | MS. MAROULIS:  Objection.  Vague.  Calls | 10:24:35 |
| 5 | for expert testimony. | 10:24:36 |
| 6 | THE WITNESS:  Yes, speaking from an | 10:25:01 |
| 7 | engineer's perspective I do believe that to be the | 10:25:03 |
| 8 | sense in which Java employed it. | 10:25:05 |
| 9 | MR. BASSETT:  Q.  Sir, you will agree with | 10:25:12 |
| 10 | me that you were not the first to suggest using | 10:25:13 |
| 11 | applets for playing digital music files; correct? | 10:25:16 |
| 12 | MS. MAROULIS:  Objection.  Vague.  Calls | 10:25:19 |
| 13 | for speculation. | 10:25:21 |
| 14 | THE WITNESS:  Correct. | 10:25:41 |
| 15 | MR. BASSETT:  Q.  Prior to 2005, did you | 10:25:44 |
| 16 | investigate any features that may be on Yamaha | 10:25:47 |
| 17 | mobile phones? | 10:25:56 |
| 18 | MS. MAROULIS:  Objection.  Vague. | 10:26:00 |
| 19 | THE WITNESS:  By that, do you mean | 10:26:10 |
| 20 | handsets as made by Yamaha? | 10:26:13 |
| 21 | MR. BASSETT:  Q.  Correct. | 10:26:17 |
| 22 | A.  No, I don't know about that. | 10:26:17 |
| 23 | Q.  Sir, do you own an Apple iPhone? | 10:26:37 |
| 24 | A.  No, I don't. | 10:26:44 |
| 25 | Q.  Does anyone in your family? | 10:26:46 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG JEONG - 11/17/2011

Page 38

| | | |
|---|---|---|
| 1 | A. No, nobody. | 10:26:50 |
| 2 | Q. Do you think the iPhone uses your | 10:26:53 |
| 3 | invention? | 10:26:54 |
| 4 | MS. MAROULIS: Objection. Calls for | 10:26:56 |
| 5 | speculation. Legal conclusion. Expert testimony. | 10:26:57 |
| 6 | THE WITNESS: Well, never having used one, | 10:27:26 |
| 7 | I don't know that I'm going to be able to tell you | 10:27:29 |
| 8 | exactly what the case may be, but I don't think I'm | 10:27:31 |
| 9 | going to be able to tell you exactly. | 10:27:34 |
| 10 | MR. BASSETT: Q. Sir, do you own an Apple | 10:27:36 |
| 11 | iPad? | 10:27:38 |
| 12 | A. No, I don't. | 10:27:42 |
| 13 | Q. Have you ever used an Apple iPad? | 10:27:43 |
| 14 | A. No, I have not. | 10:27:48 |
| 15 | Q. Were you consulted by anybody at Samsung | 10:27:55 |
| 16 | prior to the '711 patent being asserted against | 10:27:57 |
| 17 | Apple in this litigation? | 10:28:01 |
| 18 | MS. MAROULIS: Objection. I'm going to | 10:28:03 |
| 19 | caution the witness to exclude any conversations | 10:28:05 |
| 20 | with counsel or anyone from the legal department. | 10:28:08 |
| 21 | MR. BASSETT: To correct that, though, my | 10:28:12 |
| 22 | question right now is a "yes" or "no" question. So | 10:28:14 |
| 23 | I believe I'm entitled to know whether or not he was | 10:28:16 |
| 24 | consulted even by legal counsel with a "yes" or | 10:28:20 |
| 25 | "no." | 10:28:23 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG JEONG - 11/17/2011

Page 43

| | | |
|---|---|---|
| 1 | MS. MAROULIS: Objection. Vague. Calls | 10:37:01 |
| 2 | for a legal conclusion. | 10:37:02 |
| 3 | THE WITNESS: Again, speaking as an | 10:37:38 |
| 4 | engineer with respect to the actual use of Daemons | 10:37:40 |
| 5 | in, say, music playback -- background music | 10:37:43 |
| 6 | playback, if you will, sir, assume that or | 10:37:48 |
| 7 | understand that at a higher level there will reside | 10:37:51 |
| 8 | such things as the applications and the applets. | 10:37:54 |
| 9 | Well, those guys would be issuing commands vis-a-vis | 10:37:56 |
| 10 | the Daemons and were receiving back playback-related | 10:38:01 |
| 11 | information. They exchange information back and | 10:38:05 |
| 12 | forth. It includes all those. | 10:38:09 |
| 13 | MR. BASSETT: Q. Sir, in your | 10:38:15 |
| 14 | understanding as an engineer, is it possible to | 10:38:16 |
| 15 | generate music background play objects without using | 10:38:19 |
| 16 | applets? | 10:38:23 |
| 17 | MS. MAROULIS: Objection. Calls for an | 10:38:24 |
| 18 | incomplete hypothetical. Calls for speculation. | 10:38:25 |
| 19 | THE WITNESS: I don't believe I quite | 10:38:52 |
| 20 | understood the question. | 10:38:53 |
| 21 | MR. BASSETT: Q. If you could turn to | 10:39:13 |
| 22 | column 7 of your patent, Claim 1. And after the | 10:39:14 |
| 23 | introductory language, the first element reads | 10:39:24 |
| 24 | "Generating a music background play object wherein | 10:39:28 |
| 25 | the music background play object includes an | 10:39:34 |

| | | |
|---|---|---|
| 1 | application module including at least one applet," | 10:39:37 |
| 2 | closed quote. | 10:39:41 |
| 3 | And in understanding as an engineer, sir, | 10:40:15 |
| 4 | is it possible to generate a music background play | 10:40:18 |
| 5 | object with an application that does not include at | 10:40:22 |
| 6 | least one applet? | 10:40:27 |
| 7 | MS. MAROULIS: Objection. Calls for | 10:40:29 |
| 8 | speculation. Calls for expert testimony. | 10:40:30 |
| 9 | THE WITNESS: Speaking as an engineer, and | 10:41:37 |
| 10 | I will tell you that I understand your question to | 10:41:41 |
| 11 | be one asking if it is possible to have an | 10:41:43 |
| 12 | application without there being an applet, if that | 10:41:46 |
| 13 | is in fact the case, you will recall, sir, earlier | 10:41:50 |
| 14 | that I told you an applet is in reference to either | 10:41:53 |
| 15 | smaller functionalities, a smaller class, or a small | 10:41:56 |
| 16 | unit of applications. And when you ask if it's | 10:42:00 |
| 17 | possible not to have such, then depending on the | 10:42:04 |
| 18 | situation, you may not get to comprise the actual | 10:42:07 |
| 19 | application. That would be my understanding so far | 10:42:10 |
| 20 | and... | 10:42:18 |
| 21 | MS. MAROULIS: I think that's it. | 10:42:19 |
| 22 | MR. BASSETT: Q. So with that | 10:42:25 |
| 23 | understanding, is it possible to generate a music | 10:42:26 |
| 24 | background play object without including at least | 10:42:31 |
| 25 | one applet? | 10:42:34 |

Merrill Corporation - Boston
617-542-0039                                    www.merrillcorp.com/law

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG  JEONG - 11/17/2011

Page 45

| | | |
|---|---|---|
| 1 | MS. MAROULIS: Objection. Calls for -- | 10:42:35 |
| 2 | I'm sorry. Calls for expert testimony. Incomplete | 10:42:37 |
| 3 | hypothetical. Asked and answered. | 10:42:40 |
| 4 | THE WITNESS: Speaking again as an | 10:43:24 |
| 5 | engineer, in the absence of an applet -- an applet | 10:43:25 |
| 6 | being smaller functionalities, smaller classes, | 10:43:29 |
| 7 | smaller units of an application. In the absence of | 10:43:32 |
| 8 | such, you might not get to comprise an application. | 10:43:36 |
| 9 | MR. BASSETT: Q. I'm sorry, I want to | 10:43:45 |
| 10 | make sure I understand. Is the answer to my | 10:43:48 |
| 11 | question, then, "No"? | 10:43:50 |
| 12 | MS. MAROULIS: Objection. Asked and | 10:43:54 |
| 13 | answered. Incomplete hypothetical too. | 10:43:54 |
| 14 | THE WITNESS: Speaking as an engineer, if | 10:44:15 |
| 15 | we look at an applet as being a functionality, then | 10:44:17 |
| 16 | you could say that the answer is no. | 10:44:21 |
| 17 | MR. BASSETT: Q. So would you agree that | 10:44:31 |
| 18 | a mobile device that uses a separate designated | 10:44:33 |
| 19 | control processor for MP3 file play would not fall | 10:44:36 |
| 20 | within the scope of the invention that you described | 10:44:40 |
| 21 | in the '711 patent? | 10:44:43 |
| 22 | MS. MAROULIS: Objection. Calls for a | 10:44:45 |
| 23 | legal conclusion. | 10:44:46 |
| 24 | THE WITNESS: I wouldn't quite know how to | 10:45:21 |
| 25 | interpret things in that regard. | 10:45:25 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
MOON-SANG  JEONG - 11/17/2011

Page 46

| | | |
|---|---|---|
| 1 | MR. BASSETT:  Q.  If I could direct your | 10:45:46 |
| 2 | attention to column 6, lines 55 through 61 of your | 10:45:47 |
| 3 | patent, would you agree with me that you excluded | 10:45:52 |
| 4 | from the description of your invention a device that | 10:46:02 |
| 5 | uses a separate music control processor? | 10:46:06 |
| 6 | MS. MAROULIS:  Objection.  Calls for a | 10:46:10 |
| 7 | legal conclusion. | 10:46:12 |
| 8 | THE WITNESS:  Speaking as an engineer at | 10:46:44 |
| 9 | the time of my work on developing this, the aim was | 10:46:45 |
| 10 | in the use of -- the nonuse, rather, of an | 10:46:48 |
| 11 | independent chipset. | 10:46:54 |
| 12 | MR. BASSETT:  Q.  A nonindependent chipset | 10:47:03 |
| 13 | for music generation; correct? | 10:47:06 |
| 14 | MAIN INTERPRETER:  Interjection by the | 10:47:12 |
| 15 | interpreter:  Just so counsel is aware, the | 10:47:13 |
| 16 | interpreter said "nonuse of an independent chipset." | 10:47:17 |
| 17 | MR. BASSETT:  Correct, I'm sorry. | 10:47:22 |
| 18 | MS. MAROULIS:  You may want to rephrase | 10:47:24 |
| 19 | that question. | 10:47:25 |
| 20 | MR. BASSETT:  Q.  In the answer you just | 10:47:27 |
| 21 | gave previously, you meant that the aim was to | 10:47:29 |
| 22 | use -- I'm sorry.  The aim was the nonuse of an | 10:47:37 |
| 23 | independent chipset for the generation of music; | 10:47:42 |
| 24 | correct. | 10:47:45 |
| 25 | (Discussion between the main interpreter | 10:47:45 |