EXHIBIT S

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4
   --------------------------------x
5  APPLE INC., a California        )
   corporation,                    )
6                                  )
                    Plaintiff,     )
7                                  )
         vs.                       )
8                                  )No. 11-CV-01846LHK
   SAMSUNG ELECTRONICS CO., LTD.,  )
9  a Korean entity; SAMSUNG        )
   ELECTRONICS AMERICA, INC., a    )
10 New York corporation; SAMSUNG   )
   TELECOMMUNICATIONS AMERICA, LLC,)
11 a Delaware limited liability    )
   Company,                        )
12                                 )
                    Defendants.    )
13 --------------------------------x

14

15

16

17     VIDEOTAPED DEPOSITION OF TONY GIVARGIS, PH.D.

18              Los Angeles, California

19            Tuesday, December 6, 2011

20

21       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

23 Reported by:

24 SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25 JOB NO. 44330

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 28

1      A    I believe I -- what was provided to me was

2   the entire.  I'm not sure.  It may have been the

3   entire document but I'm not sure.

4      Q    When counsel provided you the entire file

5   history did they specify what you would need to read

6   or you read the whole thing?

7      A    I read the whole thing that was provided to

8   me and I believe it is Exhibit No. 2 in my

9   deposition, in my -- sorry, in my declaration, yes.

10      Q    Your declaration references a number of

11   what were called extrinsic evidence, dictionary

12   definitions and textbooks.  How did you go about

13   selecting those definitions and textbooks excerpts

14   on which you rely?

15      A    Yes.  A couple of principles are applied.

16   One was certainly those needed to be definitions or

17   writings that existed prior to 2005, August 30th,

18   and also tried to find textbooks or dictionary

19   definitions that were concise, to the point, and as

20   precise as possible rather than leaving definitions

21   open ended.

22      Q    Any other principles you used to select the

23   extrinsic evidence?

24      A    I also made sure that the sources were

25   credible; that they were either published by a

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1   publisher that I recognized or they were -- if they

2   were references on the website, that they were

3   credible and they were published in a place that I

4   would consider reasonable.

5       Q    Did counsel for Apple instruct you where to

6   search, what types of publications to search for

7   extrinsic evidence?

8       MR. SHAH:  Object to the extent it calls for

9   privileged communication, but you can answer it.

10      THE WITNESS:  Not necessarily.  They told me --

11      MR. SHAH:  Again, just a caution on substance of

12  the communication.

13      Q    BY MS. MAROULIS:  Let me help you out.  I

14  don't want to ask you what you spoke with them

15  about, my question is whether you were the one who

16  selected the extrinsic evidence in your declaration

17  or it was provided by counsel.

18      A    Absolutely, yes, I understand.  I selected

19  all of those.

20      Q    In your search for a definition of "applet"

21  in extrinsic sources have you come across any

22  definitions that did not support your opinion?

23      A    Yes, I did.

24      Q    Can you give me examples of those?

25      A    One example of those was Microsoft's

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 30

1    control panel applet which is -- which was a very

2    sort of exceptional use of the term "applet," a very

3    limited in terms of how widely the term "applet" is

4    used and how Microsoft was using it in that context.

5    That was one example.

6        Q    Why do you consider Microsoft's use of the

7    term "applet" exceptional?

8        A    Yes.  Most applets are usually considered

9    to be Java applets and/or similar to Java, Java,

10   sort of Java-like applets in the sense that they are

11   interpreted, they are an application or an app

12   running within an application.

13            The Microsoft control panel applets are

14   executable codes, they're actually dynamically-

15   linked libraries that do not require interpretation,

16   they run directly on the processor.

17       Q    You said that most applets are Java

18   applets.  There are any applets that are not Java

19   ones?

20       A    Yes, a number of them.

21       Q    Can you list them, please?

22       A    Yes.  For example, there are Python

23   applets, there are AppleScript applets, there are

24   JavaScript applets, there are applets in the context

25   of Flash, the Flash programming environment.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 31

1        Q    So if a colleague came up to you and said

2    they're writing an applet you would not necessarily

3    know which one of those languages they were writing

4    it in?

5        A    I would automatically assume --

6        MR. SHAH:  Just give me a second.

7             Objection; vague.

8             You can answer if you understand the

9    question.

10       THE WITNESS:  Yes, I would -- I would assume

11   Java applets because those are the most common types

12   of applets.

13       Q    BY MS. MAROULIS:  But they're not

14   exclusive, correct?

15       A    Correct.

16       Q    Besides the reason you stated about why

17   Microsoft was exceptional in use of applets, is

18   there any other reason why you did not pick the

19   Microsoft definition for your declaration?

20       MR. SHAH:  Object to form.

21       THE WITNESS:  Yes.  I felt that that represented

22   a very small percentage of all of the applets that

23   or all of the kinds of applets and it would not be

24   the usual or the common understanding of the term

25   "applet."

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1      Q    BY MS. MAROULIS:  Do you agree that at

2   least some people in the programming community when

3   they hear the word "applet" can think of a Microsoft

4   control panel applet?

5      A    Some, yes.

6      Q    And do you agree that was the case in 2005

7   as well?

8      A    Yes.

9      Q    Besides coming across the Microsoft control

10  panel applet, did you see any other definition of

11  "applets" in your research that diverged from the

12  one you picked for your declaration?

13      MR. SHAH:  Objection; vague.

14      THE WITNESS:  No.

15      Q    BY MS. MAROULIS:  Did you see any

16  definition of AppleScript applets?

17      A    I first came to -- to see AppleScript

18  applets when I read Mr. Cole's declaration.

19      Q    And upon reading Mr. Cole's declaration did

20  it remind you that there were in fact AppleScript

21  applets back in 2005?

22      A    Yes, that is correct.

23      Q    And in your research did you come across

24  the Python applets?

25      A    I was aware of Python applets but I did not

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 33

1   necessarily come across a writing or a textbook.

2        Q     Is it correct that Python applets existed

3   in 2005?

4        A     Yes, that is correct.

5        Q     In your research did you come across Flash

6   program applets?

7        A     I was very well aware of Flash applets but

8   I did not find or obtain or look for documents

9   describing Flash applets.

10       Q     You are aware they existed in 2005 as well,

11  correct?

12       A     Yes.

13       Q     Are you familiar with Linux applets?

14       A     I am not.

15       Q     Let's turn to your declaration on Page 5.

16             What is the invention of the '711 patent?

17  MR. SHAH:  Objection; vague.

18  THE WITNESS:  I can summarize the '711 patent as

19  being a method or a teaching of how to accommodate

20  multitasking on a mobile device.

21       Q     BY MS. MAROULIS:  Is there any reference to

22  Java in this patent?

23       A     May I take a look?

24       Q     Absolutely.

25       A     No.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 39

1    operating-system independent?

2        A     This passage does not make reference to

3    operating-system independent.  However, the

4    association between an applet and an application

5    module, together with the claim language and the

6    prosecution, the file history, does suggest to me

7    that the applet requires the application module as

8    a, sort of as a context, and that relationship is

9    what one would expect from Java applets or Java-like

10   applets, that interpreted.

11       Q     Setting aside the claim language and

12   prosecution history, is it correct that there's

13   nothing in this particular passage that indicates

14   operating-system independence?

15       A     Nothing in the passage mentions anything

16   about being operating-system independent, yes.

17       Q     Let's take a look at the claim language.

18   For example, Claim 1 in Column 7, do you see that?

19       A     Yes.

20       Q     The relevant limitation is "Generating a

21   music background play object, wherein the music

22   background play object includes an application

23   module including at least one applet."

24             Is there any mention of operating-system

25   independence here?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1      A      No.

2      Q      Is there anything in this claim that you

3  see that supports your notion of operating-system

4  independence?

5      A      What I see in this sentence, passage, is,

6  again, the association between an applet running or

7  an applet that is within an application module and

8  that association to me suggests a Java-like

9  interpreted environment.

10      Q      Did you review the testimony of the

11  inventor of this patent?

12      A      Yes.  I reviewed a subset of it.

13      Q      Did you see that the inventor who was

14  developing this technology was working with system-

15  dependent applets?

16      A      That is correct, yes.

17      Q      Which system-dependent applets was he

18  working with, to your understanding?

19      MR. SHAH:  If you need to see any documents to

20  refresh your recollection, you can ask.

21      THE WITNESS:  Yes.  I think this one I can

22  answer without the document, but it was a Qualcomm

23  chipset.

24      Q      BY MS. MAROULIS:  Do you disagree that the

25  technology he was working on is described by Claim

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 41

1   1?

2       MR. SHAH:  Object to the extent it calls for a

3   legal conclusion.

4       THE WITNESS:  I have not formed that position

5   yet.

6       Q    BY MS. MAROULIS:  Do you understand that he

7   was asked during deposition about the embodiments of

8   the patent?

9       MR. SHAH:  Same objection.

10      THE WITNESS:  Yes.  I'm not sure exactly what he

11  was asked.

12      Q    BY MS. MAROULIS:  If the technology that he

13  was working on embodies this claim would you agree

14  with me that the claim includes applets that are

15  also system dependent?

16      MR. SHAH:  Same objection.

17      THE WITNESS:  Based on -- I recognize that the

18  inventor was working with a system that was

19  OS-dependent, specifically the Qualcom chipset.

20  However, that use of the term "applet" within that

21  context was unusual or it was not consistent with

22  the common understanding of the term "applet" at the

23  time and the '711 patent does not make that

24  distinction clear.

25      Q    BY MS. MAROULIS:  If the '711 patent does

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1   not make a distinction clear between system

2   dependent and system independent, do you agree then

3   that it includes both?

4        MR. SHAH:  Objection to form.

5        THE WITNESS:  It could include, it could be

6   both, but the common understanding again would be

7   that it is consistent with applets as being

8   OS-independent, as being the more likely case.

9        Q    BY MS. MAROULIS:  It is more likely but it

10  is not exclusively so, correct?

11       MR. SHAH:  Objection; mischaracterizes his

12  testimony.

13       THE WITNESS:  If I were to read this or if

14  somebody who would be familiar with the area were to

15  read this in 2005 it would be assumed or it would be

16  understood for an applet to be an OS-independent

17  applet.

18       Q    BY MS. MAROULIS:  Would a person reading

19  this in 2005 be aware of applets in other language

20  environments?

21       A    Yes.

22       MS. MAROULIS:  Okay.  We can take a five-minute

23  break.

24       THE WITNESS:  Thank you.

25       THE VIDEOGRAPHER:  The time is 9:54 a.m. and we

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 43

1    are off the record.

2             (Recess)

3        THE VIDEOGRAPHER:   The time is 9:59 a.m. and we

4    are back on the record.

5    BY MS. MAROULIS:

6        Q    Mr. Givargis, before the break we were

7    discussing the '711 patent.   Other than the

8    "specification," quote, we discussed and the coding

9    language, there's no other portion of the '711

10   patent that you are relying on in your declaration,

11   correct?

12       A    I believe so, yes.

13       MS. MAROULIS:   I would like to now switch to the

14   prosecution history which is Exhibit 5 and, for the

15   record, the document control numbers are

16   SAMNDCA00007840 through 8459.

17       Q    What is your understanding, sir, of what a

18   file history is?

19       A    Yes.   It has three components, some of it

20   are identifying information or titles of various

21   documents and so on.   Then it has another component

22   which is sort of the examiner's rejections and a

23   description of why those rejections are followed by

24   a response to the office action which comes from the

25   applicant in response to the rejections.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 45

1    the relevant passage you were relying on appears on

2    Page 7873 of Exhibit 5?

3        A    This appears to be a summary of the

4    interview that is consistent with the passage I have

5    been relying on, yes.

6        Q    Did you interview any participants of this

7    interview?

8        A    No, I did not.

9        Q    So the only record of this interview you

10   are relying on is this summary here, correct?

11       A    This summary and some of the additional

12   text, yes.

13       Q    And the --

14       A    Surrounding it.

15       Q    And the followup filings by the applicants.

16       A    Correct.

17       Q    Is there anything in this interview summary

18   that mentions Java?

19       A    No, there is not.

20       Q    And is there anything in this summary that

21   mentions applet being system independent?

22       MR. SHAH:  Objection.  The document speaks for

23   itself.

24       THE WITNESS:  No, there is not.

25       Q    BY MS. MAROULIS:  What in particular about

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 46

1    this summary that leads you to believe that it

2    supports your opinion?

3         A    Yes.  The term "applet" and how it is used

4    as being an application module includes at least one

5    applet; that phrase, once again, that association

6    between an applet requiring an application module to

7    exist.

8         Q    Can both an applet and application module

9    exist even if applet is system dependent?

10        MR. SHAH:  Objection; vague.

11        THE WITNESS:  Yes.

12             You may have to tell me, elaborate a little

13   bit more on how this, how this applet is system

14   dependent.

15        Q    BY MS. MAROULIS:  Do you agree that in

16   general you can have a system-dependent applet and

17   the application module to exist at the same, in the

18   same space?

19        A    You can have a system-dependent applet

20   separately from having an applet that is operating-

21   system independent that runs within an application

22   system module if that is the question, yes.

23        Q    In the context that the inventor of this

24   patent testified about where he was working with

25   Qualcom on this technology, isn't that correct that

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1  he had the application module and a system-dependent

2  applet?

3      MR. SHAH:  Objection; calls for speculation.

4      THE WITNESS:  Based on what I know it is not

5  clear to me if both of those existed in the same

6  system.

7      Q   BY MS. MAROULIS:  Is there anything that

8  leads you to believe that the application module did

9  not exist in the system that Mr. Jeong was working

10  with?

11      A   Based on the very little I know about that

12  effort, it is not clear to me if there was an

13  application module in addition to the applet or

14  if -- if there was no application module in addition

15  to the applet.

16      Q   If the technology he was working with was

17  the embodiment of the claims of the '711 patent

18  would you agree that it would include both the

19  application module and the system-dependent applet?

20      MR. SHAH:  Object to the extent it calls for a

21  legal conclusion.

22      THE WITNESS:  I believe I'm not familiar enough

23  with the system he was building as I mentioned

24  earlier.  I know it involved the Qualcom chipset and

25  I do know it involved things that were called

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 48

1    applets which were OS-dependent but to the extent of

2    what other application modules existed in this

3    system or what other software systems were executing

4    in the environment, I do not have enough information

5    about that to draw a conclusion, yes.

6        Q    BY MS. MAROULIS:  Did you review his notes

7    relating to the system that he was building that was

8    part of the '711 patent?

9        A    I recall being provided some notes that

10   were in Korean which I was unable to understand.

11            In those notes there were certain English

12   phrases or words, including the word "applet," and

13   so I did come across those but I was unable to draw

14   any conclusions from that or to be able to

15   understand anything about the system.

16       Q    Did you ask counsel for an English

17   translation of the document?

18       A    I may have indicated --

19       MR. SHAH:  I will just caution you not to reveal

20   the substance of the communications between us.

21       THE VIDEOGRAPHER:  Sorry to interrupt.

22            Could you bring your microphone a little

23   bit higher?  It is sliding.  Thank you.

24       THE WITNESS:  It is possible I may have asked

25   that a translation would help.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 49

1      Q    BY MS. MAROULIS:  Did counsel provide you

2   with a translation?

3      A    I do not recall having reviewed the

4   translated versions.

5      MR. SHAH:  Just I would like to state for the

6   record we only received permission for Dr. Givargis

7   to review the declaration from Cole on Sunday night.

8      MS. MAROULIS:  I'm going to mark the next

9   exhibit, Exhibit 6, and this one bears a protective

10  order designation of "Highly Confidential -

11  Attorneys' Eyes Only."  It has production range

12  SAMNDCA00139800.

13          (Givargis Exhibit 6, a document, Bates No.

14          SAMNDCA00139800, marked for identification,

15          as of this date.)

16     Q    BY MS. MAROULIS:  Dr. Givargis, have you

17  seen Exhibit 6 before?

18     A    Yes.  More recently as part of Mr. Cole's

19  declaration.

20     Q    Did you understand that this was the

21  working records of the inventor of the '711 patent

22  relating to conception reduction to practice?

23     A    Yes.

24     Q    And this one is in English, correct?

25     A    That is correct, yes.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 51

1      Q    So the answer is no?

2      A    Yes.  No.

3      Q    Let's turn to Exhibit 5 on Pages 7879

4    through 7885.

5      MR. SHAH:  Take whatever time you need to review

6    the document.

7      THE WITNESS:  Yes.

8      Q    BY MS. MAROULIS:  The particular document

9    that I will be asking you about is called "Remarks/

10   Argument," do you see that?

11     A    Yes.

12     Q    Is that a paper that you relied on in your

13   report?

14     A    Let me just read through it one second.

15     Q    Take your time.

16     A    Yes.

17     MR. SHAH:  Let me just -- if you need to refer

18   to your report to answer your questions, you can do

19   so.

20     Q    BY MS. MAROULIS:  If it would help you, the

21   portion of your report that reviews the file history

22   starts with Page 8.  In Paragraph 37 of your

23   declaration you cite to the passage that starts on

24   Page 6 of the file history.

25          This passage does not discuss applet being

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 52

1    system independent, correct?

2         A    That is correct, yes.

3         Q    What about this passage do you believe

4    supports your opinion?

5         A    This passage also refers to, includes an

6    application module including at least one applet so

7    there is this applet being included within an

8    application module property that is consistent with

9    the Java-like execution environment of applets which

10   I rely on for my definition of "applets."

11        Q    Can this notion of inclusion of the applet

12   within the application that you refer to exist

13   outside Java?

14        MR. SHAH:  Objection; form.

15        THE WITNESS:  Yes.  This notion of inclusion is

16   actually a very, very common design, sort of a

17   paradigm where one application serves as a host

18   interpreting another application or a set of

19   application on, if you will, on top.  And this is

20   the Java model of execution where the Java codes or

21   Java applications are interpreted by the host

22   application.  For example, a browser.  It is also

23   consistent with all interpreted language like Ruby

24   or PHP or even AppleScript and JavaScript.

25        Q    BY MS. MAROULIS:  In the context of the

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 53

1    host application can an applet be still system

2    dependent or are you saying it is always system

3    independent?

4        A    Typically.

5             The purpose of this inclusion or this

6    framework that I just described is to make the

7    applet OS-independent.  I'm certain there is an

8    example or an exceptional case or a scenario where

9    one would build an applet that bypasses that notion

10   so -- it is not universally the case but commonly

11   the case.

12       Q    Can you give me an example of such a

13   situation where you would have a host application

14   and still have a system-dependent applet?

15       A    Well, one example could be an applet that

16   exploits certain weakness or error or shortcoming of

17   the host application to gain access to the

18   underneath operating system, so in that sense that

19   applet is certainly OS-dependent.

20            In another example, it could be that that

21   applet is designed to take advantage of certain

22   resources of Operating System A and those resources

23   may not be available on Operating System B and in

24   that case too that applet would be dependent on

25   Operating System A and not portable to Operating

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 81

1    I do recognize that there are sometimes in

2    conversational computer science used

3    interchangeably.

4         Q    BY MS. MAROULIS:  Do you agree these two

5    terms can be used interchangeably in the context of

6    the '711 patent?

7         MR. SHAH:  Objection; asked and answered.

8         THE WITNESS:  Yes, my answer would be the same.

9    I believe that it is important to recognize that an

10   application is more than just a program but that in

11   the field of computer science oftentimes a program

12   is used when an application would work equally as

13   well.

14        Q    BY MS. MAROULIS:  Besides Paragraph 11, are

15   there any other portions of Mr. Cole's declaration

16   that you agree with?

17        MR. SHAH:  Take whatever time you need to review

18   the document.

19        THE WITNESS:  Yes.  If you don't mind, I will

20   quickly look at the exhibits.  Not the exhibits but

21   the description in the declaration.

22        Q    BY MS. MAROULIS:  Please go ahead.

23        A    I believe we both agree that the '711

24   patent and the prosecution history does not define

25   the term "applet" adequately.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    Q    Do you believe Mr. Cole says that applet is

2  not adequately defined by the intrinsic record?

3    A    Mr. Cole mentions that there is limited

4  discussion in the specification and claims of the

5  '711 patent, as well as the prosecution history, as

6  to the definition of the term "applet."  That is

7  consistent with my understanding of my view of

8  things that the term "applet" is not adequately

9  defined in the patent.

10   Q    Mr. Cole himself does not use the word

11  "inadequate" or "not adequate," right?

12   A    That is correct, yes.

13   Q    So you agree with Mr. Cole that there is

14  limited intrinsic material in which to rely on.

15   A    That is correct, yes.

16   Q    Anything else that you and Mr. Cole agree

17  on?

18   A    Yes.  In the "Extrinsic Evidence" section I

19  do agree with many of the examples that are

20  presented; for example, AppleScript applets, Linux

21  applets, Ruby applets, as being the kinds of

22  applets, different, not necessarily Java applets.

23  However, all of these, or at least the ones I just

24  enumerated, do follow the Java-like interpreted

25  nature of applets.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 83

1       Q    And by that you mean AppleScript ones and

2   Ruby ones?

3       A    By that I mean AppleScript applets, Linux

4   applets, Ruby applets and the Flash and Visual Basic

5   applets.  Those are all based on an interpreted

6   language.

7       Q    Are any of these applets system dependent?

8       A    In my view what makes an applet system

9   independent is the fact that it can be transported

10  or transferred from one, one environment, one

11  operating system to another without the need of

12  reprogramming it or, you know, verbatim, in essence,

13  without having to redesign it.  And these

14  interpreted -- the interpreted nature of these other

15  kinds of applets is consistent with that model.

16      Q    So you are saying that, for example,

17  AppleScript applet is an operating-system

18  independent applet?

19      A    In my view AppleScript applets are

20  specifically or mostly found or maybe even entirely

21  found within the Mac OS operating-system

22  environment, but my definition of being operating-

23  system independent is not based on availability of

24  an applet or the fact that it is only popular or

25  used within a particular operating system, but it is

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 84

1    the interpreted nature of it which makes it a very

2    high-level program easily portable to, in the sense

3    that it would not require reprogramming to another

4    operating system.  In that sense, yes, AppleScript

5    applets are scripts that can be executed on another

6    operating system.

7         Q    Does the definition of operating-system

8    independent that you just used appear anywhere in

9    your expert declaration?

10        A    I do not think so.

11        Q    When did you form this opinion about what

12   it means to be operating-system independent?

13        A    In the process of research and on this case

14   it was necessary to think and to try to formulate a

15   working definition so that I could actually do my

16   work.

17        Q    Is there any reason why you did not include

18   this definition in your declaration?

19        A    No particular reason other than I felt that

20   it is -- it is well understood in this case.

21        Q    In your declaration you primarily define --

22   strike that.

23             In your declaration you refer to operating-

24   system independence as equivalent to Java most of

25   the time, correct?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 85

1      MR. SHAH:  Objection.  The document speaks for

2   itself.

3      THE WITNESS:  In my document I use Java as a

4   very good example of an operating-system independent

5   environment in programming language paradigm, you

6   will say.  But it certainly is not the only

7   operating-system independent kind of applet for

8   language.

9      Q    BY MS. MAROULIS:  The definition of

10   operating-system independent you just used today is

11   broader than what you used in your declaration,

12   correct?

13      MR. SHAH:  Objection; mischaracterizes his

14   testimony.

15      THE WITNESS:  Can you refer me to the definition

16   I have used in the declaration?

17      Q    BY MS. MAROULIS:  I understand your

18   declaration to equate Java and operating-system

19   independence; is that right?

20      A    It is the case that Java is an operating-

21   system independent programming language.

22      Q    Nowhere in your declaration have you

23   actually stated the definition of the operating-

24   system independence that you used a few minutes ago

25   when I asked you a question; is that right?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 86

1      MR. SHAH:  Objection; the document speaks for

2  itself.

3      THE WITNESS:  That is correct, yes.

4      Q    BY MS. MAROULIS:  Now Mr. Cole considers

5  the applets you and I have been discussing systems,

6  operating-systems dependent, correct?

7      A    Mr. Cole lists these applets and in some

8  cases draws that conclusion.  For example, in the

9  case of AppleScript it says that AppleScript is a

10  system scripting language used for the Macintosh OS

11  operating system.

12      Q    Do you disagree with him with respect to

13  that?

14      A    I do not disagree with him but I'm not

15  certain if what Mr. Cole, for instance, says in 52

16  eliminates the possibility of AppleScript being

17  operating-system independent.

18      Q    Would you be able to run an AppleScript

19  applets on a Windows computer?

20      A    If I could obtain the specification for

21  AppleScript programming language, the scripting

22  language, and if I were to build an interpreter that

23  ran natively on Windows, then I could take an

24  AppleScript applet and, without modification, run it

25  or interpret it on the Windows environment.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 95

1        THE WITNESS:  That is my understanding, yes.

2        Q    BY MS. MAROULIS:  In reviewing the

3   extrinsic evidence sources that Mr. Cole cites did

4   you seen any sources that you have previously

5   encountered in your day-to-day job as a programming

6   professor, an expert?

7        MR. SHAH:  Object to form.

8        THE WITNESS:  The one that I would be most

9   familiar with is Python applets.  Python is -- has

10  become a popular language and it is used heavily in

11  universities for teaching.

12       Q    BY MS. MAROULIS:  Do you agree with Mr.

13  Cole's description of Python applets?

14       A    I recognize that Python applets are used in

15  the context of Linux or Ubuntu, a particular

16  distribution of Linux.  However, Python applets are

17  written in the language Python which is an

18  interpreted language and Python is available for

19  Windows, Python is available for various flavors of

20  Linux, there is even a Python interpreter that would

21  run on a MAC OS, so I believe the conclusion that

22  these applets, these Python applets are specific on

23  Linux or Ubuntu is false.

24       Q    So you don't believe that Python apps --

25  pardon me, Python applets are systems dependent in

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 96

1    the Linux program?

2        MR. SHAH:  Objection; mischaracterizes.

3        THE WITNESS:  Python is a programming language

4    independent of Linux and it is an interpreted

5    language and there exists interpreters on a number

6    of platforms that I know of including Windows, Mac

7    OS and Linux that would support executing a Python

8    applet on those other operating systems.

9        Q    BY MS. MAROULIS:  You would only be able

10   to -- strike that.

11            You would only be able to execute those

12   applets with a help of a translator or interpreter,

13   correct?

14       A    That is correct.  And it is applicable to

15   interpreted languages in general, yes.

16       Q    And the same is true of all the applets

17   listed in Mr. Cole's declaration on Paragraphs 14 --

18   strike that.  Paragraphs 51 through 58, correct?

19       A    That is not correct.  51 is a control panel

20   applet that Microsoft has, has used.  This

21   particular applet is -- is one that is OS-dependent

22   and does not follow the interpreted nature of some

23   of these other applets that we have been looking at.

24       Q    You are referring to Paragraph 51 that

25   describes the desktop applets, correct?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 97

1      A    That is correct, yes.

2      Q    So that's an example of an applet that is

3  strictly systems dependent, operating-systems

4  dependent?

5      A    Microsoft-controlled panel applets are

6  operating-system dependent.  In particular, the

7  Microsoft operating system.

8      Q    I think we've talked about AppleScript and

9  Linux applets before.  What about the Ruby applet?

10     A    Yes.  Ruby applets are also interpreted and

11  the Ruby language is an interpreted language.

12  Applets written in this language can be executed by

13  any translator or interpreter available on a

14  particular platform.

15     Q    And, again, without a translator it only

16  can run on the window-specific environment, correct?

17     MR. SHAH:  Objection; calls for speculation.

18     THE WITNESS:  Any Ruby program would just be a

19  file and unusable unless there is a translater

20  available to parse and interpret and translate

21  instructions to in this case Windows.

22     Q    BY MS. MAROULIS:  Are you familiar with the

23  Flash applets mentioned in Paragraph 57 of Mr.

24  Cole's declaration?

25     A    Yes, I'm familiar with Flash to the extent

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    that I know there is a Flash language and there is a

2    Flash Plug In or player that is very, in common use,

3    and that it follows the same model of Ruby or Python

4    applets that we were discussing earlier but it has

5    an emphasis towards graphical display and video

6    streaming and multimedia in general.

7         Q    Is it systems dependent or independent?

8         A    Flash applets would require a Flash player.

9    Any system that supports the Flash player can

10   operate or run a Flash applet.

11        Q    So would you agree with me that Flash

12   applets are systems, operating-systems dependent

13   insofar as they need to have a Flash Plug In to

14   operate?

15        A    If you were to call the Flash Plug In an

16   operating system then yes.

17        Q    Can you please review the portion of Mr.

18   Cole's declaration that starts with Paragraph 59 and

19   is entitled "Applet Does Not Have to be Operating

20   System Independent" And let me know if there are any

21   portions that you agree with.

22        A    So in section, in Paragraph 59 I do agree

23   that applet, the term "applet" is an overloaded

24   term, it has been defined in many, many ways.

25   However, most, the common or the rule when it comes