1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |            Plaintiff,                 | **DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF THE STIPULATION TO ENLARGE TIME FOR BRIEFING**
20 |            vs.                        |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
24 |            Defendants.
25

26
27
28

1    I, Rachel Herrick Kassabian, declare:

2    1.  I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
3    counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung
4    Telecommunications America, LLC (collectively, "Samsung").   I have personal knowledge of
5    the facts set forth in this declaration and, if called upon as a witness, I could and would testify as
6    follows.

7    2.  On January 5, 2012, the parties held a lead trial counsel meet and confer session to
8    resolve a number of discovery disputes that had arisen between the parties.   Although some
9    progress was made, both parties stated their intent to file discovery motions on various unresolved
10   issues.   The parties agreed to a shortened briefing schedule on their respective motions and filed
11   a stipulation to that effect, which was granted by the Court.   (*See* Dkt No. 610).

12   3.  Pursuant to the stipulated briefing schedule, the parties' opening briefs were due
13   January 10, 2012 and opposition briefs are due by Tuesday, January 17, 2012 at 8 a.m.   (*Id.*)

14   4.  The parties have now determined that they require additional time to complete their
15   opposition briefing relating to these motions, and have agreed that each party should have until 5
16   p.m. on January 17 to do so.

17   5.  The requested time modification will not affect any other deadline in this case.

18

19   I declare under penalty of perjury that the foregoing is true and correct.   Executed in San
20   Francisco, California on January 16, 2011.

21

22                              */s/ Rachel Herrick Kassabian*

-2-   Case No. 11-cv-01846-LHK
**KASSABIAN DECLARATION IN SUPPORT OF STIPULATION TO ENLARGE TIME**

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.   In compliance with General Order 45, X.B., I hereby attest that Rachel Herrick Kassabian has concurred in this filing.

Dated:   January 16, 2011                     */s/ Victoria Maroulis*
                                                               Victoria Maroulis