| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S OPPOSITION TO SAMSUNG'S RENEWED MOTION TO COMPEL DISCOVERY RELATING TO MAC OS 10.0** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | Date:     January 19, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |
| Defendants. | |

1   Samsung's motion warrants only the following brief response.

2   First, the motion is moot.  Apple has already produced to Samsung the relief sought by its motion.  Samsung moves for production of a functioning computer that is capable of running Mac OS version 10.0 and producing a "brightness adjustment window" that Samsung contends is a feature of that operating system.  Apple made such a computer, with the specified "brightness adjustment window" capability, available to Samsung on January 12, 2012.  (Declaration of Jason R. Bartlett in Support of Apple's Opposition to Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10  ¶ 2 and Ex. A.)  Samsung inspected that computer shortly thereafter.  (*Id.* ¶ 2 and Ex. B.)

Second, Samsung failed to comply with Judge Koh's meet and confer requirement.  (Dkt. No. 187.)  Samsung contends that it has been "excused" from that requirement, citing an order by Judge Koh dated December 13, 2011, but that order only relieved Samsung from the meet and confer requirement for the motion to compel filed by Samsung that same day.  (*See* Dkt. No. 498; *see also* Dkt. No. 480 (seeking relief from meet and confer requirement "for Samsung's concurrently filed motions to compel").  Indeed, Judge Koh explicitly advised that "[i]n the future, the parties must adhere to the in person meet and confer requirement set forth in the August 25, 2011 case management order."  (Dkt. No. 498.)

The parties conducted a lead-counsel conference on January 5.  (Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10 ("Mazza Decl.") ¶ 2.)  The night before the conference, Apple advised Samsung that technicians were working on resolving the brightness window problem on the computer made available to Samsung.  (Mazza Decl. ¶ 2; *see also* Declaration of Jason R. Bartlett in Support of Apple's Opposition to Samsung's Motion to Enforce Various Court Orders, filed herewith, Ex. B at 1.)  Samsung did not raise the issue the next day during the lead counsel conference. (Mazza Decl. ¶ 3.)  Nor did Samsung communicate further on this issue before filing its motion.  (*Id.*)  If it had done so, Samsung would have learned that the computer was already waiting for it at Morrison & Foerster's offices in Palo Alto.

1     Samsung's motion should be denied.

3     Dated: January 17, 2012          MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.