| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S RENEWED MOTION TO COMPEL DISCOVERY RELATING TO MAC OS 10.0** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | Date:    January 19, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

MAZZA DECL. ISO APPLE'S OPP. TO SAMSUNG'S RENEWED MOT. TO COMPEL DISC. RE: MAC OS 10.0
CASE NO. 11-CV-01846-LHK (PSG)
sf-3094485

1       I, Mia Mazza, declare as follows:

2       1.    I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Opposition to Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10.

      2.    The parties held their first in-person lead trial counsel meeting on January 5, 2012, to discuss the parties' respective positions on numerous outstanding discovery issues and determine whether those issues could be resolved without court intervention. The night before the meeting, Apple advised Samsung by letter that technicians were working on resolving the brightness window problem on the computer made available to Samsung. That letter is attached to the Declaration of Jason R. Bartlett in Support of Apple's Opposition to Samsung's Motion to Enforce Various Court Orders filed herewith as Exhibit B.

      3.    Samsung did not raise the Mac OS 10.0 computer issue the next day during the lead counsel conference. Nor did Samsung communicate further with Apple on this issue before filing its motion to compel on January 11, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2012, at San Francisco, California.

                                                                                 */s/ Mia Mazza*
                                                                                 Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 17, 2012      */s/ Michael A. Jacobs*
    Michael A. Jacobs

MAZZA DECL. ISO APPLE'S OPP. TO SAMSUNG'S RENEWED MOT. TO COMPEL DISC. RE: MAC OS 10.0
CASE NO. 11-CV-01846-LHK (PSG)
sf-3094485

1