1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

17  APPLE INC., a California corporation,

18                  Plaintiff,

19       v.

20  SAMSUNG ELECTRONICS CO., LTD., A
    Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company.,

23                  Defendants.

Case No.    11-cv-01846-LHK (PSG)

**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S RENEWED MOTION TO COMPEL DISCOVERY RELATING TO MAC OS 10.0**

Date:   January 19, 2012
Time:   10:00 a.m.
Place:  Courtroom 5, 4th Floor
Judge:  Hon. Paul S. Grewal

APPLE'S OPP. TO SAMSUNG'S RENEWED MOT. TO COMPEL DISC. RE: MAC OS 10.0
CASE NO. 11-CV-01846-LHK (PSG)
sf-3094486

1  I, Jason R. Bartlett, declare as follows:

2  1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Opposition to Samsung's Renewed Motion to Compel Discovery Relating to Mac OS 10.

2. On January 12, 2012, Apple made available for Samsung's inspection a functioning computer that is capable of running Mac OS version 10.0 and producing a "brightness adjustment window." Samsung inspected that computer shortly thereafter.

3. Attached hereto as Exhibit A is a true and correct copy of a January 12, 2012 letter from me to Samsung's counsel.

4. Attached hereto as Exhibit B is a true and correct copy of a January 12, 2012 email from Apple's counsel to Samsung's counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2012, at San Francisco, California.

*/s/ Jason R. Bartlett*
Jason R. Bartlett

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: January 17, 2012       /s/ *Michael A. Jacobs*
                              Michael A. Jacobs