# EXHIBIT B

**From:** Mazza, Mia

**Sent:** Thursday, January 12, 2012 3:23 PM

**To:** 'alexbaxter@quinnemanuel.com'

**Cc:** AppleMoFo; 'samsungv.apple@quinnemanuel.com'; 'sam.maselli@wilmerhale.com'; 'peter.kolovos@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; Visitacion, Daisy Belle

**Subject:** FW: Apple v. Samsung: Discovery Correspondence - Mac OS 10.0 on PowerBook G3

Yes, please ask for Daisy Visitacion.

---

**From:** Alex Baxter [mailto:AlexBaxter@quinnemanuel.com]
**Sent:** Thursday, January 12, 2012 3:17 PM
**To:** Mazza, Mia; Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; peter.kolovos@wilmerhale.com; calvin.walden@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Mac OS 10.0 on PowerBook G3

Dear Mia,

Is this computer available for inspection immediately? I can come to the Palo Alto office at 4PM today if so. Shall I ask for Joyce Ng again?

Regards,
Alex Baxter

**Alex Baxter | quinn emanuel urquhart & sullivan, llp**
*Associate*

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5089 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
AlexBaxter@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Thursday, January 12, 2012 3:06 PM
**To:** Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; peter.kolovos@wilmerhale.com; calvin.walden@wilmerhale.com
**Subject:** Apple v. Samsung: Discovery Correspondence - Mac OS 10.0 on PowerBook G3

<<2012-01-12 Ltr Bartlett to Hutnyan re Mac OS 10.0 Inspection.pdf>>

Hi Diane,

Attached please find correspondence from Jason Bartlett regarding Apple's production for inspection of Mac OS 10.0 source code on a PowerBook G3 machine.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------