UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL DISCOVERY RELATING TO MAC OS 10** |

Defendant Samsung seeks to compel Apple to produce a functioning computer capable of running Mac OS 10, including a "brightness adjustment window" feature. Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Compel Discovery Relating to Mac OS 10 is DENIED as moot.

**IT IS SO ORDERED.**

Dated: January _____, 2012.

                                           HONORABLE PAUL S. GREWAL
                                           United States Magistrate Judge