1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New York
corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC, a
Delaware limited liability company,

Defendants.

Case No.     11-cv-01846-LHK (PSG)

**[PROPOSED] ORDER DENYING
SAMSUNG'S MOTION FOR A
PROTECTIVE ORDER**

1    Defendant Samsung seeks entry of a proposed Protective Order Regarding Disclosure and

2  Use of Discovery Materials.  Having considered the arguments of the parties and the papers

3  submitted, Samsung's Motion for a Protective Order is DENIED.

4    **IT IS SO ORDERED.**

5    Dated:  January _____, 2012.

6

7                                                              _____
                                                                      HONORABLE PAUL S. GREWAL
8                                                                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28