UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S DECEMBER 22, 2012 ORDER** |

1  Defendant Samsung seeks "clarification" of the Court's December 22, 2012 Order
2  concerning access by its expert, Itay Sherman, to material designated as confidential by Apple.
3  Having considered the arguments of the parties and the papers submitted, Samsung's Motion for
4  Clarification of the Court's December 22, 2012 Order is DENIED.

**IT IS SO ORDERED.**

Dated: January _____, 2012.

                                                HONORABLE PAUL S. GREWAL
                                                United States Magistrate Judge