1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO ENFORCE VARIOUS COURT ORDERS** |

Defendant Samsung seeks an order directing Apple to comply in full with all standing discovery orders by January 25, 2012. Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Enforce Various Court Orders Requiring the Production of Material Relevant to Apple's Asserted Design Patents is DENIED.

**IT IS SO ORDERED.**

Dated: January _____, 2012.

                                              HONORABLE PAUL S. GREWAL
                                              United States Magistrate Judge