QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **STIPULATION TO ENLARGE TIME FOR BRIEFING THE PARTIES' PENDING DISCOVERY MOTIONS** |

1  Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that the
2  parties be permitted an additional nine hours to respond to the discovery motions set for hearing
3  on January 19, 2012.  This request is supported by the attached Declaration of Rachel Herrick
4  Kassabian.

5  WHEREAS, on January 10, 2012, the parties filed a stipulated briefing schedule regarding
6  anticipated upcoming discovery motions, wherein the parties would file their opening briefs on
7  January 10, 2012 and their opposition briefs by 8 a.m. Tuesday, January 17, 2012;

8  WHEREAS, the parties need additional time to prepare their respective opposition briefs;
9  and

10 WHEREAS, the proposed expedited schedule would not postpone any of the other
11 deadlines set in this case;

12 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
13 parties that Samsung's opposition briefs to Apple's discovery motions (Docket Nos. 598, 599,
14 600, 611 and 613) and Apple's opposition briefs to Samsung's discovery motions (Docket No.
15 602, and related Dkt. Nos. 603-608) shall be filed by 5 p.m. Tuesday, January 17, 2012.  To the
16 extent any opposition brief is filed before 5 p.m., the parties shall refrain from inserting reply-type
17 arguments into later-filed briefs.

18
19 **IT IS SO STIPULATED.**

20 Dated: January 16, 2012          JASON R. BARTLETT
21                                  MORRISON & FOERSTER LLP
22
23                                  By:  /s/ *Jason R. Bartlett*
                                          JASON R. BARTLETT
24                                       Attorneys for Apple
25
26
27
28

STIPULATION TO ENLARGE TIME FOR BRIEFING
11-CV-01846-LHK (PSG)

| | |
|---|---|
| Dated: January 16, 2012 | VICTORIA MAROULIS<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By:  /s/ *Victoria F. Maroulis*<br>     VICTORIA MAROULIS<br>Attorneys for Samsung |

*** *** ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/17/2012         By: *[signature]*
                          Honorable Paul S. Grewal
                          United States Magistrate Judge

STIPULATION TO ENLARGE TIME FOR BRIEFING
11-CV-01846-LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Jason Bartlett has concurred in this filing.

Dated:  January 16, 2011                                  */s/ Victoria Maroulis*
                                                                               Victoria Maroulis