# Exhibit 7

Subject: Energy Insights & News from Parks Associates - subscribe today
Date: Tue, 27 Sep 2011 16:02:24 +0000
From: "Parks Associates" <emailreply@parksassociates.com>
To: <john_brown@apple.com>
Message-ID: <da24eb41-05bb-4daf-9d12-79537a86e45a@xtinmta06.xt.local>

View This Email With Images | Forward to a Colleague

### Smart Energy Summit 2012 Topics

FEB 28 - MAR 1, 2012, in Austin Texas, will address the following topics:

**Strategies and tactics** to engage consumers

**Business-model analysis** to examine what works and how to drive revenues through energy services

**Opportunities and business strategies** for broadband service providers, residential security service firms, HVAC maintenance contractors, utilities, manufacturers, and installers

**Consumer interest** in energy-focused cloud-based services and strategies to integrate with other platforms, including smartphones and tablets like the iPad

**Consumer segmentation by interest** in energy management solutions

**Competitive assessments** of current industry participants and business opportunities within the value chains for emerging energy management solutions

**Current status** of home area network (HAN) trials, smart grid deployments, and sales of independent/non-utility in-home energy management solutions

**Technical and business requirements** for succeeding in

## Energy Insights & News from Parks Associates

**This newsletter is distributed monthly and provides data, resources, news, and commentary** regarding Residential Energy Management solutions.

**Subscribe Today to this Newsletter**

### Duke's new white paper - Developing the Communications Platform to Enable a More Intelligent Grid

Duke Energy released a new white paper; Developing the Communications Platform to Enable a More Intelligent Grid, which outlines an innovative approach for modernizing our electricity grid.

**Read More**

### DTE creates iPhone Outage App

DTE Energy has introduced a new interactive iPhone application for customers to access a variety of up-to-the-minute information, including real-time outage information from their mobile devices, broadening the reach of DTE Energy's Outage Center tools to a wider audience.

**Read More**

### Smart Energy Summit Joint Keynote Presentation

**Jeff Crews**, 
*Director, Business Development, 4Home Connected Solutions,* **Motorola Mobility, Inc.**

**Ann Shaub**, *Director - Product Management,* **Verizon**

**Submit to Speak**

residential energy management

**Forecasts** for smart meter deployments, HAN solutions and independent in-home energy management products and services

**Submit to Speak**

## SES Advisory Board

**Jesse Berst**, Founding Editor, **Smart Grid News**

**Kristen Bowring**, Senior Director, Platform Lead, **Best Buy, Inc.**

**Stephen Johnson**, Sr. Product Marketing Manager, **Itron**

**Ivan O'Neill**, Program Manager Edison, **SmartConnect**

**Roy Perry**, Director, Strategic Assessment, **CableLabs**

**Ted Reguly**, Director, Smart Meter Program, **San Diego Gas & Electric (SDGE)**

**JT Thompson**, Utility Sales Leader, **GE**

**Ken Wacks**, Management & Engineering Consultant, Gridwise Council, **U.S. Department of Energy**

**Steve Widergren**, Principal Engineer, **Pacific Northwest National Laboratory**

## Blue Line and PlotWatt Partner for Home Energy Monitoring

Blue Line Innovations and PlotWatt have recently announced their home energy reporting partnership. With no additional hardware, families using the PowerCost Monitor™ can now see real-time, whole-home and appliance level energy usage. PlotWatt's patent-pending algorithms identify appliance-specific data signatures from a whole-house meter, and report the appliance-level costs to the homeowner.

**Read More**

## AMI Fact Book: 2011 Update

This two-volume report is a catalog of current and future AMI and smart meter deployments in the U.S.

Volume I contains information on Demand Response (DR) programs being implemented, summary and detailed profiles of selected utilities.

Profiles include status of smart meter deployments and plans, number of residential customers covered, and the types of meters and technologies being implemented. Detailed data are provided in a separate Excel file for more than 2,400 utilities for review and analysis.

**More Info**

## "The percentage of U.S. households with IP-based professionally monitored security will grow from less than 1% in 2011 to more than 15% by 2020."

From IP-based Home Monitoring: Security - This report provides an overview of the emergence of IP-based home security solutions. It analyzes the evolution taking place in the professional security monitoring market and offers insight on the impact of new monitoring systems on the traditional security business model.

**More Info**

### Sponsorship

**Learn more** about how to involve your company in the premier energy event in 2012.

### Past Sponsors

**LUNCH SPONSOR**

**Sponsor Options** | **Request Info**

www.**EnergyInsightsBlog**.com

Forward to a Friend | Update Profile | Unsubscribe

------ end message ------