| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | Date:     January 19, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |
| Defendants. | |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Opposition to Samsung's Motion to Compel Apple to Produce Documents and Things.

2. The parties held their first in-person lead trial counsel meeting on January 5, 2012, to discuss the parties' respective positions on numerous outstanding discovery issues and determine whether those issues could be resolved without court intervention. That same day, before the meeting, Apple sent Samsung a letter setting forth its position on the discovery issues raised by Samsung. That letter is attached as Exhibit B to the Declaration of Jason R. Bartlett in support of Apple's Opposition to Samsung's Motion to Enforce Various Court Orders.

3. At the January 5, 2012 lead trial counsel meeting, Samsung did not raise the issue of documents relating to "business plans and strategies."

4. At the January 5, 2012 lead trial counsel meeting and in follow-up correspondence, the parties mutually agreed to provide deposition dates for all noticed witnesses by January 13, 2012. In accord with that agreement, Apple provided deposition dates for all of the noticed Apple witnesses by January 13, 2012. Attached hereto as Exhibit A is a January 13, 2012 email from Samsung's counsel to Apple's counsel regarding deposition dates for Samsung witnesses, with the witnesses' names redacted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2012, at San Francisco, California.

*/s/ Mia Mazza*
Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 17, 2012              */s/ Richard S.J. Hung*
                                     Richard S.J. Hung