# Exhibit A

**From:** Rachel Herrick Kassabian [rachelkassabian@quinnemanuel.com]
**Sent:** Friday, January 13, 2012 6:58 PM
**To:** Mazza, Mia; Bartlett, Jason R.
**Cc:** AppleMoFo; Samsung v. Apple; Samsung ITC
**Subject:** Samsung Deposition Dates

Mia and Jason,

Pursuant to the parties' agreement to exchange all deposition dates today, below please find proposed deposition dates for the following witnesses:

| Witness | Location | Date (NDCA) | Date (796 ITC) |
|---|---|---|---|
| ▮ | Seoul | Feb. 2 | |
| ▮ | Seoul | Feb. 2 | Feb. 3 |
| ▮ | San Francisco | Feb. 3 | |
| ▮ | Seoul | Feb. 7 | |
| ▮ | Seoul | Feb. 7 | |
| ▮ | Seoul | Feb. 9 | Feb. 10 |
| ▮ | Seoul | Feb. 10 | |
| ▮ | Seoul | Feb. 10 | |
| ▮ | Seoul | Feb. 16 | Feb. 17 |
| ▮g | Seoul | Feb. 17 | |
| ▮ | Seoul | Feb. 17 | |
| ▮ | Seoul | Feb. 2 | Feb. 3 |
| ▮ | *Seoul* | *Feb. 20* | |
| ▮ | *Seoul* | *Feb. 22* | |
| ▮ | *Seoul* | *Feb. 22* | |
| ▮ | *Texas* | *Feb. 24* | |
| ▮ | *Seoul* | *Feb. 27* | |
| ▮ | *Seoul* | *Feb. 29* | |
| ▮ | *Seoul* | *Feb. 29* | |
| ▮ | *Seoul* | *Mar. 2* | |
| ▮ | *Seoul* | *Mar. 5* | |
| ▮ | *Seoul* | *Mar. 7* | |
| ▮ | *Seoul* | *Mar. 7* | |
| ▮ | *Seoul* | *Mar. 8* | |

*Italicized* dates*/ names are still awaiting final confirmation and may be subject to change.*

Please note that just because a date is offered above, it does not mean that Samsung has waived its objections to producing these witnesses. To the contrary, Samsung reserves all rights to object to producing these witnesses, including on relevance, cumulativeness or apex grounds, among others. We will notify Apple regarding any witnesses Samsung declines to produce in due course.

Further, we have just received a few additional deposition notices yesterday, which arrived after we agreed to exchange deposition dates today. We have not yet had a chance to consult with our client on

these and will get back to you next week.  If you believe our list is missing any other deponents, please advise.

Finally, please note that Samsung will not be providing a deposition date for ▇▇▇▇▇▇, as Samsung has already made a final determination that his deposition is an improper apex deposition, per our correspondence earlier today.

Please send proposed deposition dates for all noticed Apple witnesses, per the parties agreement, today.

Regards,

**Rachel Herrick Kassabian /** *Partner*
**Quinn Emanuel Urquhart & Sullivan LLP**
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
650.801.5005 Direct
650.801.5000 Main
650.801.5100 Fax
rachelkassabian@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.