# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND THINGS** |

1   Defendant Samsung seeks an order compelling Apple to produce documents and things by
2 January 22, 2012.  Having considered the arguments of the parties and the papers submitted,
3 Samsung's Motion to Compel Apple to Produce Documents and Things is DENIED.

4   **IT IS SO ORDERED.**
5   Dated:  January _____, 2012.

7                                                     HONORABLE PAUL S. GREWAL
                                                      United States Magistrate Judge