HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") submits this motion for an order to seal the following documents or portions thereof:
3    1.  Exhibits B, C, F, G, and H to the Declaration of Jason Bartlett in Support of
4  Apple's Opposition to Samsung's Motion to Enforce Various Court Orders and the Declaration to
5  the extent that it refers to those exhibits.
6    2.  Portions of Apple's Opposition to Samsung's Motion to Enforce Various Court
7  Orders.
8    3.  Portions of the Declaration of Samuel J. Maselli in Support of Apple's Opposition
9  to Samsung's Motion to Compel.
10    4.  Portions of Apple's Opposition to Samsung's Motion to Compel.
11    5.  Exhibits B and C to the Declaration of Mia Mazza in Support of Apple's
12  Opposition to Motion for Clarification.
13    The above documents contain information that is highly confidential as set out in the
14  Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents
15  Under Seal ("Wheeler Declaration"), filed herewith under seal.  As described in the Wheeler
16  Declaration, this motion requests relief that is necessary and narrowly tailored to protect only that
17  confidential information.
18    It is Apple's policy not to disclose or describe to third parties its confidential design, trade
19  secrets, or product development.  (Wheeler Declaration ¶ 4.)  The Apple-confidential and third
20  party-confidential material in the above-referenced documents relates to such trade secret
21  information, as detailed in the Wheeler Declaration.  (*Id.* ¶¶ 5-7.)  This information is highly
22  confidential to Apple.  (*Id.*)  The information described above could be used by Apple's
23  competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)
24    The relief requested in this motion is necessary and is narrowly tailored to protect
25  confidential information, focusing only on specific portions of the documents at issue.  (*Id.* ¶ 8.)
26
27
28

1  Proposed public redacted versions of the documents listed above are attached where
2  appropriate. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the documents at issue
3  with the sealable portions highlighted.

Dated: January 17, 2012    MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
     Michael A. Jacobs

     Attorneys for Plaintiff
     APPLE INC.

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf-3094562

2