1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

PROPOSED ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3094572

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal portions of the following documents:

1. Exhibits B, C, F, G, and H to the Declaration of Jason Bartlett in Support of Apple's Opposition to Samsung's Motion to Enforce Various Court Orders and the Declaration to the extent that it refers to those exhibits.

2. Portions of Apple's Opposition to Samsung's Motion to Enforce Various Court Orders.

3. Portions of the Declaration of Samuel J. Maselli in Support of Apple's Opposition to Samsung's Motion to Compel.

4. Portions of Apple's Opposition to Samsung's Motion to Compel.

5. Exhibits B and C to the Declaration of Mia Mazza in Support of Apple's Opposition to Motion for Clarification

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: By: ______________________________

Honorable Paul S. Grewal
United States Magistrate Judge