1  HAROLD J. MCELHINNY (CA SBN 66781)      WILLIAM F. LEE
   hmcelhinny@mofo.com                     william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)       WILMER CUTLER PICKERING
   mjacobs@mofo.com                        HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)     60 State Street
   jtaylor@mofo.com                        Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)        Telephone: (617) 526-6000
   atucher@mofo.com                        Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)       MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com                  mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP                 WILMER CUTLER PICKERING
   425 Market Street                       HALE AND DORR LLP
8  San Francisco, California  94105-2482   950 Page Mill Road
   Telephone:  (415) 268-7000              Palo Alto, California 94304
9  Facsimile:  (415) 268-7522              Telephone: (650) 858-6000
                                           Facsimile: (650) 858-6100
10

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
12

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 APPLE INC.,                          Case No.    11-cv-01846-LHK (PSG)

18                  Plaintiff,          **DECLARATION OF JASON R.
                                        BARTLETT IN SUPPORT OF
19      v.                              APPLE'S OPPOSITION TO
                                        SAMSUNG'S MOTION TO
20 SAMSUNG ELECTRONICS CO., LTD., a     ENFORCE VARIOUS COURT
   Korean business entity; SAMSUNG      ORDERS**
21 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
22 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company,
23
                    Defendants.
24

25
                  **PUBLIC REDACTED VERSION**
26        **EXHIBITS B, D, F, G and H SUBMITTED UNDER SEAL**

27

28

1    I, JASON R. BARTLETT, declare as follows:

2    1.    I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3    ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of

4    the matters stated herein or understand them to be true from members of my litigation team.  I

5    make this declaration in support of Apple's Opposition to Samsung's Motion to Enforce Various

6    Court Orders.

7    2.    Apple finished producing all designer sketchbooks it could find relating to the

8    patents-in-suit by December 30, 2011.  Apple discovered five additional sketchbooks belonging

9    to Apple designer Bart Andre after December 30, and immediately inspected the sketchbooks to

10   identify pages relevant to the asserted designs.  Apple produced the twenty-two unredacted pages

11   of content it identified as relevant, as well as additional redacted pages and covers, on January 9,

12   2012.  On information and belief, Apple has now produced sketchbooks relating to all design

13   patents-in-suit.

14   3.    Apple disclosed on November 15, 2011 that it used a 2003 date cut-off in

15   connection with Industrial Designer document productions.  A true and correct copy of portions

16   of Apple's transparency disclosures is attached as Exhibit A, showing that individuals Samsung

17   knew to be industrial designers were given a search term list with a date limitation of "June 1,

18   2003 to April 30, 2011."  A true and correct copy of a letter sent by Apple to Samsung on January

19   5, 2012 summarizing Apple's position on a number of discovery issues, including a summary of

20   the correspondence and discussions on sketchbook productions, is attached as Exhibit B.

21   Irrelevant information relating to a license agreement and internal code names for projects has

22   been redacted to avoid unnecessary issues in Apple's motion to file under seal in both Exhibits A

23   and B.

24   4.    Apple began producing computer-aided design ("CAD") files during the

25   preliminary injunction phase of this case.  On information and belief, Apple has produced all

26   CAD files, including all drafts, all sketches, and all design models that it has been able to find that

27   industrial designers created or had created when they were designing the products at issue.  By

28   December 31, Apple had produced industrial design CAD files covering all announced

DECLARATION OF JASON R. BARTLETT ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO ENFORCE
CASE NO. 11-cv-01846 LHK (PSG)
sf-3094606

1

1  generations of iPhone, iPod touch, and iPad, as well as CAD relating to the 035 model that

2  Samsung requested.  Attached as Exhibit C is a true and correct copy of an Apple CAD file that

3  was produced to Samsung bearing the Bates label APLNDC-NCC00000119.

4        5.      Samsung notified Apple on January 4, 2012 that it was unable to open two CAD

5  files that Apple had produced.  On January 7, 2012, Apple responded that while it was

6  investigating the issue, it would provide the CAD in PDF form.  A true and correct copy of this e-

7  mail exchange is attached as Exhibit D.

8        6.      Apple sent a letter to Samsung on January 13, 2012 explaining that the above-

9  referenced CAD files should be opened by choosing File→Open from the relevant software

10 application, as opposed to double-clicking the file icons.  A true and correct copy of this letter is

11 attached as Exhibit E.

12       7.      On January 9, 2012, Apple provided notice to Samsung that it would make its

13 design models available for inspection on January 13.  A true and correct copy of this letter is

14 attached as Exhibit F.  On information and belief, ███████████████████████

15 ████████████████████████████████████████████████,

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████e

18 ████████████████████████████████████████

19 ████████████████████████████████████████████████

20 Samsung attended this inspection and Apple agreed via e-mail to provide additional days for

21 inspection.  A true and correct copy of this e-mail exchange is attached as Exhibit G.

22       8.      Apple has canvassed individuals working on touch hardware, design, operating

23 system software, core driver software, and product design to identify any working prototypes, and

24 has asked that Samsung do the same.  Samsung has not responded to this request.  On information

25 and belief, many Apple engineers have old dead parts sitting in desk drawers, on shelves, or in

26 boxes.  It would be an enormous burden to Apple to collect, transport, and present for inspection

27 non-working prototype pieces and parts.

28

Declaration of Jason R. Bartlett ISO Apple's Opposition to Samsung's Motion to Enforce
Case No. 11-cv-01846 LHK (PSG)
sf-3094606

2

1    9.    ████████████████████████████████

2 ██████████████████████████████████████

3 ██████████████████████████████████████

4 ██████████████████████████████████████

5 ██████████████████████████████████████

6 ██████████████████████████████████████

7        10.    Samsung has requested that Apple de-designate photographs of the Model 035

8 tablet taken by Samsung.  Concurrently with this filing, Apple is producing to Samsung de-

9 designated photographs with scale and size information redacted and no confidentiality

10 designations.  Attached as Exhibit I is a true and correct copy of the cover letter to this

11 production.

12        11.    On November 28, Apple identified for Samsung what files it searched to find

13 photographs submitted to the USPTO during the prosecution of the D'889 patent.  A true and

14 correct copy of this correspondence is attached as Exhibit J.

15        12.    Attached as Exhibit K is a true and correct copy of selections from the January 6,

16 2012 deposition in connection with Investigation No. 337-TA-796 before the U.S. International

17 Trade Commission.

18        I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th

19 day of January, 2012 at San Francisco, California.

20

21                                /s/ Jason R. Bartlett
                                   Jason R. Bartlett
22

23

24

25

26

27

28

Declaration of Jason R. Bartlett ISO Apple's Opposition to Samsung's Motion to Enforce
Case No. 11-cv-01846 LHK (PSG)
sf-3094606

3

1

**ATTESTATION OF E-FILED SIGNATURE**

2          I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has

4   concurred in this filing.

5   Dated:  January 17, 2012                    */s/ Michael A. Jacobs*

Michael A. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28