# Exhibit E

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 13, 2012

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*By E-Mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:    *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

Apple Cinema Display CAD is now available for Samsung's review at the escrow site.

Apple Cinema Display models have been produced for Samsung's inspection at the Cypress hotel.

Pursuant to a reasonable search, all design models relating to projects for released iPhone, iPod touch, and iPad products have been provided for Samsung's inspection, including models, if any, relating to third party products.  Similarly, all NeXT source code that Apple was able to find is now available for Samsung's inspection at Morrison & Foerster's Palo Alto office.  Please let us know when you would like to inspect it.

CAD for Apple Model 035 is available at the escrow site and has been since Apple notified Samsung of its production for inspection on December 30.  To open the file tab_30pin_1024.2, use File-> Open in the menu bar of the Alias application.

The .igs file is a different format of the same data.  Apple produced .pdf printouts from the .igs file last weekend as a courtesy when Samsung expressed it was unable to find or view the 035 CAD.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

cc:    Samuel Maselli
       S. Calvin Walden
       Peter Kolovos

sf-3094267