Exhibit F

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 9, 2012

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*Via E-Mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:    *Apple v. Samsung*, 11-cv-1846-LHK (N.D. Cal.)

Dear Diane:

I write to provide notice that Apple will make available for inspection models of iPhone, iPod touch, and iPad products on Friday, January 13, at the Cypress hotel in Cupertino. This production will include approximately REDACTED

Please confirm by tomorrow that Samsung attorneys will proceed with the inspection on Friday, January 13 so that we can make the necessary hotel arrangements. Otherwise, please propose an alternate date for the inspection.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

sf-3091979