Exhibit G

| | |
|---|---|
| **From:** | Bartlett, Jason R. |
| **Sent:** | Sunday, January 15, 2012 9:32 AM |
| **To:** | 'brettarnold@quinnemanuel.com'; 'ScottHall@quinnemanuel.com'; 'annaneill@quinnemanuel.com'; 'dianehutnyan@quinnemanuel.com' |
| **Cc:** | AppleMoFo; 'Samsungv.Apple@quinnemanuel.com'; 'Samuel.Maselli@wilmerhale.com'; 'Calvin.Walden@wilmerhale.com'; 'Peter.Kolovos@wilmerhale.com' |
| **Subject:** | Re: Apple v. Samsung: Discovery Correspondence - Production of models for inspection |

Brett,

Yes, we are arranging for additional inspection time. We will present the models for your inspection at the CAD escrow site this coming week. The models will be moved there Tuesday and ready for your inspection starting Wednesday morning.

Jason

---

**From**: Brett Arnold <brettarnold@quinnemanuel.com>
**To**: Scott Hall <ScottHall@quinnemanuel.com>; Bartlett, Jason R.; Anna Neill <annaneill@quinnemanuel.com>; Diane Hutnyan <dianehutnyan@quinnemanuel.com>
**Cc**: AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; Maselli, Samuel <Samuel.Maselli@wilmerhale.com>; Walden, S. Calvin <Calvin.Walden@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>
**Sent**: Sat Jan 14 22:10:06 2012
**Subject**: RE: Apple v. Samsung: Discovery Correspondence - Production of models for inspection

Jason,

Thank you for arranging the inspection last Friday. We wanted to confirm that we will definitely need additional time to inspect all the models. Have you heard back from Apple regarding our request below? Thanks for looking into this.

Best regards,
Brett


**Brett Arnold** | **quinn emanuel urquhart & sullivan, llp**
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | Office: 650.801.5000 | Direct: 650.801.5059 | Fax: 650.801.5100 | brettarnold@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Scott Hall
**Sent:** Thursday, January 12, 2012 12:35 PM
**To:** Bartlett, Jason R.; Anna Neill; Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Walden, S. Calvin; Kolovos, Peter
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Production of models for inspection

Jason,

I believe Anna mentioned that Brett Arnold and I will be coming tomorrow to inspect the physical models, which we understand will be available at the Cypress Hotel in Cupertino starting at 9 a.m.  Consistent with past inspections by both parties, we will bring cameras for photographing and/or videotaping the models, which we will retain as work product without disclosure to Apple.  Also, as Anna has noted, although we plan to inspect the models tomorrow, we believe that one day is insufficient for inspection of REDACTED
Please confirm that Apple will continue to make these models available for inspection next week, January 17-20.

Thank you,

**Scott C. Hall**
**quinn emanuel urquhart & sullivan, llp**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650.801.5027 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
ScottHall@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Bartlett, Jason R. [mailto:JasonBartlett@mofo.com]
**Sent:** Wednesday, January 11, 2012 5:36 PM
**To:** Anna Neill; Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Walden, S. Calvin; Kolovos, Peter
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Production of models for inspection

Anna,

Can you please provide the names of the individuals who are coming for the inspection Friday?

I will confer with Apple regarding your request for additional inspection time and respond separately.

Thank you,

Jason

---

**From:** Anna Neill [mailto:annaneill@quinnemanuel.com]
**Sent:** Wednesday, January 11, 2012 2:21 PM
**To:** Bartlett, Jason R.; Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Walden, S. Calvin; Kolovos, Peter
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Production of models for inspection

Dear Jason,
It is not feasible for Samsung to inspect approximately REDACTED in a single day.  We will inspect the models this Friday, January 13, and also ask that Apple make the models available next Tuesday through Friday, January 17-20.
Thank you,

Anna

---

**From:** Bartlett, Jason R. [mailto:JasonBartlett@mofo.com]
**Sent:** Wednesday, January 11, 2012 2:04 PM
**To:** Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Walden, S. Calvin; Kolovos, Peter
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Production of models for inspection


Diane,

We have not received a response to my letter below regarding production of models.  We have booked a hotel conference room, movers and security for the inspection.  Please confirm that Samsung intends to come.  The models will be available to you between 9:00 am to 5:30 pm Friday.

Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA  94105
Direct: 415.268.6615



_____

**From:**     Bartlett, Jason R.
**Sent:**     Monday, January 09, 2012 8:44 PM
**To:**       'Diane Hutnyan'
**Cc:**       AppleMoFo; 'Samsung v. Apple'; 'Maselli, Samuel'; 'Walden, S. Calvin'; 'Kolovos, Peter'
**Subject:**  Apple v. Samsung:  Discovery Correspondence - Production of models for inspection

Diane,

Please see the attached correspondence regarding Apple's production of models for inspection

Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA  94105
Direct: 415.268.6615

  << File: 2012 1 9 Bartlett to Hutnyan re Models.pdf >>


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the

purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------