EXHIBIT I

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 17, 2012

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

Attached for production please find documents Bates-numbered as APLNDC-X0000007496 through APLNDC-X0000007527.  These documents are  Samsung's photographs of Apple's 035 model with scale information redacted and extreme close-up views omitted.

No confidentiality designation has been placed on these documents.  They also will be produced via FTP later today or tomorrow.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

Encls.

cc:     Samuel Maselli
        S. Calvin Walden
        Peter Kolovos

sf-3094738