Exhibit J

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 28, 2011

Writer's Direct Contact

415.268.6615
JasonBartlett@mofo.com

Via E-Mail (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

I write regarding the Court's Order of November 16, 2011 relating to the photographs of the device mockup submitted in the patent application which issued as Patent No. D504,889 ("the D'889 Patent").

Apple searched the following custodians and sources for responsive photographs:

- Apple's outside prosecuting attorney, Tracy Durkin of Sterne, Kessler, Goldstein & Fox.  Sterne Kessler received from Beyer Weaver, the firm of Apple's former prosecuting agent Quin Hoellwarth, the entire file that Beyer Weaver possessed relating to the prosecution of the D'889 Patent.  Ms. Durkin searched both electronic and paper files relating to the D'889 Patent.  Apple acquired from Ms. Durkin the best copies of the photographs that were present in the file.  Original photographs were not found.

- Steve Beyer of the Beyer Law Group, formerly of the Beyer Weaver firm.  Mr. Beyer checked both hard copy and electronic document repositories relating to the D'889 Patent.  Mr. Beyer confirmed that his firm has previously transferred its whole file to Sterne Kessler at Apple's request.

- Quin Hoellwarth, formerly of the Beyer Weaver firm and now an in-house patent agent at Apple.  Mr. Hoellwarth did not take any files related to the prosecution of the D'889 Patent with him to Apple.  Nonetheless, Mr. Hoellwarth searched his own paper files, emails, and local electronic drives.  As noted above, Mr. Hoellwarth's former firm sent its entire file for the D'889 Patent to Tracy Durkin at Sterne Kessler.

sf-3074074

**MORRISON** | **FOERSTER**

Rachel Herrick Kassabian
November 28, 2011
Page Two

> Mr. Hoellwarth did not possess original photographs or any copies that were better
> than the copies provided by Ms. Durkin.

- Apple's legal department.  Mr. Hoellwarth also searched Apple legal department
  paper files and servers.

- Publicly available files stored by the USPTO.

The above searches were manual, were intended to search in each location previously known
potentially to have contained the files, and accordingly did not rely on any automated date
restrictions or search terms.

I have also attached a stipulation following the language required in the Court's
November 16, 2011 Order.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

Encl.

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION REGARDING PHYSICAL MODEL AND RELATED PHOTOGRAPHS** |

1    Apple Inc. ("Apple"), through its counsel, stipulates as follows:

2        1.      The specific physical model identified by Apple industrial designer

3    Christopher Stringer during his November 4, 2011 deposition, identified as Apple Model 035, is

4    the same model or mockup appearing in the photographs of the D'889 patent prosecution history

5    produced by Apple.

6        2.      The photographs from the D'889 patent prosecution history produced by Apple are

7    the highest quality that it has found.

8

9     Dated:  November 28, 2011                    MORRISON & FOERSTER LLP

10

11                                                By:    /s/ Michael A. Jacobs
                                                        Michael A. Jacobs
12
                                                        Attorneys for Plaintiff
13                                                      APPLE INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28