HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S DECEMBER 22, 2011 ORDER**<br><br>Date:     January 19, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**PUBLIC REDACTED VERSION**
**EXHIBITS B AND C SUBMITTED UNDER SEAL**

1   I, Mia Mazza, declare as follows:

2   1.   I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.
3   ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I
4   have personal knowledge of the matters stated herein or understand them to be true from
5   members of my litigation team. I make this Declaration in support of Apple's Opposition to
6   Samsung's Motion for Clarification Regarding the Court's December 22, 2011 Order.

7   2.   Attached hereto as Exhibit A is a true and correct copy of excerpts from the
8   transcript of proceedings on December 16, 2011 before this Court.

9   3.   Attached hereto as Exhibit B is a true and correct copy of a document marked as
10  Exhibit No. 1167 at the November 4, 2011 deposition of Christopher Stringer. This document
11  was designated by Apple as "Highly Confidential—Attorneys' Eyes Only."

12  4.   Attached hereto as Exhibit C is a true and correct copy of a document marked as
13  Exhibit No. 1169 at the November 4, 2011 deposition of Christopher Stringer. This document
14  was designated by Apple as "Highly Confidential—Attorneys' Eyes Only."

15

16  I declare under penalty of perjury that the foregoing is true and correct. Executed this
17  17th day of January, 2012, at San Francisco, California.

18                            */s/ Mia Mazza*
                              Mia Mazza
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 17, 2012           */s/ Michael A. Jacobs*
                                  Michael A. Jacobs

MAZZA DECL. ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR CLARIFICATION RE: DEC. 22 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3094498

1