Exhibit A

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4
     APPLE, INC.,                    )   CV-11-1846-LHK
 5                                   )
                  PLAINTIFF,         )   SAN JOSE, CALIFORNIA
 6                                   )
              VS.                    )
 7                                   )   DECEMBER 16, 2011
     SAMSUNG ELECTRONICS CO.         )
 8   LTD., ET AL,                    )
                                     )   PAGES 1-66
 9                DEFENDANT.         )
                 _____

10

11               TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE PAUL S. GREWAL
12              UNITED STATES DISTRICT JUDGE

13

14   A P P E A R A N C E S:

15

16   FOR THE PLAINTIFF:  MORRISON & FOERSTER, LLP
                         BY:  MICHAEL JACOBS
17                            ESTHER KIM
                              JASON BARTLETT
18                            RICHARD HUNG
                         425 MARKET STREET
19                       SAN FRANCISCO, CA 94105

20   FOR THE DEFENDANT:  QUINN EMANUEL
                         BY:  VICTORIA MAROULIS
21                       555 TWIN DOLPHIN DR., 5TH FL
                         REDWOOD SHORES, CA 94065
22

23          (APPEARANCES CONTINUED ON THE NEXT PAGE)

24

25   OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185

                                                              1
```

```
 1    SAN JOSE, CALIFORNIA            DECEMBER 16, 2011
 2                   P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  APPLE, INC. VERSUS SAMSUNG
 6    ELECTRONICS COMPANY.  CASE NUMBER CV -11-1846.
 7              MATTER ON FOR PLAINTIFF'S MOTION TO
 8    COMPEL AND DEFENDANT'S MOTIONS TO COMPEL.
 9              COUNSEL, PLEASE STATE YOUR APPEARANCES.
10              MR. JACOBS:  GOOD AFTERNOON YOUR HONOR.
11    MICHAEL JACOBS FROM MORRISON & FOERSTER FOR APPLE.
12              WITH ME IS RICH HUNG, JASON BARTLETT AND
13    ESTHER KIM FROM MORRISON & FOERSTER.
14              THE COURT:  ALL RIGHT.
15              GOOD MORNING, OR I SHOULD SAY GOOD
16    AFTERNOON TO EACH OF YOU.
17              MS. MAROULIS:  GOOD MORNING, YOUR HONOR.
18              VICTORIA MAROULIS FROM QUINN EMANUEL.
19    WITH ME ARE MY COLLEAGUES BRETT ARNOLD,
20    MELISSA CHAN AND SARA JENKINS.
21              THE COURT:  ALL RIGHT.  GOOD AFTERNOON TO
22    EACH OF YOU.
23              ALL RIGHT.  I HAVE A TOTAL OF THREE
24    MOTIONS BEFORE ME.  I HAVE READ THE PAPERS,
25    INCLUDING THOSE THAT WERE MOST RECENTLY SUBMITTED.
```

3

```
 1    TECHNOLOGY.
 2              WE WOULD NOT SHOW HIM ANY SOURCE CODE OR
 3    ANY OF APPLE'S TECHNICAL DOCUMENTATION.  HE WILL BE
 4    REVIEWING DESIGN CAD FILES, DESIGN HISTORY
 5    DOCUMENTS AND OTHER DESIGN SKETCHBOOKS AND DESIGN
 6    DOCUMENTS.
 7              HE IS NOT IN BUSINESS RIGHT NOW OF
 8    DESIGNING HARDWARE.  HE'S NOT DOING ANY CONSULTING
 9    RELATING TO THAT.  AND APPLE QUESTIONED HIM DURING
10    HIS DEPOSITION REGARDING WHAT HE DOES ACTUALLY DO.
11              THE COURT:  SO THE LINE BETWEEN DESIGN
12    AND FUNCTION IS AN ATTRACTIVE ONE, BUT HASN'T YOUR
13    OWN WITNESS SUGGESTED THAT'S PRETTY BLURRY WHEN YOU
14    GET DOWN TO SPECIFIC INSTANCES OF WHETHER SOMEONE
15    SHOULD LOOK AT THE DOCUMENT OR NOT?
16              MS. MAROULIS:  YOUR HONOR, WHEN I SAY I'M
17    NOT GOING TO SHOW HIM TECHNICAL DOCUMENTS, WE WILL
18    NOT SHOW HIM THE GUTS OF THE FILM.
19              HOW ONE -- IN THAT, THE MULTITOUCH
20    SYSTEM, HOW ONE DEALS WITH THE TOUCH SCREEN
21    TECHNOLOGY.  WHAT HE WAS TALKING ABOUT THE FUNCTION
22    IS THAT DEPENDING WHERE YOU PLACE THE SPEAKERS
23    DICTATE THE FACT WHERE YOUR EAR IS.  THAT'S A
24    FUNCTIONAL ARGUMENT BUT IT DOESN'T REQUIRE HIM TO
25    GO TO THE SOURCE CODE WHEN YOU HAVE THE ASPECTS OF
```

**CERTIFICATE OF REPORTER**

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185