QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR SAMSUNG TO FILE OBJECTIONS TO THE COURT'S DECEMBER 22, 2011 ORDER (DKT NO. 535)** |

Pursuant to Civil L.R. 6-2, the parties file this Stipulation requesting that Samsung be permitted additional time to file objections to the Court's December 22, 2011 Order at Docket No. 535. This request is supported by the attached Declaration of Brett J. Arnold.

WHEREAS, on December 22, 2011, the Court issued an order on Samsung's motion to permit its design expert Itay Sherman to review confidential design-related materials (*see* Order at Dkt No. 535);

WHEREAS, on January 4, 2012, the Court granted a stipulation extending the time for Samsung to file objections to the December 22, 2011 Order until January 17, 2012 (*see* Stipulation and Order at Dkt No. 571);

WHEREAS, on January 11, 2012, Samsung filed a motion for clarification regarding the Court's December 22, 2011 Order (*see* Dkt No. 602); and

WHEREAS, the proposed expedited schedule would not postpone any of the other deadlines set in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that Samsung shall have until 7 days after the Court issues an order on Samsung's motion for clarification at Docket No. 602 to file objections to the Court's December 22, 2011 Order at Docket No. 535;

**IT IS SO STIPULATED.**

Dated: January 17, 2012         MORRISON & FOERSTER LLP

By:  /s/ *Richard S.J. Hung*
     RICHARD S.J. HUNG
     Attorneys for Apple

| | | |
|---|---|---|
| Dated: January 17, 2012 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By:   /s/ *Rachel Herrick Kassabian*
      RACHEL HERRICK KASSABIAN

Attorneys for Samsung

*** *** ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                             By:
                                      Honorable Paul S. Grewal
                                      United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung and Rachel Herrick Kassabian have concurred in this filing.

Dated:  January 17, 2011                            */s/ Victoria Maroulis*
                                                                    Victoria Maroulis