1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PROTECTIVE ORDER REGARDING SAMSUNG'S FIRST RULE 30(b)(6) DEPOSITION NOTICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: January 19, 2012
Time: 10:00 am
Place: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal |
| Defendants. | |

Case No. 11-cv-01846-LHK
**DECLARATION OF MELISSA N. CHAN**

1    I, Melissa N. Chan, declare:

2    1.    I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I am licensed to practice law in the State of California.  I submit this declaration in support of Samsung's Opposition to Apple's Motion for Protective Order Regarding Samsung's First Rule 30(b)(6) Deposition Notice.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2.    Attached hereto as Exhibit  A  is a true and correct copy of Samsung's First Rule 30(b)(6) Notice to Apple Inc., served on December 14, 2011.

3.    On December 21, 2011, the parties held a non-lead counsel meet and confer session.  During the session, Samsung asked Apple if it would agree to schedule a date or produce witnesses to testify on the topics listed in its notice.  Apple responded by saying that because it thought Samsung's notice was oppressive, overly broad, and burdensome, it would not produce any witnesses unless Samsung withdrew its notice and served another one.  Samsung asked Apple to explain which topics it felt were overly broad, and invited Apple to propose a scope that Apple felt was reasonable.  Apple refused to explain its position or make any proposal, other than again insisting that Samsung withdraw its notice in its entirety.

4.    Attached hereto as Exhibit  B  is a true and correct copy of a December 27, 2011 letter from Apple's counsel to Samsung's counsel.

5.    Attached hereto as Exhibit  C  is a true and correct copy of a December 31, 2011 letter from Samsung's counsel to Apple's counsel.

6.    Attached hereto as Exhibit  D  is a true and correct copy of a January 3, 2012 letter from Samsung's counsel to Apple's counsel.

7.      Apple did not respond in writing to either of Samsung's letters.

8.      On January 5, 2012, the parties held a lead counsel meet and confer session, during which Samsung's first 30(b)(6) notice was discussed.   The parties failed to make any progress because Apple refused to propose anything other than reiterating its demand for Samsung to withdraw its entire notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Redwood Shores, California on January 17, 2012.


　　　　　　　　　　　　　　　　　　 */s/ Melissa N. Chan*

　　　　　　　　　　　　　　　　　　　Melissa N. Chan

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Melissa N. Chan.

                                                   */s/ Victoria Maroulis*