1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR PROTECTIVE ORDER REGARDING SAMSUNG'S FIRST RULE 30(b)(6) DEPOSITION NOTICE** |

1    On January 10, 2012, Plaintiff Apple Inc. ("Apple") moved for a protective order relieving
2 it of any obligation to respond to or comply with Samsung's First 30(b)(6) Deposition Notice,
3 served to Apple on December 14, 2011.   Samsung Electronics Co., Ltd. ("Samsung") has
4 opposed the motion.
5    Having considered the briefs and the arguments of the parties, the Court finds that Apple
6 has not shown good cause for the entry of a protective order, and hereby DENIES Apple's motion
7 for a protective order in its entirety. Apple shall identify its Rule 30(b)(6) designee(s) for the
8 topics listed in Samsung's Notice within five calendar days of the date of this Order, and shall
9 make the witness(es) available for deposition on mutually agreeable dates on or before March 1,
10 2012.

12   **IT IS SO ORDERED.**

14 DATED: _____, 2012

17                                          The Honorable Paul S. Grewal
                                             United States Magistrate Judge

-2-                              Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR PROTECTIVE ORDER**