HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is Morrison & Foerster LLP, 425 Market St., San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on Friday, January 17, 2012, I served a copy of:

1. DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL **[FILED UNDER SEAL]**

2. DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO ENFORCE VARIOUS COURT ORDERS and EXHIBITS B, C, F, G, AND H thereto **[FILED UNDER SEAL]**

3. APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO ENFORCE VARIOUS COURT ORDERS **[FILED UNDER SEAL]**

4. DECLARATION OF SAMUEL J. MASELLI IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL DISCOVERY **[FILED UNDER SEAL]**

5. OPPOSITION TO SAMSUNG'S MOTION TO COMPEL **[FILED UNDER SEAL]**

6. EXHIBITS B and C to the DECLARATION OF MIA MAZZA IN SUPPORT OF APPEL'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S DECEMBER 22, 2011 ORDER **[FILED UNDER SEAL]**

☒ BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Email: charlesverhoeven@quinnemanuel.com

| | |
|---|---|
| 1 | Edward J. DeFranco<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>335 Madison Avenue, 22nd Floor |
| 2 | New York, NY 10017<br>Tel: 212-849-7000 |
| 3 | Fax: 212-849-7100<br>Email: eddefranco@quinnemanuel.com |
| 4 | |
| 5 | Kevin P.B. Johnson<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor |
| 6 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 7 | Fax: 650-801-5100<br>Email: kevinjohnson@quinnemanuel.com |
| 8 | |
| 9 | Michael Thomas Zeller<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor |
| 10 | Los Angeles, CA 90017<br>Tel: 213-443-3000 |
| 11 | Fax: 213-443-3100<br>Email: michaelzeller@quinnemanuel.com |
| 12 | |
| 13 | Victoria F. Maroulis<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Fifth Floor |
| 14 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 15 | Fax: 650-801-5100<br>Email: victoriamaroulis@quinnemanuel.com |
| 16 | |
| 17 | Margret Mary Caruso<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Suite 560 |
| 18 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 19 | Fax: 650-801-5100<br>Email: margretcaruso@quinnemanuel.com |
| 20 | |
| 21 | Todd Michael Briggs<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, Fifth Floor |
| 22 | Redwood Shores, CA 94065<br>Tel: 650-801-5000 |
| 23 | Email: toddbriggs@quinnemanuel.com |
| 24 | Rachel H Kassabian<br>Quinn Emanuel Urquhart & Sullivan LLP |
| 25 | 555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, CA 94065 |
| 26 | 650-801-5000<br>Fax: 650-801-5100 |
| 27 | Email: rachelkassabian@quinnemanuel.com |
| 28 | |

CERTIFICATE OF SERVICE
CASE NO. 11-CV-1846-LHK
sf-3095205

3

Executed in San Francisco, California this 17th day of January 2012.

_____
Robin L. Sexton

CERTIFICATE OF SERVICE
CASE NO. 11-CV-1846-LHK
sf-3095205

4