UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER ENTERING THE PROTECTIVE ORDER OFFERED BY SAMSUNG AND DECLINING TO ENTER THE PROTECTIVE ORDER PROPOSED BY APPLE** |

On January 10, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") moved this Court to enter its proposed protective order.  Plaintiff Apple Inc. filed a similar motion on January 10, 2012, seeking to have its own proposed protective order entered in this case.  Having reviewed the motions, and finding good cause in Samsung's motion, the Court ORDERS as follows:

1
2
3       Samsung's Motion for Entry of a Protective Order is GRANTED.    Apple's Motion for
4  Entry of a Protective Order is DENIED.    The Protective Order offered by Samsung is hereby
5  ENTERED.    Samsung's proposed Protective Order shall immediately take effect in place of the
6  Interim Protective Order.
7       **IT IS SO ORDERED.**
8
9  DATED:   _____
10
11
12                                          _____
                                            HONORABLE PAUL S. GREWAL
13                                          United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28