QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MELISSA CHAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO COMPEL DOCUMENTS AND THINGS** |

I, Melissa Chan, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Samsung files its administrative motion for an order to seal to protect the confidentiality of information discussed in Samsung's Opposition to Apple's Motion to Compel Documents and Things ("Samsung's Opposition"), the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel Documents and Things (the "Chan Declaration"), Exhibits 1 and 4 of the Chan Declaration, and the Declaration of Hankil Kang in Support of Samsung's Opposition to Apple's Motion to Compel Documents and Things (the "Kang Declaration"). These documents contain information declared to be HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

3. Exhibit 1 of the Chan Declaration is a communication between counsel for Samsung and counsel for Apple regarding production of documents and things, including information about highly confidential source code.

4. Exhibit 4 of the Chan Declaration consists of email from Samsung's counsel to Apple's counsel on December 28, 2011, demanding that Apple communicate whether it was going to accept the offered deposition dates. This document contains confidential business information regarding Samsung's personnel and has accordingly been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

5. Both Samsung's Opposition and the Chan Declaration discuss and quote from the information contained in the above documents, which has been designated as highly confidential.

1    6.    The Kang Declaration contains Samsung's confidential business information, including about unreleased product designs.   This information is maintained as highly confidential by Samsung in the ordinary course of business and is not disclosed to competitors.

    I declare under penalty of perjury that the foregoing is true and correct.   Executed in Redwood Shores, California on January 17, 2012.

> */s/ Melissa Chan*

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.    In compliance with General Order 45(X)(B), I hereby attest that Melissa Chan has concurred in this filing.

/s/ Victoria Maroulis