UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO COMPEL DOCUMENTS AND THINGS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Opposition to Apple's Motion to Compel Documents and Things, the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel Documents and Things ("Chan Declaration"), Exhibits 1 and 4 of the Chan Declaration, and the Declaration of Hankil Kang in Support of Samsung's Opposition to Apple's Motion to Compel Documents and Things (the "Kang Declaration").

02198.5185

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL**

1    Samsung has filed the declaration required under Civil L.R. 79-5 and General
2 Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The
3 declaration establishes that the below documents contain information that has been designated as
4 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by the parties.
5    Accordingly, for good cause shown, the Court ORDERS that the following documents
6 shall be filed under seal:
7    1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion
8       to Compel Documents and Things;
9    2. The confidential, unredacted version of the Declaration of Melissa Chan in Support
10       of Samsung's Opposition to Apple's Motion to Compel Documents and Things
11       ("Chan Declaration");
12   3. Exhibits 1 and 4 of the Chan Declaration; and
13   4. The Declaration of Hankil Kang in Support of Samsung's Opposition to Apple's
14       Motion to Compel Documents and Things.
15
16   **IT IS SO ORDERED.**
17
18 DATED:   _____, 2012
19
20
21                                           Hon. Paul S. Grewal
                                             United States Magistrate Judge
22
23
24
25
26
27
28

02198.5185

-2-                                        Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL**