QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO COMPEL RELATING TO AFFIRMATIVE DEFENSES/ COUNTERCLAIMS** |

02198.51855/4553359.1

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO COMPEL RELATING TO AFFIRMATIVE DEFENSES/ COUNTERCLAIMS

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5    1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to
6       Compel Relating to Affirmative Defenses/Counterclaims ("Samsung's
7       Opposition");
8    2. The confidential, unredacted version of the Declaration of Melissa Chan dated
9       January 17, 2012 (the "Chan Declaration");
10   3. Exhibits 1, 2, 7, 8, 9, 10, 11 to the Chan Declaration; and
11   4. The confidential, unredacted version of the Declaration of Rosa Kim dated January
12      17, 2012 (the "Kim Declaration").

13   Samsung has established good cause to permit filing these documents under seal through
14 the Declaration of Melissa Chan in support of this administrative motion, filed herewith.
15   Pursuant to General Order No. 62, Samsung's entire filing, including the complete,
16 unredacted version of Samsung's Opposition, the Kim Declaration, the Chan Declaration and
17 Exhibits 1, 2, 7, 8, 9, 10, 11 to the Chan Declaration, will be lodged with the Court for in camera
18 review and served on all parties.   A proposed redacted version of the entire filing is attached as
19 an exhibit to this motion.

1  DATED: January 17, 2012           QUINN EMANUEL URQUHART &
2                                    SULLIVAN, LLP
3
4                                    By  /s/ Victoria F. Maroulis
                                        Charles K. Verhoeven
5                                       Kevin P.B. Johnson
                                        Victoria F. Maroulis
6                                       Michael T. Zeller
7                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
8                                       INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC