QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO APPLE'S MOTION TO COMPEL RELATING TO AFFIRMATIVE DEFENSES/COUNTERCLAIMS** |

I, Melissa N. Chan, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Samsung files its administrative motion for an order to seal to protect the confidentiality of information discussed in Samsung's Opposition to Apple's Motion to Compel Relating to Affirmative Defenses/Counterclaims ("Samsung's Opposition"), the Declaration of Rosa Kim in Support of Samsung's Opposition to Apple's Motion to Compel Relating to Affirmative Defenses/Counterclaims ("Kim Declaration") the Declaration of Melissa Chan in Support of Samsung's Opposition to Apple's Motion to Compel Relating to Affirmative Defenses/Counterclaims ("Chan Declaration") and Exhibits 1, 2, 7, 8, 9, 10 and 11 of the Chan Declaration. Those documents contain information declared by the parties to be HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

3. Both Samsung's Opposition and the Chan Declaration discuss and quote from the information contained in the exhibits described below, which have all been designated as highly confidential by the parties.

4. Exhibit 1 consists of a letter dated January 6, 2012 from Sara Jenkins to Peter Kolovos. This document contains confidential business information regarding Samsung's personnel and the manner in which it stores documents, and has accordingly been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

5. Exhibit 2 consists of a letter dated November 2, 2011 from Jason Bartlett to Marissa Ducca. This document has been designated by Apple as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

6. Exhibit 7 consists of excerpts from the deposition transcript of Dr. Joonyoung Cho, a Samsung witness.   This document contains confidential business information about Dr. Cho's work on the patents-in-suit and his participation in standards bodies on behalf of Samsung and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

7. Exhibit 8 consists of excerpts from the deposition transcript of Jae-Seung Yoon, a Samsung witness.   This document contains confidential business information about Dr. Yoon's work on the patents-in-suit and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

8. Exhibit 9 consists of excerpts from the deposition transcript of Dr. Juho Lee, a Samsung witness.   This document contains confidential business information about Dr. Lee's work on the patents-in-suit and his participation in standards bodies on behalf of Samsung and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

9. Exhibit 10 consists of excerpts from the deposition transcript of Gert-Jan Van Lieshout, a Samsung witness.   This document contains confidential business information work on the patents-in-suit and his participation in standards bodies on behalf of Samsung and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

10. Exhibit 11 consists of excerpts from the deposition transcript of Jeong-Seok Oh, a Samsung witness.   This document contains confidential business information about Mr. Oh's work on the patents-in-suit and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

11. Exhibit 12 consists of a letter sent to counsel for Apple from counsel for Samsung. This document contains confidential business information about how Samsung's maintains its financial records, as well as information reflected in Samsung's technical documents, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS EYES ONLY.

1   12. The Kim Declaration contains information related to Samsung's confidential
2 business strategies, which is maintained as highly confidential in the ordinary course of business
3 and not disclosed to its competitors.
4   13. The requested relief is necessary and narrowly tailored to protect this confidential
5 information.
6   I declare under penalty of perjury that the foregoing is true and correct.   Executed in
7 Redwood Shores, California on January 17, 2012.

*s/ Melissa Chan*

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Melissa N. Chan has concurred in this filing.

*/s/ Victoria Maroulis*