# EXHIBIT 3





SAMSUNG

WORLDWIDE OLYMPIC PARTNER

2010
SAMSUNG ELECTRONICS
ANNUAL REPORT

2010 SAMSUNG ELECTRONICS ANNUAL REPORT



## SALES AND OPERATING PROFIT

(in billions of KRW)

Sales ■
Operating Profit ■



2008    2009    2010

**2010 Samsung Electronics Financial and Strategic Highlights**

- Achieved sales of KRW 155 trillion and operating profit of KRW 17 trillion, increases of 13% in sales and 58% in operating profit over 2009
- Demonstrated continuous increases in sales, operating profit and net income growth ratios
- Maintained sound financial structure with 50.3% liability ratio, 66.5% capital adequacy ratio and 18.0% return on equity ratio on a consolidated basis
- Recorded KRW 949,000 stock price as of the end of 2010, a 19% increase over 2009
- Paid KRW 10,000 per share, a 25% increase over 2009, and elevated the interim dividend to KRW 5,000
- Estimated global brand value at USD 19.5 billion, up 11% over 2009. Currently ranked 19th among the top 100 global brands in the 2010 *BusinessWeek* and Interbrand survey

## 2010 Financial Summary  Samsung Electronics and Consolidated Subsidiaries

### CASH FLOWS

(in billions of KRW)

Cash Flows from Operating Activities ■
Cash Flows from Investing Activities ■



2008    2009    2010

(in billions of KRW)

| Income Statements | 2008 | 2009 | 2010 |
|---|---|---|---|
| Sales | 121,294 | 136,324 | 154,630 |
| Operating Profit | 6,032 | 10,925 | 17,297 |
| Net Income | 5,526 | 9,761 | 16,147 |
| | | | |
| **Balance Sheets** | | | |
| Assets | 105,301 | 112,180 | 134,289 |
| Liabilities | 42,377 | 39,135 | 44,940 |
| Shareholders' Equity | 62,924 | 73,045 | 89,349 |
| | | | |
| **Cash Flows** | | | |
| Cash Flows from Operating Activities | 13,360 | 18,522 | 23,827 |
| Cash Flows from Investing Activities | (13,128) | (14,177) | (23,985) |
| Cash Flows from Financing Activities | 1,934 | (1,364) | (152) |

This annual report includes forward-looking statements that relate to future events and can be generally identified by phrases containing words such as "believes," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar meaning. These forward-looking statements are not guarantees of future performance and may involve known and unknown risks, uncertainties and other factors that may affect our actual results, performance, achievements or financial position, making them materially different from the actual future results, performance, achievements or financial position expressed or implied by these forward-looking statements. Unless otherwise specified, all data presented in this report is from our consolidated financial statements.

2008 data is based on K-GAAP standards while 2009 and 2010 data are based on K-IFRS standards.

## Contents

**01** 2010 Financial Summary   **02** Message from the CEO   **06** About the Board
**08** Business Overview   **27** Financial Statements   **88** Global Network

**Dear Samsung Electronics Stakeholder:**

I would like to extend my sincere appreciation to our customers and shareholders, who all have a special relationship with Samsung Electronics. In 2010, we achieved a record-breaking performance of KRW 155 trillion in sales and KRW 17 trillion in operating profit, increases of 13% and 58% respectively over 2009. These historic results were accomplished as we built an open innovation system and made bold decisions about R&D investments. Our decisive actions transformed crisis into opportunity. We also maintained a sound financial position, with a 50.3% liability ratio, 66.5% capital adequacy ratio and KRW 9.4 trillion in cash, after deducting debt on a consolidated basis. Looking ahead through 2011, we will continue to enhance performance as we strengthen our competitive advantages and drive growth with speedy and efficient management.

## Developing core competencies and future capabilities

In 2010, Samsung Electronics invested KRW 21.6 trillion in upgrading manufacturing facilities, including KRW 12.7 trillion for the Semiconductor Business and KRW 4.6 trillion for the LCD Business. In 2011, we expect to invest an additional KRW 23 trillion to improve production capabilities and expand opportunities. Recent R&D investments led us to acquire significant patents. Last year, we registered 4,551 patents in the United States, second in volume only to IBM.

　　We will continue to pursue advanced R&D to secure strategic technologies and patents. Samsung Electronics is also accelerating the development of new engines that will drive future growth. We are fast improving our technological capabilities in medical equipment and solar energy. Meanwhile, our agile response to market changes in software and solutions is enabling the company's steadfast progress during volatile times.

"As a smart innovator leading the industry's transformation, Samsung Electronics is creating a better tomorrow."



Vision 2020

### Inspire the World, Create the Future



2011 Organizational Structure



CEO

- Visual Display Business
- IT Solutions Business
- Digital Appliances Business
- Mobile Communications Business
- Telecommunication Systems Business
- Digital Imaging Business
- Semiconductor Business
- LCD Business

North America, Europe, China, Southeast Asia, Southwest Asia, CIS, Middle East, Africa, Latin America, Korea

Brand Value and Ranking (in billions of USD)



Source: Interbrand, Best Global Brands

Ranking of the World's Most Admired Electronics Companies



Source: Fortune

"At Samsung Electronics, we are navigating the fast-changing business environment with enlightened risk management as we improve our differentiated capabilities across all of our businesses."

### Strengthening leadership through differentiation

In 2010, our Semiconductor Business achieved record sales, thanks to strong demand and improved cost efficiencies. We are reinforcing our market dominance and industry leadership. In the LCD Business, we accomplished the best sales and profit margin  in the industry, owing to aggressive marketing of our premium products and to our differentiated technologies. The Mobile Communications Business sold 280 million phones in 2010, up 23% over 2009, and achieved a double-digit operating profit margin, supported by strong smartphone sales. The Visual Display Business recorded the leading global market share for TV sales for the fifth year in a row, boosted by strategic products such as 3D and Smart TVs.

Looking ahead in 2011, we expect to retain our leadership in such core businesses as semiconductors, LCDs, mobile phones and TVs. At the same time, we will further support the growth of our digital appliance, computer and System LSI businesses. We will ensure our top standing in the semiconductor and LCD industries by developing innovative technologies and processes, and by launching next-generation products. We will bolster our leadership in mobile phones as we aim to become the world's No. 1 handset producer. In the TV business, we will increase market share while maintaining our strong position in emerging markets. In the digital appliances business, we will close the gap with the market leaders by offering differentiated products and increasing operational efficiencies.

Samsung Electronics today is expertly equipped to produce components and products from development through launch. We will continue to hone that unique advantage for differentiated vertical integration as we establish more efficient production systems. By taking control of more core processes and facilities and by developing new processes and innovative technologies, we are securing even greater leadership.

### Enriching brand value

The Samsung Electronics brand has been growing in value every year. As ever, we continue to pursue international brand-building opportunities, including sponsorship of high-profile events such as the Vancouver 2010 Winter Olympic Games and the Guangzhou 2010 Asian Games. We also sponsor Chelsea Football Club in the English Premier League, and we are collaborating with global luxury brands in distinctive cultural and emotional marketing opportunities.

In the Best Global Brands 2010 survey conducted by *BusinessWeek* and Interbrand, Samsung Electronics ranked 19th among the top 100 global brands, with a value of USD 19.5 billion, an 11% increase over 2009. In its 2010 survey of the World's Most Admired Companies, *Fortune* magazine ranked Samsung Electronics 32nd, up from 40th in 2009. In the industry breakdown, *Fortune* ranked Samsung Electronics as the second most admired company in the global electronics industry. We are proudly elevating our brand value and reputation.

That value includes our dedication to corporate citizenship. We believe in building social contribution programs and win-win relationships with our business partners and our communities. Our organizational culture focuses on ethics management and that, too, deepens the value of our brand and builds respect and loyalty among global customers.

### Realizing Vision 2020

Last year, Samsung Electronics crystallized our goals for the next 100 years into Vision 2020: Inspire the World, Create the Future. With that vision as our guiding light, we are moving toward its fulfillment, step by step, and with growing momentum.

Looking to the future, we are focused on becoming a truly creative company that embraces the world's opportunities and diversities. We are building a better tomorrow by working today to instill creative management, establish a culture that rewards talent and pursues win-win partnerships that benefit all.

Thank you.

*G S Choi*

Geesung Choi
Vice Chairman & CEO
Samsung Electronics

 

 

  

### Geesung Choi

- Vice Chairman & CEO, Samsung Electronics (2010–Present)
- President & CEO, Samsung Electronics (2010–2010)
- President & Head, Digital Media & Communications Business, Samsung Electronics (2009–2009)
- Head, Telecommunications Networks Business, Samsung Electronics
  Head, Mobile Communications Division
  Head, Corporate Design Center (2007–2009)
- Head, Digital Media Business, Samsung Electronics (2003–2007)
- Head, Visual Display Division, Samsung Electronics (1998–2003)
- Head, Memory Sales and Marketing, Semiconductor Business, Samsung Electronics (1994–1998)

### Yoonwoo Lee

- Vice Chairman, Samsung Electronics (2011–Present)
- Vice Chairman & Chairman of the BOD, Samsung Electronics (2010–2010)
- Vice Chairman & CEO, Head of Device Solution Business, Samsung Electronics (2009–2009)
- Vice Chairman & CEO, Samsung Electronics (2008–2009)
- Vice Chairman, Global Collaboration, Samsung Electronics (2007–2008)
- Vice Chairman, Global Collaboration, Corporate CTO, Samsung Electronics
- Vice Chairman, Samsung Advanced Institute of Technology (2005–2007)
- Vice Chairman, Global Collaboration, Samsung Electronics CEO, Samsung Advanced Institute of Technology (2004–2005)
- President & CEO, Semiconductor Business, Samsung Electronics (1996–2004)

### Juhwa Yoon

- Chief Finance Officer & President, Corporate Management Office, Samsung Electronics (2010–Present)
- President & Head, Corporate Auditing Team, Samsung Electronics (2009–2009)
- Head, Management Support Team, Corporate Executive Staff, Samsung Electronics Head, Global ERP Task Force, Corporate Executive Staff, Samsung Electronics (2007–2009)
- Head, Management Support Team, Corporate Executive Staff, Samsung Electronics
  Head, Management Innovation Team, Corporate Executive Staff, Samsung Electronics (2004–2007)
- Head, Management Support & Innovation Team, Corporate Executive Staff, Samsung Electronics (1998–2004)
- Head, Management Support & Innovation Group, Corporate Executive Staff, Samsung Electronics (1996–1998)

### Dongmin Yoon

- Outside Director (2006–Present)
- Attorney at Law, Kim & Chang Law Office (1999–Present)
- Director, Social Protection and Rehabilitation Bureau at the Ministry of Justice (1998–1999)
- Chief, Planning Management Dept. at the Ministry of Justice (1997–1998)

### Chaewoong Lee

- Outside Director (2006–Present)
- Ombudsman, Financial Supervisory Service (2009–Present)
- Professor of Economics, Sungkyunkwan University (1982–Present)
- President, Korean Economic Association (2005–2006)
- Vice Chancellor & Professor of Economics, Sungkyunkwan University (1999–2003)
- Member, Monetary Policy Committee, The Bank of Korea (1994–1998)

### Inho Lee

- Outside Director (2010–Present)
- Corporate Advisor, Shinhan Bank (2009–Present)
- Chief Executive Officer, Shinhan Financial Group (2005–2009)
- President & Chief Executive Officer, Shinhan Bank (1999–2003)
- Director & Deputy President (Executive Vice President), Shinhan Bank (1991–1999)

### Ohsoo Park

- Outside Director (2006–Present)
- Professor, College of Business Administration, Seoul National University (1988–Present)
- President, Korean Academy Society of Business Administration (2008–2009)
- President, Korean Academy of Business Ethics (2007–2008)
- Dean, College of Business Administration, Seoul National University (2003–2005)
- President, Korean Academy of Management (2002–2003)

"We support Samsung Electronics through responsible and transparent management. We are dedicated to delivering outstanding corporate and shareholder value by maintaining appropriate checks and balances, and by fostering creative and progressive entrepreneurship."

At Samsung Electronics, our board pursues sound and responsible corporate governance systems that support top management and maximize corporate value through reasoned and transparent decision-making. The board is comprised of seven directors, four of whom are outside directors. As provided for by law, the board has set up and delegated authority to a number of committees staffed by directors with the relevant experience and professional knowledge that will support timely, efficient decisions. The board presently operates five committees: the Management Committee, Audit Committee, Outside Director Recommendation Committee, Internal Transaction Committee and the Compensation Committee. In 2010, the board convened nine times to discuss and decide 31 agenda items.

## Business Overview

We are embracing the creative opportunities of a rapidly changing landscape and shaping businesses for the future. With resolute purpose and a global mindset, we are leading the way to growth and innovation.

Visual Display Business
IT Solutions Business
Digital Appliances Business
Mobile Communications Business
Telecommunication Systems Business
Digital Imaging Business
Semiconductor Business
LCD Business

Anchored by experience and success, Samsung Electronics isn't swayed by the winds of marketplace storms. We are cultivating engines for future growth that will drive new businesses and hone our leadership. We are advancing into worldwide markets by building sustainable growth and focusing on key differentiations across all divisions.



"TV viewing is revolutionized all over again. The Full HD picture quality is perfect—it's simple to enjoy all kinds of content from other devices or by browsing the Internet."

**The Full HD Smart TV D8000:** A smart LED TV with an ultra-slim bezel that offers Smart Hub, the gateway to advanced features, which allows users to enjoy both 2D and 3D content in Full HD picture quality.

# VISUAL DISPLAY BUSINESS

## LEADING THE GLOBAL MARKET WITH SOPHISTICATED SMART TVS

Supported by our vital technologies and inimitable design, Samsung Electronics has achieved the world's No. 1 market share in TVs for five years in a row since 2006. After establishing the new market for LED TVs in 2009, we have extended our competitive lead with sales of 45.11 million TVs. That included 39.26 million flat panel TVs in 2010, as our Full HD 3D LED TV became readily available. With sales of 2 million 3D TVs, we are also leading the next-generation market. In 2011, we are launching smart TVs that feature Full HD picture quality, immersive viewing experience and Smart Hub options that make digital content more convenient and enjoyable for consumers. We intend to maintain our position as the global leader in the TV market.

**TV Sales** (in units)

| 2009 | 2010 |
|------|------|
| 37,819,000 | 45,115,000 |

Source: DisplaySearch

**TV Sales Revenue** (in millions of USD)

| 2009 | 2010 |
|------|------|
| 23,561 | 25,969 |

Source: DisplaySearch

**Global TV Market Share** (based on unit sales)

22.1%

2010

Source: DisplaySearch



"We are setting new standards in mobile computing with lightning fast, powerful performance combined with stylish design and an easygoing user experience."

**Asier Sinde** Senior Manager,
Global Partner Marketing Part, Strategic Marketing Team, IT Solutions Business

"I love the sophisticated lightweight design. This laptop is essential to my daily life."

**Laptop Series 9:**
A premium laptop designed using resilient Duralumin, an aluminum alloy first used for aircraft.

# IT SOLUTIONS BUSINESS

## PRESENTING HIGH-END IT SOLUTIONS FOR PREMIUM LAPTOPS AND A FULL LINE OF CONSUMER AND CORPORATE PRINTERS

By implementing our global marketing strategy for mobile PCs, Samsung Electronics realized rapid growth in 2010, reaching sales of 10 million units worldwide. We launched a printer for consumers that supports mobile printing. We provided business customers with a complete product line, including the first dual core CPU-equipped printer on the market, a multifunction printer and an A3 copier. Easy-to-use features and powerful performance secured second global market share in the A4 laser printer category. We led the world market in the categories of mono laser multifunction printers and color laser multifunction printers for the second consecutive year. In 2011, we expect to command robust growth by launching an ultra-light high-performance laptop for the premium market and by bolstering our business-to-business (B2B) product line. We anticipate continuing growth in the printer business as we pursue synergistic opportunities with our computer business and competitively advance in consumer and corporate markets.



**Mobile PC Sales** (in units)

| 2009 | 2010 |
| --- | --- |
| 5,798,000 | 10,292,000 |

Source: Gartner 2010 Q4

**Laser Printer Sales** (in units)

| 2009 | 2010 |
| --- | --- |
| 5,122,000 | 6,712,000 |

Source: IDC 2010 Q4, A4 Basis

**Global Laser Printer Market Share**

20%

2010

Source: IDC 2010 Q4, A4 Basis

13



"Our innovative refrigerator is loved around the world for its stylish design, greater capacity and total convenience."

**Yoonho Yang** Senior Designer, Design Group, Digital Appliances Business

**Eunju Gi** Designer, Design Group, Digital Appliances Business

"The efficient, powerful wash with deep-cleansing foam lets me do laundry that gets results as fresh as new clothing."

**Vibration-Reduction Front-Loader Washer, WR-HD139UW:** Uses PowerFoam™ technology for greater efficiency

# DIGITAL APPLIANCES BUSINESS

## PROVIDING SUPERIOR DIGITAL APPLIANCES FOR GLOBAL CUSTOMERS

Samsung Electronics is strengthening our brand image by introducing premium home appliances that offer essential services for daily life. In 2010, our innovative products garnered great response worldwide, including our twin cooling side-by-side refrigerator; the front loader washer with vibration-reduction technology and PowerFoam™; energy-efficient air conditioner; and air purifiers with humidification that maintain clean air quality in rooms. Our smart appliances also deliver gracious and convenient lifestyle options. For instance, Samsung's autobot vacuum cleaner cleans the room automatically while our kitchen ranges and microwaves offer versatile cooking features suitable for every cuisine and culture. In 2011, we will extend our market leadership by releasing additional premium appliances that will be supported by strong marketing. We are continuing to become the world's most trusted digital appliance brand.

**Sales** (in trillions of KRW)

9.6 — 2009
11.6 — 2010

Source: Samsung Electronics

Global Four-Door Refrigerator Market Share



39.5%
2010

Source: NPD, Revenue Basis



"The GALAXY S makes my life more convenient, more exciting and more integrated.
I can get instant access to weather, news, stocks, and the scheduler on the go."

**GALAXY S Smartphone:**
A smartphone with a Super AMOLED display and a 1.0 GHz application processor that's a global hit.

"We integrate ease of use into portable mobile devices. The Samsung user experience represents a new lifestyle."
**Alex Veprik** Engineer,
North America S/W Development Group 1, Mobile Communications Business

**GALAXY Tab Tablet:**
A smart media device that showcases every kind of multimedia content on a perfectly-sized 7-inch display.

# MOBILE COMMUNICATIONS BUSINESS

## BROADENING THE HORIZON FOR SMART LIVING WITH A WIDE RANGE OF SMART MOBILE DEVICES

In 2010, Samsung Electronics reinforced our market leadership by achieving sales of 280 million mobile phones worldwide, up 23% over 2009 and a double-digit increase in operating profits. Our flagship GALAXY S model posted sales of 10 million units, while the GALAXY Tab also led the Android tablet PC market, earning glowing customer reviews. Our leadership in full-touch and messaging mobile phones continued in both advanced and emerging markets. In 2011, we plan to aggressively challenge a market that grows ever more competitive. By launching GALAXY S II, our flagship strategy smartphone, we will emphasize our category leadership and provide readily available lineup options for global customers. We are expanding and improving Samsung's unique mobile solutions as we strengthen our competitive lead in both services and content.

Mobile Phone Sales (in millions of units)

| 2009 | 2010 |
|------|------|
| 227  | 280  |

Source: Strategy Analytics

Global Mobile Phone Market Share



20.6%

2010

Source: Strategy Analytics

17



"We are leading the worldwide mobile broadband market with 4G services for LTE and Mobile WiMAX that provide everyone with anytime, anyplace mobile Internet entertainment and data."

**Kiran T. Nath** Engineer,
R&D Team, Telecommunication Systems Business

# TELECOMMUNICATION SYSTEMS BUSINESS

## LEADING THE NEXT-GENERATION OF WIRELESS TELECOMMUNICATIONS SOLUTIONS

Advancing the rapidly growing market of next-generation wireless telecommunications systems, Samsung Electronics is setting standards by developing forward-looking products for two major 4G platforms, Long Term Evolution (LTE) and Mobile WiMAX (WIBRO). In 2010, we established the first LTE commercial services network in the US and now we are expanding in North America, Asia and Europe. Mobile WiMAX—introduced by Samsung Electronics and adopted as a global standard in 2007—has been experiencing dramatic growth in major mobile communications markets, including the US, Japan and Saudi Arabia. As a technology trendsetter, we pioneered the multi-standard base station, which supports such 4G services as LTE and Mobile WiMax, and developed versatile 3G services, such as CDMA and WCDMA, within a single platform. Based on our established technology leadership, we are expecting to lead the worldwide mobile broadband market and to set next-generation standards in 2011.

Global 4G Market Share

**24.5%**

2010
Source: Samsung Electronics

4G Alliance Status

Allied with more than 30 global LTE operators and more than 60 global Mobile WiMAX operators

● Commercial Contract
● Trial



"We produce most camera components, from LCD panels and image sensors to image-processing engines. Of course, our quality standards always are the best in the industry."

**Hyojin Park**
CSC Production Team, Digital Imaging Business

"Taking photos and capturing precious moments and memories is easy with the Samsung NX11."

**The NX100 Interchangeable Lens Digital Camera:**
An interchangeable lens compact digital camera weighing only 282 grams, plus ultra-slim and ergonomically designed for improved grip.

**The NX11 Mirrorless Digital Camera:**
A classic-style mirrorless digital camera offering 14.6 megapixels, APS-C size CMOS image sensor and our new i-Function feature.

# DIGITAL IMAGING BUSINESS

## GROWING WITH AN INNOVATIVE AND CHALLENGING SPIRIT AS THE TOP BRAND IN DIGITAL IMAGING

At Samsung Electronics, we are elevating our brand image and recognition by increased offerings of premium digital cameras and digital camcorders. In 2010, we extended our line of interchangeable lens digital cameras by adding the world's first i-Function feature. Our newly released mirrorless digital camera, the NX11, secured our competitive lead over professional optical brands. We continue to debut world-first and world-best cameras. These include the ST700 DualView camera, which offers excellent image quality plus fun and convenient self-portrait options; the EX1, with the world's first ultra-wide F1.8 zoom lens; the SH100, which features Wi-Fi (DLNA) functionality; and the HMX-Q10 digital camcorder, with the world's first switch grip technology. Looking ahead for 2011, we are focusing on design and user convenience and developing trendsetting digital imaging devices. We are rising as a premium brand.



Sales (in units)

15,095,000 Total Sales
16,928,000 Total Sales

13,393,000 Digital Cameras
15,482,000 Digital Cameras

1,703,000 Digital Camcorders
1,446,000 Digital Camcorders

2009    2010

Source: Samsung Electronics

Premium digital cameras, percentage of category sales

34%

2010

Source: Samsung Electronics

Premium digital HD camcorders, percentage of category sales

41%

2010

Source: Samsung Electronics



"We are producing Green Memory chips that deliver high performance and density with lower power consumption."

**Junbeom Ahn** Memory FAB Engineer, Semiconductor Business

# SEMICONDUCTOR BUSINESS

## INTRODUCING THE WORLD'S FIRST AND FOREMOST ADVANCED PRODUCTS

A key partner and premier supplier to the global IT industry, Samsung Electronics offers the widest range of advanced semiconductor devices and solutions for PC, server and mobile applications. We intend to play a major role in the growth of the green IT industry as we implement our Green Memory strategy, which emphasizes high-performance memory products with lower power consumption. Our differentiated product competitiveness has awarded us the No.1 position in the worldwide memory market for 18 years in a row. We consistently lead the industry, and began the world's first mass production of 30nm-class 2Gb DDR3 DRAM, 30nm-class 4Gb LPDDR2 DRAM, 20nm-class NAND flash memory, 512GB SSD and more. Our System LSI division reinforced its global stature with its 1GHz dual-core mobile application processor and as part of our more aggressive marketing efforts, we launched the Exynos brand for our application processor family. In addition, we achieved the industry's top market share in CMOS image sensors for mobile phones for two consecutive years. Our leadership in this area includes backside illumination sensor technology, which dramatically enhances the light sensitivity of a sensor. In the foundry sector, our industry's first 32nm low-power logic process with high-k metal gate technology delivers optimized solutions for customers and demonstrates our technology leadership in advanced technology nodes. In the storage systems division, we added to our extensive product lineup by introducing high-capacity hard disk drives (HDDs) to the market, including a 2.5 inch 334GB HDD and a 3.5 inch 667GB HDD.

**Sales and Operating Profit** (in trillions of KRW)

| | 2009 | 2010 |
|---|---|---|
| Sales | 26.81 | 37.64 |
| Operating Profit | 2.6 | 10.11 |

Source: Samsung Electronics

**Global Semiconductor Market Share**



2nd
9.4%

2010

Source: Gartner

23



"Our full range of products includes advanced 3D TV panels, green IT panels for ultra-high-resolution with low power consumption and DID panels suitable for versatile applications."

**Jiwook Hong** Associate Manager,
Sales Group 3, LCD Business

"I am fully satisfied with both performance and price. Samsung's LCD panel is the key element that elevates our display's quality and competitive position."

**The 240Hz 3D TV Panel:**
240Hz LCD panel for Full HD 3D TV allows operation at
an impressive 240 frames per second for sharper images

# LCD BUSINESS

## ACHIEVING THE NO. 1 SHARE IN THE GLOBAL MARKET FOR LARGE LCD PANELS FOR NINE YEARS IN A ROW

The industry leader, Samsung Electronics has achieved the No. 1 market share for LCD panels for nine consecutive years owing to our exceptional technology and product quality. Our industry-first Active 3D technology supports True 240Hz for 3D TV, which has reinforced our leadership. We also released such trendsetting displays as an LCD panel for the tablet PC, which offers vivid colors at a wide viewing angle; a low-power IT panel built with advanced LED backlight technology; an exceptionally narrow bezel DID panel; and more. In 2011, we plan to improve our product leadership as we develop differentiated offerings, including ultra-large panel technology, a full range of LED LCD panels, high-value IT products and DID panels. Looking ahead, we are committed to research and development for tomorrow. That includes focusing on an oxide semiconductor panel, plastic LCD, transparent LCD and developing high efficiency solar modules. We aim to develop the industry's most efficient and highest quality products.

**Sales** (in trillions of KRW)
**and Operating Profit Rate**



| | 2009 | 2010 |
|---|---|---|
| Sales | 22.2 | 30.0 |
| Operating Profit Rate | 6.2% | 6.7% |

Source: DisplaySearch, Samsung Electronics

Sales and Global Large LCD Panel Market Share



2009: 130 million units 27.6%
2010: 150 million units 25.7%

Source: Revenue Share, DisplaySearch

Despite the rapidly changing climate and
challenging management environment,
we are increasing corporate value and
achieving record performance.

In 2010, Samsung Electronics realized a record-setting performance of KRW 155 trillion in sales and KRW 17
trillion in operating income. At the same time, we maintained a stable business structure with a 50.3% liability
ratio, 66.5% capital adequacy ratio (CAR) and 18.0% return on equity (on a consolidated basis). Going forward,
we will continue to improve performance as we streamline cost efficiencies and harness technology leadership to
fuel future growth.

# FINANCIAL STATEMENTS

**REPORT OF INDEPENDENT AUDITORS**                  28

**CONSOLIDATED FINANCIAL STATEMENTS**
Consolidated Statements of Financial Position        30
Consolidated Statements of Income                    32
Consolidated Statements of Comprehensive Income      33
Consolidated Statements of Changes in Equity         34
Consolidated Statements of Cash Flows                38
Notes to the Consolidated Financial Statements       40

# REPORT OF INDEPENDENT AUDITORS



www.saml.com
LS Yongsan Tower, 191, Hangangno 2-ga,
Yongsan-gu, Seoul 140-702, Korea
(Yongsan P.O Box 266, 140-600)

**TO THE BOARD OF DIRECTORS AND SHAREHOLDERS OF
SAMSUNG ELECTRONICS CO., LTD.**

We have audited the accompanying consolidated financial statements of Samsung Electronics Co., Ltd. and its subsidiaries (collectively referred to as the "Company"), which comprise the consolidated statements of financial position as of December 31, 2010, December 31, 2009, and January 1, 2009, the related consolidated statements of income, comprehensive income, changes in equity and cash flow for the years ended December 31, 2010 and 2009, and the related notes. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit. We did not audit the financial statements of certain subsidiaries, whose financial statements represents 9.2% and 10.0% of the consolidated total assets as of December 31, 2010 and 2009, respectively, and 23.2% and 24.8% of the consolidated total sales for the year then ended, respectively. Those financial statements were audited by other auditors whose reports thereon have been furnished us, and our opinion expressed herein, insofar as it related to the amounts included for those subsidiaries, is based solely on the reports of the other auditors.

We conducted our audits in accordance with auditing standards generally accepted in the Republic of Korea. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits and the reports of the other auditors provide a reasonable basis for our opinion.

In our opinion, based on our audits, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Samsung Electronics Co., Ltd. and its subsidiaries as of December 31, 2010, December 31, 2009, and January 1, 2009, and of their financial performance and their cash flows for the years ended December 31, 2010 and 2009, in accordance with International Financial Reporting Standards as adopted by the Republic of Korea.

Seoul, Korea
March 2, 2011

*Samil PricewaterhouseCoopers*

This report is effective as of March 2, 2011, the audit report date. Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying consolidated financial statements and notes thereto. Accordingly, the readers of the audit report should understand that there is a possibility that the above audit report may have to be revised to reflect the impact of such subsequent events or circumstances, if any.

# CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

Samsung Electronics Co., Ltd. and its subsidiaries

*(In millions of Korean Won, in thousands of U.S dollars (Note 2.25 ))*

| | Notes | December 2010 KRW | December 2009 KRW | January 2009 KRW | December 2010 USD | December 2009 USD | January 2009 USD |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current assets** | | | | | | | |
| Cash and cash equivalents | 4 | 9,791,419 | 10,149,930 | 6,904,366 | 8,597,260 | 8,912,047 | 6,062,311 |
| Short-term financial instruments | 6 | 11,529,392 | 8,629,113 | 3,575,942 | 10,123,270 | 7,576,708 | 3,139,821 |
| Available-for-sale financial assets | 7 | 1,159,152 | 2,104,420 | 982,067 | 1,017,782 | 1,847,765 | 862,294 |
| Trade and other receivables | 8 | 21,308,834 | 19,796,779 | 15,366,544 | 18,710,013 | 17,382,368 | 13,492,444 |
| Advances | | 1,302,428 | 1,566,921 | 1,328,232 | 1,143,584 | 1,375,820 | 1,166,241 |
| Prepaid expenses | | 2,200,739 | 1,460,449 | 1,883,759 | 1,932,337 | 1,282,333 | 1,654,016 |
| Inventories | 9 | 13,364,524 | 9,839,329 | 9,398,075 | 11,734,590 | 8,639,327 | 8,251,888 |
| Other current assets | | 746,101 | 664,356 | 671,104 | 655,106 | 583,331 | 589,256 |
| **Total current assets** | | **61,402,589** | **54,211,297** | **40,110,089** | **53,913,942** | **47,599,699** | **35,218,271** |
| **Non-current assets** | | | | | | | |
| Available-for-sale financial assets | 7 | 3,040,206 | 1,489,138 | 1,268,935 | 2,669,423 | 1,307,523 | 1,114,176 |
| Associates and joint ventures | 10 | 8,335,290 | 7,334,705 | 5,912,930 | 7,318,720 | 6,440,166 | 5,191,790 |
| Property, plant and equipment | 11 | 52,964,594 | 43,560,295 | 46,276,757 | 46,505,043 | 38,247,691 | 40,632,854 |
| Intangible assets | 12 | 2,779,439 | 1,256,008 | 1,088,072 | 2,440,459 | 1,102,826 | 955,371 |
| Deposits | | 655,662 | 582,148 | 604,874 | 575,698 | 511,149 | 531,104 |
| Long-term prepaid expenses | | 3,544,572 | 2,440,608 | 404,501 | 3,112,277 | 2,142,962 | 355,168 |
| Deferred income tax assets | | 1,124,009 | 1,051,601 | 905,617 | 986,925 | 923,348 | 795,168 |
| Other non-current assets | | 442,383 | 253,989 | 206,824 | 388,431 | 223,012 | 181,600 |
| **Total assets** | | **134,288,744** | **112,179,789** | **96,778,599** | **117,910,918** | **98,498,366** | **84,975,502** |
| **Liabilities and Equity** | | | | | | | |
| **Current liabilities** | | | | | | | |
| Trade and other payables | | 16,049,800 | 13,542,626 | 10,123,749 | 14,092,370 | 11,890,970 | 8,889,059 |
| Short-term borrowings | | 8,429,721 | 7,780,007 | 9,054,543 | 7,401,634 | 6,831,159 | 7,950,253 |
| Advance received | | 883,585 | 1,283,314 | 710,353 | 775,823 | 1,126,801 | 623,719 |
| Withholdings | | 1,052,555 | 844,918 | 551,262 | 924,186 | 741,872 | 484,030 |
| Accrued expenses | | 7,102,427 | 5,945,348 | 5,140,938 | 6,236,217 | 5,220,255 | 4,513,950 |
| Income tax payable | | 2,051,452 | 1,124,423 | 676,717 | 1,801,257 | 987,289 | 594,185 |
| Current portion of long-term borrowings and debentures | 13,14 | 1,123,934 | 234,327 | 20,449 | 986,859 | 205,749 | 17,955 |
| Provisions | | 2,917,919 | 3,205,865 | 2,829,711 | 2,562,050 | 2,814,878 | 2,484,600 |
| Other current liabilities | | 333,328 | 243,596 | 228,095 | 292,675 | 213,887 | 200,276 |
| **Total current liabilities** | | **39,944,721** | **34,204,424** | **29,335,817** | **35,073,071** | **30,032,860** | **25,758,027** |
| **Non-current liabilities** | | | | | | | |
| Long-term trade and other payables | | 1,072,661 | 1,120,982 | 674,119 | 941,839 | 984,267 | 591,904 |
| Debentures | 14 | 587,338 | 224,183 | 171,045 | 515,706 | 196,842 | 150,184 |
| Long-term borrowings | 13 | 634,381 | 1,156,094 | 969,839 | 557,012 | 1,015,097 | 851,558 |
| Retirement benefit obligation | 15 | 597,829 | 751,267 | 830,336 | 524,918 | 659,643 | 729,068 |
| Deferred income tax liabilities | 27 | 1,652,667 | 1,249,964 | 1,086,323 | 1,451,108 | 1,097,519 | 953,835 |
| Provisions | 16 | 295,356 | 244,443 | 176,887 | 259,334 | 214,631 | 155,314 |
| Other non-current liabilities | | 154,700 | 183,230 | 73,848 | 135,835 | 160,882 | 64,842 |
| **Total liabilities** | | **44,939,653** | **39,134,587** | **33,318,214** | **39,458,823** | **34,361,741** | **29,254,732** |
| **Equity attributable to owners of the parent** | | | | | | | |
| Preferred stock | 18 | 119,467 | 119,467 | 119,467 | 104,897 | 104,897 | 104,897 |
| Common stock | 18 | 778,047 | 778,047 | 778,047 | 683,157 | 683,157 | 683,157 |
| Share premium | 18 | 4,403,893 | 4,403,893 | 4,403,893 | 3,866,795 | 3,866,795 | 3,866,795 |
| Retained earnings | 19 | 85,014,550 | 71,065,247 | 62,281,216 | 74,646,194 | 62,398,145 | 54,685,412 |
| Other reserve | 21 | (4,726,398) | (6,801,601) | (6,607,692) | (4,149,968) | (5,972,080) | (5,801,820) |
| **Non-controlling interests** | | **3,759,532** | **3,480,149** | **2,485,454** | **3,301,020** | **3,055,711** | **2,182,329** |
| **Total equity** | | **89,349,091** | **73,045,202** | **63,460,385** | **78,452,095** | **64,136,625** | **55,720,770** |
| **Total liabilities and equity** | | **134,288,744** | **112,179,789** | **96,778,599** | **117,910,918** | **98,498,366** | **84,975,502** |

The accompanying notes are an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF INCOME

Samsung Electronics Co., Ltd. and its subsidiaries

*(In millions of Korean Won, in thousands of U.S dollars (Note 2.25 ))*

| | Notes | 2010 | 2009 | 2010 | 2009 |
|---|---|---|---|---|---|
| | | KRW | KRW | USD | USD |
| Revenue | | 154,630,328 | 136,323,670 | 135,771,646 | 119,697,664 |
| Cost of sales | | 102,666,824 | 94,594,863 | 90,145,600 | 83,058,093 |
| Gross profit | | 51,963,504 | 41,728,807 | 45,626,046 | 36,639,571 |
| Research and development expenses | | 9,099,352 | 7,386,712 | 7,989,597 | 6,485,830 |
| Selling, general and administrative expenses | 24 | 26,243,122 | 23,362,086 | 23,042,516 | 20,512,851 |
| Other operating income | 25 | 1,755,441 | 837,534 | 1,541,348 | 735,389 |
| Other operating expenses | 25 | 1,079,935 | 892,284 | 948,227 | 783,462 |
| Operating profit | | 17,296,536 | 10,925,259 | 15,187,054 | 9,592,817 |
| Share of profit or loss of associates and joint ventures | | 2,267,091 | 1,713,299 | 1,990,597 | 1,504,345 |
| Finance income | 26 | 7,465,128 | 9,727,257 | 6,554,683 | 8,540,923 |
| Finance expense | 26 | 7,700,099 | 10,174,219 | 6,760,997 | 8,933,373 |
| Profit before income tax | | 19,328,656 | 12,191,596 | 16,971,337 | 10,704,712 |
| Income tax expense | 27 | 3,182,131 | 2,431,046 | 2,794,039 | 2,134,557 |
| Profit for the year | | 16,146,525 | 9,760,550 | 14,177,298 | 8,570,155 |
| Profit attributable to owners of the parent | | 15,799,035 | 9,571,598 | 13,872,188 | 8,404,248 |
| Profit attributable to non-controlling interest | | 347,490 | 188,952 | 305,110 | 165,907 |
| Earnings per share for profit attributable to the owners of the parent (In Korean Won and US dollars): | | | | | |
| Basic | 28 | 105,992 | 64,888 | 93.07 | 56.97 |
| Diluted | 28 | 105,672 | 64,586 | 92.78 | 56.71 |

The accompanying notes are an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME

Samsung Electronics Co., Ltd. and its subsidiaries

*(In millions of Korean Won, in thousands of U.S dollars (Note 2.25))*

| | 2010 | 2009 | 2010 | 2009 |
|---|---|---|---|---|
| | KRW | KRW | USD | USD |
| Profit for the period | 16,146,525 | 9,760,550 | 14,177,298 | 8,570,155 |
| Available-for-sale financial assets, net of tax | 932,384 | 108,217 | 818,671 | 95,019 |
| Share of other comprehensive income of associates and joint ventures, net of tax | 387,457 | 49,879 | 340,203 | 43,796 |
| Foreign currency translation, net of tax | (178,357) | (819,802) | (156,605) | (719,819) |
| Consolidated comprehensive income | 17,288,009 | 9,098,844 | 15,179,567 | 7,989,151 |
| Consolidated comprehensive income attributable to: | | | | |
| Owners of the parent | 16,901,117 | 9,060,689 | 14,839,860 | 7,955,649 |
| Non-controlling interests | 386,892 | 38,155 | 339,707 | 33,502 |

The accompanying notes are an integral part of these consolidated financial statements.

## CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY
Samsung Electronics Co., Ltd. and its subsidiaries

*(In millions of Korean Won)*

| 2009 KRW | Preferred stock | Common stock | Share premium | Retained earnings | Other reserves | Equity attributable to owners of the parent | Non-controlling interests | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2009 | 119,467 | 778,047 | 4,403,893 | 62,281,216 | (6,607,692) | 60,974,931 | 2,485,454 | 63,460,385 |
| Profit for the period | - | - | - | 9,571,598 | - | 9,571,598 | 188,952 | 9,760,550 |
| Available-for-sale financial assets, net of tax | - | - | - | - | 106,208 | 106,208 | 2,009 | 108,217 |
| Share of other comprehensive income of associates and joint ventures, net of tax | - | - | - | - | 49,879 | 49,879 | - | 49,879 |
| Foreign currency translation, net of tax | - | - | - | - | (745,835) | (745,835) | (73,967) | (819,802) |
| Total comprehensive income | - | - | - | 9,571,598 | (589,748) | 8,981,850 | 116,994 | 9,098,844 |
| Dividends | - | - | - | (808,948) | - | (808,948) | (14,678) | (823,626) |
| Change in ownership interests, including new stock issues by consolidated subsidiaries | - | - | - | - | 52,356 | 52,356 | 163,589 | 215,945 |
| Effect of business combinations | - | - | - | - | - | - | 722,285 | 722,285 |
| Disposal of treasury stock | - | - | - | - | 504,031 | 504,031 | - | 504,031 |
| Stock option activities | - | - | - | - | (172,874) | (172,874) | - | (172,874) |
| Others | - | - | - | 21,381 | 12,326 | 33,707 | 6,505 | 40,212 |
| Total transactions with owners | - | - | - | (787,567) | 395,839 | (391,728) | 877,701 | 485,973 |
| Balance at December 31, 2009 | 119,467 | 778,047 | 4,403,893 | 71,065,247 | (6,801,601) | 69,565,053 | 3,480,149 | 73,045,202 |

*(In thousands of U.S dollars (Note 2.25))*

| 2009 USD | Preferred stock | Common stock | Share premium | Retained earnings | Other reserves | Equity attributable to owners of the parent | Non-controlling interests | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2009 | 104,897 | 683,157 | 3,866,795 | 54,685,412 | (5,801,819) | 53,538,442 | 2,182,329 | 55,720,771 |
| Profit for the period | - | - | - | 8,404,248 | - | 8,404,248 | 165,907 | 8,570,155 |
| Available-for-sale financial assets, net of tax | - | - | - | - | 93,255 | 93,255 | 1,764 | 95,019 |
| Share of other comprehensive income of associates and joint ventures, net of tax | - | - | - | - | 43,796 | 43,796 | - | 43,796 |
| Foreign currency translation, net of tax | - | - | - | - | (654,873) | (654,873) | (64,946) | (719,819) |
| Total comprehensive income | - | - | - | 8,404,248 | (517,822) | 7,886,426 | 102,725 | 7,989,151 |
| Dividends | - | - | - | (710,289) | - | (710,289) | (12,888) | (723,177) |
| Change in ownership interests, including new stock issues by consolidated subsidiaries | - | - | - | - | 45,971 | 45,971 | 143,638 | 189,609 |
| Effect of business combinations | - | - | - | - | - | - | 634,195 | 634,195 |
| Disposal of treasury stock | - | - | - | - | 442,559 | 442,559 | - | 442,559 |
| Stock option activities | - | - | - | - | (151,790) | (151,790) | - | (151,790) |
| Others | - | - | - | 18,773 | 10,823 | 29,596 | 5,712 | 35,308 |
| Total transactions with owners | - | - | - | (691,516) | 347,563 | (343,953) | 770,657 | 426,704 |
| Balance at December 31, 2009 | 104,897 | 683,157 | 3,866,795 | 62,398,144 | (5,972,078) | 61,080,915 | 3,055,711 | 64,136,626 |

*(In millions of Korean Won)*

| 2010 KRW | Preferred stock | Common stock | Share premium | Retained earnings | Other reserves | Equity attributable to owners of the parent | Non-controlling interests | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2010 | 119,467 | 778,047 | 4,403,893 | 71,065,247 | (6,801,601) | 69,565,053 | 3,480,149 | 73,045,202 |
| Profit for the period | - | - | - | 15,799,035 | - | 15,799,035 | 347,490 | 16,146,525 |
| Available-for-sale financial assets, net of tax | - | - | - | - | 926,428 | 926,428 | 5,956 | 932,384 |
| Share of other comprehensive income of associates and joint ventures, net of tax | - | - | - | - | 387,457 | 387,457 | - | 387,457 |
| Foreign currency translation, net of tax | - | - | - | - | (211,802) | (211,802) | 33,445 | (178,357) |
| Total comprehensive income | - | - | - | 15,799,035 | 1,102,083 | 16,901,118 | 386,891 | 17,288,009 |
| Dividends | - | - | - | (1,858,994) | - | (1,858,994) | (71,869) | (1,930,863) |
| Change in ownership interests, including new stock issues by consolidated subsidiaries | - | - | - | - | - | - | (49,294) | (49,294) |
| Effect of business combinations | - | - | - | - | - | - | 17,647 | 17,647 |
| Disposal of treasury stock | - | - | - | - | 1,060,990 | 1,060,990 | - | 1,060,990 |
| Stock option activities | - | - | - | - | (84,762) | (84,762) | - | (84,762) |
| Others | - | - | - | 9,262 | (3,108) | 6,154 | (3,992) | 2,162 |
| Total transactions with owners | - | - | - | (1,849,732) | 973,120 | (876,512) | (107,508) | (984,120) |
| Balance at December 31, 2010 | 119,467 | 778,047 | 4,403,893 | 85,014,550 | (4,726,398) | 85,589,559 | 3,759,532 | 89,349,091 |

*(In thousands of U.S dollars (Note 2.25))*

| 2010 USD | Preferred stock | Common stock | Share premium | Retained earnings | Other reserves | Equity attributable to owners of the parent | Non-controlling interests | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2010 | 104,897 | 683,157 | 3,866,795 | 62,398,145 | (5,972,079) | 61,080,915 | 3,055,711 | 64,136,626 |
| Profit for the period | - | - | - | 13,872,188 | - | 13,872,188 | 305,110 | 14,177,298 |
| Available-for-sale financial assets, net of tax | - | - | - | - | 813,441 | 813,441 | 5,230 | 818,671 |
| Share of other comprehensive income of associates and joint ventures, net of tax | - | - | - | - | 340,203 | 340,203 | - | 340,203 |
| Foreign currency translation, net of tax | - | - | - | - | (185,971) | (185,971) | 29,366 | (156,605) |
| Total comprehensive income | - | - | - | 13,872,188 | 967,673 | 14,839,861 | 339,706 | 15,179,567 |
| Dividends | - | - | - | (1,632,271) | - | (1,632,271) | (63,104) | (1,695,375) |
| Change in ownership interests, including new stock issues by consolidated subsidiaries | - | - | - | - | - | - | (43,282) | (43,282) |
| Effect of business combinations | - | - | - | - | - | - | 15,495 | 15,495 |
| Disposal of treasury stock | - | - | - | - | 931,592 | 931,592 | - | 931,592 |
| Stock option activities | - | - | - | - | (74,424) | (74,424) | - | (74,424) |
| Others | - | - | - | 8,132 | (2,729) | 5,403 | (3,505) | 1,898 |
| Total transactions with owners | - | - | - | (1,624,139) | 854,439 | (769,700) | (94,396) | (864,096) |
| Balance at December 31, 2010 | 104,897 | 683,157 | 3,866,795 | 74,646,194 | (4,149,967) | 75,151,076 | 3,301,021 | 78,452,097 |

The accompanying notes are an integral part of these consolidated financial statements.

# CONSOLIDATED STATEMENTS OF CASH FLOWS

Samsung Electronics Co., Ltd. and its subsidiaries

For the years ended December 31,

*(In millions of Korean Won, in thousands of U.S dollars (Note 2.25))*

| | Notes | 2010 | 2009 | 2010 | 2009 |
|---|---|---|---|---|---|
| | | KRW | KRW | USD | USD |
| **Cash flows from operating activities** | | | | | |
| Profit for the period | | 16,146,525 | 9,760,550 | 14,177,298 | 8,570,155 |
| Adjustments | 29 | 19,514,754 | 16,963,466 | 17,134,739 | 14,894,605 |
| Changes in operating assets and liabilities | 29 | (11,094,466) | (6,599,196) | (9,741,387) | (5,794,359) |
| Cash flows from operating activities | | 24,566,813 | 20,124,820 | 21,570,650 | 17,670,401 |
| Interest received | | 457,508 | 301,795 | 401,710 | 264,988 |
| Interest paid | | (582,292) | (546,000) | (511,276) | (479,410) |
| Dividend received | | 1,520,037 | 616,426 | 1,334,654 | 541,247 |
| Income tax paid | | (2,135,287) | (1,974,573) | (1,874,868) | (1,733,754) |
| **Net cash generated from operating activities** | | **23,826,779** | **18,522,468** | **20,920,870** | **16,263,472** |
| **Cash flows from investing activities** | | | | | |
| Net outflow in financial assets at fair value through profit or loss | | (2,991,820) | (5,078,099) | (2,626,938) | (4,458,775) |
| Net proceeds (outflow) in short-term available-for-sale financial assets | | 981,599 | (1,117,932) | 861,883 | (981,589) |
| Proceeds from disposal of long-term available-for-sale financial assets | | 9,207 | 3,111 | 8,084 | 2,732 |
| Acquisition of long-term available-for-sale financial assets | | (414,978) | (86,616) | (364,367) | (76,052) |
| Proceeds from disposal of associates and joint ventures | | 277,907 | 44,832 | 244,014 | 39,364 |
| Acquisition of associates and joint ventures | | (243) | (180,916) | (213) | (158,852) |
| Purchases of property and equipment | | (21,619,244) | (8,072,165) | (18,982,566) | (7,087,685) |
| Proceeds from disposal of property and equipment | | 1,228,007 | 100,899 | 1,078,240 | 88,593 |
| Purchases of intangible assets | | (1,259,895) | (550,053) | (1,106,238) | (482,969) |
| Proceeds from disposal of intangible assets | | 16,620 | 56,795 | 14,593 | 49,868 |
| Payment for deposits | | (420,986) | (466,323) | (369,643) | (409,450) |
| Proceeds from deposits | | 366,304 | 482,257 | 321,630 | 423,441 |
| Business combination | | 47,549 | 290,218 | 41,750 | 254,823 |
| Others | | (204,904) | 396,732 | (179,916) | 348,347 |
| **Net cash used in investing activities** | | **(23,984,877)** | **(14,177,260)** | **(21,059,687)** | **(12,448,204)** |

| | Notes | 2010 | 2009 | 2010 | 2009 |
|---|---|---|---|---|---|
| | | KRW | KRW | USD | USD |
| **Cash flows from financing activities** | | | | | |
| Payment of dividends | | (1,917,637) | (823,627) | (1,683,762) | (723,178) |
| Proceeds from treasury stock disposal | | 184,291 | 330,738 | 161,815 | 290,401 |
| Net proceeds from (repayment of) short-term borrowings | | 868,156 | (533,298) | 762,276 | (468,257) |
| Repayment of long-term borrowings | | (304,074) | (400,562) | (266,989) | (351,710) |
| Proceeds from long-term borrowings | | 1,137,646 | 311,500 | 998,899 | 273,510 |
| Others | | (120,677) | (248,390) | (105,960) | (218,096) |
| **Net cash used in financing activities** | | **(152,295)** | **(1,363,639)** | **(133,721)** | **(1,197,330)** |
| **Effect of exchange rate changes** | | **(48,118)** | **263,995** | **(42,249)** | **231,798** |
| **Net (decrease) increase in cash and cash equivalents** | | **(358,511)** | **3,245,564** | **(314,787)** | **2,849,736** |
| **Cash and cash equivalents** | | | | | |
| Beginning of the year | | 10,149,930 | 6,904,366 | 8,912,047 | 6,062,311 |
| **End of the year** | | **9,791,419** | **10,149,930** | **8,597,260** | **8,912,047** |

The accompanying notes are an integral part of these consolidated financial statements.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
Samsung Electronics Co., Ltd. and Subsidiaries

## 1. General Information

Samsung Electronics Co., Ltd. ("SEC") was incorporated under the laws of the Republic of Korea to manufacture and sell semiconductors, LCDs, telecommunication products, and digital media products.

As of December 31, 2010, SEC's shares are listed on the Korea Stock Exchange, and its global depository receipts are listed on the London and Luxembourg Stock Exchange. SEC is domiciled in the Republic of Korea and the address of its registered office is Suwon, the Republic of Korea.

**Consolidated subsidiaries**

The consolidated financial statements include the accounts of SEC and its controlled subsidiaries (collectively referred to as "the Company"). Controlled subsidiaries generally include those companies over which the Company exercises control. Control over an entity is presumed to exist when the Company owns, directly or indirectly through subsidiaries, over 50% of the voting rights of the entity, the Company has the power to govern the operating and financial policies of the entity through agreement or the Company has the power to appoint or remove the majority of the members of the board of the entity.

Outlined below is a full list of SEC's consolidated subsidiaries:

| Area | Subsidiaries |
|---|---|
| Korea | Samsung Gwangju Electronics, STECO, SEMES, Samsung Electronics Service, Living Plaza, Samsung Electronics Logitech, SECRON, S-LCD, Samsung Electronics Hainan Fiberoptics Korea, Samsung Electronics Football Club, Samsung Mobile Display, World Cyber Games, Samsung Venture Capital Union #6, #7 and #14, Ray, GES |
| Americas | Samsung Electronics Canada (SECA), Samsung Electronics America (SEA), Samsung Electronics Latinoamerica (SELA), Samsung Electronics Mexico (SEM), Samsung Electronics Argentina (SEASA), Samsung Receivables (SRC), Samsung Semiconductor (SSI), Samsung Information Systems America (SISA), Samsung Telecommunications America (STA), Samsung International (SII), Samsung Austin Semiconductor (SAS), Samsung Mexicana (SAMEX), Samsung Electronics Latinoamerica Miami (SEMI), Samsung Electronica Columbia (SAMCOL), Samsung Electronica da Amazonia (SEDA), SEMES America (SEMESA), Samsung Electronics Chile (SECH), Samsung Electronics Peru (SEPR), Samsung Electronics Venezuela (SEVEN) |
| Europe and Africa | Samsung Electronics Iberia (SESA), Samsung Electronics Nordic (SENA), Samsung Electronics Hungarian (SEH), Samsung Electronics Portuguesa (SEP), Samsung Electronics France (SEF), Samsung Electronics (UK)(SEUK), Samsung Electronics Holding (SEHG), Samsung Electronics Italia (SEI), Samsung Electronics South Africa (SSA), Samsung Electronics Benelux (SEBN), Samsung Electronics LCD Slovakia (SELSK), Samsung Electronics Polska (SEPOL), Samsung Semiconductor Europe (SSEL), Samsung Electronics GmbH (SEG), Samsung Semiconductor Europe GmbH (SSEG), Samsung Electronics Austria (SEAG), Samsung Electronics Overseas (SEO), Samsung Electronics Europe Logistics (SELS), Samsung Electronics Rus (SER), Samsung Electronics Rus Company (SERC), Samsung Electronics Slovakia (SESK), Samsung Russia Service Center (SPRSC), Samsung Electronics Rus Kaluga (SERK), Samsung Electronics Baltics (SEB), Samsung Electronics Ukraine Company (SEUC), Samsung Electronics KZ and Central Asia (SEKZ), Samsung Semiconductor Israel R&D Center (SIRC), Samsung Gulf Electronics (SGE), Samsung Electronics Ukraine (SEU), Samsung Electronics Limited (SEL), Samsung Telecoms (UK)(STUK), Samsung Electronics Kazakhstan (SEK), Samsung Electronics Turkey (SETK), Samsung Electronics Levant (SELV), Samsung Electronics Romania (SEROM), Samsung Electronics Czech and Slovak (SECZ), Samsung Electronics European Holding (SEEH), Samsung Electronics Morocco (SEMRC), Samsung Electronics Poland Manufacturing (SEPM), Samsung Electronics West Africa (SEWA), Samsung Electronics Greece (SEGR), Liquavista B.V. (LV), Liquavista UK (LVUK), Samsung Opto-Electronics GmbH (SOG) |
| China | Samsung Electronics Hong Kong (SEHK), Samsung Electronics Taiwan (SET), Samsung Electronics Huizhou (SEHZ), Samsung Electronics (Shandong) Digital Printing (SSDP), Samsung Electronics Suzhou Semiconductor (SESS), Suzhou Samsung Electronics (SSEC), Samsung Suzhou Electronics Export (SSEC-E), Samsung (China) Investment (SCIC), Tianjin Samsung Electronics (TSEC), Tianjin Samsung Telecom Technology (TSTC), Samsung Electronics Suzhou LCD (SESL), Samsung Electronics Suzhou Computer (SESC), Shanghai Samsung Semiconductor (SSS) |
| China | Shenzhen Samsung Kejian Mobile Telecommunication Technology (SSKMT), Samsung Electronics Hainan Fiberoptics (SEHF), Samsung Electronics (Beijing) Service (SBSC), Samsung Semiconductor (China) R&D (SSCR), Beijing Samsung Telecom R&D Center (BST), Samsung Electronics Shanghai Telecommunication (SSTC), Samsung Electronics Shenzhen (SESZ), Samsung Electronics China R&D Center (SCRC), Dongguan Samsung Mobile Display (DSMD), Tianjin Samsung Mobile Display (TSMD), Samsung Guangzhou Mobile R&D Center (SGMC), Tianjin Samsung Opto-Electronics (TSOE), Samsung Tianjin Mobile R&D (STMC), Liquavista HK (LVHK) |
| Rest of Asia | Samsung Yokohama Research Institute (SYRI), Samsung Electronics Australia (SEAU), Samsung Electronics Indonesia (SEIN), Samsung Asia (SAPL), Samsung Electronics Asia Holding (SEAH), Samsung Electronics Display (M)(SDMA), Samsung Electronics (M)(SEMA), Samsung Vina Electronics (SAVINA), Samsung India Electronics (SIEL), Thai Samsung Electronics (TSE), Samsung Electronics Philippines (SEPCO), Batino Realty Corporation (BRC), Samsung Electronics Philippines Manufacturing (SEPHIL), Samsung Japan (SJC), Samsung Telecommunications Indonesia (STIN), Samsung Malaysia Electronics (SME), Samsung Electronics Vietnam (SEV), Samsung India Software Operations (SISO), Samsung Telecommunications Japan (STJ), Samsung Telecommunications Malaysia (STM), Samsung Bangladesh R&D (SBRC) |

**Changes in scope of consolidation**

(a) Subsidiaries newly included in consolidation for the year ended December 31, 2010, as follows:

| Location | Name of subsidiaries | Remark |
|---|---|---|
| Korea | Ray (RAY) | Newly acquired |
| | Global Engineering Solutions (GES) | Newly acquired |
| Americas | Samsung Electronics Peru S.A.C (SEPR) | Newly incorporated |
| | Samsung Electronics Venezuela (SEVEN) | Newly incorporated |
| Europe and Africa | Samsung Electronics Greece (SEGR) | Newly incorporated |
| | Samsung Electronics West Africa (SEWA) | Newly incorporated |
| | Samsung Opto-Electronics GmbH (SOG) | Newly acquired |
| | Liquavista B.V. (LV) | Newly acquired |
| | Liquavista UK (LVUK) | Newly acquired |
| Asia | Samsung Bangladesh R&D (SBRC) | Newly incorporated |
| China | Samsung Guangzhou Mobile R&D Center (SGMC) | Newly incorporated |
| | Tianjin Samsung Opto-Electronics Company (TSOE) | Newly acquired |
| | Samsung Tianjin Mobile R&D (STMC) | Newly incorporated |
| | Liquavista HK (LVHK) | Newly acquired |

(b) Details of subsidiaries deconsolidated for the year ended December 31, 2010, are as follows:

| Location | Name of subsidiaries | Remark |
|---|---|---|
| China | Tianjin Tongguan Samsung Electronics (TTSEC) | Merged |
| | Tianjin Samsung Electronics Display (TSED) | Merged |

## 2. Summary of Significant Accounting Policies

The Company first adopted the International Financial Reporting Standards as adopted by Republic of Korea ("Korean IFRS") from January 1, 2010 (the date of transition: January 1, 2009). These standards have been consistently applied to 2009 comparative financial information presented.

The principles used in the preparation of these financial statements are based on Korean IFRS and interpretations effective as of December 31, 2010 or standards that will be enforceable after December 31, 2010 but which the Company has decided to early adopt.

Principal adjustments made by the Company in restating its previously published financial statements in accordance with generally accepted accounting principle in the Republic of Korea ("Korean GAAP") are described in Note 3.

The principal accounting policies applied in the preparation of these consolidated financial statements are set out below:

### 2.1 Basis of Presentation

The Company prepares its financial statements in accordance with International Financial Reporting Standards as adopted by Korea ("Korean IFRS"). These are those standards, subsequent amendments and related interpretations issued by the IASB that have been adopted by Korea.

First-time adoption of Korean IFRS is set out under Korean IFRS 1101, *First-time Adoption of International Financial Reporting*. Korean IFRS 1101 requires application of the same accounting policies to the opening statement of financial position and for the periods when the first comparative financial statements are disclosed. In addition, mandatory exceptions and optional exemptions which have been applied by the Company are described in Note 3.

There are a number of standards, amendments and interpretations, which have been issued but not yet come into effect. The Company does not expect that the adoption of these new standards, interpretations and amendments will have a material impact on the financial condition and results of operations.

New standards, amendments and interpretations issued but not effective for the financial year beginning 1 January 2010 and not early adopted.

The Company's and parent entity's assessment of the impact of these new standards and interpretations is set out below.

'Revised IAS 24 (revised), 'Related party disclosures'. It supersedes IAS 24, 'Related party disclosures' . IAS 24 (revised) is mandatory for periods beginning on or after January 1, 2011. Earlier application, in whole or in part, is permitted. The Company will apply the revised standard from January 1, 2011. When the revised standard is applied, the Company and the parent will need to disclose any transactions between its subsidiaries and its associates.

It is, therefore, not possible at this stage to disclose the impact, if any, of the revised standard on the related party disclosures.

'Classification of rights issues' (amendment to IAS 32). The amendment applies to annual periods beginning on or after February 1, 2010. Earlier application is permitted. The amendment addresses the accounting for rights issues that are denominated in a currency other than the functional currency of the issuer. Provided certain conditions are met, such rights issues are now classified as equity regardless of the currency in which the exercise price is denominated. Previously, these issues had to be accounted for as derivative liabilities. The amendment applies retrospectively in accordance with IAS 8 'Accounting policies, changes in accounting estimates and errors'. The Company will apply the amended standard from January 1, 2011. It is not expected to have any impact on the Company or the parent entity's financial statements.

'IFRIC 19, 'Extinguishing financial liabilities with equity instruments'. The interpretation clarifies the accounting by an entity when the terms of a financial liability are renegotiated and result in the entity issuing equity instruments to a creditor of the entity to extinguish all or part of the financial liability (debt for equity swap). It requires a gain or loss to be recognized in profit or loss, which is measured as the difference between the carrying amount of the financial liability and the fair value of the equity instruments issued. If the fair value of the equity instruments issued cannot be reliably measured, the equity instruments should be measured to reflect the fair value of the financial liability extinguished. The Company will apply the interpretation from January 1, 2011. It is not expected to have any impact on the Company or the parent entity's financial statements.

'Prepayments of a minimum funding requirement' (amendments to IFRIC 14). The amendments correct an unintended consequence of IFRIC 14, 'IAS 19-The limit on a defined benefit asset, minimum funding requirements and their interaction'. Without the amendments, entities are not permitted to recognize as an asset some voluntary prepayments for minimum funding contributions. This was not intended when IFRIC 14 was issued, and the amendments correct this. The amendments are effective for annual periods beginning January 1, 2011. The Company will apply these amendments for the financial reporting period commencing on January 1, 2011. It is not expected to have any impact on the Company or the parent entity's financial statements.

### 2.2 Consolidation

#### 1) Subsidiaries

The consolidated financial statements include the accounts of SEC and its controlled subsidiaries. Control over a subsidiary is presumed to exist when the Company has the power to govern the financial and operating policies of an entity to obtain benefits from its activities generally accompanying a shareholding of more than one half of the voting rights. The existence and effects of potential voting rights that are currently exercisable or convertible are considered in determining whether the Company controls another entity. Subsidiaries are fully consolidated from the date when control is transferred to the Company and de-consolidated from the date which control ceases to exist.

The purchase method of accounting is used to account for the acquisition of subsidiaries by the Company. The cost of an acquisition is measured at the fair value of the assets given, equity instruments issued and liabilities incurred or assumed at the date of exchange. Identifiable assets acquired and liabilities and contingent liabilities assumed in a business combination are measured initially at their fair values at the acquisition date, irrespective of the extent of any non-controlling interest. The excess of the cost of acquisition over the fair value of the Company's share of the identifiable net assets acquired is recorded as goodwill. If the cost of acquisition is less than the fair value of the net assets of the subsidiary acquired, the difference is recognized directly in the statement of income. All inter-company transactions and balances are eliminated as part of the consolidation process. For each business combination, the Company shall measure any non-controlling interest in the acquiree at the non-controlling interest's proportionate share of the acquiree's identifiable net assets.

#### 2) Transactions and non-controlling interests

Profit or loss and each component of other comprehensive income are attributed to the owners of the parent and to the non-controlling interests. Total comprehensive income is attributed to the owners of the parent and to the non-controlling interests even if this results in the non-controlling interests having a deficit balance. And changes in a parent's ownership interest in a subsidiary that do not result in a loss of control are accounted for as equity transactions (i.e. transactions among owners in their capacity as owners).

#### 3) Associated companies and joint ventures

Investments in companies in which the Company does not have the ability to directly or indirectly control the financial and operating decisions, but does possess the ability to exercise significant influence, are accounted for using the equity method. Generally, it is presumed that if at least 20% of the voting stock and potential voting rights is owned, significant influence exists. The Company's investment in associates includes goodwill identified on acquisition, net of any accumulated impairment loss. Investments in companies in which the Company has joint control are also accounted for using the equity method.

The Company's share of its associates' and joint ventures' post-acquisition profits or losses is recognized in the consolidated statement of income, and its share of post-acquisition movements in other reserves is recognized in other reserves. The cumulative post-acquisition movements are adjusted against the carrying amount of the investment. When the Company's share of losses in an associate equals or exceeds its interest in the associate, including any other unsecured receivables, the Company does not recognize further losses, unless it has incurred obligations or made payments on behalf of the associate or joint venture.

Unrealized gains and loss on transactions between the Company and its associates are eliminated to the extent of the parent company's interest in the associates and joint ventures. Unrealized losses are also eliminated unless the transaction provides evidence of an impairment of the asset transferred. Accounting policies of associates have been changed where necessary to ensure consistency with the policies adopted by the group.

Any dilution gains and losses arising in investments in associates and joint ventures are recognized in the statement of income.

### 2.3 Foreign Currency Translation

#### 1) Functional and presentation currency

Items included in the financial statements of each of the Company's entities are measured using the currency of the primary economic environment in which an entity operates ('the functional currency'). The consolidated financial statements are presented in Korean Won, which is the SEC's functional currency.

#### 2) Transactions and balances

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions or valuation where items are remeasured. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the exchange rate at the end of the reporting period of monetary assets denominated in foreign currencies are recognized in the statement of income, except when deferred in equity as qualifying cash flow hedges and qualifying net investment hedges.

Changes in the fair value of monetary securities denominated in foreign currency classified as available-for-sale financial assets are analyzed between translation differences resulting from changes in the amortized cost of the security and other changes in the carrying amount of the security. Translation differences related to changes in amortized cost are recognized in profit or loss, and other changes in carrying amount are recognized in other comprehensive income.

Translation differences on non-monetary financial assets such as equities held at fair value through profit or loss are recognized in profit or loss as part of the fair value gain or loss. Translation differences on non-monetary financial assets such as equities classified as available-for-sale are included in other comprehensive income.

#### 3) Foreign subsidiaries

The results and financial position of all the foreign entities that have a functional currency different from the presentation currency of the Company are translated into the presentation currency as follows:

Assets and liabilities for each statement of financial position presented are translated at the closing rate at the end of the reporting date.

Income and expenses for each statement of income are translated at average exchange rates, unless this average is not a reasonable approximation of the cumulative effect of the rates prevailing on the transaction dates, in which case income and expenses are translated at the rate on the dates of the transactions; and all resulting exchange differences are recognized in other comprehensive income and presented as a separate component of equity.

On consolidation, exchange differences arising from the translation of the net investment in foreign operations are recognized in other comprehensive income and presented as a separate component of equity. When a foreign operation is partially disposed of or sold, the exchange differences that were recorded in equity are recognized in the statement of income where there is a loss of control.

## 2.4 Cash Flow Statements

Cash flow statements are prepared using the indirect method. Foreign currency cash flows have been translated into Korean Won using the average rates of exchange for the period under consideration.

## 2.5 Cash and Cash Equivalents

The Company considers all highly liquid investments with less than three months maturity from the date of acquisition to be cash equivalents. Bank overdrafts are considered as short-term borrowings in the statement of financial position and treated as financing activities in the cash flow statements, unless the overdraft is repayable on demand and used for cash management purposes only, in which case the overdraft is treated as cash and cash equivalents in the cash flow statement.

## 2.6 Financial Assets

### 1) Classification

The Company classifies its financial assets in the following categories: at fair value through profit or loss, loans and receivables, available-for-sale, and held-to-maturity investments. The classification depends on the terms of the instruments and purpose for which the financial assets were acquired. Management determines the classification of its financial assets at initial recognition.

### (a) Financial assets at fair value through profit or loss

Financial assets at fair value through profit or loss are financial assets held for trading. A financial asset is classified in this category if acquired principally for the purpose of selling in the short-term. Derivatives are also categorised as held for trading unless they are designated as hedges. Assets in this category are classified as current assets.

### (b) Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. They are included in current assets, except for those with maturities greater than 12 months after the end of the reporting period; such loans and receivables are classified as non-current assets.

### (c) Available-for-sale financial assets

Available-for-sale financial assets are non derivatives that are either designated in this category or not classified in any of the other categories. They are included in non-current assets unless an investment matures or management intends to dispose of it within 12 months of the end of the reporting period.

### (d) Held-to-maturity investments

Held-to-maturity investments are non-derivative financial assets with fixed or determinable payments and fixed maturity that an entity has the positive intention and ability to hold to maturity. Held-to-maturity financial assets are included in non-current assets, except for those with maturities less than 12 months from the end of the reporting period, which are classified as current assets.

### 2) Recognition and measurement

Regular purchases and sales of financial assets are recognized on the trade date-the date on which the Company commits to purchase or sell the asset. Investments are initially recognized at fair value plus transaction costs for all financial assets not carried at fair value through profit or loss. Financial assets carried at fair value through profit or loss are initially recognized at fair value, and transaction costs are expensed in the statement of income. Financial assets are derecognized when the rights to receive cash flows from the investments have expired or have been transferred and the Company has transferred substantially all risks and rewards of ownership. Available-for-sale financial assets and financial assets at fair value through profit or loss are subsequently carried at fair value. Loans and receivables and held-to-maturity investments are subsequently carried at amortized cost using the effective interest method.

Gains or losses arising from changes in the fair value of the financial assets at fair value through profit or loss category are presented in the statement of income in the period in which they arise. Dividend income from financial assets at fair value through profit or loss is recognized in the statement of income when the Company's right to receive payments is established.

Equity instruments of which the fair value cannot be measured reliably are recognized as cost. Changes in the fair value of monetary securities denominated in a foreign currency and classified as available-for-sale are analyzed between translation differences resulting from changes in amortised cost of the security and other changes in the carrying amount of the security. The translation differences on monetary securities are recognised in profit or loss; translation differences on non-monetary securities are recognised in other comprehensive income. Changes in the fair value of monetary and non-monetary securities classified as available-for-sale are recognised in other comprehensive income.

When securities classified as available-for-sale are sold or impaired, the accumulated fair value adjustments previously recognized in equity are transferred to the statement of income. Interest on available-for-sale financial assets calculated using the effective interest method is recognized in the statement of income as part of finance income. Dividends on available-for-sale equity instruments are recognized in the statement of income as part of other operating income when the Company's right to receive payments is established.

### 3) Offsetting financial instruments

Financial assets and liabilities are offset and the net amount reported in the statement of financial position when there is a legally enforceable right to offset the recognized amounts and there is an intention to settle on a net basis, or realize the asset and settle the liability simultaneously.

### 4) Impairment of financial assets

### (a) Assets carried at amortized cost

The Company assesses at the end of each reporting period whether there is objective evidence that a financial asset or group of financial assets is impaired. A financial asset or a group of financial assets is impaired and impairment loss is incurred only if there is objective evidence of impairment as a result of one or more events that occurred after the initial recognition of the asset (a 'loss event') and that loss event (or events) has an impact on the estimated future cash flows of the financial asset or group of financial assets that can be reliably estimated.

The amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows (excluding future credit losses that have not been incurred) discounted at the financial asset's original effective interest rate. The carrying amount of the asset is reduced and the amount of the loss is recognized in the statement of income. As a practical expedient, the Company may measure impairment on the basis of an instrument's fair value using an observable market price.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized (such as an improvement in the debtor's credit rating), the reversal of the previously recognized impairment loss is recognized in the consolidated statement of income.

### (b) Assets classified as available-for-sale

The Company assesses at the end of each reporting period whether there is objective evidence that a financial asset or a group of financial assets is impaired. In the case of equity investments classified as available-for-sale, a significant or prolonged decline in the fair value of the security below its cost is also evidence that the assets are impaired. If any such evidence exists for available-for-sale financial assets, the cumulative loss-measured as the difference between the acquisition cost and the current fair value, less any impairment loss on that financial asset previously recognized in profit or loss-is removed from equity and recognized in the consolidated statement of income. Impairment losses on equity instruments recognized in the consolidated statement of income are not reversed through the consolidated statement of income. If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss is reversed throughthe consolidated statement of income.

## 2.7 Trade Receivables

Trade receivables are amounts due from customers for merchandise sold or services performed in the ordinary course of business. If collection is expected in one year or less (or in the normal operating cycle of the Company if longer), they are classified as current assets. If not, they are presented as noncurrent assets. Non-current trade receivables are recognized initially at fair value and subsequently measured at amortized cost using the effective interest method, less provision for impairment.

A provision for impairment of trade receivables is established based on a periodic review of all outstanding amounts when there is evidence that the Company will not be able to collect all amounts due according to the original terms of receivables. Significant financial difficulties of the debtor, probability that the debtor will enter bankruptcy or financial reorganization, and default or delinquency in payments are considered indicators that a trade receivable is impaired. The carrying amount of the asset is reduced through the use of an allowance account, and the amount of loss is recognized in the statement of income within selling, general and administrative expenses. When a trade receivable is uncollectible, bad debts are written off against the allowance account for trade receivables. Subsequent recoveries of amounts previously written off are credited against selling, general and administrative expenses in the statement of income.

In the event of sale of receivables and factoring, the Company derecognizes receivables when the Company has given up control or continuing involvement.

## 2.8 Inventories

Inventories are stated at the lower of cost and net realizable value. Cost is determined using the average cost method, except for materials-in-transit. The cost of finished goods and work in progress comprises design costs, raw materials, direct labor, other direct costs and related production overheads (based on normal operating capacity). It excludes costs of idle plant, and abnormal waste. Net realizable value is the estimated selling price in the ordinary course of business, less applicable variable selling expenses.

Inventories are reduced for the estimated losses arising from excess, obsolescence, and the decline in value. This reduction is determined by estimating market value based on future customer demand. The losses on inventory obsolescence are recorded as a part of cost of sales.

## 2.9 Property, Plant and Equipment

Property, plant and equipment are stated at cost less accumulated depreciation and accumulated impairment losses. Historical cost includes expenditure that is directly attributable to the acquisition of the items. Subsequent costs are included in the asset's carrying amount or recognized as a separate asset, as appropriate, only when it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.

44

Capitalized interest is added to the cost of the underlying assets. The acquisition cost of property, plant and equipment acquired under a finance lease is determined at the lower of the present value of the minimum lease payments and the fair market value of the leased asset at the inception of the lease. Property, plant and equipment acquired under a finance lease, leasehold improvements are depreciated over the shorter of the lease term or useful life.

Land is not depreciated. Depreciation on other assets is calculated using the straight-line method to allocate their cost to their residual values over their estimated useful lives, as follows:

| | Estimated useful lives |
|---|---|
| Buildings and auxiliary facilities | 15, 30 years |
| Structures | 15 years |
| Machinery and equipment | 5 years |
| Tools and fixtures | 5 years |
| Vehicles | 5 years |

The assets' residual values and useful lives are reviewed, and adjusted if appropriate, at the end of each reporting period. An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount. Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognized within the statement of income.

## 2.10 Intangible Assets

### 1) Goodwill

Goodwill represents the excess of the cost of an acquisition over the fair value of the group's share of the net identifiable assets of the acquired subsidiary at the date of acquisition. Goodwill on acquisitions of subsidiaries is included in intangible assets. Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Impairment losses on goodwill are not reversed. Gains and losses on the disposal of an entity include the carrying amount of goodwill relating to the entity sold.

### 2) Capitalized development costs

The Company capitalizes certain development costs when outcome of development plan is for practical enhancement, probability of technical and commercial achievement for the development plans are high, and the necessary cost is reliably estimable. Capitalized costs, comprising direct labor and related overhead, are amortized by straight-line method over their useful lives. In presentation, accumulated amortization amount and accumulated impairment amount are deducted from capitalized costs associated with development activities.

### 3) Other intangible assets

Patents, trademarks, software licenses for internal use are capitalized and amortized using straight-line method over their useful lives, generally 5 to 10 years. Certain club membership is regarded as having an indefinite useful life because there is no

foreseeable limit to the period over which the asset is expected to generate net cash inflows for the entity; such asset is not amortized. Where an indication of impairment exists, the carrying amount of any intangible asset is assessed and written down its recoverable amount.

## 2.11 Impairment of Non-financial Assets

Assets that have an indefinite useful life, for example goodwill, are not subject to amortization and are tested annually for impairment. Assets that are subject to amortization are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. An impairment loss is recognized for the amount by which the asset's carrying amount exceeds its recoverable amount. The recoverable amount is the higher of an asset's fair value less costs to sell and value in use. For the purposes of assessing impairment, assets are grouped at the lowest levels for which there are separately identifiable cash flows (cash-generating units). Non-financial assets other than goodwill that suffered impairment are reviewed for possible reversal of the impairment at each reporting date.

## 2.12 Borrowings

Borrowings are recognized initially at fair value, net of transaction costs. Borrowings are subsequently measured at amortized cost; any difference between cost and the redemption value is recognized in the statement of income over the period of the borrowings using the effective interest method. If the Company has an indefinite right to defer payment for a period longer than 12 months after the end of the reporting date, such liabilities are recorded as non-current liabilities. Otherwise, they are recorded as current liabilities.

## 2.13 Employee Benefits

### 1) Retirement benefit obligation

The Company has either defined benefit or defined contribution plans at respective company level. A defined contribution plan is a pension plan under which the Company pays fixed contributions into a separate entity. The Company has no legal or constructive obligations to pay further contributions if the fund does not hold sufficient assets to pay all employees the benefits relating to employee service in the current and prior periods. A defined benefit plan is a pension plan that is not a defined contribution plan. Typically defined benefit plans define an amount of pension benefit that an employee will receive on retirement, usually dependent on one or more factors such as age, years of service and compensation.

The liability recognized in the statement financial position in respect of defined benefit pension plans is the present value of the defined benefit obligation at the end of the reporting period less the fair value of plan assets, together with adjustments for unrecognized past-service costs. The defined benefit obligation is calculated annually by independent actuaries using the projected unit credit method. The present value of the defined benefit obligation is determined by discounting the estimated future cash outflows using interest rates of high-quality corporate bonds that are denominated in the currency in which the benefits will be paid, and that have terms to maturity approximating to the terms of the related pension liability.

Actuarial gains and losses are recognized using the corridor approach. The company recognizes actuarial gains and losses in excess of a de minimis over the remaining working lives of employees. The de minimis amount, which is also referred to as the 'corridor limit', is the greater of ten per cent of the present value of the defined benefit obligation at the end of the previous reporting period (before deducting plan assets) and ten per cent of the fair value of any plan assets at that date.

For defined contribution plans, the Company pays contributions on a mandatory, contractual or voluntary basis. The Company has no further payment obligations once the contributions have been paid. The contributions are recognized as employee benefit expense when they are due. Prepaid contributions are recognized as an asset to the extent that a cash refund or a reduction in the future payments is available.

### 2) Profit-sharing and bonus plans

The Company recognizes a liability and an expense for bonuses and profit-sharing, based on a formula that takes into consideration the profit attributable to the company's shareholders after certain adjustments. The Company recognizes a provision where contractually obliged or where there is a past practice that has created a constructive obligation.

## 2.14 Provisions

Where there are a number of similar obligations, the likelihood that an outflow will be required in settlement is determined by considering the class of obligations as a whole. A provision is recognized even if the likelihood of an outflow with respect to any one item included in the same class of obligations may be small.

Provisions are measured at the present value of the expenditures expected to be required to settle the obligation using a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the obligation. The increase in the provision due to passage of time is recognized as interest expense.

When there is a probability that an outflow of economic benefits will occur due to a present obligation resulting from a past event, and whose amount is reasonably estimable, a corresponding amount of provision is recognized in the financial statements. However, when such outflow is dependent upon a future event, is not certain to occur, or cannot be reliably estimated, a disclosure regarding the contingent liability is made in the notes to the financial statements.

## 2.15 Leases

The Company leases certain property, plant and equipment. Lease of property, plant and equipment where the Company has substantially all the risks and rewards of ownership are classified as finance leases. Finance leases are capitalized at the lease's commencement at the lower of the fair value of the leased property and the present value of the minimum lease payments. Each lease payment is allocated between the liability and finance charges so as to achieve a constant rate on the outstanding balance. The corresponding rental obligations, net of finance charges, are included in other long-term payables. The interest element of the finance cost is charged to the statement of income over the lease

period so as to produce a constant periodic rate of interest on the remaining balance of the liability for each period. The property, plant and equipment acquired under finance leases is depreciated over the shorter of the useful life of the asset and the lease term.

Leases in which a significant portion of the risks and rewards of ownership are retained by the lessor are classified as operating leases. Payments made under operating leases (net of any incentives received from the lessor) are charged to the statement of income on a straight-line basis over the period of the lease.

## 2.16 Derivative Instruments

All derivative instruments are accounted for at fair value with the resulting valuation gain or loss recorded as an asset or liability. If the derivative instrument is not designated as a hedging instrument, the gain or loss is recognized in the statement of income in the period of change.

Fair value hedge accounting is applied to a derivative instrument with the purpose of hedging the exposure to changes in the fair value of an asset or a liability or a firm commitment (hedged item) that is attributable to a particular risk. Hedge accounting is applied when the derivative instrument is designated as a hedging instrument and the hedge accounting criteria have been met. The gain or loss, both on the hedging derivative instrument and on the hedged item attributable to the hedged risk, is reflected in the statement of income.

## 2.17 Dividend Distribution

Dividend distribution to SEC's shareholders is recognized as a liability in the Company's consolidated financial statements in the period in which the dividends are declared.

## 2.18 Share-based Compensation

The Company uses the fair-value method in determining compensation costs of stock options granted to its employees and directors. The compensation cost is estimated using the Black-Scholes option-pricing model and is accrued and charged to expense over the vesting period, with a corresponding increase in a separate component of equity.

## 2.19 Revenue Recognition

Revenue comprises the fair value of the consideration received or receivable for the sale of goods and services in the ordinary course of the Company's activities. Revenue is shown net of value-added tax, returns, rebates and discounts and after eliminating sales within the Company.

The Company recognizes revenue when specific recognition criteria have been met for each of the Company's activities as described below. The Company bases its estimates on historical results, taking into consideration the type of customer, the type of transaction and the specifics of each arrangement.

### 1) Sales of goods

Sales of products and merchandise are recognized upon delivery when the significant risks and rewards of ownership of goods have transferred to the buyer, continuing managerial involvement usually associated with ownership and effective control have ceased, the amount of revenue can be measured reliably, it is probable that the economic benefits associated with the transaction will flow to the Company and the costs incurred or to be incurred in respect of the transaction can be measured reliably. The Company records reductions to revenue for special pricing arrangements, price protection and other volume based discounts. If product sales are subject to customer acceptance, revenue is not recognized until customer acceptance occurs.

### 2) Sales of services

Revenues from rendering services are generally recognized using the percentage-of-completion method, based on the percentage of costs to date compared to the total estimated costs, contractual milestones or performance.

The Company enters into transactions involving multiple components consisting of any combination of goods, services, etc. The commercial effect of each separately identifiable component of the transaction is evaluated in order to reflect the substance of the transaction. The consideration received from these transactions is allocated to each separately identifiable component based on the relative fair value of each component. The Company determines the fair value of each component by taking into consideration factors such as the price when component or a similar component is sold separately by the Company or a third party.

### 3) Other sources of revenue

Interest income is recognized using the effective interest method. When a loan and receivable is impaired, the Company reduces the carrying amount to its recoverable amount, being the estimated future cash flow discounted at the original effective interest rate of the instrument, and continues unwinding the discount as interest income. Royalty income is recognized on an accruals basis in accordance with the substance of the relevant agreements. Dividend income is recognized when the right to receive payment is established.

### 2.20 Government Grants

Grants from the government are recognized at their fair value where there is a reasonable assurance that the grant will be received and the Company will comply with the conditions attached. Government grants relating to income are deferred and recognized in the statement of income over the period necessary to match them with the income that they are intended to compensate. Government grants relating to property, plant and equipment are included in non-current liabilities as deferred government grants and are credited to the statement of income on a straight-line basis over the expected lives of the related assets.

### 2.21 Income Tax Expense and Deferred Taxes

Deferred income tax is recognized, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the consolidated financial statements. However, the deferred income tax is not accounted for if it arises from initial recognition of an asset or liability in a transaction other than a business combination that at the time of the transaction affects neither accounting nor taxable profit or loss. Deferred income tax is determined using tax rates (and laws) that have been enacted or substantively enacted by the balance sheet date and are expected to apply when the related deferred income tax asset is realized or the deferred income tax liability is settled.

Deferred income tax assets are recognized only to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilized.

Deferred income tax is provided on temporary differences arising on investments in subsidiaries, associates and joint ventures except where the timing of the reversal of the temporary difference is controlled by the group and it is probable that the temporary difference will not reverse in the foreseeable future.

Deferred income tax assets and liabilities are offset when there is a legally enforceable right to offset current tax assets against current tax liabilities and when the deferred income taxes assets and liabilities relate to income taxes levied by the same taxation authority on either the taxable entity or different taxable entities where there is an intention to settle the balances on a net basis.

### 2.22 Earnings Per Share

Basic earnings per share is calculated by dividing net profit for the period available to common shareholders by the weighted-average number of common shares outstanding during the year.

Diluted earnings per share is calculated using the weighted-average number of common shares outstanding adjusted to include the potentially dilutive effect of common equivalent shares outstanding.

### 2.23 Segment Reporting

Operating segments are reported in a manner consistent with the internal reporting provided to the chief operating decision-maker. The chief operating decision-maker, who is responsible for making strategic decisions on resource allocation and performance assessment of the operating segments, has been identified as the company's Management Committee.

### 2.24 Critical Estimates and Judgments

The preparation of consolidated financial statements requires management to exercise significant judgment and assumptions based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances.

The Company makes estimates and assumptions concerning the future. The resulting accounting estimates will, by definition, seldom equal the related actual results. The estimates and assumptions

that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are addressed below.

### 1) Revenue recognition

The Company uses the percentage-of-completion method in accounting for its fixed-price contracts to deliver installation services. Use of the percentage-of-completion method requires the company to estimate the services performed to date as a proportion of the total services to be performed. Revenues and earnings are subject to significant change, effected by early steps in a long-term projects, change in scope of a project, cost, period, and plans of the customers.

### 2) Provision for warranty (Note 16)

The Company recognizes provision for warranty at the point of recording related revenue. The company accrues provision for warranty based on the best estimate of amounts necessary to settle future and existing claims on products sold as of each balance sheet date. Continuous release of products, that are more technologically complex and changes in local regulations and customs could result in additional allowances being required in future periods.

### 3) Estimated impairment of goodwill (Note 12, 33)

The Company tests at the end of each reporting period whether goodwill has suffered any impairment in accordance with the accounting policy described in Note 2.11. The recoverable amounts of cash generating units have been determined based on value-in-use calculations. These calculations require the use of estimates.

### 4) Legal contingencies (Note 17)

Legal proceedings covering a wide range of matters are pending or threatened in various jurisdictions against the Company. Provisions are recorded for pending litigation when it is determined that an unfavorable outcome is probable and the amount of loss can be reasonably estimated. Due to the inherent uncertain nature of litigation, the ultimate outcome or actual cost of settlement may materially vary from estimates.

### 2.25 Convenience Translation into United States Dollar Amounts

The Company operates primarily in Korean Won and its official accounting records are maintained in Korean Won. The U.S. dollar amounts provided in the financial statements represent supplementary information solely for the convenience of the reader. All Won amounts are expressed in U.S. dollars at the rate of ₩1,138.90 to US $1, the exchange rate in effect on December 31, 2010. Such presentation is not in accordance with generally accepted accounting principles, and should not be construed as a representation that the Won amounts shown could be readily converted, realized or settled in U.S. dollars at this or at any other rate.

### 2.26 These consolidated financial statements were approved by the Board of Directors on January 28, 2011.

### 3. Transition to International Financial Reporting Standards as adopted by the Republic of Korea from Generally Accepted Accounting Principle in the Republic of Korea.

The Company adopted Korean IFRS from the fiscal year 2010 (the date of first-time adoption to Korean IFRS: January 1, 2010). The comparison year, 2009,is restated in accordance with Korean IFRS 1101, *First-time adoption of international financial reporting standards* (the date of transition to Korean IFRS: January 1, 2009).

#### Significant differences in accounting policies

Significant differences between the accounting policies chosen by the Company under Korean IFRS and under previous Korean GAAP are as follows:

### 1) First time adoption of Korean IFRS

The Company elected the following exemptions upon the adoption of Korean IFRS in accordance with Korean IFRS 1101, *First-time adoption of international financial reporting standards*:

a) Business combination: Past business combinations that occurred before the date of transition to Korean IFRS will not be retrospectively restated under Korean IFRS 1103, *Business combinations*.

b) Fair value as deemed cost: The Company elects to measure certain land assets at fair value at the date of transition to Korean IFRS and use the fair value as its deemed cost. Valuations were made on the basis of recent market transactions on the arm's length terms by independent valuers.

c) Cumulative translation differences: All cumulative translation gains and losses arising from foreign subsidiaries and associates as of the date of transition to Korean IFRS are reset to zero.

d) Employee benefits: The Company elected to use the 'corridor' approach for actuarial gains and losses and all cumulative actuarial gains and losses have been recognized at the date of transition to Korean IFRS.

### 2) Employee benefits

Employees and directors with at least one year of service are entitled to receive a lump-sum payment upon termination of their employment with SEC, its Korean subsidiaries and certain foreign subsidiaries, based on their length of service and rate of pay at the time of termination. Under the previous severance policy pursuant to Korean GAAP, Accrued severance benefits represented the amount which would be payable assuming all eligible employees and directors were to terminate their employment as of the end of the reporting period. However, under Korean IFRS, the liability is determined based on the present value of expected future payments calculated and reported using actuarial assumptions.

3) Capitalization of development costs

Under Korean GAAP the Company recorded expenditures related to research and development activities as current expense. Under Korean IFRS if such costs related to development activities meet certain criteria they are recorded as intangible assets.

4) Goodwill or bargain purchase arising from business combinations

Under Korean GAAP, the Company amortizes goodwill or recognizes a gain in relation to bargain purchase (negative goodwill) acquired as a result of business combinations on a straight-line method over five years from the year of acquisition. Under Korean IFRS, goodwill is not amortized but reviewed for impairment annually. Bargain purchase is recognized immediately in the statement of income. The impact of this adjustment is included within "other" adjustment in the tables below.

¹ Negative goodwill under Korean GAAP is referred to as bargain purchase under Korean IFRS

5) Derecognition of financial assets

Under Korean GAAP, when the Company transferred a financial asset to financial institutions and it was determined that control over the asset has been transferred the Company derecognized the financial asset. Under Korean IFRS, if the Company retains substantially all the risks and rewards of ownership of the asset, the asset is not derecognized but instead the related cash proceeds are recognized as financial liabilities.

6) Deferred tax

Under Korean GAAP, deferred tax assets and liabilities were classified as either current or non-current based on the classification of their underlying assets and liabilities. If there are no corresponding assets or liabilities, deferred tax assets and liabilities were classified based on the periods the temporary differences were expected to reverse. Under Korean IFRS, deferred tax assets and liabilities are all classified as non-current on the statement of financial position.

In addition, there is a difference between Korean IFRS and Korean GAAP in terms of recognition of deferred tax assets or liabilities relating to investments in subsidiaries. Under Korean GAAP there is specific criteria as to when deferred tax assets and liabilities relating to investments in subsidiaries should be recognized, whereas under Korean IFRS, the related deferred tax assets or liabilities are recognized according to sources of reversal of the temporary differences.

7) Changes in scope of consolidation

At the date of transition, changes in the scope of consolidation as a result of adoption of Korean IFRS are as follows:

| Changes | Description | Name of entity |
|---|---|---|
| Newly added | Under the former 'Act on External Audit of Stock companies' in the Republic of Korea, companies those whose total assets are less than 10 billion Korean Won were not subject to consideration, but they are subject to consolidation under Korean IFRS. | World Cyber Games, Samsung Electronics Football Club, SEMES America, Samsung Electronics Ukraine, Samsung Electronics Romania, Samsung Electronics Kazakhstan, Samsung Electronics Czech and Slovak s.r.o. Samsung Electronics Levant, Samsung Electronics European Holding, Batino Realty Corporation, Samsung Telecommunications Malaysia, Samsung Electronics Shenzhen, Samsung Electronics China R&D Center, Samsung Electronics Limited, Samsung Electronics Poland Manufacturing, Samsung Telecoms (UK) |
| Newly added | Under Korean GAAP, a union is not regarded as a legal entity and excluded from scope of consolidation. However, it is subject to consolidation under Korean IFRS. | Samsung Venture Capital Union #6, #7 and #14 |
| Excluded | Under Korean GAAP, entities where the Company owns more than 30% of shares and is the largest shareholder with the largest voting rights were included in scope of consolidation. Under Korean IFRS, such entities are not subject to consolidation unless control over the entity is established. | Samsung Card |

The effects of the adoption of Korean IFRS on financial position, Comprehensive income and cash flows of the Company

(a) Adjustments to the statement of financial position as of the date of transition, January 1, 2009.

(In millions of Korean Won)

| | Assets | Liabilities | Equity |
|---|---|---|---|
| Korean GAAP | 105,300,650 | 42,376,696 | 62,923,954 |
| Adjustments: | | | |
| Change in scope of consolidation | (12,972,168) | (10,649,400) | (2,322,768) |
| Fair valuation of land (-) | 3,816,293 | 927,141 | 2,889,152 |
| Derecognition of financial assets | 1,807,675 | 1,807,675 | - |
| Capitalization of development costs | 200,478 | - | 200,478 |
| Pension and compensated absence | - | 186,978 | (186,978) |
| Deferred tax on investments in equity and reclassification to non-current | (1,434,287) | (1,332,886) | (101,401) |
| Effect of the adoption of IFRS for jointly controlled entities and associates | 155,163 | - | 155,163 |
| Other | (95,064) | - | (95,064) |
| Tax-effect on adjustments | (141) | 2,010 | (2,151) |
| **Total** | **(8,522,051)** | **(9,058,482)** | **536,431** |
| **Korean IFRS** | **96,778,599** | **33,318,214** | **63,460,385** |

(-) The adjustment includes the effect of deferred tax

(b) The effect of the adoption of Korean IFRS on financial position and comprehensive income of the Company as of and for the year ended December 31, 2009.

(In millions of Korean Won)

| | Assets | Liabilities | Equity | Comprehensive income |
|---|---|---|---|---|
| Korean GAAP | 118,281,488 | 45,227,196 | 73,054,292 | 9,700,671 |
| Adjustments: | | | | |
| Change in scope of consolidation | (10,120,256) | (7,372,830) | (2,747,426) | (489,504) |
| Fair valuation of land (-) | 3,804,404 | 924,525 | 2,879,879 | (9,273) |
| Derecognition of financial assets | 754,969 | 754,969 | - | - |
| Capitalization of development costs | 214,451 | - | 214,451 | 13,973 |
| Pension and compensated absence | - | 153,357 | (153,357) | 33,621 |
| Deferred tax on investments in equity and reclassification to non-current | (874,056) | (564,016) | (310,040) | (200,099) |
| Effect of the adoption of IFRS for jointly controlled entities and associates | 266,742 | - | 266,742 | 111,579 |
| Other | (143,058) | - | (143,058) | (47,994) |
| Tax-effect on adjustments | (4,895) | 11,386 | (16,281) | (14,130) |
| **Total** | **(6,101,699)** | **(6,092,609)** | **(9,090)** | **(601,827)** |
| **Korean IFRS** | **112,179,789** | **39,134,587** | **73,045,202** | **9,098,844** |

(-) The adjustment includes the effect of deferred tax

(c) Adjustments to the statement of cash flows for the year ended December 31, 2009

According to Korean IFRS 1007, *Cash Flow Statements*, cash flows from interest, dividends received and taxes on income shall each be disclosed separately. The comparison year, 2009, is restated in accordance with Korean IFRS. There are no other significant differences between cash flows under Korean IFRS and those under previous Korean GAAP for the year ended December 31, 2009.

## 4. Cash and Cash Equivalent

Cash and cash equivalents include cash on hand, deposits held at call with banks, and other short-term highly liquid investments with original maturities of less than three months.

## 5. Financial Assets Subject to Withdrawal Restrictions

Short and long-term financial instruments subject to withdrawal restrictions as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| (1) Short-term financial instruments | 46,371 | 69,165 | 37,680 |
| Government grant | 32,923 | 54,336 | 24,505 |
| Others | 13,448 | 14,829 | 13,175 |
| (2) Long-term financial instrument | 26 | 26 | 20 |
| Special deposit | 18 | 18 | 11 |
| Others | 8 | 8 | 9 |

## 6. Financial Instruments by Category

Financial instruments by category as of December 31, 2010, consist of the following:

*(In millions of Korean Won)*

| | Assets at fair value through the profit and loss | Loans and receivables | Available-for-sale financial assets | Held-to-maturity investments | Total | Fair value |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | - | 9,791,419 | - | - | 9,791,419 | 9,791,419 |
| Short-term financial instruments | - | 11,529,392 | - | - | 11,529,392 | 11,529,392 |
| Available-for-sale financial assets | - | - | 4,199,358 | - | 4,199,358 | 4,199,358 |
| Trade and other receivables | - | 21,308,834 | - | - | 21,308,834 | 21,308,834 |
| Other financial assets (*) | 34,458 | 1,669,433 | - | - | 1,703,891 | 1,703,891 |
| **Total** | **34,458** | **44,299,078** | **4,199,358** | **-** | **48,532,894** | **48,532,894** |

*(In millions of Korean Won)*

| | Liabilities at fair value through the profit and loss | Financial liabilities measured at amortized cost | Total | Fair value |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade and other payables | - | 16,049,800 | 16,049,800 | 16,049,800 |
| Short-term borrowings | | 8,429,721 | 8,429,721 | 8,429,721 |
| Current portion of long-term borrowings and debentures | | 1,123,934 | 1,123,934 | 1,123,934 |
| Non-current debentures | - | 587,338 | 587,338 | 587,338 |
| Non-current portion of long-term borrowings | - | 634,381 | 634,381 | 634,381 |
| Other financial liabilities (**) | 24,638 | 8,862,228 | 8,886,866 | 8,886,866 |
| **Total** | **24,638** | **35,687,402** | **35,712,040** | **35,712,040** |

Financial instruments by category as of December 31, 2009, consist of the following:

*(In millions of Korean Won)*

| | Assets at fair value through the profit and loss | Loans and receivables | Available-for-sale financial assets | Held-to-maturity investments | Total | Fair value |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | - | 10,149,930 | - | - | 10,149,930 | 10,149,930 |
| Short-term finance instruments | - | 8,629,113 | - | - | 8,629,113 | 8,629,113 |
| Available-for-sale financial assets | - | - | 3,593,558 | - | 3,593,558 | 3,593,558 |
| Trade and other receivables | - | 19,796,779 | - | - | 19,796,779 | 19,796,779 |
| Other financial assets (*) | 16,242 | 1,404,935 | - | - | 1,421,177 | 1,421,177 |
| **Total** | **16,242** | **39,980,757** | **3,593,558** | **-** | **43,590,557** | **43,590,557** |

*(In millions of Korean Won)*

| | Liabilities at fair value through the profit and loss | Financial liabilities measured at amortized cost | Total | Fair value |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade and other payables | - | 13,542,626 | 13,542,626 | 13,542,626 |
| Short-term borrowings | - | 7,780,007 | 7,780,007 | 7,780,007 |
| Current portion of long-term borrowings and debentures | - | 234,327 | 234,327 | 234,327 |
| Non-current debentures | - | 224,183 | 224,183 | 224,183 |
| Non-current portion of long-term borrowings | - | 1,156,094 | 1,156,094 | 1,156,094 |
| Other financial liabilities (**) | 15,122 | 7,778,445 | 7,793,567 | 7,793,567 |
| **Total** | **15,122** | **30,715,682** | **30,730,804** | **30,730,804** |

Financial instruments by category as of January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | Assets at fair value through the profit and loss | Loans and receivables | Available-for-sale financial assets | Held-to-maturity investments | Total | Fair value |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | - | 6,904,366 | - | - | 6,904,366 | 6,904,366 |
| Short-term finance instruments | - | 3,575,942 | - | - | 3,575,942 | 3,575,942 |
| Available-for-sale financial assets | - | - | 2,251,002 | - | 2,251,002 | 2,251,002 |
| Trade and other receivables | - | 15,366,544 | - | - | 15,366,544 | 15,366,544 |
| Other financial assets (*) | 59,105 | 1,365,039 | - | - | 1,424,144 | 1,424,144 |
| **Total** | **59,105** | **27,211,891** | **2,251,002** | **-** | **29,521,998** | **29,521,998** |

*(In millions of Korean Won)*

| | Liabilities at fair value through the profit and loss | Financial liabilities measured at amortized cost | Total | Fair value |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade and other payables | - | 10,123,749 | 10,123,749 | 10,123,749 |
| Short-term borrowings | - | 9,054,543 | 9,054,543 | 9,054,543 |
| Current portion of long-term borrowings and debentures | - | 20,449 | 20,449 | 20,449 |
| Non-current debentures | - | 171,045 | 171,045 | 171,045 |
| Non-current portion of long-term borrowings | - | 969,839 | 969,839 | 969,839 |
| Other financial liabilities (**) | 63,119 | 6,228,010 | 6,291,129 | 6,291,129 |
| **Total** | **63,119** | **26,567,635** | **26,630,754** | **26,630,754** |

(-) Other financial assets consist of amounts included in other current assets, deposits, and other non-current assets in the statement of financial position, and do not include investments in joint-ventures and associated companies.

(--) Other financial liabilities consist of amounts included in accrued expenses, long term trade and other payables, other current and non-current liabilities and withholdings, excluding items which are non-financial.

The following table presents the assets and liabilities that are measured at fair value at 31 December 2010.

*(In millions of Korean Won)*

|  | Level 1 | Level 2 | Level 3 | Total balance |
|---|---|---|---|---|
| Short-term derivatives |  | 34,458 | - | 34,458 |
| Available-for-sale financial assets (-) | 3,823,234 | 49,765 | 326,359 | 4,199,358 |
| **Total assets** | **3,823,234** | **84,223** | **326,359** | **4,233,816** |
| Short-term derivatives |  | 24,638 |  | 24,638 |
| **Total liabilities** | **-** | **24,638** | **-** | **24,638** |

The following table presents the assets and liabilities that are measured at fair value at 31 December 2009.

*(In millions of Korean Won)*

|  | Level 1 | Level 2 | Level 3 | Total balance |
|---|---|---|---|---|
| Short-term derivatives |  | 16,242 | - | 16,242 |
| Available-for-sale financial assets (-) | 3,334,089 | 30,496 | 228,973 | 3,593,558 |
| **Total assets** | **3,334,089** | **46,738** | **228,973** | **3,609,800** |
| Short-term derivatives |  | 15,122 |  | 15,122 |
| **Total liabilities** | **-** | **15,122** | **-** | **15,122** |

The following table presents the assets and liabilities that are measured at fair value at 1 January 2009.

*(In millions of Korean Won)*

|  | Level 1 | Level 2 | Level 3 | Total balance |
|---|---|---|---|---|
| Short-term derivatives | - | 59,105 |  | 59,105 |
| Available-for-sale financial assets (-) | 2,051,371 | 1,770 | 197,861 | 2,251,002 |
| **Total assets** | **2,051,371** | **60,875** | **197,861** | **2,310,107** |
| Short-term derivatives | - | 63,119 |  | 63,119 |
| **Total liabilities** | **-** | **63,119** | **-** | **63,119** |

(-) Investments in Samsung Life Insurance and iMarket Korea, classified as available-for-sale financial assets, were listed during 2010.   94,102 million of level 3 as of December 31, 2009 and January 1, 2009 was transferred to level 1 (   238,238 million as of December 31, 2010).

The levels of the fair value hierarchy and its application to financial assets and liabilities are described below

Level 1 : Quoted prices (unadjusted) in active markets for identical assets or liabilities
Level 2 : Inputs other than quoted prices included within level 1 that are observable for the asset or liability, either directly or indirectly
Level 3 : Inputs for the asset or liability that are not based on observable market data (that is, unobservable inputs)

The fair value of financial instruments traded in active markets is based on quoted market prices at the balance sheet date. A market is regarded as active if quoted prices are readily and regularly available from an exchange, dealer, broker, industry group, pricing service, or regulatory agency, and those prices represent actual and regularly occurring market transactions on an arm's length basis. The quoted market price used for financial assets held by the group is the current bid price. These instruments are included in level 1. Instruments included in level 1 comprise primarily listed equity investments classified as trading securities or available-for-sale.

The fair value of financial instruments that are not traded in an active market (for example, over-the-counter derivatives) is determined by using valuation techniques. These valuation techniques maximise the use of observable market data where it is available and rely as little as possible on entity specific estimates. If all significant inputs required to fair value an instrument are observable, the instrument is included in level 2.

If one or more of the significant inputs is not based on observable market data, the instrument is included in level 3.

Specific valuation techniques used to value financial instruments include:

Quoted market prices or dealer quotes for similar instruments.
The fair value of forward foreign exchange contracts is determined using forward exchange rates at the balance sheet date, with the resulting value discounted back to present value.
Other techniques, such as discounted cash flow analysis, are used to determine fair value for the remaining financial instruments. As for trade and other receivables, the book value approximates a reasonable estimate of fair value.

## 7. Available-for-sale Financial Assets

The changes of available-for-sale financial assets are as follows:

*(In millions of Korean Won)*

|  | 2010 | 2009 |
|---|---|---|
| Balance as of January 1 | 3,593,558 | 2,251,002 |
| Translation & exchange difference | 447 | (2,567) |
| Acquisitions / additions | 3,815,003 | 3,863,353 |
| Dispositon / redemptions / reductions | (4,378,927) | (2,661,867) |
| Valuation (Losses) | 1,193,297 | 143,637 |
| Impairment loss | (10,719) | - |
| Others | (13,301) | - |
| **Balance as of December 31** | **4,199,358** | **3,593,558** |
| (1) Current | 1,159,152 | 2,104,420 |
| (2) Non-current | 3,040,206 | 1,489,138 |
|  | **4,199,358** | **3,593,558** |

(1) Short-term available-for-sale financial assets

Short-term available-for-sale financial assets as of December 31, 2010, 2009 and January 1, 2009, consist of national bonds and beneficiary certificates whose maturities are within 1 year.

*(In millions of Korean Won)*

|  | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| National bonds | 8 | - | - |
| Beneficiary certificates[1] | 1,159,144 | 2,104,420 | 982,067 |
|  | **1,159,152** | **2,104,420** | **982,067** |

[1] Beneficiary certificates as of December 31, 2010, 2009 and January 1, 2009, consist of the following

*(In millions of Korean Won)*

|  | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Bonds | 995,400 | 1,569,532 | 622,911 |
| Time deposits | 100,572 | 390,738 | 127,307 |
| Certificates of deposit | 39,708 | 118,689 | 231,561 |
| Call loan | 9,606 | 8,670 | 157 |
| Others | 13,858 | 16,791 | 131 |
|  | **1,159,144** | **2,104,420** | **982,067** |

54

For the years ended December 31, 2010 and 2009, changes in valuation gain (loss) on short-term available-for-sale securities are as follows:

*(In millions of Korean Won)*

|  | 2010 | 2009 |
|---|---|---|
| Balance at January 1 | 4,420 | 12,067 |
| Valuation amount | 9,144 | 4,420 |
| Net gains transfer from equity | 4,420 | 12,067 |
| Balance at December 31 | 9,144 | 4,420 |
| Deferred income tax and minority interest | (2,213) | (1,070) |
|  | 6,931 | 3,350 |

**(2) Long-term available-for-sale financial assets**

Long-term available-for-sale financial assets as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

|  | Detail | 2010 Acquisition cost | 2010 Recorded book value | 2009 Recorded book value | 2009. 1. 1 Recorded book value |
|---|---|---|---|---|---|
| Listed equities [1] | 1) | 703,138 | 2,664,082 | 1,229,669 | 1,069,304 |
| Non-listed equities [1,2] | 2) | 234,894 | 326,359 | 228,973 | 197,861 |
| Government and public bonds and others |  | 49,765 | 49,765 | 30,496 | 1,770 |
|  |  | 987,797 | 3,040,206 | 1,489,138 | 1,268,935 |

[1] Excludes associates and joint ventures.

[2] The company measures available-for-sale financial assets, at their fair values. For an investment in equity instruments that do not have a quoted market price in an active market and its fair value cannot be measured reliably, it is measured at cost.

**1) Listed equities**

Listed equities as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won, except for the number of shares and percentage)*

|  | Number of shares owned | Percentage of ownership (%) | 2010 Acquisition cost | 2010 Market value | 2010 Recorded book value | 2009 Recorded book value | 2009. 1. 1 Recorded book value |
|---|---|---|---|---|---|---|---|
| Samsung Heavy Industries | 40,675,641 | 17.6 | 258,299 | 1,675,836 | 1,675,836 | 984,350 | 919,269 |
| Samsung Fine Chemicals | 2,164,970 | 8.4 | 45,678 | 179,476 | 179,476 | 101,862 | 83,243 |
| Samsung Life Insurance[1] | 1,315,880 | 0.7 | 92,112 | 134,878 | 134,878 | - | - |
| iMarket Korea[1] | 3,800,000 | 10.6 | 1,900 | 103,360 | 103,360 | - | - |
| Hotel Shilla | 2,004,717 | 5.0 | 13,957 | 55,631 | 55,631 | 41,297 | 25,761 |
| Cheil Worldwide | 2,998,725 | 2.6 | 2,920 | 41,532 | 41,532 | 37,784 | 23,390 |
| A-Tech Solution | 1,592,000 | 15.9 | 26,348 | 33,432 | 33,432 | 32,636 | - |
| SFA | 1,822,000 | 10.0 | 38,262 | 89,278 | 89,278 | - | - |
| SNU Pricision | 1,075,446 | 5.3 | 14,204 | 18,874 | 18,874 | - | - |
| Rambus | 9,576,250 | 8.3 | 185,363 | 223,363 | 223,363 | - | - |
| Others |  |  | 24,095 | 108,422 | 108,422 | 31,740 | 17,641 |
|  |  |  | 703,138 | 2,664,082 | 2,664,082 | 1,229,669 | 1,069,304 |

[1] Certain investees including Samsung Life Insurance and iMarket Korea, were listed during the current year.

The differences between the acquisition cost and fair value of the investment is recorded under other reserves, a separate component of equity.

**2) Non-listed equities**

Non-listed equities as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won, except for the number of shares and percentage)*

|  | Number of shares owned | Percentage of ownership (%) | 2010 Acquisition cost | 2010 Recorded book value | 2009 Recorded book value | 2009. 1. 1 Recorded book value |
|---|---|---|---|---|---|---|
| Kihyup Technology | 1,000,000 | 17.2 | 5,000 | 5,000 | 5,000 | 5,000 |
| Pusan Newport | 1,135,307 | 1.0 | 5,677 | 5,677 | 5,677 | 5,677 |
| Samsung Venture | 980,000 | 16.3 | 4,900 | 5,223 | 4,900 | 4,900 |
| Samsung Life Insurance | - | - | - | - | 92,112 | 92,112 |
| Samsung Petrochemical | 514,172 | 13.0 | 8,040 | 58,940 | 8,040 | 8,040 |
| Samsung General Chemicals | 1,914,251 | 3.9 | 19,143 | 65,322 | 13,864 | 13,864 |
| iMarket Korea | - | - | - | - | 1,900 | 1,900 |
| icube Investment | 40 | 16.2 | 4,000 | 4,000 | 4,000 | - |
| Yong Pyong Resort | 400,000 | 1.1 | 1,869 | 1,869 | 1,869 | 1,869 |
| Korea Digital Satellite | 240,000 | 0.7 | 3,344 | 3,000 | 3,000 | 3,000 |
| SK Telink (TU Media)[1] | 14,609 | 1.1 | 4,357 | 4,357 | 15,076 | 15,076 |
| Nanosys | 13,100,436 | 12.5 | 17,861 | 17,861 | - | - |
| WIC | 600,000 | 18.5 | 60,000 | 60,000 | - | - |
| Others |  |  | 100,703 | 95,110 | 73,535 | 46,423 |
|  |  |  | 234,894 | 326,359 | 228,973 | 197,861 |

[1] TU Media was merged into SK Telink in the year 2010.

Impairment losses on non-listed equities resulting from the decline in realizable value below the acquisition cost amounted to    10,719 million for the year ended December 31, 2010.

As of December 31, 2010, the Company's investments in Pusan Newport are pledged as collateral against the investee's debt.

For the years ended December 31, 2010 and 2009, changes in valuation gain (loss) on long-term available-for-sale securities are as follows:

*(In millions of Korean Won)*

|  | 2010 | 2009 |
|---|---|---|
| Balance at January 1 | 874,036 | 734,819 |
| Valuation amount | 1,184,153 | 139,217 |
| Balance at December 31 | 2,058,189 | 874,036 |
| Deferred income tax and minority interest | (457,085) | (195,778) |
|  | 1,601,104 | 678,258 |

## 8. Trade and Other Receivables

Substantially all current trade and other receivables are due within 1 year from the end of the reporting period. The carrying amount is a reasonable approximation of fair value for current trade and other receivables, with effect of discount being insignificant.

Trade and other receivables of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

|  | 2010 | | 2009 | | 2009. 1. 1 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Trade | Non-trade | Trade | Non-trade | Trade | Non-trade |
| Receivables excluding associates and joint ventures | 19,277,300 | 2,171,115 | 17,926,719 | 2,049,336 | 13,915,906 | 1,524,129 |
| Receivables related to associated companies and joint ventures | 61,587 | 8,638 | 43,788 | 10,293 | 42,560 | 31,484 |
| Less: Allowances for impairment | (185,758) | (19,585) | (129,078) | (26,510) | (89,987) | (30,816) |
| Trade receivables, net | 19,153,129 | 2,160,168 | 17,841,429 | 2,033,119 | 13,868,479 | 1,524,797 |
| Less: Non-current receivables | (15) | (4,448) | (22,689) | (55,080) | (17,158) | (9,574) |
| Current receivables | 19,153,114 | 2,155,720 | 17,818,740 | 1,978,039 | 13,851,321 | 1,515,223 |

The Company transferred receivable balances to financial institutions in exchange for cash. The outstanding balance of transferred receivable balances amounting to  5,090,433 million,  5,355,185 million and  5,533,419 million has been accounted for as borrowings as of December 31, 2010, 2009 and January 1, 2009.

Movements on the provision for impairment of trade receivables are as follows:

*(In millions of Korean Won)*

|  | 2010 | | 2009 | |
| --- | --- | --- | --- | --- |
|  | Trade | Non-trade | Trade | Non-trade |
| Balance on January 1 | (129,078) | (26,510) | (89,987) | (30,816) |
| Provision for receivables impairment | (100,912) | (10,561) | (97,203) | (5,565) |
| Receivables written off during the year as uncollectible | 10,909 | 10,668 | 31,108 | 5,700 |
| Unused amounts reversed | 32,062 | 7,776 | 24,246 | 3,520 |
| Translation difference | 1,261 | (958) | 2,758 | 651 |
| Balance on December 31 | (185,758) | (19,585) | (129,078) | (26,510) |

The company does not consider receivables that are overdue for less than or equal to 31 days as impaired.
Trade and other receivables that are overdue for less than or equal to 31 days are as follows:

*(In millions of Korean Won)*

|  | 2010 | 2009 | 2009. 1. 1 |
| --- | --- | --- | --- |
| Trade receivables | 1,065,603 | 1,078,189 | 1,261,800 |
| Other receivables | 93,326 | 58,251 | 73,714 |

The maximum exposure to credit risk at the reporting date is the carrying value of each class of receivable mentioned above. As of December 31, 2010, the Company has credit insurance with Korea Trade Insurance and overseas insurance companies against its export accounts receivables from approved foreign customers.

## 9. Inventories

Inventories, net of valuation losses, as of December 31, 2010, 2009 and January, 1 2009, consist of the following:

*(In millions of Korean Won)*

|  | 2010 | 2009 | 2009. 1. 1 |
| --- | --- | --- | --- |
| Finished goods | 4,511,391 | 3,010,502 | 3,064,671 |
| Work in process | 2,619,713 | 1,901,363 | 1,948,698 |
| Raw materials and supplies | 4,159,842 | 3,188,373 | 3,136,361 |
| Materials-in-transit | 2,073,578 | 1,739,091 | 1,248,345 |
| Total | 13,364,524 | 9,839,329 | 9,398,075 |

As of December 31, 2010, losses from valuation of inventories amounted to  524,850 million (December 31, 2009:  369,033 million, January 1, 2009:  651,085 million).

As of December 31, 2010, losses from obsolescence and scrappage of inventories amounted to  1,284,956 million (December 31, 2009:  458,826 million, January 1, 2009:  506,319 million).

## 10. Associates and Joint Ventures

Associates and joint ventures as of December 31, 2010, consist of the following:

*(In millions of Korean Won)*

|  | 2010 | 2009 |
| --- | --- | --- |
| At January 1 | 7,334,705 | 5,912,930 |
| Acquisition of associates and joint ventures | 243 | 180,916 |
| Disposal of associates and joint ventures | (216,733) | (44,832) |
| Share of profit[1] | 2,267,091 | 1,713,299 |
| Others[2] | (1,050,016) | (427,608) |
| At December 31 | 8,335,290 | 7,334,705 |

[1] Share of profit / (loss) is after tax and minority interest in associates.

[2] Others consist of dividends and effect of change in foreign exchange rates. For the year ended December 31, it also includes effect from combination of Samsung SDS and Samsung Networks.

Financial information of associates and joint ventures as of and for the year ended December 31, 2010, 2009 and January 1, 2009, follows:

### 1) Associates

*(In millions of Korean Won)*

| Investee | 2010 | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Percentage of ownership (%) | Assets | Liabilities | Sales | Proportionate net income |
| Samsung Card | 35.3 | 14,246,893 | 8,057,223 | 3,171,971 | 1,199,091 |
| Samsung Electro-Mechanics | 22.8 | 6,972,461 | 3,169,622 | 7,180,831 | 666,716 |
| Samsung SDI | 19.7 | 7,933,567 | 1,702,446 | 5,124,275 | 385,112 |
| Samsung SDS | 21.3 | 3,653,483 | 1,013,265 | 4,329,994 | 327,635 |
| Samsung LED | 50.0 | 1,339,988 | 788,624 | 1,317,753 | 204,399 |

*(In millions of Korean Won)*

| Investee | 2009 | | | |
|---|---|---|---|---|
| | Percentage of ownership (%) | Assets | Liabilities | Sales | Proportionate net income |
| Samsung Card | 35.3 | 13,462,265 | 8,957,605 | 2,716,224 | 612,030 |
| Samsung Electro-Mechanics | 22.8 | 4,198,925 | 1,600,520 | 3,192,031 | 310,946 |
| Samsung SDI | 19.7 | 6,388,498 | 1,535,513 | 3,550,584 | 232,050 |
| Samsung SDS | 21.3 | 1,992,836 | 598,347 | 2,494,052 | 272,450 |
| Samsung LED | 50.0 | 751,053 | 404,603 | 544,598 | 59,114 |

*(In millions of Korean Won)*

| Investee | 2009. 1. 1 | | |
|---|---|---|---|
| | Percentage of ownership (%) | Assets | Liabilities |
| Samsung Card | 35.3 | 16,822,733 | 12,996,775 |
| Samsung Electro-Mechanics | 22.8 | 3,208,324 | 1,258,004 |
| Samsung SDI | 19.7 | 5,863,583 | 1,414,290 |
| Samsung SDS | 21.3 | 1,872,801 | 730,698 |
| Samsung LED | - | - | - |

**2) Joint ventures**

A listing of interests in significant joint ventures and the proportion of ownership interest held in jointly controlled entities are as follows:

*(In millions of Korean Won)*

| | Ownership (%) | Invest amount |
|---|---|---|
| Samsung Corning Precision Materials | 42.5 | 297,165 |
| Siltronic Samsung Wafers | 50.0 | 266,949 |
| TSST Japan | 49.0 | 150,451 |
| Syrian Korean Company for Manufacturing & Marketing Telecommunication Equipment | 49.0 | 2,061 |

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Current assets | 1,772,685 | 2,213,686 | 1,365,509 |
| Non-current assets | 2,028,554 | 1,753,952 | 1,934,880 |
| **Total assets** | **3,801,239** | **3,967,638** | **3,300,389** |
| Current liabilities | 581,971 | 657,148 | 625,228 |
| Non-current liabilities | 363,499 | 331,819 | 311,590 |
| **Net assets** | **2,855,769** | **2,978,671** | **2,363,571** |
| Total sales | 3,568,044 | 3,736,217 | - |
| Total expense | 2,134,170 | 2,572,603 | - |
| Net income | 1,433,874 | 1,163,614 | - |

Market value information of publicly listed investees as of December 31, 2010 and 2009, and January 1, 2009 are as follows:

*(In millions of Korean Won)*

| | 2010 | | 2009 | | 2009. 1. 1 | |
|---|---|---|---|---|---|---|
| | Market value of investee | Recorded book value | Market value of investee | Recorded book value | Market value of investee | Recorded book value |
| Associates | 5,153,483 | 2,235,422 | 4,776,448 | 1,862,664 | 1,658,452 | 1,575,510 |

**11. Property, Plant and Equipment**

Changes in property, plant and equipment for the years ended December 31, 2010 and 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | | | | | |
|---|---|---|---|---|---|---|
| | Land | Buildings and structures | Machinery and equipment | Construction-in-progress / machinery-in-transit | Others | Total |
| Balance at January 1, 2010 | 7,017,731 | 9,853,909 | 22,288,401 | 3,416,199 | 984,055 | 43,560,295 |
| Acquisition cost | 7,017,731 | 13,936,341 | 71,886,218 | 3,416,199 | 3,596,180 | 99,852,669 |
| Accumulated depreciation and impairment | - | (4,082,432) | (49,597,817) | - | (2,612,125) | (56,292,374) |
| Acquisitions | 8,250 | 369,090 | 1,619,721 | 19,167,984 | 454,199 | 21,619,244 |
| Acquisitions from business combinations | - | 1,060 | 18,699 | - | 3,642 | 23,401 |
| Reclassifications | 114 | 1,111,636 | 12,950,627 | (14,351,744) | 289,367 | - |
| Depreciation | - | (779,389) | (9,679,264) | - | (388,721) | (10,847,374) |
| Disposals | (401,690) | (168,543) | (658,086) | 1,890 | (57,636) | (1,284,065) |
| Net exchange differences | 7,093 | (35,136) | (47,356) | (23,051) | 8,124 | (90,326) |
| Others | (106) | (40,311) | (18,169) | 32,549 | 9,456 | (16,581) |
| **Balance at December 31, 2010** | **6,631,392** | **10,312,316** | **26,474,573** | **8,243,827** | **1,302,486** | **52,964,594** |
| Acquisition cost | 6,631,392 | 15,055,715 | 81,456,534 | 8,243,827 | 4,147,859 | 115,535,327 |
| Accumulated depreciation and impairment | - | (4,743,399) | (54,981,961) | - | (2,845,373) | (62,570,733) |

*(In millions of Korean Won)*

| | 2009 | | | | | |
|---|---|---|---|---|---|---|
| | Land | Buildings and structures | Machinery and equipment | Construction-in-progress / machinery-in-transit | Others | Total |
| Balance at January 1, 2009 | 6,901,822 | 9,020,278 | 24,023,386 | 5,160,084 | 1,171,187 | 46,276,757 |
| Acquisition cost | 6,901,822 | 12,492,802 | 67,191,220 | 5,160,084 | 3,673,681 | 95,419,609 |
| Accumulated depreciation and impairment | - | (3,472,524) | (43,167,834) | - | (2,502,494) | (49,142,852) |
| Acquisitions | 14,972 | 49,720 | 89,661 | 7,545,684 | 372,128 | 8,072,165 |
| Acquisitions from business combinations | - | 112,328 | 431,153 | 268,049 | 29,898 | 841,428 |
| Reclassifications | 132,952 | 1,456,309 | 7,131,260 | (8,850,888) | 130,367 | - |
| Depreciation | - | (748,100) | (9,390,162) | - | (633,072) | (10,771,334) |
| Disposals | (19,053) | (42,301) | (64,962) | (28,872) | (11,320) | (166,508) |
| Net exchange differences | (13,007) | (106,651) | (189,199) | (184,365) | (61,631) | (554,853) |
| Others | 45 | 112,326 | 257,264 | (493,493) | (13,762) | (137,620) |
| **Balance at December 31, 2009** | **7,017,731** | **9,853,909** | **22,288,401** | **3,416,199** | **984,055** | **43,560,295** |
| Acquisition cost | 7,017,731 | 13,936,341 | 71,886,218 | 3,416,199 | 3,596,180 | 99,852,669 |
| Accumulated depreciation and impairment | - | (4,082,432) | (49,597,817) | - | (2,612,125) | (56,292,374) |

As of December 31, 2010 and 2009 and January 1, 2009, a certain portion of overseas subsidiaries' property, plant and equipment amounting to ₩5,592 million, ₩5,518 million and ₩5,766 million is pledged as collateral for various loans from financial institutions, respectively.

## 12. Intangible Assets

Changes in intangible assets for the years ended December 31, 2010 and 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | | | | | |
|---|---|---|---|---|---|---|
| | Intellectual property rights | Development expense | Membership | Goodwill | Others | Total |
| Balance at January 1, 2010 | 453,548 | 214,451 | 183,623 | 83,462 | 320,924 | 1,256,008 |
| Internally generated (Development costs) | - | 311,510 | - | - | - | 311,510 |
| External acquisition | 144,037 | - | 8,715 | - | 795,633 | 948,385 |
| Business combinations (*) | 119,805 | - | - | 624,284 | 242,688 | 986,777 |
| Amortization | (76,182) | (191,344) | - | - | (278,996) | (546,522) |
| Disposal | (15,768) | - | (852) | - | - | (16,620) |
| Impairment (**) | (5,382) | - | - | (154,117) | (674) | (160,173) |
| Net exchange differences | (153) | - | 7 | (281) | (1,658) | (2,085) |
| Others | (18,023) | - | (62) | 18,064 | 2,180 | 2,159 |
| Balance at December 31, 2010 | 601,882 | 334,617 | 191,431 | 571,412 | 1,080,097 | 2,779,439 |

(*) The amount includes intangible assets and goodwill arising from the business combination with Samsung Digital Imaging.

(**) The impairment charge relates to Samsung Digital Imaging, and is a result of a decline in market profitability share and increased market competitiveness that occurred in the fourth quarter of 2010.

*(In millions of Korean Won)*

| | 2009 | | | | | |
|---|---|---|---|---|---|---|
| | Intellectual property rights | Development expense | Membership | Goodwill | Others | Total |
| Balance at January 1, 2009 | 405,817 | 200,478 | 170,546 | 9,885 | 301,346 | 1,088,072 |
| Internally generated (Development costs) | - | 176,530 | - | - | - | 176,530 |
| External acquisition | 174,445 | - | 14,309 | - | 184,769 | 373,523 |
| Business combinations | - | - | - | 80,300 | (275) | 80,025 |
| Amortization | (80,891) | (157,149) | - | - | (128,362) | (366,402) |
| Disposal | (38,011) | (5,408) | (1,232) | - | (12,144) | (56,795) |
| Net exchange differences | 5,669 | - | - | (1,982) | (190) | 3,497 |
| Others | (13,481) | - | - | (4,741) | (24,220) | (42,442) |
| Balance at December 31, 2009 | 453,548 | 214,451 | 183,623 | 83,462 | 320,924 | 1,256,008 |

The amortization expense of intangible assets for the years ended December 31, 2010 and 2009, is allocated to the following accounts:

*(In millions of Korean Won)*

| Account | 2010 | 2009 |
|---|---|---|
| Production costs | 236,223 | 285,063 |
| Selling general and administrative expenses | 227,195 | 78,083 |
| Research and development expenses | 83,104 | 3,256 |
| Total | 546,522 | 366,402 |

Goodwill was allocated to each cash-generating unit. The recoverable amounts of cash generating units have been determined based on value-in-use calculations. The Company has performed impairment test for goodwill annually. The revenue growth rate and discount rate associated with future cash flows were the major assumptions. The majority of good will as of December 31, 2010 relates to the business combination with Samsung Digital Imaging. For this goodwill, the discount rate used to present value cash flows of the cash-generating unit as of December 31, 2010 was 15.23%. The revenue growth rate was based on the Company's forecast for the next five years, and its range was 2.5%. The Company determines its revenue growth rate based on historical performance and its expectation for market conditions. The applied weighted average growth rate is consistent with industry reports.

## 13. Borrowings

Borrowings as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | Financial institutions | Annual interest rates (%) as of December 31, 2010 | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|---|---|
| Short-term borrowings | | | | | |
| Collateralized borrowings | Woori Bank etc | 1.5 ~ 4.6 | 5,090,433 | 5,355,185 | 5,533,419 |
| Bank borrowings | Woori Bank etc | 0.2 ~ 16.4 | 3,339,288 | 2,424,822 | 3,521,124 |
| Total | | | 8,429,721 | 7,780,007 | 9,054,543 |
| Current portion of long-term borrowings | | | | | |
| Bank borrowings | Woori Bank etc | 1.0 ~ 9.6 | 1,008,884 | 123,100 | 13,094 |
| Financial lease liabilities | APCI etc | 6.0 ~ 15.7 | 9,591 | 5,639 | 1,345 |
| Total | | | 1,018,475 | 128,739 | 14,439 |
| Long-term borrowings | | | | | |
| Bank borrowings | Woori Bank etc | 1.0 ~ 9.6 | 536,871 | 1,047,937 | 913,191 |
| Financial lease liabilities | APCI etc | 2.3 ~ 15.7 | 97,510 | 108,157 | 56,648 |
| Total | | | 634,381 | 1,156,094 | 969,839 |

(*1) As of December 31, 2010, 2009 and January 1, 2009, overdraft facilities of the Company amount to 202,700 million, 239,300 million and 239,300 million.

(*2) Collateralized borrowings are secured by trade receivables (Note 8). Bank borrowings are secured by lands and buildings (Note 11).

(*3) The Company leases certain property, plant and equipment under various finance lease arrangements (Note 17).

The carrying value of the borrowings approximates their fair value.

Maturities of long-term borrowings, outstanding as of December 31, 2010, are as follows:

*(In millions of Korean Won)*

| For the years ending December 31 | Long-term borrowings in local currency | Long-term borrowings in foreign currency | Total |
|---|---|---|---|
| 2011 | 254,850 | 763,625 | 1,018,475 |
| 2012 | 2,430 | 42,828 | 45,258 |
| 2013 | 50,000 | 465,696 | 515,696 |
| 2014 | - | 13,143 | 13,143 |
| Thereafter | - | 60,284 | 60,284 |
| Total | 307,280 | 1,345,576 | 1,652,856 |

## 14. Debentures

Debentures as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009.1.1 |
|---|---|---|---|
| Korea Won denominated debenture (A) | 600,000 | 200,000 | - |
| Foreign currency denominated debenture (B) | 92,797 | 130,021 | 177,333 |
| Total | 692,797 | 330,021 | 177,333 |
| Current portion of debentures | 105,459 | 105,838 | 6,288 |
| Non-current portion of debentures | 587,338 | 224,183 | 171,045 |

(A) Korean Won denominated debentures as of December 31, 2010, 2009, January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | Issue date | Due date | Annual interest rates (%) as of December 31, 2010 | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|---|---|---|
| Samsung Mobile Display | 2006.12.01 | 2011.12.01 | 5.1 | 100,000 | 200,000 | - |
| Samsung Mobile Display | 2010.6.17 | 2013.6.17 | 4.7 | 500,000 | | - |
| Total | | | | 600,000 | 200,000 | - |
| Current portion | | | | 100,000 | 100,000 | |

Korean Won denominated debentures were issued by Samsung Mobile Display, one of SEC's domestic subsidiaries and included in consolidation scope since 2009. The debenture issued in 2006 will mature on December 1, 2011 with repayment to be made annually for two years after a three-year grace period, while the one issued in 2010 is due for repayment at maturity.

(B) Debentures denominated in foreign currencies as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | Issue date | Due date | Annual interest rates (%) as of December 31, 2010 | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|---|---|---|
| US dollar denominated straight bonds | 1997.10.2 | 2027.10.1 | 7.7 | 96,807 (USD 85M) | 105,084 (USD 90M) | 119,463 (USD 95M) |
| Overseas subsidiaries | | | | | | |
| US dollar denominated fixed rate notes | 1997.4.1 | - | - | - | - | 31,438 (USD 25M) |
| US dollar denominated fixed rate notes | 2000.4.1 | - | - | - | 29,190 (USD 25M) | 31,438 (USD 25M) |
| Less: Discounts | | | | (4,010) | (4,253) | (5,006) |
| Total | | | | 92,797 | 130,021 | 177,333 |
| Current portion | | | | 5,459 | 5,838 | 6,288 |

US dollar straight bonds will be repaid annually for twenty years after a ten-year grace period from the date of issuance. Interests will be paid semi-annually.

The carrying value of the debenture issued approximates their fair value.

Maturities of debentures outstanding as of December 31, 2010, are as follows:

*(In millions of Korean Won)*

| For the years ending December 31 | Debentures |
|---|---|
| 2011 | 105,695 |
| 2012 | 5,695 |
| 2013 | 505,695 |
| 2014 | 5,695 |
| Thereafter | 74,027 |
| | 696,807 |

## 15. Retirement Benefit Obligation

The Company operates defined pension plans in various subsidiaries according to their local regulations and practices in each country. The amounts recognized in the statement of financial position as of December 31, 2010, 2009 and January 1, 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Present value of funded defined benefit obligation | 2,293,468 | 2,088,933 | 1,861,559 |
| Fair value of plan assets | (1,797,706) | (1,635,056) | (1,427,257) |
| Deficit of funded plans | 495,762 | 453,877 | 434,302 |
| Present value of unfunded defined benefit | 355,164 | 284,017 | 396,034 |
| Unrecognized actuarial gains or losses | (253,097) | 13,373 | - |
| | 597,829 | 751,267 | 830,336 |

Expense details for defined benefit plans recognized in the statement of income for the years ended December 31, 2010 and 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Current service cost | 421,343 | 411,603 |
| Interest cost | 148,506 | 147,860 |
| Expected return on plan assets | (76,983) | (73,399) |
| Actuarial gains and losses | (2,158) | - |
| The effect of any settlement or curtailment | 13,754 | - |
| | 504,462 | 486,064 |

The pension expenses related to defined-benefit plans recognized in the statement of income for the years ended December 31, 2010 and 2009, are allocated to the following accounts:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Cost of sales | 191,690 | 256,155 |
| Selling, general and administrative expenses | 139,584 | 103,823 |
| Research and development expenses | 173,188 | 126,086 |
| | 504,462 | 486,064 |

Changes in the defined benefit obligation for the years ended December 31, 2010 and 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Balance at the beginning of the year | 2,372,950 | 2,257,593 |
| Foreign exchange | 15,416 | 16,325 |
| Current service cost | 421,343 | 411,603 |
| Interest cost | 148,506 | 147,860 |
| Actuarial gains and losses | 251,936 | (21,273) |
| Benefits paid | (555,084) | (473,422) |
| Others | (6,435) | 34,264 |
| **Balance at the end of the year** | **2,648,632** | **2,372,950** |

Changes in the fair value of plan assets for the years ended December 31, 2010 and 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Balance at the beginning of the year | 1,635,056 | 1,427,257 |
| Foreign exchange | (4,707) | (1,031) |
| Expected return on plan assets | 79,219 | 75,635 |
| Actuarial gains and losses | (12,376) | (7,900) |
| Contributions by the employer | 422,567 | 295,845 |
| Benefits paid | (287,535) | (155,679) |
| Others | (34,518) | 929 |
| **Balance at the end of the year** | **1,797,706** | **1,635,056** |

The principal actuarial assumptions used were as follows:

*(In %)*

| | 2010 | | 2009 | | 2009. 1. 1 | |
|---|---|---|---|---|---|---|
| | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign |
| Discount rate | 6.3~7.3 | 6.0~7.5 | 6.5~7.5 | 5.9~8.5 | 6.5~7.5 | 5.4~7.5 |
| Expected return on plan assets | 5.0~5.3 | 5.0~5.3 | 5.0~5.5 | 5.0~5.3 | 5.0~5.5 | 5.0~5.5 |
| Future salary increases (including inflation) | 5.3~9.4 | 5.1~6.0 | 5.2~7.8 | 5.5~6.0 | 5.5~7.5 | 5.9~6.0 |

The expected return on plan assets is based on the expected return multiplied by the respective percentage weight of the market-related value of plan assets. The expected return is defined on a uniform basis, reflecting long-term historical returns, current market conditions and strategic asset allocation.

The actual returns on plan assets for the years ended December 31, 2010 and 2009, were as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| The actual return on plan assets | 66,843 | 67,735 |

Plan assets as of December 31, 2010, 2009 and January 1, 2009, are comprised as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Equity instruments | 2,935 | 1,740 | - |
| Debt instruments | 1,761,884 | 1,596,267 | 1,418,312 |
| Other | 32,887 | 37,049 | 8,945 |
| | **1,797,706** | **1,635,056** | **1,427,257** |

## 16. Provisions

The changes in the main liability provisions during the 12 month period ended December 31, 2010, are as follows:

*(In millions of Korean Won)*

| | Ref. | Balance at January 1, 2010 | Increase | Decrease | Other[1] | Balance at December 31, 2010 |
|---|---|---|---|---|---|---|
| Warranty | (A) | 1,442,088 | 1,765,182 | (1,560,227) | (13,537) | 1,633,506 |
| Royalty expenses | (B) | 1,560,955 | 1,261,464 | (1,821,301) | (12,061) | 989,057 |
| Long-term incentives | (C) | 244,443 | 389,079 | (42,810) | - | 590,712 |
| **Total** | | **3,247,486** | **3,415,725** | **(3,424,338)** | **(25,598)** | **3,213,275** |

[1] Others include amounts from changes in foreign currency exchange rates.

(A) The Company accrues warranty reserves for estimated costs of future service, repairs and recalls, based on historical experience and terms of warranty programs (which have terms from 1 to 4 years).

(B) The Company makes provisions for estimated royalty expenses related to technical assistance agreements that have not been settled. The timing of payment depends on the settlement of agreement.

(C) The Company has a long-term incentive plans for its executives based on a three-year management performance criteria and has made a provision for the estimated incentive cost for the accrued period.

## 17. Commitments and Contingencies

(A) Guarantees

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Guarantees of debt for housing rental[1] | 171,674 | 138,848 | 250,132 |
| Other domestic guarantees of debt | - | 9,791 | 10,312 |

The guarantees of debt for housing rental relate to guarantees provided by the Company to landlords for housing for expatriate employees.

As of December 31, 2010, the Company's overseas subsidiaries enter into "Cash Pooling Arrangement" contracts and "Banking Facility" agreements with overseas financial institutions to provide mutual guarantees of indebtedness.

| Area | Participating subsidiaries | Financial institutions |
|---|---|---|
| Europe | SEUK and 25 other subsidiaries | Citibank |
| Asia | SAPL and 9 other subsidiaries | Bank of America |

(B) Lease

As of December 31, 2010, details of lease contracts held by the Company are as follows:

**Finance lease**

The Company leases certain property, plant and equipment under various finance lease arrangements. Assets recorded under finance lease agreements are included in property, plant and equipment with a net book value of ₩109,838 million (2009: ₩102,971 million, 2008: ₩52,857 million). Depreciation expense for the finance lease assets amounted to ₩6,817 million (2009: ₩5,135 million) for the year ended December 31, 2010.

The minimum lease payments under finance lease agreements and their present value as of December 31, 2010 and 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | | 2009 | | 2009. 1. 1 | |
|---|---|---|---|---|---|---|
| | Minimum lease payments | Present values | Minimum lease payments | Present values | Minimum lease payments | Present values |
| Within one year | 19,679 | 9,591 | 19,421 | 5,639 | 10,659 | 1,345 |
| From one year to five years | 73,862 | 40,356 | 73,155 | 22,685 | 32,866 | 9,214 |
| More than five years | 118,567 | 57,154 | 167,140 | 85,472 | 70,403 | 47,434 |
| **Total** | **212,108** | **107,101** | **259,716** | **113,796** | **113,928** | **57,993** |
| Present value adjustment | (105,007) | | (145,920) | | (55,935) | |
| Finance lease payables | 107,101 | | 113,796 | | 57,993 | |

## (C) Litigation

A. Civil class actions with respect to fixed pricing on the sales of TFT-LCD were filed against the Company and its subsidiaries in the United States. As of balance sheet date, the outcome of the investigation and civil actions can not be reasonably determined, the Company has not recorded any liability for these matters in the consolidated financial statements.

B. Based on the agreement entered into on August 24,1999 with respect to Samsung Motor Inc.'s ("SMI") bankruptcy proceedings, Samsung Motor Inc.'s creditors ("the Creditors") filed a civil action lawsuit against Mr. Kun Hee Lee, chairman of the Company, and 28 Samsung Group affiliates including the Company under joint and several liability for failing to comply with such agreement. Under the suit, the Creditors have sought 2,450,000 million (approximately $1.95 billion) for loss of principal on loans extended to SMI, a separate amount for breach of the agreement, and an amount for default interest.

SLI completed its Initial Public Offering ("IPO") on May 7, 2010. After disposing of 2,277,787 of the shares donated by Mr. Lee and payment of the principal balance owed to the Creditors,  878,000 million (approximately $0.80 billion) was deposited in to an escrow account. That remaining balance was to be used to pay the Creditors interest due to the delay in the SLI IPO. On January 11, 2011, the Seoul High Court ordered Samsung Group affiliates to pay  600,000 million (approximately $0.53 billion) to the Creditors and pay 5% annual interest for the period between May 8, 2010 and January 11, 2011, and pay 20% annual interest for the period after January 11, 2011 until the amounts owed to the Creditors are paid. In accordance with the Seoul High Court order,  620,400 million (which includes penalties and interest owed) was paid to the Creditors from the funds held in escrow during January 2011. Samsung Group affiliates and the Creditors all have appealed to the Korean Supreme Court. The Company has concluded that no provision for loss related to this matter should be reflected in the Company's consolidated financial statements at December 31, 2010.

C. As of December 31, 2010, the Company was named as a defendant in legal actions filed by 22 overseas companies including Philips, and as the plaintiff in legal actions against 4 overseas companies including Spansion Inc. for alleged patent infringements. As the outcome of these matters can not be reasonably determined, the Company has not recorded any liability for these matters in the consolidated financial.

D. As of December 31, 2010, the Company was also named as a defendant in legal actions filed by 34 domestic and overseas companies, and as the plaintiff in legal actions against 7 domestic and overseas companies relating to matters other than alleged patent infringements. The amount claimed against the Company in these cases totals  44,279 million, although in nine of the cases no amount has yet been claimed and the amount being claimed against other companies totals  2,603 million. As the outcome of these matters can not be reasonably determined, the Company has not recorded any liability for these matters in the consolidated financial.

E. In addition to the cases mentioned above, the Company's domestic and foreign subsidiaries have been involved in various claims and proceedings during the normal course of business. Samsung India Electronics (SIEL) and Samsung Electronics Iberia (SESA) located in Spain are undergoing tax investigations brought by the local tax authorities with claims amounting up to  110,892 million and  27,216 million, respectively. As of December 31, 2010, the amount of claims for which the Company's subsidiaries are the defendant is totals  62,574 million, including  5,710 million relating to Samsung Electronics America (SEA). The Company's management believes that, although the amount and timing of these matters can not be reasonably determined, the conclusion of these matters will not have a material adverse effect on the financial position of the Company.

F. As of December 31, 2010, Living Plaza, a subsidiary of SEC has provided two notes amounting to  30,000 million, to financial institutions as collaterals for the fulfillment of certain contracts.

G. In accordance with its risk management policy, the Company uses derivative instruments, primarily forward exchange contracts, to hedge foreign currency exchange rate risks regarding foreign assets and liabilities.

H. As of December 31, 2010, SEA and other overseas subsidiary have agreements with financial institutions to sell certain eligible trade accounts receivable under which, on an ongoing basis, a maximum of US$1.065 billion can be sold. SEC and Living Plaza, one of SEC's domestic subsidiaries, have trade notes receivable discounting facilities with financial institutions, including Shinhan Bank with a combined limit of up to  884,945 million. SEC has trade financing agreement with 26 banks including Woori Bank for up to US$11.398 billion and an accounts receivable factoring agreement with Korea Exchange Bank for up to  150,000 million. In addition, the Company has loan facilities with accounts receivable pledged as collaterals with financial institutions, including Woori Bank, for up to  1,163,000 million.

Samsung Mobile Display, one of domestic subsidiary has trade financing agreement with Woori Bank for up to  340 million, trade note receivable loan facility with Korea Exchange Bank for up to  10,000 million, and export bill negotiation agreement with four banks including Woori Bank for up to US$0.47 billion as of December 31, 2010.

Samsung Mobil Display and four other domestic subsidiaries has entered into a letter of credit facility agreement with 4 banks including Woori Bank for up to US$16.3 million and  45,000 million as of December 31, 2010.

SEMES and two other domestic subsidiaries have credit purchase facility agreements of up to  148,900 million with financial institutions, including Hana Bank, and S-LCD and one other domestic subsidiaries have general term loan facilities of up to  200,000 million with Kookmin Bank and one other bank.

## 18. Share Capital and Premium

The changes in the number of shares outstanding as of December 31, 2010, 2009 and January 1, 2009, are as follows:

*(In millions of Korean Won and number of shares)*

| | Number of shares (-) | Share capital | Share premium | Total |
|---|---|---|---|---|
| **At 1 January 2009** | 146,889,642 | 897,514 | 4,403,893 | 5,301,407 |
| Shares issued (--) | 1,235,479 | - | - | - |
| **At 31 December 2009** | 148,125,121 | 897,514 | 4,403,893 | 5,301,407 |
| Shares issued (--) | 1,571,690 | | | |
| **At 31 December 2010** | 149,696,811 | 897,514 | 4,403,893 | 5,301,407 |

(-) As of December 31, 2010 and 2009, and January 1, 2009, 19,853,734 shares of preferred stock were included in the number of shares.

(--) Treasury stocks were issued with respect to options exercised during 2009 and 2010 and the merger of Samsung Digital Imaging during 2010.

### Common stock and preferred stock

| Type of shares | Number of shares issued as at December 31, 2010 | Further shares authorized to issue under articles of incorporation as at December 31, 2010 |
|---|---|---|
| Common stock[1] | 129,843,077 | 250,303,189 |
| Preferred stock non-voting, non-cumulative[2] | 19,853,734 | - |
| Preferred stock non-voting, cumulative[3] | - | 100,000,000 |

[1] Common stock with par value of  5,000 per share.

[2] Non-cumulative, non-voting preferred stock with par value of  5,000 per share that were all issued on or before February 28, 1997 and are entitled to an additional cash dividend of 1% of par value over common stock.

[3] Cumulative, participating preferred stock with par value of  5,000 per share entitled to a minimum cash dividend at 9% of par value.

### Convertible securities

SEC is authorized to issue to investors, other than current shareholders, convertible debentures and debentures with warrants with face values up to  4,000,000 million and  2,000,000 million, respectively. The convertible debentures amounting to  3,000,000 million and  1,000,000 million are assigned to common stock and preferred stock, respectively. While the debentures with warrants amounting to  1,500,000 million and  500,000 million are assigned to common stock and preferred stock, respectively. As of December 31, 2010, there are no convertible securities currently in issue.

**Redemption of shares**

SEC is authorized, subject to the Board of Directors' approval, to retire treasury stock in accordance with applicable laws up to the maximum amount of certain undistributed earnings. As of December 31, 2010, 8,310,000 shares of common stock and 1,060,000 shares of non-voting preferred stock had been retired over three tranches, with the Board of Directors' approval. The par value of capital stock differs from paid-in capital as the retirement of capital stock was recorded as a deduction from retained earnings.

**Issuance of shares**

SEC is authorized, subject to the Board of Directors' approval, to issue shares of common or preferred stock to investors other than current shareholders for issuance of depository receipts, general public subscription, urgent financing with financial institutions, and strategic alliance.

a. SEC has issued global depositary receipts ("GDR") to overseas capital markets. The number of outstanding GDR as of December 31, 2010, 2009 and January 1, 2009, are as follows:

| | 2010 | | 2009 | | 2009. 1. 1 | |
|---|---|---|---|---|---|---|
| | Non-voting preferred stock | Common stock | Non-voting preferred stock | Common stock | Non-voting preferred stock | Common stock |
| Outstanding GDR | | | | | | |
| - Share of stock | 3,253,577 | 9,049,098 | 3,519,155 | 8,921,328 | 3,402,937 | 8,661,570 |
| - Share of GDR | 6,507,154 | 18,486,976 | 7,038,310 | 17,842,656 | 6,805,874 | 17,323,140 |

## 19. Retained Earnings

a. Retained earnings as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| **Appropriated** | | | |
| Legal reserve: | | | |
| Earned surplus reserve[1] | 450,789 | 450,789 | 450,789 |
| Discretionary reserve: | | | |
| Reserve for improvement of financial structure | 204,815 | 204,815 | 204,815 |
| Reserve for business rationalization | 11,512,101 | 10,512,101 | 9,512,101 |
| Reserve for overseas market development | 510,750 | 510,750 | 510,750 |
| Reserve for overseas investment losses | 164,982 | 164,982 | 164,982 |
| Reserve for research and human resource development | 33,936,458 | 29,936,458 | 26,936,458 |
| Reserve for export losses | 167,749 | 167,749 | 167,749 |
| Reserve for loss on disposal of treasury stock | 3,100,000 | 3,100,000 | 3,100,000 |
| Reserve for capital expenditure | 13,096,986 | 9,632,937 | 8,816,905 |
| **Unappropriated** | 21,869,920 | 16,384,666 | 12,416,667 |
| **Total** | 85,014,550 | 71,065,247 | 62,281,216 |

[1] The Commercial Code of the Republic of Korea requires the Company to appropriate to a legal reserve, an amount equal to a minimum of 10% of annual cash dividends declared, until the reserve equals 50% of its issued capital stock. The reserve is not available for the payment of cash dividends, but may be transferred to capital stock through a resolution of the Board of Directors or used to reduce accumulated deficit, if any, with the ratification of the shareholders.

## 20. Dividends

SEC declared cash dividends to shareholders of common stock and preferred stock as interim dividends for the six-month periods ended June 30, 2010 and 2009, and as year-end dividends for the years ended December 31, 2010 and 2009.

Details of interim dividends and year-end dividends are as follows:

(A) Interim dividends

*(In millions of Korean Won and number of shares)*

| | | 2010 | 2009 |
|---|---|---|---|
| Number of shares eligible for dividends | Common stock | 129,558,812shares | 127,160,064shares |
| | Preferred stock | 19,853,734shares | 19,853,734shares |
| Dividend rate | | 100% | 10% |
| Dividend amount | Common stock | 647,794 | 63,580 |
| | Preferred stock | 99,269 | 9,927 |
| | | 747,063 | 73,507 |

(B) Year-end dividends

*(In millions of Korean Won and number of shares)*

| | | 2010 | 2009 |
|---|---|---|---|
| Number of shares eligible for dividends | Common stock | 129,843,077shares | 128,271,387shares |
| | Preferred stock | 19,853,734shares | 19,853,734shares |
| Dividend rate | Common stock | 100% | 150% |
| | Preferred stock | 101% | 151% |
| Dividend amount | Common stock | 649,216 | 962,035 |
| | Preferred stock | 100,261 | 149,896 |
| | | 749,477 | 1,111,931 |

Dividend for the year 2010 will be paid in April, 2011 after approval from the general shareholders' meeting scheduled in March, 2011. The dividend for the year 2009 was paid on April 19, 2010. The statements of financial position as of December 31, 2010 and 2009 do not reflect these dividend payables as they had not yet been declared as at December 31, 2010 and 2009, respectively.

(C) Dividend payout ratio

| | 2010 | 2009 |
|---|---|---|
| Dividend payout ratio | 9.5% | 12.4% |

(D) Dividend yield ratio

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Common stock | Preferred stock | Common stock | Preferred stock |
| Dividend yield ratio | 1.1% | 1.6% | 1.0% | 1.6% |

## 21. Other Components of Equity

Other components of equity as of December 31, 2010, 2009 and January 1, 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009. 1. 1 |
|---|---|---|---|
| Treasury stock (-) | (7,761,927) | (8,404,791) | (8,910,135) |
| Stock option | 128,320 | 213,083 | 385,957 |
| Unrealized holding gains on available-for-sale financial assets | 1,608,035 | 681,608 | 575,400 |
| Share of associates and joint ventures accumulated other comprehensive gains | 1,185,333 | 797,876 | 747,997 |
| Foreign-currency translation differences | (957,579) | (745,777) | - |
| Others | 1,071,420 | 656,400 | 593,089 |
| | (4,726,398) | (6,801,601) | (6,607,692) |

(-) As of December 31, 2010, the Company holds 17,456,260 common shares and 2,979,693 preferred shares as treasury stocks.

## 22. Share Based Compensation

The Company has a stock option plan that provides for the granting of stock purchase options to employees or directors who have contributed or are expected to contribute to the management and technological innovation of the Company. No Share based compensation has been granted since December 20, 2005. All options currently in issue are fully vested.

A summary of the terms and the number of outstanding stock options as of December 31, 2010 is as follows:

| | Date of the grant | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | March 16, 2000 | March 9, 2001 | February 28, 2002 | March 25, 2002 | March 7, 2003 | April 16, 2004 | October 15, 2004 | December 20, 2005 |
| At January 1, 2009 | 521,715 | 925,815 | 425,757 | 56,890 | 165,442 | 524,871 | - | 10,000 |
| Exercised during 2009 | 467,208 | 476,406 | 150,253 | 24,036 | 56,607 | 60,969 | - | - |
| At December 31, 2009 | 54,507 | 449,409 | 275,504 | 32,854 | 108,835 | 463,902 | - | 10,000 |
| Exercised during 2010 | 54,507 | 273,337 | 115,283 | 1,879 | 33,960 | 119,334 | - | - |
| At December 31, 2010 | - | 176,072 | 160,221 | 30,975 | 74,875 | 344,568 | - | - |
| Exercise price | 272,700 | 197,100 | 329,200 | 342,800 | 288,800 | 580,300 | 460,500 | 606,700 |
| Weighted average share price at the date of exercise during 2009 | 675,010 | 710,883 | 708,166 | 769,943 | 712,980 | 765,098 | - | - |
| Weighted average share price at the date of exercise during 2010 | 779,377 | 853,456 | 845,473 | 840,201 | 852,484 | 863,578 | - | - |
| Exercise period from the date of the grant | 3-10years | 3-10years | 2-10years | 2-10years | 2-10years | 2-10years | 2-4years | 2-10years |

## 23. Expenses by Nature

Expenses by nature for the years ended December 31, 2010 and 2009, consists of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Wages and salaries | 11,380,257 | 8,526,254 |
| Pension expenses | 563,408 | 533,411 |
| Welfare expenses | 1,618,992 | 1,184,154 |
| Depreciation expenses | 10,847,374 | 10,771,334 |
| Amortization expenses | 546,522 | 366,402 |

## 24. Selling, General and Administrative Expenses

Selling, general and administrative expenses for the years ended December 31, 2010 and 2009, consists of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Wages and salaries | 3,373,365 | 2,618,223 |
| Pension expenses | 155,894 | 113,936 |
| Commission and service charges | 6,769,346 | 6,130,443 |
| Depreciation expenses | 351,085 | 321,447 |
| Amortization expenses | 227,195 | 78,083 |
| Advertising expenses | 3,282,798 | 2,702,874 |
| Sales promotion expenses | 3,271,993 | 3,416,652 |
| Transportation expenses | 4,108,830 | 3,333,470 |
| After service expenses | 2,454,601 | 2,441,778 |
| Public relation expenses | 494,599 | 471,026 |
| Others | 1,753,416 | 1,734,154 |
| | 26,243,122 | 23,362,086 |

## 25. Other Operating Income and Expense

Other operating income and expenses for the years ended December 31, 2010 and 2009, consists of the following:

### 1) Other operating income

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Dividend income | 32,829 | 28,120 |
| Commission income | 21,652 | 80,580 |
| Rental income | 96,562 | 92,853 |
| Gain on disposal of investments | 412,715 | 45,015 |
| Gain on disposal of property, plant and equipment | 282,941 | 54,524 |
| Gain on transfer of business | 179,418 | - |
| Other | 729,324 | 536,442 |
| | 1,755,441 | 837,534 |

### 2) Other operating expense

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Other bad debts expense | 15,254 | 6,821 |
| Loss from disposal of property, plant and equipment | 276,080 | 120,133 |
| Donations | 218,863 | 110,783 |
| Other | 569,738 | 654,547 |
| | 1,079,935 | 892,284 |

72

## 26. Finance Income and Expenses

Finance income and expenses for the years ended December 31, 2010 and 2009, consists of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Interest income | 558,113 | 361,006 |
| Interest income from loans and receivables | 556,624 | 360,962 |
| Interest income from available-for-sale financial assets | 1,489 | 44 |
| Realized foreign exchange gains | 6,012,626 | 7,699,429 |
| Unrealized foreign exchange gains | 496,543 | 1,322,525 |
| Other finance income | 397,846 | 344,297 |
| Finance income | 7,465,128 | 9,727,257 |
| Interest expense: | 581,091 | 535,287 |
| Interest expense from financial liabilities measured at amortized cost | 581,091 | 535,287 |
| Realized foreign exchange losses | 6,274,744 | 8,154,318 |
| Unrealized foreign exchange losses | 414,077 | 1,054,144 |
| Other finance expenses | 430,187 | 430,470 |
| Finance expenses | 7,700,099 | 10,174,219 |

The company recognizes the profits and losses regarding translation differences as financial income and expenses.

## 27. Income Tax

Income tax expense for the years ended December 31, 2010 and 2009, consists of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Current taxes: | | |
| Current tax on profits for the year | 3,330,420 | 1,947,943 |
| Adjustments in respect of prior years | (163,739) | 124,259 |
| | 3,166,681 | 2,072,202 |
| Deferred taxes: | | |
| Deferred income taxes-tax credit | (363,802) | 30,603 |
| Deferred income taxes-temporary difference | 341,137 | 250,637 |
| Deferred income taxes-accumulated operating loss | 41,036 | 74,610 |
| Items charged directly to equity | (2,921) | 2,994 |
| Income tax expense | 3,182,131 | 2,431,046 |

The tax on the company's profit before tax differs from the theoretical amount that would arise using the weighted average tax rate applicable to profits of the consolidated entities as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Income before tax | 19,328,656 | 12,191,596 |
| Weighted average tax rate | | |
| Tax calculated at domestic tax rates applicable to profits in the respective countries | 4,712,450 | 2,900,059 |
| Tax effects of: | | |
| Permanent difference | (126,283) | (74,873) |
| Temporary differences for which no deferred income tax was recognized | (88,469) | (142,395) |
| Tax credit | (1,887,582) | (801,854) |
| Overseas subsidiaries and associates operations | 527,553 | 518,936 |
| Other | 44,462 | 31,173 |
| Actual income tax expense | 3,182,131 | 2,431,046 |
| Effective tax rate | 16.5% | 19.9% |

The weighted average tax rate declined in 2010 compared to 2009 due to changes of the tax rates in certain countries, primarily due to a reduction in tax rates in Korea.

Deferred income tax assets and liabilities resulting from the tax effect of temporary differences including available tax credit carryforwards and undisposed accumulated deficit as of December 31, 2010, are as follows:

*(In millions of Korean Won)*

| | Temporary differences | | | Deferred income tax asset (Liabilities) | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Increase (Decrease) | Ending balance | Beginning balance | Increase (Decrease) | Ending balance |
| Deferred tax arising from temporary differences | | | | | | |
| Special reserves appropriated for tax purposes | (644,811) | 626,665 | (18,146) | (156,044) | 152,052 | (3,992) |
| Associates and joint ventures and other investments | (9,032,482) | (5,127,725) | (14,160,207) | (1,581,746) | (527,553) | (2,109,299) |
| Depreciation | (36,830) | 167,226 | 130,396 | (54,935) | 45,610 | (9,325) |
| Capitalized interest expense | (41,662) | 1,795 | (39,867) | (9,345) | 535 | (8,810) |
| Accrued income | (39,568) | (105,053) | (144,621) | (9,576) | (25,354) | (34,930) |
| Allowance (Technical expense, others) | 3,819,074 | (76,731) | 3,742,343 | 950,284 | (23,571) | 926,713 |
| Foreign currency translation | 77,823 | (100,845) | (23,022) | 17,512 | (24,080) | (6,568) |
| Impairment losses on investments | 34,395 | 11,025 | 45,420 | 7,568 | 2,426 | 9,994 |
| Others | (2,415,409) | 478,961 | (1,936,448) | (336,616) | 43,498 | (293,118) |
| | (8,279,470) | (4,124,682) | (12,404,152) | (1,172,898) | (356,437) | (1,529,335) |
| Deferred tax assets arising from the carryforwards | | | | | | |
| Undisposed accumulated deficit | 285,568 | (244,746) | 40,822 | 45,612 | (41,250) | 4,362 |
| Tax credit carryforwards | 1,348,621 | 233,204 | 1,581,825 | 1,056,534 | 363,902 | 1,420,436 |
| Deferred items recognized in other comprehensive income | | | | | | |
| Valuation of available-for-sale financial assets and others | (856,800) | (1,417,671) | (2,274,471) | (127,611) | (296,510) | (424,121) |

Deferred income tax assets and liabilities resulting from the tax effect of temporary differences including available tax credit carryforwards and undisposed accumulated deficit as of December 31, 2009, are as follows:

*(In millions of Korean Won)*

| | Temporary differences | | | Deferred income tax asset (Liabilities) | | |
|---|---|---|---|---|---|---|
| | Beginning balance | Increase (Decrease) | Ending balance | Beginning balance | Increase (Decrease) | Ending balance |
| **Deferred tax arising from temporary differences** | | | | | | |
| Special reserves appropriated for tax purposes | (1,282,294) | 637,483 | (644,811) | (296,129) | 140,085 | (156,044) |
| Associates and joint ventures and other investments | (5,222,534) | (3,809,948) | (9,032,482) | (1,062,810) | (518,936) | (1,581,746) |
| Depreciation | (68,879) | 32,049 | (36,830) | (55,939) | 1,004 | (54,935) |
| Capitalized interest expense | (44,027) | 2,365 | (41,662) | (8,646) | (699) | (9,345) |
| Accrued income | (223,605) | 184,037 | (39,568) | (54,064) | 44,488 | (9,576) |
| Allowance (Technical expense, others) | 3,255,634 | 563,440 | 3,819,074 | 825,490 | 124,794 | 950,284 |
| Foreign currency translation | 353,637 | (275,814) | 77,823 | 85,224 | (67,712) | 17,512 |
| Impairment losses on investments | 43,515 | (9,120) | 34,395 | 9,574 | (2,006) | 7,568 |
| Others | (3,003,119) | 587,710 | (2,415,409) | (489,112) | 152,496 | (336,616) |
| | **(6,191,672)** | **(2,087,798)** | **(8,279,470)** | **(1,046,412)** | **(126,486)** | **(1,172,898)** |
| **Deferred tax assets arising from the carryforwards** | | | | | | |
| Undisposed accumulated deficit | 541,659 | (256,091) | 285,568 | 101,728 | (56,116) | 45,612 |
| Tax credit carryforwards | 1,180,587 | 168,034 | 1,348,621 | 933,544 | 122,990 | 1,056,534 |
| **Deferred items recognized in other comprehensive income** | | | | | | |
| Valuation of available-for-sale financial assets and others | (1,500,634) | 643,834 | (856,800) | (169,566) | 41,955 | (127,611) |

The Company periodically assesses its ability to recover deferred income tax assets. In the event of a significant uncertainty regarding the Company's ultimate ability to recover such assets, deferred income tax assets are recognized only to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilized.

Temporary differences, whose deferred tax effects were not recognized due to the uncertainty regarding ultimate realizability of such assets, as of December 31, 2010 and 2009, and January 1, 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009.1.1 |
|---|---|---|---|
| Undisposed accumulated deficit | 37,803 | 99,497 | 142,658 |
| Tax credit carryforwards | 131,782 | 381,534 | 305,227 |
| Others | - | 53,657 | 50,182 |

Expiry date of unused tax losses, and unused tax credits for which no deferred tax asset is recognized in the balance sheet are as follows:

*(In millions of Korean Won)*

| | 2011 | 2012 | 2013 | 2014 and after |
|---|---|---|---|---|
| Undisposed accumulated deficit | - | - | - | 37,803 |
| Tax credit carryforwards | 11,391 | 65,612 | 7,662 | 47,117 |

The amount of income tax relating to each component of other comprehensive income is as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009.1.1 |
|---|---|---|---|
| Gain and loss on valuation of available-for-sale financial assets | (449,408) | (192,914) | (169,566) |
| Foreign currency translation adjustment | 25,287 | 65,303 | - |
| | **(424,121)** | **(127,611)** | **(169,566)** |

The analysis of deferred tax assets and deferred tax liabilities is as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 | 2009.1.1 |
|---|---|---|---|
| Deferred tax asset and deferred tax liabilities: | | | |
| to be recovered after more than 12 months | (3,315,386) | (2,482,155) | (2,233,685) |
| to be recovered within 12 months | 2,786,728 | 2,283,792 | 2,052,979 |

## 28. Earnings Per Share

Basic earnings per share is calculated by dividing the profit attributable to equity holders of the company by the weighted average number of ordinary shares in issue during the year excluding ordinary shares purchased by the company and held as treasury shares.

Basic earnings per share for the years ended December 31, 2010 and 2009, are calculated as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Net income as reported on the statements of income | 15,799,035 | 9,571,598 |
| Adjustments: | | |
| Dividends for preferred stock[1] | (199,530) | (159,823) |
| Undeclared participating preferred stock dividend[1] | (1,896,887) | (1,124,027) |
| Net income available for common stock | 13,702,618 | 8,287,748 |
| Weighted-average number of common shares Outstanding (In thousands) | 129,280 | 127,724 |
| **Basic earnings per share (In Korean Won)** | **105,992** | **64,888** |

[1] Basic earnings per preferred share (In Korean Won)

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Net income available for preferred stock | 2,096,417 | 1,283,850 |
| Weighted-average number of preferred shares Outstanding (In thousands) | 19,854 | 19,854 |
| **Basic earnings per preferred share (In Korean Won)** | **105,592** | **64,665** |

Diluted earnings per share is calculated by adjusting the weighted average number of ordinary shares outstanding to assume conversion of all dilutive potential ordinary shares. The company has one category of dilutive potential ordinary shares: Stock option. A calculation is done to determine the number of shares that could have been acquired at fair value (determined as the average annual market share price of the company's shares) based on the monetary value of the subscription rights attached to outstanding share options. The number of shares calculated as above is compared with the number of shares that would have been issued assuming the exercise of the share options.

Diluted earnings per share for the years ended December 31, 2010 and 2009, is calculated as follows:

*(In millions, except for share amounts)*

| | 2010 | 2009 |
|---|---|---|
| Net income available for common stock | 13,702,618 | 8,287,748 |
| Net income available for common stock and common equivalent shares | 13,702,618 | 8,287,748 |
| Weighted-average number of shares of common stock and common shares equivalent | 129,671,320 | 128,321,122 |
| Diluted earnings per share (In Korean Won) | 105,672 | 64,586 |

Diluted earnings per preferred share is equal to basic earnings per preferred share because stock options are not applicable to preferred shares.

## 29. Cash Generated from Operations

a. Cash flows from operating activities as of December 31, 2010 and 2009, consist of the following:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Adjustments for: | | |
| Tax expense | 3,182,131 | 2,431,046 |
| Finance income | (1,452,502) | (2,027,828) |
| Finance costs | 1,425,355 | 2,019,901 |
| Severance and retirement benefits | 563,408 | 533,411 |
| Depreciation expenses | 10,847,374 | 10,771,334 |
| Amortization expenses | 546,522 | 366,402 |
| Bad debt expenses | 115,078 | 103,325 |
| Gain on valuation of equity method | (2,267,091) | (1,713,299) |
| Gain on disposal of property, plant and equipment | (282,941) | (54,524) |
| Loss on disposal of property, plant and equipment | 276,080 | 120,133 |
| Obsolescence and scrappage of inventories | 1,284,956 | 458,826 |
| Net additions to provisions | 5,426,431 | 3,025,791 |
| Other income / expense | (150,047) | 928,948 |
| Adjustments, total | 19,514,754 | 16,963,466 |
| Changes in assets and liabilities: | | |
| Increase in trade receivables | (1,798,135) | (5,543,197) |
| Increase in other receivables | (137,460) | (821,214) |
| Decrease / (Increase) in advances | 242,472 | (209,626) |
| Increase in prepaid expenses | (1,841,462) | (1,597,524) |
| Decrease / (Increase) in other current asset | 102,521 | (246,799) |
| Increase in inventories | (4,812,756) | (1,064,595) |
| Decrease in other non-current asset | 19,683 | 158,409 |
| Increase in trade payables | 1,134,781 | 3,473,585 |
| Increase in other payables | 1,280,376 | 1,208,380 |
| (Decrease) / Increase in advance received | (386,029) | 401,156 |
| Increase in withholdings | 192,849 | 262,918 |
| Increase in accrued expenses | 1,181,443 | 393,248 |
| Increase / (Decrease) in other current liabilities | 91,143 | (16,888) |
| Utilization of provisions | (5,627,981) | (2,515,379) |
| Payment of severance benefits | (555,084) | (473,422) |
| Decrease in severance benefit deposit | (135,684) | (118,930) |
| Decrease in other non-current liabilities | (45,143) | (89,318) |
| Changes in net working capital, total | (11,094,466) | (6,599,196) |

b. Significant transactions not affecting cash flows for the years ended, 2010 and 2009, are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Increase in gain on valuation of available-for-sale securities | 1,193,297 | 143,637 |
| Reclassification of construction-in-progress and machinery-in-transit to other property, plant and equipment accounts | 14,351,744 | 8,850,888 |
| Increase in share of associates and joint ventures accumulated other comprehensive income | 387,457 | 49,879 |
| Net assets acquired in business combination | 1,043,554 | - |

c. The company reported on a net basis cash receipts and payments arising from transactions occurring frequently and financial instruments, loans, borrowings which maturity in less than 3 months.

## 30. Financial Risk Management

Financial risk factors

The Company is exposed to credit risk, liquidity risk and market risk. Market risk arises from currency risk, interest rate risk and fair value risk associated with investments. The Company has a risk management program in place to monitor and actively manage such risks.

Also, financial risk management officers are dispatched to the regional head quarters of each area including United States of America, England, Singapore, China, Japan, and Brazil to run and operate a local financial center for global financial risk management.

The Company's financial assets that are under financial risk management are composed of cash and cash equivalents, short-term financial instruments, available-for-sale financial assets, trade and other receivables and other financial assets. The Company's financial liabilities under financial risk management are composed of trade and other payables, borrowings and debentures and other financial liabilities.

(1) Market risk

(a) Foreign exchange risk

The Company is exposed to foreign exchange risk arising from various currency exposures, primarily with respect to the United States of America, European Union, Japan, other Asian countries and South America. Revenues and expenses arise from foreign currency transactions and exchange positions, and the most widely used currencies are the US Dollar, EU's EURO, Japanese Yen and Chinese Yuan. Foreign exchange risk management of the Company is carried out by both SEC and its subsidiaries. To minimize foreign exchange risk arising from operating activities, the Company's foreign exchange management policy requires all normal business transactions to be in local currency, or cash-in currency be matched up with cash-out currency. The Company's foreign risk management policy also defines foreign exchange risk, measuring period, controlling responsibilities, management procedures, hedging period and hedge ratio very specifically.

The Company limits all speculative foreign exchange transactions and operates a system to manage receivables and payables denominated in foreign currency. It evaluates, manages and reports foreign currency exposures to receivables and payables.

A summary of foreign assets and liabilities of the Company as of December 31, 2009 and 2010 is as follows:

*(In millions of Korean Won)*

| | 2010 | | | | 2009 | | | |
|---|---|---|---|---|---|---|---|---|
| | USD | EUR | JPY | Other | USD | EUR | JPY | Other |
| Financial assets | 2,489,727 | 210,014 | 5,286 | 210,501 | 2,824,738 | 243,906 | 14,712 | 228,157 |
| Financial liabilities | 2,323,562 | 205,674 | 120,991 | 72,043 | 2,587,024 | 196,341 | 36,759 | 49,287 |

The effect of foreign currency risk to net income is a sum of net foreign currency fluctuations of Korean Won against other foreign currency fluctuations. Foreign currency exposure to financial assets and liabilities of a 5% currency rate change against the Korean Won are presented below.

*(In millions of Korean Won)*

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Increase | Decrease | Increase | Decrease |
| Financial assets | 145,776 | (145,776) | 165,576 | (165,576) |
| Financial liabilities | (136,113) | 136,113 | (143,471) | 143,471 |
| Net effect | 9,663 | (9,663) | 22,105 | (22,105) |

(b) Price risk

The Company's investment portfolio consists of direct and indirect investments in listed and non-listed securities. The market values for the Company's equity investments for the year-ended December 31, 2010 and 2009 are 2,990,441 million and 1,458,642 million respectively. Refer to Note 7.

If there is change in price of equity investment by 1%, the amount of other comprehensive income changes for the year-ended December 31, 2010 and 2009 are 26,641 million and 12,297 million, respectively.

(c) Interest rate risk

Interest rate risk is defined as the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market interest rates. The Company is exposed to interest rate risk mainly arising through interest bearing liabilities and assets. The Company's position with regard to interest rate risk exposure is mainly driven by its debt obligations such as bonds, interest-bearing deposits and issuance of receivables. In order to avoid interest rate risk, the Company maintains minimum external borrowing by facilitating cash pooling systems on a regional and global basis. The Company manages exposed interest rate risk via periodic monitoring and handles risk factors on a timely basis.

As at the reporting date, the interest rate profile of the Company's interest bearing assets and liabilities is presented in the table below:

*(In millions of Korean Won)*

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Fixed rate | Floating rate | Fixed rate | Floating rate |
| Assets | 48,532,894 | - | 43,590,557 | - |
| Liabilities | 30,742,720 | 4,969,320 | 26,587,896 | 4,142,908 |

The sensitivity risk of the Company is determined based the following assumptions:

- When financial instruments are evaluated to profit and net equity as a result of changes in market interest rates which impact interest income (expense) to financial instruments are evaluated using floating interest rates.

Based on the above assumption, changes to profit and net equity as a result of 1% increases in interest rate on borrowings in foreign currency are presented below.

*(In millions of Korean Won)*

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Increase | Decrease | Increase | Decrease |
| Financial assets | - | - | - | - |
| Financial liabilities | (49,693) | 49,693 | (41,429) | 41,429 |

(2) Credit risk

Credit risk arises during the normal course of transactions and investing activities, where clients or other party fails to discharge an obligation. The Company monitors and sets the counterparty's credit limit on a periodic basis based on the counterparty's financial conditions, default history and other important factors.

There were no significant loans or other receivables which are overdue or subject to impairment, included in accounts receivables or other financial instruments. The Company has evaluated there is no indication of default by any of its counterparties.

Credit risk arises from cash and cash equivalents, savings and derivative instruments transactions with financial institutions. To minimize such risk, the Company transacts only with banks which have strong international credit rating (S&P A above), and all new transactions with financial institutions with no prior transaction history are approved, managed and monitored by the Company's finance team and the local financial center. The Company requires separate approval procedure for contracts with restrictions.

The top five customers account for approximately occupies 14.3% and 14.2% and 2,734,014 million and 2,527,089 million for the year ended 2010 and 2009, respectively, while the top three credit exposures by country amounted to 15.6%, 12.0% and 11.0% (December 31, 2009: 13.4%, 13.4% and 11.1%), respectively.

(3) Liquidity risk

The Company manages its liquidity risk to maintain adequate net working capital by constantly managing projected cash flows. Beyond effective working capital and cash management, the Company mitigates liquidity risk by contracting with financial institutions with respect to bank overdrafts, Cash Pooling or Banking Facility agreement for efficient management of funds. Cash Pooling program allows sharing of funds among subsidiaries to minimize liquidity risk and reduce financial expense.

The following table below is an undiscounted cash flow analysis for financial liabilities that are presented on the balance sheet according to their remaining contractual maturity.

Year ended December 31, 2010

*(In millions of Korean Won)*

|  | Less than 3 months | 4-6 months | 7-12 months | 1-2 years | More than 2 years |
|---|---|---|---|---|---|
| Financial liabilities | ₩ 30,303,459 | ₩ 245,863 | ₩ 2,409,404 | ₩ 623,227 | ₩ 2,403,727 |

Year ended December 31, 2009

*(In millions of Korean Won)*

|  | Less than 3 months | 4-6 months | 7-12 months | 1-2 years | More than 2 years |
|---|---|---|---|---|---|
| Financial liabilities | ₩ 23,714,278 | ₩ 231,348 | ₩ 3,226,914 | ₩ 1,279,017 | ₩ 2,553,339 |

(4) Capital risk management

The object of capital management is to maintain sound capital structure. Consistent with others in the industry, the Company monitors capital on the basis of the debt to equity ratio. This ratio is calculated as total liabilities divided by equity based on the consolidated financial statements.

During 2010, the Company's strategy was to maintain a reliable credit rating. The Company has maintained an A credit rating for long term debt from S&P and A1 from Moody's, respectively throughout the period. The gearing ratios at 31 December 2010 and 2009 were as follows:

*(In millions of Korean Won)*

|  | 2010 | 2009 |
|---|---|---|
| Total liabilities | ₩ 44,939,653 | ₩ 39,134,587 |
| Total equity | 89,349,091 | 73,045,202 |
| Gearing ratio | 50.3% | 53.6% |

## 31. Segment Information

The chief operating decision maker has been identified as the Management Committee. The Management Committee is responsible for making strategic decisions based on review of the group's internal reporting. The management committee has determined the operating segments based on these reports.

The Management Committee reviews operating profit of each operating segment in order to assess performance and make decisions about resources to be allocated to the segment.

The operating segments are product based and include Digital media, Telecommunication, Semiconductor, LCD and others.

The segment information provided to the Management committee for the reportable segments for the year ended 31 December 2010 and 2009 is as follows:

1) Year ended 31 December 2010

*(In millions of Korean Won)*

|  | Set | | | 2010 Summary of business by segment device | | | Others | Elimination | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
|  | Total | Digital Media | Tele-Communication | Total | Semiconductor | LCD |  |  |  |
| Total segment revenue | ₩ 214,945,026 | ₩ 132,443,114 | ₩ 81,502,962 | ₩ 134,384,718 | ₩ 72,806,264 | ₩ 62,162,133 | ₩ 12,768,940 | ₩ (207,468,356) | ₩ 154,630,328 |
| Inter-segment revenue | (115,898,073) | (75,185,552) | (40,303,412) | (67,546,082) | (35,167,480) | (32,242,249) | (24,024,201) | 207,468,356 | - |
| Revenue from external customers | 99,046,953 | 57,257,562 | 41,199,550 | 66,838,636 | 37,638,784 | 29,919,884 | (11,255,261) | - | 154,630,328 |
| Operating profit[1] | 4,822,401 | 486,182 | 4,302,554 | 12,089,126 | 10,110,698 | 1,991,990 | 385,009 | - | 17,296,536 |
| Total assets | ₩ 89,076,990 | ₩ 43,515,660 | ₩ 34,365,368 | ₩ 88,118,185 | ₩ 55,583,214 | ₩ 31,547,027 | ₩ 12,360,932 | ₩ (55,267,363) | ₩ 134,288,744 |

[1] Operating profit for each segment is inclusive of all consolidation eliminations.

2) Year ended 31 December 2009

*(In millions of Korean Won)*

|  | Set | | | 2009 Summary of business by segment device | | | Others | Elimination | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
|  | Total | Digital Media | Tele-Communication | Total | Semiconductor | LCD |  |  |  |
| Total segment revenue | ₩ 207,745,409 | ₩ 114,328,769 | ₩ 72,748,628 | ₩ 110,092,134 | ₩ 54,813,121 | ₩ 55,279,013 | ₩ 2,672,165 | ₩ (184,186,038) | ₩ 136,323,670 |
| Inter-segment revenue | (116,486,918) | (63,066,694) | (35,157,318) | (57,447,689) | (28,005,498) | (29,442,191) | (10,251,431) | 184,186,038 | - |
| Revenue from external customers | 91,258,491 | 51,262,075 | 37,591,310 | 52,644,445 | 26,807,623 | 25,836,822 | (7,579,266) | - | 136,323,670 |
| Operating profit[1] | 7,162,479 | 3,059,935 | 4,091,052 | 3,602,445 | 2,058,733 | 1,707,433 | 160,335 | - | 10,925,259 |
| Total assets | ₩ 78,804,810 | ₩ 42,605,421 | ₩ 31,882,983 | ₩ 76,543,625 | ₩ 45,458,634 | ₩ 30,959,630 | ₩ 7,845,175 | ₩ (51,013,821) | ₩ 112,179,789 |

[1] Operating profit for each segment is inclusive of all consolidation eliminations.

The regional segment information provided to the Management committee for the reportable segments for the year ended 31 December 2010 and 2009 is as follows:

### 1) Year ended 31 December 2010

*(In millions of Korean Won)*

| | Korea | America | Europe | Asia | China | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|
| Total segment revenue | 137,732,753 | 63,898,852 | 64,245,381 | 33,988,191 | 62,233,507 | (207,468,356) | 154,630,328 |
| Inter-segment revenue | (111,880,989) | (20,378,256) | (28,115,494) | (9,134,491) | (37,959,126) | 207,468,356 | - |
| Revenue from external customers | 25,851,764 | 43,520,596 | 36,129,887 | 24,853,700 | 24,274,381 | - | 154,630,328 |
| Non-current assets[1] | 47,622,520 | 4,926,910 | 971,032 | 1,062,261 | 1,625,001 | (463,691) | 55,744,033 |

[1] The total of non-current assets other than financial instruments, deferred tax assets, and employment benefit.

### 2) Year ended 31 December 2009

*(In millions of Korean Won)*

| | Korea | America | Europe | Asia | China | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|
| Total segment revenue | 110,741,944 | 58,062,772 | 60,805,451 | 32,983,431 | 57,916,110 | (184,186,038) | 136,323,670 |
| Inter-segment revenue | (88,797,775) | (24,290,630) | (25,608,233) | (11,337,254) | (34,152,146) | 184,186,038 | - |
| Revenue from external customers | 21,944,169 | 33,772,142 | 35,197,218 | 21,646,177 | 23,763,964 | - | 136,323,670 |
| Non-current assets[1] | 39,153,137 | 3,002,249 | 752,893 | 684,465 | 1,607,773 | (384,214) | 44,816,303 |

[1] The total of non-current assets other than financial instruments, deferred tax assets, and employment benefit.

## 32. Related-party Transactions

### 1) Associates

The principal associate companies are Samsung SDI Co., Ltd., Samsung Electro-mechanics, Samsung SDS, Samsung Techwin Co., Ltd., and Samsung card Co., Ltd.

Transactions with associates for the years ended December 31, 2010, 2009, and the related receivables and payables as of December 31, 2010, 2009 are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| **Inter-company transactions** | | |
| Sales | 1,503,642 | 1,043,837 |
| Purchases | 7,262,621 | 7,293,642 |
| **Receivables and payables** | | |
| Receivables | 183,812 | 152,527 |
| Payables | 816,473 | 1,014,765 |

### 2) Joint ventures

The principal joint venture companies are Samsung Corning Precision Glass, and Samsung Siltronic Wafer.

Transactions with joint venture partners for the years ended December 31, 2010, 2009, and the related receivables and payables as of December 31, 2010, 2009 are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| **Inter-company transactions** | | |
| Sales | 12,690 | 47,739 |
| Purchases | 3,212,732 | 2,805,947 |
| **Receivables and payables** | | |
| Receivables | 131 | 950 |
| Payables | 126,906 | 97,322 |

### 3) Other related parties

Samsung Everland and Samsung Petrochemical, etc. are defined as related parties for the company.

Transactions with other related parties for the years ended December 31, 2010, 2009, and the related receivables and payables as of December 31, 2010, 2009 are as follows:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| **Inter-company transactions** | | |
| Sales | 598,795 | 42,592 |
| Purchases | 478,122 | 310,297 |

| | 2010 | 2009 |
|---|---|---|
| **Receivables and payables** | | |
| Receivables | 233,649 | 216,899 |
| Payables | 109,875 | 67,060 |

### 4) Key management compensation

Key management includes directors (executive and non-executive), members of the Executive Committee. The compensation paid or payable to key management for employee services is shown below:

*(In millions of Korean Won)*

| | 2010 | 2009 |
|---|---|---|
| Salaries and other short-term benefits | 18,222 | 12,322 |
| Termination benefits | 2,633 | 965 |
| Other long-term benefits | 7,634 | 2,807 |

## 33. Business Combination

The Company acquired Samsung Digital Imaging Co., Ltd. with a closing date of April 1, 2010 to improve shareholders' value through enhancement of business efficiency and maximization of synergy effect with other existent businesses. The acquisition of Samsung Digital Imaging Co., Ltd. was approved by the Board of Directors of the Company on December 15, 2009. None of the goodwill recognized is expected to be deductible for income tax purposes.

(1) Overview of the acquired company

| Name of the acquired company | Samsung Digital Imaging Co., Ltd. |
|---|---|
| Headquarters location | Suwon-si, Gyeonggi-do Korea |
| Representative director | Sang-Jin Park |
| Classification of the acquired company | Listed company in the Korea stock exchange |
| Former relationship with the Company | An associated company |

(2) Terms of the business combination

The shareholders of Samsung Digital Imaging Co., Ltd. received 0.0577663 shares of the Company's common stock for each share of Samsung Digital Imaging Co., Ltd. common stock owned on the closing date. The Company transferred its treasury stocks to the shareholders of Samsung Digital Imaging, instead of issuing new stocks to them.

(3) Purchase price allocation

The following table summarizes the consideration paid for Samsung Digital Imaging Co., Ltd. and the amounts of the assets acquired and liabilities assumed recognized at the acquisition date.

| Classification | Amount (In millions of Korean Won) |
|---|---|
| I. Considerations transferred | |
| Fair value of consideration transferred (*1) | 812,154 |
| Fair value of previously held equity interest in the acquiree (*2) | 278,949 |
| Total | 1,091,103 |
| II. Identifiable assets and liabilities | |
| Cash and cash equivalents | 63,470 |
| Trade and other receivables (*3) | 290,407 |
| Inventories | 88,133 |
| Property, plant, and equipment | 40,678 |
| Intangible assets | 307,454 |
| Other financial assets | 75,202 |
| Trade and other payables | (213,454) |
| Short-term borrowings | (83,660) |
| Long-term trade and other payables | (62,125) |
| Retirement benefit obligation | (24,574) |
| Deferred income tax liabilities | (14,711) |
| Total | 466,820 |
| III. Goodwill (*4) | 624,283 |

(*1) The Company transferred its treasury stocks to the shareholders of Samsung Digital Imaging Co., Ltd and re-measured the transferred treasury stock at its acquisition-date (April 1, 2010) fair value. The Company recognized KRW 398,090 million of gain on disposal and has paid KRW 15,921 million for the odd-lot prices.

(*2) The Company held 25.5% of equity interest in Samsung Digital Imaging Co.,Ltd. and remeasured its previously held equity interest at its acquisition-date (April 1, 2010) fair value. Accordingly, the Company recorded resulting gain of KRW 216,747 million.

(*3) Fair value of acquired trade and other receivables (KRW 290,407 million) include trade receivables amounting to KRW 274,369 million. Total nominal amount of the receivables is KRW 290,407 million, and none of them are expected to be uncollected.

(*4) The goodwill is attributable to increased efficiency of digital camera business management and the synergy effect expected from combining Samsung Digital Imaging Co., Ltd. and the related existing businesses.

If the acquisition had occurred on January 1, 2010, the consolidated revenue and net profit for the year ended December 31, 2010 would have increased by KRW 421,513 million and KRW 14,753 million, respectively. The amounts of revenue and net profit of the acquiree since the acquisition date (April 1, 2010) included in the consolidated statement of income for the year ended December 31, 2010 are KRW 2,264,243 million and KRW 63,228 million, respectively.

## 34. Events after the Reporting Period

1) Merger of Samsung Gwangju Electronics

The Company acquired Samsung Gwangju Electronics with a closing date of January 1, 2011 to improve shareholder value through enhancement of business efficiency and manufacturing competitiveness in the digital media (appliance) business. The approval of the Board of Directors of the Company replaces shareholders' meeting approval of the acquisition, as the acquisition of Samsung Gwangju Electronics is a small and simple merger as defined in the commercial law.

(1) Overview of the acquired company

| Name of the acquired company | Samsung Gwangju Electronics |
|---|---|
| Headquarters location | Gwangju, Gwangsan-gu |
| Representative director | Chang-wan Hong |
| Classification of the acquired company | Unlisted company |
| Former relationship with the Company | Subsidiary |

(2) Terms of the business combination

The shareholders of Samsung Gwangju Electronics. received 0.0252536 shares of the Company's common stock for each share of Samsung Gwangju Electronics common stock owned on the closing date. The Company transferred its treasury stocks to the shareholders of Samsung Gwangju Electronics, instead of issuing new stocks.

2) Acquisition of Medison and Prosonic

The Company entered into contracts to acquire 43.5% of Medison's shares and 100% of Prosonic's shares, of KRW 331,384 million, on February 16, 2011 with approval of the Board of Directors on December 14, 2010.

# GLOBAL NETWORK

## GLOBAL HEADQUARTERS

**Samsung Electronics Co., Ltd.**
Samsung Electronics Bldg.,
1320-10, Seocho 2-dong,
Seocho-gu, Seoul 137-857, Korea
Tel: 82- 2- 2255- 0114
www.samsung.com

## REGIONAL HEADQUARTERS

**North America**
Samsung Electronics
North America Headquarters
105 Challenger Road, Ridgefield Park,
NJ 07660, USA

**Latin America**
Samsung Electronics
Latin America Headquarters
Samsung Electronica Da Amazonia Ltda.
Avenida das Nacoes Unidas,
12901, 8 andar, Torre Oeste,
Brooklin Novo, CEP 04578-000,
São Paulo, SP, Brasil

**Europe**
Samsung Electronics
Europe Headquarters
Samsung House, 1000 Hillswood Drive,
Chertsey, Surrey, KT16 0PS, UK

**Southeast Asia**
Samsung Electronics
Southeast Asia & Oceania Headquarters
3 Church Street #26-01 Samsung Hub,
Singapore 049483, Singapore

**China**
Samsung Electronics
China Headquarters
20th Fl., China Merchants Tower NO.118,
Jian Guo Lu, Chao Yang District,
Beijing, China 100022

**CIS**
Samsung Electronics Co., Ltd.
CIS & Baltics Headquarters
Bolshoi Gnezdnikovsky Lane 1,
Bldh 2 125009 Moscow Russia

**Middle East & Africa**
Samsung Electronics
Middle East & Africa Headquarters
PO BOX 500047, Concord Tower
19th Fl., AL Soufouh Rd. Media City,
Dubai, UAE

**Southwest Asia**
Samsung Electronics
Southwest Asia Headquarters
3rd Fl., Tower-C, Vipul Tech Square,
Sector-43, Golf Course Road,
Grugaon, India

**Korea**
Samsung Electronics
Korea Headquarters
22nd Fl., Samsung Life Bldg.,
1321-15, Seocho 2-dong,
Secho-gu, Seoul 137-955, Korea

## PRODUCTION NETWORK

### KOREA

**Suwon Complex**
416, Maetan-3-dong, Yeongtong-gu,
Suwon, Gyeonggi-do
Tel: 82- 31- 200- 1114

**Gumi Plant 1**
259, Gongdan-dong,
Gumi, Gyeongsangbuk-do
Tel: 82- 54- 479- 5114

**Gumi Plant 2**
94-1, Imsu-dong,
Gumi, Gyeongsangbuk-do
Tel: 82- 54- 479- 5114

**Giheung Complex**
San-24, Nongseo-dong Giheung-gu,
Yongin, Gyeonggi-do
Tel: 82- 31- 209- 7114

**Hwaseong Plant**
San-16, Banweol-dong Hwaseong,
Gyeonggi-do
Tel: 82- 31- 209- 7114

**Onyang Plant**
San-723, Buksu-ri Baebang-eup,
Asan, Chungcheongnam-do
Tel: 82- 41- 540- 7114

**Tangjeong Plant**
200, Myeongam-ri Tangjeong-myeon,
Asan, Chungcheongnam-do
Tel: 82- 41- 535- 1114

**Cheonan Plant**
510, Seongseong-dong, Cheonan,
Chungcheongnam-do
Tel: 82- 41- 529- 7114

**Gwangju Plant**
271, Oseon-dong
Gwangsan-gu, Gwangju
Tel: 82- 62- 950- 6114

### ASIA PACIFIC

**China**
Samsung Electronics Huizhou
Company (SEHZ), Huizhou
Tel: 86- 752- 389- 7777

Samsung Electronics Suzhou
Computer (SESC), Suzhou
Tel: 86- 512- 6253- 8988 (6088)

Samsung Electronics Suzhou LCD
Co., Ltd. (SESL), Suzhou
Tel: 86- 512- 6253- 0188

Samsung Electronics Suzhou
Semiconductor Co., Ltd.
(SESS), Suzhou
Tel: 86- 512- 6761- 1121

Tianjin Samsung Electronics
Company (TSEC), Tianjin
Tel: 86- 22- 2532- 1234

Tianjin Samsung Electronics Display
(TSED), Tianjin
Tel: 86- 22- 2396- 1234

Tianjin Samsung Telecommunication
Technology Co. (TSTC), Tianjin
Tel: 86- 22- 8396- 9600

Tianjin Tongguang Samsung
Electronics Company (TTSEC), Tianjin
Tel: 86- 22- 2396- 1234

Tianjin Samsung Opto - Electronics
Co., Ltd. (TSOE), Tianjin
Tel: 86- 22- 2388- 7788

Samsung Electronics Shandong
Digital Printing Co., Ltd. (SSDP), Weihai
Tel: 86- 631- 562- 6868

Shenzhen Samsung Kejian Mobile
Telecommunication Technology
Co., Ltd. (SSKMT), Shenzhen
Tel: 86- 755- 2699- 0888

Suzhou Samsung Electronics
Co., Ltd. (SSEC), Suzhou
Tel: 86- 512- 6258- 1234

**India**
Samsung India Electronics
of Production Ltd.
(SIEL-PIVD)), Noida
Tel: 91- 120- 256- 8251

Samsung India Electronics
of Product – Chennai
(SIEL-PIC)), Kancheepuram District
Tel: 91- 44- 6710- 3000

**Indonesia**
P.T. Samsung Electronics Indonesia
of Production (SEIN-P), Cikarang
Tel: 62- 21- 8983- 7114

**Malaysia**
Samsung Electronics Display Malaysia
Sdn. Bhd. (SDMA-VD), Seremban
Tel: 60- 6- 678- 3010

Samsung Electronics Malaysia
Sdn. Bhd. (SEMA), Klang
Tel: 60- 3- 3176- 2050

**Philippines**
Samsung Electronics Philippines
Manufacturing Corp. (SEPHIL),
Laguna Calamba City
Tel: 63- 49- 545- 1144

**Thailand**
Thai Samsung Electronics
of Production Co., Ltd.
(TSE-P), Sriracha
Tel: 66- 38- 320- 777

**Vietnam**
Samsung Vina Electronics Co - Product
(SAVINA-P), Ho Chi Minh City
Tel: 84- 8- 3896- 5500

Samsung Vina Electronics Co.
(SAVINA-S), Ho Chi Minh City
Tel: 84- 8- 3821- 1111

Samsung Electronics Vietnam
(SEV), Bac Ninh City
Tel: 84- 241- 856- 000

### CIS

**Russia**
Samsung Electronics Russia (SERK), Kaluga
Tel: 7- 484- 38- 67- 000

### EUROPE

**Hungary**
Samsung Electronics Hungarian
of Production Co., Ltd. (SEH-P),
Jaszfenyszaru
Tel: 36- 57- 522- 200

**Slovakia**
Samsung Electronics Slovakia, S.R.O.
(SESK), Galanta
Tel: 421- 31- 7882- 111

**Poland**
Samsung Electronics Poland
Manufacturing (SEPM), Wronki
Tel: 48- 608- 157- 197

## NORTH & SOUTH AMERICA

**Brazil**
Samsung Electronica Da Amazonia
Ltda. (SEDA-P(M)), Manaus
Tel: 55- 92- 4009- 1010

Samsung Electronica Da Amazonia
Ltda. (SEDA-P(C)), Campinas
Tel: 55- 19- 4501- 2001

**Mexico**
Samsung Electronics Mexico
(SEM-P), Queretaro
Tel: 52- 442- 296- 9003

**United States**
Samsung Austin Semiconductor, Llc
(SAS), Austin
Tel: 1- 512- 672- 1000

Samsung Mexicana S.A. de C.V.
(SAMEX), San Diego
Tel: 1- 619- 671- 1669

## SALES NETWORK

### ASIA PACIFIC

**Australia**
Samsung Electronics Australia
Pty. Ltd. (SEAU), Sydney
Tel: 61- 2- 9763- 9700

**China**
Shanghai Samsung Semiconductor
(SSS), Shanghai
Tel: 86- 21- 5258- 2211

Samsung China Investment
Corp. (SCIC), Beijing
Tel: 86- 10- 6566- 8100

**Hong Kong**
Samsung Electronics H.K.
Co., Ltd. (SEHK-Set), Wanchai
Tel: 852- 2862- 6300 (6900)

**India**
Samsung India Electronics of Sales Ltd.
(SIEL-S), New Delhi
Tel: 91- 11- 5151- 1234

Samsung Telecommunications India
Private Ltd. (STI), Haryana
Tel: 91- 124- 436- 8000

**Indonesia**
P.T. Samsung Electronics Indonesia of Sales
(SEIN-S), Jakarta
Tel: 62- 21- 5299- 1777

**Japan**
Samsung Japan Corporation
(SJC), Tokyo
Tel: 81- 3- 6234- 2111

**Malaysia**
Samsung Malaysia Electronics
Sdn. Bhd. (SME-Set), Kuala Lumpur
Tel: 60- 3- 2263- 6600

**Philippines**
Samsung Electronics Philippines
Corp. (SEPCO), Manila
Tel: 63- 2- 722- 7777

**Singapore**
Samsung Asia Pte. Ltd. (SAPL)
Tel: 65- 6833- 3106

**Taiwan**
Samsung Electronics Taiwan
of Sales Ltd. (SET-Set), Taipei
Tel: 886- 2- 6603- 5168

**Thailand**
Thai Samsung Electronics Co., Ltd.
(TSE-S), Bangkok
Tel: 66- 2- 695- 9000

### CIS & BALTICS

**Russia**
Samsung Electronics Russia
Corp. (SERC), Moscow
Tel: 7- 095- 797- 2344

**Ukraine**
Samsung Electronics Ukraine
Company (SEUC), Kiev
Tel: 380- 44- 390- 5333

**Kazakhstan**
Samsung Electronics KZ LLP
(SEKZ), Almaty
Tel: 7- 3272- 585- 965

### EUROPE

**Austria**
Samsung Electronics Austria
GmbH (SEAG), Vienna
Tel: 43- 1- 516- 1528

Samsung Electronics
Adria (SEAD), Vienna
Tel: 43- 1- 516- 153- 598

**France**
Samsung Electronics France
(SEF), Saint-Denis
Tel: 33- 1- 4921- 7000

**Germany**
Samsung Electronics GmbH
(SEG), Schwalbach
Tel: 49- 6196- 6660

Samsung Semiconductor Europe
GmbH (SSEG), Eschborn
Tel: 49- 6196- 66- 3300

**Greece**
Samsung Electronics Greece S.A.
(SEGR), Athens
Tel: 30- 210- 689- 6235

**Hungary**
Samsung Electronics Hungarian
Private Co., Ltd. (SHE-S), Budapest
Tel: 36- 1- 453- 1180

**Rumania**
Samsung Electronics Romania SRL
(SEROM), Bucharest
Tel: 40- 31- 620- 8152

**Italy**
Samsung Electronics Italia S.P.A
(SEI), Milan
Tel: 39- 02- 921- 891

**Netherlands**
Samsung Electronics Benelux
B.V. (SEBN), Delft
Tel: 31- 15- 219- 6100

**Poland**
Samsung Electronics Polska
(SEPOL), Warsaw
Tel: 48- 22- 607- 4400

**Portugal**
Samsung Electronica Portuguesa
S.A. (SEP), Lisbon
Tel: 351- 21- 425- 1000

**Spain**
Samsung Electronics Iberia, S.A.
(SESA), Madrid
Tel: 34- 91- 714- 3700

**Sweden**
Samsung Electronics Nordic AB
(SENA), Upplands Väsby
Tel: 46- 8- 555- 05700

**United Kingdom**
Samsung Electronics U.K. Ltd.
(SEUK), Chertsey
Tel: 44- 1932- 455- 000

Samsung Semiconductor Europe
Ltd. (SSEL), Weybridge
Tel: 44- 1932- 823- 500

**Czech**
Samsung Electronics Czech
and Slovak, S.R.O (SECZ), Prague
Tel: 420- 225- 020- 710

**Latvia**
Samsung Electronics Baltics
(SEB), Riga
Tel: 371- 6750- 8500

## MIDDLE EAST & AFRICA

**United Arab Emirates**
Samsung Gulf Electronics Co., Ltd.
(SGE), Dubai
Tel: 971- 4- 364- 8600

**South Africa**
Samsung Electronics South Africa
(Pty) Ltd. (SSA), Johannesburg
Tel: 27- 11- 463- 5678

**Turkey**
Samsung Electronics Turkey Ltd.
(SETK), Istanbul
Tel: 90- 212- 407- 0600

**Iran**
Samsung Electronics Co., Ltd.
(Tehran Branch), Tehran
Tel: 98- 21- 875- 8551

**Israel**
Samsung Electronics Co., Ltd.
(Tel-Aviv Branch), Tel-Aviv
Tel: 972- 77- 902- 6276/16

**Saudi Arabia**
Samsung Electronics Co., Ltd.
(Jeddah L/Branch), Jeddah
Tel: 966- 2- 665- 0940

**Jordan**
Samsung Electronics Levant
Co., Ltd. (SELV), Amman
Tel: 962- 6- 577- 7457

**Morocco**
Samsung Electronics Morocco
Co., Ltd. (SEMRC), Casablanca
Tel: 212- 22- 335- 383

**Algeria**
Samsung Electronics Co., Ltd.
(Algiers Branch), Algiers
Tel: 213- 21- 59- 1029- 30

**Tunisia**
Samsung Electronics Co., Ltd.
(Tunis Branch), Tunis
Tel: 216- 1- 860- 275/234

**Kenya**
Samsung Electronics Co., Ltd.
(Nairobi Branch), Nairobi
Tel: 254- 2- 273- 0434

**Pakistan**
Samsung Electronics Co., Ltd.
(Lahore Branch), Lahore
Tel: 92- 42- 3594- 1281

**Nigeria**
Samsung Electronics West Africa
Limited (SEWA), Lagos
Tel: 234- 1- 461- 7611

## NORTH AMERICA

**Canada**
Samsung Electronics Canada Inc.
(SECA), Toronto
Tel: 1- 905- 542- 3535

**Mexico**
Samsung Electronics Mexico Sales
(SEM-S), Mexico City
Tel: 52- 55- 5747- 5100

**United States**
Samsung Electronics America, Inc.
(SEA), Ridgefield Park
Tel: 1- 201- 229- 4000

Samsung Semiconductor, Inc.
(SSI), San Jose
Tel: 1- 408- 544- 4000

Samsung Telecommunications
America (STA), Richardson
Tel: 1- 972- 761- 7000

## LATIN AMERICA

**Argentina**
Samsung Electronics Argentina, S.A.
(SEASA), Buenos Aires
Tel: 54- 11- 4109- 4000

**Brazil**
Samsung Electronica Da Amazonia
of Sales Ltda. (SEDA-S), São Paulo
Tel: 55- 11- 5644- 6400

**Chile**
Samsung Electronics Chile
(SECH), Santiago
Tel: 56- 2- 485- 8500

**Colombia**
Samsung Electronics Latin
America Colombia S.A. (SAMCOL), Bogota
Tel: 57- 1- 487- 0707

**Panama**
Samsung Electronics Latino America
S.A. (SELA), Panama City
Tel: 507- 210- 1122

**Peru**
Samsung Electronics Peru
(SEPR), Lima
Tel: 51- 1- 221- 4134

www.samsung.com

Published by **Samsung Electronics** · Produced by **Cheil Worldwide** · Created by **moon design**