# EXHIBIT 4

Case 5:11-cv-01846-LHK   Document 643-9   Filed 01/17/12   Page 2 of 6



Site Map   Contact Us

ETSI Standards Search

Home   About ETSI   Membership   News & Events   Our Services   Standards   Technologies   Committees & Portal

**You are here:** About ETSI

Print page
Bookmark page
Email to colleague

**About ETSI**

- Introduction
- How we work
- Our structure
- Annual Report
- Our role in Europe
- Our global role
- ETSI for SMEs
- Pre-standardization and R&D
- IPRs in ETSI
- Vacancies in ETSI
- Visiting ETSI

## About ETSI

The European Telecommunications Standards Institute (ETSI) produces globally-applicable standards for Information and Communications Technologies (ICT), including fixed, mobile, radio, converged, broadcast and internet technologies.

We are officially recognized by the European Union as a European Standards Organization. The high quality of our work and our open approach to standardization has helped us evolve into a European roots - global branches operation with a solid reputation for technical excellence.

ETSI is a not-for-profit organization with more than 700 ETSI member organizations drawn from 62 countries across 5 continents world-wide.

In this section you will find a more detailed description of ETSI, information on how we work, how we are structured, our role and useful information for visiting ETSI.

**It takes less than 5 minutes**
**to learn about ETSI, its services and membership !**

© ETSI 2011   ETSI is certified ISO 9001:2008

Privacy   Terms of use   Accessibility   Text Size A   A   A

  

Site Map   Contact Us



ETSI Standards Search

Home     About ETSI     Membership     News & Events     Our Services     Standards     Technologies     Committees & Portal

You are here: About ETSI > Introduction > Our history

**About ETSI**

≫ **Introduction**

   Vision and Mission

   Open approach to business

   Funding ETSI

   **Our history**

≫ How we work

≫ Our structure

   Annual Report

≫ Our role in Europe

≫ Our global role

≫ ETSI for SMEs

≫ Pre-standardization and R&D

≫ IPRs in ETSI

   Vacancies in ETSI

≫ Visiting ETSI

## Our history

Print page
Bookmark page
Email to colleague

   

| Diodato Gagliardi (Director General, 1988 - 1990) | Karl-Heinz Rosenbrock (Director General, 1990 - 2006) | Walter Weigel (Director General, 2006 - 2011) | Luis Jorge Romero Saro (Director General, 2011 - today) |

Some landmark events…

- 2009: Publication of ETSI book 'ICT Shaping the World'
- 2008: ETSI's 20th Anniversary
- 2008: Introduction of ISGs
- 2008: Launch of Interopolis
- 2006: election of Walter Weigel, Director General
- 2006: Smart Cards - decision taken to use USB Inter Chip technology as the basis for high speed protocol
- 2006: 60 million DECT$^{TM}$ terminals were sold throughout the world. Work starts on New Generation DECT$^{TM}$ (Wideband voice and IMS compatibility)
- 2006: ETSI's Lawful Interception handover standard deployed in Europe, Australia & USA
- 2005: the start of a Membership revival after the 2001 telecoms 'bust'. First increase in Membership since 2001 (489)
- 2005: ETSI BRAN committee and the ETSI PTCC provide expertise in the creation of test specifications for WiMAX
- 2005: ETSI TISPAN committee completes Release 1 of the ETSI NGN Standard - 70 deliverables
- 2004: Release 6 of the 3GPP$^{TM}$ specifications is frozen. Over 530 new specifications produced in the year…IMS phase2, Lawful Interception, WLAN interworking, MMBroadcast, PoC, DRM, Presence…
- 2004 ETSI TISPAN committee starts work on Release 1 of the ETSI NGN Standard
- 2003: ETSI signed the @LIS contract with the European Commission to provide a 'dialogue for standards' in Latin America.
- 2003: contract with OMA for Fora-hosting services signed, ETSI to provide a technical secretariat and electronic working platforms for the Alliance.
- 2002: 4.75 million euro invested by ETSI Members in Funded Projects and Specialist Task Forces (STF), to speed up the production of urgent standards.
- 2002: all ETSI rooms fitted with 11Mbit/s WLAN access points
- 2002: ETSI hosts an Emergency Telecommunications (EMTEL) Workshop, leading to the creation of ETSI EMTEL Special Committee
- 2002: ETSI publishes 2400 deliverables - EN's, TS's, TR's, etc.
- 2001: election of Jorgen Friis, Deputy Director General
- 2001: ETSI hosts 321 meetings with 7200 participants
- 2001: a difficult year for Telecoms, Stock Market value of telecoms operators and manufacturers becoming half of their 2000 peak (Source FT Sept 2001)
- 2000: eEurope - An information society for all, launched by the European Union with 12.5 million euro allocated to ETSI for Standardization work.
- 2000: Project MESA created to define requirements for mobile broadband systems for emergency services
- 2000: ETSI sets up a 2 person team to support 'fora hosting', the first customer is the Location Interoperability Forum
- 2000: 3GPP$^{TM}$ produces 300 specifications in its first year
- Unit of contribution reduced to 5000 ECU by 2000
- 1999: 400 reflector lists in ETSI email list server with 35,000 subscribers
- 1999: the Powerline Telecommunications Project created in ETSI
- 1999: ETSI creates the Mobile Competence Centre to support the 3GPP$^{TM}$ - A model for Radio, Fixed and Protocols & testing Centres later on
- 1999 The ETSI BAKE-OFF service (later to become Plugtests™) is created
- 1999: ETSI makes all standards freely available on the web. Paper sales plummet, downloads rocket to 1500 per day
- 1998: ETSI technical committee TIPHON$^{TM}$ (Telecommunications and Internet Protocol Harmonization Over Networks) makes available at no charge all committee documents and standards drafts on the ETSI server
- 1998: 208 reflector lists in ETSI email list server with 8000 subscribers
- 1998: UMTS$^{TM}$ radio access technology chosen
- 1997: First TETRA networks deployed (by 2006 - 1000 contracts awarded and deployed in over 88 countries)
- 1997: GSM Phase 2+ implementation. Common specifications agreement with ANSI T1P1, GSM North America
- 1997 ETSI starts to create ENs (European Norms), replacing the European Telecommunications Standards (ETSs)

Case 5:11-cv-01846-LHK   Document 643-9   Filed 01/17/12   Page 4 of 6

- 1995: the GSM Phase 2 specifications were 'frozen'. GSM Phase 2 specifications published as either European Telecommunication Standards (ETS) or ETSI Technical Reports (ETR)
- 1994: total of 18 million sheets of paper used at ETSI
- 1992: GA14 decide to create PEX - Permanent Experts to assist the Technical Committees
- 1992 TR 010 published - listed all the ISDN services to be implemented in the Euro-ISDN.
- 1991: first GSM system operational. TC-GSM name changes to TC-SMG (Special Mobile Group) to avoid confusion with the acronym of the system itself; Global System for Mobile communications (GSM)
- 1991: Extension of the present headquarters
- 1991 Work on TETRA starts. Consensus reached on TDMA technology with 4 timeslots in 25 kHz

Case 5:11-cv-01846-LHK   Document 643-9   Filed 01/17/12   Page 5 of 6

© ETSI 2011   ETSI is certified ISO 9001:2008

Privacy   Terms of use   Accessibility   Text Size A   A   A



Site Map   Contact Us

ETSI Standards Search



**Home**    **About ETSI**    **Membership**    **News & Events**    **Our Services**    **Standards**    **Technologies**    **Committees & Portal**

**You are here:** Technologies



**Technologies**

- ETSI technology leaflets at a glance
- E-Brochures
- ETSI White Papers
- Aeronautical
- » Broadband Wireless Access
- » Broadcast
- DECT
- » Digital Mobile Radio
- EMC
- Emergency
- Environmental Aspects
- » Fixed-line Access
- Grid and cloud computing
- » Human Factors
- » Intelligent Transport
- M2M
- Maritime
- Media Content Distribution
- » Medical
- » Mobile
- Next Generation Networks
- OSA
- OSS
- Powerline
- » Protocol Specification
- » Quality of Service
- Quantum Key Distribution
- » Radio
- » Regulation & Legislation
- » Safety
- » Satellite
- » Security
- SmartGrids
- » Smart Cards
- » Testing
- TETRA

Print page
Bookmark page
Email to colleague

# Technologies



The technologies section of our website gives information on the technologies standardized by ETSI or touched by our standardization.

The 'Overview' provides a basic description of the technology and its applications.  More technical details and the relationship of ETSI work with this technology are given under 'Our Role and Activities'.  Finally non-exhaustive lists of ETSI standards relating to the technology are available.

The boxes down the right-hand side provide links leading to further information either within the ETSI website or external sites and to ETSI technical committees working in the area.

© ETSI 2011   ETSI is certified ISO 9001:2008

Privacy    Terms of use    Accessibility    Text Size A   A  A