# EXHIBIT 5-2



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 35 (version 5)

---

### IPR information statement and licensing declaration

#### IPR Holder/Organisation

Legal Name: SAMSUNG ELECTRONICS CO., LTD.

REÇU le
– 1 FEV. 2008
Rép:- - - - - - - - - -

#### Signatory

Name:      Seung Gun, Park

Position:    Vice President

Department: Telecommunication R&D Center

Address:     Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,

              Suwon-City, Gyeonggi-Do, Korea 442-600

Tel.:       82-31-279-4887 _____ Fax:  82-31-279-4560

E-mail:    sukjin.jang@samsung.com

#### IPR information statement

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,
     with reference to the technical proposal identified as   3GPP _____
   and/or
     in relation to Work Item No.       _____
   and/or
     with reference to ETSI Standard No.     TS 23.060, TS 23.279, TS25.211, TS 25. 212,
TS 25.213, TS 25.222, TS 25.224, TS 25.309, TS 25.321, TS 25.331, TS 25.346, TS 25.401,
TS 25.413, TS 36.211, TS 36.212, TS 36.213, TS 36.300, TS 36.321, TS 36.323

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to
become, Essential IPRs in relation to that Standard.

#### IPR licensing declaration

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR
information statement annex* and has informed ETSI that it believes that the IPRs may be considered
ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable
licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI
IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate the
same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy (delete this
paragraph if this condition is not required).

The construction, validity and performance of this DECLARATION shall be governed by the laws of
France.

**Place, Date:**                                          **Signature:**

2008 – 01 –30                                 *S. G.*

(Place, Date)                                (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 2 of 35 (version 5)

## IPR information statement annex

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Application No. | Patent No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | | Patent/Application No. | Country Applicable |
| UMTS | 3GPP TS 36.211 | 6.2.2 | V2.0.0 | Samsung Electronics Corporation | 2005-0037779 | | METHOD FOR CONFIGURING AND MANAGING CHANNEL IN A WIRELESS COMMUNICATION SYSTEM USING AMC CHANNEL AND DIVERSITY CHANNEL, TRANSMISSION/RECEPTION APPARATUS THEREFOR, AND SYSTEM THEREOF | KOREA (REPUBLIC OF) | 417221 | UNITED STATES |
| | | | | | | | | | 2006/001698 | PCT |
| UMTS | 3GPP TS 36.211 | 5.3.5 | V2.0.0 | Samsung Electronics Corporation | 2005-0037777 | | METHOD, APPARATUS, AND SYSTEM FOR TRANSMITTING AND RECEIVING INFORMATION OF AN UNCODED CHANNEL IN AN ORTHOGONAL FREQUENCY DIVISION MULTIPLEXING SYSTEM | KOREA (REPUBLIC OF) | 417217 | UNITED STATES |
| | | | | | | | | | 2006/001696 | PCT |
| UMTS | 3GPP TS 36.300 | 12 | V8.2.0 | Samsung Electronics Corporation | 2006-0085757 | | METHOD AND APPARATUS FOR DISCONTINUOUS RECEPTION OF CONNECTED TERMINAL IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 07006399.5 | European Patent Office |
| | | | | | | | | | 729032 | UNITED STATES |
| | | | | | | | | | KR2007/001520 | PCT |
| UMTS | 3GPP TS 36.212 | 5.1.4 | V1.3.0 | Samsung Electronics | 2002-0001252 | | INTERLEAVING APPARATUS AND METHOD | KOREA (REPUBLIC | 2003202155 | AUSTRALIA |
| | | | | | | | | | 0306689-4 | BRAZIL |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 3 of 35 (version 5)

| | | | | | | | | | 2472952 | CANADA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Corporation | | | FOR AN COMMUNICATION SYSTEM | OF) | 3802077.7 | CHINA |
| | | | | | | | | | 3000524.3 | European Patent Office |
| | | | | | | | | | 00943/KOLNP/04 | INDIA |
| | | | | | | | | | 559023/2003 | JAPAN |
| | | | | | | | | | 2004121027 | RUSSIAN FEDERATION |
| | | | | | | | | | 338715 | UNITED STATES |
| | | | | | | | | | 03/00033 | PCT |
| UMTS | 3GPP TS 36.213 | 7.2 | V8.0.0 | Samsung Electronics Corporation | 11/475,709 | | APPARATUS AND METHOD FOR ADAPTIVE CHANNEL QUALITY FEEDBACK IN A MULTICARRIER WIRELESS NETWORK | UNITED STATES | 2006-0072790 | KOREA (REPUBLIC OF) |
| | | | | | | | | | 06015981.1 | European Patent Office |
| | | | | | | | | | 2006/003034 | PCT |
| UMTS | 3GPP TS 25.212 | 4.4.4 | V6.1.0 | Samsung Electronics Corporation | 1999-0005263 | 0433910 | power control apparatus and method for inter-frequency handoff in cdma communication system | KOREA (REPUBLIC OF) | 25788/00 | AUSTRALIA |
| | | | | | | | | | 2328352 | CANADA |
| | | | | | | | | | 800572.9 | CHINA |
| | | | | | | | | | 904116.1 | GERMANY |
| | | | | | | | | | 20023805.1 | GERMANY |
| | | | | | | | | | 904116.1 | European Patent Office |
| | | | | | | | | | 904116.1 | FINLAND |
| | | | | | | | | | 904116.1 | FRANCE |
| | | | | | | | | | 904116.1 | UNITED KINGDOM |
| | | | | | | | | | 2000/00398 | INDIA |
| | | | | | | | | | 904116.1 | ITALY |
| | | | | | | | | | 2000-599153 | JAPAN |
| | | | | | | | | | 904116.1 | SWEDEN |
| | | | | | | | | | 503764 | UNITED STATES |
| | | | | | | | | | 00/00114 | PCT |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 4 of 35 (version 5)

| UMTS | 3GPP TS 25.423 | 8.2.1.2 | V6.15.0 | Samsung Electronics Corporation | 2005-104634 | | Uplink signaling transfer procedure | KOREA (REPUBLIC OF) | 06/417213 | UNITED STATES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 06009254.1 | European Patent Office |
| | | | | | | | | | 07013313.7 | European Patent Office |
| UMTS | 3GPP TS 25.423 | 8.2.12 | V6.13.0 | Samsung Electronics Corporation | 0612631.2 | | MBMS enhancements to improve Mobile TV support | UNITED KINGDOM | 07012451.6 | European Patent Office |
| | | | | | | | | | 0712436.5 | UNITED KINGDOM |
| | | | | | | | | | 768,579 | UNITED STATES |
| | | | | | | | | | KR2007/003093 | PCT |
| UMTS | 3GPP TS 36.211 | 5.3.4.1 | V1.0.1 | Samsung Electronics Corporation | 2005-0103554 | | APPARATUS AND METHOD FOR TRANSMITTING/RECEIVING DATA IN A MULTI-ANTENNA COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | WO2006-004491 | PCT |
| | | | | | | | | | 06022705.5 | European Patent Office |
| | | | | | | | | | 95140247 | Taiwan |
| | | | | | | | | | 589,985 | UNITED STATES |
| UMTS | 3GPP TS 36.212 | 5.1.4.1.3 | V1.3.0 | Samsung Electronics Corporation | 2002-0007493 | 0438448 | Apparatus and method for generating code in communication system | KOREA (REPUBLIC OF) | 2002233774 | AUSTRALIA |
| | | | | | | | | | 2003252889 | AUSTRALIA |
| | | | | | | | | | 0204043-3 | BRAZIL |
| | | | | | | | | | 2405119 | CANADA |
| | | | | | | | | | 02800733.6 | CHINA |
| | | | | | | | | | 200310102732.3 | CHINA |
| | | | | | | | | | 20202171.8 | GERMANY |
| | | | | | | | | | 02003369.2 | GERMANY |
| | | | | | | | | | 02003369.2 | European Patent Office |
| | | | | | | | | | 05005871.8 | European Patent Office |
| | | | | | | | | | 02003369.2 | FINLAND |
| | | | | | | | | | 0201768 | FRANCE |
| | | | | | | | | | 0203400.7 | UNITED KINGDOM |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 5 of 35 (version 5)

| | | | | | | | | | 0328730.7 | UNITED KINGDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2002/00975 | INDIA |
| | | | | | | | | | 01266/DEL/2003 | INDIA |
| | | | | | | | | | 02003369.2 | ITALY |
| | | | | | | | | | 2002-564843 | JAPAN |
| | | | | | | | | | 2004-011127 | JAPAN |
| | | | | | | | | | 2002127407 | RUSSIAN FEDERATION |
| | | | | | | | | | 2003129992 | RUSSIAN FEDERATION |
| | | | | | | | | | 02003369.2 | SWEDEN |
| | | | | | | | | | 074,422 | UNITED STATES |
| | | | | | | | | | 680,815 | UNITED STATES |
| | | | | | | | | | WO2002-00203 | PCT |
| UMTS | 3GPP TS 36.211 | 5.4.3 | V1.0.3 | Samsung Electronics Corporation | US 11/646852 | | Hybrid ARQ Feedback in a Wireless Communication System | UNITED STATES | | |
| UMTS | 3GPP TS 36.211 | 6.3.4.3. | V1.0.3 | Samsung Electronics Corporation | US 11/896,114 | | Multiple Antennas Transmit Diversity Scheme | UNITED STATES | | |
| UMTS | 3GPP TS 25.212 | 4.3.3 | V7.1.0 | Samsung Electronics Corporation | 2000-0039433 | 0342556 | apparatus and method for encoding/decoding transport format combination indicator in cdma mobile communication system | KOREA (REPUBLIC OF) | 00944446.4 | AUSTRIA |
| | | | | | | | | | 04016750.4 | AUSTRIA |
| | | | | | | | | | 58543/00 | AUSTRALIA |
| | | | | | | | | | 00944446.4 | BELGIUM |
| | | | | | | | | | 04016750.4 | BELGIUM |
| | | | | | | | | | 0012179-7 | BRAZIL |
| | | | | | | | | | 2,378,493 | CANADA |
| | | | | | | | | | 00944446.4 | SWISS |
| | | | | | | | | | 04016750.4 | SWISS |
| | | | | | | | | | 00810714.9 | CHINA |
| | | | | | | | | | 200410033322.2 | CHINA |
| | | | | | | | | | 200410033323.7 | CHINA |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 6 of 35 (version 5)

| | |
|---|---|
| 02 200410033324.1 | CHINA |
| 200410033325.6 | CHINA |
| 04016750.4 | CYPRYUS |
| 60014897.1 | GERMANY |
| 20023280.0 | GERMANY |
| 04016750.4 | GERMANY |
| 00944446.4 | DENMARK |
| 15 04016750.4 | DENMARK |
| 00944446.4 | European Patent Office |
| 04016724.9 | European Patent Office |
| 04016750.4 | European Patent Office |
| 04016728.0 | European Patent Office |
| 00944446.4 | SPAIN |
| 04016750.4 | SPAIN |
| 00944446.4 | FINLAND |
| 04016750.4 | FINLAND |
| 00944446.4 | FRANCE |
| 04016750.4 | FRANCE |
| 00944446.4 | UNITED KINGDOM |
| 04016750.4 | UNITED KINGDOM |
| 00944446.4 | GREECE |
| 04016750.4 | GREECE |
| 00944446.4 | IRLAND |
| 04016750.4 | IRLAND |
| 00944446.4 | ITALY |
| 04016750.4 | ITALY |
| 00944446.4 | LUXEMBURG |
| 04016750.4 | LUXEMBURG |
| 00944446.4 | NETHELAND |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 7 of 35 (version 5)

| | | | | | | | | | 04016750.4 | NETHELAND |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 00944446.4 | PORTUGAL |
| | | | | | | | | | 04016750.4 | PORTUGAL |
| | | | | | | | | | 00944446.4 | SWEDEN |
| | | | | | | | | | 04016750.4 | SWEDEN |
| | | | | | | | | | WO0200200030 | INDONESIA |
| | | | | | | | | | 147346 | ISREAL |
| | | | | | | | | | 2002/0008/Del | INDIA |
| | | | | | | | | | 639/DELNP/2005 | INDIA |
| | | | | | | | | | 508108/2001 | JAPAN |
| | | | | | | | | | 163765/2004 | JAPAN |
| | | | | | | | | | 163766/2004 | JAPAN |
| | | | | | | | | | 163767/2004 | JAPAN |
| | | | | | | | | | 163768/2004 | JAPAN |
| | | | | | | | | | 00944446.4 | MONACO |
| | | | | | | | | | 04016750.4 | MONACO |
| | | | | | | | | | P352897 | POLAND |
| | | | | | | | | | 2002100061 | RUSSIAN FEDERATION |
| | | | | | | | | | 611,069 | UNITED STATES |
| | | | | | | | | | 006,388 | UNITED STATES |
| | | | | | | | | | 00/00731 | PCT |
| | | | | | | | | | 2002/0091 | The republic of South Africa |
| UMTS | 3GPP TS 25.212 | 4.2.2 | V7.1.0 | Samsung Electronics Corporation | 1999-0011307 | 0299132 | TURBO ENCODING/DECODING DEVICE AND METHOD FOR PROCESSING FRAME DATA ACCORDING TO QOS | KOREA (REPUBLIC OF) | 30568/99 | AUSTRALIA |
| | | | | | | | | | 99912135.3 | BRAZIL |
| | | | | | | | | | 2291109 | CANADA |
| | | | | | | | | | 99800417.0 | CHINA |
| | | | | | | | | | 03107664.5 | CHINA |
| | | | | | | | | | 99912135.3 | GERMANY |
| | | | | | | | | | 29924421.0 | GERMANY |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 8 of 35 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 99912135.3 | European Patent Office |
| | | | | | | | | | 03007405.8 | European Patent Office |
| | | | | | | | | | 03017871.9 | European Patent Office |
| | | | | | | | | | 99912135.3 | FINLAND |
| | | | | | | | | | 99912135.3 | FRANCE |
| | | | | | | | | | 99912135.3 | UNITED KINGDOM |
| | | | | | | | | | 292/CAL/99 | INDIA |
| | | | | | | | | | 19/KOL/05 | INDIA |
| | | | | | | | | | 99912135.3 | ITALY |
| | | | | | | | | | 11-549213 | JAPAN |
| | | | | | | | | | 99125204 | RUSSIAN FEDERATION |
| | | | | | | | | | 99912135.3 | SWEDEN |
| | | | | | | | | | 282,851 | UNITED STATES |
| | | | | | | | | | 393,784 | UNITED STATES |
| | | | | | | | | | 99/00154 | PCT |
| UMTS | 3GPP TS 25.212 | 4.4.4 | V8.0.0 | Samsung Electronics Corporation | 1998-0051889 | 0377394 | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 15095/99 | AUSTRALIA |
| | | | | | | | | | 9815424-9 | BRAZIL |
| | | | | | | | | | 2312823 | CANADA |
| | | | | | | | | | 98811857.2 | CHINA |
| | | | | | | | | | 2.0041E+11 | CHINA |
| | | | | | | | | | 98959257.1 | GERMANY |
| | | | | | | | | | 29824959.6 | GERMANY |
| | | | | | | | | | 98959257.1 | GERMANY |
| | | | | | | | | | 4003087.6 | GERMANY |
| | | | | | | | | | 4003086.8 | GERMANY |
| | | | | | | | | | 98959257.1 | European Patent Office |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 9 of 35 (version 5)

| UMTS | 3GPP TS | clause | version | company | reference | patent no. | title | country | number | country/office |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 4003087.6 | European Patent Office |
| | | | | | | | | | 4003086.8 | European Patent Office |
| | | | | | | | | | 98959257.1 | FINLAND |
| | | | | | | | | | 4003087.6 | FINLAND |
| | | | | | | | | | 4003086.8 | FINLAND |
| | | | | | | | | | 98959257.1 | FRANCE |
| | | | | | | | | | 4003087.6 | FRANCE |
| | | | | | | | | | 4003086.8 | FRANCE |
| | | | | | | | | | 98959257.1 | UNITED KINGDOM |
| | | | | | | | | | 4003087.6 | UNITED KINGDOM |
| | | | | | | | | | 4003086.8 | UNITED KINGDOM |
| | | | | | | | | | 2134/Cal/98 | INDIA |
| | | | | | | | | | 98959257.1 | ITALY |
| | | | | | | | | | 4003087.6 | ITALY |
| | | | | | | | | | 4003086.8 | ITALY |
| | | | | | | | | | 10-345277 | JAPAN |
| | | | | | | | | | 200005420 | MAXICO |
| | | | | | | | | | 2000114179 | RUSSIAN FEDERATION |
| | | | | | | | | | 98959257.1 | SWEDEN |
| | | | | | | | | | 4003087.6 | SWEDEN |
| | | | | | | | | | 4003086.8 | SWEDEN |
| | | | | | | | | | 87120221 | TAIWAN |
| | | | | | | | | | 206056 | UNITED STATES |
| | | | | | | | | | PCT98/00404 | PCT |
| | | | | | | | | | 2004216584 | AUSTRALIA |
| | | | | | | | | | 2007216598 | AUSTRALIA |
| UMTS | 3GPP TS 25.346 | 8.3.2 8.3.3 | V6.1.0 | Samsung Electronics Corporation | 2003-0068953 | 0689390 | method for transmitting/receiving service availability information of multimedia broadcasting/multicast service | KOREA (REPUBLIC OF) | 2.0041E+11 | CHINA |
| | | | | | | | | | 4023415.5 | European Patent Office |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 10 of 35 (version 5)

| | | | | | | | | | 592/KOL/2004 | INDIA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 290420/2004 | JAPAN |
| | | | | | | | | | 957779 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.5.27 | V8.0.0 | Samsung Electronics Corporation | 2004-0062545 | 0689471 | METHOD AND APPARATUS FOR DISTINGUISHING BETWEEN SERVICES OF ALL FREQUENCY BANDS AND SPECIFIC FREQUENCY BAND | KOREA (REPUBLIC OF) | 5017336.8 | European Patent Office |
| | | | | | | | | | 199286 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 10.3.6.79 | V8.0.0 | Samsung Electronics Corporation | 2001-0071650 | 0433903 | Apparatus and method for measuring propagation delay in an nb-tdd cdma mobile communication system | KOREA (REPUBLIC OF) | 23145/02 | AUSTRALIA |
| | | | | | | | | | 2397323 | CANADA |
| | | | | | | | | | 1805315.7 | CHINA |
| | | | | | | | | | 60102999.2 | GERMANY |
| | | | | | | | | | 3019983 | GERMANY |
| | | | | | | | | | 1127580.7 | European Patent Office |
| | | | | | | | | | 3019983 | European Patent Office |
| | | | | | | | | | 1127580.7 | FINLAND |
| | | | | | | | | | 3019983 | FINLAND |
| | | | | | | | | | 1127580.7 | FRANCE |
| | | | | | | | | | 3019983 | FRANCE |
| | | | | | | | | | 1127580.7 | UNITED KINGDOM |
| | | | | | | | | | 3019983 | UNITED KINGDOM |
| | | | | | | | | | 1127580.7 | ITALY |
| | | | | | | | | | 3019983 | ITALY |
| | | | | | | | | | 2002-543829 | JAPAN |
| | | | | | | | | | 2002119005 | RUSSIAN FEDERATION |
| | | | | | | | | | 1127580.7 | SWEDEN |
| | | | | | | | | | 3019983 | SWEDEN |
| | | | | | | | | | 989233 | UNITED STATES |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 11 of 35 (version 5)

| | | | | | | | | | 01/01971 | PCT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2006201869 | AUSTRALIA |
| | | | | | | | | | 200610084158.7 | CHINA |
| UMTS | 3GPP TS 36.211 | 5 | V2.0.0 | Samsung Electronics Corporation | 2005-0037294 | 724949 | METHOD AND APPARATUS FOR MULTIPLEXING DATA AND CONTROL INFORMATION IN WIRELESS COMMUNICATION SYSTEMS BASED ON FREQUENCY DIVISION MULTIPLE ACCESS | KOREA (REPUBLIC OF) | 6009140.2 | European Patent Office |
| | | | | | | | | | 409/KOL/06 | INDIA |
| | | | | | | | | | 129660/2006 | JAPAN |
| | | | | | | | | | 2006115276 | RUSSIAN FEDERATION |
| | | | | | | | | | 416,393 | UNITED STATES |
| UMTS | 3GPP TS 36.211 | 5 | V2.0.0 | Samsung Electronics Corporation | 2006-0057693 | | METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING UPLINK SIGNALING INFORMATION IN A SINGLE CARRIER FDMA SYSTEM | KOREA (REPUBLIC OF) | 7100112.7 | European Patent Office |
| | | | | | | | | | 650896 | UNITED STATES |
| | | | | | | | | | KR2007/000029 | PCT |
| UMTS | 3GPP TS 36.212 | 5.3.4.1 | V2.0.0 | Samsung Electronics Corporation | US 60/929,791 | | Transmit Methods for CCFI/PCFICH in a Wireless Communication System | UNITED STATES | | |
| UMTS | 3GPP TS 36.212 | 5.1.1 | V2.0.0 | Samsung Electronics Corporation | US 60/929,790 | | Methods and Apparatus to Compute CRC for Multiple Code Blocks | UNITED STATES | | |
| UMTS | 3GPP TS 36.212 | 5.1.1 | V2.0.0 | Samsung Electronics Corporation | US 60/960,161 | | Methods and Apparatus to Generate Multiple CRC`s | UNITED STATES | | |
| | | | | | | | | | PI9811299-6 | BRAZIL |
| | | | | | | | | | 2295791 | CANADA |
| | | | | | | | | | 98807352.8 | CHINA |
| | | | | | | | | | 2147194 | CHINA |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V7.1.0 | Samsung Electronics Corporation | 1997-0060101 | 0454952 | ADAPTIVE CHANNEL ENCODING METHOD AND DEVICE | KOREA (REPUBLIC OF) | 98935383.4 | GERMANY |
| | | | | | | | | | 98935383.4 | European Patent Office |
| | | | | | | | | | 5016017.5 | European Patent Office |
| | | | | | | | | | 98935383.4 | Spain |
| | | | | | | | | | 98935383.4 | FRANCE |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 12 of 35 (version 5)

| | | | | | | | | | 98935383.4 | UNITED KINGDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1336/Cal/98 | INDIA |
| | | | | | | | | | 557/KOL/04 | INDIA |
| | | | | | | | | | 98935383.4 | ITALY |
| | | | | | | | | | 2000-505687 | JAPAN |
| | | | | | | | | | 278667/2003 | JAPAN |
| | | | | | | | | | 2000102353 | RUSSIAN FEDERATION |
| | | | | | | | | | 98935383.4 | SWEDEN |
| | | | | | | | | | 126,250 | UNITED STATES |
| | | | | | | | | | WO1998-00232 | European Patent Office |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V3.2.0 | Samsung Electronics Corporation | 1999-0020837 | 0334819 | DEVICE AND METHOD FOR CHANNEL CODING AND RATE MATCHING IN A COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 99925431.1 | AUSTRALIA |
| | | | | | | | | | PI9906479-0 | BRAZIL |
| | | | | | | | | | 99800817.6 | CHINA |
| | | | | | | | | | 3155536.5 | CHINA |
| | | | | | | | | | 3155535.7 | CHINA |
| | | | | | | | | | 99925431.1 | GERMANY |
| | | | | | | | | | 29924886 | GERMANY |
| | | | | | | | | | 99925431.1 | European Patent Office |
| | | | | | | | | | 99925431.1 | Spain |
| | | | | | | | | | 99925431.1 | FINLAND |
| | | | | | | | | | 99925431.1 | FRANCE |
| | | | | | | | | | 99925431.1 | UNITED KINGDOM |
| | | | | | | | | | 527/CAL/99 | INDIA |
| | | | | | | | | | 99925431.1 | ITALY |
| | | | | | | | | | 2000-554056 | JAPAN |
| | | | | | | | | | 99925431.1 | NETHELAND |
| | | | | | | | | | 2000102349 | RUSSIAN FEDERATION |
| | | | | | | | | | 99925431.1 | SWEDEN |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 13 of 35 (version 5)

| | | | | | | | | | 326,891 | UNITED STATES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 967,119 | UNITED STATES |
| | | | | | | | | | 99/00278 | PCT |
| UMTS | 3GPP TS 25.212 | 4.5.4.3 4.8.4.3 | V6.2.0 | Samsung Electronics Corporation | 2001-0064967 | | Apparatus and method for performing coding and rate matching in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 2002301551 | AUSTRALIA |
| | | | | | | | | | 2151854.8 | CHINA |
| | | | | | | | | | 10248989 | GERMANY |
| | | | | | | | | | 20021877 | FINLAND |
| | | | | | | | | | 213109 | FRANCE |
| | | | | | | | | | 224314.5 | UNITED KINGDOM |
| | | | | | | | | | 1047/Del/2002 | INDIA |
| | | | | | | | | | MI2002A002234 | ITALY |
| | | | | | | | | | 2002-306291 | JAPAN |
| | | | | | | | | | 2002128082 | RUSSIAN FEDERATION |
| | | | | | | | | | 203087.2 | SWEDEN |
| | | | | | | | | | 273,948 | UNITED STATES |
| UMTS | 3GPP TS 25.309 3GPP TS 25.331 | 10.3.5.1b | V7.4.0 | Samsung Electronics Corporation | 2005-0020752 | | METHOD AND APPARTUS FOR PERFORMING AUTONOMOUS TRANSMISSION IN A MOBILE COMMUNICATION SYSTEM FOR SUPPORTING AN ENGANCED UPLINK DEDICATED CHANNEL | KOREA (REPUBLIC OF) | 2005203110 | AUSTRALIA |
| | | | | | | | | | 200510092356.3 | CHINA |
| | | | | | | | | | 5015482.2 | GERMANY |
| | | | | | | | | | 5015482.2 | European Patent Office |
| | | | | | | | | | 7013903.5 | European Patent Office |
| | | | | | | | | | 5015482.2 | FINLAND |
| | | | | | | | | | 5015482.2 | FRANCE |
| | | | | | | | | | 5015482.2 | UNITED KINGDOM |
| | | | | | | | | | 627/KOL/05 | INDIA |
| | | | | | | | | | 5015482.2 | ITALY |
| | | | | | | | | | 209098/2005 | JAPAN |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 14 of 35 (version 5)

| | | | | | | | | | 2005122724 | RUSSIAN FEDERATION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 5015482.2 | SWEDEN |
| | | | | | | | | | 183,252 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.2.7.1 4.2.7.3 | V3.2.0 | Samsung Electronics Corporation | 2000-0038716 | 0357868 | Rate matching device and method for a data communication system | KOREA (REPUBLIC OF) | 944447.2 | AUSTRIA |
| | | | | | | | | | 58544/00 | AUSTRALIA |
| | | | | | | | | | 2003204597 | AUSTRALIA |
| | | | | | | | | | 944447.2 | Belgium |
| | | | | | | | | | 0006890-0 | BRAZIL |
| | | | | | | | | | 2,341,744 | CANADA |
| | | | | | | | | | 2,475,863 | CANADA |
| | | | | | | | | | 944447.2 | Switzerland |
| | | | | | | | | | 801336.5 | CHINA |
| | | | | | | | | | 200410057766.X | CHINA |
| | | | | | | | | | 944447.2 | CYPRYUS |
| | | | | | | | | | 944447.2 | GERMANY |
| | | | | | | | | | 20023175.8 | GERMANY |
| | | | | | | | | | 20023807.8 | GERMANY |
| | | | | | | | | | 944447.2 | Denmark |
| | | | | | | | | | 944447.2 | European Patent Office |
| | | | | | | | | | 4020162.6 | European Patent Office |
| | | | | | | | | | 7006982.8 | European Patent Office |
| | | | | | | | | | 944447.2 | Spain |
| | | | | | | | | | 944447.2 | FINLAND |
| | | | | | | | | | 944447.2 | FRANCE |
| | | | | | | | | | 944447.2 | UNITED KINGDOM |
| | | | | | | | | | 944447.2 | Greece |
| | | | | | | | | | W00200100446 | INDONESIA |
| | | | | | | | | | 944447.2 | IRLAND |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 15 of 35 (version 5)

| | | | | | | | | | 141800 | ISREAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 173018 | ISREAL |
| | | | | | | | | | 2001/00258 | INDIA |
| | | | | | | | | | 315/KOLNP/05 | INDIA |
| | | | | | | | | | 944447.2 | ITALY |
| | | | | | | | | | 508111/2001 | JAPAN |
| | | | | | | | | | 326898/2003 | JAPAN |
| | | | | | | | | | 326899/2003 | JAPAN |
| | | | | | | | | | 326900/2003 | JAPAN |
| | | | | | | | | | 2003-326901 | JAPAN |
| | | | | | | | | | 1101321 | Liechtenstein |
| | | | | | | | | | 944447.2 | LUXEMBURG |
| | | | | | | | | | 944447.2 | Monaco |
| | | | | | | | | | 944447.2 | NETHELAND |
| | | | | | | | | | P346646 | POLAND |
| | | | | | | | | | 944447.2 | PORTUGAL |
| | | | | | | | | | 2001106625 | RUSSIAN FEDERATION |
| | | | | | | | | | 944447.2 | SWEDEN |
| | | | | | | | | | 611,014 | UNITED STATES |
| | | | | | | | | | 867,459 | UNITED STATES |
| | | | | | | | | | 803,254 | UNITED STATES |
| | | | | | | | | | 803,255 | UNITED STATES |
| | | | | | | | | | 00/00732 | PCT |
| | | | | | | | | | 2001/1865 | The republic of South Africa |
| | | | | | | | | | 942500 | AUSTRIA |
| | | | | | | | | | 57112/00 | AUSTRALIA |
| UMTS | 3GPP TS 25.212 | 4.2.7.1 4.2.7.3 | V3.2.0 | Samsung Electronics Corporation | 2000-0039158 | 0334770 | Apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | KOREA (REPUBLIC OF) | 942500 | Belgium |
| | | | | | | | | | 0006919-1 | BRAZIL |
| | | | | | | | | | 2342939 | CANADA |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 16 of 35 (version 5)

| Number | Country |
|---|---|
| 942500 | Switzerland |
| 801453.1 | CHINA |
| 200410034638.3 | CHINA |
| 942500 | CYPRYUS |
| 942500 | GERMANY |
| 20023165 | GERMANY |
| 942500 | Denmark |
| 942500 | European Patent Office |
| 942500 | Spain |
| 942500 | FINLAND |
| 942500 | FRANCE |
| 942500 | UNITED KINGDOM |
| 942500 | Greece |
| W0200100460 | INDONESIA |
| 942500 | IRLAND |
| 141743 | ISREAL |
| 180083 | ISREAL |
| 2001/00268 | INDIA |
| 942500 | ITALY |
| 509176/2001 | JAPAN |
| 171839/2004 | JAPAN |
| 942500 | LUXEMBURG |
| 942500 | Monaco |
| 942500 | NETHELAND |
| P346622 | POLAND |
| 942500 | PORTUGAL |
| 2001106655 | RUSSIAN FEDERATION |
| 942500 | SWEDEN |
| 613,068 | UNITED STATES |
| 29,790 | UNITED STATES |
| 00/00739 | PCT |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 17 of 35 (version 5)

| | | | | | | | | | 2001/1935 | The republic of South Africa |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5.6 | V6.2.0 | Samsung Electronics Corporation | 2004-0039341 | 0487202 | Apparatus and method for transporting/receiving data in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 31396/02 | AUSTRALIA |
| | | | | | | | | | 2003259591 | AUSTRALIA |
| | | | | | | | | | 2,380,142 | CANADA |
| | | | | | | | | | 2120089 | CHINA |
| | | | | | | | | | 20221559.8 | GERMANY |
| | | | | | | | | | 2007674.1 | European Patent Office |
| | | | | | | | | | 101846/2002 | JAPAN |
| | | | | | | | | | 267431/2005 | JAPAN |
| | | | | | | | | | 114,508 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5.6 | V6.2.0 | Samsung Electronics Corporation | 2001-0067694 | 0474682 | Transmitting/receiving apparatus and method for packet retransmission in a mobile communication system | KOREA (REPUBLIC OF) | 2002301670 | AUSTRALIA |
| | | | | | | | | | 2410107 | CANADA |
| | | | | | | | | | 2154261.5 | CHINA |
| | | | | | | | | | 200510055804.2 | CHINA |
| | | | | | | | | | 10250867.4 | GERMANY |
| | | | | | | | | | 20021932 | FINLAND |
| | | | | | | | | | 213688 | FRANCE |
| | | | | | | | | | 224809.4 | UNITED KINGDOM |
| | | | | | | | | | 325480.2 | UNITED KINGDOM |
| | | | | | | | | | MI2002A002326 | ITALY |
| | | | | | | | | | 316689/2002 | JAPAN |
| | | | | | | | | | 281,719 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5.6 | V6.2.0 | Samsung Electronics Corporation | 2001-0064114 | 0526525 | TRANSMISSION/RECEIVING APPARATUS AND METHOD FOR PACKET RETRANSMISSION IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2002301480 | AUSTRALIA |
| | | | | | | | | | 2408452 | CANADA |
| | | | | | | | | | 2160221.2 | CHINA |
| | | | | | | | | | 10248446.5 | GERMANY |
| | | | | | | | | | 223969.7 | UNITED KINGDOM |
| | | | | | | | | | 303636/2002 | JAPAN |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 18 of 35 (version 5)

| | | | | | | | | | 273,096 | UNITED STATES |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5.6 | V6.2.0 | Samsung Electronics Corporation | 2001-0064742 | | Transceiver apparatus and method for efficient high-speed data retransmission and decoding in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 2002301552 | AUSTRALIA |
| | | | | | | | | | 2408875 | CANADA |
| | | | | | | | | | 2151899.8 | CHINA |
| | | | | | | | | | 10248706.5 | GERMANY |
| | | | | | | | | | 20021864 | FINLAND |
| | | | | | | | | | 213110 | FRANCE |
| | | | | | | | | | 224288.1 | UNITED KINGDOM |
| | | | | | | | | | MI2002A002233 | ITALY |
| | | | | | | | | | 305151/2002 | JAPAN |
| | | | | | | | | | 0203086-4 | SWEDEN |
| | | | | | | | | | 273,987 | UNITED STATES |
| UMTS | 3GPP TS 25.213 | 5.2.2 | V3.2.0 | Samsung Electronics Corporation | 1999-0034014 | 0429545 | Method for communication scrambling code id in mobile communication system | KOREA (REPUBLIC OF) | 64813/00 | AUSTRALIA |
| | | | | | | | | | 0007011-4 | BRAZIL |
| | | | | | | | | | 2346845 | CANADA |
| | | | | | | | | | 801691.7 | CHINA |
| | | | | | | | | | 200510067232.X | CHINA |
| | | | | | | | | | 952052.9 | European Patent Office |
| | | | | | | | | | 5005497.2 | European Patent Office |
| | | | | | | | | | W00200100769 | INDONESIA |
| | | | | | | | | | 142489 | ISREAL |
| | | | | | | | | | 2001/00430 | INDIA |
| | | | | | | | | | 209/KOL/05 | INDIA |
| | | | | | | | | | 517816/2001 | JAPAN |
| | | | | | | | | | 96144/2005 | JAPAN |
| | | | | | | | | | P347327 | POLAND |
| | | | | | | | | | 2001110373 | RUSSIAN FEDERATION |
| | | | | | | | | | 641,147 | UNITED STATES |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 19 of 35 (version 5)

| | | | | | | | | | | 91,265 | UNITED STATES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 00/00916 | PCT |
| | | | | | | | | | | 2906/2001 | The republic of South Africa |
| UMTS | 3GPP TS 25.213 | 5.2.3.2 | V3.2.0 | Samsung Electronics Corporation | 2000-0023179 | 0369791 | apparatus and method for synchronizing channels in a w-cdma communication system | KOREA (REPUBLIC OF) | | 44360/00 | AUSTRALIA |
| | | | | | | | | | | 2,334,898 | CANADA |
| | | | | | | | | | | 800713.6 | CHINA |
| | | | | | | | | | | 925712.2 | GERMANY |
| | | | | | | | | | | 925712.2 | European Patent Office |
| | | | | | | | | | | 925712.2 | FRANCE |
| | | | | | | | | | | 925712.2 | UNITED KINGDOM |
| | | | | | | | | | | 2000-616143 | JAPAN |
| | | | | | | | | | | 562,381 | UNITED STATES |
| | | | | | | | | | | 440,402 | UNITED STATES |
| | | | | | | | | | | 00/00408 | PCT |
| UMTS | 3GPP TS 25.213 | 5.2.3.2 | V3.2.0 | Samsung Electronics Corporation | 1999-0015224 | 0421142 | cell search apparatus and method in asynchronous communication system | KOREA (REPUBLIC OF) | | 44358/00 | AUSTRALIA |
| | | | | | | | | | | 2335028 | CANADA |
| | | | | | | | | | | 800688.1 | CHINA |
| | | | | | | | | | | 925710.6 | GERMANY |
| | | | | | | | | | | 925710.6 | European Patent Office |
| | | | | | | | | | | 925710.6 | FRANCE |
| | | | | | | | | | | 925710.6 | UNITED KINGDOM |
| | | | | | | | | | | 616140/2000 | JAPAN |
| | | | | | | | | | | 560,732 | UNITED STATES |
| | | | | | | | | | | 00/00405 | PCT |
| UMTS | 3GPP TS 25.331 | 8.6.6.24 | V3.2.0 | Samsung Electronics Corporation | 1998-0017277 | 0308900 | Handoff method in a mobile communication system supporting transmission | KOREA (REPUBLIC OF) | | 37357/99 | AUSTRALIA |
| | | | | | | | | | | PI9606437-5 | BRAZIL |
| | | | | | | | | | | 2295555 | CANADA |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 20 of 35 (version 5)

| | | | | | | | | | 99800739 | CHINA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | diversity | | 99 919 699.1 | European Patent Office |
| | | | | | | | | | 448/cal/99 | INDIA |
| | | | | | | | | | 2000-548963 | JAPAN |
| | | | | | | | | | 2000100971 | RUSSIAN FEDERATION |
| | | | | | | | | | 311,546 | UNITED STATES |
| | | | | | | | | | 99/00240 | PCT |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V3.2.0 | Samsung Electronics Corporation | 1998-0059068 | 0350459 | interleaving/deintrleaving device and method for communication system | KOREA (REPUBLIC OF) | 18946/00 | AUSTRALIA |
| | | | | | | | | | 2,353,878 | CANADA |
| | | | | | | | | | 99815036.3 | CHINA |
| | | | | | | | | | 200310120486.4 | CHINA |
| | | | | | | | | | 99962527 | European Patent Office |
| | | | | | | | | | 2000-591739 | JAPAN |
| | | | | | | | | | 472,453 | UNITED STATES |
| | | | | | | | | | 99/00820 | PCT |
| UMTS | 3GPP TS 36.211 | | | Samsung Electronics Corporation | US 60/963,681 | | Pilot Boosting and Traffic to Pilot Ratio Estimation in a Wireless Communication System | UNITED STATES | US 60/963,681 | UNITED STATES |
| UMTS | 3GPP TS 25.211 | 5.3.1 | V7.4.0 | Samsung Electronics Corporation | 1998-0005526 | 7072324 | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 25510/99 | AUSTRALIA |
| | | | | | | | | | PI9904788-8 | BRAZIL |
| | | | | | | | | | 2282431 | CANADA |
| | | | | | | | | | 99800097.3 | CHINA |
| | | | | | | | | | 03132668.4 | CHINA |
| | | | | | | | | | 99505352.3 | GERMANY |
| | | | | | | | | | 29924415.6 | GERMANY |
| | | | | | | | | | 99905352.3 | European Patent Office |
| | | | | | | | | | 542395/1999 | JAPAN |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 21 of 35 (version 5)

| | | | | | | | | | 99120704 | RUSSIAN FEDERATION |
| | | | | | | | | | 253,976 | UNITED STATES |
| | | | | | | | | | 99/00083 | PCT |
| UMTS | 3GPP TS 25.413 | 8 | V7.8.0 | Samsung Electronics Corporation | 2005-7024473 | | Method for Initiating Uplink Signaling Proactively by MBMS UE | KOREA (REPUBLIC OF) | 04748395.3 | European Patent Office |
| | | | | | | | | | 2006-518551 | JAPAN |
| | | | | | | | | | 561,232 | UNITED STATES |
| | | | | | | | | | 2004/001678 | PCT |
| UMTS | 3GPP TS 25.331 | 8.7.1 Reception of MBMS control information | V8.0.0 | Samsung Electronics Corporation | 2006-7013356 | | METHOD FOR TRANSMITTING MESSAGES RELATED TO A BROADCAST OR MULTICAST SERVICE IN A CELLULAR COMMUNICATIONS SYSTEM | KOREA (REPUBLIC OF) | 2005204205 | AUSTRALIA |
| | | | | | | | | | 2544270 | CANADA |
| | | | | | | | | | 200580001283.0 | CHINA |
| | | | | | | | | | 112005000081.8 | GERMANY |
| | | | | | | | | | 2006-549112 | JAPAN |
| | | | | | | | | | 029,702 | UNITED STATES |
| | | | | | | | | | 2005/000012 | PCT |
| UMTS | 3GPP TS 25.331 | 10.2.16e | V6.7.0 | Samsung Electronics Corporation | 2006-7018540 | | A method of transmitting information related to a multicast service in a mobile telecommunicaions network | KOREA (REPUBLIC OF) | 200580009260.4 | CHINA |
| | | | | | | | | | 05006653.9 | European Patent Office |
| | | | | | | | | | 06016722.8 | European Patent Office |
| | | | | | | | | | 06016721.0 | European Patent Office |
| | | | | | | | | | 2007-504885 | JAPAN |
| | | | | | | | | | 089,194 | UNITED STATES |
| | | | | | | | | | 2005/000845 | PCT |
| UMTS | 3GPP TS 25.213 | 5.2.2 | V7.4.0 | Samsung Electronics Corporation | 2000-0038991 | 0374354 | Apparatus and method for generating scrambling code in umts mobile communication system | KOREA (REPUBLIC OF) | 942496.1 | AUSTRIA |
| | | | | | | | | | 3027777.6 | AUSTRIA |
| | | | | | | | | | 57108/00 | AUSTRALIA |
| | | | | | | | | | 942496.1 | Belgium |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 22 of 35 (version 5)

| | | | | | | | | | 3027777.6 | BRAZIL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0006898-5 | CANADA |
| | | | | | | | | | 2342808 | CANADA |
| | | | | | | | | | 2526112 | CANADA |
| | | | | | | | | | 942496.1 | Switzerland |
| | | | | | | | | | 3027777.6 | Switzerland |
| | | | | | | | | | 801819.7 | CHINA |
| | | | | | | | | | 3158441.1 | CHINA |
| | | | | | | | | | 03158442.X | CHINA |
| | | | | | | | | | 3158443.8 | CHINA |
| | | | | | | | | | 942496.1 | GERMANY |
| | | | | | | | | | 20023092.1 | GERMANY |
| | | | | | | | | | 3027777.6 | GERMANY |
| | | | | | | | | | 942496.1 | Denmark |
| | | | | | | | | | 942496.1 | European Patent Office |
| | | | | | | | | | 3008940.3 | European Patent Office |
| | | | | | | | | | 3027777.6 | European Patent Office |
| | | | | | | | | | 3027776.8 | European Patent Office |
| | | | | | | | | | 942496.1 | Spain |
| | | | | | | | | | 3027777.6 | Spain |
| | | | | | | | | | 942496.1 | FINLAND |
| | | | | | | | | | 3027777.6 | FINLAND |
| | | | | | | | | | 942496.1 | FRANCE |
| | | | | | | | | | 3027777.6 | FRANCE |
| | | | | | | | | | 942496.1 | UNITED KINGDOM |
| | | | | | | | | | 3027777.6 | UNITED KINGDOM |
| | | | | | | | | | 942496.1 | Greece |
| | | | | | | | | | W-200100477 | INDONESIA |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 23 of 35 (version 5)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 942496.1 | IRLAND |
| | | | | | | | | | | 141787 | ISREAL |
| | | | | | | | | | | 173518 | ISREAL |
| | | | | | | | | | | 2001/00264 | INDIA |
| | | | | | | | | | | 416/KOL/05 | INDIA |
| | | | | | | | | | | 942496.1 | ITALY |
| | | | | | | | | | | 3027777.6 | ITALY |
| | | | | | | | | | | 509194/2001 | JAPAN |
| | | | | | | | | | | 2004-058123 | JAPAN |
| | | | | | | | | | | 942496.1 | LUXEMBURG |
| | | | | | | | | | | 942496.1 | Monaco |
| | | | | | | | | | | 942496.1 | NETHELAND |
| | | | | | | | | | | 3027777.6 | NETHELAND |
| | | | | | | | | | | | POLAND |
| | | | | | | | | | | 942496.1 | PORTUGAL |
| | | | | | | | | | | 3027777.6 | PORTUGAL |
| | | | | | | | | | | 2001106659 | RUSSIAN FEDERATION |
| | | | | | | | | | | 942496.1 | SWEDEN |
| | | | | | | | | | | 3027777.6 | SWEDEN |
| | | | | | | | | | | 611518 | UNITED STATES |
| | | | | | | | | | | 3558 | UNITED STATES |
| | | | | | | | | | | 00/00735 | PCT |
| | | | | | | | | | | 2001/1908 | The republic of South Africa |
| UMTS | 3GPP TS 25.401 | 5.3.4.1 | V1.2.1 | Samsung Electronics Corporation | CN 200510099961.3 | | LTE Fast call access | CHINA | | | |
| UMTS | 3GPP TS | 20.2.3 | V8.1.0 | Samsung | CN | | A method to introduce new | CHINA | | | |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 24 of 35 (version 5)

| | 36.300 | | | Electronics Corporation | 200410070847.3 | | identifier for MBMS service | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 23.060 | 9.2.2 | V7.5.0 | Samsung Electronics Corporation | CN 200610074592.7 | | A method for Setup and update one tunnel transmission | CHINA | | |
| UMTS | 3GPP TS 25.211 | 4.2.3 | V3.5.0 | Samsung Electronics Corporation | 1998-0032471 | 0338663 | Channel encoding device and method for communication system | KOREA (REPUBLIC OF) | 33460/99 | AUSTRALIA |
| | | | | | | | | | PI9906358-1 | BRAZIL |
| | | | | | | | | | 2,291,696 | CANADA |
| | | | | | | | | | 99800556.8 | CHINA |
| | | | | | | | | | 03127722.5 | CHINA |
| | | | | | | | | | 99914797.8 | European Patent Office |
| | | | | | | | | | 04003085.0 | European Patent Office |
| | | | | | | | | | 357/Cal/99 | INDIA |
| | | | | | | | | | 797/KOL/05 | INDIA |
| | | | | | | | | | 552819/1999 | JAPAN |
| | | | | | | | | | 99126707 | RUSSIAN FEDERATION |
| | | | | | | | | | 294,658 | UNITED STATES |
| | | | | | | | | | 99/00187 | PCT |
| UMTS | 3GPP TS 25.346 | 7.2.1 | V2.0.0 | Samsung Electronics Corporation | 2002-0048610 | | METHOD OF TRANSMITTING/RECEIVING CONTROL MESSAGE IN A MOBILE COMMUNICATION SYSTEM PROVIDING MULTIMEDIA BROADCAST/MULTICAST SERVICE | KOREA (REPUBLIC OF) | 2003235065 | AUSTRALIA |
| | | | | | | | | | 03127276.2 | CHINA |
| | | | | | | | | | 03018454.3 | European Patent Office |
| | | | | | | | | | 06016720.2 | European Patent Office |
| | | | | | | | | | 2003-293551 | JAPAN |
| | | | | | | | | | 2003125333 | RUSSIAN FEDERATION |
| | | | | | | | | | 641,500 | UNITED STATES |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 25 of 35 (version 5)

| UMTS | 3GPP TS 25.321 | 9.2.5.3.2 | V6.1.0 | Samsung Electronics Corporation | 2003-0059172 | | METHOD AND APPARATUS FOR SCHEDULING ASSIGNMENT OF UPLINK PACKET PRANSMISSION IN MOBILE TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 2004205233 | AUSTRALIA |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | 2006209364 | AUSTRALIA |
| | | | | | | | | | 2007211868 | AUSTRALIA |
| | | | | | | | | | 200410095124.9 | CHINA |
| | | | | | | | | | 200710003923.2 | CHINA |
| | | | | | | | | | 04020292.1 | European Patent Office |
| | | | | | | | | | 07000909.7 | European Patent Office |
| | | | | | | | | | 513/kol/2004 | INDIA |
| | | | | | | | | | 245851/2004 | JAPAN |
| | | | | | | | | | 925,619 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.6.9.6 | V6.1.0 | Samsung Electronics Corporation | 2004-0077582 | | METHOD AND APPARATUS FOR INDICATING CELL SELECTION WHEN A SESSION IS STOPPED IN A MULTIMEDIA BROADCAST/MULTICAST SERVICE SYSTEM | KOREA (REPUBLIC OF) | 200580030873.6 | CHINA |
| | | | | | | | | | 05019896.9 | European Patent Office |
| | | | | | | | | | 06026495.9 | European Patent Office |
| | | | | | | | | | 2007-520242 | JAPAN |
| | | | | | | | | | 225,008 | UNITED STATES |
| | | | | | | | | | 2005/003025 | PCT |
| UMTS | 3GPP TS 25.211 | 4.2.3 | V3.5.0 | Samsung Electronics Corporation | 1998-0032471 | 0338663 | Channel encoding device and method for communication system | KOREA (REPUBLIC OF) | 33460/99 | AUSTRALIA |
| | | | | | | | | | PI9906358-1 | BRAZIL |
| | | | | | | | | | 2,291,696 | CANADA |
| | | | | | | | | | 99800556.8 | CHINA |
| | | | | | | | | | 03127722.5 | CHINA |
| | | | | | | | | | 99914797.8 | European Patent Office |
| | | | | | | | | | 04003085.0 | European Patent Office |
| | | | | | | | | | 357/Cal/99 | INDIA |
| | | | | | | | | | 797/KOL/05 | INDIA |
| | | | | | | | | | 552819/1999 | JAPAN |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 26 of 35 (version 5)

| | | | | | | | | | 99126707 | RUSSIAN FEDERATION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 294,658 | UNITED STATES |
| | | | | | | | | | 99/00187 | PCT |
| UMTS | 3GPP TS 36.323 | 5.5 | V8.0.0 | Samsung Electronics Corporation | 2006-0101842 | | METHOD AND APPARATUS FOR PERFORMING HANDOVER USING PACKET DATA CONVERGENCE PROTOCOL(PDCP) REORDERING IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | KR2007/005152 | PCT |
| UMTS | 3GPP TS 36.212 | 5.2.2.6 | V8.1.0 | Samsung Electronics Corporation | US 60/969,659 | | | UNITED STATES | | |
| UMTS | 3GPP TS 25.423 | 8.2.1 | V6.11.0 | Samsung Electronics Corporation | GB 0621586.7 | | | UNITED KINGDOM | | |
| UMTS | 3GPP TS 25.212 | 4.2.3.2 | V8.0.0 | Samsung Electronics Corporation | 2000-0027143 | 0330234 | turbo interleaving apparatus and method | KOREA (REPUBLIC OF) | 00927908.4 | AUSTRIA |
| | | | | | | | | | 46213/00 | AUSTRALIA |
| | | | | | | | | | 00927908.4 | BELGIUM |
| | | | | | | | | | 2337918 | CANADA |
| | | | | | | | | | 00927908.4 | SWISS |
| | | | | | | | | | 00801429.9 | CHINA |
| | | | | | | | | | 200310104317.1 | CHINA |
| | | | | | | | | | 200310104318.6 | CHINA |
| | | | | | | | | | 200310104319.0 | CHINA |
| | | | | | | | | | 200310104320.3 | CHINA |
| | | | | | | | | | 200310104321.8 | CHINA |
| | | | | | | | | | 00927908.4 | CYPRYUS |
| | | | | | | | | | 00927908.4 | GERMANY |
| | | | | | | | | | 20023169.3 | GERMANY |
| | | | | | | | | | 20023803.5 | GERMANY |
| | | | | | | | | | 00927908.4 | Denmark |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 27 of 35 (version 5)

| | | | | | | | | | 00927908.4 | European Patent Office |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 03019291.8 | European Patent Office |
| | | | | | | | | | 03019290.0 | European Patent Office |
| | | | | | | | | | 03019289.2 | European Patent Office |
| | | | | | | | | | 03019293.4 | European Patent Office |
| | | | | | | | | | 03019292.6 | European Patent Office |
| | | | | | | | | | 00927908.4 | FINLAND |
| | | | | | | | | | 00927908.4 | FRANCE |
| | | | | | | | | | 00927908.4 | UNITED KINGDOM |
| | | | | | | | | | 00927908.4 | GREECE |
| | | | | | | | | | 00927908.4 | IRLAND |
| | | | | | | | | | 140661 | ISREAL |
| | | | | | | | | | 169471 | ISREAL |
| | | | | | | | | | 2001/00083 | INDIA |
| | | | | | | | | | 915/KOLNP/05 | INDIA |
| | | | | | | | | | 00927908.4 | ITALY |
| | | | | | | | | | 2000-619112 | JAPAN |
| | | | | | | | | | 00927908.4 | LUXEMBURG |
| | | | | | | | | | 00927908.4 | MONACO |
| | | | | | | | | | 00927908.4 | NETHELAND |
| | | | | | | | | | 00927908.4 | PORTUGAL |
| | | | | | | | | | 2001101916 | RUSSIAN FEDERATION |
| | | | | | | | | | 00927908.4 | SWEDEN |
| | | | | | | | | | 575,084 | UNITED STATES |
| | | | | | | | | | 973,100 | UNITED STATES |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 28 of 35 (version 5)

| | | | | | | | | | 00/00504 | PCT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 78819/01 | AUSTRALIA |
| | | | | | | | | | 2004203157 | AUSTRALIA |
| | | | | | | | | | 2387832 | CANADA |
| | | | | | | | | | 01802423.8 | CHINA |
| | | | | | | | | | 200410055878.1 | CHINA |
| | | | | | | | | | 20121799.6 | GERMANY |
| UMTS | 3GPP TS 25.222 | 4.3.1.2 | V7.5.0 | Samsung Electronics Corporation | 2001-0049821 | 0393618 | Channel coding/decoding apparatus and method for a cdma mobile communication system | KOREA (REPUBLIC OF) | 01957035.7 | European Patent Office |
| | | | | | | | | | 2002-520419 | JAPAN |
| | | | | | | | | | 2002110279 | RUSSIAN FEDERATION |
| | | | | | | | | | 933,091 | UNITED STATES |
| | | | | | | | | | 114,821 | UNITED STATES |
| | | | | | | | | | 01/01401 | PCT |
| | | | | | | | | | 94307/01 | AUSTRALIA |
| | | | | | | | | | 2004200047 | AUSTRALIA |
| | | | | | | | | | 2,393,003 | CANADA |
| | | | | | | | | | 2531827 | CANADA |
| | | | | | | | | | 01802991.4 | CHINA |
| | | | | | | | | | 200410046537.8 | CHINA |
| UMTS | 3GPP TS 25.224 | 5.5.1.1 | V7.5.0 | Samsung Electronics Corporation | 2001-0061544 | 0421139 | tstd apparatus and method for a tdd cdma mobile communication system | KOREA (REPUBLIC OF) | 01974936.5 | European Patent Office |
| | | | | | | | | | 04004040.4 | European Patent Office |
| | | | | | | | | | 533489/2002 | JAPAN |
| | | | | | | | | | 335172/2004 | JAPAN |
| | | | | | | | | | 972,814 | UNITED STATES |
| | | | | | | | | | 209,239 | UNITED STATES |
| | | | | | | | | | 01/01669 | PCT |
| UMTS | 3GPP TS | 8.6 | V8.1.0 | Samsung | 2006-0038753 | | METHOD AND APPARATUS | KOREA | 200610137570.0 | CHINA |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 29 of 35 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 23.279 | | | Electronics Corporation | | | FOR INTERWORKING VOICE AND MULTIMEDIA SERVICES BETWEEN CSI TERMINAL AND IMS TERMINAL | (REPUBLIC OF) | 06016031.4 | European Patent Office |
| | | | | | | | | | 07017902.3 | European Patent Office |
| | | | | | | | | | 210382/2006 | JAPAN |
| | | | | | | | | | 496,712 | UNITED STATES |
| | | | | | | | | | 55330/99 | AUSTRALIA |
| | | | | | | | | | 2308425 | CANADA |
| | | | | | | | | | 99801470.2 | CHINA |
| | | | | | | | | | 99941847.8 | GERMANY |
| | | | | | | | | | 99941847.8 | European Patent Office |
| UMTS | 3GPP TS 25.211 | 5.2.1 | V3.6.0 | Samsung Electronics Corporation | 1998-0036680 | 0401211 | device and method for communication reverse pilot in mobile communication system | KOREA (REPUBLIC OF) | 99941847.8 | FINLAND |
| | | | | | | | | | 99941847.8 | FRANCE |
| | | | | | | | | | 99941847.8 | UNITED KINGDOM |
| | | | | | | | | | 99941847.8 | ITALY |
| | | | | | | | | | 99941847.8 | SWEDEN |
| | | | | | | | | | 390,307 | UNITED STATES |
| | | | | | | | | | 99/00516 | PCT |
| | | | | | | | | | 28593/99 | AUSTRALIA |
| | | | | | | | | | 9909104-6 | BRAZIL |
| | | | | | | | | | 2324335 | CANADA |
| | | | | | | | | | 99804130 | CHINA |
| | | | | | | | DEVICE AND METHOD FOR ASSIGNING SPREADING CODE FOR REVERSE COMMON CHANNEL IN CDMA COMMUNICATION SYSTEM | | 99909381.8 | GERMANY |
| UMTS | 3GPP TS 25.211 | 5.3.3.4 | v670 | Samsung Electronics Corporation | 1999-0011695 | 0330216 | | KOREA (REPUBLIC OF) | 99909381.8 | European Patent Office |
| | | | | | | | | | 99909381.8 | FINLAND |
| | | | | | | | | | 99909381.8 | FRANCE |
| | | | | | | | | | 99909381.8 | UNITED KINGDOM |
| | | | | | | | | | 272/Cal/99 | INDIA |
| | | | | | | | | | 99909381.8 | ITALY |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 30 of 35 (version 5)

| | | | | | | | | | 538453/2000 | JAPAN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 35703/2004 | JAPAN |
| | | | | | | | | | 2000124399 | RUSSIAN FEDERATION |
| | | | | | | | | | 99909381.8 | SWEDEN |
| | | | | | | | | | 277,664 | UNITED STATES |
| | | | | | | | | | 99/00141 | PCT |
| UMTS | 3GPP TS 25.212 | 4.2.6 | V8.0.0 | Samsung Electronics Corporation | 2000-0035454 | 0383602 | apparatus and method for channel coding and multiplexing in cdma communication system | KOREA (REPUBLIC OF) | 940975.6 | AUSTRIA |
| | | | | | | | | | 3016895.9 | AUSTRIA |
| | | | | | | | | | 3016891.8 | AUSTRIA |
| | | | | | | | | | 3016892.6 | AUSTRIA |
| | | | | | | | | | 3016893.4 | AUSTRIA |
| | | | | | | | | | 3016894.2 | AUSTRIA |
| | | | | | | | | | 55754/00 | AUSTRALIA |
| | | | | | | | | | 940975.6 | BELGIUM |
| | | | | | | | | | 3016895.9 | BELGIUM |
| | | | | | | | | | 3016891.8 | BELGIUM |
| | | | | | | | | | 3016892.6 | BELGIUM |
| | | | | | | | | | 3016893.4 | BELGIUM |
| | | | | | | | | | 3016894.2 | BELGIUM |
| | | | | | | | | | 0006859-4 | BRAZIL |
| | | | | | | | | | 2340254 | CANADA |
| | | | | | | | | | 940975.6 | SWISS |
| | | | | | | | | | 3016895.9 | SWISS |
| | | | | | | | | | 3016891.8 | SWISS |
| | | | | | | | | | 3016892.6 | SWISS |
| | | | | | | | | | 3016893.4 | SWISS |
| | | | | | | | | | 3016894.2 | SWISS |
| | | | | | | | | | 801160.5 | CHINA |
| | | | | | | | | | 940975.6 | CYPRYUS |
| | | | | | | | | | 3016895.9 | CYPRYUS |
| | | | | | | | | | 3016891.8 | CYPRYUS |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 31 of 35 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 3016892.6 | CYPRYUS |
| | | | | | | | | | 3016893.4 | CYPRYUS |
| | | | | | | | | | 3016894.2 | CYPRYUS |
| | | | | | | | | | 60009843.5 | GERMANY |
| | | | | | | | | | 20023176.6 | GERMANY |
| | | | | | | | | | 3016891.8 | GERMANY |
| | | | | | | | | | 3016892.6 | GERMANY |
| | | | | | | | | | 3016893.4 | GERMANY |
| | | | | | | | | | 3016894.2 | GERMANY |
| | | | | | | | | | 3016894.2 | GERMANY |
| | | | | | | | | | 940975.6 | Denmark |
| | | | | | | | | | 3016895.9 | Denmark |
| | | | | | | | | | 3016891.8 | Denmark |
| | | | | | | | | | 3016892.6 | Denmark |
| | | | | | | | | | 3016893.4 | Denmark |
| | | | | | | | | | 3016894.2 | Denmark |
| | | | | | | | | | 940975.6 | European Patent Office |
| | | | | | | | | | 3016895.9 | European Patent Office |
| | | | | | | | | | 3016891.8 | European Patent Office |
| | | | | | | | | | 3016892.6 | European Patent Office |
| | | | | | | | | | 3016893.4 | European Patent Office |
| | | | | | | | | | 3016894.2 | European Patent Office |
| | | | | | | | | | 940975.6 | SPAIN |
| | | | | | | | | | 3016895.9 | SPAIN |
| | | | | | | | | | 3016891.8 | SPAIN |
| | | | | | | | | | 3016892.6 | SPAIN |
| | | | | | | | | | 3016893.4 | SPAIN |
| | | | | | | | | | 3016894.2 | SPAIN |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 32 of 35 (version 5)

| | | | | | | | | | 940975.6 | FINLAND |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | 3016895.9 | FINLAND |
| | | | | | | | | | 3016891.8 | FINLAND |
| | | | | | | | | | 3016892.6 | FINLAND |
| | | | | | | | | | 3016893.4 | FINLAND |
| | | | | | | | | | 3016894.2 | FINLAND |
| | | | | | | | | | 940975.6 | FRANCE |
| | | | | | | | | | 3016895.9 | FRANCE |
| | | | | | | | | | 3016891.8 | FRANCE |
| | | | | | | | | | 3016892.6 | FRANCE |
| | | | | | | | | | 3016893.4 | FRANCE |
| | | | | | | | | | 3016894.2 | FRANCE |
| | | | | | | | | | 940975.6 | UNITED KINGDOM |
| | | | | | | | | | 3016895.9 | UNITED KINGDOM |
| | | | | | | | | | 3016891.8 | UNITED KINGDOM |
| | | | | | | | | | 3016892.6 | UNITED KINGDOM |
| | | | | | | | | | 3016893.4 | UNITED KINGDOM |
| | | | | | | | | | 3016894.2 | UNITED KINGDOM |
| | | | | | | | | | 940975.6 | GREECE |
| | | | | | | | | | 3016895.9 | GREECE |
| | | | | | | | | | 3016891.8 | GREECE |
| | | | | | | | | | 3016892.6 | GREECE |
| | | | | | | | | | 3016893.4 | GREECE |
| | | | | | | | | | 3016894.2 | GREECE |
| | | | | | | | | | W00200100363 | INDONESIA |
| | | | | | | | | | 940975.6 | IRLAND |
| | | | | | | | | | 3016895.9 | IRLAND |
| | | | | | | | | | 3016891.8 | IRLAND |
| | | | | | | | | | 3016892.6 | IRLAND |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 33 of 35 (version 5)

| | | | | | | | | | 3016893.4 | IRLAND |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 3016894.2 | IRLAND |
| | | | | | | | | | 141461 | ISREAL |
| | | | | | | | | | 2001/00221 | INDIA |
| | | | | | | | | | 940975.6 | ITALY |
| | | | | | | | | | 3016895.9 | ITALY |
| | | | | | | | | | 3016891.8 | ITALY |
| | | | | | | | | | 3016892.6 | ITALY |
| | | | | | | | | | 3016893.4 | ITALY |
| | | | | | | | | | 3016894.2 | ITALY |
| | | | | | | | | | 2001-506182 | JAPAN |
| | | | | | | | | | 369460/2003 | JAPAN |
| | | | | | | | | | 2003-369459 | JAPAN |
| | | | | | | | | | 2003-369458 | JAPAN |
| | | | | | | | | | 369457/2003 | JAPAN |
| | | | | | | | | | 369457/2003 | JAPAN |
| | | | | | | | | | 940975.6 | Liechtenstein |
| | | | | | | | | | 3016895.9 | Liechtenstein |
| | | | | | | | | | 3016891.8 | Liechtenstein |
| | | | | | | | | | 3016892.6 | Liechtenstein |
| | | | | | | | | | 3016893.4 | Liechtenstein |
| | | | | | | | | | 3016894.2 | Liechtenstein |
| | | | | | | | | | 940975.6 | LUXEMBURG |
| | | | | | | | | | 3016895.9 | LUXEMBURG |
| | | | | | | | | | 3016891.8 | LUXEMBURG |
| | | | | | | | | | 3016892.6 | LUXEMBURG |
| | | | | | | | | | 3016893.4 | LUXEMBURG |
| | | | | | | | | | 3016894.2 | LUXEMBURG |
| | | | | | | | | | 940975.6 | MONACO |
| | | | | | | | | | 3016895.9 | MONACO |
| | | | | | | | | | 3016891.8 | MONACO |
| | | | | | | | | | 3016892.6 | MONACO |
| | | | | | | | | | 3016893.4 | MONACO |
| | | | | | | | | | 3016894.2 | MONACO |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 34 of 35 (version 5)

| | | | | | | | | | 940975.6 | NETHELAND |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 3016895.9 | NETHELAND |
| | | | | | | | | | 3016891.8 | NETHELAND |
| | | | | | | | | | 3016892.6 | NETHELAND |
| | | | | | | | | | 3016893.4 | NETHELAND |
| | | | | | | | | | 3016894.2 | NETHELAND |
| | | | | | | | | | P346341 | POLAND |
| | | | | | | | | | 940975.6 | PORTUGAL |
| | | | | | | | | | 3016895.9 | PORTUGAL |
| | | | | | | | | | 3016891.8 | PORTUGAL |
| | | | | | | | | | 3016892.6 | PORTUGAL |
| | | | | | | | | | 3016893.4 | PORTUGAL |
| | | | | | | | | | 3016894.2 | PORTUGAL |
| | | | | | | | | | 2001105192 | RUSSIAN FEDERATION |
| | | | | | | | | | 940975.6 | SWEDEN |
| | | | | | | | | | 3016895.9 | SWEDEN |
| | | | | | | | | | 3016891.8 | SWEDEN |
| | | | | | | | | | 3016892.6 | SWEDEN |
| | | | | | | | | | 3016893.4 | SWEDEN |
| | | | | | | | | | 3016894.2 | SWEDEN |
| | | | | | | | | | 603,062 | UNITED STATES |
| | | | | | | | | | 00/00668 | PCT |
| | | | | | | | | | 2001/1530 | The republic of South Africa |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 35 of 35 (version 5)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16