# EXHIBIT 6

About 3GPP Specification Groups Specifications 3GPP Calendar Technologies News & Events Home page Site Map Contact

Home page » About 3GPP »

# 3GPP Scope

The original scope of 3GPP was to produce Technical Specifications and Technical Reports for a 3G Mobile System based on evolved GSM core networks and the radio access technologies that they support (i.e., Universal Terrestrial Radio Access (UTRA) both Frequency Division Duplex (FDD) and Time Division Duplex (TDD) modes).

The scope was subsequently amended to include the maintenance and development of the Global System for Mobile communication (GSM) Technical Specifications and Technical Reports including evolved radio access technologies (e.g. General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).

3GPP was created in December 1998 by the signing of the "The 3rd Generation Partnership **Project Agreement** ". The latest **3GPP Scope and Objectives document** has evolved from this original Agreement.

The discussions that led to the signing of the 3GPP Agreement were recorded in a series of slides called the **"Partnership Project Description"** that describes the basic principles and ideas on which the project is based. The Partnership Project Description has not been maintained since its first creation but the principles of operation of the project still remain valid.

3GPP News
3GPP Partners News
3GPPlive tweets

**8357** unique visitors average per day

3GPP*live* has the latest videos from or about 3GPP...click .

Partners
Project Coordination Group (PCG)
Membership
Mobile Competence Centre
Funding & Finance
Liaisons-page
Legal matters
3GPP Satisfaction survey 2010

FAQ
Tools and Templates

## 3GPP Plenary Meetings

Full Meeting Calendar

3GPP GERAN #53 - Hamburg, DE - From 27 February to 2 March

RAN/CT/SA #55 - Xiamen, CN - From 28 February to 7 March

## Releases

About Releases

Release 12

Release 11

Release 10

## Keywords & Acronyms

Browse Technologies

SON

SAE

eCall specifications set to save lives

- Release 9
- Release 8
- Release 7
- Release 6
- Release 5
- Release 4
- Release 1999
- Functionality in early GSM releases

- Conformance Testing (UE)
- UMTS
- GPRS & EDGE
- HSPA
- IMS
- LTE-Advanced
- LTE
- W-CDMA

3GPP © 2012 | Legal Notice - The terms 3GPP™, LTE™, and UMTS™ are registered Trade Marks of ETSI.




3GPP
A GLOBAL INITIATIVE

GSM

The whole 3GPP web site is full of technology, the idea of having a 'Technology' part of the site is to provide some pointers on the features that are built in to the 3GPP specifications.

Some technologies can be [at least partially] aligned with a 3GPP series;

| | |
|---|---|
| CODECs | 26 series |
| Data | 27 series |
| EDGE | 44 series and 45 series |
| E-UTRAN | 36 series |
| GERAN | 4x series' |
| GPRS | See 44 series and 45 series |
| GSM History | ETSI has a good page on the history of GSM |
| Home NodeB (incl. Femtocell) | Study - 25.820 ,<br>Requirements - work item #380065 ,<br>Specification 3GPP TS 22.220<br>RAN group have work item #390033 , looking at modifications to the basic radio specifications.<br>Systems group have work item #400035 to consolidate future enhancements of the overall requirements. |
| HSPA | 25 series |
| IMT-Advanced | See TR 36.913 - Requirements for Further Advancements for E-UTRA (LTE-Advanced) , Details of the ITU call for candidates for IMT-Advanced technologies and systems are at www.itu.int/ITU-R |
| LTE | 36 series |
| OAM&P and Charging | 32 series |
| Radio aspects | 45 series (GSM, EDGE, GERAN)<br>25 series (W-CDMA, UTRAN)<br>36 series (LTE, LTE-Advanced)<br>37 series (Multiple radio access technologies) |
| Requirements | 21 series |
| Security aspects | 33 series |
| Security algorithms | 35 series , 55 series (GERAN specific) |
| Service aspects | 22 series |
| Network signalling protocols (24 & 29 series) | 24 series , 29 series |
| SIM, USIM | 31 series |
| Technical realization ("stage 2") | 23 series |
| UE and (U)SIM test specifications | 34 series |

3GPP News
3GPP Partners News
3GPPlive tweets
3GPP Website:
Search
Advanced FTP Search
Click here to search and download specs, docs, CRs and more from the 3GPP ftp Server
8378 unique visitors average per day
3GPPlive has the latest videos from or about 3GPP...click .
Keywords & Acronyms
Tutorials
Industry White Papers
3GPP Videos

| UMTS | Start with 25 series |
|---|---|
| UTRAN | 25 series |
| W-CDMA | 25 series |

## Wiki for 3GPP

Available at http://3gppwiki.etsi.org , the 3GPP Wiki was launched in September 2008 as a means for the 3GPP community to share knowledge and visions related to 3GPP technical issues.

## Technical terms

The 3GPP Report 'Vocabulary for 3GPP Specifications' identifies specialist technical terms used within the 3GPP;

To ensure that editors use terminology that is consistent across specifications.
To provide a reader with convenient reference for technical terms that are used across multiple documents.

### 3GPP Plenary Meetings

Full Meeting Calendar

3GPP GERAN #53 - Hamburg, DE - From 27 February to 2 March
RAN/CT/SA #55 - Xiamen, CN - From 28 February to 7 March

### Releases

About Releases

Release 12
Release 11
Release 10
Release 9
Release 8
Release 7
Release 6
Release 5
Release 4
Release 1999
Functionality in early GSM releases

### Keywords & Acronyms

Browse Technologies

SON
SAE
eCall specifications set to save lives
Conformance Testing (UE)
UMTS
GPRS & EDGE
HSPA
IMS
LTE-Advanced
LTE
W-CDMA

3GPP © 2012 | Legal Notice - The terms 3GPP™, LTE™, and UMTS™ are registered Trade Marks of ETSI.