1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK
19 |         Plaintiff,
20 |    vs.                                        | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24 |
   |         Defendants.
25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On January 17, 2012, I served true copies of the documents described as

1. Samsung's Opposition to Apple's Motion to Compel Discovery Relating to Its Affirmative Defenses and Counterclaims;

    a. Declaration of Melissa N. Chan in Support Samsung's Opposition to Apple's Motion to Compel Discovery Relating to Its Affirmative Defenses and Counterclaims, and exhibits thereto;

    b. Declaration of Rosa Kim in Support of Samsung's Opposition to Apple's Motion to Compel Discovery Relating to Its Affirmative Defenses and Counterclaims;

2. Samsung's Opposition to Apple's Motion to Compel Production of Documents and Things;

    a. Declaration of Melissa N. Chan in Support Samsung's Opposition to Apple's Motion to Compel, and exhibits thereto;

    b. Declaration of Hankil Kang in Support Samsung's Opposition to Apple's Motion to Compel, and exhibits thereto;

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | RICHARD S.J. HUNG<br>rhung@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | JASON R. BARTLETT<br>JasonBartlett@mofo.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | DEOK KEUN MATTHEW AHN<br>dahn@mofo.com |

02198.51855/4555214.1

-2-    Case No. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| GRANT L. KIM<br>gkim@mofo.com | VICTOR F. SOUTO<br>vic.souto@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | EMILY R. WHELAN<br>emily.whelan@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | JAMES C. BURLING<br>james.burling@wilmerhale.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com |
| JOSHUA R. BENSON<br>jbenson@tcolaw.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| WILLIAM F. LEE<br>william.lee@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| DAVID B. BASSETT<br>david.bassett@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | |
| ERIK J. OLSON<br>ejolson@mofo.com | |

Executed on January 17, 2012, at Redwood Shores, California.

                                                          _/s/ Brett Arnold_

1
2        **GENERAL ORDER ATTESTATION**
3        I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the
4   foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I
5   hereby attest that Brett Arnold has concurred in this filing.
6
7   DATE: January 17, 2012                                          /s/ Victoria Maroulis
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4555214.1                              -3-                          Case No. 11-cv-01846-LHK
                                                                     **CERTIFICATE OF SERVICE**