QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SEALING APPLE'S MOTION TO COMPEL DISCOVERY RELATING TO APPLE'S AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND EXHIBITS C-T, V, CC, AND EE TO THE MASELLI DECLARATION IN SUPPORT THEREOF, PURSUANT TO LOCAL RULE 79-5(d)** |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung

Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

---
[1]

"Samsung") submit the appended declaration of Melissa N. Chan in support of Apple's Unopposed Administrative Motion to File Apple's Motion to Compel Discovery Relating to Apple's Affirmative Defenses and Counterclaims (Dkt. No. 600), to establish that the following are sealable:

- Confidential Portions of Apple's Motion to Compel Discovery Relating to Apple's Affirmative Defenses and Counterclaims ("Motion to Compel");
- Confidential Portions of the Declaration of Samuel J. Maselli in Support of Apple's Motion to Compel ("Maselli Declaration"); and
- Exhibits C-T, V, CC, and EE to the Maselli Declaration).

## DECLARATION OF MELISSA N. CHAN

I, Melissa N. Chan, do hereby declare as follows:

1.  I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung. I submit this Declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. No. 600). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2.  Exhibit C to the Maselli Declaration consists of excerpts from the deposition transcript of Joonyoung Cho, Ph.D., a Samsung witness. This document contains confidential business information about Dr. Cho's work on the patent-in-suit, his participation in standards bodies on behalf of Samsung, and Samsung's internal files and organization, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

3.  Exhibit D to the Maselli Declaration consists of excerpts from the deposition transcript of Jae-Seung Yoon, a Samsung witness. This document contains confidential business information about Mr. Yoon's work on the patent-in-suit, his participation in standards bodies on behalf of Samsung, and Samsung's internal files and organization, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

4.  Exhibit E to the Maselli Declaration consists of excerpts from the deposition transcript of Juho Lee, Ph.D., a Samsung witness. This document contains confidential business information about Dr. Lee's work on the patent-in-suit, his participation in standards bodies on

1  behalf of Samsung, and Samsung's internal files and organization, and has been designated as
2  HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

3     5.   Exhibit F to the Maselli Declaration consists of excerpts from the deposition
4  transcript of Gert-Jan Van Lieshout, a Samsung witness.  This document contains confidential
5  business information about Mr. Lieshout's work on the patent-in-suit, his participation in
6  standards bodies on behalf of Samsung, and Samsung's internal files and organization, and has
7  been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

8     6.   Exhibit G to the Maselli Declaration consists of excerpts from the deposition
9  transcript of Jeong-Seok Oh, a Samsung witness.  This document contains confidential business
10 information about Mr. Oh's work on the patent-in-suit, his participation in standards bodies on
11 behalf of Samsung, and Samsung's internal files and organization, and has been designated as
12 HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

13    7.   Exhibit H to the Maselli Declaration consists of a letter designated as OUTSIDE
14 ATTORNEYS' EYES ONLY, sent from counsel for Apple to counsel for Samsung.  This
15 document contains confidential business information about Samsung's internal files and records
16 and contains excerpts from the confidential transcripts of Jeong-Seok Oh, Sang-Ryul Park, Gert-
17 Jan Van Lieshout, Himke Van Der Velde, and Jun-Sung Lee, which have been designated
18 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

19    8.   Exhibit I to the Maselli Declaration consists of a letter designated as OUTSIDE
20 ATTORNEYS' EYES ONLY, sent from counsel for Apple to counsel for Samsung.  This
21 document contains confidential business information about Samsung's internal files and records
22 and contains excerpts from the confidential transcripts of Jun-Sung Yoon, Juho Lee and Joon
23 Young Cho, which have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
24 ONLY.

25    9.   Exhibit J to the Maselli Declaration consists of a letter, designated HIGHLY
26 CONFIDENTIAL – ATTORNEYS' EYES ONLY, sent to counsel for Apple from counsel for
27 Samsung.  This document contains confidential business information about Samsung's internal
28 files and records and contains excerpts from the confidential transcripts of Jeong-Seok Oh, Sang-

1  Ryul Park, Gert-Jan Van Lieshout, Himke Van Der Velde, and Jun-Sung Lee, as well as

2  information from Samsung's First Amended and Supplemental Identification of Custodians,

3  Litigation Hold Notices and Search Terms, which have been designated as HIGHLY

4  CONFIDENTIAL — ATTORNEYS' EYES ONLY.

5        10.     Exhibit K to the Maselli Declaration consists of a letter, designated HIGHLY

6  CONFIDENTIAL – ATTORNEYS' EYES ONLY, sent to counsel for Apple from counsel for

7  Samsung.  This document contains confidential business information about Samsung's internal

8  files and records and contains excerpts from the confidential transcripts of Jun-Sung Yoon, Juho

9  Lee and Joon Young Cho, which have been designated as HIGHLY CONFIDENTIAL —

10  ATTORNEYS' EYES ONLY.

11        11.     Exhibit L to the Maselli Declaration consists of Samsung's First Amended and

12  Supplemental Identification of Custodians, Litigation Hold notices and Search Terms which

13  contains confidential business information about Samsung's custodians, business organization,

14  and internal files, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

15  ONLY.

16        12.     Exhibit M to the Maselli Declaration consists of a letter sent from counsel for

17  Apple to counsel for Samsung.  This document contains confidential business information about

18  Samsung's First Amended and Supplemental Identifications of Custodians, Litigation Hold

19  Notices and Search Terms which contains confidential business information about Samsung's

20  custodians, business organization, and internal files, and has been designated HIGHLY

21  CONFIDENTIAL – ATTORNEYS' EYES ONLY.

22        13.     Exhibit N to the Maselli Declaration consists of a letter sent to counsel for Apple

23  from counsel for Samsung.  This document contains confidential business information about

24  Samsung's internal files and organization as well as references to Samsung's First Amended and

25  Supplemental Identifications of Custodians, Litigation Hold Notices and Search Terms, and has

26  been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

27        14.     Exhibit O to the Maselli Declaration consists of an email sent from counsel for

28  Apple to counsel for Samsung.  This document contains confidential business information about

-4-  Case No. 11-cv-01846-LHK
DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SEALING APPLE'S MOTION TO COMPEL

1  Samsung's internal files and organization as well as references to Samsung's First Amended and
2  Supplemental Identifications of Custodians, Litigation Hold Notices and Search Terms, which was
3  designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

4    15. Exhibit P to the Maselli Declaration consists of excerpts from the deposition
5  transcript of Soeng-Hun Kim, a Samsung witness.  This document contains confidential business
6  information about Mr. Kim's work on the patent-in-suit, his participation in standards bodies on
7  behalf of Samsung, and Samsung's internal files and organization, and has been designated as
8  HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

9    16. Exhibit Q to the Maselli Declaration consists of excerpts from the deposition
10 transcript of Hyeon-Woo Lee, Ph.D., a Samsung witness.  This document contains confidential
11 business information about Dr. Lee's work on the patent-in-suit, his participation in standards
12 bodies on behalf of Samsung, and Samsung's internal files and organization, and has been
13 designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

14   17. Exhibit R to the Maselli Declaration consists of excerpts from the deposition
15 transcript of Himke Van Der Velde, a Samsung witness.  This document contains confidential
16 business information about Mr. Van Der Velde's work on the patent-in-suit, his participation in
17 standards bodies on behalf of Samsung, and Samsung's internal files and organization, and has
18 been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

19   18. Exhibit S to the Maselli Declaration consists of excerpts from the deposition
20 transcript of Young-Bum Kim, a Samsung witness.  This document contains confidential business
21 information about Mr. Kim's work on the patent-in-suit, his participation in standards bodies on
22 behalf of Samsung, and Samsung's internal files and organization, and has been designated as
23 HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

24   19. Exhibit T to the Maselli Declaration consists of excerpts from the deposition
25 transcript of Yong Jun Kwak, a Samsung witness.  This document contains confidential business
26 information about Mr. Kwak's work on the patent-in-suit, his participation in standards bodies on
27 behalf of Samsung, and Samsung's internal files and organization, and has been designated as
28 HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

20. Exhibit V to the Maselli Declaration consists of a letter, designated as Outside Attorneys' Eyes Only, sent from counsel for Apple to counsel for Samsung. This document contains confidential business information about Samsung's internal files and records and contains excerpts from the confidential transcripts of Gert-Jan Van Lieshout and Himke Van Der Velde, which have been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

21. Exhibit CC to the Maselli Declaration consists of a letter sent to counsel for Apple from counsel for Samsung. This document contains confidential business information about Samsung's internal files and organization as well as references to information from Samsung's First Amended and Supplemental Identifications of Custodians, Litigation Hold Notices and Search Terms, which was designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

22. Exhibit EE to the Maselli Declaration consists of a letter sent to counsel for Apple from counsel for Samsung. This document contains confidential business information about Samsung's internal files and organization, confidential technical documents showing Samsung's business relationships and design strategy, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

23. The confidential Maselli Declaration summarizes, describes and/or directly cites to the confidential exhibits discussed in paragraphs 2 through 22 above. Therefore, the declaration should remain under seal for the same reasons articulated above.

24. Apple's Motion to Compel summarizes, describes and/or directly cites to the confidential Maselli Declaration and the confidential exhibits discussed in paragraphs 2 through 22 above. Therefore, the motion should remain under seal for the same reasons articulated above.

25. The requested relief is necessary and narrowly tailored to protect this confidential information. The exhibits described above do not contain significant relevant, non-confidential material.

1  I declare under penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 17th day of January, 2012, in Palo Alto, CA.

   /s/  Melissa N. Chan
   Melissa N. Chan

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Melissa N. Chan has concurred in this filing.

/s/ Victoria Maroulis