1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

12
13
14
15
16
17
18
19
20

   Apple, Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 600).   Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

   Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration

establishes that information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Confidential Portions of Apple's Motion to Compel Discovery Relating to Apple's Affirmative Defenses and Counterclaims ("Motion to Compel");
- Confidential Portions of the Declaration of Samuel J. Maselli in Support of Apple's Motion to Compel ("Maselli Declaration"); and
- Exhibits C-T, V, CC, and EE to the Maselli Declaration).

**IT IS SO ORDERED.**

DATED:   January_____, 2012

_____
Hon. Paul S. Grewal
United States Magistrate Judge