# EXHIBIT 3
# REDACTED VERSION





Page 23











Highly Confidential - Outside Counsels' Eyes Only













Highly Confidential - Outside Counsels' Eyes Only

Page 62



```
 7          You, of course, know Mr. Stringer?

 8    A     Oh, I do.

 9    Q     He's someone you work with?

10    A     Yes.
```

Highly Confidential - Outside Counsels' Eyes Only

Page 63



Highly Confidential - Outside Counsels' Eyes Only

Page 64



Page 65



Page 66



Highly Confidential - Outside Counsels' Eyes Only

Page 67



Highly Confidential - Outside Counsels' Eyes Only

Page 68



Highly Confidential - Outside Counsels' Eyes Only

Page 69



19        Q    Okay.  I think I understand.

20             So you want to take a few minutes?

21        MR. JACOBS:  Do you want to take lunch?

22        MR. ZELLER:  Okay.  Sure.

23        MR. JACOBS:  What's your    are you planning

24   that we    our lunch is here?

25             MS. NEILL:  I think so, yeah.

Highly Confidential - Outside Counsels' Eyes Only

Page 168



