# EXHIBIT 9
# REDACTED VERSION

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO, LOS ANGELES, PALO ALTO, SACRAMENTO, SAN DIEGO, DENVER, NORTHERN VIRGINIA, WASHINGTON, D C

TOKYO, LONDON, BRUSSELS, BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

November 15, 2011

Via E-Mail (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re: *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

Enclosed is a corrected version of Apple's November 7, 2011 search terms disclosure. This disclosure corrects certain date cutoffs as discussed in recent correspondence.

As with the original November 7, 2011 search terms disclosure, this information covers documents produced by Apple via Morrison & Foerster in connection with the claims being pursued by Apple. It does not cover documents recently produced by Apple via Wilmer Hale in connection with the claims being pursued by Samsung. Those search terms will be covered in Apple's next monthly disclosure.

Sincerely,

/s/ *Mia Mazza*

Mia Mazza

Encl.

cc: Samuel Maselli
Peter J. Kolovos
S. Calvin Walden

Apple v. Samsung
Case No. C 11-1846 LHK (PSG)
Search Terms Applied by Apple
November 7, 2011
CORRECTED

| Custodian Produced | Keyword List Applied |
|---|---|
| Andre, Bart | 9 |
| ANPP Server | None |
| Anzures, Freddy | 10 |
| Apple Engineering Files | None |
| Apple Hardware Engineering | None |
| Apple Legal Files | None |
| Apple Marketing Files | None |
| Blumenberg, Chris | 1 |
| Boule, Andre | 1 |
| Chaudhri, Imran | 2, 10 |
| Christensen, Steven | None |
| Christie, Greg | 1 |
| Cook, Tim | 8 |
| Coredocs_Serve REDACTE | None |
| Coredocs_Serve, REDACTE | None |
| Coster, Daniel | 9 |
| de Iuliis, Daniele | 9 |
| Elias, John | 4 |
| Forstall, Scott | 1 |
| Frost & Sullivan | None |
| Herz, Scott | 6 |
| Hotelling, Steve | 5 |
| Howarth, Richard | 9 |
| Huppi, Brian | 7 |
| Ive, Jony | 9 |
| Jobs, Steve | 8 |
| Kerr, Duncan | 9 |
| Lamiraux, Henri | None |
| Land, Brian | 5 |
| Lemay, Steve | 1 |
| Lutton, Chip | 8 |
| Nishibori, Shin | None |
| Ording, Bas | 3 |
| Platzer, Andrew | 6 |
| Rangel, Art | None |

| Custodian Produced | Keyword List Applied |
|---|---|
| Rohrbach, Matthew | 9 |
| Russell-Clarke, Peter | 9 |
| Server, casket.ecs.apple.com | None |
| Sewell, Bruce | 8 |
| Strickon, Josh | 7 |
| Stringer, Chris | 9 |
| Twiggs, Sissie | None |
| USPTO | None |
| Van Os, Marcel | 1 |
| Westerman, Wayne | 4 |
| Whang, Eugene | 9 |
| Williamson, Richard | 1 |
| Woodring, Cooper | None |
| Zorkendorfer, Rico | 9 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Search Terms Applied by Apple
November 7, 2011
CORRECTED

| Search Term List | Date Limitation |
|---|---|
| 1 | On or before September 30, 2007 |
| 2 | On or before September 30, 2007 or February 28, 2008 (see list) |
| 3 | On or before September 30, 2007, December 31, 2007, or February 28, 2008 (see list) |
| 4 | On or before June 29, 2007 |
| 5 | On or before June 29, 2007 |
| 6 | On or before June 29, 2007 |
| 7 | On or before June 29, 2007 |
| 8 | January 1, 2010 to April 26, 2011 |
| 9 | June 1, 2003 to April 30, 2011 |
| 10 | October 1, 2004 to April 30, 2011 |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 1



REDACTED

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 2
CORRECTED



*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 2
CORRECTED

| Term | Upper Date Limit |
| --- | --- |
| REDACTED | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 3
CORRECTED



| Term | Upper Date Limit |
|---|---|
| REDACTED | |



*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 3
CORRECTED

| Term | Upper Date Limit |
| --- | --- |
| REDACTED | |



*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 4

REDACTED

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 5

REDACTED



*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 6



REDACTED

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 7



REDACTED

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 8



REDACTED

*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 9



*Apple v. Samsung*
Case No. C 11-1846 LHK (PSG)
Apple Search Terms
November 7, 2011
List 10

REDACTED [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]