# EXHIBIT 12
# REDACTED VERSION




APLNDC-X0000005851

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



APLNDC-X0000005852

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

REDACTED

REDACTED

APLNDC-X0000005885

REDACTED

APLNDC-X0000005886

CONFIDENTIAL - ATTORNEYS EYES ONLY

REDACTED

REDACTED