UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Samsung moved to file the below-listed documents, which contain Apple-confidential material, under seal. [Dkt. No. 602.] In support of Samsung's motion, Apple has filed the declaration required under Civil L.R. Rule 79-5(d) and General Order No. 62, which provides evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the documents listed below is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). The motion is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. Portions of Exhibits A, D, K, M, N, P, Q, U, W, Y, and Z to the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel ("Hutnyan Declaration ISO MtC") consistent with the proposed redacted exhibits identified in the Declaration of Cyndi Wheeler in Support of Samsung's Motion to File Under Seal ("Wheeler Declaration").

2. Exhibits L, M, S, and T to the Hutnyan Declaration ISO MtC in their entirety.

3. The Hutnyan Declaration ISO MtC and Samsung's Motion to Compel to the extent they refer to the above-referenced exhibits or confidential information therefrom.

4. Portions of Exhibit C to the Declaration of Diane C. Hutnyan in Support of Samsung's Renewed Motion to Compel consisted with the proposed redacted exhibit identified in the Wheeler Declaration.

5. Exhibit C to the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Enforce Various Court Orders ("Hutnyan Declaration ISO MtE") in its entirety.

6. Portions of Exhibit D to the Hutnyan Declaration ISO MtE consistent with the proposed redacted exhibit identified in the Wheeler Declaration.

7. Samsung's Motion to Enforce Various Court Orders to the extent it refers to the above-referenced exhibits or confidential information therefrom.

8. Exhibits A-E and G of the Declaration of Brett Arnold in Support of Samsung's Motion for Clarification ("Arnold Declaration") in their entirety.

9. Portions of Exhibits F and H to the Arnold Declaration consistent with the proposed redacted exhibits identified in the Wheeler Declaration.

10. Samsung's Motion for Clarification and the Arnold Declaration to the extent they refer to the above-referenced exhibits or confidential information therefrom.

11. Portions of Exhibits B, C, D, and K to the Declaration of Diane C. Hutnyan in Support of Samsung's Motion for a Protective Order ("Hutnyan Declaration ISO MPO") consistent with the proposed redacted exhibits identified in the Wheeler Declaration.

12. Exhibits E-J to the Hutnyan Declaration ISO MPO in their entirety.

13. Samsung's Motion for a Protective Order to the extent it refers to the above-referenced exhibits or confidential information therefrom.

The remainder of the documents at issue in Samsung's Administrative Motion to File Under Seal [Dkt. No. 602] shall not be filed under seal.

**IT IS SO ORDERED.**

Dated:  January _____, 2012.

HONORABLE PAUL S. GREWAL
United States Magistrate Judge