UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, ) | ORDER GRANTING MOTION TO SEAL |
| v. ) | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

Apple filed a renewed motion to file under seal portions of certain documents filed in support of Samsung's Response to Apple's Opening Claim Construction Brief. ECF No. 619. Portions of Exhibit B contain Apple's confidential specifications and deposition testimony relating to those specifications. Portions of Exhibits I and J contain discussions of confidential prototype design and development. Apple also moved to file under seal a portion of footnote 2 in Samsung's brief that discloses information referred to in Exhibit B. After "balanc[ing] the competing interests' of the public and the party who seeks to keep certain judicial records secret," the Court finds the portions of documents properly sealable. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Foltz*, 331 F.3d at 1135) (alterations omitted).

1  Accordingly, Apple's motion is GRANTED and the partially redacted versions attached as exhibits
2  to Apple's renewed motion shall be deemed publicly filed.  *See* ECF No. 619.
3  **IT IS SO ORDERED.**
4  Dated: January 19, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO SEAL