1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20       Plaintiff, | **DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SEALING APPLE'S** |
| 21       vs. | **MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS AND** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **EXHIBITS A, H, AND J TO THE MAZZA DECLARATION IN SUPPORT** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **THEREOF, PURSUANT TO LOCAL RULE 79-5(d)** |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25       Defendant. | |
| 26 | |

27

28

1

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Melissa N. Chan in support of Apple's Administrative Motion to Seal Apple's Motion to Compel (Dkt. No. 613), to establish that the following are sealable:

- Confidential Portions of Apple's Motion to Compel Production of Documents and Things ("Motion to Compel");
- Confidential Portions of the Declaration of Mia Mazza in Support of Apple's Motion to Compel ("Mazza Declaration"); and
- Exhibits A, H, and J to the Mazza Declaration).

## DECLARATION OF MELISSA N. CHAN

I, Melissa N. Chan, do hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung. I submit this Declaration in support of Apple's Administrative Motion to Seal Apple's Motion to Compel (Dkt. No. 613). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit A to the Mazza Declaration consists of a letter sent to counsel for Apple from counsel for Samsung. This document contains confidential business information about Samsung's internal files and organization, confidential technical documents showing Samsung's business relationships and design strategy, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

3. Exhibit H to the Mazza Declaration consists of a letter sent from counsel for to counsel for Samsung discussing the contents of a document designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY. The document reflects the procedure and results of confidential consumer research conducted by Samsung. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

4. Exhibit J consists of excerpts from the deposition transcript of Tim Sheppard, a Samsung witness. This document contains sensitive information about the manner in which

1  Samsung maintains its financial records, as well as Samsung's accounting practices.  This
2  information that could be used to Samsung's detriment if not filed under seal, and Samsung has
3  accordingly designated this document as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES

4  5. The confidential Mazza Declaration summarizes, describes and/or directly cites to
5  the confidential exhibits discussed in paragraphs 2 through 4 above.  Therefore, the declaration
6  should remain under seal for the same reasons articulated above.

7  6. Apple's Motion to Compel summarizes, describes and/or directly cites to the
8  confidential Mazza Declaration and the confidential exhibits discussed in paragraphs 2 through 4
9  above.  Therefore, the motion should remain under seal for the same reasons articulated above.

10  7. The requested relief is necessary and narrowly tailored to protect this confidential
11  information.  The exhibits described above do not contain significant relevant, non-confidential
12  material.

15  I declare under penalty of perjury that the forgoing is true and correct to the best of my
16  knowledge.
17  Executed this 19th day of January, 2012, in Palo Alto, CA.

*/s/  Melissa N. Chan*
Melissa N. Chan

-3- Case No. 11-cv-01846-LHK
DECLARATION OF MELISSA N. CHAN IN SUPPORT OF SEALING APPLE'S MOTION TO COMPEL

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Melissa N. Chan has concurred in this filing.

/s/ Victoria Maroulis