UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 3hr4min

**JUDGE LUCY H. KOH**

CRT REPRTR: __IRENE RODRIGUEZ__         DATE: __1/17/12__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                         CASE #: __11-01846LHK__

CASE TITLE: __APPLE, INC.__ VS. __SAMSUNG ELECTRONICS CO., LTD., ET AL__

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

__HAROLD J. McELHINNY__                  __CHARLES VERHOEVEN__

__DAVID B. BASSETT__                     __KEVIN P.B. JOHNSON__

__MATTHEW AHN__                          __VICTORIA F. MAROULIS__

**TODAY'S PROCEEDINGS**

{ x } TUTORIAL HEARING   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. |   |
|-------|-------|------------|---|
| { }   | { }   | { }        | 1. |
| { }   | { }   | { }        | 2. |
| { }   | { }   | { }        | 3. |
| { }   | { }   | { }        | 4. |

**DISPOSITION of TODAY'S PROCEEDINGS**

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

*[  ] BRIEFS TO BE FILED AS FOLLOWS:*

{     } Cont'd to        @           For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: __TUTORIAL HEARING IS HELD.__