Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here

FILED

12 JAN 19 A 9: 17

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNCIATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant(s).

CASE NO. 11-cv-01846-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, S. Calvin Walden , an active member in good standing of the bar of New York , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Apple Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Mark D. Selwyn, Esq., WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304; (650) 858-6031; California Bar #244180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/16/12

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611011166
Cashier ID: harwellt
Transaction Date: 01/19/2012
Payer Name: San Francisco Legal Support
------------------------------------------
PRO HAC VICE
 For: S. Calvin Walden
 Case/Party: D-CAN-5-12-AT-PROHAC-001
 Amount:        $305.00
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 93060
 Amt Tendered:  $305.00
------------------------------------------
Total Due:        $305.00
Total Tendered: $305.00
Change Amt:       $0.00

Case # 11-cv-1846-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```