# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 19, 2012
Time in Court: [10:02 to 12:22; 1:19 to 2:48; 3:00 to 4:02]     (4 hours and 51 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.,**
**CASE NUMBER**: CV11-01846 LHK

Plaintiff Attorney(s) present: Michael Jacobs, Harold McElhinny, Jason Bartlett, Mia Mazza, Mark Selwyn, Calvin Walden, Sam Maselli

Defendant Attorney(s) present: Victoria Maroulis, Diane Hutnyan, Rachel Kassabian, Joby Martin, Ken Suh and Scott Hall

**PROCEEDINGS:**
*Plaintiff's Motion for Protective Order (Doc. 598)
*Plaintiff's Motion for Entry of Protective Order Re: Disclosure and Use of Discovery Materials (Doc. 599)
*Plaintiff's Motion to Compel Discovery Relating to Apples Affirmative Defenses and Counterclaims (Docs. 600/611)
*Plaintiff's Motion to Compel Production of Documents and Things (Doc. 613)
*Defendant's Motion to Compel Apple to Produce Documents and Things (Doc. 603)
*Defendant's Renewed Motion to Compel Discovery Relating to Mac OS 10.0 (Doc. 604)
*Defendant's Motion to Enforce Various Court Orders (Doc. 605)
*Defendant's Motion for Clarification (Doc. 606)
*Defendant's Motion for a Protective Order (Doc. 607)

Counsel present oral arguments.

The Court takes matters under submission; written order after hearing to be issued.

///