HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal. [Dkt. No. 643.]  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness I could and would testify competently as follows.

2. Exhibit 2 to the Declaration of Melissa N. Chan in Support of Samsung's Opposition to Apple's Motion to Compel Discovery Relating to Apple's Affirmative Defenses and Counterclaims contains Apple-confidential material.  (*See* Declaration of Melissa N. Chan in Support of Samsung's Administrative Motion to File Under Seal Its Opposition to Apple's Motion to Compel Relating to Affirmative Defenses/Counterclaims [Dkt. No. 643-1] ¶ 5.) Exhibit 2 was designated HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY under the interim protective order.

3. The above-referenced exhibit consists of 1) a letter from Apple's counsel to Samsung's counsel describing in detail Apple's discovery document collection and processing procedures and 2) an attachment to that letter with references to internal Apple code names for its products and a number of search terms for internal Apple documents.  The search terms were devised from confidential business, product development, and design information to collect responsive documents, many of which will themselves be confidential.  These search terms are non-public and were revealed to Samsung's counsel under a confidentiality designation in the interest of discovery transparency.  This exhibit should be sealed in its entirety with the exception of the first page of the letter's attachment listing document custodians.  On that page, the numerical code names should be sealed.

4. It is Apple's policy not to disclose or describe its confidential product development or business practices to third parties.  The above information is confidential to Apple and reveals such product development and business practices.  The discussion of document collection, processing and search terms reveals how Apple manages its business affairs with respect to litigation.  Moreover, the search terms were devised from confidential business, product development and design information.  Apple's internal project code names reveal

DECLARATION OF CYNDI WHEELER ISO SAMSUNGS ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3097224

1

information that Apple uses to maintain confidentiality with respect to its entire design and development process.   If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage.  The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 24th day of January, 2012, at Cupertino, California.

Dated:  January 24, 2012                    By: */s/ Cyndi Wheeler*
                                                 Cyndi Wheeler

DECLARATION OF CYNDI WHEELER ISO SAMSUNGS ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3097224

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated:  January 24, 2012                    By:          */s/  Richard S.J. Hung*
                                                              Richard S.J. Hung