QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100


  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

02198.51855/4565923.4

Case No. 11-cv-01846-LHK
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION
FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS

I, Todd M. Briggs, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I am licensed to practice law in the State of California. I submit this declaration in support of Samsung's Motion for Leave to Amend Infringement Contentions. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2. Attached hereto as Exhibit A is a true and accurate copy of the cover pleading for Samsung's Infringement Contentions.

3. Attached hereto as Exhibit B is a true and accurate copy of Apple's press release announcing the iPhone 4S, downloaded January 24, 2012, from http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html.

4. Samsung began investigating the iPhone 4S immediately after the product was launched.

5. Attached hereto as Exhibit C is a true and accurate copy of correspondence from counsel for Apple, received November 9, 2011.

6. Attached hereto as Exhibit D is a true and accurate copy of correspondence to counsel for Apple, sent November 22, 2011.

7. Attached hereto as Exhibit E is a true and accurate copy of correspondence from counsel for Apple, received November 30, 2011.

8. Attached hereto as Exhibit F is a true and accurate copy of correspondence to counsel for Apple, sent December 5, 2011.

9. Attached hereto as Exhibit G is a true and accurate copy of correspondence from counsel for Apple, received December 14, 2011.

10. Attached hereto as Exhibit H is a true and accurate copy of correspondence to counsel for Apple, sent December 22, 2011.

11. Attached hereto as Exhibit I is a true and accurate copy of correspondence to counsel for Apple, sent December 29 and 30, 2011.

12. On December 30, 2011, I spoke with Mark Selwyn, counsel for Apple, by teleconference. During that teleconference Mr. Selwyn asked Samsung to prepare a draft supplemental infringement contention charts. Mr. Selwyn further stated Apple sought to assert its patents in suit against the Samsung products raised in Apple's letter of November 9 (Exhibit C to this declaration).

13. Attached hereto as Exhibit J is a true and accurate copy of correspondence to counsel for Apple, sent January 4, 2012. Sub-exhibits J-2, J-3, and J-4 reflect draft supplement infringement contentions. On Exhibit J-4, the only substantive change is reflected on pages 1 and 2.

14. On January 4, 2012, I spoke with Mr. Selwyn by teleconference. During the teleconference, Mr. Selwyn represented Samsung's draft supplemental infringement contentions were acceptable. Mr. Selwyn further stated he would send Samsung a draft stipulation by the end of the week.

15. Attached hereto as Exhibit K is a true and accurate copy of correspondence from counsel for Apple, received January 6, 2012.

16. Apple's proposed stipulation (Exhibit K to this declaration) contained 13 Samsung products that Apple did not raise prior to January 6, 2012.

17. Attached hereto as Exhibit L is a true and accurate copy of correspondence to counsel for Apple, sent January 10 and 18, 2012.

18. Attached hereto as Exhibit M is a true and accurate copy of correspondence to counsel for Apple, sent January 20, 2012.

19. On January 20, 2012, I spoke with counsel for Apple, seeking Apple's position on the thirteen, previously unidentified products.

20. On January 21, 2012, Mr. Selwyn left a voice message stating that Apple's final position was reflected in the draft stipulation, received on January 6, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 24, 2012.

/s/ *Todd Briggs*

**General Order Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Todd M. Briggs has concurred in this filing.

/s/ Victoria Maroulis