# EXHIBIT C

| | |
|---|---|
| **From:** | Bartlett, Jason R. [JasonBartlett@mofo.com] |
| **Sent:** | Wednesday, November 09, 2011 10:02 PM |
| **To:** | Samsung v. Apple |
| **Cc:** | peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com; Victoria Maroulis; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Hung, Richard S. J.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); Mazza, Mia; sam.maselli@wilmerhale.com; Mazza, Mia; AppleMoFo; Monach, Andrew E. |
| **Subject:** | Apple v. Samsung, Case No. 11-CV-01846:  Proposed Stipulation |
| **Attachments:** | Stipulation_and_Proposed_Order_re_Adding_Accused_Products.DOC |

Counsel,

Please review the attached draft stipulation and let us know by tomorrow whether Samsung will agree to it.
Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA  94105
Direct: 415.268.6615


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   4:11-cv-01846-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS** |

1          Apple Inc. ("Apple") and Samsung Electronics Co. LTD ("SEC"), Samsung Electronics

2    America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively,

3    "Samsung"), through their respective counsel, stipulate as follows:

4          Apple may add as Accused Products in this action, without adding patents-in-suit or

5    asserting infringement of any claims of the patents-in suit that were not asserted in Apple's initial

6    Infringement Contentions under Local Rule 3-1, the following Samsung Products:

7          Galaxy Tab 8.9

8          Galaxy Tab 7.0 (including the 7.0 Plus)

9          Galaxy Player 4.0

10        Galaxy Player 5.0

11        Galaxy S II Skyrocket

12        Amended Supplemental Infringement Contentions under Local Rule 3-1 for these

13    additional Accused Products shall be served within seven days of the Court's entry of an Order

14    implementing this Stipulation.  Samsung shall comply with Local Rule 3-4(a) with respect to

15    these additional Accused Products within fourteen days of Apple's service of its Supplemental

16    Infringement Contentions.

17        Supplemental Invalidity Contentions or additional proposed terms for construction may be

18    permitted only for good cause based on a showing that the grounds for the Supplemental

19    Infringement Contentions are materially different than those asserted in Apple's initial

20    Infringement Contentions.

21

22

23

24

25

26

27

28

1    The service of Supplemental Infringement Contentions shall not affect the total number of

2 claim terms to be construed and shall not change any of the other dates or discovery limitations

3 set forth in the Court's previous Orders.

4    So Stipulated:

5 Dated: November _____, 2011          Dated November _____, 2011

6

7 MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

8

9 By: _____     By: _____
      HAROLD J. MCELHINNY               CHARLES K. VERHOEVEN
10     MICHAEL A. JACOBS              KEVIN P.B. JOHNSON
      JENNIFER LEE TAYLOR            VICTORIA F. MAROULIS
11     ALISON M. TUCHER              EDWARD DEFRANCO
      RICHARD S.J. HUNG             MICHAEL T. ZELLER
12     JASON R. BARTLETT
                                  Attorneys for SAMSUNG ELECTRONICS
13     Attorneys for Plaintiff       CO. LTD, SAMSUNG ELECTRONICS
      APPLE INC.                    AMERICA, INC., AND SAMSUNG
14                                  TELECOMMUNICATIONS AMERICA,
                                  LLC.
15

16

17    **IT IS SO ORDERED.**

18

19

20 Dated: _____, 2011     By: _____

21

22                                   Honorable Lucy H. Koh

23

24

25

26

27

28