# EXHIBIT E

# WILMERHALE

November 30, 2011

**Samuel Maselli**

+1 650 858 6148(t)
+1 650 858 6100(f)
samuel.maselli@wilmerhale.com

**VIA ELECTRONIC MAIL**

Victoria Maroulis, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065

Re:   *Apple Inc. v. Samsung Electronics Co. Ltd. et al.,* Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Victoria:

      We write to respond to your November 22, 2011 letter to Richard Hung in which you agree to join Apple's November 9 proposed stipulation adding the Galaxy Tab 8.9, Galaxy Tab 7.0, Galaxy Player 4.0, Galaxy Player 5.0, and Galaxy S II Skyrocket as accused products provided that "Apple will stipulate to Samsung's adding the iPhone 4S to the action."

      So that we understand the full context of your proposal, we ask you to clarify whether Samsung seeks to modify in any way its disclosures and contentions set forth on September 7, 2011 pursuant to Patent Local Rule 3-1(a), (c)-(h), or, on the other hand, whether Samsung will commit in this case to the identical infringement theories for the iPhone 4S as those set forth against the Apple products previously identified by Samsung pursuant to Patent Local Rule 3-1(b).

      Thank you for your prompt attention to this matter.  We look forward to your response.

Yours very truly,

*[signature]*

Samuel J. Maselli

cc:   Counsel of Record