# EXHIBIT F

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5022**

WRITER'S INTERNET ADDRESS
**victoriamaroulis@quinnemanuel.com**

December 5, 2011

<u>VIA ELECTRONIC MAIL</u>

Sam Maselli
Wilmer Hale
950 Page Mill Road
Palo Alto, California 94304

Re:   Apple Inc. v. Samsung Elecs. Co. Ltd. et al., Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Sam:

I am writing in response to your November 30 letter regarding a reciprocal stipulation to add products to the Northern District of California action.

Your question is unclear. Under the local patent rules of this district, Samsung believes that the contentions under Local P.R. 3-1 need to be amended for each added product. For example, for some patents, new claim charts will be required to set forth Samsung's infringement contentions, and for other patents the claim charts served on September 7 may be representative of the iPhone 4s.

Your letter also raises questions about Apple's proposed added products. Is Apple planning to serve amended contentions, or is Apple planning to proceed under its previously served theories? Please either respond in writing or be prepared to discuss on the parties' weekly meet and confer session on Wednesday.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

2

Best regards,

*/s/ Victoria F. Maroulis*

Victoria F. Maroulis