# EXHIBIT G

WILMERHALE

December 14, 2011

**Samuel Maselli**

+1 650 858 6148(t)
+1 650 858 6100(f)
samuel.maselli@wilmerhale.com

**VIA ELECTRONIC MAIL**

Victoria Maroulis, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065

Re:     *Apple Inc. v. Samsung Electronics Co. Ltd. et al.,* Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Victoria:

        We write in response to your December 5 letter regarding proposed reciprocal stipulations to amend the parties' infringement contentions.

        Your letter, which was sent in response to my November 30, 2011 letter, does not answer the questions I asked.  While you say that "Samsung believes that the contentions under Local P.R. 3-1 need to be amended for each added product," you do not explain in what respect(s) Samsung seeks to amend its infringement contentions.  We understand that Samsung wants to amend its contentions to identify the iPhone 4S as an accused product.  My question was whether Samsung seeks to amend any other aspect of its contentions.

        Accordingly, I ask again that you please let us know as soon as possible whether Samsung seeks to modify in any way its disclosures and contentions set forth on September 7, 2011 pursuant to Patent Local Rule 3-1(a), (c)-(h), or, on the other hand, whether Samsung will commit in this case to the identical infringement theories for the iPhone 4S as those set forth against the Apple products previously identified.

        Finally, in response to your question of how Apple intends to proceed, as noted in the proposed stipulation that we circulated on November 9, Apple plans to proceed under our previously disclosed theories with respect to the additional Samsung products.

        Yours very truly,

        */s/ Samuel J. Maselli*

        Samuel J. Maselli

cc:     Counsel of Record