# EXHIBIT H

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

December 22, 2011

<u>VIA E-MAIL</u>

Samuel J. Maselli
950 Page Mill Road
Palo Alto, CA 94304

Re:   *Apple, Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK

Dear Sam:

    I write in response to your December 14, 2011 letter, regarding proposed reciprocal stipulations to amend the parties' infringement contentions and our conversations this week regarding the same.

    As you are aware, Samsung is seeking to amend its infringement contentions to identify the iPhone 4S as an accused product. Samsung plans to proceed under its previously disclosed theories for 9 of the 12 Samsung patents with respect to the additional Apple iPhone 4S product. For the remaining 3 patents, Samsung's theories will be essentially the same with the minor modifications described below.

    In regards to the '460 and '893 patents, the currently accused Apple products display left/right arrow keys whereas the iPhone 4S does not. Samsung's supplemental infringement contentions would account for this change to the iPhone 4S. In regards to the '871 patent, Samsung's supplemental infringement contentions would account for the new way in which the iPhone 4S divides the display window into first and second display windows.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4520889.2

2

      I look forward to hearing from you regarding proposed reciprocal stipulations to amend the parties' infringement contentions.  Please let us know by December 28 whether Apple is willing to enter into this stipulation.

Very truly yours,

*/s/*

Todd Briggs