# EXHIBIT I

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Friday, December 30, 2011 10:36 AM |
| **To:** | 'Selwyn, Mark'; 'Maselli, Samuel'; Victoria Maroulis; 'Kolovos, Peter' |
| **Cc:** | Samsung v. Apple; 'AppleMoFo@mofo.com'; 'WH Apple Samsung NDCal Service' |
| **Subject:** | RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions |

Mark,

I just left my cell number with your secretary.  You can reach me at 925.895.0664.

Thanks, Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Friday, December 30, 2011 10:32 AM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis; Kolovos, Peter
**Cc:** Samsung v. Apple; AppleMoFo@mofo.com; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Todd:

Please call me to discuss.  I will be in the office for a few more hours today.

Mark

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Friday, December 30, 2011 10:30 AM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis; Kolovos, Peter
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam and Peter,

We still have not received any response from you on this.  Will you please provide one today.  If we don't hear back from you, we will assume that you oppose our request and will file a motion early next week.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Thursday, December 29, 2011 2:34 PM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam – We have not received a response to my December 22 letter from you or anyone else at your firm.  We requested a response by December 28th.  We need to know Apple's answer by the end of this week.  Please let me know if you or someone else at your firm is available to discuss this later today or tomorrow.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Thursday, December 22, 2011 4:40 PM
**To:** Maselli, Samuel; Victoria Maroulis
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam – Please see attached letter regarding supplemental infringement contentions.


**Todd Briggs**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5020 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.