# EXHIBIT J

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Monday, January 23, 2012 3:19 PM |
| **To:** | Bill Trac; Kenneth Suh |
| **Subject:** | FW: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions |
| **Attachments:** | 4322761_5_871 Patent Supplemental Infringement Chart.DOC; 4527154_1_893 Patent Supplemental Infringement Chart.DOC; 4525227_2_460 Patent Supplemental Infringement Chart.DOC |

---

**From:** Todd Briggs
**Sent:** Wednesday, January 04, 2012 12:13 AM
**To:** 'Selwyn, Mark'
**Cc:** Todd Briggs
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Mark,

Here are our draft supplemental charts for the 460, 893 and 871 patents.   Please let us know by the end of the day on Wednesday if Apple will agree to these supplemental contentions.

Also, since the supplemental infringement contentions for the other Samsung patents and Apple patents are not in dispute, we should get a stipulation prepared for those.  Please let me know if you want to prepare that of if you would like us to prepare it.

Best, Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Tuesday, January 03, 2012 1:08 PM
**To:** Todd Briggs
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Thanks.  We had talked about me trying to get you an answer by COB today.  That will need to slip a bit, but I will try to make sure we reach closure as soon as possible.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Tuesday, January 03, 2012 12:22 PM
**To:** Selwyn, Mark
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Thanks for following up.  We will send the charts to you later today.

Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Monday, January 02, 2012 9:52 PM

**To:** Todd Briggs
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

You were going to send me some charts over the weekend, right?  Can you let me know the status?  Thanks.

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Friday, December 30, 2011 10:36 AM
**To:** Selwyn, Mark; Maselli, Samuel; Victoria Maroulis; Kolovos, Peter
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Mark,

I just left my cell number with your secretary.  You can reach me at 925.895.0664.

Thanks, Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Friday, December 30, 2011 10:32 AM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis; Kolovos, Peter
**Cc:** Samsung v. Apple; AppleMoFo@mofo.com; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Todd:

Please call me to discuss.  I will be in the office for a few more hours today.

Mark

---

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Friday, December 30, 2011 10:30 AM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis; Kolovos, Peter
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam and Peter,

We still have not received any response from you on this.  Will you please provide one today.  If we don't hear back from you, we will assume that you oppose our request and will file a motion early next week.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Thursday, December 29, 2011 2:34 PM
**To:** Todd Briggs; Maselli, Samuel; Victoria Maroulis
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam – We have not received a response to my December 22 letter from you or anyone else at your firm.  We requested a response by December 28ᵗʰ.  We need to know Apple's answer by the end of this week.  Please let me know if you or someone else at your firm is available to discuss this later today or tomorrow.

Thanks, Todd

---

**From:** Todd Briggs
**Sent:** Thursday, December 22, 2011 4:40 PM
**To:** Maselli, Samuel; Victoria Maroulis
**Cc:** Samsung v. Apple; 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung, Case No. 11-cv-01846-LHK (N.D. Cal.) - Correspondence re supplemental infringement contentions

Sam – Please see attached letter regarding supplemental infringement contentions.

**Todd Briggs**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5020 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
toddbriggs@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT J-2

# SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,577,460

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | Apple infringes this claim because it has performed each and every step of this claim on the iPhone 4S, including but not limited to through testing and use by its employees.  Apple also infringes this claim by selling the iPhone 4S to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.<br><br>The iPhone 4S performs a data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera.<br><br>See, e.g.:<br><br>The iPhone 4S functions as both portable phone and camera.<br><br> |

<table>
<tr><td></td><td> </td></tr>
</table>

| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | The iPhone 4S enters a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function.<br><br>See, e.g.:<br><br>A user opens the "Mail" application and starts to write an email.[1] |

---

[1]   Screen images show the operation of an iPhone 4S running iOS 5.0.1.



| | |
|---|---|
| |  |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | The iPhone 4S enters a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode.<br><br>See, e.g.:<br><br>The user returns to the home screen, opens the "Photos" application, and views the most recently captured image.  The user chooses to email the image and writes a message.[2] |

---

[2]   Alternately, the user performs step [b] using the "Camera" application.  That is, the user opens the Camera application, views the most recently captured image, chooses to email the image, and write a message.







| | |
|---|---|
| [c] sequentially displaying other images stored in a memory through the use of | The iPhone 4S sequentially displays other images stored in a memory through the use of scroll keys. |

| scroll keys; | See, e.g.: |
|---|---|
| | The user opens the "Camera" application and navigates between image files.[3]  To the extent that a finder of fact determines that the iPhone 4S does not literally perform this element, the iPhone 4S performs an equivalent of this element.<br><br> |

_____

[3]  Alternately, the user performs step [c] using the Photos application.  That is, the user opens the Photos application and navigates between image files.



| | |
|---|---|
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; | The iPhone 4S transmits the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode.<br><br>See, e.g.:<br><br>The user opens the Mail application again and sends the email started in step (a) to a recipient. |



| [e] and transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | The iPhone 4S transmits the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.<br><br>See, e.g.:<br><br>The user opens the Photos application again and sends the email started in step (b) to a recipient.<br><br><br><br> |

# EXHIBIT J-3

# SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,456,893

| **ASSERTED CLAIM**<br>**(PATENT L.R. 3-1(A))** | **ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY**<br>**(PATENT L.R. 3-1(B)-(D))** |
|---|---|
| 1. A method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium, the method consisting of the sequential steps: | Apple infringes this claim because it has performed each and every step of this claim on the iPhone 4S, including but not limited to through testing and use by its employees.  Apple also infringes this claim by selling the iPhone 4S to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.<br><br>The iPhone 4S practices a method of controlling a digital image processing apparatus that, in a photographing mode, processes and stores an input image in a recording medium and, in a reproduction mode, displays at least one image file of a plurality of image files that are stored in the recording medium.<br><br>See, e.g.:<br><br>The iPhone 4S has a "Camera" application, which allows a user to capture an image and store it on the device.[1]<br><br>  |

[1]   Screen images show the operation of an iPhone 4S running iOS 5.0.1.

| | |
|---|---|
| | The iPhone 4S also has a "Photos" application, which allows a user to view image files stored on a device.<br><br> |
| (a) setting the digital image processing apparatus in the reproduction mode; | The iPhone 4S performs the step of setting the digital image processing apparatus in the reproduction mode.<br><br>See, e.g.:<br><br>A user opens the Photos application on the iPhone 4S. |

| | |
|---|---|
| |   |
| (b) using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file; | The iPhone 4S performs the step of using the digital image processing apparatus in the reproduction mode for displaying a single image file from the recording medium, the single image file being different from a most-recently stored image file.<br><br>See, e.g.:<br><br>The user views an image file different than the most recently stored image file. |



| | |
|---|---|
| (c) while the single image file is being displayed, switching from the reproduction mode to the photographing mode; | The iPhone 4S performs the step of, while the single image file is being displayed, switching from the reproduction mode to the photographing mode.<br><br>See, e.g.:<br><br>The user opens the Camera application using the multitasking bar.<br><br>**Opening and Switching Applications**<br>You open an application on iPhone by tapping its icon on the Home screen. |



2   Apple iPhone User Guide for iOS 4 Software at SAMNDCA00001943-44.

| | |
|---|---|
| (d) using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium; | The iPhone 4S performs the step of using the digital image processing apparatus for a duration in the photographing mode for storing a newly photographed image to a new image file in the recording medium.<br><br>See, e.g.:<br><br>The user captures a new image.<br><br> |
| (e) after the duration, switching from the photographing mode to the reproduction mode; and | The iPhone 4S performs the step of, after the duration, switching from the photographing mode to the reproduction mode.<br><br>See, e.g.: |

| | The user returns to the Photos application using the multitasking bar.  |
|---|---|
| (f) irrespective of the duration, first displaying again only the single image file from step (c). | The iPhone 4S performs the step of, irrespective of the duration, first displaying again only the single image file from step (c). See, e.g.: The iPhone 4S displays the image from step (c) when the user returns to the Photos application. |



| | |
|---|---|
| 2. The method of claim 1 wherein step (c) comprises the step of identifying the image file that is being displayed. | See claim 1.<br><br>The iPhone 4S further perform the step wherein step (c) comprises the step of identifying the image file that is being displayed.<br><br>See, e.g.:<br><br>The iPhone 4S identifies the image file during step (c). The iPhone 4S displays the identified image file when the user returns to the Photos application. |



| | |
|---|---|
| 3. The method of claim 2 wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed. | See claims 1 and 2.<br><br>The iPhone 4S further performs the step wherein the identifying step comprises setting in a memory of the digital image processing apparatus an index value of the single image file that is being displayed.<br><br>See, e.g.:<br><br>The iPhone 4S stores an index value of the image file in step (c). When the user returns to the Photos application, the iPhone 4S retrieves this index value from memory. |



| 4. The method of claim 3 wherein step (e) comprises the step of reading the memory to retrieve the index value. | See claims 1 and 2.<br><br>The iPhone 4S further performs the step wherein step (e) comprises the step of reading the memory to retrieve the index value.<br><br>See, e.g.:<br><br>The iPhone 4S stores an index value of the image file in step (c). When the user returns to the Photos application, the iPhone 4S retrieves this index value from memory. |
| --- | --- |



| | |
|---|---|
| 6. The method of claim 2 wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c). | See claims 1 and 2.<br><br>The iPhone 4S further performs the step wherein the identifying step comprises one of setting a flag and setting a bookmark on the single image file that is being displayed in step (c).<br><br>See, e.g.:<br><br>The iPhone 4S sets a flag or sets a bookmark in step (c). When the user returns to the Photos application, the iPhone 4S uses this flag or bookmark to display the image file. |



| 7. The method of claim 3 wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed. | See claims 1 and 3.<br><br>The iPhone 4S further performs the step wherein step (b) comprises the steps of: sequentially displaying single image files of the plurality; and updating the index value stored in the memory of the digital image processing apparatus each time a currently-displayed image file is changed.<br><br>See, e.g.:<br><br>The user navigates between image files in the Photos application. The iPhone 4S stores the index value of the image file currently displayed. |

13



| 8. The method of claim 4 wherein the reading step comprises the step of determining if the index value is in a reset state. | See claims 1 and 4.<br><br>The iPhone 4S further perform the step wherein the reading step comprises the step of determining if the index value is in a reset state.<br><br>See, e.g.:<br><br>The index value enters a reset state when the user clears the Photos application from the multitasking bar. When the user returns to the Photos application, the iPhone 4S detects this reset state and as a result displays a list of albums. |
|---|---|



| | |
|---|---|
| 10. A digital image processing apparatus comprising: an optical system for receiving a light reflected from a subject; a photoelectric conversion module in optical communication with the optical system for converting the light to image data; a recording medium for storing the image data in an image file; a display screen for displaying the image data; | The iPhone 4S comprises a digital image processing apparatus comprising an optical system for receiving a light reflected from a subject; a photoelectric conversion module in optical communication with the optical system for converting the light to image data; a recording medium for storing the image data in an image file; a display screen for displaying the image data.<br><br>See, e.g.:<br><br>The iPhone 4S has two digital cameras, memory for storing image values, and a screen. |

 

| | |
|---|---|
| and a controller connected with the photoelectric conversion module, the recording medium and the display screen, the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data, | The iPhone 4S comprises a digital image processing apparatus further comprising a controller connected with the photoelectric conversion module, the recording medium and the display screen, the controller being operative in a photographing mode to process the image data for storage in the recording medium and, in a stored-image display mode, being operative to control the display screen for displaying a single image relative to the image data.<br><br>See, e.g., claim 1, preamble. |
| wherein upon a user | The iPhone 4S comprises a digital image processing apparatus, wherein upon a user performing a |

| | |
|---|---|
| performing a mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation. | mode-switching operation defined by switching from the stored-image display mode to the photographing mode and back to the stored-image display mode the controller causes the display screen to first display a single image file that was most recently displayed before the mode-switching operation, the single image file being different from a most-recently stored image file, and the single image file being first displayed irrespective of a duration that the camera was used in the photographing mode during the mode-switching operation.<br><br>See, e.g., claims 1(a) – (f). |
| 11. The digital image processing apparatus of claim 10 wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode. | The iPhone 4S further comprises the digital image processing apparatus of claim 10 wherein the controller is operative to identify the single image file that was most recently displayed in the stored-image display mode.<br><br>See, e.g., claim 2. |
| 12. The digital image processing apparatus of claim 10 wherein each image file stored in the recording medium includes a unique file index | The iPhone 4S further comprises the digital image processing apparatus of claim 10 wherein each image file stored in the recording medium includes a unique file index value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored. |

| value and the controller causes the unique file index value of the single image file that was most recently displayed in a file index memory to be stored. | See, e.g., claim 3. |
|---|---|
| 13. The digital image processing apparatus of claim 12 wherein the controller comprises at least one of a digital camera processor and a microcontroller. | The iPhone 4S further comprises the digital image processing apparatus of claim 12 wherein the controller comprises at least one of a digital camera processor and a microcontroller.<br><br>See, e.g.:<br><br>The iPhone 4S has an A5 microprocessor.<br><br>For example, there is one module as a camera processor making image file and the other module as the microcontroller controlling the power in A5 microprocessor.<br><br><br><br>3 |
| 14. The digital image | The iPhone 4S comprise the digital image processing apparatus of claim 13 further comprising a user |

---

3   http://www.ifixit.com/Teardown/iPhone-4S-Teardown/6610/2  (last accessed on December 28, 2011).

| | |
|---|---|
| processing apparatus of claim 13 further comprising a user input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode. | input including a mode-switching actuator for switching the controller between the stored-image display mode and the photographing mode.<br><br>See, e.g., claim 1(c). |
| 15. The digital image processing apparatus of claim 14 wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed. | The iPhone 4S further comprises the digital image processing apparatus of claim 14 wherein the user input further comprises at least one directional actuator for displaying a previous and a next image file in the stored-image display mode, the controller updating the file index memory with a different unique file index value each time the at least one directional actuator is pressed.<br><br>See, e.g., claim 7.  To the extent that a finder of fact determines that the iPhone 4S does not literally perform this element, the iPhone 4S performs an equivalent of this element. |
| 16. The digital image processing apparatus of claim 14 wherein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the | The iPhone 4S further comprises the digital image processing apparatus of claim 14 w herein the controller is operative to read the memory for retrieving the file index value in response to the mode-switching actuator being pressed when switching the controller from the photographing mode to the stored-image display mode.<br><br>See, e.g., claim 3. |

| stored-image display mode. | |
|---|---|

# EXHIBIT J-4

# EXHIBIT D

**SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,079,871**

| Asserted Claim<br>(Patent L.R. 3-1(a)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY<br>(PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A portable telephone comprising: | The Apple iPhone 4S ("the iOS 5 Device"), is a portable telephone=.<br><br>*See, e.g.,* http://www.apple.com/iphone/iphone-3gs/, http://www.apple.com/iphone/features/phone.html |
| [a] an inputting unit which receives first character messages to be transmitted; | The iOS 5 Device displays character messages being drawn up to be transmitted on one display window.  For example, messages can be drawn up to be transmitted in a single display window.<br><br>*See, e.g.,* iPhone User Guide  for iOS 5 page 66("Messages supports text messages with other SMS and MMS devices, and with other iOS devices using iMessage. With MMS and iMessage, you can also include photos, videos, and other info."). |
| [b] a wireless transceiver which receives second character messages and transmits completed character messages; | The iOS 5 Device and receive second character messages and transmit completed character messages.<br><br>*See, e.g.,* iPhone User Guide  for iOS 5 page 66("Messages supports text messages with other SMS and MMS devices, and with other iOS devices using iMessage. With MMS and iMessage, you can also include photos, videos, and other info."); |
| [c] a data storage unit which stores data including the transmitted character messages and the received second character messages; | The iOS 5 Device includes a data storage unit which stores the character messages to be transmitted.<br><br>*See, e.g.,* iPhone User Guide for iOS5 page 66 ("Your conversations are saved in the Messages list. Conversations that contain unread messages have a blue dot ⬤ next to them.") |
| [d] a display having a display window which displays the data of the data storage unit; and | The iOS 5 Device includes a display having a display window which displays the message.<br><br>*See, e.g.,* iPhone User Guide for iOS5 page 66 ("Your conversations are saved in the Messages list. Conversations that contain unread messages have a blue dot ⬤ next to them.") |
| [e] a controller which, if the second character messages are received | The iOS 5 Device can receive a second message while a first message is being input. |

| | |
|---|---|
| using the wireless transceiver while drawing up the first character messages to be transmitted using the inputting unit: | |
| [1] displays the arrival of the received second character messages on the display window, | The iOS 5 Device's Notification Center displays the arrival of a received message. *See, e.g.,* iPhone User Guide for iOS 5 page 30, 144-45; |
| [2] determines whether there is a selection to display the received second character messages, | The iOS 5 Device receives the message and can display the characters of the message across the top status bar. |
| [3] if the determination is that the selection is to display the received second character messages, divides the display window into first and second display windows, displays the first character messages to be transmitted on the first display window, and displays the received second character messages on the second display window. | The iOS 5 Device can display the characters of the message across the top status bar, dividing the window into first and second display windows, the first display window displaying the first message and the second display window displaying the second message. |
| 5. A portable telephone comprising: | The iOS 4 Devices are portable telephones. *See, e.g.,* http://www.apple.com/iphone/iphone-3gs/, |

| | http://www.apple.com/iphone/features/phone.html |
|---|---|
| [a] an inputting unit which receives character messages to be transmitted and a division selection mode; | The iOS 4 Devices include an inputting unit which receives character messages to be transmitted and a division selection mode.<br><br>For example, the screenshot below is the display of the message function when activated on the Apple Phone Devices.<br><br><br><br>*See, e.g.,* iPhone User Guide for iOS4 page 101 and iPhone User Guide for iOS 4.2 and 4.3 at page 106 ("Messages lets you exchange text messages with anyone using an SMS-capable phone. Messages also supports MMS, so you can send photos, video clips (iPhone 3GS or later), contact information, and voice memos to other MMS-capable devices. You can enter multiple addressees and send a message to several people at the same time."). |

| | The iOS 4 Devices additionally provide the capability to divide the display window by double-clicking the home button.<br><br>*See, e.g.,* iPhone User Guide for iOS4 pages 28-29 and iPhone User Guide for iOS 4.2 and 4.3 at pages 29-30.<br><br>The home button is highlighted in the below image.  By quickly pressing the home button twice, the user will start the window division function.<br><br> |
|---|---|
| [b] a wireless transceiver which, if the character messages to be transmitted | The iOS 4 Devices include a wireless transceiver which, if the character messages to be transmitted are completed, transmits the completed character messages. |

| are completed, transmits the completed character messages; | *See, e.g.,* Claim 9, Claim 10, http://www.apple.com/iphone/specs.html, http://www.apple.com/iphone/specs.html, http://www.apple.com/ipad/specs/, http://www.apple.com/ipodtouch/specs.html,  iPhone User Guide for iOS4 page 101 and iPhone User Guide for iOS 4.2 and 4.3 at page 106 ("Messages lets you exchange text messages with anyone using an SMS-capable phone. Messages also supports MMS, so you can send photos, video clips (iPhone 3GS or later), contact information, and voice memos to other MMS-capable devices. You can enter multiple addressees and send a message to several people at the same time."; "Send a message: Tap ☑, then enter a phone number or name, or tap ⊕ and choose a contact from your contacts list. Tap the text field above the keyboard, type a message, and tap Send.") |
|---|---|
| [c] a data storage unit which stores the character messages to be transmitted; | The iOS 4  Devices include a data storage unit which stores the character messages to be transmitted.<br><br>*See, e.g.,* iPhone User Guide for iOS4 page 102 and iPhone User Guide for iOS 4.2 and 4.3 at page 107 ("Your conversations are saved in the Messages list.  Conversations that contain unread messages have a blue dot 🔵 next to them.") |
| [d] a display having a display window which displays the character messages to be transmitted; and | The iOS 4  Devices include a display having a display window which displays the character messages to be transmitted.<br><br>For example, the screenshot that is representative of the Apple Phone Device's display when inputting a character message is printed below, with the display highlighted by a red box. |



*See, e.g.,* http://www.apple.com/iphone/specs.html, http://www.apple.com/iphone/specs.html

| [e] a controller which, if the division mode selection is input using the inputting unit while the character messages to be transmitted | The iOS 4 Devices include a controller which, if the division mode selection is input using the inputting unit while the character messages to be transmitted are being drawn up, divides the display window into first and second display windows, displays the character messages to be transmitted on the first display window, and displays a search type selection screen on the second display window. |
|---|---|

are being drawn up, divides the display window into first and second display windows, displays the character messages to be transmitted on the first display window, and displays a search type selection screen on the second display window.

For example, the display window is divided into a first and second display windows during the inputting of a character message once the user double clicks the home button.  This division mode selection results in the screenshot below with the first display window on top and the second display window on bottom.



Contained in the second display window is a search type selection screen.  In this instance, the search type selection screen includes the Contacts application which allows the user to search through their Contacts from this application.  The Contacts application located in the second display window, is highlighted by a red box below.

| | |
|---|---|
| 9. A portable telephone data displaying method comprising: | Apple infringes this claim because it has performed each and every step of this claim, including but not limited to through testing and use by its employees.  Apple also infringes this claim by selling the Accused Phone Devices to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.

The Accused Phone Devices are portable telephones that perform a displaying method.

*See, e.g.,* http://www.apple.com/iphone/iphone-3gs/, http://www.apple.com/iphone/features/phone.html |
| [a]displaying character messages being drawn up to be transmitted on one display window; | The Accused Phone Devices display character messages being drawn up to be transmitted on one display window.

For example, messages can be drawn up to be transmitted in a single display window.  The screenshot below is the single display of the message function when activated on the Apple Phones. |



*See* Claim 1[a].

*See, e.g.,* iPhone User Guide for iOS4 page 101 and iPhone User Guide for iOS 4.2 and 4.3 at page 106 ("Messages lets you exchange text messages with anyone using an SMS-capable phone. Messages also supports MMS, so you can send photos, video clips (iPhone 3GS or later), contact information, and voice memos to other MMS-capable devices. You can enter multiple addressees and send a message to several people at the same time.").

| [b]determining whether a window division function for dividing the display window is selected; and | The Accused Phone Devices determine whether a window division function for dividing the display window is selected.<br><br>For example, the Apple Phone Devices provide the capability to divide the display window by double-clicking the home button.<br><br>*See* Claim 1[e][2]. |
| --- | --- |

| | |
|---|---|
| | *See, e.g.,* iPhone User Guide for iOS4 pages 28-29 and iPhone User Guide for iOS 4.2 and 4.3 at pages 29-30. |
| [c]if the determination is that the window division function is selected: | The Accused Phone Devices determine if the window division function is selected.<br><br>*See* Claim 9[b].<br><br>For example, by quickly pressing the home button (highlighted below) twice, the user will start the window division function.  Alternatively, the iOS5 device, by dragging down the Notification Center.<br><br> |
| [1] determining what kind | The Accused Phone Devices determine what kind of function is selected.  For example, once the |

| of function is selected, | window division function is selected by double-clicking the home button, the user is able to select from the most recently used applications.  The portion of the divided display that allows the user to access the most recently-used applications is highlighted by the red box below. |
|---|---|
| |  |
| | *See* Claim 1[e][3]. |
| | *See, e.g.,* iPhone User Guide for iOS4 page 29 and iPhone User Guide for iOS 4.2 and 4.3 at page 30. |
| [2] dividing the one display window into first and second display windows, | The Accused Phone Devices divide the one display window into first and second display windows. |
| | For example, on iOS 4 and the iOS 5 device, once the user double –clicks the home button to bring up the most recently used applications, the display is divided into a first and second display. Alternatively, on the iOS 5 device, dragging the dragging motion reveals "widgets," the display is |

divided into a first and second window.

The first and second display windows are identified in the below picture.  The first display window is boxed in with red highlighting, while the second display window is boxed in with blue highlighting.



*See* Claim 1[e][3].

| [3] displaying the character messages to be transmitted on the first display window, and | The Accused Phone Devices display the character messages to be transmitted on the first display window the one display window into first and second display windows.<br><br>For example, while the display is divided, the first display continues to display the character messages to be transmitted, even after the one display is divided into the first and second display windows. |
| --- | --- |

|  | The screenshot below shows the character messages to be transmitted in the first display.  See Claim 1[e][3]. |
|---|---|
| [4] displaying data corresponding to the selected function on the second display window. | The Accused Phone Devices display data corresponding to the selected function on the second display window.<br><br>For example, on the iOS 4 and iOS 5 devices, once the user double-clicks the home button and divides the display, the second window is displayed, which displays data corresponding to the selected function in the second display window.  Alternatively, on the iOS 5 device, dragging down the Notification Center divides the display, the second window is displayed, which displays the data corresponding to the selected function in the second display window.<br><br>In the screenshot below, the mail function is showing the data corresponding to the fact that the user has a new email message. |

*See* Claim 1[e][3].

| | |
|---|---|
| 10. A computer readable medium encoded with processing instructions for implementing a data displaying method performed by a computer, the method comprising: | The iPhone 3GS, iPhone 4, and iPhone 4S as well as the Apple iPad and iPad 2, and iPod Touch (altogether the "Accused Computer Devices") include a computer readable medium encoded with processing instructions for implementing a data displaying method performed by a computer.<br><br>For example, the Accused Computer Devices run on Apple iOS which is a computer readable medium encoded with the processing instructions for implementing the display function that allows the user to divide the display window.<br><br>*See e.g.*, http://www.apple.com/ipodtouch/features/more-features.html#multitasking |
| [a]displaying a character message being drawn up to be transmitted on one display window; | The Accused Computer Devices include instructions for displaying a character message being drawn up to be transmitted on one display window.<br><br>For example, the Accused Computer Devices provide the capability to display character messages. Additionally these messages can be drawn up to be transmitted in a single display window. The |

screenshot below is the single display of the message function when activated on the Apple Products. *See, e.g.,* Claim 9[a], http://www.apple.com/ipad/built-in-apps/.

Screenshots of the messaging display for the iPad and iPod Touch are shown below.

 (iPad)

 (iPod Touch)

| [b]determining whether a window division function for dividing the display window is selected; and | The Accused Computer Devices include instructions for determining whether a window division function for dividing the display window is selected.<br><br>For example, the Accused Computer Devices provide the capability to divide the display window by double-clicking the home button.<br><br>*See* Claim 9[b]; iPad User Guide for iOS4 at pages 35-36 and iPad 2 User Guide for iOS 4.3 at pages 36-37; iPod Touch User Guide for iOS4.4 at pages 23-24. |
|---|---|

| | |
|---|---|
| [c]if the determination is that the window division function is selected: | The window division function is selected when the user double-clicks the home button.<br><br>The home button is highlighted in the below images for the iPad and iPod Touch.  By quickly pressing the home button twice, the user will start the window division function.<br><br> (iPad)   (iPod Touch)<br><br>*See* Claim 9[c]. |
| [1]determining what kind of function is selected, | The Accused Computer Devices include instructions for determining what kind of function is selected.<br><br>For example, once the window division function is selected by double-clicking the home button, the user is able to select from the most recently used applications.  The portion of the divided display that |

<table>
<tr><td></td><td>

allows the user to access the most recently-used applications is highlighted by the red box below.



(iPad)     (iPod Touch)

*See, e.g.,* Claim 9[c][1].

</td></tr>
<tr><td>

[2]dividing the one display window into first and second display windows,

</td><td>

The Accused Computer Devices include instructions for dividing the one display window into first and second display windows.

For example, once the user double –clicks the home button to bring up the most recently used applications, the display is divided into a first and second display.

The first and second display windows are identified in the below pictures.  The first display window is boxed in with red highlighting, while the second display window is boxed in with blue highlighting.

</td></tr>
</table>



First Display Window

Second Display Window

(iPad)



(iPod Touch)

*See* Claim 9[c][2].

| [3]displaying the character message to be transmitted on the first display window, and | The Accused Computer Devices include instructions for displaying the character message to be transmitted on the first display window.<br><br>For example, while the display is divided, the first display continues to display the character messages to be transmitted, even after the one display is divided into the first and second display windows.<br><br>The screenshots below shows the character messages to be transmitted in the first display. |
| --- | --- |



First Display
Window

(iPad)



(iPod Touch)

*See* Claim 9[c][3].

| [4]displaying data corresponding to the selected function on the second display window. | The Accused Computer Devices include instructions for displaying data corresponding to the selected function on the second display window.

For example, once the user double-clicks the home button and divides the display, the second window is displayed, which displays data corresponding to the selected function in the second display window.

In the screenshots below, the functions in the second display window are displaying corresponding data. |



Second Display Window

(iPad)



(iPod Touch)

*See also*, Claim 9[c][4].

| 11. The computer readable medium of claim 10, wherein the method further comprises, after the selected window division function is completed, merging the first and second display windows to reform the one display window and displaying the character message to be transmitted on the reformed one display window. | The Accused Computer Devices, where the method performed by the instructions includes after the selected window division function is completed, merging the first and second display windows to reform the one display window and displaying the character message to be transmitted on the reformed one display window.<br><br>For example, once the user has finished with the division of the display window and desires to continue with the message function, the first display containing the messaging function merges with the second display window, leaving the message function filling the display window.<br><br>An example screenshot is provided below.  The screenshot is the same across all of the Apple Products. |



| 20. A display device comprising: an inputting unit which receives a first character message to be transmitted; | The Accused Computer Products include display device comprising: an inputting unit which receives a first character message to be transmitted.<br><br>The Accused Computer Products are display devices that contain an imputing unit which receives a first character message to be transmitted.<br><br>*See, e.g.,* Claim 9, Claim 10, http://www.apple.com/iphone/iphone-3gs/specs.html, http://www.apple.com/iphone/specs.html, http://www.apple.com/ipad/features/, http://www.apple.com/ipodtouch/features/retina-display.html |
|---|---|
| [a] a receiver and a transmitter to receive and transmit completed character messages; | The Accused Computer Products include a receiver and a transmitter to receive and transmit completed character messages. |

| | |
|---|---|
| | *See e.g.,* Claim 9, Claim 10, <u>http://www.apple.com/iphone/specs.html</u>, <u>http://www.apple.com/iphone/specs.html</u>, <u>http://www.apple.com/ipad/specs/</u>, http://www.apple.com/ipodtouch/specs.html |
| [b] a display having a display window; and | The Accused Computer Products include a display having a display window.<br><br>A screenshot that is representative of an Accused Computer Product's display is printed below, with the display highlighted by a red box.<br><br><br><br>*See, e.g.,* Claim 9, Claim 10, <u>http://www.apple.com/iphone/specs.html</u>, <u>http://www.apple.com/iphone/specs.html</u>, <u>http://www.apple.com/ipad/specs/</u>, |

| | http://www.apple.com/ipodtouch/specs.html |
|---|---|
| [c] a controller that receives a request function while the first character message to be transmitted is being displayed, divides the display window into first and second display windows, displays on the first display window the first character message to be transmitted, and displays data corresponding to a selected function on the second display window. | *See* Claim 9 and Claim 10. |
| 25.÷ A display device comprising: | The iOS 5 Device is a display device. |
| [a] an inputting unit which receives a first character message to be transmitted; | *See* Claim 1[a]. |
| [b] a receiver and a transmitter to receive and transmit completed character messages; | *See* Claim 1[b]. |
| [c] a display having a display window; | *See* Claim 1[d]. |
| [d] a controller which, if data is to be displayed while the first character message is being received, | *See* Claim 1[e][1]-[3]. |

| | |
|---|---|
| divides the display window into first and second display windows, displays on the first display window the first character message to be transmitted, and displays the data to be displayed on the second display window; and | |
| [e] a data storage unit which stores the data to he displayed, wherein, when the controller receives a request to perform a function using the stored data, the controller displays information associated with the function on the second display window. | *See* Claim 1[c]. |