# EXHIBIT K

**Todd Briggs**

| | |
|---|---|
| **From:** | Selwyn, Mark [Mark.Selwyn@wilmerhale.com] |
| **Sent:** | Friday, January 06, 2012 8:12 PM |
| **To:** | Todd Briggs |
| **Cc:** | RHung@mofo.com; JasonBartlett@mofo.com; DAhn@mofo.com; Kolovos, Peter |
| **Subject:** | Apple v. Samsung -- Draft Stipulation and Proposed Order Regarding Adding Accused Products |
| **Attachments:** | Stipulation and Proposed Order re Adding Accused Products - 4.DOC |

Todd:

Per our discussion, for your review.

Mark

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

SAN JOSE DIVISION

12

13 APPLE INC.,

14          Plaintiff,

15     v.

16 SAMSUNG ELECTRONICS CO., LTD., A
   Korean business entity; SAMSUNG
17 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
18 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company.,
19
          Defendants.
20

Case No.    11-cv-01846-LHK

**STIPULATION AND
[PROPOSED] ORDER
REGARDING ADDING
ACCUSED PRODUCTS**

21

22      Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung

23 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

24 "Samsung"), stipulate as follows:

25      On August 26, 2011, Apple served its Disclosure of Asserted Claims and Infringement

26 Contentions, as well as an addendum thereto, in accordance with Patent Local Rule 3-1.  On the

27 same day, Samsung served its Disclosure of Asserted Claims and Infringement Contentions, also

28 in accordance with Patent Local Rule 3-1.

1    Since then, both Apple and Samsung have released new products.

2    The parties agree that Apple may add as Accused Instrumentalities in this action, without

3  adding patents-in-suit or asserting infringement of any claims of the patents-in suit that were not

4  asserted in Apple's initial Infringement Contentions, the following Samsung Products:

| Galaxy Nexus | Galaxy Player 4.0 | Galaxy Player 5.0 | Galaxy Tab 7.0 Plus |
|---|---|---|---|
| Galaxy Tab 8.9 | Galaxy S II Epic 4G Touch | Galaxy S II Skyrocket | Admire |
| Captivate Glide | Conquer 4G | Dart | Exhibit II 4G |
| Focus S | Gravity Smart | Illusion | Showcase i500 |
| Stratosphere | Transform Ultra | | |

11    Apple shall serve Amended Supplemental Infringement Contentions under Patent Local

12  Rule 3-1 for these additional Accused Instrumentalities within five days of the Court's entry of an

13  Order implementing this Stipulation.  Samsung shall comply with Patent Local Rule 3-4(a) with

14  respect to these additional Accused Instrumentalities within ten days of Apple's service of its

15  Supplemental Infringement Contentions.

16    The parties agree that Samsung may add as an Accused Instrumentality in this action,

17  without adding patents-in-suit or asserting infringement of any claims of the patents-in suit that

18  were not asserted in Samsung's initial Infringement Contentions, the Apple iPhone 4S.

19    Samsung shall serve Amended Supplemental Infringement Contentions under Patent

20  Local Rule 3-1 for this additional Accused Instrumentality within five days of the Court's entry of

21  an Order implementing this Stipulation.  Apple shall comply with Patent Local Rule 3-4(a) with

22  respect to this additional Accused Instrumentality within ten days of Samsung's service of its

23  Supplemental Infringement Contentions.

24    The addition of these Accused Instrumentalities does not constitute grounds for

25  Supplemental Invalidity Contentions under Patent Local Rule 3-3, or the addition of proposed

26  terms for construction.

27

28

1    The service of the aforementioned Supplemental Infringement Contentions shall not affect

2 the total number of claim terms to be construed and shall not change any dates or discovery

3 limitations set forth in the Court's previous Orders.

4    So Stipulated:

5 Dated: January _____, 2012              Dated January _____, 2012

6

7 MORRISON & FOERSTER LLP            QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

8

9 By:_____         By:_____
    HAROLD J. MCELHINNY                   CHARLES K. VERHOEVEN
10   MICHAEL A. JACOBS                     KEVIN P.B. JOHNSON
    JENNIFER LEE TAYLOR                    VICTORIA F. MAROULIS
11   ALISON M. TUCHER                      EDWARD DEFRANCO
    RICHARD S.J. HUNG                      MICHAEL T. ZELLER
12   JASON R. BARTLETT
                                          Attorneys for SAMSUNG ELECTRONICS
13   Attorneys for Plaintiff               CO. LTD, SAMSUNG ELECTRONICS
    APPLE INC.                             AMERICA, INC., AND SAMSUNG
14                                         TELECOMMUNICATIONS AMERICA,
                                          LLC.
15

16

17    **IT IS SO ORDERED.**

18

19

20 Dated: _____, 2012       By: _____

21

22                                          Honorable Lucy H. Koh

23

24

25

26

27

28