UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Notice of Motion and Motion for Leave to Supplement its Infringement Contentions. Samsung brings this motion pursuant to Patent Local Rule 3-6 to amend its infringement contentions to include the Apple iPhone 4S.

Having considered the briefing and other papers submitted by the parties, for good cause shown, the court GRANTS Samsung's motion. Amended Supplemental Infringement Contentions under Local Rule 3-1 for the Apple iPhone 4S shall be served within seven days of the Court's entry of this Order. Apple shall comply with Local Rule 3-4(a) with respect to the Apple iPhone 4S within fourteen days of Apple's service of its Supplemental Infringement Contentions.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE LUCY H. KOH
United States District Court Judge

02198.5184

-2-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER   GRANTING SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS
INFRINGEMENT CONTENTIONS**