QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS** |

Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this motion to shorten time for the briefing and hearing schedule on Samsung's Motion for Leave to Supplement its Infringement Contentions.  Specifically, Samsung requests that:

    1.    Apple's Opposition to Samsung's concurrently filed Motion for Leave to Supplement Infringement Contentions be filed on Friday, January 27, 2012;

    2.    Samsung's Reply be filed on Monday, January 30, 2012;

    3.    The hearing on Samsung's Motion take place on Thursday, February 2, 2012 at 1:30 p.m., or such other time thereafter as the Court may calendar.

Shortened time is necessary because the relief requested, the addition of the iPhone 4S to Samsung's infringement contentions, -needs to occur soon to give the parties the opportunity to conduct written and fact discovery on the Apple device.  Samsung sought a negotiated agreement regarding inclusion of the iPhone 4S since November 22, 2011; however, Apple has reneged on an agreement reached by the parties on January 4, 2012.  Despite Samsung's good faith effort, additional attempts at a negotiated settlement have not been productive.

If Samsung's Motion for Leave to Supplement its Infringement Contentions were decided according to the schedule contemplated by the Local Rules, Apple's opposition would not be due until February 7, Samsung's Reply until February 16, and the earliest Samsung could notice a hearing is March 1.  Moreover, the Court informed both parties at the conclusion of the Markman Hearing that the earliest available hearing date was in May.

Finally, the issue to be decided is not complex and may reasonably be briefed and heard in the time allotted.  Thus, Samsung respectfully requests that the court decide this matter on a shortened schedule.

Counsel for Samsung contacted Apple on January 24, 2012 and requested that it stipulate to a shortened briefing schedule on its Motion for Leave to Supplement its Infringement Contentions.  Apple declined this request.  Briggs Decl. ¶¶ 1, 2; Ex. A.

# CONCLUSION

Samsung has shown good cause why the Court should grant this Motion. For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's

Motion to Shorten Time for Briefing and Hearing on Samsung's Motion for Leave to Supplement its Infringement Contentions.

January 24, 2012              QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP


                              By  */s/ Victoria F. Maroulis*
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  Michael T. Zeller

                                  Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,
                                  INC., and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC