UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

　　　　Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rule 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion for Leave to Supplement Its Infringement Contentions.

　　　　Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants Samsung's Motion to Shorten Time for Briefing and Hearing on Samsung's Motion for Leave to Supplement Its Infringement Contentions.

The hearing on Samsung's Motion shall take place on Thursday, February 2, 2012 at 1:30 p.m.   Apple may file and serve on Samsung its Opposition to Samsung's Motion for Leave to Supplement Its Infringement Contentions before Friday, January 27, 2012;   Samsung may file and serve on Apple its Reply before Monday, January 30, 2012.

**IT IS SO ORDERED.**

DATED:   January _____, 2012

---

HONORABLE LUCY H. KOH
United States District Court Judge