# EXHIBIT A

| | |
|---|---|
| **From:** | Selwyn, Mark |
| **To:** | Victoria Maroulis; Kolovos, Peter; RHung@mofo.com; MJacobs@mofo.com; JasonBartlett@mofo.com; Walden, S. Calvin; Maselli, Samuel |
| **Cc:** | Todd Briggs; Kenneth Suh; Bill Trac |
| **Subject:** | RE: Apple/Samsung: DRAFT Stipulation and Proposed Order - Granting Motion to Shorten Time on Motion to Amend Infringement Contentions.DOC |
| **Date:** | Tuesday, January 24, 2012 5:08:00 PM |

Victoria:

Apple opposes the request to shorten.

Mark

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, January 24, 2012 1:24 PM
**To:** Kolovos, Peter; Selwyn, Mark; RHung@mofo.com; MJacobs@mofo.com; JasonBartlett@mofo.com; Walden, S. Calvin; Maselli, Samuel
**Cc:** Todd Briggs; Kenneth Suh; Bill Trac
**Subject:** Apple/Samsung: DRAFT Stipulation and Proposed Order - Granting Motion to Shorten Time on Motion to Amend Infringement Contentions.DOC

Peter and Mark,

Samsung plans to file its Motion to Amend Infringement Contentions to add iPhone 4S later today. Samsung requests to have the motion briefed and heard on expedited schedule. Pleas review the attached draft stipulation and advise whether Apple will stipulate regarding the schedule. If Apple is opposing the request to shorten, please advise by 4 pm PST. If Apple is willing to stipulate but needs to propose edits to the draft stipulation, please provide the revised stipulation by 6 pm PST

Thank you.


Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.