HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") moves for an order to seal the following documents:
3      1.   Confidential portions of Apple's Notice of Motion and Motion for Partial
4          Summary Judgment, filed herewith.
5      2.   Exhibits 24 and 46 – 48 to the Declaration of Joseph J. Mueller in Support of
6          Apple's Motion for Partial Summary Judgment, filed herewith.
7      3.   Confidential portions of the Declaration of Saku Hieta, filed herewith.
8      4.   Exhibits 1 – 4[1] to the Declaration of Saku Hieta, filed herewith.
9   Items 1 and 2 of the above documents contain information that Samsung has designated
10 as confidential under the interim protective order. Apple expects that pursuant to Civil Local
11 Rule 79-5(d), Samsung will file a declaration, and accompanying Proposed Order, attempting to
12 establish good cause to permit the sealing of these materials.
13   Items 1, 3 and 4 of the above documents contain information that is Apple-confidential as
14 set out in the Declaration of Erica Tierney in Support of Apple's Administrative Motion to File
15 Documents Under Seal ("Tierney Declaration"), filed herewith. As described in the Tierney
16 Declaration, this motion requests relief that is necessary and narrowly tailored to protect only
17 that confidential information. It is Apple's policy not to disclose or describe to third parties
18 information regarding the baseband processor chipsets used in Apple's Products. (Tierney
19 Declaration ¶ 3.) This information is highly confidential to Apple. (*Id.*) The information
20 described above could be used by Apple's competitors to Apple's disadvantage if disclosed
21 publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect
22 confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 4.)
23   Pursuant to the Court's standing order regarding motions to file under seal, effective
24 December 1, 2011, attached are the proposed public redacted versions of the documents that

---

[1]   Because these exhibits are submitted only to show the identities of certain baseband processor chipsets and the seller and purchaser of those chipsets, Apple has redacted other irrelevant order information.

1  Apple is seeking to file under seal. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk
2  the documents at issue with the sealable portions highlighted.
3        Pursuant to General Order No. 62, Apple's entire filing will be lodged with the Court for
4  *in camera* review and served on all parties.

Dated:  January 25, 2012

/s/ Mark. D Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 25, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn