HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERICA TIERNEY IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Erica Tierney, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Apple's Motion for Partial Summary Judgment, the Declaration of Saku Hieta ("Hieta Declaration") and the exhibits to the Hieta Declaration contain Apple-confidential information. Specifically:

- Apple's Motion for Partial Summary Judgment contains information regarding the baseband processors used in Apple's products. This information is not publicly available and could be used by Apple's competitors to its disadvantage. A proposed redacted version is attached hereto as Exhibit 1.
- The Hieta Declaration contains information regarding the baseband processors used in Apple's products. This information is not publicly available and could be used by Apple's competitors to its disadvantage. A proposed redacted version is attached hereto as Exhibit 2.
- The Exhibits to the Hieta Declaration contains information regarding the baseband processors used in Apple's products. This information is not publicly available and could be used by Apple's competitors to its disadvantage. A proposed redacted version is attached hereto as Exhibit 3.

3. It is Apple's policy not to disclose or describe information regarding the inputs to its products. The above information is confidential to Apple. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage.

4. The relief requested in this renewed motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific exhibits and specific portions of the briefs at issue.

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the forgoing is true and correct to the best of my knowledge and that this Declaration was
3  executed this 25th day of January, 2012, at Cupertino, California.

4
5  Dated:  January 25, 2012          By: *Erica Tierney* (signature)
                                          Erica Tierney