UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Counterclaim-Plaintiffs,<br>　　v.<br>APPLE INC., a California corporation,<br><br>　　　　　Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal portions of the following documents:

　1.　Confidential portions of Apple's Notice of Motion and Motion for Partial Summary Judgment, filed herewith.

　2.　Exhibits 24 and 46 – 48 to the Declaration of Joseph J. Mueller in Support of Apple's Motion for Partial Summary Judgment, filed herewith.

　3.　Confidential portions of the Declaration of Saku Hieta, filed herewith.

4.  Exhibits 1 – 4 to the Declaration of Saku Hieta, filed herewith

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated:

By: _____
Honorable Paul S. Grewal
United States Magistrate Judge