| | | |
|---|---|---|
| 1 | APPLE INC., a California corporation, | |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 5 | | |
| 6 | | |
| 7 | | Civil Action No. 11-CV-01846-LHK |
| 8 | Defendants. | |
| 9 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF SAKU HIETA** |
| 10 | | **PUBLIC REDACTED VERSION** |
| 11 | | |
| 12 | Counterclaim-Plaintiffs, | |
| 13 | v. | |
| 14 | APPLE INC., a California corporation, | |
| 15 | Counterclaim-Defendant. | |

I, Saku Hieta, declare as follows:

1. I have been continuously employed by Apple Inc. since October 4, 2010 as Senior Manager, Wireless Procurement. My responsibilities include managing the supply chain for the baseband processor chips incorporated in Apple's iPhone and iPad products.

2. Apple has sold the iPhone 3G, iPhone 3GS, iPhone 4, iPad 3G, and iPad 2 3G in the United States. The iPhone 3G, iPhone 3GS, iPhone 4 (UMTS version), iPad 3G, and iPad 2 3G (UMTS version) that have been sold in the United States contain █████████████

3. ████████████████████████████ that have been used in the iPhone 3G, iPhone 3GS, iPhone 4 (UMTS version), iPad 3G, and iPad 2 3G (UMTS version) sold in the United States.

4. On January 31, 2011, Intel Corporation announced the completion of the acquisition of the Infineon Technologies AG Wireless Solutions business.[1]

5. ████████████████████████████████████████████████████████████████████████████████████████

6. Attached as exhibits to this declaration are invoices memorializing sales ██████████████████████████████████████████████████████████

---

[1] http://newsroom.intel.com/community/intel_newsroom/blog/2011/01/31/intel-completes-

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 | knowledge. Executed on this 21st day of January, 2012, in Cupertino, California.

*[signature]*

Saku Hieta                                                     Dated: January 21, 2012

---

acquisition-of-infineon-s-wireless-solutions-business