# Hieta Exhibit 1

# FILED UNDER SEAL