# Hieta Exhibit 2

# FILED UNDER SEAL