# Hieta Exhibit 3

# FILED UNDER SEAL