# Hieta Exhibit 4

# FILED UNDER SEAL