UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br>v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 10, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

The Court, having considered the papers submitted by the parties and argument by counsel, HEREBY ORDERS that Apple Inc. is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following Apple defenses and counterclaims:

1. First Defense (Non-Infringement) as to U.S. Patent Nos. 7,386,001, 7,362,867, 7,050,410, 6,928,604, 7,675,941, 7,200,792, and 7,447,516 (collectively, the "summary judgment patents");

2. Fourth Defense (Authority to Practice and/or Unenforceability) as to the summary judgment patents;

3. Fifth Defense (FRAND License);

4. Sixth Defense (No Injunctive Relief) as to the summary judgment patents;

5. First Counterclaim (Declaratory Judgment of Non-Infringement of the '604 Patent);

6. Third Counterclaim (Declaratory Judgment of Non-Infringement of the '410 Patent);

7. Ninth Counterclaim (Declaratory Judgment of Non-Infringement of the '792 Patent);

8. Eleventh Counterclaim (Declaratory Judgment of Non-Infringement of the '867 Patent);

9. Thirteenth Counterclaim (Declaratory Judgment of Non-Infringement of the '001 Patent);

10. Fifteenth Counterclaim (Declaratory Judgment of Non-Infringement of the '516 Patent);

11. Twenty-First Counterclaim (Declaratory Judgment of Non-Infringement of the '941 Patent);

12. Twenty-Fifth Counterclaim (Breach of Contract - FRAND and Other Standard-Related Misconduct); and

13. Twenty-Seventh Counterclaim (Declaratory Judgment that Apple is Licensed to Samsung's Declared-Essential Patents).

**IT IS SO ORDERED**

DATED: _____, 2012        _____
                                       Hon. Lucy H. Koh
                                       United States District Court Judge