# Mueller Exhibit 1

# ETSI
# Directives

**Version 001**
**March 1988**

APLNDC-WH-A0000022804

Case 5:11-cv-01846-LHK   Document 661   Filed 01/25/12   Page 3 of 51

# Contents

Foreword ................................................................................................................................3

Statutes of the European Telecommunications Standards Institute ...........................................................4

Rules of Procedure of the European Telecommunications Standards Institute .........................................13

History of the ETSI Directives ..................................................................................................50

APLNDC-WH-A0000022805

## Foreword

These ETSI Directives contain the following individual documents:

- ETSI Statutes;

- ETSI Rules of Procedure (RoP);

ETSI members can find all versions of the Directives at:
http://docbox.etsi.org//Board/ETSI_Directives/
ETSI has numerous guideline documents supporting the ETSI Directives available from various locations on the ETSI web site. Currently, the easiest way to locate these documents is to go the ETSI portal home page (http://portal.etsi.org) and then go to the "***ETSI rules and legal info.***" section of the ***Services Index*** where you will find a series of links to the guideline documents.

APLNDC-WH-A0000022806

# Statutes of the
# European Telecommunications Standards Institute

# Version approved by General Assembly #01
# on 29-30 March 1988

APLNDC-WH-A0000022807

European Telecommunications                    Doc. GA 1(88) 1 E
Standards Institute (ETSI)

General Assembly, 29-30 March 1988

Statutes
of the European Telecommunications
Standards Institute

(2867U)

APLNDC-WH-A0000022808

STATUTES OF THE EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE

ARTICLE 1

In accordance with the French law of 1 July 1901 and the decree of 16 August 1901, an association is founded by the signatories to these present statues.

The Association thus formed shall have the title "EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE" and may be known by the acronym "ETSI" and hereinafter referred to as the Institute.

The European Telecommunications Standards Institute shall be non-profit making but shall not be otherwise debarred from trading.


ARTICLE 2: PURPOSE

The objective of the Institute is to produce the technical standards which are necessary to achieve a large unified European telecommunications market.

The objective of the Institute may be achieved by any means.  The Institute may carry out any action relating directly or indirectly, wholly or in part, to its objective or which may develop or facilitate the achievement of its objective.


ARTICLE 3: ACTIVITIES

The principal role of the Institute shall be technical pre-standarisation and standardisation at the European level in the following fields:

-    Telecommunications

- Areas common to telecommunications and information technology subject to decisions by the IT Steering Committee (ITSTC)

- Areas common to telecommunications and sound and TV broadcasting in co-operation with other concerned organisations such as the European Broadcasting Union.

The activities of the Institute shall build upon worldwide standards, existing or in preparation, and furthermore will contribute to the production of harmonised new worldwide standards in the same fields.


ARTICLE 4: HEADQUARTERS

The headquarters of the Institute shall be located in SOPHIA-ANTIPOLIS, VALBONNE (Alpes Maritimes).

The headquarters may be transferred to any other location by decision of the General Assembly.


ARTICLE 5: DURATION

The duration of the Institute is unlimited.


ARTICLE 6: MEMBERSHIP

6.1    Subject to Article 6.3 below Members of the Institute may be:

-    Administrations

-    Public Network Operators

-    Manufacturers

-    Users including Private service providers offering services to the public

- Research bodies.

6.2 Members may participate individually and/or grouped in national or European organisations.

6.3 All the members must be established on the territory of a country falling within the geographical area of the European Conference of Posts and Telecommunications Administrations (CEPT) and must demonstrate their interest in European standardisation in the field of telecommunications by compliance with these statutes and the Rules of Procedure (envisaged in Article 16 below).

## ARTICLE 7: ADMISSION TO MEMBERSHIP

The conditions for admission to the Institute are governed by the General Assembly. Membership of the Institute must be agreed by the General Assembly.

## ARTICLE 8: TERMINATION OF MEMBERSHIP

Membership will be terminated by dissolution or abolition, by resignation or exclusion.

Exclusion will be decided by the General Assembly for non-payment of contribution or for serious reasons, the party concerned having been previously invited, by registered letter, to appear before the General Assembly to furnish an explanation.

## ARTICLE 9: RESOURCES

The funds of the Institute can be obtained from:

- subscriptions from members

- grants

APLNDC-WH-A0000022811

- revenue from its assets

- sums received in return for services provided by the Institute

- any other resources authorised by the legislative and regulatory instruments.


ARTICLE 10: STRUCTURE

The Institute shall comprise a General Assembly, a Secretariat headed by a director, a Technical Assembly, Technical Committees and Project Teams.


ARTICLE 11: GENERAL ASSEMBLY

11.1    Save for the provisions of article 15.2 below the General Assembly is the highest authority of the Institute.  It is founded permanently by the members and shall be representative of all of the members.

11.2    It is the authority to make or ratify the acts concerning the Institute subject to the provisions of Article 15 below.  Its resolutions taken in accordance with the present Statutes or the Rules of Procedure shall be mandatory for all members.

11.3    Representatives from the European Economic Community (EEC) and from the European Free Trade Association (EFTA) shall have a special status as "counsellors".

11.4    Representatives of organisations concerned with telecommunications may, by invitation, attend meetings of the General Assembly as observers.

APLNDC-WH-A0000022812

## ARTICLE 12: ORDINARY GENERAL ASSEMBLY

The General Assembly shall meet at least twice a year in ordinary session.

At least thirty days before the due date, the members of the Institute will be given notice of the meeting by the Director.  A draft agenda will be included with the calling notice.

The Chairman who is chosen by the General Assembly and assisted by one or more Vice Chairmen shall preside over the Assembly and put forward the situation of the Association.

The Director will give an account of the management and finances of the Institute and will annually present the balance sheet for the approval of the General Assembly.

Only matters included on the agenda shall be considered at meetings of the General Assembly.

## ARTICLE 13: EXTRAORDINARY GENERAL ASSEMBLY

An extraordinary General Assembly may be called by the Chairman.  It shall be convened if at least one third of the members so request.  A minimum of 15 days notice shall be given for an Extraordinary Meeting.

## ARTICLE 14: SECRETARIAT

14.1    The Director and Deputy Director are appointed by the General Assembly.  They shall be ex-officio non-voting members of the General Assembly and the Technical Assembly.

14.2    The Director shall be the legal representative of the Institute. He shall hold Chief Executive authority in all matters, apart from those which are expressly reserved for the General Assembly and

APLNDC-WH-A0000022813

the Technical Assembly in these Statutes, to manage and administer
the affairs of the Institute.

14.3    The Director may temporarily delegate all or part of his
responsibilities to the Deputy Director.

## ARTICLE 15: THE TECHNICAL ASSEMBLY

15.1    The Technical Assembly comprises of members of the Institute.

15.2    The Technical Assembly is the highest authority within the
Institute for the production and approval of technical standards,
elaborated by itself and its technical bodies.  It has the powers
to approve the technical work programme, to determine priorities
and to give guidance to the Director upon the work to be
undertaken.

15.3    Representatives from the European Economic Community (EEC) and
from the European Free Trade Association (EFTA) shall have a
special status as "Counsellors".

15.4    Representatives of organisations concerned with telecommuncations
may, by invitation, attend meetings of the Technical Assembly as
observers.

## ARTICLE 16: RULES OF PROCEDURE

Internal Rules of Procedure of the Institute shall be adopted by the
General Assembly.  The Rules of Procedure shall establish the various
points which are not provided for in these Statutes, notably those
concerning the internal administration of the Institute.

APLNDC-WH-A0000022814

## ARTICLE 17: RELATIONSHIP TO OTHER BODIES

The Institute shall operate on the basis that the Telecommunications Commission of the CEPT will have devolved its regular standards-making policy and recommendation approval powers to the Institute.  It is incumbent upon the Institute to establish close working relationships with other European standards bodies.

## ARTICLE 18: AUDITOR

The General Assembly shall annually appoint an auditor.  It shall determine the annual remuneration of the auditor.

## ARTICLE 19: AMENDMENTS TO THESE STATUTES AND THE RULES OF PROCEDURE

These Statutes and Rules of Procedure may only be amended by decision taken in the General Assembly.

## ARTICLE 20: DISSOLUTION, WINDING UP

In the event of a voluntary dissolution of the Institute, the General Assembly which had decided the dissolution shall at the same time fix the terms of liquidation, will appoint one or more liquidators to dispose of the assets of the Institute, will determine their powers and assign any remaining assets after payment of the liabilities.  Any balance of liabilities shall be borne by the members.

APLNDC-WH-A0000022815

# Rules of Procedure of the
# European Telecommunications Standards Institute

# Version approved by General Assembly #01
# on 29-30 March 1988

APLNDC-WH-A0000022816

**ETSI**

RULES OF PROCEDURE

OF THE

EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE

ETSI

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022817

TABLE OF CONTENTS

ARTICLE                                                                     Page

PREAMBLE                                                                        1
ARTICLE  1 – MEMBERSHIP                                                         1
ARTICLE  2 – STRUCTURE                                                          4
ARTICLE  3 – GENERAL ASSEMBLY                                                   4
ARTICLE  4 – DIRECTOR AND DEPUTY DIRECTOR                                       7
ARTICLE  5 – SECRETARIAT                                                        9
ARTICLE  6 – TECHNICAL ASSEMBLY                                                10
ARTICLE  7 – CHAIRMANSHIP AND VICE CHAIRMANSHIP OF THE GENERAL
             ASSEMBLY AND TECHNICAL ASSEMBLY                                   12
ARTICLE  8 – TECHNICAL COMMITTEES                                              13
ARTICLE  9 – PROJECT TEAMS                                                     14
ARTICLE 10 – FINANCIAL YEAR                                                    15
ARTICLE 11 – FINANCE                                                           15
ARTICLE 12 – VOTING                                                            17
ARTICLE 13 – QUORUM AND PROXY VOTING                                           19
ARTICLE 14 – ELABORATION, APPROVAL AND IMPLEMENTATION
             OF STANDARDS                                                      19
ARTICLE 15 – RELATIONSHIP OF THE INSTITUTE TO OTHER BODIES                     24
ARTICLE 16 – TRANSITION PERIOD                                                 24
ARTICLE 17 – REVIEW OF ACTIVITIES                                             25
ARTICLE 18 – OFFICIAL LANGUAGES                                                25
ARTICLE 19 – LITIGATION                                                        26
ARTICLE 20 – AMENDMENTS TO THE RULES OF PROCEDURE                              26


ANNEX 1    DEFINITIONS OF MEMBERS OF THE INSTITUTE
ANNEX 2    CONTRIBUTION TO THE COMMON OPERATING COSTS
ANNEX 3    CONTRIBUTIONS TO THE AGREED WORK PROGRAMME
ANNEX 4    NATIONAL WEIGHTED VOTES
ANNEX 5    LIST OF ABBREVIATIONS

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022818

- 1 -

PREAMBLE

> These Rules of Procedure must be read in conjunction with the Statutes of the European Telecommunications Standards Institute, hereinafter referred to as the Institute.

ARTICLE 1 - MEMBERSHIP

1.1.     Conditions for membership, observer status and counsellor status

1.1.1.   Administrations, public network operators, manufacturers, users including private service providers offering services to the public and research bodies who belong to a country falling within the geographical area of the CEPT and who demonstrate their interest in European standardisation efforts in the field of telecommunications, may become members of the Institute. National and European organisations concerned with telecommunications may also become members of the Institute.

1.1.2.   In relation to membership, definitions of administrations, public network operators, manufacturers, users, private service providers, research bodies and organisations are given in Annex 1.

1.1.3.   Membership of the Institute cannot be obtained by:

-supranational organisations such as EEC and EFTA,
-organisations from outside the geographical area covered by the CEPT or
-worldwide organisations.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022819

- 2 -

1.1.4.   Members may participate individually or grouped on a national or European basis.

National organisations which combine the functions of national administrations and network operators, may apply for membership in both of the two categories provided that each membership is separately represented.

1.1.5.   Members of the Institute have the right to participate directly in the work of the Institute by attending meetings of the two Assemblies and by allocating experts to the Technical Committees and by proposing experts to the Project Teams.

1.1.6.   The Institute may have observers.

Observer status may be obtained by European organisations entitled to become members, but who do not wish to do so, and by European organisations concerned with telecommunications who are not entitled to become members.

Non European organisations concerned with telecommunications may be invited to participate as observers in the Technical Assembly and in the meetings of the Technical Committees.

- - - -

*)       Throughout this document, "European" means from a country falling within the geographical area of the CEPT.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022820

- 3 -

Observers may attend the meetings of the two Assemblies of the Institute with the right to speak but without the right to vote.

1.1.7. The counsellors mentioned in paragraph 11.3 of the Statutes of the Institute may attend the meetings of the two Assemblies with the right to speak but without the right to vote.

1.2. Admission to membership

1.2.1. Application for membership shall be made in writing to the Director.

1.2.2. The conditions for admission to the Institute are governed by the General Assembly.
Membership of the Institute must be agreed by the General Assembly.

1.3. Withdrawal and expulsion

1.3.1. Members shall be free to withdraw from the Institute. Written notice of withdrawal shall be given to the Director of the Institute with 12 months notice.

Until 1 January 1989 members, and potential members, registering an interest in joining the Institute by written notification to the inaugural General Assembly, may withdraw from membership and its obligations with no financial or other penalty.

1.3.2. A member of the Institute shall withdraw if it has not paid the whole or the fractions required of its annual contribution and if a formal demand to pay made by registred letter with advice of delivery has not been followed up within three months after the date of dispatch of the letter.

APLNDC-WH-A0000022821

After this date, the member which has not paid its
contribution shall have suspended its right to vote
in the Assemblies and its right to be represented
in and to provide experts for the work in the
Technical Committees or Project Teams.

In this case the General Assembly shall rule
supremely and without appeal.

1.3.3.   Any member of the Institute may be expelled if it
has seriously neglected the duties which it is
incumbent on it to discharge as a member.

The expulsion shall be decided supremely and
without appeal by the General Assembly voting by
secret ballot. The party concerned shall be
notified of the decision by registered letter with
advice of delivery.

The expulsion shall take effect from the date fixed
by the General Assembly.

ARTICLE 2 - STRUCTURE

The Institute shall consist of:
a. A General Assembly
b. A Secretariat
c. A Technical Assembly
d. Technical Committees
e. Project Teams

ARTICLE 3 - GENERAL ASSEMBLY

3.1.   The General Assembly shall comprise representatives
of members of the Institute which may be grouped in
national delegations.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022822

- 5 -

3.2.    Representatives from the EEC and EFTA shall have a
        special status as counsellors.

3.3.    Representatives from organisations concerned with
        telecommunications may, by invitation, attend
        meetings of the General Assembly as observers.

3.4.    The primary function of the General Assembly is to
        make decisions on the management of the Institute.
        Voting procedures are described in paragraph 12.2.,
        with the exception of the approval of the annual
        budget and financial statements for which the
        voting procedures described in paragraph 12.3.
        shall apply.

3.5.    The General Assembly's functions shall be:

        - to elect its Chairman and Vice Chairmen

        - to determine the general policy of the Institute

        - to adopt the internal Rules of Procedure of the
          Institute and any subsequent modifications to
          them and to decide upon disputes arising from
          their applications

        - to adopt amendments to the Statutes

        - to decide upon transferring the headquarters

        - to appoint and to dismiss the Director and the
          Deputy Director

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022823

- to rule on questions concerning membership and observer status

- to decide upon the voluntary dissolution of the Institute

- to adopt the annual budget and approve financial statements

- to approve the annual report

- to appoint an auditor annually and to determine the annual remuneration of the auditor.

3.6.    Upon the proposal of the Director of the Institute the General Assembly shall examine how to solve any possible disputes arising in the Technical Assembly which are not of a technical nature.

3.7.    The General Assembly shall meet at least twice a year in ordinary session.

At least thirty days before the due date which was fixed at the previous meeting, the members of the Institute will be given notice by the Chairman. A draft agenda will be included with the calling notice.

The Chairman may, or on the request of at least one third of the members the Chairman shall, convene an extraordinary General Assembly. A minimum of fifteen days notice shall be given for an extraordinary meeting.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022824

ARTICLE 4 - DIRECTOR AND DEPUTY DIRECTOR

4.1.   The Director, assisted by the Deputy Director and their staff, shall be responsible for: the assigning of resources; preparation of work schedules and 'priorities; and relationships with external bodies, all within the framework of guidelines laid down by the General Assembly, and decisions taken by the Technical Assembly.

4.2.   The Director, assisted by the Deputy Director, shall be responsible for:

- the co-ordination of the activities of the Technical Committees and Project Teams

- the administration of public enquiry on draft standards

- the day to day administration of the staff

- the recruitment of staff/experts

- giving an account of the management and finances of the Institute to the General Assembly

- presenting annually the balance sheet for the approval of the General Assembly

- communicating regularly to the Chairmen of both Assemblies important information within their areas of responsibility

- putting progress reports to both Assemblies

- promotion of the work of the Institute outside

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022825

and shall be responsible for putting detailed
proposals to both Assemblies on:

- the fully costed annual programme of work

- the preparation of the annual budget.

The Director shall be the legal representative of
the Institute. He shall hold Chief Executive
authority in all matters, apart from those which
are expressly reserved for the General Assembly and
the Technical Assembly in the Statutes, to manage
and administer the affairs of the Institute.

4.3.     The Director shall be responsible for the practical
organisation of the meetings and work of the
General Assembly and the Technical Assembly and
shall provide any support required during their
meetings.

4.4.     The term of office of the Directorship and of the
Deputy Directorship should not exceed 5 years,
extendable by one further term not exceeding 3
years.

The post of Director or Deputy Director, when
vacant, or when the term of office of the current
Director or Deputy Director is due to expire, shall
be advertised publicly.

The General Assembly shall decide upon the
appointment of the Director using the voting
procedure set out in paragraph 12.2. from a
shortlist of candidates presented to it by the
Chairman.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022826

The General Assembly shall decide upon the appointment of the Deputy Director using the voting procedure set out in paragraph 12.2. from a shortlist of candidates presented to it by the Director.

ARTICLE 5 - SECRETARIAT

5.1.     Members may be entitled to nominate persons to any post within the Secretariat, except the Directorship and Deputy Directorship. The Director shall decide if such a nominee may be accepted and the period of employment of that nominee. A nominating member may then select to pay the salary and other emoluments of the nominee and to be reimbursed accordingly by the Institute.

5.2.     Proposals for changes in the budgetary staffing levels of the Secretariat must first be put to a meeting of the Technical Assembly for comments as to the suitability or appropriateness of those changes in relation to the current or future work programmes. The proposals must then be approved at a meeting of the General Assembly at which the comments of the Technical Assembly are available for any discussion.

5.3.     The Secretariat will be responsible for the preparation and distribution of the minutes of meetings of the General Assembly and Technical Assembly.

5.4.     The Secretariat shall maintain an up-to-date list of members, observers and counsellors. However it shall be the responsibility of the members, observers and counsellors to ensure that the

APLNDC-WH-A0000022827

Secretariat is provided with the relevant details
of their representatives to ensure efficient
communications.

ARTICLE 6 - TECHNICAL ASSEMBLY

6.1.      The Technical Assembly comprises the members of the
Institute.

Representatives from the EEC and EFTA shall have a
special status as counsellors.

Representatives from organisations concerned with
telecommunications may, by invitation, attend
meetings of the Technical Assembly as observers.

Individuals of special eminence in the field of
telecommunications and/or standardisation may also
be invited to become special observers.

6.2.      The Technical Assembly is the highest authority
within the Institute for the production and
approval of technical standards, elaborated by
itself (and its technical bodies) or other
technical bodies.

6.3.      The Technical Assembly's functions shall be:

- to elect its Chairman and Vice Chairmen

- to give guidance to the Director on the work to
be undertaken and indicate the priorities and
give its views on proposals from other sources
(EEC, EFTA, CEPT, etc.)

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022828

- to approve the costed annual work programme unanimously, noting the resources required and approve the associated timetable

- to decide upon the creation or cessation of Technical Committees and Project Teams and approve their terms of reference

- to adopt, according to the provisions of Article 14, draft standards submitted to it by the Technical Committees

- to vote at intermediate stages of the preparation of draft standards in the Technical Committees where it has not been possible to arrive at a timely consensus

- to ensure that a public enquiry has been carried out after preparation of the draft standards by the Technical Committees and before approval by the Technical Assembly

- to approve other forms of output of the Institute such as reports, specifications and recommendations as may be decided by the Technical Assembly

- to approve work undertaken under the special voluntary account.

6.4.   Voting is described in paragraph 12.2.

6.5.   The Technical Assembly shall meet at least twice a year and may meet on other occasions for special meetings.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022829

At least thirty days before the due date which was fixed at the previous meeting, the members of the Institute will be given notice by the Director. A draft agenda and such supporting documents will be included with the calling notice.

Special meetings may be convened at the initiative of the Director, the Chairman of the Technical Assembly or at the request of at least one third of the members. The notice given for special meetings should not be less than fifteen days.

## ARTICLE 7 - CHAIRMANSHIP AND VICE CHAIRMANSHIP OF THE GENERAL ASSEMBLY AND TECHNICAL ASSEMBLY

7.1.   The General Assembly and Technical Assembly each elect their own Chairman and Vice Chairmen using the voting procedure of paragraph 12.2.

7.2.   The Chairman and the Vice Chairmen shall be elected for two years. The Chairman or Vice Chairmen may be elected for one further consecutive term only.

7.3.   The following criteria for choosing Chairmen and Vice Chairmen should be operated flexibly:

Experience and qualifications of the person concerned.

Equitable geographical distribution.

The Chairman and Vice Chairmen should not be of the same nationality nor should they be elected from the same class of members.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022830

- 13 -

> A Vice Chairmanship does not prejudge
> succession to a Chairmanship. Appointment
> to a Chairmanship from a Vice Chairmanship
> shall be regarded as a new appointment for
> the purposes of paragraph 7.2. above.

7.4.    Nomination for the posts of Chairman and Vice
Chairman of the two Assemblies shall be submitted
in writing to the Director thirty days before the
date of the Assembly.
Each nomination must be proposed by at least two
national delegations and must indicate the
nominee's consent to be nominated.

## ARTICLE 8 - TECHNICAL COMMITTEES

8.1.    The Technical Committees of the Institute will
provide a forum for consensus building among
European technical experts in developing relevant
new standards. They will also be the focus of
harmonising a European view for worldwide standards
organisations particularly the CCITT and CCIR. They
shall consist of experts from members of the
Institute meeting as required on an ad hoc basis.
With the approval of the Technical Assembly a
Technical Committee can involve participants who
are not members of the Institute.

8.2.    The Technical Committees shall submit proposals for
draft standards to the Technical Assembly for
approval, after examination of the proposals made
by the Project Teams and any Sub Committees. The
Technical Committees shall endeavour to reach
consensus. If no consensus can be reached, the
Chairman of the Committee can decide to take an
indicative vote amongst the members of the
Committee. After this vote, if it is still not
possible to reconcile diverging opinions all
alternative opinions shall be submitted to the
Technical Assembly for decision.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022831

8.3.    The Technical Committees may appoint their own officers and designate their rapporteurs.

8.4.    Technical Committees shall keep the Secretariat regularly advised of their activities for the information of members of the Technical Assembly.

8.5.    Subject to any directions from the Technical Assembly, Technical Committees shall be free to organise themselves.

8.6.    The meetings of the Technical Committees shall be hosted on a voluntary basis by members of the Institute and costs of attendance shall be borne by the organisations of each attendee.

ARTICLE 9 - PROJECT TEAMS

9.1.    The Project Teams of the Institute created by the Technical Assembly for well defined tasks and limited time periods will consist of small numbers of experts specifically chosen for their competence and their availability for the tasks entrusted to them.

9.2.    The Teams shall be disbanded when their tasks are completed - unless fresh or further tasks are given to them. The Teams shall submit draft documents to a Technical Committee for peer group consensus forming before submission to the Technical Assembly, but the Technical Assembly may also specify they be submitted directly via the Director.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022832

9.3.     Members should be advised regularly by the Director of progress of work of the Teams.

9.4.     Subject to any directions from the Technical Assembly, Project Teams may be free to organise themselves.

## ARTICLE 10 - FINANCIAL YEAR

The financial year of the Institute shall commence on January 1 and end on December 31.

## ARTICLE 11 - FINANCE

11.1.    The budget voted annually by the General Assembly shall comprise:

11.1.1.  The common operating costs (salaries, expenses and other emoluments, costs of premises, etc.) of the Secretariat.

11.1.2.  The costed work programme, which has been agreed unanimously by the Technical Assembly. This would cover the costs of Project Teams whose work is included in the agreed programme; and a contingency fund to meet the costs of urgent work that must be undertaken, which arises between meetings of the General Assembly.

11.1.3.  A special voluntary account to cover the costs of all other work undertaken and not covered by 11.1.2, which the Technical Assembly has agreed can be undertaken.

A special "language account" to cover the costs of interpretation in French and German in the Technical Assembly and translation into French and German of the approved standards.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022833

11.2.   The budget shall be financed in the following
        manner:

11.2.1. Member Administrations shall ensure that common
        operating costs are met by national contributions
        based on the scales set out in Annex 2.

11.2.2. The costs of the agreed work programme and the
        contingency fund to be met by contributions from
        all members of the Institute based on the scales
        set out in Annex 3.

11.2.3. The costs of the special voluntary account to be
        met by voluntary contributions from members of the
        Institute.

        The costs of the special "language account" to be
        met by contributions from the member
        Administrations having agreed·to share those costs.

11.2.4. From revenues from the sale of publications of the
        Institute and payments under contracts made with
        outside organisations.

11.2.5. From revenues from annual fees charged to observers
        by the Director. Special observers and observers
        from organisations with which the Institute may
        enter into reciprocal agreements shall not be
        charged.

11.2.6. From other revenues not covered by the above.

11.3.   The Institute, in agreement with the organisations
        from whom the experts have been recruited by the
        Director for Project Teams, may arrange to pay for
        the costs of the experts by directly reimbursing
        those organisations.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022834

ARTICLE 12 - VOTING

    12.1.    Principles

        In all bodies of the Institute, members shall
        endeavour to reach consensus.

        National weighted voting (using procedure A) shall
        apply in both the General Assembly and the
        Technical Assembly subject to

            -  in the General Assembly, individual voting
               (using procedure B) shall apply to the
               approval of the annual budget and financial
               statements,

            -  in the Technical Assembly, approval of the
               costed work programme shall be unanimous.

        Voting procedures shall be reviewed after a period
        of two years from the adoption of the Memorandum of
        Understanding between CEPT Telecommunications
        Administrations to establish a European
        Telecommunications Standards Institute on 15
        January 1988.

    12.2.    Procedure A - National weighted voting

        Weighted voting by national delegations as
        stipulated in Annex 4 shall apply. The views of
        operators, manufacturers, users and research bodies
        shall be taken into account by delegations in
        arriving at a view on how their votes are cast.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022835

12.3.    Procedure B - Individual voting

Each member shall have an individual vote. The aggregate votes of none of the type of members defined in Article 6 of the Statutes*) shall exceed 35% of the total votes cast. The percentage of votes needed to approve a proposal shall be 71% of the total votes cast except where the Rules of Procedure provide otherwise.

12.4.    Care should be taken to protect minority rights.

12.5.    Under the voting procedure described in paragraph 12.2., the vote of each national delegation shall be cast by the head of the national delegation.

12.6.    An applicant Administration member whose country is not included in the list of allocations of weightings (Annex 4) shall be consulted first by the Chairman of the General Assembly as to the size of the weighting applied for. The Chairman shall then obtain the views of the other members of the Institute, after which he shall obtain the views of the Chairman of TRAC, who will have similarly consulted the signatories of the TRAC, with a view to ensuring there is consistency in the weightings allocated by both the Institute and TRAC.

- - - -

*)   - Administrations
     - Public Network Operators
     - Manufacturers
     - Users including Private Service Providers offering services to the public
     - Research bodies

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022836

The Chairman shall subsequently put a proposal before a meeting of the General Assembly for an allocation of weighting to the applicant Administration, and for a consequential amendment to Annex 4. Voting will be in accordance with procedure A subject to the majority vote required being 75 % of the total weighted votes cast.

## ARTICLE 13 - QUORUM AND PROXY VOTING

13.1.   In any meeting of the General Assembly and the Technical Assembly, the quorum of those present or represented required for voting under the procedure described in paragraph 12.2. shall consist of at least 50% of the total number of weighted votes given in Annex 4.

The quorum of those present or represented required in the two Assemblies for voting under the procedure described in paragraph 12.3. shall consist of at least 50% of the members.

13.2.   A member unable to attend a meeting of the General Assembly or the Technical Assembly may give its vote to another member to cast as a proxy vote provided it has notified the Chairman of that Assembly in advance. No member may cast more than one proxy vote.

## ARTICLE 14 - ELABORATION, APPROVAL AND IMPLEMENTATION OF STANDARDS

14.1.   Elaboration

Standards approved by the Institute shall be known as ETS (European Telecommunications Standards).

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022837

ETS (and I-ETS mentioned in Article 14.5.) shall be elaborated within the fields set out in Article 3 of the Statutes of ETSI which include:

a) telecommunications terminal equipment including interfaces to networks,

b) areas common to telecommunication and information technology according to decisions made by the ITSTC or common to telecommunications and broadcasting, or

c) areas which embrace the telecommunications networks themselves and other areas such as radio communications.

14.2.    General

Each national delegation shall inform the Director and the relevant Counsellor in writing of the recognised national standards organisation or organisations having the exclusive responsibility for carrying out the establishment of the national position for the vote, and the standstill and the transposition requirements referred to in this Article, together with their rules which govern how these functions are carried out. Any member shall have the right to inspect a copy of these rules held by the Director and bring to the attention of the General Assembly any problems arising from their application.

APLNDC-WH-A0000022838

- 21 -

14.3.    Standstill Period

From the date the Technical Assembly decides that
ETSI should produce a standard on a specific matter
with its defined scope and for the duration, not
generally exceeding 15 months, the Technical
Assembly sets down as being required to prepare and
adopt that standard, the organisations identified
in Article 14.2. shall not publish a new or revised
national standard which is not completely in line
with an ETS or EN in existence or in preparation on
the specific matter in question or take any other
action which could prejudice the harmonization
intended.

14.4.    Public Enquiry

Before a Technical Committee according to Article
8.2. or the Director according to Article 9.2.
submits a draft ETS for approval to the Technical
Assembly a public enquiry should have been carried
out for this draft. The administration within ETSI
for this public enquiry shall be the responsibility
of the Director. In the ETSI Member Countries the
public enquiry shall be carried out by the
organisations referred to in Article 14.2. Moreover
for a draft ETS which is intended to become a NET a
worldwide public enquiry shall be carried out under
the responsibility of the Director. Any comments
received during the time set shall be given due
consideration in an appropriate Technical Committee.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022839

14.5.   Approval Procedure

An ETS shall be approved by the weighted voting
procedure of Article 12.2. The vote shall be taken
by correspondence except where the Chairman of the
Technical Assembly decides that the vote is to be
taken at a meeting announced thirty days
beforehand. The procedure of Article 14.4. and this
procedure may also be applied to documents coming
from other organisations (eg. CCITT or CCIR
recommendations).

In the event that a standard is not approved, then
the votes of EC members only shall be counted: if
71% of the total votes cast by the EC countries are
in favour of the proposed draft standard and at
least 8 countries are in favour, then it shall be
adopted as a European Telecommunications Standard
in the European Community and other countries which
have voted in favour.

The Technical Assembly may decide in a specific
case that a limited period of application is to be
associated for a draft standard either because the
standard represents a provisional solution for a
more advanced standard coming later or that the
standard is immature and requires some period of
trial. In such cases a standard shall be approved
by the above procedures but designated as an
"Interim" European Telecommunications Standard or
I-ETS.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022840

- 23 -

14.6.    Transposition Arrangements

When ETSI has approved an ETS on a specific matter
then on an agreed date set by the Technical
Assembly the organisations mentioned in Article
14.2. shall ensure that all conflicting national
standards on that specific matter are withdrawn.
They shall refer interested parties enquiring about
standards on that specific matter to where copies
of the relevant ETS can be obtained.

The organisations referred to in Article 14.2.
shall be entitled to publish and market the texts
of ETS and I-ETS according to a format specified by
ETSI.

14.7.    Worldwide Telecommunications Standardisation

The activities of the Institute shall build upon
worldwide standards, existing or in preparation,
and furthermore will contribute to the production
of harmonised new worldwide standards in the same
fields.

Members of ETSI shall support within worldwide
organisations the promotion of ETS as the basis of
worldwide recommendations and standards.

The Technical Assembly shall be responsible for
approving arrangements for the promotion of ETS as
described above.

In addition members of ETSI shall support common
positions for worldwide organisations (eg. CCITT
and CCIR) which have been adopted by the Technical
Assembly.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

ARTICLE 15 - RELATIONSHIP OF THE INSTITUTE TO OTHER BODIES

15.1.    Standards which have been identified by TRAC as
candidate NETs shall be transmitted to this
external body for consideration by that Committee
for possible adoption as a mandatory standard given
legal force.

15.2.    The Institute should play its part in supporting
EWOS in developing proposals for OSI functional
standards in ways to be determined by the ITSTC.

15.3.    The Institute and the other European standards
bodies shall co-ordinate viewpoints via the ITSTC
thus consolidating the views of the major
industrial and networking operators throughout
Europe, and facilitating the long term integration
of standardisation activities.

ARTICLE 16 - TRANSITION PERIOD

A transition period, as short as possible, shall be
allowed for the orderly transfer of CEPT's
technical pre-standardisation and standardisation
work to the Institute. During this period a
committee comprising the Director, the Deputy
Director, the Chairman and Vice Chairmen of the
Technical Assembly, the Chairman and Vice Chairmen
of CCH, the Chairmen of CR and CAC, the Chairmen of
the CCH Working Groups, the Chairmen of GMR, SF and
RES, the Chairman and Vice Chairman of TRAC and the
manager of the CCH Permanent Secretariat shall be
established to ensure close co-ordination between
the Institute and CEPT.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022842

In particular, this committee shall draw up a plan
within the first six months after the inaugural
General Assembly for the orderly transfer from CEPT
to the Institute of relevant activities and
appropriate Working Groups, taking into account the
importance of ensuring continuity of work and
avoiding duplication. Any differences of view shall
be presented to the Technical Assembly or General
Assembly as appropriate for resolution.

ARTICLE 17 - REVIEW OF ACTIVITIES

An evaluation of the operations of the Institute,
including the Rules of Procedure, should be made by
early 1990 by the members. In preparation for this,
the Director shall present a report to the members
on the activities of the Institute since its
creation.

ARTICLE 18 - OFFICIAL LANGUAGES

18.1.   The official languages of the General Assembly
shall be English, French and German. Subject to the
provisions of paragraphs 18.2. and 18.3. below, the
official documents such as the annual report shall
be published in English, French and German.

18.2.   The official language of the Technical Assembly
shall be English. Simultaneous interpretation in
French and German shall however be provided and the
costs of the interpretation shall be covered by a
special "language account". The costs of the
special "language account" shall be met by
contributions from the member Administrations
having agreed to share those costs.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022843

Draft-standards and standards (ETS) and all other documents shall be approved and published in English.

18.3.  The working language in the Technical Committees and the Project Teams shall be English. Documents produced by Technical Committees and Project Teams shall be in English.

18.4.  Once a standard (ETS) has been approved by the Technical Assembly and published in English as an official standard, it may be translated into French and German and published equally as an official standard. The costs of the translation shall be covered by the special "language account".

ARTICLE 19 - LITIGATION

Any legal dispute arising during the life of the Institute or during its dissolution shall be dealt with under the French law unless the parties concerned agree otherwise.

However, in case of dispute arising between the members, the members concerned will endeavour to use all means to solve the dispute with the help of other members by the way of internal conciliation.

ARTICLE 20 - AMENDMENTS TO THE RULES OF PROCEDURE

Proposed amendments to the Rules of Procedure shall be put to a specially convened meeting of the General Assembly giving not less than three months notice. The weightings of the votes given in Annex 4 shall be used but requires 75% of the total weighted votes cast for a proposal to be approved.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022844

ANNEX 1

DEFINITIONS OF MEMBERS OF THE
INSTITUTE

A. Administration

An Administration is defined as a part of the public administration in a country.
Where a group of relevant interests at a national level decides to be represented through a standardisation body recognized by the national telecommunications administration as competent in a part or all of the work of the Institute, then this body shall be included within the category of membership of administration, and may be a member independent of the telecommunications administration. However, the head of delegation shall be responsible for exercising the national vote unless he delegates this function.

B. Public Network Operator

A Public Network Operator is defined as a recognized operator of a public telecommunications network or part thereoff.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022845

C. Manufacturer

A Manufacturer is defined as a company, legally established in a country, developing and/or producing equipment to be used in or connected directly or indirectly to a public telecommunications network, or a national or European organisation of such manufacturers.

D. User

A User is defined as any person, company or organisation making use of a public telecommunications network or a national or European organisation of such users.

E. Private Service Provider

A Private Service Provider is defined as a company or organisation making use of a public telecommunications network to provide services to third parties.

F. Research bodies

A Research body is defined as any research body concerned with telecommunications.

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022846

ANNEX 2

CONTRIBUTION TO THE COMMON OPERATING COSTS

| | |
|---|---|
| 25 unit-class | Germany (Fed. Rep. of) |
| | France |
| | Italy |
| | United Kingdom |
| 18 unit-class | Spain |
| 10 unit-class | Austria |
| | Belgium |
| | Denmark |
| | Finland |
| | Greece |
| | Ireland |
| | Norway |
| | Netherlands |
| | Portugal |
| | Sweden |
| | Switzerland |
| | Turkey |
| | Yoguslavia |
| 1 unit-class | Cyprus |
| | Iceland |
| | Luxembourg |
| | Malta |
| 1/2 unit-class | Liechtenstein |
| | Monaco |
| | San Marino |
| | Vatican City |

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022847

CONTRIBUTIONS TO THE AGREED WORK PROGRAMME

The costs of the agreed work programme and the contingency fund shall
be met by the contributions from the members of the Institute, each
member paying a sum proportional to the number of units in the class of
contribution it has chosen from the following scale:

      1/3 unit-class
      1   unit-class
      3   unit-class
      6   unit-class
      10  unit-class
      15  unit-class

Members shall choose their class as follows:

- Administrations (+) according to the gross domestic product (GDP) of
  their country:

| GDP (ECUs x $10^9$) | Class (Unit) |
|---|---|
| up to 7 | 1/3 |
| 7 to 20 | 1 |
| 20 to 70 | 3 |
| 70 to 200 | 6 |
| 200 to 500 | 10 |
| above 500 | 15 |

(Copenhagen, 1988.11.10/3027U/jby/MJK)

- All other members according to their annual telecommunications-
  related turnover (TO) (++):

| TO (ECUs x $10^6$) | Class (Unit) |
|---|---|
| up to 70 | 1/3 |
| 70 to 200 | 1 |
| 200 to 700 | 3 |
| 700 to 2000 | 6 |
| 2000 to 5000 | 10 |
| above 5000 | 15 |

(+)  Where administrations and public network operators from the same
     country are both members of the Institute, these administrations
     shall be entitled to a 50% reduction in their unit-class
     contribution. When a country has more than one administration
     member, then one of those members shall choose the GDP-related
     contribution, and the others should be assessed on the scale of
     all other members without the above-mentioned reduction. Where it
     is not possible to identify a turnover or its equivalent, then
     such members may pay 1/3 unit-class contribution.

(++) The annual subscriptions, fees and other incomes of user and trade
     associations and other similar organisations shall be used in lieu
     of turnover.


Note: For GDP and turnover, the latest published or available figures
      will be applicable.

APLNDC-WH-A0000022849

ANNEX 4

NATIONAL WEIGHTED VOTES

1.   The percentage of votes needed to approve a proposal
     shall be 71% of the total votes cast (rounded up to
     the nearest whole number of votes), if not otherwise
     provided.

2.   Allocation of weightings shall be as given below in
     order to determine the result:

| | |
|---|---|
| FRANCE | 10 |
| GERMANY (Fed.Rep.of) | 10 |
| ITALY | 10 |
| UNITED KINGDOM | 10 |
| SPAIN | 8 |
| BELGIUM | 5 |
| GREECE | 5 |
| NETHERLANDS | 5 |
| PORTUGAL | 5 |
| SWEDEN | 5 |
| SWITZERLAND | 5 |
| AUSTRIA | 3 |
| DENMARK | 3 |
| FINLAND | 3 |
| IRELAND | 3 |
| NORWAY | 3 |
| CYPRUS | 2 |
| ICELAND | 2 |
| LUXEMBURG | 2 |
| MALTA | 2 |
| MONACO | 1 |
| TURKEY | 5 * |

**\* according to the decision of the 6th General Assembly**

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022850

ANNEX 5

## List of abbreviations

CAC    Comité d'action commerciale / Commercial Action Committee
      (CEPT)

CCH    Comité de coordination de l'harmonisation / Co-ordination
      Committee on Harmonization (CEPT)

CCIR    Comité consultatif international des radiocommunications
      (UIT) / International Radio Consultative Committee (ITU)

CCITT   Comité consultatif international des téléphones et
      télégraphes (UIT) / International Telephone and Telegraph
      Consultative Committee (ITU)

CEN    Comité européen de normalisation / The European Committee
      for Standardization

CENELEC  Comité européen de normalisation électrotechnique /
      European Committee for Electrotechnical Standardization

CEPT    Conférence européenne des Administrations des postes et
      des télécommunications / European Conference of Postal and
      Telecommunications Administrations

CR     Comité de coordination des radiocommunications /
      Co-ordination Committee on Radio Communications (CEPT)

EEC/CEE  European Economic Community / Communauté européenne
      économique

EFTA/AELE European Free Trade Association / Association européenne
      de libre échange

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022851

EN          Europäische Norm / European Standard / Norme européenne
            (CEN/CENELEC)

ETS         European Telecommunications Standard / Norme européenne de
            télécommunications (ETSI)

EWOS        European Workshop on Open Systems (CEN/CENELEC)

GMR         Groupe mixte CCH/CAC sur RACE / Mixed Group CCH/CAC on
            RACE (CEPT)

ITSTC       Information Technology Steering Committee / Comité de
            direction de la technologie de l'information
            (CEN/CENELEC/CEPT)

NET         Norme europénne de télécommunications / European
            Telecommunications Standard (TRAC)

RES         Radio Equipment and Systems / Equipements et systèmes de
            radiocommunications (CEPT)

SF          Services et facilités / Services and Facilities (CEPT)

TRAC        Technical Recommendations Application Committee / Comité
            chargé de l'application des recommandations techniques

(Copenhagen, 1988.11.10/3027U/jby/MJK)

APLNDC-WH-A0000022852

## History of the ETSI Directives

| Date of version | Changes |
|---|---|
| Version 001<br>March 1988 | 1st edition of the "Directives" comprising the: ETSI Statutes and the ETSI Rules of Procedure. |

APLNDC-WH-A0000022853