# Mueller Exhibit 7

**View:** Next in topic | Previous in topic
Next by same author | Previous by same author
Previous page *(July 1999)* | Back to main 3GPP_TSG_RAN_WG1 page
Join or leave 3GPP_TSG_RAN_WG1
Reply | Post a new message
Search
Log in

**Options:** Chronologically | Most recent first
Proportional font | Non-proportional font

**Date:** Fri, 9 Jul 1999 08:23:05 +0900
**Reply-To:** [log in to unmask]
**Sender:** "3GPP_TSG_RAN_WG1: TSG RAN Working Group 1" <[log in to unmask]>
**From:** Beongjo Kim <[log in to unmask]>
**Subject:** AH4: Text proposal with Tdoc number(99-892)
**Content-Type:** multipart/mixed;

Dear all,

Samsung re-distribute the same text proposal distributed last time, but with Tdoc number(99-892).
The proposal is on "detailed descriptions from radio frame segmentation to 2nd interleaver."
Please find the attached.

Best regards.

______________________________
Beongjo Kim, PhD
[log in to unmask]
Telecommunication R&D Center,
Samsung Electronics Co., Ltd.

A.zip [application/zip]

Back to: Top of message | Previous page | Main 3GPP_TSG_RAN_WG1 page

LIST.ETSI.ORG 

APLNDC-WH-A 0000009980