# Mueller Exhibit 8



## 3GPP Specification detail

Go to spec numbering scheme page
Back to series index

**3GPP TS 25.212** (click spec number to see fileserver directory for this spec)
**Multiplexing and channel coding (FDD)**

.

TSG / WG responsible: **R1** (click TSG/WG to see its home page)

Work item which gave rise to this spec: **-** (click WI code to see Work Item details in the Work Plan)

Work items which may have impacted this spec: **click here**

Rapporteur: **CZEREPINSKI, Przemyslaw**

Specification required for: **UTRAN-based systems**

In the table below ...

... click meeting number for meeting details;

... click spec version number to download that version;

... click SDO publication reference to download SDO transposed document.

| Release | Freeze meeting | Freeze date | :: | remarks | SDO publications |
|---|---|---|---|---|---|
| **R99** | SP-05 | 1999-10-13 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | Table of Contents and Scope | 0.0.0 | 1999-02-04 | | - |
| | RP-03 | 1.0.0 | 1999-04-23 | | - |
| | RP-04 | 2.0.0 | 1999-06-23 | | - |
| | RP-05 | 3.0.0 | 1999-10-13 | | - |
| | RP-06 | 3.1.0 | 1999-12-12 | | - |
| | Change history added | 3.1.1 | 200-01-15 | | DTS/TSGR-0125212U |
| | RP-07 | 3.2.0 | 2000-03-15 | | RTS/TSGR-0125212UR1 |
| | RP-08 | 3.3.0 | 2000-06-23 | | RTS/TSGR-0125212UR2 |
| | RP-09 | 3.4.0 | 2000-10-18 | | RTS/TSGR-0125212UR3 |
| | RP-10 | 3.5.0 | 2000-12-22 | | RTS/TSGR-0125212UR4 |
| | RP-12 | 3.6.0 | 2001-06-28 | | RTS/TSGR-0125212UR5 |
| | RP-13 | 3.7.0 | 2001-10-08 | | RTS/TSGR-0125212UR6 |
| | RP-14 | 3.8.0 | 2002-01-09 | | RTS/TSGR-0125212UR7 |
| | RP-15 | 3.9.0 | 2002-03-29 | | RTS/TSGR-0125212UR8 |
| | RP-16 | 3.10.0 | 2002-06-28 | | RTS/TSGR-0125212v3a0 |
| | RP-17 | 3.11.0 | 2002-09-27 | | RTS/TSGR-0125212v3b0 |
| **Rel-4** | SP-11 | 2001-03-22 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-11 | 4.0.0 | 2001-04-05 | | RTS/TSGR-0125212Uv4 |
| | RP-12 | 4.1.0 | 2001-06-28 | | RTS/TSGR-0125212Uv4R1 |
| | RP-13 | 4.2.0 | 2001-10-08 | | RTS/TSGR-0125212Uv4R2 |
| | RP-14 | 4.3.0 | 2002-01-09 | | RTS/TSGR-0125212Uv4R3 |
| | RP-15 | 4.4.0 | 2002-03-29 | | RTS/TSGR-0125212Uv4R4 |
| | RP-16 | 4.5.0 | 2002-06-28 | | RTS/TSGR-0125212v450 |
| | RP-17 | 4.6.0 | 2002-09-27 | | RTS/TSGR-0125212v460 |
| **Rel-5** | RP-15 | 2002-03-08 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |

| | event | version | available | remarks | | click ref to download |
|---|---|---|---|---|---|---|
| | RP-15 | 5.0.0 | 2002-03-29 | | | RTS/TSGR-0125212Uv5 |
| | RP-16 | 5.1.0 | 2002-06-28 | | | RTS/TSGR-0125212v510 |
| | RP-17 | 5.2.0 | 2002-09-27 | | | RTS/TSGR-0125212v520 |
| | RP-18 | 5.3.0 | 2003-01-07 | | | RTS/TSGR-0125212v530 |
| | RP-19 | 5.4.0 | 2003-04-04 | | | RTS/TSGR-0125212v540 |
| | RP-20 | 5.5.0 | 2003-06-27 | | | RTS/TSGR-0125212v550 |
| | RP-21 | 5.6.0 | 2003-09-29 | | | RTS/TSGR-0125212v560 |
| | RP-22 | 5.7.0 | 2004-01-14 | | | RTS/TSGR-0125212v570 |
| | RP-23 | 5.8.0 | 2004-04-02 | | | RTS/TSGR-0125212v580 |
| | RP-24 | 5.9.0 | 2004-06-18 | | | RTS/TSGR-0125212v590 |
| | RP-28 | 5.10.0 | 2005-06-21 | | | RTS/TSGR-0125212v5a0 |
| Rel-6 | RP-26 | | 2004-12-10 | :: | created for M.1457 update . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-22 | 6.0.0 | 2004-01-14 | Required for update of ITU-R M.1457 | | RTS/TSGR-0125212v600 |
| | RP-23 | 6.1.0 | 2004-04-02 | | | RTS/TSGR-0125212v610 |
| | RP-24 | 6.2.0 | 2004-06-18 | | | RTS/TSGR-0125212v620 |
| | RP-26 | 6.3.0 | 2005-01-05 | | | RTS/TSGR-0125212v630 |
| | RP-27 | 6.4.0 | 2005-03-29 | | | RTS/TSGR-0125212v640 |
| | RP-28 | 6.5.0 | 2005-06-21 | | | RTS/TSGR-0125212v650 |
| | RP-29 | 6.6.0 | 2005-09-29 | | | RTS/TSGR-0125212v660 |
| | RP-30 | 6.7.0 | 2005-12-15 | | | RTS/TSGR-0125212v670 |
| | RP-32 | 6.8.0 | 2006-06-15 | | | RTS/TSGR-0125212v680 |
| | RP-33 | 6.9.0 | 2006-10-13 | | | RTS/TSGR-0125212v690 |
| | RP-34 | 6.10.0 | 2006-12-14 | | | RTS/TSGR-0125212v6a0 |
| Rel-7 | RP-35 | | 2007-03-09 | :: | . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-31 | 7.0.0 | 2006-03-22 | | | RTS/TSGR-0125212v700 |
| | RP-32 | 7.1.0 | 2006-06-15 | | | RTS/TSGR-0125212v710 |
| | RP-33 | 7.2.0 | 2006-10-13 | | | RTS/TSGR-0125212v720 |
| | RP-34 | 7.3.0 | 2006-12-14 | | | RTS/TSGR-0125212v730 |
| | RP-35 | 7.4.0 | 2007-03-22 | | | RTS/TSGR-0125212v740 |
| | RP-36 | 7.5.0 | 2007-06-21 | | | RTS/TSGR-0125212v750 |
| | RP-37 | 7.6.0 | 2007-09-26 | | | RTS/TSGR-0125212v760 |
| | RP-38 | 7.7.0 | 2007-12-11 | | | RTS/TSGR-0125212v770 |
| | RP-40 | 7.8.0 | 2008-06-18 | | | RTS/TSGR-0125212v780 |
| | RP-41 | 7.9.0 | 2008-09-24 | | | RTS/TSGR-0125212v790 |
| | RP-43 | 7.10.0 | 2009-03-17 | | | RTS/TSGR-0125212v7a0 |
| | RP-45 | 7.11.0 | 2009-09-29 | | | RTS/TSGR-0125212v7b0 |
| Rel-8 | SP-42 | | 2008-12-11 | :: | . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-38 | 8.0.0 | 2007-12-11 | | | - |
| | RP-39 | 8.1.0 | 2008-03-20 | | | - |
| | RP-40 | 8.2.0 | 2008-06-18 | | | RTS/TSGR-0125212v820 |
| | RP-41 | 8.3.0 | 2008-09-24 | | | RTS/TSGR-0125212v830 |
| | RP-42 | 8.4.0 | 2008-12-18 | | | RTS/TSGR-0125212v840 |
| | RP-43 | 8.5.0 | 2009-03-17 | | | RTS/TSGR-0125212v850 |
| | RP-45 | 8.6.0 | 2009-09-29 | | | RTS/TSGR-0125212v860 |
| Rel-9 | SP-46 | | 2009-12-10 | :: | . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-45 | 9.0.0 | 2009-09-29 | | | - |
| | RP-46 | 9.1.0 | 2009-12-16 | | | RTS/TSGR-0125212v910 |
| | RP-47 | 9.2.0 | 2010-03-30 | | | RTS/TSGR-0125212v920 |
| | RP-49 | 9.3.0 | 2010-10-03 | | | RTS/TSGR-0125212v930 |
| | RP-50 | 9.4.0 | 2010-12-22 | | | RTS/TSGR-0125212v940 |
| Rel-10 | SP-51 | | 2011-03-23 | :: | . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-49 | 10.0.0 | 2010-10-03 | | | - |
| | RP-50 | 10.1.0 | 2010-12-22 | | | RTS/TSGR-0125212va10 |
| Rel-11 | | - | | :: | . | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-54 | 11.0.0 | 2011-12-22 | | | - |

Change Requests for this spec: click here.

**Genealogy of this spec:**

| antecedent(s) | this spec | descendant(s) |
|---|---|---|
| (no antecedents) | 25.212 | (no descendants) |

page generated from database: 2012-01-18 14:14:41