# Mueller Exhibit 9



## 3GPP meetings for group RP

Go to 3GPP meetings page

Click here to go to the Liaisons page.

| Meeting click for details and to reserve a tdoc number | Title | Town click for meeting invitation directory | Start click for agenda | End click for report | First & Last tdoc click range for tdoc directory or click asterisk for full tdoc list for this meeting | WIDs click for WID list | specs available target click for list of specs from this meeting | Register | Participants | Files | iCal click for iCalendar (appointment) file | Feedback click to complete meeting satisfaction questionnaire |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RP-62 | 3GPPRAN#62 | EU | 2013-12-03 | 2013-12-06 | - | - | - | Register | Participants | - | ICS | - |
| RP-61 | 3GPPRAN#61 | Oporto (TBC) | 2013-09-03 | 2013-09-06 | - | - | - | Register | Participants | - | ICS | - |
| RP-60 | 3GPPRAN#60 |  | 2013-06-11 | 2013-06-14 | - | - | - | Register | Participants | - | ICS | - |
| RP-59 | 3GPPRAN#59 | Vienna | 2013-02-26 | 2013-03-01 | - | - | - | Register | Participants | - | ICS | - |
| RP-58 | 3GPPRAN#58 | Barcelona | 2012-12-04 | 2012-12-07 | - | - | - | Register | Participants | - | ICS | - |
| RP-57 | 3GPPRAN#57 | US | 2012-09-04 | 2012-09-07 | - | - | - | Register | Participants | - | ICS | - |
| RP-56 | 3GPPRAN#56 | Ljubljana | 2012-06-13 | 2012-06-15 | - | - | - | Register | Participants | - | ICS | - |
| RP-ah-30078 | 3GPPRAN-on Release 12 onward | Ljubljana | 2012-06-11 | 2012-06-12 | - | - | - | Register | Participants | - | ICS | - |
| RP-55 | 3GPPRAN#55 | Xiamen | 2012-02-28 | 2012-03-02 | - * | - | - | Register | Participants | Files | ICS | - |
| RP-54 | 3GPPRAN#54 | Berlin | 2011-12-06 | 2011-12-09 | RP-111400 - RP-111777 * | WIDs | 2012-01-13 | - | Participants | Files | - | - |
| RP-53 | 3GPPRAN#53 | Fukuoka | 2011-09-13 | 2011-09-16 | RP-110920 - RP-111397 * | WIDs | 2011-10-14 | - | Participants | Files | - | - |
| RP-52 | 3GPPRAN#52 | Bratislava | 2011-05-31 | 2011-06-03 | RP-110470 - RP-110916 * | WIDs | 2011-07-01 | - | Participants | Files | - | - |
| RP-ah-29297 | 3GPP-DVB workshop | Kansas City | 2011-03-16 | 2011-03-16 | - * | WIDs | - | - | Participants | Files | - | - |
| RP-51 | 3GPPRAN#51 | Kansas City | 2011-03-15 | 2011-03-18 | RP-110001 - RP-110459 * | WIDs | 2011-04-15 | - | Participants | Files | - | - |
| RP-50 | 3GPPRAN#50 | Istanbul | 2010-12-07 | 2010-12-10 | RP 101167 - RP-101446 * | WIDs | 2011-01-14 | - | Participants | Files | - | - |
| RP-49 | 3GPPRAN#49 | San Antonio | 2010-09-14 | 2010-09-17 | RP-100700 - RP-101026 * | WIDs | 2010-10-15 | - | Participants | Files | - | - |
| RP-48 | 3GPPRAN#48 | Seoul | 2010-06-01 | 2010-06-04 | RP-100410 - RP-100695 * | WIDs | 2010-07-02 | - | Participants | Files | - | - |
| RP-ah-28783 | LTE-Advanced Evaluation (2) | Beijing | 2010-05-18 | 2010-05-18 | - | WIDs | - | - | Participants | - | - | - |
| RP-47 | 3GPPRAN#47 | Vienna | 2010-03-16 | 2010-03-19 | RP-100001 - RP-100395 * | WIDs | 2010-04-15 | - | Participants | Files | - | - |
| RP-ah-28450 | LTE-Advanced Evaluation | Beijing | 2009-12-17 | 2009-12-18 | REV-090001 - REV-090023 * | WIDs | - | - | Participants | Files | - | - |
| Meeting click for details and to reserve a tdoc number | Title | Town click for meeting invitation directory | Start click for agenda | End click for report | First & Last tdoc click range for tdoc directory or click asterisk for full tdoc list for this meeting | WIDs click for WID list | specs available target click for list of specs from this meeting | Register | Participants | Files | iCal click for iCalendar (appointment) file | Feedback click to complete meeting satisfaction questionnaire |
| RP-46 | 3GPPRAN#46 | Sanya | 2009-12-01 | 2009-12-04 | RP-091004 - RP-091457 * | WIDs | 2010-01-08 | - | Participants | Files | - | - |
| RP-45 | 3GPPRAN#45 | Seville | 2009-09-15 | 2009-09-18 | RP-090669 - RP-091002 * | WIDs | 2009-10-16 | - | Participants | Files | - | - |
| RP-ah-28009 | 3GPP Methods Seminar | Sophia Antipolis | 2009-06-16 | 2009-06-17 | R4-092121 - R4-092601 | WIDs | - | - | Participants | - | - | - |
| RP-44 | 3GPPRAN#44 | Oranjestad | 2009-05-26 | 2009-05-29 | RP-090243 - RP-090664 * | WIDs | 2009-06-26 | - | Participants | Files | - | - |

| Meeting | Title | Town | Start | End | First & Last tdoc | WIDs | specs available target | Register | Participants | Files | iCal | Feedback |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RP-43 | 3GPPRAN#43 | Biarritz | 2009-03-03 | 2009-03-06 | RP-090001 - RP-09242 * | WIDs | 2009-04-03 | - | Participants | Files | - | - |
| RP-42 | 3GPPRAN#42 | Athens | 2008-12-02 | 2008-12-05 | RP-080777 - RP-081142 * | WIDs | 2009-01-02 | - | Participants | Files | - | - |
| RP-41 | 3GPPRAN#41 | Kobe | 2008-09-09 | 2008-09-12 | RP-080491 - RP-08776 * | WIDs | 2008-10-10 | - | Participants | Files | - | - |
| RP-40 | 3GPPRAN#40 | Prague | 2008-05-27 | 2008-05-30 | RP-080473 - RP-08490 * | WIDs | 2008-06-27 | - | Participants | Files | - | - |
| RP-ah-27107 | Workshop on IMT-Advanced | Shenzhen | 2008-04-07 | 2008-04-08 | REV-080001 - REV-080058 | WIDs | 2008-05-06 | - | Participants | - | - | - |
| RP-39 | 3GPPRAN#39 | Puerto Vallarta | 2008-03-04 | 2008-03-07 | RP-080001 - RP-080231 * | WIDs | 2008-04-04 | - | Participants | Files | - | - |
| RP-38 | 3GPPRAN#38 | CANCUN | 2007-11-27 | 2007-11-30 | RP-070781 - RP-071052 * | WIDs | 2008-01-05 | - | Participants | Files | - | - |
| RP-ah-26953 | 3GPPRAN-IMT-Advanced | Cancun | 2007-11-26 | 2007-11-26 | - | WIDs | - | - | Participants | - | - | - |
| RP-ah-26744 | 3GPPGERAN-3GPPRAN-GERAN/E-UTRA | Sophia Antipolis | 2007-09-27 | 2007-09-28 | - | WIDs | - | - | Participants | - | - | - |
| RP-37 | 3GPPRAN#37 | Riga | 2007-09-11 | 2007-09-14 | RP-070515 - RP-070768 * | WIDs | 2007-10-12 | - | Participants | Files | - | - |
| RP-36 | 3GPPRAN#36 | Busan | 2007-05-29 | 2007-06-01 | RP-070871 - RP-070513 * | WIDs | 2007-06-29 | - | Participants | Files | - | - |
| RP-ah-26621 | 3GPPRAN-radio mob. non-3GPP | Busan | 2007-05-28 | 2007-05-28 | - | WIDs | 2007-06-29 | - | Participants | - | - | - |
| RP-35 | 3GPPRAN#35 | Lemesos | 2007-03-06 | 2007-03-09 | RP-070001 - RP-070268 * | WIDs | 2007-04-06 | - | Participants | Files | - | - |
| RP-ah-26197 | Workshop on LTE GSM Handovers | Sophia Antipolis | 2007-01-10 | 2007-01-11 | R1-071840 - R1-071908 | WIDs | - | - | Participants | - | - | - |
| RP-34 | 3GPPRAN#34 | Budapest | 2006-11-28 | 2006-12-01 | RP-060645 - RP-060864 * | WIDs | 2007-01-05 | - | Participants | Files | - | - |
| RP-33 | 3GPPRAN#33 | Palm Springs | 2006-09-19 | 2006-09-22 | RP-060433 - RP-060615 * | WIDs | 2006-10-20 | - | Participants | Files | - | - |
| RP-32 | 3GPPRAN#32 | Warsaw | 2006-05-31 | 2006-06-02 | RP-060221 - RP-060431 * | WIDs | 2006-06-30 | - | Participants | Files | - | - |
| RP-31 | 3GPPRAN#31 | Sanya (Hainan) | 2006-03-08 | 2006-03-10 | RP-060001 - RP-060219 * | WIDs | 2006-04-07 | - | Participants | Files | - | - |
| RP-ah-25482 | 3GPPRAN-3GPPSA2-on SAE | St Julian | 2005-12-01 | 2005-12-02 | - | WIDs | - | - | Participants | - | - | - |
| RP-30 | 3GPPRAN#30 | St Julian | 2005-11-29 | 2005-12-02 | RP-050649 - RP-050910 * | WIDs | 2006-01-06 | - | Participants | Files | - | - |
| RP-29 | 3GPPRAN#29 | Tallinn | 2005-09-21 | 2005-09-23 | RP-050393 - RP-050646 * | WIDs | 2005-10-21 | - | Participants | Files | - | - |
| RP-ah-25096 | 3GPPRAN-on LTE | Tallinn | 2005-09-19 | 2005-09-20 | REV-05108 - REV-05179 | WIDs | - | - | Participants | - | - | - |
| RP-28 | 3GPPRAN#28 | Quebec | 2005-06-01 | 2005-06-03 | RP-050149 - RP-050391 * | WIDs | 2005-07-01 | - | Participants | Files | - | - |
| RP-ah-24916 | 3GPPRAN-WGs Long Term Evolutio | Quebec | 2005-05-30 | 2005-05-31 | REV-05057 - REV-05107 | WIDs | - | - | Participants | - | - | - |
| RP-ah-24482 | 3GPPCN-3GPPRAN-3GPPSA-3GPPT-TI | Washington | 2005-03-30 | 2005-03-31 | - | WIDs | - | - | Participants | - | - | - |
| RP-27b | 3GPPRAN#27bis | Tokyo | 2005-03-11 | 2005-03-11 | - | WIDs | - | - | Participants | - | - | - |
| RP-27 | 3GPPRAN#27 | Tokyo | 2005-03-09 | 2005-03-11 | RP-050001 - RP-05148 * | WIDs | 2005-04-08 | - | Participants | Files | - | - |
| RP-ah-24690 | 3GPPRAN-WGs_LongTermEvolution | Tokyo | 2005-03-07 | 2005-03-08 | REV-05001 - REV-05056 | WIDs | - | - | Participants | - | - | - |
| RP-26 | 3GPPRAN#26 | Athens | 2004-12-08 | 2004-12-10 | RP-040395 - RP-040554 * | WIDs | 2005-01-14 | - | Participants | Files | - | - |
| RP-ah-24474 | 3GPPRAN-FutureEvolutionWorksho | Toronto | 2004-11-02 | 2004-11-03 | REV-WS001 - REV-WS044 | WIDs | - | - | Participants | - | - | - |
| RP-25 | 3GPPRAN#25 | Palm Springs | 2004-09-07 | 2004-09-09 | RP-040260 - RP-040368 * | WIDs | 2004-10-08 | - | Participants | Files | - | - |
| RP-24 | 3GPPRAN#24 | Seoul | 2004-06-02 | 2004-06-04 | RP-040139 - RP-040259 * | WIDs | 2004-07-02 | - | Participants | Files | - | - |
| RP-23 | 3GPPRAN#23 | Phoenix | 2004-03-10 | 2004-03-12 | RP-040001 - RP-040138 * | WIDs | 2004-04-14 | - | Participants | Files | - | - |
| RP-22 | 3GPPRAN#22 | Hawaii | 2003-12-09 | 2003-12-12 | RP-030557 - RP-030733 * | WIDs | 2004-01-22 | - | Participants | Files | - | - |
| RP-21 | 3GPPRAN#21 | Frankfurt | 2003-09-16 | 2003-09-19 | RP-030376 - RP-030556 * | WIDs | 2003-10-17 | - | Participants | Files | - | - |

| Meeting click for details and to reserve a tdoc number | Title | Town click for meeting invitation directory | Start click for agenda | End click for report | First & Last tdoc click range for tdoc directory or click asterisk for full tdoc list for this meeting | WIDs click for WID list | specs available target click for list of specs from this meeting | Register | Participants | Files | iCal click for iCalendar (appointment) file | Feedback click to complete meeting satisfaction questionnaire |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RP-20 | 3GPPRAN#20 | HÄMEENLINNA | 2003-06-03 | 2003-06-06 | RP-030203 - RP-030375 * | WIDs | 2003-07-04 | - | Participants | Files | - | - |
| RP-ah-23444 | 3GPPCN1-3GPPRAN-3GPPSA2-Paging | Suresnes | 2003-04-24 | 2003-04-25 | RPA030015 - RPA030026 | WIDs | - | - | Participants | - | - | - |
| RP-19 | 3GPPRAN#19 | Birmingham | 2003-03-11 | 2003-03-14 | RP-030001 - RP-030201 * | WIDs | 2003-04-11 | - | Participants | Files | - | - |
| RP-ah-23134 | 3GPPRAN-Iu_solution_Early_UEs | Sophia Antipolis | 2003-01-29 | 2003-01-30 | RPA030001 - RPA03014 | WIDs | - | - | Participants | - | - | - |
| RP-18 | 3GPPRAN-#18 | New Orleans | 2002-12-03 | 2002-12-06 | RP-020674 - RP-020904 * | WIDs | 2003-01-10 | - | Participants | Files | - | - |
| RP-17 | 3GPPRAN-#17 | Biarritz | 2002-09-03 | 2002-09-06 | RP-020455 - RP-020673 * | WIDs | 2002-10-04 | - | Participants | Files | - | - |
| RP-ah-22685 | 3GPPRAN-3GPP-3GPP2_Harmonizati | Espoo | 2002-06-25 | 2002-06-25 | RPA020001 - RPA020006 | WIDs | - | - | Participants | - | - | - |
| RP-16 | 3GPPRAN-#16 | Marco Island, Florida | 2002-06-04 | 2002-06-07 | RP-020263 - RP-020454 * | WIDs | 2002-07-05 | - | Participants | Files | - | - |
| RP-ah-22492 | 3GPPGERAN-3GPPRAN-3GPPSA-MBMS | London | 2002-05-06 | 2002-05-07 | - | WIDs | - | - | Participants | - | - | - |
| RP-15 | 3GPPRAN-#15 | Jeju Island | 2002-03-05 | 2002-03-08 | RP-020001 - RP-020262 * | WIDs | 2002-04-05 | - | Participants | Files | - | - |
| RP-14 | 3GPPRAN-#14 | Kyoto | 2001-12-11 | 2001-12-14 | RP-010722 - RP-010956 * | WIDs | 2002-01-18 | - | Participants | Files | - | - |
| RP-13 | 3GPPRAN-#13 | Beijing | 2001-09-18 | 2001-09-21 | RP-010496 - RP-010721 * | WIDs | 2001-10-19 | - | Participants | Files | - | - |
| RP-ah-21681 | 3GPPRAN-ITU R AD HOC | Turin | 2001-08-21 | 2001-08-22 | - | WIDs | - | - | Participants | - | - | - |
| RP-ah-21687 | IMS issues, optimised voice se | Helsinki | 2001-08-01 | 2001-08-03 | - | WIDs | - | - | Participants | - | - | - |
| RP-12 | 3GPPRAN-#12 | STOCKHOLM | 2001-06-12 | 2001-06-15 | RP-010280 - RP-010495 * | WIDs | 2001-07-13 | - | Participants | Files | - | - |
| RP-11 | 3GPPRAN-#11 | PalmSprings | 2001-03-13 | 2001-03-16 | RP-010001 - RP-010279 * | WIDs | 2001-04-13 | - | Participants | Files | - | - |
| RP-ah-21073 | 3GPPRAN-Workshop on UTRAN | HELSINKI | 2001-02-05 | 2001-02-06 | RPW010001 - RPW010016 | WIDs | - | - | Participants | - | - | - |
| RP-10 | 3GPPRAN-#10 | BANGKOK | 2000-12-06 | 2000-12-08 | RP-000520 - RP-000719 * | WIDs | - | - | Participants | Files | - | - |
| RP-09 | 3GPPRAN-#9 | HAWAII | 2000-09-20 | 2000-09-22 | RP-000329 - RP-000519 * | WIDs | - | - | Participants | Files | - | - |
| RP-08 | 3GPPRAN-#8 | DUSSELDORF | 2000-06-21 | 2000-06-23 | RP-000193 - RP-000328 * | WIDs | - | - | Participants | Files | - | - |
| RP-07 | 3GPPRAN-#7 | MADRID | 2000-03-13 | 2000-03-15 | RP-000001 - RP-000192 * | WIDs | - | - | Participants | Files | - | - |
| Meeting click for details and to reserve a tdoc number | Title | Town click for meeting invitation directory | Start click for agenda | End click for report | First & Last tdoc click range for tdoc directory or click asterisk for full tdoc list for this meeting | WIDs click for WID list | specs available target click for list of specs from this meeting | Register | Participants | Files | iCal click for iCalendar (appointment) file | Feedback click to complete meeting satisfaction questionnaire |
| RP-ah-20032 | 3GPPRAN-SMG2-RRM | Turin | 2000-02-09 | 2000-02-11 | RPA000001 - RPA000064 | WIDs | - | - | Participants | - | - | - |
| RP-06 | 3GPPRAN-#6 | NICE | 1999-12-13 | 1999-12-15 | RP-99601 - RP-99871 * | WIDs | - | - | Participants | Files | - | - |
| RP-05 | 3GPPRAN-#5 | KYONGJU | 1999-10-06 | 1999-10-08 | RP-99413 - RP-99600 * | WIDs | - | - | Participants | Files | - | - |
| RP-ah-9688 | 3GPPRAN-ITU #2 | TURIN | 1999-08-10 | 1999-08-10 | - | WIDs | - | - | Participants | - | - | - |
| RP-04 | 3GPPRAN-#4 | MIAMI | 1999-06-17 | 1999-06-19 | RP-99300 - RP-99412 * | WIDs | - | - | Participants | Files | - | - |
| RP-03 | 3GPPRAN-#3 | YOKOHAMA | 1999-04-21 | 1999-04-23 | RP-99180 - RP-99296 * | WIDs | - | - | Participants | Files | - | - |
| RP-02 | 3GPPRAN-#2 | FORT LAUDERDALE | 1999-03-02 | 1999-03-04 | RP-99001 - RP-99174 * | WIDs | - | - | Participants | Files | - | - |
| RP-01 | 3GPPRAN-#1 + CN + SA + T | Sophia Antipolis | 1998-12-07 | 1998-12-08 | RP98-003 - RP98-073 * | WIDs | - | - | Participants | Files | - | - |

page generated from database: 2012-01-18 14:23:56