# Mueller Exhibit 11

**View:** Next in topic | Previous in topic
Next by same author | Previous by same author
Previous page *(July 1999)* | Back to main 3GPP_TSG_RAN_WG1 page
Join or leave 3GPP_TSG_RAN_WG1
Reply | Post a new message
Search
Log in

**Options:** Chronologically | Most recent first
Proportional font | Non-proportional font

```
Date:         Thu, 8 Jul 1999 02:11:55 KST
Reply-To:     [log in to unmask]
Sender:       "3GPP_TSG_RAN_WG1: TSG RAN Working Group 1"
              <[log in to unmask]>
From:         "(Changsoo PARK)" <[log in to unmask]>
Subject:      AH10; Tdoc for multiple-scrambling code
Comments: cc: [log in to unmask], [log in to unmask]
Content-Type: multipart/mixed;
```

Dear all,

I include a new assignment method for multiple scrambling code.
I include also some suggestion for the current text.
Please review this carefully, and give me some comments

R1-99915 Multiple-scrambling code

Thanks.

Best wishes.
Jaeyoel Kim


R1-99915.pdf [application/pdf]


R1-99915.zip [application/zip]


Back to: Top of message | Previous page | Main 3GPP_TSG_RAN_WG1 page

LIST.ETSI.ORG