Mueller Exhibit 12

**TSG-RAN Working Group 1 meeting No. 6**

*TSGR1-A58/99*

**July 13-16, Espoo, Finland**

**Agenda Item:** -

**Source:** **Secretary (temporary)**

**Title:** **draft minutes**

**Document for:**

---

### Draft Minutes for 3GPP RAN-TSG 6th WG1 Meeting

Meeting start: June 13th

Day 1, start 9.00

**1. Opening of the meeting**
Opening statement by the chairman.

**2. Approval of agenda**
**Tdoc 780**
Reviewed and some changes to AdHoc arrangements made to accommodate number of Tdocs and reports. Approved as amended.

**3. Assignment of secretary (if not provided by 3GPP secretariat)**
Meeting secretaries provided by Siemens. For day 1 is Peter Chambers.

**4. Approval of the minutes of the last meeting**
Tdoc 781. Minor change regarding sentence on RAN reporting.
Approved as amended. Minutes now become Tdoc 969.

**5. Report from RAN no. 4 (by the chairman)**

APLNDC-WH-A 0000010006

Tdoc 936 (slide set) presented by projector. (Relates to RP-99411.)

Change in working procedure, "agreed" items in a specification are by consensus, "working assumption" is not a consensus but is the current text. Approval status of documents only applies to "agreed" items. The items which are "working assumption" shall be marked. A rule for challenge was provided by the RAN, this to apply in future.

Nortel pointed out that there were still problems in working group work-split. Example is power control (WG1/WG4). Phillips queried the terms of reference of the "workshop" on hooks and extensions for harmonisation.

## 6. Identification of the incoming/ liaison statements,

Tdoc 784 (referred to Ad Hoc 4) from WG3 "Separate delivery of Transport Blocks within a Transport Block Set by MAC-d to L1".
To await report from Ad Hoc 4.

Tdoc 785 from WG3 "LS on Principles on Uu specifications".
WG3 requests that WG1 specifications no not refer to elements internal to the UTRAN for reasons of de-coupling specifications.
Noted.

Tdoc 803 from S4 codec working group "Support of Speech Service in RAN".
The support of WG1 (amongst others) is requested to help define and comment on speech service in RAN. Critical items are channel coding and rate adaptation. This total task required by September 1999 for tests in 4Q99. Reply to be drafted indicating variety of ways speech may be mapped/formatted to physical channels (c.f. GSM) giving error patterns.

Tdoc 804 from S4 codec working group "Error resilience in real-time packet multimedia payloads".
This gives details of an example multimedia stream in which requirements for error resilience are discussed for various parts. It is provided to further the debate on unequal error protection. Note that WG1 is only a "Cc" recipient of this LS.

Tdoc 902 draft (from Ericsson) toWG2 on location (LCS).

Tdoc 961 from WG2 "USCH requirement for TDD".
Refer to Ad Hoc 1.

Tdoc 962 from WG2 "Answer to LS on Physical Layer Baseline Capabilities".
Noted.

Tdoc 963 from WG2 reply to LS on "RACH Payload Requirements"
Concerns 20 octet payload figure. Payload is actually variable. Minimum payload 20 octets for FDD, to be examined for TDD.
Noted.

Tdoc 964 from WG2 "Logical and Transport channel on the Radio Interface for cell broadcast on UMTS". Note WG1 is Cc recipient and is not impacted.
Noted.

Tdoc 965 from WG2 on TS 25.302 according to RAN#4 decision WG1 should review this document at latest revision at this meeting. Important areas are: measurement, physical channel description, transport block sizes (Ad Hoc 4), simultaneous physical channel combinations (Ad Hoc 4) & dynamic rate matching (Ad Hoc 4). Ad Hoc 8 to discuss SFN measurement indicator parameter.
*<reply to await arrival of latest 25.302 to this meeting>*

Tdoc 947 from WG3 "Timing advance for TDD"
Can a purely L1 timing advance be done? WG3 wants to clarify what WG1 and WG2 see as necessary for timing advance procedure.
Refer to Ad Hoc 1.

Tdoc 966 from WG4 "TFCI requirements for sevices below 32 Ksps".
Should TFCI(OFF) be specified for rates below 32 Ksps?
Answer: support is mandatory as UTRAN commands the use of TFCI, not layer 1.
Draft to be produced during this meeting (E leStrat).

Tdoc ??? from WG4 on power control expected.

Tdoc 938 from T2 on Service Capabilities.
Lists some service capabilities (as in TS 22.105 also TS 22.121) and outlines priorities as

seen by T2. T2 requests that WG1 identify physical layer implementation capabilities required for these services by T2#5 starting September 6.

Draft reply to be produced during this meeting.

### 7. Text proposals pending for approval from the last meeting
###    (The ones decided to be pending until this meeting)

Tdoc 718 paging structure in TDD from Siemens. Vodafone asked how the PI/paging group was determined, clarification needed. Checking with WG2 should be done. Approved.

Tdoc 833 being TS 25.221v1.1.1

Consensus on matters in WG1#3 did not appear in editorial changes (in v1.0.1). This modification corrects that. This version is the new change baseline for WG1#6 as Tdoc 979, TS 25.221v1.2.0.

Approved.

### 8. Report from the harmonisation Ad Hoc (Ad Hoc 15) e-mail discussions

Tdoc 943. Slide presentation accompanying this presented by chairman (to be made available on CD). Aspects discussed or referred to Ad Hocs. Tdoc 968 contains some content on DPCCH changes and service requirements which requires further discussion.

### 9. OHG Harmonisation agreement related inputs & text proposals

### 9.1 Changes due the chip rate change, FDD

Tdoc 832 (TS 25.211v2.1.1), marked up changes and editor's notes. Approved as Tdoc 982 (TS 25.211v2.2.0).

Tdoc 880 text proposal to chip rate change in TS 25.213. No conflicts with Tdoc 807. Approved. TS 25.213 to be updated accordingly after WG1#6.

Tdoc 791 modifies TFCI coding in TS 25.212. Approved.

Tdoc 921 SCH codes for harmonization (changes 25.213). Tdoc 923 modifies S-SCH mapping to slot/frame structure (changes 25.211 and 25.213). Approved.

Tdoc 786 modification to RACH in 25.211. Approved subject to further discussion in Ad Hoc 3 and caveats to specify timing in chips and clarify even/odd frame definition.

Changes to MIL (2nd) interleaver in TS 25.212 (& TS 25.222). There are three mutually exclusive text proposals concerning the inter-column permutation table.

Tdoc 926 (Silicon Automation Systems) MIL interleaver. Pruned table.

Tdoc 929 (DoCoMo) MIL interleaver. Optimised table.

Tdoc 978 (Nortel) MIL interleaver. Optimised table.

Discussion and questions concerned performance. Complexity was assumed to be approximately equal as the proposals are so similar and concerned column order amongst 30 columns.

Working assumption is Tdoc 929 (as per new RAN definition). For next meeting (WG1#7) contributions with performance values may be submitted to gain agreement (consensus) on 2nd interleaver specification. Submission deadline to be agreed offline.

Tdoc 876, coding for slow power control (NEC). This document proposes text changes to TS 25.214 to accommodate 15 slots and the use of CPICH.

Comment from Nortel that this channel coding should be in TS 25.212 and an LS to WG2 is needed to notify them of existence of Slow Power Control which is not in the MAC. The change in text was approved for strictly harmonisation purposes. Other issues referred to Ad Hoc 9.

Tdoc 925, Tx Diversity, referred to Ad Hoc 6.

Tdoc 843, SSDT, referred to Ad Hoc 6 as it deals with FBI bits.

The following two are mutually exclusive proposals on 15 slot pilot patterns which allow frame synchronisation confirmation.

Tdoc 829, pilot patterns (LGIC). Tdoc 830 is a text proposal derived from this.

Tdoc 866, pilot patterns (Samsung).

Deferred to Ad Hoc or offline discussion due to technical nature.

Tdoc 814, STTD (TI), changes TS 25.211. Accommodates 15 slot frame. Referred to Ad Hoc 6.

Tdoc 904, CPICH (Ericsson), changes TS 25.211. Also this TS needs updates in timing diagram and channel mapping. Some slight changes to the proposal are needed relating to the Tx Diversity sentence (delete "mode 1") (Ad Hoc 6 to comment on this aspect.). Change "the" to "a" throughout when referring to CPICH. These latter are left for the editor. Approved.

**9.2 Changes due the chip rate change, TDD**

Tdoc 852 for TS 25.221v2.2.1. Rounded values of time to be removed, chip values remain. Approved.

Tdoc 831 for TS 25.223v2.1.1. Changes due to chip rate 3.84Mcps. The FFS chip rates should be changed pro-rata (15/16). Remove mention of carrier spacing (WG4 responsibility). Approved.

Tdoc 853 for TS 25.224v1.0.0. Changes due to chip rate of 3.84Mcps and 15 slots plus

APLNDC-WH-A 0000010010

some minor editorial changes. Times should be mentioned to be approximate. Approved. Tdoc 854 for TS 25.231v0.3.0. Changes due to chip rate of 3.84Mcps in TDD mode. Proponent to provide electronic update in marked up text proposal form. Approved.

**9.3 Changes from introduction of common pilot, FDD**

Tdoc 868 list of open issues in WG1. This is a list of items identified for release 99 to be addressed by WG1 and Ad Hocs. Noted.

**Day 2. Start 9.00**

10.       **Ad Hoc sessions 9.00 – 12.30 (Lunch)**
          **Ad Hoc 3 RACH (08:30) (main room)**
          **Ad Hoc 6 Tx-diversity (09:15)**

11.       **Second session of Ad Hocs 13.30- 17.30**
           **Ad Hoc 9 Power Control (main room)**
           **Ad Hoc 1 TDD**

12.       **Third session of Ad Hocs. 19.30 – 22.30**
          **Ad Hoc 9 Power Control (main room)**
          **Ad Hoc 1 TDD**

**DAY 3.**

13.       **Ad Hoc session 8.30 – 12.30**
          **Ad Hoc 8 Handover**
           **Ad Hoc 4 Multiplexing (main room)**

Plenary 13:40

14.       **Reports from the Ad Hocs from Day 2 & 3.**

Note: Tdocs numbering greater than 999 will be named in form R1-99Axx (then R1-99Bxx) which may be written 10xx (then 11xx) within the document text. The naming

form is to maintain "8.3" compatibility for legacy IT systems as a matter of pragmatic judgement.

Tdoc A16 Ad Hoc 3 report, presented by AH3 chair. Approved.

Tdoc 790 Ad Hoc 6 report, presented by AH6 chair. Approved.
Note that as there are no text proposals relating to the statement in 2.3 (that TxAA is a working assumption) this does not actually affect the specifications in WG1 at this meeting.

Tdoc A05, Ad Hoc 1 report, presented by AH1 chair. Approved.
Note reference to "chapter 5.5" in the conclusion refers to section within 25.221.
It was noted that crosscheck with 25.302 was highly desirable (section 2.11).

Tdoc A09, Ad Hoc 9 report (not yet available).

## 15.     Text proposals agreed in Ad Hocs

From Ad Hoc 3.
Tdoc 894, Ad Hoc 3, (Motorola) changes in 25.211, 25.213 to the RACH preamble code. Note the text on the last page (4.3.3.1 of 25.213) "The phases 4096..42496" should read "The phases 4096..42495". It is noted that 4.3.3.1 in 25.213 is a working assumption. Approved as such.
Tdoc 932, (Ericsson), PAPR reduction of RACH preamble. Working assumption. Ericsson and editor of 25.213 to produce draft change from text proposal. Approved.
Tdoc (786) not required to re-approve this OHG matter.
Tdoc 897 (Panasonic) text proposal relating to timing of PRACH and AICH. Editorial matter relating to timing.
Tdoc 841 (Sony) text proposal to 25.214, prioritization of the RACH (by Access Service Class), working assumption. Approved.
Tdoc 788 (Nokia) text proposal for 25.211 & 25.214, available RACH access slots (sub-RACH channels), working assumption, some further consideration of details is needed as is an LS to WG2. Approved.

From Ad Hoc 6.
Tdoc 812 (Nokia), "Modification of TSTD on SCH Scheme" not true text proposal,

APLNDC-WH-A 0000010012

proponents to provide text proposal to editor (25.211) during this meeting. Approved.

Tdoc 814 (TI), "Modification of TSTD on SCH Scheme", changes 25.211. Approved.

Tdoc 843 (NEC), "Change request for SSDT specification relating to OHG agreement", changes 25.214. Approved.

Tdoc 925 (Motorola) "Text proposals for FB mode transmit diversity", changes 25.211 & 25.214, also now it is proposed to move section 8.4 of 25.214 to informative annex (discussion in plenary, Phillips). Approved.

Tdoc A15 (Nokia) "Text proposal for modification of TSTD on SCH Scheme", changes 25.221. Approved.


From Ad Hoc 1.

Tdoc 889 (Siemens), "Text proposal regarding TFCI coding for TDD", changes 25.222. Approved.

Tdoc A03 ()

Tdoc 857 (Siemens) "Basic Midamble Codes for TDD Mode", changes 25.221, amended as in Ad Hoc 1 report. (delete degradations dB column, put midambles in an annex). Approved.

Tdoc 859 (Siemens) "Scrambling Codes for TDD Mode", changes 25.223, scrambling codes to move to annex. Approved.

Tdoc 860 (Siemens) "Proposed changes of Timing Advance Parameters for TDD", changes 25.224, time values change to chip values. Approved.

Tdoc 941 (CWTS) "Text proposal for UL synchronization", changes 25.224. Approved.

Tdoc 940 (CWTS) "Text proposal for beamforming in physical channels", changes 25.221, modified by conclusions in Ad Hoc 1 report item 2.6. Approved as amended.

Tdoc 939 (CWTS) "Text proposal for low chiprate", changes 25.223, references to carrier spacing to be referred to WG4 as Ad Hoc 1 report concludes. Approved.

Tdoc 998 (IDC, Siemens) "Proposed Text for TDD PRACH", changes 25.221. Approved.

Tdoc A02 (Siemens) "Textproposal for the modified TDD PCH - revised". Approved.

Tdoc A08 (IDC) "", changes 25.224. Approved as working assumption with Annex 2 removed and other changes:

> change definition of $L_{CCPCH}$ to "$L_{CCPCH}$: measure representing path loss in dB (reference transmit power is broadcast on BCH)."

> > Remove line "Adjusting $SIR_{TARGET}$ by higher layer outer loop is described in Annex 2.".

> > Remove Annex 2.

> > Approved as amended.

APLNDC-WH-A  0000010013

Tdoc 862 (Siemens) "Shared Channels for TDD Mode -Update",changes 25.221. Approved.

Tdoc A04 (Siemens) "Textproposal for the Mapping between Midamble Offsets and Spreading Codes for RACH in TDD", changes 25.221. Approved.

Tdoc A03 (Siemens) "Textproposal for an Extended Midamble – revised", changes 25.221 & 25.222. Approved.

**Liaisons**

Tdoc 999, LS to WG3 on TDD. Approved. New Tdoc number will be obtained for approved text. Fredrik will co-ordinate LS.

Tdoc A10 LS to WG2 on TxDiversity. Approved (with "draft" removed, and term "closed-loop" preferred to "feedback" mode).

Tdoc A14 LS to WG2 on TDD RACH. Approved.

Tdoc A11 (LGIC, Samsung) proponents agree to 15 slot pilot pattern in LGIC contribution Tdoc 830. Approved.

**16.     New contributions and not handled in the respective Ad Hocs earlier. (And with priority due to the milestones)**

Tdoc 848 (Ericsson) "Updated text proposal for Paging Structure", changes 25.211 & 25.212 (and suggests changes to 25.213 without explicit text proposal). It was queried (Phillips) that possibly the PICH could use SF=512, was this considered? This was not clearly possible to the proponents until the PI load could be dimensioned. Siemens pointed out that the total processing gain was already equivalent to 512. Phillips pointed out that paging load had not been a problem, if it was then perhaps more than one paging channel may be needed? Ericsson replied that operators had indicated varying estimates of load. Vodafone indicated GSM experience was that an MSC paged using all connected BSCs, paging by cell would involve excessive tracking & messaging. The UMTS equivalent should be considered. It was pointed out by GBT that there was no interleaving. The proponent replied that this worked against DRX/sleep-mode due to coherence time in the channel. Siemens pointed out that stationary mobiles would not benefit from interleaving. Nokia(Cardiff) asked if the mapping of PI to UE should be defined. The proponent replied that this could be done. Nokia(Toskala) asked if higher layers should be expected to do this (or should L1 do this)? The proponent would look into the matter of defining the mapping. It was pointed out that there was an error in the figure in 25.211 section 4.5.15.2, the gap should be between the PICH and S-CCPCH frames. This would

APLNDC-WH-A 0000010014

be corrected. Minor editorial matter, the timings should be given in chips. Question: how is the parameter N set? Answer: it is signaled as a system parameter. Approved as working assumption. Changes must be made by WG1#7 at the latest at which time this would default to an agreement.

Note: paging should be co-ordinated with WG2. Also paging in TDD had common elements with FDD paging. A group of drafters would work on an LS to WG2.

From Ad Hoc 10 (offline).

Tdoc 915 (Samsung) "Multiple-Scrambling Code". Formally presented to plenary. Ad Hoc 10 will consider offline. Proponent should attract support before WG1#7 to bring proposal for discussion there otherwise working assumption will stand.

**Ad Hocs 14 & 8 (compressed mode) : 18:45 – 20:15**

**Ad Hoc 5 : 21:15 – 22:45**

**DAY 4. (Agenda item 16 may continue)**

**Ad Hocs 8.30 – 11.45.**

**Ad Hoc 14 & Ad Hoc 5**

**Plenary : 12:45**

Tdoc 944 (RAN ITU Ad Hoc) "Draft overview text of the FDD DS-CDMA radio interface to be inserted in ITU-R IMT.RSPC". Comments requested from working groups. Address comments to WG1 and ITU Ad Hoc reflectors please. Comment from Ad Hoc 1 chair, TDD is not included. ITU Ad Hoc understands this and TDD material was not available before this time. Noted.

**Reports from Ad Hocs**

Tdoc A09 Ad Hoc 9 report, presented by AH9 chair. Panasonic noted that comparison with performance gain by 0dB command should be made only w.r.t. algorithm 1 (no disagreement was voiced with this point).Two LS were produced from the Ad Hoc, Tdoc A44 and Tdoc A45. Approved.

Tdoc A50 Ad Hoc 8 report, presented by AH8 chair. Noika pointed out that text from Tdoc 810 could be added to the standard. AH8 chair said there was substantial agreement. An unified text proposal would be welcome at WG1#7. Approved.

Tdoc A12 Ad Hoc 4 report, presented by AH4 chair. Approved.

**Text proposals from Ad Hocs**

From Ad Hoc 8.

Tdoc A00 (Noika), "Monitoring FDD cells on same frequency", changes TS 25.231. Approved.

Tdoc 844 (Ericsson) "Cell timing measurement for soft handover", changes TS 25.211 & TS 25.231. Siemens pointed out that approved Tdoc 897 has some sections which 844 removes. Proponent notes this was AICH timing in 897 and the section can be removed. Phillips asks for diagram to be moved to informative annex. Proponent agrees this is possible. Nokia noted that a reference would be the best idea, this was agreed. Approved.

Tdoc A35 (DoCoMo) "Timing information between cells", changes TS 25. 25.231. Approved.

Tdoc A32 (Nokia) "Fixed duplex spacing", changes TS 25.212 & TS 25.231. Approved.

From Ad Hoc 4.

Tdoc 997 (DoCoMo) "Rate matching parameters", changes TS 25.212 & TS 25.222. Approved as working assumption (further optimisation will be considered).

Tdoc 878 (Nokia) "DTX insertion", changes TS 25.212. Approved.

Tdoc 892 (Samsung) "Detailed descriptions of Radio frame segmentation to 2nd interleaver", changes TS 25.212. Noika pointed out that TS 25.222 should be changed for TDD. Editor to be consulted. Approved.

Tdoc 877 (Nokia) "CCTrCH transmission", changes TS 25.211. Approved with note 1 removed.

Tdoc 809 (Nokia, Ericsson) "An addition on DCH channel coding to support UEP", changes TS 25.212 & TS 25.222. Lucent noted an assumption in change to section 6.2.3 relating to block size and NRT. Ericsson noted that this text was not actually a change, so a new text proposal would be needed to affect this. Approved.

Tdoc 885 (Ericsson) "Multi-code description in 25.211 and 25.212". Approved.

Tdoc A36 (DoCoMo) "SFN coding scheme", changes TS 25.212. Approved.

APLNDC-WH-A 0000010016

From Ad Hoc 9.
Tdoc A39 (drafting group) "power control", changes TS 25.214. Approved.

**LS from Ad Hocs**

Tdoc A42(=>A60) to WG4 "Physical layer measurements". Approved.
Tdoc A38(=>A63) to WG2 & WG3 "Length of SFN". Nortel noted that the SFN interacts strongly with WG2 concerns, it may not be L1 information (not on a physical channel) (though SFN should available on every BCH system information message). It should be clarified with WG2 what the split is. Ericsson said that an LS on just the length of SFN should be OK. A note asking WG2 if the SFN can be protected was suggested. "WG1 wishes to have a CRC applied to this information together with the BCH transport blocks and WG1 would like to receive information from WG2 whether WG2 sees a problem with this." Approved.
Tdoc A51(=>A62) to WG2 "Draft answer to Liaison statement on TS 25.302, 'Services provided by the Physical Layer'". Siemens wished to remove third bullet point in section 9. Approved as modified.
Tdoc A45 to WG4 "closed loop power control in FDD". Modified by changes to 25.214 during WG1#6. Approved.
Tdoc A53 to WG2 & WG3 "power control". Approved.
Tdoc A44 to WG4 "TFCI for rates below 32Kbps". Approved.
Tdoc A17(=>Axx) to WG2 cc T2 "USCH for TDD". Approved.
Tdoc A22 to WG2 "Reply to LS on RACH prioritisation". Approved.
Tdoc A33 to WG3 "Separate Delivery of Transport Blocks within a Transport Block set by MAC-d to L1". Approved.
Tdoc a49 to ??? "Liaison Statement requesting on views on the envisaged impact of DPCCH gating of UE when in Control Only State". Approved

## 17.    Text proposals produced for approval

## 18.    Milestone evaluation

**Meeting the milestones and possible deviations (i.e. delays), priority topics for the next meeting.**

**19.     Other business**

Announcement of two new Ad Hocs.

Ad Hoc 16 on measurements
Ad Hoc 17 on positioning

**20.     Closing (Day 4, closing 15.00 at the latest or 15:43 if later)**

APLNDC-WH-A 0000010018

**Annex A - Register of Attendees**

| Name | Company |
|------|---------|
| Aksentijevic Mirko | Nokia |
| Asanuma Yutaka | Toshiba |
| Bafael Zack | DSPC Technologies |
| Belaiche Vincent | Mitsubishi |
| Beongjo Kim | Samsung |
| Berberana Ignacio | Telefonica |
| Berens Friedber | ST Microelectronics |
| Bernocco Carlo | Italtel |
| Bhatoolaul David | Lucent Technologies |
| Bishop Craig | Samsung |
| Brown Tyler | Motorola |
| Burbidge Richard | Motorola |
| Cardiff Barry | Nokia |
| Chambers Peter | Siemens |
| Changsoo Park | Samsung |
| Chia Stanley | Airtouch |
| Cho Sungho | Hyundai Electronics |
| Chongwon Lee | Hyundai Electronics |
| Clop Oscar | Motorola |
| Corden Ian | Lucent Technologies |
| Da Rocha Alexandre | Alcatel |
| Dahlman Eric | Ericsson |
| De Beneaittis Rossella | Italtel |
| De Pasquale Andrea | Omnitel |
| Dick Steve | InterDigital Communications |
| Dong Do Lee | SK Telecom |
| Drakul Spase | Lucent Technologies |
| Edwards Keith | Nortel Networks |
| Elmer Yuen | Golden Bridge Technology |
| El-Saigh Amer | Vodafone Limited |
| Folacci Paul | Texas Instruments |
| Furukawa Hiroshi | NEC |
| Futakata Toshiyuki | NTT DoCoMo |
| Gabin Frederic | Nortel |
| Garg Hari Krishna | Philips |
| Ghosh Amitava | Motorola |
| Hallam-Baker Nick | Symbionics |
| Harada Koichi | DoCoMo Europe |
| Harrold Colin | British Telecom |
| Heewon Kang | Samsung |
| Heinle Frank | Philips Semicondutors |
| Henriksson Anders | Telia AB |
| Higashi Akihiro | NTT DoCoMo |

APLNDC-WH-A 0000010019

| | |
|---|---|
| Hiramatsu Katsuhiko | Panasonic |
| Hong Sung Kwon | LGIC |
| Hubert Roll | Rohde&Schwarz |
| Hunt Bernard | Philips |
| Hyenwoo Lee | Samsung |
| Jaakola Jukka | Nokia |
| Jaeyoel Kim | Samsung |
| Jan Meyer | Lucent Technologies |
| Jang Jaesung | Samsung |
| Jansen Michel | Ericsson |
| Jechoux Bruno | Mitsubishi Electric |
| Jinsung Choi | LGIC |
| JoeHeung Kim | ETRI |
| Jurgen Michel | Siemens |
| Jurgensen Jens-Uwe | Sony Corporation |
| Kahtava Jussi | Nokia |
| Kaisu Iisakkila | Nokia |
| Kanterakis Emmanuel | Golden Bridge Technology |
| Kasapidis Makis | Panasonic |
| Kato Osamu | Panasonic |
| Kenji Ito | Siemens |
| Kirimura Mat | Japan Radio Company |
| Kistowski Dirk | T-Mobil |
| Klein Anja | Siemens |
| Kourosh Parsa | Golden Bridge Technology |
| Kowalewski Frank | Bosch |
| Kwon Sung Lark | LGIC |
| Laukkanen Mika | Nokia |
| Le Dantec Claude | Canon |
| Le Strat Evelyne | Nortel Networks |
| Lee Jung Ah | Lucent Technologies |
| Lee Yuro | Hyundai Electronics |
| Lehtinen Otto | Nokia |
| Losh Jason | Motorola |
| Malkamaki Esa | Nokia |
| Mangold Peter | Bosch |
| Masahiro Uno | Sony Corporation |
| Meyer Klaus | Advanced Micro Devices |
| Min-Goo Kim | Samsung |
| Mochizuki Takashi | NEC |
| Mohebbi B. | Fujitsu Europe |
| Mousley Tim | Philips |
| Murai Hideshi | Mitsubishi Electric |
| Nakamura Takaharu | Fujitsu |
| Nakamura Takehiro | NTT DoCoMo |
| Narvinger Per | Ericsson |
| Nausshan Markus | Siemens |
| Newett Stephen | MITEL Semiconductors |

APLNDC-WH-A  0000010020

| | |
|---|---|
| Nilsson Martin | Allgon System AB |
| Nobutaka Okuyama | LSI Logic |
| Oestreich Stefan | Siemens |
| Okumura Yukihiko | NTT DoCoMo |
| Ovesjo Fredrik | Ericsson |
| Palenius Torgny | Ericsson Mobile Communications |
| Pascal Agin | Alcatel |
| Pehkonen Kari | Nokia |
| Perrin Jean-Hugues | Alcatel |
| Piccinonno Fulvio | Telital |
| Plechinger Jorg | Infineon Technologies |
| Purat Marcus | Siemens |
| Rikkinen Kari | Nokia |
| Rudolf Marian | Mitsubishi Electric |
| Salonaho Oscar | Nokia |
| Satoshi Yoshida | VLSI Technology |
| Schilling Don | Golden Bridge Technology |
| Schuffenecker Bruno | France Telecom |
| Seidel Eiko | Panasonic European Lab |
| Seungchan Bang | ETRI |
| Shigenori Kinjo | Texas Instruments |
| Steudle Ville | Nokia |
| Stirling-Gallacher Richard | Sony International (Europe) |
| Suzuki Hiedotishi | Panasonic |
| Suzuki May | Hitachi |
| Syang-Myan Hwang | Cadence Design Systems |
| TaeJoung Kim | ETRI |
| Tatsumi Akinori | Panasonic |
| Toskala Antti | Nokia |
| Truelove Stephen | Telecom Modus |
| Tsunehara Katsuhiko | Hitachi |
| Uesugi Mitsuru | Panasonic |
| Ukomaanaho Mauri | Nokia |
| Ulrich Thomas | Siemens |
| Whinnett Nick | Ericsson |
| Wilde Anderas | Nippon Ericsson |
| Volker Sommer | Siemens |
| Yamamoto Kazushi | Mitsubishi Electric |
| Yoshinori Tanaka | Fujitsu Laboratories |
| Youngjoon Song | LGIC |
| Yun Young Woo | LGIC |
| Zelmer Donald | BellSouth Cellular Co. |
| Ziera Eldad | InterDigital Communications |

Annex B - Tdocs (from 780 owards)

APLNDC-WH-A  0000010021

| R1-99780 | Agenda | Chairman |
|---|---|---|
| R1-99781 | Draft minutes of the RAN1 meeting#5 | Secretary |
| R1-99782 | Further results on channel estimation for TDD using pilot symbols | Texas Instruments |
| R1-99783 | text proposal to remove pulse shaping from 25.213 | Peter Chambers |
| R1-99784 | LS on Separate delivery of Transport Blocks within a Transport Block Set by MAC-d to L1 | TSG RAN WG3 |
| R1-99785 | LS on Principles on Uu protocol specifications | TSG RAN WG3 |
| R1-99786 | Modifications to RACH transmission due to chiprate change | Nokia |
| R1-99787 | Available PRACH and AICH access slots, with new chiprate | Nokia |
| R1-99788 | Text proposal, available RACH access slots (method 1) | Nokia |
| R1-99789 | Text proposal, available RACH access slots (method 2) | Nokia |
| R1-99790 | Ad Hoc #6 report to RAN WG1 meeting #6 | Ad Hoc #6 |
| R1-99791 | Encoding of TFCI for 15 slots per frame | Nokia |
| R1-99792 | (1) Modified text proposal for secondary synchronization codes (SSC) | |
| R1-99793 | (2) Masking the SSC's to improve their aperiodic cross correlation | |
| R1-99794 | Service dependent terminal capabilities | Telia AB |
| R1-99795 | proposed CPCH-related changes to 25.211 | GBT |
| R1-99796 | proposed CPCH-related changes to 25.214 | GBT |
| R1-99797 | proposed CPCH-related changes to 25.212 | GBT |
| R1-99798 | CPCH Procedures | GBT |
| R1-99799 | CPCH-related issues and concerns | GBT |
| R1-99800 | Use of CPICH for acquisition (presentation) | GBT |
| R1-99801 | CPICH Simulations (acquisition performance) | GBT |
| R1-99802 | Firm Handover Complexity | GBT |
| R1-99803 | LS to R1, R2, R3 on Support of Speech Service in RAN | TSG-S4 |
| R1-99804 | Liaison statement to S2, S2 QoS SWG, R3, Cc: R1, R2, on Error resilience in real-time packet multimedia payloads | TSG-S4 |
| R1-99805 | Text proposal for Encoding blocks for Turbo code | Nokia |
| R1-99806 | Text proposal for the figure of a downlink scrambling code generator | Nokia |
| R1-99807 | Text proposal on long scrambling codes for 3.84Mcps | Nokia |
| R1-99808 | Compressed mode by puncturing method - TFCI transmission | Nokia |
| R1-99809 | An addition on DCH channel coding to support UEP | Nokia & Ericsson |
| R1-99810 | Compressed Mode Parameters for UTRA to GSM Handovers | Nokia |
| R1-99811 | Number of Downlink Scrambling Code Groups in UTRA/FDD | Nokia |
| R1-99812 | Modification of TSTD on SCH Scheme | Nokia |
| R1-99813 | Corrected text proposal for secondary synchronization codes (SSC's) | Texas Instruments |
| R1-99814 | STTD encoding of PCCPCH and 8 KSPS channels for harmonization | Texas Instruments |
| R1-99815 | A New Comma Free Code Scheme for TDD Synchronization | Texas Instruments |
| R1-99816 | CPCH Channel Allocation | InterDigital |
| R1-99817 | | InterDigital |
| R1-99818 | RACH Capacity Analysis-Packet 1 | InterDigital |
| R1-99819 | Simulation of Forward Error Correction for TDD RACH | InterDigital |
| R1-99820 | Improved performance and downlink code use for CPCH | Philips |

APLNDC-WH-A  0000010022

| R1-99821 | Optimum Power Control Step Size in Normal Mode | Philips |
|---|---|---|
| R1-99822 | Optimum Recovery Period Power Control Algorithms for Compressed Mode | Philips |
| R1-99823 | Update of FAUSCH scheme and text proposal | Philips |
| R1-99824 | Improved performance and downlink code use for CPCH | Philips |
| R1-99825 | Modification to AICH | Philips |
| R1-99826 | Fast Layer 1 Acknowledgement for FAUSCH | Philips |
| R1-99827 | Comparison of preamble modulation schemes | ETRI |
| R1-99828 | Channelization code allocation in uplink multi-code transmissions | ETRI |
| R1-99829 | New Pilot Patterns for 15 Slots Considering Harmonization | LGIC |
| R1-99830 | Text Proposal of Pilot Patterns Considering Harmonization | LGIC |
| R1-99831 | TS 25.223 Spreading and modulation(TDD) v2.1.1 | Editor |
| R1-99832 | TS 25.211 V2.1.1 | Editor |
| R1-99833 | Document TS25.221 v1.1.1 | Editor |
| R1-99834 | reserved for PD | Editor |
| R1-99835 | reserved for PD | Editor |
| R1-99836 | reserved for PD | Editor |
| R1-99837 | reserved for PD | Editor |
| R1-99838 | reserved for PD | Editor |
| R1-99839 | reserved for PD | Editor |
| R1-99840 | reserved for PD | Editor |
| R1-99841 | Text proposal for 25.214 concerning prioritisaton of RACH | SONY Europe |
| R1-99842 | New scheme for downlink compressed mode using common channel | Hyundai Electronics/Shinsegi Telecomm |
| R1-99843 | Change request for SSDT specification relating to OHG agreement | NEC Corporation |
| R1-99844 | Cell timing measurement for soft handover | Ericsson |
| R1-99845 | Uplink channelization code allocation in UTRA/FDD | Ericsson |
| R1-99846 | Specification of time values in UTRA/FDD | Ericsson |
| R1-99847 | Performance loss in uplink due to compressed mode | Ericsson |
| R1-99848 | Updated text proposal for paging structure | Ericsson |
| R1-99849 | Rate matching signalling | Ericsson |
| R1-99850 | Required UE measurements in UTRA/FDD | Ericsson |
| R1-99851 | Compressed mode complexity | Ericsson |
| R1-99852 | Modifications of TS 25.221 According to OHG Harmonisation Agreement | Siemens |
| R1-99853 | Modifications of TS 25.224 According to OHG Harmonisation Agreement | Siemens |
| R1-99854 | Modifications of TS 25.231 for TDD According to OHG Harmonisation Agreement | Siemens |
| R1-99855 | Extension of Midamble to Allow 16 Users per Time Slot | Siemens |
| R1-99856 | Textproposal for an Extended Midamble | Siemens |
| R1-99857 | Basic Midamble Codes for TDD Mode | Siemens |
| R1-99858 | Mapping between Midamble Offsets and Spreading Codes for RACH in TDD Mode | Siemens |
| R1-99859 | Scrambling Codes for TDD Mode | Siemens |
| R1-99860 | Proposed changes of Timing Advance Parameters for TDD | Siemens |

APLNDC-WH-A 0000010023

| R1-99861 | Usage of USCH / DSCH in UTRA TDD / Questions raised in TDD ad hoc | Siemens |
|---|---|---|
| R1-99862 | Shared Channels for TDD Mode - Update | Siemens |
| R1-99863 | Proposal for PCH Modifications in TDD | Siemens |
| R1-99864 | Proposed Update of Physical Layer Measurements TS 25.231 | Siemens |
| R1-99865 | Simulation Results of TFCI Coding Performance for TDD | Siemens |
| R1-99866 | A simple pilot pattern for new frame structure with 15 slots | SAMSUNG Electronics Co |
| R1-99867 | Maximum turbo coding block size | Fujitsu |
| R1-99868 | Comments on TS25.211,TS25.212,TS25.213" (Tentative) | Fujitsu |
| R1-99869 | Further clarifications to the gain for the DPCCH gating in COS | SAMSUNG electronics co. |
| R1-99870 | Some concerns and answers for DPCCH gaing in COS | SAMSUNG electronics co. |
| R1-99871 | Text proposal for DPCCH gating in DCH/DCH Control Only Substate | SAMSUNG electronics co. |
| R1-99872 | Physical Layer procedures at the UE | Peter Chambers |
| R1-99873 | Complexity analysis for parallel GSM synchronisation | Siemens |
| R1-99874 | Simulation results for puncturing of convolutional codes | Siemens |
| R1-99875 | Performance analysis of W-CDMA downlink: Impact of non-orthogonality between SCH and DPCH | Shinsegi Telecomm |
| R1-99876 | Text proposal for slow transmit power control | NEC |
| R1-99877 | CCTrCH transmission in TS 25.211 | Nokia |
| R1-99878 | Insertion of DTX indication bits in downlink | Nokia |
| R1-99879 | MORE RESULTS ON TRANSMIT DIVERSITY FOR THE TDD MODE | Motorola |
| R1-99880 | Text proposal for chip rate change in 25.213 | Peter Chambers |
| R1-99881 | Text proposal for specifications 25.214 and 25.231 on power control in compressed mode | Alcatel, Nortel, Philips |
| R1-99882 | Comparison between fixed-step and adaptive-step closed loop power control algorithms in compressed mode | Alcatel |
| R1-99883 | Parameters for rate matching negotiation | MITSUBISHI ELECTRIC |
| R1-99884 | New downlink scrambling code grouping scheme for UTRA/FDD, revised | Ericsson |
| R1-99885 | Multi-code description in 25.211 and 25.212 | Ericsson |
| R1-99886 | Draft answer to liaison statement on DRX | Ericsson |
| R1-99887 | Simulations of UEP and EEP channel coding for AMR12.2 | Ericsson |
| R1-99888 | Text proposal for TS25.214, 5.2.3.2 Ordinary transmit power control | Mitsubishi Electric Corporation |
| R1-99889 | Text proposal regarding TFCI coding for TDD | Siemens |
| R1-99890 | Additional information on Link Adaptation and ARQ Type II/III | Panasonic |
| R1-99891 | Detailed description of radio frame segmentation to 2nd interleaver | SAMSUNG Electronics Co |
| R1-99892 | Text proposal of radio frame segmentation, 2nd multiplexing, and physical channel segmentation | SAMSUNG Electronics Co |
| R1-99893 | Proposal for RACH Preambles | Motorola/TI |
| R1-99894 | Text Proposal for RACH Preambles | Motorola/TI |
| R1-99895 | Modification of Access Slot Structure of PRACH and AICH | Panasonic |
| R1-99896 | Text proposal for RACH transmission(25.211 5.2.2) | Panasonic |
| R1-99897 | Text proposal for Timing relation of PRACH and AICH (25.211 7) | Panasonic |
| R1-99898 | OVSF allocation limitations with variable rate DSCH operation | Nokia |

APLNDC-WH-A 0000010024

| R1-99899 | Text proposal for RACH preambles | Nokia & InterDigital |
|---|---|---|
| R1-99900 | Textproposal for a modified TDD PCH | Siemens |
| R1-99901 | ? Text proposal for LCS | Ericsson |
| R1-99902 | ? Draft answer to LCS liaison | Ericsson |
| R1-99903 | ? RACH message part channelisation code assignment | Ericsson |
| R1-99904 | ? Text proposal for common pilot | Ericsson |
| R1-99905 | ? Performance loss in uplink due to compressed mode, revised | Ericsson |
| R1-99906 | Enhanced CPCH procedure | SAMSUNG Electronics Co |
| R1-99907 | Simulation Results of Downlink Puncturing Algorithms | LGIC |
| R1-99908 | Code Symbol Based Uplink Puncturing Algorithms | LGIC |
| R1-99909 | Comments on uplink puncturing algorithm | LGIC |
| R1-99910 | Universal rate matching method for up/downlink and Turbo/convolutional coding | Fujitsu & Siemens |
| R1-99911 | System level Performance of parallel operated SSDT and Tx antenna diversity systems | NEC Corporation |
| R1-99912 | Common proposal for closed-loop power control in compressed mode | Alcatel, Nortel, Philips |
| R1-99913 | Harmonization impact on TFCI and new optimal coding for extended TFCI with almost no complexity increase | SAMSUNG electronics co |
| R1-99914 | Text proposal for TFCI coding | SAMSUNG electronics co |
| R1-99915 | Multiple-scrambling code | SAMSUNG electronics co |
| R1-99916 | Text proposal for multiple-scrambling code | SAMSUNG electronics co |
| R1-99917 | Battery Savings using Joint Predistortion | Bosch |
| R1-99918 | Tx Diversity with Joint Predistortion | Bosch |
| R1-99919 | Unified rate matching scheme for Turbo/convolutional codes and up/downlink | SAMSUNG electronics Co |
| R1-99920 | Blind rate detection for Turbo codes | SAMSUNG electronics Co |
| R1-99921 | SCH codes for Harmonization | Texas Instruments |
| R1-99922 | Revised text for the Rapid Initial Synchronization of the DCH for Packet Data | Motorola-NSS |
| R1-99923 | Secondary SCH structure for OHG harmonization: Simulations and Text Proposal | Texas Instruments. |
| R1-99924 | Phase shift scheme for feedback mode transmitdiversity | Panasonic |
| R1-99925 | Text proposal for modification on Feedback Signaling Message | Texas Instruments |
| R1-99926 | Text proposal for 2nd interleaving | Silicon Automation Systems |
| R1-99927 | Updated text proposal for Turbo code internal interleaver | NTT DoCoMo, Nortel Networks, SAMSUNG Electronics Co. |
| R1-99928 | ANSI C-language program for Turbo code internal interleaver | NTT DoCoMo |
| R1-99929 | Modified Multistage InterLeaver (MIL) fit for 15-slot frame | NTT DoCoMo |
| R1-99930 | Performance evaluations on modified MIL fit for 15-slot frame | NTT DoCoMo |
| R1-99931 | Complexity analysis on modified MIL fit for 15-slot frame | NTT DoCoMo |
| R1-99932 | RACH preamble PAPR reduction | Ericsson |
| R1-99933 | Required UTRAN measurements in UTRA/FDD | Ericsson |
| R1-99934 | Comparative results for Adaptive and Fixed step power control schemes | Panasonic |
| R1-99935 | Simulation results for the 0dB power control command | Panasonic |
| R1-99936 | Report from the TSG RAN No. 4 | WG1 Chairman |

APLNDC-WH-A  0000010025

| R1-99937 | Text changes to 25.212 & 25.231 for fixed duplex spacing terminals | Nokia |
|---|---|---|
| R1-99938 | Liaison statement to TSG RAN WG1 on Service Capabilities | TSG T2 |
| R1-99939 | text proposal for low chiprate | CWTS |
| R1-99940 | text proposal for Smart Antenna Technology | CWTS |
| R1-99941 | text proposal for Uplink Synchronization | CWTS |
| R1-99942 | Text proposal for CPCH access preamble power control | Hitachi |
| R1-99943 | Ad Hoc 15  conclusions from email discussions | Ad Hoc 15 Chairman |
| R1-99944 | Draft overview text of the FDD DS-CDMA radio interface to be inserted in ITU-R IMT.RSPC | TSG RAN ITU Ad Hoc |
| R1-99945 | Proposal to simplify the Tx diversity closed loop modes | Nokia |
| R1-99946 | Alternative Uplink Puncturing Algorithm | LGIC |
| R1-99947 | Liaison Statement on Timing Advance for TDD | RAN WG3 |
| R1-99948 | A method to classify the interleaved symbols of 1st MIL interleaver using some property | SAMSUNG Electronics Co |
| R1-99949 | ad-hoc 9 report on activities until WG1#6 | ad-hoc 9 chairman |
| R1-99950 | Rate matching puncturing for 8-PCCC and convolutional code | Nortel Networks |
| R1-99951 | Down Link Power Control during Soft Handoff | Nortel Networks |
| R1-99952 | A method to classify the interleaved symbols of 1'st MIL interleaver using some property | SAMSUNG electronics Co |
| R1-99953 | Proposals of Timing Information between Cells | NTT DoCoMo |
| R1-99954 | Examples of detailed channel coding | NTT DoCoMo |
| R1-99955 | SFN coding scheme | NTT DoCoMo |
| R1-99956 | Improvement of outer-loop power control in compressed mode | Alcatel |
| R1-99957 | Transmit Diversity Schemes for Soft Handover and SSDT | Motorola |
| R1-99958 | Alternative Puncturing Algorithm for Uplink | LGIC |
| R1-99959 | Further Results on Emulation of Small Power Control Steps (Revised) | Philips |
| R1-99960 | Performance results for FAUSCH | Philips |
| R1-99961 | LS to WG1 and T2 on USCH requirement for TDD | TSG RAN WG2 |
| R1-99962 | Answer to Liaison on Physical Layer Baseline Implementation Capabilities | TSG RAN WG2 |
| R1-99963 | Reply to TSGR2#5(99)532   (TSGR1#5(99)758) on RACH Payload Requirements | TSG RAN WG2 |
| R1-99964 | Liaison statement on choosen Logical and Transport Channel on the Radio Interface for Cell Broadcast Service in UMTS | TSG RAN WG2 |
| R1-99965 | Liaison statement on TS 25.302, 'Services provided by the Physical Layer' | TSG RAN WG2 |
| R1-99966 | LS to TSG RAN1 on TFCI requirements for services below 32 Ksps | TSG RAN WG4 |
| R1-99967 | Optimum Rate Matching of Turbo/convolutional Coding for 3GPP Up/Down Links | Nortel Networks |
| R1-99968 | An additional slot structure to support low bit rate services as a result of the harmonisation | Nortel Networks |
| R1-99969 | Approved minutes from WG1 No. 5 | WG1 |
| R1-99970 | Revised proposal for extended TFCI coding | Samsung |
| R1-99971 | STTD for the BCH of TDD | TI |
| R1-99972 | Performance of weighted open loop scheme for uplink power control inTDD mode | Inter Digital |
| R1-99973 | Performance evaluation of combined outer loop / weighted open loop scheme for uplink power… | Inter Digital |
| R1-99974 | Text proposal for TS 25.224 | Inter Digital |

APLNDC-WH-A  0000010026

| | | |
|---|---|---|
| R1-99975 | TDD cell search and text proposals for 25.221, 25.223 and 25.224 | Inter Digital |
| R1-99976 | TDD synchronization scheme based on modulated secondary codes - additional results | Inter Digital |
| R1-99977 | | Ad Hoc 14 |
| R1-99978 | modified Multistage InterLeaver (MIL) for a 15-slot frame as a result of the harmonisation | Nortel Networks |
| R1-99979 | | Motorola |
| R1-99980 | | Motorola |
| R1-99981 | CPCH related changes to 25.213 | GBT |
| R1-99982 | TS 25.211 V2.2.0 | WG1 |
| R1-99983 | Summary of email discussion on radio frame segmentation … | Samsung |
| R1-99984 | reserved | |
| R1-99985 | reserved | |
| R1-99986 | reserved | |
| R1-99987 | reserved | |
| R1-99988 | Text proposal for DPCCH gating in COS (rev.871) | Samsung |
| R1-99989 | Power control scheme adapted to channel variations | SK-Telecom |
| R1-99990 | Golay-Hadamrd Sequence Based RACH preamble Design for Large Cell (Part-1 Algorithm) | Nortel Networks |
| R1-99991 | Support of speech in UTRA FDD mode | Nortel Networks |
| R1-99992 | Blind rate detection matters | Nortel Networks |
| R1-99993 | Additional results on cross-correlations of differential decoding for curent RACH preambles | Motorola |
| R1-99994 | ???? | Motorola |
| R1-99995 | Questions in IPDL | Fujitsu |
| R1-99996 | Benefits for Physical Layer Radio Resource Usage with DSCH in TDD and Layer 1 Resource Indication | Nokia |
| R1-99997 | Text proposal for rate matching signaling | Ericsson, Mitsubishi, Siemens |
| R1-99998 | Proposed Text for TDD PRACH | InterDigital, Siemens |
| R1-99999 | Proposal for Answer to Liaison Statement from WG3 on Timing Advance for TDD | Drafting Group |
| R1-99a00 | Proposal for the changes in FDD handover measurements due OHG agreement | Nokia |
| R1-99a01 | Investigations of AMR speech transmission | NTT DoCoMo |
| R1-99a02 | Textproposal for the TDD PCH modification | Siemens |
| R1-99a03 | Textproposal for the extended Midamble in TDD | Siemens |
| R1-99a04 | Textproposal for the Midamble Mapping for RACH in TDD | Siemens |
| R1-99a05 | Ad Hoc 1 report | Ad Hoc 1 Chair |
| R1-99a06 | Ad Hoc 12 report | Ad Hoc 12 chair |
| R1-99a07 | Additional compressed mode parameters for GSM search | Siemens |
| R1-99a08 | Text proposal for 25.224 (Update of 974) | InterDigital |
| R1-99a09 | Ad Hoc 9 report | Ad Hoc 9 chair |
| R1-99a10 | draft liasion | ??? |
| R1-99a11 | Results of pilot pattern discussion. | LGIC & Samsung |
| R1-99a12 | Ad Hoc 4 report | Ad Hoc 4 |
| R1-99a13 | Ad Hoc 5 report | Ad Hoc 5 |
| R1-99a14 | Proposed Liaison to WG2 on TDD rach | IDC |
| R1-99a15 | Text proposal for modifications TSTD on SCH scheme | Nokia |
| R1-99a16 | Ad Hoc 3 report | Ad Hoc 3 report |
| R1-99a17 | answer to the WG2 on liaison statement on USCH for TDD | Drafting Group |
| R1-99a18 | Results for new trellis termination for turbo codes | VLSI |
| R1-99a19 | Liaison on TDD timing advance to WG3 | WG1 |
| R1-99a20 | Summary on the "turbo code" proposal for all data rates, block sizes and quality of service: Performance/Complexity trade-off. | Lucent Technologies & Nortel Networks |

APLNDC-WH-A 0000010027

| | | |
|---|---|---|
| R1-99a21 | Ad Hoc 10 report? | Ad Hoc 10 |
| R1-99a22 | Reply to LS on RACH prioritisation | WG1 |
| R1-99a23 | CCTrCh definitions | Drafting Group |
| R1-99a24 | Addedum to Tdoc 816 | IDC |
| R1-99a25 | Update of specification document TS25.211 | Editor |
| R1-99a26 | Text proposal for specifications 25.214 and 25.231 an powe control in compressed mode | Alcatel |
| R1-99a27 | reserved | IDC |
| R1-99a28 | reserved | IDC |
| R1-99a29 | Text proposal for OVSF allocation with variable rate DSCH operation | Nokia |
| R1-99a30 | Unified rate matching scheme for turbo code in both uplink and downlink | Samsung |
| R1-99a31 | Updated text proposal for turbo code internal interleaver | NTT DoCoMo, Nortel Networks, Samsung |
| R1-99a32 | Revised text changes to 25.212 & 25.231 for fixed duplex spacing terminals | Nokia |
| R1-99a33 | Answer to LS to R3: Separate Delivery of Transport Blocks within a Transport Block set by MAC-d to L1 | WG1 |
| R1-99a34 | Liaison to WG2 on Tx diversity | WG1 |
| R1-99a35 | Text proposal of timing information between celss | NTT DoCoMo |
| R1-99a36 | Text proposal of SFN coding scheme | NTT DoCoMo |
| R1-99a37 | Liaison statement on length of SFN | NTT DoCoMo |
| R1-99a38 | Text proposal for section 7 in 25.214 | NTT DoCoMo |
| R1-99a39 | Text proposal on power control | Drafting Group |
| R1-99a40 | Proposed Liaison to T2 on service implementation capabilities | WG1 |
| R1-99a41 | Proposed CPCH related insertions to 25.213 | GBT |
| R1-99a42 | Proposed liaison on physical layer measurements to RAN WG4 | WG1 |
| R1-99a43 | Ad Hoc 14 report | Ad Hoc 14 chair |
| R1-99a44 | draft liaison statement to WG4 on TFCI requirements for services below 32 Ksps | Nortel Networks |
| R1-99a45 | draft liaison statement to WG4 on fast closed loop power control in FDD mode | Nortel Networks |
| R1-99a46 | Proposed CPCH-related insertions into 25.213 | GBT |
| R1-99a47 | Proposed CPCH-related changes to 25.214: Physical Layer Procedures (FDD) | GBT |
| R1-99a48 | Proposed CPCH-related insertions into 25.211 | GBT |
| R1-99a49 | Liaison Statement requesting on views on the envisaged impact of DPCCH gating of UE when in Control Only State | WG1 |
| R1-99a50 | Ad Hoc 8 report | Ad Hoc 8 chair |
| R1-99a51 | Draft answer to the liaison statement on service provided by the physical layer (check) | drafting group |
| R1-99a52 | reserved | InterDigital |
| R1-99a53 | Liaison on power control | Nortel Networks |
| R1-99a54 | Draft Agenda for the WG1 No. 7 | WG1 chairman |
| R1-99a55 | Complexity of Nortel Turbo Code Puncturing Scheme | Nortel Networks |
| R1-99a56 | Analysis of commnalities of Turbo code puncturing rate matching proposals | Nortel Networks |
| R1-99a57 | Text proposal for rate 1/2 Turbo Encoder | Nortel Networks |
| R1-99a58 | Draft meeting minutes from TSG RAN WG1 No. 6 | Temporary secretary |
| R1-99a59 | Draft liaison statement on support of speech service in RAN | Nortel Networks |
| R1-99a60 | Approved liaison on physical layer measurements to RAN WG4 | WG1 |
| R1-99a61 | Text proposal for rate matching algorithm for turbo codes | LGIC, Samsung et al. |
| R1-99a62 | Answer to liaison statement on TS25.302, Services Provided by The physical Layer | WG1 |
| R1-99a63 | Approved liaison statement on length of SFN | WG1 |
| R1-99a64 | answer to the WG2 on liaison statement on USCH for TDD | WG1 |

APLNDC-WH-A 0000010028