Mueller Exhibit 15

**TSG-RAN Working Group 1 meeting #8**   *TSGR1#8(99)g43*
**New York, U.S.A.**
**October 24 – October 15, 1999**

**Agenda Item:**      -

**Source:**          **Secretary**

**Title:**           **Revised minutes (rev. of R1-99f13)**

**Document for:**

---

### Revised Minutes for 3GPP RAN-TSG 7th WG1 Meeting

Meeting start: August 30th

Day 1, start 9.00

**1. Opening of the meeting**
The chairman, Mr.Antti Toskala(Nokia), opened the meeting.

**2. Approval of agenda (Tdoc b07)**
Agend item3(Assignment of secretary) was deleted because the new secretary was assigned by 3GPP secretariat. The schedule of Day2 Ad Hoc session was slightly modified. Ad Hoc1 and Ad Hoc8 were exchanged. Approved as amended.

**4.Approval of the minutes of the last meeting. (Tdoc a65)**
The minutes were approved without modifications.

## 5. Approval of the changes done by the editors to 25.2 documents based on the results of WG1 No.6

| TS | Discussed | | Changes / Comments | Approved | |
|---|---|---|---|---|---|
| | Ver. | Tdoc | | Ver. | Tdoc |
| 25.201 | 2.1.1 | a67 | Chip Rate                        4.096  to  3.84<br>Slot Structure              16       to  15<br>Status                          102      to  TR R102<br>Reorganization of Sec. 5<br>Editorial Changes | 2.2.0 | c68 |
| 25.211 | 2.2.1 | a71 | Text proposal approved in the 6th meeting.<br>Small editorial changes<br>Sec. 6.1.1.2  Note 1 will be removed. | 2.3.0 | c69 |
| 25.212 | 2.0.1 | a86 | Text proposals approved in the 6th meeting.<br>Annex B should be informative.<br>2nd paragraph of 4.2.6.2 should be recovered. | 2.1.0 | c70 |
| 25.213 | 2.1.2 | a66 | Text proposals  783, 880, 806, 921, 923, 932, a94<br>One editorial comment on Sec. 4.3.1 (Table) | 2.2.0 | c71 |
| 25.214 | 1.1.2 | b52 | 5 text proposals concerning<br>     - Random Access Procedure<br>     - SSDT<br>     - Slow Transmit Power Control<br>     - Feedback Mode Transmit Diversity<br>     - Power Control<br>Modification of Annex | 1.2.0 | c72 |
| 25.221 | 1.2.1 | a25 | Updated in  WG2 meeting /  No comments received. | 1.3.0 | c73 |
| 25.222 | 2.0.2 | a89 | | 2.1.0 | c74 |
| 25.223 | 2.1.2 | a75 | No comments received. | 2.2.0 | c75 |
| 25.224 | 1.0.1 | a68 | No comments received. | 1.1.0 | d27 |
| 25.231 | 0.3.1 | a70 | Discuss again later (some part might be missing) | 0.3.2 | c77 |
| TR1.03 | 0.0.1 | b06~~7~~ | 4.2 The first box should be removed.              (*) | 0.0.1 | d64 |

(*)  Tdoc b06 "TR R1.03 V0.0.1"
     Mr. Kowalewski(Bosch) explained the document.
     The scope of this document was discussed.
     The chairman comment;
         In general it should contain the items which are not included in release99 specifications but we
     might as well (if we agree) include the certain topics  that are expected in next year, for example
     Hybrid ARQ. It might help us to proceed.


     On the Hybrid ARQ it was agreed that it should be mentioned but no further details
     should be covered as there is no earlier approved text on Hybrid ARQ

APLNDC-WH-A 0000010065

## 6. Identification of the incoming/ liaison statements

| From | Tdoc | Title | Forwarded to | Notes |
|------|------|-------|--------------|-------|
| T1 SWG EMC | b78 | DPCCH gating issues | Ad Hoc14 | |
| WG2 | c12 | Timing Advanced for TDD | Ad Hoc1 | |
| | c13 | USCH requirement for TDD | Ad Hoc1 | |
| | c39 | Power control | Ad Hoc 9 | |
| | c40 | Length of SFN | Ad Hoc 4 | |
| | c41 | 25.302 | Plenary<br>Ad Hoc 3<br>Ad Hoc 4<br>Ad Hoc 5 | point1 (AdHoc3)<br>point2 & 3<br>        (AdHoc4)<br>point3 (AdHoc5) |
| | c42 | Slow transmit power control | Ad Hoc 9 | |
| | c43 | Power control issues | Ad Hoc 9 | |
| | c44 | Status of the work on RACH model | Ad Hoc 3 | |
| | c45 | Paging occasions | Plenary | (*1) |
| WG3 | c63 | TDD Synchronization method | Ad Hoc1 | |
| WG4 | a90 | DPCCH gating | Ad Hoc14 | |
| | a91 | Link level simulation (Information) | Plenary | (*2) |
| | a92 | Measurement | Ad Hoc 16 | |
| | a93 | Power control | Ad Hoc 9 | |

There are some other LSs

(*1) The chairman asked Mr. Fredrik Ovesjo (Ericsson) to make the  explanatory
materials on  paging occasions and  to propose the answer  and the clarification
of the topic.

(*2) The role of WG1 in the link level simulation was discussed .
Chairman concluded as follows.
To perform link level simulation, some certain assumptions must be needed. It is
definitely up to WG4 to pick up the cases and assumptions in the simulation. Our
role is to define the means which are available, how things can be done.
  As to the speech codec, we are supposed to provide the slot structure that can be
used to carry that information or any higher layer information. It is not relevant for
any of our specifications to define  the practical speech codec.  It's probably our
way to have a look at whether WG4  assumptions are sensible or not. If they pick
up some improper assumptions, then we should make a comment.

APLNDC-WH-A 0000010066

**7. Ad Hoc Reports from WG1 No.6 not yet presented**
Tdoc a13  "Report on Ad Hoc 5 Meeting of 15-16 July 1999"  Approved.
(Tdoc 805 and a31 are still valid text proposals and both are needed to be considered.)

It was pointed out that the inclusion of possible examples as annex should be handled
why Nortel is looking into details about this to be added.
(The annex mapping issue should be dealt in Ad Hoc4)
As to the text proposal in a61, a55,  there was no agreement in the AdHoc itself.

Tdoc a06  "Report from Ad Hoc 12" , Mr.Nakamura, NTT DoCoMo explained the
document.  Further discussion will take place in the the week meeting.

Tdoc a43   "AdHoc#14 Meeting Summary"
   -    Text proposal concerning gating DPCCH is Tdoc c81 (old version is b51)
The chairman suggested the 2 liaison statements on gating issue should be the first issue
from Ad Hoc14.

**8. Text proposals agreed in the Ad Hoc Reports agreed in the Ad Hoc meetings in
the last meeting**

Tdoc 805  approved.
Tdoc a31  further discussion will be made in the week meeting.

**9.  Reoport from the harmonization Ad Hoc(Ad Hoc15) e-mail discussion on the
remaining topics.**

The chairman made the presentation about the summary of Ad Hoc 15 e-mail discussion.
     - discussions on common pilot  ( mainly on the common pilot modulation for Tx )

**10. OHG Harmonization agreement related inputs & text proposals**

Tdoc c29  "Optimized 2nd Interleaver for High Speed Fading" (Nortel)
Nortel proposed the new channel interleaver.
The chairman asked how many errors occurred in the case of BER = $10^{-5}$.
Mr.Okamura(NTT DoCoMo) asked the meaning of the FER greater than 1 when
Eb/No < 3dB.
The chairman proposed that the proponents should be discussedprovide clarifications
during the week, otherwise the current solution will remain. No new material was
provided during the week on the issue thus the existing interleaver remains. (until
Thursday)

APLNDC-WH-A  0000010067

Tdoc c22   "Text proposal for Modification of TS25.231 for TDD According to OHG Harmonization Agreement" (Siemens)

Editorial change was made in 7.1.5.4.2.2 concerning 15 time slot.
Comment:
1 time slot should be expressed in chips instead of in microseconds. (It can not be an integer in microseconds.)
Changes were agreed as amended.

Tdoc d62   "Text proposal on handover preparation from TDD to GSM"
           Approved.  (discussed in the Day 5)                    *Appended on Oct. 12, '99*

Tdoc b48   "Proposal for new slot structure of 30 ksps DL DPCH"  (NTT DoCoMo)
Accepted without objections.

Tdoc b50  "Proposal to delete lower chip rate" (NTT DoCoMo)
"1.024Mcps" instead of "lower chip rate" should be removed from release 99 FDD. Ericsson requested the removal of 8Mcpc and 16Mcpc options from release 99 specifications. The chairman proposed that lower and higher chip rates options would be uploaded on the list which are not for release 99 and presented in RAN.
The document was approved.

Tdoc b34  "Update of FAUSCH scheme and text proposal MODIFIED FOR 15 SLOTS)"
Mr. Moulsley (Philips) explained the document.

Tdoc c32 "Proposal for a DL slot structure to support EVRC vocoder"
Chairman's comment ;
  "S4  mentioned that for release 99 they had not discussed about any other voice codec than AMR.
  In general for release 99 UTRAN, the AMR would be the one which will be used by the speech terminals
  as mandatory speech codec. I don't think that EVRC would be anyway addressed by the higher layer
  protocols in UTRAN for release 99."
Chairman's comment;
  We should consider what is the efficient way of supporting 8kbps service, not EVRC but just a service.
  The reason why EVRC has been the interest in the harmonisation process is just because it happened to
  be fitting the 8kbps(roughly) service. From WG1 perspective if we approve the slot structures, we do not
  make any new decisions in terms of how the signalling is transmitted, etc. We introduce the alternative
  ways to realise this 8kbps service. The different network conditions will definitely require the different
  kind of optimisations.  We should not go into too much details for  what sort of the EVRC or  AMR at
  this moment. This year we just add the hbook what enables us to fulfil the efficient support of  8kbps
  service.
The slot structures in the document was approved.

Chairman made a small explanation about the  "Hooks and Extensions Workshop"
There was very little WG1 directly relevant issues.
Main topic was that of the handover. Most topics are concerning to WG2 matters.

**( Ad Hocs sessions were held in the evening. )**
**(   Ad Hoc 6 & Ad Hoc 9                    )**

APLNDC-WH-A  0000010068

11 .  **First  Ad Hocs session  8:30 – 12:30        (Day 2)**
        **Ad Hoc 1 & Ad Hoc 3**

12.   **Second Ad Hocs session 13:30 – 17:00        (Day 2)**
        **Ad Hoc 5 & Ad Hoc 8**

13.   **Third Ad Hocs session  19:30 – 22:30        (Day 2)**
        **Ad Hoc 10 & Ad Hoc 16**

14.   **Fourth Ad Hocs session 8:30 – 12:30        (Day 3)**
        **Ad Hoc 1 & Ad Hoc 17**

APLNDC-WH-A 0000010069

Day 3 & Day 4  (Sep.1 & Sep.2)

## 15. Reports from the Ad Hocs from Day1 & 2  ( including agenda item 20)

| Ad Hoc | Tdoc | Title | Presented by | Conclusion | Notes |
|--------|------|-------|--------------|------------|-------|
| 6 | b12 | Ad Hoc #6 report to RAN WG1 #7 | Mr. Pehkonen | Approved | No comments |
| 9 | d34 | Ad-hoc 9 report (FDD Power control) | Ms. Le Strat | Approved | (*1) (*) |
| 3 | d19 | Report of the Ad Hoc 3 meeting | Mr. Nakamura | Approved | R1-99xxx in Sec. 2.6 should be R1-99d07. |
| 8 | c80 | Ad hoc 8 report | Mr. Rudolf | Approved | (*2) |
| 1 | d24 | Report from Ad Hoc #1: TDD, part 1 | Ms. Klein | Approved | (*3) |
| | d25 | Report from Ad Hoc #1: TDD, part 2 | Ms. Klein | Approved | (*4) |
| 5 | d46 | Report from Ad Hoc 5 | Mr. Hughes | Approved | (*5) |
| 16 | c96 | Ad hoc #16 report | Mr. Ovesjo | Approved | |
| 10 | d29 | Ad hoc #10 report | Mr.Kato | Approved | (*6) |
| 17 | b18 | Adhoc 17 report to RAN WG1#7 | Mr. Wilde | Approved | (*7) |
| 4 | d59 | Ad hoc #4 report | Mr. Ovesjo | Approved | No comments |
| 14 | d74 | Ad-Hoc 14 meeting report | Mr. Parsa | Approved | No comments |
| 12 | d61 | Report of the Ad Hoc 12 meeting | Mr. Nakamura | Approved | No comments |

(*1) A question was made by Mr. Dick. Though in the silde 5, the BER &FER are considered to be
   used as  the reference of power control,  in TDD mode BER&FER was denied to be used as
   reference. The chairman suggested that this issue should be referred  to Ad Hoc 16 (Measurement).
   ( Uplink power control in soft handover was not discussed yet.)

(*2) Open items
   - Compressed mode during soft handover
   - Tx-diversity and compressed mod
   - Frame structure of uplink compressed mode
   - Application of compressed mode for interleaving depths other than 10 ms
      ( These will be discussed in Sep.2 answering RAN chairman's request. )

(*3) 2.2  Conclusion of  "Tdoc B70/99 "Definition of TPC Bits in TDD", Siemens AG"
      "Ad hoc 1 recommends to agree on the text proposal given in Tdoc A70/99." should be
   replaced by
      "Ad hoc 1 recommends to agree on the text proposal given in Tdoc B70/99.

(*4) For future reference, if needed,  TI can provide the figure presented in the meeting in Tdoc e27.

(*5) The liaison statement is B04 instead of  B02.

(*6) - As to the section 2.4, more discussion is needed and the contribution should be made by
      Ad Hoc 10. This issue should be left for further discussion.
      - Section 2.3 should be discussed more.
      - Text proposal is needed for the issue of the section 2.6.
      - As to the approval of the specification in RAN when something is in the state of working
      assumption;
      (TSG-RAN chairman's comment )
      Generally it depends on whether it is essential or not to the system operation. If there is a
      essential thing for the system operation it should not be working assumption. It should be
      complete agreement.  In case of non-essential subject, generally speaking,  it is rather
      difficult to approve the working assumption in TSG-RAN level. It is better for WG to decide
      whether it is agreed  result in WG1 or not to be included in release 99.

(*7) TSG-RAN chairman requested WG1 to make a workplan for the location service during this
     meeting.
     (In the last SA, it was agreed to have the location service as the work item for release 99.)

## 16. Text proposals agreed in Ad Hocs  (including agent item 21)

### 16. 1  Ad Hoc 6

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| b12 | Text proposal  for PICH | Approved | No comments |
| c85 | Text proposal for Tx Diversity for DCH | Approved | No comments |
| c17 | SSDT specification update (TS25.214) | Approved | No comments |
| d06 | Text proposal for closed loop modes 1 and 2 | Approved | (*1) |
| d52 | Text proposal: STTD encoding for DTX(Revised) | Approved | Revision of d49    (*2) |

(*1) The readability of the figures should be improved.    (Clarification might be needed.)
(*2) This is for TS25.211

### 16. 2  Ad Hoc 9

| Tdoc | Title | Conclusion | Note |
|------|-------|------------|------|
| b80 | Power limits for downlink power control | Approved | No comments |
| c98 | T.P. for modification of downlink power control in soft handover in 25.214 and 25.211 | Approved | rev. of b16  (*1) |
| d37 | Proposal for change of  change of 25.214 on power control | Approved | (*2) |
| d55 | Text proposal for power control | Approved | revision of d21(b42) (*3) |

(*1) 5.2.3.2 The last sentence in the paragraph which begins with "if DPC_MODE = 1" that is,
     "As a response, the UTRAN may adjust its transmit power only after receiving the three TPC
     commands." should be removed.
     Appendix should be moved to 25.214 because it is directly related to power control.
(*2) Approved including the changes regarding the evaluation of power offset as agreement
(*3) b42 was covered by d21 and d21 was updated to d55. d55 was approved on Sep. 2.
     The note  < The use or otherwise of Algorithm 2 in soft handover is FFS. > was added in 5.1.2.2.3.
     d55 was approved with no comments.

### 16.3  Ad Hoc 3

| Tdoc | Title | Conclusion | Note |
|------|-------|-----------|------|
| b19 | Text proposal for RACH channelization code allocation | Approved | No comments |
| a94 | Text propossla for AICH Codewords | Approved | No comments |
| d41 | Text proposal  for RACH sub-channel definition | Approved | No comments |
| d07 | Text propsal  for Dynamic Persistence Part of the RACH Procedure | Approved | No comments |
| d20 | Text proposal regarding power offset between preamble and message part of PRACH | Approved | (*1) |
| d10 | Text proposal on RACH message scrambling | Approved | |

(*1) One comment on power offset

### 16.4  Ad Hoc 8

| Tdoc | Title | Conclusion | Notes |
|------|-------|-----------|-------|
| d18 | Text proposal for changes to TS 25.231 | Approved | No comments |
| b14 | Text proposal for Compressed Mode Parameters for GSM Search | Approved | No comments |
| c83 | Text propsal for TS 25.212 | Approved | No comments |
| c95 | Use of multiple scrambling codes in compressed mode: text proposal | Approved | (*1) |
| b98 | Compressed Mode for FDD-FDD Handover preparation | Approved | No comments |
| b99 | Compressed mode function in multiplexing chain | Approved | No comments |
| c57 | Simulation results for TG position and proposal | Approved | No comments |
| d62 | Text proposal on handover preparation from TDD to GSM | Approved | No comments |

(*1) -  Section 5.2.1 " right spreading factor"  should be replaced by "spreading factor   SF/2"
    -  The purpose of using multiple scrambling codes should be mentioned in the meeting minutes.

APLNDC-WH-A  0000010072

## 16.5 Ad Hoc 1

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| a96 | Text proposal for 25.224 | Approved | No comments |
| b70 | Definition of TPC bits in TDD mode | Approved | No comments |
| c64 | Text proposal for TS25.224 Regarding Closed Loop PC in TDD mode | Approved | No comments |
| a79 | Physical Layer Measurements in UTRA TDD mode | Approved | (*1) |
| d02 | TDD - Physical Channel Definitions and mapping of Transport Channels onto CCTrCH in TS25.221 -revised | Approved | (*2) |
| b65 | Common Channel Terminology in TDD Mode | Approved | No comments |
| c65 | TFCI for Shared Channels in TDD Mode | Approved | No comments |
| b64 | Additional Midambles for PRACH in TDD Mode | Approved | No comments |
| c93 | Updated Downlink Shared Channel (DSCH) physical layer signalling with TDD | Approved | No comments |
| c09 | Text proposal: Physical Channel Segmentation and 2nd Interleaving for TDD | Approved | No comments |
| a99 | TDD Cell Search and Text Proposals for 25.221, 25.223 and 25.224 | Approved | No comments |
| d44 | Text proposal for TS25.224: "Transmit diversity for SCH" -Revised Version - | Approved | No comments |
| c59 | Operator requirements for UMTS TDD mode | Approved | (*3) |
| d80 | Importance of TDD mode | Approved | (*3) |

(*1) Editing details will be seen later.
(*2) 6.1   2) DPCH should be replaced by "physical channel"
(*3) These are not text proposals and will be presented to the RAN plenary.

## 16.6 Ad Hoc 5

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| b32 | Transport block concatenation and code block segmentation | Approved | |
| d84 | Text proposal for Turbo codes and rate matching in TS 25.212, TS 25.222 (rev. of R1-99d56) | Approved | (d56 was postponed.) (*1) |

(*1) Discussed in Day 5
It was pointed out that some editorial modifications should be made in 4.2.6.

APLNDC-WH-A 0000010073

## 16.7 Ad Hoc 16

| Tdoc | Title | Conclusion | Notes |
|---|---|---|---|
| b22 | Required UTRAN measurements in UTRA/FDD | Approved | No comments |
| b23 | Required UE measurements in UTRA/FDD, revised | Approved | (*1) |
| b24 | Additional required measurements in UTRA/FDD | Approved | (*2) |
| b25 | Path delay measurement | Approved | (*3) |
| b26 | Proposal for new measurement specification | Approved | *Appended on Oct.12, '99* |
| c97 | Proposal for Restructuring the TDD Parts of the Measurement | Approved | *Appended on Oct.12, '99* |

(*1) Only tables in section 8 will be included to the new structure. The earlier part of the document will
    not be included.  In 8.1.3, the row of CPICH should be removed including the note.
(*2) - 8.1.8 Note should be removed.
    - UTRAN transport channel BLER and physical channel BER should be measured after radio
    link combining in Node B.  "in Node B" should be added.
    - The definition of "Physical CH BER" should be slightly modified. See Ad Hoc 16 report. (c96)
(*3) Some changes (modification of tables) are made. See Ad Hoc 16 report. (c96)
    In that sense c96 should be approved as the text proposal and it was approved.

## 16.8 Ad Hoc 10

| Tdoc | Title | Conclusion | Notes |
|---|---|---|---|
| b20 | Uplink channelization code allocation in UTRA/FDD, revised | Approved | big discussion |
| a76 | Text proposal for TS 25.211 | Approved | (*1) |
| d83 | Text proposal regarding Multiple Scrambling Codes (rev. of R1-99d51) | Approved | No comments |
| d78 | Text Proposal for 25.213 on the maximal number of physical channels for one CCTrCH related with spreading factor on DL (Revision of d77) | Not Approved | Further discussion needed. |
| d79 | Text Proposal for 25.213 for the conclusion of AH10 | Partly approved | (*2) |

(*1) 5.2.1 "In general, the spreading factor may thus range from 256 down to 4. " should be replaced
    by "DPDCH spreading factor may thus range from 256 down to 4."
(*2) Ad Hoc 4 agreements should be reflected.

## 16.9 Ad Hoc 15

| Tdoc | Title | Conclusion | Notes |
|------|-------|-----------|-------|
| d11 | Text Proposal for new DL slot structures at spreading factor 256 | Approved | No comments |
| d17 | Common pilot pattern | Approved | (*1) |
| d81 | Common pilot terminology clarification – a text proposal | Approved | (*2) |
| d91 | Text proposal to fix the CPICH and P-CCPCH channelisation codes | Approved | |

(*1) The change to proposal 2 was agreed.
(*2) 5.3.3.1  Primary Common Pilot Channel
      "Assigned channelization code $c_{256,0}$" should be replaced by  "The same channelization code is always reserved for this channel"

## 16.10 Ad Hoc 17

| Tdoc | Title | Conclusion | Notes |
|------|-------|-----------|-------|
| 901 | Text proposal for LCS | Approved | (Only Section 3) |

## 16.11  Ad Hoc 4

| Tdoc | Title | Conclusion | Notes |
|------|-------|-----------|-------|
| d23 | Text proposal for new notation in 25.222 | Approved | No comments |
| b47 | Proposal to add 24 bit CRC polynomial | Approved | No comments |
| b11 | Clarifying text proposal for TFCI repetition encoding | Approved | No comments |
| d38 | Text proposal for blind rate detection with flexible positions | Approved | No comments |
| b33 | TFCI mapping | Approved | No comments |
| d67 | Revised Text proposal for DL rate matching signalling in FDD | Approved | No comments |
| d58 | Revised text proposal for radio frame equalization, 1st interleaving and radio frame segmentation | Approved | No comments |
| d76 | Text proposal for 25.212 (revision of b29) | Approved | No comments |
| d75 | Updated text proposal for restrictions on common channels | Approved | (*1) |
| d69 | Text proposal regarding TFCI coding for FDD (rev. of R1-99b61) | Approved | (*2) |
| d70 | Text proposal regarding TFCI coding for TDD (rev. of R1-99b62) | Approved | No comments |
| d87 | Revised text proposal for radio frame equalization, 1st interleaving and radio frame segmentation for TDD (25.222) | Approved | No comments |

(*1)  Section 6.1 in TS 25.211 should be removed .
(*2)  The numbering of the channelization code should start from 0 to 15 instead of  1 to 16.

APLNDC-WH-A 0000010075

## 16.12 Ad Hoc 14

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| d71 | Proposed CPCH-related changes to 25.214 | Approved | revision of a73 |
| d94 | Proposed CPCH-related insertions into 25.211 | Approved | b93→d72→d94 No comments |
| d95 | Proposed CPCH-related changes to 25.213 | Approved | c66→d73→d95 |
| a29 | Proposed CPCH channel assignment related changes to 25.211 | Approved | (*1) |
| c81 | Text proposal for section 7 in 25.214 (rev. 3) | Approved | (*2) |

(*1) This should be applied to TS 25.213 instead of TS 25.211.
(*2) 7.1 is Working assumption

## 16.13 Ad Hoc 12

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| b21 | Text proposal for new downlink scrambling code grouping scheme for UTRA/FDD | Approved | No comments |
| d85 | Proposed P-SCH/S-SCH related text insertions into 25.213 | Not Approved | (*1)  (including d86) |

(*1) No Ad Hoc recommendations. This should be discussed in the next meeting.

## 16.14  etc

| Tdoc | Title | Conclusion | Notes |
|------|-------|------------|-------|
| c92 | Use of Spreading factor 512 with UTRA FDD | Postponed | This will be discussed in the next meeting. |
| c38 | DPCH Synchronisation, revised | Approved | (Discussed in Day5)  (*1) |

(*1)  Approved as working assumption.
This is  in working assumption but the inclusion for the specification documents would be confirmed  in the Korean meeting.

## 17.  New contributions and not handled in the respective Ad Hocs earlier. (Time permitting)

B17(corrections to 25.211).  Approved with no comments.

## 18.  Fifth Ad Hocs session 19:30 – 22:30
### Ad Hoc 4 & Ad Hoc 14

## 19.  Sixth Ad Hoc session 08:00 – 09:00
### Ad Hoc 12

APLNDC-WH-A 0000010076

Day 5  (Sep. 3)

## 23. Approval of the 25.2 documents and technical reports for RAN submission.

| TS | Discussed | | Discussions | Approved | | Proposed for RAN to raise as V. |
|---|---|---|---|---|---|---|
| | Tdoc | Ver. | | Tdoc | Ver. | |
| 25.201 | d97 | 2.2.1 | ( Note *1 ) | e16 | 2.3.0 | 3.0.0 |
| 25.211 | d60 | 2.3.1 | ( Note *2 ) | e17 | 2.4.0 | 3.0.0 |
| 25.212 | d99 | 2.1.1 | ( Note *3 ) | e18 | 2.2.0 | 3.0.0 |
| 25.213 | e00 | 2.2.1 | ( Note *4 ) | e19 | 2.3.0 | 3.0.0 |
| 25.214 | e15 | 1.2.2 | ( Note *5 ) | e20 | 1.3.0 | (*) |
| 25.215 | d90 | 0.0.1 | ( Note *6 ) | e21 | 0.1.0 | (*) |
| 25.221 | d88 | 1.3.1 | Approved without comments. | e22 | 2.0.0 | 3.0.0 |
| 25.222 | d96 | 2.1.1 | ( Note *7 ) | e23 | 2.2.0 | 3.0.0 |
| 25.223 | d89 | 2.2.1 | Approved without comments. | e24 | 2.3.0 | 3.0.0 |
| 25.224 | d92 | 1.1.1 | ( Note *8 ) | e25 | 2.0.0 | 3.0.0 |
| 25.225 | d63 | 0.0.1 | ( Note *9 ) | e26 | 0.1.0 | (*) |
| TR | d64 | 0.0.1 | ( Note *10 ) | e40 | 0.1.0 | |

(*) To be discussed in extra meeting in Korea

(Note  *1)  Reference :  Reference to 25.231 should be replaced by 25.215 and 25.225
     4.2    1)  "fast inner loop"  →  "inner loop"   (delete "fast")
     4.2.5  2)   Editor's Note Physical layer procedures should be removed
     4.2.1        Editor's Note should be removed
     In Technical Report R1.03, the future release of FAUSCH and the report of multiplexing
     examples should be added.

(Note  *2)  5.3.3.7      Editor's note should be removed.
     5.2.2.2.1   "Preamble (CD-P) of length 4096 chips, a [10] ms DPCCH Power Control
           Preamble (PC-P) and a message of length Nx10 ms, where N < =
           N_Max_frames. The value of N_Max_Frames is TBD. "
           should be replaced by
           "Preamble (CD-P) of length 4096 chips, a [10] ms DPCCH Power Control
            Preamble (PC-P) and a message of variable length. "
           and Editor's note should be removed.
     5.3.3.3      Editor's note should be removed.
     7            Editor's note should be removed.
     5.3.3.1      Figure 14.   Editor should make sure that total slot number is 15.
     2            Reference [2] TS S1.02: "UE physical layer capabilities" should be removed.
            (It does not exist.)
           /*** paragraph exchanged ***/
     3.3          It was pointed out that abbreviation of PSCCCH could be removed (for the time
           being).

APLNDC-WH-A  0000010077

| | | |
|---|---|---|
| (Note *3) | | Editor's comment should be made for the missing text proposal  (Tdoc d84 "Text proposal for Turbo codes and rate matching in TS 25.212, TS 25.222 (rev. of R1-99d56)" from Samsung is missing.  It should be approved the correction in Korea before the RAN. |
| (Note *4) | 5.2.1 | Paragraph which begins with "The following restriction is set for the combination  of SF---" and ends with Table 6 should be removed. |
| | 4.3.1 | The last paragraph "The channelization code for uplink is used to realize---" should be removed. |
| | 5.2.2 | <Editor's note: it is not standardised how many scrambling codes a UE must decode in parallel.> should be removed. |
| | 4.2.2 | The second sentence which begins with "The modulated DPCCH is mapped to the Q- ----" should be removed. |
| | 5.2.2 | Editor should clarify the notation   "16*8*j+16*k, where j=0..63 and k=0..7" whether k is multiplied by 16 or 8.   (Second line of the p.25) |
| | 4.2.1 | Figure 1 and Figure 2 were deleted. Editor should arrange the Figure numbers. |
| | 2 | Reference is empty.  Current examples or how-to should be removed and references should be made. |
| | 3.1, 3.2 | Definition and Symbols should be defined. |
| (Note *5) | | Text proposal (Tdoc d71 "Proposed CPCH-related changes to 25.214 (revision of a73)) is missing. Editor should be requested to insert this issue. Chairman's comment : "Editor inserts that but leaves  revision marks for our meeting in Korea for us to see what has been done and check for corrections. and editor puts the note that  the "Relations to RACH subchannels" needs to be clarified." |
| | 4.5.3 | "¼ chip during any 10 ms period" in the last paragraph should not be mentioned in WG1 spec. (WG4 matter) |
| | 5.1.2.2.1 | "If there is a single active connection and there is an idle period during the reception time of the TPC, the UE should not adjust its transmitter power." should be removed. |
| (*) | 4.5.3 b) | "$T_0 \pm 128$ chips" should  be replaced by  "$T_0 \pm [148$ chips]" |
| (*) | 5.2.3.2 | The sentence "The transmitted DPCCH/DPDCH power may not exceed Maximum_DL_Power dBm, nor may it be below Minimum_DL_Power dBm." should be removed. |
| | 5.2.3.2 | The sentence  in "if DPC_MODE = 1 ", "As a response, the UTRAN may adjust its transmit power only after receiving the three TPC commands." should be removed. |
| | 5.2.3.5.3.2 | Table 4 should be removed. |
| | 5.2.3.1 | <Note> should be removed. |
| | 5.1.1 | "Constant value: This value shall be designated via Layer 3 message (operator matter)." should be removed by "Constant value: This value shall be designated via higher layers." |

Chairman concluded as follows.
" We will not remove any of those working assumptions,  etc statements in this specification. We will address the selective topics on this document in the meeting in Korea including power control and uplink synchronous transmission.  Our aim in the Korean meeting is to have this document as well as measurement documents in shape for RAN submission. For other documents,  topics should not be raised in the Korean meeting  unless  there are some kind of errors and something we need corrections.  Regarding the scope for the meeting  in  Korea, it will be WG1 meeting but focusing only in specific topics around this document and then some clearly needed on some of the packet access items, some of  the documents not treated. I will prepare the detailed plan what we are intent to cover  in  there and then in the actual meeting we will not treat topics that are outside that plan  unless there are clearly some clear errors or corrections that is needed in the specifications. They need to be also informed  beforehand. They will be treated in the following week meeting in New York. "

(Note  *6)  7.1.1.2.2.1.3  The same table is included in TS25.223, therefore this table should be
replaced by the reference to TS25.223.

(Note  *7)          Samsung made one correction in the reference of  Tdoc96 (ver 2.1.1)  and
discussed version became ver. 2.1.2.  Samsung made the explanation on the
screen. There were some comments made but according to Samsung, they had
been already updated in the version in  the latest CD-ROM.

(Note  *8)  4.2          The whole section should be removed and should be noted as study Items.
4.3.2          Section 4.3.2 should be removed and should be noted as study Items.
4.3.3.1          "Constant value: This value shall be set via Layer 3 message (operator matter).
should be replaced by
"Constant value: This value shall be set via higher layers."
4.3.3.2          "Constant value: This value shall be set via Layer 3 message (operator matter)."
should be replaced by
"Constant value: This value shall be set via higher layers."
4.5.1          There are several references which refers to the other specifications directly. The
direct reference should be placed in Reference sections.

(Note  *9)          It was pointed out that Section 7.1.4 should be created for  "the idle mode
measurement" in order for the future use.  (it might be useful.)  It was agreed.
 It was also agreed that the same additional section will be created in TS
25.215.

(Note *10)          Higher chips rate values should be removed.
 (Tdoc d64 Items not for inclusion in release –99) V0.1.0
 (For information for RAN)

APLNDC-WH-A 0000010079

**24. Liaison statements approval for the responses (or new liaisons) generated during the meeting.**

| Tdoc | Title | To: | Source | Conclusion |
|------|-------|-----|--------|------------|
| e14 | Proposed Liaison statement on Physical Layer Service Implementation Capabilities | WG2 | Samsung | (*1) |
| d40 | Draft answer to LCS liaison | WG2 | Ad Hoc17 | Approved. |
| c94 | Draft liaison statement on simultaneous AICH and S-CCPCH | WG2 | Ad Hoc3 | Approved |
| d13 | LS to TSG-R WG4 and TSG-T WG1 concerning the changes made to Tx diversity concept in the TSG-R WG1 #7 | R-WG4 T-WG1 | Ad Hoc6 | Approved |
| d50 | LS to TSG-R WG2 concerning the changes made to Tx diversity concept in the TSG-R WG1 meeting #7 | WG2 | Ad Hoc6 | Approved |
| e08 | Draft LS to RAN WG2 and WG4 on Measurements | WG2 WG4 | Nokia, Qualcomm | Approved |
| d35 | Draft LS on power control limits | WG3 | Ad Hoc9 | Approved |
| d36 | Draft LS on outer loop power control | WG2 | Ad Hoc9 | Approved (*2) |
| e09 | Draft LS on Support of Speech Service in RAN | S-WG4 | Nortel | Approved (*3) |
| e10 | Draft LS to S4 | S-WG4 | Ad Hoc4 | Approved |
| e28 | Liaison on the removal of superframe concept in layer1 | | | Not Approved (Oct.12, '99) |
| d68 | LS on SFN and BCH coding | WG2 | | Approved |
| d26 | Draft answer to the LS about TDD synchronisation methods | WG3 | Ad Hoc1 | Approved |
| d04 | Draft LS on layer 1 segmentation | | Ericsson | Approved |
| e13 | Liaison statement on L1 timing issues | WG3 WG4 | WG1 | Approved |
| e07 | Text proposal for Liaison on transport channel multiplexing | WG2 | Nokia, Siemens | Approved |
| d93 | Draft Liaison statement on TFCI mapping | WG2 | Ericsson | Approved |

(*1)  c87 → d54 → e14

(*2)  1) D1 should be replaced by DL.

(*3)  S-WG4 should be informed that we have approved 12 bits CRC.
    Chairman suggested to add "The details of AMR in TDD has not been covered in full detail in WG1 though many of the points mentioned here are valid for TDD as well."

(*4)

APLNDC-WH-A 0000010080

**Agenda Item 6. Identification of the incoming/ liaison statements during the week,**

| Tdoc | Title | Source | Notes |
|------|-------|--------|-------|
| c88 | LS on the support of different RL DL_TX_ power levels in case of Soft Handover | WG3 | Ad Hoc 9 chair pointed out that it should be identified as an open Ad Hoc 9 might be able to answer. |
| c89 | LS on L1 Timing issues | WG3 | Tdoc C89 related papers A87 & C38, (answer as Tdoc e13) (*1) |
| c90 | Liaison Statement on the usage of the Physical channel BER as UL Quality estimate in the UL DCH Frame Protocol on Iub/Iur | WG3 | Chairman requested Mr. Moulsley (Philips) to make an answer draft. ( answer as Tdoc e12 ) |
| c91 | Liaison on UTRAN Frame Synchronisation model | WG3 | ? |

(*1) Chairman requested Mr. Agin (Alcatel) to make an answer draft.

APLNDC-WH-A 0000010081

**Annex  The Participants List**

| Name | | Company |
|---|---|---|
| Ammer | Gerhard | Lucent Technol. |
| Asanuma | Yutaka | Toshiba |
| Baker | Matthew | Philips |
| Bang | Seung-Chan | ETRI |
| Bär | Siegfried | Bosch |
| Barandalla | Ignacio | Telefonica I + D |
| Barberis | Marc | Synopsis |
| Barroso | Christopher | Lucent Technol. |
| Batz | Gerhard | Motorola |
| Belaiche | Vincent | Mitsubishi |
| Benthin | Marcus | Bosch |
| Berens | Friedbert | ST Microelectronics |
| Bernocco | Carlo | Italtel |
| Bishop | Craig | Samsung |
| Blanz | Josef | Qualcomm |
| Boumendil | Sarah | Nortel Networks |
| Brown | Tyler | Motorola |
| Burbidge | Richard | Motorola |
| Cardiff | Barry | Nokia |
| Chaehag | Yi | Samsung |
| Chambers | Peter | Roke Manor |
| Cheng | Ray-Guang | Industrial Technology Research Institute |
| Cho | Sungho | Hyundai |
| Choi | Jinsung | LGIC |
| Choi | Hokyu | Samsung |
| Clop | Oscar | Motorola |
| Corden | Ian | Lucent Technol. |
| Cosimini | Peter | Vodafone |
| Czapla | Liliana | Interdig. Comm |
| Da Rocha | Alexandre | Alcatel |
| Dae Lee | Joung | LG |
| Dahlmann | Erik | Ericsson |
| De Beneditis | Rossella | Italtel |
| Dick | Steve | Interdig. Comm |
| Elders-Boll | Harald | Sony |
| Fiorentino | Vincenzo | Telital S.P.A. |
| Furuya | Yukitsuma | Nec Corporation |
| Futakata | Toshiyuki | NTT DoCoMo |
| Gautier | Cathérine | Nortel Networks |
| Gerstenberger | Dirk | Ericsson |
| Ghosh | Amitava | Motorola |
| Golitschek | Alexander | Panasonic |
| Gollon | Sven | Rohde & Schwarz |
| Gouliaev | Alexandre | NIIR |
| Guiliang | Yang | CWTS/CATT |
| Hanaoka | Seishi | Hitachi Ltd. |
| Harada | Koichi | DoCoMo Europe |

APLNDC-WH-A  0000010082

| Name | | Company |
|---|---|---|
| Harrold | Colin | B.T. |
| Henriksson | Anders | Telia |
| Heynhold | Karsten | Bosch |
| Higashi | Akihiro | NTT |
| Hiramatsu | Katsuhiko | Panasonic |
| Hoffmann | Nicole | Bosch |
| Höhn | Voker | Mannesmann |
| Hong | Een Kee | DSPC Technologies |
| Hoshida | Satoshi | VLSI Technology |
| Hosur | Srinath | Texas Instruments |
| Hoynck | Andreas | Siemens |
| Ikeda | Shinobu | ETSI |
| In Lyu | Dug | LG |
| Ito | Kenji | Siemens |
| Itoh | Katsutoshi | Sony |
| Jang | Jaesung | Samsung |
| Jechoux | | Mitsubishi |
| JingHao | Xu | CWTS/RITT |
| Jürgensen | Jens-Uwe | Sony |
| Kahtava | Jussi | Nokia |
| Kang | Heewon | Samsung |
| Kanterakis | Emmanuel | Gold. Brigde Techn. |
| Kasapidis | Makis | Panasonic |
| Kato | Osamu | Panasonic |
| Keisala | Jyrki | Nokia |
| Kella | Tideya | Infineon Technol. |
| Kim | Jung-Im | ETRI |
| Kim | Joe-Heung | ETRI |
| Kim | Beongjo | Samsung |
| Kim | Min-Goo | Samsung |
| Kim | Jaeyoel | Samsung |
| Kinjo | Shigenori | Texas Instruments |
| Kirimura | Mat | Japan Radio |
| Kistowski | Dirk | T-Mobil |
| Kjum | Ki-Jan | LG |
| Klein | Anja | Siemens |
| Korpela | Sari | Nokia |
| Kowalewski | Frank | Bosch |
| Krause | Jörn | Siemens |
| Krauss | Herbert | Philips |
| Kwon | Sung Lark | LG |
| Laumen | Josef | Bosch |
| Le Bars | Philippe | Canon |
| Le Strat | Evelyne | Nortel Networks |
| Lee | Jae Yong | Hyundai |
| Lee | Chongwon | Hyundai |
| Lee | Yu Ro | Hyundai |
| Lee | Young Jo | LGIC |
| Lee | Hyeonwoo | Samsung |
| Lee | Dong Do | SK Telecom |
| Levetaille | Catharine | Nortel Networks |

APLNDC-WH-A  0000010083

| Name | | Company |
|------|------|---------|
| Lez | Kyungtla | Samsung |
| Lim | Chai Man | Samsung |
| Lopez | Javier | BT plc. |
| Loue | Robert | Motorola |
| Ludden | Brendan | Motorola |
| Luedtke | Gerhard | E-Plus |
| Mangold | Peter | Bosch |
| Mardani | Reza | Lucent Technol. |
| Masahiro | Uno | Sony Corporation |
| Matsui | Wataru | Nippon Ericsson |
| Michel | Jürgen | Siemens |
| Misra | Raj | Interdig. Comm |
| Mochizuki | Takashi | NEC |
| Moon | Hichan | Samsung |
| Motebbi | | Enjitsu Europe |
| Moulsley | Tim | Philips |
| Murai | Hideshi | Mitsubishi Electr. |
| Nakamura | Takaharu | Fujitsu |
| Nakamura | Takehiro | NTT DoCoMo |
| Narvinger | Per | Ericsson |
| Nasshan | Markus | Siemens |
| Okumura | Yukihiko | NTT Mobile Communications Network Inc. |
| Okuyama | Nobutaka | LSI Logic |
| Olofsson | Henrik | Ericsson |
| Ovesjö | Fredrik | Ericsson |
| Ozluturk | Fatih | Interdig. Comm |
| Palenius | Torgny | Ericsson |
| Park | Changsoo | Samsung |
| Parsa | Kovrosh | Gold. Brigde Techn. |
| Pehkonen | Kari | Nokia |
| Perrin | Jean-Hugues | Alcatel |
| Plechinger | Jörg | Infineon Technol. |
| Purat | Marcus | Siemens |
| Robertson | Brett | Motorola |
| Romano | Giovanni | Telecom Italia |
| Rudolf | | Mitsubishi |
| Schnare | Dirk | E-Plus |
| Secord | Norman | Nortel Networks |
| Seidel | Eiko | Panasonic |
| Seifert | Timo | Bosch |
| Senninger | Christian | Siemens |
| Shyy | Dong Jye | CCL/ITRI |
| Sommer | Volker | Siemens |
| Song | YoungJoon | LGIC |
| Stählfjäll | Peter | Ericsson |
| Steudle | Ville | Nokia |
| Sungkwon | Hong | LG |
| Suzuki | Hidetoshi | Panasonic |
| Tanaka | Yoshinori | Fujitsu |

APLNDC-WH-A  0000010084

| Name | | Company |
|------|------|---------|
| Torrance | Jeffery | Ubinetics Ltd. |
| Toskala | Antti | Nokia |
| Truelove | Stephen | Telecom Modus |
| Tsunehara | Katsuhiko | Hitachi |
| Übel | Udo | Philips |
| Ukonmaanaho | Mauri | Nokia |
| Ulrich | Thomas | Siemens |
| Virtanen | Anu | Nokia |
| Vishwakarma | Ritesh | Cadence Design |
| Whinett | Nick | Motorola |
| Wilde | Andreas | Nippon Ericsson |
| Willenegger | Serge | Qualcom Europe |
| Wonho | Lee | Samsung |
| Yamamoto | Kazushi | Mitsubishi Electr. |
| Yellin | Daniel | DSPC |
| Yun | Young woo | LG |
| Zack | Rafael | DSPC Technologies |
| Zeira | Eldad | Interdig. Comm |
| Zelmer | Donald | Bell South Cellular |

APLNDC-WH-A  0000010085