# Mueller Exhibit 16



# 3GPP Specification detail

Go to spec numbering scheme page
Back to series index

**3GPP TS 25.213** (click spec number to see fileserver directory for this spec)
**Spreading and modulation (FDD)**

.

TSG / WG responsible: **R1** (click TSG/WG to see its home page)

Work item which gave rise to this spec: **-** (click WI code to see Work Item details in the Work Plan)

Work items which may have impacted this spec: **click here**

Rapporteur: **WILLENEGGER, Serge**

Specification required for: **UTRAN-based systems**

In the table below ...

... click meeting number for meeting details;

... click spec version number to download that version;

... click SDO publication reference to download SDO transposed document.

| Release | Freeze meeting | Freeze date | :: | remarks | SDO publications |
|---|---|---|---|---|---|
| R99 | SP-05 | 1999-10-13 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | draft | 0.0.0 | 1999-02-04 | | - |
| | draft | 1.0.0 | 1999-03-04 | | - |
| | RP-03 | 2.0.0 | 1999-04-23 | | - |
| | RP-04 | 2.1.0 | 1999-06-23 | | - |
| | RP-05 | 3.0.0 | 1999-10-13 | | - |
| | RP-06 | 3.1.0 | 1999-12-12 | | - |
| | Change history added | 3.1.1 | 2000-01-15 | | DTS/TSGR-0125213U |
| | RP-07 | 3.2.0 | 2000-03-15 | | RTS/TSGR-0125213UR1 |
| | RP-08 | 3.3.0 | 2000-06-23 | | RTS/TSGR-0125213UR2 |
| | RP-10 | 3.4.0 | 2000-12-22 | | RTS/TSGR-0125213UR3 |
| | RP-11 | 3.5.0 | 2001-04-05 | | RTS/TSGR-0125213UR4 |
| | RP-12 | 3.6.0 | 2001-06-28 | | RTS/TSGR-0125213UR5 |
| | RP-14 | 3.7.0 | 2002-01-09 | | RTS/TSGR-0125213UR6 |
| | RP-16 | 3.8.0 | 2002-06-28 | | RTS/TSGR-0125213v380 |
| | RP-22 | 3.9.0 | 2004-01-14 | | RTS/TSGR-0125213v390 |
| Rel-4 | SP-11 | 2001-03-22 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-11 | 4.0.0 | 2001-04-05 | | RTS/TSGR-0125213Uv4 |
| | RP-12 | 4.1.0 | 2001-06-28 | | RTS/TSGR-0125213Uv4R1 |
| | RP-14 | 4.2.0 | 2002-01-09 | | RTS/TSGR-0125213Uv4R2 |
| | RP-16 | 4.3.0 | 2002-06-28 | | RTS/TSGR-0125213v430 |
| | RP-22 | 4.4.0 | 2004-01-14 | | RTS/TSGR-0125213v440 |
| Rel-5 | RP-15 | 2002-03-08 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-15 | 5.0.0 | 2002-03-29 | | RTS/TSGR-0125213Uv5 |
| | RP-16 | 5.1.0 | 2002-06-28 | | RTS/TSGR-0125213v510 |
| | RP-17 | 5.2.0 | 2002-09-27 | | RTS/TSGR-0125213v520 |
| | RP-19 | 5.3.0 | 2003-04-04 | | RTS/TSGR-0125213v530 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | RP-21 | 5.4.0 | 2003-09-29 | | | RTS/TSGR-0125213v540 |
| | RP-22 | 5.5.0 | 2004-01-14 | | | RTS/TSGR-0125213v550 |
| | RP-28 | 5.6.0 | 2005-06-21 | | | RTS/TSGR-0125213v560 |
| Rel-6 | RP-26 | 2004-12-10 | :: | created for M.1457 update . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-22 | 6.0.0 | 2004-01-14 | Required for update of ITU-R M.1457 | | RTS/TSGR-0125213v600 |
| | RP-26 | 6.1.0 | 2005-01-05 | | | RTS/TSGR-0125213v610 |
| | RP-27 | 6.2.0 | 2005-03-29 | | | RTS/TSGR-0125213v620 |
| | RP-28 | 6.3.0 | 2005-06-21 | | | RTS/TSGR-0125213v630 |
| | RP-29 | 6.4.0 | 2005-09-29 | | | RTS/TSGR-0125213v640 |
| | RP-31 | 6.5.0 | 2006-03-22 | | | RTS/TSGR-0125213v650 |
| Rel-7 | RP-35 | 2007-03-09 | :: | . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-31 | 7.0.0 | 2006-03-22 | | | RTS/TSGR-0125213v700 |
| | RP-35 | 7.1.0 | 2007-03-22 | | | RTS/TSGR-0125213v710 |
| | RP-36 | 7.2.0 | 2007-06-21 | | | RTS/TSGR-0125213v720 |
| | RP-37 | 7.3.0 | 2007-09-26 | | | RTS/TSGR-0125213v730 |
| | RP-38 | 7.4.0 | 2007-12-11 | | | RTS/TSGR-0125213v740 |
| | RP-40 | 7.5.0 | 2008-06-18 | | | RTS/TSGR-0125213v750 |
| | RP-41 | 7.6.0 | 2008-09-24 | | | RTS/TSGR-0125213v760 |
| | RP-46 | 7.7.0 | 2009-12-16 | | | RTS/TSGR-0125213v770 |
| Rel-8 | SP-42 | 2008-12-11 | :: | RP-39: Upgraded from Rel-7 without technical change. . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-39 | 8.0.0 | 2008-03-20 | RP-39: Upgraded from Rel-7 without technical change. | | - |
| | RP-40 | 8.1.0 | 2008-06-18 | | | RTS/TSGR-0125213v810 |
| | RP-41 | 8.2.0 | 2008-09-24 | | | RTS/TSGR-0125213v820 |
| | RP-42 | 8.3.0 | 2008-12-18 | | | RTS/TSGR-0125213v830 |
| | RP-43 | 8.4.0 | 2009-03-17 | | | RTS/TSGR-0125213v840 |
| | RP-46 | 8.5.0 | 2009-12-16 | | | RTS/TSGR-0125213v850 |
| Rel-9 | SP-46 | 2009-12-10 | :: | . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-45 | 9.0.0 | 2009-09-29 | Upgraded without technical change. | | - |
| | RP-46 | 9.1.0 | 2009-12-16 | | | RTS/TSGR-0125213v910 |
| | RP-49 | 9.2.0 | 2010-10-03 | | | RTS/TSGR-0125213v920 |
| Rel-10 | SP-51 | 2011-03-23 | :: | . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-49 | 10.0.0 | 2010-10-03 | | | RTS/TSGR-0125213va00 |
| Rel-11 | | - | :: | . | | ETSI |
| | event | version | available | remarks | | click ref to download |
| | RP-54 | 11.0.0 | 2011-12-22 | | | - |

**Change Requests for this spec:** click here.

**Genealogy of this spec:**

| antecedent(s) | this spec | descendant(s) |
|---|---|---|
| (no antecedents) | 25.213 | (no descendants) |

page generated from database: 2012-01-18 14:14:41