# Mueller Exhibit 18

**View:**   Next in topic | Previous in topic
Next by same author | Previous by same author
Previous page *(July 1999)* | Back to main 3GPP_TSG_RAN_WG1 page
Join or leave 3GPP_TSG_RAN_WG1
Reply | Post a new message
Search
Log in

**Options:**   Chronologically | Most recent first
Proportional font | Non-proportional font

```
Date:         Thu, 8 Jul 1999 19:43:47 +0900
Reply-To:     [log in to unmask]
Sender:       "3GPP_TSG_RAN_WG1: TSG RAN Working Group 1"
              <[log in to unmask]>
From:         "(Min-goo KIM)" <[log in to unmask]>
Subject:      [AH04 & AH05] : Proposal of unified rate matching scheme
Content-Type: multipart/mixed;
```

```
Dear Ad Hoc 4 and 5 colleagues,

In Ad Hoc 5 meeting at Cheju, rate matching algorithms for Turbo coding
have been discussed. According to conclusions, it is desirable to have
a single universal rate matching algorithm that is optimal for Turbo
codes and convolutional codes.

Samsung Electronics will propose an unified rate matching scheme
which uses the current rate matching algorithm itself (proposed by Siemens)
with parameter configuration. Also, the proposed algorithm requires
neither increase of hardware complexity nor software complexity.

Samsung will provide simulation results of this new method at the next WG1
meeting.

Please find attached the draft version of our proposal.
I'm sorry for our late submission.

Thanks.

Best Regards,
Min Goo KIM
Samsung Electronics Co.
E-mail: [log in to unmask]
```

DRAFT_SS.ZIP [application/zip]

Back to:   Top of message | Previous page | Main 3GPP_TSG_RAN_WG1 page

LIST.ETSI.ORG