Mueller Exhibit 24

FILED UNDER SEAL