# Mueller Exhibit 28

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mtg | bis-ter-quad | Where | Start | End | Name | Representing | Status-Partner | Ctry | Ph |
| 2 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Al -Bakri, Ban | MOTOROLA S.A.S | 3GPPMEMBER (ETSI) | FR | +33603602888 |
| 3 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Arevalo, Ramon | TNO Telecom | 3GPPMEMBER (ETSI) | NL | +31612990543 |
| 4 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Arzelier, Claude | ETSI Secretariat | 3GPPORG_REP (ETSI) | FR | +33 4 92 94 42 61 |
| 5 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Baret, Sebastien | France Telecom | 3GPPMEMBER (ETSI) | FR | +33 1 45 29 66 51 |
| 6 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Barreto, Luis | NOKIA UK Ltd | 3GPPMEMBER (ETSI) | GB | +44 1252867618 |
| 7 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Bethell, Christopher | VODAFONE LTD | 3GPPMEMBER (ETSI) | GB | +441635672621 |
| 8 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Bourdeaut, Stanislas | ALCATEL S.A. | 3GPPMEMBER (ETSI) | FR | +33130770729 |
| 9 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Bucknell, Paul | PHILIPS Semiconductors | 3GPPMEMBER (ETSI) | GB | +44 (0)1293 815213 |
| 10 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Buldorini, Andrea | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | IT | +39 011 228 7807 |
| 11 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Burbidge, Richard | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | GB | +44 1256 790663 |
| 12 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Miss Chao, Hua | ALCATEL S.A. | 3GPPMEMBER (ETSI) | CN | +86 2158541240-7440 |
| 13 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Chaponnière, Etienne | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | US | +1-858-845-7226 |
| 14 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Charpentier, Frédéric | Panasonic Mobile Communication Development of Europe Limited (PMCDE) | 3GPPMEMBER (ETSI) | DE | +49 6103 766 1308 |
| 15 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Chen, Jimmy | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | GB | +86 10 65642118 |
| 16 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Chen, Yu | ALCATEL S.A. | 3GPPMEMBER (ETSI) | CN | +0862158541240-7440 |
| 17 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Chun, Sungduck | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82-31-450-7859 |
| 18 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Dahlén, Anders | TeliaSonera AB | 3GPPMEMBER (ETSI) | SE | +46 (0)70 242 88 20 |
| 19 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Ding, Yingzhe | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86-10-82882751 |
| 20 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Du, Dazhong | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86 2168895770 |
| 21 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Duan, Jinsong | Panasonic Mobile Communication Co., Ltd | 3GPPMEMBER (TTC) | JP | + 81 46 840 5369 |
| 22 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Eckert, Michael | INFINEON TECHNOLOGIES | 3GPPMEMBER (ETSI) | DE | +49 5341.906.1815 |
| 23 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Ekemark, Sven | Ericsson Incorporated | 3GPPMEMBER (ATIS) | SE | +46 8 757 0424 |
| 24 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Enbuske, Henrik | NANJING ERICSSON PANDA COMMUNICATIONS LTD | 3GPPMEMBER (CCSA) | SE | +4687570000 |
| 25 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Fabien, Jean-Aicard | MOTOROLA A/S | 3GPPMEMBER (ETSI) | US | +1 847 632 7249 |
| 26 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Fan, Yibing | SIEMENS Mobile Communications S.p.A. | 3GPPMEMBER (ETSI) | IT | +86-10-64721888-3539 |
| 27 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Fang, Min | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-21-68896790 |
| 28 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Fauconnier, Denis | NORTEL NETWORKS (EUROPE) | 3GPPMEMBER (ETSI) | FR | +33 1 39 44 52 87 |
| 29 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Filiatrault, Charles | Nortel Networks (USA) | 3GPPMEMBER (ATIS) | CA | +1 514 818 8652 |
| 30 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Fischer, Patrick | LG Electronics Inc. | 3GPPMEMBER (TTA) | FR | +33 1 41 59 93 11 |
| 31 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Gao, Yan | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | GB | +8613910773330 |
| 32 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Godard, Tania | Nortel Networks Germany GmbH & Co. KG | 3GPPMEMBER (ETSI) | FR | +33 1 39 44 37 75 |
| 33 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Goia, Alessandro | Vodafone K.K. | 3GPPMEMBER (ARIB) | IT | +39 3 48 090 3426 |
| 34 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Grange, Julien | ORANGE SA | 3GPPMEMBER (ETSI) | FR | +331 45 29 54 91 |
| 35 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Grilli, Francesco | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | US | +1 858 845 3742 |
| 36 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Gross, Robert | TruePosition Inc. | 3GPPMEMBER (ETSI) | US | +1610 680 1119 |
| 37 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Hartl, Mike | Vodafone D2 GmbH | 3GPPMEMBER (ETSI) | DE | +49 211 533 5172 |
| 38 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. He, Hilary | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +8610 65392828 |
| 39 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Hu, Hao | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86-10-82882735 |
| 40 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Hus, Olivier | PHILIPS SEMICONDUCTORS SOPHIA | 3GPPMEMBER (ETSI) | GB | +44 129 381 5476 |
| 41 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Iochi, Hitoshi | Panasonic Mobile Communications Co.,Ltd. | 3GPPMEMBER (ARIB) | JP | +81 468 40 5329 |
| 42 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Jeong, Kyeong in | SAMSUNG Electronics Co., Japan R&D Office | 3GPPMEMBER (ARIB) | KR | +82-31-279-5579 |
| 43 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Jiang, Sam | ASUSTeK Computer Inc. | 3GPPMEMBER (ETSI) | TW | +886 2 28943447x3902 |
| 44 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Jung, Myung cheul | LG Electronics Mobilecomm France | 3GPPMEMBER (ETSI) | KR | +82-31-450-4130 |
| 45 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Kim, Jae-Heung | Electronics & Telecommunications Research Institute | 3GPPMEMBER (TTA) | KR | +82 42 860 6806 |
| 46 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Miss Kim, Soenghun | SAMSUNG Electronics Co., Japan R&D Office | 3GPPMEMBER (ARIB) | JP | +82 31 279 5118 |
| 47 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Klatt, Axel | T-Mobile International AG | 3GPPMEMBER (ETSI) | DE | +49 228 936  18414 |
| 48 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Koizumi, Yoshiko | Fujitsu Limited | 3GPPMEMBER (TTC) | JP | +81 44 754 8511 |

|  | K | L |
|---|---|---|
| 1 | Mob Ph | Email |
| 2 | +33 6 03 60 28 88 | ban.al-bakri@motorola.com |
| 3 |  | R.ArevaloFranco@telecom.tno.nl |
| 4 | +33 6 74 40 83 64 | claude.arzelier@etsi.org |
| 5 |  | sebastien.baret@francetelecom.com |
| 6 | +447733003702 | luis.barreto@nokia.com |
| 7 | +447717782639 | chris.bethell@vodafone.com |
| 8 |  | stanislas.bourdeaut@alcatel.fr |
| 9 | +44 (0)7970 401889 | paul.bucknell@philips.com |
| 10 |  | andrea.buldorini@telecomitalia.it |
| 11 |  | Richard.Burbidge@motorola.com |
| 12 |  | hua.chao@alcatel-sbell.com.cn |
| 13 |  | echaponn@quacomm.com |
| 14 |  | frederic.charpentier@eu.panasonic.com |
| 15 |  | a17597@email.mot.com |
| 16 |  | yu.b.chen@alcatel-sbell.com.cn |
| 17 |  | duckychun@lge.com |
| 18 | +46 (0)70 242 88 20 | Anders.Dahlen@teliasonera.com |
| 19 |  | dingyingzhe@huawei.com |
| 20 |  | duzd@zte.com.cn |
| 21 |  | duan.jinsong@jp.panasonic.com |
| 22 |  | michael.eckert@infineon.com |
| 23 | +46 70 2820929 | sven.h.ekemark@ericsson.com |
| 24 |  | henrik.enbuske@ericsson.com |
| 25 | +1 847 219 6021 | jean-aicard.fabien@motorola.com |
| 26 |  | yibing.fan@siemens.com |
| 27 |  | fang.min@zte.com.cn |
| 28 | +33 6 64 04 35 29 | dfauconn@nortel.com |
| 29 | +33 6 64 04 58 52 | chfiliat@nortel.com |
| 30 | +33 6 79 10 95 02 | pfischer@lge.com |
| 31 |  | yangao@motorola.com |
| 32 |  | tania.godard@nortel.com |
| 33 |  | Alessandro.Goia@vodafone.com |
| 34 |  | julien.grange@francetelecom.com |
| 35 |  | fgrilli@qualcomm.com |
| 36 |  | rlgross@trueposition.com |
| 37 | +49 17 22 16 48 49 | mike.hartl@vodafone.com |
| 38 |  | hilary.he@nokia.com |
| 39 |  | huhaoby@huawei.com |
| 40 |  | hus2@prl.research.philips.com |
| 41 |  | iochi.hitoshi@jp.panasonic.com |
| 42 |  | ki.jeong@samsung.com |
| 43 |  | Sam_Jiang@asus.com.tw |
| 44 |  | mcjung@lge.com |
| 45 |  | kimjh@etri.re.kr |
| 46 |  | kimsh23@samsung.com |
| 47 |  | axel.klatt@t-mobile.de |
| 48 |  | koizumi.yoshiko@jp.fujitsu.com |

APLNDC-WH-A 0000009357

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lecompte, David | Telecom Modus Limited | 3GPPMEMBER (ETSI) | GB | +33 1 4907 2077 |
| 50 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lee, Jinsock | NEC Corporation | 3GPPMEMBER (ARIB) | JP | +81 801 412 142 |
| 51 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lee, Kook-Heui | Samsung Electronics Ind. Co., Ltd. | 3GPPMEMBER (TTA) | KR | +82 31 279 5111 |
| 52 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lee, Kyoung Seok | Electronics & Telecommunications Research Institute | 3GPPMEMBER (TTA) | KR | +82-42-860-6690 |
| 53 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lee, Young Dae | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82 31 450 2920 |
| 54 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Miss Li, Fang | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +86 10 65392828-3333 |
| 55 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Li, Yi | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86 21 68896517 |
| 56 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lin, Jiezhen | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +49 89 722 47473 |
| 57 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Löhr, Joachim | PANASONIC R&D Center Germany GmbH | 3GPPMEMBER (ETSI) | DE | +49 6103 766 263 |
| 58 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Lu, Ning | ALCATEL S.A. | 3GPPMEMBER (ETSI) | CN | +86 21 58541240 |
| 59 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Ma, Zhifeng | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-21-68895800 |
| 60 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Madadi, Hashem | Hutchison 3G UK Ltd (3) | 3GPPMEMBER (ETSI) | GB | +44.1628.765.000 |
| 61 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Mikola, Juha | Nokia Telecommunications Inc. | 3GPPMEMBER (ATIS) | FI | +358 50 48 37412 |
| 62 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Moon, Sung Uk | DoCoMo Europe S.A. | 3GPPMEMBER (ETSI) | JP | +81 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 |
| 63 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Moriwaki, Tetsuro | SHARP Corporation | 3GPPMEMBER (ARIB) | JP | +81-43-299-8532 |
| 64 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Nogami, Kazuo | Toshiba Corporation, Digital Media Network Company | 3GPPMEMBER (ARIB) | JP | |
| 65 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Olofsson, Hakan | Telefon AB LM Ericsson | 3GPPMEMBER (ETSI) | FR | +46 8 40 43 590 |
| 66 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Palat, Sudeep | Lucent Technologies | 3GPPMEMBER (ATIS) | GB | +44 1793 736180 |
| 67 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Palm, Hakan | Nippon Ericsson K.K. | 3GPPMEMBER (ARIB) | SE | +46 46 194 665 |
| 68 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mrs. Park, Jisoo | Electronics & Telecommunications Research Institute | 3GPPMEMBER (TTA) | KR | +82-42-860-5748 |
| 69 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Pirskanen, Juho | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358 7180 74846 |
| 70 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Pons, Jérôme | ORANGE SA | 3GPPMEMBER (ETSI) | FR | +33145295978 |
| 71 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Proctor, Toby | SIEMENS AG | 3GPPMEMBER (ETSI) | GB | +44 1794 833226 |
| 72 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Miss Revel, Agnes | MOTOROLA GmbH | 3GPPMEMBER (ETSI) | GB | +441256790379 |
| 73 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Richards, Derek | IPWireless Inc. | 3GPPMEMBER (ETSI) | GB | +44 1249800071 |
| 74 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Roberts, Michael | NEC Technologies (UK) Ltd | 3GPPMEMBER (ETSI) | GB | +33 149072006 |
| 75 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Ryu, Byung-han | Electronics & Telecommunications Research Institute | 3GPPMEMBER (TTA) | KR | +82-42-860-6799 |
| 76 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Schacht, Mirko | Lucent Technologies Network Systems UK | 3GPPMEMBER (ETSI) | GB | +44 1793 897312 |
| 77 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Sébire, Benoist | Nokia Japan Co, Ltd | 3GPPMEMBER (ARIB) | CN | +8613801309020 |
| 78 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Shen, Dongdong | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +86-10 58223103 |
| 79 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Shen, Donglin | Cingular Wireless LLC | 3GPPMEMBER (ATIS) | US | |
| 80 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Simoncelli, Federico | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | IT | +390639009469 |
| 81 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Song, Jae su | Telecommunications Technology Association (TTA) | 3GPPORG_REP (TTA) | KR | +82-42-860-5860 |
| 82 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Sood, Prem | SHARP Corporation | 3GPPMEMBER (ARIB) | US | +1 360 834 8708 |
| 83 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Stadler, Thomas | Siemens nv/sa | 3GPPMEMBER (ETSI) | AT | +435170721158 |
| 84 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Stephen, Terry | INTERDIGITAL COMMUNICATIONS CORPORATION | 3GPPMEMBER (ETSI) | US | +631-622-4078 |
| 85 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Sugiyama, Katsumasa | Fujitsu Limited | 3GPPMEMBER (ARIB) | JP | +81 44 754 8511 |
| 86 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Sun, Xiaoyan | UTStarcom, Inc | 3GPPMEMBER (ETSI) | CN | +86 755 26952899 |
| 87 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Suzuki, Takashi | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | JP | +81 46 840 6453 |
| 88 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Suzula, Takashi | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | JP | +81 46 840 6453 |
| 89 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Takano, Michiaki | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | JP | +81-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 |
| 90 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Tang, Zherghua | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86 13817654020 |
| 91 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Tenny, Nathan | Qualcomm Japan Inc | 3GPPMEMBER (ARIB) | JP | +81 3 5412 8915 |
| 92 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Torrico, Saul A. | Andrew Corporation | 3GPPMEMBER (ETSI) | US | +1 703 726 5879 |
| 93 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Unteregger, Burghard | SIEMENS Mobile Communications S.p.A. | 3GPPMEMBER (ETSI) | AT | +43 51707 21170 |
| 94 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. van der Velde, Himke | SAMSUNG Electronics Research Institute | 3GPPMEMBER (ETSI) | NL | +31570614454 |
| 95 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. van Lieshout, Gert-Jan | SAMSUNG Electronics Research Institute | 3GPPMEMBER (ETSI) | NL | +31 570 615 651 |
| 96 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Vayanos, Alkinoos | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | FR | +1 (858)845-3011 |

|  | K | L |
|---|---|---|
| 49 |  | david.lecompte@nectech.fr |
| 50 |  | j-lee@ap.jp.nec.com |
| 51 |  | kh_lee@samsung.com |
| 52 |  | klee@etri.re.kr |
| 53 |  | leego@lge.com |
| 54 |  | fang.li@nokia.com |
| 55 |  | aimail@zte.com.cn |
| 56 |  | jiezhen.lin@siemens.com |
| 57 |  | loehr@panasonic.de |
| 58 |  | ning.lu@alcatel-sbell.com.cn |
| 59 |  | zfmail@zte.com.cn |
| 60 | +44 777 332 9576 | hmadadi@attglobal.net |
| 61 |  | juha.mikola@nokia.com |
| 62 |  | moon@wsp.yrp.nttdocomo.co.jp |
| 63 |  | moriwaki.tetsuroh@sharp.co.jp |
| 64 |  | kazuo1.nogami@toshiba.co.jp |
| 65 | +33 618 437622 | hakan.a.olofsson@ericsson.com |
| 66 |  | spalat@lucent.com |
| 67 | +46 70 690 0390 | hakan.l.palm@ericsson.com |
| 68 |  | jsp@etri.re.kr |
| 69 | +358 50 3636632 | juho.pirskanen@nokia.com |
| 70 |  | jerome.pons@francetelecom.com |
| 71 |  | toby.proctor@roke.co.uk |
| 72 | +447834575903 | agnes.revel@motorola.com |
| 73 | +44 7813842919 | drichards@ipwireless.com |
| 74 |  | michael.roberts@nectech.fr |
| 75 |  | rubh@etri.re.kr |
| 76 |  | mschacht@lucent.com |
| 77 | +8613801309020 | benoist.sebire@nokia.com |
| 78 |  | dongdong.shen@td-tech.com |
| 79 |  | donglin.shen@cingular.com |
| 80 |  | fsimoncelli@mail.tim.it |
| 81 |  | heretic@etri.re.kr |
| 82 |  | pls@sharplabs.com |
| 83 |  | thomas.stadler@siemens.com |
| 84 |  | steve.terry@interdigital.com |
| 85 |  | ksugiyama@jp.fujitsu.com |
| 86 |  | gloria.sun@utstar.com |
| 87 |  | suzukitak@docomo-tech.co.jp |
| 88 |  | suzulatak@docomo-tech.co.jp |
| 89 |  | m_takano@isl.melco.co.jp |
| 90 |  | tangzherghua@huawei.com |
| 91 |  | ntenny@qualcomm.com |
| 92 |  | saul.torrico@andrew.com |
| 93 |  | burghard.unteregger@siemens.com |
| 94 | +31646171346 | himke.vandervelde@samsung.com |
| 95 | +31646171345 | gert.vanlieshout@samsung.com |
| 96 |  | avayanos@qualcomm.com |

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Wan, Tak Wing | Rogers Wireless Inc. | 3GPPMEMBER (ATIS) | CA | +1 416 935 6029 |
| 98 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Wang, Chen | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-755-26770885 |
| 99 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Wang, Xuefei | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86-21-68644808-2403 |
| 100 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Wang, Yonggang | ALCATEL S.A. | 3GPPMEMBER (ETSI) | CN | +862150554550-7440 |
| 101 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Wang, Zhixi | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86 21 68895802 |
| 102 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Ms. Xiang, Cheng | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86 21 68895743 |
| 103 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. XiaoXiao, Zheng | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN |  |
| 104 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Xie, Yong | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +8602168644808 |
| 105 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Xu, Ming | Panasonic Mobile Communications Co.,Ltd. | 3GPPMEMBER (ARIB) | JP | +81-46-840-5783 |
| 106 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Xu, Zhaoji | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +86 13801316130 |
| 107 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Yang, Tao | ALCATEL S.A. | 3GPPMEMBER (ETSI) | FR | +86 21 58541240*7607 |
| 108 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Yang, Xuejun | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +862168895940 |
| 109 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Yao, Chunhai | SIEMENS AG | 3GPPMEMBER (ETSI) | CN | +86-10-64721888 |
| 110 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Dr. Yeo, Kunmin | Electronics & Telecommunications Research Institute | 3GPPMEMBER (TTA) | KR | +82-42-860-5438 |
| 111 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Yeo, Sang-Ho | Nextreaming Corporation | 3GPPMEMBER (TTA) | KR | +82 2 2194 5322 |
| 112 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Young, Gordon | Research In Motion Limited | 3GPPMEMBER (ETSI) | GB | +44 7841899393 |
| 113 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zelmer, Donald E. | Cingular Wireless LLC | 3GPPMEMBER (ATIS) | US | +1 404 236 5912 |
| 114 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Daijun | China Academy of Telecommunications Technology | 3GPPMEMBER (CCSA) | CN | +86 10 62302578271 |
| 115 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Jean | UTStarcom, Inc | 3GPPMEMBER (ETSI) | US | +8613823779420 |
| 116 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Jian | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86 21 68895754 |
| 117 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Junfeng | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +8675526771477 |
| 118 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Liqiang | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +861064721888 |
| 119 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zhang, Yincheng | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-21-68895821 |
| 120 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Miss ZIJIANG, MA | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-21-68895821 |
| 121 | RAN2#46 | bis | Beijing | 2005/04/04 | 2005/04/08 | Mr. Zuo, Zhisong | Zhongxing Telecom Ltd. | 3GPPMEMBER (CCSA) | CN | +86-755-26771477 |

| | K | L |
|---|---|---|
| 97 | | takwing.wan@rci.rogers.com |
| 98 | | wang.chen@zte.com.cn |
| 99 | | wangxuefei@huawei.com |
| 100 | | yonggang.wang@alcatel-sbell.com.cn |
| 101 | | wang.zhixi@zte.com.cn |
| 102 | | chengxiang@zte.com.cn |
| 103 | | sherryxiaoxiao@hotmail.com |
| 104 | | ydaxie@huawei.com |
| 105 | | xu.ming@jp.panasonic.com |
| 106 | | zhaoji.xu@nokia.com |
| 107 | | tao.a.yang@alcatel-sbell.com.cn |
| 108 | | yang.xuejun@zte.com.cn |
| 109 | | chunhai.yao@siemens.com |
| 110 | | kunmin@etri.re.kr |
| 111 | | shyeo@nextreaming.com |
| 112 | | gyoung@rim.com |
| 113 | +1 704 737 9950 | don.zelmer@cingular.com |
| 114 | | zhangdj@pub.tdscdma.com |
| 115 | | jean.zhang@utstar.com |
| 116 | | zhang_jian@zte.com.cn |
| 117 | | zhang.junfeng@zte.com.cn |
| 118 | | liqiang.zhang@siemens.com |
| 119 | | zhang.yincheng@zte.com.cn |
| 120 | | ma.zijiang@zte.com.cn |
| 121 | | zuo.zhisong@zte.com.cn |

APLNDC-WH-A 0000009361