# Mueller Exhibit 29



## 3GPP Specification detail

Go to spec numbering scheme page

Back to series index

**3GPP TS 25.322**  (click spec number to see fileserver directory for this spec)

**Radio Link Control (RLC) protocol specification**

.

TSG / WG responsible: **R2**  (click TSG/WG to see its home page)

Work item which gave rise to this spec:  **-**  (click WI code to see Work Item details in the Work Plan)

Work items which may have impacted this spec:  **click here**

Rapporteur: **PRADAS, Jose Luis**

Specification required for: UTRAN-based systems

In the table below ...

... click meeting number for meeting details;

... click spec version number to download that version;

... click SDO publication reference to download SDO transposed document.

| Release | Freeze meeting | Freeze date | :: | remarks | SDO publications |
|---------|----------------|-------------|-----|---------|------------------|
| **R99** | SP-05 | 1999-10-13 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | Table of Contents and Scope | 0.0.0 | 1999-02-04 | | - |
| | RP-03 | 1.0.0 | 1999-04-23 | | - |
| | RP-04 | 1.1.0 | 1999-06-23 | | - |
| | RP-05 | 3.0.0 | 1999-10-13 | | - |
| | RP-06 | 3.1.0 | 1999-12-17 | | - |
| | RP-07 | 3.2.0 | 2000-03-15 | | RTS/TSGR-0225322UR1 |
| | RP-08 | 3.3.0 | 2000-06-23 | | RTS/TSGR-0225322UR2 |
| | RP-09 | 3.4.0 | 2000-10-16 | | RTS/TSGR-0225322UR3 |
| | RP-10 | 3.5.0 | 2000-12-20 | | RTS/TSGR-0225322UR4 |
| | RP-11 | 3.6.0 | 2001-03-27 | | RTS/TSGR-0225322UR5 |
| | RP-12 | 3.7.0 | 2001-06-19 | | RTS/TSGR-0225322UR6 |
| | RP-13 | 3.8.0 | 2001-10-03 | | RTS/TSGR-0225322UR7 |
| | RP-14 | 3.9.0 | 2002-01-04 | | RTS/TSGR-0225322UR8 |
| | RP-15 | 3.10.0 | 2002-03-19 | | RTS/TSGR-0225322UR9 |
| | RP-16 | 3.11.0 | 2002-06-17 | | RTS/TSGR-0225322v3b0 |
| | RP-17 | 3.12.0 | 2002-09-19 | | RTS/TSGR-0225322v3c0 |
| | RP-18 | 3.13.0 | 2003-01-10 | | RTS/TSGR-0225322v3d0 |
| | RP-19 | 3.14.0 | 2003-03-25 | | RTS/TSGR-0225322v3e0 |
| | RP-20 | 3.15.0 | 2003-06-20 | | RTS/TSGR-0225322v3f0 |
| | RP-21 | 3.16.0 | 2003-10-02 | | RTS/TSGR-0225322v3g0 |
| | RP-22 | 3.17.0 | 2004-01-12 | | RTS/TSGR-0225322v3h0 |
| | RP-24 | 3.18.0 | 2004-06-17 | | RTS/TSGR-0225322v3i0 |
| **Rel-4** | SP-11 | 2001-03-22 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-11 | 4.0.0 | 2001-03-27 | | RTS/TSGR-0225322Uv4 |
| | RP-12 | 4.1.0 | 2001-06-19 | | RTS/TSGR-0225322Uv4R1 |
| | RP-13 | 4.2.0 | 2001-10-03 | | RTS/TSGR-0225322Uv4R2 |

APLNDC-WH-A0000022862

| | event | version | available | remarks | click ref to download |
|---|---|---|---|---|---|
| | RP-14 | 4.3.0 | 2002-01-04 | | RTS/TSGR-0225322Uv4R3 |
| | RP-15 | 4.4.0 | 2002-03-19 | | RTS/TSGR-0225322Uv4R4 |
| | RP-16 | 4.5.0 | 2002-06-17 | | RTS/TSGR-0225322v450 |
| | RP-17 | 4.6.0 | 2002-09-19 | | RTS/TSGR-0225322v460 |
| | RP-18 | 4.7.0 | 2003-01-10 | | RTS/TSGR-0225322v470 |
| | RP-19 | 4.8.0 | 2003-03-25 | | RTS/TSGR-0225322v480 |
| | RP-20 | 4.9.0 | 2003-06-20 | | RTS/TSGR-0225322v490 |
| | RP-21 | 4.10.0 | 2003-10-02 | | RTS/TSGR-0225322v4a0 |
| | RP-22 | 4.11.0 | 2004-01-12 | | RTS/TSGR-0225322v4b0 |
| | RP-24 | 4.12.0 | 2004-06-17 | | RTS/TSGR-0225322v4c0 |
| **Rel-5** | RP-15 | 2002-03-08 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-15 | 5.0.0 | 2002-03-19 | | RTS/TSGR-0225322Uv5 |
| | RP-16 | 5.1.0 | 2002-06-17 | | RTS/TSGR-0225322v510 |
| | RP-17 | 5.2.0 | 2002-09-19 | | RTS/TSGR-0225322v520 |
| | RP-18 | 5.3.0 | 2003-01-10 | | RTS/TSGR-0225322v530 |
| | RP-19 | 5.4.0 | 2003-03-25 | | RTS/TSGR-0225322v540 |
| | RP-20 | 5.5.0 | 2003-06-20 | | RTS/TSGR-0225322v550 |
| | RP-21 | 5.6.0 | 2003-10-02 | | RTS/TSGR-0225322v560 |
| | RP-22 | 5.7.0 | 2004-01-12 | | RTS/TSGR-0225322v570 |
| | RP-24 | 5.8.0 | 2004-06-17 | | RTS/TSGR-0225322v580 |
| | RP-26 | 5.9.0 | 2004-12-23 | | RTS/TSGR-0225322v590 |
| | RP-27 | 5.10.0 | 2005-03-24 | | RTS/TSGR-0225322v5a0 |
| | RP-28 | 5.11.0 | 2005-07-01 | | RTS/TSGR-0225322v5b0 |
| | RP-29 | 5.12.0 | 2005-10-14 | | RTS/TSGR-0225322v5c0 |
| | RP-30 | 5.13.0 | 2005-12-23 | | RTS/TSGR-0225322v5d0 |
| **Rel-6** | RP-26 | 2004-12-10 | :: | created for M.1457 update . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-22 | 6.0.0 | 2004-01-12 | Required for update of ITU-R M.1457 | RTS/TSGR-0225322v600 |
| | RP-24 | 6.1.0 | 2004-06-17 | | RTS/TSGR-0225322v610 |
| | RP-26 | 6.2.0 | 2004-12-23 | | RTS/TSGR-0225322v620 |
| | RP-27 | 6.3.0 | 2005-03-24 | | RTS/TSGR-0225322v630 |
| | RP-28 | 6.4.0 | 2005-07-01 | | RTS/TSGR-0225322v640 |
| | RP-29 | 6.5.0 | 2005-10-14 | | RTS/TSGR-0225322v650 |
| | RP-30 | 6.6.0 | 2005-12-23 | | RTS/TSGR-0225322v660 |
| | RP-31 | 6.7.0 | 2006-04-07 | | RTS/TSGR-0225322v670 |
| | RP-32 | 6.8.0 | 2006-06-21 | | RTS/TSGR-0225322v680 |
| | RP-33 | 6.9.0 | 2006-10-17 | | RTS/TSGR-0225322v690 |
| | RP-36 | 6.10.0 | 2007-07-25 | | RTS/TSGR-0225322v6a0 |
| | RP-39 | 6.11.0 | 2008-03-20 | | RTS/TSGR-0225322v6b0 |
| | RP-40 | 6.12.0 | 2008-06-17 | | RTS/TSGR-0225322v6c0 |
| **Rel-7** | SP-36 | 2007-06-07 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-31 | 7.0.0 | 2006-04-07 | | RTS/TSGR-0225322v700 |
| | RP-32 | 7.1.0 | 2006-06-21 | | RTS/TSGR-0225322v710 |
| | RP-33 | 7.2.0 | 2006-10-17 | | RTS/TSGR-0225322v720 |
| | RP-36 | 7.3.0 | 2007-07-25 | | RTS/TSGR-0225322v730 |
| | RP-37 | 7.4.0 | 2007-10-24 | | RTS/TSGR-0225322v740 |
| | RP-38 | 7.5.0 | 2008-01-07 | | RTS/TSGR-0225322v750 |
| | RP-39 | 7.6.0 | 2008-03-20 | | RTS/TSGR-0225322v760 |
| | RP-40 | 7.7.0 | 2008-06-25 | | RTS/TSGR-0225322v770 |
| | RP-41 | 7.8.0 | 2008-09-23 | | RTS/TSGR-0225322v780 |
| | RP-43 | 7.9.0 | 2009-03-16 | | RTS/TSGR-0225322v790 |
| | RP-44 | 7.10.0 | 2009-06-18 | | RTS/TSGR-0225322v7a0 |
| **Rel-8** | SP-42 | 2008-12-11 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-38 | 8.0.0 | 2008-01-07 | | - |
| | RP-39 | 8.1.0 | 2008-03-20 | | - |
| | RP-40 | 8.2.0 | 2008-06-25 | | RTS/TSGR-0225322v820 |
| | RP-41 | 8.3.0 | 2008-09-23 | | RTS/TSGR-0225322v830 |
| | RP-43 | 8.4.0 | 2009-03-16 | | RTS/TSGR-0225322v840 |
| | RP-44 | 8.5.0 | 2009-06-18 | | RTS/TSGR-0225322v850 |

APLNDC-WH-A0000022863

|  | RP-45 | 8.6.0 | 2009-09-28 |  | RTS/TSGR-0225322v860 |
|  | RP-46 | 8.7.0 | 2010-01-05 |  | RTS/TSGR-0225322v870 |
|  | RP-47 | 8.8.0 | 2010-04-27 |  | RTS/TSGR-0225322v880 |
|  | RP-48 | 8.9.0 | 2010-06-16 |  | RTS/TSGR-0225322v890 |
| **Rel-9** | SP-46 | 2009-12-10 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-46 | 9.0.0 | 2010-01-05 |  | RTS/TSGR-0225322v900 |
|  | RP-47 | 9.1.0 | 2010-04-27 |  | RTS/TSGR-0225322v910 |
|  | RP-48 | 9.2.0 | 2010-06-16 |  | RTS/TSGR-0225322v920 |
|  | RP-52 | 9.3.0 | 2011-06-24 |  | RTS/TSGR-0225322v930 |
| **Rel-10** | SP-51 | 2011-03-23 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-50 | 10.0.0 | 2010-12-21 |  | RTS/TSGR-0225322va00 |
|  | RP-52 | 10.1.0 | 2011-06-24 |  | RTS/TSGR-0225322va10 |

**Change Requests for this spec: click here.**

**Genealogy of this spec:**

| antecedent(s) | this spec | descendant(s) |
|---|---|---|
| (no antecedents) | 25.322 | (no descendants) |

page generated from database: 2012-01-18 14:14:43

APLNDC-WH-A0000022864