# Mueller Exhibit 34

**3GPP TSG RAN WG1 Meeting #39**                                      **R1-041469**
**Shin-Yokohama, Japan, 15 – 19 November, 2004**

| | |
|---|---|
| Agenda item | 3 |
| Title: | Approved Report of 3GPP TSG RAN WG1 #38 |
| | (Prague, Czech Republic, 16 – 20 August, 2004) |
| | |
| Document for: | Comments and approval |
| Source: | TSG RAN WG1 Secretary |

---

Notes:

All timestamps in this document are in UTC/GMT+1H unless otherwise noted.

**Fact Summary**

| | |
|---|---|
| Meeting: | 3GPP TSG RAN WG1 #38 |
| Dates: | 16th through 20th August, 2004 |
| Venue: | HILTON PRAGUE, Prague, Czech Republic |
| Host: | The European Friends of 3GPP[1] |
| Attendees: | 96 delegates |
| Documents: | 246 (including some withdrawn and post-meeting artefacts) |

Yoshikazu Ishii
ETSI Mobile Competence Center
yoshikazu.ishii@etsi.org

---

[1]    *Alcatel, Ericsson, Lucent Technologies, Nokia, Nortel Networks, O2, Orange, Siemens, SIMAlliance, Sonera, Telefonica, TIM, T-Mobile, Vodafone, Panasonic.*

APLNDC-WH-A 0000010870

# Table of contents

Executive summary ....................................................................................................................... 1

1 Opening of the meeting.............................................................................................................. 2
1.1     Call for IPR........................................................................................................................ 2

2       Approval of the agenda and the minutes of the previous RAN WG1 meetings ..................... 2

3.      Summary from RAN#24 and RAN1/2 Ad Hoc..................................................................... 3

4.      Liaison statement handling ................................................................................................... 3

5.      Maintenance of R99, Rel4, Rel5, Rel6................................................................................. 5
5.1     R99 CRs + shadow CRs ..................................................................................................... 5
5.2     Rel4 CRs + shadow CRs ..................................................................................................... 5
5.3     Rel5 CRs + shadow CRs ..................................................................................................... 5
5.4     Rel6 CRs + shadow CRs ..................................................................................................... 6
5.5     Inputs for TS 34.108 + TR 25.993 ..................................................................................... 6
5.6     Other .................................................................................................................................. 8

6.      MIMO .................................................................................................................................. 9
6.1     TR 25.876 structure, MIMO requirements ......................................................................... 9
6.2     System evaluation methodology ...................................................................................... 10
6.3     MIMO Ad Hoc Meeting ................................................................................................... 10

7.      MBMS ............................................................................................................................... 12
7.1      MBMS indicator channel (MICH) ................................................................................... 13
7.2     Other MBMS L1 specification aspects.............................................................................. 14
7.3     UE capability definition (incl. macro-diversity) ............................................................... 14
7.4     MBMS UE performance requirements (joint with RAN4)................................................. 16

8       FDD Enhanced Uplink ...................................................................................................... 17
8.1     Basic E-DCH physical layer structure (Code mapping, E-DPCCH) .................................. 17
8.2     E-DCH TrCH processing (E-DCH channel coding aspects, self-decodable/non-self-decodable
        transmissions) .................................................................................................................. 19
8.3     E-DCH transmit power issues (Power offsets, PAR) ........................................................ 19
8.4     Signalling support for HARQ ............................................................................................ 20

9       Joint session on FDD Enhanced uplink with RAN2 ......................................................... 22
9.1     HARQ principles: Synchronous vs asynchronous retransmissions, SHO operation (continuation of
        discussion from joint RAN1/RAN2 session in Cannes) ................................................... 23
9.2     Scheduling principles (continuation of discussion from joint RAN1/RAN2 session in Cannes) ... 24
9.3     Outer loop power control aspects...................................................................................... 26
9.4     Physical layer model and physical layer error requirements.............................................. 26

10      Other issues for joint discussion with RAN2 .................................................................... 27
10.1    Review of UL-TDOA Study Item description .................................................................... 27
10.2    Use of secondary scrambling code for IMS ...................................................................... 28

APLNDC-WH-A 0000010871

Case 5:11-cv-01846-LHK   Document 662-9   Filed 01/25/12   Page 4 of 64

| | | |
|---|---|---|
| 11 | Uplink Enhancements for UTRA TDD | 29 |
| 12 | Analysis of higher chip rates for UTRAN evolution (TDD) | 30 |
| 13 | Improvement of inter-frequency and inter-system handover measurements | 31 |
| 14 | Optimisation of downlink channelisation code utilisation (FDD) | 32 |
| 15 | Optimisation of downlink channelisation code utilisation (TDD) | 32 |
| 16 | HSDPA ACK/NACK enhancements | 33 |
| (Discussion is limited to coverage improvement and decoder complexity aspects) | | 33 |
| 17 | Other issues | 34 |
| 18 | Joint session RAN1 & RAN4 | 34 |
| 18.1 | Rel5/Rel CRs | 34 |
| 18.2 | MBMS Requirements | 34 |
| 18.3 | Rel-6 PAR | 35 |
| 19 | Closing of the meeting : Friday 5.00 PM | 35 |
| Annex A: | Report from Joint Ad Hoc RAN WG1 – WG4 | 36 |
| A.1 | Minimum power limit | 36 |
| A.2 | MBMS | 36 |
| A.3 | UE output power back off | 37 |
| Annex B: | List of participants | 38 |
| Annex C: | TSG RAN WG1 meetings through 2004 to 2005 | 43 |
| Annex D: | List of CRs agreed at RAN1#38 | 44 |
| Annex E: | List of tdocs at RAN1 #38 | 45 |

APLNDC-WH-A 0000010872

**3GPP TSG RAN WG1 Meeting #39**                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# Executive summary

WG RAN1 #38 took place in Hilton Prague, Prague, Czech Republic. The meeting started at 9:00 on Monday 16st August 2004 and finished at 17:00 on Friday 20th.

In the duration of the meeting, the several sessions by only RAN1 delegates were held, and also the joint session with RAN2 delegates regarding "Enhanced Uplink", and the joint session with RAN4 delegates regarding "MBMS" were held.

On MIMO discussion, the ad hoc meeting was held to resolve the differences among delegates regarding the system evaluation methodology. On MBMS discussion, the approach of describing MICH was generally agreed, and also the baseline for the further work to finalise soft combining was decided

On FDD Enhanced Uplink, the working assumption fro "E-DPCCH structure" and "E-DCH Timing" was agreed, and at the Joint session with RAN2, the agreement was obtained in "HARQ Principles" and "Scheduling Principles"

The number of contribution documents for this meeting was 246, and those documents were categorized as followed.

| Agenda Item | Input Document | Discussed Document |
|---|---|---|
| 5. Maintenance of R99, Rel4, Rel5, Rel6 | 16 | 16 |
| 6. MIMO | 35 | 14 |
| 7. MBMS | 29 | 26 |
| 8. FDD Enhanced Uplink | 76 | 15 |
| 9. Joint session on FDD Enhanced uplink with RAN2 | 40 | 6 |
| 10. Other issues for joint discussion with RAN2 | 1 | 1 |
| 11. Uplink Enhancements for UTRA TDD | 9 | 8 |
| 12. Analysis of higher chip rates for UTRAN evolution (TDD) | 10 | 10 |
| 13. Improvement of inter-frequency and inter-system measuremetns | 2 | 2 |
| 14. Optimisation of downlink channelisation code utilisation (FDD) | 2 | 0 |
| 15. Optimisation of downlink channelisation code utilisation (TDD) | 1 | 0 |
| 16. HSDPA ACK/NACK enhancements | 5 | 5 |
| 17. Other | 1 | 0 |

Note : In above table, the revised and withdrawn contributions are included in the input documents. The contributions of RAN1 were only counted for Joint Session.

APLNDC-WH-A  0000010873

**3GPP TSG RAN WG1 Meeting #39**                                                                         **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 1 Opening of the meeting

16/08/2004 09:05

The RAN1 Chairman , Mr. Dirk Gerstenberger started the meeting.
Mr. Enrico Buracchini from Telecom Italia Lab welcomed the delegates on behalf of the host companies of *The European Friends of 3GPP (Alcatel, Ericsson, Lucent Technologies, Nokia, Nortel Networks, O2, Orange, Siemens, SIMAlliance, Sonera, Telefonica, TIM, T-Mobile, Vodafone, Panasonic).*
*Short wlwcome introduction, enjoy Prague.*

## 1.1    Call for IPR

16/08/2004 09:10

**The Chairman drew attention to Members' obligations under the 3GPP Partner Organizations' IPR policies. Every Individual Member organization is obliged to declare to the Partner Organization or Organizations of which it is a member any IPR owned by the Individual Member or any other organization which is or is likely to become essential to the work of 3GPP.**

> The attention of the members of this Technical Specification Group is drawn to the fact **that 3GPP Individual Members have the obligation** under the IPR Policies of their respective Organizational Partners to **inform their respective** Organizational Partners **of Essential IPRs they become aware of**.
>
> The members take note that they are hereby invited:
>
> - to investigate in their company whether their company does own IPRs which are, or are likely to become Essential in respect of the work of the Technical Specification Group.
>
> - to notify the Director-General, or the Chairman of their **respective** Organizational Partners, of all potential IPRs that their company may own, by means of the IPR Statement and the Licensing declaration forms (e.g. see the ETSI IPR forms http://webapp.etsi.org/Ipr/).

# 2    Approval of the agenda and the minutes of the previous RAN WG1 meetings

**R1-040810    Draft Agenda for RAN WG1 #38                    (RAN1 Chairman)**
16/08/2004 09:10 Presented by Mr. Dirk Gerstenberger.
Mr. Chairman explained the overview of meeting items.
CR input in the first morning and afternoon, and then treat MIMO, Later MBMS in tomorrow morning. We will have a Joint session with RAN4 on Tuesday evening. Regarding E-DCH on Tuesday afternoon, Joint session with RAN2 on Wed. E-DCH, and UL-TDOA.
On Thursday or Friday, treat TDD. We will close meeting at 5:00 pm on Firday.
**Discussion (Question / Comment):**
**Decision:** This document was approved.
**R1-040811    Draft Report of 3GPP TSG RAN WG1 #37                    (RAN1 Secretary)**
**Decision:** This document was not available.
**R1-040812    Draft Report of 3GPP TSG RAN WG1 Rel.6 Ad Hoc Meeting in Cannes**
                                                                                    **(RAN1 Secretary)**

16/08/2004 09:15
**Discussion (Question / Comment):** No
**Decision:** This document was approved with correction the name of the company.
**R1-041020    Approved Report of 3GPP TSG RAN WG1 Rel.6 Ad Hoc Meeting in Cannes**
                                                                                    **(RAN1 Secretary)**

APLNDC-WH-A 0000010874

**3GPP TSG RAN WG1 Meeting #39**                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

## 3.        Summary from RAN#24 and RAN1/2 Ad Hoc

<u>R1-040835</u>        **Summary from RAN#24**                        **(RAN1 Chairman)**
> 16/08/2004 09:20 Presented by Mr. Dirk Gerstenberger.
> Mr. Chairman, Mr. Dirk Gerstenberger presented about the overview of he discussion and decision on the RAN#24, and also announced the meeting plan in the next year. In order to cope with several WIs speedy, RAN1 would have five or six regular WG meetings in next year.
> **Decision:** This document was noted.

<u>R1-040836</u>        **Summary from RAN1/2 Ad hoc meeting in Cannes**        **(RAN1 Chairman)**
                                                        **(Withdrawn)**

---

## 4.        Liaison statement handling

<u>R1-040813</u>        **(To) Reply LS on Code Sharing during Compressed Mode        (To:R1 Cc:R3)**
                **(Reply to <u>R1-040386</u>)        TSG RAN WG2                (Nokia)**
> 16/08/2004 09:29 Presented by Mr. Markku Tarkiainen.
> **Discussion (Question / Comment):** No
> **Decision:** This document was noted.

<u>R1-040814</u>        **(Cc) Reply LS on Multiple MBMS Issues        (To: S4, R4 Cc: S2, S1, R1, R3, G1, G2, N1)        (Reply to S4-040132)        TSG RAN WG2                (Samsung)**
> **Discussion (Question / Comment):** This document was already treated in Cannes Meeting
> **Decision:** This document was noted.

<u>R1-040815</u>        **(Cc) Reply to "LS on RRC release aspects of CS video and voice service improvements"        (To:S2 Cc: R1, R3)        (Reply to S2-041641)        TSG RAN WG2                (Vodafone)**
> 16/08/2004 09:33 Presented by Mr. Yannick Le Pezennec.
> **Discussion (Question / Comment):** There are some discussions for this LS. It commented that it was necessary to look at RAN3 aspects.
> **Decision:** This document was noted.

<u>R1-040816</u>        **(Cc) LS on RRC release aspects of CS video and voice service improvements        (To:S2,   Cc: R1,R2,GP)        (Reply to S2-041641)        TSG RAN WG3        (Alcatel)**
> 16/08/2004 09:40 Presented by Mr. Stefan Russ.
>
> **Discussion (Question / Comment):** Wait for the any proposal regarding the LS in this week.
>
> **Decision:** This document was noted.

<u>R1-040817</u>        **(To) Response LS on Multiple MBMS Issues        (To: R1, R2, R3, GP, G2)        (Reply to <u>R1-040385</u>, <u>R1-040651</u>, etc)        TSG SA WG4                (Siemens)**
> **Discussion (Question / Comment):** This document was already treated in Cannes Meeting.
>
> **Decision:** This document was noted.

<u>R1-040818</u>        **(Cc) LS on Proposed Modification to HSDPA Radio Bearer Settings        (To: R2 Cc: R1)        TSG T WG1                (QUALCOMM)**
> 16/08/2004 09510 Presented by Mr. Serge Willenegger.
>
> **Discussion (Question / Comment):** I was commented about PDU size 656.
>
> **Decision:** This document was noted.

<u>R1-041014</u>        **(To) LS on the material to be submitted to ITU-R WP8F#14 for Revision 5 of Recommendation ITU-R M.1457        (To:R1, R2, R3, R4)        ITU-R Ad Hoc                (Telecomm Italia)**

> 16/08/2004 09:56 Presented by Mr. Enrico Buracchini.

*3*

**Discussion (Question / Comment):** Mr. Chairman commented that anyone who have some comments about the LS should provided them until Friday morning.

**Decision:** This documents was noted.

## R1-041045    Response to LS on the material to be submitted to ITU-R WP8F#14 for Revision 5 of Recommendation ITU-R M.1457(To:ITU-R Ad Hoc)
                                                          **ITU-R Ad Hoc        (Telecomm Italia)**

20/08/2004 11:31 Presented by Mr. Enrico Buracchini.

**Discussion (Question / Comment):** No

**Decision:** This draft was approved in Tdoc R1-041046.

## R1-041039        (Cc) Reply LS on Proposed Modification to HSDPA Radio Bearer Settings (To:T1 Cc: R1)                    **TSG RAN WG2   (NTT DoCoMo)**

20/08/2004 13:52 Presented by Mr. Chairman on behalf of NTT DoCoMo.

**Decision:** This document was noted.

## R1-041040        (Cc) LS on enhancing L1 multiplexing test coverage in 3GPP test specifications (To:T1,    Cc: R1)                **TSG RAN WG2        (Nokia)**

20/08/2004 13:55 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):**

**Decision:** It was decided to provide quick feedback to TSG WG-T1 that RAN1 would review the L1 aspects and provide more feedback from RAN#38bis in Tdoc R1-041049.

## R1-041049        DRAFT LS on L1 multiplexing test coverage in 3GPP test specifications
                                                          **TSG RAN WG1        (Nokia)**

20/08/2004 14:45 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):**

**Decision:** This draft was approved as Tdoc R1-041053 and it was decided to continue the discussion also whether R99 or Rel.5 until RAN#38bis.

APLNDC-WH-A 0000010876

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

# 5.      Maintenance of R99, Rel4, Rel5, Rel6

## 5.1      R99 CRs + shadow CRs

There were no contributions to this Agenda Item.

## 5.2      Rel4 CRs + shadow CRs

<u>R1-040826</u>      **25222CR122(Rel-4, F)&CR123(Rel-5, A)&CR124(Rel-6, A): "Correction of symbol Xi defined in sub-frame segmentation step"           (Siemens)**
16/08/2004 09:57 Presented by Mr. Huang Xue Gang.

**Discussion (Question / Comment):** It was commented that there was no isolated impact analysis and how impacts was this CR.

**Decision:** This document was not approved and would be provided the revision with isolated impact analysis in <u>R1-041017</u>.

<u>R1-041017</u>      **25222CR122r1(Rel-4, F)&CR123r1(Rel-5, A)&CR124r1(Rel-6, A): "Correction of symbol Xi defined in sub-frame segmentation step"           (Siemens)**
20/08/2004 14:50 Presented by Mr. Huang Xue Gang.

**Decision:** This CR was approved.

<u>R1-040883</u>      **25.224CR132(Rel-4, F)&CR133(Rel-5, A)&CR134(Rel-6, A)    "Transmit diversity usage for beacon channels in LCR TDD"          (IPWireless, Interdigital, Siemens)**
16/08/2004 10;01 Presented by Mr. Ma Sha.

**Decision:** This document was approved.

<u>R1-040913</u>      **25224CR135(Rel-4, F)&CR136(Rel-5, A)&CR137(Rel-6, A): "Corrections of radio access procedure for 1.28Mcps TDD"           (Siemens AG, CATT)**
16/08/2004 09:15 Presented by Mr. Huang Xue Gang.

**Discussion (Question / Comment):** It was commented that RAN2 would discussed also same CR in Prague.

**Decision:** This document was approved with modification in the cover sheet (list RAN2 affected specification) in <u>R1-041018</u>.

<u>R1-041018</u>      **25224CR135r1(Rel-4, F)&CR136r1(Rel-5, A)&CR137r1(Rel-6, A): "Corrections of radio access procedure for 1.28Mcps TDD"           (Siemens AG, CATT)**

## 5.3      Rel5 CRs + shadow CRs

<u>R1-040839</u>          **25.214CR343r1(Rel-5, F)&CR344r1(Rel-6, A) "Clarification of minimum power limit"           (Panasonic)      (Revised <u>R1-040198</u>)**
16/08/2004110:20 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):**

**Decision:** This document would be looked at again in Joint session with RAN4 on Tuesday. (See Annex A)

<u>R1-041037</u>          **25.214CR343r2(Rel-5, F) CR344r2(Rel-6, A) "Clarification of minimum power limit"           (Panasonic)      (Revised <u>R1-040839</u>)**
20/08/2004 14:55 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):**

**Decision:** It was not clear if CR is need or not. It was decided to conclude discussion in RAN1#38bis

APLNDC-WH-A 0000010877

**3GPP TSG RAN WG1 Meeting #39**                  **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R1-040874**      **25.211CR191(Rel-5, F)&CR192(Rel-6, A) "Correction for the slot range of DL DPCCH power control preamble for CPCH"**        **(LG Electronics)**

16/08/2004 10:14 Presented by Mr. Hak-Seong Kim.

**Discussion (Question / Comment):** It was commented whether this CR should be for R99 or Rel.4, but it was decided that it was not necessary.

**Decision:** This document was approved.

## 5.4      Rel6 CRs + shadow CRs

**R1-040823**      **Introduction of a new Node B measurement 'DL Transmission Branch Load'**                  **(Siemens)**

16/08/2004 11:15 Presented by Dr. Joern Krause.

**R1-040824**      **CR147 to 25.215 v6.0.0 Introduction of 'DL Transmission Branch Load' measurement**                  **(Siemens)**

16/08/2004 11:23 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):** There were some questions about the situation in this Tdoc. It was commented that this Tdoc and CR should be discussed with RAN4 or RAN3 regarding diversity, power definition, Maximum power, in especially, power was the most impact to Node B.

**Decision:** It was decided that Tdoc R1-040823and R1-040824 would be discussed again with RAN4 on Tuesday. See Annex A.

**R1-040875**      **25.214CR349(Rel-6, F) "Clarification of SSDT uplink only signaling"**                  **(LG Electronics)**

16/08/2004 10:23 Presented by Mr. Hak-Seong, Kim.

**Discussion (Question / Comment):** It was commented whether this CR is necessary for Rel.5.

**Decision:** This document was technically endorsed. The CR was needed to provide the CR for Rel.5 also revised in Tdoc R1-041019.

**R1-041019**      **25.214CR349r1(Rel-6, F)&CR350(Rel-5, A) "Clarification of SSDT uplink only signaling"**                  **(LG Electronics)**

19/08/2004 15:10 Presented by Mr. Hak-Seong, Kim.

**Discussion (Question / Comment):**

**Decision:** This CR was approved. MCC will correct cover sheets (RE6 Cat F and appropriate WI code).

**R1-041059**      **25.214CR352r1(Rel-6, F)&CR353(Rel-5, A) "Clarification of SSDT uplink only signaling"**                  **(LG Electronics)**

**Decision:** The CR numbers of Tdoc R1-041019 was overlapped with other document. In order to cope with this problem, the new CR numbers (352 and 353) and Tdoc numner (R1-041059) were allocated by MCC after the meeting closed. R1-041059 was approved as the final version.

[Editor Note] Coffee Break in the morning.

## 5.5      Inputs for TS 34.108 + TR 25.993

**R1-040882**      **HS RAB combinations for testing**                  **(Ericsson)**

16/08/2004 11:47 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**

**Decision:** This document was noted

APLNDC-WH-A 0000010878

**3GPP TSG RAN WG1 Meeting #39**                                                   **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

<u>R1-040834</u>         **Inclusion of combinations of multiple radio bearers with HSDPA into TS**
                         **34.108**                                                **(Vodafone Group)**
16/08/2004 11:52 Presented by Mr. Yannick Le Pézennec.

**Discussion (Question / Comment):** It was commented that this topic should be treated in RAN2, but the chairman commented that there were some discussion points regarding this issue in RAN1. It was another commented there were overlaps and differences between this proposal and Ericsson's proposal, so they should be checked.

**Decision:** Regarding above two paper (<u>R1-040882</u> and <u>R1-040834</u>), it was decided that the offline discussion would be continued during this week and given the feedback to Vodafone and Ericsson again. This topic was treated again on Joint session with RAN2 on Thursday.


**Joint Session RAN1/RAN2 regarding "HSDPA RABs" was held on Thursday morning.**

**R2-041856**         **HSDPA RAB methodology**                                    **(Qualcomm)**
19/08/2004 11:30 Presented by Mr. Hector Vayanos.

**Discussion (Question / Comment):** It was commented that the link between 34.108/25.993 and the responsibility from T1, RAN2 or other groups should be carefully considered. However, it was also commented that for the very short future some very basic RAB combinations were needed to increase the HSDPA test coverage in 34.108, and are also needed in TR 25.993.
**Decision:** This document was noted, and there were the sentence revisions on this document as followed.

- On DL, all PS RABs will be mapped on the HS-DSCH.
  - When with voice /video, all PS-RABs mapped on HS-DSCH
  - When no voice/video, test 2 PS RABs on HS-DSCH or sprit DCH/HS-DSCH.
- Use MAC-d flow multiplexing to when of RABs on GHS-DSCH > 1 ~~allow the expansion of the number of RABs supported on HS-DSCH.~~
- On UL, a single transport channel is sufficient for supporting all PS RABs.
- Define RABs with support for MAC-d multiplexing on UL to allow the expansion of the number of RABs supported.
- For the PS RAB, support TTI durations of 10 and 20ms, and RLC PDU sizes of 336bits and 656bits.
- For the DCCH, use 20ms TTI instead of 40ms (no need to add a new DPCH RAB).
- Provide support for NB-AMR and 64kbps CS video on the associated DPCH.

**R2-041605**         **Inclusion of combinations of multiple radio bearers with HSDPA into TS**
                      **34.108**                                    **(Vodafone Group, Qualcomm)**
This document was already seen by the working groups separately (<u>R1-040834</u>).

**Discussion:** It was commented that there was an earlier discussion in RAN WG1 for the uplink rate (lower rates to be included or not), and also for e.g. video (restricting the TFC or not).

**Decision:** The conclusion was agreed, expect WB-AMR combination, which is FFS, 128kbps UL is FFS. Agreed to add 64kpbs support at the next meeting. RABs proposed to 25.993 may be given to T-Mobile. The updated CR on 34.108 is in tdoc R2-041810

Additional HSDPA RABs for inclusion into 25.993 have been proposed and presented in RAN2 (R2-041811). RAN1 chairman asked for review and input to RAN1 separately. The corresponding input for 25.993 is in R1-041038 from T-Mobile and was presented during the RAN1#38 meeting (also containing the "pointers" to the agreed RABs included from R2-041810). Due to time contains it was agreed that RAN1 will check the layer1 parameters in the September '04 RAN1#38bis meeting.


[Editor Note]   Lunch Break.

<u>R1-041038</u>         **Proposed addition for TR25.993**                         **(T-Mobile, Siemens, Nokia)**
20/08/2004 13:58 Presented by Mr. Dirk Kistowski from T-Mobile.

**Discussion:**

**Decision:** This document was noted. It was decided to be reviewed by RAN1 until RAN1#38bis.

APLNDC-WH-A  0000010879

**3GPP TSG RAN WG1 Meeting #39**                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## 5.6      Other

<u>**R1-040904**</u>          **Issues with Radio Link Synchronization**                     **(Ericsson)**
16/08/2004 14:13 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** There were some questions about A and B synchronization. It was commented that the document had two issue, one is Timing maintain handover and link synchronization.

**Decision:** This document was noted and more discussion was continued till next meeting.

APLNDC-WH-A 0000010880

**3GPP TSG RAN WG1 Meeting #39**                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 6.      MIMO

The overview of MIMO discussion was as followed.

It was agreed to use 6 sectors and 2Rx LMMSE as reference case for MIMO for MIMO studies shown in Tdoc R1-040981, and revised version R1-041022.

Regarding the system evaluation methodology, the ad hoc meeting was held to resolve the differences among delegates: Scheduler, UE speed model, traffic model, inclusion of HSDPA traffic models, modelling of overhead channels fixed/variable power, wrap-around. The report of the ad hoc meeting was distributed in Tdoc R1-041036.

## 6.1      TR 25.876 structure, MIMO requirements

**R1-040931          TR25.876 v.1.5.1     "Multiple-Input Multiple Output in UTRA"**
                                                        **(Editor : Lucent Technologies)**

16/08/2004 14:50 Presented by Mr. Teck Hu.

**Decision :** This document was approved as version 1.6.0 in Tdoc R1-041021.

**R1-040870          MIMO generic scheme and text proposal for the MIMO TR 25.876**
                                                                        **(Nortel Networks)**

16/08/2004 14:59 Presented by Mr. Hassan El Nahas.

**Discussion (Question / Comment):** It was commented about the difference form the Nokia proposal in Montreal meeting.

**Decision:** This document was noted. It was decided to have the offline discussion until Wednesday evening.

**R1-040915      Tx Diversity and MIMO**                                          **(Alcatel)**

16/08/2004 15:19 Presented by Mr. Stefan Russ.

**Discussion (Question / Comment):** It was commented that we need the definition of MIMO and TX Diversity.

**Decision:** This document was not approved and the text proposal was not included.

[Editor Note]Take break for coffee.

**R1-040905      MIMO Evolution Path requirements**                          **(Siemens)**

16/08/2004 16:20 Presented by Dr. Seyed H Mortazavi

**Discussion (Question / Comment):** It was commented that for time consuming we should have offline discussion before the conclusion.

**Decision:** This document was noted. It was decided to have the offline discussion until Wednesday evening.

**R1-040981      MIMO Reference Cases**                                          **(Nokia)**

16/08/2004 16:45 Presented by Mr. Jean-Philippe Kermoal.

**Discussion (Question / Comment):** It was commented that this reference cases were very useful.

**Decision:** It was agreed to use 6 sectors and 2Rx LMMSE as reference case for MIMO for MIMO studies.

It was decided to provide a TP after the offline discussion in Tdoc R1-041022.

**R1-041022      MIMO Reference Cases**                                          **(Nokia)**

19/08/2004 14:45 Presented by Jean-Philippe Kermoal.

**Discussion (Question / Comment): no**
**Decision:** This document was approved.

APLNDC-WH-A  0000010881

**3GPP TSG RAN WG1 Meeting #39**                                            **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

<u>R1-041050</u>      **TR25.876 v.1.6.1      "Multiple-Input Multiple Output in UTRA"**
                                                            **(Lucent Technologies)**

  **Decision**: This document was not available. It was decided to approval via email until August 31

# 6.2      System evaluation methodology

### R1-040982          Comments and TP on MIMO Compatibility Assessment
                                                            **(QUALCOMM Europe)**

16/08/2004 16:55 Presented by Mr. Hans Schotten. .

**Discussion (Question / Comment):**
**Decision:** It was decided to provide the revision after offline discussion in Tdoc <u>R1-041023</u> by Wednesday
evening.

### R1-041023          Comments and TP on MIMO Compatibility Assessment
                                                            **(QUALCOMM Europe)**

19/08/2004 14:55 Presented by Mr. Hans Schotten.

**Discussion (Question / Comment): no**
**Decision:** This document was approved.

### R1-040934          Text Proposal on MIMO System Simulation Evaluation Methodology
                                        **(Mitsubishi Electric Research Labs : MERL)**

16/08/2004 17:14 Presented by Dr. Neelesh B. Mehta.

**Discussion (Question / Comment):**

**Decision:** This document was noted.

### R1-040980      Text Proposal on System Setup for MIMO   (Nokia, TeliaSonera, T-Mobile)
16/08/2004 17:18 Presented by Mr. Jean-Philippe Kermoal.

**Discussion (Question / Comment):**

**Decision:** This document was noted. Regarding the above two proposal, it should be resolved the differences :
Scheduler, UE speed model, traffic model, inclusion of HSDPA traffic models, modelling of overhead channels
fixed/variable power, wrap-around. With regard to MIMO, we have more offline discussion and after Wednesday ,
we would check the discussion results.

# 6.3      MIMO Ad Hoc Meeting

  The Ad Hoc meeting for MIMO was held on Tuesday morning (17/08/2004). Participating companies: Alcatel, ETRI, T-
Mobile, Ericsson, Nokia, Siemens, TeliaSonera, Mitsubishi, Nortel, Huawei, Siemens, Lucent, Samsung, Qualcomm. R1-
040982, R1-040870, and R1-040905 were also discussed in the MIMO AdHoc meeting. The outcome of the discussions
was summarized in R1-041036.

### R1-041036          Summary from MIMO ad hoc meeting                        **(MIMO ad hoc)**

19/08/2004 14:50 Presented by Mr. Hans Schotten of Qualcomm on behalf of the ad hoc meeting

**Discussion (Question / Comment):** No
**Decision:** This summary was approved.

### R1-041034      Text proposal on System setup to MIMO                  **(MIMO ad hoc)**
19/08/2004 14: 58Presented by Dr. Neelesh B. Mehta on behalf of the ad hoc meeting.

**Discussion (Question / Comment):** It was commented about editorial revision.
**Decision:** The document was approved with addition of reference of [6] and correction "the reference cases " in
A.2.1.10.2. And also it was decided to continue discussion of particular proposals (with indication of gains) at
RAN1#39.

**The following documents were not treated.**

APLNDC-WH-A  0000010882

**3GPP TSG RAN WG1 Meeting #39**                                              **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| | | |
|---|---|---|
| R1-040820 | Modified per stream rate control for 2-antenna MIMO | (TI) |
| | | (=R1-040517) |
| R1-040821 | Text proposal for modified per stream rate control for 2-antenna | (TI) |
| (=R1-040518) | | |
| R1-040829 | Double-ASTTD with Sub-Group Rate Control | (Huawei Technologies) |
| R1-040830 | Text Proposal for Double-ASTTD with Sub-Group Rate Control | |
| | | (Huawei Technologies) |
| R1-040871 | CQI feedback for RC-MPD | (Nortel Networks) |
| R1-040920 | Spatial channel coding (SCC) for high throughput with a single receive antenna | |
| | | (Philips) |
| R1-040921 | Text Proposal for Spatial Channel Coding | (Philips) |
| R1-040868 | Further simulations on RC-MPD and comparison with PARC, DSTTD, and | |
| R'99 TxDiv | | (Nortel Networks) |
| R1-040869 | First MIMO Traffic simulations for RC-MPD and PARC with real channnnel | |
| estimation | | (Nortel Networks) |
| R1-040916 | 4Tx open-loop closed-loop (OL-CL) MIMO | (Alcatel) |
| | | (=R1-040521) |
| R1-040917 | Text Proposal for 4Tx open-loop closed-loop (OL-CL) MIMO | (Alcatel) |
| | | (=R1-040595) |
| R1-040930 | Performance aspects of advanced spectral processing MIMO receivers for | |
| multi-code reception | | (Fujitsu, Dune Srl) |
| R1-040986 | Comparison of D-ASTTD-SGRC and DSTTD-SGRC using full-queue system | |
| simulations | | (Huawei Technologies) |
| R1-040987 | Midamble Allocation and Channelistion Code Allocation Signaling to Support | |
| MIMO in UTRA TDD | | (IPWireless) (R1-040580) |
| R1-040988 | Text Proposal for MIMO TR 25.876 (Midamble Allocation and Code | |
| Allocation Signaling) | | (IPWireless) (R1-040581) |
| R1-040989 | Per Antenna Rate Control for UTRA TDD | (IPWireless) (R1-040582) |
| R1-041007 | Per-Stream Rate Control for LCR TDD_System Proposal and Initial Link | |
| Level Results | | (CATT) |
| R1-041011 | Fairness based multiuser MIMO scheduling | (Samsung) |
| R1-041012 | Antenna selection based MIMO | (Samsung & SNU) |
| R1-041013 | PU2RC Simulation | (Samsung & SNU) |
| R1-040990 | Text Proposal for MIMO TR 25.876 (MIMO Proposal for UTRA TDD) | |
| | | (IPWireless) (R1-040583) |

APLNDC-WH-A 0000010883

**3GPP TSG RAN WG1 Meeting #39**                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

# 7.  MBMS

The overview of discussion and conclusion about MBMS was as followed.

---

**1. MICH**

- General agreement with the approach of describing MICH in R1-040884. Proceed with drafting of RAN1 CRs.

- NI mapping (q formula): Take proposal in R1-040984 as working assumption, perform further simulations until RAN1#38bis regarding f(.) to confirm the performance.

- Inform other WGs about RAN1's decisions on MICH ( draft version in R1-041025, approved version in R1-041048).

- Version 1.4.1 of the TR 25.803 (in R1-041026). E-mail approval until August 30 (only Siemens TPs will be included. Qualcomm TPs will be proposed in a separate TP for approval)

**2. Other MBMS Layer 1 Specification**

Regarding MBMS L1 limitations, it was decided where RAN 1 could agree, and LS toRAN2/3/4 was made in Tdoc R1-041047

**3. UE Capability**

**Soft Combining**

As the following discussion point, the baseline for the further work to finalise soft combining was decided in Tdoc R1-041030, and also it was decided to continue discussion via reflector before RAN1#38bis.

Time multiplexing on TTI basis & (PhCH) soft combining?
- Allowing for different MTCH or MTCH and MCCH in different RL to be combined.
- Combining decision could be based e.g. on TFCI and/or scheduling information
- TFCI combining cannot be assumed a-priori. (more pessimistic TFCI power setting ? Or use single TF detection on each TrCH, fixed position and no TFCI bits)

Additionally, LS to RAN2 with specific questions related to the compromise proposal was decided in Tdoc R1-041052.

**4. MBMS UE performance requirements (Joint session with RAN4)**

See Clause 18 and Annex A.

---

**R1-040983       TR 25.803 v1.3.1**                              **(QUALCOMM Europe)**
        16/08/2004 17:41 Presented by Mr. Serge Willenegger.

    **Decision :** This document was approved as v1.4.0 in R1-041024.

**R1-041024       TR 25.803 v1.4.0**                              **(QUALCOMM Europe)**
**R1-041026       TR 25.803 v1.4.1**                              **(QUALCOMM Europe)**
        20/08/2004 16:40 Presented by Mr. Serge Willenegger.

    **Decision :** It was decided to approve via E-mail until August 30 (only Siemens TPs will be included. Qualcomm TPs will be proposed in a separate TP for approval)

**R1-040827     Simulation results for 1.28Mcps TDD MBMS**                    **(Siemens)**
                **(Revised R1-040441)**
        16/08/2004 17:44 Presented by Mr. Huang Xue Gang.

    **Decision:** This document was agreed for inclusion in TR.

APLNDC-WH-A 0000010884

**3GPP TSG RAN WG1 Meeting #39**                                                                **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R1-040828      Coverage Results for MBMS (1.28Mcps TDD): Updated Text Proposal for TR
                 25.803                                    (Siemens)  (Revised R1-040620)**
16/08/2004 17:46 Presented by Mr. Huang Xue Gang.

**Decision:** This document was agreed for inclusion in TR.

# 7.1      MBMS indicator channel (MICH)

**R1-040884      Draft CR for introduction of MICH in 25.21x          (QUALCOMM Europe)**
16/08/2004 17:52 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment): It was commented that there were some editorial errors.**
**Decision**: This document was noted

**R1-040867      MBMS notification procedure on MICH                        (Panasonic)**
16/08/2004 18:09 Presented by Mr. Frédéric Charpentier.

**Discussion (Question / Comment):** There are many comments and questions about the proposal notification
procedure from especially Qualcomm and NEC.
**Decision:** This document was noted

**R1-041015      Comments on MICH mapping proposal in R1-040867                     (NEC)**
16/08/2004 18:34 Presented by Mr. Thanh Bui.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040984      On NI mapping                                    (QUALCOMM)**
16/08/2004 18:41 Presented by Mr. Hector Vayanos.

**Discussion (Question / Comment):** There are many comments and questions from Panasonic. Regarding MICH,
NEC was objective to Panasonic, Panasonic was objective to Qualcomm.
**Decision:** This document was noted.

**R1-040848      On MICH mapping                                        (NEC)**
16/08/2004 19:05 Presented by Mr. Thanh Bui.

**Discussion (Question / Comment):** It was commented that in this situation, there are no progress, so take this
proposal as working assumption and analyse until next meeting whether it has any problem.
**Decision:** This document was noted.

**From the discussion about above contributions, the following conclusion was completed.**

**Conclusion about MICH**

- General agreement with the approach of describing MICH in R1-040884. Proceed with drafting of RAN1 CRs.

- NI mapping (q formula): Take proposal in R1-040984 as working assumption, perform further simulations until
  RAN1#38bis regarding f(.) to confirm the performance.

- Inform other WGs about RAN1's decisions on MICH ( in R1-041025).

- Version 1.4.1 of the TR 25.803 (in R1-041026).

[Editor Note] The first day was finished.

**R1-041025          [DRAFT] LS on introduction of the MICH in 25.21  (QUALCOMM)**
20/08/2004 12:25 Presented by Mr. Serge Willenegger.

**Decision:** The draft was approved in Tdoc R1-041048.

APLNDC-WH-A 0000010885

**3GPP TSG RAN WG1 Meeting #39**            **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## 7.2     Other MBMS L1 specification aspects

### R1-040840     MBMS L1 possible limitations           (Panasonic)
                                                  (Revised R1-040710)

17/08/2004 09:09 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):** There are many questions and comments for the issues describing in this contributions. It was commented that it was good idea to reduce unnecessary functions and BLER measurement of S-CCPCH was necessary. The question was asked what kind of scenario was assumed on BLER measuremsnts.

**Decision:** This document was noted. I was decided to make a draft LS to RAN2/3/4 with the points where RAN1 can agree on R1-041029.

### R1-041029     DRAFT Question on the impact of L1 limitations on MBMS   (Panasonic)

20/08/2004 11:35 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment): There were some comments and suggestion of sentence revision.**

**Decision:** The draft was approved with modifications in Tdoc R1-041047.

### R1-040918     Reordering of TTIs in MBMS           (Siemens)
                                                  (Revised R1-040775)

17/08/2004 09:51 Presented by Mr. Thomas Hindelang.

**Discussion (Question / Comment):** It was commented that MTCH level measurement was not really RAN1 matter and also the similar effect might be achievable by time shifting TX from Node B.

**Decision:** This document was noted. Only applicable for Soft Conbining depending on measurement time in UE. But, this topic is the higher layer issue, RAN1 could not agree at the moment. It was necessary to discuss with other RAN WG.

[Editor Note] Coffee break

## 7.3     UE capability definition (incl. macro-diversity)

### R1-040841     How MBMS UE capability is defined?           (Panasonic)
17/08/2004 14:39 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):** It was commented about the capability about reception of MTCH. It was commented that this contribution was not only for UE capability, some description fro network side was necessary.

The question was asked if 6.6 rule was applied. The answer to the question was that it was not necesarrt for S-CCPCH carrying MTCH.

**Decision:** This document was noted

### R1-040886     UE Capability for MBMS           (QUALCOMM Europe)
17/08/2004 14:52 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** There were some question and comments and also objections for the UE capability on this contribution. It was commented that soft combining buffer shoud be configured depending on the configured TTI and the other parameters.
**Decision:** This document was noted

### R1-040919     Further considerations on the UE capability for MBMS (FDD)    (Siemens)
### R1-041016     Further considerations on the UE capability for MBMS (FDD)    (Siemens)
                 (revised R1-040919)
17/08/2004 15:13 Presented by Mr. Thomas Hindelang.

**Discussion (Question / Comment):** .It was commented that 256kbps service and around 25% overhead should be claified.
**Decision:** This document was noted

APLNDC-WH-A 0000010886

**3GPP TSG RAN WG1 Meeting #39**                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

[Chairman's Note]   Discussion to continue on how to define the MBMS capability requirement

[Editor Note] Coffee break,

**Soft Combining**

**R1-040885       Soft combining aspects of MBMS                          (QUALCOMM Europe)**
17/08/2004 11:15 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** There were some comments and questions regarding the conditions and type for SC. The question was asked if S-CCPCH needed identical.
**Decision:** This document was noted

**R1-040998       MBMS Transport and Physical Layer Soft Combining         (Motorola)**
17/08/2004 11:28 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):** There are some comments about time relation and difference. It was commented that it should be discussed with RAN2 before decision.

**Decision:** This document was noted.

**Discussion Point for Soft Combining**

Time multiplexing on TTI basis & (PhCH) soft combining?

➢  Allowing for different MTCH or MTCH and MCCH in different RL to be combined.

➢  Combining decision could be based e.g. on TFCI and/or scheduling information

➢  TFCI combining cannot be assumed a-priori. (more pessimistic TFCI power setting ? Or use single TF detection on each TrCH, fixed position and no TFCI bits)

Draft a compromise proposal for LLR combining in (R1-041030)

Draft an LS to RAN2 with specific questions related to the compromise proposal in (R1-041031) Nortel

**R1-041030       Baseline for finalization of MBMS soft combining**
**(Qualcomm Europe, Motorola)**

20/08/2004 12:45 & 14:30 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** This document was agreed as baseline for the further work to finalise soft combining. It was decided to continue discussion via reflector before RAN1#38bis.

**R1-041031       Draft LS on questions on MBMS                          (Nortel Networks)**

20/08/2004 12:30 Presented by Ms. Evelyne Le Strat.

**Discussion (Question / Comment):**
**Decision:** This draft was approved with modifications (removal last two bullets + grammar) in Tdoc R1-041052 (cc: RAN3)

**R1-041002       Soft Combining for MBMS                          (Ericsson)**
17/08/2004 12:16 Presented by Dr. Stefan Parkvall.

The summary of discussion points was presented.

**Discussion (Question / Comment):**

**Decision:** This document was noted. It was decided to continue the discussion about timing different.

[Editor Note] Lunch break

**R1-040887       S-CCPCH performance with 256 kbps                          (QUALCOMM Europe)**
**(=R1-040716)**

15

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

17/08/2004 14:16 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** It was commnetd that the performance difference between 80 ms TTI and 40 ms TTI would become more large if we have taken into account the measurement gap
**Decision:** This document was noted. The simulation results on this contribution would be included in the TR.

**R1-040849**        **UE Capability**                                              **(NEC)**

# 7.4     MBMS UE performance requirements (joint with RAN4)

The report of this AI was described in clause 18 and also the draft report of RAN1/RAN4 Joint Session was distributed from WG4 secretary as shown in Annex A.

APLNDC-WH-A 0000010888

**3GPP TSG RAN WG1 Meeting #39**                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

# 8   FDD Enhanced Uplink

The overview of conclusion about this AI was as followed.

---

1. E-DPCCH structure
    Working assumption

        For 2ms TTI
            CDM
            Power requirement accounted for by E-TFC selection
        For 10ms TTI
            Either CDM (E-DPCCH same as for 2ms, e.g. 5 times repeated) or TDM (e.g. E-DPCCH same as for 2ms,
            time-mux in first 3 slots of E-DCH)
            Power requirements accounted for by E-TFC selection
            Additional ways of dealing with power limitation might be necessary
                ➔ Work on a 2ms coding structure can start already.
                ➔ Discussion on CDM/TDM for 10ms taken at RAN1#38bis
                ➔ No more simultaneously code channels will be added for E-UL

    Uplink signalling Information

        Transmission format and HARQ related information up to in the order of 10 bits
            E-TFRI [5] bites, Boost [1] bit, NDI[2-3]bits, TSN/RSN[0-3]bits, RV[0-2]bits
        Scheduling information up to in the order of 12 bits
            Rate request [1-5]bits, power info [4-5]bits, Buffer info [3-4]bits, time duration [0-5]bits
            assumed TFC for SHO [3-5]bits, QoS requirements [4]bis
2. E-DCH Timing

    Working assumption

        E-DCH timing is DPCH frame aligned.

---

**R1-040971        TR25.808 v0.0.3                                    (Nokia)**
        17/08/2004 16:23 Presented by Mr. Karri Ranta-aho.

        **Discussion (Question / Comment):**
        **Decision:** This document was approved as version 0.1.0 in Tdoc R1-041033

**R1-041033        TR25.808 v0.1.0                                    (Nokia)**

## 8.1       Basic E-DCH physical layer structure (Code mapping, E-DPCCH)

**E-DPCCH Structure**
■   **TDM**

**R1-040962        Proposal on RR, SI time multiplexing with HS-DPCCH        (NTT DoCoMo)**
        17/08/2004 16:32 Presented by Mr. Anil Umesh
        **Discussion (Question / Comment):** The question was asked what was the impact to HSDPA on this method. The
        answer to the question was that the proposal was to link with Rel-6.
        **Decision:** This document was noted.
**R1-040972        HSUPA Requirements for uplink signalling                (Nokia)**
        17/08/2004 16:52 Presented by Mr. Karri Ranta-aho.

        **Discussion (Question / Comment):**
        **Decision:** This document was noted.

APLNDC-WH-A  0000010889

**3GPP TSG RAN WG1 Meeting #39**                                            **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R1-040872**      **UL signalling for FDD enhanced UL**                     **(Nortel Networks)**
**R1-041004**      **UL signalling for FDD enhanced UL**    **(Nortel Networks) (Revised R1-040872)**

17/08/2004 17:03 Presented by Ms. Sarah Boumendil.

**Discussion (Question / Comment):** There was a question about the simulation assumption. It was commented that TDM might impact to PAR due to different gain factors. The question was asked that tailing was assumed or not. The answer to the question was that it's not a particular isuue.

**Decision:** This document was noted

**R1-040880**      **Uplink Signalling alternatives for FDD Enhanced Uplink**
                                                        **(Mitsubishi Electronic)**

17/08/2004 17:15 Presented by Mr. Michiaki Takanoy.

**Discussion (Question / Comment):**

**Decision:** This document was noted.

■ **CDM**

**R1-040956**      **Uplink Control Signaling**                                  **(Ericsson)**
17/08/2004 17:27 Presented by Dr. Stefan Parkvall.
**Decision:** This document was noted.

Mr. Chairman asked companies for their preference between TDM and CDM. NTT DoCoMo , Motorola, Nortel , Mitsubishi supports TDM approach, Other supports CDM approach. And then it was decided that we should have the offline discussion for this topic, and also come back in this week.
Regarding this topic, the discussion started again on Thursday afternoon, and as result of the discussion, the following conclusion could be obtained.

**Working assumption**

    For 2ms TTI
        CDM
        Power requirement accounted for by E-TFC selection
    For 10ms TTI
        Either CDM (E-DPPCH same as for 2ms, e.g. 5 times repeated) or TDM (e.g. E-DPCCH same as for 2ms, time-mux in first 3 slots of E-DCH)
        Power requirements accounted for by E-TFC selection
        Additional ways of dealing with power limitation might be necessary
        ➔Work on a 2ms coding structure can start already.
        ➔Discussion on CDM/TDM for 10ms taken at RAN1#38bis
        ➔No more simultaneously code channels will be added for E-UL

**Uplink signalling Information**

    Transmission format and HARQ related information up to in the order of 10 bits
            E-TFRI [5] bites, Boost [1] bit, NDI[2-3]bits, TSN/RSN[0-3]bits, RV[0-2]bits
    Scheduling information up to in the order of 12 bits
            Rate request [1-5]bits, power info [4-5]bits, Buffer info [3-4]bits, time duration [0-5]bits
            assumed TFC for SHO [3-5]bits, QoS requirements [4]bis

**E-DCH Timing**

**R1-040833**      **EDCH timing**                                      **(Huawei Technologies)**
19/08/2004 17:40 Presented by Ms. Ma Sha.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040843**      **Channel priority and uplink transmission timing**          **(Panasonic)**
19/08/2004 17:55 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):**

APLNDC-WH-A 0000010890

**3GPP TSG RAN WG1 Meeting #39**                                        **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**Decision:** This document was noted.

<u>R1-040890</u>        **TP on E-DCH Timing**                              **(QUALCOMM Europe)**
19/08/2004 18:00 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** It was commented that DPDCH alignmnet was better for TFC selection.
**Decision:** This document was noted.

Regarding E-DCH timing, many discussion were repeated. Nokia, Ericsson, Samsung, Motorola, and Lucent agreed with Qualcomm. In especially, Panasonic objected that E-DCH timing was DPDCH flame aligned.

Regarding this topic, the discussion started again on Friday afternoon, and Panasonic supported to the contribution, as result of the discussion, the following working assumption could be obtained.

**Working assumption**

E-DCH timing is DPCH frame aligned.

**The following documents were not treated.**

| | | |
|---|---|---|
| <u>R1-040943</u> | **Uplink signaling for E-DCH** | **(LG Electronics)** |
| <u>R1-040865</u> | **EUL scheduling: signalling support** | **(Samsung)** |
| <u>R1-040850</u> | **EUL physical channel code mapping** | **(Samsung)** |
| <u>R1-040888</u> | **OVSF code space for E-DCH** | **(QUALCOMM Europe)** |
| <u>R1-040889</u> | **TP on PhCh mapping of E-DCH** | **(QUALCOMM Europe)** |
| <u>R1-040941</u> | **Physical channel code mapping for E-DCH** | **(LG Electronics)** |
| <u>R1-040949</u> | **Secondary Pilot for E-DCH** | **(NEC)** |
| <u>R1-040955</u> | **System performance with low capability UE (2ms TTI vs 10ms TTI)** | |
| | | **(Panasonic)** |
| <u>R1-040957</u> | **Downlink Control Signaling** | **(Ericsson)** |
| <u>R1-041008</u> | **Simulations related to <u>R1-040962</u>** | **(NTT DoCoMo)** |

## 8.2      E-DCH TrCH processing (E-DCH channel coding aspects, self-decodable/non-self-decodable transmissions)

| | | |
|---|---|---|
| <u>R1-040855</u> | **HARQ: physical layer aspects** | **(Samsung)** |
| | | **(Revised <u>R1-040797</u>)** |
| <u>R1-040891</u> | **Choice of RV and code rates** | **(QUALCOMM Europe)** |
| <u>R1-040892</u> | **TP on IR versions** | **(QUALCOMM Europe)** |
| <u>R1-040893</u> | **Impact of SNR mismatch on turbo decoding** | **(QUALCOMM Europe)** |
| <u>R1-040894</u> | **Reference short-term link curves for 10ms TTI** | **(QUALCOMM Europe)** |
| <u>R1-040958</u> | **E-DCH Physical Layer Hybrid ARQ Processing** | **(Ericsson)** |

## 8.3      E-DCH transmit power issues (Power offsets, PAR)

In RAN1 #38, there was no time to treat this topic.

| | | |
|---|---|---|
| <u>R1-040831</u> | **Power adjustment of ACK/NACK signaling based on ACK/NACK error rate** | |
| | | **(Huawei Technologies)** |
| <u>R1-040859</u> | **Power control at the maximum power limit for EUL** | **(Samsung)** |
| <u>R1-040909</u> | **EUL Power Requirements** | **(Motorola)** |
| <u>R1-040927</u> | **Retransmission Power Optimisation** | **(Siemens)** |
| <u>R1-040928</u> | **E-DCH HARQ with Power Offset** | **(Siemens)** |
| <u>R1-041005</u> | **Traffic to Pilot Ratio Settings and Pilot Powers for EDCH** | |
| | | **(Lucent Technologies)** |

APLNDC-WH-A 0000010891

**3GPP TSG RAN WG1 Meeting #39**                                                                **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## 8.4      Signalling support for HARQ

In RAN1 #38, there was no time to treat this topic.

| | | |
|---|---|---|
| R1-040832 | Downlink Signalling Mapping of ACK and NACK | (Huawei Technologies) |
| R1-040837 | DL ACK structure | (Via Telecom) |
| R1-040838 | DL ACK Selection | (Via Telecom) |
| R1-040842 | Number of simultaneous reception of Acks in SHO | (Panasonic) |
| R1-040862 | RV Signalling | (Samsung) |
| R1-040895 | E-TFICH performance with synchronous HARQ | (QUALCOMM Europe) |
| R1-040896 | E-TFICH performance with asynchronous HARQ | (QUALCOMM Europe) |
| R1-040897 | HARQ channel mapping in DL | (QUALCOMM Europe) (=R1-040723) |
| R1-040922 | Interaction between Enhanced Uplink and Compressed Mode | (Philips) (Revised R1-040770) |
| R1-040923 | HARQ in SHO for Enhanced Uplink | (Philips) (Revised R2-041286) |
| R1-040942 | Signaling to support 2 ms and 10 ms TTIs for E-DCH | (LG Electronics) |
| R1-040944 | Principles of downlink ACK/NACK signaling for E-DCH | (LG Electronics) |
| R1-040952 | HARQ Downlink Signalling | (NEC) (R1-040742) |
| R1-040973 | Implicit Redundancy Version for IR HARQ Scheme | (Nokia) (=R1-040752) |
| R1-040974 | HSUPA HARQ ACK/NACK signalling performance | (Nokia) |

## 8.5      Signalling support for Scheduler

In RAN1 #38, there was no time to treat this topic.

| | | |
|---|---|---|
| R1-040844 | Uplink power signalling information for the scheduling | (Panasonic) |
| R1-040854 | Uplink signalling for Node B controlled scheduling | (Samsung) (Revised R1-040696) |
| R1-040856 | Downlink control channel structure | (Samsung) (Withdrawn) |
| R1-040857 | System level performance with   periodic TPS reporting | (Samsung) |
| R1-040879 | Signalling for primary Node-B selection in SHO | (Mitsubishi Electric) |
| R1-040912 | Multi-step rate scheduling and synchronization scheme | (Alcatel Shanghai Bell) |
| R1-040924 | Node B controlled scheduling in soft handover | (Philips) (Revised R2-041286) |
| R1-040932 | Principles of scheduling for enhanced uplink | (Fujitsu) |
| R1-040933 | Node B controlled scheduling in soft handover | (Fujitsu) |
| R1-040945 | Timing of downlink signaling with 10 ms TTI for E-DCH | (LG Electronics) |
| R1-040953 | Robust Signalling in Rate Scheduling  (NEC)   (R1-040740) (Not Available) | |
| R1-040968 | UL Signalling overhead for node B scheduling in SHO | (Siemens) (Revised   R1-040788) |
| R1-040969 | DL Signalling overhead for node B scheduling | (Siemens) (Revised   R1-040787) |
| R1-040975 | HSUPA Signalling aspects of the rate scheduling | (Nokia) (=R1-040750) |
| R1-040999 | Signalling framework for Enhanced Uplink scheduling | (Fujitsu) |
| R1-041001 | E-DCH scheduling method in SHO | (Panasonic) (withdrawn) |
| R1-041009 | RoT information broadcast as auxiliary information | (Panasonic) |
| R1-041010 | Signaling for E-DCH Scheduling - Text proposal | (Fujitsu) |
| R1-040976 | HSUPA Downlink scheduling signalling performance | (Nokia) |

APLNDC-WH-A 0000010892

**3GPP TSG RAN WG1 Meeting #39**                                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| R1-040852 | Selection of primary scheduling Node B in SHO | (Samsung) |
| | | (Revised R1-040691) |
| R1-040908 | Time and Rate scheduler for Enhanced Uplink | (Motorola) |
| R1-040910 | Signalling Support for EUL | (Motorola) |
| R1-040914 | Target RoT control methods for HSUPA | (Panasonic) |
| | | (Revised R1-040780) |
| R1-040907 | Rate Contol Scheduler for Enhanced Uplink | (Motorola) |
| R1-040911 | Outer loop power control for EUL | (Motorola) |

APLNDC-WH-A 0000010893

**3GPP TSG RAN WG1 Meeting #39**                                        **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 9   Joint session on FDD Enhanced uplink with RAN2

RAN1/2 Joint Session on this topic started at 09:00 on Wednesday (18/08/2004). The overview of conclusion was as
followed. The draft report of this Joint Session was distributed from WG-RAN2 secretary. (The draft report could be
obtained on FTP server of 3GPP home page).

---

**1. HARQ Principles (Synchronous v.s. Asynchronous retransmissions, SHO operation)**

- Synchronous repetitions
- How many processes: to be discussed with Lucent paper
  - ➤ 3 / 4 processes in 10 ms TTI
  - ➤ 5 / 6 processes in 2 ms TTI
- Transmission up to n times, Network parameter, or more complex…, per MAC-d flow (diff
  parameters for diff QoS support)…
- Beta factors up to Nw.
- Fixed or dynamic or diff for transmission and re-transmission, etc.
- IR agreed in RAN1 Redundancy versions taken in a given order, with first transmission always self-
  decordable. Retransmissions may not be self-decordable. Number of RVs to cycle use is controlled by
  the NW and may be different for different TFRCs.
- No need to recoginize the Node-B from upper layers when moving in/out SHO) however, Node-B
  may have SHO status via SHO indicator). UE selects E-TFC. RV for certain E-TFC may be linked to
  CFN, some explicitly signalled for other E-TFC(How and where TBD)


**2. Scheduling principles**

 It is proposed to agree on the following items as a basis for the scheduling schemes supported by the E-DCH:
- The scheduling grant controls the maximum allowed:
  - o E-DPDCH/DPDCH power ratio.
  - o e-TFC index.
  - o E-DPDCH+DPDCH/DPCCH power ratio.
  - o other
    - ▪ This is used only in e-TFC selection algorism.
  - **(RAN1 to initiate the work. RAN2 to conclude)**
- All grants are deterministic.
- Grants sent on the shared channel are supported. Grants can be valid for one UE, for a groups of UEs
  sharing a common QoS attribute, or all UEs.
  - o These are absolute scheduling grants.
  - o These grants can have an associated duration.
- Dedicated grants can have an associated validity.
- Scheduling grants can be sent once per TTI  or less frequently?
- A shared channel is used to transmit the absolute scheduling grants.
- The absolute scheduling grant contains at least the identity of the UE (except if sent all UEs)(or group
  of UEs) for which the grant is intended and the maximum resources the UE(s) may use.
- Relative grants (updates) are supported as a complement to absolute grants.
  - o Dedicated resources are used to transmit relative grants to each UE. This is on the same
    channel as the ACK/NACK.
- The relative grant consists of a TBD bits.
- How UE combines absolute and relative grants is FFS.   **(RAN1 to initiate the work)**
- Soft handover(SHO) is FFS **(RAN1 and RAN2 to initiate the work)**
  - o Some information from all cells from E-DCH active set have to be taken into account. But
    What?
- Retransmissions handling vs scheduler grants is FFS. **(RAN1 to initiate the work)**

---

APLNDC-WH-A 0000010894

**3GPP TSG RAN WG1 Meeting #39**                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R2-041408        Agenda of the RAN1-RAN2 joint session                    (Chairman)**

## 9.1      HARQ principles: Synchronous vs asynchronous retransmissions, SHO operation (continuation of discussion from joint RAN1/RAN2 session in Cannes)

**R1-040898        Impact of asynchronous HARQ                        (QUALCOMM Europe)**
18/08/2004 09:15 Presented by Ms. Jelena Damnjanovic.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R2-041620        E-DCH HARQ delay; synchronous versus asynchonous retransmission**
                                                                          **(Ericsson)**

18/08/2004 09:45 Presented by Mr. Sven Ekemark.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R2-041589        E-DCH - Comparison of process modes for HARQ          (Siemens)**
18/08/2004 10:0 Presented by Mr. Thomas Stadler.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040864        HARQ principle                                        (Samsung)**
18/08/2004 10:15 Presented by Dr. Juho Lee.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040940        HARQ Processes for 2ms and 10ms              (Lucent Technologies)**
18/08/2004 11:25 Presented by Mr. Teck Hu.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040906        Fully sychronous HARQ and reliable signaling in SHO      (Motorola)**
18/08/2004 09:15 Presented by Mr. Robert Love.
**Discussion (Question / Comment):**
**Decision:** This document was noted.


After discussion for the above 6 contributions, WG1/WG2 Chairman summarised about HARQ as followed.

- Synchronous repetitions
- How many processes: to be discussed with Lucent paper
  - ➢  3 or 4 processes in 10 ms TTI
  - ➢  5 or 6 processes in 2 ms TTI
- Transmission up to N times, Network parameter, or more complex…, per MAC-d flow (diff parameters for diff QoS support)…
- Beta factors up to NW.
- Fixed or dynamic or diffirent for transmission and re-transmission, etc.
- IR agreed in RAN1 Redundancy versions taken in a given order, with first transmission always self-decordable. Retransmissions may not be self-decordable. Number of RVs to cycle use is controlled by the Nw and may be different for different TFRCs.
- No need to recoginize the Node-B from upper layers when moving in/out SHO) however, Node-B may have SHO status via SHO indicator). UE selects E-TFC. RV for certain E-TFC may be linked to CFN, some explicitly signalled for other E-TFC(How and where TBD)


**The following documents were not treated.**

**R1-040876        Multiple number of SAW ARQ processes                (Mitsubishi Electric)**
**R1-040899        TP on synchronous/asynchronous HARQ                (QUALCOMM Europe)**
**R1-040938        System Performance with IR/Chase                (Lucent Technologies)**
**R1-040939        SHO Operation for EDCH                          (Lucent Technologies)**

APLNDC-WH-A  0000010895

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

<u>R1-040948</u>      **HARQ signalling in Soft Handover**                              **(NEC)**
<u>R2-041628</u>      **Robust HARQ**                                           **(NEC, Telecom Modus)**

## 9.2     Scheduling principles (continuation of discussion from joint RAN1/RAN2 session in Cannes)

<u>R1-040959</u>        **E-DCH Scheduling - Way Forward**                        **(Ericsson)**
18/08/2004 15:00 Presented by Dr. Stefan Parkvall.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

<u>R1-040900</u>      **Scheduling for EUL**              **(QUALCOMM Europe)**    (<u>R1-040728</u>)
18/08/2004 16:55 Presented by Ms. Jelena Damnjanovic.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

<u>R1-040978</u>        **HSUPA Dynamic Step Adjustment for Node B Controlled Scheduling**
                                                              **(Nokia)**

18/08/2004 17:25 Presented by Mr Sebir.
**Discussion (Question / Comment):**
**Decision:** This document was noted.


After discussion for the above contributions, WG2/WG1 Chairman summarised about Scheduling as followed based on Tdoc <u>R1-040959</u>.

It is proposed to agree on the following items as a basis for the scheduling schemes supported by the E-DCH:
- The scheduling grant controls the maximum allowed ~~E-DPDCH/DPCCH power ratio.~~
  - E-DPDCH/DPDCH power ratio
  - e-TFC index
  - E-DPDCH+DPDCH/DPCCH power ratio
  - other
    - This is used only in e-TFC selection algo
- All grants are deterministic.
- ~~Dedicated~~ grants  sent on the shared channel ~~(grants applicable on a per-UE basis)~~ are supported. ~~Grants applicable for groups of UEs can be considered as a complement.~~ Grants can be valid for one UE, for a groups of UEs, or all UE
  - These are absolute scheduling grants.
  - These grants can have an associated duration
- Dedicated grants can have an associated validity
- Scheduling grants can be sent once per TTI  or less frequently?
- ~~Absolute scheduling grants are supported.~~
- A shared channel is used to transmit the absolute scheduling grants.
- The absolute scheduling grant contains at least the identity of the UE (or group of UEs) for which the grant is intended and the maximum resources the UE(s) may use.
- Relative grants (updates) are supported as a complement to absolute grants.
  - Dedicated resources are used to transmit relative grants to each UE. This is on the same channel as the ACK/NACK ~~Dedicated resources are used to transmit relative grants to each UE.~~
- ~~The relative grant consists of a single (binary or ternary) bit.~~ The relative grant consists of a TBD bits
- ~~Absolute grants have priority higher than (or equal to) relative grants in non-SOHO situations.~~ How UE combines absolute and relative grants I FFS
  - ~~A single cell (serving cell) is responsible for the absolute grants in soft handover. The cell with the best (long-term) downlink quality is the serving cell (same as for HSDPA).~~
- SHO is FFS
  - Some information from all cells from E-DCH active set have to be taken into account. But What ?
- ~~The UE obeys any changes in the E-DPDCH/DPCCH power ratio also for retransmissions handling vs scheduler grants is FFS.~~
- ~~A scheduling request sent in the uplink consisting of (at least) one bit is supported.~~

APLNDC-WH-A  0000010896

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

Regarding the continued discussion about the scheduling, RAN1 would be finish at the September meeting and input to RAN2 October meeting, and finally RAN1/RAN2 would complete the discussion at November meeting.

| | | |
|---|---|---|
| **R1-040963** | **Configurable Cell Level Rate Controller for EUL** | **(NTT DoCoMo)** |
| **R1-040964** | **Autonomous Rate Ramping for Cell Level Rate Control** | **(NTT DoCoMo)** |

18/08/2004 18:33 Presented by Mr. Masafumi Usuda. He gave the summary of 0963 and 0964 and claimed that is depicted in figure 4 and 5 of this document.

**R2-041617    E-DCH HARQ protocol                                            (Ericsson)**
18/08/2004 19:35 Presented by Dr. Stefan Parkvall.

**Decision:**    This document was noted.

**R2-041650    Discussion document on PHY/HARQ requirements        (Qualcomm)**
18/08/2004 20:10 Presented by Mr. Hector Vayanos.

**Decision:**    This document was noted.

**R2-041727    Mapping of SRB with HSUPA                              (Nortel Networks)**
18/08/2004 20:20 Presented by Mr. Denis Fauconnier on behalf of Nortel.

**Decision:**    This document was noted.


The following documents were not treated.

| | | |
|---|---|---|
| **R1-040845** | **Comparison on the scheduling points on coding chain** | **(Panasonic)** |
| | **(Revised R1-040711)** | |
| **R1-040851** | **Node B controlled scheduling** | **(Samsung)** |
| **R1-040853** | **System level performance with various scheduling schemes** | **(Samsung)** |
| **R1-040858** | **System level performance with SHO scheduling** | **(Samsung)** |
| **R1-040860** | **Overall RoT management strategy** | **(Samsung)** |
| **R1-040877** | **Primary Node-B Selection by UE in SHO** | **(Mitsubishi Electric)** |
| **R1-040878** | **Primary Node-B Selection in SHO** | **(Mitsubishi Electric)** |
| **R1-040881** | **Consideration to Autonomous Transmission on E-DCH** | **(Mitsubishi Electric)** |
| | | **(=R1-040680)** |
| **R1-040901** | **System performance with T&R scheduling and load control** | |
| | | **(QUALCOMM Europe)** |
| **R1-040929** | **Adjustment of Scheduling Timing by UE** | **(Siemens)** |
| **R1-040936** | **Scheduling Schemes for EDCH** | **(Lucent Technologies)** |
| **R1-040937** | **Scheduling Performance for EDCH** | **(Lucent Technologies)** |
| **R1-040946** | **Node B scheduling with transmit power restriction for E-DCH** | |
| | | **(LG Electronics)** |
| **R1-040950** | **Per Priority Queue basis Rate Scheduling** | **(NEC)    (R1-040739)** |
| **R1-040960** | **On Scheduling Delays** | **(Ericsson)** |
| **R1-040961** | **E-DCH Autonomous Transmissions** | **(Ericsson)** |
| **R1-040965** | **Considerations on Enhanced Uplink Scheduling Options** | **(Siemens)** |
| **R1-040966** | **Uplink signalling for E-DCH scheduling based on predicted TFC** | **(Siemens)** |
| | | **(=R1-040785)** |
| **R1-040967** | **Efficient scheduling in SHO by means of UE feedback** | **(Siemens)** |
| | | **(Revised    R1-040786)** |
| **R1-040977** | **1-bit Rate Request/Rate Grant Scheduling Signalling** | **(Nokia)** |
| **R1-040985** | **Position on scheduler design parameters** | **(QUALCOMM Europe)** |
| **R2-041629** | **Position on scheduler design parameters** | **(NEC, Telecom Modus)** |
| **R2-041641** | **Node B controlled scheduling in soft handover** | **(Philips)** |

APLNDC-WH-A  0000010897

**3GPP TSG RAN WG1 Meeting #39**                                                   **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## 9.3      Outer loop power control aspects

In RAN1 #38, there was no time to treat this topic.

R1-040863  E-DCH outer loop power control      (Samsung)
R1-040947  Outer loop power control aspects of E-DCH  (LG Electronics)
R1-040951  Outer Loop power control in E-DCH   (NEC)  (R1-040738)
R2-041618  E-DCH outer loop power control      (Ericsson)
R2-041630  Outer Loop Transmission Power Control in Enhanced Uplink
                       (NEC, Telecom Modus)

## 9.4      Physical layer model and physical layer error requirements

In RAN1 #38, there was no time to treat this topic.

R1-040866  Error requirements of scheduling grants   (Samsung)
R1-040902  HARQ states for EUL    (QUALCOMM Europe) (=R1-040730)
R1-040903  EUL Requirements     (QUALCOMM Europe) (=R1-040731)

R1-040861  Autonomous transmission with TDM approach  (Samsung)
R1-040954  Filtering on E-DCH TFCS    (NEC)  (R1-040741)
R2-041461  TR text proposal on Basic physical layer structure (Nortel)
R2-041519  QoS and Scheduling Principles in HSUPA  (Nokia)
R2-041621  Principles of scheduling for enhanced uplink  (Fujitsu)
R2-041622  Signalling framework for enhanced uplink scheduling (Fujitsu)
R2-041729  Node-B scheduler architecture proposal  (Nortel)

APLNDC-WH-A 0000010898

**3GPP TSG RAN WG1 Meeting #39**         **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 10  Other issues for joint discussion with RAN2

RAN1/2 Joint Session on this topic started at 08:30 on Thursday (19/08/2004). The overview of conclusion was as followed. The draft report of this Joint session was distributed from WG-RAN2 secretary. (The draft report could be obtained on FTP server of 3GPP home page).

---

**UL-TDOA**

R2-041726  was a first proposal for a Study Item description sheet. This document was in some parts written as a WI (e.g. including a draft CR). The output of a Study Item should however be primarily a Technical Report, that is, should not be specific to a technology. It was decided that a WI description sheet would be proposed instead (TS 25.331 will be removed in the affected specifications).

In response to questions from the RAN1 chair, it was confirmed by TruePosition that there would be no modification to the physical layer in the UE or NodeB (e.g. no modification to power control behaviour), hence there would be no work to be done in RAN1. This was the reason that no study phase would be required from RAN1 perspective.

This was proposed to be specific to FDD by the RAN2 chairman although there was disagreement on this aspect. IPWireless expressed their concerns with this decision, commenting that there was no technical justification for this restriction. Resolution on this aspect was not found" Proposed completion date: RAN#32. (The new proposed WI description sheet was in R2-041857).

---

## 10.1    Review of UL-TDOA Study Item description

**R2-041413**       **PowerPoint presentation to accompany #2, proposed Inclusion of U-TDOA UE positioning method in the UTRAN specifications SI**      **(TruePosition)**

19/08/2004 08:40 Presented by Mr. Rob Anderson.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R2-041726**       **Inclusion of U-TDOA UE positioning method in the UTRAN specifications Study Item Request**      **(TruePosition)**

19/08/2004 09:25 Presented by Mr. Rob Anderson.

**Discussion (Question / Comment):** There was some discussion on how the process can be handled, especially in about the output from SI (Feasibility Study ). Supposing the SI is going to be approved in September TSG, the earliest closing date is December 2004, which TruePosition and the supporters see too late.

The consequence was to modify the objectives and output statements of the draft SJD to fit into the current practice of 3GPP working procedures i.e., instead of including the techniques into the specifications. The sentence of objection was revised as followed "The objective this study item is to study enhanced network based positioning methods for FDD, without the need for modifying UEs and Node B and thus is compatible with existing UEs and Node Bs"

**Decision:** A WI description sheet will be proposed instead (TS 25.331 will be removed in the affected specifications). In response to questions from the RAN1 chair, it was confirmed by TruePosition that there would be no modification to the physical layer in the UE or NodeB (e.g. no modification to power control behaviour), hence there would be no work to be done in RAN1. This was the reason that no study phase would be required from RAN1 perspective.

It was proposed by the WG2 chairman that this should be specific to FDD. IPWireless expressed their concerns with this decision, commenting that there was no technical justification for this restriction. Resolution on this aspect was not found". Proposed completion date: RAN#32. (the new proposed WI description sheet is in R2-041857).

**R2-041412**       **Proposed Inclusion of U-TDOA UE positioning method in the UTRAN specifications Study Item**      **(TruePosition)**

**Decision:** This document was noted without presentation.

APLNDC-WH-A  0000010899

**3GPP TSG RAN WG1 Meeting #39**                                              **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## 10.2    Use of secondary scrambling code for IMS

### R1-040935    Secondary Scrambling Code for IMS                    (Siemens)

19/08/2004 10:10 Presented by Dr. Przemyslaw CZEREPINSKI.

**Discussion (Question / Comment):** There were some discussions whether the secondary scrambling code on this contribution was proper. The question was asked what channelization code was used. The answer to question was that one chanelization code was used and different acrambling code was used.

**Decision:** This document was noted.

### R2-041523    Considerations on Single CCTrCH multi-code solution for IMS over radio
**(Nortel Networks)**

19/08/2004 10:40 Presented by Ms. Sarah Boumendil

**Discussion (Question / Comment):**

**Decision:** This document was noted.

After the discussion about above contributions, Mr. RAN1 Chairman commented that the discussion point seems to be more focused on to a RAN1 issue.

### R2-041524    Considerations on Multiple-CCTrCH solution for IMS over radio
**(Nortel Networks)**

[Editor Note]Coffee break

APLNDC-WH-A 0000010900

**3GPP TSG RAN WG1 Meeting #39**                                                        **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 11 Uplink Enhancements for UTRA TDD

**R1-040819      TR 25.804 "Uplink Enhancements for UTRA TDD" v0.2.1          (InterDigital)**
20/08/2004 08:45 Presented by Ms. Liliana Czapla.

**Discussion (Question / Comment):** No.
**Decision:** This document was approved as version 0.3.0 in Tdoc R1-041041.

**R1-040846      Geometry Distribution for LCRTDD                              (Samsung)**
20/08/2004 08:50 Presented by Mr. Sun Chengjun.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040847      Impact of Downlink Signalling for EUCH in LCRTDD             (Samsung)**
20/08/2004 08:55 Presented by Mr. Sun Chengjun.

**Discussion (Question / Comment):** There are some comments.
**Decision:** This document was noted.

**R1-040991      Intra-frame Code Hopping for EU-TDD and Text Proposal for 25.804**
**(IPWireless)**

20/08/2004 08:58 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**

**Decision:** It was decided to include TP with a note that applicability of the scheme for 1.28Mcps TDD is FFS.

**R1-040992      HARQ Performance for TDD Enhanced Uplink and Text Proposal for 25.804**
**(IPWireless)**

20/08/2004 09:10 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):** No.

**Decision:** This TP was agreed.

**R1-040993      Power Control for TDD Enhanced Uplink and Text Proposal for 25.804**
**(IPWireless)**
**R1-041035      Power Control for TDD Enhanced Uplink and Text Proposal for 25.804**
**(IPWireless) (Revised R1-040993)**

20/08/2004 09:15 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**

**Decision:** This TP was agreed.

**R1-041006      Modulation for TDD Enhanced Uplink and Text Proposal for 25.804**
**(IPWireless) (Withdrawn)**

APLNDC-WH-A 0000010901

# 12 Analysis of higher chip rates for UTRAN evolution (TDD)

**R1-041000**          **TR25.895 v1.3.4: Analysis of Higher Chip Rates for UTRA TDD Evolution**
                                                                                     **(IPWireless)**

20/08/2004 09:25 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):** No.

**Decision:** This document was approved as version 1.4.0 in Tdoc <u>R1-041042</u>.

**R1-040994          System Simulation Results for Release 99 type channels for TR25.895 (with text proposal)                                                    (IPWireless)**
**R1-041027          System Simulation Results for Release 99 type channels for TR25.895 (with text proposal)                        (IPWireless) (Revised <u>R1-040994</u>)**

20/08/2004 09:30 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):**

**Decision:** This TP was agreed to include in the TR with modification in the last sentence "two 3.84Mcps systems.."

**R1-040995          Text Proposal for Application to 3GPP systems and services  (IPWireless)**

20/08/2004 09:35 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):** There were some comments.

**Decision :** This document was revised wording in Tdoc <u>R1-041043</u>.

**R1-041043          Text Proposal for Application to 3GPP systems and services
                                         (IPWireless) (Revised <u>R1-040995</u>)**

20/08/2004 14:25 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):**

**Decision :** This document was approved.

**R1-040996          Text Proposal for Conclusion to TR25.895                     (IPWireless)**
**R1-041028          Text Proposal for Conclusion to TR25.895   (IPWireless) (Revised <u>R1-040996</u>)**

20/08/2004 09:45 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):** There are many comments and suggestions about the conclusion, most of all, the conclusion should be more summarized and more simplified. The addition of WI proposal in recommendation was not supported from some companies.

**Decision:** This document was revised regarding conclusions for <u>R1-041044</u>. RAN1 does not agree to recommend the creation of a WI decision is up to RAN.

**R1-041044          Text Proposal for Conclusion to TR25.895   (IPWireless) (Revised <u>R1-04028</u>)**

20/08/2004 14:25 Presented by Dr. Martin Beale.

**Discussion (Question / Comment):**

**Decision :** This documents was approved. Additionally, it was decided that Update TR v.1.4.1 in Tdoc R1-041051 would be provided on the reflector, and E-mail approval deadline would be August 30.

APLNDC-WH-A 0000010902

**3GPP TSG RAN WG1 Meeting #39**                                                                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 13 Improvement of inter-frequency and inter-system handover measurements

<u>R1-040822</u>    **Proposal for multiframe compressed mode by puncturing and unequal frame
segmentation                                                            (Mitsubishi Electric: MMCE)**
20/08/2004 15:10 Presented by Mr. Mickael Bouyaud.

**Discussion (Question / Comment):** Some companies took objection to the contribution with comment of more
detail investigation.
**Decision:** This document was noted. In current contribution, there is no backward compatibility in SHO. It was
decided to continue discussion and proposal.

<u>R1-040979</u>    **On channelisation code sharing during compressed mode          (Nokia)**
20/08/2004 15:40 Presented by Mr. Karri Ranta-aho.

**Discussion (Question / Comment):** Mr. Chairman suggested that it was necessary to discuss more about coding
save gain.
**Decision:** RAN1 could not conclude on a significant code saving gain. Raise question to RAN whether further
work on compressed mode enhancements is useful in RAN1.

APLNDC-WH-A 0000010903

**3GPP TSG RAN WG1 Meeting #39**                                                              **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

# 14      Optimisation of downlink channelisation code utilisation (FDD)

In RAN1 #38, there was no time to treat this topic.

<u>**R1-040825**</u>      **Concerns on Fractional DPCH Concept**                          **(Siemens)**
                             **(Revised from <u>R1-031227</u>)**
<u>**R1-040873**</u>      **Power control for F-DPCH**                                        **(Nortel Networks)**

---

# 15      Optimisation of downlink channelisation code utilisation (TDD)

In RAN1 #38, there was no time to treat this topic.

<u>**R1-040997**</u>            **Downlink Code Resource Optimisation for TDD HSDPA**          **(IPWireless)**

APLNDC-WH-A 0000010904

**3GPP TSG RAN WG1 Meeting #39**          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 16      HSDPA ACK/NACK enhancements (Discussion is limited to coverage improvement and decoder complexity aspects)

**R1-040925**      **Implementation complexity of ACK/NACK performance improvement (including CR to 25.899)**      **(Philips)**

20/08/2004 16:15 Presented by Dr. Tim Moulsley.

**Discussion (Question / Comment):**

**Decision:** This Draft CR was endorsed. It was decided to provide official CR (number #1) on the reflector by August 27 in Tdoc R1-041054 and approve on E-mail until August 31.

**R1-040926**      **Effect of PRE/POST scheme on HSDPA cell coverage (including CR to 25.899)**      **(Philips)**

**R1-041032**      **Effect of PRE/POST scheme on HSDPA cell coverage (including CR to 25.899)**      **(Philips) (Revised R1-040926)**

20/08/2004 16:35 Presented by Dr. Tim Moulsley.

**Discussion (Question / Comment):**

**Decision:** This Draft CR was endorsed. It was decided to provide official CR (number #2) on the reflector by August 27 in Tdoc R1-041055 and approve on E-mail approval until August 31.

APLNDC-WH-A 0000010905

**3GPP TSG RAN WG1 Meeting #39**                                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# 17    Other issues

In RAN1 #38, there was no time to treat this topic.

**R1-040970        HSDPA Code Allocation/Measurement per Cell Portion**              **(Nokia)**

# 18    Joint session RAN1 & RAN4

RAN1/4 Joint Session started at 18:30 on Tuesday (17/08/2004).
The draft report of this Joint session was distributed from WG-RAN4 secretary as shown in Annex A.

## 18.1    Rel5/Rel CRs

**R4-040536        Requirement on UE minimum output power when transmitting HS-DPCCH**

**(QUALCOMM Europe)**

17/08/2004 18:33 Presented by RAN4 Qualcomm delegate.
**Discussion (Question / Comment):** It was asked what difference was between option A and B
**Decision:** This document was noted.

**R4-040468        Response LS on minimum power limit (From R4 to R1 CC: T1RF) (Nokia)**
**(R1-041058)**

17/08/2004 18:42 Presented by RAN4 Nokia delegate
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-040839        25.214CR343R1(Rel-5, F) "Clarification of minimum power limit"**
**(Panasonic)        (Revised R1-040198)**

17/08/2004 18:45 Mr. Suzuki wanted to have off-line discussion before discussion at WG meeting. R4-040468
author (Mr. Markus Pettersson) agreed with Suzuki's plan.

**R1-040823        Introduction of a new Node B measurement 'DL Transmission Branch Load'**
**(Siemens)**

17/08/2004 17:55 Presented by Dr. Joern Krause.
**Discussion (Question / Comment):** WG4 Chairman commented that we have to look at carefully from RAN4
perspective based on TS25.133.
**Decision:** This document was noted.

**R1-040824        CR147 to 25.215 v6.0.0 Introduction of 'DL Transmission Branch Load'**
**measurement                                            (Siemens)**

For the contribution R1-040823 and R1-040824, it was decided that RAN4 would provide feedback to RAN1 at
their next meeting

## 18.2    MBMS Requirements

**R1-041003        UE performance requirements for MBMS reception**              **(Ericsson)**

17/08/2004 19:04 Presented by Mr. Dirk Gerstenberger on behalf of Ericsson.
**Discussion (Question / Comment):**
**Decision:** This document was noted

**R4-040528    New UE Test for MBMS**                                            **(Panasonic)**

17/08/2004 19:14 Presented by Panasonic RAN4 delegate
**Discussion (Question / Comment):**
**Decision:** This document was noted.

34

APLNDC-WH-A 0000010906

**3GPP TSG RAN WG1 Meeting #39**                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R4-040403      MBMS Link Level simulations in the presence of measurement gaps**
                                                                    **(Mitsubishi)**

17/08/2004 19:20 Presented by Mitsubishi RAN4 delegate.
**Discussion (Question / Comment):** It was asked about the performance degradation on `Norman S-CCPCH and MBMS S-CCPCH.
**Decision:** This document was noted.

**R4-040413      Measurement requirements and MBMS reception in Cell-FACH state**
                                                                    **(Siemens)**

17/08/2004 19:36 Presented by Dr. Joern Krause.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R4-040437      Measurement requirements and MBMS reception.            (Ericsson)**
17/08/2004 19:50 Presented by Ericsson RAN4 delegate.
**Discussion (Question / Comment):** It was asked if another setting is necessary for UE. It was commented that issues was the interaction on measurement, large interaction and small interaction depending on TTI
**Decision:** This document was noted.

# 18.3      Rel-6 PAR

**Cubic Metric LS from R1 to R4**
- RAN4 is pleased to adopt cubic metric

    o   Parameters in equation for Cubic Metric discussed via e-mail before next RAN1 meeting.

- HSDPA output power reduction (rel-6)

    o   Rel6CR was not approved in RAN4 so far (Rel-6 HSDPA–only transmission, i.e., no E-UL considered)

    o   RAN1 can use Cubic Metric or PAR as tools helping to define the PhCH structure.

The WG4 Chairman commented that the problem was how to handle this discussion because R4 is responsible for 24.101 but does not have expertise that R1 has. Wish delegates can communicate within companies.

---

# 19      Closing of the meeting : Friday 5.00 PM

20/08/2004 17: 00. The chairman, Mr. Dirk Gerstenberger expressed his appreciation to the delegates and the host companies for their works, and also RAN1 Secretary, Mr. Tsukasa Sasaki finished his work as secretary on this meeting, so Mr. Dirk Gerstenbergar appreciated for his work.

APLNDC-WH-A 0000010907

**3GPP TSG RAN WG1 Meeting #39**             **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

---

# Annex A:   Report from Joint Ad Hoc RAN WG1 – WG4

A joint meeting was held on Tuesday 17th from 18:00 to 20:30. The main topic for discussion was the MBMS requirements and measurements.

### R1-040823     Introduction of a new Node B measurement 'DL Transmission Branch Load' (Siemens)

The issue of testing TX diversity has always been controversial in WG4, proposals had been presented and reviewed a number of times but finally nothing was accepted. On this particular paper, WG4 chairman suggested that WG4 would analyse and review it and provide feedback in the future.

## A.1      Minimum power limit

### R4-040468     Response LS on minimum power limit (Nokia)                    (R1-041058)

This draft LS, to be sent to WG1, represents the agreed view of WG4 on the issue and its feedback to WG1. The actual behaviour doesn't exactly map to any of the options presented by the first LS from WG1. Rather, it is a combination of options 1 and 2.

### R4-040536     Requirement on UE minimum output power when transmitting HS-DPCCH (Qualcomm)

Document illustrates the power variation over time, when TPC commands mandate the UE to lower power to its minimum or further. It is necessary to look at the issue over time, and not only one DPCCH timeslot, in order to get the correct understanding. One way to express this behaviour would be that the UE does not need to go below the limit for the minimum Tx power over any DPCH slot, no matter which channel combinations are transmitted during that slot.

With this contribution, WG4 further clarifies the LS above. Here, the possibility of changing the power level of the DPDCH and DPCCH within the timeslot is introduced. If WG1 believes this is possible, a third alternative behaviour can be adopted.

### R1-040839     Clarification of minimum power limit (CR343 to 25.214) (Panasonic)

This CR was produced before the information from WG4 was received. It needs to be checked that the new requirements introduced in the CR align with WG4 understanding in R4-040468. WG1 also will need to consider if it is possible to change the power level of Rel99 channels within the timeslot, and then take it into account for a revision of the CR.

## A.2      MBMS

### R1-041003     UE performance requirements for MBMS reception (Ericsson)

S-CCPCH can be transmitted by multiple cells, 3 types of combining are being envisaged for the UE: Selective combining, RAKE level combining, Symbol level combining. Performance requirements for the UE for the 3 cases will need to be specified.

Sari Nielsen (Nokia) reminded WG1 that some of the existing performance requirements in WG4 do not have a test associated, it was impossible to define due to the complexity. She warned that this could be the case for MBMS, which presents different complexity issues than the Rel99 channels.

### R4-040528     New UE test for MBMS (Panasonic)

Two different aspects of MBMS UE testing are raised, measurement performance and S-CCPCH reception performance. The proposal is to consider both together in the same test suite.

### R4-040403     MBMS Link Level simulations in the presence of measurement gaps (Mitsubishi )

It is noted that these simulation only consider one radio link, the advantages of combining are not taken into account.

The case of reception of normal S-CCPCH together with a MBMS S-CCPCH was raised. It may happen that when measurements occasions are scheduled having to receive both, these occasions may end up colliding with most of the TTI of a given MBMS transmission.

APLNDC-WH-A 0000010908

**3GPP TSG RAN WG1 Meeting #39**                                                     **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R4-040413      Measurement requirements and MBMS reception in Cell-FACH state (Siemens)**
It was noted that SA4 is assuming an error rate, at higher layers and after FEC, of 1% with a possible relaxation to 10%.

WG1 chairman clarified that the measurement occasions to be used with the S-CCPCH could blank out FACH TTIs, of 10ms, and not the whole MBMS TTI of 80ms. The resulting data loss can be tempered by the fact that the same MBMS TTI can be received from a different cell if macro diversity is available, and with a different timing due to the RL timing differences. The combining will then decrease the losses.

**R4-040437      Interfrequency measurements during MBMS sessions (Ericsson)**
It was clarified that the TTIs considered in this paper are those commonly used in R99. It was clarified that a restriction of a 10 ms FACH TTI when operating MBMS is not the best way forward, as Siemens paper shows there is a trade off between UE mobility and MBMS reception. This trade off should be left available for network operation. Additionally, new techniques are being considered: TTI scrambling, or scheduling of measurement occasions, but WG1 chairman warned against adding new features to the specification that may not be implemented, in particular when other, simpler, solution can be found.

WG4 couldn't provide a definite view on the need to set a restriction on the TTI size to 10 ms.


# A.3      UE output power back off

WG4 chairman explained that WG4 agreed that the Cubic Metric is a better indication to determine the power back off than the Peak to Average Ratio, as the mapping "CM to back-off" seems to be close to one-to-one. This mapping has only been show so far for a reduced number of PA implementation and seems to be dependant on the ACLR assumption, so results from more companies have been requested in order to determine the coefficients of the mapping formula in a manner that is accurate for all types of PAs.

A separate email reflector will be set for the purpose, WG1 member are invited to join their WG4 colleagues in the discussion.

The CM, or the PAR, are only tools that will finally help to decide the amount of power reduction for a given combination of channels. Agreement on this reduction is very likely going to need long and heated discussions in WG4, and it will involve system simulations and the participation of operators.

The main result of the issue will affect the output power requirement in 25.101, like it has been the case for the Rel-5 HSDPA power back off; but it will also need to be forwarded to WG1 as useful contributions for the EDCH specification.

APLNDC-WH-A  0000010909

**3GPP TSG RAN WG1 Meeting #39**                                                   **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## Annex B:   List of participants

| Title / Name | Organization Represented | Status Code (Category Code) | | Phone | Email |
|---|---|---|---|---|---|
| **Guest organisation for 3GPP (OTHER)** | | | | | |
| Mr. Enrico de Marinis | DUNE S.R.L. | 3GPPGUEST (OTHER) | IT | +39 6 70451252 | demarinis@dune.191.it |
| **Member of 3GPP (ARIB)** | | | | | |
| Dr. Jinsong Duan | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | JP | + 81 46 840 5369 | duan.jinsong@jp.panasonic.com |
| Mr. Noriyuki Fukui | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | JP | +81 467 41 2885 | n-fukui@isl.melco.co.jp |
| Miss Youn hyoung Heo | SAMSUNG Electronics Co. | 3GPPMEMBER (ARIB) | JP | +82-31-279-5362 | hush.heo@samsung.com |
| Mr. Hitoshi Iochi | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | JP | +81 46 840 5329 | iochi.hitoshi@jp.panasonic.com |
| Mr. Yoshikazu Ishii | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | JP | +81 45 939 1760 | ishii.yoshikazu@jp.panasonic.com |
| Mr. Jussi Kahtava | Nokia Japan Co, Ltd | 3GPPMEMBER (ARIB) | JP | +81 3 5759 7471 | jussi.kahtava@nokia.com |
| Ms. Nahoko Kuroda | NEC Corporation | 3GPPMEMBER (ARIB) | JP | +81-44-396-2577 | n-kuroda@cj.jp.nec.com |
| Mr. Jinsock Lee | NEC EUROPE LTD | 3GPPMEMBER (ARIB) | JP | +81 459392672 | j-lee@ap.jp.nec.com |
| Dr. Neelesh Mehta | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | JP | +16176217597 | mehta@merl.com |
| Mr. Shinsuke Ogawa | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | JP | +81 468 40 3835 | ogawa@cet.yrp.nttdocomo.co.jp |
| Mr. Anil Umesh | NTT DoCoMo | 3GPPMEMBER (ETSI) | JP | +81-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 | umesh@wsp.yrp.nttdocomo.co.jp |
| Mr. Aris Papasakellariou | TEXAS Instruments | 3GPPMEMBER (ARIB) | FR | +1 214 480 4572 | aris@ti.com |
| Mr. Prem Sood | SHARP Corporation | 3GPPMEMBER (ARIB) | US | +1 360 834 8708 | pls@sharplabs.com |
| Mr. Michiaki Takano | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | JP | +81-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 | m_takano@isl.melco.co.jp |
| Mr. Hideji Wakabayashi | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | JP | +81468476013 | wakabaya@csc.melco.co.jp |
| Mr. Hidetoshi Suzuki | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | JP | +81 468 40 5164 | Suzuki.Hidetoshi@jp.panasonic.com |
| **Member of 3GPP (ATIS)** | | | | | |

APLNDC-WH-A 0000010910

# 3GPP TSG RAN WG1 Meeting #39                                                    R1-041469
## Shin-Yokohama, Japan 15 – 19 November, 2004

| | | | | | |
|---|---|---|---|---|---|
| Mr. Teck Hu | Lucent Technologies | 3GPPMEMBER (ATIS) | US | +1 973 386 2593 | calhu@lucent.com |

**Member of 3GPP (CCSA)**

| | | | | | |
|---|---|---|---|---|---|
| Dr. Bo Göransson | Nanjing Ericsson Panda Com Ltd | 3GPPMEMBER (CCSA) | SE | +46 8 7570703 | bo.goransson@ericsson.com |
| Mr. Huabin Liu | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86-10-82882562 | lhblhb@huawei.com |
| Ms. Sha Ma | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | CN | +86-10-82882755 | marsha@huawei.com |
| Dr. Branislav Popovic | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | SE | +46 8 477 0808 | branislav.popovic@ateliertelecom.se |
| Mr. Ke Wang | CATT | 3GPPMEMBER (CCSA) | CN | +86 10 82029090 | wangke@datangmobile.cn |

**Member of 3GPP (ETSI)**

| | | | | | |
|---|---|---|---|---|---|
| Dr. Saied Abedi | FUJITSU Laboratories of Europe | 3GPPMEMBER (ETSI) | GB | +44 (0) 20 8606 466 | S.Abedi@fle.fujitsu.com |
| Mr. Nicholas Anderson | IPWireless Inc. | 3GPPMEMBER (ETSI) | GB | +44-1249-467332 | nanderson@ipwireless.com |
| Mr. Uwe Baeder | ROHDE & SCHWARZ | 3GPPMEMBER (ETSI) | DE | +49 89 4129 13462 | Uwe.Baeder@rsd.rohde-schwarz.com |
| Dr. Martin Beale | IPWireless Inc. | 3GPPMEMBER (ETSI) | GB | +44 1249 800022 | mbeale@ipwireless.com |
| Mr. Pierre Bertrand | TEXAS Instruments | 3GPPMEMBER (ETSI) | FR | +33 (0)4 93 22 23 9 | p-bertrand@ti.com |
| Mr. Nicolas Billy | ALCATEL S.A. | 3GPPMEMBER (ETSI) | FR | +33 1 30 77 54 64 | nicolas.billy@alcatel.fr |
| Ms. Sarah Boumendil | NORTEL NETWORKS (EUROPE) | 3GPPMEMBER (ETSI) | FR | +33 1 39 44 58 16 | boumendi@nortelnetworks.com |
| Mr. Mickael Bouyaud | MELCO MOBILE COMMUNICATIO | 3GPPMEMBER (ETSI) | FR | +33 2 99 27 47 70 | mbd@mef-rd.com |
| Mr. Enrico Buracchini | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | IT | +39 011 2287118 | enrico.buracchini@telecomitalia.it |
| Dr. Thomas Chapman | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +44 1794 833241 | thomas.chapman@roke.co.uk |
| Mr. Amir Chass | MOTOROLA SEMICONDUCTOR IS | 3GPPMEMBER (ETSI) | IL | +97 29 952 2718 | Amir.Chass@FREESCALE.COM |
| Dr. Stash Czaja | VIA Technologies Inc | 3GPPMEMBER (ETSI) | US | +858-523-5305 | sczaja@via-telecom.com |
| Ms. Liliana Czapla | INTERDIGITAL COMMUNICATION | 3GPPMEMBER (ETSI) | US | +1 631 622 4358 | liliana.czapla@interdigital.com |
| Dr. Przemek Czerepinski | Siemens nv/sa | 3GPPMEMBER (ETSI) | GB | +44 1794 833179 | przemek.czerepinski@roke.co.uk |
| Dr. Jelena Damnjanovic | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | FR | +1 858 6515387 | jelenad@qualcomm.com |

APLNDC-WH-A 0000010911

**3GPP TSG RAN WG1 Meeting #39**                                                                 **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| Mr. Uwe Doetsch | ALCATEL S.A. | 3GPPMEMBER (ETSI) | FR | +49 711821 47176 | Uwe.doetsch@alcatel.de |
|---|---|---|---|---|---|
| Mr. Jean-Aicard Fabien | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | US | +1 847 632 7249 | jean-aicard.fabien@motorola.com |
| Mr. Lindsay Frost | NEC Technologies (UK) LTD | 3GPPMEMBER (ETSI) | GB | +49 6221 905 11 30 | Lindsay.Frost@netlab.nec.de |
| Mr. Dirk Gerstenberger | ERICSSON LM | 3GPPMEMBER (ETSI) | SE | +46 8 585 33901 | dirk.gerstenberger@ERICSSON.COM |
| Dr. Stefan Parkvall | Ericsson Inc. | 3GPPMEMBER (ETSI) | SE | +46 8 58533855 | stefan.parkvall@ericsson.com |
| Mr. Mark Harrison | MOTOROLA GmbH | 3GPPMEMBER (ETSI) | US | +18172456259 | mark.harrison@motorola.com |
| Mr. Michael Hart | FUJITSU Laboratories of Europe | 3GPPMEMBER (ETSI) | GB | +44 20 8606 4523 | mike.hart@uk.fujitsu.com |
| Mr. Thomas Hindelang | SIEMENS Mobile Communications | 3GPPMEMBER (ETSI) | DE | +49 89 722 46 722 | thomas.hindelang@siemens.com |
| Mr. Juergen Hofmann | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +49 89 636-75196 | juergen-hofmann@siemens.com |
| Mr. Xuegang Huang | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +861064721888-84 | xuegang.huang@siemens.com |
| Dr. Jean-philippe Kermoal | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358504821495 | jean-philippe.kermoal@nokia.com |
| Mr. Dirk Kistowski | T-Mobile International AG | 3GPPMEMBER (ETSI) | DE | +49 228 936 1 8419 | dirk.kistowski@t-mobile.de |
| Dr. Joern Krause | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +49-30-386-23417 | joern.krause@siemens.com |
| Mr. Yannick Le Pezennec | VODAFONE Group Plc | 3GPPMEMBER (ETSI) | GB | +447748938886 | Yannick.LePezennec@vodafone.com |
| Ms. Evelyne Le Strat | NORTEL NETWORKS (EUROPE) | 3GPPMEMBER (ETSI) | FR | + 33 1 39 44 53 39 | elestrat@nortelnetworks.com |
| Mr. Rickard Ljung | TeliaSonera AB | 3GPPMEMBER (ETSI) | SE | +46 40 10 51 40 | rickard.m.ljung@teliasonera.com |
| Dr. Carlo Luschi | Icera Semiconductor | 3GPPMEMBER (ETSI) | GB | +44 1249 700618 | carlo@icerasemi.com |
| Dr. Esa Malkamaki | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358 7180 36562 | esa.malkamaki@nokia.com |
| Dr. Beale Martin | IPWireless Inc. | 3GPPMEMBER (ETSI) | GB | +44-1249-800022 | mbeale@ipwireless.com |
| Dr. Jürgen Michel | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +49 89 722 49911 | michel.juergen@siemens.com |
| Dr. Seyed Mortazavi | SIEMENS AG | 3GPPMEMBER (ETSI) | DE | +44-(0)1794-83361 | seyed.mortazavi@roke.co.uk |
| Dr. Tim Moulsley | PHILIPS Semiconductors | 3GPPMEMBER (ETSI) | GB | +44 1293 815 717 | moulsle2@prl.research.philips.com |
| Mr. Mark Murphy | TTP Communications plc | 3GPPMEMBER (ETSI) | GB | +44 1763 266266 | mark.murphy@ttpcom.com |

APLNDC-WH-A  0000010912

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| Mr. Alessandro Pace | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | IT | +390639009044 | apace@mail.tim.it |
|---|---|---|---|---|---|
| Mr. Feng Qian | VIA Technologies Inc | 3GPPMEMBER (ETSI) | US | +1 858 523 5287 | fqian@via-telecom.com |
| Mr. Karri Ranta-aho | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358 50 521 0651 | Karri.Ranta-aho@nokia.com |
| Mr. Stefan Russ | ALCATEL S.A. | 3GPPMEMBER (ETSI) | FR | +4971182135763 | stefan.russ@alcatel.de |
| Mr. Hans Schotten | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | FR | +49 173 388 3470 | hans.schotten@qualcomm.com |
| Mr. Ville Steudle | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358 50 307 3923 | ville.steudle@nokia.com |
| Mr. Markku Tarkiainen | NOKIA Corporation | 3GPPMEMBER (ETSI) | FI | +358 50 518 3406 | markku.tarkiainen@nokia.com |
| Mr. Frédéric Charpentier | PANASONIC Deutschland GmbH | 3GPPMEMBER (ETSI) | DE | +49 6103 766 1308 | charpentier@panasonic.de |
| Dr. Said Tatesh | Lucent Technologies N. S. UK | 3GPPMEMBER (ETSI) | GB | +44 1793 883 293 | statesh@lucent.com |
| Mrs. Carolyn Taylor | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | US | +1 847 523 0458 | carolyn.taylor@motorola.com |
| Mr. Sunil Vadgama | FUJITSU Laboratories of Europe | 3GPPMEMBER (ETSI) | GB | +44 20 8606 4514 | s.vadgama@fujitsu.co.uk |
| Mr. Hans van der Veen | Telecom Modus Ltd. | 3GPPMEMBER (ETSI) | DE | +49 (0)6221 905 11 | Hans.vanderVeen@netlab.nec.de |
| Dr. Mattias Wennström | HUAWEI TECHNOLOGIES Co. Ltd. | 3GPPMEMBER (ETSI) | CN | +46 847 70803 | mattias.wennstrom@huawei.com |
| Mr. Nick Whinnett | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | GB | +44 1 793 566 201 | Nick.Whinnett@motorola.com |
| Mr. Serge Willenegger | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | CH | +41 244 363 541 | sergew@qualcomm.com |
| Ms. Nadege Noisette | ORANGE SA. | 3GPPMEMBER (ETSI) | FR | +33 1 45 29 44 02 | nadege.noisette@francetelecom.com. |
| Mr. Hyung-Nam Choi | INFINEON TECHNOLOGIES | 3GPPMEMBER (ETSI) | DE | +49-5341-9061812 | Hyung-Nam.Choi@infineon.com |

**Member of 3GPP (TTA)**

| Dr. Joon-Kui Ahn | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82-31-450-4131 | jkan@lge.com |
|---|---|---|---|---|---|
| Dr. Bing Bu | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | CN | +8610 6842 7711 2 | bing.bu@samsung.com |
| Dr. Byung-jang Jeong | ETRI | 3GPPMEMBER (TTA) | KR | +82 42 860 6765 | bjjeong@etri.re.kr |
| Mr. Hojin kim | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | KR | +82 31 280 8192 | wireless@sait.samsung.co.kr |
| Mr. Yongjun Kwak | SAMSUNG Electronics | 3GPPMEMBER (TTA) | KR | +82 31 279 5112 | evatt@samsung.com |

APLNDC-WH-A 0000010913

**3GPP TSG RAN WG1 Meeting #39**                                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| | | | | | |
|---|---|---|---|---|---|
| Mr. Hak-Seong Kim | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82 31 450 4127 | bryankim@lge.com |
| Mr. Il Gyu Kim | ETRI | 3GPPMEMBER (TTA) | KR | +82 2 860 5490 | igkim@etri.re.kr |
| Mr. Sung jin Kim | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | KR | +82-31-280-8175 | communication@samsung.com |
| Mr. Bong Hoe Kim | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82 343 450 4131 | ofdm88@lge.com |
| Mr. Sung Lark Kwon | LG Electronics Inc. | 3GPPMEMBER (TTA) | KR | +82 31 450 4162 | slkwon@lge.com |
| Mr. Hyeon Woo Lee | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | KR | +82 31 279 5120 | woojaa@samsung.com |
| Dr. Juho Lee | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | KR | +82-31-279-5115 | juho95.lee@samsung.com |
| Mr. Kyung Park | ETRI | 3GPPMEMBER (TTA) | KR | +82-42-860-1836 | kyungp@etri.re.kr |
| Miss Eunjeong Shin | ETRI | 3GPPMEMBER (TTA) | KR | +82-42-860-1688 | ejshin@etri.re.kr |
| Mr. Yujian Zhang | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | CN | +86 10 68427711 2 | yujian.zhang@samsung.com |

**Member of 3GPP (TTC)**

| | | | | | |
|---|---|---|---|---|---|
| Mr. Thanh Bui | NEC Corporation | 3GPPMEMBER (TTC) | JP | +61 3 9271 4027 | thanhb@icpdd.neca.nec.com.au |
| Mr. Masafumi Usuda | NTT DoCoMo Inc. | 3GPPMEMBER (TTC) | JP | +81 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 | usuda@wsp.yrp.nttdocomo.co.jp |

**Organisation partner representative (ETSI)**

| | | | | | |
|---|---|---|---|---|---|
| Mr. Tsukasa Sasaki | Mobile Competence Centre | | FR | +33 4 92 94 42 06 | tsukasa.sasaki@etsi.org |

APLNDC-WH-A 0000010914

**3GPP TSG RAN WG1 Meeting #39**                                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## Annex C: TSG RAN WG1 meetings through 2004 to 2005

| TITLE | TYPE | DATES | LOCATION | CTRY |
|-------|------|-------|----------|------|
| 3GPPRAN1#38bis | WG | 20 - 24 Sept 2004 | Seoul | KR |
| 3GPPRAN1#39 | WG | 15 - 19 Nov 2004 | Shin-Yokohama | JP |
| 3GPPRAN1#40 | WG | 14 - 18 Feb 2005 | Phoenix | USA |
| 3GPPRAN1#40bis | WG | 04 - 08 April 2005 | TBD | TBD |
| 3GPPRAN1#41 | WG | 09 - 13 May 2005 | TBD | EU |
| 3GPPRAN1#42 | WG | 29 Aug -02 Sept 2005 | TBD | EU |
| 3GPPRAN1#43 | WG | 07 - 11 Nov 2005 | TBC | Asia |

MEETING TYPES

| | |
|---|---|
| AH = Ad Hoc | CM = Chairmen's meeting |
| JM = Joint | OR = Ordinary |
| PM = Preparatory Meeting | RG = Rapporteurs Group |
| RM = Resolution Meeting | SG = Steering Group |
| ST = Startup Meeting | TG = Task Group |
| WG = Working Group | XO = Extraordinary |

APLNDC-WH-A 0000010915

**3GPP TSG RAN WG1 Meeting #39**                                                      **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

# Annex D:  List of CRs agreed at RAN1#38

| Spec | CR | R | Cat | Rel | R1 Tdoc | Title | Work Item |
|------|----|----|-----|------|-----------|-------|-----------|
| 25.211 | 191 | - | F | Rel-5 | R1-040874 | Correction for the slot range of DL DPCCH power control preamble for CPCH | |
| 25.211 | 192 | - | A | Rel-6 | R1-040874 | Correction for the slot range of DL DPCCH power control preamble for CPCH | |
| 25.224 | 132 | - | F | Rel-4 | R1-040883 | Transmit diversity usage for beacon channels in LCR TDD | TEI 4 |
| 25.224 | 133 | - | A | Rel-5 | R1-040883 | Transmit diversity usage for beacon channels in LCR TDD | TEI 4 |
| 25.224 | 134 | - | A | Rel-6 | R1-040883 | Transmit diversity usage for beacon channels in LCR TDD | TEI 4 |
| 25.222 | 122 | 1 | F | Rel-4 | R1-041017 | Correction of symbol Xi defined in sub-frame segmentation step | TEI 4 |
| 25.222 | 123 | 1 | A | Rel-5 | R1-041017 | Correction of symbol Xi defined in sub-frame segmentation step | TEI 4 |
| 25.222 | 124 | 1 | A | Rel-6 | R1-041017 | Correction of symbol Xi defined in sub-frame segmentation step | TEI 4 |
| 25.224 | 135 | 1 | F | Rel-4 | R1-041018 | Corrections of radio access procedure for 1.28Mcps TDD | LCRTDD_Phys |
| 25.224 | 136 | 1 | A | Rel-5 | R1-041018 | Corrections of radio access procedure for 1.28Mcps TDD | LCRTDD_Phys |
| 25.224 | 137 | 1 | A | Rel-6 | R1-041018 | Corrections of radio access procedure for 1.28Mcps TDD | LCRTDD_Phys |
| 25.214 | 353 | - | F | Rel-5 | R1-041059 | Clarification of SSDT uplink only signalling | TEI 4 |
| 25.214 | 352 | 1 | A | Rel-6 | R1-041059 | Clarification of SSDT uplink only signalling | TEI 4 |
| 25.899 | 1 | 1 | F | Rel-6 | R1-041056 | Implementation Complexity of ACK/NACK performance improvement | RInImp-RIperf |
| 25.899 | 2 | - | F | Rel-6 | R1-041055 | Effect of PRE/POST scheme on HSDPA cell coverage | RInImp-RIperf |

APLNDC-WH-A  0000010916

**3GPP TSG RAN WG1 Meeting #39**                                                        **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

## Annex E:   List of tdocs at RAN1 #38

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040810 | Draft Agenda | TSG RAN WG1 Chairman | 2 | | 16/08/2004 | Approved |
| R1-040811 | DRAFT Report of 3GPP TSG RAN WG1 #37 | RAN1 Secretary | 2 | | | Not Available |
| R1-040812 | DRAFT1 Report of 3GPP TSG RAN WG1 Rel.6 Ad Hoc meeting in Cannes | RAN1 Secretary | 2 | | 16/08/2004 | Approved with correction the name of the company |
| R1-040813 | (To) Reply LS on Code Sharing during Compressed Mode     (To:R1 Cc:R3) (Reply to R1-040386) | TSG RAN WG2 (Nokia) | 4 | =R1-040666 =R2-041241 | 16/08/2004 | Noted |
| R1-040814 | (Cc) Reply LS on Multiple MBMS Issues (To: S4, R4 Cc: S2, S1, R1, R3, G1, G2, N1)    (Reply to S4-040132) | TSG RAN WG2 (Samsung) | 4 | =R1-040667 =R2-041244 | 16/08/2004 | Noted (Treated at Cannes Meeting) |
| R1-040815 | (Cc) Reply to "LS on RRC release aspects of CS video and voice service improvements"    (To:S2 Cc: R1, R3) (Reply to S2-041641) | TSG RAN WG2 (Vodafone) | 4 | =R1-040668 =R2-041249 | 16/08/2004 | Noted |
| R1-040816 | (Cc) LS on RRC release aspects of CS video and voice service improvements (To:S2,   Cc: R1,R2,GP)    (Reply to S2-041641) | TSG RAN WG3 (Alcatel) | 4 | =R1-040669 =R3-040941 | 16/08/2004 | Noted |
| R1-040817 | (To) Response LS on Multiple MBMS Issues (To: R1, R2, R3, GP, G2)    (Reply to R1-040385, R1-040651, etc) | TSG SA WG4 (Siemens) | 4 | =R1-040670 =S4-040356 | 16/08/2004 | Noted (Treated at Cannes Meeting) |
| R1-040818 | (Cc) LS on Proposed Modification to HSDPA Radio Bearer Settings   (To: R2 Cc: R1) | TSG T WG1 (QUALCOMM) | 4 | =R1-040671 =T1-040957 | 16/08/2004 | Noted |
| R1-040819 | TR 25.804 "Uplink Enhancements for UTRA TDD" v0.2.1 | InterDigital | 11 | | 20/08/2004 | Approved as version 0.3.0 in Tdoc R1-041041. |
| R1-040820 | Modified per stream rate control for 2-antenna MIMO | TI | 6.1 | =R1-040517 | | Not Treated |

APLNDC-WH-A 0000010917

**3GPP TSG RAN WG1 Meeting #39**                                                                 **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-040821 | Text proposal for modified per stream rate control for 2-antenna | TI | 6.1 | =R1-040518 | | Not Treated |
| R1-040822 | Proposal for multiframe compressed mode by puncturing   and unequal frame segmentation | Mitsubishi Electric (MMCE) | 13 | | 20/08/2004 | Noted |
| R1-040823 | Introduction of a new Node B measurement 'DL Transmission Branch Load' | Siemens | 5.4 | | 16&17/08/2004 | Noted. For the contribution R1-040823 and R1-040824, it was decided that RAN4 would provide feedback to RAN1 at their next meeting |
| R1-040824 | CR147 to 25.215 v6.0.0 Introduction of 'DL Transmission Branch Load' measurement | Siemens | 5.4 | | 16&17/08/2004 | |
| R1-040825 | Concerns on Fractional DPCH Concept | Siemens | 14 | (R1-031227) | | Not Treated |
| R1-040826 | 25.222CR122(Rel-4, F)&CR123(Rel-5, A)&CR124(Rel-6, A): "Correction of symbol Xi defined in sub-frame segmentation step" | Siemens | 5.2 5.3 5.4 | | 16/08/2004 | Not approved and would be provided the revision with isolated impact analysis in R1-041017. |
| R1-040827 | Simulation results for 1.28Mcps TDD MBMS | Siemens | 7 | (R1-040441) | 16/08/2004 | Agreed for inclusion in TR |
| R1-040828 | Coverage Results for MBMS (1.28Mcps TDD): Updated Text Proposal for TR 25.803 | Siemens | 7 | (R1-040620) | 16/08/2004 | Agreed for inclusion in TR |
| R1-040829 | Double-ASTTD with Sub-Group Rate Control | Huawei Technologies | 6 | (R1-040430) | | Not Treated |
| R1-040830 | Text Proposal for Double-ASTTD with Sub-Group Rate Control | Huawei Technologies | 6 | (R1-040431) | | Not Treated |
| R1-040831 | Power adjustment of ACK/NACK signaling based on ACK/NACK error rate | Huawei Technologies | 8.3 | | | Not Treated |
| R1-040832 | Downlink Signalling Mapping of ACK and NACK | Huawei Technologies | 8.4 | | | Not treated |
| R1-040833 | EDCH timing | Huawei Technologies | 8.1 | | 19/08/2004 | Noted |
| R1-040834 | Inclusion of combinations of multiple radio bearers with HSDPA into TS 34.108 | Vodafone Group | 5.5 | | 16/08/2004 | The conclusion was agreed in RAN1/RAN2 joint sesion, expect WB-AMR combination, which is FFS, 128kbps UL is FFS. |
| R1-040835 | Summary from RAN#24 | RAN1 Chairman | 3 | | 16/08/2004 | Noted |
| R1-040836 | ~~Summary from RAN1/2 Ad hoc meeting in Cannes~~ | ~~RAN1 Chairman~~ | 3 | | | Withdrawn |

46

**3GPP TSG RAN WG1 Meeting #39**                                                         **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040837 | DL ACK structure | Via Telecom | 8.4 | | | Not treated |
| R1-040838 | DL ACK Selection | Via Telecom | 8.4 | | | Not treated |
| R1-040839 | 25.214CR343R1(Rel-5, F)&CR344(Rel-6, A) "Clarification of minimum power limit" | Panasonic | 5.3 | (R1-040198) | 16&17/08/2004 | Not approved. It was decided to conclude discussion in RAN1#38bis |
| R1-040840 | MBMS L1 possible limitations | Panasonic | 7.2 | (R1-040710) | 17/08/2004 | Noted |
| R1-040841 | How MBMS UE capability is defined? | Panasonic | 7.3 | | 17/08/2004 | Noted |
| R1-040842 | Number of simultaneous reception of Acks in SHO | Panasonic | 8.4 | | | Not treated |
| R1-040843 | Channel priority and uplink transmission timing | Panasonic | 8.1 | | 19/08/2004 | Noted |
| R1-040844 | Uplink power signalling information for the scheduling | Panasonic | 8.5 | | | Not treated |
| R1-040845 | Comparison on the scheduling points on coding chain | Panasonic | 9.2 | (R1-040711) | | Not treated |
| R1-040846 | Geometry Distribution for LCRTDD | Samsung | 11 | | 20/08/2004 | Noted |
| R1-040847 | Impact of Downlink Signalling for EUCH in LCRTDD | Samsung | 11 | | 20/08/2004 | Noted |
| R1-040848 | On MICH mapping | NEC | 7.1 | | 16/08/2004 | Noted |
| R1-040849 | UE Capability | NEC | 7.3 | | | Not treated |
| R1-040850 | EUL physical channel code mapping | Samsung | 8.1 | | | Not treated |
| R1-040851 | Node B controlled scheduling | Samsung | 9.2 | | | Not treated |
| R1-040852 | Selection of primary scheduling Node B in SHO | Samsung | 8 | (R1-040691) | | Not treated |
| R1-040853 | System level performance with various scheduling schemes | Samsung | 9.2 | | | Not treated |
| R1-040854 | Uplink signalling for Node B controlled scheduling | Samsung | 8.5 | (R1-040696) | | Not treated |
| R1-040855 | HARQ: physical layer aspects | Samsung | 8.2 | (R1-040797) | | Not treated |
| ~~R1-040856~~ | ~~Downlink control channel structure~~ | ~~Samsung~~ | ~~8.5~~ | | | Withdrawn |
| R1-040857 | System level performance with  periodic TPS reporting | Samsung | 8.5 | | | Not treated |

47

APLNDC-WH-A  0000010919

**3GPP TSG RAN WG1 Meeting #39**                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040858 | System level performance with SHO scheduling | Samsung | 9.2 | | | Not treated |
| R1-040859 | Power control at the maximum power limit for EUL | Samsung | 8.3 | | | Not treated |
| R1-040860 | Overall RoT management strategy | Samsung | 9.2 | | | Not treated |
| R1-040861 | Autonomous transmission with TDM approach | Samsung | 8 | | | Not treated |
| R1-040862 | RV Signalling | Samsung | 8.4 | | | Not treated |
| R1-040863 | E-DCH outer loop power control | Samsung | 9.3 | | | Not treated |
| R1-040864 | HARQ principle | Samsung | 9.1 | | 18/08/2004 | Noted |
| R1-040865 | EUL scheduling: signalling support | Samsung | 8.5 | | | Not treated |
| R1-040866 | Error requirements of scheduling grants | Samsung | 9.4 | | | Not treated |
| R1-040867 | MBMS notification procedure on MICH | Panasonic | 7.1 | =R2-041440 | 17/08/2004 | Noted |
| R1-040868 | Further simulations on RC-MPD and comparison with PARC, DSTTD, and R'99 TxDiv | Nortel Networks | 6.2 | | | Not treated |
| R1-040869 | First MIMO Traffic simulations for RC-MPD and PARC with real channnel estimation | Nortel Networks | 6.2 | | | Not treated |
| R1-040870 | MIMO generic scheme and text proposal for the MIMO TR 25.876 | Nortel Networks | 6.1 | | 16/08/2004 | Noted |
| R1-040871 | CQI feedback for RC-MPD | Nortel Networks | 6.1 | | | Not treated |
| R1-040872 | UL signalling for FDD enhanced UL | Nortel Networks | 8.4 | | | Revised to R1-041004 |
| R1-040873 | Power control for F-DPCH | Nortel Networks | 14 | | | Not treated |
| R1-040874 | 25.211CR191(Rel-5, F)&CR192(Rel-6, A) "Correction for the slot range of DL DPCCH power control preamble for CPCH" | LG Electronics | 5.3 | | 16/08/2004 | Approved |
| R1-040875 | 25.214CR349(Rel-6, F) "Clarification of SSDT uplink only signaling" | LG Electronics | 5.4 | | | Revised to R1-041019 |
| R1-040876 | Multiple number of SAW ARQ processes | Mitsubishi Electric | 9.1 | | | Not treated |
| R1-040877 | Primary Node-B Selection by UE in SHO | Mitsubishi Electric | 9.2 | | | Not treated |

APLNDC-WH-A 0000010920

**3GPP TSG RAN WG1 Meeting #39**                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-040878 | Primary Node-B Selection in SHO | Mitsubishi Electric | 9.2 | | | Not treated |
| R1-040879 | Signalling for primary Node-B selection in SHO | Mitsubishi Electric | 8.5 | | | Not treated |
| R1-040880 | Uplink Signalling alternatives for FDD Enhanced Uplink | Mitsubishi Electric | 8.5 | | 17/08/2004 | Noted |
| R1-040881 | Consideration to Autonomous Transmission on E-DCH | Mitsubishi Electric | 9.2 | =R1-040680 | | Not treated |
| R1-040882 | HS RAB combinations for testing | Ericsson | 5.5 | | 16/08/2004 | Noted |
| R1-040883 | 25.224CR132(Rel-4, F)&CR133(Rel-5, A)&CR134(Rel-6, A)  "Transmit diversity usage for beacon channels in LCR TDD" | IPWireless, Interdigital, Siemens | 5.2 | | 16/08/2004 | Approved |
| R1-040884 | Draft CR for introduction of MICH in 25.21x | QUALCOMM Europe | 7.1 | | 16/08/2004 | Noted |
| R1-040885 | Soft combining aspects of MBMS | QUALCOMM Europe | 7.3 | | 17/08/2004 | Noted |
| R1-040886 | UE Capability for MBMS | QUALCOMM Europe | 7.3 | | 17/08/2004 | Noted |
| R1-040887 | S-CCPCH performance with 256 kbps | QUALCOMM Europe | 7.3 | =R1-040716 | 17/08/2004 | Noted. The simulation results on this contribution would be included in the TR |
| R1-040888 | OVSF code space for E-DCH | QUALCOMM Europe | 8.1 | | | Not treated |
| R1-040889 | TP on PhCH mapping of E-DCH | QUALCOMM Europe | 8.1 | | | Not treated |
| R1-040890 | TP on E-DCH Timing | QUALCOMM Europe | 8.1 | | 19/08/2004 | Noted |
| R1-040891 | Choice of RV and code rates | QUALCOMM Europe | 8.2 | | | Not treated |
| R1-040892 | TP on IR versions | QUALCOMM Europe | 8.2 | | | Not treated |
| R1-040893 | Impact of SNR mismatch on turbo decoding | QUALCOMM Europe | 8.2 | | | Not treated |

APLNDC-WH-A 0000010921

**3GPP TSG RAN WG1 Meeting #39**                                                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-040894 | Reference short-term link curves for 10ms TTI | QUALCOMM Europe | 8.2 | | | Not treated |
| R1-040895 | E-TFICH performance with synchronous HARQ | QUALCOMM Europe | 8.4 | | | Not treated |
| R1-040896 | E-TFICH performance with asynchronous HARQ | QUALCOMM Europe | 8.4 | | | Not treated |
| R1-040897 | HARQ channel mapping in DL | QUALCOMM Europe | 8.4 | =R1-040723 | | Not treated |
| R1-040898 | Impact of asynchronous HARQ | QUALCOMM Europe | 9.1 | | 18/08/2004 | Noted |
| R1-040899 | TP on synchronous/asynchronous HARQ | QUALCOMM Europe | 9.1 | | | Not treated |
| R1-040900 | Scheduling for EUL | QUALCOMM Europe | 9.2 | =R1-040728 | 18/08/2004 | Noted |
| R1-040901 | System performance with T&R scheduling and load control | QUALCOMM Europe | 9.2 | | | Not treated |
| R1-040902 | HARQ states for EUL | QUALCOMM Europe | 9.4 | =R1-040730 | | Not treated |
| R1-040903 | EUL Requirements | QUALCOMM Europe | 9.4 | =R1-040731 | | Not treated |
| R1-040904 | Issues with Radio Link Synchronization | Ericsson | 5.6 | | 16/08/2004 | Noted and more discussion was continued till next meeting |
| R1-040905 | MIMO Evolution Path requirements | Siemens | 6.1 | | 16/08/2004 | Noted |
| R1-040906 | Fully sychronous HARQ and reliable signaling in SHO | Motorola | 8 9 | | 18/08/2004 | Noted |
| R1-040907 | Rate Contol Scheduler for Enhanced Uplink | Motorola | 8 9 | | | Not treated |
| R1-040908 | Time and Rate scheduler for Enhanced Uplink | Motorola | 8 9 | | | Not treated |
| R1-040909 | EUL Power Requirements | Motorola | 8 | | | Not treated |
| R1-040910 | Signalling Support for EUL | Motorola | 8 9 | | | Not treated |
| R1-040911 | Outer loop power control for EUL | Motorola | 8 | | | Not treated |

APLNDC-WH-A 0000010922

**3GPP TSG RAN WG1 Meeting #39**                                            **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040912 | Multi-step rate scheduling and synchronization scheme | Alcatel Shanghai Bell | 8.5 | | | Not treated |
| R1-040913 | 25224CR135(Rel-4, F)&CR136(Rel-5, A)&CR137(Rel-6, A): "Corrections of radio access procedure for 1.28Mcps TDD" | Siemens AG, CATT | 5.2 5.3 5.4 | | 16/08/2004 | Approved with modification in the cover sheet in R1-011018 |
| R1-040914 | Target RoT control methods for HSUPA | Panasonic | 8.5 | (R1-040780) | | Not treated |
| R1-040915 | Tx Diversity and MIMO | Alcatel | 6.1 | | 16/08/2004 | Noted |
| R1-040916 | 4Tx open-loop closed-loop (OL-CL) MIMO | Alcatel | 6 | =R1-040521 | | Not treated |
| R1-040917 | Text Proposal for 4Tx open-loop closed-loop (OL-CL) MIMO | Alcatel | 6 | =R1-040595 | | Not treated |
| R1-040918 | Reordering of TTIs in MBMS | Siemens | 7.2 | (R1-040775) | 17/08/2004 | Noted |
| R1-040919 | Further considerations on the UE capability for MBMS (FDD) | Siemens | 7.3 | R1-041016 | | Revised by R1-041016 |
| R1-040920 | Spatial channel coding (SCC) for high throughput with a single receive antenna | Philips | 6.1 | | | Not treated |
| R1-040921 | Text Proposal for Spatial Channel Coding | Philips | 6.1 | | | Not treated |
| R1-040922 | Interaction between Enhanced Uplink and Compressed Mode | Philips | 8.4 | (R1-040770) | | Not treated |
| R1-040923 | HARQ in SHO for Enhanced Uplink | Philips | 8.4 | (R2-041286) | | Not treated |
| R1-040924 | Node B controlled scheduling in soft handover | Philips | 8.5 | (R1-040769) | | Not treated |
| R1-040925 | Implementation complexity of ACK/NACK performance improvement (including CR to 25.899) | Philips | 16 | | 20/08/2004 | Endorsed. It was decided to provide official CR (number #1) on the reflector by August 27 in Tdoc R1-041054 and approve on E-mail until August 31. |
| R1-040926 | Effect of PRE/POST scheme on HSDPA cell coverage (including CR to 25.899) | Philips | 16 | R1-041032 | | Revised by R1-041032 |
| R1-040927 | Retransmission Power Optimisation | Siemens | 8.3 | | | Not treated |
| R1-040928 | E-DCH HARQ with Power Offset | Siemens | 8.3 | | | Not treated |
| R1-040929 | Adjustment of Scheduling Timing by UE | Siemens | 9.2 | | | Not treated |

APLNDC-WH-A  0000010923

**3GPP TSG RAN WG1 Meeting #39**                                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040930 | Performance aspects of advanced spectral processing MIMO receivers for multi-code reception | Fujitsu, Dune Srl | 6 | | | Not treated |
| R1-040931 | TR25.876 v.1.5.1    "Multiple-Input Multiple Output in UTRA" | Editor(Lucent Technologies) | 6 | | 16/08/2004 | Approved as version 1.6.0 in Tdoc R1-041021 |
| R1-040932 | Principles of scheduling for enhanced uplink | Fujitsu | 9.2 | | | Not treated |
| R1-040933 | Node B controlled Scheduling for Enhanced Uplink | Fujitsu | 8.5 | | | Not treated |
| R1-040934 | Text Proposal on MIMO System Simulation Evaluation Methodology | Mitsubishi Electric Research Labs (MERL) | 6 | | 16/08/2004 | Noted |
| R1-040935 | Secondary Scrambling Code for IMS | Siemens | 10.2 | | 20/08/2004 | Noted |
| R1-040936 | Scheduling Schemes for EDCH | Lucent Technologies | 9.2 | | | Not treated |
| R1-040937 | Scheduling Performance for EDCH | Lucent Technologies | 9.2 | | | Not treated |
| R1-040938 | System Performance with IR/Chase | Lucent Technologies | 9.1 | | | Not treated |
| R1-040939 | SHO Operation for EDCH | Lucent Technologies | 9.1 | | | Not treated |
| R1-040940 | HARQ Processes for 2ms and 10ms | Lucent Technologies | 9.1 | | 18/08/2004 | Noted |
| R1-040941 | Physical channel code mapping for E-DCH | LG Electronics | 8.1 | | | Not treated |
| R1-040942 | Signaling to support 2 ms and 10 ms TTIs for E-DCH | LG Electronics | 8.4 | | | Not treated |
| R1-040943 | Uplink signaling for E-DCH | LG Electronics | 8.4 | | | Not treated |
| R1-040944 | Principles of downlink ACK/NACK signaling for E-DCH | LG Electronics | 8.4 | | | Not treated |
| R1-040945 | Timing of downlink signaling with 10 ms TTI for E-DCH | LG Electronics | 8.5 | | | Not treated |
| R1-040946 | Node B scheduling with transmit power restriction for E-DCH | LG Electronics | 9.2 | | | Not treated |

APLNDC-WH-A 0000010924

**3GPP TSG RAN WG1 Meeting #39**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R1-041469**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-040947 | Outer loop power control aspects of E-DCH | LG Electronics | 9.3 | | | Not treated |
| R1-040948 | HARQ signalling in Soft Handover | NEC | 9.1 | | | Not treated |
| R1-040949 | Secondary Pilot for E-DCH | NEC | 8.1 | | | Not treated |
| R1-040950 | Per Priority Queue basis Rate Scheduling | NEC | 9.2 | (R1-040739) | | Not treated |
| R1-040951 | Outer Loop power control in E-DCH | NEC | 9.3 | (R1-040738) | | Not treated |
| R1-040952 | HARQ Downlink Signalling | NEC | 8.4 | (R1-040742) | | Not treated |
| R1-040953 | Robust Signalling in Rate Scheduling | NEC | 8.5 | (R1-040740) | | Not Available |
| R1-040954 | Filtering on E-DCH TFCS | NEC | 9 | (R1-040741) | | Not treated |
| R1-040955 | System performance with low capability UE (2ms TTI vs 10ms TTI) | Panasonic | 8.1 | | | Not treated |
| R1-040956 | Uplink Control Signaling | Ericsson | 8.1 | | 17/08/2004 | Noted |
| R1-040957 | Downlink Control Signaling | Ericsson | 8.1 | | | Not treated |
| R1-040958 | E-DCH Physical Layer Hybrid ARQ Processing | Ericsson | 8.2 | | | Not treated |
| R1-040959 | E-DCH Schduling - Way Forward | Ericsson | 9.2 | | 18/08/2004 | Noted |
| R1-040960 | On Scheduling Delays | Ericsson | 9.2 | | | Not treated |
| R1-040961 | E-DCH Autonomous Transmissions | Ericsson | 9.2 | | | Not treated |
| R1-040962 | Proposal on RR, SI time multiplexing with HS-DPCCH | NTT DoCoMo | 8.1 | | 17/08/2004 | Noted |
| R1-040963 | Configurable Cell Level Rate Controller for EUL | NTT DoCoMo | 8 9.2 | | 18/08/2004 | Noted |
| R1-040964 | Autonomous Rate Ramping for Cell Level Rate Control | NTT DoCoMo | 8 9.2 | | 18/08/2004 | Noted |
| R1-040965 | Considerations on Enhanced Uplink Scheduling Options | Siemens | 9.2 | | | Not treated |
| R1-040966 | Uplink signalling for E-DCH scheduling based on predicted TFC | Siemens | 9.2 | =R1-040785 | | Not treated |
| R1-040967 | Efficient scheduling in SHO by means of UE feedback | Siemens | 9.2 | (R1-040786) | | Not treated |
| R1-040968 | UL Signalling overhead for node B scheduling in SHO | Siemens | 8.5 | (R1-040788) | | Not treated |

53

APLNDC-WH-A 0000010925

**3GPP TSG RAN WG1 Meeting #39**                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-040969 | DL Signalling overhead for node B scheduling | Siemens | 8.5 | (R1-040787) | | Not treated |
| R1-040970 | HSDPA Code Allocation/Measurement per Cell Portion | Nokia | 17 | | | Not treated |
| R1-040971 | TR25.808 v0.0.3 | Nokia | 8 | =R1-040805 | 17/08/2004 | Approved as version 0.1.0 in R1-041033 |
| R1-040972 | HSUPA Requirements for uplink signalling | Nokia | 8.1 | | 17/08/2004 | Noted |
| R1-040973 | Implicit Redundancy Version for IR HARQ Scheme | Nokia | 8.4 | =R1-040752 | | Not treated |
| R1-040974 | HSUPA HARQ ACK/NACK signalling performance | Nokia | 8.4 | | | Not treated |
| R1-040975 | HSUPA Signalling aspects of the rate scheduling | Nokia | 8.5 | =R1-040750 | | Not treated |
| R1-040976 | HSUPA Downlink scheduling signalling performance | Nokia | 8.5 | | | Not treated |
| R1-040977 | 1-bit Rate Request/Rate Grant Scheduling Signalling | Nokia | 9.2 | | | Not treated |
| R1-040978 | HSUPA Dynamic Step Adjustment for Node B Controlled Scheduling | Nokia | 9.2 | | 18/08/2004 | Noted |
| R1-040979 | On channelisation code sharing during compressed mode | Nokia | 13 | | 20/08/2004 | Noted. RAN1 could not conclude on a significant code saving gain |
| R1-040980 | Text Proposal on System Setup for MIMO | Nokia, TeliaSonera, T-Mobile | 6 | | 16/08/2004 | Noted |
| R1-040981 | MIMO Reference Cases | Nokia | 6 | | 16/08/2004 | Noted. Agreed to use 6 sectors and 2Rx LMMSE as reference case for MIMO for MIMO studies |
| R1-040982 | Comments and TP on MIMO Compatibility Assessment | QUALCOMM Europe | 6.1 | | 16/08/2004 | Noted |
| R1-040983 | TR 25.803 v1.3.1 | QUALCOMM Europe | 7 | | 16/08/2004 | Approved as v1.4.0 in R1-041024 |
| R1-040984 | On NI mapping | QUALCOMM Europe | 7.1 | | 16/08/2004 | Noted |

APLNDC-WH-A 0000010926

**3GPP TSG RAN WG1 Meeting #39**                                                          **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-040985 | Position on scheduler design parameters | QUALCOMM Europe | 9.2 | | | Not treated |
| R1-040986 | Comparison of D-ASTTD-SGRC and DSTTD-SGRC using full-queue system simulations | Huawei Technologies | 6 | | | Not treated |
| R1-040987 | Midamble Allocation and Channelistion Code Allocation Signaling to Support MIMO in UTRA TDD | IPWireless | 6 | =R1-040580 | | Not treated |
| R1-040988 | Text Proposal for MIMO TR 25.876 (Midamble Allocation and Code Allocation Signaling) | IPWireless | 6 | =R1-040581 | | Not treated |
| R1-040989 | Per Antenna Rate Control for UTRA TDD | IPWireless | 6 | =R1-040582 | | Not treated |
| R1-040990 | Text Proposal for MIMO TR 25.876 (MIMO Proposal for UTRA TDD) | IPWireless | 6 | =R1-040583 | | Not treated |
| R1-040991 | Intra-frame Code Hopping for EU-TDD and Text Proposal for 25.804 | IPWireless | 11 | | 20/08/2004 | Decided to include TP with a note that applicability of the scheme for 1.28Mcps TDD is FFS. |
| R1-040992 | HARQ Performance for TDD Enhanced Uplink and Text Proposal for 25.804 | IPWireless | 11 | | 20/08/2004 | Agreed |
| R1-040993 | Power Control for TDD Enhanced Uplink and Text Proposal for 25.804 | IPWireless | 11 | R1-041035 | 20/08/2004 | Revised by R1-041035 |
| R1-040994 | System Simulation Results for Release 99 type channels for TR25.895 (with text proposal) | IPWireless | 12 | R1-041027 | 20/08/2004 | Revised by R1-041027 |
| R1-040995 | Text Proposal for Application to 3GPP systems and services | IPWireless | 12 | | 20/08/2004 | Revised wording in R1-041043 |
| R1-040996 | Text Proposal for Conclusion to TR25.895 | IPWireless | 12 | R1-041028 | 20/08/2004 | Revised by R1-041028 |
| R1-040997 | Downlink Code Resource Optimisation for TDD HSDPA | IPWireless | 15 | | | Not treated |
| R1-040998 | MBMS Transport and Physical Layer Soft Combining | Motorola | 7.3 | | 17/08/2004 | Noted |
| R1-040999 | Signalling framework for Enhanced Uplink scheduling | Fujitsu | 8.5 | | | Not treated |

APLNDC-WH-A 0000010927

**3GPP TSG RAN WG1 Meeting #39**  **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-041000 | TR25.895 v1.3.4: Analysis of Higher Chip Rates for UTRA TDD Evolution | IPWireless | 12 | | 20/08/2004 | Approved as version 1.4.0 in R1-041042 |
| R1-041001 | ~~E-DCH scheduling method in SHO~~ | ~~Panasonic~~ | ~~8.5~~ | | | Withdrawn |
| R1-041002 | Soft Combining for MBMS | Ericsson | 7.3 | | 17/08/2004 | Noted |
| R1-041003 | UE performance requirements for MBMS reception | Ericsson | 7.4 | | 17/08/2004 | Noted |
| R1-041004 | UL signalling for FDD enhanced UL | Nortel Networks | 8.4 | (R1-040872) | 17/08/2004 | Noted |
| R1-041005 | Traffic to Pilot Ratio Settings and Pilot Powers for EDCH | Lucent Technologies | 8.3 | | | Not treated |
| R1-041006 | ~~Modulation for TDD Enhanced Uplink and Text Proposal for 25.804~~ | ~~IPWireless~~ | ~~11~~ | | | Withdrawn |
| R1-041007 | Per-Stream Rate Control for LCR TDD_System Proposal and Initial Link Level Results | CATT | 6 | | | Not treated |
| R1-041008 | Simulations related to R1-040962 | NTT DoCoMo | 8.1 | | | Not treated |
| R1-041009 | RoT information broadcast as auxiliary information | Panasonic | 8.5 | | | Not treated |
| R1-041010 | Signalling for E-DCH Scheduling - Text proposal | Fujistu | 8.5 | | | Not treated |
| R1-041011 | Fairness based multiuser MIMO scheduling | Samsung | 6 | | | Not treated |
| R1-041012 | Antenna selection based MIMO | Samsung & SNU | 6 | | | Not treated |
| R1-041013 | PU2RC Simulation | Samsung & SNU | 6 | | | Not treated |
| R1-041014 | (To) LS on the material to be submitted to ITU-R WP8F#14 for Revision 5 of Recommendation ITU-R M.1457 (To:R1, R2, R3, R4) | ITU-R Ad Hoc (Telecom Italia) | 4 | | 16/08/2004 | Noted |
| R1-041015 | Comments on MICH mapping proposal in R1-040867 | NEC | 7.1 | | 16/08/2004 | Noted |
| R1-041016 | Further considerations on the UE capability for MBMS (FDD) | Siemens | 7.3 | | 17/08/2004 | Noted |

APLNDC-WH-A  0000010928

**3GPP TSG RAN WG1 Meeting #39**                                                   **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-041017 | 25.222CR122r1(Rel-4, F)&CR123r1(Rel-5, A)&CR124r1(Rel-6, A): "Correction of symbol Xi defined in sub-frame segmentation step" | Siemens | 5.2 5.3 5.4 | (R1-040826) | 20/08/2004 | Approved |
| R1-041018 | 25224CR135r1(Rel-4, F)&CR136r1(Rel-5, A)&CR137r1(Rel-6, A): "Corrections of radio access procedure for 1.28Mcps TDD" | Siemens AG, CATT | 5.2 5.3 5.4 | (R1-040913) | 20/08/2004 | Approved |
| R1-041019 | 25.214CR349r1(Rel-6, F)&CR350(Rel-5, A) "Clarification of SSDT uplink only signaling" | LG Electronics | 5.4 | (R1-040875) | 20/08/2004 | Approved |
| R1-041020 | Approved Report of 3GPP TSG RAN WG1 Rel.6 Ad Hoc meeting in Cannes | RAN1 Secretary | 2 | (R1-040812) | | Approved Version |
| R1-041021 | TR25.876 v.1.6.0    "Multiple-Input Multiple Output in UTRA" | Editor(Lucent Technologies) | 6 | | | Approved Version |
| R1-041022 | Text Proposal " MIMO Reference Case" | Nokia | 6 | (R1-040981) | 20/08/2004 | Approved |
| R1-041023 | Comments and TP on MIMO Compatibility Assessment | QUALCOMM Europe | 6 | (R1-040982) | 20/08/2004 | Approved |
| R1-041024 | TR 25.803 v1.4.0 | QUALCOMM Europe | 7.1 | | | Not treated |
| R1-041025 | Draft LS on introduction of the MICH in 25.21x | QUALCOMM Europe | 7.1 | | 20/08/2004 | Approved in Tdoc R1-041048 |
| R1-041026 | TR 25.803 v1.4.1 | QUALCOMM Europe | 7.1 | (R1-041024) | | Decided to approve via E-mail until August 30 |
| R1-041027 | System Simulation Results for Release 99 type channels for TR25.895 (with text proposal) | IPWireless | 12 | (R1-040994) | 20/08/2004 | Agreed to include in the TR with modification |
| R1-041028 | Text Proposal for Conclusion to TR25.895 | IPWireless | 12 | (R1-040996) | 20/08/2004 | Revised regarding conclusions for R1-041044 |
| R1-041029 | DRAFT Question on the impact of L1 limitations on MBMS | Panasonic | 7.2 | | 20/08/2004 | Approved with modifications in R1-041047 |
| R1-041030 | Baseline for finalization of MBMS soft combining | Qualcomm Europe, Motorola | 7.3 | | 20/08/2004 | Agreed |
| R1-041031 | Draft LS on questions on MBMS | Nortel Networks | 7.3 | | 20/08/2004 | Approved with modifications in R1-041052. |

APLNDC-WH-A  0000010929

**3GPP TSG RAN WG1 Meeting #39**                                                                    **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-041032 | Effect of PRE/POST scheme on HSDPA cell coverage (including CR to 25.899) | Philips | 16 | (R1-040926) | 20/08/2004 | Endorsed. Decided to provide official CR (number #2) on the reflector by August 27 in R1-041055 and approve on E-mail approval until August 31. |
| R1-041033 | TR25.808 v0.1.0 | Nokia | 8 | =R1-040971 | | Approved Version |
| R1-041034 | Text proposal on System setup to MIMO | Nokia | 6 | | 20/08/2004 | Approved with addition and correction |
| R1-041035 | Power Control for TDD Enhanced Uplink and Text Proposal for 25.804 | IPWireless | 11 | (R1-040993) | 20/08/2004 | Agreed |
| R1-041036 | Summary from MIMO adhoc meeting | MIMO ad hoc | 6 | | 20/08/2004 | Approved |
| R1-041037 | 25.214CR343r2(Rel-5, F)&CR344r2(Rel-6, A) "Clarification of minimum power limit" | Panasonic | 5.3 | (R1-040839) | 20/08/2004 | It was not clear if CR is need or not. It was decided to conclude discussion in RAN1#38bis |
| R1-041038 | Proposed addition for TR25.993 | T-Mobile, Siemens, Nokia | 5.5 | | 20/08/2004 | Noted |
| R1-041039 | (Cc) Reply LS on Proposed Modification to HSDPA Radio Bearer Settings (To:T1 Cc: R1)    (Reply to) | RAN2 | 4 | | 20/08/2004 | Noted |
| R1-041040 | (Cc) LS on enhancing L1 multiplexing test coverage in 3GPP test specifications (To:T1,   Cc: R1) | RAN2 | 4 | | 20/08/2004 | Decided to provide quick feedback to TSG WG-T1 that RAN1 would review the L1 aspects and provide more feedback from RAN#38bis in R1-041049. |
| R1-041041 | TR 25.804 "Uplink Enhancements for UTRA TDD" v0.3.0 | InterDigital | 11 | | | Approved version |
| R1-041042 | TR25.895 v1.4.0: Analysis of Higher Chip Rates for UTRA TDD Evolution | IPWireless | 12 | | | Approved version |
| R1-041043 | Text Proposal for Application to 3GPP systems and services | IPWireless | 12 | (R1-040995) | 20/08/2004 | Approved |
| R1-041044 | Text Proposal for Conclusion to TR25.895 | IPWireless | 12 | (R1-041028) | 20/08/2004 | Approved |
| R1-041045 | Draft Response to LS on the material to be submitted to ITU-R WP8F#14 for Revision 5 of Recommendation ITU-R M.1457 (To:ITU-R Ad Hoc) | RAN1 | 4 | | 20/08/2004 | Approved in R1-041046 |

APLNDC-WH-A  0000010930

**3GPP TSG RAN WG1 Meeting #39**                                                                       **R1-041469**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------|---------------------|
| R1-041046 | Response to LS on the material to be submitted to ITU-R WP8F#14 for Revision 5 of Recommendation ITU-R M.1457 (To:ITU-R Ad Hoc) | RAN1(Telecom Italia) | 4 | =R1-041045 | | Approved version |
| R1-041047 | LS on Question on the impact of L1 limitations on MBMS (To: R2, R3, R4) | RAN1(Panasonic) | 7 | (R1-041029) | | Approved version |
| R1-041048 | LS on introduction of the MICH in 25.21x (To:R2, R3 Cc: R4) | RAN1(Qualcomm) | 7 | | | Approved version |
| R1-041049 | DRAFT LS on enhancing L1 multiplexing test coverage in 3GPP test specifications (To:T1, Cc:RAN2) | RAN1 Nokia) | 4 | | 20/08/2004 | Approved |
| R1-041050 | TR25.876 v.1.6.1 "Multiple-Input Multiple Output in UTRA" | Lucent Technologies | 6 | | | Decided to approve via email until August 31 |
| R1-041051 | TR 25.895. version 1.4.1 | IPWireless | 12 | | | Provided on the reflector, and E-mail approval deadline would be August 30 |
| R1-041052 | LS on questions on MBMS (To :R2, Cc :R3) | RAN1(Nortel Networks) | 7.3 | (R1-041031) | | Approved version |
| R1-041053 | LS on enhancing L1 multiplexing test coverage in 3GPP test specifications (To:T1, Cc:R2) | RAN1 (Nokia) | 4 | (R1-041049) | | Approved version |
| R1-041054 | 25.899CR1(Rel-6, F)"Implementation complexity of ACK/NACK performance improvement" | Philips | 16 | =R1-040925 | | On the reflector by August 27 and approve on E-mail until August 31. There were some comments from Samsung. Revised to R1-041056) |
| R1-041055 | 25.899CR2(Rel-6, F)"Effect of PRE/POST scheme on HSDPA cell coverage" | Philips | 16 | =R1-041032 | | On the reflector by August 27 and approve on E-mail until August 31. Approved on E-mail. |
| R1-041056 | 25.899CR1r1(Rel-6, F)"Implementation complexity of ACK/NACK performance improvement" | Philips | 16 | (R1-041054) | | Approved on E-mail. |
| R1-041057 | MIMO TR25.876 v1.7.0 | Editor(Lucent Technologies) | 6 | =R1-041050 | | Approved version |
| R1-041058 | Response LS on minimum power limit (To:R1,CC:T1RF) | RAN4 | 4 | | | Noted |
| R1-041059 | 25.214CR352r1(Rel-6, F)&CR353(Rel-5, A) "Clarification of SSDT uplink only signaling" | LG Electronics | 5.4 | (R1-041019) | | Approved. |

APLNDC-WH-A  0000010931

**3GPP TSG RAN WG1 Meeting #39**
**Shin-Yokohama, Japan 15 – 19 November, 2004**

**R1-041469**

APLNDC-WH-A 0000010932