Mueller Exhibit 40

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 04 – 08 April, 2005**

**R1-050369**

| | |
|---|---|
| Agenda item | 3 |
| Title: | Approved report of 3GPP TSG RAN WG1 #40 in Scottsdale (Scottsdale, AZ, USA, 14 – 18 February, 2005) |
| Document for: | |
| Source: | TSG RAN WG1 Secretary |



Notes:

All timestamps in this document are in GMT-7H unless otherwise noted.

<u>Fact Summary</u>

| | |
|---|---|
| Meeting: | 3GPP TSG RAN WG1 #40 |
| Dates: | 14th through 18th February, 2005 |
| Venue: | Embassy Suites Hotel Phoenix - Scottsdale, Scottsdale, AZ, USA |
| Host: | The North American Friends of 3GPP |
| Attendees: | 81 delegates |
| Documents: | 195 (including some withdrawn and post-meeting artefacts) |

Yoshikazu Ishii
ETSI Mobile Competence Center
yoshikazu.ishii@etsi.org

APLNDC-WH-A 0000011016

# Table of contents

Executive summary ..........................................................................................................................1

1 Opening of the meeting..................................................................................................................2
1.1        Call for IPR...........................................................................................................................2

2        Approval of the agenda ...........................................................................................................2

3.       Approval of the minutes from previous meetings....................................................................2

4.       Summary from TSG RAN#26 ................................................................................................3

5.       Liaison statement handling......................................................................................................4

6.       Maintenance of R99, Rel4, Rel5, Rel6 ...................................................................................6
6.1        R99 CRs + shadow CRs .........................................................................................................6
6.2        Rel4 CRs + shadow CRs .........................................................................................................6
6.3        Rel5 CRs + shadow CRs .........................................................................................................6
6.4        Rel6 CRs (if not covered by other agenda item) ....................................................................6
6.5        Other .......................................................................................................................................7

7.       MBMS UE capability ..............................................................................................................9

8.       Optimisation of downlink channelisation code utilisation (FDD)............................................10

9.       FDD Enhanced Uplink ...........................................................................................................13
9.1        Reporting from the conference calls on Enhanced Uplink......................................................15
9.2        Timing, HARQ and Scheduling .............................................................................................16
9.3        Measurements for RRM .........................................................................................................21
9.4        UE categories (TS 25.306) ....................................................................................................23
9.5        Interaction with other features ...............................................................................................24
9.6        Enhanced Uplink CRs on the specifications ...........................................................................25
9.6.1        CRs for TS 25.211 .............................................................................................................25
9.6.2        CRs for TS 25.212 .............................................................................................................27
9.6.3        CRs for TS 25.213 .............................................................................................................28
9.6.4        CRs for TS 25.214 .............................................................................................................28
9.6.5        CRs for TS 25.215 .............................................................................................................29

10.      IMS (RAB support enhancement work item) .........................................................................30

11.      Optimisation of downlink channelisation code utilisation (3.84 Mcps TDD)...........................31

12.      Optimisation of downlink channelisation code utilisation (1.28 Mcps TDD)...........................32

13.      Work Item on 7.68 Mcps TDD ...............................................................................................33

14.      Study Item on TDD Enhanced Uplink ....................................................................................34

15.      Review of RAN WG1 Terms of Reference ..............................................................................35

16.      Other Business .......................................................................................................................35

17.      Closing of the meeting : Friday 5.00 PM .................................................................................36

Annex A:   List of participants ............................................................................................................37

Annex B:   TSG RAN WG1 meetings in 2005 .....................................................................................40

Annex C:   List of CRs agreed at RAN1#40 ........................................................................................41

Annex D:   List of Outgoing LSs to 3GPP other groups.......................................................................43

Annex E:   List of Tdocs at RAN1 #40 ...............................................................................................44

APLNDC-WH-A 0000011017

Case 5:11-cv-01846-LHK Document 662-15 Filed 01/25/12 Page 4 of 57

# Executive summary

WG RAN1 #40 took place in Embassy Suites Hotel Phoenix - Scottsdale, AZ, USA. The meeting started at 9:00 on Monday 14th February 2005 and finished at 16:00 on Friday 18th.

On Monday, "Maintenance of R99-Rel.6", "MBMS UE capability", and "Optimisation of downlink channelisation code (FDD) were discussed. Regarding "Optimization of downlink channelization code", the set of CR for TS25.211-215 was agreed.

Through Tuesday to Thursday, "FDD Enhanced Uplink" was mainly discussed. Timing/HARQ/Scheduling issues, UE capabilities, and compressed mode for EDCH were discussed and then more than ten CRs were agreed. Additionally, RAN1/2/3/4 joint session regarding RRM EDCH was held on Wednesday evening.

The number of contribution documents for this meeting was 190, and those documents were categorized as followed.

| Agenda Item | Input Document | Discussed Document |
|---|---|---|
| Maintenance of R99, Rel4, Rel5, Rel6 | 16 | 14 |
| MBMS UE Capability | 8 | 8 |
| Optimisation of downlink channelisation code (FDD) | 25 | 19 |
| FDD Enhanced Uplink | 105 | 85 |
| IMS(RAB support enhancement work item) | 1 | 1 |
| Optimisation of downlink channelisation code (3.84 Mcps TDD) | 4 | 3 |
| Optimisation of downlink channelisation code (1.28 Mcps TDD) | 2 | 2 |
| Work Item on 7.68 Mcps TDD | 4 | 2 |
| Study Item on TDD Enhanced Uplink | 5 | 4 |

Note: The withdrawn and revised documents were counted in the numbers of document on this table.

APLNDC-WH-A 0000011018

**3GPP TSG RAN WG1 Meeting #40bis**         **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 1 Opening of the meeting

*14/02/2005 09:05*

The RAN1 Chairman, Mr. Dirk Gerstenberger and welcomed the participants to the 40th RAN WG1 and opened the meeting at 09.05am.
Mr. Donald E. Zelmer from Singular Wireless LLC welcomed the delegates on behalf of the North American Friends of 3GPP.

## 1.1     Call for IPR

*14/02/2005 09:05*

**The Chairman drew attention to Members' obligations under the 3GPP Partner Organizations' IPR policies. Every Individual Member organization is obliged to declare to the Partner Organization or Organizations of which it is a member any IPR owned by the Individual Member or any other organization which is or is likely to become essential to the work of 3GPP.**

> The attention of the members of this Technical Specification Group is drawn to the fact **that 3GPP Individual Members have the obligation** under the IPR Policies of their respective Organizational Partners to **inform their respective** Organizational Partners **of Essential IPRs they become aware of**.
>
> The members take note that they are hereby invited:
>
> - to investigate in their company whether their company does own IPRs which are, or are likely to become Essential in respect of the work of the Technical Specification Group.
>
> - to notify the Director-General, or the Chairman of their **respective** Organizational Partners, of all potential IPRs that their company may own, by means of the IPR Statement and the Licensing declaration forms (e.g. see the ETSI IPR forms http://webapp.etsi.org/Ipr/).

# 2     Approval of the agenda

**R1-050035    Draft Agenda**                                      **(RAN1 Chairman)**
    14/02/2005 09:10 Presented by Mr. Dirk Gerstenberger.

    **Discussion (Question / Comment):**
    The Mr. Chairman informed about the discussion in this week.
    **Decision:** This document was approved.

# 3.     Approval of the minutes from previous meetings

**R1-050040    DRAFT Report of 3GPP TSG RAN WG1 #39**            **(RAN1 Secretary)**
    14/02/2005 09:15 Presented by Mr. Yoshikazu Ishii.

    **Decision:** This document was approved in Tdoc R1-050180.

**R1-050180    Approved Report of 3GPP TSG RAN WG1 #39**         **(RAN1 Secretary)**
**R1-050075    DRAFT Report of 3GPP TSG RAN WG2 #45**            **(RAN2 Secretary)**
    14/02/2005 09:15 Presented by Mr. Yoshikazu Ishii.

    **Decision:** This document was approved just on RAN1/2 Joint session topic in 12.2.

APLNDC-WH-A 0000011019

Case 5:11-cv-01846-LHK   Document 662-15   Filed 01/25/12   Page 6 of 57

# 4.       Summary from TSG RAN#26

**R1-050041        Summary from TSG RAN#26**                              **(RAN1 Chairman)**

14/02/2005 09:25 Presented by Mr. Dirk Gerstenberger.

**Discussion (Question / Comment):**

Mr. Chairman informed about the discussion and decision regarding the last plenary meeting. At last plenary meeting, in addition to the normal discussion, the big topics "UTRAN evolution" was discussed and then the process of this topic and SI were approved. As the topic related to RAN1, MIMO was approved to postpone until RAN#28.

As the other information, the WG1 election will be held at the WGs co-located meeting in May.

**Decision:** This document was noted.

APLNDC-WH-A  0000011020

**3GPP TSG RAN WG1 Meeting #40bis**                                        **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

---

# 5.    Liaison statement handling

**R1-050036    Reply LS on parameter set for PS streaming reference radio bearer combination with downlink rate up to 128 kbps (To ; T1, Cc ; RAN1)    (WG RAN2)**
14/02/2005 09:30 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

**R1-050037    Reply LS on Synchronisation of FDD MBMS P-t-M Transmissions from Clusters of Cells (To ; RAN3, Cc ; RAN1, RAN4)    (WG RAN2)**
14/02/2005 09:35 Presented by Mr. Mark Harrison.

**Decision:** This document was noted.

**R1-050038    LS on Layer 1 synchronization procedure (To ; RAN1, Cc ; RAN3, RAN4)    (WG RAN2)**

14/02/2005 09:35 Presented by Mrs. Ning He.

**Decision:** This document was noted.

**R1-050039    LS on Radio link failure criteria on Fractional DPCH (To ; RAN3, RAN4, Cc ; RAN1)    (WG RAN2)**
14/02/2005 09:40 Presented by Mr. Markku Tarkiainen.

**Decision:** This document was noted.

**R1-050123    LS on Details on MCCH (To ; RAN4, Cc ; RAN1)    (WG RAN2)**
14/02/2005 09:40 Presented by Mr. Elias Jonsson.

**Discussion (Question / Comment):** There are some discussions on how to pick up the information from MCCH.
**Decision:** This document was noted.

**R1-050124    LS on reference cell in SFN-SFN observed time difference measurement (To : RAN1, Cc : RAN2)    (WG T1)**
14/02/2005 09:45 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):** From Panasonic, it was informed that there is and contribution to this topics. From Nortel, it was commented that it should be confirmed whether the other WG spec (RAN4) have CRs or not in addition to TS25.215.
**Decision:** This document was noted.

**R1-050125    LS on modified parameters for 5.9 speech radio bearer 6.10.2.4.1.9 in 34.108 (To ; RAN1, RAN2)    (WG T1)**
14/02/2005 09:55 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** It was commented that RAN2 discussion should be checked.
**Decision:** This document was noted.

**R1-050175    LS on the measurements required for EDCH congestion control    (To : RAN1, Cc : RAN2, RAN4)    (WG RAN3)**
**Discussion (Question / Comment):**
**Decision:** This LS was noted at RAN1/2/3/4 joint session on RRM EDCH.

**R1-050199    LS on alignment of MBMS transport channels (To : RAN1, RAN2)    (WG RAN3)**
18/02/2005 09:10 Presented by Dr. Joern Krause (Siemens).

 **Discussion (Question / Comment):**
**Decision:** This document was noted. It was decided to send the reply LS indicating that no significant impact on RAN1 specifications is expected with an introduction of an SFN-MFN offset (no impact with introduction of an SFN-CFN offset) that would lead to alignment of TTI starting times and the proposed solution CFN mod2 = 0 is not preferred in Tdoc R1-050214.

**R1-050214    [DRAFT] Reply LS on alignment of MBMS transport channels    (Siemens)**
18/02/2005 12:20 Presented by Dr. Joern Krause.

*4*

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**Discussion (Question / Comment):**
**Decision:** This draft LS was approved with modification in Tdoc R1-050221

**R1-050221     Reply LS on alignment of MBMS transport channels            (WG-RAN1)**

**R1-050211     LS on Layer 1 synchronization procedure (To ; RAN1, Cc ; RAN3, RAN4)**
                                                                    **(WG RAN3)**

18/02/2005 09:35 Presented by Ms. Ning He.

**Decision:** This document was noted.

APLNDC-WH-A 0000011022

Case 5:11-cv-01846-LHK   Document 662-15   Filed 01/25/12   Page 9 of 57

# 6.      Maintenance of R99, Rel4, Rel5, Rel6

## 6.1      R99 CRs + shadow CRs

**R1-050110     25.215CR150r1(Rel99, C),CR151r1(Rel-4, A), CR152r1(Rel-5, A), CR153r1(Rel-6,
                A) "Removal of TGPL2"                                    (Ericsson, Samsung)**
14/02/2005 10:00 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** It was commented that there was a concerning for the removal on R99.
**Decision:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The decision on release will be taken at next RAN  meeting.

## 6.2      Rel4 CRs + shadow CRs

## 6.3      Rel5 CRs + shadow CRs

**R1-050113     25.214CR365(Rel-5, F), CR366(Rel-6, A) "Correction to computed gain factors
                quantization"                                            (QUALCOMM Europe)**
14/02/2005 10:05 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** From Philips and Vodafone, it was commented that this issue is not sure to
rely on from network side and so it should be checked by network manufacture side. Also there are some comments
and question for the motivation and benefit of this issue.
**Decision:** It was decided to revisit this topic after the offline discussion. In last day, from Qualcomm Europe, the
following "Way forward" was proposal.

**Way forward proposal**: Agreed Rel5 CR, but not Rel6 CR, principle agreement to increase the gain factor
resolution from Rel6 onward (CR to be brought to RAN#40bis)

**Final decision:** Relation to RAN4 specification should be checked w.r.t accuracy requirement and also whether the
objective of the CRs is already possible with the current specifications. Companies can raise concerns on the CR
over the RAN1 reflector before the RAN meeting. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

After the meeting, Lucent raised some concerns for Rel-5 CR on the RAN1 reflector.

**Not Treated**
**R1-050171     UE behavior in DPCH frame offset reconfiguration                    (Intel)**

## 6.4      Rel6 CRs (if not covered by other agenda item)

**R1-050099     25.214CR354r2(Rel-6, C)"Timing maintained Hard Handover"            (Ericsson)**
14/02/2005 11:10 Presented by Mrs. Ning He.

**Discussion (Question / Comment):** There are some questions and comments on the behaviour on non-timing
maintained handover, how to recognize between timing maintained and non-timing maintained handover. From
Nortel, it was commented that from the influence of the issue should be checked from RAN3 aspects.
**Decision:**  It was decided to discuss more from viewpoint of "Node B indication needed?". This CR was revised in
Tdoc R1-050201.

**R1-050201     25.214CR354r3(Rel-6, C)"Timing maintained Hard Handover"            (Ericsson)**
18/02/2005 09:40 Presented by Ms. Ning He.

**Discussion (Question / Comment):**
**Decision:** ▓▓▓▓▓▓▓▓▓. For RAN plenary, MCC adds 25.433 to the cover page.

**R1-050100     25.214CR355r1(Rel-6, B)"Faster L1 DCH synchronization"              (Ericsson)**
14/02/2005 11:50 Presented by Ms. Ning He.

APLNDC-WH-A  0000011023

**3GPP TSG RAN WG1 Meeting #40bis**                                                        **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**Discussion (Question / Comment):** It was commented regarding the relation to the RAN4 specification
**Decision:** It was decided to replace Qpost with Qout, and should be reconfirm with RAN2 about indication of the post-sync-failure (depends on RAN2 discussion). Revision 2 of the CR in tdoc R1-050173. Draft an LS to RAN4 in todc R1-050174.

**R1-050173     25.214CR355r2(Rel-6, B)"Faster L1 DCH synchronization"          (Ericsson)**
18/02/2005 09:50 Presented by Ms. Ning He.

**Discussion (Question / Comment):** It was commented that L1 specification can not distinguish the content and information, so this issue may depend on RAN2.
**Decision:** ~~This CR was technically agreed from RAN1 perspective~~. If RAN2 comes to another conclusion, the CR text shall be updated accordingly.

**R1-050174     Draft LS on Faster L1 DCH synchronization                      (Ericsson)**
18/02/2005 09:55 Presented by Ms. Ning He.

**Discussion (Question / Comment):**
**Decision:** ~~The draft LS was approved with the modification in Tdoc R1-050216~~

**R1-050216     LS on Faster L1 DCH synchronization (To : RAN4)               (WG RAN1)**

**R1-050082     25.215CR154(Rel-6, F)"Clarification of cell on SFN-SFN observed time
                difference"                                                  (Panasonic)**
14/02/2005 12:00 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):** From Mr. Chairman, it was suggested that the set for the earlier release should be prepared for the RAN Plenary.
**Decision:** ~~This CR was agreed~~. It was decided to consider possibility for CRs to the earlier releases (R99…) at RAN Plenary as company proposal.

**R1-050096     25.224CR140r2(Rel-6, C) "Improvements to uplink closed-loop power control for
                1.28Mcps TDD"                                                 (IPWireless)**
14/02/2005 12:20 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):** The CR was already agreed at the last meeting (RAN1#39). Because the set of CRs from other group was not available, the approval for the CRs was postpone at the last plenary. And also, the version of specification was updated. As the results, this CR was checked for the new version of specification and was changed on only the cover sheet.
**Decision:** ~~This CR was agreed~~. The Category was changed from TEI6 to LCRTDD-Phys after meeting.

**R1-050114     25.215CR147r4"Introduction of 'DL Transmission Branch Load' measurement"
                                                                             (Siemens)**

14/02/2005 12:15 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):** The CR was already agreed at the last meeting (RAN1#39). Because the set of CRs from other group was not available, the approval for the CRs was postpone at the last plenary. And also, the version of specification was updated. As the results, this CR was checked for the new version of specification and was changed on only the cover sheet.
**Decision:** ~~This CR was agreed~~

# 6.5     Other

**R1-050154     AMR-WB reference RAB configurations                          (Nokia)**
14/02/2005 12:20 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):** From Vodafone It was asked why the SRB5 was not used
**Decision:** It was suggested to check PL 0.84 and why SRB5 is omitted.

**R1-050205     AMR-WB reference RAB configurations             (Nokia)(Revision of R1-050154)**
18/02/2005 10:10 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):**
**Decision:** This document was noted. RAN 1 confirms the correctness of the RAN1 parameters.

APLNDC-WH-A 0000011024

**3GPP TSG RAN WG1 Meeting #40bis**                                               **R1-050369**
**Beijing, China, 4 – 8 April, 2005**


**R1-050153     Feature Clean-Up**                                    **(Nokia) (Withdrawn)**
**R1-050172     Feature Clean-Up**                                      **(Nokia, Motorola)**
14/02/2005 12:25 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):**
**Decision:** This document was noted. The decision on removal of features should be taken TSG RAN level. Hence this part of the discussion is deferred to RAN#27.

APLNDC-WH-A 0000011025

**3GPP TSG RAN WG1 Meeting #40bis**          **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 7.    MBMS UE capability

**R1-050083    MBMS UE capability**          **(Panasonic)**
14/02/2005 14:05 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):** It was confirmed that 12kbps UE capability is the minimum but the technical discussion should be made from 64kbps. It was asked if both of the capability part A and B are mandatory. The answer to the question was Yes.
**Decision:** This document was noted

**R1-050138    MBMS UE Capability for FDD**          **(Motorola)**
14/02/2005 14:20 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):**
There are many discussion regarding "Number of TTI", "Maximum TTI", "Simultaneous reception of DL DPCH and S-CCPCH". It was commented that "Maximum" should be removed from Table 4.X.2 because the relation of the maximum TTI and number of TrCH is not clear.
**Decision:** This document was noted

**R1-050152    On MBMS UE Minimum Capability**          **(Nokia)**
**Decision:** This document was noted with relation to R1-050083 and R1-050138.

It was decided to update Motorola proposal (R1-050138) according to the discussion by considering as followed: PhCH limitation (PhCH bits, codes), 1TrCH for soft combining (also for the whole cluster), 64kbps simultaneous S-CCPCH/DPCH, Keep or remove "MAX" TTI for the moment, could be limited to only one TTI per combination provide that RAN2 has no objections (Revision in Tdoc R1-050176). And also it was decided to indicate TTI issue together with the RAN1 parts of UE capabilities in an LS to RAN2 (Tdoc R1-050177). 1RL cluster and bitrates higher that 256kbps seem to be supported within this specification.

**R1-050176    MBMS UE Capability for FDD**          **(Motorola, Panasonic)**
18/02/2005 10:20 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):**
For the finalization for the UE capabilities, how do we treat this working assumption. How do we convert to RAN2 specifications in this 2 weeks for RAN plenary. It should be this proposal to RAN2.
**Decision:** This document was noted. Include updated the proposal from176 (with limit on SCCPCH codes) and indicate TTI issue together with the RAN1 parts of UE capabilities  in draft LS R1-050177.

**R1-050177    LS on MBMS UE capability**          **(Panasonic, Motorola)**
18/02/2005 15:50 Presented by Mr. Mark Harrison

**Discussion (Question / Comment):**

**Decision:** ~~This draft LS was approved~~ with modification on "Overall description" in Tdoc R1-050222.

**R1-050222    LS on MBMS UE capability (To : RAN2, RAN3, RAN4)**          **(WG RAN1)**

**R1-050092    TTI reordering with measurement gaps of 10 and 20 ms**          **(Siemens)**
14/02/2005 15:30 Presented by Dr. Juergen Michel.

**Discussion (Question / Comment):** It was commented that how the RAN4 part is specified. There were some comments regarding how to switch off the power.
**Decision:** This document was noted.

**R1-050093    Draft LS on TTI reordering**          **(Siemens)**
14/02/2005 15:30 Presented by Dr. Juergen Michel.

**Decision:** The gain would be usable when the network does not utilise the freedom in scheduling provided by selection combining. Amount of gain would need to be compared to what is achievable using by MSCH properly. It was postponed to next meeting with waiting for RAN4 feed back.

APLNDC-WH-A  0000011026

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 8.    Optimisation of downlink channelisation code utilisation (FDD)

The overview of discussion about F-DPCH is as followed.
Conclusion
1.   F-DPCH shall be mandatory for UEs supporting HSDPA

2.   Only one slot format : 2TPC bits, without pilots

3.   Phase reference other than P-CPICH.

Regarding the power control, Or of downlink shall be applied together with a quality criteria (to be defined by RAN4), network should ensure that reliable TPC commands reach the UE. Whether to satisfy all RL with DL QoS target is FFS. Use of Power Offset could simplify RAN3 specifications (assuming that the offsets are the same if pilots are used).

The set of CRs for TS 25.211-TS25.215 was agreed.
TS25.211 : CR200r1 "Introduction of F-DPCH without pilot field" in Tdoc R1-050178
TS25.212 : CR193r1 "Introduction of F-DPCH" in Tdoc R1-050080
TS25.213 : CR70r1 "Introduction of F-DPCH" in Tdoc R1050081
TS25.214 : CR368r1 "Introduction of F-DPCH without pilot field" in Tdoc R1050179
TS25.215 : CR155 "Introduction of F-DPCH without pilot field" in Tdoc R1050133
Regarding "Support for BTFD in flexible position multiplexing of transport channels, there was no agreement from the group to introduce this feature in the specifications.

**R1-050150    F-DPCH simulation results**                              **(Nokia)**
14/02/2005 16:40 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):** It was asked if the simulation for the UE speed 120km was done. The answer to the question was that not yet. The other question was that the both of option 1 and 2 were mandatory or not. To the question, there are no differences for both options from implementation viewpoint. There was the other question regarding the definition of Ec/Ior in fig. 2. The answer to the question was that Ec/Ior is the average of one slot.
**Decision:** This document was noted.

**R1-050151    F-DPCH operation in SHO**                                **(Nokia)**
14/02/2005 17:10 Presented by Mr. Karri Ranto-aho,

**Discussion (Question / Comment):** There are some comments regarding the timing reference.
**Decision:** This document was noted.

**R1-050128    Introduction of F-DPCH without pilot field**            **(Philips)**
14/02/2005 16:55 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):** There was a comment about the problem when the TPC power is weak.
**Decision:** This document was noted

**Conclusion**:

1.   F-DPCH shall be mandatory for UEs supporting HSDPA

2.   Only one slot format : 2TPC bits, without pilots

3.   Phase reference other than P-CPICH.

**R1-050098    F-DPCH Downlink Power control**                         **(Ericsson)**
14/02/2005 17:25 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** There are some discussions regarding the motivation and benefit for this new requirement. There are commented that the power offset is useful way from RAN3 specifications.
**Decision:** This document was noted.

APLNDC-WH-A 0000011027

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**Conclusion**:

Or of down shall be applied together with a quality criteria (to be defined by RAN4), network should ensure that reliable TPC commands reach the UE. Whether to satisfy all RL with DL QoS target is FFS. Use of PO could simplify RAN3 specifications (assuming that the offsets are the same if pilots are used).

**R1-050066     Optimization of Outer Loop Power Control for F-DPCH**
                                          **(Top Optimized Technologies)**

14/02/2005 17:45 Presented by Mr. Alfonso Campo.

**Discussion (Question / Comment):** It was asked what the gain of this method.
**Decision:** This document was noted. Outer loop convergence should not be a problem fro F-DPCH

**R1-050129     CR25.211-200 (Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                        **(Philips, Nokia)**

14/02/2005 18:25 Presented by Mr. Matthew Baker.

This CR was based on Nortel CR (R1-050079).
**Decision:** This CR was minor-revised in Tdoc R1-050178.

**R1-050178     CR25.211-200r1 (Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                        **(Philips, Nokia)**

15/02/2005 09:15 Presented by Mr. Matthew Baker.

**Decision:** This CR was agreed.

**R1-050080     25.212CR193r1(Rel-6, B)"Introduction of F-DPCH "**          **(Nortel)**
14/02/2005 18:30 Presented by Ms. Evelyne Le Strat.

This document is just copy of the last meting for the current version specification.
**Decision:** This CR was agreed.

**R1-050081     25.213CR70r1(Rel-6, B)"Introduction of F-DPCH "**          **(Nortel)**
14/02/2005 18:35 Presented by Ms. Evelyne Le Strat.

This document is just copy of the last meting for the current version specification.
**Decision:** This CR was agreed.

**R1-050132     CR25.214-368 (Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                        **(Philips, Nokia)**

14/02/2005 18:35 Presented by Mr. Matthew Baker.

This CR was based on Nortel CR (R1-050076).
**Discussion (Question / Comment):** It was asked if the Qout/Qin is same for F-DPCH and DPCH.
**Decision:** Qin/Qout kept for FDPCH, but separate parameters might be added in case RAN4 considers if necessary. It was decided to include the text from Tdoc R1-050098 (exclude part on multiple RL QoS "The UE shall run a quality target control loop such that the quality requirement is met for each radio link set.") Revision in R1-050179.

**R1-050179     CR25.214-368r1(Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                        **(Philips, Nokia)**

15/02/2005 09:15 Presented by Mr. Matthew Baker.

**Decision:** This CR was agreed.

**R1-050184     [Draft] LS on Introduction of Fractional DPCH  (Philips,  Nokia, Nortel, Ericsson)**
16/02/2005 09:15 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment): From Panasonic,** Outer loop Power control for F-DPCH, already fixed value? It is RAN4 task. So discussed with RAN4. Add sentence "RAN1 also asks RAN4 to consider with what granularity a signalled TPC error rate target could be followed by the UE"
**Decision:** This draft LS was approved with addition of sentence "RAN1 also asks RAN4 to consider with what granularity a signalled TPC error rate target could be followed by the UE" in Tdoc R1-050191.

**R1-050191     LS on Introduction of Fractional DPCH (To : RAN2, RAN3, RAN4)  (WG-RAN1)**

APLNDC-WH-A 0000011028

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**R1-050133    CR25.215-155 (Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                                **(Philips, Nokia)**

14/02/2005 18:50 Presented by Mr. Matthew Baker.

This CR was based on Nortel CR (R1-050077).
**Decision:** ▓▓▓▓▓▓▓▓▓▓▓

**R1-050076    25.214CR357r2(Rel-6, B)"Introduction of F-DPCH "**              **(Nortel)**
**Decision:** This document was noted

**R1-050077    25.215CR148r2(Rel-6, B)"Introduction of F-DPCH "**              **(Nortel)**
**Decision:** This document was noted

**R1-050079    25.211CR194r2(Rel-6, B)"Introduction of F-DPCH "**              **(Nortel)**
**Decision:** This document was noted

**R1-050047    Addition of support for BTFD in flexible position multiplexing of transport
                channels (include CR)                    (Mitsubishi Electric ; MMCE)**
15/02/2005 09:30 Presented by Mr. Vincent BELAICHE.

**Discussion (Question / Comment):** It was asked if it is required to change the RAN2 specification. The answer to
the question was No. Some comments were that this feature in the specification can not arrive to the finalization by
this March, that is the deadline of the Rel.6.
**Decision:** This document was noted. As the conclusion of the R1-050047 and R1-050048, there was no agreement
from the group to introduce this feature in the specifications.

**R1-050048    Gain of BTFD in flexible position multiplexing of transport channels**
                                                    **(Mitsubishi Electric ; MMCE)**

15/02/2005 09:30 Presented by Mr. Vincent BELAICHE.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

<u>**Conclusion**</u>

No agreement from the group to introduce this feature in the specifications.

**R1-050042    25.211CR194r2(Rel-6, B)"Introduction of F-DPCH "      (Nortel) (Withdrawn)**
**R1-050043    25.212CR193r1(Rel-6, B)"Introduction of F-DPCH "      (Nortel) (Withdrawn)**
**R1-050044    25.213CR70r1(Rel-6, B)"Introduction of F-DPCH "       (Nortel) (Withdrawn)**
**R1-050045    25.214CR357r2(Rel-6, B)"Introduction of F-DPCH "      (Nortel) (Withdrawn)**
**R1-050046    25.215CR148r2(Rel-6, B)"Introduction of F-DPCH "      (Nortel) (Withdrawn)**
**R1-050130    CR25.212-200 (Rel-6, B)"Introduction of F-DPCH without pilot field"**
                                                        **(Philips)    (Withdrawn)**

APLNDC-WH-A  0000011029

# 9.    FDD Enhanced Uplink

The overview of FDD Enhanced Uplink discussion is as followed.

---

1. Timing, HARQ and Scheduling

**Conclusions (Agreed)**
- 10EDCH TTI : 8ms HICH, 4 processes (conditional to split in 203)
- 2 EDCH TTI : 2ms HICH, 8 processes (conditional to split in 203)
- Control channels are sub-frame aligned
- Timing and duration of RGCH (non-serving cell) :
    - Duration : 10ms – consequence is that the channel timing is not linked to a particular UE, process or TTI length.
    - Timing : Offset 2 slots relative to PCCPCH of the non-serving cell
- Timing and duration of HICH
    - Duration : 2ms HICH for 2ms EDCH, 8ms HICH for 10ms EDCH
    - Timing : Offset 2 slots relative to PCCPCH (i.e. aligned with HS-PDSCH)
- Timing and duration of RGCH (serving cell) :
    - Duration : 2ms RGCH for 2ms EDCH, 8ms RGCH for 10ms EDCH
    - Timing : Offset 2 slots relative to PCCPCH(i.e. aligned with HS-PDSCH)
- Timing and duration of AGCH ?
    - Duration
        - RG based : same as EDCH TTI, i.e. 2ms or 10ms
        - Non RG based : 10ms AGCH, irrespective of EDCH TTI
    - Timing: Offset 2 slots relative to PCCPCH (i.e. aligned with HS-PDSCH)

The following table was used for discussing the Timing, HARQ and Scheduling issues.

**Table 9-A**

| Configuration | C10 | C2 |
|---|---|---|
| # HARQ processes | 4 | 8 |
| E-DCH TTI [ms] | 10 | 2 |
| E-HICH TTI [ms] | 8 | 2 |
| tau_ec0 [256 chips] | -50 | 70 |
| Tec [ms] | 2 | 2 |
| **Constants** | | |
| RTT_max [chips] | 1280 | 1280 |
| To_min | 876 | 876 |
| To_max | 1172 | 1172 |
| **Temp** | | |
| DCH TTI [chips] | 38400 | 7680 |
| DL TTI [chips] | 30720 | 7680 |
| Period [chips] | 153600 | 61440 |
| **UE Proc time [slot]** | | |
| Minimum | 8.34 | 5.34 |
| Maximum | 11.36 | 8.36 |
| **UE Proc time [ms]** | | |
| Minimum | 5.56 | 3.56 |
| Maximum | 7.57 | 5.57 |
| **BS Proc time [slot]** | | |
| Minimum | 21.14 | 9.14 |
| Maximum | 24.16 | 12.16 |
| **BS Proc time [ms]** | | |
| Minimum | 14.1 | 6.1 |
| Maximum | 16.1 | 8.1 |

13

**3GPP TSG RAN WG1 Meeting #40bis**                                        **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

2. Measurements for RRM

RAN1/2/3/4 joint session on RRM EDCH was held on Wednesday evening and the way forward was agreed as followed. (Please see the Chairman's note in Tdoc R1-050208 and the draft report form RAN4 secretary)

**Scheduler limits/targets**
        Set a limits to the NodeB & inaccuracy requirements for the scheduler
           a.   Total interference in the NodeB: RTWP or relative interference (e.g. RoT)
           b.   Power controlled part of the total interference or use of overload indicator triggering mechanism (RAN1/RAN2 to discuss)
**Inaccuracy of scheduler operation**
-> RAN4 should investigate how accurate the scheduler can follow the targets set by the RNC in x% of the time
**New Measurements for admission control**
Non GBR E-DCH:
    -   Nothing needed.
Non-scheduled GBR E-DCH:
    -   RNC rules, same as for DCH?
    -   GBR EDPDCH/DPCCH power ratio that is sent on AGCH? (reporting -> RAN2)
    -   Interference headroom that can be used for additional GBR users? (RAN1)
DCH:
    -   Nothing needed in principle due to EUL.


3. UE Categories

    a.   Category definition (codes, TTI)

       ■   1xSF4, 2xSF4, 2xSF2, 2xSF2+2xSF4 =>Table 9-A

       ■   ~~Max coding rate=1 for the highest category, all other have max coding rate ≈0.76 (Agreed)~~

    ~~b. Simultaneous DCH, max 64kbps (Agreed)~~

    c. Joint with HSDPA or separate capabilities ->RAN2

    d. SRB on EDCH->RAN2

**Table 9-B**

| Cat | Maximum E-DPDCH set | Support for 2 ms TTI – EDCH | Maximum transport block size for 10 ms TTI [bits] | Maximum transport block size for 2 ms TTI [bits] |
|-----|---------------------|-----------------------------|---------------------------------------------------|--------------------------------------------------|
| 1 | SF4 | No | 7296 | - |
| 2 | SF4 | Yes | 7296 | 1460 |
| 3 | 2xSF4 | Yes | 14592 | 2919 |
| 4 | 2xSF4 | No | 14592 | - |
| 5 | 2xSF2 | Yes | 20000 | 5837 |
| 6 | 2xSF2 | No | 20000 | - |
| 7 | 2xSF2 + 2xSF4 | Yes | 20000 | 8756 |
| 8 | 2xSF2 + 2xSF4 | Yes | 20000 | 11520 |


**Conclusion.**

UE categories will be a subset of the categories/parameter combinations listed in the table.

Agreement on Cat 1,3, 4, 5 and 8. No agreement whether cat 2, 6 and 7 are in or out, the most controversial issue being cat 2 and 6. The total number of categories should not exceed 6.

4. Interaction with other features (Compressed mode for EDCH)

**E-DPDCH**

       ■   Relation with compression-technique related power increase with granted powers?

APLNDC-WH-A  0000011031

**3GPP TSG RAN WG1 Meeting #40bis**                                         **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

- How to deal with GBR? Temporary throughput decrease would need to be compensated with increased throughput =higher power
- Brute-force DTX
- No use of HARQ functionality : puncturing & HARQ retransmissions
- Method to choose : FFS

**E-DPCCH : FFS**

**DL control channels : FFS**

5. CRs for EDCH

The following CRs were agreed on this meeting.

| TS | CR | R | C | Tdoc | Title |
|---|---|---|---|---|---|
| 25.211 | 197 | 1 | F | R1-050182 | E-HICH/E-RGCH Signature Sequences |
| 25.211 | 198 | 1 | F | R1-050195 | E-HICH/E-RGCH Signature Sequence Hopping |
| 25.211 | 202 | 2 | F | R1-050223 | E-HICH/E-RGCH/E-AGCH timing |
| 25.212 | 198 | 1 | F | R1-050194 | PLnon-max and PLmax |
| 25.212 | 199 | - | C | R1-050108 | HARQ bit collection for E-DCH |
| 25.213 | 72 | - | F | R1-050064 | Correction on E-DPCCH power offset |
| 25.213 | 73 | 1 | F | R1-050204 | Defining E-DPDCH power offset |
| 25.214 | 362 | 2 | F | R1-050215 | Gain factor setting for E-DCH |
| 25.214 | 364 | 1 | F | R1-050198 | Reliable E-RGCH/E-HICH Detection |
| 25.214 | 369 | 2 | F | R1-050224 | DL/UL timing association of E-DCH operation |

**R1-050057     TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v1.0.1 (Editor : Nokia)**
15/02/2005 11:05 Presented by Mr. Karri Ranta-aho.

**Decision:** This document was agreed as version 1.1.0 in Tdoc R1-050188.

**R1-050188     TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v1.1.0 (Editor : Nokia)**
**R1-050231     TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v2.0.0 (Editor : Nokia)**
This document was submitted to RAN#27 for approval.

## 9.1     Reporting from the conference calls on Enhanced Uplink

**R1-050049     Minutes from RAN1 Conference Call #1 on Scheduling and HARQ**
**(RAN1 Chairman)**
15/02/2005 11:15 Presented by Mr. Dirk Gerstenberger.

**Decision:** This document was noted.

**R1-050050     Minutes from RAN1 Conference Call #2 on NodeB measurements and interaction with RNC admission/congestion control and RRM with EUL     (RAN1 Chairman)**
15/02/2005 11:15 Presented by Mr. Dirk Gerstenberger.

**Decision:** This document was noted on R1/2/3/4 joint session.

**R1-050051     Minutes from RAN1 Conference Call #3 on UE categories for EUL**
**(RAN1 Chairman)**

15/02/2005 11:15 Presented by Mr. Dirk Gerstenberger.

**Decision:** This document was noted.

APLNDC-WH-A  0000011032

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 9.2     Timing, HARQ and Scheduling

**Timing & number of HARQ processes**
**R1-050145    E-AGCH Timing                                        (NTT DoCoMo)**
    15/02/2005 11:15 Presented by Mr. Anil Umesh.

    **Discussion (Question / Comment):** There are many discussions on this contribution. From NTT DoCoMo, it was
    commented that this contribution is for the efficient HS-PDSCH power allocation  not to waste the transmission
    power resource.
    **Decision:** This document was noted.

**R1-050073    Relative timing of downlink signaling channels for E-DCH        (Nortel)**
    15/02/2005 11:45 Presented by Ms. Evelyne Le Strat.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050078    E-DCH timing                                    (Lucent  Technologies)**
    15/02/2005 12:15 Presented by Dr. Rainer Bachl.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050105    E-DCH Downlink Timing Relations                         (Ericsson)**
**R1-050186    E-DCH Downlink Timing Relations        (Ericsson)(Revised from R1-050105)**
    15/02/2005 13:40 Presented by Dr. Stefan Parkvall.

    **Decision:** This document was noted.

**R1-050134    E-HICH timing relationship                    (Siemens) (=R1-050010)**
**R1-050181    E-HICH timing relationship        (Siemens) (Revised from R1-050134)**
    15/02/2005 13:50 Presented by Dr. Thomas Chapman.

    **Decision:** This document was noted.

**R1-050056    Timing of E-HICH and number of HARQ processes            (ZTE)**
    15/02/2005 14:00 Presented by Mr. Wang Chen.

    **Decision:** This document was noted.

**R1-050070    Timing and the number of HARQ processes for HSUPA    (LG Electronics)**
    15/02/2005 14:10 Presented by Mr. Joon-Kui Ahn.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050087    EUL timing and the number of HARQ processes            (Panasonic)**
    15/02/2005 14:20 Presented by Mr. Hidetoshi Suzuki.

    **Discussion (Question / Comment):** It was commented that the Node B process has several calculation as
    compared with HSDPA.
    **Decision:** This document was noted.

**R1-050165    Number of HARQ processes & DL timing            (QUALCOMM Europe)**
    15/02/2005 14:30 Presented by Mr. Serge Willenegger.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050063    Number of HARQ processes                        (Samsung)**
    15/02/2005 14:50 Presented by Mr. Yongjun Kwak.

    **Decision:** This document was noted.

**R1-050074    Number of H-ARQ processes for E-DCH                (Nortel)**
    15/02/2005 15: 00 Presented by Ms. Evelyne Le Strat.

APLNDC-WH-A  0000011033

**Discussion (Question / Comment):** It was asked if the number of HARQ process is configurable, that is, has 2 options. The answer to the question was that the best way is one (fixed), but the configurable number is better from Network side.

**Decision:** This document was noted.

**R1-050131     Number of HARQ processes                    (Siemens) (Revised from R1-050010)**

15/02/2005 15:10 Presented by Dr. Thomas Chapman.

**Decision:** This document was noted.


On off-line discussion, the different proposals from different companies were summarized and the summary was informed from Nortel as follows:

### 1. E-AGCH

Nortel proposal
- RG based, 2ms TTI, per process : 2 ms
- RG based, 2ms TTI, per UE (AG applies to all processes): 2ms
- Other cases : 2 or 10ms
  - RG based, 10 ms TTI (per UE)
  - Non RG based, 2ms TTI (does this case – RAN2??)
  - Non RG based 10ms TTI

Ericsson/Panasonic/Qualcomm/LG/Siemens/Samsung   proposal (AGCH duration = TTI duration)
- RG based, 2ms TTI, per process : 2 ms
- RG based, 2ms TTI, per UE : 2ms (10ms AGCH would not be of interest as UL direction would be the blocking direction,????)
- RG based, 10ms TTI (per UE) : 10ms
- Non RG based, 2ms : 2ms
- Non RG based 10ms : 10 ms

Questions  :
- Does the 2ms non RG based case apply ??
- If 2ms non RG based apply, can we mix 2ms and 10ms UEs in the same group ?

### 2. E-RGCH for non serving cell

Nortel proposal
- Non RG based : 2 or 10ms, probably one value only to be decided (depending on multi-bit overload)
- RG based : 2 or 10ms, probably one value only to be decided (depending on hysterisis)

Generally : one value independently from TTI length possibly dependent on the scheduling type

Ericsson
- 10 ms only ??

Question :
Would 2ms lead to a power problem if the objective is to be received at cell edge.
Should we have the same non serving RG duration for RG based and non RG based ?

Panasonic ?

### 3. E-RGCH for serving cell

Nortel proposal
2ms independently of TTI length

LG proposal
2ms TTI : 2ms RGCH
10ms TTI   : 2ms E-RGCH (TDM)

Ericsson/Panasonic proposal
2ms for 2ms TTI
10ms for 10ms TTI

Question : is power so much of a problem for E-HICH and E-RGCH ?

### 4. E-HICH

Nortel proposal
2ms TTI : 2ms E-HICH
10 ms TTI   (2 cases identical from HARQ process numbers)
- 2ms E-HICH (TDM) (no reduction of RTT)
- 10 ms E-HICH

APLNDC-WH-A 0000011034

Siemens : 10ms TTI, 2ms E-HICH, "best" 2ms selected for RTT reduction.
<u>LG proposal</u>
2ms TTI : 2ms E-HICH
10   ms TTI   : 2ms E-HICH (TDM) (no reduction of RTT)
<u>Ericsson/Panasonic/Samsung/Qualcomm/Nokia proposal</u>
2ms for 2ms TTI
10ms for 10ms TTI

- if power is an issue : for 10 ms TTI : 10ms E-HICH and 10 ms E-RGCH
- if power is "no" issue, RTT is not big issues but sequence/code management is : 2ms E-HICH, 2ms E-RGCH and TDM (selectable timing within 10ms frame)
- if power is "no" issue, RTT is an issue and sequence management no big problem : 2ms E-HICH, 2ms E-RGCH ("best" 2ms chosen within 10ms frame)

## Discussion & Conclusion (Chairman's note)

<u>1. Relation of EDCH TTI and Control channel duration</u>

- AGCH
- RGCH(non-serving cell)
- RGCH(serving cell)
- HICH

### Conclusions : (Agreed)
Using the excel sheet form Qualcomm
- 10EDCH TTI : 8ms HICH, 4 processes (conditional to split in 203)
- 2 EDCH TTI : 2ms HICH, 8 processes (conditional to split in 203)
- Control channels are sub-frame aligned
- Timing and duration of RGCH (non-serving cell) :
  - Duration : ~~(2ms) 8ms ?~~ 10ms − consequence is that the channel timing is not linked to a particular UE, process or TTI length.
  - Timing : Offset 2 slots relative to PCCPCH of the non-serving cell
- Timing and duration of HICH
  - Duration : 2ms HICH for 2ms EDCH, 8ms HICH for 10ms EDCH
  - Timing : Offset ~~0 or~~ 2 slots relative to PCCPCH (i.e. aligned with HS-PDSCH)
  - Timing and duration of RGCH (serving cell) :
  - Duration : 2ms RGCH for 2ms EDCH, 8ms RGCH for 10ms EDCH (10ms EDCH : ~~(2ms or)~~ 8ms RGCH?)
  - Timing : Offset ~~0 or~~ 2 slots relative to PCCPCH(i.e. aligned with HS-PDSCH)
- Timing and duration of AGCH ?
  - Duration
    - RG based : same as EDCH TTI i.e. 2ms or 10ms, ~~2ms (and 10ms?)~~
    - Non RG based : 10ms AGCH, irrespective of EDCH TTI
  - Timing Offset 2 slots relative to PCCPCH (i.e. aligned with HS-PDSCH)

The above agreement was captured in specification with the following CRs.

## R1-050206     25.211CR202(Rel-6, F)"E-HICH/E-RGCH/E-AGCH timing "
                                                                    **(Qualcomm Europe)**

18/02/2005 11:15 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** There are some editorial errors: The number of specification on the cover sheet (214=>211), Double sub-clause 7.11.
**Decision**: This CR was revised in Tdoc R1-050217.

## R1-050217     25.211CR202r1(Rel-6, F)"E-HICH/E-RGCH/E-AGCH timing "
                                                                    **(Qualcomm Europe)**

18/02/2005 14:00 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision**: ~~This CR was agreed.~~ After the meeting, this document was revised in Tdoc R1-050223.

APLNDC-WH-A  0000011035

**3GPP TSG RAN WG1 Meeting #40bis**                                      **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**R1-050223    25.211CR202r2(Rel-6, F)"E-HICH/E-RGCH/E-AGCH timing "**
(Qualcomm Europe)

Decision: ~~This CR was agreed~~ on the RAN1 reflector after the meeting

**R1-050207    25.214CR369(Rel-6, B)" DL/UL timing assoication of E-DCH operation "**
(Qualcomm Europe)

18/02/2005 11:40 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** It was commented that E-AGCH duration for EDCH 10ms TTI could be 8 and 10ms. Remove "Note"
**Decision:** This CR was revised in Tdoc R1-050218.

**R1-050218    25.214CR369r1(Rel-6, B)" DL/UL timing assoication of E-DCH operation "**
(Qualcomm Europe)

18/02/2005 14:05 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** ~~This CR was agreed~~ After the meeting, this document was revised in Tdoc R1-050224.

**R1-050224    25.214CR369r2(Rel-6, B)" DL/UL timing assoication of E-DCH operation "**
(Qualcomm Europe)

Decision: ~~This CR was agreed~~ on the RAN1 reflector after the meeting.


2. Timing relation on Control channels

- All aligned (to SFN, HS-DSCH, or other)
- Some aligned

3. Timing resolution of Control channels

- 3 slots, 1slot, 15 slots

  RGCH/HICH timing are aligned, rounded with a resolution of 3 slots and offset with a multiple of 3 slots + x slots towards SFN.

  AGCH is offset with a multiple of 3 slots + x slots towards SFN.

  x=either 0 or 2 slots.

  ~~(i.e. subframe-aligned with HS-DSCH). AGCH is subframe-aligned with HS-DSCH~~

  => need a little bit more discussion for the x

4. UE/NodeB processing times

- UE :
- NodeB :

#HARQ processes for many possible combinations

- 2ms EDCH : 6-11
- 10ms EDCH : 3-5
- Additional processes for SHO?
- Configurable or fixed


For 10 ms E-DCH TTI:

1. 10ms E-HICH and 10 ms E-RGCH  (#HARQ processes)
2. 2ms E-HICH, 2ms E-RGCH
   - "best from RTT" 2ms within 10ms frame
   - ~~and TDM (selectable timing within 10ms frame)~~

UE processing time

- 3ms(2ms and 10ms), max 2Mbps for 10ms)

- 4 slots (2ms), 8slots/5.2ms (10ms)

- 3 slots(2ms), 9slots/6ms (10ms)

APLNDC-WH-A 0000011036

**3GPP TSG RAN WG1 Meeting #40bis**                                      **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

- 3 slots (2ms), 6 slots/4ms (10ms)
- Limit bitrate for 10ms to 2Mbps? 8 ms HICH?

From Qualcomm, the results of the offline discussion regarding the "Timing & HARQ" on Tuesday evening was informed by using Table 9-1, and in Thursday afternoon by using Table 9-2 updated from Table 9-1.

**Table 9-1**

| Configuration | A10 | A2 | B10 | B2 |
|---|---|---|---|---|
| # HARQ processes | 4 | 7 | 4 | 8 |
| E-DCH TTI [ms] | 10 | 2 | 10 | 2 |
| E-HICH TTI [ms] | 10 | 2 | 10 | 2 |
| tau_ec0 [256 chips] | -60 | 90 | -70 | 80 |
| Tec [ms] | 2 | 2 | 2 | 2 |
| **Constants** | | | | |
| RTT_max [chips] | 1280 | 1280 | 1280 | 1280 |
| To_min | 876 | 876 | 876 | 876 |
| To_max | 1172 | 1172 | 1172 | 1172 |
| **UE Proc time [slot]** | | | | |
| Minimum | 6.34 | 3.34 | 7.34 | 4.34 |
| Maximum | 9.36 | 6.36 | 10.36 | 7.36 |
| **UE Proc time [ms]** | | | | |
| Minimum | 4.2 | 2.2 | 4.9 | 2.9 |
| Maximum | 6.2 | 4.2 | 6.9 | 4.9 |
| **BS Proc time [slot]** | | | | |
| Minimum | 20.14 | 8.14 | 19.14 | 10.14 |
| Maximum | 23.16 | 11.16 | 22.16 | 13.16 |
| **BS Proc time [ms]** | | | | |
| Minimum | 13.4 | 5.4 | 12.8 | 6.8 |
| Maximum | 15.4 | 7.4 | 14.8 | 8.8 |

**Table 9-2**

| Configuration | C10 | C2 |
|---|---|---|
| # HARQ processes | 4 | 8 |
| E-DCH TTI [ms] | 10 | 2 |
| E-HICH TTI [ms] | 8 | 2 |
| tau_ec0 [256 chips] | -50 | 70 |
| Tec [ms] | 2 | 2 |
| **Constants** | | |
| RTT_max [chips] | 1280 | 1280 |
| To_min | 876 | 876 |
| To_max | 1172 | 1172 |
| **Temp** | | |
| DCH TTI [chips] | 38400 | 7680 |
| DL TTI [chips] | 30720 | 7680 |
| Period [chips] | 153600 | 61440 |
| **UE Proc time [slot]** | | |
| Minimum | 8.34 | 5.34 |
| Maximum | 11.36 | 8.36 |
| **UE Proc time [ms]** | | |
| Minimum | 5.56 | 3.56 |
| Maximum | 7.57 | 5.57 |
| **BS Proc time [slot]** | | |
| Minimum | 21.14 | 9.14 |
| Maximum | 24.16 | 12.16 |
| **BS Proc time [ms]** | | |

APLNDC-WH-A  0000011037

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

| | | |
|---|---|---|
| Minimum | 14.1 | 6.1 |
| Maximum | 16.1 | 8.1 |


**R1-050111    HARQ Operation Point**                                  **(Siemens)**
    18/02/2005 15:00 Presented by Dr. Jurgen Michel.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050112    Retransmission Power Optimisation**                      **(Siemens)**
    18/02/2005 15:00 Presented by Dr. Jurgen Michel.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050200    EUL performance with de-boosting on E-DPDCH**        **(QUALCOMM Europe)**
    18/02/2005 15:10 Presented by Dr. Durga Malladi

    **Discussion (Question / Comment):** There were some discussions regarding the scaling mismatch, RoT overshoot
    results, and gain factor.
    **Decision:** This document was noted.

**R1-050210    EUL E-DPDCH De-boosting Result**                        **(Motorola)**
    18/02/2005 15:20 Presented by Mr. Robert Love.

    **Discussion (Question / Comment):**
    **Decision:** This document was noted.

**R1-050122    Draft LS on Control of HARQ Operation**            **(Siemens, Nokia, Philips)**
    18/02/2005 15:30 Presented by Dr. Jurgen Michel.

    **Discussion (Question / Comment):** It was commented from some company that we should sent the LS and ask
    RAN2 to evaluate the complexity taking this scheme into consideration. Also from some companies, it was
    commented that we have not convinced the real gain of this scheme and should be clear.
    **Decision:** No recommendation from RAN1 to go further with this feature.


**Not Treated**

**R1-050052    Efficiency of DL ACK**                          **(Via Telecom) (=R1-041410)**
**R1-050053    Selecting the Primary Node(s) for DL ACK**      **(Via Telecom) (=R1-041411)**
**R1-050067    UE behaviour on RG from Non-serving RLS**              **(Alcatel)**
**R1-050095    Definition and Signalling way of Time Duration**   **(Mitsubishi Electric)**
**R1-050118    Comparative performance of dedicated vs. autonomous mode**    **(Motorola)**
**R1-050119    Performance of EUL in Autonomous mode with and without hysteresis**
                                                                      **(Motorola)**
**R1-050120    Performance of EUL with and without happy bit**        **(Motorola)**
**R1-050136    Relative Grant Step Size**                             **(Siemens)**
**R1-050147    Control over serving vs. non-serving E-DCH resource allocation**
                                                                      **(NTT DoCoMo)**


# 9.3    Measurements for RRM

On the Wednesday (16th) evening, RAN1/2/3/4 joint session on E-DCH RRM was held. The following RAN1
contributions were treated at the session.

**R1-050155    RRM aspects of the Enhanced Uplink feature**        **(Vodafone Group)**
    16/02/2005 Presented by Mr. Yannick Le Pezennec.

APLNDC-WH-A 0000011038

**3GPP TSG RAN WG1 Meeting #40bis**                                                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**Decision:** This document was noted.

**R1-050062     UTRAN measurement for E-DCH RRM**                                            **(Samsung)**
16/02/2005 Presented by Dr. Juho Lee.

**Decision:** This document was noted.

**R1-050069     Radio resource control and measurement for HSUPA**                  **(LG Electronics)**
16/02/2005 Presented by Dr. Joon-Kui Ahn.

**Decision:** This document was noted.

**R1-050088     Uplink EDCH/DCH resource allocation and measurement**          **(Panasonic)**
16/02/2005 Presented by Dr Jinsong Duan.

**Decision:** This document was noted.

**R1-050146     Measurement report of AG for common rate control (Autonomous ramping)**
                                                                                                              **(NTT DoCoMo)**

16/02/2005 Presented by Mr. Masafumi Usuda.

**Decision:** This document was noted.

The contributions from other WGs are as followed: R2-050348, R2-050397, R2-050436, R2-050437, R2-050438, R2-050449, R2-050511, R3-050097, R3-050254(R1-050175), R3-050218, R4-050201.

As the decision of the joint session, RAN1 Chairman summarized as follows (Tdoc R1-050208).

**R1-050208     Notes of Joint Session on RRM EDCH**                                       **(RAN1 Chairman)**
**Decision:** This document was noted.


**Discussion & Conclusion for Measurements for RRM (Chairman's note)**

**Scheduler limits/targets**
Set a limits to the NodeB & inaccuracy requirements for the scheduler
  1. Total interference in the NodeB: RTWP or relative interference (e.g. RoT)
  2. Power controlled part of the total interference or use of overload indicator triggering mechanism
     (RAN1/RAN2 to discuss)


**Inaccuracy of scheduler operation**
=> RAN4 should investigate how accurate the scheduler can follow the targets set by the RNC in x% of the time


**New Measurements for admission control**
Non GBR E-DCH:
  - Nothing needed.
Non-scheduled GBR E-DCH:
  - RNC rules, same as for DCH?
  - GBR EDPDCH/DPCCH power ratio that is sent on AGCH? (reporting => RAN2)
  - Interference headroom that can be used for additional GBR users? (RAN1)
DCH:
  - Nothing needed in principle due to EUL.


**Feasibility and accuracy of measurements**


**Not Treated**

**R1-050089     Long term solution for ping-pong effect**                        **(Panasonic)**
**R1-050166     Measurement in support of RRM**                                  **(QUALCOMM Europe)**
**R1-050137     RRM for E-DCH**                                                  **(Siemens) (Withdrwn)**
**R1-050143     Common measurement for E-DCH**                                   **(NEC)  (Not Available)**

APLNDC-WH-A  0000011039

**3GPP TSG RAN WG1 Meeting #40bis**                                              **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 9.4     UE categories (TS 25.306)

**R1-050094     Proposal of UE categories for the Enhanced Uplink**
                                                        **(Vodafone Group, NTT DoCoMo)**
17/02/2005 09:55 Presented by Mr. Yannick Le Pezennec.

**Discussion (Question / Comment):** There are some discussions regarding coding rate.
**Decision:** This document was noted.

**R1-050106     E-DCH UE Categories**                                           **(Ericsson)**
17/02/2005 10:10 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

**R1-050121     UE Capability for EUL**                                          **(Motorola)**
17/02/2005 10:15 Presented by Mr. Robert Love

**Discussion (Question / Comment):** There are some discussions regarding number of category and simultaneous
process, signalling for the UE category. It was commented that the number of UE categories could be reduced from
viewpoint of network.
**Decision:** This document was noted.

**R1-050141     HSUPA UE Capabilities**                          **(Nokia) (Revised from R1-050028)**
17/02/2005 11:30 Presented by Mr. Karri Ranta-aho.

**Discussion (Question / Comment):**
From Samsung, limitation of DCH categories.
**Decision:** This document was noted.

**R1-050167     E-DCH related UE categories**                                   **(QUALCOMM Europe)**
17/02/2005 11:40 Presented by Mr. Serge Willenegger.

**Decision:** This document was noted.

**Discussion & Conclusion for UE categories (Chairman's note)**

    1. Category definition (codes, TTI)

       ➢ 1xSF4, 2xSF4, 2xSF2, 2xSF2+2xSF4 =>Table 9-3

       ➢ Max coding rate=1 for the highest category, all other have max coding rate =0.76 (Agreed)

    2. Simultaneous DCH: max 64kbps (Agreed)

    3. Joint with HSDPA or separate capabilities ->RAN2

    4. SRB on EDCH->RAN2

Mr. RAN1 chairman drafted the category candidates as shown in Table 9-3 using the table on Qualcomm paper (R1-
050167).

**Table 9-3**

| Cat | Maximum E-DPDCH set | Support for 2 ms TTI – EDCH | Maximum transport block size for 10 ms TTI [bits] | Maximum transport block size for 2 ms TTI [bits] |
|-----|---------------------|------------------------------|----------------------------------------------------|---------------------------------------------------|
| 1 | SF4 | No | 7296 | - |
| 2 | SF4 | Yes | 7296 | 1460 |
| 3 | 2xSF4 | Yes | 14592 | 2919 |
| 4 | 2xSF4 | No | 14592 | - |
| 5 | 2xSF2 | Yes | 20000 | 5837 |
| 6 | 2xSF2 | No | 20000 | - |
| 7 | 2xSF2 + 2xSF4 | Yes | 20000 | 8756 |
| 8 | 2xSF2 + 2xSF4 | Yes | 20000 | 11520 |

From operator side, it was commented that the number of categories should be reduced more, 6 categories is quite enough.

APLNDC-WH-A 0000011040

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

### Conclusion

UE categories will be a subset of the categories/parameter combinations listed in the table.

Agreement on Cat 1, 3, 4, 5 and 8. No agreement whether cat 2, 6 and 7 are in or out, the most controversial issue being cat 2 and 6. The total number of categories should not exceed 6.

### Status :

Cat 2 and 7 <u>could</u> be removed, no agreement on whether or not to have cat 6.

## 9.5      Interaction with other features

**R1-050107     E-DCH and Compressed Mode**                              **(Ericsson)**
17/02/2005 17:00 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050127     Interactions between HSUPA and compressed mode**         **(Philips)**
17/02/2005 17:15 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050135     Compressed Mode for EDCH**                               **(Siemens)**
17/02/2005 17:30 Presented by Dr. Thomas Chapman.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050144     Compressed mode handling**                              **(NEC)**
17/02/2005 17:35 Presented by Ms. Nahoko Kuroda.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

R1-050107 : Schedule around the gap for 2ms TTI, SF/2 for 10ms TTI

R1-050127 : Schedule around the gap

R1-050135 : Schedule around the gap for 2ms TTI, "HLS" for 10ms TTI

R1-050144 : Schedule around the gap for 2ms TTI, SF/2 for 10ms TTI.


<u>Discussion (Chairman's note)</u>

**E-DPDCH**

- Relation with compression-technique related power increase with granted powers?

- How to deal with GBR? Temporary throughput decrease would need to be compensated with increased throughput =higher power

- Brute-force DTX

- No use of HARQ functionality : puncturing & HARQ retransmissions

- Method to choose : FFS

**E-DPCCH : FFS**

**DL control channels : FFS**


**Not Available**
**R1-050149     TFC selection for EUDCH**                               **(NEC)**

APLNDC-WH-A 0000011041

**3GPP TSG RAN WG1 Meeting #40bis**           **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

## 9.6      Enhanced Uplink CRs on the specifications

### 9.6.1      CRs for TS 25.211

**R1-050148**     **Reserving Hadamard sequence to improve interference calculation for E-HICH/E-RGCH**               **(NTT DoCoMo)**

16/02/2005 10:00 Presented by Mr. Masafumi Usuda.

**Discussion (Question / Comment):** There are comments and questions regarding the reason for the couple with the Code Hopping. From NTT DoCoMo, it was informed that the simulation results will be provided.
**Decision:** This document was noted. It was decided that this topic can be considered at the next meeting if simulation results are available.

**R1-050116**     **E-HICH/E-RGCH Peak Power Requirement**              **(Motorola)**
16/02/2005 10:10 Presented by Mr.

**Decision:** This document was noted.

**R1-050090**     **E-HICH/E-RGCH Signature Sequences**             **(Siemens)**
**R1-050183**     **E-HICH/E-RGCH Signature Sequences**    **(Siemens)  (Revision of R1-050090)**
16/02/2005 10:25 Presented by Dr. Juergen Michel.

**Decision:** This proposal was agreed.

**R1-050091**     **25.211CR197(Rel-6, F)"E-HICH/E-RGCH Signature Sequences"**    **(Siemens)**
**R1-050182**     **25.211CR197r1(Rel-6, F)"E-HICH/E-RGCH Signature Sequences"**
                                                       **(Siemens)  (Revision of R1-050091)**

16/02/2005 10:25 Presented by Dr. Juergen Michel.

**Decision:** This CR was agreed and captured by CR25.211CR19Sr1 (Tdoc R1-050195). (It is necessary to modify the cover page on "Proposed Change aspects")

**R1-050103**     **E-RGCH/E-HICH Signature Sequences**              **(Ericsson)**
16/02/2005 11:25 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

**R1-050104**     **25.211CR199(Rel-6, F)"E-RGCH/E-HICH Signature Sequences"**    **(Ericsson)**
16/02/2005 11:30 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

**R1-050169**     **Structured and improved E-HICH/E-RGCH Signature Sequences**
                                               **(Huawei Technologies)**

16/02/2005 11:25 Presented by Dr. Branislav Popovic.

**Decision:** This document was noted.

**R1-050170**     **CR25.211-201(Rel-6, F) "E-HICH/E-RGCH Signature Sequences"**
                                             **(Huawei Technologies)**

16/02/2005 11:25 Presented by Dr. Branislav Popovic.

**Decision:** This document was noted.

**R1-050101**     **E-RGCH/E-HICH Sequence Hopping**              **(Ericsson)**
16/02/2005 11:40 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** It was commented that it is difficult to do a good allocation to UEs and implementation.
**Decision:** This document was noted.

**R1-050102**     **25.211CR198(Rel-6, F)"E-HICH/E-RGCH Signature Sequence Hopping"**
           **(Ericsson)**

16/02/2005 11:40 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**

APLNDC-WH-A 0000011042

**3GPP TSG RAN WG1 Meeting #40bis**                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**Decision:** This CR was revised with linked to R1-050182 in R1-050195.

**R1-050195      25.211CR198r1(Rel-6, F)"E-HICH/E-RGCH Signature Sequence Hopping"**
(Ericsson)

18/02/2005 12:05 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
**Decision:** ~~This CR was agreed.~~ For Plenary, MCC modify the cover page with CR linked to Tdoc R1-050182.

**R1-050187      Comparison of E-HICH/E-RGCH signature sequences          (Ericsson)**
16/02/2005 11:55 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

**Discussion (Chairman's note)**

- ■ Sequence hopping ~~or not~~ ?
  - ➢ Sequence hopping pattern with 3 slot periodicity. An exact fixed pattern will be chosen depending on the sequence selected.
- ■ Sequence to replace the current on the specification is either
  - ➢ Ericsson proposal (CR R1-050104)
  - ➢ Siemens (CR R1-050183)
  - ➢ Huawei (CR R1-050170)
  - ➢ Different sequences are similar complexity wise

Regarding the above three sequence hopping, there was a long discussion. The comment was that now it was not possible to decide the best sequence because of the lack of the simulation results.
Then, Mr. RAN1 Chairman proposed the following way forward.
**Way Forward:**
Sequence hopping with Siemens sequence is taken as basis for CRs to be drafted Combinations of the other two sequences with hopping may be evaluated until 25 February. And if better performance is shown then the sequence will be changed. The corresponding CRs will be presented to RAN, sourced by RAN1.

During the meeting, regarding above issues, the CR from Siemens was agreed in Tdoc R1-050182 and the CR from Ericsson was agreed with captured the CR from Siemens in Tdoc R1-050195.

**R1-050140      E-DPCCH performance in SHO: a comparison between CC and RM**
(Nokia)

16/02/2005 14:15 Presented by Mr. Karri Ranta-aho.

**Decision:** This document was noted.

**R1-050117      E-DPCCH performance with energy detction vs. CRC          (Motorola)**
16/02/2005 14:25 Presented by Dr. Amitava Ghosh.

**Decision:** This document was noted.

**R1-050142      Number of Absolute Grant bits transmitted on E-AGCH**
(Nokia) (=R2-050079)

16/02/2005 14:50 Presented by Mr. Karri Ranta-aho.

**Decision:** This document was noted.

**R1-050168      E-AGCH aspects                               (QUALCOMM Europe)**
16/02/2005 14:55 Presented by Mr. Serge Willenegger.

**Decision**: This document was noted.

**R1-050109      E-AGCH Power Consumption                          (Ericsson)**
16/02/2005 15:00 Presented by Dr. Stefan Parkvall.

**Decision:** This document was noted.

APLNDC-WH-A 0000011043

**3GPP TSG RAN WG1 Meeting #40bis**                                                      **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

**R1-050058    E-AGCH SF and channel coding**                                     **(Samsung)**
      16/02/2005 15:05 Presented by Dr Juho Lee.

      **Decision:** This document was noted.

**R1-050115    Performance of E-AGCH**                                            **(Motorola)**
      16/02/2005 15:10 Presented by Dr. Amitava Ghosh.

      **Decision:** This document was noted.

**<u>Discussion (Chairman's note)</u>**

   The difference of the four contributions:

      **Current 25.211/25.212, SF256, CC1/3, x bits.**
         R1-050168        SF256 CC1/3 <=7bit
         R1-050058        SF128, CC1/3, 5.9bits
         R1-050109        SF256 CC1/3, 7-8bits
         R1-050115        SF256, CC1/3 Tailbiting <=10bits
   In order to inform the results of discussion on E-AGCH, it was decided to make the draft LS to RAN2 in Tdoc R1-050193.

      **For RAN2 LS**

      With the current coding scheme, a total number of AGCH information bits should not exceed 7-8 information bits.
      With modifications of the current coding scheme, the total number of bits might be increased to 9-10 information bits.

         ■ The power ratio should be represented with 5 bits.

         ■ Single process flag (1bit)

         ■ Other bit needed by RAN2 (x bits)

**R1-050193    Draft LS on E-AGCH contents**                                     **(Ericsson)**
      18/02/2005 12:10 Presented by Dr. Stefan Parkvall.

      **Discussion (Question / Comment):**
      **Decision:** This draft LS was approved with modification in Tdoc R1-050219.

**R1-050219    LS on E-AGCH contents  (To :RAN2)**                                **(WG RAN1)**


**Not Treated.**
**R1-050054    25.211CR196(Rel-6, F)"Modify the alphabetic index of E-HICH and E-RGCH
              signature sequence"**                                           **(ZTE) (Withdrawn)**
**R1-050071    25.211CR196(Rel-6, F)"Modify the alphabetic index of E-HICH and E-RGCH
              signature sequence"**                                           **(ZTE)**


## 9.6.2    CRs for TS 25.212

**R1-050059    25.212CR198(Rel-6, F)"PLnon-max and PLmax"**                       **(Samsung)**
      16/02/2005 16:30 Presented by Dr Juho Lee.

      **Discussion (Question / Comment):** It was commented that the value of PLmax could be related to the UE
      categories.
      **Decision:** The principle of this CR was agreed, and it was to revise the CR in accordance with the UE categories
      (e.g Pimax fro the highest category ). Revision in Tdoc R1-050194

**R1-050194    25.212CR198r1(Rel-6, F)"PLnon-max and PLmax" (Samsung,Nokia, Philips)**
      18/02/2005 12:15 Presented by Dr Juho Lee.

      **Discussion (Question / Comment):**
      **Decision:** This CR was agreed. In order to informed this proposal and CR, the draft LS was made in Tdoc R1-
      050213.

**R1-050213    [Draft] LS on support for higher layer signalling of Plnon-max value  (Samsung)**

APLNDC-WH-A 0000011044

18/02/2005 12:15 Presented by Dr Juho Lee.

**Discussion (Question / Comment):**
**Decision:** This draft LS was approved in Tdoc R1-050220

**R1-050220**   **LS on support for higher layer signalling of Plnon-max value (To : RAN2, RAN3)**
**(WG RAN1)**

**R1-050055**   **25.212CR197(Rel-6, F)"Modify the description of CRC attachment for E-AGCH"**
**(ZTE) (Withdrawn)**
**R1-050072**   **25.212CR197(Rel-6, F)"Modify the description of CRC attachment for E-AGCH"**
**(ZTE)**

16/02/2005 16:55 Presented by Mr. Wang Chen.

**Discussion (Question / Comment):** It was commented that there are no problem on the current sentences in
specification.
**Decision:** This CR was not agreed.

**R1-050108**   **25.212CR199(Rel-6, C)"HARQ bit collection for E-DCH"**   **(Ericsson)**
16/02/2005 17:00 Presented by Dr. Stefan Parkvall.

**Decision:** This CR was agreed.

**Not Treated**

**R1-050164**   **CR25.212-201 (Rel-6, F)"E-AGCH channel coding specification"**   **(Motorola)**

## 9.6.3    CRs for TS 25.213

**R1-050064**   **25.213CR72(Rel-6, F)"Correction on E-DPCCH power offset"**   **(Samsung)**
16/02/2005 17:00 Presented by Ms. Youn hyoung Heo.

**Decision:** This CR was agreed.

**R1-050065**   **25.213CR73(Rel-6, F)"Defining E-DPDCH power offset"**   **(Samsung)**
16/02/2005 17:00 Presented by Ms. Youn hyoung Heo.

**Decision:** This CR was agreed.   After the discussion of other topic, this CR was revised in Tdoc R1-050204 in
order to catch up the results of the discussion.

**R1-050204**   **25.213CR73r1(Rel-6, F)"Defining E-DPDCH power offset"**   **(Samsung)**
18/02/2005 14:00 Presented by Dr. Juho Lee.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

## 9.6.4    CRs for TS 25.214

**R1-050060**   **25.214CR362(Rel-6, F)"Gain factor setting for E-DCH"**   **(Samsung)**
16/02/2005 17:05 Presented by Dr. Juho Lee.

**Discussion (Question / Comment):** It was commented that which reference for E-TFC is not clear in this CR.
There are some discussions regarding the power control.
**Decision:** This document was noted, and revised in Tdoc R1-050209.

**R1-050209**   **25.214CR362r1(Rel-6, F)"Gain factor setting for E-DCH"**   **(Samsung)**
This document was revised in Tdoc R1-050215.

**R1-050215**   **25.214CR362r2(Rel-6, F)"Gain factor setting for E-DCH"**
**(Samsung, Nokia, Philips)**

18/02/2005 17:05 Presented by Dr. Juho Lee.

APLNDC-WH-A 0000011045

**3GPP TSG RAN WG1 Meeting #40bis**                                   **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

Discussion (Question / Comment):
Decision: ▨▨▨▨▨▨▨▨▨▨▨

**R1-050126     Uplink DPCCH power setting                              (Philips)**
**R1-050185     CR25.214-367 Power ratio setting for UL physical channels in relation to E−DCH**
                                         **(Philips)  (Revised of R1-050126)**

17/02/2005 17:30 Presented by Mr. Matthew Baker.

Discussion (Question / Comment): Some companies concerned this power setting scheme. It was commented that it was difficult to get the power setting information in SHO case.

Decision: This document was noted.

**R1-050061     25.214CR363(Rel-6, F)"Power control at the maximum power limit"**
                                                              **(Samsung)**

17/02/2005 09:15 Presented by Ms. Youn hyoung Heo.

Decision: The revised CR to be prepared for RAN1#40bis.

**R1-050197     25.214CR363r1(Rel-6, F)"Power control at the maximum power limit"**
                        **(Samsung, Nokia, Ericsson)  (Withdrawn)**

**R1-050139     UE behaviour when reaching the maximum tx power          (Nokia)**
17/02/2005 09:18 Presented by Mr. Karri Ranta-aho.

Discussion (Question / Comment):
Decision: This document was noted.

**Conclusion (Chairman's note)**

First, E-DPDCH is scaled on sub-frame basis. Within the sub-frame, equal scaling.

**R1-050097     25.214CR364(Rel-6, F)"Reliable E-RGCH/E-HICH Detection"     (Ericsson)**
17/02/2005 09:35 Presented by Dr. Stefan Parkvall.

Discussion (Question / Comment): It was commented that the performance should be checked from WG4 side.
Decision: This CR was revised in Tdoc R1-050198.

**R1-050198     25.214CR364r1(Rel-6, F)"Reliable E-RGCH/E-HICH Detection"     (Ericsson)**
18/02/2005 14:40 Presented by Dr. Stefan Parkvall.

Discussion (Question / Comment):
Decision: ▨▨▨▨▨▨▨▨▨▨▨

## 9.6.5     CRs for TS 25.215

There is no input.

APLNDC-WH-A 0000011046

# 10.     IMS (RAB support enhancement work item)

**R1-050156     ROHC Packet Handling Using RLC Segmentation and Concatenation**

**(Ericsson)**

17/02/2005 18:20 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
**Decision:** This document was noted

APLNDC-WH-A 0000011047

Case 5:11-cv-01846-LHK   Document 662-15   Filed 01/25/12   Page 34 of 57

# 11.  Optimisation of downlink channelisation code utilisation (3.84 Mcps TDD)

**R1-050163      Out-of-sync detection for TDD HSDPA operation without an associated DL DPCH                                                         (IPWireless)**

**R1-050196      Out-of-sync detection for TDD HSDPA operation without an associated DL DPCH                                                         (IPWireless)**
This document will be sent and discussed on the reflector after the meeting.

    **Decision:** This document was agreed on the RAN1 reflector after the meeting. As related to this document, the following CRs were also agreed on the RAN1 reflector after the meeting.

**R1-050227      CR25.221-118(Rel-6, B)"Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD"                                              (IPWireless)**

    **Decision:** This document was agreed on the RAN1 reflector after the meeting.

**R1-050228      CR25.224-141(Rel-6, B)"Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD"                                              (IPWireless)**

    **Decision:** This document was agreed on the RAN1 reflector after the meeting.

APLNDC-WH-A  0000011048

# 12.    Optimisation of downlink channelisation code utilisation (1.28 Mcps TDD)

**R1-050068**     **Tx Power requirements for Optimisation of DL Code Utilisation for TDD LCR**
                                                                        **(UTStarcom, IPWireless)**
**R1-050189**     **Tx Power requirements for Optimisation of DL Code Utilisation for TDD LCR**
                                                                        **(UTStarcom, IPWireless)  (Revision of R1-050068)**

17/02/2005 18:25 Presented by Mr. Ka Leong Lo.

**Discussion (Question / Comment):** There are some discussions regarding smart antenna topic.
**Decision:** This document was noted.

APLNDC-WH-A 0000011049

# 13.    Work Item on 7.68 Mcps TDD

**R1-050157    7.68Mcps TDD option: work organisation**                    **(IPWireless)**
17/02/2005 18:40 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):** The comment was that which WG is responsible for the stage 2.
**Decision:** This document was noted. It was decided to clarify responsibility for the stage at RAN#27

**R1-050158    Draft TR: 7.68Mcps TDD option: physical layer**                    **(IPWireless)**
17/02/2005 18:45 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
**Decision:** This document was agreed as v0.1.0 as soon as TR number is available.


**Not Treated**
**R1-050159    Draft TS: 7.68Mcps TDD Option; Overall Description: Stage 2  (IPWireless)**
**R1-050192    Draft TS: 7.68Mcps TDD Option; Overall Description: Stage 2  (IPWireless)**
              **(Revised of R1-050159)**

APLNDC-WH-A 0000011050

**3GPP TSG RAN WG1 Meeting #40bis**                                            **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 14.    Study Item on TDD Enhanced Uplink

**R1-050160    8-PSK for TDD Enhanced Uplink and text proposal for TR25.804      (IPWireless)**
17/02/2005 18:55 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):** From InterDigital, this proposal has no problem and is a beneficial
**Decision:** This text proposal was agreed into TR.

**R1-050161    Text proposal on Node-B scheduling for TR25.804                    (IPWireless)**
**R1-050190    Text proposal on Node-B scheduling for TR25.804**
                                        **(IPWireless)  (Revised of R1-050161)**

17/02/2005 19:05 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
**Decision:** This text proposal was agreed into TR.

**R1-050162    Draft text on conclusions and recommendations for the TDD enhanced uplink SI**
                                                          **(IPWireless)**

17/02/2005  19:10 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
**Decision:** This text proposal was agreed into TR.


**R1-050212    TR25.804 v.1.0.1                                    (InterDigital)**
**Decision:** This document was agreed as v1.1.0 with some editorial modification on the reflector after the meeting.

**R1-050229    TR25.804 v.1.1.0                                    (InterDigital)**
**R1-050231    TR25.804 v.2.0.0                                    (InterDigital)**
This document was submitted in RAN#27 for approval.

APLNDC-WH-A 0000011051

**3GPP TSG RAN WG1 Meeting #40bis**          **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

# 15.  Review of RAN WG1 Terms of Reference

**R1-050202     Review of WG RAN1 Terms of Reference**        **(RAN1 Chairman)**
18/02/2005 14:30 Presented by Mr. Dirk Gerstenberger.

**Decision:**  This document was endorsed.

# 16.  Other Business

After the meeting, the number of TR 7.68Mcps TDD option: physical layer was assigned as 25.809.

APLNDC-WH-A 0000011052

Case 5:11-cv-01846-LHK   Document 662-15   Filed 01/25/12   Page 39 of 57

## 17.     Closing of the meeting : Friday 5.00 PM

18/02/2005 16: 00. The RAN1 chairman, Mr. Dirk Gerstenberger expressed his appreciation to the delegates and the host, the North American Friends for 3GPP for their works. The meeting was dismissed at this time.

APLNDC-WH-A 0000011053

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

## Annex A:  List of participants

| Name | Organization represented | Status, partner | Phone | Email |
|------|--------------------------|-----------------|-------|-------|
| Member of 3GPP (ARIB) | | | | |
| Mr. Shinsuke Ogawa | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | +81-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 | Ogawa@cet.yrp.nttdocomo.co.jp |
| Dr. Jinsong Duan | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | +81 46 840 5369 | Duan.jinsong@jp.panasonic.com |
| Mr. Hitoshi Iochi | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | +81 46 840 5329 | Iochi.hitoshi@jp.panasonic.com |
| Mr. Prem Sood | SHARP Corporation | 3GPPMEMBER (ARIB) | +1 360 834 8708 | plsi@sharplabs.com |
| Ms. Nahoko Kuroda | NEC Corporation | 3GPPMEMBER (ARIB) | +81-44-396-2577 | n-kuroda@cj.jp.nec.com |
| Mr. Tsukasa Sasaki | Fujitsu Limited | 3GPPMEMBER (ARIB) | +81 44 754 8511 | t.sasaki@jp.fujitsu.com |
| Mr. Noriyuki FUKUI | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | +81467 41 2885 | n-fukui@isl.melco.co.jp |
| Mr. Hideji Wakabayashi | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | +81468476013 | h.wakaba@cew.melco.co.jp |
| Mr. Youngbum Kim | Samsung Electronics Co., Ltd. | 3GPPMEMBER (ARIB) | +82-31-279-5092 | Youngbum.kim@samsung.com |
| Ms. Youn hyoung Hoe | Samsung Electronics Co., Ltd. | 3GPPMEMBER (ARIB) | +82-31-279-5362 | Hush.heo@samsung.com |
| Mr. Elias Jonsson | Nippon Ericsson K.K. | 3GPPMEMBER (ARIB) | +46 46 23 15 75 | Elias.jonsson@ericsson.com |
| Mr. Anil Umesh | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | +81 468 40 3190 | umesh@wsp.yrp.nttdocomo.co.jp |
| Mr. Benoist Sébire | Nokia Japan Co, Ltd | 3GPPMEMBER (ARIB) | +8613801309020 | benoist.sebire@nokia.com |
| Member of 3GPP (ATIS) | | | | |
| Dr. Stefan Parkvall | Ericsson Inc. | 3GPPMEMBER (ATIS) | +46 8 58533855 | stefan.parkvall@ericsson.com |
| Mr. Donald E. Zelmer | Cingular Wireless LLC | 3GPPMEMBER (ATIS) | +1 404 236 5912 | don.zelmer@cingular.com |
| Mr. Karri Ranta-aho | NOKIA Telecommunications Inc | 3GPPMEMBER (ATIS) | +358 50 521 0651 | Karri.Ranta-aho@nokia.com |
| Member of 3GPP (CCSA) | | | | |
| Ms. Sha Ma | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | +86-10-82882755 | marsha@huawei.com |
| Mrs. Ning He | Nanjing Ericsson Panda Com Ltd | 3GPPMEMBER (CCSA) | +46 8 7575578 | ning.he@ericsson.com |
| Dr. Robert Karlsson | ZTE Corporation | 3GPPMEMBER (CCSA) | +46 8 5552 8977 | Robert.karlsson@ztewistron.com |
| Mr. Zhisong Zuo | ZTE Corporation | 3GPPMEMBER (CCSA) | +86 755 26771477 | zuo.zhisong@zte.com.cn |
| Member of 3GPP (ETSI) | | | | |
| Mr. Uwe Baeder | ROHDE & SCHWARZ | 3GPPMEMBER (ETSI) | +49 89 4129 13462 | Uwe.Baeder@rsd.rohde-schwarz.com |
| Mr. Vincent Belaiche | MELCO MOBILE COMMUNICATIONS | 3GPPMEMBER (ETSI) | +33 2 99 27 47 70 | vincent.belaiche@mmce.mee.com |

APLNDC-WH-A 0000011054

## 3GPP TSG RAN WG1 Meeting #40bis
## Beijing, China, 4 – 8 April, 2005

R1-050369

| | | | | |
|---|---|---|---|---|
| Mr. Hyung-Nam Choi | INFINEON TECHNOLOGIES | 3GPPMEMBER (ETSI) | +49-5341-9061812 | Hyung-Nam.Choi@infineon.com |
| Ms. Evelyne Le Strat | Nortel | 3GPPMEMBER (ATIS) | + 33 1 39 44 53 39 | elestrat@nortel.com |
| Ms. Liliana Czapla | INTERDIGITAL COMMUNICATIONS | 3GPPMEMBER (ETSI) | +1 631 622 4358 | liliana.czapla@interdigital.com |
| Mr. Uwe Doetsch | ALCATEL S.A. | 3GPPMEMBER (ETSI) | +49 711821 47176 | Uwe.doetsch@alcatel.de |
| Mr. Dirk Gerstenberger | ERICSSON LM | 3GPPMEMBER (ETSI) | +46 8 585 33901 | dirk.gerstenberger@ERICSSON.COM |
| Dr. Amitabha Ghosh | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 8476324121 | qa0047@email.mot.com |
| Mr. Mark Harrison | MOTOROLA GmbH | 3GPPMEMBER (ETSI) | +18172456259 | mark.harrison@motorola.com |
| Dr. Joern Krause | SIEMENS AG | 3GPPMEMBER (ETSI) | +49-30-386-23417 | joern.krause@siemens.com |
| Mr. Yannick Le Pezennec | VODAFONE Group Plc | 3GPPMEMBER (ETSI) | +447748938886 | Yannick.LePezennec@vodafone.com |
| Mr. Yongjun Kwak | SAMSUNG Electronics | 3GPPMEMBER (ETSI) | +82-31-279-5112 | evatt@samsung.com |
| Dr. Branislav Popovic | Huawei | 3GPPMEMBER (ETSI) | +46 8 477 0808 | Branislav.popovic@huawei.com |
| Mr. Philip Booker | Siemens NV/SA BELGIUM ETSI | 3GPPMEMBER (ETSI) | +44 1794 833227 | philip.booker@roke.co.uk |
| Dr. Thomas Chapman | Siemens Mobile | 3GPPMEMBER (ETSI) | +44 1094 833241 | thomas.chapman@roke.co.uk |
| Mr. Heino Geilach | Siemens Communications | 3GPPMEMBER (ETSI) | +49 89 722 57569 | heino.gerlach@simens.com |
| Dr. Baijun Zhao | UTStarcom | 3GPPMEMBER (ETSI) | +86 138 2363 1996 | baijun.zhao@utstarcom.com |
| Mr. Ka Leong Lo | UTStarcom | 3GPPMEMBER (ETSI) | +86755 26952899 | kaleong.lo@utstarcom.com |
| Mr. Robert Love | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 847 523 3702 | qa2178@email.mot.com |
| Dr. Durga Malladi | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | +1 858 651 2288 | dmalladi@qualcomm.com |
| Dr. Jürgen Michel | SIEMENS AG | 3GPPMEMBER (ETSI) | +49 89 722 49911 | michel.juergen@siemens.com |
| Mr. Dirk Kistowski | T-Mobile International | 3GPPMEMBER (ETSI) | +49 228 936 18419 | dirk.kistowski@t-mobile.de |
| Mrs. Nadege Noisette | ORANGE SA | 3GPPMEMBER (ETSI) | +33 1 45 29 44 02 | nadege.noisette@francetelecom.com |
| Mr. Alessandro Pace | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | +390639000944 | apace@mail.tim.it |
| Mr. Enrico Buracchini | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | +390112287118 | Enrico.buracchini@tilab.com |
| Mr. Ville Steudle | NOKIA UK Ltd | 3GPPMEMBER (ETSI) | +358 50 307 3923 | ville.steudle@nokia.com |
| Mr. Hidetoshi Suzuki | PANASONIC R&D Center Germany | 3GPPMEMBER (ETSI) | +81 468 40 5164 | Suzuki.Hidetoshi@jp.panasonic.com |
| Mr. Markku Tarkiainen | NOKIA Corporation | 3GPPMEMBER (ETSI) | +358 50 518 3406 | markku.tarkiainen@nokia.com |
| Mrs. Carolyn Taylor | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 847 523 0458 | carolyn.taylor@motorola.com |
| Mr. Serge Willenegger | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | +41 244 363 541 | sergew@qualcomm.com |
| Mr. Nicholas Anderson | IPWireless | 3GPPMEMBER (ETSI) | +44 1249 800020 | nanderson@ipwireless.com |
| Miss Eliza Wong | ALCATEL S.A. | 3GPPMEMBER (ETSI) | +33130775698 | eliza.wong@alcatel.fr |
| Dr. Rainer Bachl | Lucent Technologies | 3GPPMEMBER (ETSI) | +49 911 526 2656 | Rbachl@lucent.com |
| Mr. Matthew Baker | Philips Semiconductors Sophia | 3GPPMEMBER (ETSI) | +44 1293 815287 | Bakermp2@prl.research.philips.com |
| Mr. Chris Barroso | Freescale Semiconductors | 3GPPMEMBER (ETSI) | +1 512 996 4209 | Chris.Barroso@freescale.com |
| Mr. Eric Fablet | Freescale Semiconductors | 3GPPMEMBER (ETSI) | +33 5 61 19 12 | eric.fablet@freescale.com |
| Dr. Stefan Brueck | Lecent Technologies | 3GPPMEMBER (ETSI) | +49 911 526 4834 | sbrueck@lucent.com |
| Mr. Alfonso Campo | Top Optimized Technologies S.L | 3GPPMEMBER (ETSI) | +34 619 233378 | Alfonso.campo@optimizedtech.ney |

APLNDC-WH-A 0000011055

**3GPP TSG RAN WG1 Meeting #40bis**                                           **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

| | | | | |
|---|---|---|---|---|
| Mr. Alvaro Lopez medrano | Top Optimized Technologies S.L | 3GPPMEMBER (ETSI) | +34 647 608403 | alvaro.lopez-medrano@optimizedtech.ney |
| Dr. Luis Mendo | Top Optimized Technologies S.L | 3GPPMEMBER (ETSI) | +915495700 | lmendo@grc.ssr.upm.es |
| Dr. Stamatis Georgoulis | UbiNetics Ltd | 3GPPMEMBER (ETSI) | +44 1763 267317 | Stamatis.georgoulis@ubinetics.com |
| Mr. Asbjorn Grovlen | NOKIA Corporation | 3GPPMEMBER (ETSI) | +358 405642489 | Asbjorn.grovlen@nokia.com |
| Mr. Arik Gubeskys | Freescale Semiconductor Israel | 3GPPMEMBER (ETSI) | +972 9 9522681 | Arik.gubeskys@freescale.com |
| Ms. Mariana Lyu | Research in Motion Limited | 3GPPMEMBER (ETSI) | +1 972 870 4370 | mlyu@rim.com |
| Mr. Diptendu Mitra | Telecom Modus Ltd. | 3GPPMEMBER (ETSI) | +44 1372 381 812 | Diptendu.mitra@t-modus.nec.co.uk |
| Dr. Tarik Muharemovic | TEXAS Instruments | 3GPPMEMBER (ETSI) | +1 214 567 5853 | tarik@ti.com |
| Mr. Mark Murphy | TTP Communication plc | 3GPPMEMBER (ETSI) | +44 1763 266266 | mark.murphy@ttpcom.com |
| Dr. Manook Soghomonian | 3 | 3GPPMEMBER (ETSI) | +44 1279 464200 | Manook.Soghomonian@THREE.CO.UK |
| Mr. Alex Margulis | Intel Corporation SARL | 3GPPMEMBER (ETSI) | +972 3 920 7024 | Alex.margulis@intel.com |
| Member of 3GPP (TTA) | | | | |
| Dr. Joon-Kui Ahn | LG Electronics Inc. | 3GPPMEMBER (TTA) | +82-31-450-4131 | jkan@lge.com |
| Dr. Sung Lark Kwon | LG Electronics Inc. | 3GPPMEMBER (TTA) | +82-31-450-2908 | slkwon@lge.com |
| Dr. Juho Lee | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +82-31-279 5115 | Juho95.lee@samsung.com |
| Mr. Ilgyu Kim | ETRI | 3GPPMEMBER (TTA) | +82-42-860-5490 | igkim@etri.re.kr |
| Mr. Bong Hoe Kim | LG Electronics Inc. | 3GPPMEMBER (TTA) | +82 343 450 4131 | ofdm88@lge.com |
| Mr. Dong Wook Roh | LG Electronics Inc. | 3GPPMEMBER (TTA) | +82 31 450 2906 | dwroh@lge.com |
| Mr. Yujian Zhang | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +86 10 684277112 | yujian.zhang@samsung.com |
| Mr. Dragan Vujcic | LG Electronics Inc. | 3GPPMEMBER (TTA) | +33 1 41 59 93 78 | dvujcic@lge.com |
| Mr. Kyung Park | ETRI | 3GPPMEMBER (TTA) | +82 42 860 1836 | kyungp@etri.re.kr |
| Member of 3GPP (TTC) | | | | |
| Mr. Mikhail Shnaider | NEC Corporation | 3GPPMEMBER (TTC) | +(61 3) 92714042 | mikhail@3g.nec.com.au |
| Mr. Masafumi Usuda | NTT DoCoMo Inc. | 3GPPMEMBER (TTC) | +81 468 40 3190 | usuda@wsp.yrp.ntttdocomo.co.jp |
| Organisation partner representative | | | | |
| Mr. Yoshikazu Ishii | Mobile Competence Centre | ETSI | +33 4 92 93 42 06 | ishii.yoshikazu@etsi.org |

APLNDC-WH-A 0000011056

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

## Annex B: TSG RAN WG1 meetings in 2005

| TITLE | TYPE | DATES | LOCATION | CTRY |
|-------|------|-------|----------|------|
| 3GPPRAN1#40 | WG | 14 - 18 Feb 2005 | Scottsdale | USA |
| 3GPPRAN1#40bis | WG | 04 - 08April 2005 | Beijing | China |
| 3GPPRAN1#41 | WG | 09 - 13 May 2005 | Athens | GR |
| 3GPPRAN1#42 | WG | 29 Aug -02 Sept 2005 | London | UK |
| 3GPPRAN1#43 | WG | 07 - 11 Nov 2005 | TBD | Asia |

| MEETING TYPES | |
|---------------|---|
| AH = Ad Hoc | CM = Chairmen's meeting |
| JM = Joint | OR = Ordinary |
| PM = Preparatory Meeting | RG = Rapporteurs Group |
| RM = Resolution Meeting | SG = Steering Group |
| ST = Startup Meeting | TG = Task Group |
| WG = Working Group | XO = Extraordinary |

APLNDC-WH-A 0000011057

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

# Annex C:  List of CRs agreed at RAN1#40

| Spec | CR | R | Cat | Rel | R1 Tdoc | Title | Work Item |
|------|-----|---|-----|------|-----------|-------|-----------|
| 25.211 | 200 | 1 | B | Rel-6 | R1-050178 | Introduction of F-DPCH without pilot field | RANimp-RABSE-CodeOptFDD |
| 25.212 | 193 | 1 | B | Rel-6 | R1-050080 | Introduction of F-DPCH | RANimp-RABSE-CodeOptFDD |
| 25.213 | 70 | 1 | B | Rel-6 | R1-050081 | Introduction of F-DPCH | RANimp-RABSE-CodeOptFDD |
| 25.214 | 368 | 1 | B | Rel-6 | R1-050179 | Introduction of F-DPCH without pilot field | RANimp-RABSE-CodeOptFDD |
| 25.215 | 155 | - | B | Rel-6 | R1-050133 | Introduction of F-DPCH without pilot field | RANimp-RABSE-CodeOptFDD |
| 25.215 | 150 | 1 | C | Rel99 | R1-050110 | Removal of TGPL2 | TEI |
| 25.215 | 151 | 1 | C | Rel-4 | R1-050110 | Removal of TGPL2 | TEI |
| 25.215 | 152 | 1 | C | Rel-5 | R1-050110 | Removal of TGPL2 | TEI |
| 25.215 | 153 | 1 | C | Rel-6 | R1-050110 | Removal of TGPL2 | TEI |
| 25.214 | 354 | 3 | C | Rel-6 | R1-050201 | Timing maintained Hard Handover | TEI6 |
| 25.214 | 355 | 2 | B | Rel-6 | R1-050173 | Faster L1 DCH synchronization | TEI6 |
| 25.214 | 365 | - | F | Rel-6 | R1-050113 | Correction to computed gain factors quantization | TEI5 |
| 25.215 | 147 | 4 | B | Rel-6 | R1-050114 | Introduction of 'DL Transmission Branch Load' measurement | TEI6 |
| 25.215 | 154 | - | F | Rel-6 | R1-050082 | Clarification of cell on SFN-SFN observed time difference | TEI |
| 25.224 | 140 | 2 | C | Rel-6 | R1-050096 | Improvements to uplink closed-loop power control for 1.28Mcps TDD | LCRTDD-Phys |
| 25.211 | 197 | 1 | F | Rel-6 | R1-050182 | E-HICH/E-RGCH Signature Sequences | EDCH-Phys |
| 25.211 | 198 | 1 | F | Rel-6 | R1-050195 | E-HICH/E-RGCH Signature Sequence Hopping | EDCH-Phys |
| 25.211 | 202 | 2 | F | Rel-6 | R1-050223 | E-HICH/E-RGCH/E-AGCH timing | EDCH-Phys |
| 25.212 | 198 | 1 | F | Rel-6 | R1-050194 | PLnon-max and PLmax | EDCH-Phys |
| 25.212 | 199 | - | C | Rel-6 | R1-050108 | HARQ bit collection for E-DCH | EDCH-Phys |
| 25.213 | 72 | - | F | Rel-6 | R1-050064 | Correction on E-DPCCH power offset | EDCH-Phys |
| 25.213 | 73 | 1 | F | Rel-6 | R1-050204 | Defining E-DPDCH power offset | EDCH-Phys |
| 25.214 | 362 | 2 | F | Rel-6 | R1-050215 | Gain factor setting for E-DCH | EDCH-Phys |
| 25.214 | 364 | 1 | F | Rel-6 | R1-050198 | Reliable E-RGCH/E-HICH Detection | EDCH-Phys |
| 25.214 | 369 | 2 | F | Rel-6 | R1-050224 | DL/UL timing association of E-DCH operation | EDCH-Phys |
| 25.221 | 118 | - | B | Rel-6 | R1-050227 | Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD | RANimp-RABSE-CodeOptTDD |
| 25.224 | 141 | - | B | Rel-6 | R1-050228 | Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD | RANimp-RABSE-CodeOptTDD |

APLNDC-WH-A  0000011058

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

Note : The CRs in Tdoc R1-050223, R1-050224, R1-050227 and R1-050228 were agreed on the RAN1 reflector after the meeting. After the meeting, the category of CR 140r2 for TS25.224 in R1-050096 was changed from TEI6 to LCRTDD-phys for RAN#27 proposal.

APLNDC-WH-A 0000011059

**3GPP TSG RAN WG1 Meeting #40bis**                                                      **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

## Annex D:  List of Outgoing LSs to 3GPP other groups

| NUMBER | TITLE | To | Cc |
|---|---|---|---|
| R1-050191 | LS on Introduction of Fractional DPCH | RAN2, RAN3, RAN4 | |
| R1-050216 | LS on Faster L1 DCH synchronization | RAN4 | |
| R1-050219 | LS on E-AGCH contents | RAN2 | |
| R1-050220 | LS on support for higher layer signalling of PLnon-max value | RAN2, RAN3 | |
| R1-050221 | Reply LS on alignment of MBMS transport channels | RAN3 | RAN2 |
| R1-050222 | LS on MBMS UE capability | RAN2, RAN3, RAN4 | |
| | | | |

APLNDC-WH-A 0000011060

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

## Annex E:   List of Tdocs at RAN1 #40

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050035 | Draft Agenda | RAN1 Chairman | 2 | | 14/02/2005 | Approved |
| R1-050036 | Reply LS on parameter set for PS streaming reference radio bearer combination with downlink rate up to 128 kbps (To ; T1, Cc ; RAN1) | WG RAN2 | 5 | =R2-042698 | 14/02/2005 | Noted |
| R1-050037 | Reply LS on Synchronisation of FDD MBMS P-t-M Transmissions from Clusters of Cells (To ; RAN3, Cc ; RAN1, RAN4) | WG RAN2 | 5 | =R2-042706 | 14/02/2005 | Noted |
| R1-050038 | LS on Layer 1 synchronization procedure (To ; RAN1, Cc ; RAN3, RAN4) | WG RAN2 | 5 | =R2-050249 | 14/02/2005 | Noted |
| R1-050039 | LS on Radio link failure criteria on Fractional DPCH (To ; RAN3, RAN4, Cc ; RAN1) | WG RAN2 | 5 | =R2-050300 | 14/02/2005 | Noted |
| R1-050040 | DRAFT Report of 3GPP TSG RAN WG1 #39 | RAN1 Secretary | 3 | | 14/02/2005 | Approved |
| R1-050041 | Summary from TSG RAN#26 | RAN1 Chairman | 4 | | 14/02/2005 | Noted |
| ~~R1-050042~~ | ~~25.211CR194r2(Rel-6, B)"Introduction of F-DPCH "~~ | ~~Nortel~~ | 8 | | | Withdrawn |
| ~~R1-050043~~ | ~~25.212CR193r1(Rel-6, B)"Introduction of F-DPCH "~~ | ~~Nortel~~ | 8 | | | Withdrawn |
| ~~R1-050044~~ | ~~25.213CR70r1(Rel-6, B)"Introduction of F-DPCH "~~ | ~~Nortel~~ | 8 | | | Withdrawn |
| ~~R1-050045~~ | ~~25.214CR357r2(Rel-6, B)"Introduction of F-DPCH "~~ | ~~Nortel~~ | 8 | | | Withdrawn |
| ~~R1-050046~~ | ~~25.215CR148r2(Rel-6, B)"Introduction of F-DPCH "~~ | ~~Nortel~~ | 8 | | | Withdrawn |
| R1-050047 | Addition of support for BTFD in flexible position multiplexing of transport channels (include CR) | Mitsubishi Electric(MMCE) | 8 | (R1-041312) | 15/02/2005 | Noted. As the conclusion of the R1-050047 and R1-050048, there was no agreement from the group to introduce this feature in the specifications. |
| R1-050048 | Gain of BTFD in flexible position multiplexing of transport channels | Mitsubishi Electric(MMCE) | 8 | (R1-041478) | 15/02/2005 | Noted |
| R1-050049 | Minutes from RAN1 Conference Call #1 on Scheduling and HARQ | RAN1 Chairman | 9.1 | (R1-050022) | 15/02/2005 | Noted |

44

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050050 | Minutes from RAN1 Conference Call #2 on NodeB measurements and interaction with RNC admission/congestion control and RRM with EUL | RAN1 Chairman | 9.1 | (R1-050027) | 16/02/2005 | Noted |
| R1-050051 | Minutes from RAN1 Conference Call #3 on UE categories for EUL | RAN1 Chairman | 9.1 | (R1-050033) | 15/02/2005 | Noted |
| R1-050052 | Efficiency Analysis of DL ACK Structures | Via Telecom | 9.2 | = R1-041410 | | Not Treated |
| R1-050053 | Selecting the Primary Node(s) for DL ACK | Via Telecom | 9.2 | = R1-041411 | | Not Treated |
| R1-050054 | 25.211CR196(Rel-6, F)''Modify the alphabetic index of E-HICH and E-RGCH signature sequence'' | ZTE | 9.6.1 | | | Withdrawn |
| R1-050055 | 25.212CR197(Rel-6, F)''Modify the description of CRC attachment for E-AGCH'' | ZTE | 9.6.2 | | | Withdrawn |
| R1-050056 | Timing of E-HICH and number of HARQ processes | ZTE | 9.2 | | 15/02/2005 | Noted |
| R1-050057 | TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v1.0.1 | Editor (Nokia) | 9 | | 15/02/2005 | Agreed as version 1.1.0 in Tdoc R1-050188. |
| R1-050058 | E-AGCH SF and channel coding | Samsung | 9.6.2 | | 16/02/2005 | Noted |
| R1-050059 | 25.212CR198(Rel-6, F)''PLnon-max and PLmax'' | Samsung | 9.6.2 | | 16/02/2005 | The principle of this CR was agreed, and it was to revise the CR in accordance with the UE categories (e.g Pimax fro the highest category ) in Tdoc R1-050194 |
| R1-050060 | 25.214CR362(Rel-6, F)''Gain factor setting for E-DCH'' | Samsung | 9.6.4 | | 16/02/2005 | Revised in Tdoc R1-050209 |
| R1-050061 | 25.214CR363(Rel-6, F)''Power control at the maximum power limit'' | Samsung | 9.6.4 | | 17/02/2005 | The revised CR to be prepared for RAN1#40bis. |
| R1-050062 | UTRAN measurement for E-DCH RRM | Samsung | 9.3 | | 16/02/2005 | Noted |
| R1-050063 | Number of HARQ processes | Samsung | 9.2 | | 15/02/2005 | Noted |
| R1-050064 | 25.213CR72(Rel-6, F)''Correction on E-DPCCH power offset'' | Samsung | 9.6.3 | | 16/02/2005 | Agreed |
| R1-050065 | 25.213CR73(Rel-6, F)''Defining E-DPDCH power offset'' | Samsung | 9.6.3 | | 16/02/2005 | Agreed.    After the discussion of other topic, this CR was revised in Tdoc R1-050204 |
| R1-050066 | Optimization of Outer Loop Power Control for F-DPCH | Top Optimized Technologies | 8 | | 14/02/2005 | Noted |
| R1-050067 | UE behaviour on RG from Non-serving RLS | Alcatel | 9.2 | | | Not Treated |

APLNDC-WH-A 0000011062

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050068 | Tx Power requirements for Optimisation of DL Code Utilisation for TDD LCR | UTSarcom, IPWireless | 12 | | | Revised in Tdoc R1-050189 |
| R1-050069 | Radio resource control and measurement for HSUPA | LG Electronics | 9.3 | | 16/02/2005 | Noted |
| R1-050070 | Timing and the number of HARQ processes for HSUPA | LG Electronics | 9.2 | | 15/02/2005 | Noted |
| R1-050071 | 25.211CR196(Rel-6, F)"Modify the alphabetic index of E-HICH and E-RGCH signature sequence" | ZTE | 9.6.1 | | | Not treated |
| R1-050072 | 25.212CR197(Rel-6, F)"Modify the description of CRC attachment for E-AGCH" | ZTE | 9.6.2 | | 16/02/2005 | Not agreed |
| R1-050073 | Relative timing of downlink signaling channels for E-DCH | Nortel | 9.2 | | 15/02/2005 | Noted |
| R1-050074 | Number of H-ARQ processes for E-DCH | Nortel | 9.2 | | 15/02/2005 | Noted |
| R1-050075 | DRAFT Report of 3GPP TSG RAN WG2 #45 | RAN2 Secretary | 3 | = R2-050233 | 14/02/2005 | RAN1/2 Joint session part was approved |
| R1-050076 | 25.214CR357r2(Rel-6, B)"Introduction of F-DPCH " | Nortel | 8 | (R1-041523) | 14/02/2005 | Noted |
| R1-050077 | 25.215CR148r2(Rel-6, B)"Introduction of F-DPCH " | Nortel | 8 | (R1-041524) | 14/02/2005 | Noted |
| R1-050078 | E-DCH timing | Lucent | 9.2 | | 15/02/2005 | Noted |
| R1-050079 | 25.211CR194r2(Rel-6, B)"Introduction of F-DPCH " | Nortel | 8 | (R1-041522) | 14/02/2005 | Noted |
| R1-050080 | 25.212CR193r1(Rel-6, B)"Introduction of F-DPCH " | Nortel | 8 | (R1-041307) | 14/02/2005 | Agreed |
| R1-050081 | 25.213CR70r1(Rel-6, B)"Introduction of F-DPCH " | Nortel | 8 | (R1-041308) | 14/02/2005 | Agreed |
| R1-050082 | 25.215CR154(Rel-6, F)"Clarification of cell on SFN-SFN observed time difference" | Panasonic | 6.4 | | 14/02/2005 | Agreed. It was decided to consider possibility for CRs to the earlier releases (R99…) at RAN Plenary as company proposal. |
| R1-050083 | MBMS UE capability | Panasonic | 7 | | 14/02/2005 | Noted |
| R1-050084 | Void | | | | | |
| R1-050085 | Void | | | | | |
| R1-050086 | Void | | | | | |
| R1-050087 | EUL timing and the number of HARQ processes | Panasonic | 9.2 | | 15/02/2005 | Noted |

APLNDC-WH-A 0000011063

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050088 | Uplink EDCH/DCH resource allocation and measurement | Panasonic | 9.3 | | 16/02/2005 | Noted |
| R1-050089 | Long term solution for ping-pong effect | Panasonic | 9.3 | | | Not treated |
| R1-050090 | E-HICH/E-RGCH Signature Sequences | Siemens | 9.6.1 | | | Revised in Tdoc R1-050183 |
| R1-050091 | 25.211CR197(Rel-6, F)"E-HICH/E-RGCH Signature Sequences" | Siemens | 9.6.1 | | | Revised in Tdoc R1-050182 |
| R1-050092 | TTI reordering with measurement gaps of 10 and 20 ms | Siemens | 7 | | 14/02/2005 | Noted |
| R1-050093 | Draft LS on TTI reordering | Siemens | 7 | | 14/02/2005 | Noted |
| R1-050094 | Proposal of UE categories for the Enhanced Uplink | Vodafone Group, NTT DoCoMo | 9.4 | | 17/02/2005 | Noted |
| R1-050095 | Definition and Signalling way of Time Duration | Mitsubishi Electric | 9.2 | | | Not treated |
| R1-050096 | 25.224CR140r2(Rel-6, C) "Improvements to uplink closed-loop power control for 1.28Mcps TDD" | IPWireless | 6.4 | | 14/02/2005 | Agreed |
| R1-050097 | 25.214CR364(Rel-6, F)"Reliable E-RGCH/E-HICH Detection" | Ericsson | 9.6.4 | | 17/02/2005 | Revised in Tdoc R1-050198 |
| R1-050098 | F-DPCH Power control | Ericsson | 8 | | 14/02/2005 | Noted |
| R1-050099 | 25.214CR354r2(Rel-6, C)"Timing maintained Hard Handover" | Ericsson | 6.4 | | 14/02/2005 | This CR was revised in Tdoc R1-050201. |
| R1-050100 | 25.214CR355r1(Rel-6, B)"Faster L1 DCH synchronization" | Ericsson | 6.4 | | 14/02/2005 | It was decided to replace Qpost with Qout, and should be reconfirm with RAN2 about indication of the post-sync-failure (depends on RAN2 discussion). Revision 2 of the CR in tdoc R1-050173. |
| R1-050101 | E-RGCH/E-HICH Sequence Hopping | Ericsson | 9.6.1 | | 16/02/2005 | Noted |
| R1-050102 | 25.211CR198(Rel-6, F)"E-RGCH/E-HICH Sequence Hopping" | Ericsson | 9.6.1 | | 16/02/2005 | Revised with linked to R1-050182 in R1-050195. |
| R1-050103 | E-RGCH/E-HICH Signature Sequences | Ericsson | 9.6.1 | | 16/02/2005 | Noted |
| R1-050104 | 25.211CR199(Rel-6, F)"E-RGCH/E-HICH Signature Sequences" | Ericsson | 9.6.1 | | 16/02/2005 | Noted |
| R1-050105 | E-DCH Downlink Timing Relations | Ericsson | 9.2 | | | Revised in Tdoc R1-050186 |
| R1-050106 | E-DCH UE Categories | Ericsson | 9.4 | | 17/02/2005 | Noted |
| R1-050107 | E-DCH and Compressed Mode | Ericsson | 9.5 | | 17/02/2005 | Noted |

47

APLNDC-WH-A 0000011064

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050108 | 25.212CR199(Rel-6, C)"HARQ bit collection for E-DCH" | Ericsson | 9.6.2 | | 16/02/2005 | Agreed |
| R1-050109 | E-AGCH Contents and Power Consumption | Ericsson | 9.2 | | 16/02/2005 | Noted |
| R1-050110 | 25.215CR150r1(Rel99, C),CR151r1(Rel-4, A), CR152r1(Rel-5, A), CR153r1(Rel-6, A) "Removal of TGPL2" | Ericsson, Samsung | 6.1 | | 14/02/2005 | Technically agreed |
| R1-050111 | HARQ Operation Point | Siemens | 9.2 | (R1-050003) | 18/02/2005 | Noted |
| R1-050112 | Retransmission Power Optimisation | Siemens | 9.2 | (R1-050004) | 18/02/2005 | Noted |
| R1-050113 | 25.214CR365(Rel-5, F), CR366(Rel-6, A) "Correction to computed gain factors quantization" | QUALCOMM Europe | 6.3 | | 14/02/2005 | Only Rel-5 was agreed, but Rel-6 was not agreed. |
| R1-050114 | 25.215CR147r4"Introduction of 'DL Transmission Branch Load' measurement" | Siemens | 6.4 | (R1-041494) | 14/02/2005 | Agreed |
| R1-050115 | Performance of E-AGCH | Motorola | 9.6.2 | | 16/02/2005 | Noted |
| R1-050116 | E-HICH/E-RGCH Peak Power Requirement | Motorola | 9.6.1 | | 16/02/2005 | Noted |
| R1-050117 | E-DPCCH performance with energy detection vs. CRC | Motorola | 9.6.2 | | 16/02/2005 | Noted |
| R1-050118 | Comparative performance of dedicated and autonomous modes | Motorola | 9.2 | | | Not treated |
| R1-050119 | Performance of EUL in Autonomous mode with and without hysteresis | Motorola | 9.2 | | | Not treated |
| R1-050120 | Performance of EUL with and without happy bit | Motorola | 9.2 | | | Not treated |
| R1-050121 | UE Capabilities for EUL | Motorola | 9.4 | | 17/02/2005 | Noted |
| R1-050122 | Draft LS on Control of HARQ Operation | Siemens, Nokia, Philips | 9.2 | | 18/02/2005 | Noted. No recommendation from RAN1 to go further with this feature |
| R1-050123 | LS on Details on MCCH (To ; RAN4, Cc ; RAN1) | WG-RAN2 | 5 | = R2-050307 | 14/02/2005 | Noted |
| R1-050124 | LS on reference cell in SFN-SFN observed time difference measurement (To : RAN1, Cc : RAN2) | WG-T1 | 5 | = T1-050483 | 14/02/2005 | Noted |
| R1-050125 | LS on modified parameters for 5.9 speech radio bearer 6.10.2.4.1.9 in 34.108 (To ; RAN1, RAN2) | WG-T1 | 5 | = T1-050490 | 14/02/2005 | Noted |
| R1-050126 | Uplink DPCCH power setting | Philips | 9.6.4 | | | Revised in Tdoc R1-050185 |
| R1-050127 | Interactions between HSUPA and compressed mode | Philips | 9.5 | | 17/02/2005 | Noted |

48

APLNDC-WH-A 0000011065

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050128 | Introduction of F-DPCH without pilot field | Philips | 8 | | 14/02/2005 | Noted |
| R1-050129 | CR25.211-200 (Rel-6, B)"Introduction of F-DPCH without pilot field" | Philips, Nokia | 8 | | 14/02/2005 | Minor-revised in Tdoc R1-050178 |
| ~~R1-050130~~ | ~~CR25.212-200 (Rel-6, B)"Introduction of F-DPCH without pilot field"~~ | ~~Philips~~ | ~~8~~ | | | Withdrawn |
| R1-050131 | Number of HARQ processes | Siemens | 9.2 | (R1-050010) | 15/02/2005 | Noted |
| R1-050132 | CR25.214-368 (Rel-6, B)"Introduction of F-DPCH without pilot field" | Philips, Nokia | 8 | | 14/02/2005 | It was decided to include the text from Tdoc R1-050098 (exclude part on multiple RL QoS "The UE shall run a quality target control loop such that the quality requirement is met for each radio link set.") Revision in R1-050179. |
| R1-050133 | CR25.215-155 (Rel-6, B)"Introduction of F-DPCH without pilot field" | Philips, Nokia | 8 | | 14/02/2005 | Agreed |
| R1-050134 | E-HICH timing relationship | Siemens | 9.2 | =R1-050011 | | Revised in Tdoc R1-050181 |
| R1-050135 | Compressed Mode for EDCH | Siemens | 9.5 | | 17/02/2005 | Noted |
| R1-050136 | Step size for relative grants | Siemens | 9.2 | | | Not treated |
| ~~R1-050137~~ | ~~RRM for E-DCH~~ | ~~Siemens~~ | ~~9.3~~ | | | Withdrawn |
| R1-050138 | MBMS UE Capability for FDD | Motorola | 7 | | 14/02/2005 | Noted |
| R1-050139 | UE behaviour when reaching the maximum tx power | Nokia | 9.6.4 | | 17/02/2005 | Noted |
| R1-050140 | E-DPCCH performance in SHO: a comparison between CC and RM | Nokia | 9.6.1 | | 16/02/2005 | Noted |
| R1-050141 | HSUPA UE Capabilities | Nokia | 9.4 | (R1-050028) | 17/02/2005 | Noted |
| R1-050142 | Number of Absolute Grant bits transmitted on E-AGCH | Nokia | 9.2 | = R2-050079 | 16/02/2005 | Noted |
| R1-050143 | Common measurement for E-DCH | NEC | 9.3 | | | Not available |
| R1-050144 | Compressed mode handling | NEC | 9.5 | | 17/02/2005 | Noted |
| R1-050145 | E-AGCH Timing | NTT DoCoMo | 9.2 | | 15/02/2005 | Noted |
| R1-050146 | Measurement report of E-DPDCH/DPCCH power ratio for common rate control (Autonomous ramping) | NTT DoCoMo | 9.3 | | 16/02/2005 | Noted |
| R1-050147 | Control over serving vs. non-serving E-DCH resource allocation | NTT DoCoMo | 9.2 | | | Not treated |
| R1-050148 | Reserving Hadamard sequence to improve interference calculation for E-HICH/E-RGCH | NTT DoCoMo | 9 | | 17/02/2005 | Noted. It was decided that this topic can be considered at the next meeting if simulation results are available. |

49

APLNDC-WH-A 0000011066

**3GPP TSG RAN WG1 Meeting #40bis**                                                    **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------------|---------------------|
| R1-050149 | TFC selection for EUDCH | NEC | 9.5 | | | Not available |
| R1-050150 | F-DPCH simulation results | Nokia | 8 | | 14/02/2005 | Noted |
| R1-050151 | F-DPCH operation in SHO | Nokia | 8 | | 14/02/2005 | Noted |
| R1-050152 | On MBMS UE Minimum Capability | Nokia | 7 | | 14/02/2005 | Noted |
| ~~R1-050153~~ | ~~Feature Clean-Up~~ | ~~Nokia~~ | ~~6.5~~ | | | Withdrawn |
| R1-050154 | AMR-WB reference RAB configurations | Nokia | 6.5 | | 14/02/2005 | This document was revised in Tdoc R1-050205. |
| R1-050155 | RRM aspects of the Enhanced Uplink feature | Vodafone Group | 9.3 | | 16/02/2005 | Noted |
| R1-050156 | ROHC Packet Handling Using RLC Segmentation and Concatenation | Ericsson | 10 | | 17/02/2005 | Noted |
| R1-050157 | 7.68Mcps TDD option: work organisation | IPWireless | 13 | | 17/02/2005 | Noted. It was decided to clarify responsibility for the stage at RAN#27 |
| R1-050158 | Draft TR: 7.68Mcps TDD option: physical layer | IPWireless | 13 | | 17/02/2005 | Agreed as v0.1.0 as soon as TR number is available. |
| R1-050159 | Draft TS: 7.68Mcps TDD Option; Overall Description: Stage 2 | IPWireless | 13 | | | Revised in Tdoc R1-050192 |
| R1-050160 | 8-PSK for TDD Enhanced Uplink and text proposal for TR25.804 | IPWireless | 14 | | 17/02/2005 | This text proposal was agreed into TR. |
| R1-050161 | Text proposal on Node-B scheduling for TR25.804 | IPWireless | 14 | | | Revised in Tdoc R1-050190 |
| R1-050162 | Draft text on conclusions and recommendations for the TDD enhanced uplink SI | IPWireless | 14 | | 17/02/2005 | This text proposal was agreed into TR. |
| R1-050163 | Out-of-sync detection for TDD HSDPA operation without an associated DL DPCH | IPWireless | 11 | | | Revised in Tdoc R1-050196 |
| R1-050164 | CR25.212-201 (Rel-6, F)"E-AGCH channel coding specification" | Motorola | 9.6.2 | | | Not treated |
| R1-050165 | Number of HARQ processes & DL timing | QUALCOMM Europe | 9.2 | | 15/02/2005 | Noted |
| R1-050166 | Measurement in support of RRM | QUALCOMM Europe | 9.3 | | | Not treated |
| R1-050167 | E-DCH related UE categories | QUALCOMM Europe | 9.4 | | 17/02/2005 | Noted |
| R1-050168 | E-AGCH aspects | QUALCOMM Europe | 9.6.1 | | 16/02/2005 | Noted |

50

**3GPP TSG RAN WG1 Meeting #40bis**                                           **R1-050369**
**Beijing, China, 4 – 8 April, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|---------------------|---------------------|
| R1-050169 | Structured and improved E-HICH/E-RGCH Signature Sequences | Huawei | 9.6.1 | | 16/02/2005 | Noted |
| R1-050170 | CR25.211-201(Rel-6, F) "E-HICH/E-RGCH Signature Sequences" | Huawei | 9.6.1 | | 16/02/2005 | Noted |
| R1-050171 | UE behavior in DPCH frame offset reconfiguration | Intel | 6.3 | | | Not Treated |
| R1-050172 | Feature Clean-Up | Nokia, Motorola | 6.5 | | 14/02/2005 | Noted. The decision on removal of features should be taken TSG RAN level |
| R1-050173 | 25.214CR355r2(Rel-6, B)"Faster L1 DCH synchronization" | Ericsson | 6.4 | | 18/02/2005 | Technically agreed from RAN1 perspective |
| R1-050174 | **Draft** LS on Faster L1 DCH synchronization | Ericsson | 6.4 | | 18/02/2005 | Approved with the modification in Tdoc R1-050216 |
| R1-050175 | LS on the measurements required for EDCH Congestion Control (To:RAN1, Cc: RAN2, RAN4) | WG-RAN3 | 5 | = R3-050254 | 14/02/2005 | Noted |
| R1-050176 | MBMS UE Capability for FDD | Motorola | 7 | (R1-050138) | 18/02/2005 | Noted. Include updated the proposal from R1-050176 (with limit on SCCPCH codes) and indicate TTI issue together with the RAN1 parts of UE capabilities in draft LS R1-050177. |
| R1-050177 | **Draft** LS on MBMS UE capability | Panasonic | 7 | | 18/02/2005 | Approved with modification on "Overall description" in Tdoc R1-050222 |
| R1-050178 | CR25.211-200 r1(Rel-6, B)"Introduction of F-DPCH without pilot field" | Philips, Nokia | 8 | (R1-050129) | 18/02/2005 | Agreed |
| R1-050179 | CR25.214-368 r1(Rel-6, B)"Introduction of F-DPCH without pilot field" | Philips, Nokia | 8 | (R1-050132) | 15/02/2005 | Agreed |
| R1-050180 | Approved Report of 3GPP TSG RAN WG1 #39 | RAN1 Secretary | 3 | (R1-050140) | | Approved version |
| R1-050181 | E-HICH timing relationship | Siemens | 9.2 | (R1-050134) | 15/02/2005 | Noted |
| R1-050182 | 25.211CR197r1(Rel-6, F)"E-HICH/E-RGCH Signature Sequences" | Siemens | 9.6.1 | (R1-050091) | 16/02/2005 | Agreed and captured by CR25.211CR198r1 (Tdoc R1-050195). |
| R1-050183 | E-HICH/E-RGCH Signature Sequences | Siemens | 9.6.1 | (R1-050090) | 16/02/2005 | Agreed |
| R1-050184 | **[Draft]** LS on Introduction of Fractional DPCH | Philips, Nokia, Nortel, Ericsson | 8 | | 16/02/2005 | Approved with addition of sentence ""in Tdoc R1-050191 |
| R1-050185 | CR25.214-367 Power ratio setting for UL physical channels in relation to E-DCH | Philips | 9.6.4 | (R1-050126) | 17/02/2005 | Noted |

APLNDC-WH-A  0000011068

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050186 | E-DCH Downlink Timing Relations | Ericsson | 9.2 | (R1-050105) | 15/02/2005 | Noted |
| R1-050187 | Comparison of E-HICH/E-RGCH signature sequences | Ericsson | 9.6.1 | | 16/02/2005 | Noted |
| R1-050188 | TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v1.1.0 | Editor (Nokia) | 9 | (R1-050057) | | Approved version |
| R1-050189 | Tx Power requirements for Optimisation of DL Code Utilisation for TDD LCR | UTSarcom, IPWireless | 12 | (R1-050068) | 17/02/2005 | Noted |
| R1-050190 | Text proposal on Node-B scheduling for TR25.804 | IPWireless | 14 | (R1-050161) | 17/02/2005 | This text proposal was agreed into TR. |
| R1-050191 | LS on Introduction of Fractional DPCH (To : RAN2, RAN3, RAN4) | WG-RAN1 | 8 | | | Approved version |
| R1-050192 | Draft TS: 7.68Mcps TDD Option; Overall Description: Stage 2 | IPWireless | 13 | (R1-050159) | | Not treated |
| R1-050193 | Draft LS to RAN2 on AGCH | Ericsson | 9.6.1 | | 18/02/2005 | Approved with modification in Tdoc R1-050219. |
| R1-050194 | 25.212CR198r1(Rel-6, F)''PLnon-max and PLmax'' | Samsung, Nokia, Philips | 9.6.2 | (R1-050059) | 18/02/2005 | Agreed. |
| R1-050195 | 25.211CR198r1(Rel-6, F)''E-RGCH/E-HICH Sequence Hopping'' | Ericsson | 9.6.1 | (R1-050102) | 18/02/2005 | Agreed |
| R1-050196 | Out-of-sync detection for TDD HSDPA operation without an associated DL DPCH | IPWireless | 11 | (R1-050163) | | This document will be sent and discussed on the reflector after the meeting. |
| ~~R1-050197~~ | ~~25.214CR363r1(Rel-6, F)''Power control at the maximum power limit''~~ | ~~Samsung~~ | ~~9.6.4~~ | | | Withdrawn |
| R1-050198 | 25.214CR364r1(Rel-6, F)''Reliable E-RGCH/E-HICH Detection'' | Ericsson | 9.6.4 | | 18/02/2005 | Agreed |
| R1-050199 | LS on alignment of MBMS transport channels (To : RAN1, RAN2) | WG-RAN3 | 5 | | 18/02/2005 | Noted. It was decided to send the reply LS indicating that no significant impact on RAN1 specifications is expected with an introduction of an SFN-MFN offset (no impact with introduction of an SFN-CFN offset) that would lead to alignment of TTI starting times and the proposed solution CFN mod2 = 0 is not preferred in Tdoc R1-050214. |
| R1-050200 | EUL performance with de-boosting on E-DPDCH | QUALCOMM Europe | 9.2 | | 18/02/2005 | Noted |
| R1-050201 | 25.214CR354r3(Rel-6, C)''Timing maintained Hard Handover'' | Ericsson | 6.4 | (R1-050099) | 18/02/2005 | Agreed |

APLNDC-WH-A 0000011069

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------------|---------------------|
| R1-050202 | Review of WG RAN1 Terms of Reference | RAN1 Chairman | 15 | | 18/02/2005 | Endorsed |
| R1-050203 | Timing and process number | QUALCOMM Europe | 9.2 | | | Noted |
| R1-050204 | 25.213CR73r1(Rel-6, F)"Defining E-DPDCH power offset" | Samsung | 9.6.3 | (R1-050065) | 18/02/2005 | Agreed |
| R1-050205 | AMR-WB reference RAB configurations | Nokia | 6.5 | (R1-050154) | 18/02/2005 | Noted. RAN 1 confirms the correctness of the RAN1 parameters. |
| R1-050206 | CR 25.211-202 (Rel6, F) "E-HICH/E-RGCH/E-AGCH timing" | QUALCOMM Europe | 9.6.1 | | 18/02/2005 | Revised in Tdoc R1-050217. |
| R1-050207 | CR 25.214-369 (Rel6, F) "DL/UL timing association of E-DCH operation" | QUALCOMM Europe | 9.6.4 | | 18/02/2005 | Revised in Tdoc R1-050218. |
| R1-050208 | Note of Joint Session on RRM EDCH | RAN1 Chairman | 9.3 | | 16/02/2005 | Noted |
| R1-050209 | 25.214CR362r1(Rel-6, F)"Gain factor setting for E-DCH" | Samsung, Nokia, Philips | 9.6.4 | (R1-050060) | | Revised in Tdoc R1-050215. |
| R1-050210 | EUL E-DPDCH De-boosting Result | Motorola | 9.2 | | 18/02/2005 | Noted |
| R1-050211 | LS on Layer 1 synchronization procedure (To ; RAN1, Cc ; RAN3, RAN4) | WG RAN3 | 5 | = R3-050320 | 18/02/2005 | Noted |
| R1-050212 | TR25.804 v.1.0.1 | InterDigital | 14 | | | Agreed as v1.1.0 in Tdoc R1-050229. |
| R1-050213 | [Draft] LS on support for higher layer signalling of PInon-max value | Samsung | 9.6 | | 18/02/2005 | Approved in Tdoc R1-050220. |
| R1-050214 | [DRAFT] Reply LS on alignment of MBMS transport channels | Motorola | 5 | | 18/02/2005 | Approved with modification in Tdoc R1-050221 |
| R1-050215 | 25.214CR362r2(Rel-6, F)"Gain factor setting for E-DCH" | Samsung, Nokia, Philips | 9.6.4 | (R1-050209) | 18/02/2005 | Agreed |
| R1-050216 | LS on Faster L1 DCH synchronization | WG RAN1 | 6.4 | | | Approved version |
| R1-050217 | CR 25.211-202 r1(Rel6, F) "E-HICH/E-RGCH/E-AGCH timing" | QUALCOMM Europe | 9.6.1 | (R1-050206) | 18/02/2005 | Agreed. After the meeting, this document was revised in Tdoc R1-050223. |
| R1-050218 | CR 25.214-369r1(Rel6, F) "DL/UL timing association of E-DCH operation" | QUALCOMM Europe | 9.6.4 | (R1-050207) | 18/02/2005 | Agreed. After the meeting, this document was revised in Tdoc R1-050224. |
| R1-050219 | LS to RAN2 on AGCH (To : RAN2) | WG RAN1 | 9.6.1 | | | Approved version |
| R1-050220 | LS on support for higher layer signalling of PInon-max value (To : RAN2, RAN3) | WG RAN1 | 9.6 | | | Approved version |
| R1-050221 | Reply LS on alignment of MBMS transport channels (To : RAN3, Cc : RAN2) | WG RAN1 | 5 | | | Approved version |
| R1-050222 | LS on MBMS UE capability | WG RAN1 | 7 | | | Approved version |
| R1-050223 | CR 25.211-202 r2(Rel6, F) "E-HICH/E-RGCH/E-AGCH timing" | QUALCOMM Europe | 9.6.1 | (R1-050217) | | After the meeting, agreed on the reflector |

APLNDC-WH-A 0000011070

**3GPP TSG RAN WG1 Meeting #40bis**
**Beijing, China, 4 – 8 April, 2005**

**R1-050369**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050224 | CR 25.214-369r2(Rel6, F) "DL/UL timing association of E-DCH operation" | QUALCOMM Europe | 9.6.4 | (R1-050218) | | After the meeting, agreed on the reflector |
| R1-050225 | Comparison of E-HICH/E-RGCH Signature Sequences | Siemens | 9.6.1 | | | Not available |
| R1-050226 | 25.211CR197r2(Rel-6, F)"E-HICH/E-RGCH Signature Sequences" | Siemens | 9.6.1 | (R1-050182) | | Not available |
| R1-050227 | CR25.221-118 (Rel-6, B)"Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD" | IPWireless | 11 | | | After the meeting, agreed on the reflector |
| R1-050228 | CR25.224-141(Rel-6, B) "Release 6 HS-DSCH operation without a DL DPCH for 3.84Mcps TDD" | IPWireless | 11 | | | After the meeting, agreed on the reflector |
| R1-050229 | TR25.804 v.1.1.0 | InterDigital | 14 | | | Agreed version. |
| R1-050230 | TR25.804 v.2.0.0 | InterDigital | 14 | | | Submitted in RAN#27 for approval. |
| R1-050231 | TR25.808 FDD Enhanced Uplink; Physical Layer Aspects, v2.0.0 | Editor (Nokia) | 9 | | | Submitted in RAN#27 for approval. |
| | | | | | | |

APLNDC-WH-A 0000011071