# Mueller Exhibit 42

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| | |
|---|---|
| Agenda item | 3 |
| Title: | Approved Report of 3GPP TSG RAN WG1 #41 in Athens (Athens, Greece, 09 – 13 May, 2005) |
| Document for: | Approval |
| Source: | TSG RAN WG1 Secretary |



Notes:

All timestamps in this document are in GMT+3H unless otherwise noted.

<u>Fact Summary</u>

| | |
|---|---|
| Meeting: | 3GPP TSG RAN WG1 #41 |
| Dates: | 09th through 13th May, 2005 |
| Venue: | DIVANI CARAVEL Hotel, Athens, Greece |
| Host: | European Friends of 3GPP |
| Attendees: | 121 delegates |
| Documents: | 202 (including some withdrawn and post-meeting artefacts) |

Yoshikazu Ishii
ETSI Mobile Competence Center
yoshikazu.ishii@etsi.org

APLNDC-WH-A 0000011139

# Table of contents

Executive summary .................................................................................................................................1

1.   Opening of the meeting...................................................................................................................2
1.1      Call for IPR........................................................................................................................2

2    Approval of the agenda ...................................................................................................................2

3.   Approval of the minutes from previous meeting .............................................................................2

4.   RAN1 election information .............................................................................................................3

5.   Liaison statement handling..............................................................................................................4

6.   Maintenance of R99, Rel4, Rel5, Rel6 ...........................................................................................6
6.1      R99 CRs + shadow CRs .....................................................................................................6
6.2      Rel4 CRs + shadow CRs .....................................................................................................6
6.3      Rel5 CRs + shadow CRs .....................................................................................................7
6.4      Rel6 CRs (if not covered by other agenda items)...............................................................9
6.5      other ..................................................................................................................................12

7.   FDD Enhanced Uplink ..................................................................................................................14
7.1      Remaining open issues: Gain factors, UE behaviour at TX power limit, ........................14
7.2      Enhanced Uplink Rel6 CRs ..............................................................................................15
7.3      Measurements for RRM ...................................................................................................20

8.   IMS (RAB support enhancement work item)................................................................................22

9.   Improved Support of IMS Realtime Services using HSDPA/HSUPA .................................................23

10.  1.28 Mcps TDD Channelisation Code Optimisation .....................................................................24

11.  3.84 Mcps TDD Enhanced Uplink ...............................................................................................25

12.  7.68 Mcps TDD Option ...............................................................................................................26

13.  Evolved UTRA and UTRAN (Physical Layer) ...........................................................................27
13.1     Agreed simulation parameters for Multiple Access evaluation in RAN1 (email discussion before the RAN1
         meeting)...........................................................................................................................27
13.2     Further discussion on Multiple Access Schemes (DL&UL)..............................................29

14.  Closing of the meeting : Friday 5.00 PM .....................................................................................37

Annex A:   List of participants at RAN1 #41 .......................................................................................38

Annex B:   TSG RAN WG1 meetings in 2005 .....................................................................................43

Annex C:   List of CRs agreed at RAN1#41 ........................................................................................44

Annex D:   List of Outgoing LSs .........................................................................................................47

Annex E:   List of Tdocs at RAN1 #41 ................................................................................................48

Annex F:   List of actions ....................................................................................................................62

APLNDC-WH-A 0000011140

**3GPP TSG RAN WG1 Meeting #42**                                        **R1-050995**
**London, UK, 29 August – 02 September, 2005**

---

# Executive summary

WG RAN1 #41 took place in DIVANI CARAVEL Hotel - Athens, Greece. The meeting started at 9:00 on Monday 9th May 2005 and finished at 12:00 on Friday 13th.

On Monday, incoming LSs were treated and CRs from R99 to Rel-6 were handled. Many CRs including Feature Clean Up were agreed finally. On Tuesday, The topic was on FDD enhanced uplink. The open issues including Gain factors, measurements for RRM, and also remaining CRs were discussed.

On Wednesday and Thursday, LTE sessions were held. The simulation parameters for Multiple Access evaluation and Multiple Access schemes were discussed. System assumptions and evaluation for EUTRA were endorsed.

On Friday, final day, the remaining CRs and some draft outgoing LS were treated.

The number of contribution documents for this meeting was 202 (including revised and withdrawn documents), and those documents were categorized as followed.

| Agenda Item | Input Document | Discussed Document |
|---|---|---|
| Liaison statement handling | 17 | 17 |
| Maintenance of R99, Rel4, Rel5, Rel6 | 48 | 48 |
| FDD Enhanced Uplink | 51 | 51 |
| IMS (RAB support enhancement work item) | 0 | 0 |
| Improved Support of IMS Real-time Services using HSDPA/HSUPA | 0 | 0 |
| 1.28 Mcps TDD Channelisation Code Optimisation | 4 | 4 |
| 3.84 Mcps TDD Enhanced Uplink | 4 | 4 |
| 7.68 Mcps TDD Option | 5 | 5 |
| Evolved UTRA and UTRAN (Physical Layer) | 47 | 47 |

APLNDC-WH-A 0000011141

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

# 1.   Opening of the meeting

09/05/2005 09:05

The RAN1 convener, Mr. Dirk Gerstenberger and welcomed the participants to the 41st RAN WG1 and opened the meeting at 09.00am.
Mr. Dirk Gerstenberger from Ericsson welcomed the delegates on behalf of the European Friends of 3GPP.

Note: At the last RAN meeting (RAN#27), the reorganization of RAN working groups and the new working groups (WG RAN1, 2, 3, 4, and 5) were approved. The election for the chairman of RAN1 working will be held at RAN1 #42 meeting in August of 2005. Until the meeting, the former RAN1 chairman, Mr. Dirk Gerstenberger runs the RAN1 meeting as a convenor.

## 1.1    Call for IPR

09/05/2005 09:10

*The Chairman* **drew attention to Members' obligations under the 3GPP Partner Organizations' IPR policies. Every Individual Member organization is obliged to declare to the Partner Organization or Organizations of which it is a member any IPR owned by the Individual Member or any other organization which is or is likely to become essential to the work of 3GPP.**

> The attention of the members of this Technical Specification Group is drawn to the fact **that 3GPP Individual Members have the obligation** under the IPR Policies of their respective Organizational Partners to **inform their respective** Organizational Partners **of Essential IPRs they become aware of**.
>
> The members take note that they are hereby invited:
>
> - to investigate in their company whether their company does own IPRs which are, or are likely to become Essential in respect of the work of the Technical Specification Group.
>
> - to notify the Director-General, or the Chairman of their **respective** Organizational Partners, of all potential IPRs that their company may own, by means of the IPR Statement and the Licensing declaration forms (e.g. see the ETSI IPR forms http://webapp.etsi.org/Ipr/).

NOTE:    IPRs may be declared to the Director-General or Chairman of the SDO, but not to the RAN WG1 Convenor.

# 2     Approval of the agenda

**R1-050375    Draft Agenda**                                    **(RAN1 Convener)**
09/05/2005 09:10 Presented by Mr. Dirk Gerstenberger.

Mr. RAN1 convenor explained the time schedule for this week.
**Decision:** This document was approved.

# 3.     Approval of the minutes from previous meeting

**R1-050376    Draft report from RAN1#40bis**                    **(RAN1 Secretary)**
09/05/2005 09:15 Presented by Mr. Yoshikazu Ishii.

**Discussion (Question / Comment): No**
**Decision:**    This document was approved.

**R1-050574    Approved report from RAN1#40bis**                    **(RAN1 Secretary)**

2

APLNDC-WH-A 0000011142

**3GPP TSG RAN WG1 Meeting #42**                                      **R1-050995**
**London, UK, 29 August – 02 September, 2005**

## 4.      RAN1 election information

Note: Elections in RAN1 are decided by the PCG to take place at RAN1#42.

APLNDC-WH-A 0000011143

**3GPP TSG RAN WG1 Meeting #42**                                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

# 5.    Liaison statement handling

**R1-050377        LS on S-CCPCH Power Offset Signaling for MBMS (To:RAN1, RAN4, Cc:RAN3)                                           (WG RAN2, Motorola)**

09/05/2005 09:20 Presented by Mr. Mark Harrison

**Discussion (Question / Comment):** There was a comment from Siemens and Panasonic that the documents related to this LS was submitted (R1-050441 and R1-050472).
**Decision:** This document was noted. It was decided to revisit after discussion of R1-050441 and R1-050472. After the discussion about those documents, the draft reply LS was prepared in R1-050539.

**R1-050539        Draft Reply LS on S-CCPCH power offset signalling for MBMS**
**(Siemens, Motorola)**

11/05/2005 08:45 Presented by Dr. Thomas Chapman

**Discussion (Question / Comment):** The comment and concern were raised on step size (1dB / 0.25dB) and a long discussion continued.
**Decision**: This document was revised in R1-050560.

**R1-050560        Draft Reply LS on S-CCPCH power offset signalling for MBMS**
**(Siemens, Motorola)**

11/05/2005 21:00 Presented by Dr. Thomas Chapman

**Discussion (Question / Comment):** From IPWireless comment, the document was revised as followed.
"The most appropriate value to signal would be the difference between the S-CCPCH power offset in the current cell (i.e. the cell in which MCCH is being received) and an S-CCPCH power offset in a neighbour cell"

**Decision**: ~~This draft LS was approved in R1-050561~~ with the above modification.

**R1-050561        Reply LS on S-CCPCH power offset signalling for MBMS          (WG RAN1)**

**R1-050378        LS on MBMS UE capability update for FDD (To:RAN1, Cc:RAN3, RAN4)**
**(WG RAN2, Motorola)**

09/05/2005 09:25 Presented by Mr. Mark Harrison

**Discussion (Question / Comment):** It was commented that principal agreement was OK and it should be improved regarding the words.
**Decision:** This document was noted. It was decided to discuss offline on wording improvement for the CR, and send reply LS on Tuesday in R1-050510.

After the offline discussion, the LS is not necessary to send. So this document (R1-050510) was withdrawn.

**R1-050379        LS on MBMS S-CCPCH timing offset (To:RAN3, Cc:RAN1)**
**(WG RAN2, Ericsson)**

09/05/2005 09:35 Presented by Dr. Stefan Parkvall

**Discussion (Question / Comment):** There are some concerns on the adjustment of PhCH timing, it does not need to move the timing of PhCH.
**Decision** : This document was noted. Adjustment of PhCH timing is not desired way to go, CFN/SFN alignment (as proposed in RAN2 updated CR is preferable). MBMS Timing offsets as agreed by RAN2 are endorsed by RAN1.

**R1-050380        LS on Long Term Evolution for the UTRA and UTRAN (To:RAN, RAN1, RAN2, RAN3, RAN4, RAN5, Cc:SA)                 (WG SA1, NTT DoCoMo)**

09/05/2005 09:50 Presented by Mr. Tekehiro Nakamura from NTT DoCoMo

**Discussion (Question / Comment):** It was commented that for real-time sevice we should discussed about throughput, not peak bite rate. From RAN1 convenor, it was commented that we are now on the primary stage and it is necessary to discuss more in the LTE joint session.
**Decision:** This document was noted.

APLNDC-WH-A 0000011144

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050381**        **Reply LS on MBMS User Service finalization from SA4 (To:SA4, Cc:RAN1,**
                     **RAN2, RAN3, RAN4, SA1, SA3, CT1, CT3)**              **(WG SA2, NEC)**
**Decision:** This document was noted.

**R1-050382**        **LS on Update Submission for UTRA FDD and TDD toward Revision 6 of**
                     **Recommendation ITU-R M.1457 (To: RAN1, RAN2, RAN3, RAN4, RAN5)**
                                                                          **(ITU-T Ad Hoc)**

09/05/2005 10:00 Presented by Mr. Enrico Buracchini from Telecomm ITALIA.

**Discussion (Question / Comment):**
**Decision:** It was decide to make the draft Reply LS in Tdoc R1-050511.

**R1-050511**        DRAFT **Response LS to ITU-R Ad Hoc**              **(Telecomm ITALIA)**
09/05/2005 18:15 Presented by Mr. Enrico Buracchini from Telecomm ITALIA.

**Decision:** This draft LS was approved in Tdoc R1-050535.

**R1-050535**        **Response LS to ITU-R Ad Hoc**                     **(WG RAN1)**


**R1-050477**        **Draft LS to RAN2 on the Introduction of Streaming RABs over HSDPA**
                                                                          **(Siemens, T-mobile)**

09/05/2005 10:00 Presented by Ms. Malgorzata Banys from Siemens

**Discussion (Question / Comment):**
**Decision:** This draft LS was approved in Tdoc R1-050512.

**R1-050512**        **LS on the Introduction of Streaming RABs over HSDPA**      **(WG RAN1)**


**R1-050496**        **LS on verification of parameters for proposed HSDPA Streaming RABs in**
                     **34.108 (To: RAN1, RAN2)**                         **(WG RAN5, Lucent)**
09/05/2005 10:05 Presented by Dr. Rainer Bachl from Lucent Technologies

**Discussion (Question / Comment):** It was concerned on what is the different between streaming and
interactive/background.
**Decision:** It was decided to make the draft LS reply in Tdoc R1-050513 by Lucent and check parameters until
Friday. From L1 there seems to be no difference between interactive/background and streaming.

**R1-050513**        **[DRAFT] Reply LS on verification of parameters for proposed HSDPA**
                     **Streaming RABs**                                 **(Lucent Technologies)**
13/05/2005 08:55 Presented by Dr. Rainer Bachl.

**Discussion (Question / Comment):**
**Decision:** This draft LS was approve in R1-050566.

**R1-050566**        **Reply LS on verification of parameters for proposed HSDPA Streaming RABs**
                                                                          **(WG RAN1)**


**R1-050564**        **LS on Radio link failure criteria on Fractional DPCH (To :RAN2, Cc :**
                     **RAN1,RAN4)**                                      **(WG RAN3)**
13/05/2005 08:55 Presented by Mr. Markku Tarkiainen from Nokia

**Discussion (Question / Comment):**
**Decision:** This document was noted.


**Withdrawn**

**R1-050510**        **Draft reply LS to R1-050378**                     **(Motorola)**

APLNDC-WH-A 0000011145

# 6.   Maintenance of R99, Rel4, Rel5, Rel6

## 6.1      R99 CRs + shadow CRs

**No inputs**

## 6.2      Rel4 CRs + shadow CRs

**R1-050410        25.224CR142(Rel4, F)CR143(Rel5, A)CR144(Rel6, A) "Clarification of UpPCH
                   Sub-channel for 1.28 Mcps TDD "                        (ZTE/CCSA)**
09/05/2005 10:10 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):** It was commented from RAN1 convenor that REl-4 CR should be considered the isolated impact and backwards compatibility for previous UE.
**Decision:** Rel4 CR misses the isolated impact analysis, not clear how severe the change/clarification is. It was decided to update CRs in R1-050514.

**R1-050514        25.224CR144r1(Rel6, F) "Clarification of UpPCH Sub-channel for 1.28 Mcps
                   TDD "                                                  (ZTE/CCSA)**
13/05/2005 09:00 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):** The comment from Philips was raised on 5.6.1A and the CR was revised. And also WI and revised mark needed to be modified.
**Decision:** This CR was revised in R1-050567.

**R1-050567        25.224CR144r2(Rel6, F) "Clarification of UpPCH Sub-channel for 1.28 Mcps
                   TDD "                                                  (ZTE/CCSA)**
13/05/2005 11:55 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050411        25.221CR122(Rel4, F)CR123(Rel5, A)CR124(Rel6, A) "Correction to
                   Transmission of SS for 1.28 Mcps TDD"                  (ZTE/CCSA)**
09/05/2005 10:20 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):** It should be explained on the cover sheet how impact there are if this CR is implemented or not.
**Decision:** It was decided to update CR in Tdoc R1-050515 as same as R1-050410.

**R1-050515        25.221CR122r1(Rel4, F)CR123r1(Rel5, A)CR124r1(Rel6, A) "Correction to
                   Transmission of SS for 1.28 Mcps TDD"                  (ZTE/CCSA)**
13/05/2005 09:05 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed. After the meeting, the revision number on the cover sheet was revised by MCC.

**R1-050412        25.221CR125(Rel4, F)CR126(Rel5, A)CR127(Rel6, A) "Correction to the
                   examples of the association of UL SS commands to UL uplink time slots"
                                                                         (ZTE/CCSA)**

09/05/2005 10:20 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):** It was commented that this CR was not for Rel4, but for Rel-6. It was not clear what the difference the original table and updated table and also should be in line with the CR drafting rule.
**Decision:** This CR was not agreed. Rel-6 CR was updated on R1-050516.

**R1-050516        25.221CR127r1(Rel6, F) "Correction to the examples of the association of UL
                   SS commands to UL uplink time slots"                  (ZTE/CCSA)**

APLNDC-WH-A 0000011146

13/05/2005 09:10 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed. After the meeting, the revision number and WI on the cover sheet was revised by MCC.

**R1-050413          25.221CR128(Rel4, F)CR129(Rel5, A)CR130(Rel6, A) "Correction to
                     transmission of TPC for 1.28 Mcps TDD"                     (ZTE/CCSA)**
09/05/2005 10:35 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** It was decided to update CRs in Tdoc R1-050517 as same as R1-050410 and R1-050411.

**R1-050517          25.221CR128r1(Rel4, F)CR129r1(Rel5, A)CR130r1(Rel6, A) "Correction to
                     transmission of TPC for 1.28 Mcps TDD"                     (ZTE/CCSA)**
13/05/2005 09:10 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed. After the meeting, the revision number on the cover sheet was revised by MCC.

**R1-050414          25.221CR131(Rel4, F)CR132(Rel5, A)CR133(Rel6, A) "Correction to the
                     examples of the association of UL TPC commands to UL uplink time slot and
                     CCTrCH pairs"                                             (ZTE)**
**Discussion (Question / Comment):**
**Decision:** Rel4 and Rel5 CRs was agreed. Rel-6 CR was updated on R1-050518 as same as R1-050412.

**R1-050518          25.221CR133r1(Rel6, F) "Correction to the examples of the association of UL
                     TPC commands to UL uplink time slot and CCTrCH pairs"          (ZTE)**
13/05/2005 09:xx Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed. After the meeting, the revision number and WI on the cover sheet was revised by MCC.

**Withdrawn**

**R1-050385          25.221CR119(Rel-4, F)CR120(Rel-5, A)CR121(Rel-6, A) "Corrections of TPC
                     and SS command Transmission for 1.28Mcps TDD"               (Siemens AG)**

## 6.3      Rel5 CRs + shadow CRs

**R1-050389          Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.213&25.214 on
                     Feature Clean Up: Removal of DSCH (FDD mode)               (LG Electronics)**
09/05/2005 11:17 Presented by Dr. Joon-Kui Ahn.

**Discussion (Question / Comment):**
**Decision:** This Set of CRs was agreed. After the agreement, there was comment from NEC, and the CR on TS25.214 was revised in Tdoc R1-050548 with reflected to the received comment.

**R1-050548          Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.213&25.214 on
                     Feature Clean Up: Removal of DSCH (FDD mode)
                                                     (LG Electronics) (Revision of R1-050389)**
13/05/2005 09:10 Presented by Mr. Dragan Vujcic.

**Discussion (Question / Comment):**
**Decision:** This Set of CRs was agreed, the final version.

**R1-050416          25.212CR211(Rel-5,C)CR212(Rel-6,C) Feature Clean Up: Removal of 80 ms
                     TTI for DCH for all other cases but when the UE supports SF512      (Nokia)**
09/05/2005 11:30 Presented by Mr. Markku Tarkiainen

**Discussion (Question / Comment):**

APLNDC-WH-A 0000011147

**Decision:** This set of CRs was revised in Tdoc R1-050522.

**R1-050522      25.212CR211r1(Rel-5,C)CR212r1(Rel-6,C) Feature Clean Up: Removal of 80
                        ms TTI for DCH for all other cases but when the UE supports SF512
                                                                         (Nokia) (Revision of R1-050416)**

13/05/2005 09:15 Presented by Mr. Markku Tarkiainen

**Discussion (Question / Comment):**
**Decision:** This Set of CRs was agreed

**R1-050417      25.215CR162(Rel-5,C)CR163(Rel-6,C) Feature Clean Up: Removal of observed
                        time difference to GSM cell measurement"                          (Nokia)**

09/05/2005 11:30 Presented by Mr. Markku Tarkiainen

**Discussion (Question / Comment):**
**Decision:** This set of CRs was agreed.

**R1-050446      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up:
                        Removal of "SSDT"                                                              (Ericsson)**

09/05/2005 11:35 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
**Decision:** This set of CRs was agreed.

**R1-050478      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up:
                        Removal of TX diversity closed loop mode 2                          (Siemens)**

09/05/2005 11:35 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):**
**Decision:** The CRs on TS25.211 were agreed. The CRs on TS25.214 was revised in Tdoc R1-050523 for
improving wording.

**R1-050523      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up:
                        Removal of TX diversity closed loop mode 2

                                                           (Siemens) (Revision of R1-050478)**

13/05/2005 11:45 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):**
**Decision:** The CR to 214 was agreed. This document was the agreed version of set CRs.

**R1-050479      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.212& 25.214&25.215 on
                        Feature Clean Up: Removal of Compressed mode by puncturing      (Siemens)**

09/05/2005 11:45 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):**
**Decision:** Set of CRs on TS25.211, 25.214 and 25.215 was agreed. CRs on TS25.212 was revised in Tdoc R1-
050525.

**R1-050525      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.212& 25.214&25.215 on
                        Feature Clean Up: Removal of Compressed mode by puncturing

                                                           (Siemens) (Revision of R1-050479)**

13/05/2005 11:45 Presented by Dr. Joern Krause.

**Discussion (Question / Comment):**
**Decision:** The CR to 212 was agreed. This document was the agreed version of set CRs.

**R1-050491      Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211& 25.214 on Feature Clean Up:
                        Removal of dedicated pilot as sole phase reference                          (Motorola)**

09/05/2005 12:00 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):**
**Decision:** The CRs on TS25.211 were agreed. The CRs on TS25.214 were revised on Tdoc R1-050526.

APLNDC-WH-A 0000011148

**3GPP TSG RAN WG1 Meeting #42**                                          **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050526        Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211& 25.214 on Feature Clean Up: Removal of dedicated pilot as sole phase reference**
**(Motorola) (Revision of R1-050491)**

13/05/2005 09:10 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):**
**Decision:** This set of CRs was agreed.

**R1-050504        Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213 &25.214&25.215 on Feature Clean Up: Removal of CPCH            (Motorola)**

09/05/2005 12:05 Presented by Mrs. Carolyn Taylor.

**Discussion (Question / Comment):**

**Decision:** Set of CRs on TS 25.201, 25.213 and 25.215 was agreed. CRs on TS25.211, 25.212 and 25.214 were revised in Tdoc R1-050559. After the approval, there was a comment on the CRs on 25.213, so 25.213 CR also was revised.

**R1-050559        Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.214 on Feature Clean Up: Removal of CPCH           (Motorola) (Revision of R1-505504)**

13/05/2005 09:15 Presented by Mrs. Carolyn Taylor.

**Discussion (Question / Comment):**

**Decision:** The CR to 25.213, Rel6 was revised in R1-050568.

**R1-050568        Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.213&25.214 on Feature Clean Up: Removal of CPCH      (Motorola) (Revision of R1-050559)**

13/05/2005 11:55 Presented by Mrs. Carolyn Taylor.

**Discussion (Question / Comment):** The CR to 213 was agreed. This document was the agreed version of set CRs.

Impact on test specifications (if any) might be other than "no" for some CRs. => It should be check by secretary.

**Withdrawn**
**R1-050388        Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213 &25.214&25.215 on Feature Clean Up: Removal of CPCH            (Motorola)**
**R1-050527        Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.214 on Feature Clean Up: Removal of CPCH                                     (Motorola)**

## 6.4        Rel6 CRs (if not covered by other agenda items)

**R1-050415        25.201CR022(Rel6, F) "Addition of abbreviation list"                (ZTE)**
09/05/2005 12:20 Presented by Mr. Yincheng Zhang.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050418        25.211CR208(Rel-6,F)"Summary of F-DPCH operation during SHO"    (Nokia)**
09/05/2005 12:25 Presented by Mr. Markku Tarkiainen.

**Discussion (Question / Comment):** There was a concern on the impact for UE.
**Decision:** This CR was noted that the proposed text is a good example of NW operation, but it does not need to be specified.

**R1-050419        25.214CR378(Rel-6,F)"F-DPCH Downlink Power Control Behaviour in SHO"**
**(Nokia)**

09/05/2005 14:25 Presented by Mr. Asbjorn Grovlen

**Discussion (Question / Comment):** There was a long discussion regarding TPC command, Target for Radio link and son on. It was commented that the affecting to the other function for Uplink should be shown.

APLNDC-WH-A 0000011149

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**Decision:** It was decided to continue the offline discussion during this week and comeback on Friday.

On Friday, we came back to this document. Still there were different views on whether only the RL from the HS serving cell or all RLs shall be considered. It was decided to continue discussion via email reflector until RAN plenary with target to reach agreement. On the e-mail discussion, it was suggested to change in the wording. This CR was revised in R1-050575.

**R1-050575      25.214CR378r1(Rel-6,F)"F-DPCH Downlink Power Control Behaviour in SHO"                                   (Nokia)**
**Decision:** This CR was agreed on the RAN1 reflector at 27th of May.

**R1-050420      25.211CR209(Rel-6,F)"MICH Phase references"                (Nokia)**
09/05/2005 14:50 Presented by Mr. Markku Tarkiainen

**Decision:** It was commented that this CR was covered by Qualcomm Tdoc R1-050426, so not treated.

**R1-050421      25.214CR379(Rel-6,F)"Correction to downlink synchronization"**
**(Qualcomm Europe)**
09/05/2005 14:55 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed. It was clarified that UE is not required to support both DPCH and F-DPCH reception simultaneously.

**R1-050444      25.214CR354r4(Rel6, C)"Timing Maintained Hard Handover"      (Ericsson)**
09/05/2005 15:05 Presented by Mrs. Ning He

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050445      25.214CR355r3(Rel6, B)"Fast L1 DCH synchronization"      (Ericsson, Nokia)**
09/05/2005 15:10 Presented by Mrs. Ning He

**Discussion (Question / Comment):** It was commented that 5.1.2.2.1.1 is not clear the relation to other section.
**Decision:** This CR was revised CR in Tdoc R1-050529 ("r", include pointer to 5.1.2.2.1.1, cancel "indicate").

**R1-050529      25.214CR355r4(Rel6, B)"Fast L1 DCH synchronization"**
**(Ericsson, Nokia) (Revision of R1-050445)**
13/05/2005 09:35 Presented by Mrs. Ning He

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050465      25.213CR080(Rel-6,F)"Correction to uplink short scrambling code polynomial"                                   (Qualcomm Europe)**
09/05/2005 15:25 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050470      25.212CR217(Rel-6,F)&25.214CR385(Rel-6,F)"MBMS related corrections"**
**(NEC)**
09/05/2005 15:30 Presented by Mr. Thanh Bui.

**Discussion (Question / Comment):** There were questions on L2 signalling combining, how long the reception of MCCH continue (TTI length). It was commented that the number of test case should be minimized.
**Decision:** CR on TS25.212 was revised (concerns on change on fixed pos) in R1-050530. CR on TS25.214 on is conflicting with R1-050492.

**R1-050530      25.212CR217r1(Rel-6,F)"MBMS related corrections"**
**(NEC) (Revision of R1-050470)**
13/05/2005 09:40 Presented by Mr. Thanh Bui.

**Discussion (Question / Comment):**
**Decision :** This CR was agreed.

APLNDC-WH-A 0000011150

**3GPP TSG RAN WG1 Meeting #42**           **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050492**      **25.214CR392(Rel-6,F)"Removal of MBMS Rake Combining"**      **(Motorola)**
09/05/2005 15:55 Presented by Mr. Mark Harrison.

**Discussion (Question / Comment):** It was commented that Motorola CR is more straightforward as compared with NEC CR.
**Decision:** This CR was revised in R1-050531. RAN 1 convenor suggested Proponents to discuss further and strive fro joint CR (CR 25.214 of R1-050470 and R1-050492)

**R1-050531**      **25.214CR392r1(Rel-6,F)"Removal of MBMS Rake Combining"**
                                    **(Motorola, NEC) (Revision of R1-050492)**
13/05/2005 09:40 Presented by Mr. Mark Harrison from Motorola.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050471**      **Clarification of UE procedure when reporting PRE**      **(NEC)**
09/05/2005 16:40 Presented by Mr. Thanh Bui.

**Discussion (Question / Comment):**
**Decision:** This document was noted

**R1-050521**      **25.214CR393(Rel-5, F)CR394(Rel-6,F) "HS-DPCCH transmission on discarding HS-SCCH"**      **(Philips, NEC)**

09/05/2005 16:45 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):** There was a concern on UE behaviour when CRC fails on HS-SCCH.
**Decision:** This CR was revised in Tdoc R1-050532 to cover also the UE behaviour when CRC fails on HS-SCCH

**R1-050532**      **25.214CR393r1(Rel-5, F)CR394r1(Rel-6,F) "HS-DPCCH transmission on discarding HS-SCCH"**      **(Philips, NEC) (Revision of R1-050521)**

13/05/2005 09:45 Presented by Mr. Matthew Baker from Philips.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050472**      **S-CCPCH Power Offset Signalling for MBMS**      **(Panasonic)**
In this contribution, Panasonic discusses how UE select the cells for selection and soft combining. From UE complexity perspective, Panasonic proposes not to adopt the method based on S-CCPCH measurement. Their recommendation is UE can choose cells based only P-CPICH measurement. If it is too restrictive on combining cell selection from network operation, to signal power offset from P-CPICH is one possibility but the issues listed in this contribution should be addressed carefully. In case it is decided to introduce an S-CCPCH offset, 4 bits should be considered as an upper limit for this signalling.

09/05/2005 17:05 Presented by Mr. Hidetoshi Suzuki.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050441**      **Signalling S-CCPCH/CPICH power ratio for MBMS**      **(Siemens)**
09/05/2005 17:10 Presented by Dr. Thomas Chapman

**Discussion (Question / Comment):** There was a long discussion on this topic. It was commented that the MCCH load is very expensive so, it should be reduced by informing only power offset that different from the interference cell or when multiple power offsets are used on the S-CCPCH. Other comment was that UE is informed about MBMS vs CPICH power offset per services.
**Decision:** This document was noted.

RAN 1 convenor suggested continuing the offline discussion and revisiting after discussion. After the discussion, the draft reply LS was prepared in R1-050539 in section 5.

**R1-050493**      **Draft CR 25.211(Rel-6,F)"Phase reference for MBMS soft combining while receiving DPCH"**      **(Motorola)**
09/05/2005 18:05 Presented by Mr. Mark Harrison.

APLNDC-WH-A 0000011151

**Discussion (Question / Comment):** It was asked if the selective combining is considered. It was commented that 25.306 should be taken into account.
**Decision:** This draft CR was revised in Tdoc R1-050534.

**R1-050534          Draft CR 25.211(Rel-6,F)"Phase reference for MBMS soft combining while
                                  receiving DPCH"                                                         (Motorola)**
**Decision:** This document was withdrawn because it was captured in Tdoc R1-050545.


**Not Available
R1-050422          25.211CR215(Rel-6,F)"Support of CLTD mode 1 with F-DPCH"**
**                                                                                    (Qualcomm Europe)**

## 6.5          other

**R1-050423          Antenna receive diversity for MBMS Rel-6 UE          (Qualcomm Europe)**
09/05/2005 18:20 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** It was commented that RX diversity in addition to soft and selective combining seems to be new WI. Mr. RAN1 convenor commented that we should discuss more about this topic, with other WGs.
**Decision**: This document was noted.

**R1-050395          Correction of default parameters of UL:384kbps PS RAB          (NTT DoCoMo)**
This paper shows the necessity of expanding the range of $RMA_{PS}$. From the simulation results, PS RAB can not achieve the DCH quality good enough for the radio bearer combination with AMR and 384 kbps UL by applying the RMA currently specified in TS 34.108. NTT DoCoMo proposes to approve the appropriate upper range of $RMA_{PS} = 180$, and liaise it to RAN WG5 with the draft change request. The puncturing limit also needs to be updated accordingly. Note that the UL: 384kbps PS RAB parameters specified in TR 25.993 are referring to the corresponding RAB parameters in TS 34.108, and therefore there is no impact on the RAN2 specification.

09/05/2005 18:30 Presented by Mr. Shinsuke Ogawa

**Discussion (Question / Comment):**
**Decision:** This document was principle agreed. RAN1 convenor suggested to confirm the puncturing limits offline .There was comment from Ericsson regarding calculation

**R1-050469          DRAFT LS on correction of default parameters of UL:384kbps PS RAB
                                                                                    (NTT DoCoMo)**

This document is related to R1-050395.

09/05/2005 18:45 Presented by Mr. Shinsuke Ogawa

**Discussion (Question / Comment):**
**Decision:** This draft LS was approved in Tdoc R1-050551.

**R1-050551          LS on correction of default parameters of UL:384kbps PS RAB
                                                                                    (WG RAN1)**


**R1-050467          Solutions to DCCH performance degradation in HSDPA A-DPCH
                                                                                    (NTT DoCoMo)**

09/05/2005 18:45 Presented by Mr. Anil Umesh

**Discussion (Question / Comment):** There was a long discussion, but it could not arrive at the agreement. It was commented that from Nokia view the first solution is the best, but we are objective to the last part of the document "In any solution, the UE behaviour should be fixed so that the network can optimise the A-DPCH power and DCCH quality" Other comment was that combining the first and third solutions is effective and also that UE behaviour must be consistent.
**Decision:** This document was noted.

**RAN1 Convenor's notes**

- *UE behaviour must be consistent*

APLNDC-WH-A 0000011152

**3GPP TSG RAN WG1 Meeting #42**                                        **R1-050995**
**London, UK, 29 August – 02 September, 2005**

- *SRNC based solution needs no standard change, but is not compatible with UE based solution*
- *Need to clarify UE behaviour (in 25.331?) in either case:*
  - *"Straightforward " UE behaviour in case of RNC based solution*
    *or*
  - *Detailed specification of UE behaviour for UE based solution*
- *...*

After the offline discussion, the draft LS was prepared in R1-050562.

## R1-050562     [DRAFT] Reply LS on Outer-loop TPC behaviour in 0 bit TB reception for A-DPCH     (NTT DoCoMo)

12/05/2005 1805 Presented by Mr. Anil Umesh

**Discussion (Question / Comment):**

**Decision:** This draft LS was approved in R1-050563 with revision of bullet 3 and so on, and addition of "additional" before DPCH

## R1-050563     Reply LS on Outer-loop TPC behaviour in 0 bit TB reception for A-DPCH     (WG RAN1)

APLNDC-WH-A 0000011153

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

# 7.   FDD Enhanced Uplink

The overview of discussion and conclusions on this topic is as followed.

**1.   Gain factors, Outer loop control**

**Gain factor**
Agreement on the table in R1-050424 + 12/15 in table of R1-050489, gain factors relate to beta_ed,k, i.e. quantized total power offset (including HARQ offset) on E-DPDCH (k).

**Outer loop power control in case no DCHs are mapped to DPDCH**
RAN1 has not identified the need for additional measures for outer loop power control (e.g. 0bit TrBk + CRC + L1 padding or periodic scheduling info at agreed timings, or … ). RAN1 will investigate further and inform RAN2 (until RAN1#42) if the need for additional measures is identified.

**2.   EDCH RRM measurements**

-   RTWP measurement reported to RNC
-   RTWP target sent to NodeB
-   Separate discussion whether or not to send a RTWP_ref (i.e. noise floor) to the NodeB that the NodeB may use or not
-   RAN4 to look on RTWP measurement range etc.
The LS in R1-050557 was sent to inform the RAN1 decision to other WGs.

**3.   Agreed CR**

| Spec | CR | R | Tdoc No. | Title |
|------|-----|---|----------|-------|
| 25.213 | 074 | 2 | R1-050537 | Power Offset values for E-PDDCH/E-DPCCH |
| 25.212 | 204 | 2 | R1-050540 | E-DCH Corrections |
| 25.212 | 219 | - | R1-050505 | Re-ordering of the E-DPCCH bit mapping |
| 25.212 | 205 | 1 | R1-050541 | Compressed Mode Operation for Enhanced Uplink |
| 25.214 | 382 | 2 | R1-050542 | Compressed mode operation for Enhanced Uplink |
| 25.214 | 381 | 1 | R1-050536 | DPCCH gain factor with no DPDCH configured |
| 25.212 | 220 | - | R1-050543 | Coding for E-AGCH |
| 25.211 | 210 | 1 | R1-050544 | Clarification on EACGH transmission interval |
| 25.211 | 212 | 1 | R1-050546 | Clarification on E-DCH timing |
| 25.212 | 215 | - | R1-050429 | Clarification on E-AGCH bit mapping |
| 25.213 | 075 | 3 | R1-050549 | Support of different HARQ profiles |
| 25.214 | 372 | 3 | R1-050550 | Support of different HARQ profiles |
| 25.212 | 216 | - | R1-050434 | Determination of SF and number of PhCHs considering SF2 |
| 25.214 | 363 | 4 | R1-050565 | Power control at the maximum power limit |
| 25.211 | 211 | 2 | R1-050570 | Clarification on phase reference for downlink channels |
| 25.214 | 380 | 3 | R1-050576 | Clarification on E-DCH timing |

## 7.1      Remaining open issues: Gain factors, UE behaviour at TX power limit, …

**R1-050424          Proposal for E-DPDCH gain factors**                    **(Qualcomm Europe)**
      10/05/2005 09:10 Presented by Mr. Serge Willenegger.

This document relates to the CR in Tdoc R1-050508.
**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050489          On gain factor quantization**                         **(Lucent Technologies)**

APLNDC-WH-A  0000011154

**3GPP TSG RAN WG1 Meeting #42**                                              **R1-050995**
**London, UK, 29 August – 02 September, 2005**

In this contribution, Lucent investigates the actual performance impact of the gain factor quantization for DCH and E-DCH. Based on this performance evaluation, a recommendation on the gain factor quantization is given.

10/05/2005 09:25 Presented by Dr. Rainer Bachl.

**Discussion (Question / Comment):** There was long time discussion on the part of 12, 15 and over 21 dB in the table 5 and also HARQ offset inclusion. Samsung commented that we already submitted the contribution included the HARQ support in R1-050355 and R1-050358 at the last meeting.
**Decision:** This document was noted.

Regarding these two documents about the gain factor, the long discussion continued, and the following conclusion was obtained.

**Conclusion :** Agreement on the table in 424 + 12/15, gain factors relate to beta_ed,k, i.e. quantized total power offset (including HARQ offset) on E-DPDCH (k).

**R1-050508       25.213CR074r1(Rel-6,F)"Power Offset values for E-PDDCH/E-DPCCH"**
                          **(Samsung, Qualcomm Europe) (revision of R1-050305)**
10/05/2005 10:00 Presented by Dr. Juho Lee from Samsung.

**Discussion (Question / Comment):**
**Decision:** This CR was revised in R1-050537.

**R1-050537       25.213CR074r2(Rel-6,F)"Power Offset values for E-PDDCH/E-DPCCH"**
                          **(Samsung, Qualcomm Europe, Lucent) (revision of R1-050305)**
13/05/2005 09:45 Presented by Dr. Juho Lee from Samsung

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050468       Outer loop power control in case no DCHs are mapped to DPDCH**
                                                                    **(NTT DoCoMo)**
In the last RAN WG2 meeting in Beijing, periodic transmission for outer loop power control for the case that DPDCH is not configured was addressed. The decision of the discussion was that this issue shall be treated by WG1. In this contribution, NTT DoCoMo addresses the details of periodic transmission and proposes to include the scheme to the current Enhanced Uplink specification.

10/05/2005 10:00 Presented by Mr. Anil Umesh

**Discussion (Question / Comment):** The discussion continued for long time, but it was concerned on the validity about the DoCoMo proposal, it should be shown by the simulation.
**Decision:** This document was noted, and it was decided to indicate to RAN2 that currently RAN1 has not identified the need for additional measures for outer loop power control (e.g. 0bit TrBk + CRC + L1 padding or periodic scheduling info at agreed timings, or …). RAN1 will investigate further and inform RAN2 (until RAN1#42) if the need for additional measures is identified. The draft LS was prepared in R1-050538 from NTT DoCoMo.

**R1-050538       [DRAFT] LS on periodic transmission for EUL outer loop power control**
                                                                    **(NTT DoCoMo)**

13/05/2005 09:45 Presented by Mr. Anil Umesh

**Discussion (Question / Comment):**
**Decision:** Approved in R1-050569 with revision of last sentence (add the sentence) and copy of RAN4.
**R1-050569       LS on periodic transmission for EUL outer loop power control(NTT DoCoMo)**


# 7.2       Enhanced Uplink Rel6 CRs

**R1-050398       25.212CR204r1(Rel6, F)"E-DCH Corrections"**                          **(Siemens)**
10/05/2005 11:30 Presented by Dr. Thomas Hindelang

**Discussion (Question / Comment):** Some companies raised on the code gain.
**Decision:** This CR was revised in R1-050540.

APLNDC-WH-A 0000011155

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050540       25.212CR204r2(Rel6, F)"E-DCH Corrections"**
                             **(Siemens, Samsung, Qualcomm Europe) (Revision of R1-050398)**
13/05/2005 09:55 Presented by Dr. Thomas Hindelang

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050399       Correction of Rate Matching Parameters for E-DCH          (Siemens)**
**R1-050509       Correction of Rate Matching Parameters for E-DCH**
                             **(Siemens) (Revision of R1-050399)**
During the last meeting in Beijing, Siemens presented a CR with a couple of E-DCH corrections. Most of the corrections are straight forward and seem to be common understanding anyway. However regarding the correction of the HARQ rate matching stage we received a couple of questions. Therefore this document explains the rational behind the formulas and why a correction is needed.
10/05/2005 11:15 Presented by Dr. Thomas Hindelang

**Discussion (Question / Comment):** The concern was raised from some companies on cording rate gain: There is no system gain.
**Decision:** This document was noted. There was no agreement on this modification.

**R1-050428       25.212CR214(Rel-6,F)"Clarification on E-DPCCH bit mapping"**
                             **(Qualcomm Europe)**
**R1-050466       25.212CR214r1(Rel-6,F)"Clarification on E-DPCCH bit mapping"**
                             **(Qualcomm Europe, Samsung) (Revision of R1-050428)**
10/05/2005 12:00 Presented by Mr. Serge Willenegger from Qualcomm Europe.

**Discussion (Question / Comment):**
Decision: This CR was agreed to be merged into R1-050540.

**R1-050505       25.212CR219(Rel-6,F)"Re-ordering of the E-DPCCH bit mapping"**
                             **(Lucent Technologies)**
10/05/2005 12:05 Presented by Dr. Rainer Bachl.

**Discussion (Question / Comment):** The concerned was raised from Qualcomm.
**Decision:** This CR was agreed.

**R1-050400       25.212CR205(Rel6, F)"Compressed Mode Operation for Enhanced Uplink"**
                             **(Siemens, Ericsson, Nokia, Nortel, Philips, Qualcomm Europe)**
10/05/2005 12:15 Presented by Dr. Thomas Chapman from Siemens.

**Discussion (Question / Comment):** The concern was raised on the CM mode gaps.
**Decision:** This CR was revised (remove one "and" on the cover sheet) in Tdoc R1-050541.

**R1-050541       25.212CR205r1(Rel6, F)"Compressed Mode Operation for Enhanced Uplink"**
                             **(Siemens, Ericsson, Nokia, Nortel, Philips, Qualcomm Europe)**
                             **(Revision of R1-050400)**
13/05/2005 09:55 Presented by Dr. Thomas Chapman from Siemens.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050483       Details of bit mapping for E-DCH retransmissions in compressed frames**
                             **(Philips)**
10/05/2005 12:30 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):** The concern was raised on the additional retransmission because of the un effectiveness to the decoding.
**Decision:** This document was noted. There was no agreement on this document.

**R1-050440       25.214CR382(Rel-6, F) "Compressed mode operation for Enhanced Uplink"**
                             **(Siemens, Philips)**

APLNDC-WH-A 0000011156

**3GPP TSG RAN WG1 Meeting #42**                          **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050528**       **25.214CR382r1(Rel-6, F) "Compressed mode operation for Enhanced Uplink"**
                                  **(Siemens, Philips) (Revision of R1-050440)**

10/05/2005 14:10 Presented by Dr. Thomas Chapman

**Discussion (Question / Comment):** There was comment on the editorial error. Mr. RAN1 convenor suggests checking the CR from Samsung in R1-050536.
**Decision:** ~~This CR was agreed in principle~~, and was revised (editorial+align with R1-050536) in R1-050542.

**R1-050542**       **25.214CR382r2(Rel-6, F) "Compressed mode operation for Enhanced Uplink"**
                                    **(Siemens, Philips) (Revision of R1-050528)**

13/05/2005 09:55 Presented by Dr. Thomas Chapman

**Discussion (Question / Comment):**
**Decision:** ~~This CR was agreed.~~

**R1-050437**       **25.214CR381(Rel-6,F) on DPCCH gain factor with no DPDCH configured**
                                    **(Samsung, Ericsson)**
**R1-050536**       **25.214CR381r1(Rel-6,F) on DPCCH gain factor with no DPDCH configured**
                    **(Samsung, Ericsson, Siemens)**    **(Revision of R1-050437)**

10/05/2005 14:20 Presented by Mr. Yongjun Kwak.

**Discussion (Question / Comment):**
**Decision:** ~~This CR was agreed.~~

**R1-050436**       **Set of draft CRs on Coding for E-AGCH**           **(Samsung, Siemens)**

10/05/2005 14:25 Presented by Mr. Youngbum Kim

**Discussion (Question / Comment):**
Content is same as one at last meeting.
Depending on RAN2 decision, programmatic, Submit
**Decision:** All CRs were agreed. One of them will be presented for approval at next RAN plenary, depending on decision in RAN2. A CR number will be assigned (different revision number to each CR) and CRs to be formally agreed until Friday in R1-050543.

**R1-050543**       **Set of CRs to 25.212 on Coding for E-AGCH**
                              **(Samsung, Siemens) (Revision of R1-050436)**

13/05/2005 09:55 Presented by Mr. Youngbum Kim

**Discussion (Question / Comment):**
**Decision:** ~~This CR was agreed.~~ After the meeting, the revision (-), E-AGCH 6bit was taken for the final agreement according to RAN2 decision.

Revision 0 was taken for the approval on the RAN#28 meeting.
             Revision –: E-AGCH 6bit
             Revision 1: E-AGCH 7bit
             Revision 2: E-AGCH 8bit
             Revision 3: E-AGCH 9bit
             Revision 4: E-AGCH 10bit

**R1-050425**       **25.211CR210(Rel-6,F)"Clarification on EACGH transmission interval"**
                                    **(Qualcomm Europe)**

10/05/2005 14:30 Presented by Mr. Juan Montojo

**Discussion (Question / Comment):**
**Decision:** This CR was agreed in principle, and revised in Tdoc R1-050544 (Revision of editorial error)

**R1-050544**       **25.211CR210r1(Rel-6,F)"Clarification on EACGH transmission interval"**
                      **(Qualcomm Europe) (Revision of R1-050425)**

13/05/2005 10:00 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** : ~~This CR was agreed.~~

APLNDC-WH-A 0000011157

**3GPP TSG RAN WG1 Meeting #42**                                                 **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050426       25.211CR211(Rel-6,F)"Clarification on phase reference for downlink**
                  **channels"**                                    **(Qualcomm Europe)**
10/05/2005 14:50 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** The comment was on editorial error.
**Decision:** This CR was revised in R1-050545 including the proposal from R1-050493.

**R1-050545       25.211CR211r1(Rel-6,F)"Clarification on phase reference for downlink**
                  **channels"**                  **(Qualcomm Europe) (Revision of R1-050426)**
13/05/2005 10:00 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** E-mail agreed. Until Friday 20th 6pm CET. Change the shall not of may not. Revision in R1-050570.

**R1-050570       25.211CR211r2(Rel-6,F)"Clarification on phase reference for downlink**
                  **channels"**                                    **(Qualcomm Europe)**
**Decision:** R1-050545 was revised with reflected to the discussion on the RAN1 reflector. This CR (R1-050570) was agreed on the RAN1 reflector at 23rd of May.

**R1-050427       25.211CR212(Rel-6,F)"Clarification on E-DCH timing"(Qualcomm Europe)**
10/05/2005 15:05 Presented by Mr. Juan Montojo.

**Discussion (Question / Comment):** The comment was that the section number (section 7.11,,,) should not be changed.
**Decision:** This CR was revised in R1-050546 (Revision of section numbering & reject change in the figure 29).

**R1-050546       25.211CR212r1(Rel-6,F)"Clarification on E-DCH timing"**
                                          **(Qualcomm Europe) (Revision of R1-050427)**
13/05/2005 10:10 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050429       25.212CR215(Rel-6,F)"Clarification on E-AGCH bit mapping"**
                                                                   **(Qualcomm Europe)**

10/05/2005 15:15 Presented by Mr. Juan Montojo

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050430       25.214CR380(Rel-6,F)"Clarification on E-DCH timing" (Qualcomm Europe)**
10/05/2005 15:20 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):** There was discussion on the UE processing timing, Soft handover case, and synchronization for cell.
**Decision:** This CR was revised in R1-050547, based on that the UE processing time is the same as for E-HICH etc.

**R1-050547       25.214CR380r1(Rel-6,F)"Clarification on E-DCH timing"**
                                          **(Qualcomm Europe) (Revision of R1-050430)**
13/05/2005 10:10 Presented by Mr. Serge Willenegger.

**Discussion (Question / Comment):**
**Decision:** This document will be agreed via e-mail reflector until 20th May 6:00 CET. Some correction needed. Discussion on update and on relaxing UE timing for non-serving cell E-RGCH in R1-050572

**R1-050572       25.214CR380r2(Rel-6,F)"Clarification on E-DCH timing" (Qualcomm Europe)**
**Decision:** This CR was revised in R1-050572 with reflected to the discussion regarding "Keep the extension of UE processing time as 4msec" and    "Define the UE response to be the first E-DCH TTI after the minimum time" on the reflector.

**R1-050576       25.214CR380r3(Rel-6,F)"Clarification on E-DCH timing" (Qualcomm Europe)**
**Decision:** This CR was agreed on the RAN1 reflector at 27th of May.

APLNDC-WH-A 0000011158

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**R1-050431        25.213CR075r2(Rel-6,F) on support of different HARQ profiles**
**(Samsung, LG Electronic, Philips) (Revision of R1-050355)**
10/05/2005 16:55 Presented by Dr. Juho Lee from Samsung

This CR is revised from the CR already agreed at the Beijing meeting.
**Discussion (Question / Comment):** There were concerns on sqrt(2) multiplication and Table 1.B.1
**Decision:** It was decided to move sqrt(2) multiplication for SF2 to 25.214 CR, and also split the table for E-
DPDCH, add a pointer to 25.214 CR. This CR was revised in R1-050549.

**R1-050549        25.213CR075r3(Rel-6,F) on support of different HARQ profiles**
**(Samsung, LG Electronic, Philips, Panasonic) (Revision of R1-050431)**
13/05/2005 11:15 Presented by Dr. Juho Lee from Samsung

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050432        25.214CR372r3(Rel-6,F) on support of different HARQ profiles**
**(Samsung, LG Electronic, Philips) (Revision of R1-050358)**
This CR is revised from the CR already agreed at the Beijing meeting.
10/05/2005 15:10 Presented by Dr. Juho Lee from Samsung

**Discussion (Question / Comment):** The discussion was on the relation between 213 CR (R1-050431) and 214 CR.
**Decision:** This CR was revised in R1-050550.

**R1-050550        25.214CR372r3(Rel-6,F) on support of different HARQ profiles**
**(Samsung, LG Electronic, Philips, Panasonic) (Revision of R1-050432)**
13/05/2005 11:20 Presented by Dr. Juho Lee from Samsung

**Discussion (Question / Comment):**
**Decision:** This CR was agreed.

**R1-050433        25.214CR363r2(Rel-6,F) on power control at the maximum power limit**
**(Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe)**
**(Revision of R1-050310)**
**R1-050519        25.214CR363r3(Rel-6,F) on power control at the maximum power limit**
**(Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe)**
**(Revision of R1-050433)**

10/05/2005 17:20 Presented by Dr. Juho Lee from Samsung

**Discussion (Question / Comment):** A long discussion continued on the power control at the maximum limit with
related to when DPDCH is configured, E-TFC, and so on. In addition to the proposed solution in R1-050519, other
two solutions were discussed.
    Solution 1 (proposed in 519):
        - Reduce E-DPDCH first (down to DTX), then scale equally on all channels
        - HARQ compensates on EDCH
    Solution 1 (modified):
        - Reduce E-DPDCH first (down to a minimum value [and/or zero?]), then scale equally on all
          channels
        - HARQ compensates on EDCH
    Solution 2:
        - Equal scaling on all channels without DPDCH
           o Always or
           o Only when E-TFC is in minimum set
        - Reduce E-DPDCH first (down to DTX), then scale equally on all channels and use HARQ to
          compensate when DPDCH is configured
**Decision:** This document was noted. RAN1 convenor suggested the delegates to continue the offline discussion.
After the discussion the CR was revised in R1-050565.

**RAN1 convenor's note**

    Solution 1 (proposed in 519):
        - Reduce E-DPDCH first (down to DTX), then scale equally on all channels
        - HARQ compensates on EDCH

APLNDC-WH-A 0000011159

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

Solution 1 (modified):
- Reduce E-DPDCH first (down to a minimum value [and/or zero?]), then scale equally on all channels
- HARQ compensates on EDCH

Solution 2:
- Equal scaling on all channels without DPDCH
  - Always or
  - Only when E-TFC is in minimum set
- Reduce E-DPDCH first (down to DTX), then scale equally on all channels and use HARQ to compensate when DPDCH is configured

**R1-050565        25.214CR363r4(Rel-6,F) on power control at the maximum power limit**
**(Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe, Siemens, Ericsson)                     (Revision of R1-050519)**
13/05/2005 11:25 Presented by Dr. Juho Lee from Samsung.

**Discussion (Question / Comment):**
**Decision:** It is agreed that the variable beta_coffee will eventually be replaced by a fixed value or ratio, latest by RAN1#42. CR agreed conditional that no concerns are raised on the principles by Friday 20th May 6pm CET. The variable beta was invented during the offline discussion in coffee break, so it was named as "beta_coffee".

There were no concerns for the CR on the reflector, so the ~~CR was agreed at 20th of May on the RAN1 reflector~~.

**R1-050434        25.212CR216(Rel-6,F) on determination of SF and number of PhCHs**
**considering SF2                                    (Samsung)**
10/05/2005 18:30 Presented by Mr. Youn hyoung Hoe

**Discussion (Question / Comment):** The concern was raised on the RAN4 related issues occurred by this CR and Node B capability if not changed.
**Decision:** ~~this CR was agreed~~

**Withdrawn**
**R1-050435        25.212CR217(Rel-6,F) on introduction of happy bit          (Samsung)**
**R1-050490        25.212CR219(Rel-6,F)"Re-ordering of the E-DPCCH bit mapping"**
**(Lucent Technologies)**


# 7.3      Measurements for RRM

**R1-050394        Consideration for RRM measurements                    (ZTE)**
RAN1 and other group already take much effort to get close of the idealistic measurement. However, conclusion of the problem is still to be solved. In this document, ZTE are trying to improve the RRM measurement based on current discussion, and also take other's method into account and propose our own solution.

10/05/2005 18:45 Presented by Mr. Zhisong Zuo.

**Discussion (Question / Comment):** The question was on the base line power. How do we set the base line power?
**Decision:** This document was noted.

**R1-050409        Concerns on RoT measurements for E-DCH RRM                (Orange)**
This document raises some additional concerns linked to operators' issues regarding the use of the RoT based on relative RTWP measurement as can be used for E-DCH. Thus the discussed RoT definition is recalled at first and then some issues are listed. The aim of this document is to collect comments on these different concerns and possible solutions that could be considered while choosing and specifying the measurement appropriate for E-DCH.
10/05/2005 18:50 Presented by Ms. Nadege NOISETTE.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050447        Way forward on RRM measurements and targets for E-DCH        (Ericsson)**
In this contribution, Ericsson discusses the following issues in the light of the discussions during the recent RAN WG meetings and proposes a way forward in order to be able to finalize the E-DCH RRM discussion.

APLNDC-WH-A 0000011160

On the first point, two alternatives were discussed, namely reporting the interference situation in for of a RTWP measurement or a relative measurement representing the noise rise, e.g. RoT or RoTO.

On the second point, it has been discussed in RAN1 and RAN2 that it would be desirable to limit the NodeB scheduler by signaling a target to the NodeB that is expressed in the way as the NodeB reported measurement, e.g. in form of RTWP, RoT or similar.

10/05/2005 19:10 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** From Panasonic, we submitted a similar proposal in Phoenix meeting and support to Ericsson proposal.

**Decision:** This document was noted.

## R1-050495        Way forward with RRM measurements                          (Nokia, NEC)

This document is a continuing the discussion that took place in RAN1#40bis taking also into account the RAN2 decisions as well as the findings of RAN4 in R1-050361 and introduces a solution that could be considered as a way forward.

10/05/2005 19:15 Presented by Mr. Karri Ranta-aho from Nokia

**Discussion (Question / Comment):** Based on the Ericsson proposal, the discussion was on the information send to Node B. One is ROT target and RTWP_ref = noise floor sent to Node B, and another is RTWP target sent to Node B

**Decision:** This document was noted.

After the presentation of above four contributions, the RAN1 agreement was as followed.

### Conclusion (RAN Convenor Note):

- RTWP measurement reported to RNC
- RTWP target sent to NodeB
- Separate discussion whether or not to send a RTWP_ref (i.e. noise floor) to the NodeB that the NodeB may use or not
- RAN4 to look on RTWP measurement range etc.

It was decided to prepare the draft LS in R1-050552 to inform the RAN1 decision to other WGs.

## R1-050552        Draft LS on E-DCH RRM measurements                          (Ericsson)

11/05/2005 08:40 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** No

**Decision:** This draft LS was approved in R1-050557

## R1-050557        LS on E-DCH RRM measurements                          (WG RAN1)

## R1-050473        Measurements for downlink resource control in HSUPA        (LG Electronics)

To finalize the specification of HSUPA, appropriate methods of radio resource control and the corresponding measurements should be defined. Even though the current RAN1 discussion is concentrated on the uplink resource control and measurements, downlink resource control and the corresponding measurements should also be discussed further. In this paper, LGE provides two general options for the downlink resource control and measurements briefly

10/05/2005 19:50 Presented by Dr Joon-Kui Ahn.

**Discussion (Question / Comment):** It was commented that option 2 can be more accurate with the modification of calculation.

**Decision:** This document was noted. Preferred approach is option 1 and it was decided to express this as RAN1 view in the LS (R1-050552), mention that error analysis is to be done in RAN1.

## Withdrawn

## R1-050502        Comment on measurements for EUDCH                          (NEC)

APLNDC-WH-A 0000011161

**3GPP TSG RAN WG1 Meeting #42**                                      **R1-050995**
**London, UK, 29 August – 02 September, 2005**

# 8.   IMS (RAB support enhancement work item)

No Contribution

APLNDC-WH-A 0000011162

# 9.    Improved Support of IMS Realtime Services using HSDPA/HSUPA

No contribution

APLNDC-WH-A 0000011163

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 02 September, 2005**

**R1-050995**

# 10. 1.28 Mcps TDD Channelisation Code Optimisation

**R1-050392**     **Coding Procedure for PLCCH**                    **(UTStarcom, IPWireless)**

In this contribution, they propose the coding procedure for PLCCH which is used to carry multiple TPC/SS commands for various UEs. The link level performance results for the proposed scheme are also presented.

10/05/2005 20:10 Presented by Mr. Ka Leong Lo.

**Discussion (Question / Comment):** No
**Decision:** The principle of the proposal was agreed.

**R1-050393**     **Draft Set of CRs(Rel-7, B) to 25.221&25.222&25.224 on Introduction of the Physical Layer Common Control Channel (PLCCH)**
                                          **(UTStarcom, IPWireless)**

10/05/2005 20:10 Presented by Mr. Ka Leong Lo.

**Discussion (Question / Comment):**
UTStarcom hoped to endorse this draft CRs in order to kick off the discussion in RAN WGs. Mr. RAN1 convenor commented that now we could not endorse it because Rel-7 was not available, so the LS should be submitted to other WGs if want to kick of the discussion.
**Decision:** This document was noted without presentation. It was decided to prepare the draft LS in R1-050553.

**R1-050571**     **Draft LS on Introduction of PLCCH for 1.28Mcps TDD**
                                          **(UTStarcom, IPWireless)**

13/05/2005 11:45 Presented by Mr. Ka Leong Lo.

**Discussion (Question / Comment):**
**Decision:** This draft LS was approved in R1-050573.

**R1-050573**     **LS on Introduction of PLCCH for 1.28Mcps TDD**   **(UTStarcom, IPWireless)**

**Withdrawn**

**R1-050553**     **Draft LS on Introduction of PLCCH for 1.28Mcps TDD**
                                          **(UTStarcom, IPWireless)**

APLNDC-WH-A 0000011164

# 11. 3.84 Mcps TDD Enhanced Uplink

### R1-050457        Uplink Signalling Architecture for 3.84Mcps TDD Enhanced Uplink
                                                                    (IPWireless)

A flexible architecture for uplink signalling is presented, addressing the needs of enhanced uplink in the TDD context. Corresponding text proposals are presented in R1-050458 for the RAN1 TR and in R2-051272 for the RAN2 TR.

10/05/2005 20:15 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):** No
**Decision:** This document was noted.

### R1-050458        Text Proposal for TR 25.826 (Uplink Signalling Aspects)        (IPWireless)

10/05/2005 20:20 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
From RAN1 convenor, it was commented that the final decision might be depending on RAN3 decision.
**Decision:** This TP was agreed to be include in TR. Note: Decision on L1 structure is in RAN2, i.e. RAN1 TR might be adjusted if RAN2 reaches a different conclusion.

### R1-050460        Text Proposal for TR 25.826 (Physical Channel Structure for Data)(IPWireless)

10/05/2005 20:25 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
**Decision:** This TP was agreed to be include in TR

### R1-050461        Text Proposal for TR 25.826 (Support for Node-B Scheduling)        (IPWireless)

10/05/2005 20:25 Presented by Mr. Nicholas Anderson.

**Discussion (Question / Comment):**
**Decision:** This TP was agreed to be include in TR

APLNDC-WH-A 0000011165

**3GPP TSG RAN WG1 Meeting #42**                                                        **R1-050995**
**London, UK, 29 August – 02 September, 2005**

---

# 12.   7.68 Mcps TDD Option

**R1-050453**        **TR25.809 v0.1.1**                                              **(IPWireless)**
        10/05/2005 20:30 Presented by Dr. Martin Beale.

        **Discussion (Question / Comment):**
        **Decision:** This document was endorsed to v 0.2.0 in Tdoc R1-050554.

**R1-050454**        **TS25.202 v0.0.1**                                              **(IPWireless)**
        10/05/2005 20:35 Presented by Dr. Martin Beale.

        **Discussion (Question / Comment):**
        **Decision:** This document was endorsed to v 0.1.0 in Tdoc R1-050555.

**R1-050455**        **Services offered to higher layers by 7.68Mcps TDD option**        **(IPWireless)**
        10/05/2005 20:35 Presented by Dr. Martin Beale.

        **Discussion (Question / Comment):**
        **Decision:** The document was agreed for inclusion into TS 25.202 and TR 25.809.

**R1-050456**        **Spreading factors and burst types for 7.68Mcps TDD option**        **(IPWireless)**
        10/05/2005 20:40 Presented by Dr. Martin Beale.

        **Discussion (Question / Comment):** It was concerned that there was contradictory text in 6.2.3.1.
        **Decision:** The document was revised in Tdoc R1-050556 in order to resolve the contradictory text.

**R1-050556**        **Spreading factors and burst types for 7.68Mcps TDD option**
                                                **(IPWireless) (Revision of R1-050456)**
        13/05/2005 11:45 Presented by Dr. Martin Beale.

        **Discussion (Question / Comment):**
        **Decision:** The document was agreed for inclusion.

APLNDC-WH-A 0000011166

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

# 13.    Evolved UTRA and UTRAN (Physical Layer)

The overview of discussion on this topic is as followed.

---

**1.   Simulation parameters for Multiple Access evaluation**

**Agreed prioritized evaluation cases:**
-   2GHz, 500m inter-site distance, 10MHz bandwidth: 100% of users at 20dB penetration loss and 3km/h
-   2GHz, 500m inter-site distance, 10MHz bandwidth: 100% of users at 10dB penetration loss and 30km/h
-   2GHz, 1732m inter-site distance, 10MHz bandwidth: 100% of users at 20dB penetration loss and 3km/h
-   900MHz, 1000m inter-site distance, 1.25MHz bandwidth: 100% of users at 10dB penetration loss and 3km/h

Other scenarios may, and higher velocities (e.g. 120km/h) shall also be verified, details are up to the proponent.

R1-050443 was revised with inclusion the above cases in R1-050558. R1-050558 was endorsed and a corresponding text proposal will be produced at June AH meeting.

**2.   Multiple Access Schemes (DL&UL)**

After the presentation all documents on 13.2, the downlink principle was discussed using R1-050448 from Ericsson assuming the OFDM based MA as the DL MA (if). The drafting content will be sent on the reflector from Ericsson after the meeting and the discussion will continue on the reflector. During this discussion, the concern was raised on Macro diversity issue and synchronization issue. It was commented that macro diversity issue is strongly related to NW architecture, so that RAN1 must not make an assumption for macro diversity. RAN1 had better to communicate with other WGs (RAN2, RAN3, and SA2) and catch up the discussion and decision well. Also RAN1 convenor supported to this opinion. To this issue, the Rapportuer of LTE, Mr. Nakamura from NTT DoCoMo commented (suggestion) to RAN1 Chairman-san that macro diversity issue is very important so that please discuss about Way forward at the joint meeting in Quebec.

---

## 13.1    Agreed simulation parameters for Multiple Access evaluation in RAN1 (email discussion before the RAN1 meeting)

**R1-050391        UTRAN LTE Multiple Access Evaluation Scenario                (ZTE)**
The goal of this document is to propose parameters to be used for the UTRAN LTE system level performance studies. As a starting point Nokia suggests 3GPP rel.5&6 system level assumptions to be used whenever appropriate. The intention with the proposed parameters is to have common set of key environment parameters for simulation studies and to speed up simulation platform development for implementation and performance analysis. This document considers the parameters to be used for suburban macro-cell and urban micro-cell.

11/05/2005 09:11 Presented by Mr. Zhisong Zuo

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050488        Discussion of the link level interface for MIMO system level simulation**
**(Nortel)**
In this contribution, Nortel addresses the issue of link level-to-system level simulation interface including the MIMO/STC (space time coding) cases with the consideration of different channel types, and MIMO modes. The purpose is to allow the simulation comparisons to be based on the same criterion with an easy computation of link-level throughput. And also, they describe the simulation approaches for OFDMA and SC+CP (including IFDMA) separately based on the same measurement criterion. The methods proposed in this contribution are applicable to both DL and UL
11/05/2005 09:20 Presented by Dr. Wen Tong

**Discussion (Question / Comment):** The question was asked about the receiver assumption. It was not included to beamforming. There are some question and comments on the computed factor and how to schedule
**Decision:** This document was noted.

**R1-050494        E-UTRA simulation setup considerations                    (TeliaSonera)**

APLNDC-WH-A 0000011167

**3GPP TSG RAN WG1 Meeting #42**                                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

This document continues the E-UTRA simulation setup discussions. At the RAN WG1 #40bis meeting first proposals for simulation parameters were presented. This document provides TeliaSonera view on the general parameter setup for this evaluation.

11/05/2005 09:30 Presented by Mr. Rickard Ljung.

**Discussion (Question / Comment):** The long discussion on "small site to site distance, e.g. 500 meters" continued. Some companies suported , the resasons , e,g high capacity and high bit rate by small cell, keep number of model for the environment of Europe. Other compaies did not suport because we don't much simulation and should prioritize and many companies catch up the modek rapidly. .
**Decision:** This document was noted.

**R1-050443        System Assumptions and Evaluation for EUTRA**
                                                    **(Motorola, Nokia, Samsung)**
This contribution proposes baseline simulation assumptions and evaluation criteria (SA&E) for EUTRA and UTRA (HSDPA/HSUPA) for selecting EUTRA radio access schemes. A basic set of SA&E is needed to provide some level of confidence and minimal consistency when results are presented by different companies. Calibration between companies is not seen as mandatory and is of course at their discretion.

11/05/2005 10:00 Presented by Mr. Robert Love.

**Discussion (Question / Comment):** There was a long time discussion on Inter-site distance and penetration loss. Some companies commented that we should focus simulation assumption to precede the SI work rapidly. And also, regarding the set of frequency band, inter-site distance, penetration loss and velocity, a long discussion continued. Some companies raised concerns that we considered the high velocities, e.g. 120km/h, and also, other sets were proposed. But it was commented from some companies that at first for SI stage we should minimize the sets.
**Decision:** This document was noted and revised in R1-050558 with inclusion of the following cases.

**Agreed prioritized evaluation cases: (Chairman's note)**

-   2GHz, 500m inter-site distance, 10MHz bandwidth: 100% of users at 20dB penetration loss and 3km/h
-   2GHz, 500m inter-site distance, 10MHz bandwidth: 100% of users at 10dB penetration loss and 30km/h
-   2GHz, 1732m inter-site distance, 10MHz bandwidth: 100% of users at 20dB penetration loss and 3km/h
-   900MHz, 1000m inter-site distance, 1.25MHz bandwidth: 100% of users at 10dB penetration loss and 3km/h

Other scenarios may, and higher velocities (e.g. 120km/h) shall also be verified, details are up to the proponent.

**R1-050558        System Assumptions and Evaluation for EUTRA**
                                                    **(Motorola, Nokia, Samsung) (Revision of R1-050443)**
12/05/2005 17:30 Presented by Mr. Robert Love.

**Discussion (Question / Comment):**
Produce the txt proposal in next time.
**Decision:** This document was endorsed and a corresponding text proposal will be produced at June AH meeting.

**R1-050442        Key Aspects for Initial Assessment of LTE Multiple Access Concepts in RAN1**
                                                    **(Philips)**
In the document, Philips proposes the Evolved UTRA layer 1 concept addresses the aspects (Mobility Aspects, Radio Resource Management Aspects, Complexity Aspects, Compatibility Aspects), in addition to the key requirements documented in TR25.812. Any proposal for the Evolved UTRA layer 1 concept must include an outline indication of the approach used for each aspect.

11/05/2005 12:10 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):** RAN1 convenor and some companies commented that we start from the multiple access (MA) scheme, and we don't need to check these requirement at first, after the MA, now it is difficult to check these items. Some companies agree that RAN1 cover the mobility aspect on RAN1 TR because it's our area and is related to MA
Finally, RAN1 convenor commented that this was not urgent thing, we had better take more time. He suggested the delegates to discussion on the reflector
**Decision:** This document was noted. Revisit at the June meeting.

**Withdrawn**

APLNDC-WH-A 0000011168

**3GPP TSG RAN WG1 Meeting #42**                                                **R1-050995**
**London, UK, 29 August – 02 September, 2005**

| R1-050482 | **Evaluation parameters for Evolved UTRA** | **(SHRCWC)** |
| R1-050503 | **Evaluation of Multiple Access for EUTRA** | **(InterDigital)** |

## 13.2    Further discussion on Multiple Access Schemes (DL&UL)

<u>**UL/DL Contribution**</u>

**R1-050390        EUTRA Multiple Access Scheme for Downlink and Uplink        (ZTE)**

In this document, ZTE comments the best scheme would be OFDMA/TDMA with distributed FDMA mode for the downlink FDD systems and the localized FDMA based OFDMA/TDMA is preferable for the downlink TDD systems. (OFDMA/TDMA/CDMA might also be considered). As for the Uplink, the best scheme would be SC-IFDMA/TDMA for the uplink FDD systems and the SC-FDMA/TDMA is preferable for the downlink TDD systems. (OFDMA/TDMA might also be considered.)

11/05/2005 14:15 Presented by Mr. Zhisong Zuo

**Discussion (Question / Comment):**
**Decision:** This document was noted

**R1-050452        Multiple Access for E-UTRA                                (NEC Group)**

There has been a lot of discussion on multiple access schemes for the downlink and the uplink for E-UTRA in the RAN1#40bis meeting. This document summarises our current view on downlink and uplink multiple access concepts taking into account the discussions in the RAN1#40bis meeting.

11/05/2005 14:30 Presented by Mr. Diptendu Mitra.

**Discussion (Question / Comment):** The long discussion on section 2.7 and 3.8 of macro diversity and soft handover issue continued. A question was asked why the macro diversity was not supported for DL, i.e Broadcast.
**Decision:** This document was noted

**R1-050448        Basic principles for the Evolved UTRA radio-access concept**
**                         (Ericsson, Fujitsu, Motorola, Nokia, NTT DoCoMo, Panasonic, Siemens)**

This paper summarizes co-sourcing companies current view on the basic principles for an Evolved UTRA radio-access concept in support of the "Evolved UTRA and UTRAN" Study Item (SI). The paper is based on the co-sourcing company's contributions to the RAN1#40-bis meeting (Beijing).

11/05/2005 14:50 Presented by Dr. Erik Dahlman from Ericsson

**Discussion (Question / Comment):** From NEC, the question was asked if the PAPR problem was raised on all UE, the small cell was not problem. The answer to the question that the amplifier of UE must cover the all cell case. i.e. There was a long discussion on the several aspects on these contributions.
**Decision:** This document was noted

**R1-050506        Comments on basic principles for the Evolved UTRA radio-access concept**
**                                                                                                            (Philips)**

This document concludes that for the downlink, both soft-combining macro-diversity and FCS should be considered for both unicast and broadcast services in EUTRA, and for the uplink, macro-diversity should be available in EUTRA at least within one Node B (or equivalent), and should be strongly considered between different Node Bs.
11/05/2005 15:10 Presented by Mr. Matthew Baker.

**Discussion (Question / Comment):** Regarding Macro diversity on Uplink, It was asked where is the reception point, Node B or RNC. It was related to E-UTRAN architecture, might merge Node B and RNC. The relation of combining and power control was discussed.
**Decision:** This document was noted.

**R1-050463        EUTRA Macro Diversity for Downlink and Uplink                (ZTE)**

11/05/2005 16:40 Presented by Mr. Zhisong Zuo

**Discussion (Question / Comment):**
**Decision:** This document was noted.

| R1-050451 | **On macro diversity for E-UTRA** | **(Ericsson)** |
| R1-050533 | **On macro diversity for E-UTRA** | **(Ericsson) (Revision of R1-050451)** |

APLNDC-WH-A  0000011169

This paper presents and evaluates a set of uplink macro diversity schemes and compares them to the case of not using macro diversity, i.e. the use of hard handover. Although there exists extensive previous work within the area of macro diversity, this has focused mainly on dedicated and power controlled radio bearers, and is not directly applicable to the foreseen E-UTRA concept. This paper attempts to use system models more representative for E-UTRA.

11/05/2005 16:50 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):** The question was asked if HARQ was considered in simulation. The answer was No. Other question was raised on the implementation for scheduling for muting. Now, it was not considered in these documents, later would be shown.
**Decision:** This document was noted.

**R1-050403          Multiple access aspect of TDD LTE                                                 (RITT)**
In this contribution, RITT proposes an OFDMA/TDMA-based multiple access for the TDD LTE system. This scheme can provide interleaving OFDMA or un-interleaving OFDMA, together with advanced MIMO transmissions. Some main features for the proposed system are presented, e.g. distributed network architecture, AMC and the frequency domain scheduler.

11/05/2005 17:00 Presented by Mr. Jia Shen.

**Discussion (Question / Comment):** The comment and question on the TDD mode in LTE were raised. RAN1 convenor commented that FDD and TDD was same on TR, in just case, only one duplex mode. The concern was raised on the evaluation model for TDD and FDD, they were separated?
**Decision:** This document was noted.

**R1-050464          Physical Channel Structures for Evolved UTRA                         (NTT DoCoMo)**
This contribution presents the physical channel structures for Evolved UTRA assuming OFDM-based radio access in the downlink and single-carrier based radio access in the uplink

11/05/2005 17:15 Presented by Dr. Mamoru Sawahashi.

**Discussion (Question / Comment):** From Qualcomm, the question was raised on what proposal was prioritized on this contribution, all proposals. The answer to the question was that most prioritized one is the pilot downlink structure, i.e. combination of common and dedicated pilot. Regarding the shared channel,
The question was on the pilot for MBMS and it was clarified that common pilot channel for several PhCH and dedicated pilot is used exclusively for multicast and unicast PhCH. The question was raised on how to realize the accurate power control. The answer to the question was by the CQI based power control. ,
**Decision:** This document was noted

**R1-050449          On the E-UTRA time-frequency granularity                         (Ericsson)**
For the E-UTRA air interface, there is a need to define a time and frequency structure, similarly to the (sub)frame structure in WCDMA. For an OFDM-based downlink, the smallest time/frequency unit possible to allocate to a user for data transmission is sometimes referred to as a 'chunk'. A chunk consists of multiple sub-carriers, occupying a total bandwidth of $BW_{chunk} = N_{chunk} \times \Delta f$, and has a duration in time of $T_{chunk}$. The Node B scheduler uses one or several chunks for transmitting data to a specific user during $T_{chunk}$, in the same way as one or several codes are used during a sub-frame for data transmission in HSDPA. This paper discusses some aspects on the selection of $BW_{chunk}$ and $T_{chunk}$, i.e., the granularity of the resource assignment in frequency and time domain.
11/05/2005 17:50 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
The concerns and discussion were raised on chunk BW (200kHz) was depending on frequency bandwidth and the which was prioritized subcarrier spacing or Chunk BW, and also the migration ith GSM and UTRA,
**Decision:** This document was noted

**UL Contribution**
**R1-050383          Uplink multiple access consideration with the use of FDMA          (Nokia)**
11/05/2005 18:10 Presented by Mr. Antti Toskala

**Discussion (Question / Comment):** From NTT DoCoMo, the question was asked if the combination of spread and localized was on same TTI. The answer was that one user has one MA per one TTI. (NTT DoCoMo commented that it was the same view as us.). It was clarified that FH was based on TTI, and on the simulation all HARQ processes use the same frequency. The question was asked about the difference between TS and pilot on page 7. The answer was that TS is the indicator for signalling correct and Pilot is only for channel estimation.

APLNDC-WH-A 0000011170

**3GPP TSG RAN WG1 Meeting #42**                                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**Decision:** This document was noted

**R1-050402         Uplink multiple access aspect of FDD LTE                           (RITT)**

In the document, RITT comment that future mobile communication system should support more efficient radio resource sharing, and hybrid multiple access techniques combining orthogonal multiplexing (FDMA, TDMA) with non-orthogonal multiplexing (CDMA, IDMA and SSDMA) are the desired approaches to meet the requirements. And also A GMC (Generalized MultiCarrier) transmission scheme is introduced and relative key techniques have been developed and evaluated.

11/05/2005 18:30 Presented by Mr. Jia Shen.

**Discussion (Question / Comment):**
**Decision:** This document was noted

**R1-050439         Uplink Multiple Access and Multiplexing for Evolved UTRA         (Samsung)**

The summary of this contribution is as followed.

• Uplink orthogonal access based on IFFT multiplexing (OFDMA) is desirable from system spectral efficiency point of view.
• FFT-precoding can provide PAPR benefit for power limited users.
• Possibility to "by-pass" FFT-precoding for non power limited UEs:
  – Efficient MIMO processing and performance
  – Saving on battery consumption for good users in large cells and most of the users in relatively smaller and pico-cell deployments
      • Available headroom for power amplifier back-off
• Physical layer signaling and control can either be FFT-precoded or directly mapped to OFDMA subcarriers:
  – With FFT-precoding, signaling and control also benefits from low PAPR
  – Physical layer signaling and control in parallel with FFT-precoded data   provides greater flexibility in resource allocation:
      • Negligible impact on PAPR as long as the number of subcarriers used for signaling and control is relatively smaller compared to the subcarriers used for data.
11/05/2005 18:50 Presented by Mr. Joonyoung Cho

**Discussion (Question / Comment):** The question and comment were raised on scheduling for FFT-precoding And non FFT-precoding.
**Decision:** This document was noted

**R1-050481         Uplink Multiple Access Scheme for Evolved UTRA                    (SHRCWC)**

In this contribution, the CP based virtual-MC is supposed for the uplink transmission of Evolved UTRA. SHRCWC proposes two types of VMC schemes, i.e, MBFB based and OFDM based VMC. To support such a scheme, multiple technologies have been considered to work coordinately. Of them, scalability in radio bandwidth, high spectrum efficiency, two-layered wireless scheduling, high PA efficiency and good coverage are of the most important features to be implemented.

11/05/2005 19:00 Presented by Mr. Zhigang Zhou.

**Discussion (Question / Comment):**
**Decision:** This document was noted

**R1-050485         Proposal for the Uplink Multiple Access Scheme for E-UTRA (Update) (Nortel)**
11/05/2005 19:10 Presented by Dr. Wen Tong

**Discussion (Question / Comment):** The question was asked what the benefit for two type for BACH was. The answer was that the diversity BACH is for higher speed and sub-band BACH is for lower speed indoor as shown in page 9.
**Decision:** This document was noted

**R1-050476         Evolved UTRA uplink scheduling and frequency reuse               (Siemens)**

In this document, Siemens investigates further in uplink issues on frequency re-use and scheduling issues. In general, a "single carrier" approach is advantageous for uplink transmission due to the low PAR. Therefore, this document shows a possibility for the carrier mapping both in localized FDMA and in distributed FDMA schemes.

11/05/2005 19:30 Presented by Dr. Thomas Hindelang.

**Discussion (Question / Comment):** The question was asked how many frequency is used for the centre, the biterate might be reducing if use much frequency for edge. Currently, we don't have clear assumption.

APLNDC-WH-A 0000011171

**3GPP TSG RAN WG1 Meeting #42**                     **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**Decision:** This document was noted

**R1-050397**      **EUTRA Uplink Numerology and Frame Structure**        **(Motorola)**
Motorola summaries the Uplink numerology as followed.
- Preferred Multiple Access Scheme Options: IFDMA, DFT-SOFDM(Localized and Distributed FDMA)
- Short and long frames
- Carrier spacing of approximately 20kHz
- Multiple FFT Blocks per sub-frame
- Efficient TDM of pilot, control and contention channel
- Different numerology for IFDMA due to differences in sampling rates

11/05/2005 19:50 Presented by Dr. Amitava Ghosh

**Discussion (Question / Comment):** The question and comment was on the definition and difference of three MA scheme.
**Decision:** This document was noted

**R1-050475**      **PAPR comparison of uplink MA schemes**        **(LG Electronics)**
In this contribution, LGE compares the PAPR and CM characteristics of several uplink MA schemes, especially focusing on the OFDM-based schemes such as OFDMA, DFT-s-OFDMA and IFDMA in various conditions.

11/05/2005 20:00 Presented by Mr. Hong-jik Kim

**Discussion (Question / Comment):** The question was asked about the pulse shaping filter. The answer was that the same one was used for all schemes and it was the same as WCDMA system.
**Decision:** This document was noted

**R1-050487**      **PAPR Issues and its reduction technique**        **(Nortel)**
This contribution addresses the uplink PAPR issue for OFDMA and the associated PAPR reduction technique in the UE.

11/05/2005 20: 10 Presented by Dr. Wen Tong

**Discussion (Question / Comment):** The questions and concerns were raised on how many tones are used for PAPR reduction: how to reduce in case of high data rate. The many tones (e.g. half of tones) are used for the reduction, the bitrate is down.
**Decision:** This document was noted

**R1-050500**      **Uplink Capacity with Advanced Receivers and Multiple Rx Antennas**
                                                **(Qualcomm Europe)**
In this document, Qualcomm provides a summary of the results already published in open literature (References) and examine the improvement in spectral efficiency (b/s/Hz) due to interference cancellation, and also present s Shannon capacity results for an uplink CDMA channel in a multi-cell scenario.

11/05/2005 20:25 Presented by Dr. Durga Malladi

**Discussion (Question / Comment):**
**Decision:** This document was noted

**R1-050501**      **System level performance of EUL with enhanced receiver and multiple Rx**
                        **antennas - Full buffer**           **(Qualcomm Europe)**
Qualcomm considered a traditional matched filter (MF) receiver, which treats interference from other users as white noise and a successive interference cancellation (SIC) receiver, where users are decoded in a serial fashion and interference from users that are correctly decoded is cancelled. In this document, Qualcomm demonstrates what is practically achievable with SIC in EUL (R1-050261) and compare the results with those obtained using a MF receiver.

11/05/2005 20:35 Presented by Dr. Durga Malladi

**Discussion (Question / Comment):** The question was asked if 10MHz is single carrier or two 5 MHz carriers. Two 5 MHz carriers were used. The other questions were raised on the average cancellation level for SIC, SIC for more that 10 users case.
**Decision:** This document was noted

## DL Contribution
**R1-050401**      **Downlink multiple access aspect of FDD LTE**        **(RITT)**

APLNDC-WH-A 0000011172

In this contribution, further considerations on the downlink for LTE PHY layer is provided, including the aspects of multiple access and transmission techniques for both intra-cell and inter-cell scenarios in FDD downlink systems. LTE system should support more efficient radio resource sharing. Hybrid multiple access schemes combining orthogonal multiplexing (FDMA, TDMA) with non-orthogonal multiplexing (CDMA, IDMA and SSDMA) can well meet the requirements. OFDM is preferred as the major transmission technique in downlink. IDMA is preferred as the whitening technique for coping with the increasing co-channel interference.

12/05/2005 09:05 Presented by Mr. Jia Shen.

**Discussion (Question / Comment):** The question was raised on IDMA concept: BSs were synchronous to each other, and also UE were synchronous to all BSs. The concerns were raised on the simulation results of CDMA.
**Decision:** This document was noted.

**R1-050480        Downlink Multiple Access Scheme for Evolved UTRA                (SHRCWC)**
In this contribution, the CP based virtual-MC is supposed for the downlink transmission of Evolved UTRA. To support such a scheme, multiple technologies have been considered to work coordinately. Of them, scalability in radio bandwidth, high spectrum efficiency, two-layered wireless scheduling, hotspot coverage optimization and co-channel interference averaging are of the most important features to be implemented.

12/05/2005 09:30 Presented by Mr. Zhigang Zhou.

**Discussion (Question / Comment):** RAN1 convenor suggest that the detail scheme will be provided later a little by little.
**Decision:** This document was noted.

**R1-050484        Proposal for the Downlink Multiple Access Scheme for E-UTRA (Update)**
                                                                              **(Nortel)**
In this document, Nortel proposes DL MIMO-OFDM frame structure, DL MIMO-OFDM parameters, DL MIMO-OFDM L1 structure, and DL MIMO-OFDM operation modes.

12/05/2005 09:40 Presented by Dr. Wen Tong

**Discussion (Question / Comment):** The long discussion continued on the parameter on table. The question was asked how many CQI reporting is for TTI. The answer was one CQI per TTI with contained two information, one is information of the SNR in the receiver and another is additional information for MIMO. The question was asked if the continuous pilot is in same location. => yes.
**Decision:** This document was noted.

**R1-050486        Text proposal for high level description of DL-OFDMA concept     (Nortel)**
This paper is a text proposal for inclusion in the RAN1 TR giving an overview of the concept presented in R1-050484 and R1-050267

12/05/2005 10:00 Presented by Dr. Wen Tong

**Discussion (Question / Comment):** This time, the text proposal is not approved because the TR number has not been allocated. The approval is postponed to June meeting. RAN1 chairman suggested that every delegates cooperate with each other to make the text proposal, that is, don't make the detail proposal to same section by one company. Please discussion on the e-mail reflector.
**Decision:** This document was noted.

**R1-050438        Downlink Multiple Access and Multiplexing for Evolved UTRA     (Samsung)**
12/05/2005 10:10 Presented by Mr. Eddy Kwon

**Discussion (Question / Comment):** The question was asked about bandwidth and SF in simulation. Bandwidth is 5MHz, SF is 256 and sub-carrier is 256, all sub-carrier are for data transmission.
**Decision:** This document was noted.

**R1-050384        Downlink multiple access parameterisation                       (Nokia)**
This contribution outlines several desired properties for the OFDM downlink numerology. What comes to uplink, then obviously compliant symbol rates should be used regardless of the uplink solution.  As the next step in agreeing the numerology it is expected that the requirement discussion in the Quebec WG meeting needs to be finalized, and then the actual numerology can be agreed on and laid down for the evaluation work.

12/05/2005 11:20 Presented by Mr. Antti Toskala

APLNDC-WH-A 0000011173

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**Discussion (Question / Comment):** The long discussion continues on carrier spacing (10kHz, 15kHz) optimization and parameters for Unicast and broadcast, e.g. the same or optimized for each type. Finally, RAN1 convenor commented that parameter will be two or more according to type of services, Unicast and Broadcast.
**Decision:** This document was noted.

**R1-050386        Views on OFDM Parameter Set for Evolved UTRA Downlink              (NTT DoCoMo, Ericsson, Fujitsu, Mitsubishi Electric, NEC, Nortel, Panasonic, Texas Instruments)**

This contribution presents the requirements for deciding the OFDM parameter set and the design of OFDM parameter set in the OFDM-based downlink radio access for Evolved UTRA. It provides the OFDM parameter set for Unicast and for Multicast/Broadcast.

12/05/2005 11:50 Presented by Dr. Mamoru Sawahashi

**Discussion (Question / Comment):** The question was asked about Node B synchronization. NTT DoCoMo commented that at first the inter Node B we think asynchronous, but taking the OFDM-MBMS into account inter cell synchronization is necessary. And also they commented that filtering is very complicated, so need further investigation. The discussions were on the parameter on the parameter sets.
**Decision:** This document was noted.

**R1-050396        EUTRA Downlink Numerology and Frame Structure                    (Motorola)**
**R1-050520        EUTRA Downlink Numerology and Frame Structure**
                                                         **(Motorola) (Revision of R1-050396)**

12/05/2005 12:20 Presented by Mr. Robert Love.

**Discussion (Question / Comment):** From Nokia, it was commented that the figure in slide 6 is an excellent work with captured the Doppler and phase noise
**Decision:** This document was noted.

**R1-050387        E-UTRA Downlink Multiple Access Study                    (Texes Instruments)**
12/05/2005 14:15 Presented by Dr. Tim Schmidl.

**Discussion (Question / Comment):** The question was asked the system simulation parameter such as penetration loss. That is 3GPP assumption. The comment was raised on 4 by 4 MIMO, the answer was that start to investigate the MIMO scheme. . The concerns was raised on system simulation results and frequency domain eqaulizer FDM with LMMSE
**Decision:** This document was noted.


**<u>Interference</u>**
**R1-050405        Inter-cell interference estimation for OFDMA and MC-CDMA on the DL**
                                                         **(France Telecom & Orange)**

Due to the frequency reuse of 1 target, the propagation conditions will inevitably be interference limited, thus all these multiple access schemes will require efficient solutions to cope with this issue. In this document, they introduce the issue of inter-cell interference estimation for 2 OFDM-based multiple access schemes: OFDMA and MC-CDMA.

12/05/2005 14:50 Presented by Mr. Jean-philippe Javaudin

**Discussion (Question / Comment):** The question was asked if MC-CDMA is same as OFCDMA. => Yes.
**Decision:** This document was noted.


**R1-050406        OFDM-based physical layer for the DL: inter-cell interference avoidance/cancellation/estimation        (France Telecom & Orange, Alcatel)**

Due to the frequency reuse of 1 target, the propagation conditions will inevitably be interference limited, thus all these multiple access schemes will require efficient solutions to cope with this issue. In this contribution, they propose various ways to reduce the impact of inter-cell interference on OFDM-based systems. The reduction of the inter-cell interference level is crucial to meet the LTE requirements in terms of spectral efficiency and cell edge bit rate.

12/05/2005 10:00 Presented by Mr. Jean-philippe Javaudin

**Discussion (Question / Comment):** The question was asked if the interference coordination was same as mapping sub-carrier. =>Yes.

APLNDC-WH-A 0000011174

**Decision:** This document was noted.

### R1-050407        Interference Coordination in new OFDM DL air interface         (Alcatel)

In order to reach spectral efficiency targets, a new air interface is assumed to achieve a frequency re-use of 1 like WCDMA does. This document concentrates on the downlink. In the long term all services will desirably be based on packet transmission. Considering this Alcatel concludes that the cell edge bit rate and Quality of Service (QoS) is an important criterion which leads to the proposal of OFDM with interference coordination techniques especially addressing this issue. Further they propose to avoid a soft-handover but instead go for simplified RAN architecture and protocols. After that they review the physical reasons for the differences between OFDM and CDMA in that context. Finally they propose to use OFDM with interference avoidance strategies. Two of them are summarized and compared to show their benefits and extendibility to adaptive subcarrier allocation.

12/05/2005 15:05 Presented by Mr. Rupert Rheinschmitt.

**Discussion (Question / Comment):** The question was asked for clarification, if the operator needs a network planning comparable to the GSM system to allocate the frequencies. The answer confirmed that in the fixed assignment case actually a network planning is necessary.
**Decision:** This document was noted.

### R1-050408        Text Proposals for Inclusion in TR "Physical Layer Aspect for Evolved UTRA"
                                                        (Alcatel, France Telecom)

This contribution deals with the multiplexing structure of UTRA in downlink direction assuming an OFDM interface. For more details on the interference coordination concept see the companion contribution R1-050407 and the technical document on the same subject presented at the Beijing meeting R1-050272.

12/05/2005 15:25 Presented by Mr. Rupert Rheinschmitt.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

### R1-050507        Soft Frequency Reuse Scheme for UTRAN LTE         (Huawei)

In this contribution Huawei shows some benefits of the so-called soft reuse scheme for the application in the EUTRA along with multi-carrier based transmission technologies, such as OFDM for example. The combination of the frequency reuse factor 1 in the inner part of a cell, and the frequency reuse factor 3 at the outer ring of the cell, called soft frequency reuse scheme, is shown to improve both spectrum efficiency and the cell edge data rate in a EUTRA system based on multi-carrier transmission technology. It seems that this principle should be taken into account at the early stage of the EUTRA multiple access design, for both the UL and DL.

12/05/2005 15:30 Presented by Mr. Gaoke Du.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

### R1-050450        On pilots for E-UTRA         (Ericsson)

This paper discusses some of the aspects that need to be taken into account when selecting the reference-signal ("pilot") structure for E-UTRA, primarily from an OFDM downlink perspective. Three different functions for downlink reference signals are considered: Reference signals for synchronization, Reference signals for CQI estimation, Reference signals for demodulation. This document discusses the different functions that the reference signals need to support and the implications these functions may have on the reference-signal design.

12/05/2005 15:40 Presented by Dr. Stefan Parkvall.

**Discussion (Question / Comment):**
**Decision:** This document was noted.

### R1-050474        Inter-cell synchronization of downlink transmission         (LG Electronics)

In this paper, possible benefits with downlink inter-cell synchronization are discussed. Inter-cell synchronization in downlink may provide benefits in the control of inter-cell interference, macro diversity and fast cell search. However, precise synchronization may not be achievable in all the cell environments, so, the evolved RAN should support inter-cell asynchronous environments even if the inter-cell synchronization is introduced. Therefore, the benefits and costs of the inter-cell synchronization should be discussed further.

12/05/2005 16:45 Presented by Dr. Joon-Kui Ahn.

APLNDC-WH-A 0000011175

**3GPP TSG RAN WG1 Meeting #42**                                              **R1-050995**
**London, UK, 29 August – 02 September, 2005**

**Discussion (Question / Comment):** Regarding the synchronization issue, it was commented from the operator viewpoint that for the indoor and large cell case (GPS date delay) it was very difficult, so hope all BS asynchronous.
**Decision:** This document was noted.

**R1-050497         Link level performance of SC-HSDPA beyond enhanced receiver type II**
**(Qualcomm Europe)**

In this document, we discuss the link performance of R6 HSDPA with advanced receivers.
The objective of this document is to establish a reference set of SC-FDE link results with turbo codes in different conditions. This can be used for a possible comparison with LMMSE results generated in RAN4 and with future link results presented during LTE discussions.
12/05/2005 16:50 Presented by Dr. Durga, Malladi

**Discussion (Question / Comment):** The question and discussion were on channel estimation.
**Decision:** This document was noted.

**R1-050498         System level performance of MC-HSDPA with enhanced receiver and multiple**
**Rx antennas - Full buffer                          (Qualcomm Europe)**

In this document, Qualcomm expands upon the proposal outlined in R1-050262 and describe one candidate design approach of multi-cell HSDPA. This approach requires no changes to 25.211, 25.212 nor 25.213 and enables the re-use of release-6 hardware. It relies on changes to UE procedures defined in 25.214 and the definition of additional performance requirements. Qualcomm evaluates the system benefit of dual Rx diversity at the UE, coupled with the use of an advanced receiver type II (linear MMSE equalizer) in a reference MC-HSDPA setup. This will establish a baseline which will further improve with the use of enhanced receiver beyond the type II as discussed in R1-050497.

12/05/2005 17:05 Presented by Dr. Durga, Malladi

**Discussion (Question / Comment):**
**Decision:** This document was noted.

**R1-050499         System level performance of MC-HSDPA with enhanced receiver and multiple**
**Rx antennas - Traffic models                       (Qualcomm Europe)**

Enhanced radio techniques can be used to improve the system capacity, the quality of service or a combination of both. In this document, Qualcomm evaluates the packet delay performance improvement offered by the MC-HSDPA approach and dual antenna receive diversity described in R1-050498; this evaluation is based on the usual 3GPP traffic models.

12/05/2005 17:25 Presented by Dr. Durga, Malladi

**Discussion (Question / Comment):**
**Decision:** This document was noted.

After the presentation all documents on 13.2, the downlink principle was discussed using R1-050448 from Ericsson assuming the OFDM based MA as the DL (if). The drafting content will be sent on the reflector from Ericsson after the meeting and the discussion will continue on the reflector. During this discussion, the concern was raised on Macro diversity issue and synchronization issue. From Nortel, it was commented that macro diversity issue is strongly related to NW architecture, so that RAN1 must not make an assumption for macro diversity. At first,RAN1 communicate with other WGs (RAN2, RAN3, SA2) and catch up the discussion and decision well. Also RAN1 convenor supported to this opinion. To the discussion, the Rapportuer of LTE, Mr. Nakamura from NTT DoCoMo commented (suggestion) to RAN1 Chairman-san that macro diversity issue is very important so that please discuss about Way forward at the joint meeting in Quebec.

Finally, RAN1 convenor commented that we don't have any official decision and agreement regarding multiple access schemes. From AH in June, we will get TR number for RAN1 TR and start to approve the text proposal.

**Withdrawn**
**R1-050404     Soft Frequency Reuse Scheme for UTRAN LTE                     (Huawei)**
**R1-050459     Uplink Multiple Access for EUTRA                            (InterDigital)**
**R1-050462     Downlink Multiple Access for EUTRA                          (InterDigital)**

APLNDC-WH-A 0000011176

**3GPP TSG RAN WG1 Meeting #42**                                **R1-050995**
**London, UK, 29 August – 02 September, 2005**

---

# 14. Closing of the meeting : Friday 5.00 PM

13/05/2005 12: 00. RAN1 Convener, Mr. Dirk Gerstenberger expressed his appreciation to the delegates and the host, the European Friends of 3GPP for their supports. RAN1 #41 meeting was closed.

APLNDC-WH-A 0000011177

**3GPP TSG RAN WG1 Meeting #42**                                              **R1-050995**
**London, UK, 29 August – 2 September, 2005**

# Annex A:   List of participants at RAN1 #41

| Name | Organization represented | Status, partner | Phone | Email |
|------|--------------------------|-----------------|-------|-------|
| **Member of 3GPP (ARIB)** | | | | |
| Dr. Sadayuki Abeta | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | +81-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 | abeta@mlab.yrp.nttdocomo.co.jp |
| Dr. Mamoru Sawahashi | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | +81-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 | sawahashi@mlab.yrp.nttdocomo.co.jp |
| Dr. Kenocho Higushi | NTT DoCoMo Inc. | 3GPPMEMBER (ARIB) | +81-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 | higushi@mlab.yrp.nttdocomo.co.jp |
| Mr. Shinsuke Ogawa | NTT DoCoMo Inc | 3GPPMEMBER (ARIB) | +81-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 | ogawa@cet.yrp.nttdocomo.co.jp |
| Mr. Noritake Deguchi | Toshiba Corporation | 3GPPMEMBER (ARIB) | +81-44 549 2243 | noritake.degushi@toshiba.co.jp |
| Dr. Jinsong Duan | Panasonic Mobile Comm. | 3GPPMEMBER (ARIB) | +81 46 840 5369 | duan.jinsong@jp.panasonic.com |
| Mr. Shigeo Terabe | Toshiba Corporation | 3GPPMEMBER (ARIB) | +81-42 834 1632 | shigeo.terabe@toshiba.co.jp |
| Mr. Kengo Kurose | Toshiba Corporation | 3GPPMEMBER (ARIB) | +81-42 834 4354 | kengo.kurose@toshiba.co.jp |
| Mr. Masayuki Hoshino | Matsushita Electric Industrial | 3GPPMEMBER (ARIB) | +81 46 840 5435 | hoshino.masyuki@jp.panasonic.com |
| Mr. Katsuhiko Hiramatsu | Matsushita Electric Industrial | 3GPPMEMBER (ARIB) | +81 46 840 5422 | katsuhiko.hiramatsu@jp.panasonic.com |
| Mr. Prem Sood | SHARP Corporation | 3GPPMEMBER (ARIB) | +1 360 834 8708 | plsi@sharplabs.com |
| Mr. Keiichi Hibi | SHARP Corporation | 3GPPMEMBER (ARIB) | +81 43 299 8522 | Hibi.keiichi@sharp.co.jp |
| Ms. Nahoko Kuroda | NEC Corporation | 3GPPMEMBER (ARIB) | +81-44-396-2577 | n-kuroda@cj.jp.nec.com |
| Mr. Yoshihiro Kawasaki | Fujitsu Limited | 3GPPMEMBER (ARIB) | +81 46 839 5372 | yoshihiro@labs.fujitsu.com |
| Mr. Noriyuki FUKUI | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | +81467 41 2885 | n-fukui@isl.melco.co.jp |
| Dr. Neelesh Mehta | Mitsubishi Electric Co. | 3GPPMEMBER (ARIB) | +1 61 7621 7597 | mehta@merl.com |
| Mr. Youngbum Kim | Samsung Electronics Co., Ltd. | 3GPPMEMBER (ARIB) | +82-31-279-5092 | Youngbum.kim@samsung.com |
| Mr. Elias Jonsson | Nippon Ericsson K.K. | 3GPPMEMBER (ARIB) | +46 46 23 15 75 | Elias.jonsson@ericsson.com |
| Mr. Juan Montojo | Qualcomm Japan Inc. | 3GPPMEMBER (ARIB) | +1 858 651 2426 | juanm@qualcomm.com |
| Dr. Tim Schmidl | Texas Instruments Japan Ltd. | 3GPPMEMBER (ARIB) | +1 214 480 4460 | schmidl@ti.com |
| **Member of 3GPP (ATIS)** | | | | |
| Dr. Stefan Parkvall | Ericsson Inc. | 3GPPMEMBER (ATIS) | +46 8 58533855 | stefan.parkvall@ericsson.com |
| Mr. Put-fan Ng | Rogers Wireless inc. | 3GPPMEMBER (ATIS) | +1 416 935 6120 | Put.Ng@rci.rogers.com |
| Mr. Donald E. Zelmer | Cingular Wireless LLC | 3GPPMEMBER (ATIS) | +1 404 236 5912 | don.zelmer@cingular.com |
| Mr. Karri Ranta-aho | NOKIA Telecommunications Inc | 3GPPMEMBER (ATIS) | +358 50 521 0651 | Karri.Ranta-aho@nokia.com |
| Mr. Said Tatesh | Lucent Technologies | 3GPPMEMBER (ATIS) | | statesh@lucent.com |
| **Member of 3GPP (CCSA)** | | | | |
| Dr. Erik Dahlman | Nanjing Ericsson Panda Com Ltd | 3GPPMEMBER | +46 8 764 1377 | Erik.dahlman@ericsson.com |

APLNDC-WH-A 0000011178

**3GPP TSG RAN WG1 Meeting #42**                                                            **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| | | (CCSA) | | |
|---|---|---|---|---|
| Ms. Sha Ma | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | +86-10-82882755 | marsha@huawei.com |
| Mrs. Ning He | Nanjing Ericsson Panda Com Ltd | 3GPPMEMBER (CCSA) | +46 8 7575578 | ning.he@ericsson.com |
| Mr. Yingzhe Ding | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | +861082882321 | din.yingzhe@huawei.com |
| Mr. Gaoke Du | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | +861082882008 | gaoke.du@huawei.com |
| Mr. Bingyu Qu | HuaWei Technologies Co., Ltd | 3GPPMEMBER (CCSA) | +861082882755 | qubingyu@huawei.com |
| Dr. Jia Shen | RITT | 3GPPMEMBER (CCSA) | +8610 68034801 | shenjia@mail.ritt.com.cn |
| Mr. Shiqiang Suo | CATT | 3GPPMEMBER (CCSA) | +86 10 62303127 | suoshiqiang@datangmobile.cn |
| Mr. Ke Wang | CATT | 3GPPMEMBER (CCSA) | +86 10 82029090 | wangke@datangmobile.cn |
| Mr. Xuejun Yang | ZTE Corporation | 3GPPMEMBER (CCSA) | +86 2168895940 | yang.xuejun@zte.com.cn |
| Mr. Zhisong Zuo | ZTE Corporation | 3GPPMEMBER (CCSA) | +86 755 26771477 | zuo.zhisong@zte.com.cn |
| Mr. Yincheng Zhang | ZTE Corporation | 3GPPMEMBER (CCSA) | +86 21 68896786 | zheng.yincheng@zte.com.cn |
| Member of 3GPP (ETSI) | | | | |
| Mr. Uwe Baeder | ROHDE & SCHWARZ | 3GPPMEMBER (ETSI) | +49 89 4129 13462 | Uwe.Baeder@rsd.rohde-schwarz.com |
| Mr. Hyung-Nam Choi | INFINEON TECHNOLOGIES | 3GPPMEMBER (ETSI) | +49-5341-9061812 | Hyung-Nam.Choi@infineon.com |
| Ms. Sarah Boumendil | Nortel | 3GPPMEMBER (ATIS) | + 33 1 39 44 58 16 | boumendi@nortel.com |
| Ms. Evelyne Le Strat | Nortel | 3GPPMEMBER (ATIS) | + 33 1 39 44 53 39 | elestrat@nortel.com |
| Dr. Peiying Zhu | Nortel | 3GPPMEMBER (ATIS) | +1 613 765 8089 | pyzhu@nortel.com |
| Dr. Wen Tong | Nortel | 3GPPMEMBER (ATIS) | +1 613 763 1315 | wentong@nortel.com |
| Mr. Rakesh Tamraker | SIEMENS AG | 3GPPMEMBER (ETSI) | +86 10 67-85223276 | tamrakan.rakesh@td-tech.com |
| Dr. Guodong Zhang. | INTERDIGITAL COMMUNICATIONS | 3GPPMEMBER (ETSI) | +1 631 6224208 | Guodomg.zhang@interdigital.com |
| Ms. Liliana Czapla | INTERDIGITAL COMMUNICATIONS | 3GPPMEMBER (ETSI) | +1 631 622 4358 | liliana.czapla@interdigital.com |
| Mr. Uwe Doetsch | ALCATEL S.A. | 3GPPMEMBER (ETSI) | +49 711821 47176 | Uwe.Doetsch@alcatel.de |
| Mr. Dirk Gerstenberger | ERICSSON LM | 3GPPMEMBER (ETSI) | +46 8 585 33901 | dirk.gerstenberger@ERICSSON.COM |
| Mr. Per Beming | ERICSSON LM | 3GPPMEMBER (ETSI) | +46 8 404 4681 | Per.beming@ERICSSON.COM |
| Mr. Yoshikazu Kakura | NEC Technologies (UK) LTD | 3GPPMEMBER (ETSI) | +81 44 396 2592 | y-kakura@cb.jp.nec.com |
| Mr. Shinya Shimobayashi | NEC EUROPE LTD | 3GPPMEMBER (ETSI) | +81 46 847 6611 | s-shimobayashi@ct.jp.nec.com |

APLNDC-WH-A 0000011179

**3GPP TSG RAN WG1 Meeting #42**                                                                                    **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| | | | | |
|---|---|---|---|---|
| Dr. Amitabha Ghosh | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 8476324121 | qa0047@email.mot.com |
| Dr. Joern Krause | SIEMENS AG | 3GPPMEMBER (ETSI) | +49-30-386-23417 | joern.krause@siemens.com |
| Mr. Yannick Le Pezennec | VODAFONE Group Plc | 3GPPMEMBER (ETSI) | +447748938886 | Yannick.LePezennec@vodafone.com |
| Mr. Byron Bakamis | SAMSUNG Electronics | 3GPPMEMBER (ETSI) | +44 7799897759 | byron.bakaimis@samsung.com |
| Mr. Yongjun Kwak | SAMSUNG Electronics | 3GPPMEMBER (ETSI) | +82-31-279-5112 | evatt@samsung.com |
| Dr. Branislav Popovic | Huawei Technologies Ltd. | 3GPPMEMBER (ETSI) | +46 8 477 0808 | branislav.popovic@huawei.com |
| Ms. Malgorzata Banys | Siemens AG | 3GPPMEMBER (ETSI) | +48 660430185 | Malgorzata.banys@siemens.com |
| Dr. Thomas Hindelang | Siemens nv/sa | 3GPPMEMBER (ETSI) | +49 89 722 46 722 | thomas.hindelang@ siemens.com |
| Dr. Thomas Chapman | Siemens Mobile | 3GPPMEMBER (ETSI) | +44 1094 833241 | thomas.chapman@roke.co.uk |
| Dr. Heino Gerlach | Siemens AG | 3GPPMEMBER (ETSI) | +49 89 722 57569 | heino.gerlach@siemens.com |
| Mr. Ka Leong Lo | UTStarcom | 3GPPMEMBER (ETSI) | +86755 26952899 | kaleong.lo@utstarcom.com |
| Mr. Robert Love | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 847 523 3702 | qa2178@email.mot.com |
| Dr. Durga Malladi | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | +1 858 651 2288 | dmalladi@qualcomm.com |
| Mrs. Nadege Noisette | ORANGE SA | 3GPPMEMBER (ETSI) | +33 1 45 29 44 02 | nadege.noisette@francetelecom.com |
| Mr. Enrico Buracchini | TELECOM ITALIA S.p.A. | 3GPPMEMBER (ETSI) | +390112287118 | Enrico.buracchini@tilab.com |
| Dr. Atsushi Sumasu | Panasonic (PMCDE) | 3GPPMEMBER (ETSI) | +81 46 840 5699 | sumasu.astushi@jp.panasonic.com |
| Mr. Christian Wengerter | PANASONIC R&D Center Germany | 3GPPMEMBER (ETSI) | +49 6103 766 219 | wengerter@panasonic.de |
| Mr. Eiko Seidel | PANASONIC R&D Center Germany | 3GPPMEMBER (ETSI) | +49 6103 766 160 | seidel@panasonic.de |
| Mr. Akihiko Nishio | PANASONIC R&D Center Germany | 3GPPMEMBER (ETSI) | +81 468 40 5694 | nishio.akihiko@jp.panasonic.com |
| Mr. Markku Tarkiainen | NOKIA Corporation | 3GPPMEMBER (ETSI) | +358 50 518 3406 | markku.tarkiainen@nokia.com |
| Dr. Nick Whinnett | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +44 1793 566201 | nick.whinnett@motorola.com |
| Mr. Mark Harrison | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | | mark.harrison@motorola.com |
| Mrs. Carolyn Taylor | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +1 847 523 0458 | carolyn.taylor@motorola.com |
| Mr. Antti Toskala | NOKIA Corporation | 3GPPMEMBER (ETSI) | +358 0 718030746 | Antti.Toskala@nokia.com |
| Mr. Serge Willenegger | QUALCOMM EUROPE S.A.R.L. | 3GPPMEMBER (ETSI) | +41 244 363 541 | sergew@qualcomm.com |
| Mr. Kenichiro Hosoda | MOTOROLA Ltd | 3GPPMEMBER (ETSI) | +81 5424 3155 | Y58080@motorola.com |
| Mr. Rickard Ljung | TeliaSonera AB | 3GPPMEMBER (ETSI) | +46 40 661 8640 | rickard.m.ljung@teliasonera.com |
| Dr. Loic Brunel | MELCO MOBILE COMMUNICATIONS | 3GPPMEMBER (ETSI) | +33 2 23 45 58 58 | brunel@tcl.ite.mee.com |
| Mr. Nicholas Anderson | IPWireless | 3GPPMEMBER (ETSI) | +44 1249 467332 | nanderson@ipwireless.com |
| Dr. Martin Beale | IPWireless | 3GPPMEMBER (ETSI) | +44 1249 800022 | mbeale@ipwireless.com |
| Mr. Rupert Rheinschmitt | ALCATEL S.A. | 3GPPMEMBER (ETSI) | +49 711 821 34172 | Rupert.Rheinschmitt@alcatel.de |
| Miss Eliza Wong | ALCATEL S.A. | 3GPPMEMBER (ETSI) | +33130775698 | eliza.wong@alcatel.fr |
| Mr. Jean-philippe Javaudin | France Telecom | 3GPPMEMBER (ETSI) | +33 2 99 12 45 95 | jeanphilippe.javaudin@francetelecom.com |
| Mr. Matthew Cooke | Agere Systems Deytschland GmbH | 3GPPMEMBER (ETSI) | +61 2 84677705 | mecooke@agere.com |
| Dr. Rainer Bachl | Lucent Technologies | 3GPPMEMBER (ETSI) | +49 911 526 2656 | Rbachl@lucent.com |

APLNDC-WH-A  0000011180

# 3GPP TSG RAN WG1 Meeting #42                                    R1-050995
## London, UK, 29 August – 2 September, 2005

| | | | | |
|---|---|---|---|---|
| Mr. Matthew Baker | Philips Semiconductors Sophia | 3GPPMEMBER (ETSI) | +44 1293 815287 | Bakermp2@prl.research.philips.com |
| Mr. Dirk Kistowski | T-Mobile International AG | 3GPPMEMBER (ETSI) | +49 228 936 1 8419 | dirk.kistowski@t-mobile.de |
| Dr. Frank Savaglio | NEC EUROPE LTD | 3GPPMEMBER (ETSI) | +33 1 49 07 28 74 | Frank.savaglio@nectech.fr |
| Mr. Mark Murphy | TTP Communications plc | 3GPPMEMBER (ETSI) | +44 1763 266266 | mark.murphy@ttpcom.com |
| Mr. Sunil Vadgama | Fujitsu labs of Europe | 3GPPMEMBER (ETSI) | +44 20 8606 4514 | sunil.vadgama@uk.fujitsu.com |
| Mr. Mathieu Des noes | CEA | 3GPPMEMBER (ETSI) | +33 4 38 78 97 82 | Mathieu.desnoes@cea.fr |
| Mr. Asbjorn Grovlen | NOKIA Corporation | 3GPPMEMBER (ETSI) | +358 405642489 | Asbjorn.grovlen@nokia.com |
| Mr. Diptendu Mitra | Telecom Modus Ltd. | 3GPPMEMBER (ETSI) | +44 1372 381 812 | Diptendu.mitra@t-modus.nec.co.uk |
| Mr. Piesse Bertrand | TEXAS Instruments | 3GPPMEMBER (ETSI) | +33 4 93 222392 | p-bertrand@ti.com |
| Dr. Yuan Li | TEXAS Instruments | 3GPPMEMBER (ETSI) | +1 858 535 0398 | liyuan@ti.com |
| Mr. Dragan Vujcic | LG Electronics Inc. | 3GPPMEMBER (ETSI) | +33 1 41 59 93 78 | dvujcic@lge.com |
| Dr. Manook Soghomonian | 3 | 3GPPMEMBER (ETSI) | +44 7782 325250 | Manook.Soghenonian@THREE.CO.UK |
| Mr. Anil Umesh | DoCoMo Europe SA | 3GPPMEMBER (ETSI) | +81 468 40 3190 | umesh@wsp.yrp.ntttdocomo.co.jp |
| Mr. Guy Wolf | Intel Corporation | 3GPPMEMBER (ETSI) | +97 239207006 | guy.wolf@intel.com |
| Dr. Ezer Melzer | Intel Corporation | 3GPPMEMBER (ETSI) | +97 239207281 | ezer.melzer@intel.com |
| **Member of 3GPP (TTA)** | | | | |
| Dr. Joon-Kui Ahn | LG Electronics Inc. | 3GPPMEMBER (TTA) | +82-31-450-4131 | jkan@lge.com |
| Dr. Juho Lee | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +82-31-279 5115 | juho95.lee@samsung.com |
| Dr. Joonyoung Cho | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +82-31-279 5881 | joonyoung.cho@samsung.com |
| Mr. Yujian Zhang | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +86 10 684277112 | yujian.zhang@samsung.com |
| Mr. Eddy Kwon | Samsung Electronics Co., Ltd | 3GPPMEMBER (TTA) | +82-31-279 5087 | eddykwon@samsung.com |
| Mr. Jung seung Lee | LG Electronics Inc | 3GPPMEMBER (TTA) | +82-31-450-2943 | jeslee@lge.com |
| Mr. Hong-jik Kim | LG Electronics Inc | 3GPPMEMBER (TTA) | +82-31-450-2942 | hongjikkim@lge.com |
| Mr. Bong Hoe Kim | LG Electronics Inc | 3GPPMEMBER (TTA) | +82-42 860 1279 | ofdm88@lge.com |
| Mr. Dougyoun Seo | LG Electronics Inc | 3GPPMEMBER (TTA) | +82-31-450-2931 | dsoe@lge.com |
| Mr. Moon sik Lee | ETRI | 3GPPMEMBER (TTA) | +82-42-860 5966 | moonsiklee@etri.re.kr |
| Mr. Kyung Park | ETRI | 3GPPMEMBER (TTA) | +82-42-860-1836 | kyungp@etri.re.kr |
| Miss Eunjeong Shin | ETRI | 3GPPMEMBER (TTA) | +82-42-860-1688 | ejshin@etri.re.kr |
| Mr. Namil Kim | ETRI | 3GPPMEMBER (TTA) | +82-42-860-1279 | namilk@etri.re.kr |
| Mr. Sang-ho Yeo | Next reaming Corp | 3GPPMEMBER (TTA) | +82 2 2194 5322 | shyeo@nextreaming.com |
| **Member of 3GPP (TTC)** | | | | |
| Mr. Thanh Bui | NEC Corporation | 3GPPMEMBER (TTC) | +(61 3) 92714027 | thanhb@3g.nec.com.au |
| Miss Younhyoung Heo | Samsung Electronis | 3GPPMEMBER (TTC) | +82 31 279 5362 | hush.heo@samsung.com |
| Mr. Hidetoshi Suzuki | PANASONIC Mobile Communication | 3GPPMEMBER (TTC) | +81 468 40 5164 | Suzuki.Hidetoshi@jp.panasonic.com |
| **Organisation parter representative (CCSA)** | | | | |

*41*

APLNDC-WH-A 0000011181

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| Mr. Yincheng Zhang | CCSA | 3GPPMEMBER (CCSA) | +86 21 68895821 | zhang.yincheng@huawei.com |
|---|---|---|---|---|
| Organisation partner representative | | | | |
| Mr. Yoshikazu Ishii | Mobile Competence Centre | ETSI | +33 4 92 93 42 06 | ishii.yoshikazu@etsi.org |

42

APLNDC-WH-A 0000011182

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

## Annex B: TSG RAN WG1 meetings in 2005

| TITLE | TYPE | DATES | LOCATION | CTRY |
|---|---|---|---|---|
| 3GPPRAN1#40 | WG | 14 - 18 Feb 2005 | Scottsdale | USA |
| 3GPPRAN1#40bis | WG | 04 - 08April 2005 | Beijing | China |
| 3GPPRAN1#41 | WG | 09 - 13 May 2005 | Athens | GR |
| 3GPPRAN1 Ad Hoc LTE | AH | 20-21 June 2005 | Sophia Antipolis | FR |
| 3GPPRAN1#42 | WG | 29 Aug -02 Sept 2005 | London | UK |
| 3GPPRAN1#42bis |  | 03 -07 Oct 2005 | TBD | TBD |
| 3GPPRAN1#43 | WG | 07 - 11 Nov 2005 | Korea | Asia |

| MEETING TYPES | |
|---|---|
| AH = Ad Hoc | CM = Chairmen's meeting |
| JM = Joint | OR = Ordinary |
| PM = Preparatory Meeting | RG = Rapporteurs Group |
| RM = Resolution Meeting | SG = Steering Group |
| ST = Startup Meeting | TG = Task Group |
| WG = Working Group | XO = Extraordinary |

APLNDC-WH-A 0000011183

# Annex C:  List of CRs agreed at RAN1#41

| Spec | CR | R | Cat | Rel | R1 Tdoc | Title | Work Item |
|------|-----|---|-----|------|------------|-------|-----------|
| 25.224 | 144 | 2 | F | Rel-6 | R1-050567 | Clarification of UpPCH Sub-channel for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 122 | 1 | F | Rel-4 | R1-050515 | Correction to Transmission of SS for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 123 | 1 | A | Rel-5 | R1-050515 | Correction to Transmission of SS for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 124 | 1 | A | Rel-6 | R1-050515 | Correction to Transmission of SS for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 127 | 1 | F | Rel-6 | R1-050516 | Correction to the examples of the association of UL SS commands to UL uplink time slots | LCRTDD-Phys |
| 25.221 | 128 | 1 | F | Rel-4 | R1-050517 | Correction to transmission of TPC for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 129 | 1 | A | Rel-5 | R1-050517 | Correction to transmission of TPC for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 130 | 1 | A | Rel-6 | R1-050517 | Correction to transmission of TPC for 1.28 Mcps TDD | LCRTDD-Phys |
| 25.221 | 133 | 1 | F | Rel-6 | R1-050518 | Correction to the examples of the association of UL TPC commands to UL uplink time slot and CCTrCH pairs | LCRTDD-Phys |
| 25.211 | 206 | - | C | Rel-6 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.211 | 207 | - | C | Rel-6 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.212 | 209 | - | C | Rel-5 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.212 | 210 | - | C | Rel-6 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.213 | 078 | - | C | Rel-5 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.213 | 078 | - | C | Rel-6 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.214 | 376 | 1 | C | Rel-5 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.214 | 377 | 1 | C | Rel-6 | R1-050548 | Feature Clean Up: Removal of DSCH (FDD mode) | TEI |
| 25.212 | 211 | 1 | C | Rel-5 | R1-050522 | Feature Clean Up: Removal of 80 ms TTI for DCH for all other cases but when the UE supports SF512 | TEI |
| 25.212 | 212 | 1 | C | Rel-6 | R1-050522 | Feature Clean Up: Removal of 80 ms TTI for DCH for all other cases but when the UE supports SF512 | TEI |
| 25.215 | 162 | - | C | Rel-5 | R1-050417 | Feature Clean Up: Removal of observed time difference to GSM cell measurement | TEI |
| 25.215 | 163 | - | C | Rel-6 | R1-050417 | Feature Clean Up: Removal of observed time difference to GSM cell measurement | TEI |
| 25.211 | 213 | - | C | Rel-5 | R1-050446 | Feature Clean Up: Removal of "SSDT | TEI |
| 25.211 | 214 | - | C | Rel-6 | R1-050446 | Feature Clean Up: Removal of "SSDT | TEI |
| 25.214 | 383 | - | C | Rel-5 | R1-050446 | Feature Clean Up: Removal of "SSDT | TEI |
| 25.214 | 384 | - | C | Rel-6 | R1-050446 | Feature Clean Up: Removal of "SSDT | TEI |
| 25.211 | 216 | - | C | Rel-5 | R1-050523 | Feature Clean Up: Removal of TX diversity closed loop mode 2 | TEI |
| 25.211 | 217 | - | C | Rel-6 | R1-050523 | Feature Clean Up: Removal of TX diversity closed loop mode 2 | TEI |
| 25.214 | 386 | 1 | C | Rel-5 | R1-050523 | Feature Clean Up: Removal of TX diversity closed loop mode 2 | TEI |

APLNDC-WH-A 0000011184

**3GPP TSG RAN WG1 Meeting #42**                                         **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| Spec | CR | R | Cat | Rel | R1 Tdoc | Title | Work Item |
|------|-----|----|-----|------|-----------|-------|-----------|
| 25.214 | 387 | 1 | C | Rel-6 | R1-050523 | Feature Clean Up: Removal of TX diversity closed loop mode 2 | TEI |
| 25.211 | 218 | - | C | Rel-5 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.211 | 219 | - | C | Rel-6 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.212 | 213 | 1 | C | Rel-5 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.212 | 218 | 1 | C | Rel-6 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.214 | 388 | - | C | Rel-5 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.214 | 389 | - | C | Rel-6 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.215 | 164 | - | C | Rel-5 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.215 | 165 | - | C | Rel-6 | R1-050525 | Feature Clean Up: Removal of Compressed mode by puncturing | TEI |
| 25.211 | 220 | - | C | Rel-5 | R1-050526 | Feature Clean Up: Removal of dedicated pilot as sole phase reference | TEI |
| 25.211 | 221 | - | C | Rel-6 | R1-050526 | Feature Clean Up: Removal of dedicated pilot as sole phase reference | TEI |
| 25.214 | 390 | 1 | C | Rel-5 | R1-050526 | Feature Clean Up: Removal of dedicated pilot as sole phase reference | TEI |
| 25.214 | 391 | 1 | C | Rel-6 | R1-050526 | Feature Clean Up: Removal of dedicated pilot as sole phase reference | TEI |
| 25.201 | 020 | - | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.201 | 021 | - | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.211 | 204 | 1 | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.211 | 205 | 1 | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.212 | 207 | 1 | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.212 | 208 | 1 | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.213 | 076 | 1 | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.213 | 077 | 2 | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.214 | 374 | 1 | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.214 | 375 | 1 | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.215 | 160 | - | C | Rel-5 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.215 | 161 | - | C | Rel-6 | R1-050568 | Feature Clean Up: Removal of CPCH | TEI |
| 25.214 | 379 | - | F | Rel-6 | R1-050421 | Correction to downlink synchronization | TEI6 |
| 25.214 | 354 | 4 | C | Rel-6 | R1-050444 | Timing Maintained Hard Handover | TEI6 |
| 25.214 | 355 | 4 | B | Rel-6 | R1-050529 | Fast L1 DCH synchronization | TEI6 |
| 25.213 | 080 | - | F | Rel-6 | R1-050465 | Correction to uplink short scrambling code polynomial | TEI6 |
| 25.212 | 217 | 1 | F | Rel-6 | R1-050530 | MBMS related corrections | MBMS-RAN |
| 25.214 | 392 | 1 | F | Rel-6 | R1-050531 | Removal of MBMS Rake Combining | MBMS-RAN |
| 25.214 | 393 | 1 | F | Rel-5 | R1-050532 | HS-DPCCH transmission on discarding HS-SCCH | TEI |
| 25.214 | 394 | 1 | F | Rel-6 | R1-050532 | HS-DPCCH transmission on discarding HS-SCCH | TEI |
| 25.213 | 074 | 2 | F | Rel-6 | R1-050537 | Power Offset values for E-PDDCH/E-DPCCH | EDCH-Phys |
| 25.212 | 204 | 2 | F | Rel-6 | R1-050540 | E-DCH Corrections | EDCH-Phys |
| 25.212 | 219 | - | F | Rel-6 | R1-050505 | Re-ordering of the E-DPCCH bit mapping | EDCH-Phys |
| 25.212 | 205 | 1 | F | Rel-6 | R1-050541 | Compressed Mode Operation for Enhanced Uplink | EDCH-Phys |
| 25.214 | 382 | 2 | F | Rel-6 | R1-050542 | Compressed mode operation for Enhanced Uplink | EDCH-Phys |

45

APLNDC-WH-A 0000011185

**3GPP TSG RAN WG1 Meeting #42**  
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| Spec | CR | R | Cat | Rel | R1 Tdoc | Title | Work Item |
|------|-----|---|-----|-------|------------|-------|-----------|
| 25.214 | 381 | 1 | F | Rel-6 | R1-050536 | DPCCH gain factor with no DPDCH configured | EDCH-Phys |
| 25.212 | 220 | - | F | Rel-6 | R1-050543 | Coding for E-AGCH | EDCH-Phys |
| 25.211 | 210 | 1 | F | Rel-6 | R1-050544 | Clarification on EACGH transmission interval | EDCH-Phys |
| 25.211 | 212 | 1 | F | Rel-6 | R1-050546 | Clarification on E-DCH timing | EDCH-Phys |
| 25.212 | 215 | - | F | Rel-6 | R1-050429 | Clarification on E-AGCH bit mapping | EDCH-Phys |
| 25.213 | 075 | 3 | F | Rel-6 | R1-050549 | Support of different HARQ profiles | EDCH-Phys |
| 25.214 | 372 | 3 | F | Rel-6 | R1-050550 | Support of different HARQ profiles | EDCH-Phys |
| 25.212 | 216 | - | F | Rel-6 | R1-050434 | Determination of SF and number of PhCHs considering SF2 | EDCH-Phys |
| 25.214 | 363 | 4 | F | Rel-6 | R1-050565 | Power control at the maximum power limit | EDCH-Phys |
| 25.211 | 211 | 2 | F | Rel-6 | R1-050570 | Clarification on phase reference for downlink channels | TEI6 |
| 25.214 | 380 | 3 | F | Rel-6 | R1-050576 | Clarification on E-DCH timing | EDCH-Phys |
| 25.214 | 378 | 1 | F | Rel-6 | R1-050575 | F-DPCH Downlink Power Control Behaviour in SHO | RANimp-RABSE-CodeOptFDD |

46

APLNDC-WH-A 0000011186

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

# Annex D:  List of Outgoing LSs

| NUMBER | TITLE | WI | To | Cc |
|--------|-------|-----|-----|-----|
| R1-050512 | LS on the Introduction of Streaming RABs over HSDPA | RAB support enhancement | RAN2 | - |
| R1-050535 | Response LS to ITU-R Ad Hoc | | ITU-R Ad Hoc | - |
| R1-050551 | LS on correction of default parameters of UL:384kbps PS RAB | TEI5 | RAN5 | RAN2 |
| R1-050557 | LS on E-DCH RRM measurements | | RAN2, RAN3, RAN4 | |
| R1-050561 | Reply LS on S-CCPCH power offset signalling for MBMS | MBMS-RAN | RAN2 | RAN4 |
| R1-050563 | Reply LS on Outer-loop TPC behaviour in 0 bit TB reception for A-DPCH | TEI5 | RAN2, RAN4 | RAN3 |
| R1-050566 | Reply LS on verification of parameters for proposed HSDPA Streaming RABs in 34.108 | HSDPA | RAN5 | RAN2 |
| R1-050569 | LS on periodic transmission for EUL outer loop power control | FDD Enhanced Uplink | RAN2 | RAN4 |
| R1-050573 | LS on Introduction of PLCCH for 1.28Mcps TDD | RANimp-RABSE-CodOptLCRTDD | RAN2, RAN3, RNA4 | |

47

APLNDC-WH-A 0000011187

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

## Annex E:   List of Tdocs at RAN1 #41

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050375 | Draft Agenda | RAN1 Convener | 2 | | 09/05/2005 | Approved |
| R1-050376 | Draft report from RAN1#40bis | RAN1 Secretary | 3 | | 09/05/2005 | Approved |
| R1-050377 | LS on S-CCPCH Power Offset Signaling for MBMS (To:RAN1, RAN4, Cc:RAN3) | WG RAN2 (Motorola) | 5 | = R2-051113 | 09/05/2005 | Noted. Draft reply LS in R1-050539. |
| R1-050378 | LS on MBMS UE capability update for FDD (To:RAN1, Cc:RAN3, RAN4) | WG RAN2 (Motorola) | 5 | = R2-051197 | 09/05/2005 | Noted |
| R1-050379 | LS on MBMS S-CCPCH timing offset (To:RAN3, Cc:RAN1) | WG RAN2 (Ericsson) | 5 | = R2-050098 | 09/05/2005 | Noted. Adjustment of PhCH timing is not desired way to go, CFN/SFN alignment (as proposed in RAN2 updated CR is preferable). MBMS Timing offsets as agreed by RAN2 are endorsed by RAN1. |
| R1-050380 | LS on Long Term Evolution for the UTRA and UTRAN (To:RAN, RAN1, RAN2, RAN3, RAN4, RAN5, Cc:SA) | WG SA1 (NTT DoCoMo) | 5 | = S1-050521 | 09/05/2005 | Noted |
| R1-050381 | Reply LS on MBMS User Service finalization from SA4 (To:SA4, Cc:RAN1, RAN2, RAN3, RAN4, SA1, SA3, CT1, CT3) | WG SA2 | 5 | = S2-050948 | 09/05/2005 | Noted |
| R1-050382 | LS on Update Submission for UTRA FDD and TDD toward Revision 6 of Recommendation ITU-R M.1457 (To: RAN1, RAN2, RAN3, RAN4, RAN5) | ITU-R Ad Hoc (TIM) | 5 | = RT-050011 | 09/05/2005 | Noted. Draft Reply LS in R1-050511. |
| R1-050383 | Uplink multiple access consideration with the use of FDMA | Nokia | 13.2 | | 11/05/2005 | Noted |
| R1-050384 | Downlink multiple access parameterisation | Nokia | 13.2 | | 12/05/2005 | Noted |
| ~~R1-050385~~ | ~~25.221CR119(Rel-4, F)CR120(Rel-5, A)CR121(Rel-6, A) "Corrections of TPC and SS command Transmission for 1.28Mcps TDD"~~ | Siemens AG | ~~6.2~~ | | | Withdrawn |
| R1-050386 | Views on OFDM Numerology for Evolved UTRA Downlink | NTT DoCoMo | 13.2 | | 12/05/2005 | Noted |
| R1-050387 | E-UTRA Downlink Multiple Access Study | Texas Instruments | 13.2 | | 12/05/2005 | Noted |

48

APLNDC-WH-A 0000011188

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| ~~R1-050388~~ | ~~Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213&25.214&25.215 on Feature Clean Up: Removal of CPCH~~ | ~~Motorola~~ | ~~6.3~~ | | | Withdrawn |
| R1-050389 | Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.213&25.214 on Feature Clean Up: Removal of DSCH (FDD mode) | LG Electronics | 6.3 | | 09/05/2005 | CR on TS25.214 was revised in R1-050548 |
| R1-050390 | EUTRA Multiple Access Scheme for Downlink and Uplink | ZTE | 13.2 | | 11/05/2005 | Noted |
| R1-050391 | UTRAN LTE Multiple Access Evaluation Scenario | ZTE | 13.1 | | 11/05/2005 | Noted |
| R1-050392 | Coding Procedure for PLCCH | UTStarcom and IPWireless | 10 | | 10/05/2005 | The principle of the proposal was agreed. |
| R1-050393 | Draft Set of CRs(Rel-7, B) to 25.221&25.222&25.224 on Introduction of the Physical Layer Common Control Channel (PLCCH) | UTStarcom and IPWireless | 10 | | 10/05/2005 | Noted |
| R1-050394 | Consideration for RRM measurements | ZTE | 7.3 | | 10/05/2005 | Noted |
| R1-050395 | Correction of default parameters of UL:384kbps PS RAB | NTT DoCoMo | 6.5 | | 09/05/2005 | Principle was agreed. |
| R1-050396 | EUTRA Downlink Numerology and Frame Structure | Motorola | 13.2 | | | Revised in R1-050520 |
| R1-050397 | EUTRA Uplink Numerology and Frame Structure | Motorola | 13.2 | | 11/05/2005 | Noted |
| R1-050398 | 25.212CR204r1(Rel6, F)"E-DCH Corrections" | Siemens | 7.2 | | 10/05/2005 | Revised in R1-050540. |
| R1-050399 | Correction of Rate Matching Parameters for E-DCH | Siemens | 7.2 | | | Revised in R1-050509 |
| R1-050400 | 25.212CR205(Rel6, F)"Compressed Mode Operation for Enhanced Uplink" | Siemens, Ericsson, Nokia, Nortel, Philips, Qualcomm Europe | 7.2 | | 10/05/2005 | Revised in R1-050541. |
| R1-050401 | Downlink multiple access aspect of FDD LTE | RITT | 13.2 | | 12/05/2005 | Noted |
| R1-050402 | Uplink multiple access aspect of FDD LTE | RITT | 13.2 | | 11/05/2005 | Noted |
| R1-050403 | Multiple access aspect of TDD LTE | RITT | 13.2 | | 12/05/2005 | Noted |

49

APLNDC-WH-A 0000011189

**3GPP TSG RAN WG1 Meeting #42**                                                                 **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050404 | ~~Soft Frequency Reuse Scheme for UTRAN LTE~~ | Huawei | ~~13.2~~ | | | Withdrawn |
| R1-050405 | Inter-cell interference estimation for OFDMA and MC-CDMA on the DL | France Telecom & Orange | 13.2 | | 12/05/2005 | Noted |
| R1-050406 | OFDM-based physical layer for the DL: inter-cell interference avoidance/cancellation/estimation | France Telecom & Orange, Alcatel | 13.2 | | 12/05/2005 | Noted |
| R1-050407 | Interference Coordination in new OFDM DL air interface | Alcatel | 13.2 | | 12/05/2005 | Noted |
| R1-050408 | Text Proposals for Inclusion in TR "Physical Layer Aspect for Evolved UTRA" | Alcatel, France Telecom | 13.2 | | 12/05/2005 | Noted |
| R1-050409 | Concerns on RoT measurements for E-DCH RRM | Orange | 7.3 | | 10/05/2005 | Noted |
| R1-050410 | 25.224CR142(Rel4, F)CR143(Rel5, A)CR144(Rel6, A) "Clarification of UpPCH Sub-channel for 1.28 Mcps TDD " | ZTE, CCSA | 6.2 | | 09/05/2005 | Rel4 CR misses the isolated impact analysis, not clear how severe the change/clarification is. Updated CRs in R1-050514. |
| R1-050411 | 25.221CR122(Rel4, F)CR123(Rel5, A)CR124(Rel6, A) "Correction to Transmission of SS for 1.28 Mcps TDD" | ZTE, CCSA | 6.2 | | 09/05/2005 | Updated CR in R1-050515 |
| R1-050412 | 25.221CR125(Rel4, F)CR126(Rel5, A)CR127(Rel6, A) "Correction to the examples of the association of UL SS commands to UL uplink time slots" | ZTE, CCSA | 6.2 | | 09/05/2005 | Rel4 and Rel5 CRs were rejected. Rel-6 CR was updated on R1-050516. |
| R1-050413 | 25.221CR128(Rel4, F)CR129(Rel5, A)CR130(Rel6, A) "Correction to transmission of TPC for 1.28 Mcps TDD" | ZTE, CCSA | 6.2 | | 09/05/2005 | Update CRs in R1-050517 |
| R1-050414 | 25.221CR131(Rel4, F)CR132(Rel5, A)CR133(Rel6, A) "Correction to the examples of the association of UL TPC commands to UL uplink time slot and CCTrCH pairs" | ZTE, CCSA | 6.2 | | 09/05/2005 | Rel4 and Rel5 CRs were rejected. Rel-6 CR was updated on R1-050518. |
| R1-050415 | 25.201CR022(Rel6, F) "Addition of abbreviation list" | ZTE, CCSA | 6.4 | | 09/05/2005 | Rejected |
| R1-050416 | 25.212CR211(Rel-5,C)CR212(Rel-6,C)"Feature Clean-Up: Removal of 80 ms TTI for DCH for all other cases but when the UE supports SF512" | Nokia | 6.3 | | 09/05/2005 | Revised in Tdoc R1-050522 |

APLNDC-WH-A 0000011190

**3GPP TSG RAN WG1 Meeting #42**                                    **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050417 | 25.215CR162(Rel-5,C)CR163(Rel-6,C)"Feature Clean Up: Removal of observed time difference to GSM cell measurement" | Nokia | 6.3 | | 09/05/2005 | Agreed. |
| R1-050418 | 25.211CR208(Rel-6,F)"Summary of F-DPCH operation during SHO" | Nokia | 6.4 | | 09/05/2005 | Noted that the proposed text is a good example of NW operation, but it does not need to be specified. |
| R1-050419 | 25.214CR378(Rel-6,F)"F-DPCH Downlink Power Control Behaviour in SHO" | Nokia | 6.4 | | 09/05/2005 | Continue discussion via email reflector until RAN plenary with target to reach agreement. On the e-mail discussion, it was suggested to change in the wording. This CR was revised in R1-050375. |
| R1-050420 | 25.211CR209(Rel-6,F)"MICH Phase references" | Nokia | 6.4 | | | this CR was covered by Qualcomm R1-050426, so not treated. |
| R1-050421 | 25.214CR379(Rel-6,F)"Correction to downlink synchronization" | Qualcomm Europe | 6.4 | | 09/05/2005 | Agreed |
| R1-050422 | 25.211CR215(Rel-6,F)"Support of CLTD mode 1 with F-DPCH" | Qualcomm Europe | 6.4 | | 09/05/2005 | Not Available |
| R1-050423 | Antenna receive diversity for MBMS Rel-6 UE | Qualcomm Europe | 6.5 | | 09/05/2005 | Noted |
| R1-050424 | Proposal for E-DPDCH gain factors | Qualcomm Europe | 7.1 | | 10/05/2005 | Noted |
| R1-050425 | 25.211CR210(Rel-6,F)"Clarification on EACGH transmission interval" | Qualcomm Europe | 7.2 | | 10/05/2005 | Agreed in principle, and revised in R1-050544 |
| R1-050426 | 25.211CR211(Rel-6,F)"Clarification on phase reference for downlink channels" | Qualcomm Europe | 7.2 | | 10/05/2005 | Revised in R1-050545 including the proposal from R1-050493. |
| R1-050427 | 25.211CR212(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | | 10/05/2005 | Revised in R1-050546 |
| R1-050428 | 25.212CR214(Rel-6,F)"Clarification on E-DPCCH bit mapping" | Qualcomm Europe | 7.2 | R1-050466 | | Revised in R1-050466 |
| R1-050429 | 25.212CR215(Rel-6,F)"Clarification on E-AGCH bit mapping" | Qualcomm Europe | 7.2 | | 10/05/2005 | Agreed |
| R1-050430 | 25.214CR380(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | | 10/05/2005 | Revised in R1-050547 |

APLNDC-WH-A 0000011191

**3GPP TSG RAN WG1 Meeting #42**                                          **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050431 | 25.213CR075r2(Rel-6,F) on support of different HARQ profiles | Samsung, LG Electronics, Philips | 7.2 | (R1-050355) | 10/05/2005 | Decided to move sqrt(2) multiplication for SF2 to 25.214 CR, and also split the table for E-DPDCH, add a pointer to 25.214 CR. This CR was revised in R1-050549. |
| R1-050432 | 25.214CR372r3(Rel-6,F) on support of different HARQ profiles | Samsung, LG Electronics, Philips | 7.2 | (R1-050358) | 10/05/2005 | Revised in R1-050550. |
| R1-050433 | 25.214CR363r2(Rel–6,F) on power control at the maximum power limit | Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe | 7.2 | (R1-050310) | | Revised in R1-050519 |
| R1-050434 | 25.212CR216(Rel-6,F) on determination of SF and number of PhCHs considering SF2 | Samsung | 7.2 | | 10/05/2005 | Agreed |
| ~~R1-050435~~ | ~~25.212CR217(Rel-6,F) on introduction of happy bit~~ | ~~Samsung~~ | ~~7.2~~ | | | Withdrawn |
| R1-050436 | Set of draft CRs on Coding for E-AGCH | Samsung, Siemens | 7.2 | | 10/05/2005 | Agreed. One of them will be presented for approval at next RAN plenary, depending on decision in RAN2. A CR number was assigned in R1-050543. |
| R1-050437 | 25.214CR381(Rel-6,F) on DPCCH gain factor with no DPDCH configured | Samsung | 7.2 | | | Revised in R1-050536 |
| R1-050438 | Downlink Multiple Access and Multiplexing for Evolved UTRA | Samsung | 13.2 | | 12/05/2005 | Noted |
| R1-050439 | Uplink Multiple Access and Multiplexing for Evolved UTRA | Samsung | 13.2 | | 11/05/2005 | Noted |
| R1-050440 | 25.214CR382(Rel-6, F) "Compressed mode operation for Enhanced Uplink" | Siemens, Philips | 7.2 | | | Revised in R1-050528 |
| R1-050441 | Signalling S-CCPCH/CPICH power ratio for MBMS | Siemens | 6.5 | | 09/05/2005 | Noted |
| R1-050442 | Key Aspects for Initial Assessment of LTE Multiple Access Concepts in RAN1 | Philips | 13.1 | | 11/05/2005 | Noted |
| R1-050443 | System Assumptions and Evaluation for EUTRA | Motorola | 13.1 | | 11/05/2005 | Noted and revised in R1-050558 with inclusion of the agreed prioritized cases. |
| R1-050444 | 25.214CR354r4(Rel6, C)"Timing Maintained Hard Handover" | Ericsson | 6.4 | (R1-050201) | 09/05/2005 | Agreed |

APLNDC-WH-A 0000011192

**3GPP TSG RAN WG1 Meeting #42**

**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050445 | 25.214CR355r3(Rel6, B)"Fast L1 DCH synchronization" | Ericsson, Nokia | 6.4 | (R1-050173) | 09/05/2005 | Revised in R1-050529 |
| R1-050446 | Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up: Removal of "SSDT" | Ericsson | 6.3 | | 09/05/2005 | Agreed |
| R1-050447 | Way forward on RRM measurements and targets for E-DCH | Ericsson | 7.3 | | 10/05/2005 | Noted |
| R1-050448 | Basic principles for the Evolved UTRA radio-access concept | Ericsson, Fujitsu, Motorola, Nokia, NTT DoCoMo, Panasonic, Siemens | 13.2 | | 11/05/2005 | Noted |
| R1-050449 | On the E-UTRA time-frequency granularity | Ericsson | 13.2 | | 11/05/2005 | Noted |
| R1-050450 | On pilots for E-UTRA | Ericsson | 13.2 | | 11/05/2005 | Noted |
| R1-050451 | On macro diversity for E-UTRA | Ericsson | 13.2 | | | Revised in R1-050533 |
| R1-050452 | Multiple Access for E-UTRA | NEC Group | 13.2 | | 11/05/2005 | Noted |
| R1-050453 | TR25.809 v0.1.1 | IPWireless | 12 | | 10/05/2005 | Endorsed to v.0.2.0 in R1-050554. |
| R1-050454 | TS25.202 v0.0.1 | IPWireless | 12 | | 10/05/2005 | Endorsed to v.0.1.0 in R1-050555. |
| R1-050455 | Services offered to higher layers by 7.68Mcps TDD option | IPWireless | 12 | | 10/05/2005 | Agreed for inclusion into TS 25.202 and TR 25.809 |
| R1-050456 | Spreading factors and burst types for 7.68Mcps TDD option | IPWireless | 12 | | 10/05/2005 | Revised in R1-050556 in order to resolve the contradictory text. |
| R1-050457 | Uplink Signalling Architecture for 3.84Mcps TDD Enhanced Uplink | IPWireless | 11 | | 10/05/2005 | Noted |
| R1-050458 | Text Proposal for TR 25.826 (Uplink Signalling Aspects) | IPWireless | 11 | | 10/05/2005 | Agreed to be include in TR |
| R1-050459 | Uplink Multiple Access for EUTRA | InterDigital | 13.2 | | | Withdrawn |
| R1-050460 | Text Proposal for TR 25.826 (Physical Channel Structure for Data) | IPWireless | 11 | | 10/05/2005 | Agreed to be include in TR |
| R1-050461 | Text Proposal for TR 25.826 (Support for Node-B Scheduling) | IPWireless | 11 | | 10/05/2005 | Agreed to be include in TR |
| R1-050462 | Downlink Multiple Access for EUTRA | InterDigital | 13.2 | | | Withdrawn |
| R1-050463 | EUTRA Macro Diversity for Downlink and Uplink | ZTE | 13.2 | | 12/05/2005 | Noted |
| R1-050464 | Physical Channel Structures for Evolved UTRA | NTT DoCoMo | 13.2 | | 11/05/2005 | Noted |

53

APLNDC-WH-A 0000011193

**3GPP TSG RAN WG1 Meeting #42**

**R1-050995**

**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------------|---------------------|
| R1-050465 | 25.213CR080(Rel-6,F)"Correction to uplink short scrambling code polynomial" | Qualcomm Europe | 6.4 | | 10/05/2005 | Noted |
| R1-050466 | 25.212CR214r1(Rel-6,F)"Clarification on E-DPCCH bit mapping" | Qualcomm Europe, Samsung | 7.2 | | 10/05/2005 | This CR was agreed to be merged into R1-050540. |
| R1-050467 | Solutions to DCCH performance degradation in HSDPA A-DPCH | NTT DoCoMo | 6.5 | | 09/05/2005 | Noted |
| R1-050468 | Outer loop power control in case no DCHs are mapped to DPDCH | NTT DoCoMo | 7.1 | | 10/05/2005 | Noted |
| R1-050469 | DRAFT LS on correction of default parameters of UL:384kbps PS RAB | NTT DoCoMo | 6.5 | | 09/05/2005 | Approved in R1-050551. |
| R1-050470 | 25.212CR217(Rel-6,F)&25.214CR385(Rel-6,F)"MBMS related corrections" | NEC | 6.4 | | 09/05/2005 | CR on TS25.212 was revised (concerns on change on fixed pos) in R1-050530. CR on TS25.214 on is conflicting with R1-050492. |
| R1-050471 | Clarification of UE procedure when reporting PRE | NEC | 6.4 | | 09/05/2005 | Noted |
| R1-050472 | S-CCPCH Power Offset Signalling for MBMS | Panasonic | 6.4 | | 09/05/2005 | Noted |
| R1-050473 | Measurements for downlink resource control in HSUPA | LG Electronics | 7.3 | | 10/05/2005 | Noted. Preferred approach is option 1 and it was decided to express this as RAN1 view in the LS (R1-050552), mention that error analysis is to be done in RAN1. |
| R1-050474 | Inter-cell synchronization of downlink transmission | LG Electronics | 13.2 | | 12/05/2005 | Noted |
| R1-050475 | PAPR comparison of uplink MA schemes | LG Electronics | 13.2 | | 12/05/2005 | Noted |
| R1-050476 | Evolved UTRA uplink scheduling and frequency reuse | Siemens | 13.2 | | 11/05/2005 | Noted |
| R1-050477 | Draft LS to RAN2 on the Introduction of Streaming RABs over HSDPA | Siemens, T-mobile | 5 | | 09/05/2005 | Approved in R1-050512. |
| R1-050478 | Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up: Removal of TX diversity closed loop mode 2 | Siemens | 6.3 | | 09/05/2005 | The CRs on TS25.211 were agreed. The CRs on TS25.214 was revised in R1-050523 |
| R1-050479 | Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.212& 25.214&25.215 on Feature Clean Up: Removal of Compressed mode by puncturing | Siemens | 6.3 | | 09/05/2005 | CRs on TS25.211, 25.214 and 25.215 was agreed. CRs on TS25.212 was revised in R1-050525. |

APLNDC-WH-A 0000011194

**3GPP TSG RAN WG1 Meeting #42**                                              **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050480 | Downlink Multiple Access Scheme for Evolved UTRA | SHRCWC | 13.2 | | 12/05/2005 | Noted |
| R1-050481 | Uplink Multiple Access Scheme for Evolved UTRA | SHRCWC | 13.2 | | 11/05/2005 | Noted |
| ~~R1-050482~~ | ~~Evaluation parameters for Evolved UTRA~~ | ~~SHRCWC~~ | ~~13.1~~ | | | Withdrawn |
| R1-050483 | Details of bit mapping for E-DCH retransmissions in compressed frames | Philips | 7.2 | | 10/05/2005 | Noted. There was no agreement on this document. |
| R1-050484 | Proposal for the Downlink Multiple Access Scheme for E-UTRA (Update) | Nortel | 13.2 | (R1-050267) | 12/05/2005 | Noted |
| R1-050485 | Proposal for the Uplink Multiple Access Scheme for E-UTRA (Update) | Nortel | 13.2 | (R1-050266) | 11/05/2005 | Noted |
| R1-050486 | Text proposal for the Technical report on the Downlink multiple access proposal | Nortel | 13.2 | | 12/05/2005 | Noted |
| R1-050487 | PAPR Issues and its reduction technique | Nortel | 13.2 | | 12/05/2005 | Noted |
| R1-050488 | Discussion of the link level interface for MIMO system level simulation | Nortel | 13.1 | | 11/05/2005 | Noted |
| R1-050489 | On gain factor quantization | Lucent Technologies | 7.1 | | 10/05/2005 | Noted |
| R1-050490 | ~~25.212CR219(Rel-6,F)"Re-ordering of the E-DPCCH bit mapping"~~ | ~~Lucent Technologies~~ | ~~7.2~~ | | | Withdrawn |
| R1-050491 | Set of CRs (Rel-5,C) and (Rel-6,C) on 25.211& 25.214 on Feature Clean Up: Removal of dedicated pilot as sole phase reference | Motorola | 6.3 | | 09/05/2005 | CRs on TS25.211 were agreed. The CRs on TS25.214 were revised on R1-050526. |
| R1-050492 | 25.214CR392(Rel-6,F)"Removal of MBMS Rake Combining" | Motorola | 6.4 | | 09/05/2005 | Revised in R1-050531. |
| R1-050493 | Draft CR 25.211(Rel-6,F)"Phase reference for MBMS soft combining while receiving DPCH" | Motorola | 6.4 | | 09/05/2005 | Revised in R1-050534. |
| R1-050494 | E-UTRA simulation setup considerations | TeliaSonera | 13.1 | | 11/05/2005 | Noted |
| R1-050495 | Way forward with RRM measurements | Nokia, NEC | 7.3 | | 10/05/2005 | Noted |
| R1-050496 | LS on verification of parameters for proposed HSDPA Streaming RABs in 34.108 (To: RAN1, RAN2) | WG RAN5 (Lucent) | 5 | | 09/05/2005 | Noted. Draft LS reply in R1-050513 |
| R1-050497 | Link level performance of SC-HSDPA beyond enhanced receiver type 2 | Qualcomm Europe | 13.2 | | 12/05/2005 | Noted |

APLNDC-WH-A 0000011195

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050498 | System level performance of MC-HSDPA with enhanced receiver and multiple Rx antennas - Full buffer | Qualcomm Europe | 13.2 | | 12/05/2005 | Noted |
| R1-050499 | System level performance of MC-HSDPA with enhanced receiver and multiple Rx antennas - Traffic models | Qualcomm Europe | 13.2 | | 12/05/2005 | Noted |
| R1-050500 | Uplink Capacity with Advanced Receivers and Multiple Rx Antennas | Qualcomm Europe | 13.2 | | 11/05/2005 | Noted |
| R1-050501 | System level performance of EUL with enhanced receiver and multiple Rx antennas - Full buffer | Qualcomm Europe | 13.2 | | 11/05/2005 | Noted |
| ~~R1-050502~~ | ~~Comment on measurements for EUDCH RRM~~ | ~~NEC~~ | ~~7.3~~ | | | Withdrawn |
| ~~R1-050503~~ | ~~Evaluation of Multiple Access for EUTRA~~ | ~~InterDigital~~ | ~~13.1~~ | | | Withdrawn |
| R1-050504 | Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213&25.214&25.215 on Feature Clean Up: Removal of CPCH | Motorola | 6.3 | | 09/05/2005 | CRs on TS.25.201 and 25.215 was agreed. CRs on TS25.211, 25.212, 25.213and 25.214 were revised in R1-050559. |
| R1-050505 | 25.212CR219(Rel-6,F)"Re-ordering of the E-DPCCH bit mapping" | Lucent Technologies | 7.2 | | 10/05/2005 | Agreed |
| R1-050506 | Comments on basic principles for the Evolved UTRA radio-access concept | Philips | 13.2 | | 12/05/2005 | Noted |
| R1-050507 | Soft Frequency Reuse Scheme for UTRAN LTE | Huawei | 13.2 | | 12/05/2005 | Noted |
| R1-050508 | 25.213CR074r1(Rel-6, F)"Power Offset values for E-DPDCH/E-DPCCH" | Samsung, Qualcomm | 7.2 | (R1-050305) | 10/05/2005 | Revised in R1-050537. |
| R1-050509 | Correction of Rate Matching Parameters for E-DCH | Siemens | 7.2 | (R1-050399) | 10/05/2005 | Noted. There was no agreement on this modification. |
| ~~R1-050510~~ | ~~Draft repley LS on R1-050378~~ | ~~Motorola~~ | ~~5~~ | | 09/05/2005 | Withdrawn |
| R1-050511 | **DRAFT** Response LS to ITU-R Ad Hoc | TIM | 5 | | 10/05/2005 | Approved in R1-050535 |
| R1-050512 | LS on the Introduction of Streaming RABs over HSDPA | WG RAN1 | 5 | | 09/05/2005 | Approved version |
| R1-050513 | **[DRAFT]** Reply LS on verification of parameters for proposed HSDPA Streaming RABs | Lucent Technologies | 5 | | 13/05/2005 | Approved I R1-050566 |

APLNDC-WH-A 0000011196

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------------|--------------------|
| R1-050514 | 25.224CR142r1(Rel4, F)CR143r1(Rel5, A)CR144r1(Rel6, A) "Clarification of UpPCH Sub-channel for 1.28 Mcps TDD " | ZTE, CCSA | 6.2 | (R1-050410) | 13/05/2005 | Revised in R1-050567 |
| R1-050515 | 25.221CR122r1(Rel4, F)CR123r1(Rel5, A)CR124r1(Rel6, A) "Correction to Transmission of SS for 1.28 Mcps TDD" | ZTE, CCSA | 6.2 | (R1-050411) | 13/05/2005 | Agreed |
| R1-050516 | 25.221CR127r1(Rel6, F) "Correction to the examples of the association of UL SS commands to UL uplink time slots" | ZTE, CCSA | 6.2 | (R1-050412) | 13/05/2005 | Agreed |
| R1-050517 | 25.221CR128r1(Rel4, F)CR129r1(Rel5, A)CR130r1(Rel6, A) "Correction to transmission of TPC for 1.28 Mcps TDD" | ZTE, CCSA | 6.2 | (R1-050413) | 13/05/2005 | Agreed |
| R1-050518 | 25.221CR133r1(Rel6, F) "Correction to the examples of the association of UL TPC commands to UL uplink time slot and CCTrCH pairs" | ZTE, CCSA | 6.2 | (R1-050414) | 13/05/2005 | Agreed |
| R1-050519 | 25.214CR363r3(Rel-6,F) on power control at the maximum power limit | Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe | 7.2 | (R1-050433) | 10/05/2005 | Revised in R1-050565. |
| R1-050520 | EUTRA Downlink Numerology and Frame Structure | Motorola | 13.2 | (R1-050396) | 12/05/2005 | Noted |
| R1-050521 | 25.214CR393(Rel-5, F)CR394(Rel-6,A)"HS-DPCCH trasmission on discarding HS-SCCH" | Philips, NEC | 6.4 | | 09/05/2005 | Revised in R1-050532 |
| R1-050522 | 25.212CR211r1(Rel-5,C)CR212r1(Rel-6,C)"Feature Clean-Up: Removal of 80 ms TTI for DCH for all other cases but when the UE supports SF512" | Nokia | 6.3 | (R1-050416) | 13/05/2005 | Agreed. |
| R1-050523 | Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.214 on Feature Clean Up: Removal of TX diversity closed loop mode 2 | Siemens | 6.3 | (R1-050478) | 13/05/2005 | Agreed |
| R1-050524 | Void | | | | 09/05/2005 | |

APLNDC-WH-A 0000011197

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050525 | Set of CRs (Rel-5,C) and (Rel-6,C) to 25.211&25.212& 25.214&25.215 on Feature Clean Up: Removal of Compressed mode by puncturing | Siemens | 6.3 | (R1-050479) | 13/05/2005 | Agreed |
| R1-050526 | 25.214CR390r1(Rel-5, C) CR391r1(Rel-6, C)on Feature Clean Up: Removal of dedicated pilot as sole phase reference | Motorola | 6.3 | (R1-050491) | 13/05/2005 | Agreed |
| ~~R1-050527~~ | ~~Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.214 on Feature Clean Up: Removal of CPCH~~ | ~~Motorola~~ | ~~6.3~~ | ~~(R1-050504)~~ | 09/05/2005 | Withdrawn |
| R1-050528 | 25.214CR382r1(Rel-6, F) "Compressed mode operation for Enhanced Uplink" | Siemens, Philips | 7.2 | (R1-050440) | 10/05/2005 | Agreed in principle, and revised in R1-050542. |
| R1-050529 | 25.214CR355r4(Rel6, B)"Fast L1 DCH synchronization" | Ericsson, Nokia | 6.4 | (R1-050445) | 13/05/2005 | Agreed |
| R1-050530 | 25.212CR217r1(Rel-6,F)"MBMS related corrections" | NEC | 6.4 | (R1-050470) | 13/05/2005 | Agreed |
| R1-050531 | 25.214CR392r1(Rel-6,F)"Removal of MBMS Rake Combining" | Motorola | 6.4 | (R1-050492) | 13/05/2005 | Agreed |
| R1-050532 | 25.214CR393r1(Rel-5, F)CR394r1(Rel-6,F)"HS-DPCCH trasmission on discarding HS-SCCH" | Philips, NEC | 6.4 | (R1-050521) | 13/05/2005 | Agreed |
| R1-050533 | On macro diversity for E-UTRA | Ericsson | 13.2 | (R1-050451) | 12/05/2005 | Noted |
| ~~R1-050534~~ | ~~Draft CR 25.211(Rel-6,F)"Phase reference for MBMS soft combining while receiving DPCH"~~ | ~~Motorola~~ | ~~6.4~~ | ~~(R1-050493)~~ | 09/05/2005 | This document was withdrawn because it was captured in R1-050545. |
| R1-050535 | Response LS to ITU-R Ad Hoc | Telecom ITALIA | 5 | | 10/05/2005 | Approved version |
| R1-050536 | 25.214CR381r1(Rel-6,F) on DPCCH gain factor with no DPDCH configured | Samsung, Ericsson, Siemens | 7.2 | (R1-050437) | 10/05/2005 | Agreed |
| R1-050537 | 25.213CR074r2(Rel-6, F)"Power Offset values for E-DPDCH/E-DPCCH" | Samsung, Qualcomm Europe, Lucent | 7.2 | (R1-050508) | 13/05/2005 | Agreed |
| R1-050538 | [DRAFT] LS on periodic transmission for EUL outer loop power control | NTT DoCoMo | 7.1 | | 13/05/2005 | Approved in R1-050569 with some revision |
| R1-050539 | Draft Reply LS on S-CCPCH power offset signalling for MBMS | Siemens | 5 | | 11/05/2005 | Revised in R1-050560 |

APLNDC-WH-A 0000011198

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050540 | 25.212CR204r2(Rel6, F)"E-DCH Corrections" | Siemens, Samsung, Qualcomm Europe | 7.2 | (R1-050398) | 13/05/2005 | Agreed |
| R1-050541 | 25.212CR205r1(Rel6, F)"Compressed Mode Operation for Enhanced Uplink" | Siemens, Ericsson, Nokia, Nortel, Philips, Qualcomm Europe | 7.2 | (R1-050400) | 13/05/2005 | Noted |
| R1-050542 | 25.214CR382r2(Rel-6, F) "Compressed mode operation for Enhanced Uplink" | Siemens, Philips | 7.2 | (R1-050528) | 13/05/2005 | Agreed |
| R1-050543 | Set of CR to 25.212 on coding for E-AGCH. | Samsung, Siemens | 7.2 | (R1-050436) | 13/05/2005 | Agreed |
| R1-050544 | 25.211CR210r1(Rel-6,F)"Clarification on EACGH transmission interval" | Qualcomm Europe | 7.2 | (R1-050425) | 13/05/2005 | Agreed |
| R1-050545 | 25.211CR211r1(Rel-6,F)"Clarification on phase reference for downlink channels" | Qualcomm Europe | 7.2 | (R1-050426) | 13/05/2005 | Revised in R1-050570 |
| R1-050546 | 25.211CR212r1(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | (R1-050427) | 13/05/2005 | Agreed |
| R1-050547 | 25.214CR380r1(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | (R1-050430) | 13/05/2005 | Revised in R1-050572 |
| R1-050548 | Set of CRs (Rel-5,C) and (Rel-6, C) to 25.211&25.212&25.213&25.214 on Feature Clean Up: Removal of DSCH (FDD mode) | LG Electronics | 6.3 | (R1-050389) | 13/05/2005 | Agreed |
| R1-050549 | 25.213CR075r3(Rel-6,F) on support of different HARQ profiles | Samsung, LG Electronics, Philips | 7.2 | (R1-050431) | 13/05/2005 | Agreed |
| R1-050550 | 25.214CR372r4(Rel-6,F) on support of different HARQ profiles | Samsung, LG Electronics, Philips | 7.2 | (R1-050432) | 13/05/2005 | Agreed |
| R1-050551 | LS on correction of default parameters of UL:384kbps PS RAB | WG RAN1 | 6.5 | | 09/05/2005 | Approved version |
| R1-050552 | **Draft** LS on E-DCH RRM measurements | Ericsson | 7.3 | | 11/05/2005 | Approved in R1-050557 |
| ~~R1-050553~~ | ~~Draft LS on Introduction of PLCCH for 1.28Mcps TDD~~ | ~~UTStarcom and IPWireless~~ | ~~10~~ | | 09/05/2005 | Withdrawn |
| R1-050554 | TR25.809 v0.2.0 | IPWireless | 12 | | | Approved version |
| R1-050555 | TR25.202 v0.1.0 | IPWireless | 12 | | | Approved version |

APLNDC-WH-A  0000011199

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

**R1-050995**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|---|---|---|---|---|---|---|
| R1-050556 | Spreading factors and burst types for 7.68Mcps TDD option | IPWireless | 12 | (R1-050456) | 13/05/2005 | Agreed the inclusion into TR. |
| R1-050557 | LS on E-DCH RRM measurements | WG RAN1 | 7.3 | (R1-050552) | 11/05/2005 | Approved version |
| R1-050558 | System Assumptions and Evaluation for EUTRA | Motorola, Nokia, Samsung | 13.1 | (R1-050443) | 12/05/2005 | Endorsed. |
| R1-050559 | Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213&25.214&25.215 on Feature Clean Up: Removal of CPCH | Motorola | 6.3 | (R1-050504) | 13/05/2005 | CR of 24.213 Rel6 was revised in R1-050568 |
| R1-050560 | Draft Reply LS on S-CCPCH power offset signalling for MBMS | Siemens, Motorola | 5 | (R1-050539) | 11/05/2005 | Approved in R1-050561 |
| R1-050561 | Reply LS on S-CCPCH power offset signalling for MBMS | WG RAN1 | 5 | | 11/05/2005 | Approved version |
| R1-050562 | [DRAFT] Reply LS on Outer-loop TPC behaviour in 0 bit TB reception for A-DPCH | NTT DoCoMo | 6.5 | | 12/05/2005 | Approved in R1-050563 with some modification |
| R1-050563 | Reply LS on Outer-loop TPC behaviour in 0 bit TB reception for A-DPCH | WG RAN1 | 6.5 | | 13/05/2005 | Approved version |
| R1-050564 | LS on Radio link failure criteria on Fractional DPCH (To:RAN2, Cc:RAN1,RAN4) | WG RAN3 | 5 | | 13/05/2005 | Noted. |
| R1-050565 | 25.214CR363r4(Rel-6,F) on power control at the maximum power limit | Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm Europe | 7.2 | (R1-050519) | 13/05/2005 | Agreed on the RAN1 reflector at 20th of May |
| R1-050566 | Reply LS on verification of parameters for proposed HSDPA Streaming RABs in 34.108 | WG RAN1 | 5 | | 13/05/2005 | Approved version |
| R1-050567 | 25.224CR144r2(Rel6, F) "Clarification of UpPCH Sub-channel for 1.28 Mcps TDD " | ZTE/CCSA | 6.2 | (R1-050514) | 13/05/2005 | Agreed. |
| R1-050568 | Set of CRs (Rel-5,C) and (Rel-6, C) to 25.201&25.211&25.212&25.213&25.214&25.215 on Feature Clean Up: Removal of CPCH | Motorola | 6.3 | (R1-050559) | 13/05/2005 | Agreed |
| R1-050569 | LS on periodic transmission for EUL outer loop power control | WG RAN1 | 7.1 | | 13/05/2005 | Approved version |

APLNDC-WH-A 0000011200

**3GPP TSG RAN WG1 Meeting #42**                                                    **R1-050995**
**London, UK, 29 August – 2 September, 2005**

| NUMBER | TITLE | SOURCE | AGENDA ITEM | REVISED BY (From) | Treated Date (CET) | Conclusion/decision |
|--------|-------|--------|-------------|-------------------|--------------------|--------------------|
| R1-050570 | 25.211CR211r2(Rel-6,F)"Clarification on phase reference for downlink channels" | Qualcomm Europe | 7.2 | (R1-050545) | | Agreed on the RAN1 reflector at 23rd of May |
| R1-050571 | Draft LS on Introduction of PLCCH for 1.28Mcps TDD | UTStarcom and IPWireless | 10 | | 13/05/2005 | Approved in R1-050573. |
| R1-050572 | 25.214CR380r2(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | (R1-050547) | | Revised in R1-050576 |
| R1-050573 | LS on Introduction of PLCCH for 1.28Mcps TDD | WG RAN1 | 10 | | 13/05/2005 | Approved version |
| R1-050574 | Approved report from RAN1#40bis | RAN1 Secretary | 3 | | | Approved version |
| R1-050575 | 25.214CR378r1(Rel-6,F)"F-DPCH Downlink Power Control Behaviour in SHO" | Nokia | 6.4 | (R1-050419) | | Agreed on the RAN1 reflector after the meeting |
| R1-050576 | 25.214CR380r3(Rel-6,F)"Clarification on E-DCH timing" | Qualcomm Europe | 7.2 | (R1-050572) | | Agreed on the RAN1 reflector after the meeting |

APLNDC-WH-A 0000011201

**3GPP TSG RAN WG1 Meeting #42**
**London, UK, 29 August – 2 September, 2005**

# Annex F:   List of actions

- Regarding 25.214CR378(Rel-6,F)"F-DPCH Downlink Power Control Behaviour in SHO"(R1-050419), continue discussion via email reflector until RAN plenary with target to reach agreement.
- Regarding 25.211CR211r1(Rel-6,F)"Clarification on phase reference for downlink channels", Agreement via e-mail reflector by Friday 20th 6pm CET. Revision Tdoc number is R1-050570.

- Regarding 25.214CR380r1(Rel-6,F)"Clarification on E-DCH timing", Agreement via e-mail reflector by 20th May 6:00 CET. Discussion on update and on relaxing UE timing for non-serving cell E-RGCH in R1-050572.

- Regarding 25.214CR363r4(Rel-6,F) on power control at the maximum power limit (R1-050565), Agreement via e-mail reflector by Friday 20th 6pm CET

APLNDC-WH-A 0000011202