# Mueller Exhibit 43

| | |
|---|---|
| **View:** | Next in topic | Previous in topic |
| | Next by same author | Previous by same author |
| | Previous page *(May 2005)* | Back to main 3GPP_TSG_RAN_WG1 page |
| | Join or leave 3GPP_TSG_RAN_WG1 |
| | Reply | Post a new message |
| | Search |
| | Log in |
| **Options:** | Chronologically | Most recent first |
| | Proportional font | Non-proportional font |

```
Date:          Tue, 3 May 2005 00:43:48 +0900
Reply-To:      Juho Lee <[log in to unmask]>
From:          Juho Lee <[log in to unmask]>
Subject:       Set of E-DCH CRs for R1#41
Content-type:  multipart/mixed;
```

[multipart/alternative]

---

Dear all,

Attached please find a set of E-DCH CRs for next week R1#41 meeting, which I expect will be discussed under agenda item 7.2.

R1-050431 25.213CR075r2(Rel-6,F) on support of different HARQ profiles (Samsung, LGE, Philips)
R1-050432 25.214CR372r3(Rel-6,F) on support of different HARQ profiles (Samsung, LGE, Philips)
R1-050433 25.214CR363r2(Rel-6,F) on power control at the maximum power limit (Samsung, NEC, Nokia, Panasonic, Philips, Qualcomm)
R1-050434 25.212CR216(Rel-6,F) on determination of SF and number of PhCHs considering SF2 (Samsung)
R1-050436 Set of draft CRs on Coding for E-AGCH (Samsung, Siemens)
R1-050437 25.214CR381(Rel-6,F) on DPCCH gain factor with no DPDCH configured (Samsung, Ericsson)

Best Regards,
Juho
------------------------------------
Juho LEE, Ph. D.

Senior Engineer
Global Standards and Research Team
Telecommunication R&D Center
Samsung Electronics Co., Korea
E-mail: [log in to unmask]
Tel/Fax: +82-31-279-5115/5130
------------------------------------

---

[text/html]


R1-050432.zip [application/x-zip-compressed]


R1-050431.zip [application/x-zip-compressed]


R1-050434.zip [application/x-zip-compressed]


R1-050436.zip [application/x-zip-compressed]


R1-050437.zip [application/x-zip-compressed]

APLNDC-WH-A 0000010855

R1-050433.zip [application/x-zip-compressed]

Back to: Top of message | Previous page | Main 3GPP_TSG_RAN_WG1 page

LIST.ETSI.ORG