# Mueller Exhibit 44

| | |
|---|---|
| **View:** | Next in topic | Previous in topic |
| | Next by same author | Previous by same author |
| | Previous page *(May 2005)* | Back to main 3GPP_TSG_RAN_WG1 page |
| | Join or leave 3GPP_TSG_RAN_WG1 |
| | Reply | Post a new message |
| | Search |
| | Log in |
| **Options:** | Chronologically | Most recent first |
| | Proportional font | Non-proportional font |

```
Date:         Fri, 20 May 2005 19:08:44 +0200
Reply-To:     "Dirk Gerstenberger (KI/EAB)" <[log in to unmask]>
From:         "Dirk Gerstenberger (KI/EAB)" <[log in to unmask]>
Subject:      Confirmation of approval of CR 25.214-363 (Tdoc R1-050565)
Content-Type: text/plain; charset="iso-8859-1"


Dear all,

at the Athens meeting, we agreed Tdoc 565 conditionally that no concerns would be raised over the
reflector by 20/5 6pm CET.
As this is the case by now, we condider the CR in Tdoc 565 agreed by RAN1.

BR
Dirk

Dirk Gerstenberger
UTRAN System Management - Radio Interface
Business Unit Access

Ericsson  AB
KI/EAB/PDT/N
Torshamnsgatan 26A, Kista    Office:    +46 8 585 33901
164 80 Stockholm, Sweden     Mobile:    +46 70 267 0175
                      email: [log in to unmask]
```

Back to: Top of message | Previous page | Main 3GPP_TSG_RAN_WG1 page

**LIST.ETSI.ORG**