# Mueller Exhibit 45



# 3GPP Specification detail

Go to spec numbering scheme page
Back to series index

**3GPP TS 25.214**  (click spec number to see fileserver directory for this spec)
**Physical layer procedures (FDD)**

.

TSG / WG responsible: **R1**  (click TSG/WG to see its home page)

Work item which gave rise to this spec:  **-**  (click WI code to see Work Item details in the Work Plan)

Work items which may have impacted this spec:  **click here**

Rapporteur: **BOUMENDIL, Sarah**

Specification required for: UTRAN-based systems

In the table below ...

... click meeting number for meeting details;

... click spec version number to download that version;

... click SDO publication reference to download SDO transposed document.

| Release | Freeze meeting | Freeze date | :: | remarks | SDO publications |
|---|---|---|---|---|---|
| R99 | SP-05 | 1999-10-13 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-03 | 1.0.0 | 1999-04-23 |  | - |
|  | RP-05 | 3.0.0 | 1999-10-13 |  | - |
|  | RP-06 | 3.1.0 | 1999-12-12 |  | - |
|  | RP-07 | 3.2.0 | 2000-03-15 |  | RTS/TSGR-0125214UR1 |
|  | RP-08 | 3.3.0 | 2000-06-23 |  | RTS/TSGR-0125214UR2 |
|  | RP-09 | 3.4.0 | 2000-10-18 |  | RTS/TSGR-0125214UR3 |
|  | RP-10 | 3.5.0 | 2000-12-22 |  | RTS/TSGR-0125214UR4 |
|  | RP-11 | 3.6.0 | 2001-04-05 |  | RTS/TSGR-0125214UR5 |
|  | RP-12 | 3.7.0 | 2001-06-28 |  | RTS/TSGR-0125214UR6 |
|  | RP-13 | 3.8.0 | 2001-10-08 |  | RTS/TSGR-0125214UR7 |
|  | RP-14 | 3.9.0 | 2002-01-09 |  | RTS/TSGR-0125214UR8 |
|  | RP-15 | 3.10.0 | 2002-03-29 |  | RTS/TSGR-0125214UR9 |
|  | RP-17 | 3.11.0 | 2002-09-27 |  | RTS/TSGR-0125214v3b0 |
|  | RP-19 | 3.12.0 | 2003-04-04 |  | RTS/TSGR-0125214v3c0 |
| Rel-4 | SP-11 | 2001-03-22 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-11 | 4.0.0 | 2001-04-05 |  | RTS/TSGR-0125214Uv4 |
|  | RP-12 | 4.1.0 | 2001-06-28 |  | RTS/TSGR-0125214Uv4R1 |
|  | RP-13 | 4.2.0 | 2001-10-08 |  | RTS/TSGR-0125214Uv4R2 |
|  | RP-14 | 4.3.0 | 2002-01-09 |  | RTS/TSGR-0125214Uv4R3 |
|  | RP-15 | 4.4.0 | 2002-03-29 |  | RTS/TSGR-0125214Uv4R4 |
|  | RP-17 | 4.5.0 | 2002-09-27 |  | RTS/TSGR-0125214v450 |
|  | RP-19 | 4.6.0 | 2003-04-04 |  | RTS/TSGR-0125214v460 |
| Rel-5 | RP-15 | 2002-03-08 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-15 | 5.0.0 | 2002-03-29 |  | RTS/TSGR-0125214Uv5 |
|  | RP-16 | 5.1.0 | 2002-06-28 |  | RTS/TSGR-0125214v510 |
|  | RP-17 | 5.2.0 | 2002-09-27 |  | RTS/TSGR-0125214v520 |

| | event | version | available | remarks | click ref to download |
|---|---|---|---|---|---|
| | RP-18 | 5.3.0 | 2003-01-07 | | RTS/TSGR-0125214v530 |
| | RP-19 | 5.4.0 | 2003-04-04 | | RTS/TSGR-0125214v540 |
| | RP-20 | 5.5.0 | 2003-06-27 | | RTS/TSGR-0125214v550 |
| | RP-21 | 5.6.0 | 2003-09-29 | | RTS/TSGR-0125214v560 |
| | RP-22 | 5.7.0 | 2004-01-14 | | RTS/TSGR-0125214v570 |
| | RP-23 | 5.8.0 | 2004-04-02 | | RTS/TSGR-0125214v580 |
| | RP-24 | 5.9.0 | 2004-06-18 | | RTS/TSGR-0125214v590 |
| | RP-26 | 5.10.0 | 2005-01-05 | | RTS/TSGR-0125214v5a0 |
| | RP-28 | 5.11.0 | 2005-06-21 | | RTS/TSGR-0125214v5b0 |
| Rel-6 | RP-26 | 2004-12-10 | :: | created for M.1457 update . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-22 | 6.0.0 | 2004-01-14 | Required for update of ITU-R M.1457 | RTS/TSGR-0125214v600 |
| | RP-23 | 6.1.0 | 2004-04-02 | | RTS/TSGR-0125214v610 |
| | RP-24 | 6.2.0 | 2004-06-18 | | RTS/TSGR-0125214v620 |
| | RP-25 | 6.3.0 | 2004-09-28 | | RTS/TSGR-0125214v630 |
| | RP-26 | 6.4.0 | 2005-01-05 | | RTS/TSGR-0125214v640 |
| | RP-27 | 6.5.0 | 2005-03-29 | | RTS/TSGR-0125214v650 |
| | RP-28 | 6.6.0 | 2005-06-21 | | RTS/TSGR-0125214v660 |
| | RP-29 | 6.7.0 | 2005-09-29 | | - |
| | RP-30 | 6.7.1 | 2005-12-15 | Minor edito to a header. | RTS/TSGR-0125214v671 |
| | RP-31 | 6.8.0 | 2006-03-22 | | RTS/TSGR-0125214v680 |
| | RP-32 | 6.9.0 | 2006-06-15 | | RTS/TSGR-0125214v690 |
| | RP-33 | 6.10.0 | 2006-10-13 | | RTS/TSGR-0125214v6a0 |
| | RP-34 | 6.11.0 | 2006-12-14 | | RTS/TSGR-0125214v6b0 |
| Rel-7 | RP-35 | 2007-03-09 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-31 | 7.0.0 | 2006-03-22 | | RTS/TSGR-0125214v700 |
| | RP-32 | 7.1.0 | 2006-06-15 | | RTS/TSGR-0125214v710 |
| | RP-33 | 7.2.0 | 2006-10-13 | | RTS/TSGR-0125214v720 |
| | RP-34 | 7.3.0 | 2006-12-14 | | RTS/TSGR-0125214v730 |
| | RP-35 | 7.4.0 | 2007-03-22 | | RTS/TSGR-0125214v740 |
| | RP-36 | 7.5.0 | 2007-06-21 | | RTS/TSGR-0125214v750 |
| | RP-37 | 7.6.0 | 2007-09-26 | | RTS/TSGR-0125214v760 |
| | RP-38 | 7.7.0 | 2007-12-11 | | RTS/TSGR-0125214v770 |
| | RP-39 | 7.8.0 | 2008-03-20 | | RTS/TSGR-0125214v780 |
| | RP-40 | 7.9.0 | 2008-06-18 | | RTS/TSGR-0125214v790 |
| | RP-42 | 7.10.0 | 2008-12-18 | | RTS/TSGR-0125214v7a0 |
| | RP-43 | 7.11.0 | 2009-03-17 | | RTS/TSGR-0125214v7b0 |
| | RP-44 | 7.12.0 | 2009-06-08 | | RTS/TSGR-0125214v7c0 |
| | RP-45 | 7.13.0 | 2009-09-29 | | RTS/TSGR-0125214v7d0 |
| | RP-46 | 7.14.0 | 2009-12-16 | | RTS/TSGR-0125214v7e0 |
| | RP-47 | 7.15.0 | 2010-03-30 | | RTS/TSGR-0125214v7f0 |
| | RP-49 | 7.16.0 | 2010-10-03 | | RTS/TSGR-0125214v7g0 |
| | RP-50 | 7.17.0 | 2010-12-22 | | RTS/TSGR-0125214v7h0 |
| Rel-8 | SP-42 | 2008-12-11 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-38 | 8.0.0 | 2007-12-11 | | - |
| | RP-39 | 8.1.0 | 2008-03-20 | | - |
| | RP-40 | 8.2.0 | 2008-06-18 | | RTS/TSGR-0125214v820 |
| | RP-41 | 8.3.0 | 2008-09-24 | | RTS/TSGR-0125214v830 |
| | RP-42 | 8.4.0 | 2008-12-18 | | RTS/TSGR-0125214v840 |
| | RP-43 | 8.5.0 | 2009-03-17 | | RTS/TSGR-0125214v850 |
| | RP-44 | 8.6.0 | 2009-06-08 | | RTS/TSGR-0125214v860 |
| | RP-45 | 8.7.0 | 2009-09-29 | | RTS/TSGR-0125214v870 |
| | RP-46 | 8.8.0 | 2009-12-16 | | RTS/TSGR-0125214v880 |
| | RP-47 | 8.9.0 | 2010-03-30 | | RTS/TSGR-0125214v890 |
| | RP-49 | 8.10.0 | 2010-10-03 | | RTS/TSGR-0125214v8a0 |
| | RP-50 | 8.11.0 | 2010-12-22 | | RTS/TSGR-0125214v8b0 |
| | RP-53 | 8.12.0 | 2011-09-27 | | RTS/TSGR-0125214v8c0 |
| Rel-9 | SP-46 | 2009-12-10 | :: | . | ETSI |
| | event | version | available | remarks | click ref to download |
| | RP-45 | 9.0.0 | 2009-09-29 | | - |

|  | RP-46 | 9.1.0 | 2009-12-16 |  | RTS/TSGR-0125214v910 |
|---|---|---|---|---|---|
|  | RP-47 | 9.2.0 | 2010-03-30 |  | RTS/TSGR-0125214v920 |
|  | RP-49 | 9.3.0 | 2010-10-03 |  | RTS/TSGR-0125214v930 |
|  | RP-50 | 9.4.0 | 2010-12-22 |  | RTS/TSGR-0125214v940 |
|  | RP-51 | 9.5.0 | 2011-03-30 |  | RTS/TSGR-0125214v950 |
|  | RP-52 | 9.6.0 | 2011-06-22 |  | RTS/TSGR-0125214v960 |
|  | RP-53 | 9.7.0 | 2011-09-27 |  | RTS/TSGR-0125214v970 |
| **Rel-10** | SP-51 | 2011-03-23 | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-49 | 10.0.0 | 2010-10-03 |  | - |
|  | RP-50 | 10.1.0 | 2010-12-22 |  | - |
|  | RP-51 | 10.2.0 | 2011-03-30 |  | RTS/TSGR-0125214va20 |
|  | RP-52 | 10.3.0 | 2011-06-22 |  | RTS/TSGR-0125214va30 |
|  | RP-53 | 10.4.0 | 2011-09-27 |  | RTS/TSGR-0125214va40 |
|  | RP-54 | 10.5.0 | 2011-12-22 |  | RTS/TSGR-0125214va50 |
| **Rel-11** | - |  | :: | . | ETSI |
|  | event | version | available | remarks | click ref to download |
|  | RP-54 | 11.0.0 | 2011-12-22 |  | - |

**Change Requests for this spec:** click here.

**Genealogy of this spec:**

| antecedent(s) | this spec | descendant(s) |
|---|---|---|
| (no antecedents) | 25.214 | (no descendants) |

page generated from database: 2012-01-18 14:14:41