# Mueller Exhibit 47
# FILED UNDER SEAL