# Mueller Exhibit 48
# FILED UNDER SEAL