# Mueller Exhibit 60

# EXHIBIT F

## SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,362,867

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 25. An apparatus for generating scrambling codes in mobile communication system having a scrambling code generator, comprising: | Apple's 3G Products[1] contain an apparatus for generating scrambling codes in a mobile communications system having a scrambling code generator.<br><br>For example, Apple's 3G Products contain a baseband processor that generates scrambling codes used to transmit data in accordance with 3GPP Release 6 protocol.<br><br>*See* iPhone 3 Technical Specifications, http://support.apple.com/kb/sp495 ("Figure 1" shows Apple's description that the iPhone 3 is a Universal Mobile Telecommunications System ("UMTS") compliant device); iPhone 3G Teardown, http://www.ifixit.com/Teardown/iPhone-3G-Teardown/600/3 (stating the iPhone 3 contains an Infineon BGA736 (Tri-Band HSDPA LNA) baseband processor); *see also* iPhone 3GS Technical Specifications, http://www.apple.com/iphone/iphone-3gs/specs.html ("Figure 2" shows Apple's description that the iPhone 3GS is a UMTS compliant device); Apple's iPhone 3GS Costs $178.96 to Manufacture, http://www.cellular-news.com/story/38186.php ("Infineon has held onto this critical [component of the iPhone 3GS] with its PMB8878 [X-GOLD 608] baseband chip . . . ."); *see also* iPad 3G Technical Specifications, http://support.apple.com/kb/SP580 ("Figure 3" shows Apple's description that the iPad 3G is a UMTS compliant device); iPad 3G Teardown, http://www.ifixit.com/Teardown/iPad-3G-Teardown/2374/2 (stating the iPad 3G contains an Infineon 337S3754 PMB 8878 X-Gold 608 baseband IC 5Y06115 processor); *see also* iPhone 4 Technical Specifications, http://www.apple.com/iphone/specs.html ("Figure 4" shows Apple's description that the iPhone 4 "GSM Model" is a UMTS compliant device); iPhone 4 Teardown, http://www.tgdaily.com/hardware-features/50344-the-real-iphone-4-teardown (stating the iPhone 4 contains an Infineon X-GOLD 61x Baseband Processor); *see also* iPad 2 Technical Specifications, http://www.apple.com/ipad/specs/ ("Figure 5" shows Apple's description that the iPad 2 3G "Wi-Fi +3G model" is a UMTS compliant device); iPad 2 |

---

[1] "Apple's 3G Products" include iPhone 3G, iPhone 3GS, iPhone4, iPad 3G, iPad2 3G and any other products compliant with 3GPP UMTS standard.

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Teardown, http://www.ifixit.com/Teardown/iPad-2-3G-GSM-CDMA-Teardown/5127/1 (stating the iPad 2 contains an Infineon 337S3833 (X-GOLD 61x) Baseband Processor); *see also* Definition of UMTS, http://www.3gpp.org/article/umts (describing UMTS as a third generation ("3G") wireless technology that uses a wideband CDMA ("WCDMA") radio interface, the standards of which are created and governed by the Third Generation Partnership Project ("3GPP"); *see also* 3GPP TS 25.213 v5.0.0 at 28 (noting the inclusion of HDSPA into the 3GPP standard); *see also* X-GOLD 608 Technical Specification, http://www.infineon.com/dgdl/X-GOLD608-PMB8878+PB.pdf?folderId=db3a304312fcb1bc0113000c158f0004&fileId=db3a30431be39b97011c09549f077a1a ("Figure 6" shows Infineon's assertion that the X-GOLD 608 Processor uses HSDPA); *see also* X-GOLD 616 Technical Specification, http://www.infineon.com/dgdl/X-GOLD+616.pdf?folderId=db3a304312fcb1bc0113000c158f0004&fileId=db3a30431ed1d7b2011f5bee88ef75eb ("Figure 7" shows Infineon's assertion that the X-GOLD 61x Baseband Processor is compatible with 3GPP Release 6 protocols).<br><br>Figure 1 – iPhone 3 Technical Specifications<br><br>**Cellular and wireless**<br>- UMTS/HSDPA (850, 1900, 2100 MHz)<br>- GSM/EDGE (850, 900, 1800, 1900 MHz)<br>- Wi-Fi (802.11b/g)<br>- Bluetooth 2.0 + EDR |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 2 – iPhone 3GS Technical Specifications<br><br>0.48 inch / 12.3 mm<br>2.4 inches / 62.1 mm<br>4.5 inches / 115.5 mm<br><br>**Cellular and wireless**<br>- UMTS/HSDPA (850, 1900, 2100 MHz)<br>- GSM/EDGE (850, 900, 1800, 1900 MHz)<br>- 802.11b/g Wi-Fi<br>- Bluetooth 2.1 + EDR wireless technology |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 3 – iPad 3G Technical Specifications<br><br>**Wi-Fi + 3G model**<br>- UMTS/HSDPA (850, 1900, 2100 MHz)<br>- GSM/EDGE (850, 900, 1800, 1900 MHz)<br>- Data only[2]<br>- Wi-Fi (802.11a/b/g/n)<br>- Bluetooth 2.1 + EDR technology<br><br>Figure 4 – iPhone 4 Technical Specifications<br><br>0.37 inch / 9.3 mm    2.31 inches / 58.6 mm<br>4.5 inches / 115.2 mm<br><br>**Cellular and wireless**<br>- GSM model: UMTS/HSDPA/HSUPA (850, 900, 1900, 2100 MHz); GSM/EDGE (850, 900, 1800, 1900 MHz)<br>- CDMA model: CDMA EV-DO Rev. A (800, 1900 MHz)<br>- 802.11b/g/n Wi-Fi (802.11n 2.4GHz only)<br>- Bluetooth 2.1 + EDR wireless technology |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 5 – iPad 2 Technical Specifications |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 6 – Product Brief of Infineon X-GOLD 608 Processor  **Key Modem Features**  - HSDPA - category 8 (7.2Mbit/s)  – Implementation of fractional chip rate equalizer  – Configurable to lower categories / data rates  – Option to switch off HSDPA to save power  - WCDMA  – 384kbit/s class for uplink and downlink  – 640kbit/s peak data rates for uplink and downlink independently  Figure 7 – Product Brief of Infineon X-GOLD 616 Processor  **Platform Features**  - Modem Area < 7cm$^2$; ~100 components  - Standby current  – 2G: 0.9mA  – 3G: 1.1mA  - 3GPP Release 6 Protocol stack  - HSDPA cat 8, HSUPA cat 6  - 3 band HSPA, quad band EDGE  - Optional up to 5 band HSPA possible  - A-GPS interfacing |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| a first m-sequence generator to generate a first m-sequence; | Apple's 3G Products contain a first m-sequence generator to generate a first m-sequence.<br><br>For example, Apple's 3G Products contain a UMTS/WCDMA compliant baseband processor for processing the UMTS ("3G") signals, compliant with 3GPP protocols that generates two binary *m*-sequences by means of two generator polynomials of degree 18. The first m-sequence, referred to as the "*x* sequence" is constructed using the primitive (over GF(2)) polynomial $1+ X^7+X^{18}$.<br><br>*See* iPhone 3G Teardown ("Figure 8" shows a breakdown of the iPhone 3G components including an Infineon BGA736 (Tri-Band HSDPA LNA) Processor); *see also* iPhone 3GS Teardown ("Figure 9" shows a breakdown of the iPhone 3GS components including the Infineon PMB 8878 X-GOLD Baseband Processor); iPad 3G Teardown ("Figure 10" shows a breakdown of one set of components on the iPad 3 3G Model including the Infineon 337S3754 PMB 8878 X-GOLD Baseband Processor); *see also* iPhone 4 Teardown ("Figure 8" shows a breakdown of the components located on the rear of the iPhone 4 including the Infineon X-GOLD Baseband Processor); iPad 2 Teardown ("Figure 5" shows a breakdown of one set of components on the iPad 2 Wi-Fi +3G Model including the Infineon 337S3833 Baseband Processor); *see also* Figure 3 (describing the Infineon X-GOLD Baseband Processor as 3GPP Release 6 Protocol compliant); *see also* BGA736 Data Sheet; *see also* X-GOLD 608 Product Brief; *see also* X-GOLD 616 Technical Specification; *see also* 3GPP TS 25.213 v5.0.0 at 22, §5.2.2 "Scrambling code" ("Each of the two real sequences are constructed as the position wise modulo 2 sum of 38400 chip segments of two binary *m*-sequences generated by means of two generator polynomials of degree 18.  The resulting sequences thus constitute segments of a set of Gold sequences . . . Let *x* and *y* be the two sequences respectively.  The *x* sequence is constructed using the primitive (over GF(2)) polynomial $1+ X^7+X^{18}$."); *see also* 3GPP TS 25.213 v6.0.0 at 22. |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 8 – iPhone 3G Components |
| | Figure 9 – iPhone 3GS Components |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 10 – iPad 3G Components  Figure 11 – iPhone 4 Components |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 12 – iPad 2 Wi-Fi +3G Components |
| a second m-sequence generator to generate a first m-sequence; and | Apple's 3G Products contain a second m-sequence generator to generate a first m-sequence.<br><br>For example, Apple's 3G Products construct the second m-sequence, referred to as the "*y* sequence," using the primitive (over GF(2)) polynomial $1+X^5+X^7+X^{10}+X^{18}$.<br><br>*See* 3GPP TS 25.213 v5.0.0 at 22, §5.2.2 "Scrambling code" ("Each of the two real sequences are constructed as the position wise modulo 2 sum of 38400 chip segments of two binary *m*-sequences generated by means of two generator polynomials of degree 18. The resulting sequences thus constitute segments of a set of Gold sequences . . . Let *x* and *y* be the two sequences respectively . . . The *y* sequence is constructed using the polynomial $1+X^5+X^7+X^{10}+X^{18}$."); *see also* 3GPP TS 25.213 v6.0.0 at 22. |
| at least one adder for generating a ((K-1)*M+K)$^{th}$ Gold code as a K$^{th}$ primary scrambling code by adding a (((K-1)*M+K)-1)-times shifted first m- | Apple's 3G Products contain at least one adder for generating a ((K-1)*M+K)$^{th}$ Gold code as a K$^{th}$ primary scrambling code by adding a (((K-1)*M+K)-1)-times shifted first m-sequence and the second m-sequence, wherein K is a natural number and M is a total number of secondary scrambling codes per one primary scrambling code. |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| sequence and the second m-sequence, wherein K is a natural number and M is a total number of secondary scrambling codes per one primary scrambling code. | For example, Apple's 3G Products divide scrambling codes into 512 sets, each having one primary scrambling code and 15 secondary scrambling codes. As a result, K = [1 through 512] and M = 15. Apple's 3G Products add an "n" shifted first m-sequence with a second m-sequence to produce an n:th Gold code $z_n(i)$.<br><br>Example No. 1:<br><br>The primary scrambling codes consists of the scrambling codes n=16*i, where i = 0, 1, 2…511.<br><br>For K=1, the first primary code is the 1st Gold code. This is calculated by substituting K=1 and M=15 into the equation (K-1)*M+K. As a result, the first primary code is the (1-1)*15+1= 1st Gold code. For K=1, n=0 because i[1] = 0 and n=16*i.<br><br>The first Gold code is composed of a ((K-1)*M+K)-1 shifted first m-sequence and second m-sequence. The value of the shift for K=1 is ((1-1)*15+1)-1 = 0. For Gold code $z_n(i) = x((i+n) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$, where i=0,…, $2^{18}$-2, $z_0(i)=x((i) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$.<br><br>Example No. 2:<br><br>For K=2, the second primary code is the 17th Gold code. This is calculated by substituting K=2 and M=15 into the equation (K-1)*M+K. As a result, the second primary code is the (2-1)*15+2= 17th Gold code. For K=2, n=16 because i[2] = 1 and n=16*i.<br><br>The 17th Gold code is composed of a ((K-1)*M+K)-1 shifted first m-sequence and second m-sequence. The value of the shift for K=2 is ((2-1)*15+2)-1 = 16. For Gold code $z_n(i) =$ |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | $x((i+n) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$, where $i=0,\ldots, 2^{18}-2$, $z_{16}(i)=x((i+16) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$.<br><br>Example No. 3:<br><br>For K=3, the third primary code is the 33rd Gold code. This is calculated by substituting K=3 and M=15 into the equation (K-1)*M+K. As a result, the third primary code is the (3-1)*15+3= 33rd Gold code. For K=3, n=32 because i[3] = 2 and n=16*i.<br><br>The 33rd Gold code is composed of a ((K-1)*M+K)-1 shifted first m-sequence and second m-sequence. The value of the shift for K=3 is ((3-1)*15+3)-1 = 32. For Gold code $z_n(i) = x((i+n) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$, where $i=0,\ldots, 2^{18}-2$, $z_{32}(i)=x((i+32) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2$.<br><br>*See* 3GPP TS 25.213 v5.0.0 at 22, § 5.2.2 "Scrambling code," (describing the n:th Gold code sequence "$z_n$, $n= 0,1,2,\ldots,2^{18}-2$," as defined as "$z_n(i) = x((i+n) \text{ modulo } (2^{18} - 1)) + y(i) \text{ modulo } 2, i=0,\ldots, 2^{18}-2$" where "n= 16*i where i=0…511."); *see also id.* at 22 ("A total of $2^{18}-1$ = 262,143 scrambling codes, numbered 0 . . . 262,142 can be generated. However not all the scrambling codes are used. The scrambling codes are divided into 512 sets each of a primary scrambling code and 15 secondary scrambling codes."); *see also* 3GPP TS 25.213 v6.0.0. |
| 26. The apparatus of claim 25, wherein the secondary scrambling codes of the K$^{th}$ primary scrambling codes are the $((K-1)*M+K+1)^{th}$ through $(K*M+K)^{th}$ Gold codes. | Apple's 3G Products contain secondary scrambling codes of the K$^{th}$ primary scrambling codes that are the $((K-1)*M+K+1)^{th}$ through $(K*M+K)^{th}$ Gold codes.<br><br>For example, Apple's 3G Products divide scrambling codes into 512 sets, each having one primary scrambling code and 15 secondary scrambling codes. The primary scrambling codes consist of scrambling codes n=16*i where i=0…511. The i:th set of secondary |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | scrambling codes consists of scrambling codes 16*i+k, where k=1…15.  As a result, for every 16 scrambling codes, the first code is a primary scrambling code whereas the 2nd through 16th codes are secondary codes. <br><br> Example No. 1: <br><br> For K=1, ((K-1)*M+K+1) = (1-1)*15+1+1) = (0+2) = 2 and (K*M+K) = (1*15+1) = (15+1) = 16.  In Apple's 3G Products, the first primary scrambling code is n=16*0 = 0, while the secondary scrambling codes consists of 16*0+k (where k = 1…15) = [1…15]. <br><br> As a result, for the first group of 16 scrambling codes (0 through 15), the first scrambling code is a primary scrambling code (code 0), whereas codes 2 through 16 are secondary scrambling codes. <br><br> Example No. 2: <br><br> For K=2, ((K-1)*M+K+1) = ((2-1)*15+2+1) = (15+3) = 18 and (K*M+K) = (2*15+2) = (30+2) = 32.  In Apple's 3G Products, the second primary scrambling code is n=16*1 = 16, while the second group of secondary scrambling codes consists of 16*1+k (where k = 1…15) = [17…31]. <br><br> As a result, for the second group of 16 scrambling codes (16 through 31), the first scrambling code (code 16) is a primary scrambling code whereas codes 2 through 16 (codes 17 through 31) are secondary scrambling codes. <br><br> Example No. 3: <br><br> For K=3, ((K-1)*M+K+1) = ((3-1)*15+3+1) = (30+4) = 34 and (K*M+K) = (3*15+3) = |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | (45+3) = 48. In Apple's 3G Products, the third primary scrambling code is n=16*2 = 32, while the third group of secondary scrambling codes consists of 16*2+k (where k = 1…15) = [33…47].<br><br>As a result, for the third group of 16 scrambling codes, the first scrambling code (code 32) is a primary scrambling code whereas codes 2 through 16 (codes 33 through 47) are secondary scrambling codes.<br><br>*See* 3GPP TS 25.213 v5.0.0 at 21, §5.2.2 "Scrambling code" ("A total of $2^{18} - 1 = 262,143$ scrambling codes, numbered 0 . . . 262,142 can be generated.  However not all the scrambling codes are used.  The scrambling codes are divided into 512 sets each of a primary scrambling code and 15 secondary scrambling codes.  The primary scrambling codes consist of scrambling codes n=16*i where i=0…511. The i:th set of secondary scrambling codes consists of scrambling codes 16*i+k, where k=1…15."); *see also* 3GPP TS 25.213 v6.0.0 at 22. |
| 27. The apparatus as claimed in claim 26, wherein K is a primary scrambling code number and 1≤K≤512. | Apple's 3G Products contain a primary scrambling code number, K, where 1≤K≤512.<br><br>For example, Apple's 3G Products divide scrambling codes into 512 sets, each having one primary scrambling code and 15 secondary scrambling codes.<br><br>*See* 3GPP TS 25.213 v5.0.0 at 22, §5.2.2 "Scrambling code" ("A total of $2^{18} - 1 = 262,143$ scrambling codes, numbered 0 . . . 262,142 can be generated.  However not all the scrambling codes are used.  The scrambling codes are divided into 512 sets each of a primary scrambling code and 15 secondary scrambling codes."); *see also* 3GPP TS 25.213 v6.0.0 at 22. |
| 30.  The apparatus as claimed in claim 25, wherein the primary scrambling | Apple's 3G Products contain a primary scrambling code and secondary scrambling code that are I-channel components and a means for delaying at least one of the primary |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| code and secondary scrambling code are I-channel components and the apparatus further comprises a means for delaying at least one of the primary scrambling codes and secondary code to produce Q-channel components. | scrambling codes and secondary code to produce Q-channel components.<br><br>For example, Apple's 3G Products transform the binary sequence generated by the n:th Gold code sequence $z_n$ into a real valued sequence $Z_n(i)$, which in turn is used to generate a complex scrambling code sequence $S_{dl,n}$ having a real component I and an imaginary component Q.<br><br>*See* 3GPP TS 25.213 v5.0.0 at 22, §5.2.2 "Scrambling code" ("Figure 13" shows the transformation from $z_n$ to real valued sequence $Z_n(i)$, and the definition of $S_{dl,n}$); *see also id.* at 23 ("Figure 14" shows the output signals I and Q); *see also* 3GPP TS 25.213 v6.0.0 at 23.<br><br>Figure 13 – Excerpt from 3GPP Standard Describing Definition of $z_n$ and $S_{dl,n}$<br><br>The n:th Gold code sequence $z_n$, n=0,1,2,...,2^18-2, is then defined as:<br>- $z_n(i) = x((i+n)$ modulo $(2^{18} - 1)) + y(i)$ modulo 2, i=0,..., 2^18-2.<br><br>These binary sequences are converted to real valued sequences $Z_n$ by the following transformation:<br><br>$$Z_n(i) = \begin{cases} +1 & \text{if } z_n(i) = 0 \\ -1 & \text{if } z_n(i) = 1 \end{cases} \text{ for } i = 0,1,\ldots,2^{18} - 2.$$<br><br>Finally, the n:th complex scrambling code sequence $S_{dl,n}$ is defined as:<br>- $S_{dl,n}(i) = Z_n(i) + j\, Z_n((i+131072)$ modulo $(2^{18}-1))$, i=0,1,...,38399.<br><br>Note that the pattern from phase 0 up to the phase of 38399 is repeated. |

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| | Figure 14 – Configuration of downlink scrambling code generator |