# Mueller Exhibit 64



# Intel® Mobile Communications Company Profile

Tagged As **Intel® Mobile Communications Products**



## Company Profile

Intel Mobile Communications GmbH is a subsidiary of Intel Corporation headquartered in Santa Clara, USA. The company develops and markets innovative semiconductor products and solutions for mobile communications – most notably in the rapid-growth market segments of smart phones, tablets and ultra-low-cost mobile phones.

The company has approximately 4,000 employees all over the world, about 1,700 of whom work in Germany where the headcount at the company headquarters in Neubiberg near Munich is approximately 1,200. Other German sites are Ulm, Regensburg, Duisburg, Dresden, Braunschweig and Nuremberg. Intel Mobile Communications is represented in altogether 17 countries around the world and has a strong presence in the Asian growth markets.

Intel Mobile Communications was formerly the Wireless Solutions division of Infineon Technologies AG. Intel acquired the profitable and fast-growing division in February 2011.

## Product portfolio

Whether entry-level mobile phone, smart phone, tablet or any other device accessing voice and data services over the mobile network – they all need chipsets and software to transmit and process data. Intel Mobile Communications provides these mobile platform solutions for all market segments: from cost-efficient 2G/3G single-chip platforms for ultra-low-cost mobile phones and entry-level smart phones, through to leading-edge 3G and 4G slim modem and RF solutions for smart phones and tablets commanding higher prices.

Intel Mobile Communications possesses comprehensive know-how in the areas of RF, mixed signal/power management, monolithic integration and mobile phone software.

## Vision: Networking the world – with innovative mobile phone solutions

The world is witnessing a convergence of computing and telecommunications technologies. Today, many notebooks offer Internet access at any time and any place – in most cases still using a separate 3G USB stick, but increasingly via an integrated modem. Every smart phone these days provides an array of functions that were formerly the province of the classical computer. The borders between computing and telecommunications technologies are disappearing, new devices such as tablets are emerging. In a few years we may see further, entirely new devices – but one thing is for sure: They will all be connected to the Internet – no matter when, no matter where.

The number of these devices is growing rapidly. Market researchers anticipate that in three years' time some six billion people on Earth will own a mobile phone. For many of them it will be the only device with which they have Internet access. The number of smart phones is set to increase by 2.7 billion in the next five years, the number of tablets by several hundreds of millions.

Our vision at Intel Mobile Communications is to pave the way towards this networked world by providing innovative, fine-tuned mobile communications solutions. Joining forces with the parent company Intel means that in future Intel Mobile Communications will be in a position to integrate mobile communications technology and application processors in intelligent solutions.

## Related Materials

Related Content
Related Topics

Related Products

effective SiGe:C...