<div style="float:left">United States District Court<br>For the Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO SHORTEN TIME |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Samsung has filed a motion seeking leave to supplement its infringement contentions and a motion to shorten time for briefing and hearing on its motion to supplement its infringement contentions. *See* ECF Nos. 658 & 659. Samsung's motion to shorten time is GRANTED and the following briefing schedule is adopted:

Apple may file a response, no longer than 10 pages, by **January 30, 2012**.

Samsung may file a reply, no longer than 3 pages, by **February 2, 2012**.

The Court will attempt to resolve the issue on the papers without a hearing. Moreover, the parties are encouraged to continue to attempt to resolve this issue without court involvement and submit a stipulation before briefing is closed on February 2, 2012.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO SHORTEN TIME

1  **IT IS SO ORDERED.**

2  Dated: January 26, 2012

   _____
   LUCY H. KOH
   United States District Judge