RECEIVED
2012 JAN 19 A 9: 18

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO DIST. OF CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability Company,

Defendant.

CASE NO. 11-cv-01846-LHK

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Samuel Calvin Walden, whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022; 212-230-8800

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 26, 2012

_____
Lucy H. Koh
United States District Judge