QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
seal:

1. Samsung's Motion to Supplement Invalidity Contentions;
2. Exhibits O-W to the Declaration of Alex Baxter in Support of Samsung's Motion to Supplement Invalidity Contentions; and
3. Exhibits 7-8 to the Declaration of Todd Briggs in Support of Samsung's Motion to Supplement Invalidity Contentions.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss and refer to documents and things that the parties and/or third parties have designated as confidential under the interim protective order, or contain confidential business information of Apple, Synaptics Corporation or Cirque Corporation.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.   Proposed redacted versions of these documents are attached as exhibits to this motion.

DATED: January 26, 2012        QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By   */s/ Victoria Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Michael T. Zeller
                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC