1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,           | CASE NO. 11-cv-01846-LHK
19 |          Plaintiff,                             | **DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S**
20 |     vs.                                         | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
   |          Defendants.
25

26

27

28

02198.51855/4572495.1

Case No. 11-cv-01846-LHK
**TRAC DECLARATION IN SUPPORT OF SAMSUNG'S
MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Motion to Supplement Invalidity Contentions ("Samsung's Motion"), Exhibits O-W to the Declaration of Alex Baxter in Support of Samsung's Motion ("Baxter Declaration"), and Exhibits 7-8 to the Declaration of Todd Briggs in Support of Samsung's Motion ("Briggs Declaration"). Those documents contain information and quotations from documents that the parties – or third parties – have designated as confidential.

3. Exhibits O, P, and Q to the Baxter Declaration are excerpts from the deposition of Apple's inventors Imran Chaudhri, Bas Ording, and Steven Christensen. These transcripts have been designated as Highly Confidential – Attorneys' Eyes Only by Apple.

4. Exhibits R, T, U and V to the Baxter Declaration are excerpts from the deposition of Richard Woolley and accompanying exhibits from Cirque Corporation, a third party deponent. The transcript and exhibits discuss confidential information regarding both Apple and Cirque, and have been designated as Confidential – Attorneys' Eyes Only by Apple.

5. Exhibit S to the Baxter Declaration are excerpts from the deposition of Dr. Shawn P. Day from Synaptics Corporation, a third party deponent. The transcript discusses confidential information regarding Synaptics that has been designated as Confidential – Attorneys' Eyes Only by Synaptics.

6. Exhibit W to the Baxter Declaration is an excerpt from Apple's Objections and Responses to Samsung's First Set of Interrogatories. This document has been designated as Highly Confidential – Attorneys' Eyes Only by Apple.

7. Exhibits 7 and 8 to the Briggs Declaration are Invalidity Contentions for the '129 and '607 patents that reference confidential business information from Synaptics Corporation and Cirque Corporation, and have been designated as Highly Confidential – Attorney's Eyes Only under the protective order.

8. Samsung's Motion contains discussion of the aforementioned exhibits, which have been designated as Confidential – Attorneys' Eyes Only or Highly Confidential – Attorneys' Eyes only by Apple, Synaptics, and/or Cirque.

9. Attached as Exhibits 1-3 are the [Proposed] Public Redacted Versions of the documents that are being submitted under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 26, 2012.

/s/ Bill Trac

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis