UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Motion to Supplement Its Invalidity Contentions.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  In addition, Apple has filed the necessary declaration supporting Samsung's motion to seal.  The declarations establish that the below documents discuss or contain information that has been

1  designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by the parties, by
2  interested third parties, or sealed by order of this Court.
3        Accordingly, for good cause shown, the Court ORDERS that the following
4  documents shall be filed under seal:
5      1. Samsung's Motion to Supplement Invalidity Contentions;
6      2. Exhibits O-W to the Declaration of Alex Baxter in Support of Samsung's Motion to
7         Supplement Invalidity Contentions; and
8      3. Exhibits 7-8 to the Declaration of Todd Briggs in Support of Samsung's Motion to
9         Supplement Invalidity Contentions.
10      **IT IS SO ORDERED.**
11
12  DATED: _____
13
14
15                  HONORABLE LUCY H. KOH
                     United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28