1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,   | CASE NO. 11-cv-01846-LHK
19         Plaintiff,                      | **SAMSUNG' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS**
20    vs.                                  |
21 SAMSUNG ELECTRONICS CO., LTD., a       |
   Korean business entity; SAMSUNG         |
22 ELECTRONICS AMERICA, INC., a New       |
   York corporation; SAMSUNG               |
23 TELECOMMUNICATIONS AMERICA,            |
   LLC, a Delaware limited liability company, |
24                                          |
           Defendants.                      |
25

26
27
28

02198.51855/4572086.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO SHORTEN TIME**

Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this motion to shorten time for briefing and hearing on Samsung's Motion to Supplement Its Invalidity Contentions.   Specifically, Samsung requests that:

1. Apple's Opposition to the Motion to Supplement Its Invalidity Contentions be filed on or before Wednesday, February 1, 2012;
2. Samsung's Reply be filed on or before Monday, February 6, 2012;
3. Hearing before Judge Koh occur on Thursday, February 16, 2012 at 1:30 p.m., or such other time thereafter as the Court may calendar.

Shortened time is necessary because Samsung is seeking to supplement its invalidity contentions to include five additional prior art references related to five of Apple's eight patents prior to the March 8, 2012 close of fact discovery.   Samsung's motion seeks to include 5 important prior art references that challenge the validity of Apple's patents.   As described in detail in its motion, Samsung has diligently investigated and pursued these prior art references, and Apple is not prejudiced because it had prior notice of these references.

If Samsung's Motion to Supplement Its Invalidity Contentions were decided according to the schedule set forth in Local Rule 7-2 and 7-3, Apple's opposition would not be due until February 9, 2012; Samsung's reply would not be due until February 16, 2012, and a hearing would be scheduled no sooner than May 2012 (based on the Court's comments at the conclusion of the Markman Hearing).

Counsel for Samsung Contacted Apple on January 26, 2012 and requested that it stipulate to a shortened briefing schedule on its Motion to Supplement Its Infringement Contentions. Apple did not respond to this request.

**CONCLUSION**

Samsung has shown good cause why the Court should grant this Motion.   For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Shorten Time For Briefing and Hearing On Samsung's Motion to Supplement Its Invalidity Contentions.

1
2  DATED: January 26, 2012         QUINN EMANUEL URQUHART &
3                                  SULLIVAN, LLP
4
5                                   By  */s/ Victoria F. Maroulis*
                                       Charles K. Verhoeven
6                                      Kevin P.B. Johnson
                                       Victoria F. Maroulis
7                                      Michael T. Zeller
8
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
9                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
10                                     TELECOMMUNICATIONS AMERICA, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4572086.1
                                        -2-              Case No. 11-cv-01846-LHK
                                        **SAMSUNG'S MOTION TO SHORTEN TIME**