UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO SUPPLEMENT ITS INVALIDITY CONTENTIONS** |

　　　　Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion to Supplement Its Invalidity Contentions.

　　　　Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby grants Samsung's Motion to Shorten Time for Briefing and Hearing, and sets the hearing at February 16, 2012, at 1:30 p.m.   Plaintiff Apple Inc. may file and

1  serve its opposition papers no later than February 1, 2012.    Samsung may file and serve its reply
2  papers no later than February 6, 2012.

4     **IT IS SO ORDERED.**

6  DATED:   _____, 2012

                                        _____
                                        HONORABLE LUCY H. KOH
                                        United States District Court Judge