UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for
3   Leave to Supplement its Infringement Contentions.   Samsung brings this motion pursuant to
4   Patent Local Rule 3-6 to amend its invalidity contentions to include additional prior art, as
5   described below:

    1. Mac OS X version 10.0 (prior art for U.S. Patent No. 7,853,891)

    2. SuperClock (prior art for U.S. Patent No. 6,493,002)

    3. Glimpse (prior art for U.S. Patent No. 7,469,381)

    4. Cirque GlidePoint Touchscreens (prior art for U.S. Patent No. 7,920,129)

    5. U.S. Patent No. 7,030,860 (prior art for U.S. Patent No. 7,663,607)

Having considered the briefing and other papers submitted by the parties, for good cause shown, the court GRANTS Samsung's motion.   Amended Supplemental Invalidity Contentions under Patent Local Rule 3-3 shall be served within seven days of the Court's entry of this Order. Samsung shall also comply with Patent Local Rule 3-4 with respect to the additional prior art.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE LUCY H. KOH
United States District Court Judge