QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ALEX BAXTER IN SUPPORT OF DEFENDANT SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS**<br><br>Date:    February 16, 2012<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>**[PROPOSED] PUBLIC REDACTED VERSION** |

I, Alex Baxter, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from M. Ducca to J. Bartlett, dated 10-18-2011.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from M. Ducca to M. Mazza, dated 11-01-2011.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from M. Ducca to J. Bartlett, dated 11-10-2011.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from R. Hung. to M. Ducca, sent on 11-11-2011.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter from V. Maroulis to J. Bartlett, dated 11-22-2011.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter from M. Mazza to R. Kassabian, dated 12-15-2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter from J. Bartlett to M. Ducca, dated 12-22-2011.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter from T. Briggs to R. Hung, dated 1-5-2012.

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter from M. Mazza to T. Briggs, dated 1-8-2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of a letter from J. Bartlett to D. Hutnyan, dated 1-12-2012.

12. Attached hereto as **Exhibit K** is a true and correct copy of a letter from T. Briggs to R. Hung, dated 1-24-2012.

13. Attached hereto as **Exhibit L** is a true and correct copy of a letter from M. Ducca to M. Mazza, dated 10-24-2011.

14. Attached hereto as **Exhibit M** is a true and correct copy of an email sent from M. Mazza to M. Ducca, dated 10-24-11.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter from R. Hung to T. Briggs, dated 1-26-2011.

16. Attached hereto as **Exhibit O** is a true and correct excerpt from the deposition of Imran Chaudhri.

17. Attached hereto as **Exhibit P** is a true and correct excerpt from the deposition of Bas Ording.

18. Attached hereto as **Exhibit Q** is a true and correct excerpt from the deposition of Steven Christensen.

19. Attached hereto as **Exhibit R** is a true and correct excerpt from the deposition of Richard Woolley.

20. Attached hereto as **Exhibit S** is a true and correct excerpt from the deposition of Shawn Day.

21. Attached hereto as **Exhibit T** is a true correct copy of the [REDACTED] produced by Cirque Corporation as CIRQUE0024988-25094, and marked as Exhibit 5 to the Deposition of Richard Woolley.

22. Attached hereto as **Exhibit U** is a true correct copy of the [REDACTED] produced by Cirque Corporation as CIRQUE0051482-51503, and marked as Exhibit 6 to the Deposition of Richard Woolley.

23. Attached hereto as **Exhibit V** is a true correct copy of the [REDACTED] produced by Cirque Corporation as CIRQUE0051639-51657, and marked as Exhibit 7 to the Deposition of Richard Woolley.

24. Attached hereto as **Exhibit W** is a true and correct copy of Apple's Objections and Responses to Samsung's First Set of Interrogatories, served by Apple on September 12, 2011.

25. Attached hereto as **Exhibit X** is a true and correct copy of "Apple's Stipulation as to Mac OS 10.0," signed by both parties on January 26, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 26, 2012.

                                                     */s/ Alex Baxter*

                                                     Alex Baxter

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Alex Baxter.

                                                          _/s/ Victoria Maroulis_