# EXHIBIT D

# Pat King

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Friday, November 11, 2011 5:15 PM |
| **To:** | Bill Trac; Marissa Ducca; Bartlett, Jason R. |
| **Cc:** | peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com; Victoria Maroulis; Rachel Herrick Kassabian; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); Mazza, Mia; sam.maselli@wilmerhale.com; AppleMoFo |
| **Subject:** | RE: Apple v. Samsung, Case No. 11-CV-01846:  Correspondence |

We are considering Samsung's request and will reply next week.


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602



---

**From:** Bill Trac [mailto:BillTrac@quinnemanuel.com]
**Sent:** Thursday, November 10, 2011 6:32 PM
**To:** Marissa Ducca; Bartlett, Jason R.
**Cc:** 'peter.kolovos@wilmerhale.com'; 'mark.selwyn@wilmerhale.com'; Victoria Maroulis; Rachel Herrick Kassabian; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Hung, Richard S. J.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); Mazza, Mia; 'sam.maselli@wilmerhale.com'; AppleMoFo
**Subject:** Apple v. Samsung, Case No. 11-CV-01846: Correspondence

Counsel,

On behalf of Ms. Ducca, please see the attached.

Sincerely,


**Bill Trac**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5094 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
BillTrac@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any

advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------