# EXHIBIT F

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


December 15, 2011

Writer's Direct Contact
415.268.6024
MMazza@mofo.com


*Via E-Mail* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

Apple hereby produces for Samsung's inspection:

- A computer running Mac OS 10.0;
- Mac OS 10.0 and 10.0 source code; and
- Mac System 7.5 source code.

The materials are available for Samsung's review upon reasonable notice at a mutually convenient time.  Apple also reminds Samsung, as disclosed in my October 8, 2011 letter to Sara Jenkins, that source code files in native and PDF format are also available for inspection, in our Palo Alto offices.

Please let me know when Samsung would like to inspect any or all of these materials.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos


sf-3084308