# EXHIBIT G

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

December 22, 2011

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*By Email* (marissaducca@quinnemanuel.com)

Marissa Ducca
Quinn Emanuel
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Marissa:

Pursuant to your request and letter of December 21, 2011, Apple has produced for Samsung's inspection at Morrison & Foerster's Palo Alto offices the additional Mac OS 10.0 source code classes identified in your letter.  Please let us know when you would like to review them.  Note that our offices are not open over the Christmas weekend.

With respect to your new request that Apple load Mac OS 10.0 on a different computer, we are actively seeking new hardware.  We note that, contrary to the misrepresentations of your letter, Samsung never requested that the Mac OS 10.0 be loaded on a laptop as opposed to a desktop.  Nor was the hardware that Apple provided for your inspection deficient.  When you state in your letter that a Samsung attorney was "force[d] to visit an electronics store to purchase the proper equipment," you are apparently referring to the fact that Samsung decided to purchase and install in a simple USB cable — a cable that was not needed to use the machine and which appeared to do *nothing* after it was installed.

Apple is attempting to locate an alternative computer and, assuming that it is able to do so, expects to complete production of Mac OS 10.0 on that computer by January 6, 2011.  In the interim, if you have a proposed stipulation regarding the public release date of Mac OS 10.0, as discussed during yesterday's call, Apple will consider it.  Please forward the proposal at your earliest opportunity.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

sf-3087178