# EXHIBIT I

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 8, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (toddbriggs@quinnemanuel.com)

Todd Briggs
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Todd:

We write in response to your January 5, 2012, letter to Richard Hung requesting that Apple stipulate to Samsung's service of supplemental invalidity contentions.

We have conveyed your request to our client. If you could please provide the dates when Samsung first learned of each alleged prior art reference listed in your letter, it will help Apple determine whether it can agree to your request.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:     Samuel Maselli
        S. Calvin Walden
        Peter Kolovos

sf-3091067