# EXHIBIT J

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 12, 2012

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

As a follow-up to my letter of January 5, 2012, we have provided a new computer for your inspection in the Palo Alto office.

It is a PowerBook G3 running Mac OS 10.0, and the brightness adjustment button is functional.

Please let us know when you would like to inspect the computer.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3093619