# EXHIBIT K

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

January 24, 2012

<u>VIA E-MAIL</u>

Richard Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Elecs. Co., et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)
      Additional Supplemental Invalidity Contentions

Dear Rich:

Further to my January 5, 2012 letter, I write to ask whether Apple will stipulate to the service of supplemental invalidity contentions to include one additional reference – U.S. Patent No. 7,030,860 to Synaptics Incorporated ("the '860 patent").

Samsung has good cause to supplement its invalidity contentions to include this additional prior art reference. For example, the '860 patent was recently produced by Synaptics on December 23, 2011 as part of its its third-party production to Samsung. In addition, Shawn P. Day, the CTO of Synaptics, was recently deposed and provided additional testimony relating to the '860 patent on January 19, 2012. I also note that the '860 patent was already included in Samsung's initial invalidity contentions in Exhibit Q as potentially relevant to the validity of Apple's '607 patent.

Please let us know by Wednesday, January 25, whether Apple will agree to this supplemental contention. Otherwise, Samsung will assume that Apple opposes any stipulation and proceed to file a motion with the court.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4530734.6

2

Very truly yours,

Todd M. Briggs