# EXHIBIT L

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004 | TEL: (202) 756-1950 FAX: (202) 756-1951

WRITER'S DIRECT DIAL NO.
**(202) 628-9067**

WRITER'S INTERNET ADDRESS
marissaducca@quinnemanuel.com

October 24, 2011

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia:

Bas Ording's deposition is scheduled for *tomorrow*, yet Apple has not produced any documents reflecting Mr. Ording's work relating to the '891 patent. This is despite Apple's commitment to providing relevant documents five days before an inventor's deposition, and Samsung's October 18 letter informing Apple of the severe deficiencies in its inventor productions.

Similarly, Steven Christensen's deposition is scheduled for Wednesday.  However, Apple has not produced any documents reflecting Mr. Christensen's work on the '002 patent.  Apple has also not produced the exhibits attached to Mr. Christensen's deposition of September 27, 2011 in *Apple v. Motorola*.  We had previously requested production of these documents during the plenary meet and confer session on Wednesday, October 19.

Please immediately produce documents relevant to Mr. Ording's and Mr. Christensen's depositions **by 5 PM, today, October 24**, or confirm in writing that Apple has no such documents.  If Apple believes it has already produced such documents, please immediately indicate their Bates ranges **today**. Given Apple's deficient production, Samsung reserves the right to recall Mr. Ording and Mr. Christensen to the extent that any later produced documents

---

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
02198.51855/4413264.1 LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712

are relevant to their testimony.

Best regards,

*/s/ Marissa R. Ducca*

Marissa R. Ducca

cc:   Todd Briggs
      Alan Whitehurst
      Sara Jenkins

02198.51855/4413264.1