# EXHIBIT M

From: Mazza, Mia [mailto:MMazza@mofo.com]
Sent: Monday, October 24, 2011 12:55 PM
To: Marissa Ducca
Cc: peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com; Victoria Maroulis; Rachel Herrick Kassabian; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Hung, Richard S. J.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); sam.maselli@wilmerhale.com; Bartlett, Jason R.; Alan Whitehurst; Todd Briggs
Subject: RE: Apple v. Samsung, Case No. 11-CV-01846: Correspondence Regarding the Depositions of Mssrs. Ording and Christensen

We will be producing the Christensen depo exhibits today per your request.

_____

From: Marissa Ducca [mailto:marissaducca@quinnemanuel.com]
Sent: Monday, October 24, 2011 12:48 PM
To: Mazza, Mia
Cc: peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com; Victoria Maroulis; Rachel Herrick Kassabian; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Hung, Richard S. J.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); sam.maselli@wilmerhale.com; Bartlett, Jason R.; Alan Whitehurst; Todd Briggs
Subject: Apple v. Samsung, Case No. 11-CV-01846: Correspondence Regarding the Depositions of Mssrs. Ording and Christensen
Mia,

Please see attached.

Best regards,
Marissa

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================
=======

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------