1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
9  Facsimile:     (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:     (213) 443-3000
13 Facsimile:     (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21             Plaintiff, | **DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS EXHIBIT R** |
| 22       vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **Date: February 16, 2012** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **Time: 1:30 pm** |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Place: Courtroom 8, 4th Floor** |
| | **Judge: Hon. Lucy H. Koh** |
| 26             Defendant. | **SUBMITTED UNDER SEAL** |
| 27 | |
| 28 | |

R2198.5184

# MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

This filing was not efiled for the following reasons(s):

\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description): _____

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).

\_\_\_ Other (description):_____

_____

DATED: January 26, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria Maroulis*
    Victoria Maroulis
    Attorneys for Defendants/Counter-Claimants
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.
    and SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC