# EXHIBIT X

1

2

3                     UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

5

6   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

7                     Plaintiff,                   **APPLE'S STIPULATION AS TO MAC OS
                                                   10.0**
8          vs.

9   SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
10  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
12
                    Defendant.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS Samsung Electronics Co., Samsung Electronics America, Inc. and Samsung

2  Telecommunications America, LLC ("Samsung") moved the Court to compel documents and

3  things relating to Plaintiff Apple Inc.'s ("Apple") Mac OS 10.0 operating system.

4    WHEREAS Apple produced Mac OS 10.0 source code and a computer running OS 10.0,

5  and therefore believes Samsung's motion is moot.

6    WHEREAS Samsung asserts that Apple did not produce documents evidencing the date of

7  public use of the Mac OS 10.0 operating system.

8    THEREFORE, Apple, by and through its  counsel of record, hereby stipulates and agrees

9  as follows:

10    1.    On January 12, 2012, Apple made available for inspection to Samsung a Macintosh

11  PowerBook G3 laptop computer, serial number QT834224E6A, (the "Computer") installed with

12  and operating Mac OS X version 10.0, build number 4K78 ("Mac OS X").

13    2.    On January 12, 2012, counsel for Samsung inspected the Mac OS X and the

14  Computer.  The Computer is depicted in the attached images.

15    3.    The model of computer inspected was in public use before July 10, 2001.

16    4.    The version of Mac OS X inspected was in public use before July 10, 2001.

17    5.    PowerBook G3 laptop computers running Mac OS X 10.0 build number 4K78 were

18  in public use before July 10, 2001.

19    6.    The Computer and Mac OS X, as produced by Apple, had not been modified, or if

20  they had been modified, were not modified in a material manner or in such a way to affect the

21  representative nature with respect to the operation of the brightness adjustment indication feature.

22    7.    The Computer installed with Mac OS X produced by Apple, and described in this

23  stipulation, is admissible (unless irrelevant) and authentic under the Federal Rules of Evidence.

24    THEREFORE, in light of the foregoing stipulation by Apple, Samsung hereby agrees that

25  the issues relating to Mac OS X raised in Samsung's renewed motion to compel are moot.

26

27

28

Case No. 11-cv-01846-LHK

1 DATED: January 26, 2012  MORRISON & FOERSTER LLP

2

3

4          By

5          Michael Jacobs
           Attorney for APPLE, INC.

6

7 DATED: January 26, 2012  QUINN EMANUEL URQUHART & SULLIVAN
           LLP

8

9

10          By

11          Diane C. Hutnyan

12          Attorney for SAMSUNG ELECTRONICS CO.,
           LTD.,  SAMSUNG ELECTRONICS AMERICA,

13          INC., and SAMSUNG
           TELECOMMUNICATIONS AMERICA, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28