QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS**<br><br>Date:   Feburary 16, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh<br><br>**[PROPOSED] PUBLIC REDACTED VERSION** |

I, Todd Briggs, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit V-4 from Samsung's invalidity contentions for the '129 Patent, citing U.S. Patent No. 5,565,658.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit P-9 from Samsung's invalidity contentions for the '607 Patent, citing A.K. Leeper, "Integration of a Clear Capacitive Touch Screen with a 1/8-VGA FSTN-LCD to Form LCD-Based Touchpad."

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit Q from Samsung's invalidity contentions for the '607 Patent, citing U.S. Patent No. 7,030,860.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Samsung's intended supplemental invalidity contentions for the '891 Patent, Exhibit M-15, showing Mac OS X version 10.0.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Samsung's intended supplemental invalidity contentions for the '002 Patent, Exhibit D-8, showing SuperClock.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Samsung's intended supplemental invalidity contentions for the '381 Patent, Exhibit G-8, showing Glimpse.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Samsung's intended supplemental invalidity contentions for the '129 Patent, Exhibit V-10, showing the Cirque GlidePoint.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Samsung's intended supplemental invalidity contentions for the '607 Patent, Exhibit P-12, showing U.S. Patent No. 7,030,860.

10. Attached hereto as **Exhibit 9** is a video clip showing the operation of the Mac OS 10.0 "brightness window."

1  11. Attached hereto as **Exhibit 10** is a video clip showing the operation of SuperClock.

2  12. Attached hereto as **Exhibit 11** is a video clip showing the operation of Glimpse.

3

4  I declare under penalty of perjury that the foregoing is true and correct. Executed in

5  Redwood Shores, California on January 26, 2012.

6

7

8  <u> /s/ Todd Briggs                         </u>

9  Todd Briggs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/4572766.1

-2-                         Case No. 11-cv-01846-LHK
DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION TO SUPPLEMENT
INVALIDITY CONTENTIONS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Todd Briggs.

                                                          */s/ Victoria Maroulis*