# EXHIBIT 3

# EXHIBIT Q
# ADDITIONAL PRIOR ART RELEVANT TO THE INVALIDITY OF THE '607 PATENT

**Patent References**

| Country of Origin | Patent Number | Date of Issue |
|---|---|---|
| US | 3,974,332 | 8/10/1976 |
| US | 4,194,083 | 3/18/1980 |
| US | 4,723,056 | 2/2/1988 |
| US | 4,733,222 | 3/22/1988 |
| US | 4,853,493 | 8/1/1989 |
| US | 4,233,522 | 11/11/1900 |
| US | 4,550,221 | 10/29/1985 |
| US | 4,968,877 | 11/6/1990 |
| US | 5,305,017 | 4/19/1994 |
| US | 5,381,160 | 1/10/1995 |
| US | 5,534,892 | 7/9/1996 |
| US | 5,565,658 | 10/15/1996 |
| US | 5,648,642 | 7/15/1997 |
| US | 5,650,597 | 7/22/1997 |
| US | 5,790,106 | 8/4/1998 |
| US | 5,841,078 | 11/24/1998 |
| US | 5,825,352 | 10/20/1998 |
| US | 5,844,506 | 12/1/1998 |
| US | 5,854,450 | 12/29/1998 |
| US | 5,856,822 | 1/5/1999 |
| US | 5,861,875 | 1/19/1999 |
| US | 5,940,064 | 8/17/1999 |
| US | 6,023,265 | 2/8/2000 |
| US | 6,124,848 | 9/26/2000 |
| US | 6,191,828 | 2/20/2001 |
| US | 6,211,585 | 4/3/2001 |
| US | 6,288,707 | 9/11/2001 |
| US | 6,297,811 | 10/2/2001 |
| US | 6,323,846 | 11/27/2001 |
| US | 6,425,289 | 7/30/2001 |
| US | 6,459,424 | 10/1/2001 |
| US | 6,570,557 | 5/27/2003 |
| US | 6,628,268 | 9/30/2003 |
| US | 6,677,932 | 1/13/2004 |
| US | 6,856,259 | 2/15/2005 |
| US | 7,030,860 | 4/18/2006 |
| US | 7,038,659 | 5/2/2006 |

| Country of Origin | Patent Number | Date of Issue |
|---|---|---|
| US | 7,688,315 | 3/30/2010 |
| US | 7,746,326 | 6/29/2010 |
| US | 4,746,770 | 5/24/1988 |
| US | 5,790,106 | 8/4/1998 |
| US | 5,844,506 | 12/1/1998 |
| US | 7,129,935 | 10/31/2006 |
| US | 7,274,353 | 9/25/2007 |
| US | 7,292,229 | 11/6/2007 |

**Publications**

Bent Stumpe, A New Principle for an X-Y Touch Screen, CERN (Mar. 16, 1977), available at http://cdsweb.cern.ch/record/1266588/files/StumpeMar77.pdf ("Stumpe 1977").

Bent Stumpe, Experiments to find a manufacturing process for an X-Y touch screen: Report on a visit to Polymer-Physik GmbH, Derendingn, Germany, on 26-27 January 1978, CERN (Feb. 6, 1978), available at http://cdsweb.cern.ch/record/1266589/files/StumpeFeb78.pdf ("Stumpe 1978").

Nimish Mehta, Feature extraction as a tool for computer input, Acoustics, Speech, and Computer Processing, IEEE International Conference on ICASSP '82 (May 1982) ("Mehta 1982").

SK Lee et al., A multi-touch three dimensional touch-sensitive tablet, ACM SIGCHI Bulletin, Vol. 16, Issue 4 (April 1985) ("Lee 1985")

Roger B. Dannenberg et al., A Gesture Based User Interface Prototyping System, Proceedings of the ACM SIGGRAPH Symposium on User Interface Software and Technology at 127-32 (Nov. 1989) ("Dannenberg 1989").

Dean Rubine et al., The videoharp: an optical scanning MIDI controller, Contemporary Music Review, Vol. 6, Iss. 1 at 31-46 (1991) ("Rubine 1991").

William Buxton, Combined keyboard / touch tablet input device, XEROX Disclosure Journal, Vol. 19, Issue 2 at 109-11 (March/April 1994) ("Buxton 1994").

U.S. Patent Provisional Application No. 60/072,509 ("Westerman '509"), published Nov. 27, 2001 upon issuance of U.S. Patent No. 6,323,846.

Wayne Westerman, *Hand Tracking, Finger Identification, and Chordic Manipulation on a Multi-Touch Surface*, Dissertation, University of Delaware (Jan. 1, 1999) ("Westerman Thesis").

Quantum Research Group QT60325, QT60485, QT60645 32, 48, 64 Key QMatrix Keypanel Sensor ICs Datasheet (2001).

Quantum Research Group QProx QT60320 32-Key QMatrix Chart-Transfer IC Datasheet (1999).

Quantum Research Application Note AN-KD01: QMatrix Panel Design Guidelines (October 10, 2002).

R.A. Boie, "Capacitive Impedance Readout Tactile Image Sensor," Bell Laboratories (IEEE 1984).

Philip T. Krein, "The Electroquasistatics of the Capacitive Touch Panel," IEEE TRANSACTIONS ON INDUSTRY APPLICATIONS (May/June 1990).

Kukjin Chun AND Kensall D. Wise, "A High-Performance Silicon Tactile Imager Based on a Capacitive Cell," IEEE TRANSACTIONS ON ELECTRON DEVICES (July 1985).

K. Suzuki et al., "A 1024-Element High-Performance Silicon Tactile Imager," IEEE TRANSACTIONS ON ELECTRON DEVICES (August 1990).