# EXHIBIT 6

**EXHIBIT G-7**

**SAMSUNG'S INVALIDITY CLAIM CHARTS FOR GLIMPSE[1] COMMERCIALLY SOLD, PUBLICLY KNOWN, OR PUBLICLY USED BEFORE JANUARY 7, 2007 ("Glimpse")**

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| **[1A]** A computer-implemented method, comprising: | Glimpse discloses a computer-implemented method.<br><br>For example, Forlines discloses, "We have used both a TabletPC and a touch sensitve DiamondTouch surface as our pressure sensitive input device."  Forlines at 2.<br><br>The images shown herein come from a Toshiba Portege M200, an example of a TabletPC operating Glimpse.<br><br> |

[1]    Glimpse is a program disclosed in Forlines, C. Shen, C., and Buxton, B. "Glimpse: a Novel Input Model for Multi-level Devices ("Forlines").  In CHI '05 Extended Abstracts on Human Factors in Computing Systems (Portland, OR, USA, April 02 - 07, 2005). CHI '05. ACM Press, New York, NY, 1375-1378.  The device was demonstrated at the 2005 CHI Conference, among other locations, more than one year prior to the filing date of the '381 patent.

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | |
| **[1B]** at a device with a touch screen display | Glimpse discloses a device with a touch screen display (e.g. Tablet PC).<br><br>For example, Forlines discloses, "The technique we propose provides a method for editing objects with a multi-level input device such as a pressure sensitive stylus, pressure sensitive touch screen, or popthrough mouse."  Forlines at 2.<br><br>The Toshiba Portege M200 is a tablet PC with a display sensitive to touches from a stylus. |
| **[1C]** displaying a first portion of an electronic document; | Glimpse discloses displaying a first portion of an electronic document (e.g. satellite photo).<br><br>For example, by translating the stylus to the right Glimpse displays a first portion of the electronic document (a satellite image) as shown below: |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| |  |
| **[1D]** detecting a movement of an object on or near the touch screen display; in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second | Glimpse detects a movement of an object (e.g. stylus) on or near the touch screen display. In response to detecting the movement (e.g. movement of the stylus), the touchscreen display translates the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion.<br><br>For example, as the user moves the stylus to the left, the electronic document is seen moving to the right to display a second portion of the electronic document. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| portion is different from the first portion; |  |
| **[1E]** in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen: displaying an area beyond the edge of the document, and displaying a third portion of the electronic | Glimpse discloses that in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object (e.g. stylus) is still detected on or near the touch screen, displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion.

For example, as the user reaches the leftmost edge of the electronic document, a white background area beyond the edge of the electronic document is displayed.  There is no content within or beyond this area. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| document, wherein the third portion is smaller than the first portion; and |  |
| **[1F]** in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth | Glimpse discloses that in response to detecting that the object (e.g. stylus) is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion.<br><br>When the user lifts her finger in the process of scrolling, the interface will automatically snap back to realign the document to a predetermined position.  This position can be set at the edge of the electronic document, as shown below.  This snap-back feature will cause the electronic document to be translated in a second direction, which will be opposite to the first direction, until the area |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| portion of the electronic document, wherein the fourth portion is different from the first portion. | beyond the edge of the electronic document can no longer be seen.  As a result, a fourth portion of the document is displayed.  The fourth portion is different from the first portion.<br><br> |
| [2] The computer-implemented method of claim 1, wherein the first portion of the electronic document, the second portion of the electronic document, the third portion of the electronic document, and the fourth portion of the electronic | Glimpse discloses the first, second, third, and fourth portions are all at the same magnification.<br><br>For example, the four portions previously described are all displayed at the same magnification. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| document are displayed at the same magnification. | |
| **[3]** The computer implemented method of claim 1, wherein the movement of the object is on the touch screen display. | Glimpse detects the movement of an object on a touch screen display.<br><br>For example, the touch screen display accept input from a stylus. |
| **[4]** The computer-implemented method of claim 1, wherein the object is a finger. | Glimpse detects the movement of a finger on the touch screen display.<br><br>For example, Glimpse installed on a DiamondTouch system accepts inputs based on the movement of a finger.  Forlines discloses, "We have used both a TabletPC and a touch sensitve DiamondTouch surface as our pressure sensitive input device."  Forlines at 2.  Forlines also discloses, "In other words, the pointing device itself (be it finger or stylus) becomes the tracking pointer."  *Id.* |
| **[5]** The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | Glimpse discloses the first direction is a vertical direction, a horizontal direction, or a diagonal direction.<br><br>For example, Glimpse permits the first direction to be any direction on the screen, because it allows the user to scroll freely across the image. |
| **[6]** The computer-implemented method of claim 1, wherein the electronic document is a web page. | Glimpse discloses the electronic document is a web page.<br><br>For example, Glimpse operates on a TabletPC running Microsoft Windows.  That computer could also run a web browser.<br><br>To the extent that Glimpse does not disclose this claim element, having a web page would have |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to have a web page.  For example, Lira, another graphical user interface, discloses a web page.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with Lira, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-1. |
| **[7]** The computer-implemented method of claim 1, wherein the electronic document is a digital image. | Glimpse discloses the electronic document is a digital image.<br><br>For example, Glimpse operates on the digital image below.<br><br> |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | |
| **[8]** The computer-implemented method of claim 1, wherein the electronic document is a word processing, spreadsheet, email or presentation document. | Glimpse discloses the electronic document is a word processing, spreadsheet, email or presentation document.<br><br>For example, Glimpse also discloses that the electronic document is a spreadsheet: "When navigating  through a dataset using a pan and zoom interface, one often wants to temporarily zoom-in in order to take a more detailed look at some portion of the data before returning to the current zoom level."<br><br>Glimpse also discloses the electronic document is a word processing document: "While working on this paper, the authors commonly scrolled to the end of this document in order to glance at the paper's references.  Similarly, when editing code, a programmer often uses a scroll bar to take a quick look at the details of another method or the definition of a variable.  Our technique would enable a user to scroll to and view another portion of a long document before returning to the exact location they were previously editing." |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| |  |
| **[9]** The computer-implemented method of claim 1, wherein the electronic document includes a list of items. | Glimpse discloses the electronic document includes a list of documents.<br><br>For example, word processing or spreadsheet documents can include a list of items.  See **[8]**.<br><br>To the extent that Glimpse does not disclose this claim element, having an electronic document that includes a list of items would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art that an electronic document could include a list of items.  For example, Van Den Hoven and Ording both disclose the use of a list of items.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of the Glimpse with Van Den Hoven and Ording, because these references describe graphical user |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibits G-2 and G-3. |
| **[10]** The computer-implemented method of claim 1, wherein the second direction is opposite the first direction | Glimpse discloses that the second direction is opposite the first direction.<br><br>For example, the first and second directions in the example below are in opposite directions.<br><br> |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| |  |
| **[11]** The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | To the extent that Glimpse does not disclose this claim element, having an associated speed of translation that corresponds to a speed of movement of the object would have been a simple design choice representing a trivial and predictable variation. It was well-known in the art to have an associated speed of translation that corresponds to a speed of movement. For example, both Ording and Van Den Hoven, which also involve graphical user interfaces, disclose having an associated speed of translation that corresponds to a speed of movement. It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with any one of Van Den Hoven or Ording, because all of these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices. See Exhibits G-2 and G-3. |
| **[12]** The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | Glimpse discloses that translating in the first direction is in accordance with a simulation of an equation of motion having friction. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | 

To the extent Glimpse does not disclose this claim element, a simulation of an equation of motion having friction would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use a simulation of an equation of motion having friction.  For example, both Ording and Van Den Hoven, which also involve graphical user interfaces, disclose a simulation of an equation of motion having friction.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with any one of Van Den Hoven or Ording, because all of these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  See Exhibits G-2 and G-3. |
| [13] The computer-implemented method of claim 1, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | Glimpse discloses the area beyond the edge of the document is black, gray, a solid color, or white.

For example, the area beyond the edge appears white. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| |  |
| [14] The computer-implemented method of claim 1, wherein the area beyond the edge of the document is visually distinct from the document. | Glimpse discloses the area beyond the edge of the document is visually distinct from the document.<br><br>For example, the area beyond the edge is white, while the image is various colors of gray. |
| [15] The computer-implemented method of claim | Glimpse discloses that translating the document in the second direction is a damped motion. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| 1, wherein translating the document in the second direction is a damped motion. |   To the extent that Glimpse does not disclose this claim element, translating the document in the second direction with a damped motion would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use a damped motion.  For example, both Ording and Van Den Hoven, which also involve graphical user interfaces, disclose using a damped motion.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with any one of Van Den Hoven or Ording, because all of these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, all of these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibits G-2 and G-3. |
| **[16]** The computer-implemented method of claim 1, wherein changing from translating in the first direction | See **[1F]**. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | |
| [17] The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | To the extent that Glimpse does not disclose this claim element, having the second associated translating distance be less than a distance of movement of the object after reaching the edge of the electronic document would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to have a second translating distance less than a distance of movement of the object.  For example, both Ording and Van Den Hoven, which also involve graphical user interfaces, disclose Claim 17.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with any one of Van Den Hoven or Ording, because all of these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, all of these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibits G-2 and G-3. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| **[18]** The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, wherein the second associated translating speed is slower than the first associated translating speed. | To the extent that Glimpse does not disclose this claim element, Claim 18 would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to have the second associated translating speed slower than the first associated translating speed.  For example, both Ording and Van Den Hoven, which also involve graphical user interfaces, disclose Claim 18.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with any one of Van Den Hoven or Ording, because all of these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, all of these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibits G-2 and G-3. |
| **[19A]** A device, comprising: | See **[1A]**. |
| **[19B]** a touch screen display; | See **[1B]**. |
| **[19C]** one or more processors; | See **[1A]**. |
| **[19D]** memory; and | See **[1A]**. |
| **[19E]** one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: | See **[1A]**.

Moreover, to the extent that Glimpse does not disclose this claim element, the use of one or more programs, wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use one or more programs.  For example, Ording, which also involves graphical user interfaces, discloses the use of one or more programs.  It would have been obvious to one of ordinary skill in the art to combine the disclosures |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | of Glimpse with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[19F]** instructions for displaying a first portion of an electronic document; | See **[1C]**.<br><br>Moreover, to the extent that Glimpse does not disclose this claim element, the use of instructions for displaying a first portion of an electronic document would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use instructions for displaying a first portion of an electronic document.  For example, Ording, which also involves graphical user interfaces, discloses the use of instructions for displaying a first portion of an electronic document.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse  with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[19G]** instructions for detecting a movement of an object on or near the touch screen display; instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | See **[1D].**<br><br>Moreover, to the extent that Glimpse does not disclose this claim element, the use of instructions would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use instructions.  For example, Ording, which also involves graphical user interfaces, discloses the use of instructions.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse  with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[19H]** instructions for displaying an area beyond an | See **[1E]**. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| edge of the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | Moreover, to the extent that Glimpse does not disclose this claim element, the use of instructions would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use instructions.  For example, Ording, which also involves touch screen user interfaces, discloses the use of instructions.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[19I]** instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | See **[1F]**.<br><br>Moreover, to the extent that Glimpse does not disclose this claim element, the use of instructions would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use instructions.  For example, Ording, which also involves touch screen user interfaces, discloses the use of instructions.  It would have been obvious to one of ordinary skill in the art to combine the disclosures of Glimpse with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[20A]** A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | See **[1A]-[1B]**.<br><br>Moreover, to the extent that Glimpse does not disclose this claim element, a computer readable storage medium having instructions would have been a simple design choice representing a trivial and predictable variation.  It was well-known in the art to use a computer readable storage medium having instructions.  For example, Ording, which also involves touch screen user interfaces, discloses a computer readable storage medium having instructions.  It would have been obvious to |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| | one of ordinary skill in the art to combine the disclosures of Glimpse with Ording, because these references describe graphical user interfaces involving scrolling on touch-screen display-based electronic devices.  Furthermore, these references describe the specific use of reversal of scrolling direction to convey information to the user.  See Exhibit G-3. |
| **[20B]** display a first portion of an electronic document; | See **[1C]** |
| **[20C]** detect a movement of an object on or near the touch screen display; translate the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | See **[1D]**. |
| **[20D]** display an area beyond an edge of the electronic document and display a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | See **[1E]**. |
| **[20E]** translate the electronic | See **[1F]**. |

| U.S. Patent No. 7,469,381 | Glimpse |
|---|---|
| document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | |