02198.5184

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:   (415) 875-6600
4  Facsimile:   (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Kevin P.B. Johnson (Bar No. 177129)
6     kevinjohnson@quinnemanuel.com
      Victoria F. Maroulis (Bar No. 202603)
7     victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
9  Facsimile:   (650) 801-5100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Michael T. Zeller (Bar No. 196417)
11    michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone:   (213) 443-3000
13 Facsimile:   (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS EXHIBIT 10** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date: February 16, 2012**<br>**Time: 1:30 pm**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh** |
| Defendant. | **SUBMITTED UNDER SEAL** |

# MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

This filing was not efiled for the following reasons(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):_____

_____

DATED: January 26, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria Maroulis
   Victoria Maroulis
   Attorneys for Defendants/Counter-Claimants
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC