1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21            Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBER 672-4** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **Judge:  Hon. Lucy H. Koh** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26            Defendant. | |

27

28

02198.51855/4573808.1

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively "Samsung") hereby move to remove Docket No.
3 672-4 (Exhibit 4 to Briggs Declaration) from ECF. This document contains confidential
4 information of Apple and was inadvertently submitted publicly on January 26, 2012. Samsung
5 contacted the ECF helpdesk on Janurary 27, 2012, and the helpdesk immediately locked the
6 document and is awaiting the Court's order to remove it from ECF.

7    Samsung is resubmitting this document under seal and has lodged a copy with the clerk's
8 office today, January 27, 2011. Samsung will also submit a redacted version of this document, and
9 expects that Apple will submit a declaration and proposed sealing order pursuant to Local Rule
10 79-5(d).

11   For the foregoing reasons, Samsung respectfully requests that the Court grant this Motion
12 to Remove Incorrectly Filed Document 672-4.

17 DATED: January 27, 2011          Respectfully submitted,

18                                   QUINN EMANUEL URQUHART &
19                                   SULLIVAN, LLP

21                                   By  */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
22                                       Kevin P.B. Johnson
23                                       Victoria F. Maroulis
                                         Michael T. Zeller
24                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
25                                       INC. and SAMSUNG
26                                       TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4573808.1