1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBER 672-4** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Samsung has moved to remove incorrectly filed document number 672-4.  Having considered the arguments of the parties and the papers submitted, the Court hereby grants Samsung's Motion to Remove Incorrectly Filed Document Number 672-4.  This document shall be removed from the publicly available docket.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
The Honorable Lucy H. Koh
United States District Court Judge

02198.51855/4573836.1

Case No. 11-cv-01846-LHK