1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK

19        Plaintiff,                          **DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20        vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
          Defendants.
25

26

27

28

02198.51855/4573866.1

Case No. 11-cv-01846-LHK
**BAXTER DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Alex Baxter, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Exhibit 4 to the Declaration of Todd Briggs in Support of Samsung's Motion to Supplement Invalidity Contentions ("Briggs Declaration").  Those documents contain information and quotations from documents that the parties have designated as confidential.

3. Exhibit 4 to the Briggs Declaration is an Invalidity Contention for the '891 patent that includes source code from Apple, which has been designated by Apple as Apple Confidential – Outside Attorney's Eyes Only – Source Code under the protective order.

4. Attached as Exhibits 1 is the [Proposed] Public Redacted Versions of Exhibit 4 to the Briggs Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on January 27, 2012.

*/s/ Alex Baxter*

Alex Baxter

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Alex Baxter has concurred in this filing.

                                                     */s/ Victoria Maroulis*