**EXHIBIT M-15**
**SAMSUNG'S INVALIDITY CLAIM CHARTS FOR MAC OS X, v.10.0 (Mac OS X)**

Mac OS X is an operating system released by Apple on March 24, 2001.  Mac OS X ran on a number of Macintosh computers, including the Macintosh PowerBook G3, first released in 1998, and shown below.  Other computers running Mac OS X are also included as prior art to the '891 patent.

| U.S. Patent No. 7,853,891 | Mac OS X |
|---|---|
| **[1A]**  A method to display a user interface window for a digital processing system, the method comprising: | Mac OS X displays user interface windows for a digital processing system.<br><br> |

| | |
|---|---|
| **[1B]**  displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | Mac OS X displays a first window (e.g. brightness window) in response to receiving a first input from a user input device (e.g. brightness key)  of the digital processing system which is capable of displaying at least a portion of a second window (e.g. "Applications" window) concurrently with the first window on a screen.<br><br> |

| **[1C]** starting a timer; and | Mac OS X discloses starting a timer.  |
|---|---|

| | |
|---|---|
| **[1D]** closing the first window in response to a determination that the timer expired; | Mac OS X discloses that the first window (e.g., brightness window) is closed in response to a determination that the timer expired (about 1 second).<br><br>(Showing display fading and closing after a set time.) |

4



| **[1E]** wherein the first window does not close in response to any input from a user input device of the digital processing system, | Mac OS X discloses that the first window (e.g., brightness window) does not close in response to any input from a user input device (e.g. mouse clicks or keyboard inputs) of the digital processing system. |
|---|---|

| **[1F]** wherein the first window has been displayed independently from a position of a cursor on the screen. | Mac OS X discloses that the first window (e.g., brightness window) is displayed independently from a position of a cursor on the screen.  |
|---|---|



| [2]  A method as in claim 1 wherein the first window is translucent; and the portion of the second window is visible while under the first window. | Mac OS X displays a translucent first window (e.g., brightness window) wherein a portion of the second window (e.g., Application window) is visible while under the first window.<br><br> |

| **[3]** A method as in claim 2 wherein the first window is at a top level in a window displaying hierarchy. | Mac OS discloses that the first window (e.g., brightness window) is displayed at the top level in a window displaying hierarchy (e.g., user interface display hierarchy).<br><br>For example, the brightness window appears above other application windows.<br><br> |

| | |
|---|---|
| **[5]** A method as in claim 1 wherein said closing the first window comprises: fading out an image of the first window. | Mac OS X closes the first window (e.g., brightness window) by fading out the image of the first window.<br><br><br><br>(Showing display fading and closing after a set time.) |

| | |
|---|---|
| **[6]** A method as in claim 1 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | Mac OS X discloses that the second window (e.g., Applications window) closes in response to an input from a user input device (e.g., clicking "X" using a mouse to close the Applications window).  (Application window closing in response to clicking "X" to close.) |
| **[7]** A method as in claim 6 wherein the first window does not respond to any input from a user input device of the digital processing system. | Mac OS X discloses that the first window (e.g., brightness window) does not respond to any input from a user input device (e.g., mouse clicks and keyboard entries) of the digital processing system. |

| | |
|---|---|
| **[14]** A method as in claim 1 further comprising: determining a position on a display of the digital processing system independent of a position of a cursor on the display; wherein the first window is displayed at the position. | Mac OS X determines a position (e.g., bottom of the display) on a display of the digital processing system independent of a position of a cursor on the display, and displays the first window (e.g., brightness window) at the position. <br><br>See also **[1F]**. |

02198.51855/4433168.2

| | |
|---|---|
| **[15]** A method as in claim 14 wherein the position is centered horizontally on the display. | Mac OS X displays a window (e.g. brightness window) centered horizontally on the display.<br> |

| [16]  A method as in claim 1 further comprising: restarting the timer in response to receiving a second input for the first window. | Mac OS X discloses restarting the timer in response to receiving a second input (e.g. a second brightness key press) for the first window (e.g. brightness window).<br> |
|---|---|
| [17]  A method as in claim 16 wherein the second input is received from a user input device of the digital processing system. | Mac OS X discloses that the second input is received form a user input device of the digital processing system (e.g., brightness key). |

| **[18]**  A method as in claim 16 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | Mac OS X discloses that the first window (e.g. brightness window) is created by a first application (e.g. brightness control application) and the second window (e.g. Microsoft Internet Explorer window) is created by a second application (e.g. Microsoft Internet Explorer), wherein the first application is different from the second application.  |

| | |
|---|---|
| **[19]**  A method as in claim 1 wherein the user input device is one of: a) a keyboard; b) a mouse; c) a track ball; d) a touch pad; e) a touch screen; f) a joy stick; and g) a button. | Mac OS X discloses that the user input device (e.g., brightness key) is a button.  |
| **[20A]**  A method to display a user interface window for a digital processing system, the method comprising: | See **[1A]**. |

| | |
|---|---|
| **[20B]** displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | See **[2]**. |

| | |
|---|---|
| **[20C]** closing the first window without user input, | Mac OS X discloses that the first window (e.g., brightness window) is closed without user input.<br><br><br><br>(Showing display fading and closing without user input.)<br>See **[1E].** |

| | |
|---|---|
| **[20D]** wherein the first window has been displayed independent from a position of a cursor on the screen. | See **[1F]**. |
| **[21]** A method as in claim 20 further comprising: starting a timer; wherein said closing the first window is in response to expiration of the timer. | See **[1C]**. |

| | |
|---|---|
| **[23]** A method as in claim 20 further comprising: determining whether or not a condition is met; wherein said closing the first window is in response to a determination that the condition is met. | Mac OS X determines whether a condition has been met (e.g., a timer has expired), and closes the first window (e.g., "File" menu) upon determination that the condition was met.  (Showing display fading and closing when the timer has expired.) |

| | |
|---|---|
| **[24]**  A method as in claim 20 wherein said closing the first window comprises: fading out an image of the first window. | See **[5]**. |
| **[26A]**  A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising: | Mac OS X discloses a machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window.<br><br>For example, Mac OS X was distributed on optical disks. |
| **[26B]**  displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | See **[1B]**. |
| **[26C]**  starting a timer; and | See **[1C]**. |
| **[26D]**  closing the first window in response to a determination that the timer expired; | See **[1D]**. |
| **[26E]**  wherein the first window does not close in response to any input from a user input device of the digital processing system, | See **[1E]**. |
| **[26F]**  wherein the first window has been displayed independently from a position of a cursor on the screen. | See **[1F]**. |

| | |
|---|---|
| **[27]**  A media as in claim 26 wherein the first window is translucent; and the portion of the second window is visible while under the first window. | See **[2]**. |
| **[28]**  A media as in claim 27 wherein the first window is at a top level in a window displaying hierarchy. | See **[3]**. |
| **[30]**  A media as in claim 26 wherein said closing the first window comprises: fading out an image of the first window. | See **[5]**. |
| **[31]**  A media as in claim 26 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | See **[6]**. |
| **[32]**  A media as in claim 31 wherein the first window does not respond to any input from a user input device of the digital processing system. | See **[7]**. |
| **[39]**  A media as in claim 26 wherein the method further comprises: determining a position on a display of the digital processing system independent of a position of a cursor on the display; wherein the first window is displayed at the position. | See **[14]**. |

| | |
|---|---|
| **[40]**  A media as in claim 39 wherein the position is centered horizontally on the display. | See **[15]**. |
| **[41]**  A media as in claim 26 wherein the method further comprises: restarting the timer in response to receiving a second input for the first window. | See **[16]**. |
| **[42]**  A media as in claim 41 wherein the second input is received from a user input device of the digital processing system. | See **[17]**. |
| **[43]**  A machine readable media as in claim 41 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | See **[18]**. |
| **[44]**  A media as in claim 26 wherein the user input device is one of: a) a keyboard; b) a mouse; c) a track ball; d) a touch pad; e) a touch screen; f) a joy stick; and g) a button. | See **[19]**. |

| | |
|---|---|
| **[45A]**  A machine readable media containing executable computer program instructions which when executed by a digital processing system cause said system to perform a method to display a user interface window, the method comprising: | See **[20A]**. |
| **[45B]**  displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | See **[20B]**. |
| **[45C]**  closing the first window without user input, | See **[20C]**. |
| **[45D]**  wherein the first window has been displayed independent from a position of a cursor on the screen. | See **[20D]**. |
| **[46]**  A media as in claim 45 wherein the method further comprises: starting a timer; wherein said closing the first window is in response to expiration of the timer. | See **[21]**. |

| | |
|---|---|
| **[48]** A media as in claim 45 wherein the method further comprises: determining whether or not a condition is met; wherein said closing the first window is in response to a determination that the condition is met. | See **[23]**, |
| **[49]** A media as in claim 45 wherein said closing the first window comprises: fading out an image of the first window. | See **[5]**, |
| **[51A]** A digital processing system to display a user interface window, the system comprising: | Mac OS X is a digital processing system to display user interface windows. |
| **[51B]** means for displaying a first window in response to receiving a first input from a user input device of the digital processing system which is capable of displaying at least a portion of a second window concurrently with the first window on a screen; | See **[1B]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |
| **[51C]** means for starting a timer; and | See **[1C]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |

| | |
|---|---|
| **[51D]**  means for closing the first window in response to a determination that the timer expired; | See **[1D]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |
| **[51E]**  wherein the first window does not close in response to any input from a user input device of the digital processing system, | See **[1E]**. |
| **[51F]**  wherein the first window has been displayed independently from a position of a cursor on the screen. | See **[1F]**. |
| **[52]**  A digital processing system as in claim 51 wherein the first window is translucent; and the portion of the second window is visible while under the first window. | See **[2]**. |
| **[53]**  A digital processing system as in claim 52 wherein the first window is at a top level in a window displaying hierarchy. | See **[3]**. |
| **[55]**  A digital processing system as in claim 51 wherein said means for closing the first window comprises: means for fading out an image of the first window. | See **[5]**. |

| | |
|---|---|
| **[56]** A digital processing system as in claim 51 wherein the second window, if displayed, does close in response to an input from a user input device of the digital processing system. | See **[6]**. |
| **[57]** A digital processing system as in claim 56 wherein the first window does not respond to any input from a user input device of the digital processing system. | See **[7]**. |
| **[64]** A digital processing system as in claim 51 further comprising: means for determining a position on a display of the digital processing system independent of a position of a cursor on the display; wherein the first window is displayed at the position. | See **[14]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |
| **[65]** A digital processing system as in claim 64 wherein the position is centered horizontally on the display. | See **[15]**. |
| **[66]** A digital processing system as in claim 51 further comprising: means for restarting the timer in response to receiving a second input for the first window. | See **[16]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |

| | |
|---|---|
| **[67]**  A digital processing system as in claim 66 wherein the second input is received from a user input device of the digital processing system. | See **[17]**. |
| **[68]**  A digital processing system as in claim 66 wherein the first window is created by a first application and the second window is created by a second application, wherein the first application is different from the second application. | See **[18]**. |
| **[69]**  A digital processing system as in claim 51 wherein the user input device is one of: a) a keyboard; b) a mouse; c) a track ball; d) a touch pad; e) a touch screen; f) a joy stick; and g) a button. | See **[19]**. |
| **[70A]**  A digital processing system to display a user interface window, the system comprising: | See **[51A]**. |
| **[70B]**  means for displaying a first window, the first window being translucent, at least a portion of a second window being capable of being displayed on the digital processing system under the first window, the portion of the second window, when present, being visible under the first window on a screen; and | See **[20B]**. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |

| [70C]  means for closing the first window without user input, | See [1E]. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |
|---|---|
| [70D]  wherein the first window has been displayed independent from a position of a cursor on the screen. | See [1F]. |
| [71]  A digital processing system as in claim 70 further comprising: means for starting a timer; wherein the first window is closed in response to expiration of the timer. | See [51C] and [51D]. |
| [73]  A digital processing system as in claim 70 further comprising: means for determining whether or not a condition is met; wherein the first window is closed in response to a determination that the condition is met. | See [23]. In its infringement contentions, Apple only identified a "processor executing computer instructions" as the corresponding structure.  Mac OS X is operated on a processor executing computer instructions. In its infringement contentions, Apple failed to identify a corresponding algorithm.  To the extent Apple is allowed and able to identify a corresponding algorithm, Samsung reserves the right to identify a corresponding algorithm in the prior art. |
| [74]  A digital processing system as in claim 70 wherein said means for closing the first window comprises: means for fading out an image of the first window. | See [55]. |