HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS IN SUPPORT OF ITS CLAIM CONSTRUCTION POSITIONS** |

The Court held its *Markman* hearing on Friday, January 20, 2012.  Pursuant to Civil Local Rule 7-3(d), Apple requests leave to submit a Statement of Recent Decisions ("Statement") (attached as **Exhibit A**).  The Statement identifies and attaches two cases that issued the day of the hearing and thereafter that support Apple's claim construction positions.  The two cases are:

- *Falana v. Kent State Univ.*, Case No. 2011-1198, slip op. at 9 (Fed. Cir. Jan. 23, 2012) (holding that district court properly construed the claim to not require an additional limitation because "the claims, not the written description . . . define the scope of the patent right") (**Attachment 1** to **Exhibit A**); and

- *Dealertrack, Inc. v. Huber*, Case No. 2009-1566, -1588, slip. op. at 12 (Fed. Cir. Jan. 20, 2012) (holding that district court erred by excluding non-enumerated examples from its claim construction) (**Attachment 2** to **Exhibit A**).

Dated: January 27, 2012                MORRISON & FOERSTER LLP

                                       By:   */s/ Michael Jacobs*
                                             Michael Jacobs

                                             Attorneys for Plaintiff
                                             APPLE INC.