HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS IN SUPPORT OF ITS CLAIM CONSTRUCTION POSITIONS** |

1   I, Mia Mazza, declare as follows:

2   1.   I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team.  I make this Declaration in support of Apple's Request for Leave to File Statement of Decisions in Support of Its Claim Construction Positions.

2.   Pursuant to Civil Local Rule 7-11(a), on January 26, 2012, Apple contacted Samsung by email to advise that Apple would be filing a request for leave to file a Statement of Recent Decisions and asked whether Samsung intended to oppose.  Samsung responded that it would oppose the filing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of January, 2012, at San Francisco, California.

MORRISON & FOERSTER LLP

By:   */s/ Mia Mazza*
      Mia Mazza

MAZZA DECL. ISO APPLE'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3099737