1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS IN SUPPORT OF ITS CLAIM CONSTRUCTION POSITIONS** |

The Court GRANTS Apple's Request for Leave to File Statement of Recent Decisions in Support of Its Claim Construction Positions.

**IT IS SO ORDERED**

Dated:

By: _____
Honorable Lucy H. Koh
United States District Judge