1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS** |

1  Samsung has filed a motion seeking leave to supplement its invalidity contentions and a
2  motion to shorten time for briefing and hearing on its motion to supplement its invalidity
3  contentions.  Having considered the arguments of the parties and the papers submitted,
4  Samsung's Motion to Shorten Time is DENIED.  The following briefing schedule is adopted:
5  Apple may file a response by **February 9, 2012**.
6  Samsung may not file a reply.
7  The Court will attempt to resolve the issues on the papers without a hearing.
8
9  **IT IS SO ORDERED.**
10  Dated:  January _____, 2012.

HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER DENYING SAMSUNG'S MOT. TO SHORTEN TIME
CASE NO. 11-CV-01846-LHK
sf-3099890