| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS**<br><br>Date:    February 1, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**NOTICE OF MOTION AND MOTION**

TO: DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Apple Inc. ("Apple") hereby moves the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on its accompanying Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions ("Motion"). Specifically, Apple requests that:

1) Samsung's opposition to the Motion be filed by January 31, 2012 at 12:00 p.m.; and

2) The hearing take place on or about February 1, 2012 at 10:00 a.m.

This motion is based on this notice of motion and supporting memorandum of points and authorities, the supporting Declaration of Mia Mazza, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: January 27, 2012          MORRISON & FOERSTER LLP

                                 By:  */s/ Michael A. Jacobs*
                                      MICHAEL A. JACOBS

                                      Attorneys for Plaintiff
                                      APPLE INC.

APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3098994

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

In accordance with Civil Local Rules 6-1(b) and 6-3, Apple moves the Court to shorten time for the briefing and hearing schedule for its Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions ("Motion to Compel"). Specifically, Apple requests that:

1) Samsung's opposition to the Motion to Compel be filed no later than January 31, 2012 at 12:00 p.m.;

2) The hearing take place on or about February 1, 2012 at 10:00 a.m.

If this Motion to Shorten Time is granted, Apple agrees to waive its right to submit a reply memorandum in support of its Motion to Compel.

The shortened briefing and hearing schedule is necessary because Apple expects to depose more than 40 Samsung witnesses in Korea in the next month, on nearly a daily basis between February 2 and March 2 (often with multiple depositions per day). (Declaration of Mia Mazza in Support of Apple's Motion to Shorten Time ("Mazza Decl.") ¶ 2.) As detailed in Apple's Motion to Compel, Samsung has gone from producing no documents to dumping tens of thousands of pages—mostly in Korean—on the eve of each deposition. For example, Samsung produced more than 44,000 pages of Ah Young Kim's Korean-language materials less than two days before the deposition of that witness, including 3,069 pages 40 minutes after the deposition began. (*Id.* at ¶ 3.)

Due to the requirement of translation it takes roughly twice as long to review Korean-language documents and use them in preparation for deposition as it takes to review and use English-language documents. (*Id.* at ¶ 4; *see also* Decl. of Mia Mazza In Support of Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions.) Apple has no expectation that Samsung's abusive and prejudicial practice will stop absent a Court order.

Apple's Motion to Compel seeks timely production of each witness's relevant documents in advance of the witness's deposition, to allow Apple an adequate opportunity to prepare for and use all relevant documents. Without an expedited briefing and hearing schedule, it is likely that

APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3098994

2

1  the Motion to Compel will not be heard and ruled on until all or nearly all of the remaining
2  Samsung witness depositions have been completed. That would effectively moot Apple's Motion
3  to Compel.
4       Apple has filed the Motion to Compel at its earliest opportunity after satisfying the lead
5  trial counsel meet and confer requirement. Samsung has not proposed an alternative expedited
6  schedule, and did not accept Apple's request to stipulate to the schedule proposed by Apple.
7  (Mazza Decl. ¶ 5.)

## CONCLUSION

9       For the foregoing reasons, Apple respectfully requests that the Court grant Apple's
10  Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel Timely
11  Production of Foreign-Language and Other Documents in Advance of Related Depositions.

13  Dated: January 27, 2012              MORRISON & FOERSTER LLP

15                                       By:   */s/ Michael A. Jacobs*
                                                 MICHAEL A. JACOBS

                                                 Attorneys for Plaintiff
                                                 APPLE INC.