UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS** |

1  Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule on its Motion to Compel Timely Production of Foreign Language and Other Documents In Advance of Related Depositions ("Motion to Compel").

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions. The hearing on Apple's Motion to Compel is hereby set for February 1, 2012 at 10:00 a.m. Defendants may file and serve their opposition papers no later than January 31, 2012 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: February _____, 2012.

HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3099793