| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | Date: February 1, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions.

2. Samsung deposed all of Apple's inventors and patent prosecutors in October 2011. For purposes of those depositions the parties had agreed to produce relevant, responsive, non-privileged documents from each inventor's or prosecutor's files no later than five days before his or her deposition. With a few isolated exceptions of a small number of late-discovered documents produced three or four days in advance, Apple abided by this "five-day rule." All of Apple's documents were in English.

3. Apple typically finished producing documents on the fifth day before the deposition was to take place, no fewer than 105 hours before the deposition began.

4. After purportedly finishing its preliminary injunction production on October 12, 2011, Samsung stopped producing documents relevant to Apple's offensive case until December 7, 2011.

5. The chart below summarizes recent document productions by Samsung for its witnesses whose depositions were taken by Apple in the past two weeks. The chart shows the name of each witness, the scheduled deposition start time, date(s) that Samsung produced documents from the witness's files, the volume of the production, and the approximate time in advance of the deposition that the production was received by Apple.

[Continued on next page]

MAZZA DECL. ISO APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF DOCUMENTS IN ADVANCE OF DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3099266

1

| Witness | N.D. Cal. Depo Date (9 a.m.) | Production Date(s) | No. Docs | No. Pgs | Comments (Language) |
|---|---|---|---|---|---|
| Ahyoung Kim | Wednesday, January 11, 2012 | January 9 (1:11 a.m.) | 251 | 1,610 | 56 hours in advance (Korean) |
| Ahyoung Kim | Wednesday, January 11, 2012 | January 9 (6:49 p.m.) | 4,158 | 30,720 | 39 hours in advance (Korean) |
| Ahyoung Kim | Wednesday, January 11, 2012 | January 10 (12:23 a.m.) | 837 | 9,513 | 9 hours in advance (Korean) |
| Ahyoung Kim | Wednesday, January 11, 2012 | January 11 (9:42 a.m.) | 476 | 3,069 | 40 minutes after depo started (Korean) |
| Bo-ra Kim | Wednesday, January 11, 2012 | January 7 7:41 p.m. | 161 | 4,607 | 86 hours in advance (Korean) |
| Wookyun Kho | Thursday, January 12, 2012 | January 7 7:41 p.m. | 31 | 844 | 110 hours in advance (Korean) |
| Junho Park | Saturday, January 14, 2012 | January 11 6:40 p.m. | 5,284 | 32,469 | 63 hours in advance (Korean) |
| Junho Park | Saturday, January 14, 2012 | January 12 11 a.m. | 2,163 | 20,135 | 46 hours in advance (Korean) |
| Nara Cho | Saturday, January 14, 2012 | January 10 11:49 a.m. | 488 | 10,046 | 94 hours in advance (Korean) |
| Tim Sheppard | Tuesday, January 24, 2012 | January 18 5:24 p.m. PST | 74 | 2,428 | 6 days in advance (English) |
| Tim Sheppard | Tuesday, January 24, 2012 | January 20 9:48 p.m. PST | 5,256 | 35,011 | 4 days in advance (English) |
| Justin Denison | Wednesday, January 25, 2012 | January 20 9:14 p.m. PST | 11,862 | 66,829 | 5 days in advance (English) |
| Justin Denison | Wednesday, January 25, 2012 | January 21 12:04 a.m. PST | 440 | 18,892 | 4 days in advance (English) |
| Brian Rosenberg | Thursday, January 26, 2012 | January 21 12:04 a.m. PST | 70 | 2,597 | 5 days in advance (English) |
| Brian Rosenberg | Thursday, January 26, 2012 | January 22 10:25 p.m. PST | 6,262 | 36,783 | 4 days in advance (English) |

MAZZA DECL. ISO APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF DOCUMENTS IN ADVANCE OF DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3099266

2

6. As noted in the chart above, Samsung produced 4,409 Korean-language documents sourced to Ah Young Kim just two days before her January 11, 2012 deposition. Because these documents needed to be translated before they could be analyzed and culled for use at deposition, only a small percentage of them were reviewed by Apple's outside counsel before the deposition. Samsung produced an additional 9,513 pages of Korean-language documents sourced to Ms. Kim just 9 hours in advance of her deposition. Apple was barely able to process and upload these documents into a repository where they could begin to be reviewed and translated before the deposition began. Apple did not complete the review of these documents. Finally, on the morning of January 11 Samsung produced another 3,069 pages of Korean-language documents from Ms. Kim's files. Apple's outside counsel had no chance even to access these untranslated documents until the day after the deposition was over.

7. Samsung produced 5,256 English-language documents sourced to Tim Sheppard, totaling 35,011 pages, just 84 hours before his January 24, 2012 deposition. Apple's outside counsel did what it could to review as many documents as possible before the deposition began, but it was unable to complete its review. In that process, Apple determined that the production contained numerous PowerPoint files that were printed illegibly or produced in black and white although created in color. Legible documents were not received by Apple until the night before the deposition began. Similar problems with a witness's production are often identified in the course of reviewing both English-language and foreign-language documents, and it typically takes Samsung several more days to turn around corrected documents (if it is willing to do so).

8. In all, Samsung has produced 13,169 Korean-language documents (97,516 pages) less than 3 days in advance of its witnesses' depositions, and an additional 15,497 pages of Korean-language materials less than 5 days in advance. Samsung has also produced 11,958 English-language documents, totaling 90,686 pages, less than 108 hours in advance of related depositions. The large majority of these documents could not be reviewed by Apple's outside counsel before deposition.

9. When Apple receives an average-sized foreign-language document production from Samsung, it takes about 24 hours to download the data to a secure repository and process the

MAZZA DECL. ISO APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF DOCUMENTS IN ADVANCE OF DEPOSITIONS
CASE NO. 11-cv-01846-LHK (PSG)
sf-3099266

3

1  data into a review tool that will allow Apple's Korean-fluent attorneys to access and review the
2  information. Thus, a production received at 10 p.m. one evening cannot be accessed for review
3  until 10 p.m. the next evening.

4      10.    Once Apple's Korean-fluent attorneys are able to access the data, they review each
5  document and flag those that are potentially most useful for the upcoming deposition of the
6  custodian of the documents. On a rush basis, each Korean-fluent attorney is able to review and
7  analyze approximately 250 documents per eight-hour day. Ten Korean-fluent attorneys thus
8  could review roughly 2,500 documents in a full work day.

9      11.    On average, about one-tenth of the documents produced by Samsung are sourced
10  to a given custodian flagged by Apple's Korean-language attorneys as potentially useful for the
11  custodian's upcoming deposition. Before Apple's outside counsel can review and understand the
12  flagged documents and cull them down for use in deposition, however, each document must be
13  translated into English. On average, each document produced by Samsung contains about
14  12 pages of text. Through Apple's current process, an informal translation of 12 pages of text
15  suitable for internal use can be prepared in about 45 minutes. It typically takes five full-time
16  Korean-language translators three to five work days to informally translate 250 documents into
17  English for use by attorneys preparing for depositions.

18      12.    Considering paragraphs 9 through 11 above and paragraph 13 below, even if
19  Apple were to employ 10 full-time Korean-language attorneys and 5 full-time Korean-language
20  translators, it would take roughly 10 to 12 days for an average sized Korean-language document
21  production to be taken from production to use at deposition.

22      13.    For English-language documents, it takes at least five days for a typical-size
23  production to be reviewed and analyzed by attorneys sufficient to prepare for depositions and
24  identify exhibits to be used at depositions. For designers, developers, and marketing custodians,
25  Apple must piece together from the custodian's files what precise role (among the multitude of
26  possible roles) he or she played in the design, development, and/or commercialization of products
27  that took several months and sometimes years to plan, design, develop, and launch.
28  Understanding the development of the allegedly-infringing features involves reviewing e-mails

1   and documents containing source code and other technical information.  The review of
2   Samsung's financial information is equally complicated, as data must be stitched together from
3   several documents before the relevance of financial materials can be determined.

4        14.    The overwhelming majority of the 45-plus remaining depositions of Samsung
5   witnesses will be taken in Seoul, Korea.  Therefore, after Apple's outside counsel cull the
6   translated Samsung documents down into a set that will be used for deposition purposes, the
7   documents must be transferred to Korea.  On a rush basis, it takes at least two days for documents
8   that were printed in the United States to be transferred to Seoul for final culling and preparation
9   for use as exhibits in depositions.

10       15.    When it was Apple's turn to produce its English-language documents in
11  October 2011, the parties agreed upon a "five-day" rule, acknowledging that five days is the
12  minimum amount of time outside counsel needs to be able to competently process, review, cull,
13  and prepare documents produced by the other side for relevant depositions.  Apple continues to
14  follow the five-day rule that the parties agreed upon months ago.

15       16.    The parties have agreed that, with respect to the calculation of deposition time for
16  Korean-language depositions, two hours of translated deposition time will be counted as one hour
17  of non-translated deposition time.

18       17.    On and before January 13, 2012, counsel for Apple sent multiple letters to counsel
19  for Samsung identifying the problems with Samsung's tardy productions.  The January 13 letter
20  advised Samsung that it would be seeking an order requiring Samsung to produce foreign-
21  language documents ten days before depositions.  The parties' lead trial counsel met and
22  conferred regarding this issue on January 16, 2012.  Harold McElhinny asked Charles Verhoeven
23  whether Samsung would agree to produce foreign-language documents ten days in advance of
24  custodians' depositions.  Mr. Verhoeven said that Samsung would not so agree.

18. A true and correct copy of a letter dated November 20, 2011, from Apple's counsel to Samsung's counsel reflecting the parties' "5-day rule" agreement is attached hereto as Exhibit A (*see* page 6).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2012, at San Francisco, California.

                                            */s/ Mia Mazza*
                                            Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: January 27, 2012      */s/ Michael A. Jacobs*
                             Michael A. Jacobs

MAZZA DECL. ISO APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF DOCUMENTS IN ADVANCE OF DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3099266

7