1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS** |

1    Plaintiff Apple Inc. ("Apple") has moved for an order compelling defendants Samsung

2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3  America, LLC ("Samsung") to produce relevant, responsive documents from the files of each

4  witness noticed for deposition at least ten (10) days in advance of his or her deposition if they

5  contain foreign-language materials.  Apple further moved the Court for an order compelling

6  Samsung to produce other relevant, responsive English-language documents from the files of

7  each witness noticed for deposition at least five (5) days in advance of the witness's deposition.

8    Having considered the arguments of the parties and the papers submitted, and good cause

9  having been shown, the Court hereby GRANTS Apple's Motion to Compel Timely Production of

10  Foreign-Language and Other Documents in Advance of Related Depositions.  Samsung is hereby

11  ORDERED:  (1) to produce relevant, responsive documents from the files of each witness noticed

12  for deposition at least ten (10) days in advance of his or her deposition if they are written in whole

13  or in part in a foreign language; and (2) to produce other relevant, responsive documents from the

14  files of each witness noticed for deposition at least five (5) days in advance of the witness's

15  deposition.

16    **IT IS SO ORDERED.**

17    Dated:  February _____, 2012.

18

19                                               _____
                                                    HONORABLE PAUL S. GREWAL
20                                                  United States Magistrate Judge

21

22

23

24

25

26

27

28