QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL**<br><br>Date:     February 1, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

02198.51855/4575178.1

Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION TO SHORTEN TIME

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On January 16, 2012, Samsung and Apple held a meet and confer session between lead counsel, during which Apple stated that it would file a motion requesting reconsideration of the Court's December 22, 2011 Order unless Samsung agreed to produce all foreign-language documents at least ten days prior to the corresponding deposition.

3. At 7:05 p.m. on January 27, 2012, counsel for Apple emailed counsel for Samsung to announce that it would move to shorten time for briefing and hearing of this motion. Although this email did not include a proposed expedited briefing schedule, Apple demanded that Samsung consent to shortened time before 8:00 p.m that evening. A true and correct copy of this email is attached hereto as Exhibit 1.

4. Counsel for Samsung immediately responded via email by seeking clarification as to which issues Apple would address in its motion to compel and requesting additional time to confer internally and with Samsung regarding Apple's request for a shortened schedule. True and correct copies of these emails are attached hereto as Exhibit 2. Apple did not respond to Samsung's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2012, at San Francisco, California.

*/s/ Joby Martin*
Joby Martin

02198.51855/4575178.1

-1-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO SHORTEN TIME

1 **General Order 45 Attestation**

2   I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this
3 Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has
4 concurred in this filing.

5                                                                /s/ Victoria Maroulis

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4575178.1

-2-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE' MOTION TO SHORTEN TIME