# EXHIBIT 1

**Pat King**

| | |
|---|---|
| **From:** | Mazza, Mia [MMazza@mofo.com] |
| **Sent:** | Friday, January 27, 2012 7:05 PM |
| **To:** | Rachel Herrick Kassabian; AppleMoFo; Samsung v. Apple; Sam.Maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com |
| **Subject:** | Apple v. Samsung - Motion to Shorten Time |

Hi Rachel,

Tonight Apple will be filing a motion to compel Samsung to timely produce documents in advance of depositions, as discussed in the parties' last lead counsel meeting.

We are moving to shorten time for the hearing of this motion.  Please let me know by 8 pm if Samsung consents to the motion being heard on shortened time.  Otherwise we will assume Samsung objects.

Regards,

MM

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------