1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7   SAN JOSE DIVISION

8   | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
    |---|---|
9   | Plaintiff, | [PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS IN SUPPORT OF ITS CLAIM CONSTRUCTION POSITIONS |
10  | v. | |
11  | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
12  | | |
13  | | |
14  | | |
15  | Defendants. | |

The Court GRANTS Apple's Request for Leave to File Statement of Recent Decisions in Support of Its Claim Construction Positions.

**IT IS SO ORDERED**

Dated: January 30, 2012

By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge