UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER ~~DENYING~~ "'I TCPVRPI /RP/RCTV APPLE'S MOTION TO SHORTEN TIME 'FOR BRIEFING AND HEARING ON "APPLE'S MOTION TO COMPEL "TIMELY PRODUCTION |

Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing schedule for Apple's Motion to Compel Timely Production.

Having considered the arguments of the parties and the papers submitted, the Court finds that Apple has not shown good cause to shorten time on the schedule requested. However, in light of Apple's need for resolution as soon as possible due to the aggressive February deposition schedule, the Court hereby GRANTS-IN-PART Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel.

-1-    Case No. 11-cv-01846-LHK (PSG)

02198.5185

[PROPOSED] ORDER ~~DENYING~~ I TCPVRPI /RP/RCTV"APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND  HEARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION

1  The briefing and hearing schedule is as follows. Samsung's opposition to Apple's motion is due
2  no later than Friday, February 3, 2012 at 8:30 a.m. No reply brief will be considered.
3  The hearing will be held at 10:00 a.m. on Tuesday, February 7, 2012.
4  **IT IS SO ORDERED.**
5
6  DATED:   January 30, 2012
7  _____
   The Honorable Paul S. Grewal
   United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER DENYING-I TCPVFPI /FP/RCTV'APPLE'S MOTION TO SHORTEN TIME
FOR BRIEFING ANF 'J EARING ON APPLE'S MOTION TO COMPEL TIMELY PRODUCTION