UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 4hr26min

**JUDGE LUCY H. KOH**

CRT REPRTR: IRENE RODRIGUEZ   DATE: 1/20/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: 11-01846LHK

CASE TITLE: APPLE, INC.   VS.   SAMSUNG ELECTRONICS CO., LTD., ET AL

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

HAROLD J. McELHINNY, MICHAEL JACOBS         CHARLES VERHOEVEN, TODD BRIGGS,

DAVID B. BASSETT, WILLIAM F. LEE            KEVIN P.B. JOHNSON

MATTHEW AHN, MARK SELWYN                    VICTORIA F. MAROULIS

**TODAY'S PROCEEDINGS**

{ x } CLAIMS CONSTRUCTION HEARING   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ } Cont'd to       @       For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: CLAIMS CONSTRUCTION HEARING IS HELD.