UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

Consistent with the Court's encouragement in its order shortening time (Dkt. No. 665), the parties have been discussing possible compromises regarding adding new products to this litigation.

To allow the parties additional time to discuss such compromises, the parties stipulate to a one-day extension for Apple to file its brief in opposition to Samsung's Motion to Amend Its Infringement Contentions (Dkt. No. 658).

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE OPP. TO SAMSUNG MOT FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3100772

1

Apple's opposition is due on Tuesday, January 31, 2012. No other deadlines are affected by this stipulation.

IT IS SO STIPULATED.

Dated: January 30, 2012

Dated January 30, 2012

MORRISON & FOERSTER LLP

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Michael A. Jacobs*
  HAROLD J. MCELHINNY
  MICHAEL A. JACOBS
  JENNIFER LEE TAYLOR
  ALISON M. TUCHER
  RICHARD S.J. HUNG
  JASON R. BARTLETT

Attorneys for Plaintiff
APPLE INC.

By:  */s/ Victoria Maroulis*
  CHARLES K. VERHOEVEN
  KEVIN P.B. JOHNSON
  VICTORIA F. MAROULIS
  EDWARD DEFRANCO
  MICHAEL T. ZELLER

Attorneys for Defendants
SAMSUNG ELECTRONICS CO. LTD,
SAMSUNG ELECTRONICS AMERICA,
INC., and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: January 30, 2012

  */s/ Michael A. Jacobs*
  Michael A. Jacobs

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE OPP. TO SAMSUNG MOT FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3100772

2

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____, 2012

Honorable Lucy H. Koh
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE OPP. TO SAMSUNG MOT FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3100772

3