# EXHIBIT A

# Alex Binder

| | |
|---|---|
| **From:** | Alex Binder |
| **Sent:** | Tuesday, December 13, 2011 5:46 PM |
| **To:** | AppleMoFo@mofo.com; WHAppleSamsungNDCalService@wilmerhale.com; dahn@mofo.com; atucher@mofo.com; mjacobs@mofo.com; HMcElhinny@mofo.com; JasonBartlett@mofo.com; mark.selwyn@wilmerhale.com; william.lee@wilmerhale.com |
| **Cc:** | Victoria Maroulis; Margret Caruso; Todd Briggs; Rachel Herrick Kassabian |
| **Subject:** | Apple Inc. v. Samsung Electronics Co., Ltd. et al.: Discovery |
| **Attachments:** | Lucente Exhibit A.pdf; Lucente CV.pdf |

Counsel,

Samsung hereby discloses Samuel Lucente as an expert in this case. Attached are Mr. Lucente's curriculum vitae, which includes his current employer and each entity from which he has received compensation in his area of expertise over the last 5 years, and Mr. Lucente's signed undertaking of the Interim Model Protective Order. Please note that Mr. Lucente does not have any previous litigation history.

Please let us know by December 20, 2011 whether Apple objects, and the grounds for such objection, to disclosure to Mr. Lucente of Apple information designated in this litigation as "Highly Confidential – Attorney's Eyes Only," and "Highly Confidential – Source Code" under the Interim Model Protective Order.

**Alex Binder**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6408 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
alexbinder@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, SAMUEL A. LUCENTE II [print or type full name], of 954 LINCOLN BLVD SAN FRANCISCO, CA 94129 [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on 12/8/2011 [date] in the case of APPLE, INC. V. SAMSUNG ELECTRONICS CO., LTD, ET AL [insert formal name of the case and the number and initials assigned to it by the court] 4:11-CV-01846-LHK (N.D. CAL.). I agree to comply with and to be bound by all the terms of this Stipulated Protective Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint QUINN, EMANUEL, URQUHART, OLIVER & HEDGES [print or type full name] of 555 TWIN DOLPHIN DRIVE REDWOOD SHORES, CA 94065 [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: 12/6/2011

City and State where sworn and signed: SAN FRANCISCO, CA

Printed name: SAMUEL A. LUCENTE II
[printed name]

Signature: _____
[signature]

20

**Samuel Anthony Michael Lucente, II**
Curriculum Vitae

ADDRESS
    Lucente Design, LLC
    954 Lincoln Blvd, San Francisco, CA 94129
    415-706-4617
    sam@lucente.com

EDUCATION
    University of Cincinnati, Cincinnati, OH
    College of Design, Architecture, Art and Planning (DAAP)
    **B.S. in Design**                                                                                  **1981**
    Honors: Magna Cum Laude

    Art Center College of Design
    Design classes, no degree                                                                     **1980**

    IBM Systems Research Institute
    Computer Science classes, no degree                                                     **1980's**

AWARDS
    Fast Company's Masters of Design
    University of Cincinnati's Top 100 Alumni
    BusinessWeek's Champions of Innovation
    America's I.D. Forty
    International Design Excellence Awards including GOLD, SILVER, BRONZE
    I.D. Annual Design Review Awards – Best of Category, Design Distinctions
    Appliance Manufacturer Excellence in Design
    Industrie Forum Awards, Germany
    Ministry of International Trade and Industry, Japan
    Compasso d'Oro, Italy
    Smithsonian National Design Museum – permanent collection
    Museum of Modern Art (MoMA), New York  – permanent collection
    San Francisco Museum of Modern Art SFMOMA  – permanent collection

RELATED EXPERIENCE
    Lucente Design, LLC
    **Designer and Principal**                                                                      **2011 – Present**
    Work brings proven world class design approaches to bear on complex
    problems for society, organizations and the design profession at large;
    supports the Industrial Designers Society of America, the Design
    Management Institute and the Corporate Design Foundation to help
    articulate the value of design to business.

    Expert engagement with Quinn Emanuel Urquhart & Sullivan, LLP; Apple
    v Samsung

**Samuel Anthony Michael Lucente, II**
Curriculum Vitae

Currently sits on the Design Advisory Board at Pepsico's Frito-Lay Division.

Lead designer of the Fitness Court for the National Fitness Campaign, www.nfchq.com.

Hewlett-Packard Company
**Vice President, Design**                                                          2003 – 2010
Work entailed building a community of over 300 design professionals that use design as a strategic business tool; built a design practice globally touching every division based on an integrated design approach using state-of-the-art design capabilities to create experiences that inspire customers, embody the brand, drive revenue and generates operational efficiencies; managed the HP Design Council and HP's external design firms to build lasting, competitive advantage for the company.

Sam Lucente, sole proprietor d.b.a. Lucente Design, Inc.
**Designer and Principal**                                                          1999 – 2002
Various design consulting work across many areas of research, development and marketing in the information technology and consumer electronics industries.

Formed a separate partnership to develop of user interface designs and Patent Number 6,583,800.

Netscape Corporation
**Director of User Experience in the Technology Group**                             1996-1998
Worked on the user experience of future products and technology playing a critical role in the conceptualization of 'Constellation', an advanced technology and design effort that won Best of Show at Comdex in 1996; previously, as Director of the User Experience Group, staffed and managed a team of 30 designers responsible for the user interface of client and server products including Netscape's browser and email offerings.

IBM Corporation
**Program Manager, Strategic Design**                                               1981-1996
Led the ThinkNEXT advanced design and development team which was responsible for a number of highly successful design, branding and technological innovations; was the lead industrial designer on the ThinkPad 560 and 710, also known as "The Butterfly," and pioneered the "Leapfrog" limited production concept tablet computer; worked as both designer and manager at the corporate headquarters, division and department level leading large teams of designers and human factors engineers; was the key liaison with IBM's external design consultant, Richard Sapper.

2

**Samuel Anthony Michael Lucente, II**
Curriculum Vitae

SELECTED PUBLICATIONS AND PRESENTATIONS

Frequent speaker and lecturer at conferences and universities; numerous patents assigned to Hewlett-Packard Company, IBM, self and others.

| | |
|---|---|
| Speaker at Design Management/Europe 15, Amsterdam | **2011** |
| Keynote speaker at Seminário Internacional IDEA/Brasil 2011, São Paulo | **2011** |
| Keynote speaker at the Management Business Conference, Kellogg School of Management, Evanston, IL | **2008** |
| Keynote speaker at the WORLDDESIGN Conference, San Francisco, CA | **2007** |
| Speaker at the TED Conference, Monterey, CA | **1996** |
| *The Holy Grail of Design Measurement* <br> Design Management Review Volume 22, Issue 2, pages 6–16, June 2011 | **2011** |
| *Designing a Natural Computer* <br> INNOVATION FALL 1993 | **1993** |

MEMBERSHIPS

Industrial Designers Society of America (At-large-director in 2009)
Design Management Institute

PATENTS

| Number | Date | Description |
|---|---|---|
| D576625 | 9/9/2008 | Computer input device |
| D574377 | 8/5/2008 | Kiosk |
| D548278 | 8/7/2007 | Printer |
| D523090 | 6/13/2006 | Adhesive printable skin for a portable electronic device (2) |
| D522064 | 5/30/2006 | Adhesive printable skin for a portable electronic device |
| D518093 | 3/28/2006 | Printer |
| 20060062953 | 3/23/2006 | Adhesive cover systems for articles |
| 7712413 | 2/23/2006 | Printable cover systems for articles |
| D512736 | 12/13/2005 | Projector |
| D509507 | 9/13/2005 | Combination scanner, and camera |
| D508511 | 8/16/2005 | Camera |
| D507267 | 7/12/2005 | Handheld computer |
| D504129 | 4/19/2005 | Laptop computer |

**Samuel Anthony Michael Lucente, II**
Curriculum Vitae

| | | |
|---|---|---|
| 6583800 | 6/24/2003 | Method and device for finding, collecting and acting upon units of information |
| D450005 | 11/6/2001 | Kernel |
| D446209 | 8/7/2001 | Netport |
| D384948 | 10/14/1997 | Personal computer hinge cam |
| D384948 | 10/14/1997 | Personal computer hinge cam |
| D380458 | 7/1/1997 | Portable personal computer |
| D376352 | 12/10/1996 | Personal computer with fractionated keyboard |
| D372465 | 8/6/1996 | Personal computer with extended keyboard |
| D372471 | 8/6/1996 | Keyboard |
| D372471 | 8/6/1996 | Keyboard |
| D372472 | 8/6/1996 | Fractionated keyboard |
| D371766 | 7/16/1996 | Portable personal computer |
| D369789 | 5/14/1996 | Docking station for portable personal computer |
| 5432720 | 7/11/1995 | Rotatable pen-based computer |
| D356549 | 3/21/1995 | Computer housing |
| 5287245 | 2/15/1994 | Computer having ejectable keyboard ejected by damping device |
| D339796 | 9/28/1993 | Combined flat panel display and folding stand with user interface control and stylus therefore |
| 5216579 | 6/1/1993 | Rack based packaging system for computers with cable, cooling and power management module |
| D291806 | 9/8/1987 | Multiple control element unit for data processing apparatus |
| D290363 | 6/16/1987 | Computer display or the like |
| D285445 | 9/2/1986 | Cursor for a graphics tablet |
| 4577187 | 3/18/1986 | Display workstation |