# EXHIBIT C

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 4, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (diane hutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter provides Apple's agenda for the December 5, 2012, lead trial counsel meeting. In attendance will be Harold McElhinny, Richard Hung, Samuel Maselli, and myself.

We suggest that the parties alternate discussion of their respective issues, so that we address one item on Apple's agenda, then one item on Samsung's agenda, and so forth.

- Sufficiency of Samsung's search for relevant documents from inventors;

- Production of Samsung sales-related and other financial documents;

- Sufficiency of expedited production of source code and related technical documents under the December 22, 2011 Order;

- Expanded production of Samsung technical documents

- Production of Samsung design-around documents, including but not limited to documents regarding blue-glow functionality;

- Production of Samsung documents related to Apple's trademark and trade dress claims;

- Production of Samsung marketing- and advertising-related documents;

- Sufficiency of Samsung's expedited production of design history documents under the December 22, 2011, Order;

- Expanded production of Samsung design history documents;

- Protective Order Regarding Disclosure and Use of Discovery Materials;

sf-3090216

MORRISON | FOERSTER

Diane Hutnyan
January 4, 2012
Page Two

- Completeness of Samsung's December 31, 2011 production of surveys and designer emails;

- Samsung's Rule 30(b)(6) deposition notice;

- Production of Samsung documents related to specific surveys called out in Apple correspondence;

- Production of Samsung documents related to Samsung's participation in standards-setting organizations;

- Production of Samsung documents relating to its licenses and license negotiations regarding patents declared standards essential;

- Samsung's response to Apple Interrogatory Nos. 8 and 9 (Conception and Reduction to Practice of Samsung Patents-in-Suit);

- Expert issues related to Messrs. Bressler, Sowayan, and Lucente; and

- Scheduling of remaining depositions of Samsung witnesses in January and early February.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3090216