# EXHIBIT D

**Brett Arnold**

| | |
|---|---|
| **From:** | Melissa Chan |
| **Sent:** | Sunday, January 08, 2012 4:15 PM |
| **To:** | 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'sam.maselli@wilmerhale.com'; 'peter.kolovos@wilmerhale.com'; 'calvin.walden@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung:  Discovery Correspondence - Samsung's disclosure of Samuel Lucente |

Mia and Rich,

In response to your request for additional information regarding Mr. Lucente, while the protective order does not require that Samsung disclose whether its experts have ever participated in or consulted on, developing or designing a mobile phone, nor does it require that Samsung provide the expert's list of clients, we will provide you with this information based upon our agreement yesterday that Apple will provide that same information for its disclosed experts.

Mr. Lucente was the global design manager at HP, where oversaw design of the entire range of HP's 10,000+ products, which included mobile phones.  He wasn't involved in hands-on design of anything, and his engagement with HP ended in Nov. 2010.  Since then he hasn't been involved in mobile phone design.  On behalf of Lucente Design, Mr. Lucente spoke at a 1-day conference for Honeywell Aerospace.  He also currently sits on the Design Advisory Board at Pepsico's Frito-Lay division.  However, he has refrained from taking on any other clients due to this case.

Please inform by 10:00 a.m. on Monday if Apple will withdraw its objection to Mr. Lucente.

Thanks,
Melissa

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Tuesday, December 27, 2011 7:26 PM
**To:** Melissa Chan
**Cc:** AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; peter.kolovos@wilmerhale.com; calvin.walden@wilmerhale.com
**Subject:** Apple v. Samsung: Discovery Correspondence - Samsung's disclosure of Samuel Lucente


Hi Melissa,

Attached please find correspondence regarding Samsung's disclosure of Samuel Lucente as a Samsung expert in this case.

<<2011-12-27 Ltr Mazza to Chan re Lucente.pdf>>

Regards,

**Mia Mazza
Morrison & Foerster LLP
San Francisco
(415) 268-6024 office
(415) 302-6583 mobile
(415) 268-7522 fax**

1

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------