# EXHIBIT E

# Brett Arnold

| | |
|---|---|
| **From:** | Rachel Herrick Kassabian |
| **Sent:** | Monday, January 16, 2012 11:21 AM |
| **To:** | 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'Samuel.Maselli@wilmerhale.com'; 'peter.kolovos@wilmerhale.com'; 'calvin.walden@wilmerhale.com'; 'Mark.Selwyn@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung: Discovery Correspondence - Monday's Lead Trial Counsel Meeting |
| **Attachments:** | 2012-01-07 Hutnyan re Apple's Improper Objections to RFAs.pdf |

Hi Mia,

You already know our position regarding your January 13, 10PM letter.

As for Samsung's agenda, please be prepared to close the loop on Apple's objections to Samsung's expert Lucente (discussed but not resolved at the last LCM&C), and Apple's deficient responses to Samsung's 2nd Set of RFAs, which Apple has refused to amend.

Regards,
Rachel

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Monday, January 16, 2012 9:30 AM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; Samuel.Maselli@wilmerhale.com; peter.kolovos@wilmerhale.com; calvin.walden@wilmerhale.com; Mark.Selwyn@wilmerhale.com
**Subject:** Re: Apple v. Samsung: Discovery Correspondence - Monday's Lead Trial Counsel Meeting


Rachel --

Harold, Mark Selwyn, and I will be in attendance today. Calvin will participate by phone -- please circulate a dial-in (or we can, if you prefer).

This goes without saying, but to be clear -- we intend to, and are coming prepared to, meet and confer regarding all of Apple's agenda items set forth in my January 13 letter, and we expect Samsung to do so as well.

Regards,

MM

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

1

**From**: Rachel Herrick Kassabian [mailto:rachelkassabian@quinnemanuel.com]
**Sent**: Sunday, January 15, 2012 10:33 AM
**To**: Mazza, Mia
**Cc**: AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; 'Maselli, Samuel' <Samuel.Maselli@wilmerhale.com>; 'Kolovos, Peter' <Peter.Kolovos@wilmerhale.com>; 'Walden, S. Calvin' <Calvin.Walden@wilmerhale.com>
**Subject**: RE: Apple v. Samsung: Discovery Correspondence - Monday's Lead Trial Counsel Meeting

Mia,

I have received your letter sent Friday night 1/13 after 10pm.  As to whether the issues presented in your letter will be addressed at Monday's in person meet and confer, please see my responses to each of your items below.  We will respond substantively to your letter in later correspondence.

**1. Production of documents in advance of depositions of Samsung witnesses.**
On Monday's lead counsel meet and confer, we will discuss whether the parties will agree on a reciprocal basis to produce documents on a deadline shorter than the 3-day rule previously ordered by the Court.

**2.  Proposed stipulation regarding deposition conduct.**
We will discuss this at Monday's lead counsel meet and confer.

**3. Return of Wookyun Kho after Winset documents are produced.**
This is a new issue, raised for the first time this weekend (36 hours ago).  We will investigate it and respond in writing in due course.

**4. Apple's First 30(b)(6) notice (license topics).**
This is a new issue, raised for the first time last week.  We have not yet had an opportunity to confer with our client about it.  We will investigate it and respond in writing in due course.

**5. Apple's Second 30(b)(6) notice ('055 and '871 patents).**
This is a new issue, raised for the first time last week.  We have not yet had an opportunity to confer with our client about it.  We will investigate it and respond in writing in due course.

**6. Production of documents from Hye-Young Lee and Pyung-soo Kim ('055 and '871).**
Apple has already filed a motion to compel on this issue – just last week, in fact.   Please confer with your team if you are unaware of this.

**7. Samsung's RFA responses.**
This is a new issue, raised for the first time last Friday (48 hours ago).  We have not yet had an opportunity to confer with our client about it.  We will investigate it and respond in writing in due course.

**8. Follow-up on various Samsung RFP responses.**
This is a new issue, raised for the first time this weekend (36 hours ago).  We have not yet had an opportunity to confer with our client about it.  We will investigate it and respond in writing in due course.

Regards,
Rachel

**Rachel Herrick Kassabian** | *Partner*
**Quinn Emanuel Urquhart & Sullivan LLP**
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

650.801.5005 Direct
650.801.5000 Main
650.801.5100 Fax
rachelkassabian@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Friday, January 13, 2012 10:02 PM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; Maselli, Samuel; Kolovos, Peter; Walden, S. Calvin
**Subject:** Apple v. Samsung: Discovery Correspondence - Monday's Lead Trial Counsel Meeting


<<2012-01-13 Ltr Mazza to Kassabian re Agenda for LTCM&C.pdf>>

Hi Rachel,

Attached please find Apple's agenda for this Monday's in-person meeting between Charles Verhoeven and Harold McElhinny.  I would appreciate it if you would please let me know as soon as possible what time that meeting will occur.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------