# EXHIBIT G

# Brett Arnold

| | |
|---|---|
| **From:** | Mazza, Mia [MMazza@mofo.com] |
| **Sent:** | Tuesday, January 17, 2012 3:37 PM |
| **To:** | Rachel Herrick Kassabian |
| **Cc:** | AppleMoFo; Samsung v. Apple; Maselli, Samuel |
| **Subject:** | Apple v. Samsung:  Discovery Correspondence - Samuel Lucente |
| **Attachments:** | 2012-01-16 Ltr Mazza to Kassabian re Lucente.pdf |

<<2012-01-16 Ltr Mazza to Kassabian re Lucente.pdf>>

Hi Rachel,

Attached please find correspondence regarding Samsung's expert Samuel Lucente.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 16, 2012

Writer's Direct Contact
(415) 268-6024
MMazza@mofo.com

*By Email* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)
      CONFIDENTIAL—For Attorneys' Eyes Only—Subject to Protective Order

Dear Rachel:

It has just come to our attention that Samsung's proposed expert, Samuel Lucente, may personally hold ownership interest in two U.S. patents directed to user interface technologies: U.S. Patent Nos. 7,559,039 and 6,583,800—on which he is also listed as an inventor.

Please provide us with information regarding (1) Mr. Lucente's ownership interest in these two patents, including whether he has assigned that interest to any third party in whole or in part; and (2) whether there are any pending U.S. or foreign patent applications claiming priority to either of these two U.S. patents, their priority applications, or corresponding PCT applications.

This information about Mr. Lucente's patents has only recently surfaced.  With apologies, Apple is unable to lift its objection regarding Mr. Lucente until the requested information is received from Samsung.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3094995