# EXHIBIT H

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

January 20, 2012

**VIA ELECTRONIC MAIL**

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple, Inc. v. Samsung Elecs. Co., et al.*, No. 11-cv-1846-LHK (N.D. Cal.)

Dear Mia:

I write in response to your January 17, 2012 letter concerning Apple's objection to Samsung's disclosed expert Samuel Lucente." As an excuse for raising this issue so long after his December 13, 2011 disclosure (and after Samsung already satisfied Apple's initial objections), you claim that Mr. Lucente's ownership interest in two U.S. patents "only recently surfaced." In truth, U.S. Patent No. 6,583,800 is expressly listed on the curriculum vitae we provided with Mr. Lucente's disclosure more than a month ago -- and U.S. Patent No. 7,559,039 is a continuation in part to the 6,583,800 patent, as clearly stated on its face.

We are at a loss as to why Apple believes it is entitled to the information requested in your letter, because it is irrelevant to the question of Mr. Lucente's disclosure under the protective order. In order to conclude this issue and get beyond Apple's serial objections, however, Mr. Lucente confirms that he maintains his ownership interest, and he has not assigned any part of his interest to any third party. There are two foreign counterparts, Japanese Patent No. 4878714 and Chinese Patent No. 1192312 C, and there is a pending European Patent Office application.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

2

**H**IGHLY **C**ONFIDENTIAL - **A**TTORNEYS' **E**YES **O**NLY

Mia Mazza
January 20, 2012


Please advise me immediately whether Apple will withdraw its baseless objection to Mr. Lucente under the protective order.

Very truly yours,

*/s/ Rachel Herrick Kassabian*

Rachel Herrick Kassabian

RHK