# EXHIBIT I

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

January 24, 2012

**VIA ELECTRONIC MAIL**

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:     *Apple, Inc. v. Samsung Elecs. Co., et al.*, No. 11-cv-1846-LHK (N.D. Cal.)

Dear Mia:

I write regarding Apple's objections to Samsung's disclosed experts Samuel Lucente and Robert Anders, as well as Samsung's objection to Peter Bressler.

Samsung disclosed Mr. Lucente on December 13, 2011 and has responded to two rounds of inquiry by Apple, neither of which related to issues that would prevent Mr. Lucente from receiving access to "attorneys eyes only" documents under the protective order in effect in this matter. We last provided you with information regarding Mr. Lucente on January 20, 2012, and we have received no response to our letter. Thus, we will now assume that Apple has no further objection to Mr. Lucente. Unless we hear otherwise by the close of business today, Samsung will begin providing Mr. Lucente with confidential "attorneys eyes only" documents under the protective order starting tomorrow morning.

Samsung disclosed Dr. Anders on January 11, 2012 and requested a response from Apple a week later on January 18, 2012. Apple has made no response whatsoever to this disclosure as of today's date, so we can only assume that Apple has no objection to Dr. Anders. Unless we hear otherwise by the close of business today, Samsung will begin providing Dr. Anders with confidential "attorneys eyes only" documents under the protective order starting tomorrow

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Mia Mazza
January 24, 2012

morning.

Finally, after reviewing the issues relating to Peter Bressler and the information provided by Apple in response to our initial objection, please be advised that Samsung hereby withdraws its objection to Mr. Bressler receiving confidential "attorneys eyes only" documents under the protective order.

Very truly yours,

*/s/ Rachel Herrick Kassabian*

Rachel Herrick Kassabian

RHK

02198.51855/4566041.1

2