# EXHIBIT J

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 24, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*By Email* (alexbinder@quinnemanuel.com)

Alex Binder
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, California 94111

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Alex:

I write in response to Samsung's disclosure of Robert Anders as a proposed expert and to Rachel Kassabian's letter of today concerning Samuel Lucente.

Regarding Mr. Anders, please confirm that he is not an inventor of, and does not have any interest in, any patents or pending patent applications (U.S. or foreign) related to smartphones or tablet computers.  Please also confirm that Mr. Anders does not have any current engagements with any smartphone or tablet computer companies (other than Samsung).  Pending Apple's receipt of and ability to consider this information, Apple objects to the disclosure of its confidential information to Mr. Anders.

As for Mr. Lucente, we have concerns regarding Mr. Lucente's ownership of pending patent applications relating to user interfaces—particularly as Samsung presumably intends to offer Mr. Lucente to opine regarding Apple's and Samsung's user interfaces and related designs.  We are willing to consider, however, reasonable restrictions on the disclosure to Mr. Lucente of Apple's Highly Confidential Attorneys' Eyes Only materials (as with Mr. Sherman). Please advise.

Sincerely,

*/s/ Marc Pernick*

Marc Pernick

sf-3098374

MORRISON | FOERSTER

January 24, 2012
Page Two


cc:     Samuel Maselli
        S. Calvin Walden
        Peter Kolovos

sf-3098374