QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO PERMIT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring this motion to shorten time for briefing and hearing Samsung's Motion to Permit Its Expert Samuel Lucente to Review Materials Designated Under the Protective Order (the "Motion to Permit").

Specifically, Samsung requests that:

1. Apple's opposition to the Motion to Permit be filed by Friday, February 3, 2012
2. Samsung's reply be filed by Monday, February 6, 2012 at 10:00 a.m.
3. The hearing be set for Tuesday, February 7, 2012 at 10:00 a.m.

The shortened schedule is necessary because if it were set according to the local rules, the hearing on Samsung's Motion to Permit would not occur until March 6, 2012. The parties' initial expert reports are due by March 22, 2012, however, and Samsung needs to begin showing Apple's highly confidential documents, including inventor deposition transcripts, to Mr. Lucente well before March 6. *Apple has even agreed to the above schedule*, with the exception that it would not stipulate to Samsung's having a chance to reply. (*See* Arnold Decl., Exs. A & B.) Moreover, the Court will already be hearing argument from the parties on Tuesday morning, February 7, regarding Apple's pending motion to compel, which also was set on shortened time. (*See* Dkt No. 688.)

Finally, Samsung notes that it would normally waive any right to a reply when a matter is set on shortened time, but this is a unique situation. Despite two lead counsel meet and confers and numerous letters sent to Apple on this issue, Samsung still does not know the reasons behind Apple's objection to Mr. Lucente based on patents that Mr. Lucente invented in the 1990s. Thus, no matter what argument Apple raises in its opposition to explain how Apple's business will suffer serious harm by disclosure of its allegedly highly confidential documents to Mr. Lucente, it will be the first time Samsung sees such an explanation. Samsung therefore respectfully requests permission to file a short reply before the issue is submitted to the Court for oral argument. Indeed, Samsung may need to provide a declaration from Mr. Lucente to clarify certain issues for the Court depending on Apple's arguments.

1     This shortened schedule would not affect any other deadlines in the case.

3   DATED: January 30, 2011         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael T. Zeller*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Rachel Herrick Kassabian
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Michael Zeller has concurred in this filing.

/s/ Victoria Maroulis