# EXHIBIT B

**Brett Arnold**

| | |
|---|---|
| **From:** | Pernick, Marc J. [MPernick@mofo.com] |
| **Sent:** | Monday, January 30, 2012 6:17 PM |
| **To:** | Albert P Bedecarre |
| **Cc:** | Rachel Herrick Kassabian; AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com; Mazza, Mia |
| **Subject:** | RE: Apple v. Samsung:  Correspondence regarding expert -- Samsung AEO |

Al:

Consistent with Judge Grewal's past orders shortening time, there should not be a reply on this motion.

Regards,
Marc

---

**From:** Albert P Bedecarre [mailto:albedecarre@quinnemanuel.com]
**Sent:** Monday, January 30, 2012 6:06 PM
**To:** Pernick, Marc J.
**Cc:** Rachel Herrick Kassabian; AppleMoFo; Samsung v. Apple; sam.maselli@wilmerhale.com; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com; Mazza, Mia
**Subject:** Re: Apple v. Samsung: Correspondence regarding expert -- Samsung AEO

Marc-

Thank you for your latest letter. Because we still do not know Apple's concerns about Mr. Lucente's patent ownership and have not received any proposal to address those alleged concerns, it appears we will have to bring the motion to learn them. As such, we will agree to your proposal to have until Friday to oppose this motion if you will agree Samsung can file a short reply brief on Monday morning. Please let me know your response as soon as possible so we can file the motion tonight.

Al

On Jan 30, 2012, at 5:29 PM, "Pernick, Marc J." <MPernick@mofo.com> wrote:

> <<2012-01-30 Pernick to Kassabian re Expert Lucente.pdf>>
>
>
> Hi Rachel and Albert,
>
> Attached please find correspondence regarding Mr. Lucente.
>
>
> Regards,
> Marc Pernick
>
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA 94304
> 650.813.5718
> mpernick@mofo.com

1

------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------

<2012-01-30 Pernick to Kassabian re Expert Lucente.pdf>

------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------