1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ITS MOTION TO PERMIT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |

    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Shorten Time for Briefing and Hearing Its Motion to Permit Samuel Lucente to Review Materials Designated Under the Protective Order.   Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's motion in its entirety.

    1.   Apple's opposition to the Motion to Permit shall be filed by Friday, February 3, 2012

2. Samsung's reply shall be filed by Monday, February 6, 2012 at 10:00 a.m.

3. The hearing shall be set for Tuesday, February 7, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME**