1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

SAN JOSE DIVISION

12

| | |
|---|---|
| 13  APPLE INC., | Case No.    11-cv-01846-LHK |
| 14              Plaintiff, | **STIPULATION AND** |
| | **~~[PROPOSED]~~ ORDER** |
| 15       v. | **EXTENDING DEADLINE FOR** |
| | **APPLE'S OPPOSITION TO** |
| 16  SAMSUNG ELECTRONICS CO., LTD., A | **SAMSUNG'S MOTION FOR** |
| Korean business entity; SAMSUNG | **LEAVE TO AMEND ITS** |
| 17  ELECTRONICS AMERICA, INC., a New York | **INFRINGEMENT** |
| corporation; SAMSUNG | **CONTENTIONS** |
| 18  TELECOMMUNICATIONS AMERICA, LLC, a | |
| Delaware limited liability company., | |
| 19 | |
| Defendants. | |
| 20 | |

21
22          Consistent with the Court's encouragement in its order shortening time (Dkt. No. 665), the

23     parties have been discussing possible compromises regarding adding new products to this

24     litigation.

25          To allow the parties additional time to discuss such compromises, the parties stipulate to a

26     one-day extension for Apple to file its brief in opposition to Samsung's Motion to Amend Its

27     Infringement Contentions (Dkt. No. 658).

28

1    Apple's opposition is due on Tuesday, January 31, 2012.  No other deadlines are affected

2    by this stipulation.

3        IT IS SO STIPULATED.

4    Dated: January 30, 2012                    Dated January 30, 2012

5

6    MORRISON & FOERSTER LLP          QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP
7

8    By:    /s/ Michael A. Jacobs              By:    /s/ Victoria Maroulis
         HAROLD J. MCELHINNY                    CHARLES K. VERHOEVEN
9        MICHAEL A. JACOBS                      KEVIN P.B. JOHNSON
         JENNIFER LEE TAYLOR                    VICTORIA F. MAROULIS
10       ALISON M. TUCHER                       EDWARD DEFRANCO
         RICHARD S.J. HUNG                      MICHAEL T. ZELLER
11       JASON R. BARTLETT
                                                        Attorneys for Defendants
12       Attorneys for Plaintiff                SAMSUNG ELECTRONICS CO. LTD,
         APPLE INC.                             SAMSUNG ELECTRONICS AMERICA,
13                                                      INC., and SAMSUNG
                                                        TELECOMMUNICATIONS AMERICA,
14                                                      LLC.

15

16

17

18                       **ATTESTATION OF E-FILED SIGNATURE**

19       I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

20   Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis

21   has concurred in this filing.

22   Dated:  January 30, 2012                   /s/ Michael A. Jacobs
                                                        Michael A. Jacobs
23

24

25

26

27

28

1    Based on the foregoing stipulation,

2    **IT IS SO ORDERED.**

3

4

5    Dated: _____January 31_____, 2012

6

_Lucy H. Koh_
Honorable Lucy H. Koh
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE OPP. TO SAMSUNG MOT FOR LEAVE
CASE NO. 11-CV-01846-LHK
sf-3100772

3