UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER DENYING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung has filed a motion seeking leave to supplement its invalidity contentions and a
2  motion to shorten time for briefing and hearing on its motion to supplement its invalidity
3  contentions.  Having considered the arguments of the parties and the papers submitted,
4  Samsung's Motion to Shorten Time is DENIED.  The following briefing schedule is adopted:
5  Apple may file a response by **February 9, 2012**.
6  Samsung may not file a reply.
7  The Court will attempt to resolve the issues on the papers without a hearing.

**IT IS SO ORDERED.**

Dated:  January 31, 2012.

_____
HONORABLE LUCY H. KOH
United States District Judge