# EXHIBIT 2

# EXHIBIT 20

**Exhibit 20**

**Exemplary Domestic Industry Claim Chart for U.S. Patent No. 7,469,381**

| Claim | Apple iPhone 4 |
|---|---|
| 1. A computer-implemented method, comprising: at a device with a touch screen display: | The Apple iPhone 4 ("iPhone")[1] implements a computer method comprising the use of a device with a touch screen display.  The iPhone is a mobile phone with many computer-implemented capabilities including, among others, email, calendar, web browsing, text messaging, search, screen-reading capability, GPS, and contact management capabilities.  (See Ex. A, Apple iPhone Features.)[2]  The iPhone includes a 3.5-inch (diagonal) widescreen Multi-Touch display with 960-by-640 pixel resolution at 326 ppi. (See Ex. B, Apple iPhone Specification.)[3] |

[1] Although this chart shows the use of representative claims of the '381 patent by Apple's iPhone 4, the iPod Touch and iPad practice these exemplary claims in substantially the same manner as is shown here.

[2] *Available at* http://www.apple.com/iphone/features/.

[3] *Available at* http://www.apple.com/iphone/specs.html.

| Claim | Apple iPhone 4 |
|---|---|
| displaying a first portion of an electronic document; |  The iPhone performs the step of displaying a first portion of an electronic document, such as a digital image.  For example, in the Stocks application on the iPhone, when the user's list of stocks is too large to display on the touch screen display, a first portion of the stocks list, for example a portion that fills the upper portion of the display screen, will be displayed. |

2

| Claim | Apple iPhone 4 |
| --- | --- |
| | (Apple iPhone Stocks Application Before Scrolling.) |
| detecting a movement of an object on or near the touch screen display; | The iPhone performs the step of detecting a movement of an object on or near the touch screen display. Specifically, the iPhone detects the movements of a user's finger on the touch screen display including, for example "tap," "flick," and "drag" movements. (*See* Ex. C, Apple iPhone User Guide, at 29-31.) |
| in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion; | The iPhone performs the step of, in response to detecting movement on the touch screen, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion.<br><br>For example, in the stocks application, in response to detecting a motion of a user's finger on the touch screen, the iPhone translates the stocks list downward to display a second portion of the stocks list: |

3

| Claim | Apple iPhone 4 |
|---|---|
| |  |
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display: displaying an area beyond the edge of the document, and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; | (Vertical Scrolling in iPhone Stocks Application in Response to Upward Gesture)<br><br>The iPhone performs the step of, in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display, displaying an area beyond the edge of the document, and displays a third portion of the electronic document, wherein the third portion is smaller than the first portion.<br><br>For example, as shown below, in the iPhone's stocks application, when the user is scrolling downward, in response to reaching the bottom of the stocks list, while the user's finger is still touching the screen, the iPhone will display a black area beyond the bottom edge of the stocks list and a third portion of the stocks list that is smaller than |

4

| Claim | Apple iPhone 4 |
| --- | --- |
|  | the first portion. (Note that the graph displayed at the bottom of the stocks application is not part of the stocks list and does not scroll with it.) The third portion of the stocks list fills less than the entire display screen.<br><br><br><br>(Vertical Scrolling in iPhone Stocks Application With Area Below Stocks List Displayed.) |
| and in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no | The iPhone performs the step of, in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. |

5

| Claim | Apple iPhone 4 |
|---|---|
| longer displayed to display a fourth portion of the electronic document, wherein the fourth portion is different from the first portion. | For example, as shown below in the Stocks application, when the user has scrolled beyond the end of her stocks list, as soon as she releases her finger, the stocks list will "bounce" back, translating in the opposite direction. Once this translation is complete, the black area beyond the bottom of the stocks list is no longer displayed. The portion of the stocks list that is displayed is a portion different than the first portion.<br><br><br><br>(Bounce-Back Scrolling in iPhone Stock Application When Finger Is Removed From Touch Screen.) |

6