# EXHIBIT 3

# (VIDEO LODGED WITH COURT)