1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |             Plaintiff,
20 |       vs.                              | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
   |             Defendants.
25

26
27
28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On January 31, 2012, I served true copies of the documents described as

**1. Exhibit 3 to Samsung's Request for Judicial Notice Regarding Apple's Claim Construction Positions on U.S. Patent No. 7,469,381**

by emailing a link to an FTP site containing the aforementioned document to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | ANDREW MONACH<br>amonach@mofo.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | ERIK J. OLSON<br>ejolson@mofo.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | VICTOR F. SOUTO<br>vic.souto@wilmerhale.com |

| | |
|---|---|
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| BRIAN LARIVEE<br>brian.larivee@wilmerhale.com | |
| JEREMY WINER<br>jeremy.winer@wilmerhale.com | |

Executed on January 31, 2012, at Redwood Shores, California.

                                                                          /s/ Bill Trac

1
2          **GENERAL ORDER ATTESTATION**
3   I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the
4   foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I
5   hereby attest that Bill Trac has concurred in this filing.
6
7   DATE: January 31, 2012                                    /s/ Victoria Maroulis
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28