# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 31, 2012                                    Time in Court: (24 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:35 to 2:59)

**TITLE: Apple, Inc. v. Samsung Electronics, Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold J. McElhinny, *telephonically*; Marc Pernick, *telephonically*
Defendant Attorney(s) present: Charles Verhoeven, *telephonically*; Victoria Maroulis, *telephonically*; Rachel Kassabian, *telephonically*; Kevin Johnson, *telephonically*

**PROCEEDINGS:**
**Discovery Hearing**

Discovery hearing held.

Court to issue written order after hearing.

///