1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10
11 SAN JOSE DIVISION
12

| | |
|---|---|
| 13 APPLE INC., | Case No. 11-cv-01846-LHK |
| 14 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |
| 15 v. | |
| 16 SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

Consistent with the Court's encouragement in its order shortening time (Dkt. No. 665), the parties are continuing to discuss possible compromises regarding adding new products to this litigation. They have exchanged draft stipulations in an attempt to resolve Samsung's motion.

Because the parties' discussions have been productive and are ongoing, the parties request and stipulate to a further extension for Apple to file its brief in opposition to Samsung's Motion to Amend Its Infringement Contentions (Dkt. No. 658) and for Samsung to file its reply brief.

Apple's opposition is due on Thursday, February 2, 2012. Samsung's reply is due Monday, February 6, 2012. No other deadlines are affected by this stipulation.

IT IS SO STIPULATED.

Dated: January 31, 2012                                  Dated January 31, 2012

MORRISON & FOERSTER LLP                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:  */s/ Michael A. Jacobs*                             By:  */s/ Victoria Maroulis*
    HAROLD J. MCELHINNY                                   CHARLES K. VERHOEVEN
    MICHAEL A. JACOBS                                     KEVIN P.B. JOHNSON
    JENNIFER LEE TAYLOR                                   VICTORIA F. MAROULIS
    ALISON M. TUCHER                                      EDWARD DEFRANCO
    RICHARD S.J. HUNG                                     MICHAEL T. ZELLER
    JASON R. BARTLETT

Attorneys for Plaintiff                                  Attorneys for Defendants
APPLE INC.                                               SAMSUNG ELECTRONICS CO. LTD,
                                                         SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG
                                                         TELECOMMUNICATIONS AMERICA, LLC.


**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.


Dated: January 31, 2012                                             */s/ Michael A. Jacobs*
                                                                      Michael A. Jacobs

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____, 2012

Honorable Lucy H. Koh
United States District Court Judge