QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT HALL IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190**<br><br>Date: March 6, 2012<br>Time: 10:00 am<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

02198.51855/4570956.1

Case No. 11-cv-01846-LHK
DECLARATION OF SCOTT HALL IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190

I, Scott Hall, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of a January 7, 2012 letter sent from D. Hutnyan to M. Mazza. This letters show Samsung's request that Apple, Inc. ("Apple") answer Samsung's Requests for Admission ("RFAs") nos. 101-190 or, in the alternative, to meet and confer on the topic.

3. Attached hereto as **Exhibit B** is a true and correct copy of a January 16, 2012 letter from J. Bartlett to D. Hutnyan. This letter concerns Apple's refusal to answer Samsung's RFAs nos. 101-190.

4. On January 16, 2012, on behalf of Samsung, I attended a Lead Counsel Meet and Confer with counsel for Apple. At this meeting, the parties discussed Apple's refusal to answer Samsung's RFAs nos. 101-190. Samsung asked Apple to reverse its position and provide responses. Apple maintained its objections to Samsung's request and the parties were unable to resolve the issue informally.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 31, 2012.

                                                     */s/ Scott Hall*
                                                     Scott Hall

02198.51855/4570956.1

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF SCOTT HALL IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Scott Hall has concurred in this filing.

*/s/ Victoria Maroulis*

02198.51855/4570956.1

-2-   Case No. 11-cv-01846-LHK
DECLARATION OF SCOTT HALL IN SUPPORT OF SAMSUNG'S NOTICE OF MOTION AND MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190