# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

January 7, 2012

Mia Mazza
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Mia:

I write regarding Apple's improper objections and non-responses to Samsung's Requests for Admission Nos. 101 to 190.  Apple has refused to admit or deny any of these requests, instead objecting to each of these requests by stating that "this request . . . is [] being used to compel an admission of a conclusion of law . . . ."

Apple's refusal to provide substantive answers is without legal or factual merit.  Requests for admissions may ask for "the application of law to fact," Fed. R. Civ. P. 36(a)(1)(A), and "are not objectionable even if they require opinions or conclusions of law, as long as the legal conclusions relate to the facts of the case." *Ransom v. U.S.,* 8 Cl. Ct. 646, 647 (Cl. Ct. 1985).  Because the overall similarity of the designs claimed in these design patents is plainly a fact of this case, *see Braun, Inc. v. Dynamics Corp. of America,* 975 F.2d 815, 819-21 (Fed. Cir. 1992), these Requests therefore permissibly ask for the application of law to fact.

By 5:00 p.m. on January 9, 2012, please either confirm that Apple will withdraw its improper objections and properly respond to Samsung's Requests for Admission Nos. 101 to 190 or let us know when Apple will be available to meet and confer on this issue.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Kind regards,

*/s/*

Diane C. Hutnyan