
1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13
   Attorneys for SAMSUNG ELECTRONICS CO.,
14 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

19
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **AMENDED NOTICE OF MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: March 6, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| Defendant. | |

02198.51855/4581565.1

**AMENDED NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 6, 2012 at 10:00 a.m. or as soon as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, , Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court for an order granting Samsung's Motion To Permit Samsung's Expert Samuel Lucente To Review Materials Designated Under The Protective Order.  This motion is based on this amended notice of motion; the notice of motion and supporting memorandum of points and authorities filed on January 30, 2012; the supporting declaration of Albert Bedecarré; and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

**RELIEF REQUESTED**

Samsung seeks an order allowing Samuel Lucente to view documents, transcripts and other discovery that have been designated or are subsequently designated by Apple under any operative protective order in this litigation.

DATED: February 01, 2012			Respectfully submitted,

					QUINN EMANUEL URQUHART
					& SULLIVAN, LLP


					By*/s/ Michael Zeller*
					      Charles K. Verhoeven
					      Kevin P.B. Johnson
					      Victoria F. Maroulis
					      Michael T. Zeller
					      Attorneys for SAMSUNG ELECTRONICS CO.,
					      LTD., SAMSUNG ELECTRONICS AMERICA,
					      INC. and SAMSUNG
					      TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4581565.1

AMENDED NOTICE OF MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW CONFIDENTIAL MATERIALS

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Michael Zeller has concurred in this filing.

/s/ Victoria Maroulis