13:20:46
```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4


 5      APPLE, INC.,               )  C-11-01846-LHK
                                   )
 6              PLAINTIFF,         )  JANUARY 17, 2012
                                   )
 7                  V.             )
                                   )
 8      SAMSUNG ELECTRONICS        )  PAGES 1 - 139
        COMPANY, LTD., ET AL.,     )
 9                                 )
                DEFENDANTS.        )
10      _____   )

11


12             THE PROCEEDINGS WERE HELD BEFORE

13           THE HONORABLE UNITED STATES DISTRICT

14                    JUDGE LUCY H. KOH

15      A P P E A R A N C E S:

16


17      FOR THE PLAINTIFF:  MORRISON & FOERSTER
                            BY:  HAROLD J. MCELHINNY
18                               DEOK KEUN MATTHEW AHN
                            425 MARKET STREET
19                          SAN FRANCISCO, CALIFORNIA 94105

20
                            WILMER, CUTLER, PICKERING, HALE
21                          AND DORR
                            BY:  DAVID B. BASSETT
22                          399 PARK AVENUE
                            NEW YORK, NEW YORK 10022
23
                (APPEARANCES CONTINUED ON THE NEXT PAGE.)
24

25      OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                                 CERTIFICATE NUMBER 8074
```

1

1    A P P E A R A N C E S: (CONT'D)

2

3    FOR THE DEFENDANTS: QUINN, EMANUEL, URQUHART &
                         SULLIVAN
4                        BY:  CHARLES VERHOEVEN
                              KEVIN P.B. JOHNSON
5                             TODD M. BRIGGS
                              VICTORIA F. MAROULIS
6                        555 TWIN DOLPHIN DRIVE
                         5TH FLOOR
7                        REDWOOD SHORES, CALIFORNIA 94065

8    ALSO PRESENT:       UNIVERSITY OF TORONTO
                         DEPARTMENT OF COMPUTER SCIENCE
9                        BY:  RAVIN BALAKRISHNAN
                         40 ST. GEORGE STREET, ROOM 5270
10                       TORONTO, ONTARIO CANADA M5S 2E4

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

SAN JOSE, CALIFORNIA JANUARY 17, 2012

P R O C E E D I N G S

(WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

13:29:08

13:33:34 THE CLERK: CALLING CASE NUMBER C-11-01846-LHK, APPLE, INCORPORATED, VERSUS SAMSUNG ELECTRONICS COMPANY LIMITED, ET AL.

13:33:38

13:33:43

13:33:45 COUNSEL, STATE YOUR APPEARANCES, PLEASE.

13:33:47 MR. MCELHINNY: GOOD AFTERNOON, YOUR HONOR. FOR APPLE IT'S HAROLD MCELHINNY OF MORRISON & FOERSTER; AND WITH ME AT COUNSEL TABLE IS DAVID BASSETT FROM THE WILMER HALE FIRM; AND OUR EXPERT, DR. RAVIN BALAKRISHNAN; AND MATT ANH FROM MORRISON & FOERSTER.

13:33:48

13:33:53

13:33:56

13:33:59

13:34:06

13:34:09 THE COURT: GOOD AFTERNOON.

13:34:13 MR. VERHOEVEN: I'M HERE. GOOD AFTERNOON, YOUR HONOR. CHARLES VERHOEVEN REPRESENTING SAMSUNG. WITH ME AT COUNSEL TABLE ARE MY PARTNERS KEVIN JOHNSON --

13:34:19

13:34:21

13:34:26

13:34:30 MR. JOHNSON: GOOD AFTERNOON, YOUR HONOR.

13:34:31 THE COURT: GOOD AFTERNOON.

13:34:33 MR. VERHOEVEN: -- VICTORIA MAROULIS AND TODD BRIGGS, AND WE HAVE SEVERAL REPRESENTATIVES OF SAMSUNG IN THE COURTROOM, YOUR HONOR. I'M NOT

13:34:38

13:34:40

13:34:42 1    GOING TO LIST THEM ALL.  I WOULD JUST MENTION WE

13:34:45 2    HAVE SENIOR VICE PRESIDENT MINH YOUNG CHUNG IS

13:34:49 3    HERE.

13:34:49 4            THE COURT:  GOOD AFTERNOON.

13:34:52 5            MR. VERHOEVEN:  WE ALSO HAVE EXPERT

13:34:54 6    DR. WESEL, WHO WILL BE MAKING SOME OF OUR

13:34:56 7    PRESENTATION TODAY.  HE'S RIGHT THERE.

13:34:57 8            THE COURT:  OKAY.  GOOD AFTERNOON.

13:35:08 9            LET ME JUST ASK SOME BACKGROUND

13:35:10 10   QUESTIONS, AND, THAT IS, HOW DID YOU COME UPON THE

13:35:13 11   TEN TERMS TO CONSTRUE?  DID EACH SIDE JUST PICK

13:35:16 12   FIVE, OR WHAT WAS THAT?

13:35:21 13           MR. MCELHINNY:  I BELIEVE WE STARTED WITH

13:35:23 14   EACH SIDE PICKING FIVE AND THEN THERE WAS A

13:35:26 15   NEGOTIATION.

13:35:27 16           THE COURT:  ALL RIGHT.  AND ARE ANY OF

13:35:28 17   THESE -- I GUESS THERE ARE ONLY NINE TO BE

13:35:31 18   CONSTRUED.  ARE ANY OF THESE EITHER CLAIM OR CASE

13:35:34 19   DISPOSITIVE?

13:35:35 20           MR. MCELHINNY:  I BELIEVE SOME OF THEM

13:35:36 21   ARE AND SOME OF THEM ARE NOT.

13:35:42 22           THE COURT:  ALL RIGHT.  WHICH ONES ARE

13:35:44 23   AND DO YOU AGREE ON WHICH ONES THOSE ARE?

13:36:33 24           (PAUSE IN PROCEEDINGS.)

13:36:52 25           MR. MCELHINNY:  AT LEAST OUR VIEW, YOUR

4

13:36:53  1      HONOR, IS THAT ON THE DEFENSIVE SIDE, THE

13:36:57  2      INTERPRETATION OF APPLET WOULD BE CASE DISPOSITIVE

13:37:03  3      ON THAT PATENT.

13:37:05  4                 THE COURT:  ON THE '711?

13:37:09  5                 MR. MCELHINNY:  YES, YOUR HONOR.

13:37:09  6                 THE COURT:  OKAY.

13:37:10  7                 MR. MCELHINNY:  IN OUR VIEW IT'S HARD TO

13:37:11  8      SAY WHETHER ANY OF THE ONES THAT YOU'RE CONSTRUING

13:37:14  9      ON OUR PATENTS WOULD BE ISSUE DISPOSITIVE GIVEN THE

13:37:17 10      DOCTRINE OF EQUIVALENTS ISSUES.

13:37:19 11                 THE COURT:  OKAY.  AND LET ME ASK IF YOU

13:37:21 12      ALL AGREE WITH THAT?

13:37:24 13                 MR. JOHNSON:  WE WOULD DISAGREE WITH

13:37:26 14      RESPECT TO APPLET.

13:37:28 15                 THE COURT:  OKAY.

13:37:31 16                 MR. JOHNSON:  THAT IT'S NECESSARILY CASE

13:37:33 17      DISPOSITIVE.

13:37:34 18                 THE COURT:  OKAY.

13:37:36 19                 MR. JOHNSON:  WE DO BELIEVE THAT ON THE

13:37:39 20      APPLE PATENTS, THE FOLLOWING PATENTS, THE

13:37:43 21      CONSTRUCTION FOR THE TERMS IN THE FOLLOWING PATENTS

13:37:45 22      WOULD BE CASE DISPOSITIVE:  THE '002 PATENT, THE

13:37:51 23      '891 PATENT, THE '607 PATENT WITH RESPECT TO

13:37:54 24      CERTAIN CLAIMS, THE '828 PATENT, AND THEN THE '381,

13:38:03 25      AND THE '915 PATENT.

5

13:38:06  1          THE COURT:  ALL RIGHT.  WELL, ON THE

13:38:09  2   '891, ARE YOU SAYING BOTH STARTING THE TIMER AND

13:38:12  3   THE FIRST WINDOW HAS BEEN DISPLAYED IN THE

13:38:17  4   POSITION OF THE CURSOR ON THE SCREEN OR JUST ONE?

13:38:19  5          MR. JOHNSON:  JUST ONE.

13:38:20  6          THE COURT:  WHICH ONE?

13:38:21  7          MR. JOHNSON:  JUST THE ONE WITH RESPECT

13:38:22  8   TO THE CURSOR.

13:38:23  9          THE COURT:  OKAY.  OKAY.  AND ON THE

13:38:32 10   '828 PIXEL OR MATHEMATICALLY FITTING AN ELLIPSE,

13:38:37 11   WHICH ONE?  OR BOTH?

13:38:39 12          MR. JOHNSON:  BOTH.

13:38:40 13          THE COURT:  OKAY.

13:39:01 14          I ASSUME YOU DISAGREE WITH THAT OR DO

13:39:03 15   YOU -- DO YOU AGREE WITH IT?

13:39:05 16          MR. MCELHINNY:  WELL, IN GENERAL WE

13:39:06 17   DISAGREE WITH IT, YOUR HONOR, BUT OBVIOUSLY IT

13:39:09 18   DEPENDS ON WHAT THE INTERPRETATION ENDS UP BEING.

13:39:11 19          THE COURT:  OKAY.  HOW MANY TERMS DID

13:39:23 20   EACH SIDE ORIGINALLY PROPOSE NEEDED CONSTRUCTION?

13:39:30 21   DO YOU RECALL?

13:39:31 22          MR. MCELHINNY:  I'M TRYING TO RECALL WHAT

13:39:32 23   I WAS TOLD.  I BELIEVE THAT SAMSUNG STARTED WITH

13:39:35 24   ABOUT 200, AND I THINK WE STARTED WITH

13:39:37 25   APPROXIMATELY 15.  THAT'S MY -- THAT'S FOURTH-HAND

6

13:39:42 1    KNOWLEDGE, YOUR HONOR.

13:39:43 2              THE COURT:  OKAY.

13:39:46 3              MR. JOHNSON:  YOUR HONOR, I THINK IT WAS

13:39:48 4    ACTUALLY LESS THAN THAT THAT WE STARTED WITH.  WE

13:39:50 5    STARTED WITH SOMEWHERE AROUND 70 OR 80 AND THEN

13:39:53 6    NARROWED IT DOWN PRETTY QUICKLY ACTUALLY DURING THE

13:39:57 7    MEET AND CONFER PROCESS.

13:40:05 8              THE COURT:  AND I GUESS I SHOULD ASK YOU

13:40:07 9    WHEN YOU SAY IT IS DISPOSITIVE, IS IT DISPOSITIVE

13:40:10 10   OF THE PATENT OR OF JUST THAT CLAIM?

13:40:12 11             MR. JOHNSON:  OF THE ASSERTED CLAIMS

13:40:14 12   OF -- SO OUR VIEW IS THAT I THINK IF WE, IF WE

13:40:19 13   BROKE IT DOWN, IT MAY BE DISPOSITIVE AS TO THE

13:40:22 14   WHOLE PATENT BUT IN TERMS OF THE WAY THE PATENT HAS

13:40:27 15   BEEN ASSERTED IN THE CASE, WE BELIEVE THAT

13:40:29 16   CONSTRUING THE CLAIMS THAT I JUST GAVE YOU FOR

13:40:31 17   THOSE PATENTS WOULD, IF WE WIN ON OUR

13:40:34 18   CONSTRUCTIONS, THAT PATENT GOES AWAY.

13:40:42 19             THE COURT:  OKAY.  HOW HAVE YOU ALL

13:40:44 20   DECIDED THE TRIAL WOULD PROCEED?  ARE YOU JUST

13:40:49 21   GOING TO PICK SOME SUBSET OF THE CLAIMS THAT ARE

13:40:53 22   BEING PRESENTED FOR CONSTRUCTION, OR WHAT DID YOU

13:40:57 23   HAVE IN MIND?

13:40:59 24             MR. MCELHINNY:  THAT I THINK AT LEAST

13:41:02 25   FROM MY PERSPECTIVE, YOUR HONOR, I WAS HOPING THAT

7

13:41:04  1    THAT WOULD BE A SUBJECT OF ADDITIONAL DIALOGUE WITH

13:41:07  2    THE COURT.

13:41:08  3              AS YOU WILL RECALL, OUR ORIGINAL POSITION

13:41:11  4    WAS THAT THE CASES SHOULD BE SEVERED AND THAT

13:41:15  5    APPLE'S CASE SHOULD GO FIRST.

13:41:17  6              FRANKLY, WE THINK THAT THERE HAS TO BE --

13:41:24  7    WE THINK AS CURRENTLY PUT TOGETHER, THIS CASE IS

13:41:26  8    PROBABLY TOO LARGE TO TRY TO A JURY.

13:41:36  9              BUT WE SORT OF THOUGHT WE WERE GOING TO

13:41:39 10    GO THROUGH THE CLAIM CONSTRUCTION AND MAYBE SUMMARY

13:41:41 11    JUDGMENT AND SEE WHAT WAS LEFT AND THEN HAVE A

13:41:42 12    DIALOGUE AND THEN WHATEVER TIME YOUR HONOR WANTS TO

13:41:46 13    HAVE IT AND INCLUDING NOW.

13:41:47 14              THE COURT:  THIS IS JUST TENTATIVE?

13:41:48 15              MR. MCELHINNY:  RIGHT.

13:41:49 16              THE COURT:  YOU DON'T HAVE A CLAIM

13:41:50 17    CONSTRUCTION YET SO I'M NOT MAKING YOU PICK IN THE

13:41:54 18    ABSTRACT.  I WAS JUST SORT OF WONDERING IF YOU WERE

13:41:58 19    STARTING TO ENVISION.

13:41:59 20              MR. MCELHINNY:  TO BE CLEAR, I MEAN, THIS

13:42:00 21    IS ALL FRESH IN MY MIND AND CLEARLY ONE OF YOUR

13:42:03 22    CASES.

13:42:05 23              OUR POSITION ORIGINALLY WAS THAT WE HAD

13:42:08 24    FILED IN OUR COMPLAINT A SET OF PATENTS THAT HAVE

13:42:11 25    AN INTERNAL RELATIONSHIP BECAUSE THEY ALL RELATE TO

                                                              8

13:42:17  1     WHAT THE IPHONE AND IPAD, HOW THEY PRESENT TO THE

13:42:20  2     USER AND THERE'S A CONSISTENCY THERE.

13:42:22  3             OUR POSITION IS THAT SAMSUNG, AS YOU

13:42:24  4     RECALL, THEY ORIGINALLY FILED THEIR OWN COMPLAINT.

13:42:27  5     THEY THEN DISMISSED THAT AND THEN BROUGHT IN A

13:42:29  6     COUNTERCLAIM WITH A LARGE NUMBER OF PATENTS, MOST

13:42:32  7     OF WHICH ARE RELATED TO STANDARDS RELATED WHICH

13:42:36  8     THEN BROUGHT IN THE DEFENSES THAT DEAL WITH

13:42:40  9     STANDARDS RELATED BOTH IN TERMS OF ANTITRUST

13:42:45 10     PROBLEMS AND UNFAIR COMPETITION ISSUES.

13:42:47 11             THE COURT:  UH-HUH.

13:42:47 12             MR. MCELHINNY:  WE CONTINUED TO BELIEVE

13:42:49 13     THAT THE RIGHT WAY TO TRY THIS IS TWO CASES, YOU

13:42:53 14     KNOW, ONE AFTER THE OTHER AND WHATEVER TIMING.

13:42:58 15             BUT WE DO THINK THAT THE SUBSET, BECAUSE

13:43:00 16     WE PICK DESIGN PATENTS AND USER INTERFACE PATENTS,

13:43:04 17     THAT THERE'S AN INFINITEGRITY TO THAT THAT A JURY

13:43:08 18     CAN UNDERSTAND THAT THE INSTRUCTIONS ALL HOLD

13:43:11 19     TOGETHER AND IT'S A TRIABLE CASE.  AND THAT IS

13:43:13 20     STRONGLY OUR PREFERENCE.

13:43:17 21             THE COURT:  OKAY.

13:43:18 22             MR. VERHOEVEN:  YOUR HONOR, CHARLES

13:43:20 23     VERHOEVEN.  THAT REQUEST WAS MADE AND MY

13:43:23 24     RECOLLECTION WAS THAT YOUR HONOR DENIED THAT

13:43:25 25     REQUEST AND INDICATED THAT THE TWO CASES WOULD BE

9

13:43:27  1    TRIED TOGETHER.

13:43:28  2              IT WOULD CERTAINLY BE VERY PREJUDICIAL TO

13:43:29  3    MY CLIENT TO SEVER OFF OUR CLAIMS AND TRY THEM AT A

13:43:35  4    LATER DATE.

13:43:35  5              MY SUGGESTION, YOUR HONOR, AND THIS IS

13:43:37  6    WHAT I'VE SEEN DONE, FOR EXAMPLE, THIS IS WHAT IS

13:43:41  7    HAPPENING IN FRONT OF JUDGE POSNER WHO IS SITTING

13:43:45  8    BY DESIGNATION IN APPLE VERSUS MOTOROLA IN ILLINOIS

13:43:49  9    IS THERE ARE OVER 20 PATENTS AND HE TELLS THE PARTY

13:43:53 10    YOU HAVE TO PICK AND YOU HAVE TO NARROW AND GO AND

13:43:55 11    NEGOTIATE WITH EACH OTHER AND HERE'S HOW MUCH TIME

13:43:58 12    YOU'RE GOING TO GET, FIGURE IT OUT.  IF YOU DON'T

13:44:01 13    FIGURE IT OUT, THEN I WILL.

13:44:02 14              BUT HERE'S HOW MUCH TIME YOU'RE GOING TO

13:44:05 15    HAVE AND YOU HAVE THAT MUCH TIME.  AND, YOU KNOW,

13:44:10 16    YOU NEED TO NARROW THE PATENTS DOWN AND MAKE A

13:44:13 17    PROPOSAL.

13:44:13 18              I'M NOT SUGGESTING THAT YOUR HONOR ASK US

13:44:17 19    TO DO THAT NOW, BUT I THINK THAT'S PROBABLY THE

13:44:22 20    BEST PROCEDURE AT SOME POINT DOWN THE ROAD AS WE

13:44:26 21    GET CLOSER TO TRIAL.

13:44:34 22              THE COURT:  OKAY.

13:44:35 23              MR. MCELHINNY:  THE PROBLEM WITH THAT IN

13:44:36 24    THIS CONTEXT, YOUR HONOR, IS ONCE YOU BRING IN

13:44:39 25    STANDARDS RELATED PATENTS, YOU BRING IN THE FULL

10

13:44:42 1    PANOPLY OF DEFENSES.

13:44:43 2            YOU HAVE DIFFERENT DAMAGES MEASURES, YOU

13:44:46 3    HAVE THE ANTITRUST ISSUES, AND YOU HAVE THE UNFAIR

13:44:51 4    COMPETITION ISSUES AND THOSE CANNOT GET SEVERED

13:44:54 5    OBVIOUSLY FROM THE LEGITIMACY AND THE VALIDITY OF

13:44:57 6    THE PATENT ITSELF THAT IS BEING ASSERTED.

13:44:59 7            MR. VERHOEVEN:  YOUR HONOR, THOSE ARE

13:45:01 8    REMEDY ISSUES AND MANY OF WHICH THAT ARE EQUITABLE

13:45:04 9    AND THE WAY THAT JUDGE POSNER DEALT WITH THE SAME

13:45:06 10   ARGUMENTS THAT WERE ADVANCED IS HE SAID HE WOULD

13:45:08 11   SEVER THOSE OFF AND HAVE THE TRIAL JUST ON THE

13:45:10 12   PATENTS AS THE FIRST PHASE.

13:45:11 13           SO WE'VE BROUGHT OUR PATENT CLAIMS.

13:45:17 14   WE'RE ENTITLED TO HAVE THOSE CLAIMS HEARD IN A

13:45:19 15   TIMELY MANNER AND YOUR HONOR HAS ALREADY SAID THAT

13:45:23 16   THE TWO, THE TWO SETS OF PATENT CLAIMS ARE GOING TO

13:45:26 17   BE TRIED TOGETHER.  AND IT WOULD BE INCREDIBLY

13:45:30 18   PREJUDICIAL TO LOP OFF OUR SIDE OF THE CASE AND TRY

13:45:33 19   THEIR SIDE OF THE CASE FIRST FOR OBVIOUS REASONS.

13:45:36 20           AND SO WE WOULD URGE THAT IF ANYTHING

13:45:38 21   GETS SEVERED, IT WOULD BE THE EQUITABLE DEFENSES

13:45:41 22   THAT THEY'RE RAISING, WHICH PROBABLY THEY'RE NOT

13:45:44 23   ENTITLED TO A JURY IN THE FIRST PLACE AND THERE ARE

13:45:47 24   REMEDY ISSUES, YOUR HONOR, AND THE PATENT CLAIMS

13:45:50 25   SHOULD BE KEPT TOGETHER AND THEIR PARITY SHOULD BE

11

13:45:56 1    PRESERVED SO THAT BOTH SIDES HAVE AN EQUAL AMOUNT

13:45:58 2    OF CLAIMS THAT THEY ARE ENTITLED TO BRING.

13:46:03 3          THE COURT:  WELL, WE DON'T HAVE TO DECIDE

13:46:05 4    THIS RIGHT NOW.  I JUST WANT TO GET SOME SENSE OF

13:46:07 5    WHAT YOU'RE THINKING CURRENTLY.

13:46:08 6          MR. MCELHINNY:  OBVIOUSLY, JUST THE -- I

13:46:11 7    DON'T SEE THE PREJUDICE ISSUE.  I MEAN, IF YOU'RE

13:46:13 8    TRYING THESE CASES BACK TO BACK, YOU HAVE VERDICTS

13:46:18 9    WITHIN WEEKS OF EACH OTHER.  THERE'S -- THE

13:46:22 10   POST-TRIAL TIMING ON INJUNCTIVE RELIEF -- I MEAN, I

13:46:25 11   JUST DON'T SEE THE PREJUDICE ISSUE OF PRESENTING

13:46:27 12   TWO COHERENT CASES, SEPARATE CASES TO JURIES THAT

13:46:31 13   THEY CAN UNDERSTAND.

13:46:33 14         MR. VERHOEVEN:  ONE SENTENCE, AND I'LL

13:46:35 15   SIT DOWN.

13:46:35 16         THE COURT:  PLEASE.

13:46:36 17         MR. VERHOEVEN:  IF THERE'S NO PREJUDICE,

13:46:37 18   YOUR HONOR, THEN WE SHOULD GO FIRST.

13:46:39 19         THE COURT:  WELL, THAT'S NOT HAPPENING.

13:46:42 20   OKAY.  LET'S GO TO THE MOTION TO STRIKE.

13:46:48 21         I'M NOT GOING TO STRIKE -- LET ME MAKE

13:46:56 22   SURE I UNDERSTAND THIS.  YOU HAD AN AGREEMENT THAT

13:46:59 23   THE EXPERT REPORTS WOULD BE DISCLOSED IN THE WAY

13:47:09 24   THAT SAMSUNG REPRESENTS, BUT I DON'T BELIEVE YOU

13:47:12 25   HAD AN AGREEMENT TO IGNORE THE PATENT LOCAL RULES

12

13:47:17 1    AS TO WHEN EXTRINSIC EVIDENCE SHOULD BE EXCHANGED.

13:47:21 2            IS THAT CORRECT?

13:47:22 3            MR. MCELHINNY:  THAT'S CORRECT, YOUR

13:47:23 4    HONOR.

13:47:23 5            THE COURT:  OKAY.  I THOUGHT THAT WAS A

13:47:25 6    LITTLE BIT NOT ACCURATELY REPRESENTED IN SAMSUNG'S

13:47:34 7    OPPOSITION.

13:47:35 8            ARE YOU CLAIMING THAT YOU HAD AN

13:47:36 9    AGREEMENT THAT YOU WOULDN'T GIVE YOUR EXTRINSIC

13:47:39 10   EVIDENCE UNTIL AFTER APPLE HAD SERVED ITS EXPERT

13:47:45 11   DECLARATION BECAUSE I FIND THAT --

13:47:54 12           MR. BRIGGS:  NO, YOUR HONOR.  TODD

13:47:56 13   BRIGGS.

13:47:56 14           YOUR HONOR, OUR AGREEMENT WAS THAT -- WE

13:48:00 15   DID HAVE AN AGREEMENT THAT WE WOULD EXCHANGE

13:48:04 16   EXTRINSIC EVIDENCE LATER.

13:48:05 17           WE HAD AN AGREEMENT THAT THE EXPERTS

13:48:07 18   WOULD SUBMIT THEIR DECLARATIONS AFTER WE DID THE

13:48:12 19   PRELIMINARY EXCHANGE OF EXTRINSIC EVIDENCE.

13:48:15 20           AND WE RECEIVED THEIR EXPERT

13:48:17 21   DECLARATION --

13:48:17 22           THE COURT:  SO THEN WHAT -- THEN WEREN'T

13:48:21 23   YOU REQUIRED UNDER THE PATENT LOCAL RULES TO

13:48:23 24   EXCHANGE YOUR EXTRINSIC EVIDENCE EARLIER THAN YOU

13:48:29 25   DID?

                                                        13

13:48:29 1        I JUST FIND IT HARD TO BELIEVE THAT YOU

13:48:31 2   WOULDN'T HAVE TO GIVE YOUR EXTRINSIC EVIDENCE

13:48:33 3   ACCORDING TO THE DEADLINE PROVIDED IN THE PATENT

13:48:36 4   LOCAL RULES AND THERE WAS NO EXPLICIT AGREEMENT TO

13:48:38 5   UNDUE OR CIRCUMVENT THE PATENT RULES.  SO GO AHEAD.

13:48:44 6        MR. BRIGGS:  THAT'S CORRECT, BUT WHAT WE

13:48:45 7   RECEIVED IS ADDITIONAL EXTRINSIC EVIDENCE FROM

13:48:47 8   APPLE ON THE NIGHT THAT WE FILED OUR JOINT CLAIM

13:48:50 9   CONSTRUCTION STATEMENT IN THE FORM OF THEIR

13:48:52 10  EXPERT'S DECLARATION.

13:48:53 11       AND AT THAT POINT THAT WAS BRAND NEW

13:48:57 12  EXTRINSIC EVIDENCE THAT WE RECEIVED FOR THE FIRST

13:49:00 13  TIME AT THAT POINT.

13:49:00 14       AND OUR EXPERT THEN READ THAT DECLARATION

13:49:06 15  AND THERE WAS NEW MATERIAL IN THERE THAT WAS NOT IN

13:49:10 16  THEIR INITIAL EXTRINSIC EVIDENCE IN THE FORM OF HIS

13:49:14 17  OPINION.

13:49:14 18       AND SO HE WENT OUT AND FOUND ADDITIONAL

13:49:19 19  EXTRINSIC EVIDENCE TO REBUT THAT.

13:49:21 20       THE COURT:  BUT I WOULD SUSPECT THAT WHEN

13:49:23 21  YOU EXCHANGE YOUR PRELIMINARY CLAIM CONSTRUCTIONS

13:49:28 22  YOU SAW THAT THE APPLE CONSTRUCTION WAS GOING TO

13:49:33 23  HAVE THIS SYSTEM INDEPENDENT COMPUTER PROGRAM OR

13:49:34 24  OPERATING SYSTEM INDEPENDENT LANGUAGE AND WITHIN AN

13:49:37 25  APPLICATION MODULE.  SO YOU WERE ALREADY ON NOTICE

14

13:49:41 1    THAT YOU NEEDED TO COUNTER THAT.

13:49:45 2            MR. BRIGGS:  IT WASN'T CLEAR EXACTLY

13:49:46 3    WHERE THEIR EXPERT WAS GOING TO GO WITH THAT.  AND

13:49:48 4    WHAT THEIR EXPERT SAID IN HIS DECLARATION WAS THE

13:49:58 5    FACT THAT THERE ARE SOME OPERATING SYSTEM

13:50:00 6    INDEPENDENT APPLETS OUT THERE MEANS THAT THE

13:50:09 7    OPERATING SYSTEM OR THE APPLET OF THE PATENT IS

13:50:12 8    OPERATING SYSTEM INDEPENDENT.

13:50:14 9            AND WE JUST -- WE DIDN'T KNOW EXACTLY HOW

13:50:16 10   THEY WERE GOING TO USE THAT EXTRINSIC EVIDENCE AND

13:50:18 11   WHAT THEIR ARGUMENT WAS UNTIL WE RECEIVED THEIR

13:50:23 12   EXPERT'S DECLARATION.

13:50:24 13           SO HIS DECLARATION PROVIDED A NEW FORM OF

13:50:26 14   EXTRINSIC EVIDENCE --

13:50:27 15           THE COURT:  I READ HIS DECLARATION.  I

13:50:29 16   DON'T THINK IT REALLY ADDS MUCH MORE.  I MEAN, HE

13:50:31 17   TALKS ABOUT THE OPERATING SYSTEM INDEPENDENT PRONG,

13:50:37 18   BUT YOU WERE ALREADY ON NOTICE OF THAT WHEN YOU GOT

13:50:39 19   THEIR CLAIM CONSTRUCTION THAT THAT WAS GOING TO BE

13:50:43 20   THEIR DECISION.

13:50:43 21           I GUESS I'M NOT -- I DON'T SEE WHY YOU

13:50:47 22   HAVE CAN --

13:50:53 23           MR. BRIGGS:  AGAIN, YOUR HONOR, THE WAY

13:50:54 24   IN WHICH HE EXPRESSED HIS OPINION, WE DIDN'T SEE IN

13:50:59 25   THEIR DISCLOSURE OF EXTRINSIC EVIDENCE.

                                                        15

13:51:09 1          THE COURT:  WELL, I'M LOOKING AT HIS

13:51:11 2  OPINION.  OKAY.  IT LOOKS LIKE THE ONLY PAGES 10

13:51:14 3  THROUGH THE TOP OF 13 IS ALL THAT HE HAS.

13:51:19 4          I GUESS -- WHAT IS A SURPRISE HERE BASED

13:51:21 5  ON THE CONSTRUCTION THAT I GAVE YOU?  HE'S TRYING

13:51:24 6  TO SUPPORT OPERATING SYSTEM INDEPENDENT.  THAT'S

13:51:31 7  PRETTY MUCH MOST OF WHAT HE DOES ON PAGES 10 AND

13:51:43 8  11, 12 -- SO WHAT IS THE SURPRISE HERE?

13:51:46 9          MR. BRIGGS:  THE SURPRISE WAS THE WAY IN

13:51:47 10  WHICH HE WAS INTERPRETING ALL OF THESE REFERENCES.

13:51:50 11  HE SAID THAT THE EXISTENCE OF SOME OPERATING SYSTEM

13:51:54 12  INDEPENDENT APPLETS MEANS THAT, THAT ALL

13:52:01 13  OPERATING -- OR ALL APPLETS ARE OPERATING SYSTEM

13:52:04 14  INDEPENDENT.

13:52:10 15          AND WHAT MR. COLE PRESENTED IN HIS

13:52:12 16  EVIDENCE WERE COUNTER EXAMPLES OF APPLETS THAT ARE

13:52:17 17  NOT OPERATING SYSTEM INDEPENDENT, AND HE JUST

13:52:24 18  LISTED SEVERAL THAT EXIST OUT IN THE WORLD THAT ARE

13:52:28 19  OPERATING SYSTEM INDEPENDENT.

13:52:34 20          SO, YOUR HONOR, OUR POSITION IS THAT THIS

13:52:39 21  WAS NEW EXTRINSIC EVIDENCE AND THAT IN ANY EVENT

13:52:42 22  THERE IS NO PREJUDICE TO APPLE EVEN IF YOUR HONOR

13:52:44 23  WERE TO FIND THAT THIS WAS DISCLOSED LATE OR IN A

13:52:48 24  TARDY MANNER.  THERE'S NO PREJUDICE TO APPLE.  THEY

13:52:53 25  HAD AN OPPORTUNITY TO DEPOSE MR. COLE.

                                                          16

13:52:56  1          DR. GIVARGIS WAS ALSO DEPOSED AND DURING

13:52:59  2     THAT DEPOSITION HE HAD THE OPPORTUNITY TO OPINE ON

13:53:01  3     DR. COLE'S DECLARATION OR MR. COLE'S DECLARATION

13:53:05  4     AND THE EVIDENCE HE CITED IN THERE.

13:53:08  5          SO AT THE END OF THE DAY THERE'S

13:53:10  6     ABSOLUTELY NO PREJUDICE WHATSOEVER.

13:53:17  7          THE COURT:  ALL RIGHT.  LET ME HEAR FROM

13:53:18  8     APPLE ON THIS AND THEN WE CAN MOVE ON TO THE

13:53:21  9     TUTORIAL.

13:53:21 10          MR. MCELHINNY:  I'M A LITTLE BIT

13:53:23 11     DISADVANTAGED.  THIS WAS A WILMER MOTION THAT WE

13:53:25 12     THOUGHT WAS SET FOR FRIDAY, YOUR HONOR.

13:53:26 13          THE COURT:  OH.  YOU WANT TO HANDLE IT ON

13:53:27 14     FRIDAY?

13:53:28 15          MR. MCELHINNY:  I THINK MR. LEE WILL BE

13:53:30 16     PREPARED TO HANDLE IT ON FRIDAY IF THAT'S

13:53:32 17     CONVENIENT FOR THE COURT.

13:53:33 18          THE COURT:  THAT'S OKAY.

13:53:34 19          MR. MCELHINNY:  THANK YOU.

13:53:39 20          THE COURT:  ALL RIGHT.  I DIDN'T KNOW IF

13:53:40 21     IT CAME UP OR IF YOU WANTED ME TO MAKE A RULING

13:53:43 22     BASED ON WHAT IS GOING TO BE PRESENTED AT THE

13:53:45 23     TUTORIAL.

13:53:46 24          OKAY.  WELL, LET ME ASK ANOTHER QUESTION.

13:53:49 25     THERE'S ONLY A DESCRIPTION OF WHO A PERSON OF

                                                              17

13:53:56 1   ORDINARY SKILL IN THE ART IS IN THE COLE AND

13:53:59 2   GIVARGIS DECLARATIONS.

13:54:05 3            LET ME ASK AT LEAST AS TO THE '711

13:54:08 4   PATENT, IS THERE AN AGREEMENT?  IT SEEMS LIKE THE

13:54:10 5   EXPERTS ARE BASICALLY SAYING THE SAME THING.  IS

13:54:13 6   THERE AN AGREEMENT AS TO WHO A PERSON OF ORDINARY

13:54:15 7   SKILL IN THE ART WOULD BE FOR THAT PATENT?

13:54:57 8            MR. VERHOEVEN:  I'M JUST CONFERRING.  I

13:54:59 9   THINK THERE MAY BE AN AGREEMENT ON '711.

13:55:02 10           THE COURT:  OKAY.  GREAT.  WHAT ABOUT FOR

13:55:04 11  THE OTHER PATENTS AS WELL?  IS IT BASICALLY THE

13:55:06 12  SAME BACKGROUND A C.S. OR ENGINEERING DEGREE AND

13:55:10 13  SOME INDUSTRY EXPERIENCE AND THEN AN INVERSE

13:55:13 14  RELATIONSHIP BETWEEN WHETHER YOU HAVE AN ADVANCED

13:55:16 15  DEGREE OR LESS EXPERIENCE?  OR IS IT BASICALLY THE

13:55:18 16  SAME FOR ALL OF THE PATENTS?

13:55:22 17           MR. VERHOEVEN:  ONE SECOND, YOUR HONOR.

13:55:24 18           THE COURT:  OKAY.

13:55:34 19           (PAUSE IN PROCEEDINGS.)

13:55:34 20           MR. VERHOEVEN:  I THINK, YOUR HONOR, THAT

13:55:36 21  FOR THE UI PATENTS IT'S PRETTY MUCH THE SAME

13:55:39 22  PERSON.  IT MIGHT BE A SLIGHTLY DIFFERENT PERSON

13:55:42 23  FOR THE STANDARDS PATENTS.

13:55:43 24           THE COURT:  ALL RIGHT.

13:55:44 25           MR. VERHOEVEN:  WHAT WE CAN DO IS ON THE

18

13:55:46 1    BREAK WE CAN GET A CONCISE ANSWER FOR YOU AND

13:55:48 2    FIGURE OUT WITH THE OTHER SIDE.

13:55:49 3              THE COURT:  OKAY.  THAT WOULD BE GREAT.

13:55:53 4              MR. VERHOEVEN:  FROM THE '711 I THINK WE

13:55:55 5    CAN SAY RIGHT NOW THAT WE'RE IN AGREEMENT.

13:55:56 6              THE COURT:  OKAY.  TELL ME WHICH ONES DO

13:56:03 7    YOU CONSIDER THE STANDARD PATENTS AND WHICH ONES

13:56:05 8    YOU CONSIDER THE UI PATENTS?

13:56:32 9              MR. VERHOEVEN:  OKAY.  DO YOU WANT ME TO

13:56:34 10   GO FIRST?

13:56:34 11             MR. MCELHINNY:  PLEASE.

13:56:35 12             MR. VERHOEVEN:  OKAY.  SO FOR THE APPLE

13:56:38 13   PATENTS, THOSE ARE ALL UI'S, ALL OF THEM.

13:56:41 14             THE COURT:  OKAY.

13:56:42 15             MR. VERHOEVEN:  I CAN LIST THEM OUT IF

13:56:43 16   YOU WOULD LIKE.

13:56:44 17             THE COURT:  THAT'S OKAY.

13:56:45 18             MR. VERHOEVEN:  AND THEN FOR THE SAMSUNG

13:56:47 19   PATENTS THERE ARE SEVEN STANDARDS PATENTS AND FIVE

13:56:52 20   FEATURE PATENTS, AND I'LL JUST READ OFF THE LAST

13:56:54 21   THREE DIGITS.

13:56:55 22             THE COURT:  I'M MOSTLY INTERESTED JUST

13:56:57 23   FOR PURPOSES OF MY CLAIM CONSTRUCTION ORDER --

13:56:59 24             MR. VERHOEVEN:  FOR PURPOSES OF TODAY --

13:57:02 25             THE COURT:  -- TO KNOW WHAT A PERSON OF

19

13:57:05  1    ORDINARY SKILL IN THE ART WOULD HAVE BY WAY OF

13:57:07  2    EITHER ACADEMIC OR EXPERIENCE IN THE INDUSTRY.

13:57:13  3            MR. VERHOEVEN:  OH, IT'S ONLY -- THERE'S

13:57:15  4    NO STANDARDS FOR CLAIMS CONSTRUCTION.

13:57:17  5            THE COURT:  OKAY.

13:57:18  6            MR. VERHOEVEN:  SO IT'S ALL FEATURE OR

13:57:21  7    UI, HOWEVER YOU WANT TO DESCRIBE IT, PATENTS AND ON

13:57:23  8    THE BREAK WE CAN CONFIRM ONE WAY OR THE OTHER

13:57:26  9    WHETHER THE DEFINITION FOR '711 APPLIES FOR THE

13:57:30 10    OTHERS.

13:57:31 11            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

13:57:32 12            YES, IF YOU COULD LET ME KNOW THAT DURING

13:57:34 13    THE BREAK, THAT WOULD BE GREAT.

13:57:36 14            OKAY.  THEN WHY DON'T WE GO AHEAD AND GET

13:57:38 15    STARTED.

13:57:43 16            MR. MCELHINNY:  THANK YOU, YOUR HONOR.

13:57:44 17    OBVIOUSLY WE'RE GOING TO PROCEED AS YOU WOULD LIKE.

13:57:46 18            WHAT WE HAVE AGREED AMONGST OURSELVES, IF

13:57:48 19    IT'S CONVENIENT FOR THE COURT, IS THAT APPLE WILL

13:57:50 20    PRESENT THE TUTORIAL ON THE PATENTS THAT APPLE IS

13:57:56 21    ASSERTING AS PLAINTIFF.

13:57:56 22            THE COURT:  OKAY.

13:57:57 23            MR. MCELHINNY:  AT WHICH POINT SAMSUNG

13:57:59 24    WILL RESPOND TO THAT TUTORIAL; AND SAMSUNG THEN

13:58:01 25    WILL PRESENT THE TUTORIAL ON ITS PATENTS AND APPLE

20

13:58:04  1        WILL RESPOND TO THAT.

13:58:05  2                 THE COURT:  OKAY.  THAT'S FINE.

13:58:06  3                 MR. MCELHINNY:  THANK YOU.  AS AN

13:58:10  4        INTRODUCTION, AS THIS COURT -- OBVIOUSLY THIS COURT

13:58:12  5        IS ALREADY DEEPLY INVOLVED IN THIS PATENT WITH THE

13:58:15  6        WORK THAT YOU DID ON THE PRELIMINARY INJUNCTION, OR

13:58:17  7        AT LEAST SOME OF THEM, BUT THE COURT IS AWARE OF

13:58:19  8        THE EVIDENCE THAT APPLE IS RECOGNIZED WORLDWIDE AS

13:58:24  9        AN INNOVATOR IN THE FIELD OF ELECTRONIC EQUIPMENT.

13:58:28 10                 THE CHRONOLOGY SHOWS THAT WITH THE

13:58:32 11        INTRODUCTION OF THE MACINTOSH IN 1984 AND THE

13:58:36 12        NEWTON IN 1993, WHICH WE'LL ACTUALLY TALK ABOUT IN

13:58:40 13        THE TUTORIAL AS A STYLUS BASE, AND THEN WITH THE

13:58:43 14        IPOD AND THE IPHONE, THE INTRODUCTION OF THE IPHONE

13:58:46 15        IN 2007 AND FINALLY THE IPAD IN 2010.

13:58:54 16                 BUT AGAIN, YOU HAVE SEEN A LOT OF

13:58:55 17        INFORMATION THAT DISCUSSES THE REVOLUTION THAT THE

13:58:57 18        IPHONE CAUSED IN THE ELECTRONIC PHONE INDUSTRY NOT

13:59:01 19        ONLY IN TERMS OF DESIGN BUT IN TERMS OF THE

13:59:03 20        TECHNOLOGY THAT WAS INCORPORATED IN THE IPHONE.

13:59:07 21                 IN THIS CASE WE HAVE BROUGHT TOGETHER, AS

13:59:09 22        I HAVE SAID, A GROUP OF PATENTS THAT WE THINK HAD

13:59:12 23        SOME INTEGRITY AND SORT OF AN INTRINSIC APPROACH

13:59:16 24        TOWARD THE RELATIONSHIP BETWEEN THE IPHONE AND THE

13:59:18 25        USER.

                                                              21

13:59:19  1          AND SO WE ARE ASSERTING IN THIS CASE FOUR

13:59:22  2   DESIGN PATENTS WHICH GO TO THE EXTERNAL APPEARANCE

13:59:24  3   OF THE PHONE; THREE DESIGN PATENTS THAT GO TO THE

13:59:32  4   ICONS THAT ARE USED ON THE FACE OF THE PHONE; AND

13:59:34  5   THEN A SERIES OF UTILITY PATENTS, WHICH AT LEAST

13:59:37  6   WE, FOR PURPOSES OF LOGICAL PROCESS, DIVIDE INTO

13:59:42  7   SOME GROUPS.

13:59:43  8          SO THE FIRST IS WHAT WE CALL THE APPLE

13:59:45  9   USER INTERFACE PATENTS, AND THESE PATENTS ACTUALLY

13:59:49 10   PRECEDED THE IPHONE, BUT THEY'RE INNOVATIONS IN THE

13:59:52 11   WAY THAT THE USER INTERFACE WOULD BE PRESENTED ON

13:59:55 12   THE ELECTRONIC EQUIPMENT.

13:59:56 13          AND THAT INCLUDES THE '002, WHICH WE CALL

13:59:59 14   THE CONTROL STRIP PATENT; THE '891, WHICH IS THE

14:00:02 15   TIMED WINDOW PATENT.

14:00:07 16          THE NEXT SET IN AT LEAST OUR THINKING

14:00:09 17   ABOUT IT IS WHAT WE CALL THE TOUCH USER INTERFACE

14:00:11 18   PATENTS.

14:00:12 19          SO THE IPHONE BROUGHT A TOUCHSCREEN TO

14:00:14 20   THE PHONE BUSINESS AND REQUIRED AN ADVANCED SET OF

14:00:19 21   USER INTERFACE INVENTIONS IN ORDER TO CONTROL THE

14:00:22 22   SCREEN AND THE PHONE.

14:00:22 23          AND WE GROUP THOSE AS THE '381 PATENT,

14:00:29 24   WHICH WE CALL THE RUBBERBANDING AT EDGE PATENT, AS

14:00:32 25   YOUR HONOR IS FAMILIAR WITH; THE '915 PATENT, WHICH

                                                              22

14:00:35 1    WE CALL SCROLL OR GESTURE PATENT; AND THE 163,

14:00:39 2    WHICH WE CALL THE TOUCH OR ZOOM OR NAVIGATE PATENT.

14:00:44 3           IN ORDER TO BRING THESE PHONES TOGETHER,

14:00:46 4    THERE ALSO HAD TO BE ADVANCES IN HARDWARE, AND SO

14:00:48 5    WE PRESENTED TWO HARDWARE PATENTS:  THE '607, WHICH

14:00:52 6    WE CALL THE MULTIPOINT TOUCHSCREEN PATENT; AND THE

14:00:55 7    '129 PATENT, WHICH IS THE SHIELDING LAYER PATENT.

14:01:01 8           AND FINALLY, WE BROUGHT TOGETHER A PATENT

14:01:04 9    THAT SPEAKS TO HOW TO INTERPRET THE DATA WHICH IS

14:01:09 10   ENTERED INTO THIS TOUCHSCREEN USING SOME OF THESE

14:01:12 11   OTHER INVENTIONS AND THAT PATENT IS THE '828, WHICH

14:01:15 12   WE CALL THE ELLIPSE FITTING PATENT.

14:01:18 13          TODAY OUR TUTORIAL IS GOING TO BE

14:01:21 14   PRESENTED BY DR. RAVIN BALAKRISHNAN, WHO IS A

14:01:26 15   WORLDWIDE EXPERT IN THE FIELD OF HUMOR COMPUTER

14:01:29 16   INTERACTION.  HUMOR, THAT'S MY JOB.  HIS JOB IS

14:01:33 17   ACTUALLY HUMAN COMPUTER INTERACTION.

14:01:35 18          THE COURT:  IT'S MUCH APPRECIATED IN A

14:01:37 19   PATENT CASE.

14:01:37 20          MR. MCELHINNY:  SOMETIMES.  AND HE IS A

14:01:39 21   PROFESSOR AT THE UNIVERSITY OF TORONTO.

14:01:41 22          IF IT'S ALRIGHT WITH THE COURT, I PROPOSE

14:01:43 23   THAT DR. BALAKRISHNAN WOULD SIMPLY DO HIS TUTORIAL

14:01:47 24   STANDING HERE AT THE MICROPHONE.

14:01:48 25          THE COURT:  THAT'S FINE.

                                                                23

14:01:49  1          MR. MCELHINNY:  THANK YOU.

14:01:54  2     DR. BALAKRISHNAN.

14:01:54  3          MR. BALAKRISHNAN:  GOOD AFTERNOON, YOUR

14:01:56  4     HONOR.

14:01:56  5          THE COURT:  GOOD AFTERNOON.

14:02:00  6          SO WHERE I WOULD LIKE TO DO TODAY IS TO

14:02:02  7     GIVE YOU A BROAD BACKGROUND ON THE TECHNOLOGIES

14:02:05  8     RELATING TO THE PATENTS IN DISPUTE HERE.

14:02:07  9          AND WHAT I WANT TO START IS JUST WITH A

14:02:10 10     LITTLE BIT OF BACKGROUND ABOUT THE FIELD ITSELF AND

14:02:12 11     THIS IS HUMAN COMPUTER INTERACTION.

14:02:14 12          IT RELATES TO THE STUDY AND DESIGN OF HOW

14:02:17 13     PEOPLE, HUMAN BEINGS, INTERACT WITH COMPUTER

14:02:20 14     TECHNOLOGY BROADLY DEFINED.

14:02:22 15          AND A KEY THING TO NOTE ABOUT THIS FIELD

14:02:25 16     IS THAT UNLIKE A COMPUTER SCIENCE, WHICH IS ONLY

14:02:29 17     TECHNICAL GENERALLY, THIS BRINGS TOGETHER SEVERAL

14:02:31 18     DIFFERENT DISCIPLINES:  COMPUTER SCIENCE,

14:02:34 19     ELECTRICAL ENGINEERING FROM THE TECHNICAL SIDE OF

14:02:35 20     THINGS, BEHAVIORAL SCIENCES IN TERMS OF

14:02:36 21     UNDERSTANDING THE HUMAN PSYCHOLOGY, SOCIOLOGY AND

14:02:41 22     ANTHROPOLOGY AND ALSO VERY IMPORTANT IS THE DESIGN

14:02:43 23     AND THE ESTHETICS OF HOW THESE TECHNOLOGIES SHOULD

14:02:48 24     BE BUILT.

14:02:48 25          AND IT'S A DIFFICULT FIELD IN THE SENSE

                                                        24

14:02:51  1    THAT SOMEBODY PRACTICING REALLY NEEDS TO BUILD A

14:02:53  2    TEAM THAT COMBINES EXPERTISE WITH THESE DIFFERENT

14:02:55  3    SUBDISCIPLINES.

14:02:57  4            AND IF THERE IS AN OVERARCHING GOAL IN

14:02:59  5    THE FIELD, IT'S REALLY TO MAKE TECHNOLOGY EASIER TO

14:03:02  6    USE BUT NOT JUST EASIER TO USE BUT EASIER TO LEARN

14:03:05  7    TO USE, SORT OF THE LEARNING CURVE FOR A NOVICE

14:03:10  8    BEGINNING USER IS AMELIORATED.

14:03:12  9            AND ONE OF THE MAIN ADVANCES IN THE HUMAN

14:03:15 10    COMPUTER INTERFACE FIELD IN THE LAST FEW DECADES

14:03:18 11    WAS THE ADVANCE OF THE GRAPHICAL USER INTERFACE.

14:03:21 12    AND THIS GOES BACK TO THE EARLY 1970'S AND THERE

14:03:25 13    WAS A FUNDAMENTAL IMPROVEMENT OVER THE INTERFACES

14:03:27 14    OF THAT TIME WHICH WERE COMMAND-LINE INTERFACES AND

14:03:30 15    COMMAND-LINE INTERFACES WERE THOSE THAT ONE HAS TO

14:03:33 16    LEARN SOME COMMANDS WHERE YOU TYPED INTO THE

14:03:36 17    COMPUTER AND THE COMPUTER THEN RESPONDED.

14:03:38 18            AND THE PROBLEM WITH THAT IS YOU REALLY

14:03:39 19    HAD TO BE AN EXPERT TO UNDERSTAND WHAT THOSE

14:03:43 20    COMMANDS WERE IN ORDER TO BE ABLE TO USE THOSE

14:03:45 21    COMPUTERS.  SO A NOVICE OR A LAYPERSON TRYING TO

14:03:47 22    USE THIS WOULD HAVE NO IDEA WHAT TO TYPE IN AND AS

14:03:50 23    A RESULT OF THE LEARNING ASPECT OF THE INTERFACE

14:03:52 24    WAS FAIRLY DIFFICULT.

14:03:54 25            WHAT THE GRAPHICAL USER INTERFACE DID

25

14:03:56  1    WAS, AS WE'RE ALL FAMILIAR WITH TODAY, IS PROVIDE A

14:04:01  2    POINTING DEVICE, IT COULD BE A MOUSE OR TOUCH PAD,

14:04:03  3    WHICH MOVED THE CURSOR THAT CONTROLS SOME GRAPHICAL

14:04:03  4    ELEMENT.

14:04:06  5            AND THE KEY THING WITH THIS THAT EVEN

14:04:08  6    IF YOU DID NOT KNOW WHAT FUNCTIONALITY WAS

14:04:10  7    AVAILABLE, ALL YOU REALLY NEEDED TO KNOW WAS THAT I

14:04:13  8    COULD MOVE THE MOUSE, MOVE THE CURSOR TO POINT AT

14:04:16  9    SOMETHING.  AND IF I CLICK ON AN ICON, THE

14:04:19 10    RESULTING ACTION WOULD TELL ME WHAT FUNCTIONALITY

14:04:22 11    WAS AVAILABLE.  SO THERE WAS AN EASING OF THE

14:04:27 12    LEARNING CURVE SO TO SPEAK.

14:04:28 13            ONE OF THE EARLIER GRAPHICAL USER

14:04:31 14    INTERFACES AVAILABLE TO THE PUBLIC WAS THE APPLE

14:04:35 15    LISA, WHICH WAS THE FIRST PERSONAL COMPUTER WITH

14:04:37 16    THE GRAPHICAL USER INTERFACE SOLD.

14:04:40 17            AND AS YOU CAN SEE IN THE IMAGE ON THE

14:04:44 18    BOTTOM RIGHT IS AN EARLY MOUSE SHIPPED WITH THAT

14:04:45 19    DEVICE, AND THERE'S A POINTER ON THE SCREEN AND THE

14:04:47 20    POINTER IS USED TO SELECT THOSE DIFFERENT GRAPHICAL

14:04:51 21    ELEMENTS AND THAT WE HAVE ALL BECOME FAMILIAR WITH

14:04:53 22    OVER THE YEARS.

14:04:55 23            NOW, THIS WAS ALL IN THE WORKSTATION AND

14:04:58 24    THE PERSONAL COMPUTER WORLD AND EVENTUALLY DEVICES

14:05:00 25    STARTED GETTING MORE MOBILE.  THEY STARTED GETTING

26

14:05:03 1    SMALLER.

14:05:04 2              AND WHAT STARTED HAPPENING THERE IS THAT

14:05:06 3    THE INTERFACE, IT WAS CHALLENGING.  YOU COULDN'T

14:05:09 4    HAVE A MOUSE WITH YOUR MOBILE PALM PILOT KIND OF

14:05:12 5    DEVICE, FOR EXAMPLE.

14:05:12 6              SO IN THE EARLY 1990'S AND IN THE

14:05:15 7    EXAMPLES UP HERE ARE TWO EXAMPLE DEVICES.  ONE IS

14:05:19 8    THE PSION 3, WHICH IS A PERSONAL DIGITAL ORGANIZER.

14:05:23 9    AND IT HAD A LITTLE CHIPLET KEYBOARD AT THE BOTTOM

14:05:26 10   WITH GRAPHICAL ICONS, BUT THERE WAS NO REAL CURSOR

14:05:31 11   PER SE AND THE INTERACTION WOULD COME BACK TO IN

14:05:31 12   THE OLD STYLE PSION.

14:05:33 13             AND THE I.B.M. SIMON WAS INTERESTING IN

14:05:36 14   THAT IT HAD A TOUCHSCREEN, AND IT DID NOT HAVE ANY

14:05:38 15   PHYSICAL KEYS OR THE TOUCH WAS FAIRLY RUDIMENTARY

14:05:43 16   IN THAT IT DETECTED A SINGLE POINT OF TOUCH AND YOU

14:05:45 17   EFFECTIVELY CLICKED ON VIRTUAL GRAPHICAL BUTTONS ON

14:05:52 18   THE SCREEN IN ORDER TO OPERATE THE PHONE, BUT IT

14:05:56 19   DID HAVE AN ADVANCE THAT IT GOT AWAY FROM THE

14:05:58 20   KEYBOARDS BACK IN THE EARLY '90S.

14:06:00 21             IN 1993 APPLE CAME OUT WITH THE APPLE

14:06:04 22   NEWTON, WHICH WAS SEEN AS A FAIRLY REVOLUTIONARY

14:06:08 23   DEVICE AT THAT TIME.  IT HAD A FEW INTERESTING

14:06:10 24   FEATURES THAT BUILT UPON WHAT WAS KNOWN IN THE

14:06:14 25   PRIOR ART AT THAT TIME.

27

14:06:15  1          ONE WAS IT USED A STYLUS INSTEAD OF

14:06:20  2     TOUCHSCREENS.  IT HAD A LITTLE PEN TO USE TO

14:06:23  3     INTERACT WITH THE SCREEN AND THEY GOT RID OF THE

14:06:25  4     KEYBOARD ENTIRELY AND A RESULT OF THAT WAS THAT YOU

14:06:28  5     GOT MUCH MORE SCREEN REAL ESTATE ON THE DEVICE.  SO

14:06:31  6     MOST OF THE DEVICE WAS A SCREEN AND YOU GOT TO SEE

14:06:34  7     MORE CONTENT.

14:06:34  8          WHAT WAS ALSO VERY INTERESTING WITH THIS

14:06:37  9     DEVICE WAS THE STYLUS INPUT ENABLED SOPHISTICATED

14:06:42 10     INPUT RECOGNITION.  UNLIKE THE SIMON WHICH I SHOWED

14:06:45 11     IN THE PREVIOUS SLIDE WHERE YOU CLICKED ON VERY

14:06:47 12     SIMPLE BUTTONS TO INTERACT WITH THE SCREEN, THIS

14:06:50 13     DEVICE ACTUALLY DID FULL HANDWRITING RECOGNITION,

14:06:52 14     FOR EXAMPLE.

14:06:53 15          SO IT WAS VERY SOPHISTICATED.  THAT CAME

14:06:56 16     WITH ITS OWN PROBLEMS.  IT WASN'T A PERFECT

14:06:58 17     RECOGNITION SYSTEM AND SO FORTH, AND SO IT WAS A

14:07:02 18     DEVICE A LITTLE AHEAD OF ITS TIME ONE COULD SAY

14:07:04 19     THAT IS WELL RECOGNIZED IN THE FIELD.

14:07:06 20          NOW, FOR THE DECADE AFTER THAT, SO THE

14:07:09 21     MID-'90S TO THE MID-2000S, MOBILE DEVICES KIND OF I

14:07:13 22     WOULD SAY ROUGHLY BROKE INTO TWO CAMPS AS FAR AS

14:07:16 23     THE USER INTERFACE WAS CONCERNED.

14:07:18 24          ON THE LEFT-HAND SIDE ON THE SCREEN I

14:07:20 25     HAVE SHOWN A -- JUST AN EXAMPLE OF ONE OF THE

                                                            28

14:07:25  1    CAMPS, WHICH IS THE PALM PILOT DEVICE.  AND THIS

14:07:27  2    DEVICE, LIKE THE NEWTON, HAD USED A STYLUS OR A PEN

14:07:30  3    ON A SCREEN.  IT DID NOT HAVE A PHYSICAL KEYBOARD.

14:07:33  4    AND AS A RESULT YOU GOT A BIGGER SCREEN REAL ESTATE

14:07:37  5    OF THE DISPLAY.

14:07:38  6             BUT WHAT IT DID, UNLIKE THE NEWTON, IS IT

14:07:41  7    REGRESSED A LITTLE BIT ON THE SOPHISTICATION OF THE

14:07:45  8    RECOGNITION.  SO INSTEAD OF RECOGNIZING FULL-BLOWN

14:07:47  9    HANDWRITING, IT USED A MUCH SIMPLER ALPHABET THAT

14:07:50 10    THE COMPUTER COULD RECOGNIZE MORE ACCURATELY AND

14:07:53 11    THAT DEVICE HAD A GOOD RUN OVER A DECADE OF SUCCESS

14:07:55 12    THERE.

14:07:56 13             THE OTHER CAMP, WHICH IS PERHAPS THE

14:07:59 14    BLACKBERRY STYLE DEVICES, FOR OVER A DECADE DECIDED

14:08:02 15    THEY WERE GOING TO GO BACK TO THE KEYBOARD.  SO

14:08:05 16    THEY HAD A FULL NUMBER PAD KEYBOARD AND AS A RESULT

14:08:11 17    THE SCREEN WAS QUITE A BIT SMALLER ON THE DISPLAY.

14:08:14 18             SO THAT WAS KIND OF STATE OF THE ART FOR

14:08:17 19    ABOUT A DECADE OR SO.

14:08:18 20             AND THEN THE IPHONE CAME ALONG IN 2007.

14:08:22 21             SO THIS WAS -- IT REALLY CHANGED THE

14:08:25 22    PLAYING FIELD IN SEVERAL DIFFERENT WAYS.

14:08:27 23             ONE, IT -- THE INTERFACE WAS REALLY VERY

14:08:31 24    ELOQUENT, AND IT WAS ESTHETICALLY BEAUTIFUL.  AND

14:08:36 25    THIS GOES BACK TO MY OPENING SLIDE I TALKED ABOUT

29

14:08:39 1    DESIGN AND ESTHETIC AS BEING PART OF THE FIELD OF

14:08:43 2    HUMAN INTERACTION AND THE IPHONE REALLY SPENT A LOT

14:08:45 3    OF EFFORT ON THAT ASPECT OF THE DEVICE.

14:08:47 4           ALMOST THE ENTIRE DEVICE IS A SCREEN.  SO

14:08:50 5    YOU REALLY MAXIMIZE THE AMOUNT OF DATA THAT CAN BE

14:08:53 6    SHOWN TO THE USER.

14:08:56 7           THEY USE A TOUCHSCREEN, AND UNLIKE THE

14:09:00 8    SIMON, HOWEVER, THE TOUCHSCREEN IS ABLE TO

14:09:02 9    RECOGNIZE MORE THAN ONE TOUCH SIMULTANEOUSLY.  SO

14:09:05 10   IT'S A MULTI TOUCHSCREEN.

14:09:07 11          AND THE KEY THING WITH THIS IS THAT ONCE

14:09:09 12   YOU HAVE MULTI TOUCH INPUT FROM THE USER, TOUCHES

14:09:13 13   THAT THE USER USES TO INTERACT WITH THE SYSTEM,

14:09:17 14   EVEN THOUGH THE USER MAY THINK THEY'RE DOING THE

14:09:20 15   SAME TOUCH AS THE ONE THEY DID PREVIOUSLY FOR THE

14:09:23 16   SAME FUNCTION, THE INPUT CAN BE SOMEWHAT AMBIGUOUS

14:09:27 17   BECAUSE TWO FINGERS DO NOT NECESSARILY GO DOWN THE

14:09:31 18   SAME WAY YOU USE IT.

14:09:33 19          AND WHAT THE IPHONE DID WAS IT HAD

14:09:35 20   SOFTWARE THAT WAS ABLE TO TAKE THOSE AMBIGUOUS

14:09:37 21   TOUCHES AND MAKE APPROPRIATE INTERPRETATIONS OF

14:09:39 22   THOSE AMBIGUOUS TOUCHES SO THE RESULTING

14:09:42 23   FUNCTIONALITY WAS CORRECT ALMOST ALL OF THE TIME.

14:09:47 24          SO EFFECTIVELY, IF I COULD SUM UP, IT

14:09:49 25   ALLOWED FOR VERY SIMPLE INPUTS AND FAIRLY

30

14:09:52 1    SOPHISTICATED FUNCTIONALITY TO SUPPORT IT BY THOSE

14:09:54 2    INPUTS.

14:09:55 3            NOW -- SO THAT'S A VERY BROAD BACKGROUND

14:09:58 4    OF THE FIELD AND IN THE PHONE OF INTERFACE SPACE

14:10:03 5    FOR ABOUT TWO OR THREE DECADES.

14:10:05 6            NOW, I WANT TO TALK ABOUT EACH ONE OF

14:10:08 7    THESE PATENTS FOR A LITTLE BIT.  AND AS HAROLD

14:10:10 8    MENTIONED, WE HAVE BROKEN THEM UP FOR LOGICAL

14:10:13 9    INTERPRETATION INTO THREE CATEGORIES.

14:10:15 10           THE FIRST CATEGORY IS THE USER INTERFACE

14:10:18 11   PATENTS THAT PREDATE THE IPHONE BUT ARE NONETHELESS

14:10:24 12   RELEVANT.  FIRST IS THE '002 PATENT, WHICH WE CALL

14:10:27 13   THE CONTROL STRIP PATENT; THE '891 PATENT, WHICH WE

14:10:32 14   CALL THE TIMED WINDOW PATENT.

14:10:34 15           AND UNDER THREE PATENTS WHICH WE GROUP AS

14:10:36 16   TOUCH USER INTERFACE PATENTS:  AND THESE ARE THE

14:10:39 17   '381, WHICH WE HAVE TERMED THE RUBBERBANDING AT

14:10:43 18   EDGE PATENT; THE '915, WHICH IS THE SCROLL OR

14:10:47 19   GESTURE PATENT; THE '163; WHICH IS THE TOUCH TO

14:10:52 20   ZOOM AND NAVIGATE PATENT.

14:10:55 21           AND FINALLY THREE PATENTS THAT WE

14:10:58 22   CLASSIFY AS BEING HARDWARE AND DATA INTERPRETATION

14:11:01 23   PATENTS:  THE FIRST TWO ARE THE HARDWARE PATENTS.

14:11:04 24   THE '607 IS THE MULTIPOINT TOUCHSCREEN; AND THE

14:11:08 25   '129 IS THE SHIELDING LAYER; AND THE '828 DEALS

                                                              31

14:11:11 1    WITH HOW DO YOU TAKE THAT DATA FROM THE HARDWARE

14:11:14 2    AND INTERPRET THAT APPROPRIATELY BY ELLIPSE FITTING

14:11:18 3    AND WE CALL IT ELLIPSE FITTING.

14:11:21 4         SO NOW LET ME DIVE IN A LITTLE BIT TO

14:11:23 5    EACH OF THESE PATENTS AND THE TECHNOLOGY BEHIND

14:11:26 6    THEM.

14:11:27 7         FIRST OF ALL, THE '002 OR CONTROL STRIP

14:11:31 8    PATENT.  AND THIS IS A PATENT ORIGINALLY FILED IN

14:11:34 9    1994 ISSUED TO CHRISTENSEN, ET AL.

14:11:41 10         AND WHAT THIS PATENT IS ABOUT IS

14:11:43 11   ESSENTIALLY PROVIDING THE USER WITH A QUICK WAY TO

14:11:46 12   LOOK AT STATUS INFORMATION ON A COMPUTER, AND THIS

14:11:48 13   IS BY A CONTROL STRIP OR A STATUS BAR AT SOME

14:11:52 14   LOCATION IN THE COMPUTER.  AND I'VE HIGHLIGHTED

14:11:54 15   THAT ON THIS SCREEN WITH A YELLOW HIGHLIGHT.

14:11:57 16         IT EFFECTIVELY SHOWS THE STATUS OF

14:12:00 17   SEVERAL DIFFERENT APPLICATIONS AND SERVICES RUNNING

14:12:03 18   ON THE MACHINE AT ANY GIVEN TIME, FOR EXAMPLE,

14:12:05 19   BATTERY LIFE, CLOCK, AND SO FORTH.

14:12:12 20         AND HERE IS JUST A LITTLE BIT OF TEXT TO

14:12:15 21   BACK THAT UP.  IT'S NOT ONLY IMPORTANT FOR THE

14:12:20 22   DEVICES IT WAS INVENTED FOR, WHICH IS THE DESKTOP

14:12:24 23   COMPUTER, BUT AS WE GO TO MOBILE DEVICES, SIMILAR

14:12:27 24   STATUS INFORMATION IS ALSO DESIRABLE TO BE ACQUIRED

14:12:30 25   AT A GLANCE AND AS YOU CAN SEE ON THE IPHONE ON THE

32

14:12:33 1    -- RIGHT AT THE TOP IT SHOWS A CONTROL STRIP WHICH

14:12:36 2    HAS THE NETWORK STRENGTH ON THE LEFT, THE CLOCK IN

14:12:39 3    THE MIDDLE, AND THE AMOUNT OF BATTERY LIFE LEFT ON

14:12:44 4    THE RIGHT.

14:12:45 5            AT A GLANCE A QUICK LOOK AT THIS CONTROL

14:12:47 6    STRIP GIVES YOU THE STATUS.

14:12:49 7            THE NEXT PATENT I WANT TO TOUCH UPON IS

14:12:54 8    THE '891 OR THE TIMED WINDOW PATENT.

14:12:57 9            AND THIS WAS FILED IN 2002 ISSUED TO

14:13:00 10   CHAUDHRI, ET AL.  AND WHAT THIS IS ABOUT IS

14:13:05 11   BASICALLY SAYING WHEN I'M DOING SOMETHING ON MY

14:13:07 12   COMPUTER OR MOBILE DEVICE, SOME STATUS INFORMATION

14:13:11 13   MAY CHANGE AND YOU WANT TO SHOW ME THAT INFORMATION

14:13:13 14   IN A WINDOW THAT APPEARS FOR A PARTICULAR PERIOD OF

14:13:16 15   TIME AND THEN GOES AWAY.  SO IT'S A TIMED WINDOW,

14:13:22 16   AND IT APPEARS INDEPENDENTLY OF ANY POSSIBLE

14:13:26 17   OCCASION OF THE CURSOR.

14:13:27 18            SO, FOR EXAMPLE, HERE I'M GOING TO SHOW

14:13:29 19   YOU THE VIDEO HERE, THE USER IS USING THE MEMO PAD

14:13:33 20   APPLICATION AND A QUICK NOTE AND THE CURSOR THERE.

14:13:36 21   AND IF THE USER CHANGES THE VOLUME, A LITTLE WINDOW

14:13:40 22   POPS UP SHOWING THE VOLUME AND THEN IT GOES AWAY

14:13:44 23   AFTER A PARTICULAR PERIOD OF TIME.  SO IT'S A TIMED

14:13:46 24   WINDOW APPEARING INDEPENDENTLY OF WHERE THE CURSOR

14:13:49 25   WAS AND SHOWING THE STATUS OF THE INFORMATION AND

33

14:13:51  1    THEN FADES AWAY.

14:13:52  2              SO THAT IS THE '891 PATENT.

14:13:57  3              LET'S MOVE ON TO THE TOUCH USER INTERFACE

14:13:59  4    PATENT.  THE FIRST ONE I WANT TO TALK ABOUT IS THE

14:14:01  5    '381 PATENT, WHICH WE CALL RUBBERBANDING AT EDGE.

14:14:05  6    THIS WAS FILED IN 2007, AND IT WAS ISSUED TO BAS

14:14:05  7    ORDING.

14:14:11  8              AND BEFORE WE TALK ABOUT THE PATENT

14:14:12  9    ITSELF, LET'S TALK ABOUT THE TWO PROBLEMS THAT THIS

14:14:16 10    PATENT IS REALLY LOOKING AT.  AND THESE ARE TWO

14:14:19 11    PROBLEMS IN DOCUMENT NAVIGATION IN GENERAL.

14:14:22 12              THE FIRST PROBLEM IS THE QUESTION IS THAT

14:14:24 13    IS MY SCREEN FROZEN?  WELL, WHAT DO I MEAN BY THAT?

14:14:27 14              WHAT I MEAN BY THAT IS THAT SOMETIMES YOU

14:14:29 15    GET INTO SITUATIONS WHERE YOU TRY TO INTERACT WITH

14:14:32 16    YOUR COMPUTER USING A MOUSE OR A KEYBOARD OR A

14:14:35 17    TOUCHSCREEN AND THE SYSTEM DOESN'T REACT TO YOU.

14:14:37 18    IT'S UNCLEAR WHETHER THE SYSTEM IS FROZEN, THE

14:14:40 19    SCREEN IS FROZEN OR YOU HAVE SIMPLY COME TO THE END

14:14:42 20    OF SOME DATA AND THERE REALLY IS NOWHERE ELSE TO

14:14:46 21    GO.  SO EVEN THOUGH IT'S NOT FROZEN, THERE IS

14:14:49 22    NOWHERE ELSE TO GO.

14:14:50 23              BUT THE USER HAS NO IDEA WHICH WAY IT IS.

14:14:53 24    IS IT FROZEN OR AM I JUST AT THE END OF MY DATA?

14:14:57 25    SO THAT'S ONE PROBLEM.

                                                            34

14:14:58  1          AND THE SECOND PROBLEM IS WHAT IS CALLED

14:15:00  2   THE LOST IN DESERT FOG PROBLEM.  AND THIS IS THE

14:15:03  3   PROBLEM WHERE YOU TAKE IT AND YOU'RE NAVIGATING

14:15:06  4   SOME DATA, YOU NAVIGATE AWAY FROM THAT DATA AND YOU

14:15:10  5   END UP IN BLANK SPACE, SO TO SPEAK, AND WHEN YOU

14:15:13  6   END UP IN BLANK SPACE YOU'RE DISORIENTED, YOU'RE IN

14:15:16  7   THE DESERT FOG, YOU DON'T KNOW WHERE YOU ARE AND

14:15:18  8   IT'S VERY DIFFICULT TO GET BACK.

14:15:19  9          SO LET ME ILLUSTRATE THIS WITH TWO LITTLE

14:15:23 10   VIDEOS HERE.

14:15:23 11          SO THE FROZEN SCREEN PROBLEM.  SO, FOR

14:15:27 12   EXAMPLE, IF YOU'RE NAVIGATING A MAP LET'S SAY ON

14:15:29 13   THE IPHONE.  AND THE LITTLE ANIMATION HERE.  IT

14:15:34 14   REACTS FOR A LITTLE BIT AND THEN IT FREEZES.

14:15:36 15          SO WHEN THAT OCCURS -- LET ME PLAY THIS

14:15:39 16   AGAIN.  INITIALLY THERE'S MOVEMENT, AND THEN IT

14:15:44 17   FREEZES.

14:15:44 18          SO AT THAT POINT THE USER DOES NOT KNOW

14:15:46 19   WHETHER THEY HAVE COME TO THE END OF THE MAP, IN

14:15:49 20   OTHER WORDS, WHETHER THERE'S NO MORE MAP TO SHOW OR

14:15:52 21   HAS THE SCREEN JUST LOCKED UP AND THE '381 PROVIDES

14:15:56 22   A SOLUTION TO THIS PROBLEM AND WE'LL SEE THAT IN A

14:15:58 23   MINUTE.

14:15:59 24          THE DESERT FOG PROBLEM IS THE PROBLEM

14:16:02 25   WHERE YOU NAVIGATE A MAP, FOR EXAMPLE, IT COULD BE

                                                          35

14:16:04 1    ANY KIND OF DATA AND WE SHOW THIS IN THIS

14:16:07 2    ANIMATION.

14:16:08 3            AND SO YOU MOVE THE MAP BEYOND THE

14:16:10 4    CONFINES OF THE SCREEN AND NOW YOU'RE IN DESERT

14:16:12 5    SPACE, OR FOG SPACE, A BLANK SPACE, AND YOU HAVE NO

14:16:15 6    IDEA WHERE YOU ARE ANY MORE.

14:16:17 7            SO THAT INSTANT WHERE IT WENT AWAY, YOU

14:16:19 8    MAY BE ABLE TO RECOVER IT, BUT IF IT SPAWNS FIVE OR

14:16:24 9    TEN SECONDS YOU REALLY ARE LOST.  SO THE SYSTEM

14:16:27 10   SHOULD NOT LET YOU DO THAT AND THE '381 PROBLEM

14:16:30 11   PATENT PROVIDES A SOLUTION BY RUBBERBANDING AT THE

14:16:34 12   EDGE.

14:16:34 13           WHAT I HAVE DONE HERE AT THE SLIDE, YOUR

14:16:36 14   HONOR, IS TAKEN SEVERAL FIGURES FROM THE PATENT,

14:16:39 15   FIGURES 6A AND 6D AND ANIMATED THEM JUST TO SHOW

14:16:44 16   WHAT HAPPENS.

14:16:48 17           SO LET'S GET THIS CLICKER WORKING.  HERE

14:16:51 18   WE GO.  THE USER MOVES AS WE SHOW IN THE PREVIOUS

14:16:54 19   TWO ANIMATIONS THERE.  WHEN YOU COME TO THE EDGE OF

14:16:57 20   THE DOCUMENT, IT DOESN'T JUST FREEZE, IT SHOWS A

14:17:00 21   LITTLE BIT OF BLANK SPACE AS TO THE EXTENT BEYOND

14:17:02 22   THE DOCUMENT TO TELL ME YOU'RE DONE, YOU HAVE

14:17:05 23   REACHED THE END OF THE DOCUMENT, AND THEN WHEN YOU

14:17:07 24   LET GO IT GOES BACK.

14:17:08 25           SO IT NEVER ACTUALLY TAKES YOU AWAY FROM

                                                              36

14:17:11 1    THE DOCUMENT COMPLETELY.  AND IT DOESN'T JUST

14:17:13 2    FREEZE.  IT SOLVES BOTH THE FREEZING PROBLEM AND

14:17:18 3    THE DESERT FOG PROBLEM.

14:17:19 4          JUST TO REITERATE THAT POINT, LET ME SHOW

14:17:22 5    YOU THAT ON A REAL APPLICATION ON THE IPHONE AS

14:17:24 6    OPPOSED TO THE FIGURES ON THE PATENT.

14:17:27 7          HERE'S A WEB BROWSER AND THE USER IS

14:17:29 8    NAVIGATING THROUGH THAT WEB PAGE IN SEVERAL

14:17:34 9    DIFFERENT WAYS.

14:17:35 10          NOW, NAVIGATE TO THE LEFT AND YOU REACH

14:17:39 11    THE END OF THE PAGE AND IT BOUNCES BACK.  SO AGAIN

14:17:42 12    YOU DON'T GET LOST AND IT DOESN'T FREEZE.

14:17:44 13          THAT'S THE ESSENCE OF WHAT THIS PATENT

14:17:47 14    DOES.

14:17:47 15          NOW, I'M GOING TO MOVE ON TO THE '915

14:17:50 16    PATENT WHICH WE CALL THE SCROLL OR GESTURE.

14:17:54 17          AND WHAT THIS PATENT IS ABOUT -- AND I'M

14:17:56 18    HAVING TROUBLE WITH MY CLICKER HERE.

14:17:58 19          AND SO IT WAS ORIGINALLY FILED IN 2007

14:18:02 20    AND IT WAS ISSUED TO PLATZER, ET AL.  AND WHAT THIS

14:18:08 21    PATENT IS ABOUT ON A MULTI TOUCHSCREEN TO DETERMINE

14:18:12 22    WHETHER TO SCROLL THE CONTENT UP OR DOWN OR LEFT OR

14:18:15 23    RIGHT AND DEPENDING ON THE TYPE OF SCROLLING AND/OR

14:18:21 24    TO DO SOME OTHER KIND OF GESTURAL INTERACTION AND

14:18:24 25    IT DOES THAT DEPENDING ON WHETHER IT'S ONE FINGER

                                                    37

14:18:27  1    TOUCHING THE SCREEN OR MORE THAN ONE FINGER

14:18:29  2    TOUCHING THE SCREEN.

14:18:29  3              SO, FOR EXAMPLE, WHEN I SHOW YOU HERE THE

14:18:33  4    USER IS SCROLLING WITH THE ONE FINGER SCROLL IN ONE

14:18:37  5    DIRECTION AND THAT DIRECTION COULD BE THE OTHER WAY

14:18:39  6    AROUND AS WELL AS DEPENDING ON THE TYPE OF

14:18:40  7    LIMITATION.

14:18:41  8              OR WHEN THEY WENT TO TWO FINGERS THERE,

14:18:44  9    IT DID A DIFFERENT FUNCTIONALITY.  IT DID A

14:18:47 10    SCROLLING, THIS PINCH TO ZOOM OR GESTURE AND THAT'S

14:18:49 11    WHAT THIS PATENT REALLY IS FOCUSSED ON THE

14:18:51 12    DIFFERENCE BETWEEN ONE FINGER OR MORE THAN ONE

14:18:56 13    FINGER SCROLLING VERSUS OTHER KINDS OF GESTURES.

14:18:59 14              THE NEXT PATENT WE'LL BRIEFLY TALK ABOUT

14:19:02 15    IS THE '163 PATENT AND WHAT WE CALL TOUCH TO ZOOM

14:19:05 16    AND NAVIGATE.  AND THIS WAS ORIGINALLY FILED IN

14:19:12 17    2006 TO BAS ORDING AND SEVERAL OTHERS.

14:19:18 18              AND WHAT THIS PATENT IS ABOUT IS

14:19:20 19    BASICALLY PROVIDING A WAY TO EASILY MOVE BETWEEN

14:19:24 20    PORTIONS OF CONTENT IN A STRUCTURE DOCUMENT ON

14:19:28 21    SCREEN.

14:19:28 22              SO THE ISSUE HERE IS THE SCREEN AND WITH

14:19:31 23    THE SIZE YOU CANNOT SHOW ALL OF THE CONTENT YOU

14:19:33 24    WANT TO SHOW AT THE RIGHT RESOLUTION AT ANY GIVEN

14:19:36 25    TIME.

                                                           38

14:19:36  1        SO IT PROVIDES A NICE WAY TO BOUNCE

14:19:39  2  AROUND BETWEEN DIFFERENT PARTS OF THE CONTENT THAT

14:19:42  3  YOU MAY BE INTERESTED IN AND ZOOMING IN AND OUT TO

14:19:45  4  MAGNIFY THE CONTENT APPROPRIATELY AS NEEDED.

14:19:49  5        SO LET ME SHOW YOU AN EXAMPLE HERE.  THE

14:19:52  6  USER IS, DOUBLE TAPS IN ONE LOCATION AND YOU ZOOM

14:19:57  7  THAT AND IT DOES IT A FEW MORE TIMES AND DOUBLE

14:20:01  8  TAPPING AGAIN IN THE SAME LOCATION AND IT ZOOMS

14:20:03  9  OUT.

14:20:03 10        SO NOW YOU'RE BACK INTO THE OVERALL

14:20:07 11  CONTEXT.  AND SO THAT'S THE ESSENCE OF THIS PATENT,

14:20:09 12  IT'S A WAY TO NAVIGATE AND ZOOM EASILY IN A

14:20:13 13  STRUCTURED DOCUMENT ENVIRONMENT ON A SMALL SCREEN.

14:20:17 14        NOW, LET ME MOVE ON TO THE HARDWARE DATA

14:20:22 15  AND INTERPRETATION PATENTS.

14:20:24 16        AND BEFORE I GET INTO THE PATENTS

14:20:26 17  THEMSELVES, I WANT TO TALK A LITTLE BIT ABOUT

14:20:28 18  TOUCHSCREEN HARDWARE GENERALLY.

14:20:30 19        SO, FIRST OF ALL, WITH THE TOUCHSCREEN

14:20:32 20  DEVICE BROADLY DEFINED IT REQUIRES TWO THINGS AT A

14:20:35 21  VERY HIGH LEVEL.  IT REQUIRES SOME HARDWARE TO

14:20:37 22  SENSE THE TOUCH AND THEN IT NEEDS SOME SOFTWARE TO

14:20:43 23  INTERPRET THE DATA COMING OUT OF THAT HARDWARE AND

14:20:45 24  MAKE SENSE OUT OF IT.

14:20:46 25        AND WE HAVE SEEN ALREADY SOME OF THE USER

39

14:20:49 1    INTERFACE PATENTS THAT A LITTLE BIT OF HIGH-LEVEL

14:20:53 2    EXTRACTION THAT DO INTERESTING THINGS WITH THAT

14:20:55 3    DATA BUT THERE ARE ALSO SOFTWARE KIND OF IN BETWEEN

14:20:58 4    THAT USER INTERFACE LAYER AND THAT HARDWARE THAT

14:21:00 5    DEALS WITH THE ACTUAL POINTS OF DATA COMING OUT AND

14:21:03 6    INTERPRETING THEM APPROPRIATELY AND THAT'S WHERE

14:21:05 7    THE '828 PATENT COMES IN.

14:21:07 8             IN TERMS OF HARDWARE, THE CLASS OF

14:21:11 9    HARDWARE THAT WE'RE INTERESTED IN AS IT RELATES TO

14:21:14 10   THESE PATENTS, WHAT IS KNOWN AS CAPACITANCE

14:21:18 11   SENSING, TOUCH SENSORS.

14:21:20 12            AND VERY BROADLY THERE ARE THREE

14:21:23 13   CATEGORIES OF THEM.  FIRST OF ALL, THE SIMPLE

14:21:27 14   CATEGORY CALLED SURFACE CAPACITANCE, AND I'LL TALK

14:21:31 15   A BIT ABOUT HOW THAT WORKS IN A SECOND.

14:21:34 16            AND THEN THE MORE SOPHISTICATED

14:21:36 17   TECHNOLOGY WHICH DEALS WITH AN ENTIRE ROW, AN

14:21:39 18   ENTIRE COLUMN OF CAPACITANCE THAT ALLOWS FOR A

14:21:42 19   LITTLE MORE FUNCTIONALITY;

14:21:43 20            AND FINALLY WHAT WE CALL ROW AND COLUMN

14:21:45 21   INTERSECTION CAPACITANCE.

14:21:47 22            AND I'M GOING TO GO THROUGH ALL OF THESE

14:21:49 23   JUST BRIEFLY NOW.

14:21:50 24            SO SURFACE CAPACITANCE TOUCHSCREENS I'LL

14:21:53 25   GIVE YOU THE SIMPLEST FORM.  AND THESE ARE WHAT YOU

                                                              40

14:21:56 1    SEE ON YOUR ATM MACHINES, FOR EXAMPLE.  AND THEY DO

14:21:59 2    A PRETTY GOOD JOB OF DETECTING A SINGLE POINT OF

14:22:03 3    TOUCH AS INDICATED ON THE SCREEN.

14:22:04 4         SO IF YOU JUST WANT FUNCTIONALITY THAT

14:22:06 5    ALLOWS YOU TO CLICK ON ONE BUTTON AT A TIME,

14:22:09 6    SURFACE CAPACITANCE DOES PRETTY WELL.

14:22:12 7         AND WHAT IS SURFACE CAPACITANCE?  FROM A

14:22:15 8    SCHEMATIC POINT OF VIEW YOU HAVE SOME KIND OF TOUCH

14:22:18 9    SURFACE THAT YOU APPLY CONDUCTIVE COATING TO AND

14:22:22 10   YOU APPLY CURRENT ON THE FOUR CORNERS OF THAT

14:22:25 11   CONDUCTIVE COATING.

14:22:26 12        AND WHEN THE FINGER TOUCHES THE -- THAT

14:22:31 13   SURFACE, THAT TOUCH SURFACE, EFFECTIVELY A

14:22:34 14   CAPACITOR IS FORMED BETWEEN THE FINGER AND THAT

14:22:38 15   CONDUCTIVE SURFACE AND IT DRAWS CURRENT FROM THE

14:22:41 16   FOUR CORNERS THAT YOU HAVE PUT CURRENT ON.

14:22:43 17        AND WHAT I HAVE SHOWN YOU HERE IS THE

14:22:46 18   ELLIPSE JUST DISPLAYING THE POINT OF CONTACT OF

14:22:48 19   THAT FINGER.

14:22:49 20        AND BY MEASURING THE CHANGES IN CURRENT,

14:22:53 21   THE FOUR CORNERS, YOU CAN EFFECTIVELY ISOLATE THE X

14:22:58 22   AND Y POSITION OF THAT POINT OF CONTACT.

14:23:02 23        AND THIS WORKS, AS I SAID, QUITE WELL FOR

14:23:04 24   A SINGLE POINT OF CONTACT.

14:23:05 25        AND THE WAY IT BREAKS DOWN IS THAT IF YOU

                                                        41

14:23:07  1   HAVE TWO TOUCHES AND WHAT I HAVE SHOWN HERE ON THE

14:23:10  2   SCREEN IS TWO HYPOTHETICAL TOUCHES SHOWN BY THE RED

14:23:14  3   ELLIPSIS AND ONE TO THE BOTTOM LEFT, AND ONE TO THE

14:23:17  4   TOP RIGHT, AND WHAT THIS SYSTEM DOES IS WHEN IT

14:23:20  5   GETS TWO TOUCHES, IT CANNOT DISTINGUISH THOSE TWO

14:23:23  6   TOUCHES IN THE PENALTY AND INSTEAD IT REPORTS THE

14:23:27  7   AVERAGE LOCATION, WHICH I HAVE SHOWN IN THE PURPLE,

14:23:30  8   NEAR THE PURPLE ELLIPSE.

14:23:33  9          AND OBVIOUSLY THIS IS NOT THE CORRECT

14:23:36 10   INTERPRETATION OF WHERE THOSE TWO TOUCHES ARE, AND

14:23:38 11   SO THAT'S FUNDAMENTALLY THE PROBLEM OF THE

14:23:41 12   LIMITATION OF SURFACE CAPACITANCE TOUCHSCREENS.

14:23:44 13          NOW, IMPROVING UPON THIS IS A TECHNOLOGY

14:23:47 14   CALLED ENTIRE ROW AND ENTIRE COLUMN CAPACITANCE.

14:23:50 15   IF YOU RECALL THE PREVIOUS SLIDE, THE ENTIRE TOUCH

14:23:53 16   SURFACE WAS ENERGIZED BY CURRENT ACROSS THE WHOLE

14:23:57 17   SURFACE, THE WHOLE SURFACE WAS JUST ONE SINGLE

14:24:01 18   CONDUCTOR.

14:24:01 19          HERE INSTEAD OF A SINGLE CONDUCTOR, THE

14:24:04 20   OVERLAY A SERIES OF ROWS OF CONDUCTORS AND COLUMNS

14:24:09 21   OF CONDUCTORS BUT PERPENDICULAR TO ONE ANOTHER AND

14:24:13 22   ANY TIME YOU TOUCH ON ANY ONE LOCATION HERE, IT

14:24:16 23   ESSENTIALLY ACTIVATES THE APPROPRIATE ROWS AND

14:24:18 24   COLUMNS THAT ARE BEING TOUCHED.

14:24:20 25          SO THE CAPACITANCE OF THE ENTIRE ROW AND

                                                            42

14:24:23 1    COLUMNS WILL CHANGE AND JUST FOR ILLUSTRATION

14:24:26 2    PURPOSES ON THIS SLIDE I HAVE SHOWN THE ONE ROW AND

14:24:30 3    ONE COLUMN BEING ACTIVATED.

14:24:32 4            NOW, IF I HAVE TWO FINGERS, IT ACTIVATES

14:24:38 5    THE APPROPRIATE NUMBER OF ROWS AND COLUMNS.

14:24:39 6            BUT A PROBLEM OCCURS WHEN I PUT TWO

14:24:42 7    FINGERS ON THE SAME ROW, FOR EXAMPLE, WE CANNOT

14:24:44 8    DISTINGUISH WHERE THEY ARE.  YOU CAN'T REALLY TELL

14:24:48 9    BECAUSE THEY'RE BOTH ON THE SAME ROWS.  SO YOU GET

14:24:50 10   ONE ROW AND TWO COLUMNS BEING ACTIVATED.

14:24:52 11           NOW, THE OTHER PROBLEM OCCURS IS IF I DO

14:24:55 12   THIS, WHERE THEY ARE TWO VERY DIFFERENT LOCATIONS,

14:24:58 13   I HAVE TWO ROWS AND TWO COLUMNS ACTIVATED, AND FINE

14:25:01 14   AND I HAVE TWO POSITIONS.

14:25:02 15           BUT THE PROBLEM IS IF YOU WATCH AND IF I

14:25:05 16   MOVE MY FINGERS TO TWO VERY DIFFERENT LOCATIONS

14:25:08 17   THAT HAPPEN TO INTERSECT THE EXACT SAME ROWS AND

14:25:13 18   COLUMNS LIKE THIS, SO IF I FLIP THEM BACK AND

14:25:17 19   FORTH, THOSE TWO IN ONE POSITION, AND THE SAME ROWS

14:25:20 20   AND COLUMNS ARE ACTIVATED WHEN I MOVE MY FINGERS TO

14:25:24 21   A VERY DIFFERENT SET OF LOCATIONS.

14:25:27 22           THE SYSTEM CANNOT DISTINGUISH BETWEEN

14:25:29 23   THESE TWO.  SO THIS SITUATION IS AN AMBIGUOUS

14:25:32 24   SITUATION THAT THIS TECHNOLOGY CAN SIMPLY NOT DEAL

14:25:34 25   WITH IT.  IT WILL REPORT THE SAME VALUES FOR BOTH

43

14:25:37 1    OF THESE VERY DIFFERENT TOUCHES.

14:25:38 2            THE OTHER PROBLEM THAT OCCURS WITH THIS

14:25:42 3    ENTIRE ROW AND ENTIRE COLUMN TECHNOLOGY IS IF I

14:25:45 4    HAVE A LARGE TOUCH, FOR EXAMPLE, A THUMB AS I HAVE

14:25:50 5    SHOWN HERE THAT ACTIVATES SEVERAL COLUMNS OF

14:25:53 6    SENSORS AT A TIME AND THEN I HAVE A SMALLER TOUCH

14:25:55 7    THAT FALLS WITHIN SOME OF THE ROWS OR COLUMNS OF

14:25:58 8    THAT LARGER TOUCH, THE LARGER TOUCH ESSENTIALLY

14:26:01 9    MASKS THE HEIGHT OF THE SMALLER TOUCH IN THIS

14:26:05 10   EXAMPLE.

14:26:05 11           SO WHILE I CAN TELL THE HORIZONTAL -- THE

14:26:09 12   VERTICAL POSITION IN THE SMALLER TOUCH, IT'S

14:26:12 13   IMPOSSIBLE TO TELL WHERE THE HORIZONTAL POSITION

14:26:15 14   IS.  SO THAT'S ANOTHER SHORTCOMING OF THIS KIND OF

14:26:17 15   HARDWARE.

14:26:18 16           NOW, TO IMPROVE UPON THIS IS A TECHNOLOGY

14:26:23 17   WE CALL ROW COLUMN INTERSECTION CAPACITANCE.  SO

14:26:29 18   HERE WE HAVE ROWS OF CONDUCTIVE MATERIAL CALLED

14:26:31 19   DRIVE ROWS AND OVERLAY THAT WITH AN INSULATING --

14:26:35 20   TRANSPARENT INSULATING LAYER, TRANSPARENT SO YOU

14:26:37 21   CAN SEE THROUGH IT.  OVERLAY THAT WITH COLUMNS OF

14:26:40 22   CONDUCTIVE MATERIAL IN THE PERPENDICULAR DIRECTION

14:26:43 23   AND WE CALL THESE SENSE COLUMNS.

14:26:45 24           AND WHAT THIS TECHNOLOGY DOES WHEN YOU

14:26:47 25   TOUCH IT, INSTEAD OF ACTIVATING THE ENTIRE ROW AND

                                                              44

14:26:51  1    ENTIRE COLUMN, IT JUST ACTIVATES THE INTERSECTION

14:26:54  2    POINTS.  YOU MEASURE CAPACITANCE AT THE

14:26:57  3    INTERSECTIONS OF THE ROWS AND COLUMNS THAT ARE ON

14:27:00  4    THE TOUCH PAD.

14:27:01  5            AND WHAT THIS DOES IS THAT IT SOLVES SOME

14:27:03  6    OF THE SHORTCOMINGS OF THE ENTIRE ROW AND ENTIRE

14:27:07  7    COLUMN TECHNOLOGY THAT I JUST TALKED ABOUT.

14:27:10  8            SO, FOR EXAMPLE, HERE TWO FINGERS AND TWO

14:27:13  9    DIFFERENT LOCATIONS AND I HAVE TWO REPORTED

14:27:15 10    POSITIONS.

14:27:17 11            THE SAME -- REMEMBER THE PREVIOUS

14:27:20 12    TECHNOLOGY, IF YOU FLIP IT AROUND IT DIDN'T WORK

14:27:22 13    AND IN THIS CASE YOU DO GET THE CORRECT

14:27:25 14    INTERPRETATION.

14:27:28 15            SO THAT'S WHAT THE BROAD OVERVIEW OF THE

14:27:30 16    FIELD IS THERE.

14:27:31 17            NOW, LET ME TALK ABOUT THE '607 PATENT,

14:27:34 18    WHICH IS THE MULTI POINT TOUCHSCREEN.  AND THIS WAS

14:27:38 19    FILED IN 2004 AND ISSUED TO HOTELLING, ET AL.

14:27:45 20            AND JUST TO ILLUSTRATE THIS PATENT A

14:27:47 21    LITTLE BIT, I HAVE CREATED A SERIES OF GRAPHICS.

14:27:52 22    ON THE LEFT-HAND SIDE OF THE SCREEN IS A SCHEMATIC

14:27:54 23    OF A HUMAN HAND AND ON THE BOTTOM IS A YELLOW BAR

14:27:58 24    INTENDED TO REPRESENT A TOUCH SURFACE.

14:28:00 25            IN THE MIDDLE OF THE SCREEN IS AN ARRAY

                                                              45

14:28:02 1    OF DATA VALUES CORRESPONDING TO THE DATA VALUES ON

14:28:05 2    THE TOUCHSCREEN HERE.

14:28:07 3            AND ON THE RIGHT IS A THREE-DIMENSIONAL

14:28:10 4    VISUALIZATION JUST TO GIVE YOU A SENSE OF HOW THAT

14:28:12 5    DATA IS CHANGING AS THE USER TOUCHES THE

14:28:16 6    TOUCHSCREEN.

14:28:16 7            SO AS THE USER'S HANDS COMES CLOSER TO

14:28:20 8    THE CAPACITANCE TOUCH SENSOR, EVEN BEFORE TOUCHING

14:28:25 9    THE CAPACITANCE FIELD STARTS TO GET PRETURBED AND

14:28:29 10   YOU START TO SEE SOME ZERO VALUES THERE.  AND I'VE

14:28:32 11   HIGHLIGHTED THE VALUES 40 WHICH SEEMS TO BE THE

14:28:34 12   PEAK AND ON THE RIGHT YOU SEE THE PEAK VALUES

14:28:37 13   STARTING TO PERCOLATE UP.

14:28:38 14           AS THE HAND GETS CLOSER TO THE SCREEN,

14:28:41 15   THE VALUES START TO INCREASE IN INTENSITY AND

14:28:47 16   FINALLY WHEN IT TOUCHES YOU ESSENTIALLY GET THESE

14:28:50 17   INTENSITY VALUES THAT ARRANGE FROM A PEAK TO A FALL

14:28:56 18   OFF AROUND EACH OF THE FINGER TOUCHES.

14:28:58 19           SO THIS IS JUST TO ILLUSTRATE WHAT

14:29:01 20   ACTUALLY IS HAPPENING IN THIS TECHNOLOGY.

14:29:05 21           AND LIKE I SAID BEFORE, THIS IS A ROW

14:29:08 22   COLUMN INTERSECTION OF TECHNOLOGIES AND IT'S ABLE

14:29:13 23   TO DETECT DISTINCT TOUCHES AT DIFFERENT LOCATIONS

14:29:16 24   WITHOUT ANY AMBIGUITY.

14:29:18 25           NOW, HOW IS THIS CONSTRUCTED?

46

14:29:22  1    ESSENTIALLY IT'S CONSTRUCTED BY OVERLAYING TWO SETS

14:29:25  2    OF TRANSPARENT PARALLEL CONDUCTIVE LINES ON TOP OF

14:29:28  3    EACH OTHER WITH TWO INTERVENING PIECES OF MATERIAL.

14:29:33  4         SO LET ME JUST SHOW THIS.  YOU HAVE SOME

14:29:36  5    DISPLAY THAT YOU WANT TO OVERLAY A TOUCH SENSE

14:29:39  6    AROUND, YOU PUT A TRANSPARENT INSULATING LAYER ON

14:29:42  7    IT; AND OVERLAY A SERIES OF TRANSPARENT CONDUCTIVE

14:29:46  8    LINES IN ONE DIRECTION AND AN ADHESIVE LAYER THAT

14:29:52  9    IS TRANSPARENT JUST TO HOLD IT ALL TOGETHER;

14:29:54 10    ANOTHER TRANSPARENT INSULATING LAYER ON TOP OF

14:30:02 11    THAT; ANOTHER SET OF TRANSPARENT CONDUCTIVE LINES

14:30:07 12    PERPENDICULAR, AND THESE ARE SEPARATE FROM THE ONES

14:30:12 13    UNDERNEATH FROM THE ONES IN BETWEEN; AND ANOTHER

14:30:14 14    TRANSPARENT ADHESIVE LAYER TO PUT THAT TOGETHER;

14:30:18 15    AND FINALLY YOU PUT A FINAL TRANSPARENT INSULATING

14:30:22 16    LAYER AT THE TOP.

14:30:23 17         AND EFFECTIVELY WHAT YOU GET IS THIS

14:30:27 18    TOUCH SENSOR WHERE ALL OF THE ELEMENTS HAVE TO BE

14:30:29 19    TRANSPARENT AND THAT'S EFFECTIVELY WHAT THE '607

14:30:33 20    PATENT TALKS ABOUT.

14:30:35 21         THE '129 PATENT IS WHAT WE CALL THE

14:30:37 22    SHIELDING LAYER PATENT.  AND THIS WAS FILED IN

14:30:43 23    JANUARY OF 2007 ISSUED TO HOTELLING, ET AL.

14:30:48 24         AND THIS PATENT ADDRESSES THE PROBLEM

14:30:50 25    THAT DISPLAYS HAVE ELECTRICAL FIELDS AND THEY CAN

47

14:30:57 1    INTERFERE WITH THE ELECTRICAL SENSING OF THE TOUCH

14:31:00 2    SENSOR ON TOP OF IT.

14:31:02 3           AND THE WAY IT SOLVES THIS IS BY PUTTING

14:31:04 4    AN ELECTRICAL SHIELD BETWEEN THE DISPLAY AND THE

14:31:08 5    TOUCH SENSOR BUT INSTEAD OF PUTTING A SEPARATE

14:31:10 6    ELECTRICAL SHIELD, IT ESSENTIALLY USES THE FIRST

14:31:13 7    SET OF CONDUCTORS, THE FIRST ROW OF CONDUCTORS,

14:31:18 8    MAKES THEM WIDER AND AS A RESULT THEY ACT AS SENSOR

14:31:21 9    ELEMENTS AS WELL AS AN ELECTRICAL SHIELD.  SO IT

14:31:24 10   MAKES THAT FIRST LAYER OF CONDUCTING ELEMENTS DUAL

14:31:28 11   PURPOSE SO TO SPEAK AND AGAIN THIS HAS TO BE

14:31:30 12   TRANSPARENT.

14:31:31 13          SO THAT'S THE 129 SHIELDING LAYER PATENT

14:31:34 14   IN A NUTSHELL.

14:31:35 15          FINALLY WE WANT TO TALK ABOUT

14:31:39 16   INTERPRETING THE DATA THAT COMES OUT OF THIS

14:31:42 17   HARDWARE, AND WE'LL TALK ABOUT THE '828 PATENT

14:31:46 18   WHICH WE CALL ELLIPSE FITTING.  THIS WAS FILED IN

14:31:52 19   1998 IN JANUARY ISSUED TO WESTERMAN, ET AL.

14:31:56 20          FIRST LET'S -- A BIT OF BACKGROUND.  WHY

14:32:00 21   ELLIPSE?  IF YOU LOOK AT A HUMAN HAND AND THINK

14:32:03 22   ABOUT WHAT GEOMETRIC SHAPE MIGHT DO A REASONABLE

14:32:07 23   JOB OF APPROXIMATING THE TOUCHES OF THE HUMAN HAND

14:32:11 24   ON A FLAT DISPLAY?  ELLIPSES SEEMS TO BE A PRETTY

14:32:14 25   GOOD FIT AND HERE IS THE QUICK SCHEMATIC.

48

14:32:17  1          THE PARTS OF THE HAND THAT TOUCH THE

14:32:19  2   SCREEN OR THE TOUCH SENSOR ARE TYPICALLY THE

14:32:22  3   FINGERPRINTS AND SOMETIMES THE PALM WHICH THERE ARE

14:32:26  4   TYPICALLY TWO PARTS OF THE PALM.  AND ELLIPSES DO A

14:32:29  5   PRETTY GOOD JOB OF BEING A REASONABLE APPROXIMATION

14:32:32  6   OF THAT RATHER THAN THE ARBITRARY SHOE WITH

14:32:36  7   HATCHES.

14:32:36  8          SO WHAT HAPPENS IN THE '828 PATENT, THE

14:32:40  9   TOUCH HARDWARE, AS I JUST DISCUSSED, SENSES THE

14:32:43 10   TOUCH, WHETHER IT'S ONE POINT OR TWO POINTS.

14:32:45 11          IT GENERATES SOME RAW TOUCH DATA.  AND I

14:32:48 12   HAVE SHOWED THAT IN THE GREY SCALE ON THIS ARRAY OF

14:32:51 13   DOTS UP ON THE TOP RIGHT.  SO YOU HAVE GOT TWO

14:32:56 14   GLOBS OF TOUCH DATA AND SOME ADDITIONAL STRAY DATA

14:32:59 15   POINTS THAT ARE TYPICALLY SOME KIND OF AN

14:33:01 16   ELECTRICAL NOISE THAT YOU WANT TO CLEAN UP.

14:33:03 17          SO THE PATENT TALKS ABOUT CLEANING UP,

14:33:06 18   THAT, REMOVING THAT NOISE AND YOU GET WHAT IS

14:33:11 19   CALLED THE CLEANED UP IMAGE, AND IT'S IN THE MIDDLE

14:33:15 20   OF THAT RIGHT-HAND SIDE.  AND IT ALSO FURTHER

14:33:18 21   SEGMENTS THE DATA POINTS INTO GROUPS.

14:33:21 22          AND FINALLY IT FITS IN THE ELLIPSE TO

14:33:25 23   EACH OF THOSE GROUPS TO TRYING TO OPTIMIZE FOR THE

14:33:29 24   CENTRALLY MOST INTENSE PART OF THE TOUCHES.

14:33:32 25          NOW, AN ELLIPSE MATHEMATICALLY CAN BE

49

14:33:36  1    DESCRIBED BY SEVERAL PARAMETERS.  AND HERE'S

14:33:39  2    ELLIPSE THAT I HAVE PLOTTED ON A CARTESIAN SCALE.

14:33:45  3              FIRST OF ALL, WE'RE INTERESTED IN THE

14:33:46  4    CENTROID, IN THE CENTER OF THE ELLIPSE.  FOR

14:33:49  5    EXAMPLE, THE X, Y LOCATION WOULD BE 4, 5.

14:33:52  6              AND THE NEXT PARAMETER WOULD BE THE MAJOR

14:33:56  7    AXIS OF THE ELLIPSE, IN OTHER WORDS, THE LONG AXIS

14:34:00  8    OF THE ELLIPSE AND THE VALUE 9 THERE IS REALLY JUST

14:34:03  9    THE LENGTH OF THE MAJOR AXIS.

14:34:05 10              THE MINOR AXIS IS THE AXIS THAT IS

14:34:10 11    PERPENDICULAR TO THE MAJOR AXIS AND IN THIS EXAMPLE

14:34:12 12    IT HAS A VALUE OF ABOUT 5.

14:34:18 13              THE OTHER PARAMETER THAT IS OF INTEREST

14:34:21 14    TYPICALLY IS HOW IS THE ELLIPSE ORIENTED ABOUT ONE

14:34:27 15    OF THE CARTESIAN -- AND IT'S TWO-DIMENSIONAL

14:34:30 16    ELLIPSES.  AND IN THIS EXAMPLE IT HAS AN

14:34:33 17    ORIENTATION ABOUT 60 DEGREES OF THE MAJOR AXIS AND

14:34:38 18    SO THESE ARE SOME OF THE PARAMETERS ONE IS

14:34:39 19    INTERESTED IN WHEN TRYING TO FIT AN ELLIPSE.

14:34:41 20              AND JUST SOME EXAMPLES FROM HYPOTHETICAL

14:34:44 21    DATA THAT COULD COME OUT OF A TOUCHSCREEN.

14:34:47 22              ON THE LEFT-HAND SIDE A REASONABLY LARGE

14:34:51 23    TOUCH THAT HAPPENS ROUGHLY YOU HAVE A CENTROID OF 5

14:34:54 24    AND 5, A MAJOR AND MINOR AXIS, AN ORIENTATION THAT

14:34:59 25    SEEMS TO BE ESSENTIALLY UPRIGHT 90 DEGREES.  THE

                                                          50

14:35:03 1    ONE IN THE MIDDLE IS A LITTLE BIT SKEWED.  IT HAS

14:35:06 2    AN ORIENTATION ABOUT 60 DEGREES THAT FITS TO THAT

14:35:11 3    DATA.

14:35:11 4              AND ON THE RIGHT-HAND SIDE YOU HAVE VERY

14:35:13 5    LITTLE DATA.  YOU MIGHT END UP SAYING I CAN'T

14:35:16 6    CALCULATE THE ORIENTATION AND IT'S GOING TO DEFAULT

14:35:19 7    TO SOMETHING AND THE MAJOR AND MINOR AXIS WOULD BE

14:35:21 8    PROBABLY BE EQUAL TO ONE ANOTHER AND TO THE SIDE

14:35:25 9    AND IT WOULD BE CALCULATED THE USUAL WAY.

14:35:27 10             SO THESE ARE THE KIND OF PARAMETER

14:35:30 11   FITTINGS THAT YOU WOULD WANT TO DO WHEN YOU'RE

14:35:33 12   DOING ELLIPSE FITTING.

14:35:33 13             IN APPLIED MATH THERE ARE SEVERAL METHODS

14:35:39 14   FOR FITTING AN ELLIPSE THAT IS KNOWN IN THE ART.

14:35:41 15   ONE IS IF YOU DON'T INTEND TO FIT ALL OF THE

14:35:43 16   PARAMETERS YOU HAVE AN APPROXIMATION LIKE I

14:35:47 17   MENTIONED IN MY EXAMPLE.  IF I MIGHT NOT -- IF I'M

14:35:54 18   NOT ABLE TO COMPUTE ORIENTATION, I MIGHT JUST

14:35:58 19   DEFAULT TO ZERO ALL OF THE TIME, FOR EXAMPLE.

14:36:00 20             AND ANOTHER TECHNIQUE IS KNOWN AS ERROR

14:36:04 21   MINIMIZATION.  YOU SIMPLY FIT AN ELLIPSE TO A

14:36:08 22   CURVE.  SO YOU HAVE AN ARBITRARY CURVE AND ON EACH

14:36:12 23   POINT OF THAT CURVE RELATIVE TO THE NEAREST POINT

14:36:16 24   ON THE ELLIPSE, YOU FIGURE OUT HOW MUCH DEVIATION

14:36:19 25   THERE IS AND YOU TRY TO MINIMIZE THAT DEVIATION TO

51

14:36:22  1    TRY TO GET THE BEST FIT.

14:36:23  2              ANOTHER TECHNIQUE IS TO TRY TO DO EDGE

14:36:26  3    DETECTION AND THIS IS BASICALLY GOING AROUND AND

14:36:29  4    TRYING TO FIGURE OUT THE DATA WHAT ARE THE EDGES

14:36:31  5    AND IF YOU ACCUMULATE THEM ALTOGETHER YOU END UP

14:36:35  6    WITH AN ELLIPZOID LIKE SHAPE.

14:36:38  7              DIAMETER BISECTION IS ANOTHER TECHNIQUE

14:36:42  8    THAT SAYS IF YOU TAKE ALL OF THE POINTS ON THE

14:36:44  9    OUTSIDE OF THE PARAMETER OF THE DATA AND YOU LOOK

14:36:48 10    AT THE POINTS THAT ARE NOT PARALLEL TO ONE ANOTHER

14:36:51 11    IN THE OPPOSITE SIDES, ESSENTIALLY I'M LIKELY TO

14:36:55 12    GET THE DIAMETER, I MAY NOT, BUT IF YOU DO FOR EACH

14:36:59 13    PAIR OF THOSE POINTS COMPUTE THESE VECTORS AND THEN

14:37:02 14    YOU TRY AND FIGURE OUT WHICH ONES MEET IN THE

14:37:05 15    MIDDLE, THAT'S LIKELY TO BE THE DIAMETERS AND THEN

14:37:08 16    YOU WILL GET A REASONABLE APPROXIMATION OF THE

14:37:11 17    MAJOR AND MINOR AXIS.

14:37:12 18              FOR EXAMPLE, THE CHORD TANGENT METHOD IS

14:37:15 19    A DETAILED VARIANT ON THAT WHERE THEY'RE

14:37:18 20    OVERLAPPING ELLIPSIS AND YOU DON'T HAVE ALL OF THE

14:37:22 21    INFORMATION.  YOU MAY WANT TO DO THAT COMPUTATION

14:37:24 22    BY LOOKING AT THE TANGENTS TO THOSE POINTS RATHER

14:37:27 23    THAN THE POINTS EFFECTED IN BETWEEN.

14:37:33 24              AND THE OTHER FINALLY THE LAST TECHNIQUE

14:37:36 25    I WANT TO TALK ABOUT IS WHAT IS KNOWN AS PRINCIPAL

                                                          52

14:37:38 1  COMPONENT ANALYSIS, AND THIS IS A TECHNIQUE FROM

14:37:41 2  STATISTICS THAT BASICALLY TAKES ANY KIND OF DATA

14:37:43 3  AND SAYS WHAT ARE THE MAJOR DIRECTIONS OR

14:37:48 4  COMPONENTS BY WHICH THE DATA VARIES FROM SOME

14:37:52 5  CENTRAL?

14:37:53 6          AND THAT IS EFFECTIVELY WHAT THE FIRST

14:37:55 7  EMBODIMENT OF THE '828 PATENT TALKS ABOUT.  IT'S A

14:37:59 8  FORM OF PRINCIPAL COMPONENT ANALYSIS.  IT STARTS

14:38:03 9  OFF AND FOR SAKE OF DISCUSSION HERE, I'M USING THE

14:38:07 10 SAME SCHEMATIC ON THE LEFT OF A HYPOTHETICAL

14:38:12 11 ELLIPSE AND ON THE RIGHT I HAVE SOME EQUATIONS FROM

14:38:15 12 COLUMN 26 OF THE PATENT, YOUR HONOR.

14:38:16 13         AND EQUATION 12 THERE, THE FIRST ONE, IS

14:38:20 14 IT COMPUTES G SUB Z, WHICH IS REALLY THE SUMMATION

14:38:24 15 OF THE INTENSITIES.  SO EACH OF THESE POINTS THAT

14:38:28 16 THE DATA SET HAS, HAS AN INTENSITY VALUE IN

14:38:32 17 ADDITION TO THE X AND Y POSITION AND THIS COMPUTES

14:38:35 18 THE OVERALL INTENSITY.

14:38:36 19         AND THEN IT COMPUTES A CENTROID.  THE

14:38:42 20 EQUATION IS 13 AND 14 AS I HAVE SHOWN HERE.  AND

14:38:45 21 THIS IS A WEIGHTED CENTROID, A CENTROID OF THE

14:38:48 22 ELLIPSE, WEIGHTED AS TO THE INTENSITY OF THE

14:38:52 23 PIXELS.  AND IN THIS CASE FOR THIS EXAMPLE THE

14:38:54 24 CENTROID IS 4 AND 5.

14:38:56 25         SO NOW WE HAVE GOT THE 5 AND THE

53

14:38:59  1    CENTROID.  IT GOES ON TO DO THE NEXT PART OF THE

14:39:02  2    PRINCIPAL COMPONENT ANALYSIS, WHICH IS TERMED IN

14:39:05  3    THE PATENT AS THE UNITARY TRANSFORMATION OF THE

14:39:09  4    COVARIANCE MATRIX.

14:39:11  5         AND WHAT THIS IS, IS THE STANDARD

14:39:13  6    PROCEDURE IN THE COMPONENT ANALYSIS IS IT'S

14:39:17  7    BASICALLY TAKING FOR EVERY DATA POINT IT'S GOING TO

14:39:21  8    COMPUTE THE VARIANCE, THE COVARIANCE, HOW IT VARIES

14:39:21  9    RELATIVE TO THE CENTROID AND THE SIZE THAT WAS

14:39:24 10    PREVIOUSLY CALCULATED AND THEN ORIENT THAT

14:39:27 11    COVARIANCE DATA SUCH THAT THE POINTS THAT ARE MOST

14:39:31 12    VARIANCE -- THAT IS THE LARGEST VARIANCE ARE

14:39:39 13    ORIENTED ON ONE AXIS.

14:39:41 14         AND THAT'S EFFECTIVELY WHAT THESE

14:39:45 15    EQUATIONS DOES IS IT SETS UP THE STAGE FOR THE

14:39:47 16    FINAL CALCULATIONS OF THE REMAINING PARAMETERS

14:39:51 17    WHICH OCCUR IN THE SUBSEQUENT THREE EQUATIONS OF

14:39:57 18    COLUMN 26, WHICH ARE EQUATIONS 19, 20, AND 21.

14:40:03 19         EQUATION 19 IN COLUMN 26 COMPUTES THE

14:40:07 20    MAJOR AXIS FROM THAT PRINCIPAL COMPONENTS THAT WERE

14:40:13 21    PREVIOUSLY CALCULATED.  AND THIS IS ESSENTIALLY A

14:40:18 22    COMPUTATION KNOWN AS EIGENVALUE TO COMPENSATION.

14:40:23 23    THAT'S E-I-G-E-N, VALUE.  AND YOU DO THAT FOR BOTH

14:40:27 24    THE MAJOR AND THE MINOR AXIS.

14:40:30 25         AND FINALLY THE ORIENTATION IS COMPUTED

                                                              54

14:40:32 1    RELATIVE TO ONE OF THOSE AXES BY THE ARCTAN,

14:40:40 2    A-R-C-T-A-N, COMPUTATION OF EQUATION 21.

14:40:45 3            SO IT'S THIS WHOLE SET OF EQUATIONS IN

14:40:48 4    THE EMBODIMENT THAT EFFECTIVELY DOES THE COMPONENT

14:40:55 5    ANALYSIS TECHNIQUE TO EFFECT SOME DATA.

14:40:57 6            JUST TO WRAP UP HERE, THAT FIRST

14:40:59 7    EMBODIMENT JUST SHOWED THAT ENTIRE COLUMN OR MOST

14:41:02 8    OF THAT COLUMN WHERE THE EQUATIONS COME FROM.

14:41:05 9            AS YOU CAN SEE THE FIRST THREE EQUATIONS

14:41:07 10   WHICH ARE 12, 13, AND 14 THAT I TALKED ABOUT

14:41:11 11   COMPUTES THE SIZE AND THE CENTROID; AND THEN YOU

14:41:13 12   HAVE THE NEXT FOUR EQUATIONS, EQUATION, 15, 16, 17,

14:41:18 13   AND 18 THAT DOES THIS TRANSFORMATION OF THE

14:41:20 14   COVARIANCE; AND THEN WE HAVE GOT THE REMAINING

14:41:23 15   THREE EQUATIONS 19, 20, AND 21 THAT COMPUTES THE

14:41:28 16   MAJOR AXIS, MINOR AXIS, AND THE ORIENTATION.

14:41:31 17           THE COURT:  YOU'RE SAYING THE WHOLE THING

14:41:33 18   IS MATHEMATICALLY FITTING ELLIPSE?

14:41:38 19           MR. BALAKRISHNAN:  IN THIS EMBODIMENT,

14:41:40 20   YES.

14:41:40 21           THE COURT:  OKAY.

14:41:41 22           MR. BALAKRISHNAN:  NOW, THERE'S ANOTHER

14:41:42 23   EMBODIMENT IN THE PATENT, WHICH IS THE SECOND

14:41:45 24   EMBODIMENT, WHICH IS ON COLUMN 27 AND IT'S AT LINES

14:41:49 25   1 TO 8.

                                                          55

14:41:50  1          AND IN THIS CASE IT'S DOING SOME OF THE

14:41:53  2   PARAMETER APPROXIMATION THAT I TALKED ABOUT

14:41:56  3   EARLIER.

14:41:56  4          AND IN THIS CASE IT'S SAYING THAT YOU MAY

14:41:59  5   NOT HAVE ENOUGH DATA TO COMPUTE ALL OF THE

14:42:03  6   PARAMETERS.  SO IT'S GOING TO COMPUTE THE SIZE AND

14:42:06  7   CENTROID BY USING THE EARLIER EQUATIONS.

14:42:09  8          SO, FOR EXAMPLE, THE SIZE IS COMPUTED

14:42:14  9   USING THE G SUB Z EQUATION, WHICH IS EQUATION 12

14:42:18 10   THAT WE ALREADY TALKED ABOUT AND USING THAT AS A

14:42:21 11   MEASURE OF SIZE.  AND ORIENTATION IS SET TO DEFAULT

14:42:28 12   VALUES.

14:42:28 13          SO THIS EXAMPLE THAT I HAVE ON THE LEFT,

14:42:30 14   THE CENTROID IS CALCULATED AS PREVIOUSLY, AND THE

14:42:33 15   MAJOR AND MINOR AXIS ARE BASICALLY DERIVED FROM THE

14:42:37 16   CONTEXT SIZE CALCULATED FROM THE G SUB Z EQUATION

14:42:43 17   12 AND THE ORIENTATION IT'S THE DEFAULT WHICH IS

14:42:46 18   PROBABLY 0 OR 1.

14:42:48 19          SO THAT'S THE SECOND EMBODIMENT OF THE

14:42:51 20   '828 PATENT.

14:42:53 21          THE '828 PATENT --

14:42:56 22          THE COURT:  LET ME ASK YOU WITH WHAT YOU

14:42:57 23   HAD AT THE TOP OF COLUMN 27, IS THAT -- WHERE IS

14:43:02 24   SORT OF THE MATHMATICALLY FITTED ELLIPSE?

14:43:08 25          MR. BALAKRISHNAN:  I'M NOT SURE WHAT YOU

                                                              56

14:43:10 1    MEAN BY WHERE IT IS, YOUR HONOR, BUT ESSENTIALLY

14:43:12 2    IT'S SAYING THAT ON DATA ARRAYS THEY'RE SMALL WHERE

14:43:16 3    I DON'T HAVE ENOUGH INFORMATION TO DO THE FULL

14:43:19 4    PRINCIPAL COMPONENT ANALYSIS TECHNIQUE IN THE

14:43:22 5    PREVIOUS EMBODIMENT, IT'S GOING TO PROXIMATE SOME

14:43:25 6    OF THOSE VALUES.

14:43:26 7            SO IT'S INSTEAD OF COMPUTING THE MAJOR

14:43:30 8    AND MINOR AXIS USING THE PRINCIPAL COMPONENT

14:43:34 9    ANALYSIS TECHNIQUE, IT'S GOING TO USE G SUB Z WHICH

14:43:38 10   IS THE SIZE AS AN INDICATOR OF THE SIZE WHICH

14:43:42 11   EFFECTIVELY MEANS THE MAJOR AND MINOR AXIS CAN BE

14:43:46 12   COMPUTED FROM THAT AS BEING EQUIVALENT TO ONE

14:43:48 13   ANOTHER.

14:43:49 14           THE CENTROID IS CALCULATED AS YOU WOULD

14:43:52 15   NORMALLY CALCULATE THE CENTROID, AND THEN IT

14:43:56 16   EXPLICITLY SAVES THE ORIENTATION OF THE

14:43:59 17   CALCULATIONS SET TO A DEFAULT VALUE.

14:44:01 18           SO EFFECTIVELY IT IS FITTING AN ELLIPSE

14:44:04 19   EXCEPT THAT ONE OF THE PARAMETERS, WHICH HAPPENS TO

14:44:07 20   BE ORIENTATION, IS DEFAULTED TO A NON-CALCULATING

14:44:09 21   VALUE.

14:44:11 22           BUT THE OTHER VALUES ARE STILL

14:44:13 23   CALCULATING, IT'S JUST IN A DIFFERENT WAY.

14:44:15 24           THE COURT:  SO DO YOU STILL HAVE THE

14:44:17 25   UNITARY TRANSFORMATION OF A COVARIANCE MATRIX?

                                                    57

14:44:22 1          MR. BALAKRISHNAN:  NO, THAT'S NO LONGER

14:44:23 2     NECESSARY BECAUSE IT SAYS THAT G SUB Z IS A MORE

14:44:26 3     RELIABLE CONTEXT OF SIZE.

14:44:29 4          SO THEY'RE SAYING THAT YOU DON'T HAVE

14:44:31 5     ENOUGH DATA TO COMPUTE THE MAJOR AND MINOR AXIS

14:44:33 6     USING THE MORE COMPLEX PROCEDURE WHICH REQUIRES THE

14:44:38 7     UNITARY TRANSFORMATION OF THE GROUP COVARIANCE

14:44:46 8     MATRIX.

14:44:50 9          THE COURT:  SO IS THIS WHAT YOU HAD IN

14:44:52 10    COLUMN 26 AS THE FIRST EQUATIONS COMPUTING SIZE?

14:45:00 11         MR. BALAKRISHNAN:  ARE YOU SAYING

14:45:01 12    EQUATIONS 12, 13 AND 14, YOUR HONOR?  EQUATION 12

14:45:12 13    COMPUTES THE SIZE AND EQUATIONS 13 AND 14 COMPUTES

14:45:15 14    THE CENTRAL LOCATION.

14:45:49 15         THE COURT:  I GUESS YOUR POSITION IS THAT

14:45:51 16    THE MATHMATICALLY FITTING ELLIPSE WOULDN'T REQUIRE

14:45:55 17    THE UNITARY TRANSFORMATION OF THE COVARIANCE

14:46:00 18    MATRIX, IT'S NOT REQUIRED.

14:46:01 19         MR. BALAKRISHNAN:  MY POSITION IS THAT

14:46:03 20    IT'S NOT REQUIRED ALWAYS OF FITTING ELLIPSE.

14:46:08 21         BECAUSE FIRST EMBODIMENT IN THAT METHOD

14:46:10 22    USING THE PRINCIPAL COMPONENT ANALYSIS THAT IS

14:46:13 23    DESCRIBED IN THE FIRST EMBODIMENT ON COLUMN 26, IT

14:46:16 24    DOES REQUIRE THAT STEP, BUT IT'S NOT REQUIRED IN

14:46:19 25    ALWAYS OF FITTING ELLIPSE.

58

14:46:29  1          THE COURT:  DOESN'T THE SPEC SAY THAT THE

14:46:32  2    FITTING REQUIRES THE UNITARY TRANSFORMATION OF THE

14:46:35  3    COVARIANCE?

14:46:37  4          MR. BALAKRISHNAN:  ABSOLUTELY IT DOES,

14:46:38  5    YOUR HONOR.  IT STATES THAT IN COLUMN 26.

14:46:41  6          THE COURT:  YEAH.

14:46:42  7          MR. BALAKRISHNAN:  BUT IT'S SAYING THAT

14:46:43  8    IN CONTEXT, THE WAY I READ THE SPECIFICATION, IT'S

14:46:46  9    SAYING THAT IN CONTEXT OF THIS ENTIRE PROCEDURE IN

14:46:48 10    THIS PRINCIPAL COMPONENT ANALYSIS PROCEDURE IT

14:46:51 11    REQUIRES THIS UNITARY TRANSFORMATION OF THE GROUP

14:46:57 12    COVARIANCE MATRIX.

14:46:59 13          THERE'S NO CONTENTION, AS FAR AS I'M

14:47:01 14    CONCERNED, FOR THIS TECHNIQUE THAT ABSOLUTELY

14:47:03 15    REQUIRES THAT, BUT IT DOES NOT SAY THAT THIS IS THE

14:47:06 16    ONLY WAY TO FIT AN ELLIPSE OR THAT ALL METHODS FOR

14:47:10 17    FITTING THE ELLIPSE REQUIRE THE UNITARY

14:47:13 18    TRANSFORMATION OF THE GROUP COVARIANCE MATRIX.

14:47:25 19          THE COURT:  OKAY.

14:47:26 20          MR. BALAKRISHNAN:  THANK YOU, YOUR HONOR.

14:47:28 21          JUST TO WRAP UP THE '828 PATENT, IN

14:47:32 22    ADDITION TO THE ACTUAL FITTING OF THE ELLIPSE TO

14:47:34 23    THE DATA POINTS, IT ALSO HAS FURTHER TEACHING ON

14:47:38 24    HOW TO TRACK THESE ELLIPSES AS THEY MOVE OVER TIME.

14:47:42 25          SO AS THE FINGERS MOVE ON THE

                                                        59

14:47:44 1    TOUCHSCREEN, FOR EXAMPLE, THE '828 PATENT TEACHES

14:47:48 2    HOW TO KEEP TRACK OF THOSE ELLIPSES AS THEY MOVE,

14:47:51 3    WHICH IS IMPORTANT IN ORDER TO ENABLE THE

14:47:54 4    FUNCTIONALITY THAT WE SAW IN SOME OF THE OTHER USER

14:47:56 5    INTERFACE TOUCH PATENTS THAT WE DISCUSSED EARLIER.

14:48:00 6         SO NOW TO WRAP UP, JUST TO SUMMARIZE, I

14:48:04 7    DISCUSSED THE TECHNOLOGY BEHIND EIGHT OF THESE

14:48:07 8    PATENTS, TWO OF THEM THE BROAD USER INTERFACE

14:48:10 9    PATENTS THAT PREDATE THE TOUCH REVOLUTION, THE '002

14:48:10 10   CONTROL STRIP, THE '891 TIMED WINDOW PATENT.

14:48:21 11        THE THREE TOUCH USER INTERFACE PATENTS:

14:48:22 12   THE '381 RUBBERBANDING AT EDGE; '915 SCROLL OR

14:48:25 13   GESTURE; AND THE '163 TOUCH TO ZOOM AND NAVIGATE.

14:48:27 14        AND FINALLY WITH HARDWARE AND DATA

14:48:30 15   INTERPRETATION PATENTS, NAMELY, THE '607, WHICH IS

14:48:34 16   THE MULTIPOINT TOUCHSCREEN; THE '129, THE SHIELDING

14:48:37 17   LAYER; AND FINALLY, THE '828 ELLIPSE FITTING.

14:48:42 18        AND THAT WRAPS UP MY PRESENTATION.

14:48:44 19        THE COURT:  OKAY.  THANK YOU.

14:48:46 20        MR. BALAKRISHNAN:  THANK YOU.

14:48:47 21        MR. MCELHINNY:  IN CLOSING THIS PART OF

14:48:48 22   OUR PRESENTATION, YOUR HONOR, I WOULD LIKE TO JUST

14:48:50 23   MAKE TWO POINTS.

14:48:52 24        ONE IS THAT IT'S, AGAIN, IT'S PART OF OUR

14:48:55 25   THEME, ONE OF THE THINGS THAT MADE THE IPHONE SO

60

14:48:59  1    FABULOUS WAS THAT IT WAS NOT A SINGLE INVENTION,

14:49:01  2    IT'S NOT A SINGLE STEP FORWARD.  IT'S THE

14:49:05  3    EMBODIMENT OF A NUMBER OF CRITICAL INVENTIONS THAT

14:49:08  4    WORK TOGETHER.

14:49:08  5            IN ORDER TO COPY THAT PRODUCT, SAMSUNG

14:49:11  6    HAD TO COPY A FIELD OF PATENTS, AND WE THINK THAT'S

14:49:15  7    THE WAY, THAT IS THE WAY THAT WE'RE TRYING TO

14:49:17  8    PRESENT THE CASE TO YOUR HONOR SO YOU UNDERSTAND

14:49:19  9    THE INTERRELATIONS AND OBVIOUSLY THAT'S THE WAY

14:49:21  10   THAT WE WOULD LIKE TO PRESENT IT TO THE JURY.

14:49:23  11           THE COURT:  AND ARE ALL OF THESE -- I'M

14:49:25  12   SORRY TO INTERRUPT YOU.

14:49:26  13           MR. MCELHINNY:  SURE.

14:49:26  14           THE COURT:  ARE ALL OF THESE PATENTS

14:49:29  15   YOU'RE SAYING WOULD BE EMBODIED BY BOTH THE PHONES

14:49:35  16   AND THE TABLETS?

14:49:36  17           MR. MCELHINNY:  YES.

14:49:36  18           THE COURT:  OKAY.

14:49:37  19           MR. MCELHINNY:  AND, YES, YOUR HONOR.

14:49:38  20   AND THE OTHER POINT, JUST IN TERMS OF PRESENTATION

14:49:39  21   TODAY, OBVIOUSLY WE HAVE THE MARKMAN HEARING ON

14:49:42  22   FRIDAY.

14:49:42  23           THE COURT:  UH-HUH.

14:49:43  24           MR. MCELHINNY:  WE TRIED VERY HARD TO

14:49:45  25   KEEP DR. BALAKRISHNAN AWAY FROM ARGUING CLAIM

61

14:49:47  1    CONSTRUCTION AND WE TRIED TO KEEP IT INTO A

14:49:50  2    TUTORIAL LEVEL THAT WOULD BE NECESSARY.

14:49:51  3              AND WE'VE EXCHANGED THE SLIDES AT THE

14:49:52  4    BEGINNING OF THIS, AND OBVIOUSLY THERE'S NOT GOING

14:49:55  5    TO BE OBJECTIONS, BUT THAT'S WHAT OUR GOAL HERE

14:49:57  6    WAS, WAS TO PRESENT THE BACKGROUND AND WE'LL DO THE

14:49:59  7    LEGAL ARGUMENT ON FRIDAY.

14:50:25  8              MR. JOHNSON:  SHOULD WE TAKE A BREAK?

14:50:27  9              THE COURT:  NO.  I THINK MS. RODRIGUEZ

14:50:31 10    WANTS TO KEEP GOING.

14:50:32 11              MR. JOHNSON:  THANK YOU, YOUR HONOR.  I'M

14:50:33 12    KEVIN JOHNSON, AND I'LL PRESENT THE FIRST PART OF

14:50:36 13    THE TUTORIAL WITH RESPECT TO THE USER INTERFACE

14:50:38 14    PATENTS THAT ARE OWNED AND ASSERTED BY APPLE IN

14:50:41 15    THIS CASE.

14:50:42 16              AND WE, YOUR HONOR, SPECIFICALLY TRIED TO

14:50:43 17    REDUCE THE PATENTS FOR PURPOSES OF THE TUTORIAL TO

14:50:46 18    THOSE PATENTS THAT ARE AT ISSUE FOR THE CLAIM

14:50:50 19    CONSTRUCTION MARKMAN HEARING ON FRIDAY.

14:50:52 20              SO WE DON'T INTEND TO GO THROUGH ALL OF

14:50:55 21    THE APPLE PATENTS BUT ONLY THOSE PATENTS THAT HAVE

14:51:02 22    TERMS THAT HAVE ISSUES ON FRIDAY.

14:51:03 23              THE COURT:  THANK YOU.

14:51:04 24              MR. JOHNSON:  AND WE DO HAVE SLIDES FOR

14:51:06 25    BOTH THE SAMSUNG PATENTS AND THE APPLE PATENTS.

                                                        62

14:51:12  1                    THE COURT:  SURE.

14:51:13  2                    MR. JOHNSON:  AND I HAVE ALSO SOME FOR

14:51:16  3      THE CLERKS IF I MAY.

14:51:16  4                    THE COURT:  YES, PLEASE.

14:51:28  5                    MR. JOHNSON:  AS I MENTIONED, THERE ARE

14:51:29  6      THREE USER INTERFACE PATENTS THAT I INTEND TO

14:51:33  7      ADDRESS, AND MR. VERHOEVEN WILL THEN ADDRESS THE

14:51:35  8      THREE TOUCHSCREEN PATENTS.

14:51:37  9                    THE COURT:  OKAY.

14:51:38 10                    MR. JOHNSON:  AND STARTING OFF WHERE

14:51:40 11      APPLE LEFT OFF, THE '002 PATENT IS THE FIRST PATENT

14:51:44 12      THAT WE ADDRESS AND WE CALL IT THE CONTROL WINDOW

14:51:46 13      PATENT.  IT WAS FILED IN MARCH OF 1997, ISSUED IN

14:51:52 14      2002.

14:51:52 15                    AND BASICALLY IT DESCRIBES A CONTROL

14:51:55 16      WINDOW THAT SHOWS SUCH ITEMS AS A BATTERY LIFE, THE

14:52:00 17      SCREEN BRIGHTNESS, VOLUME, OTHER TYPES OF STATUS

14:52:03 18      INFORMATION.

14:52:03 19                    AND THE CONTROL WINDOW IS DISPLAYED ON

14:52:07 20      TOP OF THE OTHER WINDOWS THAT MAY BE GENERATED.

14:52:09 21                    JUST AS AN EXAMPLE IN TERMS OF LOOKING AT

14:52:12 22      WHAT IS A CONTROL WINDOW, HERE ON SLIDE 5, AND IN

14:52:16 23      THE BOOK OF SLIDES THERE ARE TWO TABS, THERE'S A

14:52:20 24      SAMSUNG TAB AND APPLE TAB.  SO I'LL BE REFERRING TO

14:52:24 25      THE SLIDES IN THE APPLE TAB.

                                                              63

14:52:26  1                    THE COURT:  OKAY.

14:52:26  2                    MR. JOHNSON:  SLIDE 5 SHOWS JUST A SCREEN

14:52:28  3       SHOT FROM WINDOWS USED ON, YOU KNOW, MOST OF THE

14:52:31  4       COMPUTERS IN THIS COURTROOM.  AND WHAT WE SEE AT

14:52:36  5       THE BOTTOM OF THIS SLIDE IS AN EXAMPLE OF THE

14:52:38  6       CONTROL WINDOW.  AND IT SHOWS THAT YOU CAN USE THE

14:52:40  7       CONTROL WINDOW TO LAUNCH, FOR EXAMPLE, INTERNET

14:52:43  8       EXPLORER OVER HERE ON THE LEFT-HAND SIDE YOU CAN

14:52:45  9       CHECK THE STATUS IN THE SMALL RIGHT-HAND SIDE HERE

14:52:49 10       OF THE VOLUME CONTROL AND WHETHER YOU'RE CONNECTED

14:52:51 11       TO WI-FI.  THINGS OF THAT NATURE.

14:52:56 12                    SO IT CAN BE USED TO CHECK THE STATUS BUT

14:52:59 13       ALSO TO LAUNCH A PROGRAM LIKE INTERNET EXPLORER

14:53:02 14       OVER HERE AND/OR YOU MIGHT FIND OTHER TYPES OF

14:53:05 15       PROGRAMS LIKE EXCEL OR MICROSOFT WORD.

14:53:09 16                    SLIDE 6 SHOWS AN EXAMPLE OF AN

14:53:11 17       APPLICATION WINDOW.  WE SEE HERE JUST THAT THE COPY

14:53:14 18       OF THE '002 PATENT AS IT APPEARS IN ADOBE ACROBAT.

14:53:20 19                    AND WHAT YOU SEE TYPICALLY ON A DESKTOP,

14:53:23 20       MUCH LIKE THE DESKTOP IN FRONT OF US, IS -- ARE

14:53:27 21       DOCUMENTS THAT ARE ARRANGED ON TOP OF EACH OTHER.

14:53:29 22                    SO WE HAVE ON THE BACKGROUND YOU HAVE THE

14:53:32 23       ADOBE ACROBAT DOCUMENT AND IN THE FOREGROUND A WORD

14:53:37 24       DOCUMENT WHICH IS A NEWSLETTER.  AND SO THESE

14:53:39 25       WINDOWS ARE STACKED ON TOP OF EACH OTHER, YET THE

                                                              64

14:53:41  1       CONTROL WINDOW APPEARS ON TOP OF EACH OF THESE.

14:53:47  2              IN 1992, JUST TO DESCRIBE SORT OF THE

14:53:50  3       STATE OF THE ART, IN 1992, NEXTSTEP OPERATING

14:53:54  4       SYSTEM 3.0 ALSO HAD A CONTROL WINDOW DOWN THE

14:53:58  5       RIGHT-HAND SIDE HERE AS THE EXAMPLE, WHICH SHOWED

14:54:00  6       THE ABILITY TO EITHER LAUNCH CONTROL PROGRAMS OR TO

14:54:06  7       CHECK STATUS.

14:54:07  8              FOR EXAMPLE, YOU COULD CHECK ON THIS

14:54:08  9       LITTLE NEXT -- YOU CAN CLICK ON THIS LITTLE NEXT

14:54:12 10       BOX AND IT WOULD PULL UP THE WINDOW DOWN BELOW

14:54:15 11       WHICH ALLOWED YOU TO SEARCH ON YOUR COMPUTER HARD

14:54:19 12       DRIVE LOOKING FOR FILES.

14:54:20 13              IF I WANTED TO FIND A PARTICULAR PAPER

14:54:22 14       THAT I HAD WRITTEN ON MY HARD DRIVE OR STORED AN

14:54:25 15       EXCEL SPREADSHEET, I CAN CLICK ON THIS CONTROL

14:54:27 16       WINDOW AND STATUS.  AND THIS IS VERY SIMILAR TO

14:54:30 17       LAUNCHING INTERNET EXPLORER OR LAUNCHING MICROSOFT

14:54:34 18       WORD OR LAUNCHING THE FINDER.

14:54:36 19              YOU CAN CLICK ON THE ICON JUST BELOW THAT

14:54:38 20       WHICH WOULD SHOW THAT YOU CAN LAUNCH THE CALENDAR

14:54:41 21       PROGRAM, YOU CAN LAUNCH E-MAIL, YOU CAN DO A LITTLE

14:54:44 22       BIT OF PAINTING, CHECK YOUR PASSWORDS.  AND WHAT

14:54:47 23       YOU SEE OVER HERE ARE EXAMPLES OF APPLICATION

14:54:51 24       WINDOWS THAT ALSO, YOU KNOW, APPEARED IN THE NEXT

14:54:54 25       STEP OPERATING SYSTEM.

65

14:54:55 1          THE '002 PATENT TALKS ABOUT BOTH

14:55:00 2   APPLICATION WINDOWS AND THE CONTROL WINDOWS.  AND

14:55:03 3   THIS IS FIGURE 2A FROM THE PATENT, AND IT SHOWS

14:55:06 4   MUCH LIKE THE EXAMPLE THAT WE JUST LOOKED AT

14:55:09 5   EXAMPLES OF APPLICATIONS.  AND THIS IS RIGHT HERE

14:55:13 6   WE SEE THE ABILITY TO LAUNCH OTHER PROGRAMS FROM

14:55:18 7   THIS APPLICATION WINDOW.

14:55:19 8          FOR EXAMPLE, YOU CAN LAUNCH WORD, OR YOU

14:55:21 9   CAN LAUNCH THE MOVIE PLAYER OVER HERE.  YOU CAN

14:55:24 10  CHECK THE -- YOUR MODEM, AND THEN THERE'S ANOTHER

14:55:28 11  APPLICATION WINDOW DOWN HERE WHICH DESCRIBES HOW

14:55:31 12  MUCH MEMORY IS LEFT IN THE DISK, HOW MANY ITEMS ARE

14:55:35 13  IN THIS PARTICULAR FOLDER AS WELL AS HOW MUCH

14:55:38 14  MEMORY IS AVAILABLE STILL ON THE DISK.

14:55:40 15         AND YET AT THE BOTTOM WE ALSO THEN SEE

14:55:43 16  THE CONTROL WINDOW.  AND THIS IS ALSO REFERRED TO

14:55:45 17  AS THE FIRST WINDOW REGION IN THE CLAIMS.  AND HERE

14:55:49 18  WE SEE AGAIN THE ABILITY TO CHECK THE STATUS OF THE

14:55:52 19  BATTERY OR THE BRIGHTNESS IN THIS INSTANCE.  WE

14:55:56 20  ALSO SEE THE ABILITY TO LAUNCH DIFFERENT PROGRAMS

14:55:58 21  AS WELL.

14:56:02 22         SO ONE OF THE ISSUES WITH RESPECT TO THE

14:56:04 23  '002 PATENT IS JUST THE ITEMS THAT TYPICALLY APPEAR

14:56:08 24  IN A CONTROL WINDOW VERSUS ITEMS THAT APPEAR TO --

14:56:11 25  IN AN APPLICATION WINDOW.

                                                          66

14:56:13 1          A CONTROL WINDOW INCLUDES MODULES THAT

14:56:17 2     TYPICALLY PROVIDE THE STATUS AND CONTROL FUNCTIONS

14:56:19 3     SUCH AS NETWORK CONNECTION SUCH AS IS MY WI-FI

14:56:24 4     CONNECTED AND THE BATTERY MONITOR, LCD BRIGHTNESS,

14:56:28 5     POWER SETTING INDICATORS, AS WELL AS THE ABILITY TO

14:56:30 6     CONTROL THE VOLUME.

14:56:31 7          ITEMS THAT APPEAR IN AN APPLICATIONS

14:56:33 8     WINDOW ARE USUALLY APPLICATION PROGRAMS OR THEY'RE

14:56:37 9     ICONS THAT THEN LINK TO CONTROL PROGRAMS, LIKE THE

14:56:40 10    ABILITY TO LAUNCH INTERNET EXPLORER, FOR EXAMPLE.

14:56:43 11         SO THAT IS THE '002 PATENT, YOUR HONOR.

14:56:49 12         THE '891 PATENT IS A PATENT THAT IS FILED

14:56:53 13    IN 2008 AND ISSUED IN 2010.

14:56:55 14         AND THIS PATENT IS A METHOD FOR

14:56:59 15    DISPLAYING A STATUS WINDOW, FOR EXAMPLE, A VOLUME

14:57:05 16    OR BRIGHTNESS THAT AUTOMATICALLY CLOSES AFTER A

14:57:07 17    CERTAIN AMOUNT OF TIME EXPIRES.

14:57:11 18         AND THE STATUS WINDOW DOES NOT CLOSE IN

14:57:14 19    RESPONSE TO A USER WINDOW BUT JUST AUTOMATICALLY

14:57:18 20    EXPIRES AFTER A CERTAIN AMOUNT OF TIME.

14:57:20 21         FIGURE 16 FROM THE PATENT, AND I'M

14:57:22 22    LOOKING AT SLIDE 13 HERE, AND SHOWS THE EMBODIMENT

14:57:26 23    AND THIS IS A QUOTE, "IN MORE THAN ONE EMBODIMENT

14:57:29 24    OF THE INVENTION, A WINDOW IS CLOSED AUTOMATICALLY

14:57:31 25    AFTER A TIMER EXPIRES OR WHEN A CONDITION OR

                                                          67

14:57:34 1    CRITERION IS MET OR SYSTEM INPUT IS RECEIVED

14:57:38 2    WITHOUT USER INPUT."

14:57:40 3              AND IN THIS FIGURE WE SEE THE STATUS

14:57:42 4    WINDOW IS THE VOLUME CONTROL, AND WE SAW THAT IN

14:57:44 5    MR. BALAKRISHNAN'S TUTORIAL AS WELL.

14:57:47 6              AGAIN, THE STATE OF THE ART.  IN 2001

14:57:55 7    SEVERAL YEARS BEFORE THE '891 PATENT --

14:57:58 8              THE COURT:  YOU KNOW, I DON'T WANT A LOT

14:58:00 9    OF THIS PRIOR ART INVALIDITY STUFF.  THAT'S NOT

14:58:05 10   WHAT I WANT IN THE TUTORIAL SO.

14:58:07 11             MR. JOHNSON:  OKAY.  I CAN SKIP AHEAD.

14:58:09 12             THE COURT:  OKAY.

14:58:10 13             MR. JOHNSON:  YOU KNOW, WHAT ONE OF THE

14:58:12 14   ISSUES WITH RESPECT TO THE '891 PATENT IS THE

14:58:15 15   DISTINCTION BETWEEN A CURSOR AND A CARET.

14:58:17 16             A CURSOR, AS WE ALL ARE AWARE, IS

14:58:22 17   BASICALLY A FREE FLOATING POINTER AND THAT

14:58:24 18   DETERMINES A POSITION ON A DISPLAY.

14:58:26 19             A CARET ON THE OTHER HAND IS AN INDICATOR

14:58:29 20   OF A POSITION WITHIN A DOCUMENT.  IT'S WHAT TELLS

14:58:33 21   YOU AM I BETWEEN THE LETTERS P AND A, FOR EXAMPLE,

14:58:37 22   OR BETWEEN A AND N HERE?  I CAN KEEP TRACK OF HOW

14:58:40 23   TO EDIT PARTICULAR DOCUMENTS.

14:58:42 24             SO A CURSOR IS USED TO MOVE OR ALTER THE

14:58:46 25   SIZE OF A WINDOW AND SITS USUALLY ON TOP OF WINDOWS

68

14:58:50  1      AND USUALLY WE SEE THE CURSOR DOWN BELOW CHANGING

14:58:52  2      THE SIZE OF THIS PARTICULAR BOX.

14:58:56  3              AND YET THE CARET, WHICH APPEARS AFTER

14:58:58  4      THE LETTER BEING -- AFTER THE WORD "BROWN" HERE

14:59:02  5      MAINTAINS ITS RELATIVE POSITION WITHIN THE DOCUMENT

14:59:04  6      AND RESIDES WITHIN THAT DOCUMENT.

14:59:06  7              SO JUST TO RUN THAT AGAIN, WE SEE A

14:59:11  8      CURSOR ON THE LEFT.  IT COULD BE USED TO EXPAND

14:59:16  9      BOXES, EXPAND WINDOWS.  AND EACH TIME THE CURSOR

14:59:20 10      MOVES OVER ON TOP OF THE WINDOW BUT YET THE CARET

14:59:24 11      REMAINS IN THE SAME RELATIVE POSITION WITHIN THE

14:59:27 12      WINDOW.

14:59:30 13              SO, AGAIN, SOME OF THE DISTINCTIONS AND

14:59:32 14      THE FUNCTIONS BETWEEN THE CURSOR AND A CARET ARE

14:59:36 15      THE CURSOR HAS THE ABILITY TO MOVE BETWEEN WINDOWS

14:59:40 16      WHEREAS A CARET DOESN'T.  IT STAYS WITHIN THE

14:59:43 17      SINGLE WINDOW THAT IT'S WORKING ON.

14:59:44 18              THE CURSOR CAN MOVE FREELY ON THE SCREEN,

14:59:48 19      ALL OVER THE SCREEN, AND THE CARET CANNOT.

14:59:50 20              THE CURSOR CAN BE USED TO CLICK ON

14:59:53 21      DIFFERENT TYPES OF ICONS AND THE CARET CANNOT.

14:59:56 22              AND A CURSOR DOES NOT, HOWEVER, HAVE THE

15:00:01 23      ABILITY TO IDENTIFY A POSITION WITHIN A DOCUMENT.

15:00:03 24      THAT'S WHAT A CARET DOES.

15:00:09 25              THE COURT:  WHY IS THAT?  WHY IS THAT?

15:00:13 1   CAN YOU PLEASE GO TO THAT?

15:00:16 2           MR. JOHNSON:  JUST TO GO BACK.  SO GOING

15:00:18 3   BACK TO THE EXAMPLE OF THE QUICK BROWN FOX.

15:00:24 4           THE CARET IS WHAT IDENTIFIES THE POSITION

15:00:28 5   WITHIN THE PARTICULAR DOCUMENT AFTER THE WORD

15:00:29 6   "BROWN."  A CURSOR DOES NOT REALLY TELL YOU WHERE

15:00:31 7   YOU'RE EDITING WITHIN A DOCUMENT.  IT CAN BE USED

15:00:33 8   TO PLACE A CARET, FOR EXAMPLE.

15:00:36 9           THE COURT:  YEAH.

15:00:37 10          MR. JOHNSON:  RIGHT.  BUT IT HAS MUCH

15:00:39 11  WIDER ABILITIES TO MOVE OUTSIDE OF THE WINDOWS,

15:00:42 12  OUTSIDE OF THE DOCUMENTS.  AND SO IT DOESN'T

15:00:45 13  IDENTIFY THE ACTUAL POSITION WITHIN -- SORRY --

15:00:52 14  WITHIN THE DOCUMENT.

15:00:53 15          I CAN HAVE MY CURSOR IN THE UPPER

15:00:56 16  LEFT-HAND CORNER OF A WINDOW AND THE CARET IS STILL

15:00:58 17  ON THE WORD "BROWN" AND WHEN I START EDITING, MY

15:01:02 18  EDITS GO IN WHERE THE CARET IS, NOT WHERE THE

15:01:05 19  CURSOR IS.

15:01:05 20          SO THE CARET TELLS YOU WHERE YOUR EDITS

15:01:08 21  ARE GOING TO GO, IDENTIFIES THE POSITIONS WITHIN

15:01:10 22  THE DOCUMENT, AND THE CURSOR DOES NOT TELL YOU

15:01:13 23  WHERE YOU ARE WITHIN THE DOCUMENT.

15:01:14 24          AND I MAKE THAT MISTAKE ALL OF THE TIME

15:01:18 25  ACTUALLY WHEN I MAKE AN EDIT.  WHEN I SEE THE

70

15:01:19 1    CURSOR, AND I THINK I'M GOING TO START EDITING

15:01:22 2    WHERE THE CURSOR IS, YET I FIND THAT MY EDITS ARE

15:01:25 3    GOING SOMEPLACE ELSE.

15:01:27 4             SO A CURSOR DOES NOT IDENTIFY A POSITION

15:01:30 5    WITHIN THE DOCUMENT.  THAT'S WHAT THE CARET DOES.

15:01:36 6             AND WE SEE THAT THERE ARE SOME

15:01:38 7    DISTINCTIONS WITH THE INPUT DEVICES FOR CURSOR

15:01:41 8    VERSUS CARET.

15:01:42 9             THE KEYBOARD HERE, THE TRACK PAD, THE

15:01:46 10   MOUSE, AND THE TRACK BALL CAN ALL BE USED IN ONE

15:01:48 11   WAY OR ANOTHER TO BASICALLY MOVE THE CARET AROUND

15:01:51 12   THE DOCUMENT.

15:01:52 13            WHEREAS WITH RESPECT TO A CURSOR, THE

15:01:56 14   KEYBOARD IS NOT USED TO CONTROL THE LOCATION OF A

15:02:00 15   CURSOR.  THE TRACK BALL CAN BE USED -- SORRY -- THE

15:02:04 16   MOUSE CAN BE USED, AND THE TRACK PAD CAN BE USED TO

15:02:07 17   MOVE THE CURSOR AROUND, BUT THE KEYBOARD DOES NOT

15:02:10 18   MOVE THE CURSOR AROUND.  SO THAT'S THE '891 PATENT.

15:02:17 19            THE '381 PATENT WAS FILED IN DECEMBER OF

15:02:20 20   2007, ISSUED IN 2008.  IT DESCRIBES, YOU KNOW, AND

15:02:29 21   INDICATES TO THE USER WHEN THE EDGE OF AN

15:02:33 22   ELECTRONIC DOCUMENT HAS BEEN REACHED; WHEN A READER

15:02:35 23   GETS TO THE ELECTRONIC DOCUMENT BEYOND THE EDGE, AN

15:02:39 24   AREA BEYOND THE EDGE OF THE ELECTRONIC DOCUMENT IS

15:02:42 25   DISPLAYED; AND THEN WHEN THE USER REMOVES HIS OR

71

15:02:45 1    HER FINGER FROM THE DISPLAY, THE DOCUMENT SNAPS

15:02:47 2    BACK TO LINE UP TO THE EDGE OF THE SCREEN.

15:02:49 3            THE SPECIFICATION PROVIDES EXAMPLES OF

15:02:53 4    ELECTRONIC DOCUMENTS.  AND THIS IS FROM COLUMN 27,

15:02:57 5    LINE 7 TO 13 WE SEE EXAMPLES HERE OF A WORD

15:03:03 6    PROCESSING DOCUMENT AND A SPREADSHEET AND IN YELLOW

15:03:06 7    WE SEE THE AREAS BEYOND THE EDGE.  THE ELECTRONIC

15:03:10 8    DOCUMENT HAS THE GREEN HASH MARKS AROUND IT.

15:03:15 9            FURTHER EXAMPLES OF ELECTRONIC DOCUMENTS

15:03:17 10   INCLUDE A WEB PAGE, AGAIN WITH THE GREEN HASH MARKS

15:03:21 11   AND THE AREAS BEYOND THE EDGE IS MARKED IN YELLOW

15:03:24 12   HERE.

15:03:25 13           YOU CAN ALSO HAVE A DIGITAL IMAGE, A

15:03:25 14   PHOTOGRAPH OF THE GORILLA WHICH HAS YELLOW AREAS

15:03:32 15   BEHOND THE EDGE OF THE DOCUMENT AS WELL.

15:03:33 16           AND WEB PAGES CAN HAVE DIGITAL IMAGES

15:03:36 17   IMBEDDED WITHIN THEMSELVES, AND IF YOU THINK OF THE

15:03:39 18   "NEW YORK TIMES" ARTICLE THAT WE SAW IN THE

15:03:41 19   TUTORIAL THAT APPLE DID, LIKE THIS "TIME" ARTICLE,

15:03:45 20   THERE ARE SEVERAL ELECTRONIC DOCUMENTS ON THIS

15:03:48 21   PAGE.

15:03:48 22           YOU CAN HAVE THE ELECTRONIC DOCUMENT BE

15:03:50 23   THE ENTIRE WEB PAGE, YOU CAN ALSO HAVE THE

15:03:54 24   ELECTRONIC DOCUMENT BE, FOR EXAMPLE, THE IMAGE OF

15:03:57 25   WHAT APPEARS HERE WITH THE GREEN HASH MARKS.

72

15:04:00   1          AND THEY'RE GROUPINGS, FOR EXAMPLE.  THIS

15:04:04   2   CAN BE AN ELECTRONIC DOCUMENT OVER ON THE LEFT-HAND

15:04:07   3   SIDE AND THE EDITORS PICKED SEGMENTS.

15:04:10   4          AND SO ONE OF THE ISSUES THAT WE'LL TALK

15:04:12   5   ABOUT ON FRIDAY IS OBVIOUSLY WHAT DOES AN AREA

15:04:15   6   BEYOND THE EDGE MEAN.

15:04:19   7          WITH THAT, YOUR HONOR, I'LL TURN IT OVER

15:04:21   8   TO MR. VERHOEVEN TO DISCUSS THE '915 PATENT.

15:04:26   9          THE COURT:  LET ME ASK EITHER SIDE.  I

15:04:27  10   HAD SOME QUESTIONS THAT GO TO CLAIM CONSTRUCTION.

15:04:32  11   WOULD YOU LIKE TO GET INTO THAT DISCUSSION TODAY OR

15:04:35  12   JUST SAVE IT FOR FRIDAY?  WHAT IS YOUR PREFERENCE?

15:04:37  13          MR. JOHNSON:  WELL, IF YOUR HONOR HAS ANY

15:04:39  14   QUESTIONS ABOUT IT, I THINK WE WOULD BE WILLING TO

15:04:41  15   HEAR WHAT THE QUESTIONS ARE AND AS OPPOSED TO

15:04:44  16   ARGUING THEM AND ARGUING THE MERITS OF THEM.  IT

15:04:48  17   MAY INFORM OUR PRESENTATION FOR PURPOSES OF FRIDAY.

15:04:50  18          THE COURT:  OKAY.  ALL RIGHT.  IT JUST

15:04:52  19   WOULD -- SOME OF THE ANSWERS WOULD HELP ME IN

15:04:54  20   PREPARING FOR FRIDAY, AND THAT'S THE ONLY REASON I

15:04:58  21   WANTED TO SEE IF YOU WANTED TO TALK ABOUT THEM

15:05:01  22   TODAY.

15:05:01  23          BUT IF YOU WANT TO WAIT UNTIL FRIDAY,

15:05:05  24   THAT'S FINE.  I WILL LET YOU KNOW WHAT MY QUESTIONS

15:05:08  25   ARE.

73

15:05:08  1          WHY DON'T WE GO THROUGH THE TUTORIAL

15:05:12  2     PRESENTATION, AND THEN I'LL LET YOU KNOW WHAT MY

15:05:14  3     QUESTIONS ARE.

15:05:14  4               MR. JOHNSON:  OKAY.  THANK YOU, YOUR

15:05:15  5     HONOR.

15:05:16  6               MR. VERHOEVEN:  GOOD AFTERNOON, YOUR

15:05:17  7     HONOR.  SOME OF WHAT I'M GOING TO DO IS GOING TO BE

15:05:22  8     REPETITIVE TO WHAT DR. BALAKRISHNAN PRESENTED, AND

15:05:26  9     SO I'LL MOVE RELATIVELY QUICKLY.

15:05:29 10          STARTING WITH THE '915 PATENT, YOUR

15:05:31 11     HONOR, THIS PATENT CONCERNS SCROLLING AND GESTURE

15:05:34 12     OPERATIONS AND THE -- WHAT IS GOING TO BE AT ISSUE

15:05:37 13     ON FRIDAY WILL BE THE MEANING OF ONE OF THE

15:05:41 14     SCROLLING PHASES.

15:05:42 15          SO FOR TODAY ALL I WANT TO TALK ABOUT IS

15:05:45 16     THE PATENT DISTINGUISHES BETWEEN SPECIFIC SCROLL

15:05:48 17     OPERATIONS AND GESTURE OPERATIONS.

15:05:51 18          SO THE PATENT USES THE WORD "SCROLL"

15:05:55 19     DIFFERENTLY THAN "GESTURE" IN THE SPECIFICATION.

15:05:57 20          THE TERM FOR FRIDAY IS "SCROLLING A

15:05:59 21     WINDOW HAVING A VIEW."

15:06:04 22          GOING INTO THIS, ON THE LEFT HERE IS AN

15:06:08 23     EXAMPLE OF SCROLL OPERATIONS AS DESCRIBED IN THE

15:06:10 24     PATENT; AND ON THE RIGHT IS GESTURE OPERATIONS.

15:06:15 25     AND I'LL JUST PLAY THIS AND THEN LET YOU READ THE

                                                            74

15:06:18  1    BULLETS.

15:06:19  2              SO AS DESCRIBED IN THE PATENT, THE SCROLL

15:06:22  3    OPERATIONS ARE OPERATIONS WHERE YOU USE ONE FINGER

15:06:27  4    INSTEAD OF MULTIPLE FINGERS AND A SINGLE TOUCH

15:06:31  5    WHEREAS GESTURE OPERATIONS ARE WHERE YOU'RE USING

15:06:35  6    MULTI TOUCH, YOU'RE USING TWO FINGERS AND/OR YOU

15:06:40  7    CAN USE MORE THAN TWO FINGERS, AND THAT'S THE WAY

15:06:42  8    THAT THE -- SO WHEN THE PATENT IS TALKING ABOUT

15:06:45  9    GESTURE, THAT'S WHAT THE PATENT IS TALKING ABOUT;

15:06:47 10    WHEN THE PATENT IS TALKING ABOUT SCROLL, THAT'S

15:06:49 11    WHAT THE PATENT IS TALKING ABOUT.

15:06:50 12              I'LL PLAY THIS ONE MORE TIME SO WE CAN

15:06:53 13    WATCH IT AGAIN.

15:06:53 14              SO ON THE LEFT IT'S ONE FINGER AND THAT'S

15:06:57 15    WHAT THE PATENT IS CALLED IS SCROLLING; AND ON THE

15:07:02 16    RIGHT IT'S CALLED MULTI TOUCH, TWO FINGERS, YOU CAN

15:07:07 17    PINCH AND EXPAND IT AND YOU CAN PINCH IT.

15:07:14 18              OKAY.  WE JUST COVERED THAT, YOUR HONOR.

15:07:19 19    SO ON SLIDE 29 SOME OF THE TERMS IN THE PATENT

15:07:25 20    SCROLLING A VIEW AND SCROLLING A WINDOW HAVING A

15:07:28 21    VIEW I THINK GET A LITTLE CONFUSING.  SO I'M JUST

15:07:31 22    GOING TO SHOW WHAT WE THINK THAT MEANS WITH AN

15:07:33 23    ILLUSTRATION.

15:07:34 24              BUT BEFORE I GET TO THAT, ON GESTURE

15:07:39 25    OPERATIONS, JUST FOR COMPLETENESS, THE THINGS YOU

                                                          75

15:07:41 1    CAN DO WITH THE GESTURE ARE YOU CAN EXPAND, YOU CAN

15:07:44 2    ZOOM.  WE JUST SAW THOSE TWO IN THE ILLUSTRATION.

15:07:47 3          AND ANOTHER THING YOU CAN DO IS I DIDN'T

15:07:50 4    ILLUSTRATE IS THAT YOU CAN ROTATE AS YOUR HONOR

15:07:52 5    PROBABLY KNOWS BY MOVING YOUR HANDS THAT WAY AND

15:07:54 6    THAT WOULD BE ANOTHER GESTURE OPERATION THAT YOU

15:07:56 7    CAN DO.

15:07:56 8          AND THE SCROLLING OPERATIONS, THE PATENT

15:07:59 9    TALKS ABOUT SCROLLING A VIEW, SCROLLING A WINDOW

15:08:01 10   HAVING A VIEW.  AND LET ME SHOW YOU WHAT WE THINK

15:08:03 11   THAT PATENT IS DESCRIBING HERE.

15:08:05 12         SO A VIEW AS DESCRIBED IN THE

15:08:09 13   SPECIFICATION, YOUR HONOR, IS THAT THE PATENT SAYS

15:08:10 14   THAT IT CAN BE, IT'S BASICALLY THE BACKGROUND OF A

15:08:13 15   WINDOW.

15:08:14 16         SO THE PATENT GIVES THREE, THREE EXAMPLES

15:08:16 17   OF WHAT THAT CAN BE.  IT SAYS IT CAN BE AN IMAGE,

15:08:22 18   IT CAN BE A WEB PAGE, IT CAN BE TEXT.

15:08:26 19         SO I'M USING THIS PICTURE AS IMAGE AS AN

15:08:29 20   EXAMPLE OF A VIEW.

15:08:30 21         AND THEN THE PATENT TALKS ABOUT THE VIEW

15:08:32 22   IN RELATION TO A WINDOW.  AND SO WE'RE JUST USING A

15:08:37 23   FRAME HERE AS ILLUSTRATIVE.

15:08:40 24         SO A WINDOW HAVING A VIEW WOULD BE THIS

15:08:43 25   FRAME WOULD BE THE WINDOW AND THE IMAGE BEHIND IT

76

15:08:46 1    WOULD BE THE VIEW.

15:08:47 2          AND THEN SCROLLING A WINDOW HAVING A VIEW

15:08:55 3    AS USED IN THE PATENT, AND I'LL DO THAT ONE MORE

15:08:57 4    TIME, IS YOU'RE MOVING THE WINDOW OVER A STATIC

15:09:04 5    IMAGE.  AND THEN SCROLLING THE VIEW, WE'LL PLAY

15:09:12 6    THIS, IS THE WINDOW STAYS THE SAME AND THE

15:09:17 7    BACKGROUND IMAGE IS MOVING.

15:09:18 8          SO THAT'S PRETTY SIMPLE, AND THAT'S ALL I

15:09:21 9    HAVE TO SAY ON THE TUTORIAL FOR THAT.

15:09:23 10         LET'S MOVE ON TO THE '607, WHICH IS A

15:09:26 11   TRANSPARENT HARDWARE TOUCHSCREEN PATENT, YOUR

15:09:29 12   HONOR.

15:09:31 13         DR. BALAKRISHNAN SPENT A LOT OF TIME

15:09:34 14   TALKING ABOUT THE CONCEPT OF MUTUAL CAPACITANCE AND

15:09:39 15   ALL OF THAT, AND I DON'T WANT TO TAKE THE TIME TO

15:09:41 16   REPEAT IT.  SO I'LL GO THROUGH IT BRIEFLY.

15:09:44 17         THE PATENT TALKS ABOUT A SPECIFIC TYPE OF

15:09:47 18   TECHNOLOGY FOR MULTIPOINT TOUCHSCREENS AND THE

15:09:54 19   SPECIFIC TYPE USES TWO LAYERS OF PARALLEL

15:09:59 20   TRANSPARENT CONDUCTIVE LINES THAT ARE

15:10:01 21   PERPENDICULAR; AND THIS ARRANGEMENT CREATES AN X-Y

15:10:07 22   GRID OF TRACES, T-R-A-C-E-S, WHERE THE HORIZONTAL

15:10:10 23   LAYER AND THE VERTICAL LAYER ARE SPACIALLY

15:10:14 24   SEPARATED FROM ONE ANOTHER; AND THIS CREATES WHAT

15:10:16 25   IS CALLED MUTUAL CAPACITANCE.

77

15:10:18  1           AND THE CAPACITIVE MONITORING CIRCUITRY

15:10:22  2   ENABLES THE DETECTION OF MULTIPLE TOUCHES AT THE

15:10:25  3   SAME TIME.

15:10:29  4           TOUCHSCREENS, AS DR. BALAKRISHNAN WENT

15:10:32  5   THROUGH, HAVE BEEN AROUND FOR A LONG TIME.  MUTUAL

15:10:34  6   CAPACITANCE WAS AROUND BEFORE THE PATENTS.  I'M NOT

15:10:37  7   GOING TO GO INTO THE PRIOR ARGUMENTS.  I DON'T

15:10:40  8   THINK THAT'S DISPUTED.

15:10:43  9           SO REALLY BRIEFLY, THIS IS FIGURE 2, YOU

15:10:46 10   CAN DO MULTIPLE TOUCHES AS SHOWING THE CROSS-HATCH

15:10:49 11   OF THE CONDUCTIVE LINES.

15:10:52 12           THIS IS SIMILAR TO WHAT DR. BALAKRISHNAN

15:10:55 13   DISPLAYED, IT'S A STACK FOR HOW A MUTUAL

15:10:59 14   CAPACITANCE TOUCHSCREEN WORKS.  AND SO YOU HAVE A

15:11:03 15   DISPLAY AT THE BOTTOM; AND THEN YOU HAVE THREE

15:11:05 16   TRANSPARENT LAYERS, AND THOSE ARE THE BLUE LAYERS

15:11:09 17   THERE; AND THEN YOU'VE GOT ROWS OF CONDUCTIVE LINES

15:11:12 18   AND COLUMNS OF CONDUCTIVE LINES AND THEY'RE

15:11:17 19   CROSS-HATCHED.

15:11:18 20           AND I'M NOT SURE IF DR. BALAKRISHNAN GOT

15:11:21 21   INTO THIS, BUT ONE SET OF THE LINES IS GOING TO BE

15:11:25 22   CALLED DRIVE LINES.

15:11:26 23           AND THE ELECTRONIC CIRCUITRY DRIVES POWER

15:11:29 24   THROUGH THOSE LINES, AND THEN THE SECOND SET OF

15:11:34 25   LINES IS WHAT IS CALLED SENSE LINES.  AND THEY HAVE

78

15:11:39 1     CIRCUITRY COMING OUT AND IT GOES BACK INTO A CHIP

15:11:43 2     AND THAT MEASURES AND SENSES CHANGES IN CAPACITY.

15:11:49 3              SO I DON'T THINK THAT -- CERTAINLY NOT

15:11:52 4     FOR FRIDAY DO WE NEED TO GO INTO ALL OF THAT

15:11:54 5     BECAUSE THE ONLY CLAIM CONSTRUCTION TERM FOR FRIDAY

15:11:56 6     IS WHETHER THESE TRANSPARENT LAYERS HAVE TO BE

15:11:59 7     GLASS OR HAVE TO BE PLASTIC.  SO THE ELECTRONIC

15:12:02 8     CIRCUITRY IS NOT GOING TO BE CRITICAL FOR FRIDAY.

15:12:05 9              THIS IS A STACK FROM FIGURE 10 AND YOU

15:12:08 10    HAVE GOT YOUR DRIVE LINES AND YOUR SENSE LINES AND

15:12:11 11    YOU HAVE YOUR THREE TRANSPARENT LAYERS.

15:12:17 12             AND THIS IS -- BY WAY OF BACKGROUND, IF

15:12:21 13    YOU'RE TRYING TO DEVELOP A MUTUAL CAPACITANCE

15:12:25 14    TOUCHSCREEN, YOUR HONOR, YOU CAN HAVE CHOICES FOR

15:12:27 15    YOUR TRANSPARENT LAYERS:  YOU CAN USE GLASS, THAT'S

15:12:30 16    ONE CHOICE; YOU CAN USE PLASTIC.  A LOT OF PEOPLE

15:12:34 17    LIKE TO USE P-E-T, THAT'S POLYETHYLENE

15:12:39 18    TEREPHTHALATE, WHICH IS THE SAME MATERIAL THAT IS

15:12:41 19    IN THE OLD TWO LITER COKE BOTTLES.

15:12:47 20             ON THE CONDUCTIVE LINES YOU HAVE A WHOLE

15:12:49 21    VARIETY OF CHOICES OF CONDUCTIVE MATERIALS.  YOU

15:12:51 22    CAN USE COPPER, SILVER, INDIUM TIN OXIDE.

15:12:56 23             AND THEN IN ADHESIVES, YOU'D PROBABLY USE

15:13:00 24    GLUE OR SOME SORT OF CLEAR ADHESIVE.

15:13:02 25             THIS IS JUST GOING OVER SOME OF THE

                                                              79

15:13:06 1    BENEFITS OF THE DIFFERENT MATERIALS THAT YOU CAN

15:13:08 2    CHOOSE.  GLASS HAS CHEMICAL RESISTANCE AND IT'S

15:13:13 3    SCRATCH RESISTANCE AND DIELECTRIC PROPERTIES.

15:13:16 4         PLASTIC IS LIGHTER AND IF YOU DROP YOUR

15:13:20 5    PHONE IT'S NOT GOING TO SHATTER AND IT'S EASIER TO

15:13:23 6    WORK WITH.

15:13:23 7         AND THAT'S ALL I HAVE FOR THAT PATENT

15:13:26 8    UNLESS YOUR HONOR HAS ANY QUESTIONS.

15:13:28 9         MOVE ONTO THE '828 PATENT, WHICH IS THE

15:13:31 10   ELLIPSE FITTING PATENT, YOUR HONOR.

15:13:41 11        THIS PATENT CONCERNS WHEN YOU'RE

15:13:43 12   INPUTTING DATA POINTS, CONTACT POINTS FROM A

15:13:47 13   TOUCH-SENSITIVE SURFACE ARE SEGMENTED INTO

15:13:49 14   DISTINCTIVE TOUCHES; A MATHEMATICAL MODEL OF AN

15:13:53 15   ELLIPSE IS FITTED TO EACH SIGNIFICANT TOUCH; THE

15:13:56 16   PARAMETERS DESCRIBING THIS ELLIPSE ARE LATER USED

15:13:59 17   FOR GESTURE RECOGNITION.

15:14:00 18        AND YOU REMEMBER DR. BALAKRISHNAN'S SLIDE

15:14:02 19   SHOWED THE HAND AND HOW THE LITTLE OVAL LIKE

15:14:06 20   CIRCLES, THAT'S TYPICALLY LIKE WHAT PATTERN GETS

15:14:09 21   FORMED WHEN YOU TOUCH A TOUCHSCREEN, AND THE PATENT

15:14:11 22   IS REFERRING TO THAT TO FITTING THAT TOUCH,

15:14:14 23   FIGURING OUT THE BOUNDARY OF THAT TOUCH AS THE

15:14:18 24   ELLIPSE FITTING.

15:14:19 25        THIS IS JUST TALKING ABOUT, AS

80

15:14:26   1       DR. BALAKRISHNAN SAID BEFORE, THIS PATENT THERE ARE

15:14:29   2   MANY OTHER PATENTS THAT TALK ABOUT ELLIPSE FITTING.

15:14:31   3            SO LET'S GO INTO '828 AND ELLIPSE

15:14:34   4   FITTING.

15:14:34   5            YOU START WITH AN ELECTRODE SCANNING

15:14:37   6   HARDWARE WE HAVE HERE; AND THEN YOU HAVE THE STEP

15:14:40   7   OF CALIBRATION AND PROXIMITY IMAGE FORMATION.

15:14:44   8            AND THIS GOES INTO THE DESCRIPTION OF HOW

15:14:46   9   YOU CALCULATE THE ELLIPSE PARAMETERS OR WHAT THE

15:14:50  10   SHAPE OF THE ELLIPSE IS AND THE PATENT DESCRIBES

15:14:56  11   THE CALCULATION OF 5 MATHEMATICAL PARAMETERS AND

15:15:00  12   THE X AND Y COORDINATE OF THE CENTROID, WHICH

15:15:06  13   DR. BALAKRISHNAN WENT INTO.  AND THAT'S TWO OF THE

15:15:06  14   PARAMETERS.

15:15:09  15            AND THEN THE LENGTH OF THE MAJOR AXIS,

15:15:11  16   AND THAT'S THIS LINE GOING FROM LOWER LEFT TO UPPER

15:15:14  17   RIGHT ON SLIDE 47; THE LENGTH OF THE MINOR AXIS,

15:15:22  18   AND THAT'S GOING FROM UPPER LEFT TO LOWER RIGHT ON

15:15:24  19   THIS SLIDE IN BLUE; AND THEN THE FINAL PARAMETER

15:15:27  20   THE PATENT TALKS ABOUT IS THE ORIENTATION.

15:15:30  21            SO YOU FIGURE OUT WHERE THE CENTER IS;

15:15:33  22   YOU FIGURE OUT WHERE THE MAJOR AXIS OF THE ELLIPSE;

15:15:36  23   YOU FIGURE OUT THE MINOR AXIS OF THE ELLIPSE, AND

15:15:38  24   THEN YOU FIGURE OUT HOW IS THIS THING ORIENTED.

15:15:41  25            AND AT A HIGH LEVEL, THAT'S WHAT THE

81

15:15:43 1    PATENT TALKS ABOUT.

15:15:47 2              NOW, THERE'S A LOT OF COMPLEX LINEAR

15:15:51 3    ALGEBRA IN HERE, YOUR HONOR, BUT I DON'T THINK

15:15:53 4    THAT'S NECESSARY FOR US TO LEARN LINEAR ALGEBRA FOR

15:15:57 5    US TO LEARN THIS PATENT.  AND IF IT IS, THEN I'M

15:16:00 6    NOT GOING TO BE ABLE TO EXPLAIN IT TO YOU.

15:16:02 7              BUT I JUST WANT TO SHOW WHERE SORT OF

15:16:04 8    LINING UP WITH THOSE FIVE STEPS WHERE WE BELIEVE IT

15:16:10 9    FITS IN WITH THE PATENT AND I THINK WE'RE ALL IN

15:16:13 10   AGREEMENT WITH WHAT DR. BALAKRISHNAN SHOWED FOR

15:16:16 11   WHERE THESE STEPS ARE.

15:16:18 12             THESE FIRST NUMBERED 12, 13, AND 14

15:16:23 13   EQUATIONS, AND THIS IS FROM COLUMN 25, LINE 61 TO

15:16:28 14   COLUMN 26:10, YOUR HONOR.

15:16:31 15             THOSE CORRESPOND TO CALCULATING THE X

15:16:34 16   COORDINATE AND THE Y COORDINATE OF THE CENTROID.

15:16:41 17             THEN WE GO TO 15 THROUGH 19.  YOU NEED

15:16:45 18   15, 16, 17, AND 18 TO GET TO 19.

15:16:48 19             THIS IS PART OF THE ELLIPSE FITTING

15:16:51 20   PROCEDURE THAT REQUIRES THIS UNITARY TRANSFORMATION

15:16:53 21   OF THE GROUP COVARIANCE MATRIX WHICH IS GOING TO BE

15:16:58 22   AT ISSUE ON FRIDAY.

15:16:59 23             IF YOU LOOK -- SO YOU HAVE TO DO 15

15:17:02 24   THROUGH 18 STEPS BUT THEN WHEN YOU GET TO 19 IT

15:17:05 25   SAYS G MAJOR THERE.  THAT CORRESPONDS TO THE

82

15:17:08  1    CALCULATION, THE FORMULA FOR THE CALCULATION OF THE

15:17:14  2    MAJOR AXIS RIGHT HERE.  SO GOING BACK.

15:17:16  3            SO YOU NEED TO DO ALL OF THESE, BUT THEN

15:17:18  4    WHEN YOU GET TO 19 YOU GET YOUR G MAJOR AND THAT

15:17:21  5    CORRESPONDS TO THE MAJOR AXIS.

15:17:23  6            AND THEN THE NEXT STEP 20, G MINOR, THAT

15:17:28  7    CORRESPONDS TO THE CALCULATION OF THE MINOR AXIS.

15:17:31  8            AND THE LAST STEP EQUATION 21 IS WHERE

15:17:37  9    YOU'RE CALCULATING THE ORIENTATION.

15:17:48 10            NOW, I SHOULD PROBABLY MENTION THAT

15:17:50 11    ANOTHER CALCULATION THAT IS DONE IN HERE WHEN

15:17:52 12    YOU'RE DOING THAT I BELIEVE IT'S GOING BACK TO

15:17:58 13    SLIDE 48, I BELIEVE IT'S IN THIS GREEN BOX HERE,

15:18:03 14    YOU'RE ALSO CALCULATING ECCENTRICITY, WHICH IS

15:18:09 15    ANOTHER PARAMETER THAT I DIDN'T PUT UP, THAT'S THE

15:18:14 16    RELATIONSHIP BETWEEN THE MAJOR AND MINOR AXES OF

15:18:19 17    THE ELLIPSE AND IT MEASURES HOW MUCH THE ELLIPSE

15:18:24 18    VARIES FROM A CIRCLE.

15:18:26 19            SO I NEGLECTED TO PUT THAT ON THE SLIDES,

15:18:29 20    BUT THAT'S ALSO DONE IN THE SPECIFICATION HERE.

15:18:33 21    IT'S PART OF WHAT THAT -- WHAT DR. BALAKRISHNAN

15:18:37 22    SAYS THAT THAT EMBODIMENT REQUIRES.

15:18:40 23            WE HAVE A DISPUTE AS TO THE PARAGRAPH,

15:18:43 24    BUT I'M NOT GOING TO SPEND A LOT OF TIME ARGUING

15:18:46 25    IT, YOUR HONOR, THAT DR. BALAKRISHNAN CALLS THE

83

15:18:48 1    SECOND EMBODIMENT.  WE'LL TALK ABOUT THAT ON

15:18:51 2    FRIDAY.  WE DON'T BELIEVE THAT'S A PROPER

15:18:53 3    CHARACTERIZATION.

15:18:54 4         I WILL DESCRIBE WHAT IT'S DOING THOUGH,

15:18:56 5    IF I MAY, YOUR HONOR, IN THAT PARAGRAPH FROM A

15:18:59 6    TECHNICAL STANDPOINT.

15:19:00 7         WHAT THAT IS DOING IS -- LET'S LOOK AT

15:19:06 8    THIS FIRST.  IT'S TALKING ABOUT "ON LOW RESOLUTION

15:19:10 9    ELECTRODE ARRAYS, THE TOTAL GROUP PROXIMITY GZ IS A

15:19:16 10   MORE RELIABLE INDICATOR OF THE CONTACT SIZE AS WELL

15:19:18 11   AS FINGER PRESSURE THAN THE FITTED ELLIPSE

15:19:20 12   PARAMETERS.  THEREFORE, IF PROXIMITY IMAGES HAVE

15:19:24 13   LOW RESOLUTION, THE ORIENTATION AND ECCENTRICITY OF

15:19:29 14   SMALL CONTACTS ARE SET TO DEFAULT VALUES RATHER

15:19:31 15   THAN THEIR MEASURED VALUES."

15:19:35 16        SO WE INTERPRET THAT AS SAYING, I DON'T

15:19:37 17   WANT TO GET INTO TOO MUCH ARGUMENT, IF IT'S LOW

15:19:40 18   RESOLUTION AND YOU CAN'T FIGURE IT OUT, THEN WE'RE

15:19:42 19   NOT GOING TO DO THESE CALCULATIONS AND WE'RE JUST

15:19:45 20   GOING TO GO TO DEFAULT.

15:19:50 21        FOR EXAMPLE, THERE'S TWO -- WELL, I DON'T

15:19:52 22   KNOW IF YOU HAVE -- I CAN'T ELECTRONICALLY DISPLAY

15:19:55 23   DR. BALAKRISHNAN'S SLIDE, BUT HIS SLIDE T94, WHICH

15:19:59 24   WAS THIS ONE, YOUR HONOR.

15:20:01 25        THE COURT:  I DON'T THINK WE HAVE A COPY

84

15:20:03  1    OF THE APPLE PRESENTATION.

15:20:14  2              MR. MCELHINNY:  SORRY, YOUR HONOR, THAT

15:20:16  3    IS MY ERROR.

15:20:16  4              THE CLERK:  AND, COUNSEL, IF BOTH SIDES

15:20:19  5    HAVE A COPY FOR THE COURT REPORTER AS WELL.

15:20:23  6              MR. VERHOEVEN:  ABSOLUTELY.

15:20:48  7              THE COURT:  WHAT WAS THE PAGE NUMBER?

15:20:50  8              MR. VERHOEVEN:  T94.

15:20:51  9              THE COURT:  OKAY.

15:20:52  10             MR. VERHOEVEN:  I BELIEVE, IF I DIDN'T

15:20:54  11   MISHEAR HIM, I THOUGHT I HEARD DR. BALAKRISHNAN SAY

15:20:55  12   THAT THIS CALCULATION NUMBER 12 IS THE ONLY THING

15:20:58  13   THAT WAS DONE WITH I THINK I SHOWED THE SAME TEXT

15:21:01  14   HERE.

15:21:02  15             SO THAT MEANS THAT YOU'RE NOT DOING ANY

15:21:04  16   OF THE STEPS, YOU'RE NOT CALCULATING THE X

15:21:06  17   COORDINATE OR THE Y COORDINATE WHICH ARE THE

15:21:09  18   OTHER -- WHICH ARE 13 AND 14 BELOW THAT OR ANY OF

15:21:12  19   THE OTHER STEPS.  AND WE CAN GET INTO ARGUMENT ON

15:21:16  20   FRIDAY BUT JUST AS A TECHNICAL MATTER, I THINK

15:21:18  21   WE'RE IN AGREEMENT THERE.

15:21:20  22             AND I REFER TO THE ORIENTATION AND

15:21:23  23   ECCENTRICITY, THOSE ARE SET TO ZERO.

15:21:27  24             SO WE'RE NOT DETERMINING, WE'RE NOT

15:21:33  25   TRYING TO MEASURE HOW MUCH IT VARIES FROM THE

85

15:21:36  1    CIRCLE AND WE'RE NOT TRYING TO FIND OUT THE

15:21:39  2    ORIENTATION OF THAT ELLIPSE.

15:21:40  3            UNLESS YOUR HONOR HAS ANY FURTHER

15:21:43  4    QUESTIONS, THAT CONCLUDES OUR DISCUSSION OF THE

15:21:45  5    APPLE.

15:21:45  6            THE COURT:  AND YOU SAID FOR THE

15:21:47  7    ORIENTATION THAT'S THE RELATIONSHIP BETWEEN THE

15:21:49  8    MAJOR AND THE MINOR AXIS AND YOU'RE SAYING THAT THE

15:21:53  9    ECCENTRICITY IS HOW THIS CIRCLE DIFFERS FROM AN

15:21:56 10    ELLIPSE?  IS THAT WHAT YOU'RE TALKING ABOUT?

15:21:58 11            MR. VERHOEVEN:  YES.  SO IF WE GO BACK TO

15:22:00 12    THE PICTURE, THE ORIENTATION IS THE POSITIONING.

15:22:05 13            THE COURT:  OH, OKAY.

15:22:06 14            MR. VERHOEVEN:  AND THEN YOU USE THE X,

15:22:08 15    YOU USE THE CALCULATION OF THE MAJOR AXIS TO THE

15:22:11 16    MINOR AXIS TO GET YOUR ECCENTRICITY.

15:22:15 17            THE COURT:  OKAY.

15:22:17 18            MR. VERHOEVEN:  SO THAT'S WHY WE DIDN'T

15:22:20 19    REALLY PUT IT IN THERE IN OUR SLIDES BECAUSE IT'S

15:22:22 20    KIND OF INHERENT IN WHAT WE'RE SHOWING BY

15:22:24 21    CALCULATING THE MAJOR AXIS TO THE MINOR AXIS,

15:22:27 22    YOU'RE GETTING THIS NOTION OF ECCENTRICITY AND

15:22:33 23    ECCENTRICITY IS, AS I UNDERSTAND IT, YOUR HONOR,

15:22:34 24    MEASURES THE RELATIONSHIP BETWEEN THOSE TWO

15:22:37 25    PARAMETERS AND HOW MUCH THE ELLIPSE VARIES FROM THE

86

15:22:40  1    CIRCLE.

15:22:40  2              SO WHEN YOU GO TO, WHEN YOU GO TO THIS

15:22:44  3    DISCUSSION OF THIS SINGLE PARAGRAPH --

15:22:47  4              THE COURT:  UH-HUH.

15:22:50  5              MR. VERHOEVEN:  -- YOU'RE SAYING YOU

15:22:51  6    DON'T CALCULATE THE X COORDINATE CENTRIC, YOU DON'T

15:22:54  7    CALCULATE THE Y COORDINATE CENTRIC, YOU DON'T

15:22:56  8    CALCULATE THE MAJOR AXIS AND THE MINOR AXIS AND YOU

15:22:59  9    DON'T CALCULATE THE ORIENTATION AND ORIENTATION

15:23:05 10    ECCENTRICITY ARE SET TO ZERO.

15:23:06 11              FROM A TECHNICAL PERSPECTIVE THAT IS WHY

15:23:08 12    WE UNDERSTAND THAT'S WHAT IT'S SAYING AND IT SOUNDS

15:23:11 13    LIKE DR. BALAKRISHNAN'S SLIDE T94 THAT HE AGREES.

15:23:15 14              SO THAT CONCLUDES OUR PRESENTATION AND AS

15:23:19 15    I UNDERSTAND IT THE PARTIES AGREE THAT THE NEXT

15:23:21 16    STEP IS FOR US TO KEEP GOING AND TO PRESENT A

15:23:25 17    TUTORIAL ON THE SAMSUNG PATENTS.

15:23:28 18              THE COURT:  ON THE ONE PATENT, THE '711,

15:23:30 19    RIGHT?

15:23:31 20              MR. VERHOEVEN:  WE HAD HOPED TO MAKE SOME

15:23:32 21    PRESENTATION ON -- IT WASN'T CLEAR TO US EXACTLY

15:23:36 22    HOW MANY THINGS WOULD BE COVERED.  WE HAD HOPED TO

15:23:37 23    MAKE A PRESENTATION, A BRIEF OVERVIEW OF ALL OF THE

15:23:41 24    TECHNOLOGY, YOUR HONOR, IF THAT'S ACCEPTABLE.

15:23:44 25        I NOTE THAT APPLE DID THAT IN THEIR

                                                              87

15:23:46  1    PRESENTATION, THEY PRESENTED ON ALL OF THEIR

15:23:48  2    PATENTS, NOT JUST THE ONES FROM MARKMAN, BUT

15:23:50  3    OBVIOUSLY, YOUR HONOR, YOU'LL TELL US WHAT YOU WANT

15:23:53  4    TO DO.

15:23:54  5              MR. MCELHINNY:  BEFORE YOU GET THERE,

15:24:00  6    YOUR HONOR, I HAVE A DIFFERENT POINT AND I DON'T

15:24:01  7    KNOW HOW YOU WANT TO DEAL WITH THIS.

15:24:03  8              THE COURT:  UH-HUH.

15:24:04  9              MR. MCELHINNY:  I DON'T KNOW IF IT'S A

15:24:06 10    DEBATE ABOUT EXPERTS BUT IN MR. VERHOEVEN'S

15:24:09 11    PRESENTATION HE POINTED TO THE CALCULATIONS AT

15:24:14 12    LINES 12, 13, AND 14 AND TOLD THE COURT THAT THOSE

15:24:17 13    WERE USED TO CALCULATE ECCENTRICITY.

15:24:21 14              WE HAVE -- DR. BALAKRISHNAN WAS HERE AND

15:24:24 15    IMMEDIATELY WROTE ME A NOTE AND SAID THAT'S SIMPLY

15:24:27 16    NOT TRUE.

15:24:27 17              AND UNLIKE MR. VERHOEVEN, I THINK IN

15:24:32 18    ORDER TO UNDERSTAND THIS PATENT YOU DO HAVE TO

15:24:34 19    UNDERSTAND THE EQUATIONS TO UNDERSTAND WHAT IS

15:24:36 20    GOING ON HERE, AND I JUST DON'T KNOW HOW YOUR HONOR

15:24:38 21    WANTS TO HANDLE THAT.

15:24:39 22              THE COURT:  WELL, WHAT PORTION OF WHAT

15:24:40 23    MR. VERHOEVEN SAID DOES DR. BALAKRISHNAN DISAGREE

15:24:49 24    WITH?  JUST THAT ONE POINT?

15:24:50 25              MR. MCELHINNY:  THE TWO THINGS, THE NOTES

                                                              88

15:24:52  1    THAT I GOT.  I MEAN, WE CAN ASK HIM.  BUT THE TWO

15:24:55  2    THINGS ARE, ONE, THAT THE STATEMENT 12, 13, AND 14

15:24:57  3    ARE USED TO CALCULATE ECCENTRICITY; AND THE SECOND

15:25:01  4    ONE WAS WHEN MR. VERHOEVEN PURPORTED TO QUOTE

15:25:05  5    DR. BALAKRISHNAN THAT ONLY NUMBER 12 WAS USED IN

15:25:07  6    THE SECOND EMBODIMENT.  DR. BALAKRISHNAN DIDN'T SAY

15:25:10  7    THAT AND DISAGREES WITH THAT.

15:25:13  8              THE COURT:  WELL, I WAS GOING TO ASK HIM

15:25:14  9    IF HE AGREED WITH WHAT WAS STATED.  SO WHY DOESN'T

15:25:19 10    HE JUST.

15:25:20 11              MR. BALAKRISHNAN:  SHOULD I GO UP TO THE

15:25:22 12    MICROPHONE?

15:25:23 13              MR. MCELHINNY:  PLEASE.  AND SPEAK SLOWLY

15:25:25 14    SO THE COURT REPORTER UNDERSTANDS THE TERMS.

15:25:27 15              MR. BALAKRISHNAN:  YES, YOUR HONOR.

15:25:30 16              THE COURT:  SO DO YOU AGREE WITH WHAT

15:25:33 17    MR. VERHOEVEN STATED AS TO -- I MEAN, EVERYTHING IS

15:25:38 18    BOILING DOWN TO COLUMN 27 AND WHETHER LINES 1

15:25:43 19    THROUGH 8 OF THE SECOND EMBODIMENT OR NOT?

15:25:47 20              YOU ALREADY SAID THAT THERE'S NO UNITARY

15:25:50 21    TRANSFORMATION OF A COVARIANCE MATRIX IN COLUMN 27.

15:25:56 22    BUT WHAT MR. VERHOEVEN STATED, DO YOU AGREE OR

15:25:59 23    DISAGREE WITH WHAT IS OCCURRING IN EQUATIONS 12

15:26:01 24    THROUGH 14 IN COLUMN 26?

15:26:05 25              MR. BALAKRISHNAN:  I'M JUST GETTING THOSE

89

15:26:06 1    EQUATIONS IN FRONT OF ME SO I'M REFERRING TO THE

15:26:10 2    EXACT SAME THINGS.  ONE SECOND.

15:26:17 3          SO EQUATION 12, YOUR HONOR, CALCULATES

15:26:21 4    THE SIZE OF THE TOUCH AND EQUATIONS 13 AND 14

15:26:25 5    CALCULATES THE CENTER, THE POSITION OF THE CENTER

15:26:28 6    OF THE TOUCH AND POSITION 13 CALCULATES THE X

15:26:32 7    POSITION, AND EQUATION 14 CALCULATES THE Y

15:26:36 8    POSITION.

15:26:36 9          I BELIEVE I HEARD DR. OR MR. VERHOEVEN

15:26:39 10   SAY THAT THOSE THREE EQUATIONS DETERMINE THE

15:26:43 11   ECCENTRICITY AND THAT IS NOT TRUE IF WHAT I HEARD

15:26:46 12   IS CORRECT.

15:26:47 13        THE COURT:  IT DOES MAKE SENSE THAT THAT

15:26:50 14   WOULD BE USED TO CALCULATE ORIENTATION, THOUGH,

15:26:52 15   WOULD YOU AGREE?

15:26:53 16        MR. BALAKRISHNAN:  NO, ORIENTATION IS

15:26:55 17   CALCULATED LATER.

15:26:55 18        THE COURT:  WHY NOT?

15:26:57 19        MR. BALAKRISHNAN:  EXPLICITLY IN EQUATION

15:26:59 20   21, YOUR HONOR, WHERE IT SAYS G THETA IS CALCULATED

15:27:03 21   USING THAT GROUP COVARIANCE MATRIX EARLIER ON AND

15:27:08 22   MAJOR AND MINOR AXES WERE CALCULATED IN EQUATIONS

15:27:14 23   19 AND 20.

15:27:15 24        NOW, YOU CAN CALCULATE THE ECCENTRICITY

15:27:21 25   AS EQUATION 22 INDICATES, WHICH I DID NOT TALK

90

15:27:23  1    ABOUT IN MY PRESENTATION, BUT IT'S RIGHT THERE IN

15:27:27  2    THE BOTTOM OF COLUMN 26, EQUATION NUMBER 22 CLEARLY

15:27:30  3    SAYS THAT ECCENTRICITY IS CALCULATED AS THE RATIO

15:27:35  4    OF THE MAJOR AND MINOR AXES VALUES THAT WERE

15:27:39  5    PREVIOUSLY CALCULATED IN EQUATIONS 19 AND 20.

15:27:42  6         SO IF I RECALL MR. VERHOEVEN'S STATEMENT

15:27:48  7    THAT THE ECCENTRICITY WAS BASED ON EQUATIONS 12,

15:27:52  8    13, AND 14, IF INDEED THAT WAS TRUE, WHAT HE SAID

15:27:57  9    MY CONTENTION IS THAT THAT IS NOT TRUE AND THE

15:27:59 10    PATENT EXPLICITLY GIVES THE EQUATION FOR THE

15:28:02 11    ECCENTRICITY CALCULATION IN EQUATION 22.

15:28:06 12         THE COURT:  WHAT IS THE DIFFERENCE

15:28:07 13    BETWEEN CALCULATING THE X VALUE AND THE Y VALUE AND

15:28:11 14    THEN COMPUTING THE WHOLE AXIS, WHETHER MINOR OR

15:28:13 15    MAJOR?

15:28:14 16         MR. BALAKRISHNAN:  THE X AND Y VALUE,

15:28:16 17    YOUR HONOR, IS SIMPLY THE CENTER POSITION OF THE

15:28:19 18    ELLIPSE.

15:28:20 19         CAN I GET SLIDE --

15:28:36 20         THIS IS A GOOD SLIDE.  YOUR HONOR, IF I

15:28:38 21    MAY, THE CENTER POINT HERE, THE GREEN POINT IS THE

15:28:40 22    CENTER OF AN ELLIPSE AND THAT HAS AN X VALUE AND A

15:28:44 23    Y VALUE CORRESPONDING TO THE X AXIS, WHICH IS THE

15:28:47 24    HORIZONTAL AXIS OF THE CARTESIAN SYSTEM AND THE Y

15:28:54 25    AXIS, WHICH IS THE VERTICAL.  AND SO THE CENTROID

91

15:28:57 1    SAYS WHAT IS THE LOCATION OF THE X AND Y LOCATION

15:29:02 2    OF THE CENTER ELLIPSE.

15:29:05 3            THE MAJOR AXIS REFERS TO THE LENGTH OF

15:29:08 4    THE LONGEST AXIS ATTENDED IN THE ELLIPSE AND THAT'S

15:29:13 5    SHOWN HERE IN ORANGE, YOUR HONOR.  AND THAT HAS A

15:29:20 6    LENGTH VALUE ASSOCIATED WITH IT.  SIMILAR FOR THE

15:29:23 7    MINOR AXIS, WHICH IS PERPENDICULAR TO THE MAJOR

15:29:25 8    AXIS.

15:29:26 9            AND THE PATENT VERY CLEARLY WITH THE

15:29:28 10   EQUATIONS 19 AND 20 SHOW HOW TO CALCULATE THE MAJOR

15:29:35 11   AND MINOR AXIS USING THE COVARIANCE MATRIX

15:29:41 12   CALCULATIONS IN THE EARLIER EQUATIONS IN THE FIRST

15:29:45 13   EMBODIMENT.

15:29:51 14           THE COURT:  LET ME ASK MR. VERHOEVEN, IT

15:29:53 15   DOES SAY ECCENTRICITY IN 22.

15:29:57 16           MR. VERHOEVEN:  I DON'T DISAGREE.  AND I

15:29:59 17   APOLOGIZE IF I WAS NOT AS TECHNICALLY AS STUDIOUS

15:30:01 18   AS DR. BALAKRISHNAN.

15:30:03 19           I BELIEVE YOU USE THOSE DETERMINED VALUES

15:30:05 20   IN 13 AND 14 LATER AS PART OF DETERMINING THE G

15:30:10 21   MAJOR AND THE G MINOR AND THEN YOU DO THE

15:30:12 22   ECCENTRICITY ON 22.  I DON'T DISAGREE WITH THAT,

15:30:16 23   YOUR HONOR.

15:30:16 24           THE COURT:  OKAY.  WHAT ABOUT

15:30:18 25   ORIENTATION?  HE'S -- DR. BALAKRISHNAN IS SAYING

                                                            92

15:30:20  1    THAT ORIENTATION IS IN 21 AND NOT IN EQUATIONS

15:30:26  2    12 --

15:30:28  3            MR. VERHOEVEN:  THAT'S ALL I'M TRYING TO

15:30:28  4    SAY IS THAT YOU NEED TO DO THOSE -- I'M SORRY.

15:30:34  5    THAT'S WHAT I THOUGHT I SAID.  IF I WASN'T CLEAR,

15:30:35  6    THAT'S WHAT I MEAN TO SAY, IS THAT YOU NEED TO DO

15:30:37  7    THOSE IN ORDER TO GET TO THAT POINT AND JUST LIKE

15:30:40  8    WITH THE CALCULATION OF -- SO I WOULD JUST LIKE TO

15:31:04  9    GET TO THE POINT WHERE YOU DO THE FINAL

15:31:06 10    CALCULATIONS TO GET THE LENGTH OF THE MAJOR AXIS,

15:31:10 11    THAT'S WHERE YOU DO THAT CALCULATION 19.

15:31:12 12            MY ONLY POINT WAS THAT YOU NEED TO DO 15,

15:31:15 13    16, 17, AND 18 TO GET TO 19 AND I'M TRYING TO HELP

15:31:19 14    MYSELF UNDERSTAND, AND HOPEFULLY YOUR HONOR

15:31:21 15    UNDERSTANDS, THAT WHEN THIS SAYS ELLIPSE FITTING

15:31:25 16    PROCEDURE REQUIRES A UNITARY TRANSFORMATION OF THE

15:31:28 17    GROUP COVARIANCE MATRIX, WHAT IS THAT REFERRING TO?

15:31:31 18            IT'S REFERRING TO THIS STUFF HERE.  AND

15:31:33 19    THEN YOU GET DOWN HERE TO THIS STEP AND THAT'S

15:31:35 20    WHERE YOU CALCULATE -- I'M TRYING TO TAKE THE

15:31:37 21    EQUATIONS AND PLUG THEM IN SO YOU CAN SEE HOW THEY

15:31:40 22    PLUG INTO THESE PICTURES.

15:31:42 23            THE COURT:  OKAY.

15:31:45 24            MR. VERHOEVEN:  AND THE LENGTH OF THE

15:31:46 25    MAJOR AXIS PLUGS INTO THE EQUATION ON 19.

93

15:32:01  1         AND THE LENGTH WILL BE MINOR AXIS IS

15:32:05  2    EQUATION 20 AS I UNDERSTAND IT.  SO THAT CORRELATES

15:32:08  3    TO OUR SIMILAR SLIDE RIGHT HERE.

15:32:12  4         AND THEN THE CALCULATION OF THE

15:32:14  5    ORIENTATION.  AND WE'RE IN AGREEMENT THAT THE

15:32:22  6    CALCULATION OF THE ORIENTATION THE FINAL

15:32:25  7    CALCULATION THAT YOU DO TO GET THERE IS 21.

15:32:37  8         I THINK WE'RE IN AGREEMENT ON THAT.

15:32:39  9         THE COURT:  OKAY.  WHY DON'T WE TAKE A

15:32:41 10    BREAK.

15:32:41 11         MR. MCELHINNY:  THE OTHER ISSUE, AND THE

15:32:43 12    OTHER ISSUE WAS THE STATEMENT THAT ONLY THE

15:32:44 13    CALCULATION IN NUMBER 12 WAS USED IN THE SECOND

15:32:49 14    EMBODIMENT.  THAT'S THE OTHER POINT THAT DR. --

15:32:52 15         THE COURT:  WELL, I THOUGHT THAT'S WHAT

15:32:54 16    HE SAID THAT DR. BALAKRISHNAN SAID AS WELL.

15:32:58 17         MR. MCELHINNY:  ACTUALLY THAT'S WHAT

15:33:00 18    MR. VERHOEVEN SAID THAT DR. BALAKRISHNAN SAID AS

15:33:02 19    WELL, BUT I DON'T THINK WE AGREE WITH THAT.

15:33:04 20         THE COURT:  OKAY.  SO I THOUGHT IT WAS

15:33:06 21    DEFAULT VALUES AND THEN GZ AND GZ IS EQUATION 12.

15:33:10 22         MR. BALAKRISHNAN:  JUST TO CLARIFY WHAT I

15:33:11 23    BELIEVE I SAID WAS THAT THE SECOND EMBODIMENT

15:33:14 24    CALCULATES G SUB Z, WHICH IS EQUATION 12, AND WHICH

15:33:18 25    IS THE SIZE WHICH CAN THEN BE USED TO DETERMINE THE

                                                            94

15:33:21 1    VALUES OF MAJOR AND MINOR AXES AND THEY WOULD BE

15:33:24 2    EQUIVALENT IN THAT CASE AND IT ALSO OBVIOUSLY HAS

15:33:30 3    TO CALCULATE THE CENTROID, WHICH IS THE X AND Y

15:33:33 4    POSITION WHICH IS THE CENTROID OF THE ELLIPSE WHICH

15:33:35 5    IS EQUATIONS 13 AND 14.  AND I BELIEVE I COVERED

15:33:37 6    THAT WHEN I TALKED ABOUT THE SECOND EMBODIMENT IN

15:33:43 7    MY PRESENTATION, YOUR HONOR.

15:33:44 8         THE COURT:  SO YOU'RE SAYING THAT --

15:33:48 9    WHICH -- BECAUSE I HAD THE SAME UNDERSTANDING AS

15:33:51 10   MR. VERHOEVEN THAT IT WAS ONLY GZ THAT WAS BEING

15:33:55 11   CALCULATED AND EVERYTHING ELSE WAS SET TO DEFAULT.

15:33:57 12        SO TELL ME AGAIN WHICH EQUATIONS DO YOU

15:34:00 13   BELIEVE THAT ARE BEING USED IN COLUMN 27?

15:34:04 14        MR. BALAKRISHNAN:  IN COLUMN 27, G SUB Z

15:34:07 15   IS DEFINITELY USED IN EQUATION 12 AND EQUATIONS 13

15:34:10 16   AND 14 HAVE TO BE USED AS WELL BECAUSE THAT

15:34:13 17   DETERMINES THE CENTER POSITION OF THE ELLIPSE.

15:34:17 18        IF YOU DO NOT HAVE THE POSITION OF THE

15:34:19 19   ELLIPSE AND JUST THE SIZE, YOU WILL HAVE NO IDEA

15:34:23 20   WHERE THAT FINGER IS TOUCHING ON THE ENTIRE TOUCH

15:34:26 21   PAD.

15:34:26 22        SO AT A BARE MINIMUM, WE NEED TO KNOW THE

15:34:29 23   X AND Y POSITION OF THE CENTROID OF THE ELLIPSE.

15:34:32 24        AND SO IT'S EQUATIONS 12, 13, AND 14 THAT

15:34:38 25   WOULD HAVE TO BE CALCULATED, OR SOME VARIANT

95

THEREOF, YOU WOULD HAVE TO BE ABLE TO DETERMINE THE

CENTER OF THE ELLIPSE IN ORDER TO HAVE THIS DEFAULT

VALUE FOR THE OTHER PARAMETERS SUCH AS MAJOR AND

MINOR AXIS AND ECCENTRICITY AND ORIENTATION.

THE COURT:  OKAY.  BUT YOU AGREE THAT

EQUATIONS 15 THROUGH 22 ARE NOT NECESSARY IN COLUMN

27?

MR. BALAKRISHNAN:  THAT IS CORRECT, YOUR

HONOR.

THE COURT:  OKAY.  ALL RIGHT.  LET ME ASK

MR. VERHOEVEN IF YOU WANTED TO ADDRESS THAT OR NOT.

MR. VERHOEVEN:  I THOUGHT THAT THAT'S

WHAT HE SAID, YOUR HONOR, SO I'M NOT GOING TO GO UP

AGAINST A SCIENTIST ON THIS.

I DON'T THINK IT REALLY MATTERS FOR OUR

CLAIM CONSTRUCTION ARGUMENTS.

THE POINTS THAT WE'RE IN AGREEMENT ON IS

THE POINT THAT WOULD BE RELEVANT FOR FRIDAY, WHICH

IS THE ONLY -- EVEN ASSUMING THAT IT CALCULATES AS

CENTER POINT, SO IF YOU GO BACK TO -- AND I HAD

SAID THAT YOU DON'T DO X COORDINATE OR Y COORDINATE

BECAUSE HE SAID THAT AND IF THAT -- BECAUSE IF HE

DISAGREES WITH ME, I DON'T THINK IT'S THAT

IMPORTANT.  THAT'S JUST THE DOT.

GENTLEMEN, YOU AGREE THAT'S JUST THE DOT?

96

15:35:58 1    SO WE'RE IN AGREEMENT THAT MEANS THAT YOU CALCULATE

15:36:00 2    THAT DOT.

15:36:01 3            SO I DON'T THINK THAT FOR FRIDAY THAT

15:36:05 4    IT'S GOING TO BE THAT IMPORTANT BECAUSE ALL OF OUR

15:36:07 5    ARGUMENTS ARE BASED ON THE FACT THAT YOU DON'T

15:36:10 6    CALCULATE THE MAJOR AXIS, THE MINOR AXIS, THE

15:36:14 7    ORIENTATION OR THE ECCENTRICITY, JUST THE DOT.

15:36:18 8            SO I DON'T THINK WE NEED TO TAKE MORE

15:36:20 9    TIME ON THAT.

15:36:21 10           THE COURT:  OKAY.  I'D LIKE TO TAKE A

15:36:23 11   BREAK.  LET ME ASK MS. RODRIGUEZ.

15:36:34 12           HOW LONG IS YOUR PRESENTATION?

15:36:36 13           MR. VERHOEVEN:  WE HAVE PROBABLY ABOUT

15:36:40 14   20, 25 MINUTES, YOUR HONOR.

15:36:42 15           WE HAVE BROUGHT AN EXPERT WHO HAS

15:36:44 16   TRAVELLED ALL OF THE WAY HERE TO TALK ABOUT OUR

15:36:46 17   PATENTS AND SOME OF WHICH ARE NOT AT ISSUE.

15:36:49 18           IF WE COULD HAVE A FEW MINUTES TO TALK

15:36:51 19   ABOUT THAT, THAT WOULD FALL WITHIN THAT TIMEFRAME,

15:36:54 20   YOUR HONOR, WE MIGHT VERY MUCH APPRECIATE IT.

15:36:56 21           THE COURT:  OKAY.  LET ME HEAR FROM

15:36:59 22   MR. MCELHINNY.  HOW MUCH TIME DO YOU NEED ON THE

15:37:02 23   '711?

15:37:03 24           MR. MCELHINNY:  TEN MINUTES, YOUR HONOR.

15:37:04 25           THE COURT:  OKAY.  THAT'S FINE.

                                                              97

15:37:06  1          LET'S TAKE A QUICK FIVE-MINUTE BREAK.

15:37:23  2          (WHEREUPON, A RECESS WAS TAKEN.)

15:47:18  3          THE COURT:  HAVE YOU ALL AGREED ON WHAT A

15:47:20  4   PERSON OF ORDINARY SKILL IN THE ART FOR THE PATENTS

15:47:23  5   THAT ARE THE SUBJECT OF THIS CLAIM CONSTRUCTION

15:47:27  6   SHOULD BE OR NOT?  NO?  OKAY.

15:47:30  7          MR. MCELHINNY:  I THINK WE AGREED THAT WE

15:47:32  8   NEED TIME TO TALK ABOUT IT IF WE CAN COME TO

15:47:34  9   AGREEMENT.

15:47:34 10          THE COURT:  ALL RIGHT.  WHEN ARE YOU

15:47:36 11   GOING TO FILE THAT?  I WANT THAT FILED BEFORE THE

15:47:38 12   CLAIM CONSTRUCTION HEARING.  WHEN IS THAT GOING TO

15:47:41 13   HAPPEN?

15:47:41 14          MR. MCELHINNY:  I THINK THAT WOULD MAKE

15:47:43 15   IT -- WILL THURSDAY WORK FOR YOU?

15:47:45 16          THE COURT:  I GUESS SO.  YOU DON'T THINK

15:47:51 17   THAT SOONER THAN THAT IS FEASIBLE?

15:47:53 18          MR. MCELHINNY:  LITERALLY -- IT'S

15:47:54 19   INTERESTING, BUT WE HAVEN'T HAD TO MAKE A

15:47:56 20   DISCLOSURE SO WE DON'T KNOW HOW CLOSE OR FAR --

15:47:59 21          THE COURT:  THAT'S FINE.  IF YOU CAN DO

15:48:01 22   IT BY THURSDAY, PLEASE.  SINCE WE'RE STARTING

15:48:03 23   FRIDAY AT 10:00, CAN YOU DO IT AT LEAST BY NOON OR

15:48:07 24   1:00 O'CLOCK SO I HAVE A LITTLE TIME TO WORK WITH

15:48:10 25   IT?

                                                              98

15:48:10   1          MR. MCELHINNY:  YES, YOUR HONOR.

15:48:11   2          THE COURT:  SO LET'S SAY NOON.

15:48:13   3          MR. MCELHINNY:  WOW, I STARTED WITH NOON

15:48:15   4   OR 1:00 O'CLOCK AND I ENDED UP WITH NOON.

15:48:18   5          THE COURT:  WELL, WE'LL STARTING FRIDAY

15:48:23   6   AT 10:00.

15:48:24   7          MR. MCELHINNY:  NOON WILL WORK, YOUR

15:48:25   8   HONOR.

15:48:25   9          THE COURT:  SO THAT'S THE 19TH.

15:48:27  10          THE CLERK:  YES.

15:48:28  11          THE COURT:  SO JANUARY 19TH OF 2012.

15:48:31  12          OKAY.  AND THEN I'M ONLY INTERESTED IN

15:48:35  13   THE PATENTS THAT ARE -- I'M INTERESTED IN TRYING TO

15:48:41  14   PREPARE THE CLAIM CONSTRUCTION ORDER.

15:48:43  15          SO LET ME ASK ANOTHER QUESTION, CAN YOU

15:48:48  16   ALL -- IT SEEMS LIKE -- WELL, LET ME ASK, WITH

15:48:53  17   REGARD TO PIXEL, PIXEL GROUP, IS THERE ANY

15:48:57  18   AGREEMENT BETWEEN THE PARTIES THAT GROUP CAN JUST

15:48:59  19   BE THE PLAIN AND ORDINARY MEANING, EVEN IF I DO

15:49:03  20   CONSTRUE PIXEL?

15:49:04  21          MR. MCELHINNEY:  THAT IS OUR

15:49:05  22   UNDERSTANDING.  IT'S A COLLECTION OF PIXELS, OR

15:49:09  23   HOWEVER YOUR HONOR INTERPRETS THAT.

15:49:12  24          THE COURT:  OKAY.  LET ME HEAR FROM

15:49:15  25   SAMSUNG.

99

15:49:16  1          MR. VERHOEVEN:  ONE SECOND, YOUR HONOR.

15:49:17  2          THE COURT:  OKAY.

15:49:18  3          (PAUSE IN PROCEEDINGS.)

15:49:37  4          THE COURT:  AND ON PERSON OF ORDINARY

15:49:38  5   SKILL IN THE ART, IF YOU COULD PLEASE, IF YOU

15:49:40  6   DISAGREE, THEN JUST PUT YOUR COMPETING, YOU KNOW,

15:49:45  7   ACADEMIC AND INDUSTRY EXPERIENCE OPINIONS.

15:49:49  8          MR. MCELHINNY:  A PRESENTATION THAT GIVES

15:49:51  9   YOU THE TITLE OF THE PATENT EITHER AN AGREED PERSON

15:49:54 10   OF ORDINARY SKILL IN THE ART OR THE TWO SIDE BY

15:49:56 11   SIDE.

15:49:57 12          THE COURT:  SURE.  AND MAYBE JUST A BRIEF

15:49:58 13   SENTENCE OR TWO AS TO IF THERE'S A DISAGREEMENT, AS

15:50:01 14   TO WHY YOURS IS THE CORRECT ONE.

15:50:03 15          MR. MCELHINNY:  GOT IT.

15:50:04 16          MR. VERHOEVEN:  AND CAN I CONSULT WITH

15:50:06 17   COUNSEL TO SEE IF I CAN ANSWER AS TO WHETHER WE'RE

15:50:10 18   IN AGREEMENT ON GROUP?

15:50:11 19          THE COURT:  YES, PLEASE.

15:50:12 20          (PAUSE IN PROCEEDINGS.)

15:50:23 21          MR. VERHOEVEN:  THE REASON I'M ASKING IS

15:50:24 22   THAT IT SAYS PLAIN AND ORDINARY MEANING, AND I WANT

15:50:26 23   TO MAKE SURE WE HAVE THE SAME UNDERSTANDING AS TO

15:50:28 24   WHAT THE PLAIN AND ORDINARY MEANING IS.

15:50:30 25          THE COURT:  OKAY.

                                                         100

```
15:50:31  1            (PAUSE IN PROCEEDINGS.)

15:50:58  2            MR. VERHOEVEN:  TO THE EXTENT THAT WE ALL

15:51:00  3   UNDERSTAND THAT A GROUP, WE'RE TALKING ABOUT ONE OR

15:51:02  4   MORE, IF THAT'S THEIR UNDERSTANDING OF THE PLAIN

15:51:06  5   MEANING OF GROUP, THEN WE HAVE AN AGREEMENT.

15:51:09  6            MR. MCELHINNY:  THAT'S WHAT WE AGREED.

15:51:11  7            MR. VERHOEVEN:  WE HAVE A DISAGREEMENT AS

15:51:14  8   TO PIXEL.  SO THAT IS MODIFIED OBVIOUSLY.

15:51:17  9            THE COURT:  SO BOTH SIDES THEN WOULD

15:51:18 10   STIPULATE THAT GROUP IS ONE OR MORE?  OR WHAT?

15:51:21 11            MR. MCELHINNY:  I'M SORRY.  IT'S HARD

15:51:23 12   SEEING ONE BEING A GROUP.  WHAT I'M TRYING TO

15:51:25 13   STIPULATE TO IS THAT A GROUP IS MORE THAN ONE.

15:51:27 14   IT'S A COLLECTION.

15:51:29 15            THE COURT:  OKAY.  CAN WE DO THIS THEN?

15:51:32 16   ARE THERE ANY OF THESE TERMS?  I APPRECIATE THAT

15:51:38 17   YOU'VE BASICALLY STIPULATED TO THE FIRST TERM.

15:51:44 18            ARE THERE ANY OTHERS THAT YOU THINK THAT

15:51:46 19   YOU MIGHT BE ABLE TO COME TO AGREEMENT ON?

15:51:48 20            I WAS THINKING THAT PIXEL, PIXEL GROUP

15:51:52 21   MIGHT BE A FERTILE ONE BUT LET ME KNOW.

15:51:56 22            MR. VERHOEVEN:  WE CAN ATTEMPT TO

15:51:57 23   NEGOTIATE OVER THE COURSE OF THE NEXT DAY AND HALF

15:52:00 24   AND TRY TO MAKE PROGRESS AND SUBMIT THAT TOGETHER

15:52:03 25   WITH OUR RESULTS OF OUR NEGOTIATION OF THE PERSON
```

101

15:52:05  1     OF ORDINARY SKILL IN THE ART.

15:52:06  2             THE COURT:  I APPRECIATE THAT.  AND I

15:52:08  3     FORGOT TODAY IS TUESDAY, AND I WAS ASSUMING THIS IS

15:52:10  4     MONDAY.  SO THIS IS A MORE CONSTRAINED TIMEFRAME.

15:52:15  5             COULD YOU SEE IF YOU CAN REACH AN

15:52:18  6     AGREEMENT ON PIXEL, PIXEL GROUP?

15:52:22  7             MR. VERHOEVEN:  WE WILL ATTEMPT TO, YOUR

15:52:23  8     HONOR.

15:52:23  9             THE COURT:  OKAY.  THANK YOU.  ARE THERE

15:52:29 10     ANY OTHERS?

15:52:29 11             MR. MCELHINNY:  I WASN'T AWARE THAT WE

15:52:31 12     ACTUALLY REACHED AN AGREEMENT ON ANY OF THE ONES

15:52:34 13     THAT ARE REMAINING IN FRONT OF YOU.

15:52:35 14             THE COURT:  WELL, ON THE '792 SYMBOL, YOU

15:52:38 15     BASICALLY STATE IN YOUR OPPOSITION THAT YOU ARE

15:52:41 16     FINE WITH SAMSUNG'S ALTERNATIVE CONSTRUCTIONS, AND

15:52:45 17     I DIDN'T PAY ATTENTION TO SYMBOL AT ALL '792.

15:52:49 18             MR. MCELHINNY:  I'M SORRY.  I'M GETTING

15:52:50 19     LOST BETWEEN MY CASE AND WILMER'S CASE.  I BELIEVE

15:52:54 20     YOUR HONOR IS CORRECT.

15:52:55 21             THE COURT:  YES.  SO I'M GOING TO ASK,

15:52:59 22     AND SINCE I DIDN'T -- I FORGOT IT WAS TUESDAY AND

15:53:02 23     NOT MONDAY, IF YOU COULD, I WOULD APPRECIATE IF YOU

15:53:05 24     COULD TRY TO MEET AND CONFER AND SEE IF THERE'S ANY

15:53:09 25     EITHER NARROWING OR AGREEMENT THAT YOU COULD REACH

                                                            102

15:53:13 1    ON ANY OF THE TERMS BEFORE FRIDAY.  OKAY.

15:53:18 2              MR. VERHOEVEN:  WE ABSOLUTELY WILL DO

15:53:19 3    THAT, YOUR HONOR.

15:53:20 4              THE COURT:  AND DO YOU NEED MORE TIME

15:53:21 5    THAN NOON ON THURSDAY TO DO THAT AND THE PERSON OF

15:53:24 6    ORDINARY SKILL IN THE ART OR NOT?

15:53:26 7              MR. MCELHINNY:  I DON'T THINK WE DO.

15:53:27 8              THE COURT:  OKAY.  DO YOU AGREE WITH

15:53:29 9    THAT?

15:53:29 10             MR. VERHOEVEN:  WELL, WE'LL TRY.  WE'LL

15:53:31 11   TRY TO DO IT BY THEN AND WE'LL GIVE YOU A REPORT OF

15:53:33 12   OUR PROGRESS BY THEN, YOUR HONOR, TOGETHER WITH OUR

15:53:36 13   RESULTS ON THE PERSON OF ORDINARY SKILL IN THE ART

15:53:38 14   SO THAT YOU HAVE THAT IN TIME TO USE IT IN SOME

15:53:42 15   WAY.

15:53:42 16             THE COURT:  OKAY.  WELL, WHY DON'T -- YOU

15:53:45 17   KNOW WHAT, I'LL JUST MOVE THIS TO 2:00 P.M. ON

15:53:49 18   THURSDAY SINCE THIS IS THE END OF THE DAY ON

15:53:52 19   TUESDAY AND SO YOU REALLY ONLY HAVE TOMORROW AND

15:53:54 20   HALF OF THURSDAY.

15:53:55 21             IF YOU ARE MAKING GOOD PROGRESS AND YOU

15:53:57 22   NEED MORE TIME, JUST LET ME KNOW.

15:53:59 23             OKAY.  SO MEET AND CONFER ON ANY OF THE

15:54:02 24   OTHERS AS WELL.

15:54:03 25             MR. VERHOEVEN:  YES, YOUR HONOR.

103

15:54:04 1          THE COURT:  AND SO LET'S GO TO THE '711.

15:54:20 2          MR. VERHOEVEN:  YOUR HONOR, WHAT I WAS

15:54:21 3     HOPING, I THOUGHT YOUR HONOR SAID IT WAS OKAY WAS

15:54:23 4     THAT WE COULD MAKE A SHORT PRESENTATION --

15:54:25 5          THE COURT:  VERY SHORT.

15:54:26 6          MR. VERHOEVEN:  -- TEN MINUTES ON THE

15:54:27 7     STANDARDS PATENTS SINCE OUR EXPERT CAME OUT HERE.

15:54:29 8          THE COURT:  THAT'S FINE.

15:54:30 9          MR. VERHOEVEN:  AND THEN A PRESENTATION

15:54:32 10    ON THE FEATURE PATENT BY ANOTHER EXPERT WE HAVE

15:54:36 11    HERE AS WELL MR. TIPTON COLE.

15:54:39 12         THE COURT:  OKAY.

15:54:41 13         MR. VERHOEVEN:  SO REALLY QUICKLY IF I

15:54:42 14    CAN INTRODUCE OUR FIRST EXPERT DR. RICHARD WESEL.

15:54:46 15    HE'S A PROFESSOR OF ELECTRICAL ENGINEERING AT UCLA

15:54:50 16    AND SINCE 2007 HE'S BEEN THE ASSOCIATE DEAN OF

15:54:54 17    ACADEMIC AND STUDENT AFFAIRS IN THE ENGINEERING AND

15:54:57 18    APPLIED SCIENCE SCHOOL; PH.D. IN ELECTRICAL

15:55:01 19    ENGINEERING FROM STANFORD; AND BACHELORS AND

15:55:03 20    MASTERS DEGREES IN ELECTRICAL ENGINEERING FROM

15:55:06 21    M.I.T. AND OTHER ASSOCIATE INFORMATION THAT BECAUSE

15:55:09 22    OF TIME I'LL SKIP OVER.

15:55:11 23         AND WITH THAT IF DR. WESEL COULD COME UP

15:55:15 24    AND MAKE A SHORT PRESENTATION.

15:55:18 25         MR. WESEL:  GOOD AFTERNOON, YOUR HONOR.

104

15:55:19  1    SO TODAY I'LL BE TALKING ABOUT SEVEN PATENTS THAT

15:55:24  2    HELP MAKE THE CELL PHONE SYSTEM THAT WE HAVE TODAY

15:55:27  3    WORK SO WELL.

15:55:28  4            SO AN EARLY CELL PHONE WAS JUST A PHONE.

15:55:31  5    BUT TODAY A CELL PHONE IS A PHONE, A WEB BROWSER, A

15:55:36  6    MUSIC PLAYER, A DEVICE THAT YOU SEND E-MAIL WITH,

15:55:39  7    YOU CAN USE IT FOR NAVIGATION, TO PLAY A MOVIE.

15:55:42  8    THE PERSON IN OUR SLIDE IS TOO RESPECTFUL OF THE

15:55:45  9    COURT BUT THEY'RE ALSO USED FOR PLAYING GAMES.

15:55:47 10            AND WITH TODAY'S PHONES YOU CAN EVEN BE

15:55:50 11    DOING ALL OF THESE THINGS AT ONCE, YOU CAN BE DOING

15:55:53 12    SEVERAL THINGS AT ONCE.  YOU CAN SEND AN E-MAIL AT

15:55:56 13    THE SAME TIME YOU'RE TALKING ON THE PHONE AND MAY

15:55:58 14    BE BE RECEIVING A TEXT AT THE SAME TIME.

15:56:00 15            OKAY.  SO WITH ALL OF THAT STUFF GOING

15:56:02 16    ON, YOU NEED TO HAVE A CELL PHONE NETWORK THAT CAN

15:56:06 17    HANDLE MANY DEVICES DOING MANY DIFFERENT THINGS

15:56:09 18    SIMULTANEOUSLY.

15:56:10 19            SO -- AND WITH PHONES THAT ARE MADE BY

15:56:14 20    MANY DIFFERENT MANUFACTURERS.

15:56:16 21            SO TO MAKE THIS ALL PLAY TOGETHER, THE --

15:56:21 22    BECAUSE EVEN THOUGH THE DIFFERENT COMPANIES WANT TO

15:56:23 23    COMPETE WITH EACH OTHER BY HAVING THE BEST PHONES,

15:56:25 24    IT'S IN THE INTEREST OF ALL OF THE COMPANIES THAT

15:56:28 25    THE PHONES ACTUALLY WORK WELL TOGETHER SO THE

                                                              105

15:56:30 1    COMPANIES, BECAUSE OF THAT COMMON GOAL, GET

15:56:32 2    TOGETHER AND FORM STANDARDS SO THAT, FOR EXAMPLE,

15:56:37 3    THE PHONE KNOWS EXACTLY HOW IT'S SUPPOSED TO

15:56:39 4    COMMUNICATE TO THE BASE STATION AND THE SYSTEM

15:56:41 5    DOESN'T FAIL BECAUSE THERE'S NOT A COMMON LANGUAGE.

15:56:44 6    WE DON'T WANT THE CELL TOWER TO BE A TOWER OF

15:56:47 7    BABBLE.  IT HAS TO BE SOMETHING THAT EVERYBODY IS

15:56:49 8    TALKING TO THE SAME WAY.

15:56:50 9         SO WE HAVE THIS SYSTEM.  THERE'S A LOT OF

15:56:52 10   STUFF GOING ON.  THERE'S DIFFERENT COMMUNICATIONS.

15:56:54 11   THERE'S ALSO THE ISSUE OF DIFFERENT LEVELS OF

15:56:57 12   CHANNEL QUALITY, HOW MANY BARS DO YOU HAVE.

15:56:59 13        SO WHEN YOU'RE CLOSE TO THE TOWER AND YOU

15:57:02 14   HAVE A CLEAR LINE OF SIGHT, THEN REALLY THINGS ARE

15:57:05 15   KIND OF EASY.

15:57:06 16        BUT WHAT IS INTERESTING FOR AN ENGINEER

15:57:08 17   IS THAT CASE WHEN YOU'RE FAR AWAY FROM THE TOWER,

15:57:10 18   MAYBE BEHIND THE BUILDING TRYING TO DOWNLOAD AN

15:57:13 19   IMPORTANT FILE AND YOU NEED TO GET THIS THING TO

15:57:15 20   WORK.

15:57:16 21        AND THAT'S WHAT THE SEVEN PATENTS THAT

15:57:18 22   I'M GOING TO TALK ABOUT TODAY ARE ADDRESSING,

15:57:21 23   THEY'RE TRYING TO GET THIS COMPLICATED SYSTEM TO

15:57:23 24   WORK AS EFFICIENTLY AND RELIABLY AS POSSIBLE AND

15:57:27 25   HELP SOLVE THOSE TOUGH CASES.

106

15:57:29 1           SO ONE OF THE IMPORTANT TOOLS THAT A CELL

15:57:32 2    PHONE USES ALL OF THE TIME BUT IT BECOMES REALLY

15:57:36 3    IMPORTANT ON THOSE TOUGH CHANNELS IS CHANNEL

15:57:38 4    CODING.

15:57:38 5           SO CHANNEL CODING IS THIS IDEA WHERE YOU

15:57:41 6    TAKE YOUR DATA AND YOU MIGHT HAVE A THOUSAND BITS

15:57:44 7    OF DATA AND YOU TURN OUT A THOUSAND BITS INTO

15:57:47 8    3,000 BITS.

15:57:48 9           AND THOSE EXTRA 2,000 BITS, WHEN YOU SEND

15:57:51 10   3,000 INSTEAD OF 2,000 OVER THAT TOUGH CHANNEL,

15:57:54 11   THEN AT THE RECEIVER YOU'RE GOING TO BE ABLE TO

15:57:56 12   FIGURE OUT THE THOUSAND THAT YOU'RE REALLY

15:57:58 13   INTERESTED IN FROM THE 3,000.

15:57:59 14          SO THERE'S OVERHEAD, EXTRA BITS THAT MAKE

15:58:03 15   THE TRANSMISSION MORE RELIABLE AND THAT'S WHAT

15:58:05 16   CHANNEL CODING IS.

15:58:07 17          AND ONE OF THE BEST CHANNEL CODING

15:58:09 18   TECHNOLOGIES IS THAT OF TURBO CODES.  SO TURBO

15:58:14 19   CODES ARE VERY EFFECTIVE CHANNEL CODES AND THAT

15:58:17 20   LEADS US INTO OUR FIRST PATENT THE '604 PATENT.

15:58:20 21          SO THE '604 PATENT HAS TO DO WITH TURBO

15:58:24 22   CODES, AND I THINK THE PLACE TO START IS WITH

15:58:27 23   FIGURE 1 OF THAT PATENT.  LET'S LOOK AT WHAT A

15:58:30 24   TURBO CODE IS.  SO THIS IS A TURBO CODE.  TURBO

15:58:35 25   CODE TAKES THE DATA, WHAT YOU'RE ACTUALLY TRYING TO

                                                        107

15:58:38  1    CONVEY, THE DK, AND THE FIRST THING IT DOES IS PUTS

15:58:43  2    IT THROUGH THE OUTPUT, THE SK.

15:58:45  3            SO THE SYSTEMATIC BITS, IT'S JUST THE

15:58:47  4    DATA THAT YOU'RE TRYING TO SEND.

15:58:50  5            AND THEN IT TAKES THOSE BITS AND

15:58:53  6    PROCESSES IT WITH THE BLUE BOX, THE FIRST

15:58:55  7    CONSTITUENT ENCODER, AND THAT PRODUCES A SET OF

15:58:59  8    PARITY BITS, THOSE BLUE PARITY BITS.

15:59:02  9            AND THEN IT DOES SOMETHING ELSE WITH

15:59:04 10    THEM.  IT PASSES THE DATA THROUGH AN INTERLEAVER

15:59:06 11    AND I'LL TELL YOU A LITTLE BIT LATER WHAT AN

15:59:09 12    INTERLEAVER IS.  FOR NOW IT'S JUST A BOX, AND I'LL

15:59:13 13    TELL YOU ABOUT IT LATER.

15:59:14 14            BUT THEN AFTER THAT IS PASSES IT THROUGH

15:59:15 15    THE SECOND CONSTITUENT ENCODER TO THE PRODUCE THE

15:59:19 16    REDPARITY BITS.  SO SYSTEMATIC BITS AND PARITY BITS

15:59:24 17    COME UP A LOT IN THESE SEVEN PATENTS SO IT'S

15:59:25 18    IMPORTANT TO UNDERSTAND THAT DISTINCTION.

15:59:27 19            AND THE SYSTEMATIC BITS ARE THE ENCODED

15:59:29 20    BITS BUT THEY'RE JUST THE ORIGINAL DATA WHEREAS THE

15:59:31 21    PARITY BITS ARE NOT EXACTLY THE ORIGINAL DATA, THEY

15:59:35 22    WERE DERIVED FROM THE ORIGINAL DATA TO HELP WHEN

15:59:37 23    THE DECODED PROCESSER HELPER BITS TO HELP THE

15:59:38 24    TRANSMISSION BECOME MORE RELIABLE.

15:59:40 25            OKAY.  SO TURBO CODES ARE REALLY GREAT.

108

15:59:45 1    IT WAS VERY EXCITING, YOU KNOW, IN THE EARLY '90S,

15:59:49 2    '93 AND '94 WHEN THE TURBO CODES WERE FIRST

15:59:49 3    INVENTED.  AT THE CONFERENCE WHERE THEY WERE

15:59:49 4    PRESENTED SOME CODING THAT HAD BEEN WORKING THE

15:59:57 5    AREA FOR MANY YEARS THOUGHT THAT GUY IS NOT RIGHT

15:59:58 6    AND IT CAN'T BE WORKING THAT WELL.

16:00:00 7            BUT HE WAS RIGHT.  SO THEY'RE A GREAT

16:00:02 8    THING.  BUT THIS ACHILLES HAS A HEEL.  TURBO CODES

16:00:10 9    WORKED WELL ON LONG -- WHEN YOU PROCESS A LONG DATA

16:00:13 10   FRAME, THE TURBO CODE GIVES YOU A VERY POWERFUL

16:00:14 11   CODE.

16:00:14 12           THE COURT:  I'M SORRY TO INTERRUPT YOU.

16:00:16 13   THESE PATENTS ARE NOT FOR THE CLAIM CONSTRUCTION.

16:00:18 14           YOU'RE GOING TO GET ME COMPLETELY

16:00:20 15   CONFUSED.  I HAVE NOT READ THESE PATENTS, AND I

16:00:23 16   DIDN'T READ ANY CLAIM CONSTRUCTION BRIEF ON ANY OF

16:00:25 17   THESE PATENTS AND I'M HAVING ENOUGH DIFFICULTY

16:00:28 18   TRYING TO MASTER ALL OF THE PATENTS THAT ARE

16:00:30 19   SUBJECT TO CLAIM CONSTRUCTION.

16:00:31 20           SO IF YOU HAVE SORT OF A MORE OVERVIEW OF

16:00:34 21   THE OTHERS, BUT IF WE GET INTO THE NITTY GRITTY OF

16:00:36 22   THIS ONE, I'LL BE COMPLETELY CONFUSED FOR FRIDAY.

16:00:40 23           MR. VERHOEVEN:  YOUR HONOR, I APOLOGIZE

16:00:41 24   ABOUT THIS.  WE WEREN'T ENTIRELY CERTAIN WHAT AREAS

16:00:43 25   YOU WANTED TO COVER IN THE TUTORIAL.  NOW THAT YOU

109

16:00:46 1    HAVE MADE THAT CLEAR, WHY DON'T WE STOP THIS

16:00:48 2    PRESENTATION AND MAYBE THERE WILL BE ANOTHER POINT

16:00:50 3    IN THE CASE WHERE IT WILL BE USEFUL TO MAKE A

16:00:52 4    PRESENTATION ABOUT THIS AND GO TO THE LAST PATENT

16:00:55 5    AT ISSUE FOR THE CLAIM CONSTRUCTION.

16:00:56 6            THE COURT:  I MEAN, IF YOU HAVE SOME SORT

16:00:58 7    OF OVERVIEW, IF YOU WANTED TO, I'D GIVE YOU A FEW

16:01:01 8    MINUTES SINCE YOU FLEW ALL OF THE WAY OUT HERE,

16:01:03 9    DR. WESEL.

16:01:03 10           MR. VERHOEVEN:  I THINK AT THIS POINT, IF

16:01:05 11   IT'S OKAY WITH YOU, I THINK WE SHOULD GET DOWN TO

16:01:08 12   BUSINESS FOR THE TERM -- THE PATENT THAT IS THE

16:01:10 13   LAST PATENT AT ISSUE, YOUR HONOR, IF THAT'S OKAY.

16:01:13 14           THE COURT:  OKAY.  THAT'S FINE.

16:01:27 15           MR. VERHOEVEN:  WE DO HAVE ANOTHER EXPERT

16:01:29 16   FOR THAT, YOUR HONOR, IT'S TIPTON COLE.  IF WE CAN

16:01:32 17   GO TO SLIDE 46.

16:01:32 18           THE COURT:  OKAY.

16:01:35 19           MR. VERHOEVEN:  I'LL VERY BRIEFLY COVER

16:01:35 20   HE HAS A MASTER FROM COMPUTER SCIENCE FROM U.C.

16:01:39 21   AUSTIN, OVER 34 YEARS OF EXPERIENCE, FOUNDER AND

16:01:42 22   THE OWNER OF MULTIPLE SOFTWARE DEVELOPMENT AND

16:01:44 23   CONSULTING BUSINESSES THROUGHOUT HIS CAREER; HE HAS

16:01:46 24   EXTENSIVE EXPERIENCE IN DOCUMENTING AND DELIVERING

16:01:48 25   USER INTERFACE PROJECTS; AND FORMER INSTRUCTOR IN

110

16:01:52  1    DATA STRUCTURES AND SENIOR LEVEL DATABASE

16:01:55  2    MANAGEMENT SYSTEMS.

16:01:56  3            AND WITH THAT, I'LL LEAVE IT TO MR. COLE

16:02:01  4    AND YOU'RE ONLY GOING TO TALK ABOUT --

16:02:13  5            MR. COLE:  GOOD AFTERNOON, YOUR HONOR.

16:02:13  6            THE COURT:  GOOD AFTERNOON.

16:02:14  7            MR. COLE:  THE SAMSUNG FEATURE PATENTS,

16:02:16  8    THERE WERE FIVE FEATURE PATENTS AND I'M ONLY GOING

16:02:19  9    TO TALK ABOUT THE '711 PATENT TODAY AND THE OTHERS

16:02:22 10    HAVE NO CLAIM TERMS ASSOCIATED WITH THEM, OR I'M

16:02:25 11    SORRY, NO TERMS TO BE CONSTRUED.

16:02:25 12            THE COURT:  LET ME ASK A QUESTION.

16:02:28 13    APPLE, HOW COME YOU DID NOT WANT TO CONSTRUE ANY OF

16:02:31 14    THE TERMS FROM THE SAMSUNG PATENTS?

16:02:32 15            MR. COLE:  I DON'T KNOW.

16:02:32 16            THE COURT:  WELL, I WAS ASKING

16:02:35 17    MR. MCELHINNY OR MAYBE THAT WAS A WILMER HALE

16:02:39 18    QUESTION.  I DON'T KNOW.

16:02:42 19            MR. VERHOEVEN:  HOLD ON.  SHE HAS A

16:02:44 20    QUESTION.

16:02:44 21            THE COURT:  HOW COME YOU DID NOT WANT TO

16:02:45 22    CONSTRUE ANY OF THE TERMS OF THE SAMSUNG?

16:02:48 23            MR. BASSETT:  ORIGINALLY SOME OF THEM

16:02:49 24    WERE THE CLAIM TERMS THAT WE SUGGESTED MIGHT NEED

16:02:52 25    TO BE CONSTRUED BUT THROUGH THE PROCESS OF

111

16:02:54  1    NEGOTIATING AND NARROWING DOWN WE WERE ABLE TO

16:02:57  2    EITHER GET COMFORTABLE WITH OUR RESPECTIVE

16:03:00  3    POSITIONS AND WE GOT IT DOWN TO THE ONE CLAIM TERM

16:03:03  4    IN THIS OTHER PATENT AND THAT'S THE ONLY TERM THAT

16:03:06  5    IS IN DISPUTE BETWEEN THE PARTIES REGARDING THE

16:03:10  6    SAMSUNG PATENT.

16:03:11  7            THE COURT:  OKAY.  GO AHEAD, PLEASE,

16:03:12  8    MR. COLE.  I'M SORRY TO INTERRUPT YOU.

16:03:16  9            MR. COLE:  SO WE'LL GO TO THE '711

16:03:18 10    PATENT.  THIS PATENT HAS TO DO WITH MULTITASKING

16:03:20 11    AND SPECIFICALLY WHILE PLAYING THE MP3 MUSIC FILES.

16:03:26 12            THE SOLUTION WAS PROVIDED BY THE '711

16:03:32 13    PATENT IS TO START THE MUSIC PLAY, GET THE MUSIC

16:03:38 14    GOING.  YOU SEE THE INDICATOR THAT THE MUSIC IS

16:03:43 15    PLAYING, AND THEN TO BEGIN ANOTHER, TO BEGIN

16:03:47 16    ANOTHER APPLICATION TASK.

16:03:49 17            SO AGAIN, THE MUSIC CONTINUES TO PLAY

16:03:52 18    WHILE WE START THE NEXT TASK, WHICH IS IN THIS CASE

16:03:56 19    IS AN E-MAIL.

16:04:00 20            SO THE THRUST OF THE PATENT IS THAT WE

16:04:03 21    GET THE MUSIC PLAYING AND THEN WE'RE ABLE TO GO OFF

16:04:06 22    AND DO OTHER TASKS ON THE PHONE.  WE CAN DO E-MAIL,

16:04:11 23    WE CAN SORT THROUGH PHOTO FILES, WE CAN DO TEXT

16:04:17 24    MESSAGING, ET CETERA, ALL OF THE THINGS THAT YOU

16:04:19 25    MIGHT WANT TO DO ON YOUR PHONE.

                                                        112

16:04:21 1         THE TERM IN DISPUTE, AS I UNDERSTAND, IS

16:04:26 2    THE TERM "APPLET" WHICH APPEARS IN THE PATENT AS

16:04:31 3    PART OF THE PHRASE "AN APPLICATION MODULE INCLUDING

16:04:34 4    AT LEAST ONE APPLET."  I BELIEVE THAT OCCURS IN THE

16:04:36 5    SPECIFICATION ONCE AND IN A COUPLE OF CLAIMS.

16:04:38 6         TO APPROACH THAT WE TALK FIRST ABOUT WHAT

16:04:44 7    AN APPLICATION MODULE IS.  WHAT WE'RE TALKING ABOUT

16:04:47 8    IS AN APPLICATION ON A DESKTOP COMPUTER.  IT WOULD

16:04:51 9    BE A WORD PROCESSOR OR SPREADSHEET DOCUMENT VIEWER

16:04:54 10   LIKE THE ADOBE.

16:04:56 11        ON A CELL PHONE IT WOULD BE AN

16:05:00 12   APPLICATION LIKE THE PHOTO BROWSER OR THE

16:05:07 13   NOTE-TAKER OR THE MUSIC PLAYER.

16:05:09 14        THESE ARE EACH APPLICATION MODULES ON THE

16:05:15 15   PHONE PLATFORM.

16:05:15 16        WHAT AN APPLET IS, APPLET IS COMMONLY

16:05:19 17   CHARACTERIZED AS A SMALL PROGRAM DESIGNED FOR A

16:05:23 18   SPECIFIC TASK.

16:05:25 19        AND THE EXAMPLES THAT, AGAIN, ARE MOST

16:05:30 20   COMMON WOULD BE THINGS ON YOUR DESKTOP LIKE A QUICK

16:05:33 21   CALCULATOR THAT YOU CAN POP UP, OR A CLOCK THAT

16:05:36 22   WOULD SIT THERE FOR THE CELL PHONES -- I'M SORRY --

16:05:42 23   WITHIN THE BROWSERS, SIMPLE GAMES WITHIN A BROWSER

16:05:46 24   THAT YOU CAN POP UP, THAT YOU CAN PLAY SUDUKO, IF

16:05:50 25   YOU WANT TO, A MORTGAGE CALCULATOR ON THE WEB PAGE.

113

16:05:53  1          AN APPLET IS LIKE ANY OTHER PROGRAM, IT

16:05:58  2     CAN BE WRITTEN IN ANY OF THE NUMBER OF DIFFERENT

16:06:01  3     PROGRAMMING LANGUAGES.  THAT WILL BE MORE

16:06:05  4     SIGNIFICANT IN JUST A LITTLE WHILE.

16:06:12  5          THE PRINCIPAL ISSUE CONCERNING APPLETS, I

16:06:17  6     BELIEVE I HEARD DISCUSSION ABOUT IT EARLIER TODAY

16:06:19  7     IS THE NOTION OF OPERATING SYSTEM INDEPENDENCE OR

16:06:21  8     OPERATING SYSTEM DEPENDENCE FOR THE APPLET ITSELF.

16:06:25  9          SO JUST TO CHARACTERIZE WHAT AN OPERATING

16:06:28 10     SYSTEM INDEPENDENT APPLET WOULD BE, WE HAVE AN

16:06:31 11     EXAMPLE OF SOMETHING THAT RUNS WITHIN A WEB BROWSER

16:06:35 12     AND THAT SAME APPLICATION CAN RUN ON A WINDOWS

16:06:40 13     SYSTEM PERHAPS USING THE INTERNET EXPLORER OR ON A

16:06:44 14     MACINTOSH SYSTEM, AN APPLE SYSTEM, PERHAPS USING

16:06:48 15     THE SAFARI BROWSER, BUT THE THING IS THAT THE SAME

16:06:53 16     SOURCE CODE THAT DEFINES THE APPLET OPERATES IN

16:06:59 17     BOTH OF THESE ENVIRONMENTS UNCHANGED AND THAT'S

16:07:02 18     WHAT OPERATING SYSTEM INDEPENDENCE MEANS.

16:07:07 19          FORTY YEARS AGO OR SO THE TERMS I.B.M.

16:07:11 20     AND COMPUTER WERE PRETTY MUCH SYNONYMOUS TO THE

16:07:14 21     GENERAL PUBLIC.  I WAS WORKING IN COMPUTERS AT THE

16:07:18 22     TIME AND I WORKED ON HONEYWELL SYSTEMS AND I WORKED

16:07:21 23     ON NCR SYSTEMS AND I KNEW THE DIFFERENCE.

16:07:24 24          WITHIN THE GENERAL COMMUNITY NOW THE

16:07:27 25     NOTION OF WHAT AN APPLET IS, IS THAT IT'S COMMONLY

                                                            114

16:07:30 1    CONSIDERED TO BE A JAVA APPLET.  THAT'S WHAT MOST

16:07:35 2    PEOPLE THINK OF IF THEY THINK OF APPLETS IF THEY

16:07:37 3    THINK OF ANYTHING AT ALL.

16:07:39 4          JAVA APPLETS ARE INTENDED TO BE AND ARE

16:07:43 5    ALMOST EXCLUSIVELY INTENDED TO BE A JAVA APPLET.

16:07:47 6    THAT IS A JAVA APPLET WORKS IN WHAT IS CALLED A

16:07:52 7    SAND BOX AND JAVA PREVENTS THE APPLET FROM DOING

16:07:56 8    THINGS THAT ARE SPECIFIC TO A PARTICULAR OPERATING

16:07:59 9    SYSTEM.

16:08:00 10         THE COURT:  SO YOU SAID IF MOST PEOPLE

16:08:02 11   HEAR THE WORD "APPLET" THEY'RE GOING TO ASSUME IT'S

16:08:04 12   A JAVA APPLET.

16:08:07 13         MR. COLE:  THEY'RE GOING TO ASSUME IT'S A

16:08:08 14   JAVA APPLET.

16:08:11 15         THE COURT:  WHY IS THAT?

16:08:14 16         MR. COLE:  THAT'S WHY BECAUSE PEOPLE

16:08:15 17   DON'T SAY FACIAL TISSUES, THEY SAY KLEENEX.  AND

16:08:18 18   CERTAINLY WITHIN THE GENERAL POPULATION THAT'S TRUE

16:08:21 19   AND THE POPULATION OF COMPUTER PROGRAMMERS HAS

16:08:25 20   BECOME VERY LARGE SINCE 40 YEARS AGO WHEN I WAS

16:08:28 21   DOING THIS AND EVEN IN THE COMPUTER PROGRAMMER

16:08:32 22   POPULATION, IT'S NOT UNCOMMON TO SEE PEOPLE WHOSE

16:08:35 23   ONLY EXPOSURE TO WRITING APPLETS IS USING JAVA

16:08:39 24   APPLETS.  AND THEY OFFER COURSES AT UNIVERSITIES

16:08:43 25   THAT ONLY DISCUSS JAVA APPLETS AND THEY DON'T

115

16:08:45  1      DISCUSS OTHERS.

16:08:45  2              THE COURT:  AND IS THAT BECAUSE THE FIRST

16:08:47  3      APPLETS WERE ALL JAVA APPLETS?

16:08:51  4              MR. COLE:  NOT EXACTLY, ANYMORE THAN THE

16:08:53  5      FIRST COMPUTERS WERE I.B.M. COMPUTERS.  IT'S JUST

16:08:55  6      THAT THEY HAVE PENETRATED THE MARKET VERY SERIOUSLY

16:09:00  7      AND IT'S A BRAND.

16:09:04  8              THE COURT:  OKAY.  BUT IT MUST HAVE BEEN

16:09:06  9      ONE OF THE EARLIER ONES.

16:09:09  10             MR. COLE:  IT'S FAIRLY EARLY.  THE TERMS

16:09:16  11     AND IN THE RESEARCH THAT I DID THERE WAS REFERENCE

16:09:19  12     TO THE TERMS APPLET IN EARLY 1990.  THE JAVA DID

16:09:23  13     NOT EXIST UNTIL EARLY 1995.

16:09:26  14             SO THE TERM APPLET PRECEDES THE JAVA

16:09:32  15     APPLETS, BUT LIKE I SAY, IT'S BECOME VERY POPULAR

16:09:39  16     IMPLEMENTATION OR METHOD OF IMPLEMENTING APPLETS.

16:09:47  17             THE COURT:  GO AHEAD.

16:09:49  18             MR. COLE:  SO THE JAVA APPLETS ARE

16:09:52  19     INTENDED TO BE AND ARE ALMOST EXCLUSIVELY OPERATING

16:09:55  20     SYSTEM INDEPENDENT.

16:09:56  21             BUT JAVA IS NOT THE ONLY LANGUAGE IN

16:09:58  22     WHICH ONE CAN WRITE APPLETS.  FOR INSTANCE, AS I

16:10:00  23     SAID, THE APPLET TERM PREDATES THE EMERGENCE OF

16:10:05  24     JAVA AS A PROGRAMMING LANGUAGE.

16:10:07  25             EXAMPLES ARE SHOWN HERE.  APPLESCRIPT IS

                                                           116

16:10:14  1    A PARTICULAR LANGUAGE THAT IS USED FOR DOING

16:10:17  2    OPERATING SYSTEMS DOT TYPE PROGRAMMING ON AN APPLE

16:10:20  3    MACINTOSH COMPUTER.

16:10:21  4            APPLESCRIPT APPLETS ARE PRETTY COMMON,

16:10:26  5    AND THEY RUN ONLY ON THE MAC OS OPERATING SYSTEM.

16:10:31  6            THE COURT:  AND WHAT DOES IT DO?

16:10:34  7            MR. COLE:  WHAT DOES IT DO?

16:10:36  8            THE COURT:  YEAH.

16:10:37  9            MR. COLE:  WELL, THE SAME TYPES OF THINGS

16:10:39 10    THAT I DESCRIBED EARLIER.  IT'S POSSIBLE TO -- IN

16:10:42 11    APPLESCRIPT IT'S POSSIBLE TO IMPLEMENT VERY SMALL

16:10:45 12    UTILITIES THAT DO LITTLE HELPER FUNCTIONS FOR

16:10:51 13    PROGRAMMERS OR COMPUTER USERS.

16:10:56 14            THERE ARE EXAMPLES OF RESETTING THE CLOCK

16:11:00 15    TIME.  I DON'T REMEMBER RIGHT NOW WHAT THEY WERE,

16:11:03 16    SOME OF THE ONES THAT I LOOKED AT, BUT YOU CAN, FOR

16:11:08 17    INSTANCE, USE THE APPLESCRIPT WHEN YOU START YOUR

16:11:10 18    COMPUTER TO START UP A PARTICULAR APPLICATION FOR

16:11:15 19    YOU.

16:11:16 20            IT'S A HELPER TYPE OF OPERATION.  OR

16:11:21 21    TO -- PROGRAMMERS WHO DO THIS WHO DON'T USE THE

16:11:25 22    GRAPHICAL USER INTERFACE OR USE THE COMMAND LINE

16:11:29 23    FOR THE INTERFACE USERS, YOU CAN USE AN APPLESCRIPT

16:11:32 24    TO PUT YOU IN THE RIGHT POSITION, THE RIGHT

16:11:34 25    DIRECTORY TO DO YOUR WORK.

                                                              117

16:11:36 1                THE COURT:  DOES IT HAVE A MULTITASKING

16:11:39 2    FUNCTION OR NOT?

16:11:40 3                MR. COLE:  THE APPLESCRIPT IS --

16:11:42 4                THE COURT:  NOT THE APPLESCRIPT, JUST THE

16:11:45 5    APPLET.

16:11:48 6                MR. COLE:  AN APPLET, AN APPLET IS A

16:11:50 7    MECHANISM FOR DOING MULTITASKING OR IT CAN BE AT

16:11:54 8    LEAST.  IT'S NOT NECESSARILY SHOW.

16:11:55 9                AND THE -- WHETHER YOU ASCRIBE THE

16:12:01 10   MULTITASK TO THE APPLET OR TO THE APPLICATION THAT

16:12:04 11   IT'S ASSOCIATED WITH OR TO THE OPERATING SYSTEM,

16:12:07 12   APPLET IS A MECHANISM FOR IMPLEMENTING A MULTITASK

16:12:12 13   PROCESS.

16:12:12 14               THE COURT:  AND IS IT SORT OF A WORD THAT

16:12:14 15   COMES FROM APPLICATION?

16:12:18 16               MR. COLE:  YES, IN THE SAME WAY THAT THE

16:12:20 17   WORD APP ON YOUR PHONE COMES FROM APPLICATION, THE

16:12:23 18   TERM CONNOTES SOMETHING THAT IS, AGAIN, SMALL,

16:12:30 19   UNAMBITIOUS, JUST VERY TIGHTLY FOCUSSED IN WHAT IT

16:12:33 20   DOES.

16:12:35 21               THE APPLETS ARE ALSO COMBINED TOGETHER ON

16:12:39 22   THE WINDOWS OPERATING SYSTEM, FOR INSTANCE, THERE'S

16:12:42 23   A -- THERE'S A GROUP OF APPLETS THAT ARE CALLED THE

16:12:45 24   CONTROL PANEL APPLETS AND YOU RUN A CONTROL PANEL

16:12:48 25   MENU AND IT GIVES YOU 10 OR 15 OR 20 DIFFERENT

118

16:12:54 1    LITTLE THINGS THAT YOU CAN DO ON YOUR COMPUTER AND

16:12:56 2    THEY'RE CALLED APPLETS.

16:12:58 3            THE COURT:  AND WHAT DOES SMALL IN THIS

16:13:00 4    CONTEXT MEAN?

16:13:01 5            DOES IT MEAN INCREMENTAL LIKE ITS

16:13:03 6    FUNCTION IS INCREMENTAL OR ITS SIZE?

16:13:06 7            MR. COLE:  SMALL CAN BE CHARACTERIZED

16:13:08 8    EITHER WAY.  LIKE I SAID, IT'S UNAMBITIOUS.  IT MAY

16:13:11 9    BE WHAT LOOKS LIKE A VERY SIMPLE THING.

16:13:14 10           SO, FOR INSTANCE, IF YOU'RE PLAYING MUSIC

16:13:17 11   ON YOUR PHONE, WHILE THE MUSIC IS PLAYING, YOU CAN

16:13:24 12   SWITCH OVER AND SLIDE THROUGH THE DIFFERENT ALBUMS

16:13:28 13   THAT ARE IN YOUR MUSIC COLLECTION AND PICK THE NEXT

16:13:32 14   ALBUM FOR THE SONG THAT YOU WANT TO PLAY NEXT.

16:13:35 15           THAT ABILITY TO CONTINUE TO PLAY AND THEN

16:13:41 16   GO IN AND SELECT THE NEXT THING THAT YOU WANT TO DO

16:13:43 17   WHILE THE PLAY IS GOING ON MIGHT BE AN APPLET.

16:13:47 18           IT MIGHT ALSO BE AN APPLET WHEN YOU --

16:13:55 19   LET'S SEE.  IF YOU TOOK A SMALL PART OF SAY THE --

16:14:03 20   IF YOU WERE TRYING TO JUST RECEIVE AN E-MAIL THAT

16:14:05 21   WAS COMING IN OR RECEIVE A TEXT MESSAGE THAT WAS

16:14:08 22   COMING IN WHILE YOUR SONG WAS PLAYING, THAT MIGHT

16:14:10 23   BE AN APPLET AS WELL.

16:14:11 24           BUT IT'S A PIECE OF SOMETHING RATHER THAN

16:14:13 25   BEING A FULL-BLOWN APPLICATION LIKE A WORD

119

16:14:20  1    PROCESSOR OR A SPREADSHEET OR SOMETHING LIKE THAT.

16:14:22  2                    THE COURT:  AND IS APPLICATION DIFFERENT

16:14:24  3    THAN PROGRAM OR ARE THOSE THE SAME THINGS OR --

16:14:28  4                    MR. COLE:  NOT TERRIBLY DIFFERENT.

16:14:29  5    PROGRAM IS A VERY GENERIC TERM AND APPLICATIONS

16:14:35  6    TEND TO BE A SUBSET OF WHAT YOU MIGHT THINK OF AS

16:14:37  7    ALL POSSIBLE PROGRAMS.

16:14:39  8                    AN APPLICATION -- AND, AGAIN, IT DEPENDS

16:14:41  9    ON WHERE YOU'RE STANDING WHEN YOU LOOK AT THIS.

16:14:43 10    ONE MAN'S APPLICATION IS ANOTHER MAN'S UTILITY, BUT

16:14:47 11    AN APPLICATION PROGRAM GENERALLY SPEAKING IS

16:14:50 12    SOMETHING THAT HAS COHERENT USAGE LIKE, AGAIN, GO

16:14:55 13    BACK TO WORD PROCESSORS.  AND YOU GENERALLY,

16:14:59 14    ALTHOUGH YOU CAN DO SOME, YOU DON'T GENERALLY USE

16:15:05 15    YOUR WORD PROCESSOR TO DO SPREADSHEET TYPE

16:15:06 16    FUNCTIONS.  NEVERTHELESS THE WORD PROCESSOR HAS

16:15:10 17    VERY LARGE CAPABILITY FOR FORMATTING AND ORGANIZING

16:15:12 18    THE DOCUMENTS THAT YOU'RE WORKING ON.  IT'S A

16:15:13 19    FULL-BLOWN APPLICATION.

16:15:14 20                    OTHER APPLICATIONS IN DIFFERENT

16:15:17 21    CIRCUMSTANCES WOULD BE MANUFACTURING MANAGEMENT

16:15:21 22    WOULD BE CONSIDERED AN APPLICATION.  SOMETHING LIKE

16:15:27 23    AN HR SYSTEM ON A LARGE COMPUTER WOULD ALSO BE

16:15:32 24    CONSIDERED AN APPLICATION.

16:15:33 25                    YOU MIGHT BUNDLE SEVERAL APPLICATIONS

                                                                  120

16:15:36 1   TOGETHER AND CALL IT A SYSTEM.  SO THOSE ARE FAIRLY

16:15:40 2   COMMON CONNOTATIONS OF THE DIFFERENT TERMS.

16:15:45 3          PROGRAM IS A BIT BROADER TERM THAN

16:15:47 4   APPLICATION.  APPLICATION TENDS TO BE SOMETHING

16:15:49 5   THAT PEOPLE INTERACT WITH.

16:15:53 6          OKAY.  SO THE NOTION HERE WHAT THIS SLIDE

16:16:03 7   REPRESENTS IS THE FACT THAT FIRST OFF YOU CAN WRITE

16:16:04 8   APPLICATIONS IN MANY DIFFERENT LANGUAGES.  THESE

16:16:07 9   ARE JUST A FEW, BUT I'M SURE THAT THERE ARE DOZENS

16:16:10 10  AND DOZENS OF PROGRAM LANGUAGES THAT IMPLEMENT

16:16:19 11  APPLETS AND SOME OF THESE APPLETS ARE GOING TO BE

16:16:22 12  SPECIFIC TO A PARTICULAR OPERATING SYSTEM.

16:16:23 13         I DON'T KNOW OF ANY SYSTEM OTHER THAN

16:16:28 14  MACINTOSH THAT RUNS APPLESCRIPT, FOR INSTANCE.

16:16:31 15         WHILE THERE ARE PLENTY OF SYSTEMS THAT

16:16:34 16  RUN PYTHON PROGRAMS, YOU CAN NEVERTHELESS WRITE A

16:16:39 17  PYTHON PROGRAM THAT RELIES ON A PARTICULAR FEATURE

16:16:40 18  OF THE OPERATING SYSTEM THAT YOU'RE WORKING ON AND

16:16:43 19  THAT APPLET WOULD BE DEPENDENT ON THAT OPERATING

16:16:49 20  SYSTEM IN ORDER TO FUNCTION.

16:16:49 21         THE SAME HAS TO DO WITH OTHER PROGRAMMING

16:16:52 22  LANGUAGES THAT COULD LATCH ON TO SOME PARTICULAR

16:16:55 23  FEATURE OF WINDOWS THAT THEY RELY ON.  AND SO IT'S

16:16:58 24  A QUESTION OF WHAT THE GOAL OF THE APPLET IS, HOW

16:17:01 25  IT'S WRITTEN, AND WHETHER IT -- THE PROGRAM AS

121

16:17:09  1    WRITTEN UNCHANGED WILL EXECUTE OR FUNCTION ON A

16:17:15  2    DIFFERENT OPERATING SYSTEM.

16:17:20  3            UNLESS YOU HAVE OTHER QUESTIONS, THAT'S

16:17:23  4    OUR PRESENTATION ON THE '711.  EXCUSE ME.

16:17:31  5            THE COURT:  WOULD YOU LIKE SOME WATER?

16:17:32  6            MR. COLE:  IF YOU HAVE A QUESTION OR TWO,

16:17:34  7    YES.

16:17:34  8            THE COURT:  LET ME ASK YOU JUST ONE QUICK

16:17:37  9    QUESTION, HOW COME YOUR -- WELL, THIS IS REALLY

16:17:41 10    JUST A CLAIM CONSTRUCTION ISSUE.  I'LL SAVE IT FOR

16:17:45 11    FRIDAY.  I'M GOOD.  THANK YOU.

16:17:47 12            MR. COLE:  OKAY.

16:17:57 13            MR. BASSETT:  GOOD AFTERNOON, YOUR HONOR.

16:18:03 14    AND JUST TO CLARIFY ONE QUESTION THAT YOU HAD ASKED

16:18:05 15    EARLIER ABOUT WAS THIS THE ONLY CLAIM TERM THAT WE

16:18:09 16    DISPUTED REGARDING THE SAMSUNG PATENTS?

16:18:12 17            TO BE CLEAR, THE ANSWER WAS NO, BUT WE,

16:18:15 18    IN AN ATTEMPT TO COMPLY WITH THE COURT'S ORDERS,

16:18:19 19    HAD NARROWED IT DOWN TO TEN CLAIM TERMS.  WE

16:18:21 20    NARROWED IT DOWN AND ENDED UP WITH ONLY ONE CLAIM

16:18:24 21    TERM FROM THE SAMSUNG PATENTS THAT WE ARE GOING TO

16:18:27 22    BE TALKING ABOUT ON FRIDAY.

16:18:28 23            THAT DOESN'T MEAN OBVIOUSLY THAT THERE

16:18:30 24    ARE NOT NECESSARILY OTHER CLAIM TERMS THAT THE

16:18:32 25    PARTIES DISPUTE, BUT WE'RE TRYING TO MAKE SURE THAT

                                                        122

16:18:34 1    WE FOCUSSED ON THE CLAIM TERMS THAT --

16:18:37 2              THE COURT:  DID YOU SELECT "SYMBOL" OF

16:18:39 3    THE '792 AND "APPLET" OF THE '711 OR WERE THOSE

16:18:45 4    SAMSUNG'S PICKS?

16:18:46 5              MR. BASSETT:  I THINK WE PICKED BOTH OF

16:18:48 6    THOSE ORIGINALLY, YOUR HONOR.

16:18:49 7              THE COURT:  ALL RIGHT.

16:18:50 8              MR. BASSETT:  SO MR. COLE HAS ALREADY

16:18:54 9    GIVEN THE BACKGROUND OF OUR DISPUTE.  SO THERE'S NO

16:18:57 10   NEED TO GO THROUGH THAT IN OUR SLIDE.  SO WE'LL

16:18:59 11   JUST GO STRAIGHT TO SLIDE 12 IN OUR PRESENTATION.

16:19:01 12             AS MR. COLE PROPERLY SUGGESTS THE DISPUTE

16:19:04 13   THAT YOU'RE GOING TO HEAR ABOUT ON FRIDAY IS GOING

16:19:06 14   TO COME DOWN TO THE QUESTION OF WHETHER APPLET IS

16:19:09 15   OPERATING SYSTEM INDEPENDENT OR NOT.

16:19:11 16             BUT WHAT DOES IT MEAN TO BE OPERATING

16:19:14 17   SYSTEM INDEPENDENT?

16:19:15 18             TO GIVE SOME BACKGROUND TO THIS IDEA,

16:19:18 19   LET'S START BY DISCUSSING FIRST WHAT AN OPERATING

16:19:21 20   SYSTEM IS AND DOES.

16:19:23 21             AS THIS SLIDE ILLUSTRATES, AN OPERATING

16:19:27 22   SYSTEM MANAGES COMPUTER HARDWARE RESOURCES AND

16:19:31 23   PROVIDES COMMON SERVICES IN A COMMON INTERFACE FOR

16:19:37 24   APPLICATIONS SOFTWARE.

16:19:37 25             WHAT DOES THAT MEAN?  WELL, BASICALLY THE

                                                        123

16:19:38 1    OPERATING SYSTEM CONTROLS ALL OF THE RESOURCES OF

16:19:41 2    THE COMPUTER.  IT PROVIDES A COMMON INTERFACE FOR

16:19:44 3    APPLICATIONS TO INTERFACE WITH THOSE RESOURCES SUCH

16:19:46 4    AS A KEYBOARD, A MOUSE OR A PRINTER.

16:19:49 5         THE OPERATING SYSTEM HAS TO SHARE ALL OF

16:19:51 6    THESE RESOURCES AMONG THESE DIFFERENT APPLICATIONS

16:19:53 7    AND PIECES OF HARDWARE.  AND IT DOES SO ACCORDING

16:19:56 8    TO A SET OF PRIORITIES.

16:20:00 9         FOR INSTANCE, IF YOU HAVE A CELL PHONE,

16:20:02 10   THE TOP PRIORITY MOST LIKELY FOR THE OPERATING

16:20:05 11   SYSTEM IN THAT CELL PHONE IS TO GOING TO BE TO MAKE

16:20:07 12   SURE THAT YOU CAN RECEIVE AN INCOMING CALL, AND

16:20:10 13   THAT WILL SUPERSEDE ANYTHING ELSE ACCORDING TO THE

16:20:12 14   OPERATION OF THAT CELL PHONE.

16:20:13 15        SIMILARLY, IF YOU HAVE TWO PARTS OF THE

16:20:16 16   COMPUTER SYSTEM THAT WANT TO PRINT AT THE SAME

16:20:20 17   TIME, THE OPERATING SYSTEM IS WHAT DECIDES WHO GETS

16:20:23 18   PRIORITY.

16:20:23 19        AND IN 2005, THERE WERE MULTIPLE

16:20:26 20   OPERATING SYSTEMS THAT WERE WELL-KNOWN:  MICROSOFT,

16:20:29 21   WINDOWS, AND APPLE MAC OSX JUST BEING TWO THAT WERE

16:20:35 22   KNOWN AT THE TIME.

16:20:36 23        NOW, WE SAID OPERATING SYSTEMS MANAGED

16:20:39 24   RESOURCES AMONG APPLICATIONS.  AN APPLICATION, AS

16:20:41 25   MR. COLE SUGGESTED, IS A PROGRAM THAT IS USED TO

                                                          124

16:20:44 1    PERFORM A SPECIFIC TASK.  AND IT INCLUDES FAMILIAR

16:20:47 2    THINGS SUCH AS WORD PROCESSORS, E-MAIL PROGRAMS,

16:20:51 3    WEB BROWSERS AND THE LIKE.

16:20:52 4            APPLICATIONS GENERALLY RUN ON AN

16:20:56 5    OPERATING SYSTEM, AND THE OPERATING SYSTEM IN TURN

16:20:59 6    PROVIDES SOME OF THEIR FEATURES AND FUNCTIONALITY.

16:21:02 7            ONE EXAMPLE MIGHT BE, FOR INSTANCE, AN

16:21:04 8    OPERATING SYSTEM THAT PROVIDES BASIC WINDOWS

16:21:06 9    FUNCTIONALITY FOR A WORD PROCESSING PROGRAM.

16:21:09 10           WHILE THE WORD PROCESSING APPLICATION

16:21:12 11   ITSELF PROVIDES THE SPECIFICS OF HOW THE WORDS

16:21:14 12   APPEAR ON THE SCREEN, THAT TYPE OF APPLICATION IS

16:21:17 13   CONSIDERED OPERATING SYSTEM DEPENDENT.

16:21:20 14           THE CODE IS SPECIFIC TO THE PARTICULAR

16:21:22 15   OPERATING SYSTEM, AND IT'S NOT PORTABLE TO ANOTHER

16:21:25 16   OPERATING SYSTEM.

16:21:26 17           FOR EXAMPLE, WORD PROCESSING, E-MAIL,

16:21:30 18   WORD BROWSER APPLICATIONS ARE ALL VERY DIFFERENT

16:21:33 19   AND SPECIFIC BETWEEN MAC SYSTEMS AND WINDOWS BASED

16:21:37 20   SYSTEMS FOR INSTANCE.

16:21:40 21           BUT AS OUR NEXT SLIDE ILLUSTRATES, IT IS

16:21:44 22   POSSIBLE FOR A PROGRAM TO BE INDEPENDENT OF THE

16:21:47 23   OPERATING SYSTEM.

16:21:47 24           AS SHOWN IN THIS ILLUSTRATION, A PROGRAM

16:21:49 25   CAN OPERATE INSIDE OF WHAT IS CALLED A HOST

125

16:21:52  1   APPLICATION AND IT CAN BE ISOLATED FROM AND

16:21:55  2   INDEPENDENT OF THE OPERATING SYSTEM.

16:21:57  3            THE HOST APPLICATION PROVIDES THE

16:22:00  4   RESOURCES FOR EXECUTING THE PROGRAM AND KEEPS IT

16:22:03  5   SEPARATE FROM THE OPERATING SYSTEM AND THE

16:22:06  6   HARDWARE.  THESE TYPES OF PROGRAMS ARE SOMETIMES

16:22:09  7   SAID TO BE NESTED INSIDE OF THE HOST APPLICATION.

16:22:12  8            A COMMON EXAMPLE OF A HOST APPLICATION IS

16:22:15  9   A WEB BROWSER WHICH CAN RUN PROGRAMS DOWNLOADED

16:22:18 10   FROM THE INTERNET WITHIN IT INDEPENDENT OF THE

16:22:20 11   OPERATING SYSTEM.

16:22:21 12            IT CAN BE DESIRABLE TO HAVE A PROGRAM RUN

16:22:29 13   WITHIN ANOTHER HOST APPLICATION FOR A NUMBER OF

16:22:32 14   REASONS, AND I'LL TOUCH ON THOSE IN JUST A MOMENT.

16:22:34 15            BUT FIRST IT'S IMPORTANT TO UNDERSTAND

16:22:36 16   THE KEY FEATURE OF AN OPERATING SYSTEM INDEPENDENT

16:22:38 17   CODE.  IT CAN BE USED BY MULTIPLE OPERATING SYSTEMS

16:22:42 18   ON MULTIPLE PLATFORMS WITHOUT BEING REWRITTEN.

16:22:45 19            NOW, THE TERM "OPERATING SYSTEM

16:22:48 20   INDEPENDENT" AND "PLATFORM INDEPENDENT" ARE

16:22:51 21   SOMETIMES USED INTERCHANGEABLY.  THEY'RE SLIGHTLY

16:22:54 22   DIFFERENT, BUT I THINK FOR OUR PURPOSES THEY CAN BE

16:22:56 23   USED INTERCHANGEABLY.

16:22:58 24            AND WE PUT UP HERE JUST A DEFINITION OF

16:23:01 25   WHAT A PLATFORM IS AS IT'S USED IN THIS CONTEXT.

126

16:23:04  1    IT'S ESSENTIALLY A LOOSE TERM THAT GENERALLY REFERS

16:23:07  2    TO A COMBINATION OF HARDWARE AND OPERATING SYSTEMS

16:23:10  3    THAT WILL MOSTLY RUN THE SAME SOFTWARE.

16:23:12  4        SO YOU WILL SOMETIMES HEAR A PROGRAMMER

16:23:17  5    REFER TO OPERATING SYSTEM INDEPENDENT OR PLATFORM

16:23:19  6    INDEPENDENT AND AGAIN I THINK FOR OUR PURPOSES IT

16:23:21  7    MEANS ESSENTIALLY THE SAME THING.

16:23:23  8        NOW, LET'S LOOK AT SOME OF THE ADVANTAGES

16:23:25  9    OF OPERATING SYSTEM INDEPENDENT.  WHY WOULD ONE

16:23:27 10    WANT TO WRITE AN OPERATING SYSTEM INDEPENDENT

16:23:30 11    PROGRAM IN THE FIRST PLACE?

16:23:32 12        WELL, THE FIRST ADVANTAGE IS SECURITY.

16:23:35 13    THE OPERATING SYSTEM INDEPENDENT PROGRAM HAS TO DO

16:23:38 14    EVERYTHING THROUGH THE HOST APPLICATION WHICH IT IS

16:23:41 15    NESTED.  THAT MEANS THE HOST APPLICATION, SUCH AS A

16:23:43 16    WEB BROWSER, CAN PROTECT THE OPERATING SYSTEM AND

16:23:46 17    THE HARDWARE FROM A POTENTIALLY MALICIOUS PROGRAM.

16:23:49 18    FOR EXAMPLE, A PROGRAM OBTAINED ON THE INTERNET MAY

16:23:52 19    NOT BE TRUSTED.

16:23:53 20        SO IT'S GOOD TO KEEP THAT PROGRAM FROM

16:23:55 21    ACCESSING THE COMPUTER'S OPERATING SYSTEM AND

16:23:57 22    HARDWARE AND POTENTIALLY CAUSING DAMAGE.

16:23:59 23        THE HOST APPLICATION CAN PROVIDE SECURITY

16:24:02 24    PROTOCOL TO THE PROGRAMS THAT ARE NESTED WITHIN IT.

16:24:05 25        FOR EXAMPLE, IT CAN REFUSE TO READ OR

127

16:24:08  1    WRITE TO THE FILE SYSTEM IF THE REQUEST COMES FROM

16:24:10  2    AN UNTRUSTED PROGRAM.

16:24:15  3            THE SECOND ADVANTAGE AND THIS ONE WE

16:24:17  4    ALREADY TOUCHED UPON IS OPERATING SYSTEM

16:24:20  5    INDEPENDENT PROGRAM IS IT'S ACCESSIBLE TO A WIDE

16:24:23  6    USER BASE.

16:24:23  7            AGAIN, USING THE INTERNET EXAMPLE, USING

16:24:27  8    THE USERS WITH VARIOUS TYPES OF COMPUTERS AND

16:24:29  9    OPERATING SYSTEMS CAN DOWNLOAD THE SAME PROGRAM

16:24:31 10    FROM THE INTERNET AND THAT'S VERY BENEFICIAL FOR

16:24:33 11    CONTENT THAT YOU WANT TO BE ABLE TO HAVE WIDELY

16:24:36 12    DISTRIBUTED.  IT DOESN'T HAVE TO BE REWRITTEN

16:24:39 13    MULTIPLE TIMES FOR DIFFERENT OPERATING SYSTEMS.

16:24:40 14            NOW, AS MR. COLE TOUCHED UPON, JAVA

16:24:44 15    APPLETS ARE ONE TYPICAL AND PROBABLY I THINK THE

16:24:47 16    MOST COMMON EXAMPLE OF AN OPERATING SYSTEM

16:24:50 17    INDEPENDENT PROGRAM THAT RUNS WITHIN A HOST

16:24:53 18    APPLICATION.

16:24:54 19            WHAT IS JAVA?  JAVA IS A COMPUTER

16:24:58 20    PROGRAMMING LANGUAGE THAT IS COMMONLY USED TO

16:25:00 21    DEVELOP APPLICATIONS THAT RUN ON A VARIETY OF

16:25:03 22    DIFFERENT DEVICES AND OPERATING SYSTEMS AS OFTEN

16:25:05 23    USED FOR PROGRAMS DOWNLOADED OVER THE INTERNET AND

16:25:08 24    RUN WITHIN A WEB BROWSER AND IN THAT CIRCUMSTANCE

16:25:11 25    THE WEB BROWSER WOULD BE THE HOST APPLICATION THAT

                                                            128

16:25:14 1    WE REFER TO IN THE OTHER SLIDES THAT NEST THE

16:25:17 2    PROGRAM WITHIN IT.

16:25:21 3            LET'S TAKE A LITTLE MORE DETAILED LOOK AT

16:25:24 4    HOW JAVA WORKS AND THERE'S A LOT ON THIS SLIDE BUT

16:25:27 5    I'LL GO THROUGH IT AND TRY TO BREAK IT DOWN.

16:25:29 6            JAVA IS A HIGH-LEVEL PROGRAM THAT NEEDS

16:25:31 7    TO BE DECOMPOSED INTO A MACHINE CODE.  MACHINE CODE

16:25:36 8    IS THE LOWEST LEVEL PROGRAMMING LANGUAGE.  THAT'S

16:25:39 9    THE ZEROS AND ONES THAT WE SEE ON THE RIGHT THAT

16:25:43 10   WE'RE ALL FAMILIAR WITH, THE BINARY CODE THAT

16:25:45 11   COMPUTERS RUN ON.

16:25:46 12           THE MACHINE CODE IS DIFFERENT, HOWEVER,

16:25:48 13   FOR DIFFERENT TYPES OF COMPUTERS.  THE MACHINE CODE

16:25:50 14   THAT RUNS ON A MACINTOSH IS DIFFERENT THAN THE

16:25:53 15   MACHINE CODE THAT RUNS ON A WINDOWS BASED SYSTEM OR

16:25:56 16   LENOX BASED SYSTEM.  THEY HAVE DIFFERENT MACHINE

16:25:58 17   CODES.

16:25:59 18           SO THE FIRST STEP IN TURNING A JAVA

16:26:02 19   PROGRAM INTO THE MACHINE CODE THAT'S USEABLE BY THE

16:26:06 20   COMPUTERS IS TO WRITE THE SOURCE CODE OF JAVA.

16:26:08 21           AND THAT'S WHAT APPEARS UP HERE IN THE

16:26:12 22   UPPER LEFT-HAND CORNER.

16:26:14 23           THE SOURCE CODE IS ESSENTIALLY A MODIFIED

16:26:17 24   FORM OF ENGLISH AND THAT'S HOW THE PROGRAMS ARE

16:26:19 25   ORGINALLY WRITTEN AND THEN THE SOURCE CODE IS THEN

129

16:26:22 1    RUN THROUGH A JAVA COMPILER.

16:26:24 2            THE RESULT THAT COMES OUT OF THE JAVA

16:26:26 3    COMPILER IS SOMETHING THAT IS CALLED JAVA BYTE

16:26:30 4    CODE.  IT'S THE JAVA BYTE CODE THAT CAN BE

16:26:33 5    DISTRIBUTED TO ANY TYPE OF COMPUTER BECAUSE IT'S A

16:26:35 6    COMMON LANGUAGE THAT ANY COMPUTER CAN READ.

16:26:39 7            BUT THEN THAT COMPUTER THEN IN TURN HAS

16:26:42 8    TO TAKE THE JAVA BYTE CODE AND RUN IT THROUGH THE

16:26:45 9    INTERPRETER, WHICH IS REPRESENTED BY THE GREEN

16:26:48 10   ARROWS, AND IT'S THE INTERPRETER WITHIN THE

16:26:50 11   OPERATING SYSTEMS AND COMPUTERS THAT TURNS THAT

16:26:53 12   COMMON JAVA BYTE CODE LANGUAGE INTO THE SPECIFIC

16:26:57 13   MACHINE CODE THAT CAN BE USED BY THE VARIOUS

16:27:00 14   COMPUTERS.

16:27:01 15           THAT'S WHY JAVA IS KNOWN AS BEING

16:27:03 16   PLATFORM INDEPENDENT OR OPERATING SYSTEM

16:27:05 17   INDEPENDENT BECAUSE THE JAVA BYTE CODE IS A

16:27:08 18   UNIVERSAL LANGUAGE THAT THEN GETS INTERPRETED BY

16:27:12 19   THE DIFFERENT COMPUTER ON WHICH IT'S LOADED.

16:27:14 20           NOW, LEADING UP TO 2005 MOBILE PHONE

16:27:18 21   MANUFACTURERS INCREASINGLY HAVE PRODUCED JAVA

16:27:21 22   ENABLED DEVICES.

16:27:21 23           AND BY 2005, JAVA WAS TYPICAL, BUT AS

16:27:25 24   MR. COLE SUGGESTED, OTHER EXAMPLES EXISTED OF

16:27:29 25   OPERATING SYSTEM INDEPENDENT PROGRAMS THAT RAN WITH

                                                    130

16:27:31  1      --

16:27:32  2                  THE COURT:  JAVA IS NON-PROPRIETARY,

16:27:34  3      RIGHT?

16:27:37  4                  MR. BASSETT:  I'M SORRY?

16:27:38  5                  THE COURT:  JAVA IS NOT PROPRIETARY, OR

16:27:40  6      IS IT?

16:27:42  7                  MR. BASSETT:  I BELIEVE IT IS PROPRIETARY

16:27:43  8      BUT IT IS LICENSED.  FRANKLY, I DON'T KNOW THE

16:27:46  9      ANSWER TO THAT QUESTION, BUT I CAN FIND IT OUT

16:27:49 10      THOUGH, YOUR HONOR.

16:27:49 11                  THE COURT:  WELL, I'M JUST TRYING TO

16:27:52 12      FIGURE OUT WHY IT WOULDN'T ORIGINATE IN JAVA?  I

16:27:57 13      THOUGHT JAVA WAS A MORE OPEN --

16:28:00 14                  MR. BASSETT:  JAVA IS WIDELY USED BY

16:28:02 15      COMPUTER PROGRAMMERS.  WHETHER IT'S STILL

16:28:04 16      PROPRIETARY, I'M AFRAID I DON'T KNOW, YOUR HONOR,

16:28:06 17      BUT I CAN FIND OUT THE ANSWER TO THAT QUESTION.

16:28:08 18                  THE COURT:  GO AHEAD.

16:28:10 19                  MR. BASSETT:  IT CERTAINLY STARTED OUT AS

16:28:12 20      PROPRIETARY, BUT I JUST DON'T KNOW ITS CURRENT

16:28:15 21      STATUS.

16:28:15 22                  THESE OTHER EXAMPLES, THERE ARE OTHER

16:28:17 23      EXAMPLES THAT INCLUDE PROGRAMS WRITTEN IN OTHER,

16:28:19 24      WHAT WE WOULD CALL INTERPRETED LANGUAGES THAT CAN

16:28:23 25      BE EXECUTED BY A HOST MACHINE RUNNING AN

                                                              131

16:28:27 1      INTERPRETER APPLICATION SUCH AS THOSE -- SUCH AS

16:28:30 2      WHAT WE ALREADY SAW IN JAVA.

16:28:32 3              OUR EXPERT TONY GIVARGIS, WHO YOU WILL

16:28:39 4      HEAR MORE ABOUT ON FRIDAY, SUGGESTS THAT PROGRAMS

16:28:43 5      SUCH AS FLASH, PYTHON, AND RUBY ARE SUCH

16:28:47 6      INTERPRETED LANGUAGES BECAUSE THEY ARE WRITTEN IN

16:28:50 7      THE COMMON LANGUAGE LIKE JAVA SCRIPT, ANALOGOUS TO

16:28:56 8      JAVA SCRIPT THEN INTERPRETED BY THE INDIVIDUAL

16:28:58 9      COMPUTERS TO THEN BREAK IT DOWN TO THE MACHINE CODE

16:29:01 10     MAKING THEM PLATFORM INDEPENDENT.

16:29:04 11             MR. COLE IS CORRECT THAT SOMETIMES THOSE

16:29:06 12     PROGRAMS CAN BE WRITTEN TO TAKE ADVANTAGE OF

16:29:08 13     CERTAIN PLATFORMS OR OPERATING SYSTEMS, BUT THEY

16:29:11 14     HAVE THE CAPABILITY OF BEING WRITTEN SO THAT THEY

16:29:14 15     CAN BE READ AND USED BY ANY OPERATING SYSTEM AND WE

16:29:17 16     WOULD SAY THAT THAT MAKES THEM OPERATING SYSTEM

16:29:21 17     INDEPENDENT, BUT WE'LL TALK MORE ABOUT THAT ON

16:29:23 18     FRIDAY.

16:29:23 19             AND THAT'S THE PRESENTATION THAT I HAVE,

16:29:25 20     YOUR HONOR, ON APPLETS, YOUR HONOR.

16:29:26 21             THE COURT:  WHY ARE YOU ALL FIGHTING OVER

16:29:29 22     PLATFORM INDEPENDENT?  IS THIS A NON-INFRINGEMENT

16:29:32 23     ISSUE?

16:29:33 24             MR. BASSETT:  IT'S A NON-INFRINGEMENT

16:29:37 25     ISSUE, YOUR HONOR.

                                                            132

16:29:37  1          THE COURT:  OKAY.  AND BECAUSE?

16:29:39  2          MR. BASSETT:  BECAUSE WE BELIEVE AND

16:29:41  3   WOULD ASSERT THAT THE APPLETS USED BY APPLE ARE NOT

16:29:47  4   OPERATING SYSTEM INDEPENDENT.

16:29:52  5          I'M SORRY.  THEY DON'T USE APPLETS.  THEY

16:29:54  6   USE SOMETHING THAT IS NOT OPERATING SYSTEM

16:29:56  7   INDEPENDENT, AND, THEREFORE, IT IS NOT AN APPLET.

16:29:58  8          WHAT THEY USE TO EXECUTE THIS

16:30:02  9   MULTITASKING THAT IS CLAIMED IN THE '711 PATENT IN

16:30:05 10   THE APPLE SYSTEM IS OPERATING SYSTEM DEPENDENT.  IT

16:30:09 11   CANNOT BE USED.  IT CANNOT BE USED ACROSS OTHER

16:30:13 12   OPERATING SYSTEMS, AND, THEREFORE, IT IS NOT AN

16:30:16 13   APPLET GIVEN WHAT WE BELIEVE IS THE PROPER

16:30:18 14   CONSTRUCTION OF THE CLAIM TERM APPLET.

16:30:19 15          THE COURT:  OKAY.  OKAY.  ALL RIGHT.

16:30:28 16   THANK YOU ALL.

16:30:29 17          MR. VERHOEVEN:  I JUST WANT TO ASK A

16:30:30 18   QUESTION IF I MIGHT BEFORE WE LEAVE?

16:30:32 19          THE COURT:  YES, YES.

16:30:33 20          MR. VERHOEVEN:  ON FRIDAY, DOES YOUR

16:30:35 21   HONOR HAVE A PARTICULAR PREFERENCE ON HOW WE GO

16:30:36 22   ABOUT OUR PRESENTATIONS?

16:30:38 23          THE COURT:  I'D LIKE TO GO TERM BY TERM

16:30:40 24   AND HAVE THE PATENTEE GO FIRST.  AND WITH REGARD TO

16:30:52 25   THE SEQUENCE OF THE TERMS, I DON'T HAVE A

                                                          133

16:31:03  1    PREFERENCE THAT WAY, BUT I WOULD LIKE TO GO TERM BY

16:31:06  2    TERM AND DO VOLLEYBALL.

16:31:08  3          MR. VERHOEVEN:  THANK YOU.  THAT WILL

16:31:09  4    HELP US PREPARE.

16:31:10  5          MR. MCELHINNY:  AND SO IN PREPARING, SOME

16:31:13  6    JUDGES LIKE A ONE-SENTENCE EXPLANATION OF WHY THIS

16:31:15  7    MATTERS AND SOME JUDGES DON'T WANT TO GET INTO WHY

16:31:20  8    IT MATTERS AT ALL.

16:31:21  9          THE COURT:  I THINK THAT WOULD BE USEFUL.

16:31:22 10          MR. MCELHINNY:  THANK YOU.

16:31:23 11          THE COURT:  AND I HAVE QUESTIONS AS TO

16:31:25 12    EACH OF THE TERMS.  SO IT'S GOING TO BE A

16:31:27 13    DISCUSSION AND MORE THAN A SET PRESENTATION IF

16:31:32 14    THAT'S OKAY WITH YOU ALL.

16:31:33 15          MR. MCELHINNY:  THAT'S GREAT.

16:31:34 16          MR. VERHOEVEN:  DID YOU WANT TO TELL US

16:31:36 17    ANY OF THOSE TODAY SO WE CAN PREPARE FOR THAT?

16:31:38 18          THE COURT:  WELL, I WAS HOPING I WOULD

16:31:39 19    GET ANSWERS TODAY, BUT IF I'M NOT GETTING ANSWERS

16:31:42 20    TODAY, THEN IT'S 4:30 AND I'M GOING TO SUGGEST THAT

16:31:46 21    WE RECONVENE.

16:31:47 22          SO WE HAVE 10:00 AND IS IT 1:00 O'CLOCK?

16:31:51 23          MR. MCELHINNY:  THAT'S WHAT YOU SAID.

16:31:52 24          THE COURT:  SO WE'LL BE PROBABLY

16:31:54 25    BREAKING.

                                                          134

16:31:55 1          THE CLERK:  YEAH, I THINK IT WAS SET FROM

16:31:57 2     10:00 TO 12:00 AND THEN 1:00 TO 3:00.

16:32:03 3          THE COURT:  OKAY.  WE'LL GO THROUGH THE

16:32:05 4     TERMS BACK AND FORTH.

16:32:06 5          ANYTHING ELSE?  AND LET'S HANDLE THE

16:32:08 6     MOTION TO STRIKE ISSUE ON FRIDAY.  AND THEN IS

16:32:13 7     THERE ANYTHING ELSE THAT WE NEED TO COVER BEFORE

16:32:15 8     THEN?

16:32:16 9          MR. VERHOEVEN:  THE ONLY THING I CAN

16:32:18 10    THINK OF, YOUR HONOR, IS ON TWO OF THE PATENTS

16:32:20 11    THERE WAS A RULING ON THE I.T.C.  IF YOUR HONOR IS

16:32:23 12    INTERESTED, WE COULD TRY TO MAKE SOME EFFORT TO GET

16:32:27 13    A CLAIM CONSTRUCTION RULING.

16:32:29 14         THE COURT:  SO I SAW WHAT YOU ALL FILED

16:32:31 15    TO THE STAFF RECOMMENDATION AS TO A NUMBER OF THESE

16:32:34 16    TERMS.  YOU'RE SAYING THERE WAS AN ACTUAL ALJ

16:32:38 17    RULING?

16:32:39 18         MR. VERHOEVEN:  THERE WERE TWO PATENTS

16:32:40 19    THAT OVERLAPPED WITH AN INVESTIGATION THAT APPLE

16:32:43 20    HAD AGAINST MOTOROLA MOBILITY AT THE I.T.C. AND THE

16:32:47 21    ALJ ISSUED ITS INITIAL DETERMINATION, WHICH IS THE

16:32:51 22    FIRST RULING ON THE MERITS OF EVERYTHING ON FRIDAY,

16:32:55 23    AND FOUND NO VIOLATION AS TO ALL THREE ASSERTED

16:32:59 24    PATENTS.

16:33:00 25         WE'RE SORTING THROUGH IT BECAUSE THERE'S

                                                        135

16:33:01 1    A LOT OF CONFIDENTIALITY --

16:33:02 2              THE COURT:  WELL, THEN DO YOU WANT ME TO

16:33:05 3    GO THROUGH WHAT IS HAPPENING IN AUSTRALIA AND IN

16:33:08 4    HOLLAND AND IN GERMANY?  I REALLY DON'T THINK

16:33:10 5    THAT'S REALLY RELEVANT.

16:33:12 6              MR. VERHOEVEN:  THE ONLY REASON I MENTION

16:33:14 7    IT IS YOU MADE SOME RULINGS ON CLAIM CONSTRUCTION,

16:33:16 8    AND WE DON'T WANT TO GIVE IT TO YOU IF YOU DON'T

16:33:19 9    WANT IT, AND I JUST THOUGHT I WOULD RAISE IT FOR

16:33:21 10   YOU.

16:33:21 11             MR. MCELHINNY:  I HAVEN'T SEEN IT BECAUSE

16:33:23 12   OF THE CONFIDENTIALITY RULE OF THE I.T.C.  I READ

16:33:27 13   THE NEWS PRESS RELEASE, BUT I HAVEN'T SEEN THE

16:33:31 14   RULINGS THEMSELVES.

16:33:32 15             MR. VERHOEVEN:  I'M NOT ADVOCATING ONE

16:33:34 16   WAY OR THE OTHER, YOUR HONOR.  SO I JUST WANTED TO

16:33:36 17   LET YOU KNOW, BUT WHATEVER YOU WANT WE'LL DO.

16:33:39 18             THE COURT:  SO HOW DO YOU ALL HAVE IT

16:33:41 19   WITH THE CONFIDENTIALITY RESTRICTIONS?

16:33:44 20             MR. VERHOEVEN:  I REPRESENT MOTOROLA.

16:33:46 21             THE COURT:  I SEE.  BUT I WOULD SUSPECT

16:33:47 22   THAT DOESN'T THE PROTECTIVE ORDER SAY THAT YOU CAN

16:33:49 23   ONLY USE IT FOR THAT LAWSUIT?

16:33:51 24             MR. VERHOEVEN:  NO.  THIS IS -- SEE, WHAT

16:33:52 25   THE PROCESS IS, IS THAT IT'S CONFIDENTIAL NOW AND

136

16:33:55  1      THEN WE HAVE TO GO THROUGH AND AGREE WITH APPLE ON

16:33:57  2      WHAT IS REALLY CONFIDENTIAL AND WHAT IS NOT AND

16:33:59  3      THEN THE NON-CONFIDENTIAL VERSION IS PUBLISHED.

16:34:02  4               AND THESE ARE -- THOSE WOULD BE CLAIM

16:34:04  5      CONSTRUCTIONS SO THAT THEY WOULD END UP BEING

16:34:06  6      VIRTUALLY I'M CERTAIN NON-CONFIDENTIAL.  AND I'M

16:34:10  7      NOT SURE --

16:34:11  8               THE COURT:  AND WHEN IS IT GOING TO BE

16:34:14  9      PUBLISHED?

16:34:15 10               MR. VERHOEVEN:  IT DEPENDS ON HOW LONG IT

16:34:16 11      TAKES US TO GET BACK AND FORTH.  EVEN IF WE TRIED

16:34:19 12      TO I'M NOT SURE WE COULD GET IT.

16:34:21 13               MR. MCELHINNY:  I.T.C. PROTECTIVE ORDERS,

16:34:24 14      JUST SO THAT IT'S CLEAR, ARE PROTECTIVE TO

16:34:27 15      ATTORNEYS.

16:34:27 16               SO NOBODY FROM MORRISON & FOERSTER IS

16:34:30 17      INVOLVED IN THAT CASE SO WE DON'T HAVE IT AND CAN'T

16:34:32 18      GET IT, FRANKLY, UNTIL IT'S MADE PUBLIC.

16:34:35 19               MR. VERHOEVEN:  OKAY.

16:34:35 20               THE COURT:  I'M OKAY WITHOUT THAT.

16:34:39 21      ANYTHING ELSE FOR FRIDAY?

16:34:41 22               MR. VERHOEVEN:  NO.  OKAY.

16:34:42 23               THE COURT:  OKAY.  THANK YOU.  THANK YOU

16:34:44 24      VERY MUCH.

         25               (WHEREUPON, THE PROCEEDINGS IN THIS

137

1    MATTER WERE CONCLUDED.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                        CERTIFICATE OF REPORTER

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23                     /S/

24                     _____
                       IRENE RODRIGUEZ, CSR, CRR
25                     CERTIFICATE NUMBER 8074

                       DATED:  JANUARY 19, 2012

                                                        139