UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>            v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>                    Defendants. | Case No.   11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

   Consistent with the Court's encouragement in its order shortening time (Dkt. No. 665), the parties are continuing to discuss possible compromises regarding adding new products to this litigation.  They have exchanged draft stipulations in an attempt to resolve Samsung's motion.

   Because the parties' discussions have been productive and are ongoing, the parties request and stipulate to a further extension for Apple to file its brief in opposition to Samsung's Motion to Amend Its Infringement Contentions (Dkt. No. 658) and for Samsung to file its reply brief.

1     Apple's opposition is due on Thursday, February 2, 2012. Samsung's reply is due Monday, February 6, 2012. No other deadlines are affected by this stipulation.

    IT IS SO STIPULATED.

Dated: January 31, 2012            Dated January 31, 2012

MORRISON & FOERSTER LLP        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Michael A. Jacobs*           By:  */s/ Victoria Maroulis*
    HAROLD J. MCELHINNY              CHARLES K. VERHOEVEN
    MICHAEL A. JACOBS                KEVIN P.B. JOHNSON
    JENNIFER LEE TAYLOR              VICTORIA F. MAROULIS
    ALISON M. TUCHER                 EDWARD DEFRANCO
    RICHARD S.J. HUNG                MICHAEL T. ZELLER
    JASON R. BARTLETT

Attorneys for Plaintiff                  Attorneys for Defendants
APPLE INC.                            SAMSUNG ELECTRONICS CO. LTD,
                                        SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

## ATTESTATION OF E-FILED SIGNATURE

    I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: January 31, 2012                                  */s/ Michael A. Jacobs*
                                                               Michael A. Jacobs

1 | Based on the foregoing stipulation,

2 | **IT IS SO ORDERED.**

5 | Dated: __February 1__, 2012

　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge