QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4   seal:
5       1. Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance.
6       2. Exhibits 1-6 of the Declaration of Sam Stake in Support of Samsung's Unopposed
7          Motion for Issuance of a Request for Judicial Assistance.
8      Samsung has established good cause to permit filing these documents under seal through
9   the Declaration of Sam Stake in Support of Samsung's Administrative Motion to File Documents
10  Under Seal, filed herewith.   The above documents contains emails and deposition testimony that
11  Apple has designated as confidential under the interim protective order.
12     Pursuant to General Order No. 62, Samsung's filing will be lodged with the Court for in
13  camera review and served on all parties.   A proposed public redacted version of Samsung's filing
14  is attached to this motion.
15
16  DATED: February 3, 2012          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
17
18
19                                   By   */s/ Victoria Maroulis*
                                          Charles K. Verhoeven
20                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
21                                        Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
22                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
23                                        TELECOMMUNICATIONS AMERICA, LLC
24
25
26
27
28

-1-    Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**