1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                          UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |             Plaintiff,                 | **DECLARATION OF SAM STAKE IN SUPPORT OF SAMSUNG'S**
20 |             vs.                        | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
24 |             Defendants.
25

26

27

28

02198.51855/4582678.1

I, Sam Stake, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance and exhibits 1-6 to the Declaration of Sam Stake in Support of Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance ("the Stake Declaration").

3. Exhibits 1, 2, 5 and 6 to the Stake Declaration consist of excerpts of deposition testimony of Apple employees that has been marked as Highly Confidential – Attorney's Eyes Only – under the protective order.

4. Exhibits 3 and 4 to the Stake Declaration consist of internal Apple reports and emails that Apple has marked as Highly Confidential – Attorney's Eyes Only – under the protective order.

5. It is necessary to redact the public versions of Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance to the extent this document quotes from or reveals information from the confidential materials discussed above.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on February 3, 2012.

*/s/ Sam Stake*

Sam Stake

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Alex Baxter has concurred in this filing.

_____/s/ Victoria Maroulis_____