1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance, Exhibits 1-6 to the Declaration of Sam Stake in Support of Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance and Samsung's Letter of Request for International Judicial Assistance.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.    In

1  addition, Apple has filed the necessary declaration supporting Samsung's motion to seal.   The

2  declarations establish that the below document discusses or contain information that has been

3  designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by the parties.

4          Accordingly, for good cause shown, the Court ORDERS that the following

5  documents shall be filed under seal:

6       1.  Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance;

7           and

8       2.  Exhibits 1-6 of the Declaration of Sam Stake in Support of Samsung's Unopposed

9           Motion for Issuance of a Request for Judicial Assistance.

10

11

12      **IT IS SO ORDERED.**

13

14  DATED:   _____

15

16

17                                    _____
                                      HONORABLE PAUL S. GREWAL

18                                    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE UNDER SEAL**