1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                   UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF SAM STAKE IN SUPPORT OF SAMSUNG'S UNOPPOSED MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | | Date: March 13, 2012 |
| 25 | | Time: 10:00 am |
| | | Place: Courtroom 5, 4th Floor |
| | | Judge: Hon. Paul S. Grewal |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

1    I, Sam Stake, declare:

2    1.    I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Joshua Strickon on October 20, 2011.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Brian Huppi on October 18, 2011.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a document entitled "Apple Q79 Vision" produced by Apple in this matter.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of an email from David Bungo on November 20, 2003.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Christopher Stringer on August 3, 2011.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Eugene Whang on October 27, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on February 3, 2012.

　　　　　　　　　　　　　　　　　　　　　*/s/ Sam Stake*
　　　　　　　　　　　　　　　　　　　　　Sam Stake

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Scott Hall has concurred in this filing.

*/s/ Victoria Maroulis*

# EXHIBITS 1-6 FILED UNDER SEAL