1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                   UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 21 | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Unopposed
3  Motion for Issuance of a Request for Judicial Assistance.
4  Having considered the briefing and other papers submitted by Samsung and unopposed by
5  Apple, for good cause shown, the Court GRANTS Samsung's motion. The letter requesting
6  international judicial assistance to obtain the testimony of Kenneth McAlpine, as filed with
7  Samsung's motion, shall be sent to the High Court of England and Wales.
8  **IT IS SO ORDERED.**

10  DATED: _____

13  Hon. Paul S. Grewal
   United States Magistrate Judge