| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Documents Under Seal filed on January 26 and 27, 2012. [Dkt. Nos. 667 and 675.] Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Motion to Supplement Invalidity Contentions ("Samsung's Motion"), Exhibits O-Q and R to the Declaration of Alex Baxter in Support of Samsung's Motion ("Baxter Declaraiton"), and Exhibit 4 to the Declaration of Todd Briggs in Support of Samsung's Motion ("Briggs Declaration") contain Apple-confidential material. (*See* Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 667-1] ("Trac Declaration"); Declaration of Alex Baxter in Support of Samsung's Motion to File Documents Under Seal [Dkt. No. 675-1] ("Baxter Declaration ISO MtS").) Specifically:

- Exhibit O to the Baxter Declaration consists of excerpts from the deposition of Apple inventor Imran Chaudhri. These excerpts include discussions of the timing of a meeting with attorneys and the timing of early '891 patent development, which reveals confidential information regarding Apple's development process. A proposed redacted version is attached hereto as **Exhibit 1**.
- Exhibit P to the Baxter Declaration consists of excerpts from the deposition of Apple inventor Bas Ording. These excerpts discuss the timing of Ording's initial work on the iPhone product, which reveals confidential information regarding Apple's development process. A proposed redacted version is attached hereto as **Exhibit 2**.
- Exhibit Q to the Baxter Declaration consists of excerpts from the deposition of Apple inventor Steven Christensen. These excerpts discuss specific details of the development of Apple products as well as confidential licensing discussions. A proposed redacted version is attached hereto as **Exhibit 3**.

- Exhibit R to the Baxter Declaration consists of excerpts from the deposition of a nonparty, Richard Woolley. These excerpts contain references to confidential licensing discussions and terms. On information and belief, as stated in the Trac Declaration, Exhibits R, T, U, and V to the Baxter Declaration also contain confidential information regarding the nonparty Cirque Corporation. For both of the above reasons, Exhibits R, T, U, and V should be sealed in their entirety.

- Exhibit W to the Baxter Declaration consists of an excerpt from Apple's Objections and Responses to Samsung's First Set of Interrogatories. It contains the timing of initial work on a number of Apple's products and patents, specific information on Apple's intellectual property enforcement strategies and positions, licensing information, and confidential information regarding Apple's advertising strategy and spend. A proposed redacted version is attached hereto as **Exhibit 4**.

- Samsung's Motion contains discussion of the aforementioned exhibits and should be sealed to the extent it refers to them.

- Exhibit 4 to the Briggs Declaration consists of a proposed Invalidity Contention for the '891 patent and contains Apple's source code. Apple's source code is trade secret and highly confidential. A proposed redacted version was attached by Samsung to the Baxter Declaration ISO MtS.

3. It is Apple's policy not to disclose or describe its trade secrets, product development, or business practices to third parties. The above information is confidential to Apple. It is indicative of the way that Apple manages its business affairs, designs its products and conducts product development. Apple's source code is highly confidential trade secret information. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the forgoing is true and correct to the best of my knowledge and that this Declaration was
3  executed this 2nd day of February, 2012, at Cupertino, California.
4
5  Dated: February 2, 2012                    By: */s/ Cyndi Wheeler*_____
                                                     Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: February 2, 2012           By:      */s/ Richard S.J. Hung*
                                                  Richard S.J. Hung