# EXHIBIT 2

# EXHIBIT P

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5  APPLE INC., a California corporation,

6
                  Plaintiff,
7
   vs.                               CASE NO.  11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business
   entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York
   corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited
12 liability company,

13                Defendants.
   _____/
14

15

16       H I G H L Y   C O N F I D E N T I A L

17        A T T O R N E Y S   E Y E S   O N L Y

18

19       VIDEOTAPED DEPOSITION OF BAS ORDING

20            REDWOOD SHORES, CALIFORNIA

21             TUESDAY, OCTOBER 25, 2011

22

23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.

24 CSR LICENSE NO. 9830

25 JOB NO. 42883

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 5

1  Heather Moser of Apple.
2      MR. TUNG:  Mark Tung of Quinn Emanuel for
3  Samsung.  With me today is Alex Baxter, also of Quinn
4  Emanuel.
5      THE VIDEOGRAPHER:  Will the court reporter
6  please swear in the witness.
7
8              BAS ORDING,
9       having been sworn as a witness,
10      by the Certified Shorthand Reporter,
11         testified as follows:
12
13      THE VIDEOGRAPHER:  You may proceed.
14
15        EXAMINATION BY MR. TUNG
16      MR. TUNG:  Q.  Good morning.
17   A  Good morning.
18   Q  Can you state your full name and address for
19  the record.
20   A  My full name is Bas Ording.  Address is
21  44 Newberg Street in San Francisco, California 94131.
22   Q  And approximately how many times have you
23  been deposed before?
24   A  Six times.
25   Q  Have you ever testified at trial?

1     A    No, I have not.
2     Q    Okay.  So let me lay some ground rules for a
3  deposition.  You've probably heard these before.
4          Today I'll be asking you a series of
5  questions.  Do you understand that you're under oath
6  today and must answer truthfully to the best of your
7  knowledge?
8     A    I understand.
9     Q    And do you understand that the court reporter
10 is taking down everything that we're saying to produce
11 a transcript, and because of that, that we should
12 attempt to not speak over each other so we get a clean
13 transcript?  Do you understand?
14    A    Yes.
15    Q    And is there any reason that you are not able
16 to provide full and complete, accurate, truthful
17 testimony today?
18    A    No.
19    Q    And if you need a break at any point, feel
20 free to let me know.  I'm happy to accommodate breaks.
21 The only thing I ask is, if there's a question
22 pending, if you would answer the question before
23 taking a break.
24    A    I understand, yes.
25    Q    Your counsel may object from time to time.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 7

```
 1   Unless he instructs you not to answer, you should
 2   still answer the question; do you understand?
 3       A    I understand.
 4       Q    So are you a current Apple employee?
 5       A    Yes, I am.
 6       Q    And when did you start working for Apple?
 7       A    I started in 1998.
 8       Q    Have you been working for Apple continuously
 9   since then?
10       A    Yes, I have.
11       Q    And what group did you start in when you
12   started working for Apple?
13       A    I worked in the -- and still work in the user
14   interface group.
15       Q    So has that changed during -- since 1998?
16       A    No.
17       Q    So when you started working at Apple, what
18   was your first project at Apple?
19       A    I started working on the user interface for
20   Mac OS X at that time.
21       Q    Okay.  And how long did you work on the Mac
22   OS X user interface?
23       A    Well, it's been for years, and I still do
24   that, too.
25       Q    Did you take on additional projects since you
```

Page 8

```
 1   started that are not Mac OS X related?
 2       A    Yeah.  So at some point we started -- I
 3   worked on the iPhone project as well.
```

REDACTED

```
11       Q    Does Mac OS X use a touch interface?
12            MR. HUNG:  Objection; vague.
13            THE WITNESS:  Well, the current user
14   interface for the Mac OS X, as far as I know, doesn't
15   use a touch screen.
16            MR. TUNG:  Q.  Have you worked on a touch
17   screen interface for Mac OS X?
18       A    No, I have not.
19       Q    Have you worked on a touch screen interface
20   for the iPhone?
21       A    Yes, I have.
22       Q    And so is it -- is it a -- is it a reasonable
23   distinction to say that Mac OS X does not have a touch
24   screen interface, whereas the iPhone does have a touch
25   screen interface?
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 162

1      CERTIFICATE OF REPORTER

2

3

4     I, ANDREA M. IGNACIO HOWARD, hereby certify

5     that the witness in the foregoing deposition was by me

6     duly sworn to tell the truth, the whole truth, and

7     nothing but the truth in the within-entitled cause;

8

9     That said deposition was taken in shorthand

10    by me, a Certified Shorthand Reporter of the State of

11    California, and was thereafter transcribed into

12    typewriting, and that the foregoing transcript

13    constitutes a full, true and correct report of said

14    deposition and of the proceedings which took place;

15

16    That I am a disinterested person to the said

17    action.

18

19    IN WITNESS WHEREOF, I have hereunto set my

20    hand this 25th day of October, 2011.

21

22    _____

23    ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25