UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

The parties continue to meet and confer in good faith regarding possible compromises regarding adding products to this litigation, consistent with the Court's encouragement in its order shortening time (Dkt. No. 665). To this end, they have exchanged multiple drafts of a stipulation to resolve this dispute concerning certain additional products.

These discussions have been productive and are ongoing -- continuing as late as midnight tonight.

1. The parties continue to discuss one issue regarding a possible stipulation – the scope of additional discovery with respect to the additional products. Because the parties' discussions continue, the parties request and stipulate to a further extension for Apple to file its brief in opposition to Samsung's Motion to Amend Its Infringement Contentions (Dkt. No. 658) and for Samsung to file its reply brief.

Apple's opposition is due on Friday, February 3, 2012. Samsung's reply is due Tuesday, February 7, 2012. No other deadlines are affected by this stipulation.

IT IS SO STIPULATED.

Dated: February 2, 2012

Dated February 2, 2012

MORRISON & FOERSTER LLP

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _/s/ Michael A. Jacobs_
HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

Attorneys for Plaintiff
APPLE INC.

By: _/s/ Todd Briggs_
CHARLES K. VERHOEVEN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
EDWARD DEFRANCO
MICHAEL T. ZELLER

Attorneys for Defendants
SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: February 2, 2012                _/s/ Michael A. Jacobs_
                                        Michael A. Jacobs

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____, 2012

Honorable Lucy H. Koh
United States District Court Judge