1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11                              SAN JOSE DIVISION

12

13   APPLE INC.,                              Case No.    11-cv-01846-LHK

14                 Plaintiff,                 **STIPULATION AND**
                                              ~~**[PROPOSED]**~~ **ORDER**
15           v.                               **EXTENDING DEADLINE FOR**
                                              **APPLE'S OPPOSITION TO**
16   SAMSUNG ELECTRONICS CO., LTD., A         **SAMSUNG'S MOTION FOR**
     Korean business entity; SAMSUNG          **LEAVE TO AMEND ITS**
17   ELECTRONICS AMERICA, INC., a New York    **INFRINGEMENT**
     corporation; SAMSUNG                     **CONTENTIONS**
18   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company.,
19
                   Defendants.
20

21

22          The parties continue to meet and confer in good faith regarding possible compromises

23   regarding adding products to this litigation, consistent with the Court's encouragement in its order

24   shortening time (Dkt. No. 665).  To this end, they have exchanged multiple drafts of a stipulation

25   to resolve this dispute concerning certain additional products.

26          These discussions have been productive and are ongoing -- continuing as late as midnight

27   tonight.

28

1      The parties continue to discuss one issue regarding a possible stipulation – the scope of

2  additional discovery with respect to the additional products.  Because the parties' discussions

3  continue, the parties request and stipulate to a further extension for Apple to file its brief in

4  opposition to Samsung's Motion to Amend Its Infringement Contentions (Dkt. No. 658) and for

5  Samsung to file its reply brief.

6      Apple's opposition is due on Friday, February 3, 2012.  Samsung's reply is due Tuesday,

7  February 7, 2012.  No other deadlines are affected by this stipulation.

8

9      IT IS SO STIPULATED.

10  Dated: February 2, 2012      Dated February 2, 2012

11

12  MORRISON & FOERSTER LLP     QUINN EMANUEL URQUHART & SULLIVAN, LLP

13

14  By:____/s/ Michael A. Jacobs_____   By:_____/s/ Todd Briggs_____

      HAROLD J. MCELHINNY       CHARLES K. VERHOEVEN
15    MICHAEL A. JACOBS        KEVIN P.B. JOHNSON

      JENNIFER LEE TAYLOR      VICTORIA F. MAROULIS
16    ALISON M. TUCHER         EDWARD DEFRANCO

      RICHARD S.J. HUNG        MICHAEL T. ZELLER
17    JASON R. BARTLETT

18    Attorneys for Plaintiff       Attorneys for Defendants

      APPLE INC.            SAMSUNG ELECTRONICS CO. LTD,
19                    SAMSUNG ELECTRONICS AMERICA,

                    INC., and SAMSUNG
20                    TELECOMMUNICATIONS AMERICA, LLC.

21

22         **ATTESTATION OF E-FILED SIGNATURE**

23      I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

24  Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has

25  concurred in this filing.

26

27  Dated: February 2, 2012         ____/s/ Michael A. Jacobs_____

28                     Michael A. Jacobs

1    Based on the foregoing stipulation,

2    **IT IS SO ORDERED.**

3

4

5    Dated: _____February 3_____, 2012

6    Honorable Lucy H. Koh
     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28