UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR SAMSUNG TO FILE DECLARATION SUPPORTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), stipulate as follows:

On January 25, 2012, Apple filed an Administrative Motion to File Documents Under Seal (Dkt. No. 660), regarding confidential portions of Apple's Notice of Motion and Motion for Partial Summary Judgment ("Apple's Motion for Partial Summary Judgment"), as well as Exhibits 24 and 46 – 48 to the Declaration of Joseph J. Mueller in support thereof ("Mueller

-1-  Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DECLARATION SUPPORTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1  Declaration"). These documents contain information that Samsung has designated as
2  confidential under the interim protective order.
3  　　　　Pursuant to Civil Local Rule 79-5(d), Samsung was required to file, by February 1,
4  2012, a declaration and accompanying Proposed Order showing good cause to permit the sealing
5  of Apple's Motion for Partial Summary Judgment and Exhibits 24 and 46 – 48 to the Mueller
6  Declaration.
7  　　　　The parties agree that the deadline for filing a declaration and Proposed Order shall
8  be extended to permit Samsung to file the declaration and Proposed Order concurrently with this
9  stipulation.

11  　　　　So Stipulated:

13  Dated: February 3, 2012　　　　　　　　　　Dated:   February 3, 2012

15  WILMER CUTLER PICKERING HALE　　　QUINN EMANUEL URQUHART &
    AND DORR LLP　　　　　　　　　　　　　　SULLIVAN, LLP

18  By:_____　　　　By:_____
    　　/s/   Peter J. Kolovos　　　　　　　　　　　　/s/   Victoria F. Maroulis
19  　　WILLIAM F. LEE　　　　　　　　　　　　　CHARLES K. VERHOEVEN
    　　MARK D. SELWYN　　　　　　　　　　　　KEVIN P.B. JOHNSON
20  　　PETER J. KOLOVOS　　　　　　　　　　　VICTORIA F. MAROULIS
    　　　　　　　　　　　　　　　　　　　　　　EDWARD DEFRANCO
21  　　Attorneys for APPLE INC.　　　　　　　　MICHAEL T. ZELLER

22  　　　　　　　　　　　　　　　　　　　　Attorneys for SAMSUNG ELECTRONICS
    　　　　　　　　　　　　　　　　　　　　CO. LTD, SAMSUNG ELECTRONICS
23  　　　　　　　　　　　　　　　　　　　　AMERICA, INC., AND SAMSUNG
    　　　　　　　　　　　　　　　　　　　　TELECOMMUNICATIONS AMERICA,
24  　　　　　　　　　　　　　　　　　　　　LLC.

1  **IT IS SO ORDERED.**

3  DATED:   February _____, 2012

_____
Hon. Lucy H. Koh
United States District Judge