1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20             Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF SEALING APPLE'S** |
| 21       vs. | **MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXHIBITS 24 AND 46 –** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **48 TO THE MUELLER DECLARATION IN SUPPORT THEREOF, PURSUANT TO** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **LOCAL RULE 79-5(d)** |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25             Defendant. | |
| 26 | |

27
28
   1
                                                    Case No. 11-cv-01846-LHK
          DECLARATION OF JOBY MARTIN IN SUPPORT OF SEALING
              APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Joby Martin in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 660), and to establish that the following are sealable:

- Confidential Portions of Apple's Notice of Motion and Motion for Partial Summary Judgment ("Motion for Partial Summary Judgment"); and
- Exhibits 24 and 46 – 48 to the Declaration of Joseph J. Mueller in Support of Apple's Motion for Partial Summary Judgment ("Mueller Declaration").

## DECLARATION OF JOBY MARTIN

I, Joby Martin, do hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung. I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 660). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit 24 to the Mueller Declaration consists of excerpts from the deposition transcription of Dr. Hyeon-Woo Lee, a Samsung witness and the inventor of the '604 Patent. This document contains confidential business information concerning Dr. Lee's work leading to the patent-in-suit, Samsung's internal organization and structure in handling patent applications, the relationship between proprietary Samsung technology and 3GPP specifications, as well as Samsung's internal policies and practices relating to its participation in standards bodies. This document has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY and would cause substantial competitive harm to Samsung if not filed under seal.

3. Exhibit 46 to the Mueller Declaration is a true and correct copy of the Patent Cross License Agreement Between Samsung Electronics Co., Ltd., and Intel Corporation, with an effective date of January 1, 1993. This document contains confidential business information concerning internal valuations of intellectual property belonging to Samsung and Intel,

1  specifications of numerous Samsung and Intel technologies, and the parties' business practices
2  with respect to licensed products.  This agreement is subject to a non-disclosure provision
3  whereby both parties agree to keep the terms of the agreement confidential.  Accordingly, this
4  document has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY
5  and would cause substantial harm to Samsung and to third party Intel Corporation if not filed
6  under seal.

7       4.     Exhibit 47 to the Mueller Declaration is a true and correct copy of Amendment
8  Number 1 to the Patent Cross License Agreement Between Samsung Electronics Co., Ltd., and
9  Intel Corporation Having an Effective Date of January 1, 1993, with an Amendment Date of
10 March 18, 2003.  As with the underlying license agreement, this amendment contains confidential
11 business information, including information about Samsung's policies relating to taxes, as well as
12 its financial and accounting systems.  The amendment is subject to a non-disclosure provision
13 whereby both parties agree to keep the terms of the amended agreement confidential.
14 Accordingly, this document has been designated as HIGHLY CONFIDENTIAL —
15 ATTORNEYS' EYES ONLY and would cause substantial harm to Samsung and third party Intel
16 Corporation if not filed under seal.

17       5.     Exhibit 48 to the Mueller Declaration is a true and correct copy of Amendment
18 Number 2 to the Patent Cross License Agreement Between Samsung Electronics Co., Ltd., and
19 Intel Corporation Having an Effective Date of January 1, 1993, with an Effective Date of July 1,
20 2004.  As with the underlying license agreement and amended agreement, this amendment
21 contains confidential business information, including information concerning the configuration of
22 Samsung Intel products and internal valuations of intellectual property belonging to Samsung and
23 Intel.  The amendment is subject to a non-disclosure provision whereby both parties agree to keep
24 the terms of the amended agreement confidential.  Accordingly, this document has been
25 designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY and would cause
26 substantial harm to Samsung and third party Intel Corporation if not filed under seal.

27
28

1  6. Apple's Motion for Partial Summary Judgment, on pages 7, 10-11, and 16, summarizes, describes and/or directly cites to the confidential exhibits discussed in paragraphs 2 through 5 above. Therefore, the motion should remain under seal for the same reasons articulated above.

7. The requested relief is necessary and narrowly tailored to protect this confidential information. The exhibits described above do not contain significant relevant, non-confidential material.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2012, in San Francisco, CA.

*/s/ Joby Martin*
Joby Martin

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

/s/ Victoria Maroulis