# Exhibit A

| | |
|---|---|
| **From:** | Bartlett, Jason R. [JasonBartlett@mofo.com] |
| **Sent:** | Wednesday, November 09, 2011 10:02 PM |
| **To:** | Samsung v. Apple |
| **Cc:** | peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com; Victoria Maroulis; Melissa Chan; Overson, Wesley E.; Jacobs, Michael A.; Hung, Richard S. J.; Beyer, Tom E.; Ahn, Deok Keun Matthew; Taylor, Jennifer Lee (SF); Mazza, Mia; sam.maselli@wilmerhale.com; Mazza, Mia; AppleMoFo; Monach, Andrew E. |
| **Subject:** | Apple v. Samsung, Case No. 11-CV-01846:  Proposed Stipulation |
| **Attachments:** | Stipulation_and_Proposed_Order_re_Adding_Accused_Products.DOC |

Counsel,

Please review the attached draft stipulation and let us know by tomorrow whether Samsung will agree to it. Sincerely,

Jason R. Bartlett
Morrison & Foerster
425 Market St.
San Francisco, CA  94105
Direct: 415.268.6615

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.   4:11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

1     Apple Inc. ("Apple") and Samsung Electronics Co. LTD ("SEC"), Samsung Electronics
2 America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively,
3 "Samsung"), through their respective counsel, stipulate as follows:
4     Apple may add as Accused Products in this action, without adding patents-in-suit or
5 asserting infringement of any claims of the patents-in suit that were not asserted in Apple's initial
6 Infringement Contentions under Local Rule 3-1, the following Samsung Products:
7     Galaxy Tab 8.9
8     Galaxy Tab 7.0 (including the 7.0 Plus)
9     Galaxy Player 4.0
10     Galaxy Player 5.0
11     Galaxy S II Skyrocket
12     Amended Supplemental Infringement Contentions under Local Rule 3-1 for these
13 additional Accused Products shall be served within seven days of the Court's entry of an Order
14 implementing this Stipulation.  Samsung shall comply with Local Rule 3-4(a) with respect to
15 these additional Accused Products within fourteen days of Apple's service of its Supplemental
16 Infringement Contentions.
17     Supplemental Invalidity Contentions or additional proposed terms for construction may be
18 permitted only for good cause based on a showing that the grounds for the Supplemental
19 Infringement Contentions are materially different than those asserted in Apple's initial
20 Infringement Contentions.
21
22
23
24
25
26
27
28

The service of Supplemental Infringement Contentions shall not affect the total number of claim terms to be construed and shall not change any of the other dates or discovery limitations set forth in the Court's previous Orders.

So Stipulated:

Dated: November ____, 2011

MORRISON & FOERSTER LLP

By:_____
   HAROLD J. MCELHINNY
   MICHAEL A. JACOBS
   JENNIFER LEE TAYLOR
   ALISON M. TUCHER
   RICHARD S.J. HUNG
   JASON R. BARTLETT

Attorneys for Plaintiff
APPLE INC.

Dated November ____, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:_____
   CHARLES K. VERHOEVEN
   KEVIN P.B. JOHNSON
   VICTORIA F. MAROULIS
   EDWARD DEFRANCO
   MICHAEL T. ZELLER

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

**IT IS SO ORDERED.**

Dated: _____, 2011     By: _____

                                          Honorable Lucy H. Koh