# Exhibit G

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Friday, January 06, 2012 8:12 PM
**To:** 'toddbriggs@quinnemanuel.com'
**Cc:** Hung, Richard S. J.; Bartlett, Jason R.; Ahn, Deok Keun Matthew; Kolovos, Peter
**Subject:** Apple v. Samsung -- Draft Stipulation and Proposed Order Regarding Adding Accused Products

Todd:

Per our discussion, for your review.

Mark

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS** |

Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), stipulate as follows:

On August 26, 2011, Apple served its Disclosure of Asserted Claims and Infringement Contentions, as well as an addendum thereto, in accordance with Patent Local Rule 3-1.  On the same day, Samsung served its Disclosure of Asserted Claims and Infringement Contentions, also in accordance with Patent Local Rule 3-1.

1  Since then, both Apple and Samsung have released new products.

2  The parties agree that Apple may add as Accused Instrumentalities in this action, without
3  adding patents-in-suit or asserting infringement of any claims of the patents-in suit that were not
4  asserted in Apple's initial Infringement Contentions, the following Samsung Products:

| Galaxy Nexus | Galaxy Player 4.0 | Galaxy Player 5.0 | Galaxy Tab 7.0 Plus |
| --- | --- | --- | --- |
| Galaxy Tab 8.9 | Galaxy S II Epic 4G Touch | Galaxy S II Skyrocket | Admire |
| Captivate Glide | Conquer 4G | Dart | Exhibit II 4G |
| Focus S | Gravity Smart | Illusion | Showcase i500 |
| Stratosphere | Transform Ultra | | |

Apple shall serve Amended Supplemental Infringement Contentions under Patent Local Rule 3-1 for these additional Accused Instrumentalities within five days of the Court's entry of an Order implementing this Stipulation.  Samsung shall comply with Patent Local Rule 3-4(a) with respect to these additional Accused Instrumentalities within ten days of Apple's service of its Supplemental Infringement Contentions.

The parties agree that Samsung may add as an Accused Instrumentality in this action, without adding patents-in-suit or asserting infringement of any claims of the patents-in-suit that were not asserted in Samsung's initial Infringement Contentions, the Apple iPhone 4S.

Samsung shall serve Amended Supplemental Infringement Contentions under Patent Local Rule 3-1 for this additional Accused Instrumentality within five days of the Court's entry of an Order implementing this Stipulation.  Apple shall comply with Patent Local Rule 3-4(a) with respect to this additional Accused Instrumentality within ten days of Samsung's service of its Supplemental Infringement Contentions.

The addition of these Accused Instrumentalities does not constitute grounds for Supplemental Invalidity Contentions under Patent Local Rule 3-3, or the addition of proposed terms for construction.

The service of the aforementioned Supplemental Infringement Contentions shall not affect the total number of claim terms to be construed and shall not change any dates or discovery limitations set forth in the Court's previous Orders.

So Stipulated:

Dated: January _____, 2012                     Dated January _____, 2012

MORRISON & FOERSTER LLP                        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:_____                   By:_____
   HAROLD J. MCELHINNY                            CHARLES K. VERHOEVEN
   MICHAEL A. JACOBS                              KEVIN P.B. JOHNSON
   JENNIFER LEE TAYLOR                            VICTORIA F. MAROULIS
   ALISON M. TUCHER                               EDWARD DEFRANCO
   RICHARD S.J. HUNG                              MICHAEL T. ZELLER
   JASON R. BARTLETT

Attorneys for Plaintiff                        Attorneys for SAMSUNG ELECTRONICS
APPLE INC.                                     CO. LTD, SAMSUNG ELECTRONICS
                                               AMERICA, INC., AND SAMSUNG
                                               TELECOMMUNICATIONS AMERICA,
                                               LLC.


**IT IS SO ORDERED.**


Dated: _____, 2012        By: _____

                                              Honorable Lucy H. Koh

STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS
CASE NO. 11-CV-01846-LHK                                                                    3
sf-3069416