# Exhibit H

| | |
|---|---|
| **From:** | Todd Briggs [toddbriggs@quinnemanuel.com] |
| **Sent:** | Tuesday, January 10, 2012 8:39 PM |
| **To:** | Selwyn, Mark |
| **Cc:** | Hung, Richard S. J.; Bartlett, Jason R.; Ahn, Deok Keun Matthew; Kolovos, Peter; Victoria Maroulis; Kevin Johnson |
| **Subject:** | RE: Apple v. Samsung -- Draft Stipulation and Proposed Order Regarding Adding Accused Products |
| **Attachments:** | 11-22-2011 Letter from V. Maroulis to R. Hung re Proposed Stipulation.pdf |

Mark,

We reviewed the draft stipulation and found that it does not reflect the parties' original agreement concerning the scope of products that would be added to the case. Back in November, Apple informed us that it wanted to add 5 Samsung products (the Galaxy Tab 8.9, Galaxy Tab 7.0, Galaxy Player 4.0, Galaxy Player 5.0, and Galaxy S II Skyrocket). In return, Samsung requested the addition of the iPhone 4S. *See* November 22, 2011 letter from V. Maroulis to R. Hung (attached). Your draft stipulation surprisingly lists an additional 13 Samsung products.

Please let us know if Apple will remove the 13 newly added products from the draft stipulation and honor its agreement on this issue.

Thanks, Todd

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Tuesday, January 10, 2012 8:27 PM
**To:** Todd Briggs
**Cc:** RHung@mofo.com; JasonBartlett@mofo.com; DAhn@mofo.com; Kolovos, Peter
**Subject:** RE: Apple v. Samsung -- Draft Stipulation and Proposed Order Regarding Adding Accused Products

Todd:

Look OK?

Thanks.

Mark

---

**From:** Selwyn, Mark
**Sent:** Friday, January 06, 2012 11:12 PM
**To:** 'toddbriggs@quinnemanuel.com'
**Cc:** 'rhung@mofo.com'; 'jasonbartlett@mofo.com'; 'dahn@mofo.com'; Kolovos, Peter
**Subject:** Apple v. Samsung -- Draft Stipulation and Proposed Order Regarding Adding Accused Products

Todd:

Per our discussion, for your review.

Mark