# Exhibit J

# Hung, Richard S. J.

| | |
|---|---|
| **From:** | Hung, Richard S. J. |
| **Sent:** | Thursday, February 02, 2012 10:19 PM |
| **To:** | Todd Briggs; 'Victoria Maroulis' |
| **Cc:** | Jacobs, Michael A.; Mark.Selwyn@wilmerhale.com; Monach, Andrew E.; Ow, Eric W |
| **Subject:** | Apple v. Samsung -- Revised New Products Stipulation |
| **Attachments:** | SAN FRANCISCO-#3101227-v9-120202_New_Products_Stipulation.DOC; WS_BinaryComparison_SAN FRANCISCO-#3101227-v8-120202_New_Products_Stipulation-SAN FRANCISCO-#3101227-v9-120202_New_Products_Stipulation.doc |

**SentFromDeltaView:** 0

Todd --

Here you go.  Attached is a draft deleting "substantially" from both parties' sections, as discussed.  It includes our revised proposal re: additional discovery (to replace our prior "good cause" language).  I think that the latter point is the only (but significant) point on which we disagree.

Please let me know your thoughts.

Rich

_____

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com
www.mofo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.   11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | |

Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), stipulate as follows:

On August 26, 2011, Apple served its Disclosure of Asserted Claims and Infringement Contentions, as well as an addendum thereto, in accordance with Patent Local Rule 3-1.  On

1  September 7, 2011, Samsung served its Disclosure of Asserted Claims and Infringement
2  Contentions, also in accordance with Patent Local Rule 3-1.
3  Since then, both Apple and Samsung have released new products.  The parties discussed a
4  stipulated addition of Apple's iPhone 4S as an Accused Instrumentality and addition or
5  clarification of eighteen Samsung products as Accused Instrumentalities, but reached an impasse.
6  Samsung then moved for leave to amend its infringement contentions to add the iPhone 4S.  At
7  the Court's suggestion, the parties further conferred and have entered into a stipulation regarding
8  the addition of the below products.  The parties expressly reserve all rights to assert any
9  additional claims against any products outside this above captioned litigation.
10  The parties agree that Apple may add or clarify as Accused Instrumentalities in this
11  action, without adding patents-in-suit or asserting infringement of any claims of the patents-in
12  suit that were not asserted in Apple's initial Infringement Contentions, the Galaxy Nexus, Galaxy
13  S II Skyrocket, Galaxy S II Epic 4G Touch, Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Gravity Smart,
14  and Showcase i500.  Apple further agrees that its theories of infringement against the Galaxy S II
15  Skyrocket, Galaxy S II Epic 4G Touch, Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Gravity Smart, and
16  Showcase i500 will not change ~~substantially~~ from the theories of infringement for related
17  products that Apple asserted in its August 26, 2011 infringement contentions.  Apple shall serve
18  Amended Supplemental Infringement Contentions under Patent Local Rule 3-1 for these
19  additional Accused Instrumentalities within five days of the Court's entry of an Order
20  implementing this Stipulation.  Samsung shall comply with Patent Local Rule 3-4(a) with respect
21  to these additional Accused Instrumentalities within ten days of Apple's service of its
22  Supplemental Infringement Contentions.
23  The parties agree that Samsung may add as an Accused Instrumentality in this action,
24  without adding patents-in-suit or asserting infringement of any claims of the patents-in suit that
25  were not asserted in Samsung's initial Infringement Contentions, the Apple iPhone 4S.  Samsung
26  further agrees that its theories of infringement against the iPhone 4S will not change from the
27  theories of infringement Samsung asserted in the draft supplemental infringement contentions for
28  three of Samsung's asserted patents that it provided to Apple on January 4, 2012 and will not

02198.51855/4577239.2 STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS
CASE NO. 11-CV-01846-LHK

2

1  change substantially from the theories of infringement for related products that Samsung asserted
2  in its September 7, 2011 infringement contentions for the other nine Samsung asserted patents.
3  Samsung shall serve Amended Supplemental Infringement Contentions under Patent Local Rule
4  3-1 for this additional Accused Instrumentality within five days of the Court's entry of an Order
5  implementing this Stipulation.  Apple shall comply with Patent Local Rule 3-4(a) with respect to
6  this additional Accused Instrumentality within ten days of Samsung's service of its Supplemental
7  Infringement Contentions.

8        The addition of these Accused Instrumentalities does not constitute grounds for
9  Supplemental Invalidity Contentions under Patent Local Rule 3-3, the addition of proposed terms
10 for construction under Patent Local Rule 4-2.2, or discovery that is not reasonably and directly
11 necessitated by the addition of these instrumentalities (such as the re-taking of any depositions).
12 Neither party will argue that the addition of these Accused Instrumentalities to this lawsuit is
13 untimely or constitutes an admission that they infringe.

14       The service of the aforementioned Supplemental Infringement Contentions shall not affect
15 the total number of claim terms to be construed and shall not change any dates as set forth in the
16 Court's August 25, 2011 Case Management Order, including the trial date.  The parties agree to
17 supplement their discovery to account for these new products within twenty one days.

18       So Stipulated:

| | |
|---|---|
| Dated: January _____, 2012 | Dated January _____, 2012 |
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By:_____<br>   HAROLD J. MCELHINNY<br>   MICHAEL A. JACOBS<br>   JENNIFER LEE TAYLOR<br>   ALISON M. TUCHER<br>   RICHARD S.J. HUNG<br>   JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By:_____<br>   CHARLES K. VERHOEVEN<br>   KEVIN P.B. JOHNSON<br>   VICTORIA F. MAROULIS<br>   EDWARD DEFRANCO<br>   MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**IT IS SO ORDERED.**

Dated: _____, 2012      By: _____

                                          Honorable Lucy H. Koh

Document comparison by Workshare Professional on Thursday, February 02, 2012 10:18:00 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://SAN FRANCISCO/3101227/8 |
| Description | SAN FRANCISCO-#3101227-v8-120202_New_Products_Stipulation |
| Document 2 ID | PowerDocs://SAN FRANCISCO/3101227/9 |
| Description | SAN FRANCISCO-#3101227-v9-120202_New_Products_Stipulation |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 1 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 4 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>　　　　　　Defendants. | Case No.   11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDING ACCUSED PRODUCTS** |

　　　　Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), stipulate as follows:

　　　　On August 26, 2011, Apple served its Disclosure of Asserted Claims and Infringement Contentions, as well as an addendum thereto, in accordance with Patent Local Rule 3-1.  On September 7, 2011, Samsung served its Disclosure of Asserted Claims and Infringement Contentions, also in accordance with Patent Local Rule 3-1.

1  Since then, both Apple and Samsung have released new products.  The parties discussed a
2  stipulated addition of Apple's iPhone 4S as an Accused Instrumentality and addition or
3  clarification of eighteen Samsung products as Accused Instrumentalities, but reached an impasse.
4  Samsung then moved for leave to amend its infringement contentions to add the iPhone 4S.  At
5  the Court's suggestion, the parties further conferred and have entered into a stipulation regarding
6  the addition of the below products.  The parties expressly reserve all rights to assert any
7  additional claims against any products outside this above captioned litigation.

8  The parties agree that Apple may add or clarify as Accused Instrumentalities in this
9  action, without adding patents-in-suit or asserting infringement of any claims of the patents-in
10 suit that were not asserted in Apple's initial Infringement Contentions, the Galaxy Nexus, Galaxy
11 S II Skyrocket, Galaxy S II Epic 4G Touch, Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Gravity Smart,
12 and Showcase i500.  Apple further agrees that its theories of infringement against the Galaxy S II
13 Skyrocket, Galaxy S II Epic 4G Touch, Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Gravity Smart, and
14 Showcase i500 will not change from the theories of infringement for related products that Apple
15 asserted in its August 26, 2011 infringement contentions.  Apple shall serve Amended
16 Supplemental Infringement Contentions under Patent Local Rule 3-1 for these additional Accused
17 Instrumentalities within five days of the Court's entry of an Order implementing this Stipulation.
18 Samsung shall comply with Patent Local Rule 3-4(a) with respect to these additional Accused
19 Instrumentalities within ten days of Apple's service of its Supplemental Infringement
20 Contentions.

21 The parties agree that Samsung may add as an Accused Instrumentality in this action,
22 without adding patents-in-suit or asserting infringement of any claims of the patents-in suit that
23 were not asserted in Samsung's initial Infringement Contentions, the Apple iPhone 4S.  Samsung
24 further agrees that its theories of infringement against the iPhone 4S will not change from the
25 theories of infringement Samsung asserted in the draft supplemental infringement contentions for
26 three of Samsung's asserted patents that it provided to Apple on January 4, 2012 and will not
27 change from the theories of infringement for related products that Samsung asserted in its
28 September 7, 2011 infringement contentions for the other nine Samsung asserted patents.

1  Samsung shall serve Amended Supplemental Infringement Contentions under Patent Local Rule
2  3-1 for this additional Accused Instrumentality within five days of the Court's entry of an Order
3  implementing this Stipulation.  Apple shall comply with Patent Local Rule 3-4(a) with respect to
4  this additional Accused Instrumentality within ten days of Samsung's service of its Supplemental
5  Infringement Contentions.
6       The addition of these Accused Instrumentalities does not constitute grounds for
7  Supplemental Invalidity Contentions under Patent Local Rule 3-3, the addition of proposed terms
8  for construction under Patent Local Rule 4-2, or discovery that is not reasonably and directly
9  necessitated by the addition of these instrumentalities (such as the re-taking of any depositions).
10 Neither party will argue that the addition of these Accused Instrumentalities to this lawsuit is
11 untimely or constitutes an admission that they infringe.
12      The service of the aforementioned Supplemental Infringement Contentions shall not affect
13 the total number of claim terms to be construed and shall not change any dates as set forth in the
14 Court's August 25, 2011 Case Management Order, including the trial date.  The parties agree to
15 supplement their discovery to account for these new products within twenty one days.
16      So Stipulated:
17 Dated: January _____, 2012                           Dated January _____, 2012

MORRISON & FOERSTER LLP                              QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP


By:_____                   By:_____
   HAROLD J. MCELHINNY                                  CHARLES K. VERHOEVEN
   MICHAEL A. JACOBS                                    KEVIN P.B. JOHNSON
   JENNIFER LEE TAYLOR                                  VICTORIA F. MAROULIS
   ALISON M. TUCHER                                     EDWARD DEFRANCO
   RICHARD S.J. HUNG                                    MICHAEL T. ZELLER
   JASON R. BARTLETT

Attorneys for Plaintiff                              Attorneys for SAMSUNG ELECTRONICS
APPLE INC.                                           CO. LTD, SAMSUNG ELECTRONICS
                                                     AMERICA, INC., AND SAMSUNG
                                                     TELECOMMUNICATIONS AMERICA,
                                                     LLC.

**IT IS SO ORDERED.**

Dated: _____, 2012    By: _____

Honorable Lucy H. Koh