# Exhibit L

```
13:20:46   1              IN THE UNITED STATES DISTRICT COURT

           2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

           3                        SAN JOSE DIVISION

           4

           5      APPLE, INC.,                )  C-11-01846-LHK
                                              )
           6              PLAINTIFF,          )  JANUARY 17, 2012
                                              )
           7                   V.             )
                                              )
           8      SAMSUNG ELECTRONICS         )  PAGES 1 - 139
                  COMPANY, LTD., ET AL.,      )
           9                                  )
                          DEFENDANTS.         )
          10      _____    )

          11

          12            THE PROCEEDINGS WERE HELD BEFORE

          13          THE HONORABLE UNITED STATES DISTRICT

          14                   JUDGE LUCY H. KOH

          15      A P P E A R A N C E S:

          16

          17      FOR THE PLAINTIFF:  MORRISON & FOERSTER
                                      BY:  HAROLD J. MCELHINNY
          18                               DEOK KEUN MATTHEW AHN
                                      425 MARKET STREET
          19                           SAN FRANCISCO, CALIFORNIA 94105

          20
                                      WILMER, CUTLER, PICKERING, HALE
          21                          AND DORR
                                      BY:  DAVID B. BASSETT
          22                          399 PARK AVENUE
                                      NEW YORK, NEW YORK 10022
          23
                        (APPEARANCES CONTINUED ON THE NEXT PAGE.)
          24

          25     OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                                          CERTIFICATE NUMBER 8074

                                                                    1
```

```
           1    SAN JOSE, CALIFORNIA                    JANUARY 17, 2012
           2
                              P R O C E E D I N G S
           3
           4              (WHEREUPON, COURT CONVENED AND THE
13:29:08   5    FOLLOWING PROCEEDINGS WERE HELD:)
13:33:34   6              THE CLERK:  CALLING CASE NUMBER
13:33:38   7    C-11-01846-LHK, APPLE, INCORPORATED, VERSUS SAMSUNG
13:33:43   8    ELECTRONICS COMPANY LIMITED, ET AL.
13:33:45   9              COUNSEL, STATE YOUR APPEARANCES, PLEASE.
13:33:47  10              MR. MCELHINNY:  GOOD AFTERNOON, YOUR
13:33:48  11    HONOR.  FOR APPLE IT'S HAROLD MCELHINNY OF MORRISON
13:33:53  12    & FOERSTER; AND WITH ME AT COUNSEL TABLE IS DAVID
13:33:56  13    BASSETT FROM THE WILMER HALE FIRM; AND OUR EXPERT,
13:33:59  14    DR. RAVIN BALAKRISHNAN; AND MATT ANH FROM MORRISON
13:34:06  15    & FOERSTER.
13:34:09  16              THE COURT:  GOOD AFTERNOON.
13:34:13  17              MR. VERHOEVEN:  I'M HERE.  GOOD
13:34:19  18    AFTERNOON, YOUR HONOR.  CHARLES VERHOEVEN
13:34:21  19    REPRESENTING SAMSUNG.  WITH ME AT COUNSEL TABLE ARE
13:34:26  20    MY PARTNERS KEVIN JOHNSON --
13:34:30  21              MR. JOHNSON:  GOOD AFTERNOON, YOUR HONOR.
13:34:31  22              THE COURT:  GOOD AFTERNOON.
13:34:33  23              MR. VERHOEVEN:  -- VICTORIA MAROULIS AND
13:34:38  24    TODD BRIGGS, AND WE HAVE SEVERAL REPRESENTATIVES OF
13:34:40  25    SAMSUNG IN THE COURTROOM, YOUR HONOR.  I'M NOT
```

3

```
13:39:42  1         KNOWLEDGE, YOUR HONOR.
13:39:43  2                 THE COURT:  OKAY.
13:39:46  3                 MR. JOHNSON:  YOUR HONOR, I THINK IT WAS
13:39:48  4         ACTUALLY LESS THAN THAT THAT WE STARTED WITH.  WE
13:39:50  5         STARTED WITH SOMEWHERE AROUND 70 OR 80 AND THEN
13:39:53  6         NARROWED IT DOWN PRETTY QUICKLY ACTUALLY DURING THE
13:39:57  7         MEET AND CONFER PROCESS.
13:40:05  8                 THE COURT:  AND I GUESS I SHOULD ASK YOU
13:40:07  9         WHEN YOU SAY IT IS DISPOSITIVE, IS IT DISPOSITIVE
13:40:10 10         OF THE PATENT OR OF JUST THAT CLAIM?
13:40:12 11                 MR. JOHNSON:  OF THE ASSERTED CLAIMS
13:40:14 12         OF -- SO OUR VIEW IS THAT I THINK IF WE, IF WE
13:40:19 13         BROKE IT DOWN, IT MAY BE DISPOSITIVE AS TO THE
13:40:22 14         WHOLE PATENT BUT IN TERMS OF THE WAY THE PATENT HAS
13:40:27 15         BEEN ASSERTED IN THE CASE, WE BELIEVE THAT
13:40:29 16         CONSTRUING THE CLAIMS THAT I JUST GAVE YOU FOR
13:40:31 17         THOSE PATENTS WOULD, IF WE WIN ON OUR
13:40:34 18         CONSTRUCTIONS, THAT PATENT GOES AWAY.
13:40:42 19                 THE COURT:  OKAY.  HOW HAVE YOU ALL
13:40:44 20         DECIDED THE TRIAL WOULD PROCEED?  ARE YOU JUST
13:40:49 21         GOING TO PICK SOME SUBSET OF THE CLAIMS THAT ARE
13:40:53 22         BEING PRESENTED FOR CONSTRUCTION, OR WHAT DID YOU
13:40:57 23         HAVE IN MIND?
13:40:59 24                 MR. MCELHINNY:  THAT I THINK AT LEAST
13:41:02 25         FROM MY PERSPECTIVE, YOUR HONOR, I WAS HOPING THAT
```

7

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8074

DATED: JANUARY 19, 2012