1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS** |

The close of fact discovery is only four weeks away and the addition of the iPhone 4S at this late stage might create discovery issues and complicate and delay trial. For these reasons, the Court hereby DENIES Samsung's Motion for Leave to Supplement Its Infringement Contentions.

**IT IS SO ORDERED**

Dated:

By: _____
Honorable Lucy H. Koh
United States District Judge