QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN M. CARACAPPA IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

02198.51845/4589479.1

Case No. 11-cv-01846-LHK

CARACAPPA DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO
SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

I, John M. Caracappa, declare:

1.     I am a partner at the law firm of Steptoe and Johnson, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").    Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2.     In *Certain Electronic Devices, Including Wireless Communication Devices, Portable Music And Data Processing Devices, And Tablet Computers* (Inv. No. 337-TA-794), ("the ITC action"), Samsung issued a subpoena to Qualcomm, Inc. on December 21, 2011 seeking documents and depositions.    In response to this subpoena, Qualcomm has made available for inspection what it says is all relevant source code related to the Qualcomm baseband processor used in the iPhone 4S.    Samsung is inspecting this source code this week.

3.     In the above ITC action, Apple has produced approximately 9,498 Qualcomm related documents, many of which are specifically related to the Qualcomm baseband processor used in the iPhone 4S.    In addition, Apple has stated that it has a very limited number of Qualcomm documents.

4.     In this case (Case No. 11-cv-01846-LHK pending before the Northern District of California), in anticipation of adding iPhone 4S, Samsung issued a subpoena to Qualcomm, Inc. on December 30, 2011 seeking documents and depositions.    In response to this subpoena, Qualcomm has agreed to produce relevant source code and documents under a stipulated protective order that we plan to file with the Court this week.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

CARACAPPA DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO
SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

1    Executed in Washington D.C. on February 7, 2012.

2

3    _____

4                    John M. Caracappa

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARACAPPA DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO
SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS



**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.    In compliance with General Order 45(X)(B), I hereby attest that John Caracappa has concurred in this filing.

_/s/ Victoria Maroulis_

02198.51845/4589470.1

-4-                    Case No. 11-cv-01846-LHK
CARACAPPA DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO
SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS