1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                         UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **DECLARATION OF TODD M. BRIGGS IN SUPPORT OF SAMSUNG'S REPLY** |
| 20      vs. | **BRIEF TO SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **CONTENTIONS** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendants. | |

02198.51845/4591166.1

I, Todd M. Briggs, declare:

1. I am a partner the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Attached as Exhibit A is a true and correct copy of the October 13, 2011 order by the District Court for the Southern District of California granting Apple's motion under 28 U.S.C. § 1782 to serve a subpoena on Qualcomm for use in foreign proceedings.

3. Attached as Exhibit B is a true and correct copy of e-mail correspondence between Samsung and Apple.

4. On January 26, 2012, following the Court's order granting Samsung's motion to shorten time, counsel for Samsung sent an e-mail seeking to resume negotiations with Apple regarding supplemental infringement contentions by the parties.

5. On January 29, 2012, Apple responded, agreeing to resume negotiations and seeking to add seven products to its infringement contentions: the Galaxy Nexus, the Galaxy S II Skyrocket, Galaxy S II Epic 4G, Galaxy Tab 7.0 Plus, Galaxy Tab 8.9, Gravity Smart and Showcase i500.  Over the next several days, the parties negotiated regarding the details of these additional contentions.

6. During the week of January 30, 2012, Apple informed Samsung that it was seeking to include the additional Samsung products for all purposes, including Apple's design patent, trademark and trade dress claims.  This was the first time Apple stated that its amendments extended beyond amendments to the utility patent infringement contentions.  Nevertheless,

02198.51845/4591166.1

-2-   Case No. 11-cv-01846-LHK
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Samsung considered Apple's request in the interest of reaching a negotiated agreement and to avoid burdening the Court.

7.     On February 1, 2012, Apple introduced a provision that would restrict Samsung's ability to re-take depositions based on the addition of new products.    This was the first time that Apple mentioned this restriction on re-taking depositions.    Samsung ultimately proposed that depositions could be re-taken for good cause, while Apple proposed an affirmative bar on re-taking any depositions.

8.     On February 3, 2012, the parties determined that they were at an impasse regarding the restrictions on re-taking depositions, and Apple filed its opposition to Samsung's motion.

I declare under penalty of perjury that the foregoing is true and correct.    Executed in Redwood Shores, California on February 7, 2012.

*/s/ Todd M. Briggs*

Todd M. Briggs

02198.51845/4591166.1

-3-     Case No. 11-cv-01846-LHK
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO
SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Todd Briggs has concurred in this filing.

                                                              */s/ Victoria Maroulis*

02198.51845/4591166.1

-4-   Case No. 11-cv-01846-LHK
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S REPLY BRIEF TO SAMSUNG'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS