# EXHIBIT B

# Bill Trac

| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Thursday, February 02, 2012 1:09 PM |
| **To:** | Todd Briggs; Ow, Eric W; Hung, Richard S. J.; Victoria Maroulis |
| **Cc:** | Jacobs, Michael A. |
| **Subject:** | RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time |
| **Attachments:** | Stipulation_re_New_Products QE Redlines.DOC |

Mike and Eric,

Here is a new redline.  We edited one sentence to make clear that we only provided Apple with 3 claim charts in early January and that Samsung will be serving supplemental contentions for the other 9 Samsung patents as well.  We also do not agree that the parties cannot retake depositions.  That language needs to be removed as I explained last night.

Mike – Can we have a call in an hour or so to finalize this?

Thanks, Todd

**From:** Todd Briggs
**Sent:** Thursday, February 02, 2012 12:11 PM
**To:** 'Ow, Eric W'; Hung, Richard S. J.; Victoria Maroulis
**Cc:** Jacobs, Michael A.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Eric,

Can you explain what would constitute good cause to retake a deposition?

Thanks, Todd

**From:** Ow, Eric W [mailto:EOw@mofo.com]
**Sent:** Thursday, February 02, 2012 10:24 AM
**To:** Todd Briggs; Hung, Richard S. J.; Victoria Maroulis
**Cc:** Jacobs, Michael A.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Todd,

I understand that Rich is out-of-office.  Here is a revised version and redline.

Eric

**From:** Todd Briggs [mailto:toddbriggs@quinnemanuel.com]
**Sent:** Wednesday, February 01, 2012 8:27 PM
**To:** Ow, Eric W; Hung, Richard S. J.; Victoria Maroulis
**Cc:** Jacobs, Michael A.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Eric,

I accepted all of the changes in the redline you sent and made a few additional redlines in the attached document. We removed the statement Apple added regarding the retaking of depositions. Samsung cannot stipulate to that. However, Apple is free to argue that retaking of depositions should not be allowed in the event the issue arises.

Todd

---

**From:** Ow, Eric W [mailto:EOw@mofo.com]
**Sent:** Wednesday, February 01, 2012 4:20 PM
**To:** Hung, Richard S. J.; Victoria Maroulis
**Cc:** Todd Briggs; Jacobs, Michael A.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Todd,

I understand that Rich and Vicki are out-of-office. Rich asked me to forward this to you.

Regards,
Eric

---

**From:** Hung, Richard S. J.
**Sent:** Wednesday, February 01, 2012 10:04 AM
**To:** 'victoriamaroulis@quinnemanuel.com'
**Cc:** 'toddbriggs@quinnemanuel.com'; Jacobs, Michael A.; Ow, Eric W
**Subject:** Re: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Vicki -

I received this - thanks. My client proposed an edit late last night, and we are revising the draft for their review now. We should be able to send you a draft by mid-afternoon. (Sorry - I also am OOO.)

Rich

---

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Wednesday, February 01, 2012 06:24 AM
**To**: Hung, Richard S. J.
**Cc**: Todd Briggs <toddbriggs@quinnemanuel.com>
**Subject**: RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Rich,

I am traveling all day today. Please work with Todd to get the stipulation finalized as soon as possible.

Thanks.

Vicki

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, January 31, 2012 6:19 PM
**To:** Victoria Maroulis; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Hi Vicki,

A few of our folks (both at Apple and WH) are in the air right now, unfortunately, so the further extension that we discussed would be helpful.  Attached is a draft.

As not to jam us up again, I've proposed Thursday for our opp. and Monday for your reply (giving you the weekend, if necessary).  If you want the dates earlier, though, please let me know.

Thanks -- Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602


**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, January 31, 2012 3:59 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Rich,

We have some questions and comments that may be best resolved by a call.  Can Todd and I call you or whoever else wants to talk in about 15 min?

Vicki

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Tuesday, January 31, 2012 3:47 PM
**To:** Victoria Maroulis; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Vicki,

Here is a revised version and a redline.  Please let us know your thoughts by 6PM, as our opposition is due tonight.

Thanks -- Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, January 31, 2012 12:00 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mike,

Attached is a slightly revised redlined stipulation.  Please let us know if you have any questions or revisions.

Thank you.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Victoria Maroulis
**Sent:** Monday, January 30, 2012 9:21 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mike,

Attached is the revised draft stipulation.  We hope to provide you the final sign-off and any additional edits tomorrow morning.  Todd and I are available for another call in the morning if we need it.

Thanks.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Victoria Maroulis
**Sent:** Monday, January 30, 2012 5:23 PM
**To:** Hung, Richard S. J.; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mike, Rich, Mark, Peter,

We are close to an agreement, but we still need sign off from a few people on the revised stipulation. It would be safest to file a stipulation right now seeking an extra day from the court for Apple's opposition. However, if you would rather try to get it done today, we will do our best to get back to you in a few hours. Please let me know how you would like to proceed.

Thanks.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, January 30, 2012 3:25 PM
**To:** Victoria Maroulis; Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Vicki --

Attached is the draft stip.

Rich


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602




**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Monday, January 30, 2012 2:57 PM
**To:** Jacobs, Michael A.; Sam.Maselli@wilmerhale.com
**Cc:** Hung, Richard S. J.; Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mike, Mark, and Peter,

Thank you for making time for the call this morning. As I mentioned on the call, we would appreciate seeing a revised proposed stipulation as soon as possible while we are waiting to hear from Samsung.

Best,

Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jacobs, Michael A. [mailto:MJacobs@mofo.com]
**Sent:** Monday, January 30, 2012 6:13 AM
**To:** Victoria Maroulis; Sam.Maselli@wilmerhale.com
**Cc:** Hung, Richard S. J.; Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com; Knisely, Cyndi L.
**Subject:** Re: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Vicki,

Let's shoot for 10 am today. Please use 1 800 650 4949/268 7455.

Michael

---

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Monday, January 30, 2012 06:07 AM
**To**: Jacobs, Michael A.; 'Sam.Maselli@wilmerhale.com' <Sam.Maselli@wilmerhale.com>
**Cc**: Hung, Richard S. J.; Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs <toddbriggs@quinnemanuel.com>; Kenneth Suh <KennethSuh@quinnemanuel.com>; Bill Trac <BillTrac@quinnemanuel.com>; 'Mark.Selwyn@wilmerhale.com' <Mark.Selwyn@wilmerhale.com>; 'peter.kolovos@wilmerhale.com' <peter.kolovos@wilmerhale.com>
**Subject**: RE: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mike,

Thank you for your email. Because of the time difference, we will not be able to give you Samsung's definitive response until around 5 pm PST today which is Tuesday morning Korea time. Since Apple's opposition can be filed any time until midnight tonight should the parties not reach agreement, that ought to be workable. In the meantime, Todd and I will call you think morning to discuss and clarify the scope of Apple's proposal. Can you please advise what time you are available and please forward us Apple's proposed amended contentions this morning so that we can discuss those on the call as well?

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jacobs, Michael A. [mailto:MJacobs@mofo.com]
**Sent:** Sunday, January 29, 2012 8:30 PM

**To:** Victoria Maroulis; Sam.Maselli@wilmerhale.com
**Cc:** Hung, Richard S. J.; Bartlett, Jason R.; McElhinny, Harold J.; Todd Briggs; Kenneth Suh; Bill Trac; Mark.Selwyn@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** Re: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Vicki,

Consistent with Judge Koh's encouragement in her order shortening time, we agree that both parties should discuss possible compromises regarding adding new products to this litigation.

We understand that Samsung has rejected Apple's proposal to add 18 Samsung newly-released products to this litigation, in exchange for Samsung's addition of the iPhone 4S. We also are mindful of both parties' desire to preserve the July 30, 2012 trial date and Judge Koh's suggestion at the recent Markman tutorial that the parties consider ways to streamline this case for trial.

With that background, we have revisited the proposed stipulation that Mark Selwyn forwarded on January 6, 2012 for possible compromises. We have concluded that six products were unnecessarily included on this list, as they were previously covered by our earlier infringement contentions. These are:
(1) the Galaxy S II Skyrocket & Galaxy S II Epic 4G Touch (covered by our contentions directed to the "Galaxy S II");
(2) the Galaxy Tab 7.0 Plus and 8.9 (covered by our "Galaxy Tab" contentions); and
(3) the Gravity Smart and Showcase i500 (identical to the "Gravity" and "Galaxy Showcase," respectively, in our prior contentions).

As for the remaining 12 products, in the spirit of compromise, we propose that the parties each amend their contentions to add one new product. Samsung would add the iPhone 4S, and Apple would add the Galaxy Nexus. The parties would reaffirm that this agreement would not cause the trial date to slip or be argued as a basis for delay.

Infringement claims against other products would be brought in other lawsuits.

Please let us know your thoughts by tomorrow morning at 10AM. If it would be helpful to have a call to discuss these issues early tomorrow morning, we are available.

Michael

---

**From**: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent**: Thursday, January 26, 2012 10:14 PM
**To**: 'Selwyn, Mark' <Mark.Selwyn@wilmerhale.com>; 'Kolovos, Peter' <Peter.Kolovos@wilmerhale.com>; 'Sam.Maselli@wilmerhale.com' <Sam.Maselli@wilmerhale.com>
**Cc**: Hung, Richard S. J.; Bartlett, Jason R.; Jacobs, Michael A.; McElhinny, Harold J.; Todd Briggs <toddbriggs@quinnemanuel.com>; Kenneth Suh <KennethSuh@quinnemanuel.com>; Bill Trac <BillTrac@quinnemanuel.com>
**Subject**: FW: Activity in Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd. et al Order on Motion to Shorten Time

Mark and Peter,

In today's Court order on Samsung's Motion to Shorten, the Court requested that the parties renew their negotiations regarding the addition of iPhone 4S to the case and attempt to submit a stipulation before the close briefing on February 2. Please consider the Court's instruction and advise whether Apple would consent to Samsung's supplementation of its infringement contentions.

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or

authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i)

avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------