| | |
|---|---|
| 1   HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|     hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2   MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|     mjacobs@mofo.com | HALE AND DORR LLP |
| 3   JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
|     jtaylor@mofo.com | Boston, MA 02109 |
| 4   ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
|     atucher@mofo.com | Facsimile: (617) 526-5000 |
| 5   RICHARD S.J. HUNG (CA SBN 197425) | |
|     rhung@mofo.com | |
| 6   JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
|     jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| 7   MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
|     425 Market Street | HALE AND DORR LLP |
| 8   San Francisco, California 94105-2482 | 950 Page Mill Road |
|     Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| 9   Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, | |
| Defendants. | |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple Inc.'s Motion for Rule 37(B)(2) Sanctions For Samsung's Violation of Two Discovery Orders ("Motion");

2. The confidential, unredacted version of the Declaration of Minn Chung in Support of Apple Inc's Motion for Rule 37(B)(2) Sanctions For Samsung's Violation of Two Discovery Orders ("Chung Decl.");

3. Exhibits A-S, U, W, X, & BB to the Chung Declaration;

4. The Proposed Order Granting Apple Inc.'s Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders.

The above items contain material that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil L.R. 79-5(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials. In addition, the Motion at page 20 lines 10-14 contains information that the Court has previously sealed. (*See* Dkt. No. 269 (Order Granting Samsung's Administrative Motion to File Under Seal); Dkt. No. 126 (Order Granting Apple's Motion to File Documents Under Seal); Dkt. No. 452 (Order Denying Motion for Preliminary Injunction (Redacted).) The relief requested in this motion is narrowly tailored to protect only information that has been designated as confidential. Proposed public redacted versions of items 1 and 2 are attached as exhibits hereto. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: February 8, 2012         MORRISON & FOERSTER LLP

                                By:  */s/ Michael A. Jacobs*
                                     Michael A. Jacobs

                                Attorneys for Plaintiff
                                APPLE INC.