# Exhibit Z

```
 1
 2                IN THE UNITED STATES DISTRICT COURT
 3            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4                          SAN JOSE DIVISION
 5
       APPLE, INC.,                  )  CV-11-1846-LHK
 6                                   )
                    PLAINTIFF,       )  SAN JOSE, CALIFORNIA
 7                                   )
                VS.                  )
 8                                   )  JANUARY 19, 2012
       SAMSUNG ELECTRONICS, CO.,     )
 9     LTD., ET AL,                  )
                                     )  PAGES 1-276
10                  DEFENDANT.       )
11     _____
12                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE PAUL S. GREWAL
13                UNITED STATES DISTRICT JUDGE
14
15     A P P E A R A N C E S:
16     FOR THE PLAINTIFF:  MORRISON & FOERSTER, LLP
                           BY:  MICHAEL JACOBS
17                              JASON BARTLETT
                                HAROLD MCELHINNY
18                              MIA MAZZA
                           425 MARKET STREET, 34TH FL
19                         SAN FRANCISCO, CA 94105
20     FOR THE DEFENDANT:  QUINN EMANUEL
                           BY:  DIANE HUTNYAN
21                         865 S. FIGUEROA ST., 10TH FL
                           LOS ANGELES, CA 90017
22
23            (APPEARANCES CONTINUED ON THE NEXT PAGE)
24
25     OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185

                                                                1
```

```
 1     FOR THE PLAINTIFF:   WILMER HALE
                            BY:  MARK SELWYN
 2                               CALVIN WALDEN
                            950 PAGE MILL ROAD
 3                          PALO ALTO, CA 94304

 4     FOR THE DEFENDANT:   QUINN EMANUEL
                            BY:  VICTORIA MAROULIS
 5                               RACHEL KASSABIAN
                                 JOBY MARTIN
 6                               KEN SUH
                                 SCOTT HALL
 7                          555 TWIN DOLPHIN DRIVE, 5TH FL
                            REDWOOD SHORES, CA 94065
 8

 9
       ALSO PRESENT:        CHRISTOPHER KELLY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA            JANUARY 19, 2012
 2                  P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE COURT:  MR. RIVERA, WOULD YOU CALL
 6    THE NEXT MATTER ON THIS MORNING'S CALENDAR.
 7              THE CLERK:  YES, YOUR HONOR.
 8              CALLING APPLE, INC. VERSUS SAMSUNG
 9    ELECTRONICS.  CASE NUMBER CV-11-1846.
10              MATTER ON FOR APPLE AND SAMSUNG DISCOVERY
11    MOTIONS.
12              COUNSEL, PLEASE STATE YOUR APPEARANCES.
13              MR. JACOBS:  MICHAEL JACOBS FROM MORRISON
14    & FOERSTER, YOUR HONOR, FOR APPLE.
15              WITH ME FROM MORRISON & FOERSTER IS
16    JASON BARTLETT, HAROLD MCELHINNY AND MIA MAZZA AT
17    COUNSEL TABLE.
18              THE COURT:  GOOD MORNING, COUNSEL.
19              MR. WALDEN:  GOOD MORNING, YOUR HONOR.
20              FROM WILMER HALE, MARK SELWYN.  AND WITH
21    ME TODAY IS MY PARTNER CALVIN WALDEN ALSO OF WILMER
22    HALE.
23              THE COURT:  GOOD MORNING AS WELL.
24              MS. MAROULIS:  GOOD MORNING, YOUR HONOR.
25              VICTORIA MAROULIS, WITH QUINN EMANUEL,
```

```
1      ACCUSATION THAT THERE HAS BEEN A VIOLATION OF
2      YOUR HONOR'S PRIOR ORDERS.
3              IT WAS MENTIONED IN THE BRIEF, IT WAS
4      MENTIONED JUST NOW BY MR. JACOBS SPECIFICALLY
5      REGARDING THE MERCY EXTENSION OF TIME THAT WE ASKED
6      FOR OVER THE CHRISTMAS HOLIDAY.
7              I WANT TO BE CRYSTAL CLEAR ABOUT THAT.
8      THE ORDER SAID ANY DOCUMENTS THAT SHOULD HAVE BEEN
9      PRODUCED PURSUANT TO THE SEPTEMBER 28TH ORDER MUST
10     BE PRODUCED BY DECEMBER 31ST OR THERE MAY BE
11     SANCTIONS.
12             WE -- ALL OF THE DOCUMENTS THAT WERE
13     ORDERED PRODUCED BY SEPTEMBER 28TH HAD ALREADY BEEN
14     PRODUCED PURSUANT TO THAT ORDER IN DECEMBER.  THE
15     POINT OF THAT REQUEST WAS TWO FOLD, THE EXTENSION
16     REQUEST.
17             ONE, IT WAS BECAUSE AFTER THE PRODUCTION
18     HAD BEEN MADE PURSUANT TO THE SEPTEMBER 28TH ORDER,
19     SAMSUNG DISCOVERED A FEW ADDITIONAL CUSTODIANS ON
20     SURVEYS.  AND SO DEPENDING ON HOW YOU READ THAT, IF
21     YOU'RE BEING VERY CONSERVATIVE, ONE COULD ARGUE
22     WELL, THOSE ARE SURVEY DOCUMENTS THAT FIT THE
23     DESCRIPTION OF THE ORDER SO YOU REALLY SHOULD GET
24     THOSE OUT BY --
25             THE COURT:  THAT'S NOT REALLY A CLOSE
```

1     CALL, IS IT?  IT'S NOT BEING CONSERVATIVE, THE

2     SURVEY SHOULD HAVE BEEN PRODUCED MONTHS BEFORE.

3              MS. KASSABIAN:  RIGHT.

4              BUT I'M SAYING THAT DESPITE OUR

5     INVESTIGATIONS WE FOUND NEW CUSTODIANS.

6              WE DIDN'T WITHHOLD ANYTHING, THERE WERE

7     JUST WITNESSES THAT CAME TO LIGHT MONTHS LATER.  WE

8     REALIZED THESE PEOPLE HAD TO DO SURVEYS, SO WE

9     GATHERED THEIR DOCUMENTS WHICH WERE MASSIVE AND WE

10    BELIEVED THAT THAT WAS GOING TO MAYBE TRICKLE ON

11    PAST DECEMBER 31ST.

12             SO IT WASN'T THAT THEY WERE WITHHELD, IT

13    WASN'T THAT GOOD FAITH INVESTIGATION HADN'T

14    HAPPENED, IT WAS THAT WHEN WE DISCOVERED A COUPLE

15    ADDITIONAL SURVEY CUSTODIANS, WE INTERPRETED YOUR

16    ORDER TO SAY THOSE DOCUMENTS SHOULD BE OUT BY

17    DECEMBER 31ST.

18             IT TURNS OUT WE WERE ABLE TO DO THAT, YOU

19    KNOW, WITH SOME LATE NIGHTS WE WERE ABLE TO GET

20    THOSE DOCUMENTS OUT BY THE DECEMBER 22ND ORDER

21    DEADLINE WHICH WAS NEW YEARS EVE.  SO THOSE DID GET

22    OUT, THERE WAS NO VIOLATION

23             THE COURT:  SO YOU ARE STANDING HERE

24    REPRESENTING TO ME THAT EVERY DOCUMENT SUBJECT TO

25    MY SEPTEMBER 28TH AND DECEMBER 22ND ORDERS WAS

1
2
3
4      **CERTIFICATE OF REPORTER**
5
6
7
8            I, THE UNDERSIGNED OFFICIAL COURT
9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22                         _____
                           SUMMER A. FISHER, CSR, CRR
23                         CERTIFICATE NUMBER 13185
24
25