# Exhibit AA

| | |
|---|---|
| **From:** | Sara Jenkins [SaraJenkins@quinnemanuel.com] |
| **Sent:** | Friday, October 07, 2011 11:38 PM |
| **To:** | Bartlett, Jason R. |
| **Cc:** | Victoria Maroulis; Todd Briggs; Hung, Richard S. J.; Jacobs, Michael A.; Ahn, Deok Keun Matthew; Beyer, Tom E.; Silverman, Robert N.; Mazza, Mia; Rachel Herrick Kassabian; Melissa Chan |
| **Subject:** | Apple v. Samsung: Production of Documents and Identifications |
| **Attachments:** | Court Ordered Identifications.pdf; Ex A.PDF; Ex B.PDF; Ex C.PDF; Ex D.PDF; Ex E.PDF; Ex F.PDF; Ex G.PDF; Ex H.PDF; Ex I.PDF; Ex J .pdf; Ex K .pdf; Ex L.PDF; Ex M.PDF; Ex N.PDF; Ex O.PDF; Ex P.PDF; Ex Q.PDF; Ex R.PDF; Ex S.PDF; Ex T.PDF; Ex U.PDF; Ex V.PDF |

Jason,

Pursuant to the Court's order, documents labeled SAMNDCA00523038 - SAMNDCA00528944 are available on the lockbox site and are covered by the same password that has been used previously.  While we have been working diligently to produce the entire production this evening, we have encountered some technical difficulties in uploading and downloading some documents from Korea.  We plan to supplement this production tomorrow and Sunday if needed.  We expect to have finished this production by the end of the day on Sunday.

Please also find Samsung's Identifications of custodians, search terms, and litigation hold notices attached to this email.

Best,


**Sara Jenkins**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
SaraJenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.