UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") has filed an administrative motion for an order to seal portions of the following
3   documents:
4       1. The confidential, unredacted version of Apple Inc.'s Motion for Rule 37(B)(2)
5          Sanctions For Samsung's Violation of Two Discovery Orders ("Motion");
6       2. The confidential, unredacted version of the Declaration of Minn Chung in Support
7          of Apple Inc's Motion for Rule 37(B)(2) Sanctions For Samsung's Violation of
8          Two Discovery Orders ("Chung Decl.");
9       3. Exhibits A-S, U, W, X, & BB to the Chung Declaration;
10      4. The Proposed Order Granting Apple Inc.'s Motion For Rule 37(B)(2) Sanctions
11         For Samsung's Violation Of Two Discovery Orders.
12  Having considered the arguments and the papers submitted, and GOOD CAUSE
13  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
14  Under Seal. The above-referenced documents shall be filed under seal.
15  **IT IS SO ORDERED.**
16  Dated: February _____, 2012          By: _____
17                                                  Honorable Paul S. Grewal
                                                United States Magistrate Judge