1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
    jtaylor@mofo.com                             Boston, MA 02109
4   ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
    atucher@mofo.com                             Facsimile: (617) 526-5000
5   RICHARD S.J. HUNG (CA SBN 197425)
6   rhung@mofo.com                              MARK D. SELWYN (SBN 244180)
    JASON R. BARTLETT (CA SBN 214530)           mark.selwyn@wilmerhale.com
7   jasonbartlett@mofo.com                       WILMER CUTLER PICKERING
    MORRISON & FOERSTER LLP                     HALE AND DORR LLP
8   425 Market Street                            950 Page Mill Road
    San Francisco, California  94105-2482        Palo Alto, California 94304
9   Telephone:  (415) 268-7000                   Telephone: (650) 858-6000
    Facsimile:  (415) 268-7522                   Facsimile: (650) 858-6100
10

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK (PSG)

18              Plaintiff,

19         v.

20  SAMSUNG ELECTRONICS CO., LTD., a             **CERTIFICATE OF SERVICE BY**
    Korean business entity; SAMSUNG              **ELECTRONIC SERVICE**
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                Defendants.
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**
**BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6]**

2

3        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4    is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,

5    and I am over the age of eighteen years.

6        I further declare that on February 8, 2012, I served copies of:

7    **[FILED UNDER SEAL] APPLE INC.'S MOTION FOR RULE 37(B)(2)**
     **SANCTIONS FOR SAMSUNG'S VIOLATION OF TWO DISCOVERY**
8    **ORDERS;**

9    **[FILED UNDER SEAL] DECLARATION OF MINN CHUNG IN**
     **SUPPORT OF APPLE INC.'S MOTION FOR RULE 37(B)(2) SANCTIONS**
10   **FOR SAMSUNG'S VIOLATION OF TWO DISCOVERY ORDERS**

11

12   by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic

13   mail system to the e-mail address(s) set forth below, or as stated on the attached service list per

14   agreement in accordance with Code of Civil Procedure section 1010.6.

15

16

| | |
|---|---|
| Charles K. Verhoeven | Kevin P.B. Johnson |
17 | charlesverhoeven@quinnemanuel.com | kevinjohnson@quinnemanuel.com |
| | |
18 | Victoria F. Maroulis | Michael T. Zeller |
| victoriamaroulis@quinnemanuel.com | michaelzeller@quinnemanuel.com |
19 | | |
| Edward J. DeFranco | Margret M. Caruso |
20 | eddefranco@quinnemanuel.com | margretcaruso@quinnemanuel.com |
| | |
21 | Todd M. Briggs | Rachel H. Kassabian |
| toddbriggs@quinnemanuel.com | rachelkassabian@quinnemanuel.com |
22 | | |
| William H. Lee | Mark D. Selwyn |
23 | william.lee@wilmerhale.com | mark.selwyn@wilmerhale.com |
| | |
24 | David Bassett | Mark D. Flanagan |
| david.bassett@wilmerhale.com | mark.flanagan@wilmerhale.com |
25 | | |
| Victor F. Souto | Andrew L. Liao |
26 | vic.souto@wilmerhale.com | andrew.liao@wilmerhale.com |

27

28

CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3104197

1

2    Emily R. Whelen                          Liv Leila Herriot
     emily.whelan@wilmerhale.com              liv.herriot@wilmerhale.com

3

4         I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

5    Francisco, California, on February 8, 2012.

6

7                                          /s/ Cyndi Knisely
                                           Cyndi Knisely

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3104197

1