02198.5184

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Apple Inc. ("Apple") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), stipulate as follows:

On January 20, 2012, during the hearing on claim construction before the Court, Apple indicated its intention to file a motion for partial summary judgment on several defenses, including its FRAND and exhaustion defenses.   The Court instructed the parties to meet and confer on the briefing and hearing schedule for this Motion.   On January 25, 2012, Apple filed Apple Inc.'s Notice of Motion and Motion for Partial Summary Judgment (Dkt. No. 660).

-1-    Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1  The parties have met and conferred and agree to the following schedule for briefing
2 and hearing:
3  Samsung's Opposition to Apple's Motion for Partial Summary Judgment shall be
4 filed on or before April 9, 2012.
5  Apple's Reply Brief to its Motion shall be filed on or before May 4, 2012.
6  The hearing on Apple's Motion shall be set for May 17, 2012, at 1:30 pm, in
7 Courtroom 8, 4th Floor.

 So Stipulated:

Dated: February 8, 2012                    Dated:    February 8, 2012

WILMER CUTLER PICKERING HALE              QUINN EMANUEL URQUHART &
AND DORR LLP                              SULLIVAN, LLP


By:  _/s/ Mark D. Selwyn_____        By: _/s/ Victoria F. Maroulis_____
     WILLIAM F. LEE                            CHARLES K. VERHOEVEN
     MARK D. SELWYN                            KEVIN P.B. JOHNSON
     PETER J. KOLOVOS                          VICTORIA F. MAROULIS
                                               EDWARD DEFRANCO
     Attorneys for APPLE INC.                  MICHAEL T. ZELLER

                                          Attorneys for SAMSUNG ELECTRONICS
                                          CO. LTD, SAMSUNG ELECTRONICS
                                          AMERICA, INC., AND SAMSUNG
                                          TELECOMMUNICATIONS AMERICA,
                                          LLC.

02198.5184

-2-   Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR BRIEFING AND HEARING
ON APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1 **IT IS SO ORDERED.**

3 DATED: February _____, 2012

_____
Hon. Lucy H. Koh
United States District Judge

-3-   Case No. 11-cv-01846-LHK
**STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

02198.5184