HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Motion to File Documents Under Seal filed on February 2, 2012. [Dkt. No. 707.] Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Unopposed Motion for Issuance of a Request for Judicial Assistance ("Samsung's Motion") and Exhibits 1-6 of the Declaration of Sam Stake in Support of Samsung's Motion contain Apple-confidential material. (*See* Declaration of Sam Stake in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 707-1].) Specifically:

- Exhibit 1 consists of excerpts from the deposition of Joshua Strickon. Page 191 and lines 192:1-10 contain discussions of notes from an early development meeting involving prototypes and design decisions, and should be sealed. A proposed redacted version is attached as Exhibit A.

- Exhibit 2 consists of excerpts from the deposition of Brian Huppi. Pages 129-132 contain discussions of early product development, including initial mockups and prototypes, and should be sealed. A proposed redacted version is attached as Exhibit B.

- Exhibits 3 and 4 are an early design document and an email, respectively, each of which consists of a discussion of an early project and prototype that were in development. The project and prototype discussed are highly confidential, and the documents should be sealed in their entirety.

- Exhibit 5 consists of excerpts from the deposition of Christopher Stringer. Pages 105-107 consist of a discussion of the confidential early development project and prototype referenced above and should be sealed. A proposed redacted version is attached as Exhibit C.

- Exhibit 6 consists of excerpts from the deposition of Eugene Whang. Lines 47:3-6 and 47:10-12 refer to the confidential code name for the project

1           referenced above and should be sealed.  A proposed redacted version is

2           attached as Exhibit D.

3     • Samsung's Motion contains discussion of the aforementioned exhibits and

4           should be sealed to the extent it refers to them.

5     3.    It is Apple's policy not to disclose or describe its trade secrets, product development, or business practices to third parties.  The above information is confidential to Apple.  It is indicative of the way that Apple manages its business affairs, designs its products and conducts product development.  Apple's internal project code names reveal information that Apple uses to maintain confidentiality with respect to its entire design and development process.  If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage.  The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

13     I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 9th day of February, 2012, at Cupertino, California.

Dated:  February 9, 2012          By: _/s/ Cyndi Wheeler_ _____
                                                       Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: February 9, 2012         By:     */s/ Richard S.J. Hung*
                                            Richard S.J. Hung