# EXHIBIT B

# EXHIBIT 2

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                   Plaintiff,
 7
     vs.                           CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                 Defendants.
     _____/
14
15
16          C O N F I D E N T I A L
17       A T T O R N E Y S   E Y E S   O N L Y
18
19     VIDEOTAPED DEPOSITION OF BRIAN Q. HUPPI
20          REDWOOD SHORES, CALIFORNIA
21            TUESDAY, OCTOBER 18, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.
24   CSR LICENSE NO. 9830
25   JOB NO. 42679
```

Confidential Attorneys' Eyes Only

Page 5

1  Foerster, representing Apple.

2

3                    BRIAN Q. HUPPI,

4        having been sworn as a witness,

5        by the Certified Shorthand Reporter,

6                testified as follows:

7

8

9              EXAMINATION BY MR. MACK

10       MR. MACK:  Q.  Mr. Huppi, could you please

11  state your name and address for the record.

12       A    Sure.  It's Brian Quentin Huppi.  My address

13  is 262 Rutledge Street in San Francisco, California.

14       Q    Have you been deposed before?

15       A    Yes.

16       Q    How many times?

17       A    Once.

18       Q    And do you remember what case that was in?

19       A    It was a case involving Motorola.  I don't

20  remember the case number.

21       Q    Okay.  And was -- were you deposed as your

22  role as an inventor on any patent asserted -- asserted

23  in that case?

24       A    Yes.

25       Q    Okay.  Do you remember which patent it was?

Confidential Attorneys' Eyes Only



Page 129

REDACTED







Page 194

1     CERTIFICATE OF REPORTER

2

3

4     I, ANDREA M. IGNACIO HOWARD, hereby certify
5     that the witness in the foregoing deposition was by me
6     duly sworn to tell the truth, the whole truth, and
7     nothing but the truth in the within-entitled cause;
8
9     That said deposition was taken in shorthand
10    by me, a Certified Shorthand Reporter of the State of
11    California, and was thereafter transcribed into
12    typewriting, and that the foregoing transcript
13    constitutes a full, true and correct report of said
14    deposition and of the proceedings which took place;
15
16    That I am a disinterested person to the said
17    action.
18
19    IN WITNESS WHEREOF, I have hereunto set my
20    hand this 19th day of October, 2011.
21
22    _____
23    ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25