# EXHIBIT C

# EXHIBIT 5

1        UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3           SAN JOSE DIVISION

4

5   APPLE INC., a California        )
    corporation,                    )
6                                   )
                    Plaintiff,      )
7                                   )
           vs.                      )   No: 11-cv-01846
8                                   )        LHK
    SAMSUNG ELECTRONICS CO., LTD.,  )
9   a Korean business entity;       )
    SAMSUNG ELECTRONICS AMERICA,    )
10  INC., a New York corporation,   )
    SAMSUNG TELECOMMUNICATIONS      )
11  AMERICA, LLC, a Delaware        )
    limited liability company,      )
12                                  )
                    Defendants.     )
13  _____)

14

15      DEPOSITION OF CHRISTOPHER STRINGER

16         Redwood Shores, California

17         Wednesday August 3, 2011

18

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 40906

1      MS. CARUSO:  Margret Caruso, Quinn

2   Emanuel, for Samsung.

3      MR. JACOBS:  Michael Jacobs,

4   Morrison Foerster, for Apple.

5      MR. ZHANG:  Patrick Zhang,

6   Morrison Foerster, for Apple.

7      MS. TIERNEY:  Erica Tierney for

8   Apple.

9      THE VIDEOGRAPHER:  Thank you.

10   Will the court reporter please administer

11   the oath, and we can proceed.

12

13   C H R I S T O P H E R   S T R I N G E R:

14   called as a witness, having been duly

15   sworn by the Certified Shorthand

16   Reporter, was examined and testified as

17   follows:

18   EXAMINATION BY:

19   MR. ZELLER:

20   Q   Good morning.

21   A   Hi.

22   Q   Have you ever had your deposition

23   taken before?

24   A   Yes.

25   Q   On how many times?

Exhibit 5
Page 25







1       C E R T I F I C A T E

2   STATE OF CALIFORNIA        )

3                             )

4   COUNTY OF SAN FRANCISCO )

5       I, LINDA VACCAREZZA, a Certified

6   Shorthand Reporter for the State of

7   California, do hereby certify:

8       That CHRISTOPHER STRINGER, the

9   witness whose deposition is hereinbefore

10  set forth, was duly sworn by me and that

11  such deposition is a true record of the

12  testimony given by such witness.

13      I further certify that I am not

14  related to any of the parties to this

15  action by blood or marriage; and that I

16  am in no way interested in the outcome of

17  this matter.

18      IN WITNESS WHEREOF, I have hereunto

19  set my hand this 3rd day of

20  August, 2011.

21

22  _____

23   LINDA VACCAREZZA, CSR. NO. 10201

24

25

Exhibit 5
Page 29