| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| JASON BARTLETT (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California 94105-2482 | Palo Alto, California 94304 |
| Telephone: (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS** |

I, Richard S.J. Hung, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for Apple Inc. ("Apple").  I submit this declaration in support of Apple's Opposition to Samsung's Motion for Leave to Supplement Its Infringement Contentions.  Unless otherwise indicated, I have personal knowledge of the matters set forth below.  If called as a witness, I could and would testify competently as follows.

2. On October 7, 2011, Samsung served its 60-page initial Invalidity Contentions with 79 invalidity claim charts.

3. Attached as Exhibit A is a true and correct copy of correspondence from Marissa Ducca to Jason Bartlett dated November 8, 2011.

4. Attached as Exhibit B is a true and correct copy of correspondence from Jason Bartlett to Rachel Kassabian dated November 20, 2011.

5. Attached as Exhibit C is a true and correct copy of excerpts of the deposition of Imran Chaudhri taken on October 14, 2011.  Page 13, lines 1-2 have been redacted as irrelevant to avert the need to file under seal.

6. Attached as Exhibit D is a true and correct copy of excerpts of the deposition of Steven Christensen taken on October 26, 2011.

7. Attached as Exhibit E is a true and correct copy of excerpts of the deposition of Ravin Balakrishnan taken on August 16, 2011.

8. Attached as Exhibit F is a true and correct copy of excerpts of a document subpoena issued to Cirque Corporation on October 26, 2011.

9. Attached as Exhibit G is a true and correct copy of excerpts of a deposition subpoena issued to Cirque Corporation on December 22, 2011.

10. Attached as Exhibit H is a true and correct copy of excerpts of the deposition of Richard Woolley of Cirque Corporation taken on January 19, 2012.

11. Attached as Exhibit I is a true and correct copy of excerpts of a deposition subpoena issued to Synaptics, Inc. on December 7, 2011.

12. Attached as Exhibit J is a true and correct copy of excerpts of the deposition of Shawn P. Day of Synaptics, Inc. taken on January 19, 2012.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 9, 2012 at San Francisco, California.

/s/ *Richard S.J. Hung*
Richard S.J. Hung

DECLARATION OF R. HUNG ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY
CASE NO. 11-cv-01846-LHK
sf-3104469

2

12. Attached as Exhibit J is a true and correct copy of excerpts of the deposition of Shawn P. Day of Synaptics, Inc. taken on January 19, 2012.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 9, 2012 at San Francisco, California.

/s/ *Richard S.J. Hung*
Richard S.J. Hung

DECLARATION OF R. HUNG ISO APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO SUPPLEMENT INVALIDITY
CASE NO. 11-cv-01846-LHK
sf-3104469

2