# Exhibit A

quinn emanuel trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL: (202) 756-1950 FAX: (202) 756-1951

November 8, 2011

**VIA ELECTRONIC MAIL**

Jason Bartlett
Morrison and Foerster
425 Market Street
San Francisco, California  94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Jason:

I write to follow up on several items which we have recently discussed.

First, on our meet and confer Wednesday, Nov. 2, you indicated that Apple would be producing the source code for Mac OS 10.0, a working computer loaded with Mac OS 10.0, and the source code for SuperClock.  Please make these available no later than November 11, and let us know when we can expect them.

Second, Apple indicated on the same meet and confer that it would be producing documents previously produced in the 794 action in ND Cal by the end of last week.  This has not yet been done.  Please produce these documents by November 11.

Third, in your letter dated October 31, 2011, you indicated that Apple would be supplementing several interrogatories.  Please supplement these interrogatories no later than November 11.  In addition, please confirm that you do not intend to supplement any additional interrogatories, other than those in these supplements, at this time.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712

Fourth, on November 2, I sent an email to Ms. Mazza regarding redactions on the document with Bates numbers APLNDC-X4557. She indicated that she was looking into this matter. Please respond to this email by Friday, November 11.

Fifth, on November 1, Mike Zeller sent Apple a letter regarding certain issues including, among other things, sketchbooks and Brain Box documents. Please respond to this letter no later than tomorrow and be prepared to discuss on the meet and confer Wednesday.

Please be prepared to discuss these, and all other pending Apple discovery deficiencies on the Wednesday meet and confer.

Best regards,

*/s/ Marissa R. Ducca*

Marissa R. Ducca

MRD