# Exhibit C

Confidential Attorneys' Eyes Only

```
                                                              Page 1
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6             Plaintiff,
 7   vs.                            Case No. 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12             Defendants.
     ----------------------------------/
13
14
15
16                       CONFIDENTIAL
17                   ATTORNEYS' EYES ONLY
18                     OUTSIDE COUNSEL
19       VIDEOTAPED DEPOSITION OF IMRAN CHAUDHRI
                 Redwood Shores, California
20                Friday, October 14, 2011
21
22
23   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
24
     JOB NO. 42879
25
```

Confidential Attorneys' Eyes Only

Page 3

1              A P P E A R A N C E S:
2
3    FOR THE PLAINTIFF APPLE INC.:
4        MORRISON & FOERSTER
         BY:  MATTHEW KREEGER, ESQ.
5        425 Market Street
         San Francisco, California 94105
6
7
8    FOR THE DEFENDANTS SAMSUNG:
9        QUINN EMANUEL URQUHART & SULLIVAN
         BY:  ALAN WHITEHURST, ESQ.
10       1101 Pennsylvania Avenue NW
         Washington, D.C. 20004
11
12   and
13       BY:  ALEX BAXTER, ESQ
              MARGRET CARUSO, ESQ.
14            BRETT ARNOLD, ESQ.
         555 Twin Dolphin Drive
15       Redwood Shores, California 94065
16
17   and
18
         BY:  MICHAEL ZELLER, ESQ.
19       865 South Figueroa Street
         Los Angeles, California 90017
20
21
22   ALSO PRESENT:
23       Cyndi Wheeler, Apple IP Litigation Counsel
24       Alan Dias, Videographer
25                 ---oOo---

1      (Marked for identification purposes,
2      Exhibit 570 through 572.)
3      THE VIDEOGRAPHER:  We are on the video
4  record at 9:34 a.m.  In the matter of Apple Inc.,
5  versus Samsung, in the United States District Court,
6  Northern District of California.  Case No.
7  11-CV-01846-LHK.
8      We are located today at 555 Twin Dolphin
9  Drive, in the City of Redwood Shores, California.
10 Today is October 14, 2011, and the time is 9:35 a.m.
11     My name is Alan Dias from TSG Reporting.
12     Counsel, would you please identify yourself
13 for the record.
14     MR. WHITEHURST:  Good morning.  My name
15 Alan Whitehurst.  And with me today is my colleague,
16 Alex Baxter.  We are with the law firm Quinn
17 Emanuel, and we represent Samsung.
18     MR. KREEGER:  Matthew Kreeger, Morrison &
19 Foerster, representing Apple.  With me is
20 Cyndi Wheeler from Apple.
21     THE VIDEOGRAPHER:  Will the court reporter
22 please swear in the witness.
23     THE REPORTER:  Do you solemnly swear or
24 affirm under the penalties of perjury that the
25 testimony you are about to offer will be the truth,

1    the whole truth and nothing but the truth?
2            THE WITNESS:  I do.
3            THE VIDEOGRAPHER:  You may proceed.
4               EXAMINATION BY MR. WHITEHURST
5            BY MR. WHITEHURST:
6        Q.   Good morning, Mr. Chaudhri.
7        A.   Good morning.
8        Q.   My name is Alan Whitehurst, and I will be
9    taking your deposition today.
10            Could you please state your full name and
11   address for the record.
12       A.   My name is Imran Chaudhri.  My address is
13   57 Beaumont, San Francisco, California 94118.
14       Q.   And before the deposition, I marked as
15   Exhibit 570 a copy of your Deposition Notice.
16            Have you testified in a deposition before?
17       A.   I have.
18       Q.   How many times?
19       A.   Once.
20       Q.   And what case was that for?
21       A.   It was a -- a case involving Motorola.
22       Q.   Was that for a litigation between Motorola
23   and Apple?
24       A.   I believe so.
25       Q.   And when was that deposition?

Confidential Attorneys' Eyes Only

Page 13



```
 3      Q.   If you would look at the figures in this
 4   patent, for example, Figure 7.
 5           Is Figure 7 a picture of the user interface
 6   for Mac OS X?
 7      A.   It's a drawing that looks like it could be.
 8      Q.   And would the user interface in Mac OS X
 9   look like Figure 7?
10      A.   I don't know what this is trying to be, but
11   there are elements of it that look like Mac OS X for
12   sure.
13      Q.   Can you turn to Figure 8, please.
14           What is Figure 8?
15      A.   I understand Figure 8 to be an indicator of
16   battery level over the window that we were just
17   looking at.
18      Q.   And does Mac OS X have a battery level
19   indicator?
20      A.   There are battery level indicators in Mac
21   OS X.
22      Q.   And does the battery level indicator in Mac
23   OS X look like Figure 8?
24      A.   It does not look like Figure 8.
25      Q.   What does the battery level indicator look
```

Confidential Attorneys' Eyes Only

Page 254

1              CERTIFICATE

2

   STATE OF CALIFORNIA  )
3                       )  :  ss
   COUNTY OF SONOMA     )
4

5     I, Lorrie L. Marchant, a Certified Shorthand
6  Reporter, a Registered Professional Reporter, a
7  Certified Realtime Reporter, and a Certified
8  Realtime Professional within and for the State of
9  California, do hereby certify:
10       That IMRAN CHAUDHRI, the witness whose
11  deposition is herein set forth, was duly
12  sworn/affirmed by me and that such deposition is a
13  true record of the testimony given by such witness.
14       I further certify that I am not related to any
15  of the parties to this action by blood or marriage
16  and that I am in no way interested in the outcome of
17  this matter.
18       In witness whereof, I have hereunto set my hand
19  this 15th day of October, 2011.
20
21
22
23       ------------------------------------------
         LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24       CSR No. 10523
25