# Exhibit D

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5   APPLE, INC., a California

6   corporation,

7            Plaintiff,

8   vs.      NO. 11-CV-01846-LHK

9   SAMSUNG ELECTRONICS CO., LTD.,

10  a Korean business entity;

11  SAMSUNG ELECTRONICS AMERICA,

12  INC., a New York corporation;

13  SAMSUNG TELECOMMUNICATIONS

14  AMERICA, LLC, a Delaware

15  limited liability company,

16            Defendants.

17  _____

18       HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

19           DEPOSITION OF STEVEN CHRISTENSEN

20         Taken on behalf of the Defendants

21                 October 26, 2011

22

23

24

25  Job Number: 42864

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  APPEARANCES
2
3  Appearing on behalf of the Plaintiff and the
4  witness:
5  KARL J. KRAMER, ESQ.
6  Morrison & Foerster
7  755 Page Mill Road
8  Palo Alto, California 94304
9
10
11
12
13  Appearing on behalf of the Defendants:
14  TODD M. BRIGGS, ESQ.
15  Quinn Emanuel Urquhart & Sullivan
16  555 Twin Dolphin Drive
17  Redwood Shores, California 94065
18
19
20
21
22  ALSO PRESENT:  Steve Brown, Videographer
23
24
25

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 6

1        STEVEN CHRISTENSEN,
2        having been first duly sworn,
3        was examined and testified as follows:
4                EXAMINATION
5   BY MR. BRIGGS:
6        Q.   Good morning.
7        A.   Good morning.
8        Q.   Can you state your name for the record.
9        A.   Steven Christensen.
10       Q.   Where do you live, Mr. Christensen?
11       A.   Ashland, Oregon.
12       Q.   Where is Ashland?
13       A.   About ten miles south of here.
14       Q.   Where do you work?
15       A.   I work for a small startup company that I
16  am a cofounder.  It is called Folium & Partners.
17       Q.   Do you work for Apple Computer?
18       A.   No.
19       Q.   Are you a consultant for Apple Computer?
20       A.   No.
21       Q.   Now, you have worked for Apple in the past,
22  correct?
23       A.   Yes.
24       Q.   And when was that?
25       A.   1982 through 1996.

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 161

1  Q.  So if I were to ask you if you had an
2  opinion as to whether any of Samsung's products
3  infringed any of the claims of the 002 patent, would
4  you have an opinion?
5  A.  I have no opinion.
6  Q.  And you have never done any sort of
7  analysis to determine whether any Samsung products
8  meet the claims of the 002 patent?
9  A.  No.
10  (Exhibit 984 was marked for identification)
11  BY MR. BRIGGS:
12  Q.  I am going to hand you what has been marked
13  as Exhibit 984.
14       MR. KRAMER:  I don't have a copy of that
15  one.  If you could hand me that, that would be great.
16       Thanks, Todd.
17  BY MR. BRIGGS:
18  Q.  Can you review this document and let me
19  know when you are done.
20  A.  I have.
21  Q.  So you are familiar with this document?
22  A.  I am.
23  Q.  What is it?
24  A.  It is the "read me" file that accompanied
25  Super Clock.

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1  CERTIFICATE

2

3      I, Michele J. Lucas, do hereby certify that pursuant

4  to the Rules of Civil Procedure, the witness named herein

5  appeared before me at the time and place set forth in the

6  caption herein; that at the said time and place, I reported

7  in stenotype all testimony adduced and other oral

8  proceedings had in the foregoing matter; and that the

9  foregoing transcript pages constitute a full, true and

10 correct record of such testimony adduced and oral proceeding

11 had and of the whole thereof.

12

13     IN WITNESS HEREOF, I have hereunto set my hand this

14 27th day of October, 2011.

15

16

17

18

19 _____

20 /Signed                         August, 2013

21 Michele J. Lucas              Commission Expiration

22

23

24

25