# Exhibit H

Confidential Attorneys' Eyes Only

Page 1

```
 1
              IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
 3
 4   APPLE, INC.,  a California
     Corporation,
 5                                        Case No.:
                 Plaintiff,               11-cv-01846-LHK
 6
        vs.
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
                 Defendants.
12   _____
13      UNITED STATES INTERNATIONAL TRADE COMMISSION
                       WASHINGTON, D.C.
14   _____
     In the Matter of:
15
     CERTAIN PORTABLE ELECTRONIC        Investigation
16   DEVICES AND RELATED SOFTWARE       No.
     337-TA-797
17   _____
                          -o0o-
18
         **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
19
        VIDEOTAPED DEPOSITION OF RICHARD WOOLLEY
20
              Taken on behalf of the Defendants
21
     DATE TAKEN:         Thursday, January 19, 2012
22
     TIME:               9:36 a.m. - 4:00 p.m.
23   PLACE:              MORRISS, O'BRYANT, COMPAGNI
                         ATTORNEYS AT LAW
24                       724 East 200 South
                         Salt Lake City, Utah 84102
25
```

```
                                                                Page 2
 1
     Stenographically Reported by:
 2   Susan Hellberg-Young
     Registered Professional Reporter #16196
 3   Certified Shorthand Reporter (Utah) #191
     JOB NO: 45336
 4
 5
 6   APPEARANCES:
 7
 8   Counsel for Apple, Inc.:
 9       MATTHEW I. KREEGER
         Morrison & Forester, LLC
10       425 Market Street
         San Francisco, California  94105-2482
11       mkreeger@mofo.com
12       MARK BELLOLI
         Feinberg, Day, Alberti & Thompson
13       Attorneys at Law
         401 Florence Street, Suite 200
14       Palo Alto, California  94301
         mbelloli@fienday.com
15
16
     Counsel for Samsung and HTC Corporation:
17
         CHARLES A. BASINGER
18       Quinn Emanuel Urquhart & Sullivan
         Attorneys at Law
19       1299 Pennsylvania Avenue N.W., Suite 825
         Washington, D.C.  20004
20       charlesbasinger@quinnemanuel.com
21       JARED W. NEWTON
         Quinn Emanuel Urquhart & Sullivan
22       Attorneys at Law
         1299 Pennsylvania Avenue N.W., Suite 825
23       Washington, D.C.  20004
         jarednewton@quinnemanuel.com
24
25
```

Confidential Attorneys' Eyes Only

Page 3

```
 1    APPEARANCES (continued)
 2    Counsel for Cirque Corporation and ALPS Electric
 3         DAVID O'BRYANT
           MORRISS, O'BRYANT & COMPAGNI
 4         Attorneys at Law
           724 East 200 South
 5         Salt Lake City, Utah 84102
           obryant@utahpatents.com
 6
 7         JEFF BOYCE
           GENERAL COUNSEL
 8         ALPS ELECTRIC, NORTH AMERICA, INC.
           2463 South 3850 West
 9         Suite A
           Salt Lake City, Utah  84120-2916
10         jeff.boyce@alps.com
11
12
      Also Present:
13
14         Marc Gatzambide - videographer
           TSG Reporting, Inc.
15         747 Third Avenue
           New York, NY  10017
16         www.tsgreporting.com
17
18
19
20
21
22
23
24
25
```

Confidential Attorneys' Eyes Only

Page 6

9:00  1   January 19, 2012

              a.m.

      2

      3              P R O C E E D I N G S

      4

      5              THE VIDEOGRAPHER:  We are on the
      6   record.  This is the start of tape labeled number
      7   1 in the video deposition of Richard Woolley in
      8   the matter of Apple, Incorporated versus Samsung
      9   Electronics Company, Limited, Samsung Electronics
     10   America, Incorporated, Telecommunications
     11   America, LLC, number, dash, 11-CV-01846-CH -- or
     12   LHK, excuse me.  Also, in the United States
     13   International Trade Commission, Washington, D.C.
     14   in the matter of Certain Portable Electronic
     15   Devices and Related Software, number 337-TA-797.
     16              This deposition is being held at 734
     17   East 200 South, Salt Lake City, Utah on January
     18   19th, 2012 at approximately 9:36.
     19              My name is Marc Gatzambide.  I'm the
     20   legal video specialist from TSG Reporting,
     21   Incorporated, headquartered at 747 3rd Avenue,
     22   New York, New York.
     23              The court reporter is Susan
     24   Hellberg-Young in association with TSG Reporting.
     25              Will counsel please introduce

1    yourself after which the court reporter will
2    please swear in the witness.
3                MR. NEWTON:  Jared Newton from Quinn
4    Emanuel on behalf of HTC.
5                MR. BASINGER:  Charles Basinger, also
6    Quinn Emanuel, on behalf of the Samsung entities.
7                MR. KREEGER:  Matthew Kreeger of
8    Morrison and Foerster, representing Apple.
9                MR. BELLOLI:  Marc Belloli from
10   Feinberg Day representing Apple in the 797
11   investigation.
12               MR. O'BRYANT:  David O'Bryant
13   representing Cirque Corporation.
14               MR. WOOLLEY:  Richard Woolley
15   representing Cirque Corporation, of Cirque
16   Corporation.
17
18               RICHARD DOUGLAS WOOLLEY,
19      called as a witness, having been duly sworn,
20           was examined and testified as follows:
21
22               MR. NEWTON:  Before we begin, I want
23   to acknowledge on the record that the deposition
24   is being taken on behalf of HTC in the USITC
25   investigation number 337-TA-797, and on behalf of

Confidential Attorneys' Eyes Only

Page 209

```
 1            REPORTER'S DEPOSITION CERTIFICATE
 2   STATE OF UTAH
 3   COUNTY OF SALT LAKE
 4            I, Susan Hellberg-Young, Registered
 5   Professional Reporter, Certified Shorthand
 6   Reporter, and Notary Public in and for the State
 7   of Utah at large, hereby certify that the witness
 8   appeared before me for the taking of the
 9   foregoing deposition, and that I was authorized
10   to and did stenographically and electronically
11   report the deposition, and that the transcript is
12   a true and complete record of my stenographic
13   notes and recordings thereof.
14
15            I FURTHER CERTIFY that I am neither
16   an attorney, nor counsel for the parties to this
17   cause, nor a relative or employee or any attorney
18   or party connected with this litigation, nor am I
19   financially interested in the outcome of this
20   action.
21            DATED THIS 19th day of January, 2012,
22   at Salt Lake City, Utah.
23   _____
24   SUSAN HELLBERG-YOUNG, RPR, CSR
25
```