# Exhibit J

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
              Plaintiff,              Case No.
 6
        vs.                           11-CV-01846-LHK
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     Limited liability company,
11
              Defendants.
12
13
14
15      CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
16
17
18    VIDEOTAPED DEPOSITION OF SHAWN P. DAY, Ph.D.
19               Palo Alto, California
20            Thursday, January 19, 2012
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 45176
```

Confidential - Outside Attorneys' Eyes Only

Page 2

1        January 19, 2012
2          9:12 a.m.
3
4
5      Deposition of SHAWN P. DAY, Ph.D.,
6  taken on behalf of Defendants, at 3300 Hillview
7  Avenue, Palo Alto, California, before Cynthia
8  Manning, Certified Shorthand Reporter No. 7645,
9  Certified LiveNote Reporter, California Certified
10  Realtime Reporter.

Confidential - Outside Attorneys' Eyes Only

Page 3

1  APPEARANCES:
2
3  FOR PLAINTIFF:
4       MORRISON & FOERSTER
        BY:  ANDREW E. MONACH, ESQ.
5       425 Market Street
        San Francisco, California 94105
6
7
8
9  FOR DEFENDANTS:
10      QUINN EMANUEL URQUHART & SULLIVAN
        BY:  BRIAN E. MACK, ESQ.
11      50 California Street
        San Francisco, California 94111
12
13
14
15 FOR NONPARTY SYNAPTICS, INC.:
16      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER
17      BY:  ERIC K. CHIU, M.D., ESQ.
             MUKTA JHALANI, ESQ.
18      Stanford Research Park
        3300 Hillview Avenue
19      Palo Alto, California 94304
20
21
22
23 ALSO PRESENT:
24      Gregory DeWolfe, Esq., Synaptics
25      Aric Kerhoulas, Videographer

Page 4

1         PALO ALTO, CALIFORNIA;
2    THURSDAY, JANUARY 19, 2012; 9:12 A.M.
3
4         THE VIDEOGRAPHER:  Good morning.
5         This marks the beginning of Disk 1 of           09:12
6    the videotaped deposition of Shawn Day in the
7    matter Apple Incorporated versus Samsung
8    Electronics Corporation, in the United States
9    District Court for the Northern District of
10   California, San Jose, Division.  No.              09:12
11   11-CV-01846-LHK.
12        This deposition is being held at the
13   office of Finnegan, Henderson, at 3300 Hillview
14   Avenue, in Palo Alto, California.
15        The date today is January 19th, 2012,       09:13
16   and the time is approximately 9:13 a.m.
17        My name is Aric Kerhoulas from TSG,
18   Incorporated.
19        Our court reporter today is Cynthia
20   Manning in association with TSG.                 09:13
21        Will counsel and all present please
22   introduce yourselves for the record.
23        MR. MACK:  Brian Mack of Quinn Emanuel
24   representing Samsung.
25        MR. MONACH:  Andrew Monarch, Morrison &     09:13

Confidential - Outside Attorneys' Eyes Only

Page 5

1  Foerster, representing Apple.                                09:13

2           MR. CHIU:  Eric Chiu of Finnegan,

3  Henderson representing Synaptics.

4           MS. JHALANI:  Mukta Jhalani of

5  Finnegan, Henderson representing Synaptics.    09:13

6           MR. DEWOLF:  Greg DeWolf representing

7  Synaptics, in-house counsel.

8           The court reporter will please swear in

9  the witness and we can proceed.

10                                                              09:13

11                SHAWN P. DAY, PH.D.,

12           having first been duly sworn, testified

13           as follows:

14

15           THE VIDEOGRAPHER:  Proceed.                        09:13

16

17                      EXAMINATION

18  BY MR. MACK:

19      Q.   Please state your name and address for

20  the record, please.                                         09:13

21      A.   Shawn Day.  My address is 1535

22  Rangewood Drive, San Jose, California.

23      Q.   And have you ever been deposed before?

24      A.   Yes, I have.

25      Q.   And how many times?                                09:14

Confidential - Outside Attorneys' Eyes Only

Page 127

1  STATE OF CALIFORNIA  )
2         :ss
3  COUNTY OF SAN MATEO  )
4         I, CYNTHIA MANNING, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify:
7         That the foregoing proceedings were taken
8  before me at the time and place herein set forth;
9  that any witnesses in the foregoing proceedings,
10 prior to testifying, were placed under oath; that
11 a verbatim record of the proceedings was made by
12 me using machine shorthand which was thereafter
13 transcribed under my direction; further, that the
14 foregoing is an accurate transcription thereof.
15        I further certify that I am neither
16 financially interested in the action, nor a
17 relative or employee of any attorney of any of
18 the parties.
19
20        IN WITNESS WHEREOF, I have subscribed
21 my name this 19th day of January 2012.
22
23
   _____
24     CYNTHIA MANNING, CSR No. 7645, CCRR, CLR
25