1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

| | |
|---|---|
| 11   APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| 12                  Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO SUPPLEMENT ITS INVALIDITY CONTENTIONS** |
| 13          v. | |
| 14   SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS | |
| 15   AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS | |
| 16   AMERICA, LLC, a Delaware limited liability company, | |
| 17 | |
| 18                  Defendants. | |

19

20          Samsung's failure to add five new references results from its own delays and does not

21   demonstrate diligence.  Samsung cannot show good cause, and therefore the Court hereby

22   DENIES Samsung's Motion to Supplement Its Invalidity Contentions.

23          IT IS SO ORDERED.
     Dated:

24

25                                              _____
                                                Honorable Lucy H. Koh
26                                              United States District Judge

27

28