HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S <u>RE-NOTICED</u> MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS**<br><br>Date:      March 6, 2012<br>Time:      10:00 a.m.<br>Place:     Courtroom 5, 4th Floor<br>Judge:     Hon. Paul S. Grewal |

**NOTICE OF MOTION AND MOTION**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 6, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Apple, Inc. ("Apple") shall and hereby does move the Court for an Order compelling defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Samsung") to produce relevant, responsive documents from the files of each witness noticed for deposition at least ten (10) days in advance of his or her deposition, if the documents are written in whole or in part in a foreign language. Apple further moves the Court for an Order compelling Samsung to produce other relevant, responsive English-language documents from the files of each witness noticed for deposition at least five (5) days in advance of the witness's deposition.

This re-noticed motion is based on this notice of motion, the supporting memorandum of points and authorities filed and served by Apple on January 27, 2012 (Dkt. No. 682), the Declaration of Mia Mazza submitted and served by Apple on January 27, 2012 and exhibits attached thereto (Dkt. No. 683), and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

**RELIEF REQUESTED**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Apple requests an Order compelling Samsung to produce relevant, responsive documents from the files of each witness noticed for deposition at least ten (10) days in advance of the witness's deposition if they are written in whole or in part in a foreign language. Apple further requests that Samsung be compelled to produce other relevant, responsive English-language documents from each witness's files at least five (5) days in advance of the witness's deposition.

1    Dated:  February 11, 2012              MORRISON & FOERSTER LLP

2

3                                          By:      /s/ Michael A. Jacobs
                                                    Michael A. Jacobs
4
                                                 Attorneys for Plaintiff
5                                                APPLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28