HOPENFELD SINGER RICE & SAITO LLP
  Benjamin L. Singer (Bar No. 264295)
  bls@hsrslaw.com
235 Montgomery Street, Suite 907
San Francisco, California  94104
Telephone:     (415) 500-6080
Facsimile:     (415) 534-6078

Attorneys for Defendants,
Samsung Electronics Co Ltd. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 4:11-cv-01846-LHK (PSG)<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Benjamin L. Singer of Hopenfeld Singer Rice & Saito LLP, a member of the State Bar of California (Bar No. 264295) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC in the above-captioned action. Mr. Singer's contact information is as follows:

Benjamin L. Singer
Hopenfeld Singer Rice & Saito LLP
235 Montgomery Street, Suite 207
San Francisco, CA  94104
Tel:  (415) 500-6080
Fax:  (415) 534-6078
bls@hsrslaw.com

Dated: February 12, 2012                    HOPENFELD SINGER RICE & SAITO, LLP

By:   /s/ Benjamin L. Singer
Attorneys for Defendants for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC