| Clerk's Use Only |
| --- |
| Initial for fee pd.: |
| |

Paul A. Gennari
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036-1795

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,
Counter Defendants

Plaintiff(s),

v.

Samsung Electronis Co., Ltd. a
Korean business entity, Samsung
Electroncs America, Inc. a New York
corporation, and Samsung Telecommunications
America, LLC      Defendant(s), and Counter
                        Plaintiffs

CASE NO. 11-CV-01846-LHK

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul A. Gennari                                   , an active member in

good standing of the bar of  New York, Washington, DC, Virginia,
                             Massachusetts and USDC ED Texas              , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Samsung Electronics, et al.,            in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Michael R. Heimbold (State Bar No. 173981) Steptoe & Johnson LLP, 2121
Avenue of the Stars, Suite 2800, Los Angeles, CA 90067, Tel. 310734-3225

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2012

Paul A. Gennari