**United States District Court**
For the Northern District of California

1
2
3                     IN THE UNITED STATES DISTRICT COURT
4
5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  APPLE INC., a California corporation,        CASE NO. 11-CV-01846-LHK
   Counter Defendants
8
              Plaintiff,                        (Proposed)
9                                               ORDER GRANTING APPLICATION
         v.                                     FOR ADMISSION OF ATTORNEY
   Samsung Electronics Co., Ltd. a Korean       *PRO HAC VICE*
10 business entity, Samsung Electronics
   America, Inc. a New York corporation
11 and Samsung Telecommunications America, LLC
12            Defendant. and Counter Plaintiffs
                                       /
13

14  Paul A. Gennari                             , whose business address and telephone number is

15  Steptoe & Johnson LLP
    1330 Connecticut Ave. NW
16  Washington, DC 20036-1795

17  and who is an active member in good standing of the bar of New York, Washington, DC
                                                                Virginia Massachusetts and USDC ED
18  having applied in the above-entitled action for admission to practice in the Northern District of   Texas

19  California on a pro hac vice basis, representing Samsung Electronics, et al.,

20        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22  *vice*. Service of papers upon and communication with co-counsel designated in the application

23  will constitute notice to the party. All future filings in this action are subject to the requirements

24  contained in General Order No. 45, *Electronic Case Filing*.

25

26  Dated:
                                                _____
27                                              LUCY H. KOH
                                                United States  District    Judge
28