UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A<br>Korean corporation; SAMSUNG<br>ELECTRONICS AMERICA, INC., a New York<br>corporation; SAMSUNG<br>TELECOMMUNICATIONS AMERICA, LLC,<br>a Delaware limited liability company,<br><br>                    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING BRIEFING AND<br>HEARING SCHEDULE FOR APPLE'S<br>MOTION FOR PARTIAL SUMMARY<br>JUDGMENT |

The parties have filed a stipulation regarding the briefing schedule and hearing date on Apple's Motion for Partial Summary Judgment.  ECF No. 717.  The hearing date selected by the parties is not available.  Accordingly, the Court sets the following modified briefing and hearing schedule based on the parties' stipulation:

Samsung's Opposition to Apple's Motion for Partial Summary Judgment shall be filed on or before April 2, 2012.

Apple's Reply Brief to its Motion shall be filed on or before April 26, 2012.

The hearing on Apple's Motion shall be set for May 10, 2012, at 1:30 pm, in Courtroom 8, 4th Floor.

1

2    **IT IS SO ORDERED.**

3    Dated: February 13, 2012

4                                                         LUCY H. KOH
                                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 11-CV-01846-LHK
ORDER SETTING BRIEFING AND HEARING SCHEDULE

United States District Court
For the Northern District of California