UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER** |

Defendant Samsung seeks an order compelling Apple to allow Samsung's expert, Samuel Lucente, access to Apple's "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Outside Attorneys' Eyes Only – Source Code" under the Protective Order.

Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Permit Samsung's Expert Samuel Lucente to Review Materials Designated Under the Protective Order is DENIED.

**IT IS SO ORDERED.**

Dated: March _____, 2012.

　　　　　　　　　　　　　　　　　　　　HONORABLE PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge