HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
JASON BARTLETT (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER**<br><br>Date:      March 6, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

I, Marc J. Pernick, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Opposition to Samsung's Motion to Permit Samsung's Expert Samuel Lucente to Review Materials Designated Under the Protective Order. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness, I could and would testify competently as follows.

2. To date, Defendants have disclosed approximately twenty experts to Apple. Apple has asserted objections under the protective order in place in this case to only three of those experts.

3. Attached as Exhibit 1 is a true and correct copy of email correspondence between counsel for Samsung and Apple between December 27, 2011 and January 8, 2012.

4. Attached as Exhibit 2 is a true and correct copy of a page from the Industrial Designers Society of America (IDSA) website (http://idsa.org/sam-lucente).

5. Attached as Exhibit 3 is a true and correct copy of email correspondence between counsel for Samsung and Apple between December 13 and December 20, 2011.

6. Attached as Exhibit 4 is a true and correct copy of a notification, obtained from the official website of the European Patent Office, dated February 2, 2001, concerning entry of international patent application number PCT/US00/10073 into proceedings before the European Patent Office as European patent application no. 00928177.5.

7. Attached as Exhibit 5 is a true and correct copy of international patent application number PCT/US00/10073, including European Patent Office publication EP 1 224 554 A0 noticing publication of the application by the World Intellectual Property Organisation under the publication number WO 01/06375, obtained from the official website of the European Patent Office.

8. Attached as Exhibit 6 is a true and correct copy of a letter from Rachel Kassabian to Mia Mazza, dated January 25, 2012.

9. Attached as Exhibit 7 is a true and correct copy of a Hoover's Quick Report on Lucente Design, processed on January 31, 2012.

10.     Attached as Exhibit 8 is a true and correct copy of a Dun & Bradstreet Comprehensive Report on Lucente Design, last updated on January 14, 2012.

11.     Attached as Exhibit 9 is a true and correct copy of a letter from Marc Pernick to Rachel Kassabian, dated February 5, 2012.

12.     Attached as Exhibit 10 is a true and correct copy of a letter from Mia Mazza to Melissa Chan, dated December 27, 2011.

13.     Attached as Exhibit 11 is a true and correct copy of a letter from Marc Pernick to Rachel Kassabian, dated January 27, 2012.

14.     Attached as Exhibit 12 is a true and correct copy of a letter from Marc Pernick to Rachel Kassabian, dated January 30, 2012.

15.     Attached as Exhibit 13 is a true and correct copy of a letter from Albert P. Bedecarré to Mia Mazza, dated February 12, 2012.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2012 at Palo Alto, California.


/s/  *Marc J. Pernick*
Marc J. Pernick

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Marc J. Pernick has concurred in this filing.

Dated: February 13, 2012            */s/ Richard S.J. Hung*
                                    Richard S.J. Hung