# EXHIBIT 3

**From:** Ahn, Deok Keun Matthew
**Sent:** Tuesday, December 20, 2011 4:48 PM
**To:** 'Alex Binder'; 'Melissa Chan'; 'SaraJenkins@quinnemanuel.com'; Victoria Maroulis; Margret Caruso; Todd Briggs; Rachel Herrick Kassabian
**Cc:** Mazza, Mia
**Subject:** RE: Apple Inc. v. Samsung Electronics Co., Ltd. et al.: Discovery

Counsel,

The original message below requests a departure from the procedures in the protective order in this case. If someone on your team is available to discuss this request, please call me.

best regards,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263

---

**From:** Ahn, Deok Keun Matthew
**Sent:** Tuesday, December 20, 2011 11:48 AM
**To:** 'Alex Binder'; 'Melissa Chan'; 'SaraJenkins@quinnemanuel.com'
**Cc:** Mazza, Mia
**Subject:** RE: Apple Inc. v. Samsung Electronics Co., Ltd. et al.: Discovery

Melissa or Sara,

I haven't been able to get a hold of Alex about this. Can one of you call me today?

thanks,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263

---

**From:** Ahn, Deok Keun Matthew
**Sent:** Monday, December 19, 2011 8:39 PM
**To:** 'Alex Binder'
**Subject:** RE: Apple Inc. v. Samsung Electronics Co., Ltd. et al.: Discovery

Alex,

Please call me at 415-268-6629 regarding your email.

thanks,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263

---

**From:** Alex Binder [mailto:alexbinder@quinnemanuel.com]
**Sent:** Tuesday, December 13, 2011 5:46 PM
**To:** AppleMoFo; WHAppleSamsungNDCalService@wilmerhale.com; Ahn, Deok Keun Matthew; Tucher, Alison M.; Jacobs, Michael A.; McElhinny, Harold J.; Bartlett, Jason R.; mark.selwyn@wilmerhale.com; william.lee@wilmerhale.com
**Cc:** Victoria Maroulis; Margret Caruso; Todd Briggs; Rachel Herrick Kassabian
**Subject:** Apple Inc. v. Samsung Electronics Co., Ltd. et al.: Discovery

Counsel,

Samsung hereby discloses Samuel Lucente as an expert in this case.  Attached are Mr. Lucente's curriculum vitae, which includes his current employer and each entity from which he has received compensation in his area of expertise over the last 5 years, and Mr. Lucente's signed undertaking of the Interim Model Protective Order.  Please note that Mr. Lucente does not have any previous litigation history.

Please let us know by December 20, 2011 whether Apple objects, and the grounds for such objection, to disclosure to Mr. Lucente of Apple information designated in this litigation as "Highly Confidential – Attorney's Eyes Only," and "Highly Confidential – Source Code" under the Interim Model Protective Order.

**Alex Binder**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6408 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
alexbinder@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.