# EXHIBIT 7

Case 5:11-cv-01846-LHK   Document 728-7   Filed 02/13/12   Page 2 of 3



# Lucente Design

Palo Alto, CA United States

## Company Description

108 Primrose Way
Palo Alto, CA 94303-3046,
United States

**Phone:** +1-650-813-1814

**Line of Business**
Commercial art and graphic design

Download This Company

## Key Information

| | |
|---|---|
| **D-U-N-S Number** | 023656957 |
| **Location Type** | Single Location |
| **Subsidiary Status** | No |
| **Plant/Facility Size (sq. ft.) (modeled)** | 1,202 |
| **0 Employees (All Sites)** | 1 |
| **1-Year Employee Growth** | 0.0% |
| **Year of Founding** | 1998 |
| **Primary Industry** | Graphic Design Services |
| **Primary SIC Code** | 73360100: Art design services |
| **Primary NAICS Code** | 541430: Graphic Design Services |
| **Latitude/Longitude** | 37.446406/-122.13236 |
| **Minority Owned/Women Owned** | No |

## Key Financials

| Annual Sales (Estimated) | $75.00K |
|---|---|
| *Prescreen Score* | Low Risk |

**People**

| Title | Name | Compensation |
|---|---|---|
| Owner | **Sam Lucente** | |

Copyright ©2012 Hoover's, Inc. All Rights Reserved.