# EXHIBIT 10

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

December 27, 2011

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (melissachan@quinnemanuel.com)

Melissa N. Chan
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Melissa:

I write regarding Samsung's December 13, 2011, disclosure of Samuel Lucente as an expert in this case. We did not receive responses to Matthew Ahn's email requests on December 19 and 20 to discuss Mr. Lucente's disclosure, and so there are still questions that must be answered before Apple has sufficient information to evaluate whether or not Mr. Lucente has a conflict that should bar him from viewing Apple's confidential information. Until Samsung is willing to discuss Mr. Lucente's disclosure, Apple objects to the disclosure of its confidential information to Mr. Lucente.

To expedite the completion of Apple's review process, please let us know as soon as possible whether Mr. Lucente has ever participated in, or consulted on, developing or designing a mobile phone. In addition, please provide us with a list of clients of Lucente Design.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3088122