# EXHIBIT 2



| News | About | Explore | SEARCH |
|---|---|---|---|
| Awards | Chapters | Inspire | |
| Events | Sections | Connect | |
| Media | Education | Succeed | |
| | Promote | MYIDSA | |
| | | Join IDSA | |

# Sam Lucente (/sam-lucente)



**Sam Lucente, IDSA**

Working at the intersection of design, innovation and customer experience, Sam Lucente brings proven world-class design approaches to bear on complex problems for society, organizations and the design profession at large. As former VP of design, Lucente now consults with the Hewlett-Packard Co.

Lucente is a frequent speaker and lecturer at universities, conferences and design symposiums. His work has been recognized with major design awards and is in permanent collection at the New York MoMA, SFMOMA, the Smithsonian National Design Museum and other collections. Lucente graduated magna cum laude from the College of Design, Architecture and Art at the University of Cincinnati.

Sam Lucente may be reached at sam@lucente.com (mailto:sam@lucente.com) .

(http://www.addtoany.com/share_save#url=http%3A%2F%2Fidsa.org%2Fsam-lucente&title=Sam%20Lucente&description=)

in

*Submitted by Staff on June 2, 2010 - 5:06am*