# EXHIBIT 8



# LUCENTE DESIGN

D-U-N-S®  02-365-6957   Single
108 Primrose Way,
Palo Alto, CA 94303

Phone   650 813-1814

# Comprehensive Report

Purchase Date: 01/31/2012
Last Update Date: 01/14/2012

## Executive Summary

### Company Info

| | |
|---|---|
| Year Started | 1998 |
| Employees | 1 |
| Sales | $75,000-100000(Proj) |

### Predictive Analytics

Financial Stress Class



The Financial Stress Class of 4 for this company shows that firms with this class had a failure rate of 0.84% (84 per 10,000).

| | |
|---|---|
| Financial Stress Class | 4 |
| Financial Stress Score | 1,446 |
| Highest Risk | 1,001 |
| Lowest Risk | 1,875 |

Credit Score Class



The Credit Score class of 2 for this company shows that 10.60% of firms with this classification paid one or more bills severely delinquent.

| | |
|---|---|
| Credit Score Class | 2 |
| Credit Score | 455 |
| Highest Risk | 101 |
| Lowest Risk | 670 |

### D&B Rating

| | |
|---|---|
| D&B Rating | -- |

### Credit Limit Recommendation



| | |
|---|---|
| Conservative Credit Limit | $2,500 |
| Aggressive Credit Limit | $10,000 |

## Business Information



| Business Summary | | Credit Capacity Summary | | |
|---|---|---|---|---|
| **SIC** | 7336 Commercial art/graphic design | D&B Rating | | -- |
| **NAICS** | 541430 Graphic Design Services | Prior D&B Rating | -- | |
| **History Status** | CLEAR | Rating Date | 07/08/1998 | |
| **Branch Manager** | SAM LUCENTE, OWNER | | | |

## Business History

| Officers | SAM LUCENTE, OWNER |
|---|---|

As of 01/14/2012

Business started 1998.

SAM LUCENTE born 1958. 1998 to present active here. 1981-1996 employed by IBM, NY. 1996-1998 employed by Netscape, Mtn View, CA.

## Government Activity Summary

| Activity Summary | | Possible candidate for socioeconomic program consideration | |
|---|---|---|---|
| Borrower | No | Labor Surplus Area | N/A |
| Administrative Debt | No | Small Business | YES (2011) |
| Grantee | No | Women Owned | N/A |
| Party Excluded from Federal Programs | No | Minority Owned | N/A |
| Public Company | N/A | | |
| Contractor | No | | |
| Importer/Exporter | N/A | | |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

## Operations Data

01/14/2012

| Description: | Engaged in commercial art and graphic design, specializing in art design (100%). |
|---|---|
| Employees: | 1 which includes owner. |
| Facilities: | Operates from residence of owner. |

## Industry Data

| SIC | | | NAICS | |
|---|---|---|---|---|
| Code | Description | | Code | Description |
| 73360100 | Art design services | | 541430 | Graphic Design Services |

## Financial Statements

### Key Business Ratios (Based on 35 establishments)



D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 2.7 | UN |
| Return on Net Worth | UN | 36.9 | UN |
| **Short Term Solvency** | | | |
| Current Ratio | UN | 2.3 | UN |
| Quick Ratio | UN | 1.6 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 28.6 | UN |
| Sales / Net Working Capital | UN | 7.2 | UN |
| **Utilization** | | | |
| Total Liabs / Net Worth | UN | 43.5 | UN |

### Most Recent Financial Statement

As of 01/14/2012

The name and address of this business have been confirmed by D&B using available sources.

### Indicators

A check of D&B's public records database indicates that no filings were found for LUCENTE DESIGN, 108 Primrose Way, Palo Alto, CA. D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

## Commercial Credit Score

### Summary



Credit Score Class

Credit Score Class: **2**

5 High — 4 — 3 Moderate — 2 — 1 Low

(Moderate risk of severe payment delinquency over next 12 months.)

### Incidence of Delinquent Payment

| | |
|---|---|
| Among Companies with This Class | 10.60% |
| Average Compared to All Businesses | 23.50% |
| Credit Score Percentile | 75 |
| Credit Score | 455 |

### Key Factors

- No payment experiences.

Notes:

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.

- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.



- The Percentile ranks this firm relative to other businesses.For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

### Credit Score Percentile Norms Comparison



- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

## Financial Stress Score

### Summary



### Financial Stress Score Percentile

| | |
|---|---|
| Financial Stress National Percentile | 32 |
| Financial Stress Score | 1446 |
| Probability of Failure with This Score | 0.84% |
| Failure per 10K | 84/10,000 |
| Average Failure Rate within D&B database | 0.48% |
| Failure per 10K | 48/10,000 |

#### Key Factors

- No payment experiences.
- Higher risk legal structure.

### Notes:

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.

- The probability of failure shows the percentage of firms in a given percentile that discontinue operations with loss to creditors. The average probability of failure is based on businesses in D&B's database and is provided for comparative purposes.

- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

### Financial Stress Percentile Comparison





- Higher risk than other companies in the same region.
- Higher risk than other companies in the same industry.
- Higher risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in business.

## Advanced Paydex + CLR

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

## Credit Limit Recommendation



| | |
|---|---|
| **Recommendation Date** | 01/31/2012 |
| **Conservative Credit Limit** | $2,500 |
| **Aggressive Credit Limit** | $10,000 |
| Key Factor | |
| Risk is assessed using D&B's scoring methodology and is one factor used to create the recommended limits | |

## PAYDEX Yearly Trend

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters.
The Primary Industry is Commercial art/graphic design, based on SIC code 7336.



| Upper | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Median | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Lower | 71 | 70 | 70 | 70 | 69 | 70 | 70 | 70 |

Note

- Current PAYDEX® for this Business is , or equal to D&B has not received a sufficient sample of payment experiences to establish a current PAYDEX score. terms.
- Industry upper quartile represents the performance of the payers in the 75th percentile.
- Industry lower quartile represents the performance of the payers in the 25th percentile.

**Payment Summary**

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.