| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.　　11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190**<br><br>Date:　　March 6, 2012<br>Time:　　10:00 am<br>Place:　　Courtroom 5, 4th Floor<br>Judge:　　Hon. Paul S. Grewal |

1       I, JASON R. BARTLETT, declare as follows:

2       1.      I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team.  I make this declaration in support of Apple's Opposition to Samsung's Motion to Compel.

3       2.      On November 23, 2011, Samsung served its Second Set of Requests for Admission on Apple.  Requests 101 through 190 consist of 45 pairs of requests asking Apple first to admit that certain design patents are "substantially the same," then that the same design patents are *not* substantially the same.

4       3.      The parties agreed to extensions of time for discovery responses that would have been due over the holidays, including Samsung's Second Set of RFAs.  A true and correct copy of the email exchange between Apple's counsel and Samsung's counsel discussing these extensions is attached as **Exhibit A**.

5       4.      Apple served its Objections and Responses to Samsung's Second Set of Requests for Admission on January 6, 2012.  The parties exchanged letters on January 7 and 16, met and conferred on January 16, and were unable to resolve the dispute.

6       5.      On February 1, 2012, Samsung served its Third Set of Requests for Admission, a true and correct copy of which is attached as **Exhibit B**.  This set contains 72 comparisons of design patents to design patents, a total of 142 requests, similar to those in Samsung's Second Set of Requests for Admission.

//
//

6. On February 7, 2012, Samsung served its Fifth Set of Requests for Admission, a true and correct copy of which is attached as **Exhibit C**. This set contains 92 comparisons of design patents to Samsung products, 1 comparison of a design patent to a design patent, and 16 comparisons of design patents to third party products, totaling 109 comparisons across 215 requests.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of February, 2012 at San Francisco, California.

/s/ Jason R. Bartlett
Jason R. Bartlett

BARTLETT DECL. ISO OPP. TO SAMSUNG MOTION TO COMPEL APPLE TO RESPOND TO RFA 101-190
CASE NO. 11-CV-01846 LHK (PSG)
sf-3106932

2