# EXHIBIT A

**From:** Kolovos, Peter [Peter.Kolovos@wilmerhale.com]
**Sent:** Monday, December 12, 2011 2:56 PM
**To:** Melissa Chan
**Cc:** Bartlett, Jason R.; WH Apple Samsung NDCal Service; AppleMoFo; Rachel Herrick Kassabian; Alex Binder
**Subject:** RE: Apple v Samsung (NDCA): Apple's 7th Set of RFPs

Melissa -- that is fine with us.

Peter

---

**From:** Melissa Chan [mailto:melissachan@quinnemanuel.com]
**Sent:** Monday, December 12, 2011 12:06 AM
**To:** Kolovos, Peter
**Cc:** JasonBartlett@mofo.com; WH Apple Samsung NDCal Service; 'AppleMoFo@mofo.com'; Rachel Herrick Kassabian; Alex Binder
**Subject:** RE: Apple v Samsung (NDCA): Apple's 7th Set of RFPs

Peter,

We agree to your two week extension to January 6 for the 4th Set of RFPs and the 2nd Set of RFAs. This reminds me that we also have our responses to Apple's 6th Set of Rogs and 8th Set of RFPs due over the holiday period. Can we have extensions to those two sets to January 6 as well?

Thanks,
Melissa

---

**From:** Kolovos, Peter [mailto:Peter.Kolovos@wilmerhale.com]
**Sent:** Sunday, December 11, 2011 3:52 PM
**To:** Melissa Chan
**Cc:** JasonBartlett@mofo.com; WH Apple Samsung NDCal Service; AppleMoFo@mofo.com; Rachel Herrick Kassabian; Alex Binder
**Subject:** Re: Apple v Samsung (NDCA): Apple's 7th Set of RFPs

Melissa,

That extension is fine with us. We have a couple of responses that are due over the holidays, the 4th set of RFPs and 2nd set of RFAs (served on 11/23). Can we have an extension on those responses until January 6th?

-- Peter

On Dec 9, 2011, at 8:20 PM, "Melissa Chan" <melissachan@quinnemanuel.com> wrote:

Jason and Peter,

Samsung requests a short extension for its time to respond to the 7th Set of RFPs and 4th Set of Rogs, served on Nov. 11, 2011.  We ask that we have until December 19, 2011 to respond to these requests.
Please let us know if Apple will agree to this extension.
Thanks,
Melissa


**Melissa Chan**

**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5004 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
melissachan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.