# EXHIBIT B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.** |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") propound the following requests for admission on Plaintiff and Counterclaim Defendant Apple Inc. ("Apple").  Apple shall admit or deny the following statements, and serve those responses on Defendants' counsel, Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, within 30 days, or such other time as the parties agree or the Court orders. These requests for admission are continuing in nature and Apple must timely supplement the answers to them under Fed. R. Civ. P. 26(e) whenever an answer is in some material respect incomplete or incorrect.

## DEFINITIONS

The requests for production, as well as the Instructions provided above, are subject to and incorporate the following definitions and instructions as used herein:

1.      The terms "APPLE," "PLAINTIFF," "YOU," and "YOUR" shall refer to Apple, Inc., any predecessor or successor of Apple, Inc., and any past or present parent, division, subsidiary, affiliate, joint venture, associated organization, director, officer, agent, employee, consultant, staff member, or other representative of Apple, Inc., including counsel and patent agents, in any country.

2.      The term "DEFENDANTS" and "SAMSUNG" means Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

3.      The term "This Lawsuit" shall mean the action entitled *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-cv-01846-LHK.

4.      The term "person" or "persons" refers to any individual, corporation, proprietorship, association, joint venture, company, partnership or other business or legal entity, including governmental bodies and agencies.  The masculine includes the feminine and vice versa; the singular includes the plural and vice versa.

5.      The term "substantially the same," in the context of comparing two designs, shall mean that the resemblance is such as to deceive an ordinary observer, giving such attention as a

1   purchaser usually gives, inducing him or her to purchase one design while supposing it to be the

2   other.

3        6.      The terms "any," "all," "every," and "each" shall each mean and include the other

4   as necessary to bring within the scope of these requests for production all responses that might

5   otherwise be construed to be outside of their scope.

6        7.      The terms "and," "or," and "and/or" shall be construed either disjunctively or

7   conjunctively as necessary to bring within the scope of these requests for production all responses

8   that might otherwise be construed to be outside of its scope.

9        8.      The term "thing" refers to any physical specimen or tangible item in Your

10  possession, custody or control, including research and development samples, prototypes,

11  productions samples and the like.

12       9.      The terms "referring to," "relating to," "concerning" or "regarding" shall mean

13  containing, describing, discussing, embodying, commenting upon, identifying, incorporating,

14  summarizing, constituting, comprising or are otherwise pertinent to the matter or any aspect

15  thereof.

16       10.     The use of the singular form of any word includes the plural and vice versa, as

17  necessary to bring within the scope of these requests for production all responses that might

18  otherwise be construed to be outside of its scope.

19       11.     The use of a verb in any tense shall be construed as the use of the verb in all other

20  tenses.

21                                    **<u>INSTRUCTIONS</u>**

22       1.      If YOU cannot fully respond to the following Requests after exercising due

23  diligence to secure the information requested thereby, so state, and specify the portion of each

24  Request that cannot be responded to fully and completely.  State what efforts were made to obtain

25  the requested information, DOCUMENTS or COMMUNICATIONS and the facts relied upon that

26  support the contention that the Request cannot be answered fully and completely; and state what

27  knowledge, information or belief YOU have concerning the portion of any such Requests not

28  responded to.

1          2.        YOUR obligation to respond to these Requests is continuing and YOUR responses

2   are to be supplemented to include subsequently acquired DOCUMENTS, COMMUNICATIONS

3   or information in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil

4   Procedure.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUESTS FOR ADMISSION**

**U.S. Patents**

**REQUEST FOR ADMISSION NO. 191:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00198754—SAMNDCA00198774 is a true, correct and genuine copy of U.S. Patent No. 5,345,543.

**REQUEST FOR ADMISSION NO. 192:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00198754—SAMNDCA00198774 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 193:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00198775—SAMNDCA00198798 is a true, correct and genuine copy of U.S. Patent No. 5,398,310.

**REQUEST FOR ADMISSION NO. 194:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00198775—SAMNDCA00198798 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 195:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00198799—SAMNDCA00198808 is a true, correct and genuine copy of U.S. Patent No. 6,501,967.

**REQUEST FOR ADMISSION NO. 196:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00198799—SAMNDCA00198808 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

1   **REQUEST FOR ADMISSION NO. 197:**

2   Admit that the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00198809—SAMNDCA00198846 is a true, correct and genuine copy of U.S. Patent

4   No. 7,042,712.

5   **REQUEST FOR ADMISSION NO. 198:**

6   Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00198809—SAMNDCA00198846 is admissible as evidence in This Lawsuit as a

8   public record pursuant to Federal Rule of Evidence 803.

9   **REQUEST FOR ADMISSION NO. 199:**

10   Admit that the document produced in This Lawsuit bearing the Bates range

11   SAMNDCA00198847—SAMNDCA00198856 is a true, correct and genuine copy of U.S. Patent

12   No. 7,303,424.

13   **REQUEST FOR ADMISSION NO. 200:**

14   Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15   SAMNDCA00198847—SAMNDCA00198856 is admissible as evidence in This Lawsuit as a

16   public record pursuant to Federal Rule of Evidence 803.

17   **REQUEST FOR ADMISSION NO. 201:**

18   Admit that the document produced in This Lawsuit bearing the Bates range

19   SAMNDCA00198857—SAMNDCA00198883 is a true, correct and genuine copy of U.S. Patent

20   No. 7,409,059.

21   **REQUEST FOR ADMISSION NO. 202:**

22   Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23   SAMNDCA00198857—SAMNDCA00198883 is admissible as evidence in This Lawsuit as a

24   public record pursuant to Federal Rule of Evidence 803.

25   **REQUEST FOR ADMISSION NO. 203:**

26   Admit that the document produced in This Lawsuit bearing the Bates range

27   SAMNDCA00023591—SAMNDCA00023594 is a true, correct and genuine copy of U.S. Design

28   Patent No. D262,151.

02198.51855/4527468.1

-6-                                           Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1  **REQUEST FOR ADMISSION NO. 204:**

2      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00023591—SAMNDCA00023594 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 205:**

6      Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00023597—SAMNDCA00023599 is a true, correct and genuine copy of U.S. Design

8  Patent No. D270,061.

9  **REQUEST FOR ADMISSION NO. 206:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00023597—SAMNDCA00023599 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 207:**

14      Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00023609—SAMNDCA00023610 is a true, correct and genuine copy of U.S. Design

16  Patent No. D278,276.

17  **REQUEST FOR ADMISSION NO. 208:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00023609—SAMNDCA00023610 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 209:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00200617—SAMNDCA00200619 is a true, correct and genuine copy of U.S. Design

24  Patent No. D289,873.

25  **REQUEST FOR ADMISSION NO. 210:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00200617—SAMNDCA00200619 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

02198.51855/4527468.1

-7-                                      Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1 | **REQUEST FOR ADMISSION NO. 211:**

2 |     Admit that the document produced in This Lawsuit bearing the Bates range

3 | SAMNDCA00200620—SAMNDCA00200622 is a true, correct and genuine copy of U.S. Design

4 | Patent No. D306,583.

5 | **REQUEST FOR ADMISSION NO. 212:**

6 |     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7 | SAMNDCA00200620—SAMNDCA00200622 is admissible as evidence in This Lawsuit as a

8 | public record pursuant to Federal Rule of Evidence 803.

9 | **REQUEST FOR ADMISSION NO. 213:**

10 |     Admit that the document produced in This Lawsuit bearing the Bates range

11 | SAMNDCA00023622—SAMNDCA00023624 is a true, correct and genuine copy of U.S. Design

12 | Patent No. D321,215.

13 | **REQUEST FOR ADMISSION NO. 214:**

14 |     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15 | SAMNDCA00023622—SAMNDCA00023624 is admissible as evidence in This Lawsuit as a

16 | public record pursuant to Federal Rule of Evidence 803.

17 | **REQUEST FOR ADMISSION NO. 215:**

18 |     Admit that the document produced in This Lawsuit bearing the Bates range

19 | SAMNDCA00023625—SAMNDCA00023628 is a true, correct and genuine copy of U.S. Design

20 | Patent No. D332,328.

21 | **REQUEST FOR ADMISSION NO. 216:**

22 |     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23 | SAMNDCA00023625—SAMNDCA00023628 is admissible as evidence in This Lawsuit as a

24 | public record pursuant to Federal Rule of Evidence 803.

25 | **REQUEST FOR ADMISSION NO. 217:**

26 |     Admit that the document produced in This Lawsuit bearing the Bates range

27 | SAMNDCA00023629—SAMNDCA00023638 is a true, correct and genuine copy of U.S. Design

28 | Patent No. D333,574.

**REQUEST FOR ADMISSION NO. 218:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023629—SAMNDCA00023638 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 219:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023644—SAMNDCA00023646 is a true, correct and genuine copy of U.S. Design Patent No. D337,569.

**REQUEST FOR ADMISSION NO. 220:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023644—SAMNDCA00023646 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 221:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200626—SAMNDCA00200632 is a true, correct and genuine copy of U.S. Design Patent No. D340,917.

**REQUEST FOR ADMISSION NO. 222:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200626—SAMNDCA00200632 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 223:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200633—SAMNDCA00200639 is a true, correct and genuine copy of U.S. Design Patent No. D345,346.

**REQUEST FOR ADMISSION NO. 224:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200633—SAMNDCA00200639 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

1   **REQUEST FOR ADMISSION NO. 225:**

2       Admit that the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00023651—SAMNDCA00023652 is a true, correct and genuine copy of U.S. Design

4   Patent No. D346,589.

5   **REQUEST FOR ADMISSION NO. 226:**

6       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00023651—SAMNDCA00023652 is admissible as evidence in This Lawsuit as a

8   public record pursuant to Federal Rule of Evidence 803.

9   **REQUEST FOR ADMISSION NO. 227:**

10      Admit that the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00023653—SAMNDCA00023657 is a true, correct and genuine copy of U.S. Design

12  Patent No. D346,793.

13  **REQUEST FOR ADMISSION NO. 228:**

14      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00023653—SAMNDCA00023657 is admissible as evidence in This Lawsuit as a

16  public record pursuant to Federal Rule of Evidence 803.

17  **REQUEST FOR ADMISSION NO. 229:**

18      Admit that the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00023670—SAMNDCA00023672 is a true, correct and genuine copy of U.S. Design

20  Patent No. D396,215.

21  **REQUEST FOR ADMISSION NO. 230:**

22      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00023670—SAMNDCA00023672 is admissible as evidence in This Lawsuit as a

24  public record pursuant to Federal Rule of Evidence 803.

25  **REQUEST FOR ADMISSION NO. 231:**

26      Admit that the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00200650—SAMNDCA00200655 is a true, correct and genuine copy of U.S. Design

28  Patent No. D396,452.

**REQUEST FOR ADMISSION NO. 232:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200650—SAMNDCA00200655 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 233:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200656—SAMNDCA00200658 is a true, correct and genuine copy of U.S. Design Patent No. D410,440.

**REQUEST FOR ADMISSION NO. 234:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200656—SAMNDCA00200658 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 235:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200661—SAMNDCA00200665 is a true, correct and genuine copy of U.S. Design Patent No. D420,354.

**REQUEST FOR ADMISSION NO. 236:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200661—SAMNDCA00200665 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 237:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200670—SAMNDCA00200676 is a true, correct and genuine copy of U.S. Design Patent No. D424,535.

**REQUEST FOR ADMISSION NO. 238:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200670—SAMNDCA00200676 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

02198.51855/4527468.1

-11-                                           Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

**REQUEST FOR ADMISSION NO. 239:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200686—SAMNDCA00200690 is a true, correct and genuine copy of U.S. Design Patent No. D451,505.

**REQUEST FOR ADMISSION NO. 240:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200686—SAMNDCA00200690 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 241:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200691—SAMNDCA00200697 is a true, correct and genuine copy of U.S. Design Patent No. D453,333.

**REQUEST FOR ADMISSION NO. 242:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200691—SAMNDCA00200697 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 243:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200698—SAMNDCA00200700 is a true, correct and genuine copy of U.S. Design Patent No. D455,433.

**REQUEST FOR ADMISSION NO. 244:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200698—SAMNDCA00200700 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 245:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200701—SAMNDCA00200708 is a true, correct and genuine copy of U.S. Design Patent No. D456,023.

**REQUEST FOR ADMISSION NO. 246:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200701—SAMNDCA00200708 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 247:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200709—SAMNDCA00200714 is a true, correct and genuine copy of U.S. Design Patent No. D458,252.

**REQUEST FOR ADMISSION NO. 248:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200709—SAMNDCA00200714 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 249:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023750—SAMNDCA00023757 is a true, correct and genuine copy of U.S. Design Patent No. D461,802.

**REQUEST FOR ADMISSION NO. 250:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023750—SAMNDCA00023757 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 251:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023766—SAMNDCA00023771 is a true, correct and genuine copy of U.S. Design Patent No. D467,890.

**REQUEST FOR ADMISSION NO. 252:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023766—SAMNDCA00023771 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 253:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200724—SAMNDCA00200733 is a true, correct and genuine copy of U.S. Design Patent No. D469,413.

**REQUEST FOR ADMISSION NO. 254:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200724—SAMNDCA00200733 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 255:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023790—SAMNDCA00023795 is a true, correct and genuine copy of U.S. Design Patent No. D485,265.

**REQUEST FOR ADMISSION NO. 256:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023790—SAMNDCA00023795 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 257:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023808—SAMNDCA00023810 is a true, correct and genuine copy of U.S. Design Patent No. D488,469.

**REQUEST FOR ADMISSION NO. 258:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023808—SAMNDCA00023810 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 259:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200737—SAMNDCA00200740 is a true, correct and genuine copy of U.S. Design Patent No. D489,731.

1  **REQUEST FOR ADMISSION NO. 260:**

2      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00200737—SAMNDCA00200740 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 261:**

6      Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00023827—SAMNDCA00023830 is a true, correct and genuine copy of U.S. Design

8  Patent No. D491,156.

9  **REQUEST FOR ADMISSION NO. 262:**

10     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00023827—SAMNDCA00023830 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 263:**

14     Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00200741—SAMNDCA00200748 is a true, correct and genuine copy of U.S. Design

16  Patent No. D496,645.

17  **REQUEST FOR ADMISSION NO. 264:**

18     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00200741—SAMNDCA00200748 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 265:**

22     Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00023849—SAMNDCA00023857 is a true, correct and genuine copy of U.S. Design

24  Patent No. D498,754.

25  **REQUEST FOR ADMISSION NO. 266:**

26     Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00023849—SAMNDCA00023857 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 267:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200760—SAMNDCA00200764 is a true, correct and genuine copy of U.S. Design Patent No. D499,423.

**REQUEST FOR ADMISSION NO. 268:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200760—SAMNDCA00200764 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 269:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200765—SAMNDCA00200768 is a true, correct and genuine copy of U.S. Design Patent No. D502,173.

**REQUEST FOR ADMISSION NO. 270:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200765—SAMNDCA00200768 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 271:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200769—SAMNDCA00200773 is a true, correct and genuine copy of U.S. Design Patent No. D504,889.

**REQUEST FOR ADMISSION NO. 272:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200769—SAMNDCA00200773 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 273:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200774—SAMNDCA00200779 is a true, correct and genuine copy of U.S. Design Patent No. D505,950.

**REQUEST FOR ADMISSION NO. 274:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200774—SAMNDCA00200779 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 275:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200780—SAMNDCA00200788 is a true, correct and genuine copy of U.S. Design Patent No. D507,003.

**REQUEST FOR ADMISSION NO. 276:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200780—SAMNDCA00200788 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 277:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200793—SAMNDCA00200802 is a true, correct and genuine copy of U.S. Design Patent No. D514,121.

**REQUEST FOR ADMISSION NO. 278:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200793—SAMNDCA00200802 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 279:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200803-SAMNDCA00200806 is a true, correct and genuine copy of U.S. Design Patent No. D514,590.

**REQUEST FOR ADMISSION NO. 280:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200803-SAMNDCA00200806 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 281:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200809—SAMNDCA00200828 is a true, correct and genuine copy of U.S. Design Patent No. D519,116.

**REQUEST FOR ADMISSION NO. 282:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200809—SAMNDCA00200828 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 283:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200829—SAMNDCA00200833 is a true, correct and genuine copy of U.S. Design Patent No. D519,523.

**REQUEST FOR ADMISSION NO. 284:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200829—SAMNDCA00200833 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 285:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023947—SAMNDCA00023951 is a true, correct and genuine copy of U.S. Design Patent No. D520,020.

**REQUEST FOR ADMISSION NO. 286:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00023947—SAMNDCA00023951 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 287:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00023966—SAMNDCA00023978 is a true, correct and genuine copy of U.S. Design Patent No. D524,809.

1   **REQUEST FOR ADMISSION NO. 288:**

2       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00023966—SAMNDCA00023978 is admissible as evidence in This Lawsuit as a

4   public record pursuant to Federal Rule of Evidence 803.

5   **REQUEST FOR ADMISSION NO. 289:**

6       Admit that the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00023982—SAMNDCA00023987 is a true, correct and genuine copy of U.S. Design

8   Patent No. D525,620.

9   **REQUEST FOR ADMISSION NO. 290:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00023982—SAMNDCA00023987 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 291:**

14      Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00200843—SAMNDCA00200845 is a true, correct and genuine copy of U.S. Design

16  Patent No. D528,542.

17  **REQUEST FOR ADMISSION NO. 292:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00200843—SAMNDCA00200845 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 293:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00200846—SAMNDCA00200852 is a true, correct and genuine copy of U.S. Design

24  Patent No. D528,561.

25  **REQUEST FOR ADMISSION NO. 294:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00200846—SAMNDCA00200852 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 295:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024023—SAMNDCA00024027 is a true, correct and genuine copy of U.S. Design Patent No. D529,045.

**REQUEST FOR ADMISSION NO. 296:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024023—SAMNDCA00024027 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 297:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024039—SAMNDCA00024043 is a true, correct and genuine copy of U.S. Design Patent No. D532,766.

**REQUEST FOR ADMISSION NO. 298:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024039—SAMNDCA00024043 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 299:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024044—SAMNDCA00024048 is a true, correct and genuine copy of U.S. Design Patent No. D532,791.

**REQUEST FOR ADMISSION NO. 300:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024044—SAMNDCA00024048 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 301:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200863—SAMNDCA00200873 is a true, correct and genuine copy of U.S. Design Patent No. D534,143.

**REQUEST FOR ADMISSION NO. 302:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200863—SAMNDCA00200873 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 303:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024062—SAMNDCA00024070 is a true, correct and genuine copy of U.S. Design Patent No. D535,281.

**REQUEST FOR ADMISSION NO. 304:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024062—SAMNDCA00024070 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 305:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024071—SAMNDCA00024077 is a true, correct and genuine copy of U.S. Design Patent No. D536,329.

**REQUEST FOR ADMISSION NO. 306:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024071—SAMNDCA00024077 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 307:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200883—SAMNDCA00200888 is a true, correct and genuine copy of U.S. Design Patent No. D536,691.

**REQUEST FOR ADMISSION NO. 308:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200883—SAMNDCA00200888 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

1  **REQUEST FOR ADMISSION NO. 309:**

2      Admit that the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00200889—SAMNDCA00200894 is a true, correct and genuine copy of U.S. Design

4  Patent No. D536,962.

5  **REQUEST FOR ADMISSION NO. 310:**

6      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00200889—SAMNDCA00200894 is admissible as evidence in This Lawsuit as a

8  public record pursuant to Federal Rule of Evidence 803.

9  **REQUEST FOR ADMISSION NO. 311:**

10      Admit that the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00200895—SAMNDCA00200899 is a true, correct and genuine copy of U.S. Design

12  Patent No. D538,822.

13  **REQUEST FOR ADMISSION NO. 312:**

14      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00200895—SAMNDCA00200899 is admissible as evidence in This Lawsuit as a

16  public record pursuant to Federal Rule of Evidence 803.

17  **REQUEST FOR ADMISSION NO. 313:**

18      Admit that the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00200900—SAMNDCA00200904 is a true, correct and genuine copy of U.S. Design

20  Patent No. D541,298.

21  **REQUEST FOR ADMISSION NO. 314:**

22      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00200900—SAMNDCA00200904 is admissible as evidence in This Lawsuit as a

24  public record pursuant to Federal Rule of Evidence 803.

25  **REQUEST FOR ADMISSION NO. 315:**

26      Admit that the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00200905—SAMNDCA00200909 is a true, correct and genuine copy of U.S. Design

28  Patent No. D541,299.

**REQUEST FOR ADMISSION NO. 316:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200905—SAMNDCA00200909 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 317:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200910—SAMNDCA00200914 is a true, correct and genuine copy of U.S. Design Patent No. D541,785.

**REQUEST FOR ADMISSION NO. 318:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200910—SAMNDCA00200914 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 319:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200915—SAMNDCA00200925 is a true, correct and genuine copy of U.S. Design Patent No. D546,313.

**REQUEST FOR ADMISSION NO. 320:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200915—SAMNDCA00200925 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 321:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024123—SAMNDCA00024129 is a true, correct and genuine copy of U.S. Design Patent No. D548,713.

**REQUEST FOR ADMISSION NO. 322:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024123—SAMNDCA00024129 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 323:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024130—SAMNDCA00024137 is a true, correct and genuine copy of U.S. Design Patent No. D548,732.

**REQUEST FOR ADMISSION NO. 324:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024130—SAMNDCA00024137 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 325:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200936—SAMNDCA00200940 is a true, correct and genuine copy of U.S. Design Patent No. D548,747.

**REQUEST FOR ADMISSION NO. 326:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200936—SAMNDCA00200940 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 327:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200953—SAMNDCA00200960 is a true, correct and genuine copy of U.S. Design Patent No. D554,098.

**REQUEST FOR ADMISSION NO. 328:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200953—SAMNDCA00200960 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 329:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200972—SAMNDCA00200974 is a true, correct and genuine copy of U.S. Design Patent No. D556,211.

1    **REQUEST FOR ADMISSION NO. 330:**

2        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3    SAMNDCA00200972—SAMNDCA00200974 is admissible as evidence in This Lawsuit as a

4    public record pursuant to Federal Rule of Evidence 803.

5    **REQUEST FOR ADMISSION NO. 331:**

6        Admit that the document produced in This Lawsuit bearing the Bates range

7    SAMNDCA00200975—SAMNDCA00200982 is a true, correct and genuine copy of U.S. Design

8    Patent No. D557,238.

9    **REQUEST FOR ADMISSION NO. 332:**

10        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11    SAMNDCA00200975—SAMNDCA00200982 is admissible as evidence in This Lawsuit as a

12    public record pursuant to Federal Rule of Evidence 803.

13    **REQUEST FOR ADMISSION NO. 333:**

14        Admit that the document produced in This Lawsuit bearing the Bates range

15    SAMNDCA00024152—SAMNDCA00024157 is a true, correct and genuine copy of U.S. Design

16    Patent No. D557,239.

17    **REQUEST FOR ADMISSION NO. 334:**

18        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19    SAMNDCA00024152—SAMNDCA00024157 is admissible as evidence in This Lawsuit as a

20    public record pursuant to Federal Rule of Evidence 803.

21    **REQUEST FOR ADMISSION NO. 335:**

22        Admit that the document produced in This Lawsuit bearing the Bates range

23    SAMNDCA00024158—SAMNDCA00024164 is a true, correct and genuine copy of U.S. Design

24    Patent No. D557,259.

25    **REQUEST FOR ADMISSION NO. 336:**

26        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27    SAMNDCA00024158—SAMNDCA00024164 is admissible as evidence in This Lawsuit as a

28    public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 337:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024165—SAMNDCA00024172 is a true, correct and genuine copy of U.S. Design Patent No. D558,460.

**REQUEST FOR ADMISSION NO. 338:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024165—SAMNDCA00024172 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 339:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00024173—SAMNDCA00024181 is a true, correct and genuine copy of U.S. Design Patent No. D558,716.

**REQUEST FOR ADMISSION NO. 340:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00024173—SAMNDCA00024181 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 341:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200991—SAMNDCA00200996 is a true, correct and genuine copy of U.S. Design Patent No. D558,726.

**REQUEST FOR ADMISSION NO. 342:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200991—SAMNDCA00200996 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 343:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00200997—SAMNDCA00201000 is a true, correct and genuine copy of U.S. Design Patent No. D558,756.

**REQUEST FOR ADMISSION NO. 344:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00200997—SAMNDCA00201000 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 345:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201001—SAMNDCA00201004 is a true, correct and genuine copy of U.S. Design Patent No. D558,757.

**REQUEST FOR ADMISSION NO. 346:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201001—SAMNDCA00201004 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 347:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201005—SAMNDCA00201008 is a true, correct and genuine copy of U.S. Design Patent No. D558,758.

**REQUEST FOR ADMISSION NO. 348:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201005—SAMNDCA00201008 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 349:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201009—SAMNDCA00201012 is a true, correct and genuine copy of U.S. Design Patent No. D558,792.

**REQUEST FOR ADMISSION NO. 350:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201009—SAMNDCA00201012 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

02198.51855/4527468.1

-27-                                    Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1  **REQUEST FOR ADMISSION NO. 351:**

2  Admit that the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00201013—SAMNDCA00201016 is a true, correct and genuine copy of U.S. Design

4  Patent No. D559,220.

5  **REQUEST FOR ADMISSION NO. 352:**

6  Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00201013—SAMNDCA00201016 is admissible as evidence in This Lawsuit as a

8  public record pursuant to Federal Rule of Evidence 803.

9  **REQUEST FOR ADMISSION NO. 353:**

10  Admit that the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00201017—SAMNDCA00201020 is a true, correct and genuine copy of U.S. Design

12  Patent No. D560,192.

13  **REQUEST FOR ADMISSION NO. 354:**

14  Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00201017—SAMNDCA00201020 is admissible as evidence in This Lawsuit as a

16  public record pursuant to Federal Rule of Evidence 803.

17  **REQUEST FOR ADMISSION NO. 355:**

18  Admit that the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00024182—SAMNDCA00024186 is a true, correct and genuine copy of U.S. Design

20  Patent No. D560,227.

21  **REQUEST FOR ADMISSION NO. 356:**

22  Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00024182—SAMNDCA00024186 is admissible as evidence in This Lawsuit as a

24  public record pursuant to Federal Rule of Evidence 803.

25  **REQUEST FOR ADMISSION NO. 357:**

26  Admit that the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00024187—SAMNDCA00024192 is a true, correct and genuine copy of U.S. Design

28  Patent No. D560,683.

1   **REQUEST FOR ADMISSION NO. 358:**

2        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00024187—SAMNDCA00024192 is admissible as evidence in This Lawsuit as a

4   public record pursuant to Federal Rule of Evidence 803.

5   **REQUEST FOR ADMISSION NO. 359:**

6        Admit that the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00201029—SAMNDCA00201036 is a true, correct and genuine copy of U.S. Design

8   Patent No. D560,686.

9   **REQUEST FOR ADMISSION NO. 360:**

10       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00201029—SAMNDCA00201036 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 361:**

14       Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00201037—SAMNDCA00201042 is a true, correct and genuine copy of U.S. Design

16  Patent No. D561,153.

17  **REQUEST FOR ADMISSION NO. 362:**

18       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00201037—SAMNDCA00201042 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 363:**

22       Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00201043—SAMNDCA00201047 is a true, correct and genuine copy of U.S. Design

24  Patent No. D561,204.

25  **REQUEST FOR ADMISSION NO. 364:**

26       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00201043—SAMNDCA00201047 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 365:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201048—SAMNDCA00201054 is a true, correct and genuine copy of U.S. Design Patent No. D561,782.

**REQUEST FOR ADMISSION NO. 366:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201048—SAMNDCA00201054 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 367:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201055—SAMNDCA00201064 is a true, correct and genuine copy of U.S. Design Patent No. D562,285.

**REQUEST FOR ADMISSION NO. 368:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201055—SAMNDCA00201064 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 369:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201065—SAMNDCA00201069 is a true, correct and genuine copy of U.S. Design Patent No. D563,432.

**REQUEST FOR ADMISSION NO. 370:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201065—SAMNDCA00201069 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 371:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201070—SAMNDCA00201075 is a true, correct and genuine copy of U.S. Design Patent No. D563,929.

1  **REQUEST FOR ADMISSION NO. 372:**

2       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00201070—SAMNDCA00201075 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 373:**

6       Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00024193—SAMNDCA00024196 is a true, correct and genuine copy of U.S. Design

8  Patent No. D565,532.

9  **REQUEST FOR ADMISSION NO. 374:**

10       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00024193—SAMNDCA00024196 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 375:**

14       Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00201078—SAMNDCA00201085 is a true, correct and genuine copy of U.S. Design

16  Patent No. D565,596.

17  **REQUEST FOR ADMISSION NO. 376:**

18       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00201078—SAMNDCA00201085 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 377:**

22       Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00201086—SAMNDCA00201094 is a true, correct and genuine copy of U.S. Design

24  Patent No. D565,599.

25  **REQUEST FOR ADMISSION NO. 378:**

26       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00201086—SAMNDCA00201094 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 379:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201104—SAMNDCA00201111 is a true, correct and genuine copy of U.S. Design Patent No. D568,309.

**REQUEST FOR ADMISSION NO. 380:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201104—SAMNDCA00201111 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 381:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201114—SAMNDCA00201122 is a true, correct and genuine copy of U.S. Design Patent No. D569,830.

**REQUEST FOR ADMISSION NO. 382:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201114—SAMNDCA00201122 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 383:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201123—SAMNDCA00201129 is a true, correct and genuine copy of U.S. Design Patent No. D570,346.

**REQUEST FOR ADMISSION NO. 384:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201123—SAMNDCA00201129 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 385:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201130—SAMNDCA00201135 is a true, correct and genuine copy of U.S. Design Patent No. D570,839.

1  **REQUEST FOR ADMISSION NO. 386:**

2        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00201130—SAMNDCA00201135 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 387:**

6        Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00201136—SAMNDCA00201140 is a true, correct and genuine copy of U.S. Design

8  Patent No. D573,143.

9  **REQUEST FOR ADMISSION NO. 388:**

10        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00201136—SAMNDCA00201140 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 389:**

14        Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00201143—SAMNDCA00201150 is a true, correct and genuine copy of U.S. Design

16  Patent No. D574,015.

17  **REQUEST FOR ADMISSION NO. 390:**

18        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00201143—SAMNDCA00201150 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 391:**

22        Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00201160—SAMNDCA00201167 is a true, correct and genuine copy of U.S. Design

24  Patent No. D575,259.

25  **REQUEST FOR ADMISSION NO. 392:**

26        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00201160—SAMNDCA00201167 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 393:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201172—SAMNDCA00201174 is a true, correct and genuine copy of U.S. Design Patent No. D579,930.

**REQUEST FOR ADMISSION NO. 394:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201172—SAMNDCA00201174 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 395:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201175—SAMNDCA00201178 is a true, correct and genuine copy of U.S. Design Patent No. D580,387.

**REQUEST FOR ADMISSION NO. 396:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201175—SAMNDCA00201178 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 397:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201179—SAMNDCA00201182 is a true, correct and genuine copy of U.S. Design Patent No. D581,922.

**REQUEST FOR ADMISSION NO. 398:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00201179—SAMNDCA00201182 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 399:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00201189—SAMNDCA00201194 is a true, correct and genuine copy of U.S. Design Patent No. D583,346.

1    **REQUEST FOR ADMISSION NO. 400:**

2         Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3    SAMNDCA00201189—SAMNDCA00201194 is admissible as evidence in This Lawsuit as a

4    public record pursuant to Federal Rule of Evidence 803.

5    **REQUEST FOR ADMISSION NO. 401:**

6         Admit that the document produced in This Lawsuit bearing the Bates range

7    SAMNDCA00201195—SAMNDCA00201199 is a true, correct and genuine copy of U.S. Design

8    Patent No. D584,738.

9    **REQUEST FOR ADMISSION NO. 402:**

10        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11   SAMNDCA00201195—SAMNDCA00201199 is admissible as evidence in This Lawsuit as a

12   public record pursuant to Federal Rule of Evidence 803.

13   **REQUEST FOR ADMISSION NO. 403:**

14        Admit that the document produced in This Lawsuit bearing the Bates range

15   SAMNDCA00201200—SAMNDCA00201204 is a true, correct and genuine copy of U.S. Design

16   Patent No. D585,411.

17   **REQUEST FOR ADMISSION NO. 404:**

18        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19   SAMNDCA00201200—SAMNDCA00201204 is admissible as evidence in This Lawsuit as a

20   public record pursuant to Federal Rule of Evidence 803.

21   **REQUEST FOR ADMISSION NO. 405:**

22        Admit that the document produced in This Lawsuit bearing the Bates range

23   SAMNDCA00201207—SAMNDCA00201210 is a true, correct and genuine copy of U.S. Design

24   Patent No. D586,800.

25   **REQUEST FOR ADMISSION NO. 406:**

26        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27   SAMNDCA00201207—SAMNDCA00201210 is admissible as evidence in This Lawsuit as a

28   public record pursuant to Federal Rule of Evidence 803.

1   **REQUEST FOR ADMISSION NO. 407:**

2         Admit that the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00201221—SAMNDCA00201225 is a true, correct and genuine copy of U.S. Design

4   Patent No. D589,979.

5   **REQUEST FOR ADMISSION NO. 408:**

6         Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00201221—SAMNDCA00201225 is admissible as evidence in This Lawsuit as a

8   public record pursuant to Federal Rule of Evidence 803.

9   **REQUEST FOR ADMISSION NO. 409:**

10         Admit that the document produced in This Lawsuit bearing the Bates range

11   SAMNDCA00255377—SAMNDCA00255387 is a true, correct and genuine copy of U.S. Design

12   Patent No. D534,516.

13   **REQUEST FOR ADMISSION NO. 410:**

14         Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15   SAMNDCA00255377—SAMNDCA00255387 is admissible as evidence in This Lawsuit as a

16   public record pursuant to Federal Rule of Evidence 803.

17   **REQUEST FOR ADMISSION NO. 411:**

18         Admit that the document produced in This Lawsuit bearing the Bates range

19   SAMNDCA00255404—SAMNDCA00255412 is a true, correct and genuine copy of U.S. Design

20   Patent No. D534,517.

21   **REQUEST FOR ADMISSION NO. 412:**

22         Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23   SAMNDCA00255404—SAMNDCA00255412 is admissible as evidence in This Lawsuit as a

24   public record pursuant to Federal Rule of Evidence 803.

25   **REQUEST FOR ADMISSION NO. 413:**

26         Admit that the document produced in This Lawsuit bearing the Bates range

27   SAMNDCA00255763—SAMNDCA00255770 is a true, correct and genuine copy of U.S. Design

28   Patent No. D543,183

**REQUEST FOR ADMISSION NO. 414:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255763—SAMNDCA00255770 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

<u>**Foreign Patents**</u>

**REQUEST FOR ADMISSION NO. 415:**

Admit that the document produced in This Lawsuit bearing the Bates number SAMNDCA00198069 is a true, correct and genuine copy of Chinese Design Registration No. 3628761.

**REQUEST FOR ADMISSION NO. 416:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates number SAMNDCA00198069 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 417:**

Admit that the document produced in This Lawsuit bearing the Bates number SAMNDCA00198068 is a true, correct and genuine copy of Chinese Design Registration No. 300696131.

**REQUEST FOR ADMISSION NO. 418:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates number SAMNDCA00198068 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 419:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00198068—SAMNDCA00198096 is a true, correct and genuine copy of European Union Registered Community Design No. 00046198-0001.

1   **REQUEST FOR ADMISSION NO. 420:**

2       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00198068—SAMNDCA00198096 is admissible as evidence in This Lawsuit as a

4   public record pursuant to Federal Rule of Evidence 803.

5   **REQUEST FOR ADMISSION NO. 421:**

6       Admit that the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00198101—SAMNDCA00198102 is a true, correct and genuine copy of European

8   Union Registered Community Design No. 000257621-0004.

9   **REQUEST FOR ADMISSION NO. 422:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00198101—SAMNDCA00198102 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 423:**

14      Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00255026—SAMNDCA00255029 is a true, correct and genuine copy of European

16  Union Registered Community Design No. 000317490-0001.

17  **REQUEST FOR ADMISSION NO. 424:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00255026—SAMNDCA00255029 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 425:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00198103—SAMNDCA00198104 is a true, correct and genuine copy of European

24  Union Registered Community Design No. 000375191-0001.

25  **REQUEST FOR ADMISSION NO. 426:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00198103—SAMNDCA00198104 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

1   **REQUEST FOR ADMISSION NO. 427:**

2         Admit that the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00198105—SAMNDCA00198106 is a true, correct and genuine copy of European

4   Union Registered Community Design No. 000493721-0002.

5   **REQUEST FOR ADMISSION NO. 428:**

6         Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00198105—SAMNDCA00198106 is admissible as evidence in This Lawsuit as a

8   public record pursuant to Federal Rule of Evidence 803.

9   **REQUEST FOR ADMISSION NO. 429:**

10        Admit that the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00255034—SAMNDCA00255036 is a true, correct and genuine copy of European

12  Union Registered Community Design No. 000569157-0005.

13  **REQUEST FOR ADMISSION NO. 430:**

14        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00255034—SAMNDCA00255036 is admissible as evidence in This Lawsuit as a

16  public record pursuant to Federal Rule of Evidence 803.

17  **REQUEST FOR ADMISSION NO. 431:**

18        Admit that the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00198107—SAMNDCA00198108 is a true, correct and genuine copy of European

20  Union Registered Community Design No. 000614565-0001.

21  **REQUEST FOR ADMISSION NO. 432:**

22        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00198107—SAMNDCA00198108 is admissible as evidence in This Lawsuit as a

24  public record pursuant to Federal Rule of Evidence 803.

25  **REQUEST FOR ADMISSION NO. 433:**

26        Admit that the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00198097—SAMNDCA00198100 is a true, correct and genuine copy of European

28  Union Registered Community Design No. 000766126-0001.

1    **REQUEST FOR ADMISSION NO. 434:**

2        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3    SAMNDCA00198097—SAMNDCA00198100 is admissible as evidence in This Lawsuit as a

4    public record pursuant to Federal Rule of Evidence 803.

5    **REQUEST FOR ADMISSION NO. 435:**

6        Admit that the document produced in This Lawsuit bearing the Bates number

7    SAMNDCA00198109 is a true, correct and genuine copy of Finnish Design Registration No.

8    19790641.

9    **REQUEST FOR ADMISSION NO. 436:**

10        Admit that a copy of the document produced in This Lawsuit bearing the Bates number

11    SAMNDCA00198109 is admissible as evidence in This Lawsuit as a public record pursuant to

12    Federal Rule of Evidence 803.

13    **REQUEST FOR ADMISSION NO. 437:**

14        Admit that the document produced in This Lawsuit bearing the Bates range

15    SAMNDCA00255795—SAMNDCA00255799 is a true, correct and genuine copy of French

16    Design Registration No. 985598-001.

17    **REQUEST FOR ADMISSION NO. 438:**

18        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19    SAMNDCA00255795—SAMNDCA00255799 is admissible as evidence in This Lawsuit as a

20    public record pursuant to Federal Rule of Evidence 803.

21    **REQUEST FOR ADMISSION NO. 439:**

22        Admit that the document produced in This Lawsuit bearing the Bates range

23    SAMNDCA00255800—SAMNDCA00255806 is a true, correct and genuine copy of French

24    Design Registration No. 990052-001.

25    **REQUEST FOR ADMISSION NO. 440:**

26        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27    SAMNDCA00255800—SAMNDCA00255806 is admissible as evidence in This Lawsuit as a

28    public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 441:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255807—SAMNDCA00255809 is a true, correct and genuine copy of Swedish Design Registration 55044.

**REQUEST FOR ADMISSION NO. 442:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255807—SAMNDCA00255809 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 443:**

Admit that the document produced in This Lawsuit bearing the Bates number SAMNDCA00255402 is a true, correct and genuine copy of World Intellectual Property Organization Publication No. WO2000-074240.

**REQUEST FOR ADMISSION NO. 444:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates number SAMNDCA00199209 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 445:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255278—SAMNDCA00255282 is a true, correct and genuine copy of Japanese Patent No. 1009317, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 446:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255278—SAMNDCA00255282 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 447:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255222—SAMNDCA00255228 is a true, correct and genuine copy of Japanese Patent No. 921403, accompanied by a certified translation thereof.

1  **REQUEST FOR ADMISSION NO. 448:**

2      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00255222—SAMNDCA00255228 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 449:**

6      Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00255215—SAMNDCA00255221 is a true, correct and genuine copy of Japanese

8  Patent No. 887388, accompanied by a certified translation thereof.

9  **REQUEST FOR ADMISSION NO. 450:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00255215—SAMNDCA00255221 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 451:**

14      Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00255778—SAMNDCA00255794 is a true, correct and genuine copy of Japanese

16  Design Patent No. D1104685, accompanied by a certified translation thereof.

17  **REQUEST FOR ADMISSION NO. 452:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00255778—SAMNDCA00255794 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 453:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00256009—SAMNDCA00256022 is a true, correct and genuine copy of Japanese

24  Design Patent No. D1124750, accompanied by a certified translation thereof.

25  **REQUEST FOR ADMISSION NO. 454:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00256009—SAMNDCA00256022 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 455:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255229—SAMNDCA00255246 is a true, correct and genuine copy of Japanese Design Patent No. D1142127, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 456:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255229—SAMNDCA00255246 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 457:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00256023—SAMNDCA00256035 is a true, correct and genuine copy of Japanese Design Patent No. D1159881, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 458:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00256023—SAMNDCA00256035 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 459:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00256036—SAMNDCA00256047 is a true, correct and genuine copy of Japanese Design Patent No. D1178470, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 460:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00256036—SAMNDCA00256047 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 461:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00256048—SAMNDCA00256065 is a true, correct and genuine copy of Japanese Design Patent No. D1188041, accompanied by a certified translation thereof.

1  **REQUEST FOR ADMISSION NO. 462:**

2      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00256048—SAMNDCA00256065 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 463:**

6      Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00256066—SAMNDCA00256079 is a true, correct and genuine copy of Japanese

8  Design Patent No. D1204221, accompanied by a certified translation thereof.

9  **REQUEST FOR ADMISSION NO. 464:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00256066—SAMNDCA00256079 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 465:**

14      Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00256080—SAMNDCA00256113 is a true, correct and genuine copy of Japanese

16  Design Patent No. D1235888, accompanied by a certified translation thereof.

17  **REQUEST FOR ADMISSION NO. 466:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00256080—SAMNDCA00256113 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 467:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00255283—SAMNDCA00255295 is a true, correct and genuine copy of Japanese

24  Design Patent No. D1241383, accompanied by a certified translation thereof.

25  **REQUEST FOR ADMISSION NO. 468:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00255283—SAMNDCA00255295 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

1  **REQUEST FOR ADMISSION NO. 469:**

2      Admit that the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00255247—SAMNDCA00255260 is a true, correct and genuine copy of Japanese

4  Design Patent No. D1241638, accompanied by a certified translation thereof.

5  **REQUEST FOR ADMISSION NO. 470:**

6      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00255247—SAMNDCA00255260 is admissible as evidence in This Lawsuit as a

8  public record pursuant to Federal Rule of Evidence 803.

9  **REQUEST FOR ADMISSION NO. 471:**

10      Admit that the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00256114—SAMNDCA00256128 is a true, correct and genuine copy of Japanese

12  Design Patent No. D1250487, accompanied by a certified translation thereof.

13  **REQUEST FOR ADMISSION NO. 472:**

14      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00256114—SAMNDCA00256128 is admissible as evidence in This Lawsuit as a

16  public record pursuant to Federal Rule of Evidence 803.

17  **REQUEST FOR ADMISSION NO. 473:**

18      Admit that the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00255261—SAMNDCA00255277 is a true, correct and genuine copy of Japanese

20  Design Patent No. D1280315, accompanied by a certified translation thereof.

21  **REQUEST FOR ADMISSION NO. 474:**

22      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00255261—SAMNDCA00255277 is admissible as evidence in This Lawsuit as a

24  public record pursuant to Federal Rule of Evidence 803.

25  **REQUEST FOR ADMISSION NO. 475:**

26      Admit that the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00256129—SAMNDCA00256149 is a true, correct and genuine copy of Japanese

28  Design Patent No. D1285057, accompanied by a certified translation thereof.

1  **REQUEST FOR ADMISSION NO. 476:**

2        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3  SAMNDCA00256129—SAMNDCA00256149 is admissible as evidence in This Lawsuit as a

4  public record pursuant to Federal Rule of Evidence 803.

5  **REQUEST FOR ADMISSION NO. 477:**

6        Admit that the document produced in This Lawsuit bearing the Bates range

7  SAMNDCA00256150—SAMNDCA00256168 is a true, correct and genuine copy of Japanese

8  Design Patent No. D1295003, accompanied by a certified translation thereof.

9  **REQUEST FOR ADMISSION NO. 478:**

10        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00256150—SAMNDCA00256168 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 479:**

14        Admit that the document produced in This Lawsuit bearing the Bates range

15  SAMNDCA00256169—SAMNDCA00256183 is a true, correct and genuine copy of Japanese

16  Design Patent No. D1302929, accompanied by a certified translation thereof.

17  **REQUEST FOR ADMISSION NO. 480:**

18        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

19  SAMNDCA00256169—SAMNDCA00256183 is admissible as evidence in This Lawsuit as a

20  public record pursuant to Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 481:**

22        Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00255202—SAMNDCA00255214 is a true, correct and genuine copy of Japanese

24  Design Patent No. D1325539, accompanied by a certified translation thereof.

25  **REQUEST FOR ADMISSION NO. 482:**

26        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00255202—SAMNDCA00255214 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 483:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255296—SAMNDCA00255304 is a true, correct and genuine copy of Korean Registered Design No. 30-0304213, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 484:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255296—SAMNDCA00255304 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 485:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255305—SAMNDCA00255311 is a true, correct and genuine copy of Korean Registered Design No. 30-0394921, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 486:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255305—SAMNDCA00255311 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 487:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255312—SAMNDCA00255320 is a true, correct and genuine copy of Korean Registered Design No. 30-0418422, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 488:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255312—SAMNDCA00255320 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 489:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255321—SAMNDCA00255329 is a true, correct and genuine copy of Korean Registered Design No. 30-0418547, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 490:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255321—SAMNDCA00255329 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 491:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255330—SAMNDCA00255338 is a true, correct and genuine copy of Korean Registered Design No. 30-0422221, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 492:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255330—SAMNDCA00255338 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 493:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255339—SAMNDCA00255345 is a true, correct and genuine copy of Korean Registered Design No. 30-0424148, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 494:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255339—SAMNDCA00255345 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

**REQUEST FOR ADMISSION NO. 495:**

Admit that the document produced in This Lawsuit bearing the Bates range SAMNDCA00255346—SAMNDCA00255356 is a true, correct and genuine copy of Korean Registered Design No. 30-0452432, accompanied by a certified translation thereof.

**REQUEST FOR ADMISSION NO. 496:**

Admit that a copy of the document produced in This Lawsuit bearing the Bates range SAMNDCA00255346—SAMNDCA00255356 is admissible as evidence in This Lawsuit as a public record pursuant to Federal Rule of Evidence 803.

1 | **REQUEST FOR ADMISSION NO. 497:**

2 |        Admit that the document produced in This Lawsuit bearing the Bates range

3 | SAMNDCA00255357—SAMNDCA00255365 is a true, correct and genuine copy of Korean

4 | Registered Design No. 30-0452985, accompanied by a certified translation thereof.

5 | **REQUEST FOR ADMISSION NO. 498:**

6 |        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7 | SAMNDCA00255357—SAMNDCA00255365 is admissible as evidence in This Lawsuit as a

8 | public record pursuant to Federal Rule of Evidence 803.

9 | **REQUEST FOR ADMISSION NO. 499:**

10 |        Admit that the document produced in This Lawsuit bearing the Bates range

11 | SAMNDCA00255771—SAMNDCA00255777 is a true, correct and genuine copy of Korean

12 | Registered Design No. 30-0454592, accompanied by a certified translation thereof.

13 | **REQUEST FOR ADMISSION NO. 500:**

14 |        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

15 | SAMNDCA00255771—SAMNDCA00255777 is admissible as evidence in This Lawsuit as a

16 | public record pursuant to Federal Rule of Evidence 803.

17 | **REQUEST FOR ADMISSION NO. 501:**

18 |        Admit that the document produced in This Lawsuit bearing the Bates range

19 | SAMNDCA00282113—SAMNDCA00282120 is a true, correct and genuine copy of Korean

20 | Registered Design No. 30-0398307, accompanied by a certified translation thereof.

21 | **REQUEST FOR ADMISSION NO. 502:**

22 |        Admit that a copy of the document produced in This Lawsuit bearing the Bates range

23 | SAMNDCA00282113—SAMNDCA00282120 is admissible as evidence in This Lawsuit as a

24 | public record pursuant to Federal Rule of Evidence 803.

25 | **REQUEST FOR ADMISSION NO. 503:**

26 |        Admit that the document produced in This Lawsuit bearing the Bates range

27 | SAMNDCA00022984—SAMNDCA00022988 is a true, correct and genuine copy of U.K.

28 | Registered Design No. 2062780.

1   **REQUEST FOR ADMISSION NO. 504:**

2       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00022984—SAMNDCA00022988 is admissible as evidence in This Lawsuit as a

4   public record pursuant to Federal Rule of Evidence 803.

5   **REQUEST FOR ADMISSION NO. 505:**

6       Admit that the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00022989—SAMNDCA00022992 is a true, correct and genuine copy of U.K.

8   Registered Design No. 3012502.

9   **REQUEST FOR ADMISSION NO. 506:**

10      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

11  SAMNDCA00022989—SAMNDCA00022992 is admissible as evidence in This Lawsuit as a

12  public record pursuant to Federal Rule of Evidence 803.

13  **REQUEST FOR ADMISSION NO. 507:**

14      Admit that the document produced in This Lawsuit bearing the Bates number

15  SAMNDCA00199164 is a true, correct and genuine copy of U.K. Registered Design No.

16  1042780.

17  **REQUEST FOR ADMISSION NO. 508:**

18      Admit that a copy of the document produced in This Lawsuit bearing the Bates number

19  SAMNDCA00199164is admissible as evidence in This Lawsuit as a public record pursuant to

20  Federal Rule of Evidence 803.

21  **REQUEST FOR ADMISSION NO. 509:**

22      Admit that the document produced in This Lawsuit bearing the Bates range

23  SAMNDCA00199165—SAMNDCA00199168 is a true, correct and genuine copy of U.K.

24  Registered Design No. 2030050.

25  **REQUEST FOR ADMISSION NO. 510:**

26      Admit that a copy of the document produced in This Lawsuit bearing the Bates range

27  SAMNDCA00199165—SAMNDCA00199168 is admissible as evidence in This Lawsuit as a

28  public record pursuant to Federal Rule of Evidence 803.

1   **REQUEST FOR ADMISSION NO. 511:**

2       Admit that the document produced in This Lawsuit bearing the Bates range

3   SAMNDCA00199169—SAMNDCA00199172 is a true, correct and genuine copy of U.K.

4   Registered Design No. 3010002.

5   **REQUEST FOR ADMISSION NO. 512:**

6       Admit that a copy of the document produced in This Lawsuit bearing the Bates range

7   SAMNDCA00199169—SAMNDCA00199172 is admissible as evidence in This Lawsuit as a

8   public record pursuant to Federal Rule of Evidence 803.

9                                   **D504,889**

10  **REQUEST FOR ADMISSION NO. 513:**

11      Admit that the design shown in United States Patent D504,889 is substantially the same as

12  the design shown in United States Patent D548,747.

13  **REQUEST FOR ADMISSION NO. 514:**

14      Admit that the design shown in United States Patent D504,889 is not substantially the

15  same as the design shown in United States Patent D548,747.

16  **REQUEST FOR ADMISSION NO. 515:**

17      Admit that the design shown in United States Patent D504,889 is substantially the same as

18  the design shown in United States Patent D558,757.

19  **REQUEST FOR ADMISSION NO. 516:**

20      Admit that the design shown in United States Patent D504,889 is not substantially the

21  same as the design shown in United States Patent D558,757.

22  **REQUEST FOR ADMISSION NO. 517:**

23      Admit that the design shown in United States Patent D504,889 is substantially the same as

24  the design shown in United States Patent D618,678.

25  **REQUEST FOR ADMISSION NO. 518:**

26      Admit that the design shown in United States Patent D504,889 is not substantially the

27  same as the design shown in United States Patent D618,678.

28

**REQUEST FOR ADMISSION NO. 519:**

Admit that the design shown in United States Patent D504,889 is substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 520:**

Admit that the design shown in United States Patent D504,889 is not substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 521:**

Admit that the design shown in United States Patent D504,889 is substantially the same as the design shown in United States Patent D600,241.

**REQUEST FOR ADMISSION NO. 522:**

Admit that the design shown in United States Patent D504,889 is not substantially the same as the design shown in United States Patent D600,241.

**REQUEST FOR ADMISSION NO. 523:**

Admit that the design shown in United States Patent D504,889 is substantially the same as the design shown in United States Patent D602,015.

**REQUEST FOR ADMISSION NO. 524:**

Admit that the design shown in United States Patent D504,889 is not substantially the same as the design shown in United States Patent D602,015.

**REQUEST FOR ADMISSION NO. 525:**

Admit that the design shown in United States Patent D504,889 is substantially the same as the design shown in United States Patent D602,017.

**REQUEST FOR ADMISSION NO. 526:**

Admit that the design shown in United States Patent D504,889 is not substantially the same as the design shown in United States Patent D602,017.

**D593,087**

**REQUEST FOR ADMISSION NO. 527:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D558,756.

**REQUEST FOR ADMISSION NO. 528:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D558,756.

**REQUEST FOR ADMISSION NO. 529:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 530:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 531:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 532:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 533:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D581,922.

**REQUEST FOR ADMISSION NO. 534:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D581,922.

**REQUEST FOR ADMISSION NO. 535:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D558,757.

**REQUEST FOR ADMISSION NO. 536:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D558,757.

1  **REQUEST FOR ADMISSION NO. 537:**

2  Admit that the design shown in United States Patent D593,087 is substantially the same as

3  the design shown in United States Patent D600,241.

4  **REQUEST FOR ADMISSION NO. 538:**

5  Admit that the design shown in United States Patent D593,087 is not substantially the

6  same as the design shown in United States Patent D600,241.

7  **REQUEST FOR ADMISSION NO. 539:**

8  Admit that the design shown in United States Patent D593,087 is substantially the same as

9  the design shown in United States Patent D602,015.

10  **REQUEST FOR ADMISSION NO. 540:**

11  Admit that the design shown in United States Patent D593,087 is not substantially the

12  same as the design shown in United States Patent D602,015.

13  **REQUEST FOR ADMISSION NO. 541:**

14  Admit that the design shown in United States Patent D593,087 is substantially the same as

15  the design shown in United States Patent D604,297.

16  **REQUEST FOR ADMISSION NO. 542:**

17  Admit that the design shown in United States Patent D593,087 is not substantially the

18  same as the design shown in United States Patent D604,297.

19  **REQUEST FOR ADMISSION NO. 543:**

20  Admit that the design shown in United States Patent D593,087 is substantially the same as

21  the design shown in United States Patent D629,799.

22  **REQUEST FOR ADMISSION NO. 544:**

23  Admit that the design shown in United States Patent D593,087 is not substantially the

24  same as the design shown in United States Patent D629,799.

25  **REQUEST FOR ADMISSION NO. 545:**

26  Admit that the design shown in United States Patent D593,087 is substantially the same as

27  the design shown in United States Patent D634,319.

28

**REQUEST FOR ADMISSION NO. 546:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D634,319.

**REQUEST FOR ADMISSION NO. 547:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 548:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 549:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 550:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 551:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D618,678.

**REQUEST FOR ADMISSION NO. 552:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D618,678.

**REQUEST FOR ADMISSION NO. 553:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D613,735.

**REQUEST FOR ADMISSION NO. 554:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D613,735.

1

**REQUEST FOR ADMISSION NO. 555:**

2

3

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D604,297.

4

**REQUEST FOR ADMISSION NO. 556:**

5

6

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D604,297.

7

**REQUEST FOR ADMISSION NO. 557:**

8

9

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D586,800.

10

**REQUEST FOR ADMISSION NO. 558:**

11

12

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D586,800.

13

**REQUEST FOR ADMISSION NO. 559:**

14

15

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D602,017.

16

**REQUEST FOR ADMISSION NO. 560:**

17

18

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D602,017.

19

**REQUEST FOR ADMISSION NO. 561:**

20

21

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D613,736.

22

**REQUEST FOR ADMISSION NO. 562:**

23

24

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D613,736.

25

**REQUEST FOR ADMISSION NO. 563:**

26

27

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D615,083.

28

**REQUEST FOR ADMISSION NO. 564:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D615,083.

**REQUEST FOR ADMISSION NO. 565:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D624,072.

**REQUEST FOR ADMISSION NO. 566:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D624,072.

**REQUEST FOR ADMISSION NO. 567:**

Admit that the design shown in United States Patent D593,087 is substantially the same as the design shown in United States Patent D627,343.

**REQUEST FOR ADMISSION NO. 568:**

Admit that the design shown in United States Patent D593,087 is not substantially the same as the design shown in United States Patent D627,343.

**D618,677**

**REQUEST FOR ADMISSION NO. 569:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 570:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 571:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 572:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D580,387.

1    **REQUEST FOR ADMISSION NO. 573:**

2          Admit that the design shown in United States Patent D618,677 is substantially the same as

3    the design shown in United States Patent D581,922.

4    **REQUEST FOR ADMISSION NO. 574:**

5          Admit that the design shown in United States Patent D618,677 is not substantially the

6    same as the design shown in United States Patent D581,922.

7    **REQUEST FOR ADMISSION NO. 575:**

8          Admit that the design shown in United States Patent D618,677 is substantially the same as

9    the design shown in United States Patent D558,757.

10   **REQUEST FOR ADMISSION NO. 576:**

11          Admit that the design shown in United States Patent D618,677 is not substantially the

12   same as the design shown in United States Patent D558,757.

13   **REQUEST FOR ADMISSION NO. 577:**

14          Admit that the design shown in United States Patent D618,677 is substantially the same as

15   the design shown in United States Patent D600,241.

16   **REQUEST FOR ADMISSION NO. 578:**

17          Admit that the design shown in United States Patent D618,677 is not substantially the

18   same as the design shown in United States Patent D600,241.

19   **REQUEST FOR ADMISSION NO. 579:**

20          Admit that the design shown in United States Patent D618,677 is substantially the same as

21   the design shown in United States Patent D602,015.

22   **REQUEST FOR ADMISSION NO. 580:**

23          Admit that the design shown in United States Patent D618,677 is not substantially the

24   same as the design shown in United States Patent D602,015.

25   **REQUEST FOR ADMISSION NO. 581:**

26          Admit that the design shown in United States Patent D618,677 is substantially the same as

27   the design shown in United States Patent D604,297.

28

**REQUEST FOR ADMISSION NO. 582:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D604,297.

**REQUEST FOR ADMISSION NO. 583:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D629,799.

**REQUEST FOR ADMISSION NO. 584:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D629,799.

**REQUEST FOR ADMISSION NO. 585:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D634,319.

**REQUEST FOR ADMISSION NO. 586:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D634,319.

**REQUEST FOR ADMISSION NO. 587:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 588:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 589:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 590:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 591:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D618,678.

**REQUEST FOR ADMISSION NO. 592:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D618,678.

**REQUEST FOR ADMISSION NO. 593:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D613,735.

**REQUEST FOR ADMISSION NO. 594:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D613,735.

**REQUEST FOR ADMISSION NO. 595:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D604,297.

**REQUEST FOR ADMISSION NO. 596:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D604,297.

**REQUEST FOR ADMISSION NO. 597:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D636,390.

**REQUEST FOR ADMISSION NO. 598:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D636,390.

**REQUEST FOR ADMISSION NO. 599:**

Admit that the design shown in United States Patent D618,677 is substantially the same as the design shown in United States Patent D622,720.

**REQUEST FOR ADMISSION NO. 600:**

Admit that the design shown in United States Patent D618,677 is not substantially the same as the design shown in United States Patent D622,720.

**D622,270**

**REQUEST FOR ADMISSION NO. 601:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D558,756.

**REQUEST FOR ADMISSION NO. 602:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D558,756.

**REQUEST FOR ADMISSION NO. 603:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 604:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D558,758.

**REQUEST FOR ADMISSION NO. 605:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 606:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D580,387.

**REQUEST FOR ADMISSION NO. 607:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D581,922.

**REQUEST FOR ADMISSION NO. 608:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D581,922.

**REQUEST FOR ADMISSION NO. 609:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D558,757 .

**REQUEST FOR ADMISSION NO. 610:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D558,757 .

**REQUEST FOR ADMISSION NO. 611:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D600,241.

**REQUEST FOR ADMISSION NO. 612:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D600,241.

**REQUEST FOR ADMISSION NO. 613:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D602,015.

**REQUEST FOR ADMISSION NO. 614:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D602,015.

**REQUEST FOR ADMISSION NO. 615:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D604,297.

**REQUEST FOR ADMISSION NO. 616:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D604,297.

**REQUEST FOR ADMISSION NO. 617:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D629,799.

**REQUEST FOR ADMISSION NO. 618:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D629,799.

**REQUEST FOR ADMISSION NO. 619:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D634,319.

**REQUEST FOR ADMISSION NO. 620:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D634,319.

**REQUEST FOR ADMISSION NO. 621:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 622:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D634,742.

**REQUEST FOR ADMISSION NO. 623:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 624:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D642,563.

**REQUEST FOR ADMISSION NO. 625:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D618,678.

**REQUEST FOR ADMISSION NO. 626:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D618,678.

02198.51855/4527468.1

-63-                                      Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1   **REQUEST FOR ADMISSION NO. 627:**

2       Admit that the design shown in United States Patent D622,270 is substantially the same as

3   the design shown in United States Patent D613,735.

4   **REQUEST FOR ADMISSION NO. 628:**

5       Admit that the design shown in United States Patent D622,270 is not substantially the

6   same as the design shown in United States Patent D613,735.

7   **REQUEST FOR ADMISSION NO. 629:**

8       Admit that the design shown in United States Patent D622,270 is substantially the same as

9   the design shown in United States Patent D604,297.

10  **REQUEST FOR ADMISSION NO. 630:**

11      Admit that the design shown in United States Patent D622,270 is not substantially the

12  same as the design shown in United States Patent D604,297.

13  **REQUEST FOR ADMISSION NO. 631:**

14      Admit that the design shown in United States Patent D622,270 is substantially the same as

15  the design shown in United States Patent D602,486.

16  **REQUEST FOR ADMISSION NO. 632:**

17      Admit that the design shown in United States Patent D622,270 is not substantially the

18  same as the design shown in United States Patent D602,486.

19  **REQUEST FOR ADMISSION NO. 633:**

20      Admit that the design shown in United States Patent D622,270 is substantially the same as

21  the design shown in United States Patent D622,718.

22  **REQUEST FOR ADMISSION NO. 634:**

23      Admit that the design shown in United States Patent D622,270 is not substantially the

24  same as the design shown in United States Patent D622,718.

25  **REQUEST FOR ADMISSION NO. 635:**

26      Admit that the design shown in United States Patent D622,270 is substantially the same as

27  the design shown in United States Patent D622,719.

28

**REQUEST FOR ADMISSION NO. 636:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D622,719.

**REQUEST FOR ADMISSION NO. 637:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D624,536.

**REQUEST FOR ADMISSION NO. 638:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D624,536.

**REQUEST FOR ADMISSION NO. 639:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D602,014.

**REQUEST FOR ADMISSION NO. 640:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D602,014.

**REQUEST FOR ADMISSION NO. 641:**

Admit that the design shown in United States Patent D622,270 is substantially the same as the design shown in United States Patent D633,091.

**REQUEST FOR ADMISSION NO. 642:**

Admit that the design shown in United States Patent D622,270 is not substantially the same as the design shown in United States Patent D633,091.

**D627,790**

**REQUEST FOR ADMISSION NO. 643:**

Admit that the design shown in United States Patent D627,790 is substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 644:**

Admit that the design shown in United States Patent D627,790 is not substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 645:**

Admit that the design shown in United States Patent D627,790 is substantially the same as the design shown in United States Patent D644,239.

**REQUEST FOR ADMISSION NO. 646:**

Admit that the design shown in United States Patent D627,790 is not substantially the same as the design shown in United States Patent D644,239.

### D617,334

**REQUEST FOR ADMISSION NO. 647:**

Admit that the design shown in United States Patent D617,334 is substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 648:**

Admit that the design shown in United States Patent D617,334 is not substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 649:**

Admit that the design shown in United States Patent D617,334 is substantially the same as the design shown in United States Patent D644,239.

**REQUEST FOR ADMISSION NO. 650:**

Admit that the design shown in United States Patent D617,334 is not substantially the same as the design shown in United States Patent D644,239.

### D604,305

**REQUEST FOR ADMISSION NO. 651:**

Admit that the design shown in United States Patent D604,305 is substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 652:**

Admit that the design shown in United States Patent D604,305 is not substantially the same as the design shown in United States Patent D636,392.

**REQUEST FOR ADMISSION NO. 653:**

Admit that the design shown in United States Patent D604,305 is substantially the same as the design shown in United States Patent D644,239.

**REQUEST FOR ADMISSION NO. 654:**

Admit that the design shown in United States Patent D604,305 is not substantially the same as the design shown in United States Patent D644,239.

DATED:  February 1, 2012        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                        By  /s/ Victoria F. Maroulis
                            Charles K. Verhoeven
                            Kevin P.B. Johnson
                            Victoria F. Maroulis
                            Michael T. Zeller
                            Attorneys for SAMSUNG ELECTRONICS CO.,
                            LTD., SAMSUNG ELECTRONICS AMERICA,
                            INC., and SAMSUNG
                            TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4527468.1

-67-                                        Case No. 11-cv-01846-LHK
SAMSUNG'S THIRD SET OF REQUESTS FOR ADMISSION TO APPLE INC.

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on February 1, 2012, I caused **SAMSUNG'S THIRD SET OF**

3

**REQUESTS FOR ADMISSION TO APPLE INC.** to be electronically served on the following

4

via email:

5

**ATTORNEYS FOR APPLE INC.**

6

AppleMoFo@mofo.com

7

HAROLD J. MCELHINNY
hmcelhinny@mofo.com
8
MICHAEL A. JACOBS
mjacobs@mofo.com
9
JENNIFER LEE TAYLOR
jtaylor@mofo.com
10
ALISON M. TUCHER
atucher@mofo.com
11
RICHARD S.J. HUNG
rhung@mofo.com
12
JASON R. BARTLETT
jasonbartlett@mofo.com
13
MORRISON & FOERSTER LLP
425 Market Street
14
San Francisco, California 94105-2482
Telephone: (415) 268-7000
15
Facsimile: (415) 268-7522

16

WILLIAM F. LEE
william.lee@wilmerhale.com
17
WILMER CUTLER PICKERING HALE
AND DORR LLP
18
60 State Street
Boston, Massachusetts 02109
19
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
20

MARK D. SELWYN
21
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
22
AND DORR LLP
950 Page Mill Road
23
Palo Alto, California 94304
Telephone: (650) 858-6000
24
Facsimile: (650) 858-6100

25

26

I declare under penalty of perjury that the foregoing is true and correct.  Executed in

27

Redwood Shores, California on February 1, 2012.

28

_/s/ Scott C. Hall_____