1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL APPLE TO RESPOND TO SAMSUNG'S REQUESTS FOR ADMISSION 101-190** |

Defendant Samsung seeks an order directing Apple to provide further responses to Samsung's Requests for Admission numbered 101-190. Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Compel Apple to Respond to Samsung's Requests for Admission is DENIED.

**IT IS SO ORDERED.**

Dated: March _____, 2012.

                                            HONORABLE PAUL S. GREWAL
                                            United States Magistrate Judge