| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE (admitted *pro hac vice*)<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | 60 State Street |
| 4 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | Boston, Massachusetts 02109<br>Telephone: (617) 526-6000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | Facsimile: (617) 526-5000 |
| 6 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | Facsimile: (415) 268-7522 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY CHRISTINE E. DUH** |

1  PLEASE TAKE NOTICE that attorney Christine E. Duh of Wilmer Cutler Pickering Hale
2  and Dorr LLP, a member of the State Bar of California (CA SBN 228544) and admitted to
3  practice in this Court, and whose contact information appears below, hereby enters an appearance
4  as an additional attorney of record for plaintiff Apple Inc. in the above-captioned case.

> Christine E. Duh
> Wilmer Cutler Pickering Hale and Dorr LLP
> 950 Page Mill Road
> Palo Alto, California  94304
> Telephone:  (650) 858-6051
> Facsimile:  (650) 858-6100
> Email:  christine.duh@wilmerhale.com

Dated:  February 15, 2012                    WILMER CUTLER PICKERING HALE
                                             AND DORR LLP


                                             By:  /s/  Christine E. Duh
                                                  CHRISTINE E. DUH

                                                  Attorneys for Plaintiff
                                                  APPLE INC.