QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**<br><br>Date:   March 6, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

I, Joby Martin, declare as follows:

1.      I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions ("Apple's Motion to Compel").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2.      Apple has repeatedly failed to produce its deposition-related documents at least five days – and in many cases not even three days – in advance of the corresponding depositions of its employees.

3.      For example, the deposition of Apple's Brian Land occurred on October 20, 2011.  After the deposition was over, Apple produced additional documents sourced to him that were relevant to the '129 patent that had not been produced before the deposition.

4.      Similarly, the deposition of Steven Christensen occurred on October 26, 2011, but Apple produced documents sourced to him on October 24, just two days prior to the deposition.

5.      The deposition of Richard Williamson occurred on October 28, 2011, but Apple produced documents sourced to him later that evening, after the conclusion of the deposition.

6.      The deposition of Wayne Westerman occurred on October 31, 2011, but Apple produced some documents pertaining to him on October 28, 2011.

7.      Indeed, just today, Apple produced more than 17,000 pages of documents sourced to Richard Dinh, who is scheduled to be deposed by Samsung **tomorrow**, February 16. Samsung did not receive the hard copies of these documents until 9:50 p.m.

8.      For Apple witness John Ternus, Apple produced just 36 documents less than four days in advance of his February 10, 2012 deposition.  Apple's production was devoid of even a

single email sent to or from Mr. Ternus, and none of the documents produced by Apple appear to be authored by Mr. Ternus.

9.      In collecting documents from its inventors prior to their depositions in October 2011, Apple ran improperly narrow date restrictions.  After numerous meet and confer efforts, Apple finally agreed to correct this deficiency.  Thereafter, Apple produced substantially more relevant documents regarding its inventors, who had already been deposed.

10.      More specifically, for 28 of the Apple witnesses who have been deposed thus far, Apple has produced a substantial number of documents *after* the related deposition occurred.  In many instances, Apple did not complete its production for its deponent custodians until months after the deposition.  Apple's late productions are set forth in the chart below:

| Deponent | Deposition Date | Date Samsung Received Apple's Late Productions | Number of Days *after* the deposition that Apple last produced custodial documents |
|---|---|---|---|
| John Elias | Oct. 13, 2011 | Dec. 19, 2011<br>Feb. 2, 2012 | 111 |
| Steven LeMay | Oct. 14, 2011 | Dec. 16, 2011<br>Dec. 20, 2011<br>Dec. 22, 2011<br>Feb. 3, 2012 | 111 |
| Imran Chaudhri | Oct. 14, 2011 | Dec. 20, 2011<br>Dec. 30, 2011<br>Jan. 12, 2012<br>Jan. 20, 2012<br>Jan. 31, 2012 | 109 |
| Chris Blumenberg | Oct. 14, 2011 | Dec. 30, 2011<br>Feb. 2, 2012 | 111 |
| Scott Herz | Oct. 14, 2011 | Dec. 16, 2011<br>Dec. 30, 2011<br>Feb. 2, 2012<br>Feb. 3, 2012 | 112 |
| Freddy Anzures | Oct. 18, 2011 | Dec. 16, 2011<br>Dec. 19, 2011<br>Dec. 22, 2011<br>Dec. 30, 2011<br>Jan. 12, 2012<br>Jan. 22, 2012 | 96 |
| Greg Christie | Oct. 18, 2011 | Feb. 3, 2012 | 107 |
| Peter Russell-Clarke | Oct. 20, 2011 | Dec. 30, 2011<br>Feb. 2, 2012<br>Feb. 3, 2012 | 105 |
| Brian Land | Oct. 20, 2011 | Oct. 21, 2011 | 84 |

MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION TO COMPEL

| Deponent | Deposition Date | Date Samsung Received Apple's Late Productions | Number of Days *after* the deposition that Apple last produced custodial documents |
|---|---|---|---|
| | | Dec. 16, 2011 Dec. 20, 2011 Jan. 12, 2012 | |
| Joshua Strickon | Oct. 20, 2011 | Dec. 30, 2011 | 71 |
| Steve Hotelling | Oct. 21, 2011 | Dec. 16, 2011 Dec. 20, 2011 Dec. 22, 2011 Jan. 12, 2012 Jan. 20, 2012 Feb. 2, 2012 Feb. 3, 2012 | 104 |
| Rico Zorkendorfer | Oct. 21, 2011 | Dec. 20, 2011 Dec. 30, 2011 Feb. 3, 2011 | 104 |
| Daniele De Lullis | Oct. 21, 2011 | Dec. 16, 2011 Dec. 20, 2011 Dec. 30, 2011 Jan. 20, 2012 | 91 |
| Matt Rohrbach | Oct. 24, 2011 | Dec. 30, 2011 Feb. 2, 2012 | 101 |
| Bas Ording | Oct. 25, 2011 | Dec. 16, 2011 Dec. 19, 2011 Dec. 20, 2011 Dec. 30, 2011 Feb. 3, 2012 | 101 |
| Andre Boule | Oct. 26, 2011 | Dec. 30, 2011 Feb. 3, 2012 | 100 |
| Marcel Van Os | Oct. 26, 2011 | Dec. 16, 2011 Dec. 30, 2011 Jan. 31, 2012 | 97 |
| Duncan Kerr | Oct. 26, 2011 | Dec. 16, 2011 Dec. 20, 2011 Dec. 22, 2011 Dec. 30, 2011 Feb. 2, 2012 Feb. 3, 2012 | 100 |
| Bartley Andre | Oct. 26, 2011 | Dec. 22, 2011 Dec. 30, 2011 Jan. 9 2012 Feb. 2, 2012 | 99 |
| Scott Forstall | Oct. 27, 2011 | Dec. 20, 2011 Dec. 30, 2011 Jan. 31, 2012 Feb. 3, 2012 | 99 |
| Daniel Coster | Oct. 27, 2011 | Dec. 30, 2011 | 98 |

| Deponent | Deposition Date | Date Samsung Received Apple's Late Productions | Number of Days *after* the deposition that Apple last produced custodial documents |
|---|---|---|---|
| | | Feb. 2, 2012 | |
| Eugene Whang | Oct. 27, 2011 | Dec. 16, 2011 | 64 |
| | | Dec. 30, 2011 | |
| Richard Williamson | Oct. 28, 2011 | Dec. 16, 2011 | 98 |
| | | Dec. 19, 2011 | |
| | | Dec. 20, 2011 | |
| | | Dec. 30, 2011 | |
| | | Feb. 2, 2012 | |
| | | Feb. 3, 2012 | |
| Richard Howarth | Oct. 31, 2011 | Dec. 16, 2011 | 95 |
| | | Dec. 20, 2011 | |
| | | Dec. 30, 2011 | |
| | | Jan. 12, 2012 | |
| | | Jan. 20, 2012 | |
| | | Feb. 2, 2012 | |
| | | Feb. 3, 2012 | |
| Wayne Westerman | Oct. 31, 2011 | Dec. 16, 2011 | 82 |
| | | Dec. 19, 2011 | |
| | | Dec. 20, 2011 | |
| | | Dec. 30, 2011 | |
| | | Jan. 20, 2012 | |
| Chris Stringer | Nov. 4, 2011 | Dec. 16, 2011 | 48 |
| | | Dec. 22, 2011 | |
| Douglas Satzger | Nov. 8, 2011 | Dec. 30, 2011 | 52 |
| Sir Jonathan Paul Ive | Dec. 1, 2011 | Dec. 16, 2011 | 29 |
| | | Dec. 30, 2011 | |

11.     Apple has produced at least 74,000 pages of documents sourced to custodians whose depositions took place at least two weeks prior those productions.[1]

12.     For at least nine inventors —Scott Herz, Andre Boule, Imran Chaudhri, Bart Andre, Freddy Anzures, Duncan Kerr, Wayne Westerman, Daniel Coster, and Peter Russell-Clarke—Apple has produced more documents sourced to those inventors *after* their depositions than it produced *before* their depositions.

---

[1]   By contrast, documents were produced from the custodial files of a Samsung deponent after the deposition took place in only three instances, two of which involved discovery disputes unrelated to depositions.

1   I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3   Executed on February 15, 2012, at San Francisco, California.

4

5   _/s/ Joby Martin_____

6   Joby Martin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-   Case No. 11-cv-01846-LHK (PSG)
MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION TO COMPEL