1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21             Plaintiff, | **DECLARATION OF ALEXANDER B. BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL** |
| 22             vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date:  March 6, 2012<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26             Defendant. | |
| 27 | |

28

02198.51855/4605542.1

## DECLARATION OF ALEXANDER B. BINDER

I, Alexander B. Binder, declare as follows:

1.  I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Samsung has invested significant time and resources into complying with the Court's three-day deadline for production of documents in advance of related depositions. Samsung has hired teams of full-time English and Korean-speaking attorneys to review Samsung's document collection in advance of the numerous depositions Apple has noticed.

3.  Samsung has produced documents at least three days in advance of the vast majority of Samsung depositions to date, as illustrated by the numerous examples in the chart below:

| Samsung Witness | Deposition Date | Production Date(s) | Number of Days Samsung's Production Preceded the Deposition |
|---|---|---|---|
| Himke Vandervelde | Nov. 2, 2011 | Oct. 28, 2011<br>Oct. 30, 2011<br>Feb. 1, 2012 | 5<br>3 |
| Gert-Jan Vanlieshout | Nov. 4, 2011 | Oct. 28, 2011<br>Oct. 29, 2011<br>Oct. 30, 2011<br>Nov. 17, 2011<br>Feb. 1, 2012 | 7<br>6<br>5 |
| Young Bum Kim | Nov. 11, 2011 | Nov. 6, 2011 | 6 |
| Seong Hun Kim | Nov. 11, 2011 | Oct. 29, 2011<br>Nov. 6, 2011<br>Nov. 9, 2011 | 13<br>7<br>2 |
| Hyun Woo Lee | Nov. 13, 2011 | Nov. 8, 2011 | 5 |
| Soon Jae Choi | Nov. 16, 2011 | Nov. 11, 2011 | 5 |
| Moon Sang Jeong | Nov. 17, 2011 | Nov. 11, 2011 | 6 |
| Sang Ryul Park | Nov. 18, 2011 | Nov. 9, 2011 | 9 |
| Jae Yeol Kim | Nov. 18, 2011 | Nov. 10, 2011<br>Nov. 13, 2011 | 8<br>6 |
| Yong Yun Kwak | Nov. 23, 2011 | Nov. 17, 2011 | 7 |
| Chang Soo Park | Nov. 30, 2011 | Nov. 23, 2011 | 8 |
| Hun Kee Kim | Nov. 30, 2011 | Nov. 13, 2011<br>Nov. 17, 2011 | 17<br>13 |

| Samsung Witness | Deposition Date | Production Date(s) | Number of Days Samsung's Production Preceded the Deposition |
|---|---|---|---|
| Joon Young Cho | Nov. 30, 2011 | Nov. 25, 2011 | 5 |
| Noh-Sun Kim | Dec. 3, 2011 | Nov. 17, 2011 | 15 |
| Juho Lee | Dec. 3, 2011 | Nov. 29, 2011<br>Dec. 1, 2011 | 5<br>2 |
| Jae Seung Yoon | Dec. 3, 2011 | Nov. 25, 2011<br>Dec. 1, 2011 | 9<br>2 |
| Min Goo Kim | Dec. 12, 2011 | Nov. 13, 2011<br>Nov. 23, 2011 | 29<br>20 |
| Bo Ra Kim | Jan. 11, 2012 | Sept. 16, 2011<br>Sept. 17, 2011<br>Dec. 29, 2011<br>Dec. 30, 2011<br>Jan. 7, 2012 | 117<br>116<br>14<br>12<br>4 |
| Ahyoung Kim | Jan. 11, 2012 | Oct. 7, 2011<br>Oct. 7, 2011<br>Jan. 8, 2011<br>Jan. 9, 2011<br>Jan. 9, 2011<br>Jan. 11, 2011 | 96<br>96<br>3<br>2<br>1<br>0 |
| Wookyun Kho | Jan. 12, 2012 | Oct. 10, 2011<br>Jan. 1, 2012<br>Jan. 6, 2012 | 94<br>11<br>6 |
| Na Ra Cho | Jan. 14, 2012 | Jan. 10, 2012 | 4 |
| Junho Park | Jan. 14, 2012 | Sept. 12, 2011<br>Jan. 11, 2012<br>Jan. 12, 2012 | 134<br>3<br>2 |
| Tim Sheppard | Jan. 24, 2012 | Jan. 18, 2012<br>Jan. 19, 2012 | 6<br>4 |
| Justin Denison | Jan. 25, 2012 | Jan. 20, 2012<br>Jan. 20, 2012 | 5<br>5 |
| Brian Rosenberg | Jan. 26, 2012 | Jan. 21, 2012<br>Jan. 21, 2012 | 5<br>5 |
| Jaegwan Shin | Jan. 24, 2012 | Dec. 21, 2012<br>Dec. 23, 2011 | 37<br>35 |
| Qi Ling | Feb. 1, 2012 | Oct. 7, 2011<br>Dec. 30, 2011 | 117<br>28 |
| Jeeyeun Wang | Feb. 2, 2012 | Oct. 7, 2011<br>Jan. 13, 2012<br>Jan. 24, 2012 | 118<br>18<br>7 |
| Jinsoo Kim | Feb. 2, 2012 | Sept. 12, 2011<br>Sept. 16, 2011<br>Dec. 14, 2011<br>Dec. 29, 2011<br>Dec. 31, 2011<br>Jan. 5, 2012<br>Jan. 23, 2012 | 143<br>139<br>50<br>36<br>33<br>26<br>10 |
| Jung Min Yeo | Feb. 2, 2012 | Sept. 20, 2011<br>Jan. 7, 2012<br>Jan. 22, 2012 | 135<br>26<br>11 |
| YoungSoon Lee | Feb. 7, 2012 | Feb. 4, 2012 | 3 |

| Samsung Witness | Deposition Date | Production Date(s) | Number of Days Samsung's Production Preceded the Deposition |
|---|---|---|---|
| Sun-Young Yi | Feb. 8, 2012 | Dec. 30, 2011<br>Jan. 31, 2012 | 42<br>8 |
| Hangil Song | Feb. 8, 2012 | Dec. 30, 2011 | 41 |
| KiHyung Nam | Feb. 10, 2012 | Dec. 31, 2011<br>Jan. 30, 2012 | 42<br>11 |
| Ioi Lam | Feb. 10, 2012 | Oct. 7, 2011<br>Dec. 30, 2011 | 102<br>43 |
| Min Kyoung Kim | Feb. 10, 2012 | Dec. 29, 2011<br>Dec. 31, 2011<br>Feb. 5, 2012 | 45<br>42<br>5 |
| Seongwoo Kim | Feb. 13, 2012 | Feb. 7, 2012 | 6 |
| Beong Wook Kim | Feb. 15, 2012 | Feb. 2, 2012 | 13 |
| Giyoung Lee | Feb. 17, 2012 | Sept. 12, 2011<br>Sept. 16, 2011<br>Dec. 29, 2011<br>Feb. 5, 2012 | 158<br>162<br>51<br>12 |
| DooJu Byun | Feb. 17, 2012 | Oct. 8, 2011<br>Dec. 7, 2011<br>Dec. 31, 2011 | 152<br>73<br>49 |
| Young Seok Bang | Feb. 17, 2012 | Sept. 12, 2011<br>Sept. 16, 2011<br>Dec. 14, 2011<br>Dec. 31, 2011<br>Feb. 6, 2012 | 158<br>154<br>65<br>48<br>10 |
| Tim Benner | Feb. 22, 2012 | Dec. 30, 2011<br>Dec. 31, 2011<br>Jan. 5, 2012<br>Jan. 16, 2012 | 54<br>53<br>48<br>37 |
| Yunjung Lee | Feb. 23, 2012 | Oct. 8, 2011<br>Dec. 7, 2011<br>Dec. 30, 2011<br>Jan. 7, 2012<br>Feb. 8, 2012 | 138<br>78<br>56<br>49<br>15 |
| Dongseok Ryu | Feb. 29, 2012 | Jan. 13, 2012 | 47 |
| Minhyouk Lee | Feb. 29, 2012 | Oct. 8, 2011<br>Dec. 14, 2011<br>Dec. 30, 2011<br>Feb. 9, 2012 | 170<br>77<br>62<br>20 |
| Byeong Wook Kim | Feb. 15, 2012 | Feb. 10, 2012 | 5 |
| Don Ju Lee | Feb. 17, 2012 | Feb. 11, 2012 | 6 |
| Seong Ho Choi | Feb. 19, 2012 | Feb. 14, 2012 | 5 |
| Sang Hung | Date TBD | Dec. 31, 2011 | N/A |
| Heon Seok Lee | Date TBD | Feb. 5, 2012 | N/A |

4. In the few instances where documents were produced less than three days in advance of the deposition—Ahyoung Kim, Junho Park, Juho Lee, Jae Seung Yoon and Seong Hun

1  Kim—Samsung narrowly missed the deadline for a subset of documents due to technical problems
2  or inadvertently late-discovered documents.
3        I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.
5        Executed February 15, 2012, at San Francisco, California.

                    /s/*Alexander B. Binder*
                    Alexander B. Binder