1    HAROLD J. MCELHINNY (CA SBN 66781)      WILLIAM F. LEE
     hmcelhinny@mofo.com                      william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)        WILMER CUTLER PICKERING
     mjacobs@mofo.com                         HALE AND DORR LLP
3    JENNIFER LEE TAYLOR (CA SBN 161368)      60 State Street
     jtaylor@mofo.com                         Boston, MA 02109
4    ALISON M. TUCHER (CA SBN 171363)         Telephone: (617) 526-6000
     atucher@mofo.com                         Facsimile: (617) 526-5000
5    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
6    JASON R. BARTLETT (CA SBN 214530)        MARK D. SELWYN (SBN 244180)
     jasonbartlett@mofo.com                   mark.selwyn@wilmerhale.com
7    MORRISON & FOERSTER LLP                  WILMER CUTLER PICKERING
     425 Market Street                        HALE AND DORR LLP
8    San Francisco, California  94105-2482    950 Page Mill Road
     Telephone:  (415) 268-7000               Palo Alto, California 94304
9    Facsimile:  (415) 268-7522               Telephone: (650) 858-6000
                                              Facsimile: (650) 858-6100
10

11   Attorneys for Plaintiff and
     Counterclaim-Defendant APPLE INC.
12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17

18   APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK (PSG)

              Plaintiff,                          **APPLE'S ADMINISTRATIVE
19                                                MOTION TO FILE DOCUMENTS
           v.                                     UNDER SEAL**
20
     SAMSUNG ELECTRONICS CO., LTD., a
21   Korean corporation; SAMSUNG ELECTRONICS
     AMERICA, INC., a New York corporation; and
22   SAMSUNG TELECOMMUNICATIONS
     AMERICA LLC, a Delaware limited liability
23   company,

24            Defendants.

25

26

27

28

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,

2  Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions

3  thereof:

4    1.    The confidential, unredacted version of Apple's Motion To Compel Depositions of

5  14 of Samsung's Purported "Apex" Witnesses ("Motion to Compel");

6    2.    The confidential, unredacted version of  the Declaration of Mia Mazza In Support

7  of Apple's Motion To Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses

8  ("Mazza Declaration");

9    3.    Exhibits 1-14 and 17-55 to the Mazza Declaration.

10    The above items contain materials that Samsung has designated as confidential under the

11  protective order entered in this case.  Apple expects that pursuant to Civil Local Rule 79-5(d),

12  Samsung will file a declaration establishing good cause to permit the sealing of these materials.

13    Item 1 above contains materials that Apple has designated a confidential under the

14  protective order entered in this case.  Specifically, Apple's Motion to Compel discusses Apple-

15  confidential exhibits that are not publicly available and that could be used by Apple's competitors

16  to Apple's disadvantage.  Apple has established good cause to permit the sealing of these

17  materials through the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion

18  to File Documents Under Seal, filed concurrently with the Declaration of S. Calvin Walden in

19  Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex"

20  Witnesses.

21

22

23

24

25

26

27

28

1      Proposed redacted versions of Items 1-2 are attached as exhibits hereto.  Pursuant to Civil

2  Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable

3  portions highlighted.

4

   Dated: February 16, 2012                    MORRISON & FOERSTER LLP
5

6

                                               By:  */s/ Michael A. Jacobs*
7                                                    Michael A. Jacobs

8                                                    Attorneys for Plaintiff
                                                     APPLE INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28