1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

PROPOSED ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3107602

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has moved for an order to seal the following documents:

   1. The confidential, unredacted version of Apple's Motion To Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses;

   2. The confidential, unredacted version of the Declaration of Mia Mazza In Support of Apple's Motion To Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Mazza Declaration");

   3. Exhibits 1-14 and 17-55 to the Mazza Declaration.

   Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal.

   **IT IS SO ORDERED.**

   Dated: _____       By: _____
                                          Honorable Paul S. Grewal, U.S.M.J.