1  HAROLD J. MCELHINNY (CA SBN 66781)  WILLIAM F. LEE
   hmcelhinny@mofo.com  william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)  WILMER CUTLER PICKERING
   mjacobs@mofo.com  HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)  60 State Street
   jtaylor@mofo.com  Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)  Telephone: (617) 526-6000
   atucher@mofo.com  Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)  MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com  mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP  WILMER CUTLER PICKERING
   425 Market Street  HALE AND DORR LLP
8  San Francisco, California 94105-2482  950 Page Mill Road
   Telephone: (415) 268-7000  Palo Alto, California 94304
9  Facsimile: (415) 268-7522  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**<br><br>Date:    February 28, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**PUBLIC REDACTED VERSION**

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Motion to Compel").

2. Certain of the exhibits to this Declaration consist of Korean-language documents produced by Samsung in this action. To the extent time has permitted, Apple has obtained certified translations of those documents and submits those translations herewith along with each Korean original. With respect to the remaining Korean-language documents attached hereto, Apple has obtained non-certified translations and submits those herewith along with the Korean original.

3. Between December 6, 2012, and January 28, 2012, Apple timely served written notices of the 14 depositions at issue here ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. Apple served each of the above-referenced deposition notices at least 10 days before the noticed deposition date, and served many of the notices more than 30 days in advance. All depositions were noticed for dates well before the March 8, 2012, discovery cutoff, and were set for dates when Apple's attorneys would be in Korea taking other depositions in this case.

5. Samsung formally objected to some of the 14 depositions at issue in this motion in January 2012, and others on February 2, 2012. Samsung did not always object on the basis that the witnesses were apex employees. Attached hereto as **Exhibit 2** is a true and correct copy of Samsung's January 13, 2012, objection to the deposition of ████████  Attached hereto as **Exhibit 3** are true and correct copies of Samsung's January 21 and February 2 notices of objection.

1      6.   On February 3, Samsung's counsel sent a letter to Apple's counsel identifying a list of 23 purportedly "high-ranking Samsung executives" whose depositions had been noticed by Apple. Samsung's letter asserted that "these depositions are highly unlikely to lead to the discovery of relevant information" and claimed that the 23 witnesses have "no relationship to the accused products or the patents-in-suit other than their place atop Samsung's organization hierarchy." Attached hereto as **Exhibit 4** is a true and correct copy of this letter. Samsung did not move for a protective order with respect to any of the 23 witnesses at that time.

7.   The parties held a lead trial counsel meet-and-confer on February 6, 2012. They discussed, among other topics, Samsung's objections on purported "apex" grounds to the depositions of the 23 witnesses in the February 3 letter. Samsung did not agree to withdraw its objections as to any of the 23 witnesses. Instead, Samsung asked Apple to send a letter providing more information as to why Apple should be permitted to depose the witnesses.

8.   On February 9th, Apple sent Samsung a thirteen-page letter containing a witness-by-witness summary outlining why Samsung's objections were meritless. Attached hereto as **Exhibit 5** is a true and correct copy of this letter. The letter discussed each witness's involvement with key issues in this case and cited to specific documents establishing each witness's connection to the issues.

9.   Between February 3 and February 14, 2012, Apple agreed to defer calendaring of six of the depositions to which Samsung was objecting on purported "apex" grounds.

10.  Attached hereto as **Exhibit 6** is a true and correct copy of Samsung's response to Apple's letter of February 9. Apple sent an additional letter to Samsung on February 12 further articulating its position on this issue. Among other things, the letter noted that most of the witnesses at issue in Apple's Motion to Compel were not apex witnesses. Attached hereto as **Exhibit 7** is a true and correct copy of Apple's February 12, 2012, letter to Samsung.

11.  The parties held another lead trial counsel meet-and-confer on February 14 and 15. The parties discussed Samsung's "apex" objections and Samsung agreed to withdraw its objections to three of the witnesses listed in its February 3, 2012, letter, leaving a total of 14 purported "apex" witnesses still in dispute. Samsung refused to produce the remaining 14

1  witnesses for deposition.  During that meeting, counsel for Samsung acknowledged Apple's
2  intent to move to compel the depositions of the remaining 14 purported "apex" witnesses, and
3  stated that Samsung intended to move for a protective order to prevent Apple from deposing those
4  14 witnesses.

5        12.    Apple produced (or is scheduled to produce) three of its nine most senior
6  executives—Scott Forstall, Jonathan Ive, and Phil Schiller, the most senior individuals in the iOS
7  Software, Industrial Design, and Marketing groups, respectively.

8        13.    Apple also produced, or agreed to produce, many other senior executives, vice
9  presidents, and directors (the same ranks as most of Samsung's witnesses at issue in this motion)
10 for deposition.  This list includes, among others, Michael Tchao, Steve Zadesky, and Henri
11 Lamiraux – Vice Presidents for Product Marketing (iPad), iPod/iPhone Product Design, and
12 Software Engineering (iOS Apps & Frameworks), respectively.

13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]
26 [redacted]
27
28

1  ██ ████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████████
4  ██ ████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████
8  ██ ████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ██ ████████████████████████████████████████
12 ██████████████████████████████████████
13 ██████████████████████████████
14 ██ ████████████████████████████████████████
15 ████████████████████████████████████████████
16 ██████████████████████████████████████
17 ██████████████

18      23.    Attached hereto as **Exhibit 15** is a true and correct copy of the webpage at

19 http://english.yonhapnews.co.kr/business/2011/10/19/26/0501000000AEN20111019000200320F.

20 html from February 15, 2012.

21      24.    Attached hereto as **Exhibit 16** is a true and correct copy of the webpage at

22 http://www.androidpolice.com/2011/10/20/samsung-decides-galaxy-nexus-was-not-actually-

23 designed-to-avoid-apple-patents-doesnt-know-how-that-rumor-got-started-nothing-to-see-here/

24 from February 15, 2012.

25 ██ ████████████████████████████████████████
26 ████████████████████████████████████████████
27 ████████████████████████████████████████████
28 ██████████████████







1  ██ ████████████████████████████████████████
2  ████████████████████████████████████████████
3  ████████████████████████
4  ██ ████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████

7      53.   Apple sought to streamline discovery by requesting 30(b)(6) depositions of
8  Samsung witnesses with knowledge of the accused features, but to date Samsung has only
9  designated four 30(b)(6) witnesses to cover a narrow range of issues.

10 ██ ████████████████████████████████████████
11 ████████████████████████████████████████████
12 ██ ████████████████████████████████████████
13 ████████████████████████████████████
14 ██ ████████████████████████████████████████
15 ████████████████████████████████
16 ██ ████████████████████████████████████████
17 ████████████████████████████████
18 ██ ████████████████████████████████████████
19 ████████████████████████████████████████████
20 █
21 ██ ████████████████████████████████████████
22 ████████████████████████████████████████
23 ██ ████████████████████████████████████████
24 ████████████████████████████████
25 ██ ████████████████████████████████████████
26 ████████████████████████████████████
27 ██ ████████████████████████████████████████
28 ████████████████████████████

1  ███ ████████████████████████████████████████████████████
2  ████████████████████████████████████████████████
3  ███ ████████████████████████████████████████████████████
4  ██████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed February 16, 2012 at San Francisco, California.

                          */s/ Mia Mazza*
                          Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: February 16, 2012            */s/ Michael A. Jacobs*
                                                            Michael A. Jacobs