Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here

Case 5:11-cv-01846-LHK   Document 736-5   Filed 02/16/12   Page 1 of 7

**ANDROID POLICE**
LOOKING AFTER ALL THINGS ANDROID

ANDROID PHONE STORE

ANDROID SHIRTS

TIP US

News | Tutorials | Tips | Reviews | Mods | Apps/Games | Devices | Carriers | Dev | Videos | About | Contact

H&R BLOCK At Home™
FILE ONLINE FOR LESS. AND BY "LESS," WE MEAN "NOTHING".
Free to prepare. Free to print. Free to e-file. NEVER SETTLE FOR LESS™
START NOW
AdChoices

**DEALS OF THE WEEK**
**Verizon Motorola Droid 4 LTE From Amazon**
$99.99 $199.99
+ $0 tax
+ free 2-day shipping
= $99.99 delivered
Add to Cart

**20 Oct**

# Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here

6

Posted by David Ruddock in Android OS, Galaxy Nexus / Nexus Prime, Legal, News, Samsung

**ANDROID DEVICE NEWS**
Select Your Device
(Do not include the manufacturer in your search)

**FOLLOW**
46,985 followers | 33,347 fans | 21,929 readers | 2,007 subscribers

ANDROID POLICE ON Google currents

LOWEST PRICE ONLINE GUARANTEED
CellularOutfitter
Wholesale Prices to the Public
• CHARGERS
• CASES
• BATTERIES
• BLUETOOTH
• CELL PHONES
Shop Now

Uh-oh. Sounds like Samsung's lawyers heard about Samsung Mobile President Shin Jong-kyun's little statement that the Galaxy Nexus was designed such that no "known" Apple patents were used or infringed on by the phone. This was probably, to be frank, a very stupid thing to say. Aside from basically *challenging* Apple to take a closer look at the Galaxy Nexus, there's also the fact that, if Jong-kyun's statement was actually correct and Samsung *did* design the Galaxy Nexus to avoid Apple patents, that Apple's lawyers would love to quote it at various patent infringement trials around the world.

This could be introduced to a jury as evidence that Samsung had reason to believe, at the point the Galaxy Nexus was designed, that their other products could be infringing on Apple patents. The admissibility of this statement in a U.S. court may be possible, even though it is highly prejudicial to Samsung, as the doctrine against the admissibility of subsequent remedial measures does not apply to willful patent infringement. If it is admitted, this (along with other evidence - it wouldn't be enough alone) could lead a jury to find that Samsung released phones in the U.S. knowing they were potentially infringing on Apple patents, which would allow Apple, if the jury finds patents to

Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here



have been infringed, to recover treble (triple) damages.

It's rare that you get such a public, verifiable, and concrete statement from such a high-ranking corporate officer about a product's IP strength. It's also likely that Samsung doesn't want to mislead shareholders (which happens to be a crime in most countries) by representing that the Galaxy Nexus is Apple-lawsuit-proof when that may not be the case.

One of Samsung Mobile's executives, Won-Pyo Hong, cleared up the situation for Samsung at AsiaD, saying that patents were **not** a big part of Samsung's discussion when they designed the Galaxy Nexus. Hong claims "At the time this [patent infringement] was not a really heavy issue." He also said, probably without skipping a beat, ""I don't know where that rumor is from." Well, we're *pretty* sure it was your boss.

Actually, it was a quote from Korean news outlet Yonhap, who claim Jong-kyun said that the Galaxy Nexus was designed to bypass legal attacks from Apple. Though, it's quite possible they took Jong-kyun's statement that "We will see if (the Galaxy Nexus) will be 100 percent free [of Apple lawsuits]" as an implication that the phone was designed to avoid patent litigation, which pretty obviously implies that Apple patents *were* a concern in the phone's design. Of course, this could also just be a "misunderstanding" or a Korean-to-English translation quirk. Yep, totally.

AllThingsD

Tags:  apple   galaxy nexus   Ice Cream Sandwich 4.0   ics   infringement
       lawsuit   legal   nexus   nexus prime   patent   Samsung
       samsung mobile



David Ruddock

David studies law at Pepperdine University in Malibu, California. His phone is Motorola DROID BIONIC. David is an avid writer, and enjoys imparting a legal perspective on Android news where it is relevant. He also doesn't usually write such boring sentences.

Follow @rdr0b11



## CURRENT POLL

**How Many Android Devices Have You Owned?**
0
1
2
3
4
5
6/7
8/9
10+

View Results

Link to comments

## OUR SPONSORS

 

   Advertise Here

## JOIN THE AP TEAM



Android Police aims to be a **community site**, maintained and contributed to not only by the site founders but also by you – the user, the reader, the fan, and perhaps the writer?

If you **love technology** and **Android** as much as we do, if you



want to **be heard**, if you care and want to **share** and become a regular **writer**, then head over here for further instructions.

## TOPICS & FEEDS

Interested only in **specific topics**? No problem - find what you're looking for using the categories below.

You can **subscribe to RSS feeds for individual categories** and receive updates on what interests *YOU*.

**Done With This Post? You Might Also Like These:**


**Samsung's Mobile President: The Galaxy Nexus Was Designed With Patents In Mind**


**Apple Started It - Unsealed Ruling Indicates That Apple Infringed HTC's Intellectual Property**


**Australian Court Lifts Injunction Against Samsung's Galaxy Tab 10.1, Apple Ready To Appeal**


**ITC Rules For Apple, Bans Import Of "Some" HTC Phones Into US: Why You Shouldn't Care**


**Galaxy S II Landing Stateside In August, According To Samsung's President Of Mobile Business**


**Apple Seeks Preliminary Injunction Against Galaxy Nexus In U.S. Based On The "Four Horsemen" Of Patents**

- 4G
- Android OS
  - Cupcake 1.5
  - Donut 1.6
  - Eclair 2.1
  - Froyo 2.2
  - Gingerbread 2.3
  - Honeycomb 3.0/3.1/3.2
  - Ice Cream Sandwich 4.0
  - Jelly Bean
- Apps/Games
  - Applications
  - Games
- Carriers
  - Alltel
  - AT&T
  - Bell
  - Boost Mobile
  - Carphone Warehouse
  - Cricket Wireless
  - MetroPCS
  - O2
  - Orange





## 6 Responses

to "Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here"

Add your own comment

### 6 Comments

**Martin** October 20, 2011 at 8:46 am

It wouldn't matter whether it was designed with patents in mind or not. With the current state of software patenting it would have infringed of something nonetheless, just like most other products do.

Reply

**L boogie** October 20, 2011 at 9:24 am

It's amazing how the patent wars are truly out of hand when that type of statement could be used by the likes of "great artists steal" group to truly damage Samsung but at the same time, they're also both strange business bedfellows with each other, go figure.

Reply

**Ryan S** October 20, 2011 at 9:47 am

This is stupid. The guy said when asked about the patents "We designed it so that no known patents were infringed."

This is NOT an admission of guilt that they intended to infringe on known patents on other devices. If you asked him then, "Does this mean the GS2 was designed to be a rip off of Apple?" I would bet he would have said the same exact thing.

Its more just an instance of the press jumping on something and taking it out of context to make a story.

Reply

**Troy** October 20, 2011 at 10:27 am

Agreed. The statement is far from concrete or an admission of guilt regarding previous products. The idea that it would be admissible in court

- Republic Wireless
- Rogers
- SaskTel
- Sprint
- T-Mobile
- TELUS
- Three UK
- US Cellular
- Verizon Wireless
- Virgin Mobile
- Vodafone

Contests / Giveaways

Deals

Dev

Devices By Manufacturer
- Acer
- Amazon
- ARCHOS
- ASUS
- Barnes & Noble
- Casio
- Cowon
- Dell
- eLocity
- Enso
- enTourage
- Evolve III
- Garmin
- Google
- HP
- HTC
- Huawei
- ICD
- INQ
- Interpad
- Jawbone
- Kyocera
- Lenovo
- LG
- Logitech
- Meizu
- Motorola
- MSI
- NEC

against Samsung and lead a jury to rule against them is ludicrous. This is a prime example of media-hype going way around the bend.

Reply

**L boogie** October 20, 2011 at 10:44 am

Ludicrous agreed but it's not beyond Apple's legal tactics given some of their actions like the Netherlands/ Dutch cases.

Reply

**Troy** October 21, 2011 at 7:24 am

I wouldn't put anything past Apple's legal tactics. We've already seen how they doctored evidence in the German courts. They will probably stitch together audio of Shin Jong-kyun admitting to violating Apple's patents. They might even throw in an admission of murder for good measure.

## Leave a Reply

Name

Mail (will not be published)

Website

Submit comment

Allowed tags: <a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>

☐ Notify me of followup comments via e-mail

- Notion Ink
- Panasonic
- Pantech
- Parrot
- RIM
- RocketFish
- Samsung
- Sanyo
- Sharp
- Sony
- Sony Ericsson
- Spring Design
- Toshiba
- Velocity Micro
- Viewsonic
- Vizio
- Xiaomi / MIUI
- ZTE

Editorials

Features
- Android Police Andy Awards: 2011
- Best Apps For Rooted Users Series
- Best Apps/Games/LWPs Of The Week
- Bootscreen Animation Series
- CyanogenMod 7 Theme Roundup
- Home Screen Challenge
- Hunt For The Best Dialer
- Interviews
- Keyboard Shootout
- Mobile Security App Shootout

Legal

Mods

News

Off-Topic

Polls

Reviews
- App Reviews
- Game Reviews

Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here

Case 5:11-cv-01846-LHK   Document 736-5   Filed 02/16/12   Page 6 of 7

- Other Reviews
  - Phone Reviews
  - Tablet Reviews
- Rumors
- Tablets
- Tips
- Tutorials
- Videos



### BUNCH OF OTHER DUDES

Android Tablet Forums

Artem's Tech & Programming Blog

Droid Forums

Phone Arena

Samsung Decides Galaxy Nexus Was Not Actually Designed To Avoid Apple Patents, "Doesn't Know" How That Rumor Got Started, Nothing To See Here

Case 5:11-cv-01846-LHK   Document 736-5   Filed 02/16/12   Page 7 of 7

- RootzWiki
- TheUnlockr

**RANDOM LINKS**

- Cell Phone Chargers

## Popular Posts

**[APK Download] Not On The Eligible Countries List? Get The Chrome Fo...**
in Android OS, Applications, News with 22 comments

**Facebook Set To Introduce In-Line Ads To Mobile Users Next Month**
in News with 25 comments

**Sony Pushing Google TV Update Now – Chrome Enhancements And 3D...**
in Android OS, News, Sony with 13 comments

**Newegg Gets Confused, Thinks The Verizon Galaxy Nexus Has A 2GHz Pro...**
in Galaxy Nexus / Nexus Prime, News with 11 comments

**[Download] BurritoRoot 2 Gives Root Access Back To Kindle Fire Users...**
in Android OS, Kindle Fire, Mods, News with 62 comments

## Recent Posts

**[Exclusive Leak] Official Sprint Nexus S 4G Ice Cream Sandwich Updat...**
in Ice Cream Sandwich 4.0, News, Nexus S 4G (Crespo4g), Sprint with 0 comments

**[New Game] The Sims Free Play For Android Lets You Live Vicariously ...**
in Games, News with 6 comments

**[New Game] MiniClip's Fragger For Android Enlists You To Throw Grena...**
in Games, News with 5 comments

**ASUS Singapore Indicates Delay For Ice Cream Sandwich Update On The ...**
in ASUS, Eee Pad Transformer, Ice Cream Sandwich 4.0, News with 13 comments

**We've Had It All Wrong, TheTechBlock Reveals The True Power Of The G...**
in Galaxy Note, News with 7 comments

## Recent Comments

"thanks bud. saves me a 13MB download just to be disappointed. in-app... "
by sriracha on February 15, 2012

"Let's see: The aluminum skin of the Prime interferes with the GPS... "
by Rational Exuberence on February 15, 2012

"DX2 but not the DX1.... HOW RUDE! Hopefully with Google's purchase of... "
by J-Dog on February 15, 2012

"It's definitely influenced by all the Zynga, Glu Mobile and other... "
by Dandmcd on February 15, 2012

"I really like the Breadcrumb feature so if I do lose my tablet I an... "
by Morenicano on February 15, 2012

News   Tutorials   Tips   Reviews   Mods   Apps/Games   Devices   Carriers   Dev   Videos   About   Contact

© Artem Russakovskii, 2009-2012

.: 16 queries :.: 0.625s :.: Powered by OpenSUSE + Apache + PHP + MySQL + WordPress + Linode VPS hosting + Dropbox :.: Privacy Policy :.

http://www.androidpolice.com/2011/10/20/samsung-decides-galaxy-nexus-was-not-actually-designed-to-avoid-apple-patents-doesnt-know-how-that-rumor-got-started-nothing-to-see-here/[2/15/2012 5:09:58 PM]