1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

 1. The confidential, unredacted version of the Declaration of S. Calvin Walden in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Walden Declaration");

 2. Exhibits 2 through 6 and 21 through 25 to the Walden Declaration;

 3. Exhibits 7 through 10 to the Walden Declaration.

Item 2 above consists of exhibits that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials. Item 1 above may contain Samsung-confidential information to the extent it incorporates the exhibits in Item 2.

Item 3 above consists of exhibits that Apple has designated as confidential under the protective order entered in this case. These exhibits contain Apple-confidential information that is not publicly available and that could be used by Apple's competitors to Apple's disadvantage. Apple has established good cause to permit the sealing of these materials through the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal, filed herewith.

1  A proposed redacted version of Item 1 is attached as an exhibit hereto.  Pursuant to Civil
2  Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable
3  portions highlighted.

Dated: February 16, 2012                    MORRISON & FOERSTER LLP

                                            By:  */s/ Michael A. Jacobs*
                                                 Michael A. Jacobs

                                                 Attorneys for Plaintiff
                                                 APPLE INC.