| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>             Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal ("Administrative Motion"). I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Motion to Compel") and certain exhibits to the Declaration of S. Calvin Walden in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Walden Declaration") contain Apple-confidential information. Specifically:

   a. Apple's Motion to Compel contains information regarding communications about license negotiations between Apple and Samsung. This information is not publicly available and could be used by Apple's competitors to its disadvantage.

   b. Exhibits 7 through 10 to the Walden Declaration contain communications about license negotiations between Apple and Samsung. This information is not publicly available and could be used by Apple's competitors to its disadvantage.

3. It is Apple's policy not to disclose or describe information regarding negotiation of its license agreements. The above information is confidential to Apple. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage.

4. The relief requested in Apple's Administrative Motion is necessary and narrowly tailored to protect confidential information, focusing only on specific exhibits and specific portions of the briefs at issue.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this declaration was executed this 15th day of February, 2012, at Cupertino, California.

                                                              */s/ Cyndi Wheeler*
                                                              Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: February 16, 2012          */s/ Michael A. Jacobs*
                                   Michael A. Jacobs