# Exhibit 1

**IR News**

## Samsung Electronics and Intellectual Ventures Enter Into License Agreement

SEOUL, South Korea and BELLEVUE, Wash. — November 18, 2010 — Samsung Electronics and Intellectual Ventures announced today they have entered into a long-term license arrangement. With this arrangement, Samsung Electronics gains access to Intellectual Ventures' extensive patent portfolio, which includes IP in a variety of segments critical to Samsung's business operations.

"Consistent with Samsung's commitment to innovation in its products and services offered to its customers worldwide, Samsung is pleased with the long-term agreement with Intellectual Ventures, which grants Samsung access to a broad and comprehensive IP portfolio under terms attractive to Samsung," said Dr. Seungho Ahn, senior vice president and head of the IP Center, Samsung Electronics.

"At Intellectual Ventures, we have the expertise to meet the complex IP needs of companies like Samsung," said Adriane Brown, president and chief operating officer of Intellectual Ventures. "Samsung is committed to developing excellent products and we are providing them with the critical IP rights they need to continue this strong tradition of innovation."

With a portfolio of more than 30,000 IP assets spanning several dozen technology areas, Intellectual Ventures combines scale and expertise to allow customers to stay competitive and efficiently manage their intellectual property needs through a variety of products and services. Those services include a license to IV's strategic patent portfolio, access to patents for defensive purposes and strategic collaboration to identify and prepare for future technology trends, all of which services are available to Samsung.

About Intellectual Ventures

Founded in 2000, Intellectual Ventures (IV) is the global leader in the business of invention. IV collaborates with leading inventors, partners with pioneering companies, and invests both expertise and capital in the process of invention. IV's mission is to energize and streamline an invention economy that will drive innovation around the world. www.intellectualventures.com

About Samsung Electronics Co., Ltd

Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2009 consolidated sales of US$116.8 billion. Employing approximately 174,000 people in 193 offices across 66 countries, the company consists of eight independently operated business units: Visual Display, Mobile Communications, Telecommunication Systems, Digital Appliances, IT Solutions, Digital Imaging, Semiconductor and LCD. Recognized as one of the fastest growing global brands, Samsung Electronics is a leading producer of digital TVs, memory chips, mobile phones and TFT-LCDs. For more information, please visit www.samsung.com.



Copyright© 2010 SAMSUNG. All rights reserved.