# Exhibit 12



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 5 (version 5)

## IPR information statement and licensing declaration

**IPR Holder/Organisation**

Legal Name: SAMSUNG ELECTRONICS CO., LTD.

**Signatory**

Name: Seung Gun, Park

Position: Vice President

Department: Telecommunication R&D Center

Address: Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,

Suwon-City, Gyeonggi-Do, Korea 442-600

Tel.: 82-31-279-4887        Fax: 82-31-279-4560

E-mail: sukjin.jang@samsung.com

REÇU le
- 9 AOUT 2007
Rép:

**IPR information statement**

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,

with reference to the technical proposal identified as   3GPP
and/or
in relation to Work Item No.
and/or
with reference to ETSI Standard No.   TS 23.279, 24.008, 25.212, 25.214, 25.321,
25.322, 25.331, 25.346, 25.413, 25.423

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR information statement annex* and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy (delete this paragraph if this condition is not required).

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**                                    **Signature:**

07/08/2007                                          S. G.
(Place, Date)                                       (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

S-794-ITC-005517177



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 2 of 5 (version 5)

## IPR information statement annex

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Application No. | Patent No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION Other Patents/Applications No. in same family | |
|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Patent/Application No. | Country Applicable |
| UMTS | 3GPP TS 25.212 | 4.6.2.3 | V7.0.0 | Samsung Electronics Corp. | 2002-0047557 | 446509 | Method of transmitting/receving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | KOREA | 2002300503 | AUSTRALIA |
| | | | | | | | | | 2,397,428 | CANADA |
| | | | | | | | | | 02151853.X | CHINA |
| | | | | | | | | | 10236913.5 | GERMANY |
| | | | | | | | | | 20021460 | FINLAND |
| | | | | | | | | | 0210215 | FRANCE |
| | | | | | | | | | 0218506.4 | UNITED KINGDOM |
| | | | | | | | | | MI 2002A001821 | ITALY |
| | | | | | | | | | 235010/2002 | JAPAN |
| | | | | | | | | | 0202405.7 | Sweden |
| | | | | | | | | | 218,158 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.7.3.3 | V6.d.0 | Samsung Electronics Corp. | 200410088763.2 | | A method to receive MBMS service for PMM_IDLE users | CHINA | 2005/003663 | PCT |
| UMTS | 3GPP TS 25.331 | 8.6.6 | V6.d.0 | Samsung Electronics Corp. | 2005-7024473 | | Method for Initiating Uplink Signaling Proactively by MBMS UE | KOREA | 04748395.3 | European Patent Office |
| | | | | | | | | | 2006-518551 | JAPAN |
| | | | | | | | | | 561,232 | UNITED STATES |
| | | | | | | | | | 2004/001678 | PCT |

S-794-ITC-0055171789


European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 3 of 5 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.331 | 8.7.5 | V6.d.0 | Samsung Electronics Corp. | 2006-7013356 | | METHOD FOR TRANSMITTING MESSAGES RELATED TO A BROADCAST OR MULTICAST SERVICE IN A CELLULAR COMMUNICATIONS SYSTEM | KOREA | 2005204205 | AUSTRALIA |
| | | | | | | | | | 2544270 | CANADA |
| | | | | | | | | | 200580001283.0 | CHINA |
| | | | | | | | | | 112005000081.8 | GERMANY |
| | | | | | | | | | 029,702 | UNITED STATES |
| | | | | | | | | | 2005/000012 | PCT |
| UMTS | 3GPP TS 23.279 | 8.6 | V8.0.0 | Samsung Electronics Corp. | 2006-0038753 | | METHOD AND APPARATUS FOR INTERWORKING VOICE AND MULTIMEDIA SERVICES BETWEEN CSI TERMINAL AND IMS TERMINAL | KOREA | 200610137570.0 | CHINA |
| | | | | | | | | | 06016031.4 | European Patent Office |
| | | | | | | | | | 210382/2006 | JAPAN |
| | | | | | | | | | 496,712 | UNITED STATES |
| UMTS | 3GPP TS 25.321 | 11.8.1.5 | V6.7.0 | Samsung Electronics Corp. | 2005-0096295 | | METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING CONTROL INFORMATION OF USER EQUIPMENT FOR UPLINK DATA TRANSMISSION | KOREA | 06021474.9 | European Patent Office |
| | | | | | | | | | 546,573 | UNITED STATES |
| | | | | | | | | | 2006/004103 | PCT |
| UMTS | 3GPP TS 25.413 | 8.36.2 | V6.6.0 | Samsung Electronics Corp. | 200310104465.3 | | Method and apparatus of information for MBMS session start | CHINA | | |
| UMTS | 3GPP TS 25.423 | 8.3.1 | V6.6.0 | Samsung Electronics Corp. | 200410001431.6 | | Method to inform MBMS related information | CHINA | | |
| USTS | 3GPP TS 25.321 | 11.8.1.3.1 | V6.7.0 | Samsung Electronics Corp. | 2005-0003914 | | METHOD AND APPARATUS FOR SCHDULING UPLINK DATA TRANSMISSION FOR MOIBLE STATION IN SOFT HANDOVER REGION IN A MOIBLE COMMUNICATION SYSTEM | KOREA | 2005229670 | AUSTRALIA |
| | | | | | | | | | 200510131585.1 | CHINA |
| | | | | | | | | | 05024121.5 | European Patent Office |
| | | | | | | | | | 320138/2005 | JAPAN |
| | | | | | | | | | 263,846 | UNITED STATES |
| UMTS | 3GPP TS 25.214 | 6.B.3 | V6.7.0 | Samsung Electronics Corp. | 2004-0058452 | | system and method for controlling a ttl in a w-cdma communication system supporting enhanced uplink dedicated transport channel | KOREA | 957,814 | UNITED STATES |

S-794-ITC-00551717



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 4 of 5 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.321 | 11.8.1.4 | V6.7.0 | Samsung Electronics Corp. | 2004-0082316 | | METHOD AND APPARATUS FOR DATA TRANSMISSION/SCHEDULING FOR UPLINK PACKET DATA SERVICE IN A MOBILE COMMUNICATION SYSTEM | KOREA | 200580020113.7 | CHINA |
| | | | | | | | | | 05755691.1 | European Patent Office |
| | | | | | | | | | 153,490 | UNITED STATES |
| | | | | | | | | | 2005/001855 | PCT |
| UMTS | 3GPP TS 25.212 | 4.8.4.1 | V6.7.0 | Samsung Electronics Corp. | 2004-0032012 | P0646799 | method and apparatus for determining rate matching parameters for a transport channel in a mobile telecommunication system | KOREA | 05009833.4 | European Patent Office |
| | | | | | | | | | 121,002 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.1.8.2 | V6.5.0 | Samsung Electronics Corp. | 2005-0118851 | P0663436 | METHOD AND APPARATUS FOR INFORMATION RADIO ACCESS NETWORK OF A SELECTED CORE NETWORK FROM USER EQUOIPMENT IN A NETWORK SHARING SYSTEM | KOREA | 2005242125 | AUSTRALIA |
| | | | | | | | | | 200510128850.0 | CHINA |
| | | | | | | | | | 05026742.6 | European Patent Office |
| | | | | | | | | | 1114/KOLNP/05 | INDIA |
| | | | | | | | | | 352529/2005 | JAPAN |
| | | | | | | | | | 2005138022 | RUSSIAN FEDERATION |
| | | | | | | | | | 295,722 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.5.23 | V6.a.0 | Samsung Electronics Corp. | 2005-0104634 | | METHOD AND APPARATUS FOR REPORTING INTER-FREQUENCY MEASUREMENT USING RACH MESSAGE IN A MOBILE COMMUNICATION SYSTEM | KOREA | 06009254.1 | European Patent Office |
| | | | | | | | | | 417,213 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.1.1.3 | V6.a.0 | Samsung Electronics Corp. | 2005-009765 | | METHOD AND APPARTUS FOR ALLOWING USER EQUIPMENT TO DETERMINE VALIDITY OF SYSTEM INFORMATION BEFORE RECEIVING THE SAME IN A NETWORK SHARING SYSTEM | KOREA | 06001721.7 | European Patent Office |
| | | | | | | | | | 340,854 | UNITED STATES |
| UMTS | 3GPP TS 25.322 | 9.2.2.5, 9.2.2.8 | V6.9.0 | Samsung Electronics Corp. | 2005-0037774 | | METHOD AND APPARATUS FOR TRANSMITTING/RECEIVING PACKET DATA USING PRE- | KOREA | 06009256.6 | European Patent Office |
| | | | | | | | | | 417,219 | UNITED STATES |

S-794-ITC-00551780



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 5 of 5 (version 5)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DEFINED LENGTH INDICATOR IN A MOBILE COMMUNICATION SYSTEM | | 2006/001699 | PCT |
| UMTS | 3GPP TS 25.346 | 5.2.5 | V6.0.0 | Samsung Electronics Corp. | 2005-0092572 | | METHOD AND APPARATUS FOR FREQUENCY SELECTION AT START OF SERVICE SESSION IN MBMS SYSTEM | | KOREA | 05021524.3 | European Patent Office |
| | | | | | | | | | | 259,688 | UNITED STATES |
| UMTS | 3GPP TS 25.331 | 8.1.3.6 | V6.d.0 | Samsung Electronics Corp. | GB 0520360.9 | | Improvements in RRC connection esatablishment | | UNITED KINGDOM | | |
| UMTS | 3GPP TS 24.008 | 9.4.4.1, 9.4.17.1 | V6.e.0 | Samsung Electronics Corp. | GB 0517484.2 | | Improvements in Mobile Telecommunication security | | UNITED KINGDOM | 2006/003362 | PCT |
| UMTS | 3GPP TS 25.423 | 8.2.1.2 | V6.d.0 | Samsung Electronics Corp. | GB 0612631.2 | | MBMS enhancements to improve Mobile TV support | | UNITED KINGDOM | | |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16