# Exhibit 14



ANNEX 1

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION FORMS

**IPR Holder/Organisation**

Legal Name: **Samsung Electronics Corporation**

**Signatory**

Name: **Seung Gun, Park**

Position: **Vice President**

Department: **Telecommunication R&D Center**

Address: **DongSuwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu, Suwon-City, Gyeonggi-Do, Korea 442-600**

Tel.: **82-31-279-4887**

Fax: **82-31-279-4560**

E-mail: **sukjin.jang@samsung.com**

**IPR information statement**

In accordance with the ETSI IPR Policy, Article 4.1, I hereby inform ETSI that,

with reference to the technical proposal identified as **3GPP**

and/or in relation to Work Item No.

and/or with reference to ETSI Standard No. **TS 25. xxx, TS 102.xxx, (see the exact numbers of ETSI Standards No in ANNEX 2)**

it is my belief that the IPRs listed in Annex 2 are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in Annex 2 and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**

25 July 2006

**Signature:**

S. G. [signature]

(Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to:
ETSI Director-General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 2 of 7

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Patent/ Application No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | Patent/Application No. | Country Applicable |
| UMTS | TS 25.212 | 4.2.3 | V.710 | Samsung Electronics Corporation | P1997-0036265 | ADAPTIVE CHANNEL ENCODING METHOD AND DEVICE | KOREA (REPUBLIC OF) | 02147194.0 | China |
| | | | | | | | | 05016017.5 | European Patent Office |
| | | | | | | | | 557/KOL/04 | India |
| | | | | | | | | 278667/2003 | Japan |
| UMTS | TS 25.212 | 4.4.4 | V.710 | Samsung Electronics Corporation | P1997-0065962 | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 200410035078.3 | China |
| | | | | | | | | 29824959.6 | Germany |
| | | | | | | | | 04003087.6 | European Patent Office |
| | | | | | | | | 04003086.8 | European Patent Office |
| UMTS | TS 25.211 | 5.3.1<br>5.3.3.5 | V.700 | Samsung Electronics Corporation | P1998-0005526 | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 03132668.4 | China |
| | | | | | | | | 29924415.6 | Germany |
| UMTS | TS 25.212 | 4.2.2 | V.710 | Samsung Electronics Corporation | P1998-0011380 | Turbo encoding/decoding device and method for processing frame data according to QOS | KOREA (REPUBLIC OF) | 03107664.5 | China |
| | | | | | | | | 29924421.0 | Germany |
| | | | | | | | | 03007405.8 | European Patent Office |
| | | | | | | | | 03017871.9 | European Patent |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-ITC-000062514

 EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 3 of 7

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Office |
| | | | | | | | | 19/KOL/05 | India |
| | | | | | | | | 393,784 | United States |
| UMTS | TS 25.212 | 4.2.3 | V.710 | Samsung Electronics Corporation | P1998-0013956 | Channel encoding device and method for communication system | KOREA (REPUBLIC OF) | 03127722.5 | China |
| | | | | | | | | 04003085.0 | European Patent Office |
| | | | | | | | | 797/KOL/05 | India |
| UMTS | TS 25.212 | 4.2.3 | V.710 | Samsung Electronics Corporation | P1998-0020990 | DEVICE AND METHOD FOR CHANNEL CODING AND RATE MATCHING IN A COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 03155536.5 | China |
| | | | | | | | | 03155535.7 | China |
| | | | | | | | | 29924886.0 | Germany |
| | | | | | | | | 967,119 | United States |
| UMTS | TS 25.212 TS 25.222 | 4.2.3.2 4.2.3.2 | V.710 V.700 | Samsung Electronics Corporation | P1999-0018928 | Turbo interleaving apparatus and method | KOREA (REPUBLIC OF) | 200310104317.1 | China |
| | | | | | | | | 200310104318.6 | China |
| | | | | | | | | 200310104319.0 | China |
| | | | | | | | | 200310104320.3 | China |
| | | | | | | | | 200310104321.8 | China |
| | | | | | | | | 20023169.3 | Germany |
| | | | | | | | | 03019291.8 | European Patent Office |
| | | | | | | | | 03019290.0 | European Patent Office |
| | | | | | | | | 03019289.2 | European Patent Office |
| | | | | | | | | 03019293.4 | European Patent Office |
| | | | | | | | | 03019292.6 | European Patent Office |
| | | | | | | | | 169471 | Israel |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-ITC-000062515



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 4 of 7

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 915/KOLNP/05 | India |
| | | | | | | | | 973100 | United States |
| UMTS | TS 25.212 | 4.2.6 | V.710 | Samsung Electronics Corporation | P1999-0026221 | Apparatus and method for channel coding and multiplexing in CDMA communication system | KOREA (REPUBLIC OF) | 20023176.6 | Germany |
| | | | | | | | | 03016895.9 | European Patent Office |
| | | | | | | | | 03016891.8 | European Patent Office |
| | | | | | | | | 03016892.6 | European Patent Office |
| | | | | | | | | 03016893.4 | European Patent Office |
| | | | | | | | | 03016894.2 | European Patent Office |
| | | | | | | | | 369460/2003 | Japan |
| | | | | | | | | 369459/2003 | Japan |
| | | | | | | | | 369458/2003 | Japan |
| | | | | | | | | 369457/2003 | Japan |
| | | | | | | | | 369457/2003 | Japan |
| UMTS | TS 25.212 | 4.2.7<br>4.5.4<br>4.8.4 | V.710 | Samsung Electronics Corporation | P1999-0026978 | Rate matching device and method for a data communication system | KOREA (REPUBLIC OF) | 2003204597 | Australia |
| | | | | | | | | 2,475,863 | Canada |
| | | | | | | | | 200410057766.X | China |
| | | | | | | | | 20023175.8 | Germany |
| | | | | | | | | 20023807.8 | Germany |
| | | | | | | | | 04020162.6 | European Patent Office |
| | | | | | | | | 173018 | Israel |
| | | | | | | | | 315/KOLNP/05 | India |
| | | | | | | | | 326898/2003 | Japan |
| | | | | | | | | 326899/2003 | Japan |
| | | | | | | | | 326900/2003 | Japan |
| | | | | | | | | 2003-326901 | Japan |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-ITC-000062516











| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | P346646 | Poland |
| | | | | | | | | 867,459 | United States |
| UMTS | TS 25.213 | 5.2.2 | V.700 | Samsung Electronics Corporation | P1999-0027279 | Apparatus and method for generating scrambling code in UMTS mobile communication system | KOREA (REPUBLIC OF) | 03158441.1 | China |
| | | | | | | | | 03158442.X | China |
| | | | | | | | | 03158443.8 | China |
| | | | | | | | | 20023092.1 | Germany |
| | | | | | | | | 03008940.3 | European Patent Office |
| | | | | | | | | 03027777.6 | European Patent Office |
| | | | | | | | | 03027776.8 | European Patent Office |
| | | | | | | | | 173518 | Israel |
| | | | | | | | | 416/KOL/05 | India |
| | | | | | | | | 58123/2004 | Japan |
| | | | | | | | | 003,558 | United States |
| UMTS | TS 25.212 | 4.2.7.1<br>4.2.7.3 | V.710 | Samsung Electronics Corporation | P1999-0027407 | Apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | KOREA (REPUBLIC OF) | 200410034638.3 | China |
| | | | | | | | | 20023165.0 | Germany |
| | | | | | | | | 171839/2004 | Japan |
| | | | | | | | | 029,790 | United States |
| UMTS | TS 25.212 | 4.3.3 | V.710 | Samsung Electronics Corporation | P1999-0027932 | Apparatus and method for encoding/decoding transport format combination indicator in CDMA mobile communication system | KOREA (REPUBLIC OF) | 200410033322.2 | China |
| | | | | | | | | 200410033323.7 | China |
| | | | | | | | | 200410033324.1 | China |
| | | | | | | | | 200410033325.6 | China |
| | | | | | | | | 20023280.0 | Germany |
| | | | | | | | | 04016724.9 | European Patent Office |
| | | | | | | | | 04016750.4 | European Patent Office |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 04016728.0 | European Patent Office |
| | | | | | | | | 639/DELNP/2005 | India |
| | | | | | | | | 163765/2004 | Japan |
| | | | | | | | | 163766/2204 | Japan |
| | | | | | | | | 163767/2004 | Japan |
| | | | | | | | | 163768/2004 | Japan |
| | | | | | | | | 006,388 | United States |
| UMTS | TS 25.222 | 4.3.1.2 | V.700 | Samsung Electronics Corporation | P2000-0033107 | Apparatus and method for encoding and decoding TFCI in a mobile communication system | KOREA (REPUBLIC OF) | 200410003860.7 | China |
| | | | | | | | | 20121687.6 | Germany |
| | | | | | | | | 04028883.9 | Germany |
| | | | | | | | | 04028883.9 | European Patent Office |
| | | | | | | | | 04028883.9 | Finland |
| | | | | | | | | 04028883.9 | France |
| | | | | | | | | 04028883.9 | United Kingdom |
| | | | | | | | | 04028883.9 | Italy |
| | | | | | | | | 210664/2004 | Japan |
| | | | | | | | | 04028883.9 | Sweden |
| | | | | | | | | 852,416 | United States |
| UMTS | TS 25.222 | 4.3.1.2 | V.700 | Samsung Electronics Corporation | P2000-0048726 | Channel coding/decoding apparatus and method for a CDMA mobile communication system | KOREA (REPUBLIC OF) | 2004203157 | Australia |
| | | | | | | | | 200410055878.1 | China |
| | | | | | | | | 20121799.6 | Germany |
| | | | | | | | | 114,821 | United States |
| UMTS | TS 25.224 | 5.5.1.1<br>5.5.3.1<br>4.6.2<br>5.1.2.4 | V.700 | Samsung Electronics Corporation | P2000-0059389 | TSTD apparatus and method for a TDD CDMA mobile communication system | KOREA (REPUBLIC OF) | 2004200047 | Australia |
| | | | | | | | | 2531827 | Canada |
| | | | | | | | | 200410046537.8 | China |
| | | | | | | | | 04004040.4 | European Patent Office |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 335172/2004 | Japan |
| | | | | | | | | 209,239 | United States |
| UMTS | TS 25.225<br>TS 25.435<br>TS 25.302<br>TS 25.331 | 5.2.13<br>6.2.1<br>9.3.19<br>10.3.7.76 | V.710<br>V.710<br>V.710<br>V.710 | Samsung Electronics Corporation | P2000-0069372 | Apparatus and method for measuring propagation delay in an NB-TDD CDMA mobile communication system | KOREA (REPUBLIC OF) | 03019983.0 | Germany |
| | | | | | | | | 03019983.0 | European Patent Office |
| | | | | | | | | 03019983.0 | Finland |
| | | | | | | | | 03019983.0 | France |
| | | | | | | | | 03019983.0 | United Kingdom |
| | | | | | | | | 03019983.0 | Italy |
| | | | | | | | | 03019983.0 | Sweden |
| UMTS | TS 25.212 | 4.5.6<br>4.5.7 | V.710 | Samsung Electronics Corporation | P2001-0017925 | Apparatus and method for transporting/receiving data in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 2003259591 | Australia |
| | | | | | | | | 267431/2005 | Japan |
| DVB-H | TS 102 471 | 5.10.5 | V.111 | Samsung Electronics Corporation | P2005-0084389 | METHOD AND APPARATUS FOR PREVIEW SERVICE IN DIGITAL BROADCASTING SYSTEM USING ELECTRONIC SERVICE GUIDE | KOREA (REPUBLIC OF) | | |