# Exhibit 15



# IPR informatic statement and licensing decl ation




## IPR HOLDER / ORGANISATION ("Declarant")

Legal name: SAMSUNG ELECTRONICS CO.,LTD.

## CONTACT DETAILS FOR LICENSING INFORMATION:

Name and Title: Mr. SEUNG GUN Park - Vice President
Department: Telecommunication R&D Center
Address: Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu, Suwon-City, Gyeonggi-Do, Korea 442-600
Telephone: 82-31-279-5067 Fax: 82-31-279-4560
Email: jh1.jung@samsung.com URL:

## IPR INFORMATION STATEMENT

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached IPR Information Statement Annex may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached IPR Information Statement Annex.

The Declarant and/or its AFFILIATES **(check one box only)**

◉ are the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

○ are not the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

## IPR LICENSING DECLARATION

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following **(check one box only, and subordinate box, where applicable)**:

◉ To the extent that the IPR(s) disclosed in the attached IPR Information Statement Annex are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached IPR Information Statement Annex, the Declarant and/or its AFFILIATES are prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy.

☑ This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate. **(check box if applicable)**

○ The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached IPR Licensing Declaration Annex).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.

Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

## SIGNATURE

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

Name of authorized person:* JUN WON LEE
Title of authorized person:* Senior Manager
Place, Date: September 15, 2009 2009-09-15 00:38
Signature: [signature]

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-00551697I

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UMTS | TS 25.212<br>TS 25.319 | 4.11.2<br>9.3.:.2 | V8.5.0<br>V9.0.0 | SAMSUNG ELECTRONICS CO.,LTD. | KR 2001-001666( | R 0800884 | Method of controlling reverse transmission in a mobile communication system | KOREA (REPUBLIC OF) | AU 200224... 2 | - | AUSTRALIA - AU |
| | | | | | | | | | CA 2408161 | - | CANADA - CA |
| | | | | | | | | | CN 02801236.4 | CN 1461538 | CHINA - CN |
| | | | | | | | | | EP 02007159.3 | EP 1248417 | European Patent Office - EPO |
| | | | | | | | | | IN 2002/01137 | - | INDIA - IN |
| | | | | | | | | | JP 2002-578691 | JP 3943029 | JAPAN - JP |
| | | | | | | | | | RU 2002131154 | RU 2237365 | RUSSIAN FEDERATION - RU |
| | | | | | | | | | US 109,740 | US 2002181410 | UNITED STATES - US |
| LTE | 3GPP TS 36.213 | 8.2 | v.8.4.0 | SAMSUNG ELECTRONICS CO.,LTD. | 200810124888.4 | | Method for transmitting a sounding reference signal in a lte tdd system | CHINA | EP 09163705.8 | - | European Patent Office - EPO |
| | | | | | | | | | US 491,792 | - | UNITED STATES - US |
| | | | | | | | | | KR2009/003381 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 23.402 | 4.7.1 | v.8.3.0 | SAMSUNG ELECTRONICS CO.,LTD. | 1985/CHE/2008 | | Method and system for handling a dynamic host configuration protocol internet protocol version 4 address release | INDIA | US 541,655 | - | UNITED STATES - US |
| | | | | | | | | | KR2009/004522 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 36.211 | 5.4.1 | v.8.3.0 | SAMSUNG ELECTRONICS CO.,LTD. | 12/200,462 | | Resource remapping and regrouping in a wireless communication system | UNITED STATES | EP 08016543.4 | - | European Patent Office - EPO |
| | | | | | | | | | KR2008/005569 | - | Patent Cooperation Treaty - PCT |
| LTE | TS36.212 | 5.3.3.1.2 | v8.6.0 | SAMSUNG ELECTRONICS CO.,LTD. | KR 2008-0107684 | | DEVICE AND METHOD FOR CONTROLLING DOWNLINK CONTROL INFORMATION IN WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | | | |