# Exhibit 17



# IPR information statement and licensing declaration

## IPR HOLDER / ORGANISATION ("Declarant")
Legal name:   SAMSUNG ELECTRONICS CO.,LTD.

## CONTACT DETAILS FOR LICENSING INFORMATION:
Name and Title:   Mr. SEUNG GUN Park - Vice President
Department:   Telecommunication R&D Center
Address:   Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,
Suwon-City, Gyeonggi-Do, Korea 442-600
Telephone:   82-31-279-5067           Fax:   82-31-279-4560
Email :   jh1.jung@samsung.com           URL :

RECU le

Rép:

## IPR INFORMATION STATEMENT
In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached IPR Information Statement Annex may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached IPR Information Statement Annex.

The Declarant and/or its AFFILIATES (check one box only)

ⓧ   are the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

○   are not the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

## IPR LICENSING DECLARATION
In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following (check one box only, and subordinate box, where applicable):

ⓧ   To the extent that the IPR(s) disclosed in the attached IPR Information Statement Annex are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached IPR Information Statement Annex, the Declarant and/or its AFFILIATES are prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy.

☒   This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate. (check box if applicable)

○   The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached IPR Licensing Declaration Annex).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.

Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

## SIGNATURE
By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.
Name of authorized person:*        JUN WON LEE
Title of authorized person:*       Senior Manager
Place, Date:                                          2009-12-04 02:27
Signature:

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-00551723Z

# IPR information statement annex

| STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | Proprietor | Application No.** | Publication No.** | Patent/Application Title* | Country of registration* | FURTHER INFORMATION: Other members of this PATENT FAMILY, if any * | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name* | Work item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Application No. | Publication No. | Country of registration |
| LTE | TS 36.321 | - | - | SAMSUNG ELECTRONICS CO.,LTD | PCT/KR09/00009 | WO2009/088228 | Method and apparatus for reporting ue power headroom information in mobile communication system | Patent Cooperation Treaty | P20080003669 | - | KOREA (REPUBLIC OF) - KR |
| LTE | TS 36.321 | - | - | SAMSUNG ELECTRONICS CO.,LTD | P20080138171 | | HARQ Process | KOREA (REPUBLIC OF) | | | |
| LTE | TS33.402 | - | - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/005223 | | Creation of unique MIPv4 security association per PDN connectivity | Patent Cooperation Treaty | 2240/CHE/2008 | - | INDIA - IN |
| LTE | TS 23.216 | - | - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/003202 | | System and method to inform the MME of target cell capability during PS-CS Handover | Patent Cooperation Treaty | 1460/CHE/2008 | - | INDIA - IN |
| LTE | TS36.212 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 12/287,413 | | Methods of Multiplexing Data and Control in Uplink Channel | UNITED STATES | | | |
| UMTS | TS25.469 TS25.467 | - - | - - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/003624 | | A method for supporting emergency call in mobile telecommunication system | Patent Cooperation Treaty | 200810128235 | - | CHINA - CN |
| LTE | TS36.413 TS23.401 | - - | - - | | | | | | 200810081321 | - | CHINA - CN |

S-794-ITC-005517238

| Std | Spec | | Ver | Applicant | App. No. | Pub. No. | Title | Country | App. No. | Pub/Patent No. | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SAMSUNG ELECTRONICS CO., LTD | KR2009/000849 | WO2009/107953 | A method to inform network UE's tracking area | Patent Cooperation Treaty | | | |
| LTE | TS 36.211 | - | V8.5.0 | SAMSUNG ELECTRONICS CO., LTD | 542310 | | A Uplink SRS signal hopping method and device for LTE system | UNITED STATES | 9167922 | - | European Patent Office - EPO |
| | | | | | | | | | KR2009/004553 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 200810213230 | - | CHINA - CN |
| HSPA+ | TS25.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 00/00345 | WO00/62456 | apparatus and method for gated transmission in a cdma communication system | Patent Cooperation Treaty | 00806189.0 | CN1347604A | CHINA - CN |
| | | | | | | | | | 41484/00 | - | AUSTRALIA - AU |
| | | | | | | | | | 611414/2000 | 542659/2002 | JAPAN - JP |
| | | | | | | | | | 00921136.8 | - | European Patent Office - EPO |
| | | | | | | | | | 2001127670 | 2233543 | RUSSIAN FEDERATION - RU |
| | | | | | | | | | 145548 | - | ISRAEL - IL |
| | | | | | | | | | 0009713-6 | - | BRAZIL - BR |
| | | | | | | | | | 03019386.6 | EP1420538A1 | European Patent Office - EPO |
| | | | | | | | | | 547,886 | 6,747,963 | UNITED STATES - US |
| | | | | | | | | | 2371958 | 2371958 | CANADA - CA |
| | | | | | | | | | 192114/2006 | 295980/2006 | JAPAN - JP |
| | | | | | | | | | IN/PCT/2001/851 | - | INDIA - IN |
| | | | | | | | | | P20000019301 | P2000071672 | KOREA (REPUBLIC OF) - KR |
| LTE | TS23.279 | - | - | SAMSUNG ELECTRONICS CO., LTD | 913,155 | US20080200170A | METHOD FOR REQUESTING AN UNREGISTERED UE TO PREFORM REGISTRAION IN THE IMS | UNITED STATES | 06732893.0 | 1884067 | European Patent Office - EPO |
| | | | | | | | | | 2006/001652 | WO2006/118416A1 | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 200610054810.0 | CN1856167 | CHINA - CN |

| Standard | TS | | | Assignee | App. No. | Patent No. | Title | Country | App. No. | Patent No. | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | TS24.279 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 790,000 | S20070259651A | Method and system of forwarding capability information of user equipment in internet protocol multimedia subsystem network | UNITED STATES | 07008563.4 | 1853037 | European Patent Office - EPO |
| | | | | | | | | | KR2007/002021 | WO2007/123370 | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 200780015045.4 | 101433036A | CHINA - CN |
| | | | | | | | | | 2198/MUMNP/2008 | - | INDIA - IN |
| | | | | | | | | | 2008142380 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | | P20070040567 | P0886548 | KOREA (REPUBLIC OF) - KR |
| LTE | TS23.221<br>TS23.401<br>TS24.301<br>TS24.008 | -<br>-<br>-<br>- | -<br>-<br>-<br>- | SAMSUNG ELECTRONICS CO.,LTD | 160,542 | | MOBILE COMMUNICATIONS METHOD AND WYWTEM FOR SIGNALLING INFORMATION RELATING TO NETWORK'S CAPABILITIES | UNITED STATES | 0600410.5 | GB2434058 | UNITED KINGDOM - GB |
| | | | | | | | | | KR2007/000157 | WO 2007/081146 | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 200780008639.2 | CN 101401362A | CHINA - CN |
| | | | | | | | | | 3612/CHENP/2008 | - | INDIA - IN |
| | | | | | | | | | 2008132861 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | | 07700924.9 | 1972100 | European Patent Office - EPO |
| UMTS | TS25.212 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 112,401 | 7,180,953 | APPARATUS AND METHOD FOR DFFICIENTLY DISTRIBUTING ENERGY OVER A PACKET DATA CHANNEL IN A MOBILE COMMUNICATION SYSTEM FOR HIGH RATE APCKER TRANSMISSION | UNITED STATES | 516,189 | 7,302,008 | UNITED STATES - US |
| LTE | TS 23.221 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 0900109.0 | | Voice communication between user equipment and network | UNITED KINGDOM | | | |

S-794-ITC-00551724O

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | TS23.292 | - | - | SAMSUNG ELECTRONICS CO.,LTD | KR2008/003706 | | Enabling UE Access Domain selection for terminated speech/video calls | Patent Cooperation Treaty | 0712386.2 | - | UNITED KINGDOM - GB |
| | | | | | | | | | 0716311.6 | - | UNITED KINGDOM - GB |
| LTE | TS 36.331 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 609,357 | | Method and system for optimal security context change notification at inter rat handover | UNITED STATES | KR2009/006347 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 2664/CHE/2008 | - | INDIA - IN |
| LTE | TS 23.401 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 637/CHE/2009 | | METHOD AND SYSTEM FOR SUPPORTING EMERGENCY CALLS AND EMERGENCY SERVICES IN WIRELESS COMMUNICATION SYSTEMS | INDIA | | | |
| LTE | TS 23.401 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 564,130 | | Access admission control method and system for mobile communcation systems | UNITED STATES | KR2009/005403 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 20080094099 | - | KOREA (REPUBLIC OF) - KR |
| LTE | TS 23.401 | - | - | SAMSUNG ELECTRONICS CO.,LTD | 200910131257.X | | A access control method | CHINA | | | |
| LTE | TS 23.060 | - | - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/002235 | | A method and equipment to support 3G system and SAE system interworking | Patent Cooperation Treaty | 200810094989 | - | CHINA - CN |
| LTE | TS36.300 | - | - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/001961 | | Method and system supporting handover from macro node b to home node b | Patent Cooperation Treaty | 200810092284.6 | - | CHINA - CN |
| LTE | TS36.413 | - | - | | | | | | 200710164106.5 | - | CHINA - CN |
| | TS 32.593 | - | - | | | | | | | | |

S-794-ITC-005517241

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SAMSUNG ELECTRONICS CO.,LTD | KR2008/005445 | W.O2009/045007 | METHOD FOR ESTABLISHING CONNECTION BY HNB | Patent Cooperation Treaty | | |
| UMTS | TS29.002 TS 24.301 | - - | - - | SAMSUNG ELECTRONICS CO.,LTD | KR2009/000713 | | A method for home cell related information update | Patent Cooperation Treaty | 200810092987.9 | - | CHINA - CN |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy)

Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16