Exhibit 18



# IPR information statement and licensing declaration

## IPR HOLDER / ORGANISATION ("Declarant")
Legal name: SAMSUNG ELECTRONICS CO.,LTD.

## CONTACT DETAILS FOR LICENSING INFORMATION:
Name and Title: Mr. SEUNG GUN Park - Vice President
Department: Telecommunication R&D Center
Address: Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu, Suwon-City, Gyeonggi-Do, Korea 442-600
Telephone: 82-31-279-5067                Fax: 82-31-279-4560
Email: jh1.jung@samsung.com              URL:

REÇU le 24 SEP. 2009
Rép: _____

## IPR INFORMATION STATEMENT
In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached IPR Information Statement Annex may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached IPR Information Statement Annex.

The Declarant and/or its AFFILIATES (check one box only)

☐ are the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

☒ are not the proprietor of the IPR(s) disclosed in the attached IPR Information Statement Annex.

## IPR LICENSING DECLARATION
In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following (check one box only, and subordinate box, where applicable):

☒ To the extent that the IPR(s) disclosed in the attached IPR Information Statement Annex are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached IPR Information Statement Annex, the Declarant and/or its AFFILIATES are prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy.

☐ This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate. (check box if applicable)

☐ The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached IPR Licensing Declaration Annex).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.

Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

## SIGNATURE
By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

Name of authorized person:* JUN WON LEE
Title of authorized person:* Senior Manager
Place, Date: 21/09/2009                  2009-09-21 09:24
Signature:

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-00551243

# IPR information statement annex

| STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | | | | | | Country of registration* | FURTHER INFORMATION: Other members of this PATENT FAMILY, if any* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name* | Work item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | Proprietor | Application No.** | Publication No.** | Patent/Application Title* | | | Application No. | Publication No. | Country of registration |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO.,LTD. | 917,450 | | APPARATUS AND METHOD FOR TRANSMITTING/ RECEIVING UPLINK PILOT IN FREQUENCY DIVISION MULTIPLE ACESS SYSTEM | | UNITED STATES | KR2006/002394 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | | P2005-0053746 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2006-0004154 | | METHOD AND APPARATUS FOR DATA CODED SYMBOL MAPPING BASED ON CHANNEL ESTIMATION IN A FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | | KOREA (REPUBLIC OF) | KR2007/000202 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 161,436 | | Method and apparatus for tranmitting synchronixation signals in an ofdm based cellular communications system | | UNITED STATES | P2006-0005408 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | | KR2007/000262 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 36.213 | - | - | | | | | | | | | Patent Cooperation |

S-794-ITC-005517244

| | | | | | SAMSUNG ELECTRONICS CO., LTD | 656,276 | | METHOD AND APPARATUS FOR X_X_X_OPEN LOOP POWER CONTROL IN FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | UNITED STATES | KR2007/000326 | - | Treaty - PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 200780002767.6 | - | CHINA - CN |
| | | | | | | | | | | 7100909.6 | - | European Patent Office - EPO |
| | | | | | | | | | | P2006-0006507 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 725,974 | | METHOD AND APPARATUS FOR ALLOCATING FREQUENCY RESOURCES IN A FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | UNITED STATES | P2006-0025479 | - | KOREA (REPUBLIC OF) - KR | |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 789,029 | | METHOD FOR SIGNALING RESOURCE ASSIGNMENT INFORMATION IN A FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | UNITED STATES | 7008253.2 | - | European Patent Office - EPO | |
| | | | | | | | | | | P2006-0036438 | - | KOREA (REPUBLIC OF) - KR | |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 766,498 | | METHOD FOR MAINTAINING UPLINK TIMING SYNCHRONIZATION IN A MOBILE COMMUNICATION SYSTEM AND USER EQUIPMENT APPARATUS FOR THE SAME | UNITED STATES | 7012267.6 | - | European Patent Office - EPO | |
| | | | | | | | | | | KR2007/003013 | - | Patent Cooperation Treaty - PCT | |
| | | | | | | | | | | P2006-0056417 | - | KOREA (REPUBLIC OF) - KR | |

| Std | Spec | | | Assignee | App. No. | | Title | Country | Pub/Reg No. | | Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 796,142 | | METHOD AND APPARATUS FOR ENHANCING THE DETECTION OF COMMON CONTROL CHANNEL IN ORTHOGONAL FREQUENCY DIVISION MUTIPLEXING ACCESS-BASED CELLULAR COMMUNICATION SYSTEM | UNITED STATES | 7008570.9 | - | European Patent Office - EPO |
| | | | | | | | | | P2006-0037826 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 862,018 | | Method and apparatus for transmitting/receiving scheduling channels in a wireless communication system | UNITED STATES | KR2007/004689 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 7808451.4 | - | European Patent Office - EPO |
| | | | | | | | | | P2006-0093431 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 877,261 | | METHOD FOR SETTING TRANSMISSION POWER OF DATA CHANNEL INA FREQUENCY DIVISION MULTIPLE ACCESS AND MOBILE STATION APPARATUS FOR THE SAME | UNITED STATES | KR2007/005210 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | P2006-0102882 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 866,185 | | | UNITED STATES | 7019336.2 | - | European Patent Office - EPO |
| | | | | | | | | | 200710199915.X | - | CHINA - CN |
| | | | | | | | | | | | KOREA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | METHOD AND APPARATUS FOR TRANSMITTING/ RECEIVING PAGING INFORMATION IN A WIRELESS COMMUNICATION SYSTEM | | 2006-0097358 | - | (REPUBLIC OF) - KR | |
| | | | | | | | 2066/DEL/2007 | - | INDIA - IN | |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 866,153 | | METHOD AND APPARATUS FOR TRANSMITTING/ RECEIVING DOWNLINK SYNCHRONIZATION CHANNELS IN A CELLULAR COMMUNICATION SYSTEM SUPPORTING SCALABLE BANDWIDTH | UNITED STATES | 2006-0097352 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 972,164 | | METHOD AND APPARATUS FOR TRANSMITTING/ RECEIVING ACK/NACK IN MOBILE COMMUNICATION SYSTEM | UNITED STATES | P2007-0003040 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 022,589 | | | UNITED STATES | 8001719.7 | - | European Patent Office - EPO |
| | | | | | | | | | P2007-0009603 | - | KOREA (REPUBLIC OF) - KR |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | METHOD AND APPARATUS FOR TRANSMITTING AND RECIEVING DOWNLINK SYNCHRONIZATION CHANNEL IN A CELLULAR COMMUNICATION SYSTEM | | | | |
| LTE | 3GPP TS 36.323 | - | - | SAMSUNG ELECTRONICS CO., LTD | 875,315 | | Method and apparatus for performing handover using packet data convergence protocol(pdcp) reordering in mobile communication system | UNITED STATES | 2005-0037779 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 07020522.4 | - | EUROPEAN UNION - EU |
| | | | | | | | | | 2007311697 | - | AUSTRALIA - AU |
| | | | | | | | | | 2666265 | - | CANADA - CA |
| | | | | | | | | | 200780038957.3 | - | CHINA - CN |
| | | | | | | | | | 2009-533253 | - | JAPAN - JP |
| | | | | | | | | | 2009114733 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | | 754/MUMNP/2009 | - | INDIA - IN |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 031,153 | | APPARATUS AND METHOD FOR TRANSMITTING AND RECEIVING FORWARD SHARED CONTROL CHANNEL IN A MOBILE COMMUNICATION SYSTEM | UNITED STATES | KR2008/000874 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 8002756.8 | - | European Patent Office - EPO |
| | | | | | | | | | 2008215225 | - | AUSTRALIA - AU |
| | | | | | | | | | P2007-0015361 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.300 | - | - | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SAMSUNG ELECTRONICS CO., LTD | 200410070847.3 | | A method to introduce new identifier for MBMS service | CHINA | | | |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 12/155,311 | | PILOT BOOSTING AND TRAFFIC TO PILOT RATIO ESTIMATION IN A WIRELESS COMMUNICATION SYSTEM | UNITED STATES | | | |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 030,525 | | Method and apparatus for transmitting and receiving control information in a single carrier fdma system | UNITED STATES | 8002759.2 | - | European Patent Office - EPO |
| | | | | | | | | | 2007-0015634 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.321 | - | - | SAMSUNG ELECTRONICS CO., LTD | 114,247 | | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING PACKET DATA BETWEEN A NODE B AND A UE USIGN HARQ IN A MOBILE COMMUNICATION SYSTEM | UNITED STATES | KR2008/002503 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | P2007-0042607 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 049,573 | | | UNITED STATES | 8004982.8 | - | European Patent Office - EPO |
| | | | | | | | | | P2007-0026109 | - | KOREA (REPUBLIC OF) - KR |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING A CONTROL CHANNEL IN A MOBILE COMMUNICATION SYSTEM | | | | |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 12/213,579 | | METHODS AND APPARATUS TO GENERATE MULTIPLE CRCS | UNITED STATES | 08164407.2 | - | European Patent Office - EPO |
| | | | | | | | | | KR2008/005412 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 12/076,777 | | METHODS AND APPARATUS TO COMPUTE CRC FOR MULTIPLE CODE BLOCKS | UNITED STATES | 2008-0067574 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | KR2008/004102 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 08012626.1 | - | European Patent Office - EPO |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 650,896 | | METHOD AND APPARATUS FOR TRANSMITTING/ RECEIVING UPLINK SIGNALING INFORMATION IN A SINGLE CARRIER FDMA SYSTEM | UNITED STATES | 2006-0057693 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 07100112.7 | - | European Patent Office - EPO |
| | | | | | | | | | 200780008033.9 | - | CHINA - CN |
| | | | | | | | | | 1459/MUMNP/2008 | - | INDIA - IN |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 416,393 | | | UNITED STATES | 2005-0037294 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 200610084158.7 | - | CHINA - CN |
| | | | | | | | | | 409/KOL/06 | - | INDIA - IN |
| | | | | | | | | | 06009140.2 | - | European Patent Office - |

S-794-ITC-0055172S0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Method and apparatus for multiplexing data and control information in wireless communication systems based on frequency division multiple access | | 2006201869 | - | EPO |
| | | | | | | | | | | AUSTRALIA - AU |
| | | | | | | | | 2006115276 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | 481,337 | - | UNITED STATES - US |
| | | | | | | | | 18-129660 | - | JAPAN - JP |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 896,114 | | MULTIPLE ANTENNAS TRANSMIT DIVERSITY SCHEME | UNITED STATES | KR2008/002595 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 08008691.1 | - | European Patent Office - EPO |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 680,815 | 7,200,796 | Apparatus and method for generating code in communication system | UNITED STATES | 2002-0007493 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 20202171.8 | - | GERMANY - DE |
| | | | | | | | | | 0204043-3 | - | BRAZIL - BR |
| | | | | | | | | | 2002-564843 | - | JAPAN - JP |
| | | | | | | | | | 02003369.2 | - | European Patent Office - EPO |
| | | | | | | | | | 01266/DEL/2003 | - | INDIA - IN |
| | | | | | | | | | 0325730.7 | - | UNITED KINGDOM - GB |
| | | | | | | | | | 02800733.6 | - | CHINA - CN |
| | | | | | | | | | 2004-011127 | - | JAPAN - JP |
| | | | | | | | | | 05005871.8 | - | European Patent Office - EPO |
| | | | | | | | | | 2002233774 | - | AUSTRALIA - AU |
| | | | | | | | | | 0203400.7 | - | UNITED KINGDOM - GB |
| | | | | | | | | | 3809/DELNP/2005 | - | INDIA - IN |
| | | | | | | | | | 074,422 | - | UNITED STATES - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | US |
| | | | | | | | | 2003252889 | - | AUSTRALIA - AU |
| | | | | | | | | 02003369.2 | - | European Patent Office - EPO |
| | | | | | | | | 2405119 | - | CANADA - CA |
| | | | | | | | | IN/PCT/2002/975 | - | INDIA - IN |
| | | | | | | | | 2003129992 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | 2002127407 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | 0201768 | - | FRANCE - FR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 589,985 | | APPARATUS AND METHOD FOR TRANSMITTING/ RECEIVING DATA IN A MULTI- ANTENNA COMMUNICATI ON SYSTEM | UNITED STATES | 2005-0103554 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | 95140247 | - | TAIWAN, PROVINCE OF CHINA - TW |
| | | | | | | | | 06022705.5 | - | European Patent Office - EPO |
| | | | | | | | | 200680040862.0 | - | CHINA - CN |
| | | | | | | | | 3369/DELNP/2008 | - | INDIA - IN |
| | | | | | | | | 2008-537607 | - | JAPAN - JP |
| | | | | | | | | 2008117119 | - | RUSSIAN FEDERATION - RU |
| LTE | 3GPP TS 36.213 | - | - | SAMSUNG ELECTRONICS CO., LTD | 475,709 | | APPARATUS AND METHOD FOR ADAPTIVE CHANNEL QUALITY FEEDBACK IN A MULTICARRIER WIRELESS NETWORK | UNITED STATES | 2006-0072790 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | 06015981.1 | - | European Patent Office - EPO |
| | | | | | | | | 2006276391 | - | AUSTRALIA - AU |
| | | | | | | | | 0614497-7 | - | BRAZIL - BR |
| | | | | | | | | 2614695 | - | CANADA - CA |
| | | | | | | | | 200680025804.0 | - | CHINA - CN |
| | | | | | | | | 917/DELNP/2008 | - | INDIA - IN |
| | | | | | | | | 2008- | - | JAPAN - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 524891 | | JP |
| | | | | | | | | | 2008103825 | - | RUSSIAN FEDERATION - RU |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 338,715 | 6,910,110 | INTERLEAVING APPARATUS AND METHOD FOR AN COMMUNICATION SYSTEM | UNITED STATES | 2002-0001252 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 03000524.3 | - | European Patent Office - EPO |
| | | | | | | | | | 0306689-4 | - | BRAZIL - BR |
| | | | | | | | | | 2472952 | - | CANADA - CA |
| | | | | | | | | | 00943/KOLNP/04 | - | INDIA - IN |
| | | | | | | | | | 2003-559023 | - | JAPAN - JP |
| | | | | | | | | | 2004121027 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | | 03802077.7 | - | CHINA - CN |
| | | | | | | | | | 2003202155 | - | AUSTRALIA - AU |
| LTE | 3GPP TS 36.300 | - | - | SAMSUNG ELECTRONICS CO., LTD | 729,032 | | Method and apparatus for discontinuous reception of connected terminal in a mobile communication system | UNITED STATES | 2006-0085757 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 07006399.5 | - | European Patent Office - EPO |
| | | | | | | | | | 200780010787.8 | - | CHINA - CN |
| | | | | | | | | | 2013/MUMNP/2008 | - | INDIA - IN |
| | | | | | | | | | 2008142553 | - | RUSSIAN FEDERATION - RU |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 417,217 | | | UNITED STATES | 2005-0037777 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | | 2006241618 | - | AUSTRALIA - AU |
| | | | | | | | | | 0610902-0 | - | BRAZIL - BR |
| | | | | | | | | | 2605405 | - | CANADA - CA |
| | | | | | | | | | 200680015326.5 | - | CHINA - CN |
| | | | | | | | | | 8470/DELNP/2007 | - | INDIA - IN |
| | | | | | | | | | 2008-507564 | - | JAPAN - JP |
| | | | | | | | | | | | RUSSIAN |

S-794-ITC-005517253

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | METHOD, APPARATUS, AND SYSTEM FOR TRANSMITTING AND RECEIVING INFORMATION OF AN UNCODED CHANNEL IN AN ORTHOGONAL FREQUENCY DIVISION MULTIPLEXING SYSTEM | | 2007140873 | - | FEDERATION - RU |
| | | | | | | | | 06732903.7 | - | European Patent Office - EPO |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 417,221 | | Method for configuring and managing channel in a wireless communication system using amc channel and diversity channel, transmission/reception apparatus therefor, and system thereof | UNITED STATES | 2005-0037779 | - | KOREA (REPUBLIC OF) - KR |
| | | | | | | | | 2006241620 | - | AUSTRALIA - AU |
| | | | | | | | | 0610896-2 | - | BRAZIL - BR |
| | | | | | | | | 2605845 | - | CANADA - CA |
| | | | | | | | | 200680020923.7 | - | CHINA - CN |
| | | | | | | | | 8472/DELNP/2007 | - | INDIA - IN |
| | | | | | | | | 2008-509941 | - | JAPAN - JP |
| | | | | | | | | 2007140907 | - | RUSSIAN FEDERATION - RU |
| | | | | | | | | 06732905.2 | - | European Patent Office - EPO |
| LTE | 3GPP TS 36.212 | - | - | SAMSUNG ELECTRONICS CO., LTD | 12/203,432 | | Sequence Hopping in SC-FDMA Communication Systems | UNITED STATES | KR2008/005188 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 23.221 | - | - | SAMSUNG ELECTRONICS CO., LTD | GB0900109.0 | | Selection method of voice delivery mechanisms | UNITED KINGDOM | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.331 | - | - | SAMSUNG ELECTRONICS CO., LTD | GB0910799.6 | | OPTIMISED SIGNALLING OF MBSFN SUBX_FRAME ALLOCATION PATTERNS (MSAP) | UNITED KINGDOM | | | |
| LTE | 3GPP TS 23.929 | - | - | SAMSUNG ELECTRONICS CO., LTD | GB0712386.2 | | Enabling UE access domain selection for terminated speech/video calls | UNITED KINGDOM | KR2008/003706 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | GB0716311.6 | - | UNITED KINGDOM - GB |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | 646,852 | | Hybrid ARQ Feedback in a Wireless Communication System | UNITED STATES | | | |
| LTE | 3GPP TS 36.321 | - | - | SAMSUNG ELECTRONICS CO., LTD | 245,871 | | Method and apparatus for adjusting uplink data rate in a mobile communication system | UNITED STATES | KR2008/005831 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | P2007-0100613 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 36.211 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2008-0132507 | | METHOD AND APPARATUS FOR ALLOCATION OF FREQUENCY IN WIRELESS COMMUNICATION SYSTEMS WITH FREQUENCY HOPPING MODE | KOREA (REPUBLIC OF) | | | |
| LTE | 3GPP TS 36.321 | - | - | SAMSUNG ELECTRONICS CO., LTD | 534,999 | | | UNITED STATES | KR2009/004100 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | 9167052.1 | - | European Patent Office - EPO |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Signal transmission method and apparatus for user equipment in mobile communication system | | P2008-0076142 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 26.114 | - | - | SAMSUNG ELECTRONICS CO., LTD | 197,360 | | METHOD AND APPARATUS FOR DETERMINING PREFERED IMAGE FORMAT BETWEEN MOBILE VIDEO TELEPHONES | UNITED STATES | KR2008/004952 | - | Patent Cooperation Treaty - PCT |
| | | | | | | | | | P2007-0085172 | - | KOREA (REPUBLIC OF) - KR |
| LTE | 3GPP TS 23.401 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2008-0094099 | | Method and apparatus for control terminal in Home ENB | KOREA (REPUBLIC OF) | | | |
| | 3GPP TS 36.413 | - | - | | | | | | | | |
| | 3GPP TS 29.272 | - | - | | | | | | | | |
| LTE | 3GPP TS 36.321 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2008-0138171 | | METHOD AND APPARATUS FOR controlling transmission using HARQ in mobile communication system | KOREA (REPUBLIC OF) | | | |
| LTE | 3GPP TS 36.321 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2008-0003669 | | Method and apparatus for reporting ue power headroom information in mobile communication system | KOREA (REPUBLIC OF) | PCT/KR09/000091 | - | Patent Cooperation Treaty - PCT |
| LTE | 3GPP TS 24.301 | - | - | | | | | | KR2009/004570 | - | Patent Cooperation Treaty - PCT |
| | 3GPP TS 23.401 | - | - | | | | | | | | |

S-794-ITC-005517256

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SAMSUNG ELECTRONICS CO., LTD | P2008-0080205 | | Security protected non access stratum protocol operation supporting method in mobile telecommunication system | KOREA (REPUBLIC OF) | | | |
| LTE | 3GPP TS 24.301 | - | - | SAMSUNG ELECTRONICS CO., LTD | P2008-0080204 | | A SYSTEM AND METHOD OF MANAGING PROTOCOL OF NAS(Non-Access-Stratum) IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | KR2009/004571 | - | Patent Cooperation Treaty - PCT |
| | 3GPP TS 23.401 | - | - | | | | | | | | |
| LTE | 3GPP TS 33.402 | - | - | SAMSUNG ELECTRONICS CO., LTD | 2240/CHE/2008 | | Creation of unique MIPv4 security association per PDN connectivity | INDIA | | | |
| LTE | 3GPP TS 26.237 | - | - | SAMSUNG ELECTRONICS CO., LTD | 415,323 | | A SYSTEM AND METHOD OF OPTIMIZING THE REGISTRATION / ESTABLISHMENT OF SECURITY ASSOCIATION PROCEDURE IN IMS NETWORKS CAPABLE OF OMA BCAST SERVICES FOR SMARTCARD PROFILE | UNITED STATES | 792/CHE/2008 | - | INDIA - IN Patent Cooperation Treaty - PCT |
| | | | | | | | | | KR2009/001629 | - | |
| LTE | 3GPP TS 36.413 | - | - | | | | | | KR2009/003202 | - | Patent Cooperation |

| | | | | SAMSUNG ELECTRONICS CO., LTD | 1460/CHE/2008 | | System and method to inform the MME of target cell capability during PS-CS Handover | INDIA | | Treaty - PCT |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.323 | - | - | SAMSUNG ELECTRONICS CO., LTD | 212/CHE/2009 | | Method for enhanced and accurate reporting of data availability for transmission in a wireless communication system | INDIA | | |

\* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy)

Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16