Exhibit 19



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 26 (version 5)

---

## IPR information statement and licensing declaration

**IPR Holder/Organisation**

Legal Name: SAMSUNG ELECTRONICS CO., LTD.

RECU le

Rép:

**Signatory**

**Name:** Seung Gun, Park

**Position:** Vice President

**Department:** Telecommunication R&D Center

Address:   Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,

Suwon-City, Gyeonggi-Do, Korea 442-600

Tel.:   82-31-279-5067_____Fax:  82-31-279-4560

E-mail:   jh1.jung@samsung.com

**IPR information statement**

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,
   with reference to the technical proposal identified as   3GPP
   and/or
   in relation to Work Item No.
   and/or
   with reference to ETSI Standard No.    TS 23.272, TS 23.401, TS 25.211, TS 25.212, TS 25.213, TS 25.214, TS 25.309, TS 25.321, TS 25.331, TS 25.346, TS 25.423, TS 25.430, TS 26.114, TS 36.211, TS 36.212, TS 36.213, TS 36.304, TS 36.321, TS 36.322, TS 36.331, TS 45.002, TS 45.004

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR information statement annex* and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate the same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy (delete this paragraph if this condition is not required).

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**                                          **Signature:**

2008-12-30                                          S. G.

(Place, Date)                                          (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

정제호자적재산그룹(통신인) 2008123 154935

S-794-ITC-005517315



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 2 of 26 (version 5)

## IPR information statement annex

| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | Patent Proprietor | Application No. | Patent No. | Patent Subject/Title | Country of registration | Patent/Application No. | Country Applicable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 733641 | AUSTRAILLIA |
| | | | | | | | | | 2292568 | CANADA |
| | | | | | | | | | ZL99800575.4 | CHINA |
| UMTS | 3GPP TS25.212 | 4.2.3 | V6.0.0 | Samsung Electronics Corporation | 1998-0013957 | 0429506 | CHANNEL ENCODING/DECODING APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 206401 | INDIA |
| | | | | | | | | | 2212100 | RUSSIAN FEDERATION |
| | | | | | | | | | 6,885,710 | UNITED STATES |
| | | | | | | | | | 7,372,921 | UNITED STATES |
| | | | | | | | | | 766485 | AUSTRAILLIA |
| | | | | | | | | | ZL00818719.3 | CHINA |
| | | | | | | | | | 1183806 | GERMANY |
| | | | | | | | | | 1183806 | FILAND |
| UMTS | 3GPP TS25.211 | 5.3.2.6 | V3.0.0 | Samsung Electronics Corporation | 1999-0019647 | 0492968 | Apparatus and method for gated transmission in CDMA communication system | KOREA (REPUBLIC OF) | 1183806 | FRANCE |
| | | | | | | | | | 1183806 | UITED KINGDOM |
| | | | | | | | | | 213355 | INDIA |
| | | | | | | | | | 1183806 | ITALLIA |
| | | | | | | | | | 1183806 | SWEDEN |
| | | | | | | | | | 7,085,254 | UNITED STATES |
| UMTS | 3GPP | 8.5 | V6.0.0 | Samsung | 2000-0030497 | 038981 | Method for selecting RACH in a | KOREA | ZL01801560.3 | CHINA |

S-794-ITC-005517316



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 3 of 26 (version 5)

| | TS25.211 | | | Electronics Corporation | | 8 | CDMA mobile communication system | (REPUBLIC OF) | 1212853 | GERMANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1212853 | FRANCE |
| | | | | | | | | | 1212853 | UNITED KINGDOM |
| | | | | | | | | | 1212853 | ITALLIA |
| | | | | | | | | | 3801983 | JAPAN |
| | | | | | | | | | 7,061,890 | UNITED STATES |
| UMTS | 3GPP TS25.214 | 5, Annex B | V6.0.0 | Samsung Electronics Corporation | 1997-0036263 | 027408 7 | Apparatus and method for calibrating mement-of-inertia and cent-of-gravity | KOREA (REPUBLIC OF) | ZL98117597.X | CHINA |
| | | | | | | | | | 6,212,364 | UNITED STATES |
| UMTS | 3GPP TS25.214 | 5.2.11 | V5.6.0 | Samsung Electronics Corporation | 1998-0028975 | 034252 5 | Processing packet data in mobile communication system | KOREA (REPUBLIC OF) | 2302269 | CANADA |
| | | | | | | | | | ZL99801423.0 | CHINA |
| | | | | | | | | | 215011 | INDIA |
| | | | | | | | | | 3449985 | JAPAN |
| | | | | | | | | | 2183387 | RUSSIAN FEDERATION |
| | | | | | | | | | 6,728,233 | UNITED STATES |
| UMTS | 3GPP TS25.211 | 7 | V6.0.0 | Samsung Electronics Corporation | P1999-0027166 | 038360 3 | Channel assignment apparatus and method for a common packet channel in a WCDMA mobile communication system | | 1201040 | AUSTRIA |
| | | | | | | | | | 1353448 | AUSTRIA |
| | | | | | | | | | 1443667 | AUSTRIA |
| | | | | | | | | | 766021 | AUSTRAILLIA |
| | | | | | | | | | 1201040 | BELGIUM |
| | | | | | | | | | 1353448 | BELGIUM |
| | | | | | | | | | 1443667 | BELGIUM |
| | | | | | | | | | 2378404 | CANADA |
| | | | | | | | | | 1201040 | SWISS |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 4 of 26 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1353448 | SWISS |
| | | | | | | | | 1443667 | SWISS |
| | | | | | | | | ZL00811435.8 | CHINA |
| | | | | | | | | 1443667 | CYPRUS |
| | | | | | | | | 20023258.4 | GERMANY |
| | | | | | | | | 1201040 | GERMANY |
| | | | | | | | | 1353448 | GERMANY |
| | | | | | | | | 1443667 | GERMANY |
| | | | | | | | | 1201040 | DENMARK |
| | | | | | | | | 1353448 | DENMARK |
| | | | | | | | | 1443667 | DENMARK |
| | | | | | | | | 1201040 | SPAIN |
| | | | | | | | | 353448 | SPAIN |
| | | | | | | | | 1443667 | SPAIN |
| | | | | | | | | 1201040 | FINLAND |
| | | | | | | | | 1353448 | FINLAND |
| | | | | | | | | 1443667 | FINLAND |
| | | | | | | | | 1201040 | FRANCE |
| | | | | | | | | 1353448 | FRANCE |
| | | | | | | | | 1443667 | FRANCE |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 5 of 26 (version 5)

| | | | | | | | | | 1201040 | UNITED KINGDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1353448 | UNITED KINGDOM |
| | | | | | | | | | 1443667 | UNITED KINGDOM |
| | | | | | | | | | 1353448 | GREECE |
| | | | | | | | | | 1443667 | GREECE |
| | | | | | | | | | ID0016794 | INDONESIA |
| | | | | | | | | | 1201040 | IRELAND |
| | | | | | | | | | 1353448 | IRELAND |
| | | | | | | | | | 1443667 | IRELAND |
| | | | | | | | | | 147347 | ISRAEL |
| | | | | | | | | | 212570 | INDIA |
| | | | | | | | | | 1201040 | ITALLIA |
| | | | | | | | | | 1353448 | ITALLIA |
| | | | | | | | | | 1443667 | ITALLIA |
| | | | | | | | | | 3579028 | JAPAN |
| | | | | | | | | | 3967339 | JAPAN |
| | | | | | | | | | 1201040 | LIECHTENSTEIN |
| | | | | | | | | | 1443667 | LIECHTENSTEIN |
| | | | | | | | | | 1353448 | LIECHTENSTEIN |
| | | | | | | | | | 1443667 | LUXEMBOURG |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 6 of 26 (version 5)

| | | | | | | | | | 1443667 | LUXEMBOURG |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1201040 | MONACO |
| | | | | | | | | | 1353448 | NETHERLANDS |
| | | | | | | | | | 1443667 | NETHERLANDS |
| | | | | | | | | | 1201040 | PORTUGAL |
| | | | | | | | | | 1353448 | PORTUGAL |
| | | | | | | | | | 1443667 | PORTUGAL |
| | | | | | | | | | 2221331 | RUSSIAN FEDERATION |
| | | | | | | | | | 1201040 | SWEDEN |
| | | | | | | | | | 1353448 | SWEDEN |
| | | | | | | | | | 1443667 | SWEDEN |
| | | | | | | | | | 6,859,445 | UNITED STATES |
| | | | | | | | | | 2002/0090 | REPUBLIC OF SOUTH AFRICA |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V.6.0.0 | Samsung Electronics Corporation | 1998-0057959 | 0346170 | Interleaving/deinterleaving device and method for communication system | KOREA (REPUBLIC OF) | 6,668,343 | UNITED STATES |
| | | | | | | | | | 2319726 | CANADA |
| | | | | | | | | | ZL99803175.5 ZL03156666.9 | CHINA |
| | | | | | | | | | 201435 | INDIA |
| | | | | | | | | | 3961770 | JAPAN |
| | | | | | | | | | 2217864 | RUSIA |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 7 of 26 (version 5)

| | | | | | | | | | 738762 | AUSTRALIA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2321977 | CANADA |
| | | | | | | | | | ZL99803456.8 | CHINA |
| UMTS | 3GPP TS 25.212 | 4.2.7 | V.6.0.0 | Samsung Electronics Corporation | 1998-0062725 | 0315708 | Puncturing device and method for turbo encoder in mobile communication system | KOREA (REPUBLIC OF) | 219535 | INDIA |
| | | | | | | | | | 3359911 | JAPAN |
| | | | | | | | | | 2185025 | RUSSIAN FEDERATION |
| | | | | | | | | | 6,621,873 | UNITED STATES |
| | | | | | | | | | 761792 | AUSTRALIA |
| | | | | | | | | | 2354580 | CANADA |
| | | | | | | | | | ZL99815196.3 | CHINA |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V.6.0.0 | Samsung Electronics Corporation | 1998-0062709 | 0321978 | Iterative decoder and an iterative decoding method for a communication system | KOREA (REPUBLIC OF) | 210879 | INDIA |
| | | | | | | | | | 3449987 | JAPAN |
| | | | | | | | | | 2216851 | RUSIA |
| | | | | | | | | | 6,615,385 | UNITED STATES |
| | | | | | | | | | 759580 | AUSTRALIA |
| | | | | | | | | | 2368027 | CANADA |
| UMTS | 3GPP TS 25.212 | 4.2.3 | V.6.0.0 | Samsung Electronics Corporation | 2000-0018037 | 0362557 | 2-dimensional interleaving apparatus and method | KOREA (REPUBLIC OF) | 210935 | INDIA |
| | | | | | | | | | 3574405 | JAPAN |
| | | | | | | | | | 6,591,381 | UNITED STATES |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 8 of 26 (version 5)

| | | | | | | | | | 765329 | AUSTRALIA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2371958 | CANADA |
| | | | | | | | | | ZL00806189.0 | CHINA |
| UMTS | 3GPP TS 25.212 | 5.3.2.6 | V.7.5.0 | Samsung Electronics Corporation | 2000-0019301 | 0374336 | Apparatus and method for gated transmission in a CDMA communication system | KOREA (REPUBLIC OF) | 145548 | ISRAEL |
| | | | | | | | | | 213350 | INDIA |
| | | | | | | | | | 2233543 | RUSSIAN FEDERATION |
| | | | | | | | | | 6,747,963 | UNITED STATES |
| | | | | | | | | | 764417 | AUSTRALIA |
| | | | | | | | | | 2371205 | CANADA |
| | | | | | | | | | ZL00806632.9 | CHINA |
| | | | | | | | | | 1173931 | GERMANY |
| UMTS | 3GPP TS 25.214 | Annex C | V.6.0.0 | Samsung Electronics Corporation | 1999-0014737 | 0290678 | cell search apparatus and method in cdma mobile communication system | KOREA (REPUBLIC OF) | 1173931 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 1173931 | FRANCE |
| | | | | | | | | | 1173931 | UITED KINGDOM |
| | | | | | | | | | 3730125 | JAPAN |
| | | | | | | | | | 7,289,483 | UNITED STATES |
| UMTS | 3GPP TS 25.211 | 5.2.1 5.3.2 | V.6.0.0 | Samsung Electronics Corporation | 2000-0039155 | 0330244 | Data rate detection device and method for a mobile communication system | KOREA (REPUBLIC OF) | 760820 | AUSTRALIA |
| | | | | | | | | | 2341577 | CANADA |
| | | | | | | | | | ZL00801355.1 | CHINA |
| | | | | | | | | | 1114530 | GERMANY |



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 9 of 26 (version 5)

| | | | | | | | | 1114530 | EUROPEAN PATENT OFFICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1114530 | SPAIN |
| | | | | | | | | 1114530 | FINLAND |
| | | | | | | | | 1114530 | FRANCE |
| | | | | | | | | 1114530 | UITED KINGDOM |
| | | | | | | | | 141636 | ISRAEL |
| | | | | | | | | 1114530 | ITALY |
| | | | | | | | | 3553547 | JAPAN |
| | | | | | | | | 2214688 | RUSIA |
| | | | | | | | | 1114530 | SWEDEN |
| | | | | | | | | 6,792,041 | UNITED STATES |
| UMTS | 3GPP TS 25.321 | 9.2.5.3.2 | V.6.9.0 | Samsung Electronics Corporation | 2000-0071755 | 0357631 | Apparatus and method for assigning a common packet channel in a CDMA communication system | KOREA (REPUBLIC OF) | 760229 | AUSTRALIA |
| | | | | | | | | 2392886 | CANADA |
| | | | | | | | | ZL00818399.6 | CHINA |
| | | | | | | | | 149656 | ISRAEL |
| | | | | | | | | 3807982 | JAPAN |
| | | | | | | | | 2262202 | RUSSIAN FEDERATION |
| | | | | | | | | 6,963,540 | UNITED STATES |
| | | | | | | | | 2002/5150 | SOUTH AFRICA |
| UMTS | TS 25.211 | 5.2 | v7.5.0 | Samsung Electronics Corporation | P2001-0008037 | P0365613 | Apparatus and method for assigning a common packet channel in a CDMA communication system | KOREA (REPUBLIC OF) | 759898 | AUSTRALIA |
| | | | | | | | | 2370670 | CANADA |
| | | | | | | | | ZL01800233.1 | CHINA |
| | | | | | | | | 1190496 | GERMANY |
| | | | | | | | | 1313332 | GERMANY |

S-794-ITC-005517323



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 10 of 26 (version 5)

S-794-ITC-005517324

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1190496 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 03003595.0 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 03003596.8 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 01908412.8 | FINLAND |
| | | | | | | | | | 01908412.8 | FRANCE |
| | | | | | | | | | 01908412.8 | GERMANY |
| | | | | | | | | | 01908412.8 | ITALIA |
| | | | | | | | | | 3512774 | JAPAN |
| | | | | | | | | | 01908412.8 | SWEDEN |
| | | | | | | | | | 7,113,496 | UNITED STATES |
| UMTS | TS 25.331 | 10.3.6 | v6.0.0 | Samsung Electronics Corporation | P2001-0018925 | P0407343 | Method for measuring confusion rate of a common packet channel in a CDMA communication system | KOREA (REPUBLIC OF) | 765694 | AUSTRALIA |
| | | | | | | | | | 2372557 | CA |
| | | | | | | | | | ZL01800858.5 | CHINA |
| | | | | | | | | | 1186125 | GERMANY |
| | | | | | | | | | 1186125 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 4009579.6 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 1186125 | FI |
| | | | | | | | | | 1186125 | FRANCE |
| | | | | | | | | | 1186125 | UITED KINGDOM |
| | | | | | | | | | 1186125 | ITALLIA |
| | | | | | | | | | 3753659 | JAPAN |
| | | | | | | | | | 1186125 | SE |
| | | | | | | | | | 7233577 | UNITED STATES |
| MBMS | TS 25.346 | 11.2 | v7.5.0 | Samsung Electronics | P2002-0014222 | | Apparatus and method for controlling packet data to provide | KOREA (REPUBLIC | ZL03138466.8 | CHINA |
| | | | | | | | | | 10311321.5 | GERMANY |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 11 of 26 (version 5)


S-794-ITC-005517325

| | | | | Corporation | | | multimedia broadcast/multicast services in a CDMA mibile communication system | OF) | 303183 | FRANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2387748 | UITED KINGDOM |
| | | | | | | | | | MI2003A000495 | ITALLIA |
| | | | | | | | | | 3753700 | JAPAN |
| | | | | | | | | | 387029 | UNITED STATES |
| MBMS | TS 25.331 | 8.6.9, 10.2.16, 10.3 | v6.6.0 | Samsung Electronics Corporation | P2002-0033278 | | Apparatus and method for determining soft handover in a CDMA mobile communication system providing mbms service | KOREA (REPUBLIC OF) | ZL03127284.3 | CHINA |
| | | | | | | | | | 1372350 | GERMANY |
| | | | | | | | | | 1372350 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 1372350 | FRANCE |
| | | | | | | | | | 1372350 | UITED KINGDOM |
| | | | | | | | | | 3830920 | JAPAN |
| | | | | | | | | | 463021 | UNITED STATES |
| MBMS | TS 25.331 | 10.2.16 | v6.4.0 | Samsung Electronics Corporation | P2004-0026266 | | Method for transmitting and receiving control information in a mobile communication system supporting multimedia broadcast/multicast service | KOREA (REPUBLIC OF) | 5733399.9 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 2007-508281 | JAPAN |
| | | | | | | | | | 108,537 | UNITED STATES |
| LTE | TS 36.213 | 9 | v8.4.0 | Samsung Electronics Corporation | P2004-0064897 | | Apparatus and method for allocating frequencies in an ofdm mobile communication system supporting high speed downlink packet access service | KOREA (REPUBLIC OF) | 2005203660 | AUSTRALIA |
| | | | | | | | | | 200510113210.2 | CHINA |
| | | | | | | | | | 5017860.7 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 751/KOL/05 | INDIA |
| | | | | | | | | | 236148/2005 | JAPAN |
| | | | | | | | | | 202,091 | UNITED STATES |
| LTE | 3GPP TS 36.212 | 5.2.2.6 | V.8.3.0 | Samsung Electronics | 2006-0129696 | | METHOD AND APPRATUS FOR TRANSMITTING/RECEIVING | KOREA (REPUBLIC | 07024493.4 | EUROPEAN PATENT |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 12 of 26 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Corporation | | | DATA AND CONTROL INFORMATION THROUGH AN UPLINK IN A WIRELESS COMMUNICATION SYSTEM | OF) | 958,709<br>KR20078/006651 | OFFICE<br>UNITED STATES<br>PCT |
| LTE | 3GPP TS 36.211 | 5.3 | V.8.3.0 | Samsung Electronics Corporation | 2007-0002657 | | APPARATUS AND METHOD FOR ALLOCATING RESOURCES IN A SINGLE CARRIER-FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | KOREA (REPUBLIC OF) | 08000317.1<br>971,692<br>KR2008/000132 | EUROPEAN PATENT OFFICE<br>UNITED STATES<br>PCT |
| LTE | 3GPP TS 36.212 | 6.9 | V.8.3.0 | Samsung Electronics Corporation | 60/935,300 | | TRANSMISSION METHODS FOR DOWNLINK ACK/NACK CHANNELS | UNITED STATES | | |
| LTE | 3GPP TS 36.321 | 5.1.2 | V.8.3.0 | Samsung Electronics Corporation | 2006-0103809 | | METHOD AND APPARATUS FOR ALLOCATING RADIO RESOURCE USING RANDOM ACCESS PROCEDURE IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 07020911.9<br>924,368<br>KR2007/005289 | EUROPEAN PATENT OFFICE<br>UNITED STATES<br>PCT |
| LTE | 3GPP TS 36.211 | 6.8.5 | V.8.3.0 | Samsung Electronics Corporation | 2007-0099537 | | APPARATUS AND METHOD FOR ALLOCATING CONTROL CHANNEL IN A SINGLE CARRIER FREQUENCY DIVISION MULTIPLE ACCESS SYSTEM | KOREA (REPUBLIC OF) | 08017395.8<br>PCT/KR200800583 | EUROPEAN PATENT OFFICE<br>PCT |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 13 of 26 (version 5)


S-794-ITC-005517327

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.211 | 6.8 | V.8.3.0 | Samsung Electronics Corporation | 2007-0027753 | | METHOD FOR MAPPING PHYSICAL DOWNLINK CONTROL CHANNEL TO RESOURCES AND APPARATUS FOR TRANSMITTING/RECEIVING THE MAPPED PHYSICAL DOWNLINK CONTROL CHANNEL IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 08005496.8 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 053,155 | UNITED STATES |
| | | | | | | | | | KR2008/001582 | PCT |
| LTE | 3GPP TS 36.211 | 5.4.2.1 | V.8.3.0 | Samsung Electronics Corporation | 2007-0001329 | | METHOD AND APPARATUS FOR TRANMITTING AND RECEIVING CONTROL INFORMATION TO RANDOMIZE INTER-CELL INTERFERENCE IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 08000169.6 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 08000168.8 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 970,358 | UNITED STATES |
| | | | | | | | | | 970,234 | UNITED STATES |
| | | | | | | | | | KR2008/000077 | PCT |
| | | | | | | | | | KR2007/000076 | PCT |
| LTE | 3GPP TS 36.213 | 10.1 | V.8.3.0 | Samsung Electronics Corporation | 2007-0003038 | | METHOD AND APPARATUS FOR ALLOCATING AND SINALING ACK/NACK RESOURCES IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 972,372 | UNITED STATES |
| | | | | | | | | | KR2008/000168 | PCT |
| LTE | 3GPP TS 36.211 36.213 | 6.9.3 9.1.2 | V.8.3.0 | Samsung Electronics Corporation | 2007-0041034 | | METHOD AND APPARATUS FOR ALLOCATING ACKCH RESOURCES IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 110,649 | UNITED STATES |
| | | | | | | | | | KR2008/002372 | PCT |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 14 of 26 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.211 36.213 | 5.4.1 8.2 | V.8.3.0 | Samsung Electronics Corporation | 2007-0041645 | | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING UPLINK CHANNEL SOUNDING REFERENCE SIGNALS IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 08008138.3 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 110,828 | UNITED STATES |
| | | | | | | | | | KR2008/002365 | PCT |
| LTE | 3GPP TS 36.213 | 9.1.1 | V.3.0.0 | Samsung Electronics Corporation | 2007-0042817 | | METHOD AND APPARATUS FOR TRANSMITTING AND RECEIVING CONTROL CHANNELS BY RESTRICTING A SET OF THE CONTROL CHANNELS IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 08008366.0 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 112,376 | UNITED STATES |
| | | | | | | | | | KR2008/002507 | PCT |
| LTE | 3GPP TS 23.272 | 6.3 | V.8.0.0 | Samsung Electronics Corporation | 2008-0044208 | | PROVIDING METHOD AND APPARATUS FOR PROVIDING VOICE CALL IN MOBILE TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | | |
| LTE | 3GPP TS 36.211 | 6.9.1 6.9.2 6.9.3 | V.8.3.0 | Samsung Electronics Corporation | 12/105,176 | | TRANSMIT DIVERSITY FOR ACKNOWLEDGEMENT AND CATEGORY 0 BITS IN A WIRELESS COMMUNICATION SYSTEM | UNITED STATES | KR2008/002336 | PCT |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 15 of 26 (version 5)

| LTE | 3GPP TS 36.213 | 7.1.3 | V8.3.0 | Samsung Electronics Corporation | 12/155,097 | | CDD PRECODING FOR X_X_X_OPEN LOOP SU MIMO | UNITED STATES | KR2008/003212 | PCT |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.212 | 5.3.1.1 | V.8.3.0 | Samsung Electronics Corporation | 60/996,857 | | PHYSICAL BROADCAST CHANNEL (PBCH) TRANSMISSION FOR RELIABLE DETECTION OF ANTENNA CONFIGURATION | UNITED STATES | KR2008/007108 | PCT |
| LTE | 3GPP TS 36.213 | 7.2.2 | V.8.3.0 | Samsung Electronics Corporation | 12/284,822 | | SYSTEM AND METHOD FOR MULTIPLEXING ON AN LTE UPLINK CONTROL CHANNEL | UNITED STATES | | |
| LTE | 3GPP TS 36.211 | 5.4.1 5.4.2 | V.8.3.0 | Samsung Electronics Corporation | 2008-0092278 | | RESOURCE REMAPPING AND REGROUPING IN A WIRELESS COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 12/200,462 / KR2008/005569 | UNITED STATES / PCT |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 16 of 26 (version 5)

| LTE | 3GPP TS 36.211 | 5.4.1, 5.4.2 | v8.4.0 | Samsung Electronics Corporation | 12/289,978 | | Methods of Uplink Channelization in LTE | UNITED STATES | | |
| LTE | 3GPP TS 36.213 | 5.2 | v8.3.0 | Samsung Electronics Corporation | 61/006,343 | | Methods and Apparatus for Downlink PDSCH Power Setting | UNITED STATES | | |
| LTE | 3GPP TS 36.212 | 5.3.3.1. | V8.3.0 | Samsung Electronics Corporation | 882,316 | | Precoding Signaling in a MIMO Wireless Communication System | UNITED STATES | | |
| LTE | 3GPP TS 36.212 | 5.3.3.1.5 | V8.3.0 | Samsung Electronics Corporation | 12/222,113 | | Asynchronous Hybrid ARQ Process Indication in a MIMO Wireless Communication System | UNITED STATES | 08017799.1 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | PCT/KR2008/0059 | P C T |
| LTE | 3GPP TS36.212 | 5.3.3.1.3, 5.3.3.1.5 | V8.3.0(P14 | Samsung Electronics Corporation | 11/882,313 | | MIMO Control Signaling in a Wireless Communication System | UNITED STATES | | |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 17 of 26 (version 5)

| LTE | 3GPP TS36.213 | 7.2.1 | V8.3.0 | Samsung Electronics Corporation | 11/907,944 | | Efficient Uplink Feedback in a Wireless Communication System | UNITED STATES | 08005035.4 | EUROPEAN PATENT OFFICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | KR2008/001421 | P C T |
| LTE | 3GPP TS 36.211 | 5.4, 5.4.3 | v8.3.0 | Samsung Electronics Corporation | 136,461 | | Transmission of Control Signals in SC-FDMA Communication Systems | UNITED STATES | 08010607.3 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | KR2008/003252 | P C T |
| LTE | 3GPP TS 36.212 | 5.2.2.8 | v8.3.0 | Samsung Electronics Corporation | 133,120 | | Control and Data Signaling in SC-FDMA Communication Systems | UNITED STATES | 08010383.1 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | KR2008/003170 | P C T |
| LTE | 3GPP TS36.211 | 5.4, 5.4.2 | v8.3.0 | Samsung Electronics Corporation | 174,098 | | Transmission of CQI and Acknowledgement Signals in SC-FDMA | UNITED STATES | KR2008/0041010 | P C T |
| LTE | 3GPP TS36.212 | 5.2.2.6 | v8.3.0 | Samsung Electronics Corporation | 61/025,925 | | Multiplexing Control and Data Signaling in SC-FDMA Communication Systems | UNITED STATES | | |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 18 of 26 (version 5)

| LTE | 3GPP TS36.212 | 5.1.2 | v8.3.0 | Samsung Electronics Corporation | 12/076,938 | | Methods and Apparatus for Mapping Modulation Symbols to Resource in OFDM Systems | UNITED STATES | KR2008/003018 | P C T |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS36.212 | 5.1.4.1.2 | v8.3.0 | Samsung Electronics Corporation | 12/155,096 | | Methods and Apparatus for Channel Interleaving in OFDM Systems | UNITED STATES | KR2008/003206 | P C T |
| LTE | 3GPP TS 36.321 | 5.1.5 | v8.4.0 | Samsung Electronics Corporation | P2008-0092344 | | APPARATUS AND METHOD FOR PROCESSING INTERRUPT OF UPPER MESSAGE IS HAPPENED BY ADAPTIVE RETRANSMISSION COMMAND DURING RANDOM ACCESS PROCEDURE IN MOBILE COMMUNICATION SYSTEM | KOREA(REPUBLIC OF) | | |
| LTE | 3GPP TS 36.331, 36.211 | 6.6.1 | v8.3.0, v8.4.0 | Samsung Electronics Corporation | P2007-0013863 | | Method and apparatus for transmitting/receiving of system information in mobile communication system | KOREA(REPUBLIC OF) | 08002173.6 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 027,542 | UNITED STATES |
| LTE | 3GPP TS 36.321 | 5.1.5 | v8.3.0 | Samsung Electronics Corporation | P2007-0014024 | | A method and apparatus for detecting contention at random access procedure in a wireless communications system | KOREA(REPUBLIC OF) | 028,508 | UNITED STATES |
| | | | | | | | | | KR2008/000623 | P C T |
| LTE | 3GPP TS 36.304 , | 3.1, 6.2.2 | v8.3.0 | Samsung Electronics | P2007-0004900 | | APPARATUS AND METHOD FOR CELL SELECTION | KOREA(REPUBLIC | 08000748.7 | EUROPEAN PATENT |

S-794 ITC-005517332



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 19 of 26 (version 5)

| | 36.331 | | | Corporation | | | CONSIDERING HOME CELL/ PRIVATE NETWORK IN WIRELESS SYSTEM | OF) | | OFFICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 015,182 | UNITED STATES |
| | | | | | | | | | KR2008/000276 | P C T |
| LTE | 3GPP TS 36.231 | 5.3.1 | v8.1.0 | Samsung Electronics Corporation | P2008-0078918 | | A method for allocating resources of re-transmission in a wireless communication system and an apparatus thereof | KOREA(RE PUBLIC OF) | | |
| LTE | 3GPP TS 36.322 | 8.1.0 | v8.1.0 | Samsung Electronics Corporation | P2006-0033964 | | METHOD AND APPARATUS FOR INFERENCING STATUS REPORT GENERATION TIME IN A MOBILE COMMUNICATION SYSTEM | KOREA(RE PUBLIC OF) | 2007239212 | AUSTRALIA |
| | | | | | | | | | 07007717.7 | EUROPEAN PATENT OFFICE |
| | | | | | | | | | 2148/MUMNP/2008 | INDIA |
| | | | | | | | | | 787,425 | UNITED STATES |
| | | | | | | | | | KR2007/001835 | P C T |
| | | | | | | | | | 028,493 | UNITED STATES |
| GERAN | 3GPP TS 45.002 ,T S 45.004 | 5.2., 4. | v7.6.0, v7.1.0 | Samsung Electronics Corporation | P2007-0012983 | | Method for Generating Training Sequence Codes in Communication System | KOREA(RE PUBLIC OF) | KR2008/000740 | P C T |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 20 of 26 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HSPA+ | 3GPP TS 25.214 | 5.1.2.2.2.3 | V8.0.0 | Samsung Electronics Corporation | 976/CHE/2007 | - | A METHOD AND SYSTEM FOR TRANSMIT POWER CONTROL MANAGEMENT IN HSPA | India | KR2008/002604 | PCT |
| UMTS | 3GPP TS 26.114 | 9.3 | V8.0.0 | Samsung Electronics Corporation | 2008-0001775 | | APPARATUS AND METHOD FOR CONTROLLING OF INTRA-REFRESHING IN VIDEO TELEPHONY COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | - | - |
| LTE | 3GPP TS 36.321 | 5.4.5 | V8.1.0 | Samsung Electronics Corporation | 2006-0113011 | - | METHOD AND APPARATUS FOR BUFFER STATUS REPORT IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | KR2007/005667 | PCT |
| LTE | 3GPP TS 36.321 | 5.4.6 | V8.3.0 | Samsung Electronics Corporation | 2008-0003669 | | Method and apparatus for reporting UE power headroom information in mobile communication system | KOREA (REPUBLIC OF) | | |
| LTE | 3GPP TS 36.321 | 5.7 | V8.1.0 | Samsung Electronics Corporation | 2007-0073705 | | METHOD AND ARRARTUS FOR DRX MODE UE IN MOBILE TELECOMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | | |
| LTE | 3GPP TS | 5.7 | V8.4.0 | Samsung | 2002-0034704 | | APPARATUS FOR PAGING OF | KOREA | 2003204794 | AUSTRALIA |

S-794-ITC-005517334



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 21 of 26 (version 5)

| | 36.321 | | | Electronics Corporation | | | MULTIMEDIA BROADCAST/MULTICAST SERVICE IN MOBILE COMMUNICATION SYSTEM AND METHOD THEROF | (REPUBLIC OF) | 03125548.5 | CHINA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | 1377099 | GERMANY |
| | | | | | | | | | 1377099 | European Patent Office |
| | | | | | | | | | 1377099 | FRANCE |
| | | | | | | | | | 1377099 | UNITED KINGDOM |
| | | | | | | | | | 1377099 | ITALY |
| | | | | | | | | | 175421/2003 | JAPAN |
| | | | | | | | | | 7,395,076 | UNITED STATES |
| LTE | 3GPP TS 36.211 | 5.7 | V8..4.0 | Samsung Electronics Corporation | 200810002412.2 | | An apparatus and method to transmit random access signal and sounding reference signal | CHINA | | |
| LTE | 3GPP TS 36.211 | 5.5.3.3 | V8.4.0 | Samsung Electronics Corporation | 200810099452.4 | | One method and facility to transmit SRS in LTE TDD system | CHINA | | |
| LTE | 3GPP TS 36.212 | 5.2 | V8.4.0 | Samsung Electronics Corporation | 200810004863.0 | | One method to transmit SRS in LTE TDD system | CHINA | | |

S-794-ITC-005517335



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 22 of 26 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.212 | 5.2 | V8.4.0 | Samsung Electronics Corporation | 200710143148. 0 | | An apparatus and method to transmit the segments of transport block | CHINA | | |
| LTE | 3GPP TS 36.211 | 4.2 ,6.10 .1 | V8.3.0 | Samsung Electronics Corporation | 200710097696. 4 | | An Apparatus and Method to Transmit Downlink Reference Signal in Time Division Duplex Systems | CHINA | | |
| LTE | 3GPP TS 36.211 | 6.9 | V8.4.0 | Samsung Electronics Corporation | 200710090566. 8 | | An Apparatus and Method to Transmit Downlink Control Signaling in Time Division Duplex Systems | CHINA | | |
| LTE | 3GPP TS 36.213 | 7.2 | V8.4.0 | Samsung Electronics Corporation | 200510134076. 4 | | Method and Apparatus for Channel Quality Indicator Report | CHINA | . 06835375. | European Patent Office |
| | | | | | | | | | 3073/CHENP/2008 | INDIA |
| | | | | | | | | | 2008125150 | RUSSIAN FEDERATION |
| | | | | | | | | | 158,881 | UNITED STATES |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 23 of 26 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MBMS | 3GPP TS 25.346 | 8.3.3 | V7.4.0 | Samsung Electronics Corporation | 03101605.7 | | Mobility procedure for UE in RRC connected mode | CHINA | | |
| LTE | 3GPP TS 23.401 | 5.3.3.3 | V8.1.1 | Samsung Electronics Corporation | 200710142522.5 | | A method to find proper S-GW | CHINA | | |
| MBMS | 3GPP TS 25.423 | 8.3.1 | V7.0.0 | Samsung Electronics Corporation | 02130570.6 | | MBMS service PtP and PtM channel exchange | CHINA | | |
| HSUPA | 3GPP TS 36.213 | 7.2 | v8.4.0 | Samsung Electronics Corporation | 200510096548.1 | | A method for SRNC to control the serving grant in the new serving cell | CHINA | | |
| LTE | 3GPP TS 36.300 | 10.1.2.2.1 | v8.1.0 | Samsung Electronics Corporation | 200710088233.1 | | A method and procedure to release resources at the source enhanced Node-B during handover | CHINA | | |



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 24 of 26 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.213 | 7.2 | v8.1.0 | Samsung Electronics Corporation | 12/232,376 | | METHODS AND APPARATUS FOR CHANNEL QUALITY INDICATION FEEDBACK IN A COMMUNICATION SYSTEM | UNITED STATES | | European Patent Office |
| | | | | | | | | | | PCT |
| LTE | 3GPP TS 36.213 | 9.1.2 | v8.3.0 | Samsung Electronics Corporation | 12/210,864 | | METHODS AND APPARATUS TO ALLOCATE ACKNOWLEDGEMENT CHANNELS | UNITED STATES | | European Patent Office |
| | | | | | | | | | | PCT |
| LTE | 3GPP TS 36.213 | 7.1.3 | v8.3.0 | Samsung Electronics Corporation | 12/155,319 | | TRANSMIT METHODS WITH DELAY DIVERSITY AND SPACE-FREQUENCY DIVERSITY | UNITED STATES | 08011536.3 | European Patent Office |
| | | | | | | | | | KR2008/003646 | PCT |
| LTE | 3GPP TS 36.211 | 5.4.3 | V8.3.0 | Samsung Electronics Corporation | 182,556 | | TRANSMISSION OF SOUNDING REFERENCE SIGNALS FOR VOLP TYPE SERVICES IN SC-FDMA COMMUNICATION SYSTEMS | UNITED STATES | 08013689.8 | European Patent Office |
| | | | | | | | | | KR2008/004442 | PCT |
| LTE | 3GPP TS 36.212 | 5.2 | V8.3.0 | Samsung Electronics Corporation | | | DETECTING ABSENCE OF ACKNOWLEDGMENT SIGNALS EXPECTED WITH DATA TRANSMISSIN IN SC-FDMA COMMUNICATION SYSTEM | KR | | |
| LTE | 3GPP TS 36.211 | 6.3.5 | V8.3.0 | Samsung Electronics Corporation | 11/390,125 | | SYSTEM AND METHOD FOR CHANNEL ESTIMATION IN A DELAY DIVERSITY WIRELESS COMMUNICATION SYSTEM | UNITED STATES | 200680014720.7 | CHINA |
| | | | | | | | | | 06732907.8 | European Patent Office |
| | | | | | | | | | 4209/KOLNP/2007 | INDIA |
| | | | | | | | | | 2006/001718 | PCT |
| LTE | 3GPP TS 36.213 | 7.1 | V8.3.0 | Samsung Electronics Corporation | 11/708,177 | | SYSTEM AND METHOD FOR SUBCARRIER ALLOCATION SIGNALING IN A MULTICARRIER WIRELESS NETWORK | UNITED STATES | | |
| LTE | 3GPP TS 36.211 | 5 | V8.3.0 | Samsung Electronics Corporation | 11/374,928 | | APPARATUS AND METHOD FOR FT PRE-CODING OF DATA TO REDUCE PAPR IN A MULTI-CARRIER WIRELESS NETWORK | UNITED STATES | | |
| LTE | 3GPP TS | 6.10 | V8.3.0 | Samsung | 11/762,592 | | APPARATUS AND METHOD FOR | UNITED | | |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 25 of 26 (version 5)

| | 36.211 | | | Electronics Corporation | | | BROADCAST PILOT TRANSMISSION IN A WIRELESS COMMUNICATION NETWORK | STATES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LTE | 3GPP TS 36.211 | 6.3.4 | V8.3.0 | Samsung Electronics Corporation | 11/327,799 | | METHOD AND SYSTEM FOR INTRODUCING FREQUENCY SELECTIVITY INTO TRANSMISSIONS IN AN ORTHOGONAL FREQUENCY DIVISION MULTIPLEXING NETWORK | UNITED STATES | | |
| LTE | 3GPP TS 36.211 | 6.3.4 | V8.3.0 | Samsung Electronics Corporation | 11/824,832 | | SYSTEM AND METHOD FOR PERFORMING PRECODING IN A WIRELESS COMMUNICATION SYSTEM | UNITED STATES | | GERMANY |
| | | | | | | | | | 07019335.4 | European Patent Office |
| | | | | | | | | | | SPAIN |
| | | | | | | | | | | FINLAND |
| | | | | | | | | | | FRANCE |
| | | | | | | | | | | UNITED KINGDOM |
| | | | | | | | | | 2068/DEL/2007 | INDIA |
| | | | | | | | | | | ITALIA |
| | | | | | | | | | | NETHERLAND D |
| | | | | | | | | | | SWEDEN |
| | | | | | | | | | KR2007/004717 | PCT |
| LTE | 3GPP TS 36.211 | 5.4.2 | V8.1.0 | Samsung Electronics Corporation | P2006-0023756 | | HYBRID AUTOMATIC REPEAT REQUEST METHOD IN A MOBILE COMMUNICATION SYSTEM, AND TRANSMISSION/RECEPTION METHOD AND APPARATUS USING THE SAME | KR | | CHINA |
| | | | | | | | | | 07715656.0 | European Patent Office |
| | | | | | | | | | | INDIA |
| | | | | | | | | | | JAPAN |
| | | | | | | | | | 717.828 | UNITED STATES |
| | | | | | | | | | KR2007/001260 | PCT |
| LTE | 3GPP TS 36.211 | 5.4.1 | V8.3.0 | Samsung Electronics Corporation | P2007-0080943 | | APPARATUS AND METHOD FOR ALLOCATING CODE RESOURCES TO UPLINK ACK-NACK CHANNELS IN A CELLULAR WIRELESS COMMUNICATION SYSTEM | KR | 189,410 | UNITED STATES |
| | | | | | | | | | KR2008/004658 | PCT |

S-794-ITC-005517339





**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 26 of 26 (version 5)

| LTE | 3GPP TS 36.211 | 5 | V8.1.0 | Samsung Electronics Corporation | P2004-0099562 | | APPARATUS AND METHOD FOR RETRANSMITTING DATA IN MOBILE COMMUNICATION SYSTEM | KR | 05026151.0 | European Patent Office |
|-----|------|---|--------|------|------|---|------|----|------|------|
| | | | | | | | | | 291.031 | UNITED STATES |
| LTE | 3GPP TS 36.211 | 6.1 | V8.1.0 | Samsung Electronics Corporation | P2005-0113193 | | METHOD AND APPARATUS FOR INITIATING COMMUNICATIONS ON A SHARED CHANNEL IN A MOBILE COMMUNICATION SYSTEM | KR | 200680044204.9 | CHINA |
| | | | | | | | | | 06124674.0 | European Patent Office |
| | | | | | | | | | 4371/DELNP/2008 | INDIA |
| | | | | | | | | | | JAPAN |
| | | | | | | | | | 2008120643 | RUSSIA |
| | | | | | | | | | 603,237 | UNITED STATES |
| | | | | | | | | | KR2006/004977 | PCT |
| LTE | 3GPP TS 36.211 | 6.9 | V8.3.0 | Samsung Electronics Corporation | 12/219,438 | | Transmission Methods for Downlink ACK/NACK Channels | UNITED STATES | | |

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16