UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") has moved for an order to seal the following documents:
3       1.    The confidential, unredacted version of the Declaration of S. Calvin Walden in
4   Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex"
5   Witnesses ("Walden Declaration"); and
6       2.    Exhibits 2 through 10 and 21 through 25 to the Walden Declaration.
7   Having considered the arguments of the parties and the papers submitted, and GOOD
8   CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion
9   to File Under Seal.
10  **IT IS SO ORDERED.**
11  Dated:                                  By:
12                                                  Honorable Paul S. Grewal, U.S.M.J.