1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16               UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20              Plaintiff,                         **DECLARATION OF MELISSA N. CHAN
                                                   IN SUPPORT OF SEALING APPLE'S
21        vs.                                      MOTION FOR RULE 37(B)(2)
                                                   SANCTIONS; THE DECLARATION OF
22  SAMSUNG ELECTRONICS CO., LTD., a               MINN CHUNG AND EXHIBITS A-S, U,
    Korean business entity; SAMSUNG               W, X AND BB; AND PROPOSED ORDER,
23  ELECTRONICS AMERICA, INC., a New               PURSUANT TO LOCAL RULE 79-5(d)**
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28

02198.51855/4603571.1

1    Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

3  "Samsung") submit the appended declaration of Melissa N. Chan in support of Apple's

4  Administrative Motion to Seal Apple's Motion for Rule 37(b)(2) Sanctions (Dkt. No. 715), to

5  establish that the following are sealable:

6    • Confidential Portions of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's

7      Violation of Two Discovery Orders ("Motion for Sanctions");

8    • Confidential Portions of the Declaration of Minn Chung in Support of Apple's Motion

9      for Sanctions ("Chung Declaration");

10   • Exhibits A-S, U, W, X and BB to the Chung Declaration; and

11   • Proposed Order Granting Apple Inc.'s Motion For Rule 37(B)(2) Sanctions For

12     Samsung's Violation Of Two Discovery Orders.

13                    **DECLARATION OF MELISSA N. CHAN**

14   I, Melissa N. Chan, do hereby declare as follows:

15   1.    I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for

16  Samsung.  I submit this Declaration in support of Apple's Administrative Motion to Seal Apple's

17  Motion for Sanctions (Dkt. No. 715).  I have personal knowledge of the facts set forth in this

18  Declaration and, if called as a witness, could and would competently testify to them.

19   2.    Exhibit A to the Chung Declaration consists of Samsung's Response and

20  Objections to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary

21  Injunction (No. 1).  This document contains confidential business information about Samsung's

22  development and design of Samsung products, Samsung's custodians and Samsung's business

23  organization, and was designated CONFIDENTIAL under the protective order; the version

24  attached to the Chung Declaration was replaced by a version with the proper confidentiality

25  designation.  This document contains sensitive business information that could be used to

26  Samsung's detriment if not filed under seal.

27   3.    Exhibit B to the Chung Declaration consists of Samsung's Response and

28  Objections to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary

1    Injunction – Set Two (Nos. 10-14).  This document contains confidential business information

2    about Samsung's custodians and business organization, and was designated CONFIDENTIAL

3    under the protective order; the version attached to the Chung Declaration was replaced by a

4    version with the proper confidentiality designation.  This document contains sensitive business

5    information that could be used to Samsung's detriment if not filed under seal.

6           4.      Exhibit C to the Chung Declaration consists of a chart representing Samsung's

7    Production of Documents from Custodial Files of Samsung Designers as of 1/24/2010.  This

8    document contains confidential business information about Samsung's custodians and business

9    organization, as well as the content of Samsung's documents.  This document contains

10   confidential and sensitive business information that could be used to Samsung's detriment if not

11   filed under seal.

12          5.      Exhibit D to the Chung Declaration consists of a Korean-language Samsung

13   document and what Apple has certified to be the accurate English translation of the document.

14   This document contains confidential business information about Samsung's development and

15   design of Samsung products, Samsung's custodians and Samsung's business organization, and has

16   been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.   This document

17   contains sensitive business information that could be used to Samsung's detriment if not filed

18   under seal.

19          6.      Exhibit E to the Chung Declaration consists of a Korean-language Samsung

20   document and what Apple has certified to be the accurate English translation of the document.

21   This document contains confidential business information about Samsung's development and

22   design of Samsung products, Samsung's custodians and Samsung's business organization, and has

23   been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document

24   contains sensitive business information that could be used to Samsung's detriment if not filed

25   under seal.

26          7.      Exhibit F to the Chung Declaration consists of a Samsung document that contains

27   confidential business information about Samsung's development and design of Samsung products

28   and comparative analysis and research of the competitive market, and has been designated

1   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive

2   business information that could be used to Samsung's detriment if not filed under seal.

3       8.      Exhibit G to the Chung Declaration consists of a Korean-language email and what

4   Apple has certified to be the accurate English translation of the email.  This document contains

5   confidential business information about Samsung's development and design of Samsung products

6   and comparative analysis and research of the competitive market, and has been designated

7   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive

8   business information that could be used to Samsung's detriment if not filed under seal.

9       9.      Exhibit H to the Chung Declaration consists of a Korean-language email and what

10  Apple has certified to be the accurate English translation of the email.  This document contains

11  confidential business information about Samsung's development and design of Samsung products

12  and comparative analysis and research of the competitive market, and has been designated

13  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive

14  business information that could be used to Samsung's detriment if not filed under seal.

15      10.     Exhibit I to the Chung Declaration consists of a Korean-language email and what

16  Apple has certified to be the accurate English translation of the email.  This document contains

17  confidential business information about Samsung's development and design of Samsung products

18  and comparative analysis and research of the competitive market, and has been designated

19  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive

20  business information that could be used to Samsung's detriment if not filed under seal.

21      11.     Exhibit J to the Chung Declaration consists of a Korean-language Samsung

22  document and what Apple has certified to be the accurate English translation of the document.

23  This document contains confidential business information about Samsung's development and

24  design of Samsung products, comparative analysis of the competitive market and confidential

25  consumer research conducted by Samsung, and has been designated HIGHLY CONFIDENTIAL

26  – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that

27  could be used to Samsung's detriment if not filed under seal.

28

12.     Exhibit K to the Chung Declaration consists of a Samsung document that contains confidential business information about Samsung's development and design of Samsung products, comparative analysis of the competitive market and confidential consumer research conducted by Samsung, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

13.     Exhibit L to the Chung Declaration consists of a Korean-language Samsung document and what Apple has certified to be the accurate English translation of the document. This document contains confidential business information about Samsung's development and design of Samsung products, comparative analysis of the competitive market and confidential consumer research conducted by Samsung, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

14.     Exhibit M to the Chung Declaration consists of a letter sent from counsel for Apple to counsel for Samsung discussing the procedures and custodians for document searches related to the litigation.  This document contains confidential business information about Samsung's custodians and business organization, and information relating to Samsung's documents that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

15.     Exhibit N to the Chung Declaration consists of a chart entitled, "Surveys from Samsung Survey Custodians Mentioning Apple or Apple Products."  This document contains confidential business information about Samsung's custodians and business organization, as well as the content of Samsung's documents.  This document contains confidential and sensitive business information that could be used to Samsung's detriment if not filed under seal.

16.     Exhibit O to the Chung Declaration consists of a Samsung document that contains confidential business information about Samsung's development and design of Samsung products, comparative analysis of the competitive market and confidential consumer research conducted by

Samsung, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

17.     Exhibit P to the Chung Declaration consists of a Samsung document that contains confidential business information about Samsung's development and design of Samsung products, comparative analysis of the competitive market and confidential consumer research conducted by Samsung, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

18.     Exhibit Q to the Chung Declaration consists of a Samsung document that contains confidential business information about Samsung's development and design of Samsung products, comparative analysis of the competitive market and confidential consumer research conducted by Samsung, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

19.     Exhibit R to the Chung Declaration consists of a document entitled "Apple v. Samsung – Description of Designer Custodian Documents." This document contains confidential business information about Samsung's custodians and business organization, and otherwise describes Samsung documents that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

20.     Exhibit S to the Chung Declaration consists of a document entitled "Apple v. Samsung – Description of Survey Documents." This document contains confidential business information about Samsung's custodians and business organization, and otherwise describes Samsung documents that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

21.     Exhibit U to the Chung Declaration consists of Samsung's Amended Identification of Custodians, Litigation Hold Notices and Search Terms.  This document contains confidential business information about Samsung's development and design of Samsung products, Samsung's custodians and Samsung's business organization, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

22.     Exhibit W to the Chung Declaration consists of a letter sent from counsel for Apple to counsel for Samsung discussing the procedures and custodians for document searches related to the litigation.  This document contains confidential business information about Samsung's custodians and business organization, and otherwise describes Samsung documents that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

23.     Exhibit X to the Chung Declaration consists of a letter sent from counsel for Samsung to counsel for Apple discussing the procedures and custodians for document searches related to the litigation.  This document contains confidential business information about Samsung's custodians and business organization, which could be used to Samsung's detriment if not filed under seal.

24.     Exhibit BB to the Chung Declaration consists of excerpts from the deposition transcript of Justin Denison, a Samsung witness.  This deposition contains confidential business information regarding the design of Samsung's products and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

25.     The confidential Chung Declaration summarizes, describes and/or directly cites to the confidential exhibits discussed in paragraphs 2 through 24 above.  Therefore, the declaration should remain under seal for the same reasons articulated above.

26.     Apple's Motion for Sanctions summarizes, describes and/or directly cites to the confidential Chung Declaration and the confidential exhibits discussed in paragraphs 2 through 24 above.  Therefore, the motion should remain under seal for the same reasons articulated above.

1      27.    The confidential portions of the Proposed Order describe and/or directly cite to

2  some of the confidential material discussed in paragraphs 2 through 24 above.  Therefore, the

3  proposed order should remain under seal for the same reasons articulated above.

4      28.    The requested relief is necessary and narrowly tailored to protect this confidential

5  information.  The exhibits described above do not contain significant relevant, non-confidential

6  material.

7  I declare under penalty of perjury that the forgoing is true and correct to the best of my

8  knowledge.

9  Executed this 16th day of February, 2012, in Palo Alto, CA.

10

11

12                                            */s/  Melissa N. Chan*
                                              Melissa N. Chan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**General Order 45 Attestation**

2

     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3

Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Melissa N. Chan has

4

concurred in this filing.

5

                                          /s/ Victoria Maroulis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-