1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S "APEX" EXECUTIVES** |

1   Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for
2   an Order shortening the briefing and hearing schedule on Apple's Motion to Compel Depositions
3   of 14 of Samsung's Purported "Apex" Witnesses.  Samsung Electronics Co. Ltd., Samsung
4   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
5   "Samsung") have filed an opposition to Apple's proposed shortened briefing and hearing schedule.
6   For the reasons stated in Samsung's opposition, the Court hereby DENIES Apple's Motion, and
7   orders Apple to re-notice its motion for hearing on a regular schedule pursuant to the local rules.

9   **IT IS SO ORDERED.**

11  DATED: _____

14  _____
    Hon. Paul S. Grewal
    United States Magistrate Judge

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S "APEX" EXECUTIVES