HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.     11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**<br><br>Date:    February 28, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Reply in Support of its Motion to Shorten Time For Briefing and Hearing on Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Motion to Shorten Time").

2. It was not until February 3 that Samsung notified Apple that it was pursuing apex objections to 22 out of 23 witnesses. With one exception, Samsung had asserted boilerplate objections to the 23 witnesses, including boilerplate apex objections for *some* of those witnesses. Samsung then purported to engage with Apple in attempting to schedule those depositions. The sole exception was the head of Samsung Telecommunications America. Samsung sent a letter on January 13 claiming apex protection for this single witness and asking Apple to withdraw his deposition notice. As Apple moved forward to pursue scheduling of the other 22 noticed Samsung witnesses' depositions, Apple did not pursue scheduling of the head of STA's deposition. Apple resumed seeking this witness's deposition only after taking three depositions of lower-level witnesses who failed to provide useful testimony about Samsung's finances. Samsung gave no comparable notice for any other witness until it sent its February 3 letter. (*See* Declaration of Mia Mazza in Support of Apple's Motion to Shorten Time ("Mazza Shortening Declaration") ¶¶ 2–4; Declaration of Mia Mazza in Support of Apple's Motion to Compel ("Mazza MTC Declaration") Ex. 5.)

3. Apple diligently pursued this issue once Samsung sent its February 3 letter regarding purported apex witnesses. As detailed in the Mazza Shortening Declaration, once Samsung sent its February 3 letter as to the 23 purported apex witnesses, Apple (1) raised the issue at the February 6, lead trial counsel meet and confer, (2) followed up with a detailed thirteen-page letter on February 9 explaining its grounds for deposing those witnesses, and (3) sent an additional letter on February 12. (Mazza Shortening Declaration ¶¶ 5–7; Mazza Compel Declaration Exs. 5,

7.) Apple then (4) made the issue its highest priority at the February 14 and 15 lead trial counsel meet and confers.

4. Apple respectfully seeks to bring its motion on shortened time mindful of the burdens that discovery motions on shortened time place upon this Court and the public. Apple has sought a schedule that would complete the parties' briefing on the apex issue as early as February 20, to allow the Court's clerks substantial time to review the parties' papers in advance of the proposed February 28 hearing date. Apple's proposed schedule does not include a reply brief. Apple advised Samsung of its proposed briefing schedule on February 9, the morning of the 15th, and the morning of the 16th. (Mazza Shortening Declaration ¶¶ 13–15; Mazza MTC Declaration Ex. 5.) Samsung never suggested an alternative. On the morning of February 16, Apple notified Samsung that it would propose a hearing date on February 28 rather than February 21, and invited Samsung to propose an alternative briefing schedule. Apple even postponed its filing of its papers from 9:00 a.m. until noon so that it could receive a suggested briefing schedule from Samsung. Samsung, however, declined to propose an alternative schedule. Nor does its Opposition propose an alternative. Attached hereto as **Exhibit A** is a true and correct copy of the February 15 and 16, 2012, email thread in which these communications occurred.

5. This Court has shortened time on several prior discovery motions brought by both parties since October 2011. (*See* Dkt Nos. 287, 332, 350, 477, 499, 538, 566, 688.) Most recently, the Court granted Apple's Motion to Shorten time in connection with a Motion to Compel, and then vacated that Order. (Dkt No. 699.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2012, at San Francisco, California.

                                              */s/ Mia Mazza*
                                                 Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: February 17, 2012        */s/ Michael A. Jacobs*
                                                    Michael A. Jacobs