# Exhibit 1

# Mazza, Mia

**From:** Rachel Herrick Kassabian [rachelkassabian@quinnemanuel.com]
**Sent:** Thursday, February 16, 2012 11:39 AM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Motion on Shortened Time re Apex Witnesses

Hi Mia,

Can you please clarify why you mean?  What is the exact briefing and hearing schedule you are proposing?  Briefing over the weekend and a hearing a week later?

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Thursday, February 16, 2012 7:38 AM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Motion on Shortened Time re Apex Witnesses

Thanks Rachel.

We agree this is an important issue and we are sensitive to the Court's prior directives regarding shortening time.

We would like to find a way for the parties to agree on a shortened briefing and hearing schedule on this issue if possible.

We have determined that the Court is not hearing matters next week and thus we will be proposing a hearing date of February 28.

In light of this change, we plan to propose the briefing schedule set forth below but without the restrictions as to time of day.

We plan to file before noon today.  Please let me know by 10 a.m. if there is a briefing schedule under which Samsung will stipulate, subject to Court approval, to a hearing date of February 28.

Regards,


**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

---

**From:** Rachel Herrick Kassabian [mailto:rachelkassabian@quinnemanuel.com]
**Sent:** Thursday, February 16, 2012 4:31 AM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'

**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Motion on Shortened Time re Apex Witnesses

Hi Mia,
Given the Court's clear prior directives, and the importance of these apex issues, we cannot agree to litigate this entire issue pursuant to the drastically shortened schedule you propose.
Regards,
Rachel

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Wednesday, February 15, 2012 9:17 AM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung: Discovery Correspondence - Motion on Shortened Time re Apex Witnesses


My apologies, a slight correction to the proposed schedule in light of ECF being offline for maintenance this weekend:

Apple's opening brief:  Thursday, February 16 by 9 a.m.

Samsung's opposition:  Monday, February 20 by noon

Hearing to be proposed:  Tuesday, February 21 at 10 a.m.

Please let us know as soon as possible whether Samsung stipulates to this schedule.

---

**From:**    Mazza, Mia
**Sent:**    Wednesday, February 15, 2012 9:04 AM
**To:**      'rachelkassabian@quinnemanuel.com'
**Cc:**      AppleMoFo; 'samsungv.apple@quinnemanuel.com'; 'WH Apple Samsung NDCal Service'
**Subject:**    Apple v. Samsung:  Discovery Correspondence - Motion on Shortened Time re Apex Witnesses



Hi Rachel,

At yesterday's meeting you requested 24 hours' notice of Apple's intention to seek shortened time on its motion to compel regarding the "apex" issue.

We're giving you that notice now -- please let us know as soon as possible whether Samsung stipulates to this schedule:

Apple's opening brief:  Thursday, February 16 at 9 a.m.

Samsung's opposition:  Sunday, February 19

Hearing to be proposed:  Tuesday, February 21 at 10 a.m.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------



2/17/2012