# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: February 17, 2012                    Time in Court: [2:02 to 2:31 (29 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, *telephonically*
Defendant Attorney(s) present: Victoria Maroulis, *telephonically* and Rachel Kassabian, *telephonically*

## PROCEEDINGS:
### Hearing on Apple's Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Compel (In Re: Docket No. 738)

Hearing held.
Court to issue order as to motion to shorten time.

///