HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S RE-NOTICED MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**<br><br>Date:     March 27, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, March 27, 2012, at 10 a.m., or as soon as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Apple Inc. ("Apple") shall and hereby does move the Court for an Order pursuant to Federal Rule of Civil Procedure 37(a) & (d) compelling the depositions of fourteen witnesses whose depositions Samsung Electronics Co., Ltd.'s ("SEC"), Samsung Electronics America, Inc.'s, and Samsung Telecommunications America's, LLC (collectively, "Samsung") purport to object to on "apex" grounds.

This re-noticed motion is based on this notice of motion, the supporting memorandum of points and authorities set forth in Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses (Dkt. No. 736-2), filed and served by Apple on February 16, 2012; the Declaration of Mia Mazza in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses and exhibits thereto (Dkt. No. 736-3), filed and served by Apple on February 16, 2012; the Declaration of S. Calvin Walden in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses and exhibits thereto (Dkt. No. 737-2), filed and served by Apple on February 16, 2012; and such other written or oral argument as may be presented at or before the time Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses is taken under submission by the Court.

Dated: February 21, 2012                MORRISON & FOERSTER LLP

                                        By:   /s/ Michael A. Jacobs
                                              Michael A. Jacobs

                                        Attorneys for Plaintiff
                                        APPLE INC.

APPLE'S RE-NOTICED MOT. TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES
CASE NO. 11-CV-01846-LHK
sf-3109527

1