Clerk's Use Only

Initial for fee pd:

_____

Edward H. Rice, Hopenfeld Singer Rice & Saito LLP,
30 S. Wacker Drive, Suite 2200, Chicago, IL 60606, Tel. (312) 953-4566

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Edward H. Rice, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co- counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Benjamin L. Singer, Esq., Hopenfeld Singer Rice & Saito LLP, 235 Montgomery Street, Suite 907, San Francisco, CA 94104, (415) 500-6080; California Bar No: 264295.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2012                                                              _____
                                                                                                            Edward H. Rice