# EXHIBIT B

US00D633908S

(12) **United States Design Patent**  (10) Patent No.:   **US D633,908 S**
Akana et al.                          (45) Date of Patent:  ** **Mar. 8, 2011**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/360,110**

(22) Filed: **Apr. 20, 2010**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/360,036, filed on Apr. 19, 2010.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 G, 138 A, 496, 426, 429, 129, 130, D14/420, 439–441, 448, 125, 147, 156, 218, D14/250, 389, 336, 203.1, 203.3, 203.4, 203.7, D14/315; D21/324, 329, 330; D10/65, 104; D18/6–7; 345/169, 901, 905, 156, 157, 168, 345/173; 361/814, 680, 686, 679.27, 679.3; 341/22; 348/168; 379/433.04, 433.07, 433.11, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D297,518 S | 9/1988 | Yuen |
| D300,831 S | 4/1989 | Jenkins et al. |
| D302,336 S | 7/1989 | Erickson |
| D490,420 S | 5/2004 | Solomon et al. |
| 6,781,819 B2 | 8/2004 | Yang et al. |
| D506,937 S | 7/2005 | Lee et al. |
| D511,347 S | 11/2005 | Naruki |
| D513,617 S | 1/2006 | Tierney |
| D524,809 S | 7/2006 | Alcouloumre et al. |
| D546,803 S | 7/2007 | Lee et al. |
| D556,211 S | 11/2007 | Howard |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D560,231 S | 1/2008 | Lee |
| D561,204 S | 2/2008 | Toh |
| D562,285 S | 2/2008 | Lim |
| 7,330,741 B2 | 2/2008 | Park et al. |
| D563,938 S | 3/2008 | Kim et al. |
| D567,819 S | 4/2008 | Devericks et al. |
| D577,371 S | 9/2008 | Hu et al. |
| D579,898 S | 11/2008 | Lee et al. |
| D580,387 S | 11/2008 | Andre et al. |
| D581,384 S | 11/2008 | Kim et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D582,377 S | 12/2008 | Kim et al. |
| D582,887 S | 12/2008 | Poandl |
| D583,346 S | 12/2008 | Jung et al. |
| D583,796 S * | 12/2008 | Tanaka ..................... D14/155 |
| D584,272 S | 1/2009 | Chung et al. |
| D584,646 S | 1/2009 | Sanguinetti |
| D584,738 S | 1/2009 | Kim et al. |
| D591,252 S | 4/2009 | Kim et al. |
| D592,166 S | 5/2009 | Song |
| D592,628 S | 5/2009 | Kim et al. |
| D593,087 S | 5/2009 | Andre et al. |
| D598,414 S | 8/2009 | Joung et al. |
| D599,342 S | 9/2009 | Andre et al. |
| D600,241 S | 9/2009 | Andre et al. |
| D602,014 S | 10/2009 | Andre et al. |
| D602,015 S | 10/2009 | Andre et al. |
| D602,016 S | 10/2009 | Andre et al. |
| D602,017 S | 10/2009 | Andre et al. |
| D602,486 S | 10/2009 | Andre et al. |
| D603,834 S * | 11/2009 | Lyman et al. .............. D14/155 |
| D604,297 S | 11/2009 | Andre et al. |




| | | |
|---|---|---|
| D606,129 S | 12/2009 | Ben-Moshe |
| D613,735 S | 4/2010 | Andre et al. |
| D613,736 S | 4/2010 | Andre et al. |
| D615,083 S | 5/2010 | Andre et al. |
| D618,204 S | 6/2010 | Andre et al. |

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    9/2006

OTHER PUBLICATIONS

"LG KE850 Prada," http://www.gsmarena.com/lg_ke850_prada-1828.php. Downloaded Feb. 20, 2007. 4 pages.

"Meizu's M8? Apple lawyers, start your engines," http://www.engadget.com/2007/01/29/meizus-m8-apple-lawyers-start-your-engines/. Downloaded Sep. 13, 2007, 3 pages.

\* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)    **CLAIM**

The ornamental design for an electronic device, as shown and described.

DESCRIPTION

FIG. **1** is a bottom front perspective view of an electronic device showing our new design;

FIG. **2** is a top front perspective view thereof;

FIG. **3** is a top rear perspective view thereof;

FIG. **4** is a bottom rear perspective view thereof;

FIG. **5** is a front view thereof;

FIG. **6** is a rear view thereof;

FIG. **7** is a top view thereof;

FIG. **8** is a bottom view thereof;

FIG. **9** is a left side view thereof; and,

FIG. **10** is a right side view thereof.

The shade lines in the Figures show contour and not surface ornamentation.

The surfaces of the portable display device shown in FIGS. **1-10** are illustrated to show color and contrast, specifically, the front and back surfaces are black and the side surfaces are a stainless steel color.

The broken lines in the figures show portions of the electronic device which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**

U.S. Patent     Mar. 8, 2011     Sheet 1 of 8     US D633,908 S



FIG. 1



FIG. 2

EXHIBIT B
Page 12

**U.S. Patent**     Mar. 8, 2011     Sheet 3 of 8     US D633,908 S



FIG. 3



FIG. 4



**FIG. 5**



FIG. 6



FIG. 7



FIG. 8

EXHIBIT B
Page 17

U.S. Patent Mar. 8, 2011 Sheet 8 of 8 US D633,908 S

FIG. 9

FIG. 10

EXHIBIT B
Page 18