IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br>Counter Defendants<br><br>Plaintiff,<br><br>v.<br>Samsung Electronics Co., Ltd. a Korean business entity, Samsung Electronics America, Inc. a New York corporation and Samsung Telecommunications America, LLC<br>Defendant. and Counter Plaintiffs | CASE NO. 11-CV-01846-LHK<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Paul A. Gennari, whose business address and telephone number is

Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036-1795

and who is an active member in good standing of the bar of New York, Washington, DC Virginia Massachusetts and USDC ED Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Samsung Electronics, et al.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 22, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge