QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 857-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Samsung Electronics Co. Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR APPLE'S MOTION FOR RULE 37(b) SANCTIONS**<br><br>Date:     March 27, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

WHEREAS, on February 8, 2012, Plaintiff Apple moved for Rule 37(b)(2) sanctions against defendants Samsung Electronics Co., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") ("Motion for Sanctions");

WHEREAS, Samsung's current deadline to respond to Apple's Motion to for Sanctions is February 22, 2012;

WHEREAS, Apple's current deadline to file its reply is February 29, 2012;

WHEREAS, due to an unforeseen personal emergency relating to Samsung's counsel, Samsung requires additional time to prepare its response;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The time for Samsung to respond to Apple's Motion to for Sanctions shall be extended two (2) days, up to and including February 24, 2012; and

2. The time for Apple to file its reply shall be extended two (2) days up to and including March 5, 2012.

3. The stipulated schedule above will not affect the hearing date set for Apple's motion.

DATED: February 22, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| By   /s/ Richard Hung | By   /s/ Victoria Maroulis<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER |
| Attorney for Plaintiff<br>APPLE INC. | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation and Proposed order.  In compliance with General Order 45, X.B., I hereby attest that Richard Hung has concurred in this filing.

Dated:  February 22, 2012                    /s/ Victoria F. Maroulis

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          By: _____
                                     Honorable Paul S. Grewal