QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

99999.77344/4607003.3

Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

I, Hankil Kang, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal, filed by SEC, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. The requested relief is necessary to protect the confidentiality of information discussed in Samsung's Motion for a Protective Order Precluding the Depositions of Ten High-Ranking Samsung Executives ("Samsung's Motion"), Exhibits D-I, M, and N to the Declaration of Rachel Kassabian, the Declaration of Samuel Lee, and the declarations of the eight executives submitted in support thereof. These documents contain highly confidential and commercially sensitive business information, including confidential information about Samsung's business structure and the duties of its executives.

### **Exhibits D to I to the Declaration of Rachel Kassabian**

3. Exhibits F to K to the Declaration of Rachel Kassabian are transcripts from the depositions of Samsung employees. Exhibits L and M are declarations of Samsung executives submitted before the International Trade Commission.

    a. Exhibit F is an excerpt from the transcript of Hangil Song. It contains discussions of product design and development, as well as internal Samsung communications, and should be sealed.

    b. Exhibit G is an excerpt from the transcript of Bo-Ra Kim. It contains discussions of product design and development, as well as internal Samsung communications, and should be sealed.

    c. Exhibit H is an excerpt from the transcript of Sun Young Yi. It contains discussions of product design and development, as well as internal Samsung communications, and should be sealed.

          d.      Exhibit I is an excerpt from the transcript of Jinsoo Kim. It contains discussions of product design and development, the business duties and role of Samsung executives, and Samsung's business organization, and should be sealed.

          e.      Exhibit J is an excerpt from the transcript of Jungmin Yeo. It contains discussions of product design and development, and should be sealed.

          f.      Exhibit K is an excerpt from the transcript of Timothy Sheppard. It contains discussions of the duties and actions of Samsung's highest executives, as well as internal Samsung communications, and should be sealed.

          g.      Exhibit L is the declaration of Jaewan Chi, submitted before the ITC. As discussed below, it should be sealed.

          h.      Exhibit M is the declaration of Seungho Ahn, submitted before the ITC. As discussed below, it should be sealed.

4.      Deposition testimony regarding how Samsung designs its products, as well as testimony regarding its functionality, is confidential to Samsung. It is Samsung's policy not to disclose its internal design or development process, or specific functionality, and such testimony represent Samsung's confidential business information. The deposition testimony also contains highly confidential and commercially sensitive business information, including confidential information about Samsung's business structure and the duties of its executives. If disclosed, this information could be used by Samsung's competitors to Samsung's disadvantage.

### **Declarations of Samsung's High-Ranking Executives**

5.      Gee Sung Choi is the Vice Chairman and Chief Executive Officer of SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 1.

6.      Jong Kyun Shin is President of the Mobile Communications division of SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 2.

7. Dale Sohn is President and Chief Executive Officer of STA. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of STA. A properly redacted version of this declaration is attached hereto as Exhibit 3.

8. Joseph Cheong is Chief Financial Officer of STA. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of STA. A properly redacted version of this declaration is attached hereto as Exhibit 4.

9. Seunghwan Cho is an Executive Vice President in the Mobile Communications Business Unit (also known as the Wireless Business Unit) at SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 5.

10. WonPyo Hong is an Executive Vice President in the Mobile Communications Business Unit of SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 6.

11. Heonbae Kim (also spelled HunBae Kim) is an Executive Vice President in the Mobile Communications Business Unit of SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 7.

12. Dong Jin Koh is an Executive Vice President in the Mobile Communications Business Unit of SEC. His declaration contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 8.

13. Jaewan Chi is an Executive Vice President in the Intellectual Property Center at SEC. His declaration, attached as Exhibit L to the Kassabian Declaration, contains nonpublic, confidential information about his daily duties and the structure and management of SEC. A properly redacted version of this declaration is attached hereto as Exhibit 9.

14. Seungho Ahn is an Executive Vice President at SEC and Head of the Intellectual

1  Property Center. His declaration, attached as Exhibit M to the Kassabian Declaration, contains
2  nonpublic, confidential information about his daily duties, and the structure and management of
3  SEC. A properly redacted version of this declaration is attached hereto as Exhibit 10.

### Declaration of Samuel Lee

5       15.    Samuel Lee is Senior Legal Counsel for SEC. His declaration contains nonpublic,
6  confidential and detailed descriptions of Samsung's business organization and structure, including
7  projects that particular designers and engineers worked on. A properly redacted version of this
8  declaration is attached hereto as Exhibit 11.

* * *

10       16.    Samsung's Motion contains references to and discussions of all of the confidential
11 information listed above. It is Samsung's policy not to disclose or describe its confidential
12 business affairs, practices, or structures. This information is confidential to Samsung. It is
13 indicative of the way that Samsung manages its business and conducts business strategy, and thus
14 it could be used by Samsung's competitors to Samsung's disadvantage. A properly redacted
15 version of the motion is attached hereto as Exhibit 12.

16     I declare under penalty of perjury under the laws of the United States of America that the
17 forgoing is true and correct to the best of my knowledge.

18     Executed on this 23rd day of February, 2012, in Seoul, Republic of Korea.

_____
Hankil Kang

99999.77344/4607003.3

-4-    Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL