QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

1        Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4   seal:

5        1. The confidential, unredacted version of Samsung's Motion for a Protective Order
6           Precluding the Depositions of Ten High-Ranking Samsung Executives; and
7        2. Exhibits A, B, and E to M to the Declaration of Rachel Kassabian in Support of
8           Samsung's Motion for a Protective Order Precluding the Depositions of Ten High-
9           Ranking Samsung Executives.
10       3. The Declarations of Gee Sung Choi, Jong Hyun Shin, Dale Sohn, Joseph Cheong,
11          Seunghwan Cho, WonPyo Hong, Heonbae Kim, Jaewan Chi in Support of
12          Samsung's Motion for a Protective Order Precluding the Depositions of Ten High-
13          Ranking Samsung Executives.
14       4. The Declaration of Samuel Lee in Support of Samsung's Motion for a Protective
15          Order Precluding the Depositions of Ten High-Ranking Samsung Executives.

16       Samsung has established good cause to permit filing these documents under seal through
17  the Declaration of Hankil Kang in Support of Samsung's Administrative Motion to File
18  Documents Under Seal, filed herewith.   In short, the above documents discuss, refer to, or
19  comprise excerpts of depositions that Samsung has designated as HIGHLY CONFIDENTIAL –
20  ATTORNEY'S EYES ONLY under the protective order, or are declarations describing the duties
21  of high-ranking executives and the confidential business structure and practices of Samsung.
22       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
23  for in camera review and served on all parties.   A proposed redacted version of Samsung's
24  Motion for a Protective Order Precluding the Depositions of Ten High-Ranking Samsung
25  Executives is attached as Exhibit 1 to this motion.

1   DATED: February 23, 2012          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
2

3

4                                     By   */s/ Victoria Maroulis*
                                          Charles K. Verhoeven
5                                         Kevin P.B. Johnson
                                          Victoria F. Maroulis
6                                         Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
7                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
8                                         TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28