# EXHIBIT 2
# REDACTED PUBLIC VERSION

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SAMUEL S. LEE IN SUPPORT OF SAMSUNG'S MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF TEN HIGH-RANKING SAMSUNG EXECUTIVES**<br><br>**Date: March 27, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal** |

## DECLARATION OF SAMUEL S. LEE

I, Samuel S. Lee, declare as follows:

1. I am Senior Legal Counsel for Samsung Electronics Co., Ltd., in the above-entitled action. I make this declaration of personal, first-hand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Based on my role as Senior Legal Counsel, I am familiar with the organizational and reporting structure for Samsung Electronics Co., Ltd. ("SEC") and its subsidiary, Samsung Telecommunications America, LLC ("STA").

3. SEC has approximately 190,000 employees. SEC's various divisions include Semiconductor ███████████, Liquid Crystal Display ███ ███ Visual Display ████████████████████, Mobile Communications ██████ IT Solutions ██████ Digital Appliances ██ ████████████ and Digital Imaging ████████████.

4. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

-2-

DECLARATION OF SAMUEL S. LEE

1   █████████████████████████████████████████████
2  ████████████████████████████
3        6.   ███████████████████████████████████████
4  ████████████████████████████████████
5  █████████████████████████████████████████
6  ██████████████████████████  █████████████████
7  █████████████████████████████████████████
8  █████████████████████████████████████████
9  ███████████████████████████████████
10 ██████████████████████████████   ████████
11 ████████████████████████   ███████████████
12 ██████████████████████████████   ██████
13 ███████████████████████   ████████████████
14 ███████████████████████████████████
15 █████████████████████████████████████████
16 ██████████████████████████████████████████
17 █████████████████████████████████
18 ██████████████████████████████████████
19 ██████████
20       7.   ███████████████████████████████████
21 █████████████████   █████████████████████ █
22 ███████████████████████████████████████
23 █████████████████████████████████
24       8.   ████████████████████████████████
25 ████████████████████████████████████
26 ██████████████████████████████
27
28

1   9.   █████████████████████████████████
2   ███████████████████████████████████████
3   ████
4   10.  █████████████████████████████████
5   ██████████████████████
6   11.  █████████████████████████████
7   █████████████████
8   12.  ████████████████████████
9   ████████████████████  ███████████████
10  ██████████████  █████████████████████
11  ███████████████████████████████
12  13.  █████████████████████████████████
13  ██████████████████  ███████████████████
14  ██████████████  █████████████████████
15  ███████████████████████████████████████
16  ████████████████
17  14.  ████████████████████████████
18  ████████████████████████████  ██████████
19  ███████████████████████  ████████████████
20  ███████████████████████████████████████
21  ██████████████
22  15.  ████████████████████████████████
23  ████████████████████████████████  █████
24  ███████████████████████████████████████
25  ████████████████████████████████  ██████
26  ███████████████████████████████  ███████
27  ██████████
28

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed February 22, 2012, at Seoul, Korea.

_____
Samuel S. Lee