# EXHIBIT 6
# REDACTED PUBLIC VERSION

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation,                | CASE NO. 11-cv-01846-LHK (PSG)
21 |         Plaintiff,                                   | **DECLARATION OF HEONBAE KIM**
22 |    vs.                                               |
23 | SAMSUNG ELECTRONICS CO., LTD., a                     |
   | Korean business entity; SAMSUNG                      |
24 | ELECTRONICS AMERICA, INC., a New                     |
   | York corporation; SAMSUNG                            |
25 | TELECOMMUNICATIONS AMERICA,                          |
   | LLC, a Delaware limited liability company,           |
26 |                                                      |
   |         Defendant.                                   |
27

28

02198.51855/4599602.1

I, Heonbae Kim, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Executive Vice President of Korea R&D Team of the Wireless Business Unit at Samsung.

3. ██████████████████████████████████████

4. ██████████████████████████████████████

5. ██████████████████████████████████████

6. ██████████████████████████████████████

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

Executed on the 14 day of February, 2012, at SWAON.

_Kim hunbee_
Heonbae Kim

02198.51855/4599602.1