# EXHIBIT 7
# REDACTED PUBLIC VERSION

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
| 6 | kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603) |
| 7 | victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 8 | Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 9 | |
| 10 | Michael T. Zeller (Bar No. 196417) |
| 11 | michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor |
| 12 | Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 13 | |
| 14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| 15 | |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21 | Plaintiff, | **DECLARATION OF SEUNGHWAN CHO** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | | |
| 25 | | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

I, Seunghwan Cho, hereby declare as follows:

1. I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2. I am the Executive Vice President of Advanced S/W R&D Team 2 at the Wireless Business Unit of Samsung. ███████████████████████████████████████

3. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. █████████████████████████████████████████████████████████████████████████████████████████████████

6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

7. I am not aware of any unique information I have relevant to this litigation that could not be obtained from other Samsung employees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, after a reasonable inquiry.

Executed on the 14 day of February, 2012, at Suwon _____.

_____
Seunghwan Cho

02198.51855/4599615.1