# EXHIBIT 10
# REDACTED PUBLIC VERSION

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9

10 | Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
11 | 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
12 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100
13

14 | Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
15 | INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
16

17 UNITED STATES DISTRICT COURT

18 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JOSEPH CHEONG** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4599562.1

1    I, Joseph Cheong, hereby declare as follows:

2    1.   I make this declaration in support of the Motion for a Protective Order filed by Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung"). I have personal knowledge of the factual information set forth herein.

2.   I am the Chief Financial Officer of STA. ███████████████████
███████████████████████████████████

3.   ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

4.   ███████████████████████████████████
███████████████████████████████████

5.   ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

6.   ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

7.   I am not aware of any unique information I have relevant to this litigation that cannot be obtained from other Samsung employees.

02198.51855/4599562.1

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge and belief, after a reasonable inquiry.
3 | Executed on the 14 day of February, 2012, at Richardson, Texas.

_Joseph Cheong_

02198.51855/4599562.1