# EXHIBIT C

# Alex Hu

| | |
|---|---|
| **From:** | Rachel Herrick Kassabian |
| **Sent:** | Thursday, February 09, 2012 4:46 PM |
| **To:** | 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'calvin.walden@wilmerhale.com'; 'peter.kolovos@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung: Discovery Correspondence - Samsung's Purported Apex Objections |

Hi Mia,

Thanks for this. We'll consider your letter carefully, but in my preliminary review I didn't see any evidence or argument suggesting that any of these witnesses have *unique* knowledge that cannot be obtained through other means such as lower level witnesses and 30(b)(6) witnesses. I saw only reference to some documents which, Apple contends, suggest that one of more of these witnesses have *some" knowledge about something having to do with some aspect of this case. That is not the standard, of course. Can you please provide me with Apple's evidence (if any) that these witnesses' alleged knowledge is unique and cannot be obtained through lesser means? I would appreciate receiving that today.

Also, at Monday's lead counsel meet and confer, you indicated that Apple would consider withdrawing or limiting some of these depositions. I don't see any such information in your letter. Are you still working on those proposals, or are none forthcoming?

Regards,

Rachel

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Thursday, February 09, 2012 4:20 PM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com
**Subject:** Apple v. Samsung: Discovery Correspondence - Samsung's Purported Apex Objections


<<2012-02-09 Ltr Mazza to Kassabian re Purported Apex.pdf>>

Hi Rachel,

Attached please find correspondence regarding witnesses whose depositions Samsung is objecting on purported apex grounds.

Regards,

**Mia Mazza
Morrison & Foerster LLP
San Francisco
(415) 268-6024 office
(415) 302-6583 mobile
(415) 268-7522 fax**

1

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------