# EXHIBIT D

| | |
|---|---|
| **From:** | Rachel Herrick Kassabian |
| **Sent:** | Monday, February 20, 2012 11:00 AM |
| **To:** | 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple |
| **Subject:** | Apple depositions |
| **Attachments:** | RE: Apple v. Samsung:  Discovery Correspondence - Samsung's Purported Apex Objections |

Mia,

As Judge Grewal has ordered, we'd like to explore whether the parties can narrow or resolve the apex deposition issue – through compromise, "horse-trading," or other means.  To that end, by 5pm today, can you please provide us with the following information:

1. Answers to the questions that I posed in my prior email (attached) and at the lead counsel meet and confer regarding (a) whether Apple has any evidence that these apex witnesses possess ***unique*** knowledge, and (b) whether Apple is willing to propose dropping or limiting any of these apex depositions.   Apple's filed motion does not answer either of these questions, and Apple has refused to answer them during prior meet and confer discussions, so we'd like answers today.

2. Advise whether Apple will be objecting on apex grounds to the noticed depositions of any Apple witnesses.

Once we have this information, I would like to set up a call with you to discuss whether any progress or compromise can be reached.

Regards,
Rachel

**Rachel Herrick Kassabian /** *Partner*
**Quinn Emanuel Urquhart & Sullivan LLP**
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
650.801.5005 Direct
650.801.5000 Main
650.801.5100 Fax
rachelkassabian@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.