1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **AMENDED [PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

AMENDED [PROPOSED] ORDER GRANTING APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)

sf-3110441

1  Plaintiff Apple Inc. ("Apple") has moved for an order compelling defendants Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC ("Samsung") to produce relevant, responsive documents from the files of each
4  witness noticed for deposition at least ten (10) days in advance of his or her deposition if they
5  contain foreign-language materials.  Apple further moved the Court for an order compelling
6  Samsung to produce other relevant, responsive English-language documents from the files of
7  each witness noticed for deposition at least five (5) days in advance of the witness's deposition.
8  In its reply papers, Apple revised the relief sought by its Motion, and now seeks an order
9  requiring Samsung to make available for continued deposition any witness for whom relevant
10 documents were not produced within the time frames identified above.

11  Having considered the arguments of the parties and the papers submitted, and good cause
12 having been shown, the Court hereby GRANTS Apple's Motion to Compel Timely Production of
13 Foreign-Language and Other Documents in Advance of Related Depositions.  Samsung is hereby
14 ORDERED:  (1) to make available for continued deposition any witness for whom relevant
15 Korean-language documents were produced less than ten (10) full days before the deposition, or
16 for whom relevant English documents were produced less than five (5) full days before the
17 deposition; and (2) to make any such witness available for continued deposition in the Bay Area
18 of California on a date that is mutually acceptable to the parties.

19 **IT IS SO ORDERED.**
20  Dated:  February _____, 2012.

22                                      HONORABLE PAUL S. GREWAL
                                        United States Magistrate Judge

28 AMENDED [PROPOSED] ORDER GRANTING APPLE'S MOT. TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE
AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS
CASE NO. 11-CV-01846-LHK (PSG)

sf-3110441