HOPENFELD SINGER RICE & SAITO LLP
James E. Hopenfeld (Bar No. 190268)
jeh@hsrslaw.com
2200 Pennsylvania Avenue, N.W., 4th Floor
Washington, DC 20037
Telephone: (202) 540-0538
Facsimile: (301) 563-9662

Attorneys for Defendants,
Samsung Electronics Co Ltd. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney James E. Hopenfeld of Hopenfeld Singer Rice & Saito LLP, a member of the State Bar of California (Bar No. 190268) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC in the above-captioned action. Mr. Hopenfeld's contact information is as follows:

James E. Hopenfeld
Hopenfeld Singer Rice & Saito LLP
2200 Pennsylvania Avenue, N.W., 4th Floor
Washington, DC 20037
Tel: (202) 540-0538
Fax: (301) 563-9662
jeh@hsrslaw.com

Dated: February 24, 2012              HOPENFELD SINGER RICE & SAITO, LLP


                                By:   /s/ James E. Hopenfeld
                                      Attorneys for Defendants
                                      Samsung Electronics Co., Ltd., Samsung
                                      Electronics America, Inc. and Samsung
                                      Telecommunications America, LLC

-2-

Case No. 11-cv-01846-LHK (PSG)
NOTICE OF APPEARANCE