QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Opposition To Apple's Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders ("Samsung's Opposition to Apple's Motion for Sanctions");

2. The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Samsung's Opposition To Apple's Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders;

3. Exhibits A, C-F, H-N to the Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion for Sanctions; and

4. The Declaration of Hankil Kang in Support of Samsung's Opposition to Apple's Motion For Rule 37(B)(2) Sanctions.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Melissa Chan in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss, refer to, or comprise excerpts of depositions and/or documents that Samsung has designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the protective order, or is a declaration describing the confidential business structure, practices, and documents of Samsung.   The remaining documents discuss and refer to documents and things that Apple has designated as CONFIDENTIAL — ATTORNEYS EYES ONLY under the protective order; Samsung trusts that Apple will file the necessary declaration validating these designations per Local Rule 79-5(d).

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for in camera review and served on all parties.   A proposed redacted version of Samsung's Opposition to Apple's Motion for Sanctions has been filed concurrently with this motion.

| | | |
|---|---|---|
| 1 | DATED: February 24, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ *Victoria Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

-2-   Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**