UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Opposition To Apple's Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders.

Samsung and Apple have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declarations establish that the below documents discuss or contain information that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung or Apple.

1  Accordingly, for good cause shown, the Court ORDERS that the following
2  documents shall be filed under seal:

3  1. The confidential, unredacted version of Samsung's Opposition To Apple's Motion
4     For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders;
5  2. The confidential, unredacted version of the Declaration of Sara Jenkins in Support
6     of Samsung's Opposition To Apple's Motion For Rule 37(B)(2) Sanctions For
7     Samsung's Violation Of Two Discovery Orders;
8  3. Exhibits A, C-F, H-N to the Declaration of Sara Jenkins in Support of Samsung's
9     Opposition To Apple's Motion For Rule 37(B)(2) Sanctions For Samsung's
10    Violation Of Two Discovery Orders;
11 4. The Declaration of Hankil Kang in Support of Samsung's Opposition to Apple's
12    Motion For Rule 37(B)(2) Sanctions.

13 **IT IS SO ORDERED.**

15 DATED: _____

18 HONORABLE PAUL S. GREWAL
   United States Magistrate Judge