1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                                CASE NO. 11-cv-01846-LHK
20        Plaintiff,

                                                **MANUAL FILING NOTIFICATION FOR**
21     vs.                                      **EXHIBIT C TO DECLARATION OF**
                                                **SARA JENKINS IN SUPPORT OF**
22 SAMSUNG ELECTRONICS CO., LTD., a             **SAMSUNG'S OPPOSITION TO APPLE'S**
   Korean business entity; SAMSUNG              **MOTION FOR RULE 37(B)(2)**
23 ELECTRONICS AMERICA, INC., a New             **SANCTIONS**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
           Defendant.
26

27

28

02198.51855/4315842.1
                                                Case No. 11-cv-01846-LHK
                                                MANUAL FILING NOTIFICATION

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT C TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____  Voluminous Document (PDF file size larger than efiling system allowances)

_____  Unable to Scan Documents

_____  Physical Object (description):

_____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__  Item Under Seal

_____  Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____  Other (description): _____

| | | |
|---|---|---|
| 1 | DATED: February 24, 2012 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & |
| 3 | | SULLIVAN, LLP |

By     /s/ *Victoria F. Maroulis*
Victoria F. Maroulis
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC