1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

20         Plaintiff,                       CASE NO. 11-cv-01846-LHK

21     vs.                                  **MANUAL FILING NOTIFICATION FOR EXHIBIT D TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS**

22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
         Defendant.
26

27

28

02198.51855/4315842.1
                                            Case No. 11-cv-01846-LHK
                                            MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT D TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description):

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

1  DATED: February 24, 2012          Respectfully submitted,

2                                    QUINN EMANUEL URQUHART &
3                                    SULLIVAN, LLP

5                                    By   /s/ *Victoria F. Maroulis*
                                         Victoria F. Maroulis
6                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
7                                        INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC