1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                   UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

20          Plaintiff,                           CASE NO. 11-cv-01846-LHK

21       vs.                                     **MANUAL FILING NOTIFICATION FOR
                                                 EXHIBIT H TO DECLARATION OF
22 SAMSUNG ELECTRONICS CO., LTD., a              SARA JENKINS IN SUPPORT OF
   Korean business entity; SAMSUNG               SAMSUNG'S OPPOSITION TO APPLE'S
23 ELECTRONICS AMERICA, INC., a New              MOTION FOR RULE 37(B)(2)
   York corporation; SAMSUNG                     SANCTIONS**
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
            Defendant.
26

27

28
02198.51855/4315842.1                                    Case No. 11-cv-01846-LHK
                                                         MANUAL FILING NOTIFICATION

1

**MANUAL FILING NOTIFICATION**

2

3   Regarding:      EXHIBIT H TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF

4                           SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2)

5                           SANCTIONS

6

7   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

8   office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

9   For information on retrieving this filing directly from the court, please see the court's main web

10  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11

12  This filing was not e-filed for the following reason(s):

13  _____      Voluminous Document (PDF file size larger than efiling system allowances)

14  _____      Unable to Scan Documents

15  _____      Physical Object (description):

16  _____      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17    X         Item Under Seal

18  _____      Conformance with the Judicial Conference Privacy Policy (General Order 53)

19  _____      Other (description): _____

20

21

22

23

24

25

26

27

28

02198.51855/4315842.1

-2-                                                    Case No. 11-cv-01846-LHK
                                                            MANUAL FILING NOTIFICATION

1   DATED: February 24, 2012          Respectfully submitted,

2                                     QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
3

4

5                                     By   /s/  *Victoria F. Maroulis*
                                          Victoria F. Maroulis
6                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
7                                         INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28