QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT M TO DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS** |

02198.51855/4315842.1

1

## **MANUAL FILING NOTIFICATION**

2

3   Regarding:      EXHIBIT M TO THE DECLARATION OF SARA JENKINS IN SUPPORT OF

4                           SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2)

5                           SANCTIONS

6

7   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

8   office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

9   For information on retrieving this filing directly from the court, please see the court's main web

10  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11

12  This filing was not e-filed for the following reason(s):

13  _____        Voluminous Document (PDF file size larger than efiling system allowances)

14  _____        Unable to Scan Documents

15  _____        Physical Object (description):

16  _____        Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17  \_\_X\_\_        Item Under Seal

18  _____        Conformance with the Judicial Conference Privacy Policy (General Order 53)

19  _____        Other (description): _____

20

21

22

23

24

25

26

27

28

-2-

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

1    DATED: February 24, 2012              Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4

5                                          By____/s/  *Victoria F. Maroulis*_____
                                               Victoria F. Maroulis
6                                              Attorneys for SAMSUNG ELECTRONICS CO.,
                                               LTD., SAMSUNG ELECTRONICS AMERICA,
7                                              INC. and SAMSUNG
                                               TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28