# EXHIBIT O

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 15, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via e-mail* (sarajenkins@quinnemanuel.com)

Sara Jenkins
Quinn Emmanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Sara:

Documents Bates-numbered APLNDC0001980409 - APLNDC0001997428, relating to the upcoming deposition of Richard Dinh, were just produced by Apple via Accellion. We had experienced a technical issue resulting in these documents being inadvertently miscategorized as privileged. We are producing them immediately upon discovery of the issue, which has now been addressed.

Please let me know if you would like us to deliver a hard copy of these documents to you today. Note that some of these documents may be duplicative of documents already produced to Samsung, but we did not want to delay their production for the time it would have taken to isolate and remove them.

Sincerely,

/s/ *Mia Mazza*

Mia Mazza

sf-3107863