1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,              | CASE NO. 11-cv-01846-LHK
20 |         Plaintiff,                                 | **CERTIFICATE OF SERVICE**
21 |    vs.                                             |
22 | SAMSUNG ELECTRONICS CO., LTD., a                   |
   | Korean business entity; SAMSUNG                    |
23 | ELECTRONICS AMERICA, INC., a New                   |
   | York corporation; SAMSUNG                          |
24 | TELECOMMUNICATIONS AMERICA,                        |
   | LLC, a Delaware limited liability company,         |
25 |                                                    |
   |         Defendant.                                 |
26

27

28

                                                    Case No. 11-cv-01846-LHK
                                                    CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On February 25, 2012, I served or had served true copies of the following documents, described as:

- **SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS (FILED UNDER SEAL)**

- **DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS AND EXHIBITS A, C-F, H-N (FILED UNDER SEAL)**

- **HANKIL KANG DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS (FILED UNDER SEAL)**

**BY ELECTRONIC MAIL TRANSMISSION** from courtneyballard@quinnemanuel.com, by transmitting PDF format copies of such documents to each such person identified below, at the e-mail address listed below their address(es). The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| AppleMoFo@mofo.com<br>HAROLD J. MCELHINNY<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR<br>jtaylor@mofo.com<br>ALISON M. TUCHER<br>atucher@mofo.com<br>RICHARD S.J. HUNG<br>rhung@mofo.com<br>JASON R. BARTLETT<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone (415) 268-7000<br>Facsimile (415) 268-7522 | WHAppleSamsungNDCalService@wilmerhale.com<br>WILLIAM F. LEE<br>William.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone (617) 526-6000<br>Facsimile (617) 526-5000<br><br>MARK D. SELWYN<br>Mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone (650) 858-6000<br>Facsimile (650) 858-6100 |

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2   Executed on February 25, 2012, at Los Angeles, California.

                                            /s/ Courtney E. Ballard

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Courtney E. Ballard.

                                                          /s/ Victoria Maroulis