1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8        SAN JOSE DIVISION
9

| | |
|---|---|
| 10 APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| 11            Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION RE SAMSUNG'S VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER** |
| 12     v. | |
| 13 SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| 16            Defendants. | |

By Administrative Motion filed on February 28, 2012, Apple has moved to file the following documents under seal:

1. The confidential, unredacted version of Apple's Rule 37(b)(2) Motion re Samsung's Violation of January 27, 2012 Damages Discovery Order;
2. The confidential, unredacted version of the Declaration of Erik Olson In Support of Apple's Rule 37(b)(2) Motion ("Olson Declaration");
3. The confidential, unredacted version of the Declaration of Eric Roberts In Support of Apple's Rule 37(b)(2) Motion ("Roberts Declaration");
4. Exhibits 1–19 to the Olson Declaration;
5. Exhibits A–F to the Roberts Declaration.

The Court finds that Apple's Administrative Motion is narrowly tailored to seek the sealing of only protectable information.  Accordingly, GOOD CAUSE HAVING BEEN SHOWN, the Court HEREBY GRANTS Apple's February 28, 2012 motion to seal the above-referenced documents.

**IT IS SO ORDERED.**

Dated:

Honorable Paul S. Grewal
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
pa-1514468