1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIC R. ROBERTS IN SUPPORT OF MOTION TO ENFORCE JANUARY 27, 2012 ORDER AS TO FINANCIAL DOCUMENTS**<br><br>Date:    April 3, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**PUBLIC REDACTED VERSION**

I, Eric R. Roberts, declare as follows:

1.   I am the Director of Forensic Accounting Services at Morrison & Foerster LLP, and have served in that position since 2006. For the eight years prior to that, I performed the same work and function at Morrison & Foerster but under different titles. I have over 40 years of financial and accounting experience, including 29 years at Deloitte (19 as a partner). I am a Certified Fraud Examiner and I have been certified in financial forensics by the American Institute of CPAs, as well as having been a CPA for over 40 years (currently in inactive status). I have a BS in Business Administration and an MBA from the University of California, Berkeley.

2.   As a partner at Deloitte, I was responsible for financial statement audits of both large, multinational companies as well as small and startup operations. Many of these clients were in high-technology businesses. After several years as an audit partner, I transferred to the consulting practice, where I led the litigation support and bankruptcy practice in Northern California for 8 years. During that time I testified in many depositions and arbitrations and was accepted in federal and state courts both as an accounting and finance expert and as a damages expert. I also served as an arbitrator in an accounting-related case.

3.   At Morrison & Foerster, much of my role is to assist attorneys by analyzing and often explaining financial statements and other financial data. I also work on cases involving financial or accounting-related matters brought by the Securities and Exchange Commission Enforcement Division.

4.   I have reviewed and analyzed a document produced by Samsung to evaluate whether it provided information responsive to the Court's January 27, 2012 Order requiring the production of documents and/or internal Samsung reports relating to, among other things, U.S. and worldwide sales, unit sales, costs, selling prices, and profits by accused product by carrier by quarter. Attached hereto as Exhibit A is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I understand that ▮▮▮▮▮▮▮▮

5. While ███████████████████████████████████, it clearly is not sufficient and does not provide the detailed data required by the Court's Order. Nor does it provide the level of detail required by a comprehensive damages analysis. The major reasons supporting my conclusion are summarized below.

- ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████████████████████████████████████████

- █████████████████████████████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████

- Amounts cannot be reconciled to audited financial statements or to publicly available information because no summary or other data are provided as to sales and expenses of non-accused products.

---

[1] ███████████████████████████████████████████████████████████████████████████████████████████████████████████

ROBERTS DECLARATION ISO APPLE'S RULE 37 MOTION AS TO VIOLATION OF COURT'S JAN. 27 ORDER
11-CV-01846-LHK (PSG)
pa-1513195

2

1  • ███████████████████████████████████
2  ███████████████████████████████████
3  ███████████████████████████████████
4  • ███████████████████████████████████
5  ███████████████████████████████████
6  ███████████████████████████████████
7  ████
8  • ███████████████████████████████████
9  ███████████████████████████████████
10 ██████████████████

11      6.      Before describing in more detail the deficiencies of ████████ in relation to
12 the Court order, ████████████████████████████████████████
13 ███████████████████████████████████████████████
14 ███████████████████████████████████████████████
15 ███████████████████████████████████████████████
16 ███████████████████████████████████████████████
17 ███████████████████████████████████████████████
18 ████

19      7.      Based on my experience in reviewing internal and external financial statements
20 and reports, it is apparent to me that this document was not prepared as a contemporaneous
21 business record, but rather ████████████████████████████████
22 ████████████████████████████████████ Further, there is nothing
23 about this document that indicates it was ever utilized by Samsung or provided to U.S. or Korean
24 management.

---

[2] ████████████████████████████████████████████
████████████████████████████████████████

1  8. █████████████████████████████████
2  ████████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████
5  9. █████████████████████████████████
6  ████████████████████████████████████
7  ████████████████████████████████████
8  ████████████████████████████████████
9  ██████████████████████████████
10 ████████████████████████████████████
11 ██████████████████████████████████
12 █████████████████
13 10. ████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████
18 11. ██████████████████████████████
19 ███████████████████████████████
20 ███████████████████████████████
21 ███████████████████████████████
22 ███████████████████████████████
23 █████████████████████████████████
24 ██████████████████████████████

---
[3] ███████████████████████████████████
███████████████

1  ██████████████████████████████████████
2  ████████████
3     12.  ██████████████████████████████
4  ██████████████████████████████████████
5  ██████████████████████████████████████
6  ██████████████████████████████████████
7  ████████████████████████████████████
8  ██████████████████████████████████
9  ██████████████████████████████████████
10 ████████████████████████████████████
11    13.  ██████████████████████████████
12 ██████████████████████████████████
13 ██████████████████████████████████████
14 ████████████████████████████████████
15 ██████████████████████████████████████
16 ██████████████████████████████████████
17 ██████████████████████████████████████
18 ████████████████████████████████████
19 ████████████████████████████████
20    14.  ████████████████████████████ ██ ██
21 ██████████████████████████████
22 ██████████████████████████████████████
23 ████████████████████████████████████
24 ██████████████████████████████████████
25 ██████████████████████████████████████

---

[4] *See, e.g.,* ████████████████, a true and correct copy of which is attached hereto as Exhibit C.

1
2
3  This leads directly into another serious issue with ▇▇▇▇▇ the allocation of expenses.
4         15.    How expenses are allocated to products can significantly impact their profitability.
5  In my experience it is highly unusual for companies to directly relate general and administrative
6  expenses and certain sales costs to specific products. It is my understanding that ▇▇▇▇
7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
8  ▇▇▇ (*See* Olson Decl. Ex. 9 ▇▇▇▇▇▇▇▇▇▇ In some situations companies will
9  allocate these costs on a rational and consistent basis for management review and related
10 purposes. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11
12
13
14
15
16
17
18
19         16.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20
21 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ it
22 is virtually impossible for a damages expert to determine which costs are fixed and which are
23 variable. In my experience, the determination of the types and amount of costs which are fixed
24 and variable is a significant input into a damage calculation.
25         17.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
26
27    [5] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
28

1  ▮
2  ▮
3  ▮
4  ▮
5      18.   ▮
6  ▮
7  ▮
8  ▮
9  ▮
10 ▮
11 ▮ Absent the
12 documents ▮ there is no way for Apple or its experts to verify the
13 expenses claimed.
14     19.   ▮
15 ▮
16 ▮
17  • ▮
18 ▮
19  • ▮
20 ▮
21 ▮
22  • ▮
23 ▮
24  • ▮
25  • ▮
26 ▮
27  • ▮
28 ▮

1   • ████████████████████████████████████████████████████████
2   ████████████████████████████████████████████████████████
3   ██████████████████████████████████████████
4   • ████████████████████████████████████████████████████████
5   ██████████████████████████████████████████████████████
6   • ████████████████████████████████████████████████████████
7   ████████████████████████████████████████████████████████
8   ████████████████████████████████████████████████████████
9   ████████████████████████████████████
10  • ████████████████████████████████████████████████████
11  • ████████████████████████████████████████████████████████
12  ██████████████████████████████████████████
13       20.   ████████████████████████████████████████████████
14  ████████████████████████████████████████████████████████████
15  ████████████████████████████████████████████████████████████
16  ██████

17       21.   I have been informed that Apple attorneys located certain financial documents that
18  Samsung produced in the parallel ITC action after Apple filed its motion to compel. I conducted
19  a review of these documents to determine if a comprehensive production of these documents
20  would provide important information for testing the information in ████████ referred to
21  above or for calculating an appropriate amount of damages for this case.
22       22.   ████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████████
24  ████████████████████████████████████████████████████████████
25  ████████████████████████████████████████████████████████████

26  ─────────────────────
        [6] ████████████████████████████████████████████████████
27  ████████████████████████

1  ████████████████████████████████████████████████████
2  ██████████
3      23.  ███████████████████████████████████████████
4  ████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████
6  ██████████████████████████████
7      24.  ██████████████████████████████████████████
8  ████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████
10 ███████████████████
11     25.  ██████████████████████████████████████████
12 ████████████████████████████████████████████████████
13 ██████████████
14     26.  ██████████████████████████████████████████
15 ████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████
19 ██████████████████████████████████████████
20     27.  ██████████████████████████████████████████
21 ████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████
24 ██████████████████████████████████████████████
25 ████████████████████████████████████████████████████
26 ████
27     28.  Finally, I have been informed that Samsung produced ██████
28 ████████████████████████████████████████████████████

| | |
|---|---|
| 1 | ███████████████████████████████████████████████ |
| 2 | ███████████████████████████████████████████████ |
| 3 | ███████████████████████████████████████████████ |
| 4 | ███████████████████████████████████████████████ |
| 5 | ███████████████████████████████████████████████ |
| 6 | ███████████████████████████████████████████████ |
| 7 | ███████████████████████████████████████████████ |
| 8 | ████████████████████████ |
| 9 | 29.  ██████████████████████████████████████ |
| 10 | ███████████████████████████████████████████████ |
| 11 | ███████████████████████████████████████████████ |
| 12 | ███████████████████████████████████████████████ |
| 13 | ███████████████████████████████████████████████ |
| 14 | ███████████████████████████████████████████████ |
| 15 | ███████████████████████████████████████████████ |
| 16 | ██ |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February, 2012 at San Francisco, California.

/s/ Eric R. Roberts
Eric R. Roberts

ROBERTS DECLARATION ISO APPLE'S RULE 37 MOTION AS TO VIOLATION OF COURT'S JAN. 27 ORDER
11-CV-01846-LHK (PSG)
pa-1513195

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Eric R. Roberts has concurred in this filing.

Dated: February 28, 2012          */s/ Michael A. Jacobs*
                                                     Michael A. Jacobs