1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

2

Charles K. Verhoeven (Cal. Bar No. 170151)

3

charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor

4

San Francisco, California 94111
Telephone: (415) 875-6600

5

Facsimile: (415) 875-6700

6

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com

7

Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com

8

555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065

9

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

10

Michael T. Zeller (Cal. Bar No. 196417)

11

michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor

12

Los Angeles, California 90017
Telephone: (213) 443-3000

13

Facsimile: (213) 443-3100

14

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS

15

AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

16

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN JOSE DIVISION

20

APPLE INC.,

Case No.     11-cv-01846-LHK (PSG)

21

Plaintiff,

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION FOR ASSOCIATED FEES**

22

23

v.

24

SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA,

25

INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware

26

limited liability company.,

27

Defendants.

28

1   Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that the

2   Court revise the briefing schedule for Samsung's oppositions and Apple's reply briefs in support of

3   Apple's Apex Motion and Fees Motion.

4   WHEREAS, on February 16, 2012, Apple filed and served a Motion to Compel

5   Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Apex Motion") (Docket No. 736);

6   WHEREAS, on February 16, 2012, Apple filed and served a Motion for Attorneys' Fees

7   and Costs in Connection with Motion to Compel Depositions of 14 of Samsung's Purported

8   "Apex" Witnesses ("Associated Fees Motion") (Docket No. 741);

9   WHEREAS, the parties require additional time to prepare their briefing on these motions

10   and to explore potential opportunities for the resolution or narrowing of these motions before

11   briefing is completed; and

12   WHEREAS, the proposed expedited schedule would not postpone any of the other

13   deadlines set in this case;

14   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

15   parties that Samsung's opposition briefs to Apple's Apex Motion (Docket Nos. 736/746) and

16   Associated Fees Motion (Docket No. 741) shall be filed on Monday, March 5, 2012, and Apple's

17   reply briefs in support of Apple's Apex Motion and Fees Motion shall be filed on Thursday, March

18   15, 2012.

19

20   **IT IS SO STIPULATED.**

21
    Dated: February 29, 2012          MORRISON & FOERSTER LLP
22

23
                                      By:  */s/ Richard S.J. Hung*
24                                         Richard S.J. Hung

25                                    Attorneys for Plaintiff
                                      APPLE INC.
26

27

28   STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION
     FOR ASSOCIATED FEES
     11-CV-01846-LHK (PSG)

1

2
Dated: February 29, 2012      RACHEL HERRICK KASSABIAN
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

3

4

5
By:   /s/ *Rachel Herrick Kassabian*
         RACHEL HERRICK KASSABIAN

6
Attorneys for Samsung

7
*** *** ***

8

9

10
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12
Dated:                  By:
                            Honorable Paul S. Grewal
                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION
FOR ASSOCIATED FEES
11-CV-01846-LHK (PSG)

2

1 **ATTESTATION OF E-FILED SIGNATURE**

2    I, Rachel Herrick Kassabian, am the ECF User whose ID and password are being used to

3 file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Richard S.J.

4 Hung has concurred in this filing.

5

6 Dated:  February 29, 2011                              */s/ Rachel Herrick Kassabian*
                                                         Rachel Herrick Kassabian
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION
FOR ASSOCIATED FEES
11-CV-01846-LHK (PSG)

3