QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF STIPULATION SHORTENING TIME ON SCHEDULE FOR BRIEFING** |

02198.51855/4629629.1

I, Michael L. Fazio, declare as follows:

1. I am a member of the State Bar of California and a partner with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On February 16, 2012, Apple Inc. ("Apple") filed an Administrative Motion to File Under Seal that included a Motion to Compel to Compel Depositions of 14 of Samsung's Purported Apex Witnesses (Dkt. 736), a Motion to Shorten Time for Briefing and Hearing on the Motion to Compel (Dkt. 738), and a Motion for Attorneys' Fees and Costs in Connection with Dkt. 736 (Dkt. 741).

3. On February 21, 2012, the Court denied Apple's Motion to Shorten Time and stated, "Apple may re-notice the hearing in accordance with Civ. L.R. 7-2(a)." (Dkt. 745 at 2).

4. On February 21, 2012, Apple re-noticed its Motion to Compel Depositions of 14 of Samsungs Purported "Apex" Witnesses (Dkt. 746).

5. After meeting and conferring, the parties agree that additional time is required to prepare Oppositions and Replies on Apple's Motion to Compel and Apple's Motion for Attorneys' Fees and Costs.

6. The Court has granted several motions filed by both parties to shorten time on discovery motions. For example, Apple filed a motion to compel on December 8, 2011 and Samsung filed a motion to compel on December 12, 2011. In both cases, the moving party sought and was granted the requested Order shortening time.

7. The requested time modification will not affect the overall schedule for the case or the hearing date for the Motions at issue. Both Motions will be heard on the noticed date,

1 | March 27, 2012, the Court will have Samsung's oppositions by March 5, 2012 and Apple's replies
2 | by March 15, 2012.
3 |        I declare under penalty of perjury under the laws of the United States of America
4 | that the foregoing is true and correct.
5 |        Executed February 29, 2012, at Los Angeles, California.

_____
Michael L. Fazio