UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO WITHDRAW SAMSUNG'S MOTION TO PERMIT SAMSUNG'S EXPERT SAMUEL LUCENTE TO REVIEW MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER.** |

On January 30, 2012, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a Motion to Permit Samsung's Expert Samuel Lucente to Review materials Designated Under the Protective Order (Dkt No. 691).

On February 29, 2012, Samsung filed a motion to withdraw its January 30 motion. Having reviewed the motion, for good cause shown, the Court ORDERS as follows:

02198.5185

-1-  Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONTO WITHDRAW
MOTION TO PERMIT SAMUEL LUCENTE TO REVIEW MATERIALS

1    Samsung's Unopposed Motion to Withdraw Samsung's Motion to Permit Samsung's
2 Expert Samuel Lucente to Review materials Designated Under the Protective Order is
3 GRANTED.

5    **IT IS SO ORDERED.**

7 DATED:   _____

10                    HONORABLE PAUL S. GREWAL
                     United States Magistrate Judge