QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION FOR ASSOCIATED FEES** |

1  Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that the
2  Court revise the briefing schedule for Samsung's oppositions and Apple's reply briefs in support of
3  Apple's Apex Motion and Fees Motion.

4  WHEREAS, on February 16, 2012, Apple filed and served a Motion to Compel
5  Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Apex Motion") (Docket No. 736);

6  WHEREAS, on February 16, 2012, Apple filed and served a Motion for Attorneys' Fees
7  and Costs in Connection with Motion to Compel Depositions of 14 of Samsung's Purported
8  "Apex" Witnesses ("Associated Fees Motion") (Docket No. 741);

9  WHEREAS, the parties require additional time to prepare their briefing on these motions
10 and to explore potential opportunities for the resolution or narrowing of these motions before
11 briefing is completed; and

12 WHEREAS, the proposed expedited schedule would not postpone any of the other
13 deadlines set in this case;

14 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
15 parties that Samsung's opposition briefs to Apple's Apex Motion (Docket Nos. 736/746) and
16 Associated Fees Motion (Docket No. 741) shall be filed on Monday, March 5, 2012, and Apple's
17 reply briefs in support of Apple's Apex Motion and Fees Motion shall be filed on Thursday, March
18 15, 2012.

20 **IT IS SO STIPULATED.**

21
   Dated: February 29, 2012            MORRISON & FOERSTER LLP
22

23
                                       By:   */s/ Richard S.J. Hung*
24                                           Richard S.J. Hung

25                                     Attorneys for Plaintiff
                                       APPLE INC.
26

27

28 STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION
   FOR ASSOCIATED FEES
   11-CV-01846-LHK (PSG)

| | | |
|---|---|---|
| 1 | Dated: February 29, 2012 | RACHEL HERRICK KASSABIAN |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: /s/ *Rachel Herrick Kassabian*
RACHEL HERRICK KASSABIAN

Attorneys for Samsung

\*\*\* \*\*\* \*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Octej "3."4234           By: [signature]
Honorable Paul S. Grewal
United States Magistrate Judge

STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S APEX MOTION AND APPLE'S MOTION
FOR ASSOCIATED FEES
11-CV-01846-LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Herrick Kassabian, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated:  February 29, 2011          */s/ Rachel Herrick Kassabian*
                                    Rachel Herrick Kassabian