UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING IN PART SAMSUNG'S MOTION TO FILE UNDER SEAL |

Samsung filed a motion to file under seal Exhibit X to the Tung Declaration, which was denied without prejudice in the Court's December 20, 2011 Order. ECF No. 515. Samsung filed a renewed motion to file portions of Exhibit X under seal. ECF No. 548. Because the documents and material referenced in Exhibit X contained information designated by Apple as confidential, Apple submitted a declaration in support of the motion to file portions of Exhibit X under seal. ECF No. 553. Apple withdrew the confidentiality designation as to all of the pages of Exhibit X except: (1) pages 74-76 and 98 which discuss Apple's alternative product designs, (2) pages 209-10, 213, and 248 which contain market share information related to customer preferences, and (3) pages 222 and 224-28 which contain information regarding licensing negotiations and agreements between Apple and Samsung or Apple and third parties.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART SAMSUNG'S MOTION TO SEAL

1        Pursuant to Civil Local Rule 79-5(a), orders to seal "may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as trade secret or otherwise entitled to protection under the law."

The Court is satisfied that the information in the above referenced pages of Exhibit X are properly sealable as they contain confidential information of Apple's product development or information that could harm Apple's competitive advantage in the marketplace. However, the Court has determined that Page 213 of Exhibit X does not contain Apple's internal market research and analysis and therefore is not properly sealable. Accordingly, the motion to seal Exhibit X, is granted as to pages 74-76, 98, 209-10, 222, 224-28, and 248. Samsung shall file under seal pages 74-76, 98, 209-10, 222, 224-28, and 248 of Exhibit X. Samsung shall publicly file pages 24, 77-78, 100, 103, 106, 202-205, 212, and 213 of Exhibit X.

**IT IS SO ORDERED.**

Dated: March 1, 2012                            _____
                                                LUCY H. KOH
                                                United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART SAMSUNG'S MOTION TO SEAL