| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 11-cv-01846-LHK<br><br>**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MAZZA DECLARATION IN SUPPORT OF APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS**<br><br>Date: March 6, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

   Pursuant to Civil Local Rules 7-3(d) and 7-11, Apple Inc. ("Apple") hereby requests leave of Court to file the Supplemental Declaration of Mia Mazza ("Supplemental Mazza Declaration").  Copies of the Supplemental Mazza Declaration and Exhibit A-1 that Apple seeks to file are appended to this administrative request.

1  On February 24, 2012, Apple filed its Reply in Support of its Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions.  (Dkt. No. 756.)  The February 24 Reply included the Declaration of Mia Mazza in Support of Apple's Reply in Support of its Motion to Compel ("Mazza Reply Declaration").  (Dkt. No. 756-1.)  Exhibit A to the Mazza Reply Declaration was a chart reflecting the following information for various Samsung deponents:  (1) the deposition date; (2) the deposition time; (3) the production date of documents relating to Samsung's deponent; (4) the production time of those documents; (5) the hours differential between the production time and the deposition time; (6) the number of documents produced; and (7) number of pages produced.  (Dkt. No. 756-2.)

Since the filing of the Mazza Reply Declaration, the depositions of several more Samsung witnesses have taken place or are scheduled for the next several days.  Samsung's pattern of tardy production of foreign-language and other documents in advance of related depositions has continued, including the production of significant volumes less than three days in advance.  An updated version of the chart described above may aid the Court's consideration of the issues involved in Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions.

Accordingly, Apple respectfully requests permission to file the accompanying Supplemental Mazza Declaration.

Dated: March 4, 2012           MORRISON & FOERSTER LLP

                               By:  */s/ Richard S.J. Hung*
                                    RICHARD S.J. HUNG
                                    Attorneys for Plaintiff
                                    APPLE INC.