| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **SUPPLEMENTAL DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO COMPEL TIMELY PRODUCTION OF FOREIGN-LANGUAGE AND OTHER DOCUMENTS IN ADVANCE OF RELATED DEPOSITIONS** <br><br> Date:     March 6, 2012 <br> Time:    10:00 a.m. <br> Place:   Courtroom 5, 4th Floor <br> Judge:   Hon. Paul S. Grewal |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Supplemental Declaration in support of Apple's Reply in Support of its Motion to Compel Timely Production of Foreign Language and Other Documents in Advance of Related Depositions ("Motion to Compel").

2. Attached hereto as Exhibit A-1 is a table prepared by my litigation team that lists each Samsung witness deposed by Apple in Apple's offensive case to date, the date and time of the witness's deposition, the date and time of any productions of documents sourced to that witness, and the volume of each production in terms of both documents and pages. Exhibit A-1 is an updated version of Exhibit A to my Declaration in Support of Apple's February 23, 2012, Reply in Support of the Motion to Compel.

3. As set forth in Exhibit A-1, Dong-Sub Kim was deposed on February 27, 2012 at 4 p.m. Pacific Time. Samsung produced 0 documents sourced to this witness five or more days before the deposition. Samsung then produced 419 Korean-language documents, totaling 4,858 pages, less than four days before the deposition.

4. As set forth in Exhibit A-1, Seung Hun Yoo was deposed on February 27, 2012 at 4 p.m. Pacific Time. Samsung produced 1 Korean-language document, totaling 27 pages, 44 days before the deposition. Samsung then produced 6,184 Korean-language documents, totaling 30,277 pages, less than four days before the deposition. *Samsung then produced another 668 documents, totaling 5,680 pages, five hours after the deposition started.*

5. As set forth in Exhibit A-1, Deong Seok Ryu was deposed on February 29, 2012 at 9 a.m. Pacific Time. Samsung produced 0 documents sourced to this custodian five or more days before the deposition. Samsung then produced 3,209 Korean-language documents, totaling 23,263 pages, less than four days before the deposition.

6. As set forth in Exhibit A-1, Corey Kerstetter was deposed on February 29, 2012 at 11 a.m. Pacific Time. Samsung produced 0 documents sourced to this custodian three or more days before the deposition. Samsung then produced 3,055 documents, totaling 91,722 pages, less than two days before the deposition.

7. As set forth in Exhibit A-1, Min Cheol Shin was deposed on March 1, 2012 at 4 p.m. Pacific Time. Samsung produced 0 documents sourced to this custodian three or more days before the deposition. Counsel for Apple sent two emails to counsel for Samsung on March 28 and 29, 2012, asking whether Samsung was going to produce any documents for this witness and, if so, when and what volume. Samsung did not respond to either email. Samsung then produced 1,421 documents, totaling 37,156 pages, *5 hours* before the deposition.

8. As set forth in Exhibit A-1, Dong Hoon Chang is scheduled to be deposed on March 6, 2012 at 4 p.m. Pacific Time. Samsung produced 0 documents sourced to this custodian five or more days before the deposition. Samsung then produced 314 Korean-language documents, totaling 12,758 pages, less than four days before the deposition.

9. In total, since the filing of Apple's reply brief in support of the Motion to Compel ten days ago, Samsung has produced an additional 12,305 Korean-language documents totaling 115,791 pages less than five days before depositions, and 3,097 English-language documents totaling 92,338 pages less than 5 days before depositions. Of these tardy Korean- and English-language document productions combined, 5,144 documents totaling 134,558 pages were produced *less than 3 days* before depositions.

10. As set forth in Exhibit A-1, Hye Jung Lee is scheduled to be deposed on March 5, 2012, at 4 p.m. Pacific Time; Seung Yun Lee is scheduled to be deposed on March 6, 2012 at 4 p.m. Pacific Time, Sung Hee Hwang is scheduled to be deposed on March 6, 2012 at 4 p.m. Pacific Time, and Oh Chae Kwon is scheduled to be deposed on March 7, 2012 at 4 p.m. Pacific Time. As of at least 9 p.m. Pacific Time on the date of this Declaration, Samsung had produced 0

//

//

SUPPLEMENTAL MAZZA DECL. ISO REPLY ISO APPLE'S MOT. TO COMPEL TIMELY PRODN. OF DOCUMENTS
CASE NO. 4:11-cv-01846-LHK (PSG)
sf-3115356

2

1  documents sourced to any of these witnesses.  Samsung produced some documents at 9:03 p.m.
2  Pacific Time tonight , but Apple will not know the custodian of those documents for several hours.
3        I declare under penalty of perjury that the foregoing is true and correct.  Executed on
4  March 4, 2012, at San Francisco, California.

                                            */s/ Mia Mazza*
                                              Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: March 4, 2012  /s/ Richard S.J. Hung
Richard S.J. Hung