1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

10 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MIA MAZZA** |

[PROPOSED] ORDER GRANTING ADMIN. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MAZZA DECL.
CASE NO. 11-cv-01846-LHK (PSG)
sf-3114514

1

1    In accordance with Civil L.R. 7-3(d) and 7-11 Apple Inc. ("Apple") has made an

2    administrative request for leave to file a Supplemental Declaration of Mia Mazza in Support of

3    Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in

4    Advance of Related Depositions.

5    Having considered the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN,

6    the Court hereby GRANTS Apple's Administrative Request.

7    **IT IS SO ORDERED.**

8

9

10

11   Dated: _____, 2012                    _____

12                                                    The Honorable Paul S. Grewal
                                                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28