| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal. [Dkt. No. 758.] Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Opposition to Apple's Motion for Sanctions ("Samsung's Oppositions"), the Declaration of Sara Jenkins in Support of Samsung's Opposition ("Jenkins Decl."), and exhibits attached to the Jenkins Decl. contain Apple-confidential material. (*See* Declaration of Melissa Chan in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 758-1]) ("Chan Declaration.")  Specifically:

- Exhibit A to the Jenkins Decl. consists of a letter that contains references to confidential licensing discussions and relationships. A proposed redacted version is attached hereto as **Exhibit 1**.
- Exhibit H to the Jenkins Decl. consists of an internal Apple e-mail discussion between high-level Apple executives forwarding a third-party article for discussion. The identities of Apple executives who chose to forward certain pieces of material for discussion and their e-mail addresses are confidential. This information reveals Apple's strategic discussions at the highest levels and contact information for the highest Apple personnel. A proposed redacted version is attached hereto as **Exhibit 2**.
- Exhibits I-N to the Jenkins Decl. consist of a declaration excerpt, internal documents, and an email, all of which pertain to business strategy and how Apple approaches and analyzes its competition. These documents should be sealed in their entirety.
- Samsung's Opposition and the Jenkins Decl. should be filed under seal to the extent they refer to the above-referenced confidential information.

3. Apple does not maintain a claim of confidentiality on Exhibit D to the Jenkins Decl.

4. It is Apple's policy not to disclose or describe its confidential trade secrets or business practices to third parties. The above information is confidential to Apple. It is indicative of the way that Apple manages its business affairs. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 5th day of March, 2012, at Cupertino, California.

Dated: March 5, 2012                By: */s/ Cyndi Wheeler* _____
                                             Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: March 5, 2012          By:      */s/ Richard S.J. Hung*
                                              Richard S.J. Hung