| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MIA MAZZA |

[PROPOSED] ORDER GRANTING ADMIN. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MAZZA DECL.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3114514

1

1  In accordance with Civil L.R. 7-3(d) and 7-11Apple Inc. ("Apple") has made an
2  administrative request for leave to file a Supplemental Declaration of Mia Mazza in Support of
3  Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in
4  Advance of Related Depositions.
5  Having considered the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN,
6  the Court hereby GRANTS Apple's Administrative Request.
7  **IT IS SO ORDERED.**

11  Dated: Octej '7, 2012

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER GRANTING ADMIN. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MAZZA DECL.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3114514

2