1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1     In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has moved for an order to seal the following documents:
3     1.     The confidential, unredacted version of Apple's Reply in Support of Motion for
4  Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders ("Reply");
5     2.     The confidential, unredacted version of the Reply Declaration of Minn Chung in
6  Support of Apple's Reply ("Chung Decl.");
7     3.     The confidential, unredacted version of the Reply Declaration of Erik J. Olson in
8  Support of Apple's Reply ("Olson Decl.");
9     4.     Exhibits A to S to the Chung Declaration; and
10    5.     Exhibits 1 to 2 to the Olson Declaration.
11    Having considered the arguments of the parties and the papers submitted, and GOOD
12 CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to File Under
13 Seal.
14    **IT IS SO ORDERED.**
15 Dated:

                                            HONORABLE PAUL S. GREWAL
                                            United States District Judge