HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**REPLY DECLARATION OF MINN CHUNG IN SUPPORT IN SUPPORT OF APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS FOR SAMSUNG'S VIOLATION OF TWO DISCOVERY ORDERS**<br><br>Date:   March 27, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**REDACTED PUBLIC VERSION**

I, MINN CHUNG, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record in this action for plaintiff Apple Inc. ("Apple"). I submit this reply declaration in support of Apple Inc.'s Reply In Support Of Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders (the "Reply"). I had also submitted a declaration in support of Apple Inc.'s Motion For Rule 37(B)(2) Sanctions For Samsung's Violation Of Two Discovery Orders (the "Motion") filed on February 8, 2012. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows:

2. I am a native Korean speaker and proficient in written Korean language. I have a Bachelor of Science degree in physics from the Massachusetts Institute of Technology and spent over 15 years developing technology products, both hardware and software, before attending law school.

3. Since Apple filed its Motion on February 8, 2012, Samsung has produced documents from its Designer Custodians that reference Apple products, including the documents described below, which were required to be produced by October 7, 2011 under the Court's Order of September 28, 2011, and then, after Samsung failed to comply, were required to be produced by December 31, 2011 under the Court's Order of December 22, 2011.

4. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

5. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

1

1  █████████████████████████████████████████████████
2  ███████████████████████████████████████████████████
3  ███████████████████████████████████████████████████
4  █████████████████████████████████████████████████
5  █████████████████████████████████████████████████
6  ███████████
7      6.   █████████████████████████████████████████
8  █████████████████████████████████████████████████
9  ███████████████████████████████████████████████████
10 ███████████████████████████████████████████████████
11 ███████████████████████████████████████████████████
12 █████████████████████████████████████████████████
13 █████████████████████████████████████████████████
14 ████████████████████████████████████████████████
15 ███████████████████████████████████████████████████
16 ███████████████████████████████████████████████████
17 ██████████████████████████████████
18     7.   █████████████████████████████████████████
19 █████████████████████████████████████████████████
20 ███████████████████████████████████████████████████
21 █████████████████████████████████████████████████
22 █████████████████████████████████████████████████
23 █████████████████████████████████████████████████
24 ██████████████████████
25     8.   █████████████████████████████████████████
26 █████████████████████████████████████████████████
27 █████████████████████████████████████████████████
28 █████████████████████████████████████████████████

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

2

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3       9.     In addition, since February 8, 2012, Samsung has produced documents showing Samsung's analysis of and consideration of Apple's products from sources other than the Designer Custodians, including the documents described below, which were required to be produced by January 15, 2012 under the Court's Order of December 22, 2011.

     10.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

     11.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

     12.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

     13.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

3

1    14.    On February 22, a number of highly relevant documents that show analysis and comparison of Apple products by Samsung were produced ███████████████████████████████████████████████████████████████████████████████████

15.    ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

16.    ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

17.    ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

18.    ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

4

1  19. ███████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████████
6  ████████████████████████████████████
7  ██████████████████████
8  20. ██████████████████████████████████
9  ████████████████████████████████████████
10 ██████████████████████████████████████
11 ████████████████████████████████████████
12 ██████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████
15 ████████████████████
16 21. ███████████████████████████████████
17 ████████████████████████████████████████
18 ██████████████████████████████████████
19 ████████████████████████████████████
20 ██████████████████████████████████████
21 ████████████████████████████████████████
22  22.   On February 24, Samsung produced a highly relevant document ███████
23  █████ that should have been produced by January 15, 2012 under the December 22 Order.
24 ████████████████████████████████████████
25 ████████████████████████████████████████
26 ████████████████████████████████████████
27 ██████████████████████████████████
28 ██████████████████

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

5

1    23.    Samsung documents discussed in paragraphs 10 to 22 above are only a few
2 examples of highly relevant copying documents that should have been produced by January 15,
3 2012 but not produced until the second half of February.

4    24.    Attached hereto as **Exhibit Q** is a chart summarizing Samsung's production of all
5 documents sourced to the Designer Custodians from the beginning of this case until January 24,
6 2012.  The chart also provides a summary of Samsung's production of documents mentioning the
7 iPhone or the iPad among these documents.  When compared to Exhibit C of my declaration
8 submitted in support of Apple's Motion, which provided a summary of Samsung's production of
9 documents mentioning Apple or Apple products, Exhibit R shows that the effect of searching
10 only for Apple's products and not for "Apple" is negligible.  In fact, of the **84** documents
11 produced between October 14, 2011 and December 31, 2011 from the Designer Custodians and
12 mentioning Apple or its products, **_75_** refer to the iPhone or the iPad.  Similarly, of the **1034**
13 documents produced after December 31, 2011 from the Designer Custodians and mentioning
14 Apple or its products, **_984_** refer to the iPhone or the iPad.  Hence, of the **1,118** late-produced
15 documents referenced in Apple's Motion as produced from the Designer Custodians and
16 mentioning Apple or its products, **_1,059_** refer to the iPhone or iPad.

17    25.    More than 400 survey-related documents mentioning Apple or its products were
18 produced by Samsung in February 2012 sourced to ▮▮▮▮▮▮▮.  On or around January 1, 2012
19 Samsung produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮  Attached hereto as **Exhibit R** and **Exhibit S** are true and correct copies of excerpts
21 of two documents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22    I declare under the penalty of perjury that the forgoing is true and correct and that this
23 declaration was executed this 5th day of March 2012, in San Francisco, California.

                                            */s/ Minn Chung*
                                            Minn Chung

REPLY DECLARATION OF MINN CHUNG ISO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115376

6

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Minn Chung has concurred in this filing.

Dated: March 5, 2012     */s/ Michael A. Jacobs*
                        Michael A. Jacobs