# EXHIBIT A-1

**Exhibit A-1**

| Deponent | Location | First Depo Date (PST) | Depo Time (PST) | Prod Date | Prod Time (PST) | Hours Differential | Docs | Pages |
|---|---|---|---|---|---|---|---|---|
| Ahyoung Kim | CA | 1/11/2012 | 9:00 AM | 1/9/2012 | 1:11 AM | 2 days, 8 hours | 251 | 1,610 |
| Ahyoung Kim | CA | 1/11/2012 | 9:00 AM | 1/9/2012 | 6:49 PM | 1 day, 15 hours | 4,158 | 30,720 |
| Ahyoung Kim | CA | 1/11/2012 | 9:00 AM | 1/10/2012 | 12:23 AM | 1 day, 9 hours | 837 | 9,513 |
| Ahyoung Kim | CA | 1/11/2012 | 9:00 AM | 1/11/2012 | 9:42 AM | 0 hours | 476 | 3,069 |
| Ahyoung Kim (ITC Bates) |  | 1/11/2012 | 9:00 AM | 1/11 through 2/21 | N/A | N/A | 58 | 883 |
| Bo-ra Kim | CA | 1/11/2012 | 9:00 AM | 1/7/2012 | 7:41 PM | 3 days, 14 hours | 161 | 4,607 |
| Wookyun Kho | CA | 1/12/2012 | 9:00 AM | 1/1/2012 | 9:08 PM | 10 days, 12 hours | 3 | 53 |
| Wookyun Kho | CA | 1/12/2012 | 9:00 AM | 1/7/2012 | 7:41 PM | 4 days, 14 hours | 31 | 844 |
| Wookyun Kho | CA | 1/12/2012 | 9:00 AM | 1/12/2012 | 5:07 PM | (-8 hours) | 1 | 86 |
| Wookyun Kho | CA | 1/12/2012 | 9:00 AM | 2/18/2012 | 9:49 PM | (-37 days) | 7,433 | 40,179 |
| Wookyun Kho (ITC Bates) | CA | 1/12/2012 | 9:00 AM | 1/12 through 2/19 | N/A | N/A | 1,834 | 147,522 |
| Junho Park | CA | 1/14/2012 | 9:00 AM | 1/11/2012 | 6:40 PM | 2 days, 14 hours | 5,287 | 32,469 |
| Junho Park | CA | 1/14/2012 | 9:00 AM | 1/12/2012 | 11:04 AM | 1 day, 22 hours | 2,163 | 20,135 |
| Nara Cho | CA | 1/14/2012 | 9:00 AM | 1/10/2012 | 11:49 AM | 3 days, 22 hours | 488 | 10,046 |
| Tim Sheppard | TX | 1/24/2012 | 11:00 AM | 1/18/2012 | 5:19 PM | 5 days, 18 hours | 74 | 2428 |
| Tim Sheppard | TX | 1/24/2012 | 11:00 AM | 1/19/2012 | 9:48 PM | 4 days, 14 hours | 5,256 | 35,011 |
| Tim Sheppard (ITC Bates) | TX | 1/24/2012 | 11:00 AM | 1/25 through 2/1 | N/A | N/A | 3,717 | 37,170 |
| Justin Denison | TX | 1/25/2012 | 11:00 AM | 1/20/2012 | 9:15 PM | 5 days, 10 hours | 11,862 | 66,829 |
| Justin Denison | TX | 1/25/2012 | 11:00 AM | 1/21/2012 | 12:04 AM | 4 days, 11 hours | 440 | 18,992 |
| Justin Denison (ITC Bates) | TX | 1/25/2012 | 11:00 AM | 2/17/2012 | N/A | N/A | 58 | 1,233 |
| Brian Rosenberg | TX | 1/27/2012 | 11:00 AM | 1/21/2012 | 12:04 AM | 6 days, 11 hours | 70 | 2,597 |
| Brian Rosenberg | TX | 1/27/2012 | 11:00 AM | 1/21/2012 | 10:25 PM | 5 days, 13 hours | 6,262 | 36,783 |
| Jaegwan Shin | CA | 1/27/2012 | 9:00 AM | 12/21/2011 | 9:03 PM | 46 days | 3 | 3 |
| Jaegwan Shin | CA | 1/27/2012 | 9:00 AM | 12/23/2011 | 3:58 PM | 34 days | 84 | 930 |
| Qi Ling | CA | 2/1/2012 | 9:00 AM | 12/29/2011 | 6:18 PM | 2 days, 15 hours | 33 | 159 |
| Qi Ling (ITC Bates) | CA | 2/1/2012 | 9:00 AM | 1/23/2012 | N/A | N/A | 13 | 16 |
| Qi Ling (ITC Bates) | CA | 2/1/2012 | 9:00 AM | 2/19-21/2012 | N/A | N/A | 3 | 3 |

**Exhibit A-1**

| Deponent | Location | First Depo Date (PST) | Depo Time (PST) | Prod Date | Prod Time (PST) | Hours Differential | Docs | Pages |
|---|---|---|---|---|---|---|---|---|
| Jeeyeun Wang | KOR | 2/1/2012 | 4:00 PM | 1/13/2012 | 5:01 PM | 18 days | 1,115 | 36,200 |
| Jeeyeun Wang | KOR | 2/1/2012 | 4:00 PM | 1/24/2012 | 3:32 PM | 8 days, 1 hour | 731 | 19,204 |
| Jinsoo Kim | KOR | 2/1/2012 | 4:00 PM | 12/14/2011 | 7:39 PM | 48 days | 82 | 230 |
| Jinsoo Kim | KOR | 2/1/2012 | 4:00 PM | 1/5/2012 | 9:42 PM | 26 days | 24 | 79 |
| Jinsoo Kim | KOR | 2/1/2012 | 4:00 PM | 1/24/2012 | 3:32 PM | 8 days, 1 hour | 222 | 1,898 |
| Jinsoo Kim (ITC Bates) | KOR | 2/1/2012 | 4:00 PM | 2/2/2012 | N/A | N/A | 49 | 320 |
| Jung Min Yeo | KOR | 2/1/2012 | 4:00 PM | 1/5/2012 | 9:42 PM | 26 days | 85 | 121 |
| Jung Min Yeo | KOR | 2/1/2012 | 4:00 PM | 1/22/2012 | 10:43 PM | 9 days, 18 hours | 419 | 1,666 |
| YoungSoon Lee | KOR | 2/6/2012 | 4:00 PM | 2/5/2012 | 1:59 AM | 15 hours | 15 | 2,143 |
| Hangil Song | KOR | 2/7/2012 | 4:00 PM | 12/29/2011 | 6:18 PM | 39 days | 6 | 488 |
| Hangil Song | KOR | 2/7/2012 | 4:00 PM | 1/9/2012 | 5:25 PM | 28 days | 1 | 97 |
| Sun-Young Yi | KOR | 2/7/2012 | 4:00 PM | 12/29/2011 | 6:18 PM | 39 days | 117 | 7,011 |
| Sun-Young Yi | KOR | 2/7/2012 | 4:00 PM | 1/31/2012 | 11:46 AM | 7 days, 5 hours | 9,469 | 136,074 |
| Kihyung Nam | KOR | 2/9/2012 | 4:00 PM | 1/1/2012 | 12:01 AM | 38 days | 307 | 14,762 |
| Kihyung Nam | KOR | 2/9/2012 | 4:00 PM | 1/30/2012 | 4:03 PM | 10 days | 54 | 612 |
| Min Kyung Kim | KOR | 2/9/2012 | 4:00 PM | 2/5/2012 | 9:45 PM | 3 days, 19 hours | 12,358 | 81,563 |
| Byeong Wook Kim | KOR | 2/14/2012 | 4:00 PM | 2/10/2012 | 1:28 PM | 4 days, 3 hours | 82 | 4,423 |
| Giyoung Lee | KOR | 2/15/2012 | 4:00 PM | 12/29/2011 | 6:18 PM | 47 days | 1 | 3 |
| Giyoung Lee | KOR | 2/15/2012 | 4:00 PM | 2/5/2012 | 9:45 PM | 9 days, 19 hours | 62 | 162 |
| Don-Joo Lee | KOR | 2/16/2012 | 4:00 PM | 2/11/2012 | 7:28 PM | 4 days, 21 hours | 16 | 196 |
| Doo-ju Byun | CA | 2/17/2012 | 9:00 AM | 1/1/2012 | 12:01 AM | 47 days | 10 | 159 |
| Tim Benner | CA | 2/22/2012 | 9:00 AM | 12/30/2011 | 8:46 PM | 53 days | 713 | 7,788 |
| Tim Benner | CA | 2/22/2012 | 9:00 AM | 1/5/2012 | 9:29 PM | 47 days | 10 | 45 |
| Tim Benner | CA | 2/22/2012 | 9:00 AM | 2/19/2012 | 1:14 PM | 2 days, 20 hours | 3,059 | 30,636 |
| Tim Benner | CA | 2/22/2012 | 9:00 AM | 2/21/2012 | 9:59 PM | 12 hours | 3 | 153 |
| Yun-Jung Lee | KOR | 2/22/2012 | 4:00 PM | 12/29/2011 | 6:18 PM | 54 days | 22 | 753 |
| Yun-Jung Lee | KOR | 2/22/2012 | 4:00 PM | 1/5/2012 | 9:42 PM | 47 days | 2,296 | 7,342 |

**Exhibit A-1**

| Deponent | Location | First Depo Date (PST) | Depo Time (PST) | Prod Date | Prod Time (PST) | Hours Differential | Docs | Pages |
|---|---|---|---|---|---|---|---|---|
| Yun-Jung Lee | KOR | 2/22/2012 | 4:00 PM | 2/9/2012 | 6:44 PM | 12 days | 2,525 | 10,399 |
| SangEun Lee | KOR | 2/23/2012 | 4:00 PM | 2/20/2012 | 5:37 PM | 2 days, 23 hours | 730 | 16,968 |
| Dae Woon Meyong | KOR | 2/28/2012 | 7:00 PM | 2/21/2012 | 7:47 PM | 7 days | 4,393 | 45,886 |
| Heon Seok Lee | KOR | 2/28/2012 | 4:00 PM | 1/15/2012 | 8:23 PM | 44 days | 199 | 3,396 |
| Heon Seok Lee | KOR | 2/28/2012 | 4:00 PM | 2/3/2012 | 11:54 PM | 25 days | 11 | 929 |
| Heon Seok Lee | KOR | 2/28/2012 | 4:00 PM | 2/5/2012 | 9:45 PM | 17 days | 33 | 411 |
| Heon Seok Lee | KOR | 2/28/2012 | 4:00 PM | 2/19/2012 | 1:14 PM | 9 days | 3,524 | 39,158 |
|  |  |  |  |  |  |  |  |  |
| Dong-Sub Kim | KOR | 2/27/2012 | 5:00 PM | 2/23/2012 | 7:50 PM | 3 days, 22 hours | 419 | 4,858 |
| Seung Hun Yoo | KOR | 2/27/2012 | 4:00 PM | 12/14/2011 | 7:39 PM | 44 days | 1 | 27 |
| Seung Hun Yoo | KOR | 2/27/2012 | 4:00 PM | 2/24/2012 | 1:55 AM | 3 days, 15 hours | 6,184 | 30,277 |
| Seung Hun Yoo | KOR | 2/27/2012 | 4:00 PM | 2/27/2012 | 9:42 PM | (-5 hours) | 668 | 5,680 |
| Hyoung Shin Park | KOR | 2/28/2012 | 3:00 PM | 2/3/2012 | 11:54 PM | 25 days | 675 | 1,156 |
| Hyoung Shin Park | KOR | 2/28/2012 | 3:00 PM | 2/23/2012 | 8:55 PM | 4 days, 19 hours | 33 | 1,057 |
| Hyoung Shin Park | KOR | 2/28/2012 | 3:00 PM | 2/24/2012 | 5:22 PM | 3 days, 22 hours | 53 | 643 |
| Suk Geun Kim | KOR | 2/28/2012 | 4:00 PM | 2/16/2012 | 3:23 PM | 12 days | 256 | 8,567 |
| DeongSeok Ryu | CA | 2/29/2012 | 9:00 AM | 1/13/2012 | 5:01 PM | 16 days | 1,424 | 28,892 |
| DeongSeok Ryu | CA | 2/29/2012 | 9:00 AM | 2/25/2012 | 7:26 PM | 3 days, 14 hours | 3,209 | 23,263 |
| Corey Kerstetter | TX | 2/29/2012 | 11:00 AM | 2/27/2012 | 2:17 PM | 1 day, 21 hours | 3,055 | 91,722 |
| Sungsik Lee | KOR | 2/29/2012 | 4:00 PM | 2/22/2012 | 12:05 PM | 7 days, 4 hours | 397 | 12,097 |
| Minhyouk Lee | KOR | 3/1/2012 | 4:00 PM | 12/14/2011 | 7:39 PM | 78 days | 5 | 638 |
| Minhyouk Lee | KOR | 3/1/2012 | 4:00 PM | 12/29/2011 | 6:18 PM | 63 days | 7 | 268 |
| Minhyouk Lee | KOR | 3/1/2012 | 4:00 PM | 2/9/2012 | 5:22 PM | 21 days | 54 | 2,242 |
| Min Cheol Shin | KOR | 3/1/2012 | 4:00 PM | 3/1/2012 | 11:44 AM | 5 hours | 1,421 | 37,156 |
| Junwon Lee | CA | 3/5/2012 | 9:00 AM | 2/22/2012 | 9:36 PM | 12 days | 11 | 653 |
| Junwon Lee | CA | 3/5/2012 | 9:00 AM | 2/29/2012 | 3:16 PM | 4 days, 18 hours | 42 | 616 |
| Hyun Ku Woo | KOR | 3/5/2012 | 4:00 PM | 3/1/2012 | 7:37 PM | 3 days, 21 hours | 4 | 99 |

**Exhibit A-1**

| Deponent | Location | First Depo Date (PST) | Depo Time (PST) | Prod Date | Prod Time (PST) | Hours Differential | Docs | Pages |
|---|---|---|---|---|---|---|---|---|
| Joon-Il Choi | KOR | 3/6/2012 | 4:00 PM | 3/2/2012 | 10:15 AM | 4 days, 6 hours | 88 | 997 |
| Hye Jung Lee | KOR | 3/5/2012 | 4:00 PM | TBD | TBD | TBD | TBD | TBD |
| Joon Ho Park | KOR | 3/6/2012 | 4:00 PM | 3/2/2012 | 2:44 AM | 4 days, 14 hours | 1,941 | 14,397 |
| Seung Yun Lee | KOR | 3/6/2012 | 4:00 PM | TBD | TBD | TBD | TBD | TBD |
| Dong Hoon Chang | KOR | 3/6/2012 | 4:00 PM | 3/2/2012 | 11:11 PM | 3 days, 17 hours | 314 | 12,758 |
| Sung Hee Hwang | KOR | 3/6/2012 | 4:00 PM | TBD | TBD | TBD | TBD | TBD |
| Sang Hung | CA | 3/7/2012 | 9:00 AM | 2/24/2012 | 8:17 PM | 12 days | 2,179 | 72,810 |
| Oh Chae Kwon | KOR | 3/7/2012 | 4:00 PM | TBD | TBD | TBD | TBD | TBD |
| Jong Dae Park | KOR | 3/7/2012 | 4:00 PM | 3/3/2012 | 8:29 AM | 4 days, 8 hours | 256 | 5,343 |