|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DENYING APPLE'S MOTION FOR ATTORNEYS' FEES AND COSTS IN CONNECTION WITH MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On February 16, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion for Attorneys' Fees and Costs in Connection with its Motion to Compel Depositions of 14 of Samsung's "Apex" Witnesses (Docket No. 741).   Samsung filed its Opposition to this motion on March 5, 2012.

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Motion for Attorneys' Fees and Costs in Connection With Motion to Compel Depositions of 14 of Samsung's "Apex" Witnesses. Apple shall bear its own costs and fees incurred in connection with its Motion to Compel.

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER DENYING APPLE'S MOTION FOR ATTORNEYS' FEES AND COSTS IN CONNECTION WITH MOTION TO COMPEL APEX DEPOSITIONS

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge