1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                        UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation,            | CASE NO. 11-cv-01846-LHK (PSG)
20 |                Plaintiff,                         | **DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
21 |        vs.                                        |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 |                Defendant.                         |

27

28

I, Hankil Kang, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").  I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal, filed by SEC, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. As set forth more fully in my February 23, 2012 Declaration in Support of Samsung's Administrative Motion to File Documents Under Seal in connection with Samsung's Motion for a Protective Order (Dkt. 754-1), which is incorporated by reference as if fully set out herein, filing portions of Samsung's Opposition to Apple's Motion to Compel Apex Witnesses ("Opposition") and the Declaration Of Joby Martin In Support Of Samsung's Opposition To Apple's Motion To Compel Apex Witnesses ("Martin Decl.") under seal is necessary to protect the confidentiality of information discussed in the documents.  The Opposition and Martin Decl. contain highly confidential and commercially sensitive business information, including confidential information about Samsung's business structure and the duties of its executives.

3. It is Samsung's policy not to disclose or describe its confidential business affairs, practices, or structures.  This information is confidential to Samsung.  It is indicative of the way that Samsung manages its business and conducts business strategy, and thus it could be used by Samsung's competitors to Samsung's disadvantage.

4. A properly redacted version of the Opposition and Martin Decl. are attached hereto as Exhibits 1 and 2 respectively.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on this 5th day of March, 2012, in Seoul, Republic of Korea.

_____
Hankil Kang

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Hankil Kang has concurred in this filing.

<u>/s/ Victoria Maroulis</u>