UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S "APEX" WITNESSES** |

On February 16, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion to Compel Depositions of 14 of Samsung's "Apex" Witnesses (Docket No. 736).   Samsung filed its Opposition to this motion on March 5, 2012.

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Motion to Compel Depositions of 14 of Samsung's "Apex" Witnesses.

1  **IT IS SO ORDERED.**

3  DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge