QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**<br><br>Date:　　March 6, 2012<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 5, 4th Floor<br>Judge:　　Hon. Paul S. Grewal |

02198.51855/4638053.1

Case No. 11-cv-01846-LHK (PSG)
ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL

Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby request leave of Court to file a Sur-Reply In Support of Samsung's Opposition to Apple's Motion to Compel.  On February 23, 2011, Apple filed a Reply In Support of Its Motion to Compel Timely Production of Foreign-Language and Other Documents.  (Dkt. No. 735)  This Reply sought, for the first time, to reopen the depositions of dozens of Samsung witnesses.  Unless this Court grants Samsung leave to file a sur-reply, Samsung will not have the opportunity to brief the Court on Apple's new request for relief before the hearing on March 6, 2012.

Furthermore, on March 4, 2012, Apple filed a supplemental declaration which, along with its Reply, creates an incomplete and misleading depiction of the parties' productions to date, and therefore the propriety of the relief Apple seeks.  (Dkt. No. 766.)  The Court should grant Samsung the opportunity to address this new evidence, which was raised for the first time in Apple's Reply and supplemental materials.

DATED: March 6, 2012          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Victoria Maroulis*
      Charles K. Verhoeven
      Kevin P.B. Johnson
      Victoria F. Maroulis
      Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4638053.1

-1-   Case No. 11-cv-01846-LHK (PSG)
ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL