| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California  94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:   March 6, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |
| Defendant. | |

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Sur-Reply In Support of Its Opposition to Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents ("Samsung's Sur-Reply").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On February 23, 2012, more than a week after Samsung filed its Opposition to Apple's Motion to Compel, Apple sent a letter announcing, for the first time, its desire to reopen depositions in instances of allegedly late-produced custodial documents.   Apple also announced, again for the first time, that it would seek an order, via its reply brief, compelling Samsung to reopen depositions.  Counsel for Samsung received this letter at 2:22 P.M.  According to the ECF Notice I received by email in connection with Docket No. 736, Apple filed its Reply brief at 12:04 A.M. on February 24, 2012.

3. Apple did not inform Samsung of its intent to file a supplemental declaration in support of its Motion to Compel before seeking leave to file such a declaration on March 4, 2012.

4. Lead counsel met and conferred three separate times after Apple filed its Motion to Compel—February 6, February 14, and February 15.  I attended each meeting.  Apple never raised the issue of reopening depositions, or did anything to suggest that it would alter the relief sought in its Motion to Compel.

5. In correspondence and at the parties January 16, 2012 lead counsel meet and confer, Samsung made clear its desire to negotiate a global solution that would resolve the prejudice to both parties caused by the other's late productions.  Apple refused to discuss any compromise arrangements until February 23, 2012, the same day it filed its Reply.

6. None of the patents asserted by Apple in the '796 ITC Investigation are asserted in this case.

7. I am informed and believe that since Samsung filed its Opposition to Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions on February 15, 2012, Samsung has regularly produced documents three or more days in advance of each deposition, as reflected in the chart below:[1]

| Samsung Witness | Deposition Date | Most Recent Production Date(s) | Number of Days Samsung's Production Preceded the Deposition (0-23 = 0 days 24-47 hours = 1 day etc.) |
|---|---|---|---|
| Oh Chae Kwon*++ | 3/8 | 3/5 | 2 |
| Hye Jung Lee*++ | 3/8 | 3/4 | 2.8 |
| Jong Dae Park* | 3/8 | 3/3 | 4.8 |
| Dong Hoon Chang* | 3/7 | 3/2 | 3.7 |
| Joonil Choi | 3/8 | 3/2 | 5.2 |
| Joonho Park | 3/7 | 3/2 | 4.5 |
| Hyun Ku Woo* | 3/6 | 3/1 | 3.8 |
| Seung Yun Lee* | 3/7 | 3/4 | 1.8 |
| Mincehol Schin+^++ | 3/2 | 3/1 | |
| SeungKyu Lee*++ | 3/8 (cancelled) | 2/29 | 7.5 |
| Eun Mi Cha | 3/6 (cancelled) | 2/29 | 7.8 |
| Seunghun Yoo+ | 2/28 | 2/27 | |
| Hyoung Shin Park | 2/29 | 2/24 | 4.9 |
| Dong Sub Kim | 2/28 | 2/23 | 5.8 |
| Sung Sik Lee | 3/1 | 2/22 | 7.1 |
| Daewoon Myeong++ | 2/29 | 2/21 | 7.0 |
| Sanggeun Lee | 2/24 | 2/20 | 2.9 |
| HeonSeok Lee | 2/29 | 2/19 | 9.1 |
| Seogguen Kim | 2/29 | 2/16 | 12 |
| Seong Ho Choi | 2/19 | 2/14 | 4.1 |
| DeongSeok Ryu | 2/25 | 2/29 | 3.5 |
| Dooju Byun | 1/1 | 2/17 | 46 |
| Tim Benner | 2/19 | 2/22 | 2.8 |
| JunWon Lee | 2/29 | 3/5 | 4.8 |
| Tim Sheppard | 1/19 | 2/24 | 4.5 |
| Corey Kerstetter++ | 2/27 | 2/29 | 1.8 |
| Sang Hung | 2/24 | 3/8 | 12 |
| Justin Denison | 1/20 | 2/25 | 4.5 |

---

[1]    * Samsung's production delayed by at least 1 day due to Apple's complaint regarding a small amount of distorted Korean text, requiring adjustments in production process
   +    vendor error
   ^    technical difficulties
   ++  delay due to size of production

1    I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3    Executed on March 6, 2012, at San Francisco, California.

       /s/ Joby Martin
       Joby Martin