1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17                UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MELISSA A. DALZIEL IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL RESPONSE IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL DOCUMENTS**<br><br>Date: March 6, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Melissa A. Dalziel, declare as follows:

1. I am Of Counsel with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Since Samsung filed its Opposition to Apple's Motion to Compel Timely Production of Foreign-Language and Other Documents in Advance of Related Depositions on February 15, 2012, Apple has frequently produced documents less than five days in advance of each deposition, as reflected in the chart below:

| Apple Deponent | Deposition Date | Date Samsung Received Apple's Late Productions | No. of Pages Produced | Number of Days Before/After Deposition that Apple Last Produced Custodial Documents |
|---|---|---|---|---|
| John Ternus | February 10 | February 6 | 814 | 4 days before |
|  |  | February 20 | 201 | 10 days after |
| Richard Dinh | February 16 | February 15 | 17,020 | 1 day before |
| Michael Tchao | February 21 | February 20 | 195 | 1 day before |
| Mark Buckley | February 23 | February 22 | 3 | 1 day before depo |
| Wei Chen | March 1 | February 26 | 975 | 4 days before depo |
|  |  | February 29 | 915 | 2 days before |
| Achim Pantfoerder | March 1 | February 29 | 78 | 1 day before |
| Myra Haggerty | March 2 | February 28 | 1,374 | 3 days before |
|  |  | February 29 | 35 | 2 days before |
|  |  | March 1 | 268 | 1 day before |
| Art Rangel | March 2 | February 29 | 6,619 | 2 days before |
|  |  | March 1 | 26 | 1 day before |
| Tan Tang | March 2 | February 29 | 25 | 2 days before |
|  |  | March 1 | 170 | 1 day before |

3. Apple has yet to produce any documents for the Chris Harris deposition tomorrow or the deposition of B.J. Watrous, which is scheduled to take place on Thursday, March 8th.

02198.51855/4637815.2

Case No. 11-cv-01846-LHK (PSG)
DALZIEL DECLARATION IN SUPPORT OF SAMSUNG'S SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed March 5, 2012, at Los Angeles, California.

4

5  /s/ Melissa A. Dalziel
   Melissa A. Dalziel

02198.51855/4637815.2

Case No. 11-cv-01846-LHK (PSG)
DALZIEL DECLARATION IN SUPPORT OF SAMSUNG'S SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL