1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO APPLE'S MOTION TO COMPEL** |

On January 27, 2012, Plaintiff Apple Inc. ("Apple") filed a Reply In Support of Its Motion to Compel Timely Production of Foreign-Language and Other Documents (Dkt. No. 736).   On March 4, 2012, Apple filed filed a supplemental declaration in support of that motion.

Samsung has filed an Administrative Request to File a Sur-Reply In Support of Its Opposition to Apple's Motion to Compel.   Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby GRANT's Samsung's Administrative Request to File a Sur-Reply In Support of Its Opposition to Apple's Motion to Compel.

02198.5185

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST TO FILE SUR-REPLY

1 **IT IS SO ORDERED.**

3 DATED: 'Octej '8.'4234

HONORABLE PAUL S. GREWAL
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK
[~~PROPOSED~~] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST TO FILE SUR-REPLY