# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 6, 2012                                    Time in Court: [11:14 to 12:13 (59 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**

Plaintiff Attorney(s) present: Michael Jacobs, Jason Bartlett, Mia Mazza, Nathan Sabri and Calvin Walden
Defendant Attorney(s) present: Victoria Maroulis, Rachel Kassabian and Joby Martin

### PROCEEDINGS:
**Plaintiff and Defendant's Motions to Compel (Docs. 700 and 723)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///