RECEIVED

2012 MAR -5 P 1: 26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.,
a Korean business entity, SAMSUNG ELECTRONICS
AMERICA, INC., a New York corporation,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, a Delaware limited liability company,

    Defendant.

CASE NO. 11-cv-01846

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Timothy D. Syrett, whose business address and telephone number is 60 State Street, Boston, MA 02109, phone number: (617) 526-6975

and who is an active member in good standing of the bar of Judicial Court of Massachusetts and State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Apple Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge