QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/4640055.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1. Samsung's Motion to Compel Production of Documents Relating to Apple's
6       Efforts to Obtain Design Patents Related to the Patents-In-Suit ("Samsung's
7       MTC");
8    2. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel
9       Production of Documents Relating to Apple's Efforts to Obtain Design Patents
10      Related to the Patents-In-Suit ("Hutnyan Declaration");
11   3. Exhibit B to the Hutnyan Declaration; and
12   4. Exhibit F to the Hutnyan Declaration.

13   The above items contain materials that Apple, Inc. ("Apple") has designated as
14 confidential under the protective order entered in this case.   Samsung expects that Apple will file
15 a declaration establishing good cause to permit the sealing of these materials pursuant to Civil
16 Local Rule 79-5(d).

17   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
18 for in camera review and served on all parties.   Proposed redacted versions of Samsung's MTC
19 and the Hutnyan Declaration are attached as Exhibits 1-2 to this motion.

20 DATED: March 6, 2012            QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
21
22

23                                 By   /s/ Victoria Maroulis
                                        Charles K. Verhoeven
24                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
25                                      Michael T. Zeller
26                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
27                                      INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC
28

02198.51855/4640055.1
                                              -1-                      Case No. 11-cv-01846-LHK
                                 SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL