# EXHIBIT E



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 28, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: 29/201,636
FILING DATE: March 17, 2004
PATENT NUMBER: D504,889
ISSUE DATE: May 10, 2005

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



DESIGN PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### Be It Known That We

Bartley K. Andre
Daniel J. Coster
Daniele De Iuliis
Richard P. Howarth
Jonathan P. Ive
Steve Jobs
Duncan Robert Kerr
Shin Nishibori
Matthew Dean Rohrbach
Douglas B. Satzger
Calvin Q. Seid
Christopher J. Stringer
Eugene Anthony Whang
Rico Zorkendorfer

have invented a new, original, and ornamental design for an

### ELECTRONIC DEVICE

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE




**CERTIFICATE OF EXPRESS MAILING**
I hereby certify that this paper and the documents and/or fees referred to as attached therein are being deposited with the United States Postal Service on March 17, 2004 in an envelope as "Express Mail Post Office to Addressee" service under 37 CFR §1.10, Mailing Label Number EV333986607US, addressed to the Commissioner for Patents, Mail Stop Design P.O. Box 1450 Alexandria, VA 22313-1450.

_Lauren Kimball_
Lauren Kimball

Attorney Docket No.: APL1D297

First Named Inventor: Andre

## TRANSMITTAL OF A DESIGN PATENT APPLICATION
### (37 CFR §1.53)

Mail Stop Design
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing is the design patent application entitled:

**ELECTRONIC DEVICE**

by inventor(s): **Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Anthony Whang and Rico Zörkendörfer**

Enclosed are:

- ☒ A Specification totaling 3 pages.
- ☒ **Formal** drawings, totaling 4 pages.
- ☒ Appendix totaling 15 pages.
- ☒ (2) Combined Declaration and Power of Attorney.
- ☒ Associate Power of Attorney.
- ☐ Foreign Language Declaration and Power of Attorney.
- ☐ A certified copy of priority application:
- ☒ Assignment(s) together with the Assignment Cover Sheet.
- ☐ Applicant is entitled to Small Entity Status under 37 C.F.R. §1.27.
- ☒ Our Check No. 21870 in the amount of $380.00 is enclosed to cover the $340.00 filing fee and the $40.00 Assignment Recordation Fee.
- ☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 50-0388 (Order No. APL1D297).

**Correspondence address:**

☒   Please send correspondence to the following address:

**Customer Number 022434**

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778
(650) 961-8300

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: Andre et al. | Attorney Docket No.: APL1D297 |
| Application No.: Unassigned | Examiner: Unassigned |
| Filed: Herewith | Group: Herewith |
| Title: ELECTRONIC DEVICE | |

## *ASSOCIATE POWER OF ATTORNEY*

Commissioner for Patents
Washington, DC  20231

Sir:

The undersigned attorney of record in the subject patent application hereby grants an Associate Power of Attorney to add:

| | |
|---|---|
| Richard J. Lutton, Jr. | Reg. No. 39,756 |
| Mark Aaker | Reg. No. 32,667 |
| Richard Liu | Reg. No. 34,377 |
| Helene Plotka Workman | Reg. No. 35,981 |
| Edward W. Scott, IV | Reg. No. 36,000 |
| Brian Way | Reg. No. 47,171 |

to prosecute this application and to transact all business in the U. S. Patent and Trademark Office connected therewith.

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Reg. No. 45,738

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. APL1D297/P3246

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1. ☒   is attached hereto.

2. ☐ was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s)**                                              Priority Benefits Claimed?

| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | _ Yes _ No |
|---|---|---|---|
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | _ Yes _ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | _ Yes _ No |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U.S. Application(s)**

| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

## Power of Attorney

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

**Direct Correspondence To:**      **Customer Number: 022434**
BEYER WEAVER & THOMAS, LLP
P.O. BOX 778
BERKELEY, CA  94704-0778

**Direct Telephone Calls To:**      Quin C. Hoellwarth at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | | |
|---|---|---|---|
| Typewritten Full Name of Sole or First Inventor: | Bartley K. ANDRE | Citizenship: | USA |
| Inventor's signature: | [signed] | Date of Signature: | 03 17 04 |
| Residence: (City) | Menlo Park | (State/Country) | CA/USA |
| Post Office Address: | 655 Fourteenth Avenue, Menlo Park, CA  94025 | | |

| | | | |
|---|---|---|---|
| Full Name of Second Joint Inventor: | Daniel J. COSTER | Citizenship: | New Zealand |
| Inventor's signature: | [signed] | Date of Signature: | 03·12·04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 471 14th Street, San Francisco, CA  94103 | | |

| | | | |
|---|---|---|---|
| Full Name of Third Joint Inventor: | Daniele DE IULIIS | Citizenship: | Italy |
| Inventor's signature: | [signed] | Date of Signature: | 3  12 04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 50 Digby Street, San Francisco, CA  94131 | | |

APL1D297/P3246          Page 2 of 4

| | | | |
|---|---|---|---|
| Full Name of Fourth Joint Inventor: | Richard P. HOWARTH | Citizenship: | Great Britain |
| Inventor's signature: | [signature] | Date of Signature: | 3.12.04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 3928 17th Street, San Francisco, CA 94114 | | |

| | | | |
|---|---|---|---|
| Full Name of Fifth Joint Inventor: | Jonathan P. IVE | Citizenship: | Great Britain |
| Inventor's signature: | [signature] | Date of Signature: | 3 12 04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 196 Twin Peaks Boulevard, San Francisco, CA 94114 | | |

| | | | |
|---|---|---|---|
| Full Name of Sixth Joint Inventor: | Steve JOBS | Citizenship: | USA |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | Palo Alto | State/Country) | CA/USA |
| Post Office Address: | 2101 Waverley Street, Palo Alto, CA 94301 | | |

| | | | |
|---|---|---|---|
| Full Name of Seventh Joint Inventor: | Shin NISHIBORI | Citizenship: | Japan |
| Inventor's signature: | [signature] | Date of Signature: | 03/12/04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 248 Amber Dr., San Francisco, CA 94131 | | |

| | | | |
|---|---|---|---|
| Full Name of Eighth Joint Inventor: | Duncan Robert KERR | Citizenship: | Great Britain |
| Inventor's signature: | [signature] | Date of Signature: | 3/12/4 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 2600 18th Street, #15, San Francisco, CA 94110 | | |

| | | | |
|---|---|---|---|
| Full Name of Ninth Joint Inventor: | Matthew Dean ROHRBACH | Citizenship: | USA |
| Inventor's signature: | [signature] | Date of Signature: | 03.12.04 |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 1677 16th Avenue, San Francisco, CA 94122 | | |

APL1D297/P3246                    Page 3 of 4

| | | | |
|---|---|---|---|
| Full Name of Tenth Joint Inventor: | Douglas B. SATZGER | Citizenship: | USA |
| Inventor's signature: | [signature] | Date of Signature: | 3o4.o4 |
| Residence:  (City) | Menlo Park | (State/Country) | CA/USA |
| Post Office Address: | 225 Arden Road, Menlo Park, CA 94025 | | |

Full Name of Eleventh Joint
Inventor: _____Calvin Q. SEID_____                           Citizenship:       _____USA_____

Inventor's signature: _____                     Date of Signature: _3-12-04_

Residence: (City)_____Palo Alto_____                        (State/Country)    _____CA/USA_____

Post Office Address: _____1043 High Street, Palo Alto, CA  94301_____


Full Name of Twelfth Joint
Inventor: _____Christopher J. STRINGER_____                 Citizenship:       _____Australia_____

Inventor's signature: _____                     Date of Signature: _3/5/04_

Residence:    (City) _____Portola Valley_____               (State/Country)    _____CA/USA_____

Post Office Address:    _____320 Cervantes Road, Portola Valley, CA  94028_____


Full Name of Thirteenth Joint
Inventor: _____Eugene Anthony WHANG_____                    Citizenship:       _____Canada_____

Inventor's signature: _____                     Date of Signature: _3/12/04_

Residence:    (City) _____San Francisco_____                (State/Country)    _____CA/USA_____

Post Office Address:    _____#1-400 Dolores, San Francisco, CA  94114_____


Full Name of Fourteenth Joint
Inventor: _____Rico ZÖRKENDÖRFER_____                       Citizenship:       _____German_____

Inventor's signature: _____                     Date of Signature: _3/12/04_

Residence:    (City) _____San Francisco_____                (State/Country)    _____CA/USA_____

Post Office Address:    _____327 Lombard Street, San Francisco, CA  94133_____

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. APL1D297/P3246

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1. ☒  is attached hereto.

               2. ☐  was filed on _____ as
                      U.S. Application Serial No. _____
                      and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s)**                                                                                           Priority Benefits Claimed?

| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | __ Yes  __ No |
| --- | --- | --- | --- |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | __ Yes  __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | __ Yes  __ No |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U.S. Application(s)**

| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

**Direct Correspondence To:**     **Customer Number: 022434**
BEYER WEAVER & THOMAS, LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

**Direct Telephone Calls To:**     Quin C. Hoellwarth at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor:     Bartley K. Andre          Citizenship:     USA

**Inventor's signature:**     _____          Date of Signature: _____

Residence:     (City)     Menlo Park          (State/Country)     CA/USA

Post Office Address:     655 Fourteenth Avenue, Menlo Park, CA 94025


Full Name of Second Joint
Inventor:     Daniel J. Coster          Citizenship:     New Zealand

**Inventor's signature:**     _____          Date of Signature: _____

Residence:     (City)     San Francisco          (State/Country)     CA/USA

Post Office Address:     471 14th Street, San Francisco, CA 94103


Full Name of Third Joint
Inventor:     Daniele De Iuliis          Citizenship:     Italy

**Inventor's signature:**     _____          Date of Signature: _____

Residence:     (City)     San Francisco          (State/Country)     CA/USA

Post Office Address:     349 Prospect, San Francisco, CA 94110


Full Name of Fourth Joint
Inventor:     Richard P. Howarth          Citizenship:     Great Britain

**Inventor's signature:**     _____          Date of Signature: _____

Residence:     (City)     San Francisco          (State/Country)     CA/USA

Post Office Address:     3435 Army Street #213, San Francisco, CA 94110

APL1D297/P3246          Page 2 of 4

| | | | |
|---|---|---|---|
| Full Name of Fifth Joint Inventor: | Jonathan P. Ive | Citizenship: | Great Britain |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 196 Twin Peaks Boulevard, San Francisco, CA 94114 | | |

| | | | |
|---|---|---|---|
| Full Name of Sixth Joint Inventor: | Steve Jobs | Citizenship: | USA |
| Inventor's signature: | /s/ Steve Jobs | Date of Signature: | March 8, 2004 |
| Residence: (City) | Palo Alto | State/Country) | CA/USA |
| Post Office Address: | 2101 Waverley Street, Palo Alto, CA 94301 | | |

| | | | |
|---|---|---|---|
| Full Name of Seventh Joint Inventor: | Duncan Robert Kerr | Citizenship: | Great Britain |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 114A Diamond Street, San Francisco, CA 94114 | | |

| | | | |
|---|---|---|---|
| Full Name of Eighth Joint Inventor: | Matthew Dean Rohrbach | Citizenship: | USA |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 1677 16th Avenue, San Francisco, CA 94122 | | |

| | | | |
|---|---|---|---|
| Full Name of Ninth Joint Inventor: | Douglas B. Satzger | Citizenship: | USA |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | Menlo Park | (State/Country) | CA/USA |
| Post Office Address: | 225 Arden Road, Menlo Park, CA 94025 | | |

| | | | |
|---|---|---|---|
| Full Name of Tenth Joint Inventor: | Calvin Q. Seid | Citizenship: | USA |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | Palo Alto | (State/Country) | CA/USA |
| Post Office Address: | 1043 High Street, Palo Alto, CA 94301 | | |

| | | | |
|---|---|---|---|
| Full Name of Eleventh Joint Inventor: | Christopher J. Stringer | Citizenship: | Australia |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | Pacifica | (State/Country) | CA/USA |
| Post Office Address: | 243 Olympian Way, Pacifica, CA 94044 | | |

| | | | |
|---|---|---|---|
| Full Name of Twelfth Joint Inventor: | Eugene Anthony Whang | Citizenship: | Canada |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | #1-400 Dolores, San Francisco, CA 94114 | | |

| | | | |
|---|---|---|---|
| Full Name of Thirteenth Joint Inventor: | Rico Zörkendörfer | Citizenship: | German |
| Inventor's signature: | | Date of Signature: | |
| Residence: (City) | San Francisco | (State/Country) | CA/USA |
| Post Office Address: | 327 Lombard Street, San Francisco, CA 94133 | | |