UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO APPLE'S EFFORTS TO OBTAIN DESIGN PATENTS RELATED TO THE PATENTS-IN-SUIT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Compel Production of Documents Relating to Apple's Efforts to Obtain Design Patents Related to the Patents-In-Suit.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel Production of Documents Relating to Apple's Efforts to Obtain Design Patents Related to the Patents-In-Suit as follows:

1    IT IS ORDERED that by **no later than April 20, 2012,** Apple Inc. ("Apple") shall
2  complete its production to Samsung of all documents called for in Samsung's Requests for
3  Production Nos. 81, 82, 97, 98, and 362.
4
5    **IT IS SO ORDERED.**
6
7  DATED:  _____
8
9
10                                                                 HONORABLE PAUL S. GREWAL
                                                                   United States Magistrate Judge