QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5   1. Samsung's Notice of Motion and Motion to Compel Production of Materials From
6      Related Proceedings and to Enforce December 22, 2011 Court Order ("Samsung's
7      MTC");
8   2. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel
9      Production of Materials From Related Proceedings and to Enforce December 22,
10     2011 Court Order ("Hutnyan Declaration"); and
11  3. Exhibits B-D and N to the Hutnyan Declaration.

12  The above items contain materials that Apple, Inc. ("Apple") has designated as
13 confidential under the protective order entered in this case.   Samsung expects that Apple will file
14 a declaration establishing good cause to permit the sealing of these materials pursuant to Civil
15 Local Rule 79-5(d).   In addition, the above items contain materials previously filed under seal.
16  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
17 for in camera review and served on all parties.   Proposed redacted versions of Samsung's MTC
18 and the Hutnyan Declaration are attached as Exhibits 1-2 to this motion.

19 DATED: March 6, 2012              QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
20
21
22                                  By   */s/ Victoria Maroulis*
                                        Charles K. Verhoeven
23                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
24                                      Michael T. Zeller
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
25                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
26                                      TELECOMMUNICATIONS AMERICA, LLC
27
28