UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to File Documents Under Seal relating to Samsung's Motion to Compel Production of Materials from Related Proceedings and to Enforce December 22, 2011 Court Order.

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, for good cause shown by the parties, the Court ORDERS that the following documents shall be filed under seal:

1. Samsung's Notice of Motion and Motion to Compel Production of Materials From Related Proceedings and to Enforce December 22, 2011 Court Order;

2. Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Compel Production of Materials From Related Proceedings and to Enforce December 22, 2011 Court Order ("Hutnyan Declaration"); and

3. Exhibits B-D and N to the Hutnyan Declaration.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge