# EXHIBIT L

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

February 28, 2012

<u>VIA ELECTRONIC MAIL</u>

Harold McElhinny, Esq.
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Kristin Yohannan, Esq.
Morrison & Foerster
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888

Nina S. Tallon, Esq.
WilmerHale
1875 Pennsylvania Ave., NW
Washington, DC 20006

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.), Certain Electronic Digital Media Devices and Components Thereof, Inv. No. 337-TA-796 and The Matter of Certain Mobile Electronic Devices, Including Wireless Communications Devices, Portable Music and Data Processing Devices, And Tablet Computers, Inv. No. 337-TA-794.

Dear Harold, Kristin and Nina,

Regarding the parties' recent discussion of a cross-use agreement, Samsung proposes that the parties enter into a cross-use agreement for the deposition transcripts of the parties' fact witnesses taken in *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.),

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

*The Matter of Certain Electronic Digital Media Devices and Components Thereof,* Inv. No. 337-TA-796 or *The Matter of Certain Mobile Electronic Devices, Including Wireless Communications Devices, Portable Music and Data Processing Devices, And Tablet Computers,* Inv. No. 337-TA-794.  This agreement would establish that any such transcript taken (or to be taken) in one of the three actions would be deemed produced in the other two, consistent with the parties' approach with respect to documents among the three actions.  Samsung also wishes to make clear at the outset of this agreement that the parties should not use cross-use as a means of circumventing the time limits or relevance limits in the various matters.

Please confirm in writing by tomorrow whether Apple is willing to stipulate to this cross-use agreement.

Kind regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan