# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Compel Production of Materials from Related Proceedings and to Enforce December 22, 2011 Court Order.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Compel Production of Materials From Related Proceedings and to Enforce December 22, 2011 Court Order as follows:

02198.5185

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER**

1    (1)    Apple shall produce immediately all deposition transcripts from relevant Apple
2 employees from cases bearing a technological nexus to this action;

3    (2)    Apple shall produce other materials from Related Proceedings that bear a
4 technological nexus to this action; and

5    (3)    Samsung shall be allowed to serve written discovery relating to the matters raised
6 in the belatedly produced transcripts and other materials within three weeks after production is
7 complete (with any responses due within two weeks), and Apple shall make available for
8 deposition witnesses whose transcripts in other matters were belatedly produced, or other
9 witnesses regarding matters raised in the belatedly produced transcripts and other materials.

**IT IS SO ORDERED.**

DATED:  _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge