1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New York
corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC, a
Delaware limited liability company,

Defendants.

Case No.    11-cv-01846-LHK (PSG)

**APPLE'S NOTICE OF
LODGMENT OF CORRECTED
EXHIBIT 8 TO THE
DECLARATION OF MIA MAZZA
IN SUPPORT OF APPLE'S
MOTION TO COMPEL
DEPOSITIONS OF 14 OF
SAMSUNG'S PURPORTED
"APEX" WITNESSES**

1      PLEASE TAKE NOTICE that <u>Corrected</u> Exhibit 8 to the Declaration of Mia Mazza in

2  Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex"

3  Witnesses is lodged with the Court.  This exhibit is an email produced by Samsung beginning

4  with Bates number SAMNDCA10247549, and includes a copy of a certified translation of the

5  document.  An early draft of this translation was inadvertently produced to the Court as Exhibit 8

6  in the original filing.

7      This corrected exhibit is identical to Exhibit I to the Declaration of Minn Chung in

8  Support of Apple Inc.'s Motion for Rule 37(B)(2) Sanctions for Samsung's Violation of Two

9  Discovery Orders, filed by Apple on February 8, 2012.

10  Dated: March 7, 2012                          MORRISON & FOERSTER LLP

11

12                                            By:  */s/ Richard S.J. Hung*
                                                  Richard S.J. Hung
13
                                                  Attorneys for Plaintiff
14                                                APPLE INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28