| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE OF APPLE INC.'S CORRECTED EXHIBIT 8 TO THE DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 7, 2012, I served a copy of:

**APPLE INC.'S CORRECTED EXHIBIT 8 TO THE DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com

William H. Lee
william.lee@wilmerhale.com

Mark D. Selwyn
mark.selwyn@wilmerhale.com

Alexander B. Binder
alex.binder@quinnemanuel.com

Sara Jenkins
SaraJenkins@quinnemanuel.com

Sherrin Vanetta
sherrinvanetta@quinnemanuel.com

Joby Martin
JobyMartin@quinnemanuel.com

Rene Unger
reneunger@quinnemanuel.com

Gisele Darwish
GiseleDarwish@quinnemanuel.com

Peter Kovolos
peter.kovolos@wilmerhale.com

S. Calvin Walden
calvin.walden@wilmerhale.com

Liv Herriot
liv.herriot@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on March 7, 2012.

*/s/ Rosamaría Barajas*
Rosamaría Barajas

CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE
Case No. 11-cv-01846-LHK
sf-3117417