1   Counsel Information Appears on the Following Page

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   APPLE INC.,                                    Case No.    11-cv-01846-LHK (PSG)

13                     Plaintiff,                   **STIPULATION AND [PROPOSED]
                                                    ORDER REGARDING SCHEDULE
14          v.                                      FOR BRIEFING APEX-RELATED
                                                    MOTION TO COMPEL AND
15   SAMSUNG ELECTRONICS CO., LTD., A               MOTION FOR PROTECTIVE
     Korean business entity; SAMSUNG                ORDER**
16   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,

18
                      Defendant.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that the

2   Court revise the briefing schedule for Apple's Apex Motion and Samsung's related Protective

3   Order Motion.

4    WHEREAS, on February 16, 2012, Apple filed and served a Motion to Compel

5   Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Apex Motion") (Docket

6   No. 736);

7    WHEREAS, on February 23, 2012, Samsung filed and served a Motion for Protective

8   Order ("Protective Order Motion") relating to the Apex Motion (Docket No. 754-2);

9    WHEREAS, Apple' opposition to the Protective Order Motion and its reply in support of

10  the Apex Motion are currently due on March 8 and March 15, 2012, respectively, and Samsung's

11  reply in support of the Protective Order Motion is currently due on March 15, 2012;

12   WHEREAS, the parties agree that Apple's opposition and reply briefs should be

13  combined into a single brief to reduce the total number of briefs filed with the Court on apex-

14  related issues; and

15   WHEREAS, the proposed adjusted schedule would not postpone any of the other

16  deadlines set in this case;

17   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

18  parties that:

19   1.    Apple's opposition to Samsung's Protective Order Motion, and Apple's reply in

20  support of its Apex Motion, shall be filed as a single brief, not to exceed 25 pages, no later than

21  March 12, 2012.

22   2.    Samsung's reply in support of its Protective Order Motion shall be filed on

23  March 19, 2012.

24

25

26

27

28

1     **IT IS SO STIPULATED.**

2     Dated: March 8, 2012                    MORRISON & FOERSTER LLP

3

4                                             By:    /s/ Michael A. Jacobs
                                                     Michael A. Jacobs
5

6                                             MORRISON & FOERSTER LLP
                                              425 Market Street
7                                             San Francisco, California  94105-2482
                                              Telephone:  (415) 268-7000
8                                             Facsimile:  (415) 268-7522

9                                             Attorneys for Plaintiff
                                              APPLE INC.
10
      Dated: March 8, 2012                    RACHEL HERRICK KASSABIAN
11                                            QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
12

13
                                              By:    /s/ Rachel Herrick Kassabian
14                                                   Rachel Herrick Kassabian

15
                                              QUINN EMANUEL URQUHART &
16                                            SULLIVAN, LLP
                                              50 California Street, 22nd Floor
17                                            San Francisco, California 94111
                                              Telephone: (415) 875-6600
18                                            Facsimile: (415) 875-6700

19
                                              555 Twin Dolphin Drive 5th Floor
20                                            Redwood Shores, California 94065
                                              Telephone: (650) 801-5000
21                                            Facsimile: (650) 801-5100

22                                            865 S. Figueroa St., 10th Floor
                                              Los Angeles, California 90017
23                                            Telephone: (213) 443-3000
                                              Facsimile: (213) 443-3100
24
                                              Attorneys for Defendants
25                                            SAMSUNG ELECTRONICS CO.,
                                              LTD., SAMSUNG ELECTRONICS
26                                            AMERICA, INC. and SAMSUNG
                                              TELECOMMUNICATIONS
27                                            AMERICA, LLC

28

      STIPULATION RE BRIEFING SCHEDULE FOR APPLE'S AND SAMSUNG'S APEX-RELATED MOTIONS
      11-cv-01846-LKH (PSG)                                                                      2
      sf-3117720

1

## <u>ORDER</u>

2

Based on the foregoing stipulation,

3

**IT IS SO ORDERED.**

4

5

Dated: _____

6
                          HONORABLE PAUL S. GREWAL
                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3
I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

4
Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Rachel Herrick

5
Kassabian has concurred in this filing.

6
Dated:  March 8, 2012                              /s/ Michael A. Jacobs

7
                                                             Michael A. Jacobs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28