HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF STIPULATION REGARDING SCHEDULE FOR BRIEFING APEX-RELATED MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER** |

I, Michael A. Jacobs, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of the parties' Stipulation Regarding Schedule for Briefing Apex-Related Motion to Compel and Motion for Protective Order.

2. On February 16, 2012, Apple filed and served an Administrative Motion to File under Seal that included a Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Apex Motion") (Docket No. 736).

3. On February 23, 2012, Samsung filed and served a Motion to File Documents under Seal that included a Motion for Protective Order ("Protective Order Motion") relating to the Apex Motion (Docket No. 754);

4. Under the current briefing schedule, Apple's opposition to the Protective Order Motion is due March 8, 2012, and Apple's reply in support of the Apex Motion is due March 15, 2012.

5. After meeting and conferring, the parties agree that Apple's opposition and reply briefs should be combined into a single brief to reduce the total number of briefs filed with the Court on apex-related issues.

6. The Court has granted several motions filed by both parties to change time on discovery motions, For example, Apple filed a motion to compel on December 8, 2011, and Samsung filed a motion to compel on December 12, 2011. In both cases, the moving party sought and was granted the requested Order shortening time.

//

//

7. The requested time modification will not affect the overall schedule for the case or the hearing date for the Motions at issue. Both Motions are schedule to be heard on the noticed date, March 27, 2012. The Court will have all of the parties' briefing by March 19, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 8, 2012 at San Francisco, California.

*/s/ Michael A. Jacobs*
Michael A. Jacobs