1    Counsel Information Appears on the Following Page

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   APPLE INC.,                              Case No.   11-cv-01846-LHK (PSG)

13              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                              ORDER REGARDING SCHEDULE
14        v.                                  FOR BRIEFING APEX-RELATED
                                              MOTION TO COMPEL AND
15   SAMSUNG ELECTRONICS CO., LTD., A         MOTION FOR PROTECTIVE
     Korean business entity; SAMSUNG          ORDER**
16   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,

18
                Defendant.
19

20

21

22

23

24

25

26

27

28

1

2         Pursuant to Civil L.R. 6-2, Apple and Samsung file this Stipulation requesting that the

3  Court revise the briefing schedule for Apple's Apex Motion and Samsung's related Protective

4  Order Motion.

5         WHEREAS, on February 16, 2012, Apple filed and served a Motion to Compel

6  Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Apex Motion") (Docket

7  No. 736);

8         WHEREAS, on February 23, 2012, Samsung filed and served a Motion for Protective

9  Order ("Protective Order Motion") relating to the Apex Motion (Docket No. 754-2);

10         WHEREAS, Apple' opposition to the Protective Order Motion and its reply in support of

11  the Apex Motion are currently due on March 8 and March 15, 2012, respectively, and Samsung's

12  reply in support of the Protective Order Motion is currently due on March 15, 2012;

13         WHEREAS, the parties agree that Apple's opposition and reply briefs should be

14  combined into a single brief to reduce the total number of briefs filed with the Court on apex-

15  related issues; and

16         WHEREAS, the proposed adjusted schedule would not postpone any of the other

17  deadlines set in this case;

18         NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

19  parties that:

20         1.       Apple's opposition to Samsung's Protective Order Motion, and Apple's reply in

21  support of its Apex Motion, shall be filed as a single brief, not to exceed 25 pages, no later than

22  March 12, 2012.

23         2.       Samsung's reply in support of its Protective Order Motion shall be filed on

24  March 19, 2012.

25

26

27

28

1

2        **IT IS SO STIPULATED.**

3    Dated: March 8, 2012                    MORRISON & FOERSTER LLP

4

5                                            By:    */s/ Michael A. Jacobs*
                                                    Michael A. Jacobs
6
                                            MORRISON & FOERSTER LLP
7                                           425 Market Street
                                            San Francisco, California  94105-2482
8                                           Telephone:  (415) 268-7000
                                            Facsimile:  (415) 268-7522
9
10                                          Attorneys for Plaintiff
                                            APPLE INC.
11
     Dated: March 8, 2012                    RACHEL HERRICK KASSABIAN
12                                           QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
13

14
                                            By:    */s/ Rachel Herrick Kassabian*
15                                                  Rachel Herrick Kassabian

16
                                            QUINN EMANUEL URQUHART &
17                                          SULLIVAN, LLP
                                            50 California Street, 22nd Floor
18                                          San Francisco, California 94111
                                            Telephone: (415) 875-6600
19                                          Facsimile: (415) 875-6700

20                                          555 Twin Dolphin Drive 5th Floor
                                            Redwood Shores, California 94065
21                                          Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100
22

23                                          865 S. Figueroa St., 10th Floor
                                            Los Angeles, California 90017
24                                          Telephone: (213) 443-3000
                                            Facsimile: (213) 443-3100
25
                                            Attorneys for Defendants
26                                          SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS
27                                          AMERICA, INC. and SAMSUNG
                                            TELECOMMUNICATIONS
28                                          AMERICA, LLC

## ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**  In their briefing, the court would appreciate the parties' insight as to the merit, let alone virtue, of the common practice exemplified here of filing a motion for protective order in addition to an opposition to a motion to compel depositions. Put another way, in disputing the relief sought by Apple, why does not Samsung merely oppose Apple's motion? The court wishes to be clear that it is not – yet – criticizing Samsung's decision, but simply wishes to understand the litigation perspectives of the learned counsel representing both parties in this case.

Dated: 3/9/2012

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge