QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S UNOPPOSED MOTION TO MOVE THE DATE FOR THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON SAMSUNG'S MOTION TO DISMISS** |

02198.51855/4577498.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S UNOPPOSED MOTION TO MOVE THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON SAMSUNG'S MOTION TO DISMISS**

1   Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2 Samsung Telecommunications America, LLC (collectively, "Samsung") bring this unopposed
3 motion to move the dates for the Case Management Conference and the hearing on Samsung's
4 Motion to Dismiss Apple's Counterclaims (Dkt No. 405), which are both currently set for April 5,
5 2012 at 1:30 p.m.   Samsung respectfully requests that the Court conduct the conference and
6 hearing on Thursday, April 12, 2012 in order to accommodate scheduling issues among counsel.
7   If the Court grants this motion, Samsung will not argue that this change in date should
8 affect any other case deadline.   Counsel for Samsung conferred with counsel for Apple regarding
9 this motion and Apple does not oppose.

11 DATED: March 9, 2012                      QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


14                                           By   */s/ Victoria F. Maroulis*
                                                Charles K. Verhoeven
15                                              Kevin P.B. Johnson
                                                Victoria F. Maroulis
16                                              Michael T. Zeller
                                                Rachel Herrick Kassabian
17                                              Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
18                                              INC., and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC