UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO MOVE THE DATE FOR THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON SAMSUNG'S MOTION TO DISMISS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's unopposed motion to move the date for the case management conference and the hearing on Samsung's motion to dismiss.   Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's motion.

02198.5185

1    The date for the case management conference and the hearing on Samsung's Motion to
2 Dismiss Apple's Counterclaims shall be set for Thursday, April 12, 2012 at 1:30 p.m.
3    The hearing and case management conference previously scheduled for April 5, 2012 are
4 hereby canceled.

6    **IT IS SO ORDERED.**

8 DATED:   _____

_____
Hon. Lucy H. Koh
United States District Court Judge

02198.5185

-2-    Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION TO MOVE THE DATES FOR THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON SAMSUNG'S MOTION TO DISMISS**