1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S RULE 37(b)(2) MOTION BASED ON SAMSUNG'S VIOLATION OF THE COURT'S DECEMBER 22, 2011 ORDER REGARDING SOURCE CODE** |

1  Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-4, Apple Inc. ("Apple")
2  seeks certain remedies based on Samsung Electronics Co., Ltd.'s, Samsung Electronics
3  America, Inc.'s, and Samsung Telecommunications America, LLC's (collectively, "Samsung")
4  material violations of the Court's December 22, 2011 Discovery Order (Dkt. No. 537). That
5  Order required Samsung to produce certain source code by December 31, 2011.
6  Having considered the arguments of the parties and the papers submitted, and GOOD
7  CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Apple's Rule 37(b)(2) Motion Based
8  on Samsung's Violation of the Court's December 22, 2011 Order Regarding Source Code is
9  GRANTED.
10  The Court issues the following findings and orders:
11  1.  The Court finds that Samsung violated this Court's December 22, 2011 Order by
12  failing to produce source code for the accused functionalities for all versions of the accused
13  products by December 31, 2011.
14  2.  Samsung and its experts are precluded from presenting, using, or relying on any
15  source code that was not timely produced under the Court's December 22, 2011 Order.
16  3.  For purposes of assessing infringement by any version of a Samsung accused
17  product, the product version for which Samsung timely produced source code shall be deemed
18  representative of all versions of that product.
19  **IT IS SO ORDERED.**
20
21  Dated: April _____, 2012
22  HONORABLE PAUL S. GREWAL
    United States Magistrate Judge

[PROPOSED ORDER] GRANTING RULE 37(B)(2) MOT. BASED ON VIOLATION OF DEC. 22 ORDER RE: SOURCE CODE
CASE NO. 11-CV-01846-LHK (PSG)
sf-3115299