# Exhibit E

| | |
|---|---|
| **From:** | Bill Trac [BillTrac@quinnemanuel.com] |
| **Sent:** | Monday, February 27, 2012 10:38 AM |
| **To:** | Pernick, Marc J. |
| **Cc:** | Mark Tung; Rachel Herrick Kassabian |
| **Subject:** | RE: Apple v. Samsung: Correspondence re: Production of Source Code by Samsung |
| **Attachments:** | 2012-02-26 Pernick to Kassabian re Stipulation on Source Code.pdf |

Hi Marc,

As a courtesy, may we please have an editable word version of Apple's proposed stipulation?

Thanks,
Bill


**Bill Trac**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5094 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
BillTrac@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Sunday, February 26, 2012 9:47 PM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com; Mazza, Mia; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Apple v. Samsung: Correspondence re: Production of Source Code by Samsung


<<2012--2-26 Pernick to Kassabian re Stipulaton on Source Code.pdf>> <<2012-02-26 Pernick to Kassabian re Stipulation on Source Code.pdf>>

Hi Rachel,

Attached please find correspondence regarding Samsung's production of source code in response to the Court's December 22, 2011 Order, as well as a draft stipulation for your review.

Regards,
Marc Pernick

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650.813.5718
mpernick@mofo.com

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------