# Exhibit F

| | |
|---|---|
| **From:** | Pernick, Marc J. |
| **Sent:** | Monday, February 27, 2012 11:32 AM |
| **To:** | 'Bill Trac' |
| **Cc:** | Mark Tung; Rachel Herrick Kassabian; AppleMoFo; 'WH Apple Samsung NDCal Service' |
| **Subject:** | RE: Apple v. Samsung: Correspondence re: Production of Source Code by Samsung |
| **Attachments:** | AvSS___Source_Code_Stip_Version (clean).doc |

Hi Bill:

I've attached a Word version of Apple's draft stipulation.

Regards,
Marc

---

**From:** Bill Trac [mailto:BillTrac@quinnemanuel.com]
**Sent:** Monday, February 27, 2012 10:38 AM
**To:** Pernick, Marc J.
**Cc:** Mark Tung; Rachel Herrick Kassabian
**Subject:** RE: Apple v. Samsung: Correspondence re: Production of Source Code by Samsung

Hi Marc,

As a courtesy, may we please have an editable word version of Apple's proposed stipulation?

Thanks,
Bill

**Bill Trac**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5094 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
BillTrac@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Sunday, February 26, 2012 9:47 PM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com;
Mazza, Mia; WHAppleSamsungNDCalService@wilmerhale.com

**Subject:** Apple v. Samsung: Correspondence re: Production of Source Code by Samsung

<<2012--2-26 Pernick to Kassabian re Stipulaton on Source Code.pdf>> <<2012-02-26 Pernick to Kassabian re Stipulation on Source Code.pdf>>

Hi Rachel,

Attached please find correspondence regarding Samsung's production of source code in response to the Court's December 22, 2011 Order, as well as a draft stipulation for your review.

Regards,
Marc Pernick

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650.813.5718
mpernick@mofo.com

-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-------------------------------------------------------------------

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No.
170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE FOR THE ACCUSED DEVICES** |

1

2      WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action against

3  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4  Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the

5  Parties" and individually each a "Party") on April 15, 2011;

6      WHEREAS, through Requests for Production propounded on Samsung and other

7  discovery mechanisms, Apple sought production of the source code for the accused products (*see*,

8  *e.g.*, Apple RFP Nos. 224, 228, and 232);

9      WHEREAS, on December 8, 2011, Apple filed a motion to compel seeking an order

10  directing Samsung to produce its source code for the accused products, including its source code

11  relating to certain specified accused functions (*see* Apple's 12/8/11 [Proposed] Order Granting

12  Apple's Mot. Compel Production of Docs. & Things at 2-3);

13      WHEREAS, on December 22, 2011, the Court issued an order requiring Samsung to

14  produce "the source code and technical documents requested by Apple's motion" by

15  December 31, 2011 (12/22/11 Order at 2);

16      WHEREAS, Samsung produced only one version of source code for each accused product

17  by December 31, 2011;

18      WHEREAS, Apple contends that Samsung should be precluded from arguing that any

19  version of an accused product does not infringe any Apple patent-in-suit, unless the source code

20  for that version of the product either (i) was produced by December 31, 2011, or (ii) differs in no

21  material way from the source code for the version of the product that was produced by

22  December 31, 2011;

23      WHEREAS, although Samsung does not agree with Apple's contention, Samsung

24  represents that, for purposes of assessing infringement of all but one of the Apple patents-in-suit,

25  the version of the following accused products for which Samsung did produce source code by

26  December 31, 2011 is representative of all versions of that product:

27          (a) Captivate;
            (b) Continuum;
28          (c) Epic 4G;
            (d) Exhibit 4G;
            (e) Fascinate;

1

2
    (f)  Galaxy Ace Showcase;
    (g)  Galaxy S 4G;

3
    (h)  Gravity Smart;
    (i)  Indulge;

4
    (j)  Intercept;
    (k)  Mesmerize;

5
    (l)  Nexus;
    (m) Nexus S;

6
    (n)  Nexus S 4G;
    (o)  Replenish;

7
    (p)  Showcase Galaxy S;
    (q)  Sidekick;

8
    (r)  Transform;
    (s)  Vibrant;

9
    (t)  Galaxy Tab (AT&T, Sprint, TMobile and Verizon versions);
    (u) ….

10
    (v) …..
    (w)…

11
    (x) …...

12
WHEREAS, Samsung's representation does not apply to Apple's allegation that

13
Samsung's accused products infringe U.S. Patent No. 7,469,381; and

14
WHEREAS, the Parties have determined that it is in their mutual interest to memorialize

15
their partial resolution of this outstanding dispute regarding the consequences of Samsung's

16
failure to produce all of the source code covered by the Court's December 22, 2011 Order by

17
December 31, 2011.

18
NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as

19
follows:

20
1.	For purposes of assessing infringement of U.S. Patent Nos. 6,493,002, 7,853,891,

21
7,864,163, 7,844,915, 7,812,828, 7,663,607, and 7,920,129 (whether direct or indirect, and

22
whether literal or by equivalents), the version of source code that Samsung produced by

23
December 31, 2011 for the following products is representative of the source code for all versions

24
of that product:

25
    a.	Captivate;
    b.	Continuum;

26
    c.	Epic 4G;
    d.	Exhibit 4G;

27
    e.	Fascinate;
    f.	Galaxy Ace Showcase;

28
    g.	Galaxy S 4G;
    h.	Gravity Smart;
    i.	Indulge;

1

2          j.   Intercept;
           k.   Mesmerize;
3          l.   Nexus;
           m.   Nexus S;
4          n.   Nexus S 4G;
           o.   Replenish;
5          p.   Showcase Galaxy S;
           q.   Sidekick;
6          r.   Transform;
           s.   Vibrant; and
7          t.   Galaxy Tab (AT&T, Sprint, TMobile and Verizon versions);
           u.   …….
8          v.   …….
           w.   …….
9          x.   …….

10         2.       This stipulation is without prejudice to Apple's right to seek any remedy or relief

11   with regard to any disputes over Samsung's production of source code in accordance with the

12   December 22, 2011 Order that are not addressed in Section 1 of this Stipulation.

13

14   Dated:  February ___, 2012

15   MORRISON & FOERSTER LLP              QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
16

17   By:_____    By:_____
18       HAROLD J. MCELHINNY                    CHARLES K. VERHOEVEN
         MICHAEL A. JACOBS                       KEVIN P.B. JOHNSON
19       JENNIFER LEE TAYLOR                     VICTORIA F. MAROULIS
         ALISON M. TUCHER                        EDWARD DEFRANCO
20       RICHARD S.J. HUNG                       MICHAEL T. ZELLER
         JASON R. BARTLETT
21                                               Attorneys for SAMSUNG ELECTRONICS
         Attorneys for Plaintiff                 CO. LTD, SAMSUNG ELECTRONICS
22       APPLE INC.                              AMERICA, INC., AND SAMSUNG
                                                 TELECOMMUNICATIONS AMERICA,
23                                               LLC.

24

25

26

27

28

1

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 Dated: _____, 2012        By: _____

5                                                   The Honorable Lucy H. Koh
                                                  United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28