QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER RE SAMSUNG'S SUBPOENA TO THIRD PARTY WALMART** |

1  Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Corporation,
2  Ltd., Samsung Telecommunications America, LLC., and Samsung Electronics America, Inc.,
3  (collectively, "Samsung") file this Stipulation requesting that the Court extend the March 8, 2012
4  fact discovery cutoff with respect to Wal-Mart Stores Inc.

5  WHEREAS, on February 3, 2012, Samsung Electronics Co. Ltd. ("Samsung") served a
6  subpoena on Wal-Mart Stores Inc. ("Wal-Mart") requesting that Wal-Mart produce documents and
7  sit for a deposition in *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.);

8  WHEREAS, Wal-Mart has requested an extension to respond to the subpoena, whereby
9  Wal-Mart will provide discovery after the March 8, 2012 discovery cut-off; and

10  WHEREAS, Apple Inc. ("Apple") and Samsung Electronics Co. Ltd. do not oppose
11  granting Wal-Mart this extension;

12  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
13  parties that Wal-Mart shall have until April 6, 2012 to comply with Samsung's subpoena.  IT IS
14  FURTHER HEREBY STIPULATED and agreed to by and between the parties that the extension
15  of time granted to Wal-Mart shall have no effect on the case schedule otherwise.

**IT IS SO STIPULATED.**

Dated: March 8, 2012           MORRISON & FOERSTER LLP


                               By:   */s/ Philip Besirof*
                                     Philip Besirof

                               Attorneys for APPLE INC.

Dated: March 8, 2012           QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By:   */s/ Scott Kidman*
                                     Scott Kidman

                               Attorneys for SAMSUNG
                               ELECTRONICS CO., LTD et al.

*** *** ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   By: _____
                              Honorable Paul S. Grewal
                              United States Magistrate Judge

**General Order 45 Attestation**

    I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Scott Kidman has concurred in this filing.

/s/ Victoria Maroulis