1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1. In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has moved for an order to seal the following documents:

   1. The confidential, unredacted version of Apple's Combined Reply In Support Of Its Motion To Compel Depositions Of Samsung's Purported "Apex" Witnesses and Opposition To Samsung's Motion For A Protective Order ("Opposition");

   2. The confidential, unredacted version of the Declaration of Mia Mazza in Support of Apple's Opposition ("Mazza Decl."); and

   3. Exhibits 5-32 & 34-40 to the Mazza Declaration.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated:

                                 HONORABLE PAUL S. GREWAL
                                 United States District Judge