UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   On February 23, 2012, Samsung Electronics Co., Ltd., Samsung Electronics America,
2 Inc., and Samsung Telecommunications America, LLC ("Samsung") moved for a protective order
3 seeking to prevent Apple Inc. ("Apple") from deposing ten of Samsung's employees (Dkt. 754-
4 2). Having considered the arguments of the parties and the papers submitted, the Court hereby
5 **DENIES** Samsung's Notice of Motion and Motion for a Protective Order.
6   **IT IS SO ORDERED.**
7 Dated:
8                                                                              HONORABLE PAUL S. GREWAL
                                                                                 United States District Judge