| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S COMBINED REPLY IN SUPPORT OF ITS MOTION TO COMPEL DEPOSITIONS OF SAMSUNG'S PURPORTED "APEX" WITNESSES AND OPPOSITION TO SAMSUNG'S MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company., | |
| Defendants. | Date:    March 27, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**REDACTED PUBLIC VERSION**

1      I, Mia Mazza, declare as follows:

2      1.     I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.
3  ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I
4  have personal knowledge of the matters stated herein or understand them to be true from
5  members of my litigation team. I make this Declaration in support of Apple's Combined Reply in
6  Support of Its Motion to Compel Depositions of Samsung's Purported "Apex" Witnesses and
7  Opposition to Samsung's Motion for a Protective Order.

8      2.     Certain of the exhibits to this Declaration consist of Korean-language documents
9  produced by Samsung in this action. Apple has obtained certified translations of those documents
10 and submits those translations herewith along with each Korean original.

11     3.     A description of the meet-and-confer process leading to Apple's filing its Motion
12 to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Motion to Compel"),
13 along with facts concerning Apple's having produced its own comparable "high level" employees
14 for deposition, is set forth in my declaration in support of Apple's Motion to Compel, filed
15 February 16, 2012.

16     4.     On February 5, 2012, I sent an email to Rachel Kassabian, who is one of
17 Samsung's attorneys in this action, stating in part that Apple "will not at this time pursue the
18 depositions of Woncheol Chae, Chang Hwan Hwang, . . . and Hankil Yoon." Those three
19 witnesses were among the 23 purported apex witnesses listed in Ms. Kassabian's letter of
20 February 3, 2012 ("February 23 Kassabian letter") (Dkt. No. 752-16). Attached hereto as
21 **Exhibit 1** is a true and correct copy of that February 5 email.

22     5.     On February 9, 2012, Apple sent Samsung a thirteen-page letter containing a
23 witness-by-witness summary outlining why Samsung's objections were meritless. (Dkt.
24 No. 754-14.) Reflecting that Apple had dropped three of the 23 purported apex witnesses
25 identified in the February 23 Kassabian letter, Apple's letter discusses 20 witnesses.

26     6.     On February 12, 2012, I sent an email to Ms. Kassabian and Alex Binder, who also
27 is one of Samsung's attorneys in this action, stating in part that Apple "will not at this time pursue
28 the deposition[] of Justin Lee." Mr. Lee is another one of the 23 purported apex witnesses listed

1 in the February 23 Kassabian letter.  Attached hereto as **Exhibit 2** is a true and correct copy of

2 that February 12 email.

3       7. On February 13, 2012, I sent another email to Ms. Kassabian and Mr. Binder,

4 stating in part that Apple "will not at this time pursue the deposition[] of . . . Younseok Lee."

5 The email further stated:  "Note that Younghee Lee is one of the witnesses to whom Samsung has

6 objected as 'apex.'  This is the fifth 'apex' witness Apple has taken off its deposition schedule

7 since receiving Samsung's February 3, 2012, letter."  Attached hereto as **Exhibit 3** is a true and

8 correct copy of that February 13 email.

9       8. On February 14, 2012, I sent another email to Mr. Binder and Ms. Kassabian,

10 stating in part that Apple "is willing to cut one additional witness [Samsung] has claimed to be

11 'apex':  YoungHoon Eom."  Attached hereto as **Exhibit 4** is a true and correct copy of that

12 February 14 email.

13       9. I have reviewed Ms. Kassabian's Declaration in support of Samsung's motion for

14 protective order (Dkt. No. 752-15) and the Declaration of Joby Martin in support of Samsung's

15 opposition to Apple's Motion to Compel. (Dkt. No. 773-4.)  In Ms. Kassabian's declaration, she

16 asserts that, after Apple sent its February 9 letter to Samsung (described in Paragraph 7 of her

17 Declaration), "Samsung subsequently narrowed its apex objections down from 23 to 17

18 executives."  (Dkt. No. 752-15 ¶¶7-8.)  In Mr. Martin's declaration, he asserts that "Samsung has

19 repeatedly narrowed its apex objections down from 23 to 17, to 14, to 10, to 9 executives," and

20 that "[d]uring that time, Apple refused to make even a single concession as to any of Samsung's

21 apex witnesses."  (Dkt. No. 773-4 ¶2.)  Mr. Martin's declaration further states that "on

22 March 2, 2012, *for the first time*, Apple offered to drop its demand for the deposition of one of

23 [Samsung's] apex executives."  (*Id.*, emphasis added.)  I do not know of any factual basis for any

24 of these assertions, which were made by Ms. Kassabian and Mr. Martin under penalty of perjury.

25 To the contrary, as set forth above, it is *Apple* who unilaterally dropped Samsung's purported

26 "apex" witnesses from 23 to 20 (Woncheol Chae, Chang Hwan Hwang, and Hankil Yoon), to 19

27 (Justin Lee), to 18 (Younseok Lee), and then from 15 to 14 (YoungHoon Eom) and (most

28 recently, on March 12, 2012) from 9 to 6 (Jaewan Chi, Heonbae Kim, and Dong Jin Koh).  Apple

MAZZA DECL. ISO APPLE'S COMBINED REPLY ISO MOT. TO COMPEL AND OPP. TO MOT. FOR PROT. ORD.
CASE NO. 4:11-cv-01846-LHK
sf-3116763

2

1  dropped five witnesses before Samsung dropped any of its objections to any depositions, and

2  Apple dropped six witnesses before Apple filed its motion to compel. And Apple has dropped a

3  total of 9 witnesses between February 5, 2012 and the date of this declaration.

4      10.    Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by

5  Samsung beginning with Bates number SAMNDCA10202827. ██████████

6  ████████████████████████████████████████████

7  ████

8      11.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the

9  deposition transcript of Seogguen Kim, taken February 29, 2012.

10      12.    Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the

11  deposition transcript of Don-Joo Lee, taken February 17, 2012.

12      13.    Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by

13  Samsung beginning with Bates number SAMNDCA10249770. ██████████

14  ████████████████████████████████████████████

15  A certified translation is included.

16      14.    Attached hereto as **Exhibit 9** is a true and correct copy of an email chain from

17  August 2008 produced by Samsung beginning with Bates number SAMNDCA10885538. ██

18  ████████████████████████████████████████████ A certified

19  translation is included.

20      15.    Attached hereto as **Exhibit 10** is a true and correct copy of an email from

21  January 2010 produced by Samsung beginning with Bates number SAMNDCA10907800. ██

22  ████████████████████████████████████████████ A

23  certified translation is included.

24      16.    Attached hereto as **Exhibit 11** is a true and correct copy of a document produced

25  by Samsung beginning with Bates number SAMNDCA10422392. ██████████

26  ████████████████████████████████████████████ A

27  certified translation is included.

28

1  17. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced
2  by Samsung beginning with Bates number SAMNDCA00196646. ▮
3  ▮
4  ▮ A certified translation is included.
5  18. Attached hereto as **Exhibit 13** is a true and correct copy of an email chain from
6  October, 2010 produced by Samsung beginning with Bates number SAMNDCA10774544. ▮
7  ▮ A
8  certified translation is included.
9  19. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced
10 by Samsung beginning with Bates number SAMNDCA10775880. ▮
11 ▮
12 ▮ A certified translation is included.
13 20. Attached hereto as **Exhibit 15** is a true and correct copy of an email from
14 May 2010 produced by Samsung beginning with Bates number SAMNDCA10911066. ▮
15 ▮ A
16 certified translation is included.
17 21. Attached hereto as **Exhibit 16** is a true and correct copy of an email from
18 August 2010 produced by Samsung beginning with Bates number SAMNDCA10771078. ▮
19 ▮ A certified translation is
20 included.
21 22. Attached hereto as **Exhibit 17** is a true and correct copy of an email chain from
22 May and June 2010 produced by Samsung beginning with Bates number SAMNDCA10764503.
23 ▮ A certified translation is
24 included.
25 23. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the
26 deposition transcript of Jinsoo Kim, taken February 3, 2012.
27 24. Attached hereto as **Exhibit 19** is a true and correct copy of a ▮
28 ▮ dated Nov. 2010 - Jan. 2011, bearing Bates numbers SAMNDCA00533129-159.

1  25. Attached hereto as **Exhibit 20** is a true and correct copy of an email dated July 24, 2011 from Yong Sung Park bearing Bates numbers SAMNDCA11115223-229. ███████

███████

███████

26. Attached hereto as **Exhibit 21** is a true and correct copy of an email chain dated August 10, 2010 bearing Bates numbers SAMNDCA10185356-364. ███████

███████

███████

27. Attached hereto as **Exhibit 22** is a true and correct copy of an email bearing Bates numbers SAMNDCA10172484-488 authored by Don Jin Koh and dated May 6, 2010. ███████

███████

███████

28. Attached hereto as **Exhibit 23** is a true and correct copy of an email chain produced by Samsung bearing Bates numbers SAMNDCA10167858-867. ███████

███████

███████

29. Attached hereto as **Exhibit 24** is a true and correct copy of an email bearing Bates numbers SAMNDCA10181789-794 authored by Don Jin Koh and dated July 2, 2010. ███████

███████

30. Attached hereto as **Exhibit 25** is a true and correct copy of an email bearing Bates numbers SAMNDCA10247568-570 authored by Dong Hoon Chang and dated September 24, 2010. ███████

███████

31. Attached hereto as **Exhibit 26** is a true and correct copy of an email bearing Bates numbers SAMNDCA11023144-164 authored by Don Jin Koh and dated September 23, 2011.

1
2
3      32.    Attached hereto as **Exhibit 27** is a true and correct copy and a certified translation
4  of a document beginning with Bates number SAMNDCA10320161.  The document is
5
6
7
8
9
10
11
12
13
14     33.    Attached hereto as **Exhibit 28** is a true and correct copy and a certified translation
15 of an email chain beginning with Bates number SAMNDCA00532560.
16
17
18
19
20
21     34.    I am informed by my team that Apple has not been able to depose a witness with
22 specific knowledge of SEC's finances.
23     35.    Attached hereto as **Exhibit 29** is a true and correct copy of an email from
24 Dale Sohn to members of his team, dated February 15, 2011, bearing Bates Number S-ITC-
25 500000321-322.
26
27
28

36. Attached hereto as **Exhibit 30** is a true and correct copy of an email chain, dated from June 23 – 24, 2011, bearing Bates numbers S-ITC-500043605-611. ███████████

37. Attached hereto as **Exhibit 31** is a true and correct copy of an email dated March 2, 2010, bearing Bates numbers SAMNDCA10247549-552. The email relates remarks made by ███████████████████████████████████████████████████

███████████████████████████████████████████████████ A draft version of this email was inadvertently filed on February 16, 2012 as Exhibit 8 to the Declaration of Mia Mazza in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Mazza Declaration"). The correct translation of Exhibt 8 to the Mazza Declaration was lodged with the Court on March 7, 2012. (*See* Dkt. No. 786.)

38. Attached as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the deposition of Heon-Seok Lee taken February 29, 2012.

39. On February 27, 2012, my colleague Marc Pernick sent a letter to Samsung regarding the then-upcoming deposition of Heon-Seok Lee. In his letter, Mr. Pernick reminded Samsung of the topics about which Mr. Lee was designated to testify and requested that he be prepared to answer questions on those topics. Attached as **Exhibit 33** is a true and correct copy of that letter.

MAZZA DECL. ISO APPLE'S COMBINED REPLY ISO MOT. TO COMPEL AND OPP. TO MOT. FOR PROT. ORD.
CASE NO. 4:11-cv-01846-LHK
sf-3116763

7

1  40. On March 2, 2012, my colleague Marc Pernick sent a letter to Samsung detailing Apple's concerns about the Heon-Seok Lee deposition, including the apparent lack of preparation on the designated issues. Attached as **Exhibit 34** is a true and correct copy of that letter.

41. Attached as **Exhibit 35** is a true and correct copy of excerpts from the transcript of the deposition of Seong Hee Hwang taken March 7, 2012.

42. On March 7, 2012, my colleague Marc Pernick sent a letter to Samsung expressing Apple's objections to the lack of knowledge and preparation evidenced in the deposition of Seong Hee Hwang. Attached as **Exhibit 36** is a true and correct copy of that letter.

43. Attached hereto as **Exhibit 37** is a true and correct copy of Apple's Sixth Rule 30(b)(6) notices.

44. Attached as **Exhibit 38** is a true and correct copy of excerpts from the deposition transcript of Kiwon Lee, taken March 8, 2012.

45. Attached as **Exhibit 39** is a true and correct copy of excerpts from the deposition transcript of Sungsik Lee, taken March 1, 2012.

46. Between February 16, 2012, and March 5, 2012, inclusive, 17 individuals were designated to testify regarding Rule 30(b)(6) topics on behalf of Samsung.

47. On March 12, 2012, Apple notified Samsung that it has determined that it will not at this time pursue the depositions of Jaewan Chi, Heonbae Kim, and Dong Jin Koh.

48. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the deposition transcript of Dong Hoon Chang, taken March 7, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2012 at San Francisco, California.

                                   */s/ Mia Mazza*
                                    Mia Mazza

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: March 12, 2012            */s/ Michael A. Jacobs*
                                  Michael A. Jacobs