Exhibit 2

**From:** Mazza, Mia
**Sent:** Sunday, February 12, 2012 11:13 PM
**To:** 'alexbinder@quinnemanuel.com'; 'rachelkassabian@quinnemanuel.com'
**Cc:** AppleMoFo; 'samsungv.apple@quinnemanuel.com'; 'WH Apple Samsung NDCal Service'
**Subject:** Apple v. Samsung: URGENT - Deposition Scheduling

**Hi Alex and Rachel, I was expecting to hear from you last week regarding scheduling of the remaining Samsung witnesses, but did not. There are still 37 dates outstanding.**

**Apple is moving forward as follows.**

***1. Apple has determined that it will not at this time pursue the depositions of Justin Lee and Paul Chapple, but Apple reserves its rights to seek their depositions at a later time.***

***2. We are proceeding with Korean travel and other arrangements based on at least the below dates.***

- Byeong-Wook Kim (February 15)
- Doo-Ju Byun (February 15 (ITC) and 16 (ND Cal), San Francisco)
- Giyoung Lee (February 16 (ITC) and 17 (ND Cal))
- Don Joo Lee (two days including February 17, see below)
- Youngseok Bang (February 17)
- Tim Benner (February 22, Silicon Valley)
- Ioi Lam (February 23)
- Suk Geun Kim (February 23 (ITC) and 24 (ND Cal))
- Yun-Jung Lee (February 23 (ITC) and 24 (ND Cal))
- June Sik Seong (February 24)
- SangEun Lee (February 24)
- DongSeok Ryu (February 29, San Francisco)
- Hyoung Shin Park (February 29 (ITC) and March 2 (ND Cal))
- Minhyouk Lee (two days including March 2, see below)
- Seung Hun-Yoo (March 2)
- Joon-Il Choi (two days including March 5, see below)
- In-Ho Kim (March 7)

***3. The following witnesses have been noticed in both the ITC and ND Cal case. We need two dates for each of them.***

- Don Joo Lee (already provided 2/17 as one date, need a second date)
- Minhyouk Lee (already provided 3/2 as one date, need a second date)
- Joon-Il Choi (already provided 3/5 as one date, need a second date)
- Won Pyo Hong (need two dates falling before March 5)
- Dong Hoon Chang (need two dates falling before March 5)
- Jong-Kyun Shin (need two dates falling before March 5)

3/8/2012

*Once Samsung provides two dates of availability for a witness, Apple will amend its deposition notices in the ITC case and the ND Cal case to confirm that the first date is an ITC deposition and the second date is an ND Cal deposition. Please let us know if you would like to discuss scheduling any of these witnesses' two depositions on a single date, with spillover into the next business day to complete the second deposition in the event necessary.*

**4. On Tuesday, February 14 we will proceed with Korean travel and other arrangements based on the below dates as noticed, unless you advise of their unavailability and offer alternative date by close of business on Monday, February 13.**

- Hyun Ku Woo (February 20, as noticed)
- Jin-Ku Kang (February 20, as noticed)
- Seok Hui Chung (February 21, as noticed)
- Eun-Mi Cha (February 22, as noticed)

**5. Please provide dates for all of the following additional witnesses.**

- ByongChol Hwang
- Chan-Woo Park
- Corey Kerstetter
- Dae-Woon Myeong
- Dong Jin Koh (need date before March 5)
- Dong-Sub Kim
- Gee Sung Choi
- Hak-Yeol Kim
- Heonbae Kim
- Heon-Seok Lee
- Hoosoo Seo
- Hun-Do Hur
- Hye-Jung Lee
- Jae-Wook Park
- Jong-Dae Park
- Jong-Min Lee
- Joseph Cheong
- Min-Cheol Shin
- Min-Kyung Kang
- Oh-Chae Kwon
- Sang Hung
- Seunghwan Cho
- Seung-Kyu Lee
- Seung-Min Lee
- Seung-Yun Lee
- Sungsik Lee
- Todd Pendleton
- Yong-Shik Shin

- Younghee Lee
- YoungHoon Eom

**Regards,**

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 268-7522 fax**

3/8/2012