# Exhibit 3

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Monday, February 13, 2012 8:17 PM |
| **To:** | 'alexbinder@quinnemanuel.com'; 'rachelkassabian@quinnemanuel.com' |
| **Cc:** | AppleMoFo; 'samsungv.apple@quinnemanuel.com'; 'WH Apple Samsung NDCal Service' |
| **Subject:** | RE: Apple v. Samsung: URGENT - Deposition Scheduling |

**Alex and Rachel --**

**We still have not received dates from you regarding the depositions of the remaining Samsung witnesses.  Nevertheless, we are continuing our good-faith effort to streamline the deposition schedule going forward.  Accordingly:**

- **Apple has determined that it will not at this time pursue the depositions of ByongChol Hwang, Hoosoo Seo, Younghee Lee, and Youngseok Bang, but Apple reserves its rights to seek their depositions at a later time.  Note that Younghee Lee is one of the witnesses to whom Samsung has objected as "apex."  This is the fifth "apex" witness Apple has taken off its deposition schedule since receiving Samsung's February 3, 2012, letter.**
- **Further, Apple will not pursue the deposition of Yun-Jung Lee at this time in the N.D. Cal. action, but this witness's deposition will continue as scheduled in the ITC investigation.**

**The below lists 2 and 5 have been adjusted accordingly.  There are still 35 depositions left to be scheduled.**

3/8/2012