# Exhibit 33

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


February 27, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com


*Via E-Mail (rachelkassabian@quinnemanuel.com)*

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   Apple v. Samsung, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

We write to ensure that Heon-Seok Lee is prepared to testify about his designated Topics 7-10 and 25-34 from Apple's 6th Rule 30(b)(6) Deposition Notice.

To be clear, Apple is not by this letter restricting itself in terms of the questions it will ask or subjects it will cover in Mr. Lee's deposition.  Apple's intent here is to put Samsung on clear notice of the sort of information Apple will seek from Mr. Lee so that Samsung can make sure that Mr. Lee is prepared for his deposition.  As particular examples that are not meant to be exhaustive, here are some of the areas Apple intends to address with Mr. Lee:

- Identification of the touchscreen controller chip and firmware used for each device accused of infringing Apple's patents-in-suit.

- Identification and explanation of the role and interaction of Samsung's source code with the touchscreen controller module.

- Identification of where Samsung manufactures and tests the full functioning capability of each device accused of infringing and as to the subject matter of Apple's patents-in-suit.

I also again point out that Samsung withdrew Mr. Lee as its corporate designee on Topics 11-12 from Apple's 6th Rule 30(b)(6) Deposition Notice.  Apple repeats its request that Samsung designate a witness on these topics.  Please get back to us immediately on this.

pa-1514508

MORRISON | FOERSTER

Rachel Herrick Kassabian
February 27, 2012
Page Two


Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick


cc: Peter Kolovos
S. Calvin Walden

pa-1514508