QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF FROM THE LEAD COUNSEL MEET AND CONFER REQUIREMENT OR ALTERNATIVELY FOR AN EXTENSION OF THE DEADLINE TO FILE MOTIONS TO COMPEL** |

I, Diane C. Hutnyan, declare:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I am licensed to practice law in the State of California. I submit this declaration in support of Samsung's Administrative Motion For Temporary Relief From the Lead Counsel Meet and Confer Requirement or Alternatively For An Extension of the Deadline To File Motions To Compel. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of a March 1, 2012 letter from Samsung's counsel to Apple's counsel.

3. Attached hereto as Exhibit 2 is a true and correct copy of a March 10, 2012 letter from Samsung's counsel to Apple's counsel.

4. Apple produced more than 470,000 pages of new documents on or after the last day of discovery, producing 210,000 of them after the discovery cut-off. Thousands of these new documents were from the files of witnesses who were deposed earlier in the case, including many of the inventors of the patents-in-suit.

5. Many categories of documents that Apple has not yet produced were identified for the first time in depositions taken in the last few weeks.

6. Attached hereto as Exhibit 3 is a true and correct copy of the March 6, 2012 letter from Apple's counsel to Samsung's counsel.

7. Attached hereto as Exhibit 4 is a true and correct copy of the March 9, 2012 letter from Samsung's counsel to Apple's counsel.

8. Attached hereto as Exhibit 5 is a true and correct copy of the March 10, 2012 letter from Apple's counsel to Samsung's counsel.

9. Discovery responses served by Apple on March 8-10 included: Apple Inc.'s Second Amended Objections and Response to Samsung Electronics Co. Ltd.'s Interrogatory No. 5 to Apple Inc.; Apple Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple; Apple Inc.'s Supplemental Objections and Responses Samsung's Third Set of Interrogatories; Apple Inc.'s Second Supplemental Objection and Response to Samsung Electronics Co. Lit.'s Interrogatory No. 14 to Apple Inc.; Apple Inc.'s Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc.; Apple's Supplemental Responses to Samsung's Preliminary Injunction Interrogatories 2 and 4 and Third Supplemental Responses to Preliminary Injunction Interrogatories 1, 3, 6, and 7; Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc.; Apple Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories; Apple Inc.'s Objections and Responses to Samsung's Sixth and Seventh Sets of Requests for Production; and Apple Inc.'s Responses to Samsung's Fourth and Fifth Sets of Requests for Admission

10. Attached hereto as Exhibit 6 is a true and correct copy of a March 12, 2012 letter from Samsung's counsel to Apple's counsel.

11. Attached hereto as Exhibit 7 is a true and correct copy of a March 12, 2012 email from Apple's counsel to Samsung's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on March 12, 2012.

1 |                             */s/ Diane C. Hutnyan*

2 |                                Diane C. Hutnyan


Case 5:11-cv-01846-LHK   Document 800-1   Filed 03/12/12   Page 4 of 5

                    */s/ Diane C. Hutnyan*

                    Diane C. Hutnyan

02198.51855/4647303.1

-4-   Case No. 11-cv-01846-LHK

**DECL OF DIANE C. HUTNYAN ISO MOTION FOR TEMP RELIEF FROM LCMC REO'T**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane Hutnyan.

         /s/ Victoria Maroulis