# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

March 1, 2012

<u>VIA ELECTRONIC MAIL</u>

Jason Bartlett
Morrison & Foerster, LLP
425 Market Street
San Francisco, California 94105

Re:     *Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-cv-01846-LHK (N.D. Cal.)

Dear Jason:

With the close of discovery less than seven days away, Apple's refusal to confirm and/or propose deposition dates for over 20 Apple witnesses has substantially impaired Samsung's discovery efforts and trial preparations.  Because of this obstructionism, Apple has left insufficient time to schedule, much less prepare for, the outstanding depositions of Apple witnesses.

The deposition of Zack Kamen is scheduled for tomorrow, March 2, 2012.  Because Apple has refused to produce Mr. Kamen for this deposition, Samsung has no choice but to cancel the videographer and court reporter and move to compel.

Apple has also refused to make other witnesses available on dates that it proposed, and Samsung accepted, weeks ago.  If Apple does not confirm that these depositions will proceed on the dates the parties previously confirmed by 5:30 p.m., today, March 1, Samsung will understand Apple's failure to confirm as a refusal to make the witnesses available for deposition and move to compel:

    Chris Hood (deposition confirmed for 3/6)

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Fred Simon (deposition confirmed for 3/7)

Apple has also refused to propose any dates for the depositions of several other properly noticed depositions, contrary to the parties' agreement that dates would be provided regardless of any objections to the depositions. Immediately provide dates for the following Apple witnesses:

| | |
|---|---|
| Chris Birgers | John Brown |
| Tim Cook | Eddy Cue |
| David Falkenburg | John Geleynse |
| Deborah Goldsmith | Saku Hieta |
| Jason Huey | Eugene Kim |
| Noreen Krall | Henri Lamiraux |
| Michael Lee | Michael Lewis |
| Jeff Robbin | Justin Santamaria |
| Kristi Schmidt | Bruce Sewell |
| Steven Sinclair | Michael Solomon |
| Rebecca Van Dyck | Jeff Williams |
| David Zhang | |

If Apple does not propose dates for these witnesses by 12:00 p.m., March 2, 2012, Samsung will conclude that Apple has refused to produce the witnesses and put this issue on the agenda for the next lead counsel meet and confer in anticipation of a motion to compel.

Kind regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan

02198.51855/4630369.2