# EXHIBIT 4

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

March 9, 2012

<u>VIA ELECTRONIC MAIL</u>

Marc J. Pernick, Esq.
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Re:  *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Marc,

I write in response to your March 6, 2012 letter proposing to schedule the next lead counsel meet and confer on March 26, 2012.  As you are aware, the last day to file discovery motions in this matter is March 15, 2012.  See Civil L.R. 37-3.  There are numerous discovery issues that have arisen since the last lead counsel meet and confer on February 14-15, 2012 or require further substantive discussion.  We take the Court's order requiring an in-person lead counsel meet and confer seriously.  Apple has not agreed to make Mr. McElhinny available during a single business day between the close of fact discovery and the deadline for filing any discovery motions.  Indeed, Apple proposed a date 18 days after the close of fact discovery, and 11 days after the motion filing deadline.  This is inconsistent with the deadlines set by the Court.

Moreover, we are still waiting on Apple to provide a response to dozens of important discovery issues, including but not limited to:

- The ten items relating to functionality, source code, and missing custodial productions listed on pages 3 and 4 of my February 13 letter.

- Apple's continuing refusal to provide witnesses on many of Samsung's 30(b)(6) topics.

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

- Apple's failure to produce several categories of information related to functionality of Apple's product design, that we learned about in recent depositions, as discussed in my February 25 letter.

- Apple's failure to produce information related to the Android Immersion Room, discussed in my February 28 letter.

- Apple's failure to respond to our proposal regarding deposition cross use, discussed in my February 28 letter.

- Apple's failure to provide several categories of information relevant to Apple's claimed designs that we learned about for the first time in Ive's and Forstall's recent depositions, discussed in my February 28 letter.

- Apple's failure to prepare Mr. Skinder to testify on the topics as to which he had been noticed, and the corresponding failure to provide a new witness prepared on those topics, discussed in my March 1 letter.

- Apple's failure to produce relevant documents that we learned about at the recent Joswiak deposition, discussed in my letter of March 2.

- Apple's refusal to produce Simon Prakash for deposition, discussed in my letter of March 5.

- Apple's failure to make a complete NeXT source code production, discussed in my letter of March 6.

- Apple's failure to produce licensing documents related to Apple's sale of iPhones and iPads, discussed in my March 7 letter.

- Apple's failure to produce custodial documents relating to Ternus, discussed in several letters.

Clearly, after all this sandbagging, Apple's plan is to run out the clock on Samsung's discovery issues. This is improper. Please propose a weekday or two that Mr. McElhinny can make himself available before March 15, 2012.

Kind regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan

2