UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF FROM THE LEAD COUNSEL MEET AND CONFER REQUIREMENT OR ALTERNATIVELY FOR AN EXTENSION OF THE DEADLINE TO FILE MOTIONS TO COMPEL** |

Pursuant to Northern District of California Local Rule 7-11, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have submitted an administrative motion for temporary relief from the "lead trial counsel . . . meet and confer" requirement set forth in the Court's Minute Order and Case Management Order (Dkt. 187) or alternatively for an extension of the deadline to file motions to compel as set by Civil L.R. 37-3, from March 15, 2012 to March 27, 2012.

1    Having considered the arguments of the parties and the papers submitted, and GOOD
2 CAUSE having been shown, the Court hereby grants Samsung [1] relief from the lead trial
3 counsel meet and confer requirement set forth in the Court's Minute Order and Case Management
4 Order for the purposes of its upcoming motions to compel; or [2] an extension of the deadline to
5 file its motions to compel from March 15, 2012 to March 27, 2012.

6 **IT IS SO ORDERED.**

7 DATED:   March ___, 2012

_____
The Honorable Lucy H. Koh
United States District Judge