1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

12

13

14

15

16

17

18

19

20

21

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Opposition to Apple's Motion for Rule 37(b)(2) Sanctions For Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order.

22

23

24

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.    The declaration establishes that the below documents contain information that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

25

26

27

28

02198.5185

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1    Accordingly, for good cause shown, the Court ORDERS that the following documents

2   shall be filed under seal:

3       1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion

4          for Rule 37(b)(2) Sanctions For Samsung's Alleged Violation of January 27, 2012

5          Damages Discovery Order ("Samsung's Opposition to Apple's Motion for

6          Sanctions");

7       2. The confidential, unredacted version of the Declaration of Joby Martin in Support

8          of Samsung's Opposition to Apple's Motion for Sanctions, and Exhibits 2 – 9

9          thereto;

10      3. The confidential, unredacted version of the The Declaration of Timothy Sheppard

11         in Support of Samsung's Opposition to Apple's Motion for Sanctions, and Exhibits

12         A – F thereto;

13      4. Exhibits 5 and 6 to the Declaration of John S. Gordon in Support of Samsung's

14         Opposition to Apple's Motion for Sanctions; and

15      5. Exhibits 1, 3, 4, 7, 9, 10 and 12 to the Declaration of Christopher E. Price in

16         Support of Samsung's Opposition to Apple's Motion for Sanctions.

17

18      **IT IS SO ORDERED.**

19

20   DATED:   March ___, 2011

21

22

23                                          _____
                                            Honorable Paul S. Grewal
24                                          United States Magistrate Judge

25

26

27

28