QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN S. GORDON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(b)(2) SANCTIONS FOR SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date: April 3, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

**EXHIBITS 5 AND 6 HERETO FILED UNDER SEAL**

02198.51855/4644517.1

Case No. 11-cv-01846-LHK
**GORDON DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS**

I, John S. Gordon, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to the facts stated herein.  This declaration is made in support of Samsung's Opposition to Apple's Rule 37(b)(2) Motion for Samsung's Violation of the January 27, 2012 Damages Discovery Order.

2. I am an attorney at law, duly licensed and admitted to practice in the courts of the State of California.  I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan LLP. We are counsel of record for the Samsung defendants in Case No. 11-cv-01846-LHK (PSG).

3. Attached hereto as Exhibit 1 is a true and accurate copy of Apple Inc.'s Disclosure of Asserted Claims & Infringement Contentions, dated August 26, 2011.

4. Attached hereto as Exhibit 2 is a true and accurate copy of Apple Inc.'s Addendum to its Disclosure of Asserted Claims and Infringement Contentions, dated August 26, 2011.

5. Attached hereto as Exhibit 3 is a true and accurate copy of Apple Inc.'s Amended Objections and Response to Samsung Electronic Co. Ltd.'s Interrogatory No. 5 to Apple, Inc., dated March 4, 2012.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the January 6, 2012 email from Mark Selwyn to Todd Briggs titled "Apple v. Samsung – Draft Stipulation and Proposed Order Regarding Adding Accused Products," with the attached Stipulation and [Proposed] Order Regarding Adding Accused Products.  To the best of my knowledge, the stipulation was never executed and the proposed order was never issued by the Court.

7. Timothy Sheppard, the Vice President of Finance and Operations at Samsung Telecommunications America, LLC ("STA"), was deposed by Apple on February 29, 2012.  I have read that deposition and have done an electronic search of the transcript for all references to the term "Galaxy."  Based on my review of the deposition transcript, Apple marked as deposition exhibits (Exhs. 1920 and 1922) and questioned Mr. Sheppard about two financial information spreadsheets produced by Samsung.  Based on my recollection and on my electronic search of

02198.51855/4644517.1

-2-  Case No. 11-cv-01846-LHK
**GORDON DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(B)(2) SANCTIONS**

1  the transcript, Apple's counsel questioned Mr. Sheppard about the two spreadsheets, and Apple's

2  counsel never asked Mr. Sheppard whether either one covered the T-Mobile and AT&T editions

3  of the Galaxy S II phone.   Apparently the court reporter did not fully copy the version of the

4  original spreadsheet appended as Exhibit 1920, so the hard copy of that exhibit provided by the

5  court reporter is missing almost the entirety of the spreadsheet.   But the original spreadsheet,

6  which I understand was produced to Apple on February 3, 2012 in native form, contains a tab

7  titled "Galaxy S II tab" with an accompanying worksheet titled "Galaxy S II/2 (GT-I9100)."   The

8  third spreadsheet, Exhibit 1922, produced in hard copy, has on pages SAMNDCA00354333-

9  SAMNDCA00354335 a worksheet titled "Galaxy S II/2 (GT-I9100)."

10       8.   Attached hereto as Exhibit 5 is a true and accurate copy of a March 6, 2012 letter

11  from Marc J. Pernick to Samsung's counsel raising various complaints Apple had about Samsung's

12  document production.   On page two of that letter, in bullet point two, Mr. Pernick stated the

13  following:

> Mr. Sheppard testified that these spreadsheets are actually available at the level of detail provided in Exhibit 1926, *i.e.,* the Samsung global consolidating package report.   But Samsung has continued to withhold this information or any versions of the spreadsheets that include this more granular level of detail, including any documents used to verify or confirm the data.   We have requested this level of detail several times now.   When you reproduce these spreadsheets in native format—which we ask that you do by close of business tomorrow—please include the level of detail for all entities that is shown in Exhibit 1926.

9.   Attached hereto as Exhibit 6 is a copy of the cover page and pages 8, 35-36, 43-48,

/

/

/

1  103-104, 114-115, 120-23, 150-153, 183-185, and the reporter's signature page of the March 10,

2  2012 transcript of the deposition of Jaehwang Sim, taken in Seoul, Korea.

3      I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5      Executed on this 12th day of March, 2011, at Los Angeles, California.

7      By /s/ John S. Gordon

8          John S. Gordon