# EXHIBIT 2

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**ADDENDUM TO APPLE INC.'S DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY INFORMATION**

Plaintiff Apple Inc. ("Apple") hereby submits the following Addendum to its Disclosure of Asserted Claims and Infringement Contentions.

Apple identifies the additional Accused Instrumentality: Galaxy S II.  The Galaxy S II infringes the following claims:

- Claims 1, 3, 4, 6, 7, 9-13, 25, 26, 28, 29, 31, 32, 34-38 & 50 of United States Patent No. 6,493,002 (see Exhibit 3);
- Claims 1-20 of United States Patent No. 7,469,381 (see Exhibit 6);
- Claims 1, 5-7, 14-19, 26, 30-32, 39-44, 51, 55-57 & 64-69 of United States Patent No. 7,853,891 (see Exhibit 9);
- Claims 2, 4-13, 17-18, 27-42 & 47-52 of United States Patent No. 7,864,163 (see Exhibit 12);
- Claims 1-21 of United States Patent No. 7,844,915 (see Exhibit 15); and
- Claims 1-3, 6, 9-13, 15, 16 & 20-31 of United States Patent No. 7,812,828 (see Exhibit 16).

Apple's investigation is ongoing, and Apple reserves the right to identify additional asserted claims based upon continued discovery and investigation.

Dated:   August 26, 2011                    MORRISON & FOERSTER LLP

By:   /s/ Michael A. Jacobs
       Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.