1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17                UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(b)(2) SANCTIONS FOR SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date:    April 3, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

02198.51855/4647524.1

Case No. 11-cv-01846-LHK (PSG)
MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION FOR RULE 37(b)(2) SANCTIONS

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion for Rule 37(b)(2) Sanctions For Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order .  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

### Samsung's Production to Date

2. Samsung has produced over 12,000 pages of financial information in this case and the concurrent ITC proceedings between the parties.  Attached hereto as Exhibit 1 is a chart prepared by our litigation staff that maps out the financial documents produced in this litigation and in the parallel ITC proceedings, as well as the dates each document was produced.

3. On February 3, 2012, Samsung produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. On February 10, 2012, Samsung produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. On February 28, 2012, Samsung produced ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is discussed in the Declaration of Timothy Sheppard starting at paragraph 7, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. In response to Apple's requests for more minute detail concerning ▮▮▮▮ Samsung ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on March 8, 2012.  This spreadsheet is discussed the Sheppard Declaration starting at paragraph 30.

1  7. Prior to February 3, 2012, Samsung produced numerous documents reflecting ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████ Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from one such document, ████████████████████████████████ ████████████████████████████████████.

6  8. Prior to February 3, 2012, Samsung produced ███████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████ Attached hereto as Exhibit 3 is a true and correct copy of one such document.

12  9. Samsung has produced ████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████████ Attached hereto as Exhibit 4 is a true and correct copy of one such document, ████████████████████████████████.

16  10. Prior to February 3, 2012, ██████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████ Attached hereto as Exhibit 5 is a true and correct copy of one such document.

19  11. Attached hereto as Exhibit 6 is a true and correct copy of Samsung's response to Apple's Interrogatory No. 14, ██████████████████████████████████████ ████████████████████████████████████.

22  12. Attached hereto as Exhibit 7 is a letter from Apple's counsel to Samsung's counsel, ██████████████████████████████████████████████████████████████ ████████████████████████████████████.

25  13. Samsung produced ████████████ on March 8, 2012. Attached hereto as Exhibit 8 is a true and correct copy of one such document.

27  14. In response to a letter from Apple dated March 5, 2012—a true and correct copy of which is attached as Exhibit 5 to the Declaration of John Gordon—████████████████

1   ███████████████████████████████████████████████████████████████████

2   ██ Attached hereto as Exhibit 9 is a true and correct copy of one such document.

3       15.    Samsung produced the majority of its ████████████████ before February 3,

4   2012. Samsung produced additional ████████████████ on March 8, 2012 when it

5   discovered that some were missing from prior productions.

## The Parties' Meet and Confer Efforts

    16.    From November – December 2011, Apple sent several letters regarding its requests for source code technical documents, including requests for quotations, qualification documents, bills of materials, and functional testing results for the accused products' touchscreens. Attached hereto as Exhibit 10 is a true and correct copy of one such letter, sent by Apple's counsel to Samsung's counsel on November 28, 2011.

    17.    Attached hereto as Exhibit 11 is a true and correct copy of a letter concerning source code and technical documents sent by Apple's counsel to Samsung's counsel and dated December 6, 2011. In this letter, Apple's counsel states that Apple's requests for bills of materials, requests for quotations and qualification documents relating to touchscreens are relevant to understanding the structure of the accused devices as they relate to U.S. Patent Nos. 7,663,607 and 7,920,129—Apple's touchscreen patents.

    18.    Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from Apple's Sixth Set of Requests for Production ("RFP"). RFP No. 240 seeks "All Documents concerning the design, manufacture, specifications and operation of the touch screens (including the display and touch sensor panels) on the Products at Issue."

    19.    Attached hereto as Exhibit 13 is a true and correct copy of a letter dated January 5, 2012, sent by Apple's counsel to Samsung's counsel, stating that Apple requested bills of materials in satisfaction of RFP No. 240.

    20.    At the January 6, 2012 lead counsel meet and confer, which I attended, the only discussion of bills of materials related to the touchscreens of the accused products, in the context of Apple's requests for technical documents.

02198.51855/4647524.1

-3-    Case No. 11-cv-01846-LHK (PSG)
MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE'S MOTION FOR RULE 37(b)(2) SANCTIONS

1      21.     The parties held lead counsel meet and confer sessions on February 6, February
2  14, and February 15 of this year.  I attended each meeting.  ██████████████████████████
3  ████████████████████████████████████████████████████████████████████████████████████████
4  ██████████████████████████████████████████████
5      22.     At the February 14, 2012 lead counsel meet and confer, the discussion of
6  financial documents was brief, and it was clear that the parties had reached an impasse as to the
7  requirements of the Court's January 27, 2012 Order.  Apple did not file its motion until two
8  weeks thereafter.
9      23.     Prior to filing its motion, Apple did not discuss with Samsung a stipulation for a
10 briefing schedule that would have allowed its sanctions motion to be heard much sooner than
11 April 3, 2012.  In fact, Apple never even informed Samsung that it would file its motion.

13         I declare under penalty of perjury under the laws of the United States of America that the
14 foregoing is true and correct.
15         Executed on March 12, 2012, at San Francisco, California.

17                                           /s/ Joby Martin
                                              Joby Martin
18