# EXHIBIT 1

| DOCUMENT | DATE OF PRODUCTION |
|---|---|
| SAMNDCA00523329 | October 7, 2011 |
| SAMNDCA00523359 | October 7, 2011 |
| SAMNDCA00523361 | October 7, 2011 |
| SAMNDCA00523363 | October 7, 2011 |
| SAMNDCA00523385 | October 7, 2011 |
| SAMNDCA00523404 | October 7, 2011 |
| SAMNDCA00523406 | October 7, 2011 |
| SAMNDCA00523408 | October 7, 2011 |
| SAMNDCA00523425 | October 7, 2011 |
| SAMNDCA00523446 | October 7, 2011 |
| SAMNDCA00523467 | October 7, 2011 |
| SAMNDCA00523488 | October 7, 2011 |
| SAMNDCA00523509 | October 7, 2011 |
| SAMNDCA00523537 | October 7, 2011 |
| SAMNDCA00523541 | October 7, 2011 |
| SAMNDCA00523568 | October 7, 2011 |
| SAMNDCA00523592 | October 7, 2011 |
| SAMNDCA00523619 | October 7, 2011 |
| SAMNDCA00523636 | October 7, 2011 |
| SAMNDCA00523667 | October 7, 2011 |
| SAMNDCA00523669 | October 7, 2011 |
| SAMNDCA00523671 | October 7, 2011 |
| SAMNDCA00523694 | October 7, 2011 |

| | |
|---|---|
| SAMNDCA00523696 | October 7, 2011 |
| SAMNDCA00523698 | October 7, 2011 |
| SAMNDCA00523718 | October 7, 2011 |
| SAMNDCA00523720 | October 7, 2011 |
| SAMNDCA00523722 | October 7, 2011 |
| SAMNDCA00523744 | October 7, 2011 |
| SAMNDCA00523772 | October 7, 2011 |
| SAMNDCA00523776 | October 7, 2011 |
| SAMNDCA00523780 | October 7, 2011 |
| SAMNDCA00523803 | October 7, 2011 |
| SAMNDCA00523833 | October 7, 2011 |
| SAMNDCA00523835 | October 7, 2011 |
| SAMNDCA00523837 | October 7, 2011 |
| SAMNDCA00523856 | October 7, 2011 |
| SAMNDCA00523888 | October 7, 2011 |
| SAMNDCA00523890 | October 7, 2011 |
| SAMNDCA00523892 | October 7, 2011 |
| SAMNDCA00523920 | October 7, 2011 |
| SAMNDCA00523922 | October 7, 2011 |
| SAMNDCA00523924 | October 7, 2011 |
| SAMNDCA00524029 | October 7, 2011 |
| SAMNDCA00524039 | October 7, 2011 |
| SAMNDCA00524049 | October 7, 2011 |
| SAMNDCA00524059 | October 7, 2011 |

| | |
|---|---|
| SAMNDCA00524069 | October 7, 2011 |
| SAMNDCA00524097 | October 7, 2011 |
| S-ITC-000113380 | November 14, 2011 |
| S-ITC-000113382 | November 14, 2011 |
| S-ITC-000113394 | November 14, 2011 |
| S-ITC-005191853 | December 13, 2011 |
| S-ITC-005207737 | December 13, 2011 |
| S-ITC-005208909 | December 13, 2011 |
| S-ITC-005199065 | December 13, 2011 |
| S-ITC-005209056 | December 13, 2011 |
| S-ITC-005209534 | December 13, 2011 |
| S-ITC-005210551 | December 13, 2011 |
| S-ITC-003036270 | December 13, 2011 |
| S-ITC-005211446 | December 13, 2011 |
| S-ITC-005211549 | December 13, 2011 |
| S-ITC-005216929 | December 13, 2011 |
| S-ITC-005218392 | December 13, 2011 |
| S-ITC-005218453 | December 13, 2011 |
| S-ITC-005219178 | December 13, 2011 |
| S-ITC-005190581 | December 13, 2011 |
| S-ITC-005208769 | December 13, 2011 |
| S-ITC-005234989 | December 13, 2011 |
| S-ITC-005235497 | December 14, 2011 |
| S-ITC-005235837 | December 14, 2011 |

| | |
|---|---|
| S-ITC-005236524 | December 14, 2011 |
| S-ITC-005234992 | December 14, 2011 |
| S-ITC-005235496 | December 14, 2011 |
| S-ITC-005236458 | December 14, 2011 |
| S-ITC-005188676 | December 15, 2011 |
| S-ITC-007274013 | December 21, 2011 |
| S-ITC-007274022 | December 21, 2011 |
| S-ITC-007274032 | December 21, 2011 |
| S-ITC-007274044 | December 21, 2011 |
| S-ITC-007274057 | December 21, 2011 |
| S-ITC-007274068 | December 21, 2011 |
| S-ITC-007274083 | December 21, 2011 |
| S-ITC-007274094 | December 21, 2011 |
| S-ITC-007274110 | December 21, 2011 |
| S-ITC-007274120 | December 21, 2011 |
| S-ITC-007274136 | December 21, 2011 |
| S-ITC-007274145 | December 21, 2011 |
| S-ITC-007274160 | December 21, 2011 |
| S-ITC-007274169 | December 21, 2011 |
| S-ITC-007274185 | December 21, 2011 |
| S-ITC-007274194 | December 21, 2011 |
| S-ITC-007274209 | December 21, 2011 |
| S-ITC-007274218 | December 21, 2011 |
| S-ITC-007274232 | December 21, 2011 |

5

| | |
|---|---|
| S-ITC-007274241 | December 21, 2011 |
| S-ITC-007274250 | December 21, 2011 |
| S-ITC-007274260 | December 21, 2011 |
| S-ITC-007274354 | December 21, 2011 |
| SAMNDCA00280201 | January 22, 2012 |
| SAMNDCA00280212 | January 22, 2012 |
| SAMNDCA00280222 | January 22, 2012 |
| SAMNDCA00280232 | January 22, 2012 |
| SAMNDCA00280242 | January 22, 2012 |
| SAMNDCA00280252 | January 22, 2012 |
| SAMNDCA00280261 | January 22, 2012 |
| SAMNDCA00280270 | January 22, 2012 |
| SAMNDCA00280279 | January 22, 2012 |
| SAMNDCA00280288 | January 22, 2012 |
| SAMNDCA00280297 | January 22, 2012 |
| SAMNDCA00280306 | January 22, 2012 |
| SAMNDCA00280315 | January 22, 2012 |
| SAMNDCA00280324 | January 22, 2012 |
| SAMNDCA00280333 | January 22, 2012 |
| SAMNDCA00280342 | January 22, 2012 |
| SAMNDCA00280351 | January 22, 2012 |
| SAMNDCA00280360 | January 22, 2012 |
| SAMNDCA00280369 | January 22, 2012 |
| SAMNDCA00280378 | January 22, 2012 |

| | |
|---|---|
| SAMNDCA00280387 | January 22, 2012 |
| SAMNDCA00280396 | January 22, 2012 |
| SAMNDCA00280404 | January 22, 2012 |
| SAMNDCA00280412 | January 22, 2012 |
| SAMNDCA00280421 | January 22, 2012 |
| SAMNDCA00280430 | January 22, 2012 |
| SAMNDCA00280439 | January 22, 2012 |
| SAMNDCA00280448 | January 22, 2012 |
| SAMNDCA00280457 | January 22, 2012 |
| SAMNDCA00280466 | January 22, 2012 |
| SAMNDCA00280476 | January 22, 2012 |
| SAMNDCA00280486 | January 22, 2012 |
| SAMNDCA00280495 | January 22, 2012 |
| SAMNDCA00280504 | January 22, 2012 |
| SAMNDCA00280514 | January 22, 2012 |
| SAMNDCA00280524 | January 22, 2012 |
| SAMNDCA00280534 | January 22, 2012 |
| SAMNDCA00280544 | January 22, 2012 |
| SAMNDCA00280555 | January 22, 2012 |
| SAMNDCA00280567 | January 22, 2012 |
| SAMNDCA00280579 | January 22, 2012 |
| SAMNDCA00280591 | January 22, 2012 |
| SAMNDCA00280603 | January 22, 2012 |
| SAMNDCA00280616 | January 22, 2012 |

| | |
|---|---|
| SAMNDCA00280629 | January 22, 2012 |
| SAMNDCA00280642 | January 22, 2012 |
| SAMNDCA00280655 | January 22, 2012 |
| SAMNDCA00280668 | January 22, 2012 |
| SAMNDCA00280679 | January 22, 2012 |
| SAMNDCA00280691 | January 22, 2012 |
| SAMNDCA00280704 | January 22, 2012 |
| SAMNDCA00280717 | January 22, 2012 |
| SAMNDCA00280732 | January 22, 2012 |
| SAMNDCA00280747 | January 22, 2012 |
| SAMNDCA00280762 | January 22, 2012 |
| SAMNDCA00280778 | January 22, 2012 |
| SAMNDCA00280794 | January 22, 2012 |
| SAMNDCA00280809 | January 22, 2012 |
| SAMNDCA00280824 | January 22, 2012 |
| SAMNDCA00280839 | January 22, 2012 |
| SAMNDCA00280855 | January 22, 2012 |
| SAMNDCA00280871 | January 22, 2012 |
| SAMNDCA00280887 | January 22, 2012 |
| SAMNDCA00280903 | January 22, 2012 |
| SAMNDCA00280918 | January 22, 2012 |
| SAMNDCA00280933 | January 22, 2012 |
| SAMNDCA00280946 | January 22, 2012 |
| SAMNDCA00280962 | January 22, 2012 |

| | |
|---|---|
| SAMNDCA00280978 | January 22, 2012 |
| SAMNDCA00280994 | January 22, 2012 |
| SAMNDCA00281009 | January 22, 2012 |
| SAMNDCA00281024 | January 22, 2012 |
| SAMNDCA00281039 | January 22, 2012 |
| SAMNDCA00281053 | January 22, 2012 |
| SAMNDCA00281068 | January 22, 2012 |
| SAMNDCA00281082 | January 22, 2012 |
| SAMNDCA00281096 | January 22, 2012 |
| SAMNDCA00281110 | January 22, 2012 |
| SAMNDCA00281123 | January 22, 2012 |
| SAMNDCA00281136 | January 22, 2012 |
| SAMNDCA00281149 | January 22, 2012 |
| S-ITC-010562595 | January 23, 2012 |
| S-ITC-010562605 | January 23, 2012 |
| S-ITC-000127345 | January 25, 2012 |
| S-ITC-003036248 | January 25, 2012 |
| S-ITC-003036249 | January 25, 2012 |
| S-ITC-003036252 | January 25, 2012 |
| S-ITC-500013572 | January 25, 2012 |
| S-ITC-500011779 | January 25, 2012 |
| S-ITC-500006360 | January 25, 2012 |
| S-ITC-500006719 | January 25, 2012 |
| S-ITC-500006929 | January 25, 2012 |

| | |
|---|---|
| S-ITC-500007022 | January 25, 2012 |
| S-ITC-500007352 | January 25, 2012 |
| S-ITC-500007575 | January 25, 2012 |
| S-ITC-500008145 | January 25, 2012 |
| S-ITC-500008391 | January 25, 2012 |
| S-ITC-500010940 | January 25, 2012 |
| S-ITC-500009587 | January 25, 2012 |
| S-ITC-500009634 | January 25, 2012 |
| S-ITC-500010167 | January 25, 2012 |
| S-ITC-500006310 | January 25, 2012 |
| S-ITC-500008872 | January 25, 2012 |
| S-ITC-500010872 | January 25, 2012 |
| S-ITC-500011212 | January 25, 2012 |
| S-ITC-500013682 | January 25, 2012 |
| S-ITC-500013698 | January 25, 2012 |
| S-ITC-500016783 | January 25, 2012 |
| S-ITC-500016831 | January 25, 2012 |
| S-ITC-500018516 | January 25, 2012 |
| S-ITC-500018605 | January 25, 2012 |
| S-ITC-500018661 | January 25, 2012 |
| S-ITC-500016203 | January 25, 2012 |
| S-ITC-500016262 | January 25, 2012 |
| S-ITC-500016266 | January 25, 2012 |
| S-ITC-500030715 | January 25, 2012 |

| | |
|:---:|:---:|
| S-ITC-500029831 | January 25, 2012 |
| S-ITC-500005506 | January 25, 2012 |
| S-ITC-500000538 | January 25, 2012 |
| S-ITC-500000628 | January 25, 2012 |
| S-ITC-500000657 | January 25, 2012 |
| S-ITC-500000702 | January 25, 2012 |
| S-ITC-500000742 | January 25, 2012 |
| S-ITC-500000773 | January 25, 2012 |
| S-ITC-500000864 | January 25, 2012 |
| S-ITC-500000920 | January 25, 2012 |
| S-ITC-500005433 | January 25, 2012 |
| S-ITC-500014887 | January 25, 2012 |
| S-ITC-500013442 | January 25, 2012 |
| S-ITC-500031303 | January 25, 2012 |
| S-ITC-500031194 | January 25, 2012 |
| S-ITC-500000176 | January 25, 2012 |
| S-ITC-003036123 | January 25, 2012 |
| S-ITC-500005400 | January 25, 2012 |
| S-ITC-500005634 | January 25, 2012 |
| S-ITC-500005958 | January 25, 2012 |
| S-ITC-500006118 | January 25, 2012 |
| S-ITC-500007221 | January 25, 2012 |
| S-ITC-500008578 | January 25, 2012 |
| S-ITC-500008720 | January 25, 2012 |

| | |
|---|---|
| S-ITC-500008898 | January 25, 2012 |
| S-ITC-500022218 | January 25, 2012 |
| S-ITC-500022673 | January 25, 2012 |
| S-ITC-500015430 | January 25, 2012 |
| S-ITC-500008298 | January 25, 2012 |
| S-ITC-500010117 | January 25, 2012 |
| S-ITC-500010184 | January 25, 2012 |
| S-ITC-500010284 | January 25, 2012 |
| S-ITC-500010638 | January 25, 2012 |
| S-ITC-500011040 | January 25, 2012 |
| S-ITC-500012271 | January 25, 2012 |
| S-ITC-500012273 | January 25, 2012 |
| S-ITC-500014611 | January 25, 2012 |
| S-ITC-500014711 | January 25, 2012 |
| S-ITC-500015030 | January 25, 2012 |
| S-ITC-500015056 | January 25, 2012 |
| S-ITC-500029559 | January 25, 2012 |
| S-ITC-500010584 | January 25, 2012 |
| S-ITC-500030493 | January 25, 2012 |
| S-ITC-500030370 | January 25, 2012 |
| S-ITC-500006584 | January 25, 2012 |
| S-ITC-500009276 | January 25, 2012 |
| S-ITC-500009643 | January 25, 2012 |
| S-ITC-500010076 | January 25, 2012 |

| | |
|---|---|
| S-ITC-500010801 | January 25, 2012 |
| S-ITC-500016797 | January 25, 2012 |
| S-ITC-500017228 | January 25, 2012 |
| S-ITC-500017280 | January 25, 2012 |
| S-ITC-500017331 | January 25, 2012 |
| S-ITC-500017382 | January 25, 2012 |
| S-ITC-500017437 | January 25, 2012 |
| S-ITC-500017539 | January 25, 2012 |
| S-ITC-500017605 | January 25, 2012 |
| S-ITC-500017658 | January 25, 2012 |
| S-ITC-500017784 | January 25, 2012 |
| S-ITC-500018622 | January 25, 2012 |
| S-ITC-500018691 | January 25, 2012 |
| S-ITC-500021144 | January 25, 2012 |
| S-ITC-500021629 | January 25, 2012 |
| S-ITC-500028870 | January 25, 2012 |
| S-ITC-500030713 | January 25, 2012 |
| S-ITC-500011271 | January 25, 2012 |
| S-ITC-500011303 | January 25, 2012 |
| S-ITC-500014192 | January 25, 2012 |
| S-ITC-500015838 | January 25, 2012 |
| S-ITC-500015970 | January 25, 2012 |
| S-ITC-003036303 | January 26, 2012 |
| S-ITC-003036304 | January 26, 2012 |

| | |
|---|---|
| S-ITC-003036308 | January 26, 2012 |
| S-ITC-500031707 | January 26, 2012 |
| S-ITC-500032007 | January 26, 2012 |
| S-ITC-500032106 | January 26, 2012 |
| S-ITC-500032621 | January 26, 2012 |
| S-ITC-500032727 | January 26, 2012 |
| S-ITC-500032992 | January 26, 2012 |
| S-ITC-500033194 | January 26, 2012 |
| S-ITC-500034516 | January 26, 2012 |
| S-ITC-500035031 | January 26, 2012 |
| S-ITC-500031651 | January 26, 2012 |
| S-ITC-500032462 | January 26, 2012 |
| S-ITC-500033272 | January 26, 2012 |
| S-ITC-500034654 | January 26, 2012 |
| S-ITC-500034736 | January 26, 2012 |
| S-ITC-500035505 | January 26, 2012 |
| S-ITC-500036293 | January 26, 2012 |
| S-ITC-500036345 | January 26, 2012 |
| S-ITC-500034904 | January 26, 2012 |
| S-ITC-500032514 | January 26, 2012 |
| S-ITC-500036771 | January 26, 2012 |
| SAMNDCA00322161 | February 3, 2012 |
| SAMNDCA00322177 | February 3, 2012 |
| SAMNDCA00322193 | February 3, 2012 |

| | |
|---|---|
| SAMNDCA00322209 | February 3, 2012 |
| SAMNDCA00322239 | February 3, 2012 |
| SAMNDCA00322284 | February 3, 2012 |
| SAMNDCA00322319 | February 3, 2012 |
| SAMNDCA00322349 | February 3, 2012 |
| SAMNDCA00322374 | February 3, 2012 |
| SAMNDCA00322398 | February 3, 2012 |
| SAMNDCA00322446 | February 3, 2012 |
| SAMNDCA00322475 | February 3, 2012 |
| SAMNDCA00323946 | February 3, 2012 |
| SAMNDCA00325495 | February 9, 2012 |
| SAMNDCA00354292 | February 28, 2012 |
| SAMNDCA00354386 | February 28, 2012 |
| SAMNDCA00354601 | February 28, 2012 |
| SAMNDCA00367772 | March 8, 2012 |
| SAMNDCA00367792 | March 8, 2012 |
| SAMNDCA00367810 | March 8, 2012 |
| SAMNDCA00367880 | March 8, 2012 |
| SAMNDCA00367988 | March 8, 2012 |
| SAMNDCA00368102 | March 8, 2012 |
| SAMNDCA00368176 | March 8, 2012 |
| SAMNDCA00368326 | March 8, 2012 |
| SAMNDCA00368392 | March 8, 2012 |
| SAMNDCA00368506 | March 8, 2012 |

| | |
|---|---|
| SAMNDCA00368613 | March 8, 2012 |
| SAMNDCA00368684 | March 8, 2012 |
| SAMNDCA00368753 | March 8, 2012 |
| SAMNDCA00368847 | March 8, 2012 |
| SAMNDCA00368916 | March 8, 2012 |
| SAMNDCA00368998 | March 8, 2012 |
| SAMNDCA00369092 | March 8, 2012 |
| SAMNDCA00369186 | March 8, 2012 |
| SAMNDCA00369308 | March 8, 2012 |
| SAMNDCA00369412 | March 8, 2012 |
| SAMNDCA00369505 | March 8, 2012 |
| SAMNDCA00369604 | March 8, 2012 |
| SAMNDCA00369690 | March 8, 2012 |
| SAMNDCA00369774 | March 8, 2012 |
| SAMNDCA00369857 | March 8, 2012 |
| SAMNDCA00369971 | March 8, 2012 |
| SAMNDCA00370117 | March 8, 2012 |
| SAMNDCA00372946 | March 8, 2012 |
| SAMNDCA00373139 | March 8, 2012 |
| SAMNDCA00373532 | March 8, 2012 |