```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | ASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR RULE 37(b)(2) SANCTIONS FOR SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date: April 3, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

02198.51855/4647066.1

Case No. 11-cv-01846-LHK (PSG)
PRICE DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S RULE 32(b)(2) SANCTIONS MOTION

## DECLARATION OF CHRISTOPHER E. PRICE

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Apple's Rule 37(b)(2) Motion for Samsung's Alleged Violation of the January 27, 2012 Damages Discovery Order. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and accurate copy of documents produced by Apple in this action, Bates numbered APLNDC-Y0000148289-8458.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a March 8, 2012 email from Ken MacCardle, producing documents Bates numbered APLNDC-Y0000148298 - APLNDC-Y0000231186.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Exhibit 18 to the February 23, 2012 Deposition Transcript of Mark Buckley, Apple's Rule 30(b)(6) witness in this action on certain financial topics.

5. Attached as Exhibit 4 is a true and accurate copy of documents produced by Apple in this action, Bates numbered APLNDC-Y0000232396-2430.

6. Attached as Exhibit 5 is a true and accurate copy of a March 8, 2012 email from Mollie B. Gabrys, producing documents Bates numbered APLNDC-Y0000232396 - APLNDC-Y0000232430.

7. Attached as Exhibit 6 is a true and accurate copy of a February 10, 2012 letter from Jason Bartlett, counsel for Apple, to Diane Hutnyan, counsel for Samsung.

8. Attached as Exhibit 7 is a true and accurate copy of a document produced by Apple in this action Bates numbered APLNDC-WH-A0000024846-4851.

1    9.   Attached hereto as Exhibit 8 is a true and accurate copy of March 7, 2012 letter
2  from Matthew Hoff, counsel for Apple, to Rachel Kassabian, counsel for Samsung, producing
3  documents Bates numbered, APLNDC-WH-A0000024846 - APLNDC-WH-A0000024851.
4    10.  Attached hereto as Exhibit 9 is a true and accurate copy of February 23, 2012
5  letter from Jason Bartlett to Diane C. Hutnyan.
6    11.  Attached hereto as Exhibit 10 is a true and accurate copy of documents produced
7  by Apple, Bates numbered APLNDC-Y0000232431 - APLNDC-Y0000232446.
8    12.  Attached as Exhibit 11 is a true and accurate copy of a March 8, 2012 email from
9  Mollie B. Gabrys, producing documents Bates numbered APLNDC-Y0000232431 - APLNDC-
10 Y0000232446.
11   13.  Attached as Exhibit 12 is true and accurate copy of the relevant excerpts of Dkt.
12 No. 613, Apple Inc.'s Motion to Compel Production of Documents and Things (Under Seal).
13 The motion is 136 pages long.
14   14.  Attached as Exhibit 13 is a true and correct copy of Dkt. No. 615, the Declaration
15 of Erik J. Olson in Support of Motion to Compel Production of Documents and Things, dated
16 January 11, 2012.
17   I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct.
19   Executed on March 12, 2012, at Los Angeles, California.

Christopher E. Price