# EXHIBIT 6

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 10, 2012

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane C. Hutnyan
Quinn Emanuel
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

Re:    *Apple v. Samsung*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Diane:

I write in response to your February 8, 2012 letter requesting the following documents in native format:

APLNDC0001256738

APLNDC0001256742

APLNDC0001256749

We have reviewed these documents and have determined them to be legible and fully usable in their current form.  Therefore, we see no reason or need to produce them in native format.

Sincerely,

*/s/ Jason R. Bartlett*

Jason R. Bartlett

cc:    Peter Kolovos
       S. Calvin Walden

sf-3105713