# EXHIBIT 8

WILMERHALE

March 7, 2012

+1 617 526 6000 (t)
+1 617 526 5000 (f)
wilmerhale.com

**By Email**

Rachel Kassabian, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:  *Apple Inc. v. Samsung Electronics Co. Ltd., et al.,* Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Ms. Kassabian:

Please find an FTP address containing Apple Inc.'s ("Apple") production of documents bearing Bates numbers **APLNDC-WH-A0000024846 - APLNDC-WH-A0000024851.** Please note that this production has been encrypted, and the password will be sent in a separate email.

The production documents will be transmitted via FTP. The FTP information will be sent in a separate email from the name below. Only those who receive the email with the FTP information will be able to download the content.

WHBOSLitSupportFileTransfer@wilmerhale.com

The production of documents contains Apple Confidential Business Information and should be treated accordingly under the Protective Order.  Apple reserves the right to amend the designation of any documents contained in this production.  In addition, in accordance with the Stipulation Among the Private Parties, Apple reserves the right to assert any applicable privilege with respect to any document produced through inadvertence.

If you have any questions or concerns, please let me know.

Very truly yours,

Matthew Hoff
Project Assistant

+1 617 526 5507
matthew.hoff@wilmerhale.com