1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19                Plaintiff,

20         vs.                                   **CERTIFICATE OF SERVICE**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
                  Defendants.
25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S Figueroa St # 10 Los Angeles, CA 90017.

On March 12, 2012, I served true copies of the documents described as

1. Samsung's Opposition to Apple's Motion for Rule 37(b)(2) Sanctions For Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order ("Samsung's Opposition to Apple's Motion for Sanctions");

2. The Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion for Sanctions, and exhibits thereto;

3. The Declaration of John S. Gordon in Support of Samsung's Opposition to Apple's Motion for Sanctions, and exhibits thereto.

4. The Declaration of Christopher E. Price in Support of Samsung's Opposition to Apple's Motion for Sanctions, and exhibits thereto; and

5. The Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Sanctions, and exhibits thereto.

by emailing a link to the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | JASON R. BARTLETT<br>JasonBartlett@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | DEOK KEUN MATTHEW AHN<br>dahn@mofo.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | GRANT L. KIM<br>gkim@mofo.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | ALISON M. TUCHER<br>atucher@mofo.com |

| | |
|---|---|
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | EMILY R. WHELAN<br>emily.whelan@wilmerhale.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | JAMES C. BURLING<br>james.burling@wilmerhale.com |
| JOSHUA R. BENSON<br>jbenson@tcolaw.com | ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com |
| WILLIAM F. LEE<br>william.lee@wilmerhale.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| DAVID B. BASSETT<br>david.bassett@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com | ESTHER KIM<br>ekim@mofo.com |
| ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| ERIK J. OLSON<br>ejolson@mofo.com | |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | |

Executed on March 12, 2012, at Los Angeles, California.

_____
REBECCA A. RAMOS