UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD, a ) <br> Korean business entity; SAMSUNG ) <br> ELECTRONICS AMERICA, INC., a New ) <br> York corporation; SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, ) <br> LLC, a Delaware limited liability company, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 11-1846 LHK (PSG) <br><br> **ORDER DENYING AS MOOT STIPULATED PROPOSED ORDER TO ENLARGE TIME** <br><br> **(Re: Docket No. 638)** |

On January 17, 2012, the parties filed a stipulation requesting that Samsung be permitted additional time to file any objections to an earlier court order related to expert witness review of design-related materials deemed confidential under the parties' protective order.[1] At the time of filing the stipulated request, the parties were awaiting a decision on Samsung's motion for clarification related to the earlier court order. Since the court rendered its decision on that motion in late January 2012,[2] neither party has taken further action related to the stipulation or to filing objections to the earlier court order. The court therefore finds the request to enlarge time to be moot,

---

[1] Docket No. 638.

[2] *See* Docket No. 673.

ORDER, *page 1*

1 | and hereby DENIES the stipulated proposed order on that basis.

2 | Dated: 3/13/2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge