UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF FROM THE LEAD COUNSEL MEET AND CONFER REQUIREMENT AND DENYING SAMSUNG'S ALTERNATIVE MOTION FOR EXTENSION OF THE DEADLINE TO FILE MOTIONS TO COMPEL** |

On March 12, 2012, Samsung submitted its Administrative Motion for Temporary Relief From the Lead Counsel Meet and Confer Requirement or Alternatively For an Extension of the Deadline to File Motions to Compel.  (Dkt. 800.)  On March 13, 2012, Apple filed its Opposition to Samsung's Motion.  (Dkt. __.)

Having considered the papers submitted, the Court hereby orders as follows:

1. Michael A. Jacobs is substituted as lead trial counsel for Apple Inc. until March 26, 2012 for purposes of satisfying the pre-discovery motion in-person lead trial counsel meet and confer requirement;

2. Samsung's Motion for Temporary Relief From the Lead Counsel Meet and Confer Requirement is DENIED; and

3. Both parties shall have until March 20, 2012 to file motions to compel on issues with respect to which the lead trial counsel meet and confer requirement has been satisfied.

**IT IS SO ORDERED.**

Dated: _____, 2012

HONORABLE PAUL S. GREWAL
United States Magistrate Judge