HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.    11-cv-01846-LHK<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR TEMPORARY RELIEF FROM THE LEAD COUNSEL MEET AND CONFER REQUIREMENT** |

1    I, MICHAEL A. JACOBS, declare as follows:

2      1.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple

3 Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal

4 knowledge of the matters stated herein or understand them to be true from members of my

5 litigation team.  I make this declaration in support of Apple's Opposition to Samsung's Motion

6 for Temporary Administrative Relief Regarding Lead Counsel Meet & Confer Requirement.

7      2.  I have practiced at Morrison & Foerster for over 27 years and have represented

8 information technology and life sciences companies in over 25 patent lawsuits.  I have served as

9 lead counsel on several high profile intellectual property cases.  I am also the co-founder of my

10 firm's Intellectual Property Practice Group, which Mr. McElhinny and I formerly co-chaired.

11 Attached hereto as Exhibit A is a true and correct copy of my firm biography.

12      3.  Harold McElhinny and I share overall responsibility for representing Apple in its

13 claims against Samsung in this action.  Both Mr. McElhinny and I will jointly present Apple's

14 case to the Court and the jury at trial.  As co-lead trial counsel representing Apple in this matter,

15 we share equally in advising Apple in making major strategic decisions in this case as well as in

16 its international proceedings against Samsung.

17      4.  Mr. McElhinny is currently in Tokyo, Japan until March 17, 2012 and will be in

18 Beijing, China from March 17 until March 25, 2012.

19      5.  I will be available to represent Apple at in-person meetings regarding discovery

20 disputes that may otherwise move forward into motion practice.  In fact, I will be attending the

21 lead counsel meet and confer scheduled for tomorrow, March 14, 2012.  As co-lead trial counsel

22 in this case, I will ensure that discovery disputes receive my and my client's full attention and that

23 reasonable attempts are made to resolve them without motion practice.

24    I declare under penalty of perjury that the foregoing is true and correct.  Executed this13th

25 day of March, 2012 at San Francisco, California.

26

27            */s/ Michael A. Jacobs*
              Michael A. Jacobs

28