# Exhibit B

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 24, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*Via E-Mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Diane:

This is to respond to your letter from earlier today regarding the next lead counsel meet-and-confer session.

Mr. McElhinny is not available on March 1, 2012.  We can offer the following additional dates and times instead:

- Any time on March 5th.
- Any time on March 6th at 1:00 p.m. or later.
- Any time on the morning of March 7th.

Your proposal to hold this conference at your San Francisco office is acceptable to us.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick


cc:   Peter Kolovos
      S. Calvin Walden

pa-1514240