Exhibit D

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


February 28, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com


*Via E-Mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Diane:

This is to respond to your letter from a few hours ago regarding the next lead counsel meet-and-confer session.

You wrote to us on February 24, 2012, proposed March 1st—and only March 1st—for the next meeting, requested alternative dates if Mr. McElhinny was not available on March 1st, and asked for our prompt response.  We responded the same day, informed you that Mr. McElhinny was not in town on March 1st, and proposed three alternative dates.  We received your response tonight, *i.e.*, four days later.

Samsung now proposes March 2nd for the next lead counsel meeting.  Mr. McElhinny is not available on March 2nd.  And, we are disappointed to hear that Mr. Verhoeven is not available on March 5th, 6th, or 7th.  We suggest holding the next meeting on Sunday, March 11, 2012.  Please let us know if that works for Samsung.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick


cc:   Peter Kolovos
      S. Calvin Walden


pa-1514824