Exhibit F

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 6, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*Via E-Mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Diane:

This responds to your February 29, 2012 letter regarding the next lead counsel meet-and-confer session.  Mr. McElhinny is not available or in the country on March 12, 2012.

As you know, in response to your initial inquiry about scheduling the next lead counsel meeting, we offered to meet on March 5th, March 6th, March 7th, and March 11th.  We understand that Mr. Verhoeven was not available on any of those dates.

At this point, the next date on which Mr. McElhinny can attend a lead counsel meet-and-confer session is March 26, 2012.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick

cc:     Peter Kolovos
        S. Calvin Walden

pa-1514824