# Exhibit J

| | |
|---|---|
| **From:** | Diane Hutnyan [dianehutnyan@quinnemanuel.com] |
| **Sent:** | Monday, March 12, 2012 3:11 PM |
| **To:** | Pernick, Marc J. |
| **Cc:** | WH Apple Samsung NDCal Service; AppleMoFo; Samsung v. Apple; Mazza, Mia |
| **Subject:** | RE: Apple v. Samsung (NDCA): Discovery Correspondence - Lead Counsel Meet & Confer |

Marc,

We would be asking the Court to extend the motion to compel deadline twelve days, to March 27. This would only move out the hearing date one week. Also, we granted Rich Hung a 2-day courtesy extension on Apple's discovery responses, and so we would expect Apple to at least agree to moving the motion to compel deadline out by two days. Please let me know whether Apple will oppose.

Thanks,

Diane

---

**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Monday, March 12, 2012 1:34 PM
**To:** Diane Hutnyan
**Cc:** WH Apple Samsung NDCal Service; AppleMoFo; Samsung v. Apple; Mazza, Mia
**Subject:** RE: Apple v. Samsung (NDCA): Discovery Correspondence - Lead Counsel Meet & Confer

Hi Diane:

We would need to see your papers before formally letting you know whether we oppose your motion for administrative relief. Pending that review, I can tell you in concept that we would not oppose the request for leave from the lead counsel in-person requirement, but that we would oppose any request to change the case deadlines.

Wednesday at 1:00 works for us.

Regards,
Marc

---

**From:** Diane Hutnyan [mailto:dianehutnyan@quinnemanuel.com]
**Sent:** Monday, March 12, 2012 10:35 AM
**To:** Pernick, Marc J.
**Cc:** WH Apple Samsung NDCal Service; AppleMoFo; Samsung v. Apple; Mazza, Mia
**Subject:** RE: Apple v. Samsung (NDCA): Discovery Correspondence - Lead Counsel Meet & Confer

Dear Marc,

Please see attached correspondence.

Diane

---

**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Saturday, March 10, 2012 11:14 AM
**To:** Diane Hutnyan
**Cc:** WH Apple Samsung NDCal Service; AppleMoFo; Samsung v. Apple; Mazza, Mia

**Subject:** Apple v. Samsung (NDCA): Discovery Correspondence - Lead Counsel Meet & Confer

Diane:

Please see the attached letter regarding the next lead counsel meet-and-confer session.

Regards,
Marc

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

3/13/2012