# Exhibit K

MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


March 13, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com


*By Email* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

Following up on the correspondence that you have received from us, I set forth below Apple's agenda for the March 14, 2012 lead counsel meet-and-confer session.

1. Apple's 6th Set of RFAs (Document Authentication/Admissibility) and Stipulation on Authenticity

2. Designations for Apple's 11th Rule 30(b)(6) Notice (Authentication of Documents)

3. Deficient Responses to Apple Interrogatories re: Copying, Design Patent Infringement, Damages and Affirmative Defenses

4. Samsung's Incomplete Production of Technical Documents/Materials re: Apple's Patents

5. Deficient Responses to Apple's Interrogatory Responses re: Utility Patent Issues

6. Samsung's Incomplete Production of Damages-Related Documents

7. Samsung's Deficient Financial Spreadsheets

8. Samsung's Witness Designations for Apple's 7th and 10th Rule 30(b)(6) Notices

9. Samsung's Production of Documents in Compliance with Court's Orders

10. Samsung's Incomplete Production of Documents Discussing This Litigation/ITC Case

pa-1517353

MORRISON | FOERSTER

Rachel Herrick Kassabian
March 13, 2012
Page Two

    11. HumanCentric Documents

    12. Samsung's Clawback of Documents Purportedly Based on "Unreleased Products" Without Producing Redacted Versions

    13. Samsung's Overbroad and Untimely Discovery Requests and Request for Additional Depositions (including Apex Depositions)

    14. Samsung's Apparent Spoliation of Documents During Pendency of Litigation

Sincerely,

*/s/ Marc Pernick*

Marc Pernick

cc:    S. Calvin Walden
        Peter Kolovos

pa-1517353