1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |                Plaintiff,             | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF**
20 |                   vs.                 | **SAMSUNG'S REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION FOR**
21 | SAMSUNG ELECTRONICS CO., LTD., a      | **TEMPORARY RELIEF FROM THE**
   | Korean business entity; SAMSUNG       | **LEAD COUNSEL MEET AND CONFER**
22 | ELECTRONICS AMERICA, INC., a New      | **REQUIREMENT OR ALTERNATIVELY**
   | York corporation; SAMSUNG             | **FOR AN EXTENSION OF THE**
23 | TELECOMMUNICATIONS AMERICA,           | **DEADLINE TO FILE MOTIONS TO**
   | LLC, a Delaware limited liability company, | **COMPEL**
24 |
   |                Defendants.
25

26
27
28

I, Diane C. Hutnyan, declare:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").   I am licensed to practice law in the State of California.   I submit this declaration in support of Samsung's Administrative Motion For Temporary Relief From the Lead Counsel Meet and Confer Requirement or Alternatively For An Extension of the Deadline To File Motions To Compel.   I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2. Of the documents Samsung has produced in this case, approximately 57 percent were produced by the end of January and approximately 89 percent were produced by the end of February.   Of the documents Apple has produced in this case, approximately 35 percent were produced by the end of January and approximately 38 percent were produced between March 1 and March 8, 2012.   These numbers are based on the state of Apple's production as of the discovery cut-off in this case.   Apple produced a further 210,000 pages of documents on March 9 and its productions appear to be ongoing, with hundreds of additional pages produced only yesterday.

3. On the final day to serve discovery, February 7, 2012, Apple served its 8th through 13th sets of Requests for Admission, its 15th and 16th sets of interrogatories, its 16th set of Requests for Production, and its 9th Rule 30(b)(6) Notice.   All together, Apple served well over 1,000 discovery requests exactly thirty days before the discovery cut-off.   Apple served additional deposition notices, including its 10th Rule 30(b)(6) Notice, after February 7.

/ / /

/ / /

/ / /

4.       In response to purported concerns expressed by Apple at the end of January regarding the availability of Samsung's lead trial counsel for meet and confer, the parties discussed the possibility of jointly moving to designate additional counsel as lead counsel for purposes of the Court's lead trial counsel meet and confer requirement.   On February 3, 2012, Samsung sent a draft joint motion to Apple seeking to designate additional counsel to meet and confer.   Apple initially did not respond, and when Samsung followed up, Apple declined to join the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on March 14, 2012.

                                           /s/ Diane C. Hutnyan

                                           Diane C. Hutnyan

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane Hutnyan.

                                                    /s/ Victoria Maroulis