1  QUINN EMANUEL URQUHART &
2  SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
3  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Michael T. Zeller (Cal. Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20 APPLE INC.,                                Case No.   11-cv-01846-LHK (PSG)

21            Plaintiff,                      **STIPULATION AND [PROPOSED]
                                              ORDER RE SAMSUNG'S
22                                            SUBPOENA TO THIRD PARTY
      v.                                      WALMART**
23

24 SAMSUNG ELECTRONICS CO., LTD., A Korean
   business entity; SAMSUNG ELECTRONICS AMERICA,
25 INC., a New York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC, a Delaware
26 limited liability company.,

27            Defendants.

28

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Corporation,
2 Ltd., Samsung Telecommunications America, LLC., and Samsung Electronics America, Inc.,
3 (collectively, "Samsung") file this Stipulation requesting that the Court extend the March 8, 2012
4 fact discovery cutoff with respect to Wal-Mart Stores Inc.
5    WHEREAS, on February 3, 2012, Samsung Electronics Co. Ltd. ("Samsung") served a
6 subpoena on Wal-Mart Stores Inc. ("Wal-Mart") requesting that Wal-Mart produce documents and
7 sit for a deposition in *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.);
8    WHEREAS, Wal-Mart has requested an extension to respond to the subpoena, whereby
9 Wal-Mart will provide discovery after the March 8, 2012 discovery cut-off; and
10    WHEREAS, Apple Inc. ("Apple") and Samsung Electronics Co. Ltd. do not oppose
11 granting Wal-Mart this extension;
12    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
13 parties that Wal-Mart shall have until April 6, 2012 to comply with Samsung's subpoena.  IT IS
14 FURTHER HEREBY STIPULATED and agreed to by and between the parties that the extension
15 of time granted to Wal-Mart shall have no effect on the case schedule otherwise.

**IT IS SO STIPULATED.**

Dated:  March 8, 2012          MORRISON & FOERSTER LLP


                               By:   */s/ Philip Besirof*
                                     Philip Besirof

                               Attorneys for APPLE INC.

Dated:  March 8, 2012          QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By:   */s/ Scott Kidman*
                                     Scott Kidman

                               Attorneys for SAMSUNG
                               ELECTRONICS CO., LTD et al.

*** *** ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 14, 2012      By: _____
                           Honorable Paul S. Grewal
                           United States Magistrate Judge

1  **General Order 45 Attestation**

2     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to e-file
this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Scott Kidman
3  has concurred in this filing.

4
/s/ Victoria Maroulis
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28