1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING SAMSUNG'S |
| v. | ) | ADMINISTRATIVE MOTION |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., A | ) | |
| Korean corporation; SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., a New York | ) | |
| corporation; SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Samsung filed an administrative motion seeking temporary relief from the requirement that lead trial counsel meet and confer in person or in the alternative, for a twelve day extension to file any outstanding motions to compel.  *See* ECF No. 800.  Apple filed an opposition to Samsung's motion.  ECF No. 805.  Apple requested its own alteration to the lead counsel meet and confer requirement, and also requested a five day extension of the motion to compel deadline.  Samsung filed a reply in support of its administrative motion.  ECF No. 808.

The Court finds that neither party has identified good cause for either relieving the parties of the lead counsel meet and confer requirement or extending the deadline for which to file motions to compel.  The parties have known that the discovery cut off was approaching for months and have, nonetheless, created a last minute scramble for relief from this Court's order and the Civil

1

1  Local Rules.  Moreover, neither party has identified, with particularity, how it would be prejudiced

2  without relief from the rules.

3      The Court has no doubt that the parties could continue with fact discovery for months, if

4  not years, without exhausting resources or topics of discoverable material.  However, at some

5  point, fact discovery must close, and the process must move on.  The parties have reached that

6  deadline.  Accordingly, Samsung's administrative motion is DENIED.  The parties shall comply

7  with the lead counsel meet and confer requirement and with the deadline to file motions to compel

8  imposed by Civil Local Rule 37-3.

9  **IT IS SO ORDERED.**

10 Dated: March 14, 2012

11 LUCY H. KOH
   United States District Judge

Case No.: 11-CV-01846-LHK
ORDER RE SAMSUNG'S ADMINISTRATIVE MOTION

**United States District Court**
For the Northern District of California