HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Documents Under Seal filed March 7, 2012. (Dkt. Nos. 781 and 782.) Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Motion to Compel Production of Documents Relating to Apple's Efforts to Obtain Design Patents Related to the Patents-in-Suit ("Samsung's MTC re Design Patents"), the Declaration of Diane C. Hutnyan in Support of Samsung's MTC re Design Patents ("Hutnyan Decl. ISO MTC re Design Patents"), and Exhibit F to the Hutnyan Decl. ISO MTC re Design Patents contain Apple-confidential material. Specifically:

- Exhibit F to the Hutnyan Decl. ISO MTC re Design Patents contains CAD file directory and image printouts as well as concept images of designs. CAD files are the most heavily protected type of design document at Apple, as they reveal Apple's designs and design decisions in great detail with multiple views and a high degree of specificity. These files are so confidential that they are produced for inspection at a third party escrow facility, rather than directly to Samsung. The CAD file directories also make reference to Apple's confidential internal project code names. Other than the first two pages of content, which address patent dates of conception, public disclosure dates, and products embodying the patents; and the final seven pages of content, which consist of press releases, this exhibit should be redacted in its entirety. A proposed public redacted version is attached as Exhibit 1.
- Samsung's MTC re Design Patents and the Hutnyan Declaration are confidential to the extent they refer to the above exhibit.

3. Apple does not maintain a claim of confidentiality on Exhibit B to the Hutnyan Declaration ISO MTC re Design Patents.

4. It is Apple's policy not to disclose its confidential design, product development, or business practices to third parties. The above information is confidential to Apple. It is

DECLARATION OF CYNDI WHEELER ISO SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL  
CASE NO. 11-cv-01846-LHK  
sf-3119163

1

1  indicative of the way that Apple designs its products and conducts product development.  The
2  above documents containing internal code names reveal information that Apple uses to maintain
3  confidentiality with respect to its entire development process.   If disclosed, the information
4  described above could be used by competitors to Apple's disadvantage.  The requested relief is
5  necessary and narrowly tailored to protect the confidentiality of this information.

6       5.    Samsung's Motion to Compel Production of Materials from Related Proceedings
("Samsung's MTC re Related Proceedings"), the Declaration of Diane C. Hutnyan ISO
Samsung's MTC re Related Proceedings ("Hutnyan Decl. ISO Samsung's MTC re Related
Proceedings"), and Exhibits C, D, and N to the Hutnyan Decl. ISO Samsung's MTC re Related
Proceedings contain Apple-confidential material.  Specifically:

- Exhibit C to the Hutnyan Decl. ISO Samsung's MTC re Related Proceedings consists of a motion to compel filed by Samsung on December 12, 2011.  This motion was already the subject of a motion to file under seal (Dkt. No. 483), which the Court granted in full (Dkt. No. 527).  The redacted version of that motion was filed at Dkt. No. 487-0.

- Exhibit D to the Hutnyan Decl. ISO Samsung's MTC re Related Proceedings consists of an opposition to the above-referenced motion to compel.  This opposition was also already the subject of a motion to file under seal (Dkt. No. 502), which the Court granted in full (Dkt. No. 525).  The redacted version of that opposition was filed at Dkt. No. 502-3.

- Exhibit N to the Hutnyan Decl. ISO Samsung's MTC re Related Proceedings is identical to Exhibit F to the Hutnyan Decl. ISO Samsung's MTC re Design Patents, the confidentiality of which is discussed above.

6.    Exhibit B to the Hutnyan Decl. ISO Samsung's MTC re Related Proceedings is identical to Exhibit B to the Hutnyan Decl. ISO Samsung's MTC re Design Patents, and as noted above, Apple does not maintain a claim of confidentiality.

1   I declare under the penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct to the best of my knowledge and that this Declaration was
3   executed this 14th day of March, 2012, at Cupertino, California.

Dated: March 14, 2012                    By: */s/ Cyndi Wheeler*_____
                                              Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: March 14, 2012                    By:      */s/  Richard S.J. Hung*
                                                                      Richard S.J. Hung

DECLARATION OF CYNDI WHEELER ISO SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf-3119163

4