HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**REPLY DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION FOR ATTORNEYS' FEES AND COSTS IN CONNECTION WITH MOTION TO COMPEL DEPOSITIONS OF 14 OF SAMSUNG'S PURPORTED "APEX" WITNESSES**<br><br>Date:　March 27, 2012<br>Time:　10:00 a.m.<br>Place:　Courtroom 5, 4th Floor<br>Judge:　Hon. Paul S. Grewal |

I, Mia Mazza, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this Declaration in support of Apple's Reply In Support of Its Motion For Attorneys' Fees And Costs In Connection With Motion To Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses ("Fees Reply").

2. Apple has produced three of its nine most senior executives—Scott Forstall, Jonathan Ive, and Phil Schiller—for deposition in this case. Messrs. Forstall, Ive, and Schiller are, respectively, the most senior individuals in the iOS Software, Industrial Design, and Marketing groups. Each of these witnesses' depositions have already taken place. As noted in my Declaration in Support of Apple's Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses (Dkt. No. 736-3 ¶¶12-13), Apple has produced at least 3 other witnesses for deposition who are as high-ranking as most of Samsung's purported "apex" witnesses.

3. Samsung has sought to depose certain Apple employees without providing Apple with information showing that these proposed deponents have sufficient knowledge of relevant facts to justify their depositions. Instead, it has sent Apple only one short letter, dated February 28, 2012, that fails to reference any documents or deposition transcripts tying these proposed deponents to relevant issues in the case. Attached hereto as **Exhibit 1** is a true and correct copy of that February 28th letter.

4. On February 9, 2012, Apple sent Samsung a 9-page letter detailing, with references to documents produced from the files of other witnesses and to deposition transcripts, the reasons why each of Samsung's 20 "apex" witnesses possesses unique, relevant information that cannot be obtained through other means. The very next day, on February 10th, Samsung served deposition notices on Apple's CEO Tim Cook, General Counsel Bruce Sewell, and Senior Director of IP Law and Litigation Noreen Krall. Attached hereto as **Exhibit 2** are true and correct copies of Samsung's deposition notices for these witnesses. There is no apparent basis for these depositions. For example, Tim Cook, Apple's recently-appointed CEO, has had no direct,

MAZZA REPLY DECL. ISO APPLE'S MOTION FOR FEES & COSTS RE MOTION TO COMPEL "APEX" DEPOSITIONS
CASE NO. 4:11-cv-01846-LHK (PSG)
sf-3120232

1

1  relevant role in the design, development, or marketing of any of the products or features at issue
2  in this case.  Samsung has never explained why it needs to depose Mr. Cook or, for that matter,
3  why it waited until February 10 to notice Mr. Cook's deposition.
4         I declare under penalty of perjury that the foregoing is true and correct.  Executed on
5  March 15, 2012 at San Francisco, California.

                                            */s/ Mia Mazza*
                                            Mia Mazza

MAZZA REPLY DECL. ISO APPLE'S MOTION FOR FEES & COSTS RE MOTION TO COMPEL "APEX" DEPOSITIONS
CASE NO. 4:11-cv-01846-LHK (PSG)
sf-3120232

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: March 15, 2012               */s/ Michael A. Jacobs*
                                    Michael A. Jacobs