Exhibit 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15

16                       UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,            CASE NO. 11-cv-01846-LHK

19              Plaintiff,
                                                    **NOTICE OF DEPOSITION OF BRUCE
20       vs.                                        SEWELL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a
   New York corporation; SAMSUNG
23 TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
24 company,

25              Defendants.

26

27

28

                                                            Case No. 11-cv-01846-LHK
                                              NOTICE OF DEPOSITION OF BRUCE SEWELL

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil
3 Procedure, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
4 Samsung Telecommunications, LLC, by and through their attorneys, will take the deposition upon
5 oral examination of Bruce Sewell.   The deposition will commence at 9:00 a.m. on February 28,
6 2012 at 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, or at such date,
7 time, and place as is otherwise agreed to by the parties or ordered by the Court.   The deposition
8 will be taken by a notary public or other authorized officer and will continue from day to day until
9 concluded, or may be continued until completed at a future date or dates.

10   PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure
11 30(b)(3), the deposition will be videotaped and recorded stenographically.

14   DATED: February 10, 2012            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         By  /s/ V.F. Maroulis
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15
                    UNITED STATES DISTRICT COURT
16
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   | Plaintiff, | |
19 | vs. | **NOTICE OF DEPOSITION OF NOREEN KRALL** |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
   | Defendants. | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil
3    Procedure, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
4    Samsung Telecommunications, LLC, by and through their attorneys, will take the deposition upon
5    oral examination of Noreen Krall.   The deposition will commence at 9:00 a.m. on February 29,
6    2012 at 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, or at such date,
7    time, and place as is otherwise agreed to by the parties or ordered by the Court.   The deposition
8    will be taken by a notary public or other authorized officer and will continue from day to day until
9    concluded, or may be continued until completed at a future date or dates.

10   PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure
11   30(b)(3), the deposition will be videotaped and recorded stenographically.

14   DATED: February 10, 2012            QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By _____
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                         UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION OF TIM COOK** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

3 Procedure, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

4 Samsung Telecommunications, LLC, by and through their attorneys, will take the deposition upon

5 oral examination of Tim Cook.   The deposition will commence at 9:00 a.m. on February 27,

6 2012 at 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, or at such date,

7 time, and place as is otherwise agreed to by the parties or ordered by the Court.   The deposition

8 will be taken by a notary public or other authorized officer and will continue from day to day until

9 concluded, or may be continued until completed at a future date or dates.

10   PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure

11 30(b)(3), the deposition will be videotaped and recorded stenographically.

14 DATED: February 10, 2012          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

17                                   By _____
                                        Charles K. Verhoeven
18                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
19                                      Michael T. Zeller
20                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
21                                      INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC