# EXHIBIT 8

| | |
|---|---|
| **From:** | Walden, S. Calvin |
| **Sent:** | Tuesday, March 06, 2012 9:51 PM |
| **To:** | Kolovos, Peter; Rachel Herrick Kassabian; Samsung v. Apple |
| **Cc:** | AppleMoFo; WH Apple Samsung NDCal Service |
| **Subject:** | RE: Apple v Samsung (ND Cal) -- Discovery Correspondence |
| **Attachments:** | 2012.02.28 Walden to Kassabian re Apple's Requests for Prod.pdf; 2012.02.28 Kolovos to Hutnyan re Samsung's Deficient Resp to Apple's 11th and 12th SEts of Doc Requests.pdf |

Rachel,

We have also not received a response to the attached letters sent on February 28 regarding Samsung's document production and offers to meet-and-confer on Apple's 11'th and 12th sets of RFP's. Would you or someone from your team be available tomorrow at 10:30am Pacific to discuss?

Thanks,

Calvin

**From:** Kolovos, Peter
**Sent:** Tuesday, February 28, 2012 9:23 PM
**To:** Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service
**Subject:** Apple v Samsung (ND Cal) -- Discovery Correspondence

Rachel -- please see the attached letter from Calvin Walden.


**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.