# EXHIBIT 11

| | |
|---|---|
| **From:** | Walden, S. Calvin |
| **Sent:** | Friday, March 09, 2012 4:59 PM |
| **To:** | 'Rachel Herrick Kassabian'; Kolovos, Peter; Samsung v. Apple |
| **Cc:** | 'AppleMoFo'; WH Apple Samsung NDCal Service |
| **Subject:** | RE: Apple v Samsung (ND Cal) -- Discovery Correspondence |

Rachel,

When you declined to do a meet-and-confer on Tuesday or Wednesday concerning prior letter we sent, and said you were sending written responses instead, I assumed we would be getting those responses promptly.  When will receive that letter.  I have tried calling you today, and am available still to discuss.  Regardless of whether you plan to send a letter or not, given the passage of time and the fact that today is the day after the close of fact discovery, when can you do a meet-and-confer?   If later today or this weekend works for you, we'll make it work as well.  Please let me know a time that works and we'll set it up.

Thanks,

Calvin

---

**From:** Rachel Herrick Kassabian [mailto:rachelkassabian@quinnemanuel.com]
**Sent:** Wednesday, March 07, 2012 2:21 PM
**To:** Walden, S. Calvin; Kolovos, Peter; Samsung v. Apple
**Cc:** 'AppleMoFo'; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v Samsung (ND Cal) -- Discovery Correspondence

Hi Calvin,
We are preparing written responses to your letters and can discuss a telephonic meet and confer thereafter.
Regards,
Rachel

---

**From:** Walden, S. Calvin [mailto:Calvin.Walden@wilmerhale.com]
**Sent:** Wednesday, March 07, 2012 10:02 AM
**To:** Walden, S. Calvin; Kolovos, Peter; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v Samsung (ND Cal) -- Discovery Correspondence

Rachel,

Following from my e-mails last night, are you or someone from your team available for a teleconference at 10:30am?  If not, what time(s) work for you today?

Thanks,

Calvin

---

**From:** Walden, S. Calvin
**Sent:** Wednesday, March 07, 2012 12:51 AM
**To:** Kolovos, Peter; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v Samsung (ND Cal) -- Discovery Correspondence

Rachel,

We have also not received a response to the attached letters sent on February 28 regarding Samsung's document production and offers to meet-and-confer on Apple's 11'th and 12th sets of RFP's.  Would you or someone from your team be available tomorrow at 10:30am Pacific to discuss?

Thanks,

Calvin

---

**From:** Kolovos, Peter
**Sent:** Tuesday, February 28, 2012 9:23 PM
**To:** Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service
**Subject:** Apple v Samsung (ND Cal) -- Discovery Correspondence

Rachel -- please see the attached letter from Calvin Walden.


**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.