1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Counterclaim-Plaintiffs,<br>       v.<br><br>APPLE INC., a California corporation,<br><br>                Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL**<br><br>Date:   April 24, 2012<br>Time:   10:00 a.m. |

Plaintiff Apple Inc. ("Apple") has moved pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") to complete its production of certain identified documents and things.  Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to Compel as follows:

IT IS ORDERED that Samsung shall make a complete production of the documents identified in subsections A – B below.

A. Documents, expert reports, deposition transcripts and other filings not publicly available to Apple from other Samsung litigations in which Samsung took any position regarding the licensing of patents and other intellectual property rights ("IPR") claimed to be essential to the UMTS standard, the determination of a fair, reasonable and non-discriminatory ("FRAND") royalty, and the propriety of injunctive relief for the infringement of IPR claimed to be essential to the UMTS standard;

B. Documents concerning Samsung's plans and strategies for developing, marketing or licensing of IPR that is claimed to be essential to the UMTS standard including presentations to executive management and the Board of Directors

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                                Honorable Paul S. Grewal, U.S.M.J.