HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Motion to File Under Seal (Dkt. No. 667), pursuant to the Court's Order Granting in Part Samsung's Motion to File Under Seal (Dkt. No. 797) ("the Order"). The Order invited Apple to file a declaration and proposed redactions that narrowly tailor the request to seal Exhibits O, P, Q, and W to the Declaration of Alex Baxter in Support of Samsung's Motion to Supplement Invalidity Contentions (Dkt. No. 671) ("Baxter Declaration"). I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Motion to Supplement Invalidity Contentions ("Samsung's Motion") and Exhibits Q and W to the Baxter Declaration contain Apple-confidential material. (*See* Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 667-1].)  Specifically:

- Exhibit Q to the Baxter Declaration consists of excerpts from the deposition of Apple inventor Steven Christensen. These excerpts discuss specific confidential licensing discussions and terms. A proposed redacted version is attached hereto as **Exhibit 1**.
- Exhibit W to the Baxter Declaration consists of an excerpt from Apple's Objections and Responses to Samsung's First Set of Interrogatories. It contains specific information on Apple's confidential intellectual property enforcement strategies and actions, identities of third parties with whom Apple confidentially discussed patents, and confidential information regarding Apple's advertising expenditures. A proposed redacted version is attached hereto as **Exhibit 2**.
- Samsung's Motion to Supplement Invalidity Contentions contains discussion of the aforementioned exhibits and should be sealed to the extent it refers to them.

3. Apple does not maintain a claim of confidentiality on Exhibits O or P to the Baxter Declaration.

4. It is Apple's policy not to disclose or describe its enforcement strategies, advertising expenditures, licensing discussions, and other business practices to third parties. The above information is confidential to Apple. It is indicative of the way that Apple manages its business affairs and enforces its rights. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the forgoing is true and correct and that this Declaration was executed this 16th day of March, 2012, at Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: March 16, 2012                    */s/ Jason R. Bartlett*
                                         Jason R. Bartlett