QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2    Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3    America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4    seal:

5        1. The confidential, unredacted version of Samsung's Reply in Support of its Motion
6           for a Protective Order.
7        2. The confidential, unredacted version of the Declaration of Hankil Kang in Suport
8           of Samsung's Reply in Support of its Motion for a Protective Order
9        3. Exhibits B, D, K-L, P-U to the Declaration of Rachel Herrick Kassabian in Support
10          of Samsung's Reply in Support of its Motion for a Protective Order.

11   Items (1), (2), and Exhibits B, D, T, and U listed in item (3) discuss, refer to, or comprise
12   documents and excerpts of depositions that Samsung has designated as HIGHLY
13   CONFIDENTIAL – ATTORNEYS' EYES ONLY under the protective order.   Samsung has
14   established good cause to permit filing these documents under seal through the Declaration of
15   Hankil Kang in Support of Samsung's Administrative Motion to File Documents Under Seal, filed
16   herewith.

17   In addition, Exhibits K-L and P-S listed in item (3) contain materials that Apple, Inc.
18   ("Apple") has designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under
19   the protective order.   Samsung expects that Apple will file a declaration establishing good cause
20   to permit the sealing of these materials pursuant to Civil Local Rule 79-5(d).

21   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
22   for in camera review and served on all parties.   A proposed redacted version of Samsung's Reply
23   and the Declaration of Hankil Kang in Support of Samsung's Reply are attached as Exhibits 1 and
24   2 to the Declaration of Hankil Kang in Support of Samsung's Motion to File Documents Under
25   Seal.

26
27
28

| | |
|---|---|
| DATED: March 19, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  */s/ Victoria Maroulis* |
| | Charles K. Verhoeven |
| | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| | Michael T. Zeller |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |