# EXHIBIT 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                       UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   |---|---|
21 |              Plaintiff, | **DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF SIX HIGH-RANKING SAMSUNG EXECUTIVES** |
22 |        vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | | |
25 | | |
26 |              Defendant. | |
27

28

02198.51855/4662841.1

                                                   DECLARATION OF HANKIL KANG

DECLARATION OF HANKIL KANG

I, Hankil Kang, declare as follows:

1. I am Legal Counsel for Samsung Electronics Co., Ltd., in the above-entitled action. I make this declaration of personal, first-hand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Based on my role as Legal Counsel, I am familiar with the organizational and reporting structure for Samsung Electronics Co., Ltd. ("SEC") and its subsidiary, Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") and with Samsung's products.

3. Since 2010, Gee-Sung Choi has been the Vice-Chairman and Chief Executive Officer of SEC. During his career at Samsung, Mr. Choi has held the positions of: President of Corporate Management (2010); President of the Digital Media & Communications Division (2009-2010); President of the Telecommunications Division (2007-2009); and President of the Digital Media Division (2004-2007). Mr. Choi has also worked in the Semiconductor Division.

4. ███████████████████████████████████████████████████████████

5. ███████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 19, 2012, at Suwon, Korea.

*Hankil Kang* (signature)
Hankil Kang