1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                      UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | ASE NO. 11-cv-01846-LHK (PSG) |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF RACHEL HERRICK KASSABIAN IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date: March 27, 2012 |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 10:00 a.m. |
| 26 | | Place: Courtroom 5, 4th Floor |
| | Defendant. | Judge: Hon. Paul S. Grewal |
| 27 | | |

28

02198.51855/4660628.1

Case No. 11-cv-01846-LHK (PSG)

KASSABIAN DECLARATION IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MPO

1   I, Rachel Herrick Kassabian, declare as follows:

2   1.      I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3   counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung

4   Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in

5   support of Samsung's Motion for a Protective Order Precluding the Deposition of Ten High-

6   Ranking Samsung Executives ("Samsung's Motion for Protective Order").  I have personal

7   knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon

8   as a witness, I could and would testify to such facts under oath.

9   2.      I am informed and believe that to date, Apple has taken 84 depositions in this

10   case totaling nearly 200 hours of deposition time.

11   3.      Between January 5, 2012, when Samsung first raised its apex objections to the

12   depositions of certain senior executives, and the date of this filing, Samsung has repeatedly

13   narrowed its apex objections down from 23 to 17, to 14, to 10, to 9 executives.  Apple, on the

14   other hand, did not make even a single concession on these issues until March 12, 2012.

15   4.      On March 12, after Samsung had already filed its Motion for a Protective Order

16   and Opposition to Apple's Motion to Compel, Apple finally offered its first compromise,

17   electing to forego depositions of three of the remaining nine apex executives at issue in these

18   cross motions—Jaewan Chi, Executive Vice President in SEC's Intellectual Property Center;

19   Heonbae Kim, Executive Vice President of the Korea R&D Team of Mobile Communications

20   for SEC; and Dong Jin Koh, Executive Vice President of the Technology Strategy Team of

21   Mobile Communications for SEC.  A true and correct copy of Apple's e-mail is attached as

22   Exhibit A.

23   5.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the

24   transcript of Yunjung Lee's deposition, which took place on February 23, 2012.

25   6.      Though Apple initially noticed Samsung employee Woncheol Chae for

26   deposition, Apple has since withdrawn this notice.  A true and correct copy of Apple's

27   correspondence is attached as Exhibit C.

28

1    7.    Attached hereto as Exhibit D is a true and correct copy of excerpts from the

2    transcript of SungSik Lee's deposition, which took place on March 1, 2012.

3    8.    Since Samsung filed its Opposition to Apple's Motion to Compel, Apple has

4    deposed Jaehwang Sim, Vice President of SEC's Business Operations Group and SEC's

5    30(b)(6) designee on various damages topics, including all the Topics listed in Apple's Tenth

6    30(b)(6) Notice (titled "Damages-Related Information").  True and correct copies of Apple's

7    Tenth 30(b)(6) Notice and the letter designating Mr. Sim are attached hereto as Exhibits E and F

8    respectively.   In addition, Apple will be deposing Tim Sheppard, STA's 30(b)(6) designee on

9    various damages topics, for a second time during the last week in March.  Apple first deposed

10   Mr. Sheppard on February 29, 2011 regarding seventeen different Topics listed in Apple's

11   Seventh 30(b)(6) Notice (also titled "Damages-Related Information").  True and copies of

12   Apple's Seventh 30(b)(6) Notice and the letter designating Mr. Sheppard are attached hereto as

13   Exhibits G and H respectively.  Apple has asked for a second deposition of Mr. Sheppard to

14   question him in greater detail regarding two spreadsheets and financial reports from STA and

15   SEC.  A true and correct copy of Apple's letter requesting a second deposition is attached hereto

16   as Exhibit I.

17   9.    A week after filing its motion seeking to depose 14 Samsung executives,

18   including Samsung's CEO and President, Apple wrote to inform Samsung that it would not

19   produce a number of witnesses for deposition, including several senior Apple executives.  While

20   Apple stated that some of the witnesses were "apex," it failed to identify the supposedly apex

21   witnesses.  A true and correct copy of Apple's correspondence is attached as Exhibit J.

22   10.   Attached hereto as Exhibit K is a true and correct copy of excerpts from Volume

23   II of the transcript of Jonathan Ive's deposition, which took place on February 7, 2012.

24   11.   Attached hereto as Exhibit L is a true and correct copy of excerpts from Volume I

25   of the transcript of Greg Joswiak's deposition, which took place on February 23, 2012.

26   12.   Bruce Sewell, Apple's General Counsel, was listed as having relevant knowledge

27   regarding licensing issues in Apple's Initial Disclosures.  A true and correct copy of this

28   document is attached hereto as Exhibit O.  Nevertheless, Apple has simultaneously claimed that

1    Mr. Sewell is one of several witnesses who are irrelevant to this litigation and / or should not be

2    deposed on "apex" grounds (*see* Exhibit J, *supra*).

3        13.    Attached hereto as Exhibit P is a document produced by Apple, bearing BATES

4    APLNDC0000001085-87.

5        14.    Attached hereto as Exhibit Q is an excerpt of Boris Teksler's December 9, 2010

6    deposition in International Trade Commission Investigation No. 337-TA-710, produced by

7    Apple in this action bearing BATES APLNDC0001252490-539.

8        15.    Attached hereto as Exhibit R is a collection of documents produced by Apple,

9    bearing BATES APLNDC00019963-65, APLNDC0001207655, and APLNDC0001256893-94.

10       16.    Attached hereto as Exhibit S is a document produced by Apple, bearing BATES

11   APLNDC00010880.

12       17.    Attached hereto as Exhibit T is a true and correct copy of excerpts of the rough

13   transcript of Minhyung Chung's deposition, which took place on March 16, 2012.

14       18.    Attached hereto as Exhibit U is a true and correct copy of excerpts of the rough

15   transcript of Seung-ho Ahn's deposition, which took place on March 15, 2012.

16       19.    In Samsung's February 3, 2012 meet and confer letter regarding Samsung's

17   objections to the apex depositions at issue here, Samsung specifically advised Apple that

18   "Samsung intends to file a motion for a protective order to prevent these depositions unless

19   Apple either withdraws its deposition notices or adequately explains its basis for seeking

20   testimony from these individuals."  Moreover, during the February 6 and February 14, 2012

21   lead-counsel meet and confer sessions, I mentioned to Apple that Samsung would be proceeding

22   with its protective order motion.  Nevertheless, on February 16, 2012, Apple went ahead and

23   filed a duplicative motion to compel these same depositions.

24       20.    On March 7, 2012, Apple asked Samsung to stipulate to combine Apple's

25   Opposition to Samsung's Motion for a Protective Order and its Reply in support of its Motion

26   To Compel.  Samsung accepted Apple stipulation to reduce the burdens on the Court.

27       21.    [Exhibit M is intentionally omitted.]

28       22.    [Exhibit N is intentionally omitted.]

1

2      I declare under penalty of perjury under the laws of the United States of America that the

3      foregoing is true and correct.

4

5      Executed on March 19, 2012, at San Francisco, California.

6

7

8

                                            Rachel Herrick Kassabian
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -4-                  Case No. 11-cv-01846-LHK (PSG)
          KASSABIAN DECLARATION IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MPO