# EXHIBIT A

| | |
|---|---|
| **From:** | Mazza, Mia |
| **To:** | Alex Binder |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | Apple v. Samsung: Jaewan Chi, Heonbae Kim, and Dong Jin Koh |
| **Date:** | Monday, March 12, 2012 12:47:58 AM |

Alex:

Based on information from recent depositions, Apple has determined that it will not at this time pursue the depositions of **Jaewan Chi, Heonbae Kim,** and **Dong Jin Koh**.  Apple reserves its rights to seek their depositions at a later time.

Regards,

**Mia Mazza
Morrison & Foerster LLP
San Francisco
(415) 268-6024 office
(415) 302-6583 mobile
(415) 268-7522 fax**

-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-------------------------------------------------------------------