# EXHIBIT F

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

March 3, 2012

**VIA ELECTRONIC MAIL**

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple Inc. v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846

Dear Mia:

I write in response to your letter regarding Apple's notice of deposition for Giho Ro, which we received after the close of business on Friday night.  As an initial matter, Apple's notice is untimely, as it was served with just four business days before the close of discovery.  On this basis alone, Samsung is not obliged to make him available.

Moreover, Apple's only articulated basis for noticing Mr. Ro's deposition was his alleged participation in preparing the documents referenced in Apple's Tenth Rule 30(b)(6) Notice.  Subject to its objections, Samsung hereby designates Jae-Hwang Sim, Vice President of Samsung's Business Operations Group, as a 30(b)(6) witness for at least the topics in Apple's Tenth Notice.  We trust that Samsung's designation of Vice President Sim for those topics obviates Apple's perceived need for Mr. Ro's testimony, and that Apple with withdraw the notice of deposition served last night.  But in any event, to be clear, Samsung will not be offering Mr. Ro for deposition.

Please confirm that Apple will depose Vice President Sim on March 8, 2012 in Korea.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4634699.1

Very truly yours,

*/s/ Rachel Herrick Kassabian*

Rachel Herrick Kassabian
02198.51855/4634699.1