# EXHIBIT I

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 16, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

We write to identify nine Samsung witnesses whose depositions Apple would like to reopen pursuant to the Court's May 8, 2012, Order.  Apple reserves the right to designate a tenth witness at a later point in time.  As directed by the Court, at least 72 hours in advance of each scheduled follow-up deposition, Apple will provide a list of the topics it intends to cover.

> Junho Park
> Tim Benner
> Corey Kerstetter
> Tim Sheppard
> Hyun Goo Woo
> Hye Jung Lee
> Seung Yun Lee
> Oh Chae Kwon
> Jae Hwang Sim

For each of these witnesses, a substantial portion of his or her documents were produced with insufficient time to process (and, where applicable, translate) in advance of the deposition.

In the case of Mr. Sheppard, Apple wishes to reopen his deposition to discuss two key spreadsheets produced the day before his February 29, 2012, deposition, as well as a new spreadsheet and additional financial reports from STA to SEC produced shortly after Mr.

sf-3121140

MORRISON | FOERSTER

Rachel Herrick Kassabian
March 16, 2012
Page Two


Sheppard's deposition, on which Samsung has now relied.  Apple did not have sufficient time to analyze these spreadsheets and reports before Mr. Sheppard's deposition.

Please provide us with dates as soon as possible for the above witnesses' follow-up depositions for the week of March 26, 2012.  We look forward to hearing from you.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:    S. Calvin Walden
       Peter Kolovos

sf-3121140