# EXHIBIT M
# INTENTIONALLY OMITTED