# EXHIBIT N
# INTENTIONALLY OMITTED