# EXHIBIT T
# FILED UNDER SEAL

Case 5:11-cv-01846-LHK   Document 819-24   Filed 03/20/12   Page 1 of 1