UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITIONS OF SIX HIGH-RANKING EXECUTIVES** |

The motion of Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") came on regularly for hearing on March 27, 2012 at 10:00 a.m. in Courtroom 5 of the above-entitled Court, the Honorable Paul S. Grewal presiding. All parties were given notice of the hearing.

Having considered all papers filed herein and the oral argument of counsel, and good cause appearing: IT IS HEREBY ORDERED that Samsung's Motion for a Protective Order Precluding the Depositions of Six High-Ranking Executives is GRANTED. Apple Inc.'s notices of deposition for the following individuals are hereby quashed in their entirety:

1.  Gee Sung Choi, Chief Executive Officer and Vice Chairman of SEC;
2.  Jong Kyu Shin, President of Mobile Communications for SEC;
3.  Won-Pyo Hong, Executive Vice President of Mobile Communications for SEC;
4.  Seunghwan Cho, Executive Vice President of Advanced Software Research and Development Team 2 for SEC;
5.  Dale Sohn, President and Chief Executive Officer of STA; and
6.  Joseph Cheong, Chief Financial Officer of STA.

**IT IS SO ORDERED.**

DATED: _____, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE PAUL S. GREWAL
United States Magistrate Judge