| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Motion to File Documents Under Seal filed on March 13, 2012. [Dkt. No. 801.] Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Exhibits 1, 3, 4, 7, 9, and 10 of the Declaration of Christopher E. Price ("Price Declaration") in Support of Samsung's Opposition to Apple's Rule 37(b)(2) Motion re Samsung's Violation of January 27, 2012 Damages Discovery Order ("Samsung's Opposition") contain Apple-confidential material. (*See* Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 801-1].) Specifically:

- Exhibit 1 to the Price Declaration consists of Apple's highly confidential Gross Margin Reports, which identify material costs, management costs, marketing costs, and gross margins for Apple's iPhone products, as well as reports of Apple earnings from search engines on the iPhone, and should be sealed in its entirety.
- Exhibits 3 and 4 to the Price Declaration are charts showing the royalties Apple has paid to licensors in relation to its iPhone, iPad, and iPod products, which is highly confidential information. Both exhibits should be sealed in their entirety.
- Exhibit 7 to the Price Declaration is a document entitled "iPhone Units by Channel/Carrier/Reseller." The document contains highly confidential sales information on a per-unit basis broken down by the carrier, channel, and reseller of Apple's products, and should be sealed in its entirety.
- Exhibit 9 to the Price Declaration contains a reference to the number of physical design models Apple possesses, internal Apple code names for its products, and discussions of specific documents relating to baseband processors and custodians of those documents. A proposed redacted version is attached as Exhibit 1.

DECLARATION OF CYNDI WHEELER ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
pa-1518354

1

- Exhibit 10 to the Price Declaration consists of reports of Apple earnings from search engines on the iPhone, which are highly confidential. Exhibit 10 should be sealed in its entirety.
- Samsung's Opposition contains discussion of the aforementioned exhibits and should be sealed to the extent it refers to them.

3. It is Apple's policy not to disclose or describe its confidential financial information, design and product development information, trade secrets, or business practices to third parties. The above information is confidential to Apple. It is indicative of the way that Apple manages its business affairs, designs its products and conducts product development. Apple's internal Apple code names reveal information that Apple uses to maintain confidentiality with respect to its entire design and development process. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 20th day of March, 2012 at Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

DECLARATION OF CYNDI WHEELER ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
pa-1518354

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated:  March 20, 2012                                  /s/  Richard S.J. Hung
                                                                       Richard S.J. Hung