HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1.     The confidential, unredacted version of Apple's Reply Brief in Support of Rule 37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order;

2.     The confidential, unredacted version of the Declaration Of Erik J. Olson in Support of Apple's Reply in Support of Rule 37(B)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Olson Reply Declaration");

3.     The confidential, unredacted version of  the Declaration of Eric R. Roberts in Support of Apple's Reply in Support of Rule 37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Roberts Reply Declaration");

4.     The confidential, unredacted version of  the Declaration of Grant L. Kim in Support of Apple's Reply in Support of Rule 37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Kim Reply Declaration");

5.     Exhibits A-B, D, F, & H to the Olson Reply Declaration;

6.     Exhibits A-C to the Roberts Reply Declaration;

7.     Exhibits 9-10 & 13-18 to the Kim Reply Declaration.

1    The above items contain material that Samsung has designated as confidential under the

2    protective order entered in this case.  Apple expects that pursuant to Civil Local Rule 79-5(d),

3    Samsung will file a declaration establishing good cause to permit the sealing of these materials.

4    Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with

5    the sealable portions highlighted.  Redacted versions of items 1-4 are attached as exhibits hereto.

6    Dated: March 20, 2012                    MORRISON & FOERSTER LLP

7

8                                            By:  */s/ Michael A. Jacobs*
                                                  Michael A. Jacobs
9
                                             Attorneys for Plaintiff
10                                           APPLE INC.