1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has moved for an order to seal the following documents:
3     1.   The confidential, unredacted version of Apple's Reply Brief in Support of Rule
4  37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order;
5     2.   The confidential, unredacted version of the Declaration of Erik J. Olson in Support
6  of Apple's Reply in Support of Rule 37(B)(2) Motion Re: Samsung's Violation of January 27,
7  2012 Damages Discovery Order ("Olson Reply Declaration");
8     3.   The confidential, unredacted version of the Declaration of Eric R. Roberts in
9  Support of Apple's Reply in Support of Rule 37(B)(2) Motion Re: Samsung's Violation of
10 January 27, 2012 Damages Discovery Order ("Roberts Reply Declaration");
11    4.   The confidential, unredacted version of the Grant L. Kim in Support of Apple's
12 Reply in Support of Rule 37(B)(2) Motion Re: Samsung's Violation of January 27, 2012
13 Damages Discovery Order ("Kim Reply Declaration");
14    5.   Exhibits A-B, D, F, & H to the Olson Reply Declaration;
15    6.   Exhibits A-C to the Roberts Reply Declaration.
16    7.   Exhibits 9-10 & 13-18 to the Kim Reply Declaration.
17 Having considered the arguments of the parties and the papers submitted, and GOOD
18 CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to File Under
19 Seal.
20 **IT IS SO ORDERED.**
21 Dated:
22                                         HONORABLE PAUL S. GREWAL
                                           United States District Judge