# EXHIBIT E

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

February 24, 2012

<u>VIA ELECTRONIC MAIL</u>

Marc J. Pernick, Esq.
Morrison Foerster
755 Page Mill Road
San Francisco, California 94304-1018

Re:     <u>Apple v. Samsung, N.D. Cal. Case No. 11-cv-1846-LHK (PSG)</u>

Dear Marc:

I write in response to your letter of February 19, 2012 regarding Samsung's designation of Tim Sheppard as a 30(b)(6) witness.

Subject to Samsung's objections, Tim Sheppard will testify on behalf of STA and SEA on the following topics as set forth in Apple's Seventh 30(b)(6) Notice: 1, 6 (as to sales plans), 7, 13, 14, 17, 22, 26 (as to sales plans), 27 (as to sales plans), and 30.  Mr. Sheppard will not testify on the following topics, and Samsung hereby withdraws his designation as to them:  2, 3, 4, 5, 15, 16, 20, and 23. Mr. Sheppard is not a 30(b)(6) witness for Samsung Electronics Co., Ltd., nor is he currently designated as to any topics in Apple Tenth 30(b)(6) Notice.

Mr. Sheppard has already made travel plans and re-arranged his busy schedule to attend the deposition, so please let us know immediately if Apple does not intend to proceed on February 29.  If we do not receive confirmation by 5:00 p.m. today that Apple will proceed on February 29, we will assume the deposition is <u>not</u> going forward on that date.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Very truly yours,

*/s/ Anthony P. Alden*

Anthony P. Alden

02198.51855/4619209.1