| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304 |

Attorneys for Plaintiff and Counterclaim-
Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK<br><br>**REPLY DECLARATION OF GRANT L. KIM IN SUPPORT OF APPLE'S RULE 37(B)(2) MOTION RE SAMSUNG'S VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date:   April 3, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**PUBLIC REDACTED VERSION**

1       I, Grant L. Kim, declare as follows:

2       1.    I am an attorney at the law firm of Morrison & FoersterLLP, counsel of record in this action for Plaintiff Apple Inc. I submit this Reply Declaration in Support of Apple's Rule 37(b)(2) Motion Re Samsung's Violation of January 27, 2012 Damages Discovery Order. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

3       2.    Attached as Exhibit 1 hereto is a true and correct copy of Apple's Second Set of Requests for Production of Documents, dated August 3, 2011. As can be seen at pages 1-2, Apple defined "Products at Issue" as including ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and "any similar products, and any products that Apple accuses of infringing its intellectual property in this litigation."

4       3.    Apple used the same definition of "Products at Issue" in every set of discovery requests that it served on Samsung that used this phrase, including: (a) Apple's Second Set of Interrogatories (August 3, 2011); (b) Apple's Sixth Set of Requests for Production of Documents (October 26, 2011); (c) Apple's Seventh Set of Requests for Production of Documents (November 11, 2011); (d) Apple's Fifth Set of Interrogatories (November 14, 2011); (e) Apple's Seventh Set of Interrogatories (January 14, 2012); (f) Apple's Tenth Set of Interrogatories (January 23, 2012); (g) Apple's Fourteenth Set of Interrogatories (February 5, 2012); (h) Apple's Sixteenth Set of Interrogatories (February 7, 2012). Samsung never objected that it did not understand the meaning of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5       4.    Attached as Exhibit 2 hereto is a true and correct copy of a printout of the "Explore the Galaxy S II" page of Samsung's website, downloaded from http://www.samsung.com/us/article/explore-the-galaxy-s-ii. This page includes photos and descriptions of all "Galaxy S II" models sold by U.S. carriers, including the Sprint "Galaxy S II Epic 4G Touch"; the AT&T "Galaxy S II Skyrocket"; the T-Mobile "Galaxy S II"; the AT&T "Galaxy S II"; and the U.S. Cellular "Galaxy S II." It also includes links to other Samsung webpages that include additional information about all of these Galaxy S II models.

1        5.      Attached as Exhibit 3 are true and correct copies of photos of the front and back of
2   the Sprint Galaxy S II Epic 4G Touch, downloaded from Samsung's website at
3   http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery.  As shown by these
4   photos, the back of the Sprint Galaxy S II, includes the "Galaxy S II" logo, with no reference to
5   "Epic 4G Touch."
6        6.      Attached as Exhibit 4 are true and correct copies of photos of the front and back of
7   the AT&T Galaxy S II Skyrocket, downloaded from Samsung's website at
8   http://www.samsung.com/us/mobile/cell-phones/SGH-I727MSAATT-gallery.  As shown by
9   these photos, the back of the AT&T Galaxy S II, includes the "Galaxy S II" logo, with no
10  reference to "Skyrocket."
11       7.      Attached as Exhibits 5 and 6 are true and correct copies of photos of the front and
12  back of the T-Mobile and AT&T Galaxy S II, downloaded from Samsung's website at
13  http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-gallery and
14  http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery, respectively.  As
15  shown by these photos, the back of these two models includes the same "Galaxy S II" logo that
16  appears on the Sprint Galaxy S II Epic 4G Touch and the AT&T Galaxy S II Skyrocket.
17       8.      Attached as Exhibit 7 hereto is a true and correct copy of a printout of the
18  "Explore Galaxy Tabs" page of Samsung's website, downloaded from
19  http://www.samsung.com/us/guide-page/galaxy-s/#galaxytab.  As can be seen, Samsung's
20  "Explore Galaxy Tabs" webpage includes photos and descriptions of both the "Galaxy Tab 10.1
21  (Wi-Fi Only)" and the "Galaxy Tab 10.1 (Verizon 4G LTE)."  It also includes links to other pages
22  that contain more information about these products.
23       9.      Attached as Exhibit 8 hereto is a true and correct copy of a printout of a review of
24  the Galaxy Tab 10.1 4G LTE, dated August 15, 2011, downloaded from
25  http://www.anandtech.com/show/4605/samsung-galaxy-tab-101-4g-lte-review.  The review states
26  that the LTE version of the Galaxy Tab 10.1 is "[b]ased on the same design as the WiFi only
27  Galaxy Tab 10.1," and is "identical in dimensions."  (*Id.* at 2.)  It includes a side-by-side
28  comparison that shows that the technical specifications of the Galaxy Tab 10.1 (Wi-Fi only) and

1   the Galaxy Tab 10.1 (4G LTE) are virtually identical, with the key difference between that the

2   LTE version allows connection over a 3G or LTE cellular network.  (*Id.* at 3-4.)

3          10.     Attached as Exhibit 9 hereto is a true and correct copy of Apple's initial response

4   to Samsung's Interrogatory No. 5, served on September 12, 2011.

5          11.     Attached as Exhibit 10 hereto is a true and correct copy of Apple's Second

6   Amended Response to Samsung's Interrogatory No. 5, served on March 8, 2012.

7          12.     Attached as Exhibit 11 hereto is a true and correct copy of an article dated

8   August 31, 2011, about Samsung's official announcement of the Galaxy S II models for AT&T,

9   Sprint, and T-Mobile, downloaded from http://www.androidpolice.com/2011/08/30/galaxy-sii-

10  variants-for-att-t-mobile-and-sprint-officially-announced-the-wait-is-almost-over/  According to

11  the article, the specifications of the three Galaxy S II models are similar, but not identical.  For

12  example, the T-Mobile Galaxy S II has a 4.52 inch screen, while the AT&T Galaxy S II has a 4.3

13  inch screen.

14         13.     Attached as Exhibit 12 hereto is a true and correct copy of an article about the

15  Galaxy S II from Wikipedia, downloaded from

16  http://en.wikipedia.org/wiki/Samsung_Galaxy_S_II.

17         14.     Attorneys working under my supervision have conducted database searches of

18  documents produced by Samsung in this action.  The results of these searches show that Samsung

19  has produced thousands of documents that refer to one of the three models that Samsung contend

20  are outside the scope of this case ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and that do not refer to one of the models that Samsung concedes are

22  at issue ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23         15.     Attached as Exhibit 13 hereto is a true and correct copy of a spreadsheet

24  summarizing the results of a search for documents that refer to the ▓▓▓▓▓▓▓▓▓▓▓▓

25  and that do not refer to one of the models that Samsung concedes are at issue.  This search

26  identified a total of 864 documents produced by Samsung.  These search results reflect documents

27  that included one of the terms that Samsung uses to refer to the ▓▓▓▓▓▓▓▓▓▓▓

28  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and

1  that did not include one of the terms that Samsung uses to refer to the ▮▮▮▮▮

2  ▮▮▮▮▮ or the AT&T

3  Galaxy S II (specifically, "I777" or "Seine," the AT&T model and project names).)

4      16.    Attached as Exhibit 14 hereto is a true and correct copy of a spreadsheet

5  summarizing the results of a search for documents that refer to the ▮▮▮▮▮, and

6  that does not refer to one of the models that Samsung concedes are at issue.  This search

7  identified a total of 1,022 documents produced by Samsung.  These search results reflect

8  documents that included one of the terms that Samsung uses to refer to the ▮▮▮▮▮

9  ▮▮▮▮▮ and that did

10  not include one of the terms that Samsung uses to refer to the ▮▮▮▮▮

11  ▮▮▮▮▮

12      17.    Attached as Exhibit 15 hereto is a true and correct copy of a spreadsheet

13  summarizing the results of a search for documents that refer to the ▮▮▮▮▮ and that

14  does not refer to one of the models that Samsung concedes are at issue.  This search identified a

15  total of 1,047 documents produced by Samsung.  These search results reflect documents that

16  included one of the terms that Samsung uses to refer to the ▮▮▮▮▮

17  ▮▮▮▮▮

18  ▮▮▮▮▮ and that did not include one of the terms that Samsung uses to refer to the

19  ▮▮▮▮▮

20  ▮▮▮▮▮

21  ▮▮▮▮▮

22      18.    Adding the totals in the three preceding paragraphs together, Samsung responded

23  to Apple's document requests in this litigation by producing a total of 2,933 documents in this

24  litigation that refer to the three products that Samsung now contends are outside the scope of

25  Apple's claims, and that do not refer to related products that Samsung concedes are at issue.  The

26  next several paragraphs give examples of the documents that Samsung produced.

27      19.    Attached as Exhibit 16 hereto is a true and correct copy of a document that

28  Samsung produced as ▮▮▮▮▮

1  ████████████████████████████████████████████████████████████

2  ████████████████████████

3      20.     Attached as Exhibit 17 hereto is a true and correct copy of a document that

4  Samsung produced as ████████████████████████████████████████

5  ████████████████████████████████████████████████████████████

6  ████████████████████████

7      21.     Attached as Exhibit 18 hereto is a true and correct copy of a document that

8  Samsung produced as ████████████████████████████████████████

9  ████████████████████████

10     I declare under penalty of perjury that the foregoing is true and correct.  Executed this

11 20th day of March, 2012 at San Francisco, California.

                                      */s/ Grant L. Kim*
                                         Grant L. Kim

REPLY DECL. OF GRANT KIM ISO APPLE'S RULE 37(B)(2) MOTION RE VIOLATION OF JAN 27 ORDER
CASE NO. 11-cv-01846-LHK
sf-3122030

5

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Grant L. Kim has concurred in this filing.

Dated: March 20, 2012      */s/ Michael A. Jacobs*
                           Michael A. Jacobs

REPLY DECL. OF GRANT KIM ISO APPLE'S RULE 37(B)(2) MOTION RE VIOLATION OF JAN 27 ORDER
CASE NO. 11-cv-01846-LHK
sf-3122030

6