# EXHIBIT 2



NEWS | ABOUT SAMSUNG | LOGIN

PRODUCTS   BUSINESS   APPS   SUPPORT   MY ACCOUNT   Search

Home > Articles >

## Explore the Galaxy S II

 401    401

PREVIOUS ARTICLE
Android's Class Apps for Back-to-School

NEXT ARTICLE
Tips & Tricks: Galaxy S II (AT&T)

# Explore the Galaxy S II

Published: August 30, 2011

Comments (154) | Print This



Blazing speed. Stunning images. Limitless entertainment. The Samsung Galaxy S™ II unleashes ground-breaking smartphone technology to deliver a mobile experience like nothing that's come before.
Experience the new Samsung Galaxy S II.
Available at Sprint, T-Mobile, AT&T (4G), AT&T (4G LTE) and U.S. Cellular.

## Galaxy Premium Support

Register your Galaxy S II device and get access to exclusive services, including our 24/7 Galaxy S Support help line.
Need help on the go? Follow the Galaxy S Social Support team @GalaxySsupport on Twitter.

### Shop Our Cell Phones



Samsung Galaxy S™ II Skyrocket™ (Black) Android Smartphone
SGH-I727

http://www.samsung.com/us/article/explore-the-galaxy-s-ii

## Speed Redefined for Faster Browsing and Access

You might want to grab hold of something, because the Samsung Galaxy S II is a whole new definition of fast. Engineered for 4G networks, the Galaxy S II does it all at mach speed—uploads, downloads, surfing, streaming. The immensely powerful C210 Dual Core processor gives you the velocity of two processors acting as one, and delivers an icy-smooth multimedia experience that makes everything you do, from web browsing to intense 3D gaming to accessing your favorite apps, as seamless as it is effortless.

## A Dazzling Display Brings Content to Life



Get ready for the brightest, most colorful screen you've ever seen on a phone.* Thanks to Super AMOLED™ Plus technology, the Galaxy S II produces images that break all boundaries—luscious colors, impenetrable blacks and razor-sharp clarity from just about any viewing angle. It's no wonder we gave the Galaxy S II a supersized screen so that you wouldn't miss a thing.

Movies and games blaze to life, e-book text is ultra-sharp, photos and videos are rendered in stunning HD-like quality. The technology is so advanced that this ground-breaking display even cuts down on power usage, extending your battery charge so that you can do more, longer.

## Personalized Customization Makes Navigation Easy

The Galaxy S II portfolio features an improved Samsung TouchWiz® user interface, providing superior multi-tasking, application management and customization. It also includes Live Panel, which provides a magazine-like widget view for immediate access to weather, social updates, email, news, photo gallery and more, all of which can be customized on the home screen. All of the Live Panel widgets can be positioned and re-sized to create rich, visual home screens and provide one-touch access to the information you use most.



**Samsung Galaxy S™ II, Epic™ 4G Touch (Black)**
SPH-D710



**Samsung Galaxy S™ II, available at AT&T**
SGH-I777



**Samsung Galaxy S™ II, available at T-Mobile (Titanium)**
SGH-T989



**Samsung Galaxy S II (U.S. Cellular)**
SCH-R760

### Read More

Tips & Tricks: Epic 4G Touch

Tips & Tricks: Galaxy S II (AT&T)

Tips & Tricks: Galaxy S II (T-Mobile)

Tips & Tricks: Galaxy S II Camera

All About Android 2.3

Touchwiz UI also includes Quick Panel, which allows instant access to commonly used device settings like Wi-Fi, Bluetooth, GPS and other key device features. The TouchWiz UI notification service on the lock screen notifies you to the number of unread or new text messages and missed calls.

Each Galaxy S II device features six-axis motion sensing using an accelerometer and gyroscope that support advanced touch screen gestures, including motion to zoom in on images, silence a ringing phone, and even move widgets on the menu screens.

**Quick Tip:** Navigate email and messaging with the enhanced, split view UI. Watch the demo.

## Entertainment When You Want It, Where You Want It

Combine lightning-fast speed with an awe-inspiring display and you get the most unlimited, immersive mobile entertainment experience around.



- **Want Apps?** Find over 250,000 of them in Google Play™, and let Samsung's customizable LivePanel put your most-used apps right where you need them.
- **Simple Social Connections.** Manage your social network with Samsung Social Hub and connect with friends more easily than ever.
- **Access a Universe of Content.** With Samsung Media Hub, you can download and immediately view premium movies and TV shows. Launch HD-like quality video and games compatible with Adobe® Flash® Technology, get customizable widgets, shoot video and wirelessly link to your PC or HDTV.
- **Take It All with You.** Thanks to expandable memory and customizable power-saving options, you'll have plenty of time to enjoy all your favorite entertainment, wherever you go.
- **Create Your Own Entertainment.** With the rear-facing 8MP 1080p camera, you not only shoot super sharp photos but videos as well. Record a funny pet video or capture a once-in-a-lifetime moment and edit it right on your phone. Once you've created your masterpiece, connect your phone to your HDTV with a cable and enjoy another level of entertainment.

## About Those Apps…

Did we mention apps? How about preloaded apps? The Galaxy S II comes with a number of preloaded apps that are ready to go right out of the box, including (just to name a few):



**Media Hub** gives you access to thousands of movies and next-day TV shows. With progressive download optimized for mobile phones, begin watching movies in seconds.



**Kies Air** lets you wirelessly manage phone content via any web browser—including photos, music, video and contacts. You can even send text messages from your PC.



**Google Talk** lets you video chat with all of your Google Talk contacts, whether they are on a mobile phone or a computer, and shows you when they're available to talk.



**Social Hub** delivers all kinds of messages including Email, SNS, SMS and MMS. Stay on top of social networks with aggregate feeds that mean you never have to open the browser to post, comment, re-tweet and more.



**Photo Editor** gives you the ability to apply fun effects to your photos such as motion blur, warp and composite images. With the editing tools, you can rotate, crop, flip, adjust contrast, sharpness and saturation.



**Voice Talk** allows users to give voice commands, including voice dial, text message, navigation, music, Web browsing and search. When docked into the car dock, the Galaxy S II automatically defaults into Voice Talk mode. Watch the demo.

# The Android Experience

Need more? How about an advanced experience via the Android 2.3.4, Gingerbread platform? Or improved battery life and support for new technologies with a more intuitive user interface? Plus, enjoy a redesigned virtual keyboard, Swype™ dictionary suggestions, expanded cut-and-paste functionality, and full integration with Google Mobile™ services like Gmail™, Google Talk™, Google Maps™ and voice-activated navigation.

## Watch the Galaxy S II Launch Event



Connect with us for the latest Galaxy S II news and updates:



*Based on a blind test administered by Strategy Analytics.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas.

"4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network.

Android, Google Play, Google, Google Mobile, Gmail, Google Talk and Google Maps are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.



http://www.samsung.com/us/article/explore-the-galaxy-s-ii



What's this?

## We'd Love To Hear From You.



I agree that this phone is amazing! However, why has the EL29 update caused the wallpaper screen to be restricted? It makes no sense, it was so nice to watch the wallpaper pan with the screen, and the live wallpapers especially. Can there be a fix to put it back the way it was? Please!

**ribrito**  March 14, 2012

im so hoping to have this phone, my classmate has it already.

**bhezf**  March 6, 2012

I want to upgrade to the Galaxy S II 4G phone. My carrier is AT&T. I looked at my friends new S II phone (he is with Sprint) and the display/pictures seem to be a lot bigger on his phone. Why would this be?

**dougezstreet**  March 6, 2012

View all 154 comments

http://www.samsung.com/us/article/explore-the-galaxy-s-ii

About Samsung
Careers
Sustainability
News
Investor Relations

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Follow Us: Facebook Twitter YouTube Google+

Search

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1 2.4k   Like 494k

Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/article/explore-the-galaxy-s-ii