# EXHIBIT 3



http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery



http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-gallery