# EXHIBIT 4

Gallery - AT&T Cell Phones SGH-I727 | Samsung Cell Phones                    Page 1 of 2



Gallery - AT&T Cell Phones SGH-I727 | Samsung Cell Phones

