# EXHIBIT 5



http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-gallery



http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZWBTMB-gallery