# EXHIBIT 6





SGH-I777ZKAATT

http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-gallery