# EXHIBIT 7



# Explore Galaxy Tabs

http://www.samsung.com/us/guide-page/galaxy-s/





Galaxy Tab 10.1 (Wi-Fi Only)

Galaxy Tab 10.1 (Verizon 4G LTE)

Galaxy Tab 8.9 (Wi-Fi Only)





http://www.samsung.com/us/guide-page/galaxy-s/

## Better Personalization with TouchWiz®*

Delivering superior multitasking and enhanced user interaction and navigation, Samsung TouchWiz creates a more visual, fluid and intuitive computing experience with these features.



- **Live Panel:** Features a magazine-like widget view to get immediate access to weather, social updates, email, news, etc., right on the home screen. Its visual layout is completely customizable so you get relevant information delivered to you instantly.

- **Mini Apps Tray:** Get easy access to commonly used applications - Task Manager, Calendar, World Clock, Pen Memo, Calculator, Music-which overlay on current activity for powerful multitasking.

- **Clipboard:** Advanced copy paste functionality allows you to store photos, web pages, YouTube links, etc., on the clipboard for easy s email and social updates.

- **Indicator Quick Panel:** Quickly toggle on/off Wi-Fi, notifications, sound, brightness and settings.

## Premium Video/Movie Content*

- **Media Hub:** Get access to thousands of movies and TV shows. You pay once and can share the content across five Media Hub-enabled devices, including tablets and smartphones. With Smart Show you can even connect your tablet to your TV via an HDMI



dongle so you can enjoy your Media Hub content on any HDTV. Plus there's no need to wait for the content to download completely, you can instantly enjoy a diverse selection of movies and TV shows within minutes of starting the download.

- **Google Videos:** Thousands of downloadable movies are available for rental, starting at $1.99.

## Books/E-Reading*

Enjoy access to a diverse selection of books, magazines and newspapers.

- **Amazon Kindle:** Access the Kindle store for the largest selection of books, including *New York Times* best sellers. You'll also find sample books and chapters, and free popular classics.

- **Google Books:** Thousands of books are avaialble for purchase through Android Market™. *Pride and Prejudice, Adventures of Tom Sawyer, Alice in Wonderland*, and many public domain titles are already included.



http://www.samsung.com/us/guide-page/galaxy-s/

### Key Features

- Full HD (1280 x 800) displays content brighter and richer
- Screen size available in 10.1" or 8.9"
- Dual-core 1GHz processor
- The power and speed of Android™ 3.1 Honeycomb
- Full HTML browser with Adobe® Flash® technology
- Social Hub* aggregates email, IM and social network connection into one interface
- At only .34" thin, the 10.1 is thinner, lighter and stylish

# Videos

http://www.samsung.com/us/guide-page/galaxy-s/

 

## Accessories

Boost your Galaxy Tab Experience with the perfect accessory. Add a keyboard, a multimedia dock and more.

Galaxy Tab 10.1 Accessories Press Release

Galaxy Tab Accessory Landing Page


Galaxy Tab 10.1 Multimedia Dock


Galaxy Tab 10.1 Keyboard Dock


Galaxy Tab™ 10.1 Leather Pouch



# Galaxy Premium Support

**Register your device** and get access to exclusive services, including our 24/7 Galaxy S Support help line. Need help on the go? Follow the Galaxy S Social Support Team **@GalaxySsupport** on Twitter.

**Galaxy 10.1 Simulator**

**Galaxy 10.1 Support**

**Galaxy 10.1 How-to Video Guides**

http://www.samsung.com/us/guide-page/galaxy-s/



*Galaxy 10.1: Features may require a a software update

**Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns. Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Galaxy S II: "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network.
Galaxy Tab 10.1 (Verizon 4G LTE): 4G LTE as used herein refers to the fact that the Galaxy Tab 10.1 can operate on Verizon Wireless 4G LTE network. LTE is a trademark of ETSI.

Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Android, Android Market and Google Books are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.



http://www.samsung.com/us/guide-page/galaxy-s/



http://www.samsung.com/us/guide-page/galaxy-s/