**REPLY**

**RE: nice review** by **webmastir** on *Monday, August 15, 2011*

wondering same thing =/

webmastir

**REPLY**

**RE: nice review** by **dendysutrisna** on *Monday, August 29, 2011*

Yes thanks for tablet comparison table.
And i agreed, How expensive Verizon's data plan , though someone took a 10GB quota, with a speed 10X 3G, it does not mean anything if its use is not wise. Anyway remains its an internet connection will run only no more than half a day.

dendysutrisna

**REPLY**

**Great tablet... too bad you won't be able to buy it anymore soon** by **Mugur** on *Monday, August 15, 2011*

The 16GB 3G European version (21.6 Mbps) is 400 euros plus taxes, less than iPad 2 3G...

Too bad it is removed from the shelves by that Apple patent dispute. Anand, did you really feel that it is an iPad clone by "looks and feel"? :-)

Mugur

**REPLY**

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by **TypeS** on *Monday, August 15, 2011*

While I don't agree with the patents granted to Apple or the legitimacy of its numerous suits against Samsung/Motorola/HTC, you can clearly tell by looking at the front fascia that Samsung can't claim innocence and ignorance as to just how much it looks like the iPad.

TypeS

**REPLY**

And before someone replies saying "Well there's only so many ways to design a tablet!", take a look ASUS EEE Transformer. Do you see Apple firing snide remarks or starting suits with ASUS?

The Samsung Galaxy S II's aesthetics also mimic the iPhone's look to an extent (did they really need to exaggerate the home button against the other two beside it; which are almost non visible). Motorola won acclaim with its' Droid and it's successors and you don't see Apple suing them over how similar the phone looks at least.

While I have high respect for Samsung and the innovations they've brought to the LCD market, they're a Korean company and Korean companies often like to mimic (rip off) highly successive models. Look no further than Hyundai's cars and their outward styling, they look like premium Japanese or German luxury cars.

http://www.anandtech.com/show/4605/samsung-galaxy-tab-101-4g-lte-review

Where Toyota and Mercedes may not care that their car styles are mimiced, Samsung caught the eye of Silicon Valley's "magic making" CEO, and they did quite brazen and stupidly.


Mugur

REPLY

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by **Mugur** on *Monday, August 15, 2011*

Well, I had both of them in my hands and the only thing common to both and uncommon for the others is the great quality of the materials. I also checked on the net the European patent Apple is hanging on and it'a 2 page sketch of "handheld computer" from 2004 that looks like every tablet from Star Trek to ... any tablet. Just a rectangular surface with round edges. In my opinion, Apple just wanted to bury its best competitor...


robinthakur


REPLY

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by **robinthakur** on *Monday, August 15, 2011*

No, it looks like a White iPad 2 unless you look very closely. Having seen a Galxy S 2 over the weekend up close, it does bear a very close similarity to an iPhone 4, and the Galaxy S 1 looked like a 3GS. These occurences are not accidental, they are designed to fool the honest consumer! Samsung should not be able to get away with this, however you slice it.


MonkeyPaw

REPLY

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by **MonkeyPaw** on *Monday, August 15, 2011*

And when you say "very closely", do you mean reading the labels or using the OS? Those are pretty big differences, IMO. There's no giant Apple on the back, there's no home button on the front, one runs iOS, the other Android. Logos aside, the back even has different details, and the charge port, while similar, is not the same, and isn't even found on the same side as iPad. Will the Tab even work with Apple's extras, like cases and adapters?

To me, the Tab 10.1 just might be more magical than iPad2, and THAT is why Apple is firing back at it. Good thing Apple doesn't make cars, or we'd all be screwed.


kmmatney

REPLY

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by **kmmatney** on *Monday, August 15, 2011*

I checked out my co-workers Samsung phone, and I have to say even the general software layout looks like an iPhone clone. You can see for yourself in this image:

http://mos.futurenet.com/techradar/Review%20images...

http://www.anandtech.com/show/4605/samsung-galaxy-tab-101-4g-lte-review



pretty much a complete iOS ripoff...

**RE: Great tablet... too bad you won't be able to buy it anymore soon** by *medi01* on *Monday, August 15, 2011*

Claiming that Android is a iOS ripoff, wow...

medi01

REPLY

1  2  3  4  5  Next »

VIEW ALL COMMENTS    POST A COMMENT

Copyright © 1997-2012 AnandTech, Inc. All rights reserved. **Terms, Conditions an**
**Click Here** for Advertising Information