# EXHIBIT 11

7.1k

+1

**ANDROID POLICE**
LOOKING AFTER ALL THINGS ANDROID

- News
- Tutorials
- Tips
- Reviews
- Mods
- Apps/Games
- Devices
- Carriers
- Dev
- Videos
- About
- Contact

Yarr, there be searches a

TIP US

EASY, ACCURATE, ONLINE ORDERING
seamless
USE CODE "ORDEREASY"
SAVE $5 NOW

30
Aug

15

Tweet 19

+1 11

**Galaxy SII Variants For Sprint, AT&T, And T-Mobile Officially Announced - Coming Mid-September**

Posted by Liam Spradlin in Epic 4G Touch, Galaxy S II, News, Samsung



- Sprint Galaxy S II Epic 4G Touch
- AT&T Galaxy S II
- T-Mobile Galaxy S II
- Comments (15)

The official Galaxy S II press conference has only just begun (it's streaming live now), but all 3 carriers we've been expecting to see the S II on - Sprint, AT&T, and T-Mobile - have already sent out their press releases.

The Galaxy SII is already available in Europe and Korea, debuting as Samsung's fastest selling smartphone to date. The 3 variants in the U.S. will share many of the same specs, but some aspects, such as the screen sizes, battery capacities, and mobile radios, will be different.

Here are some of the common specs:

- Blazing fast 1.2GHz dual-core Exynos processor
- Super AMOLED Plus display
- 8MP camera capable of 1080p video - *the S II takes some of the best video we've seen on any phone*
- 2MP front-facing camera
- 16GB built-in storage
- microSD card slot with support for 32GB
- HDMI out at 1080p
- Android 2.3 (most likely 2.3.4)
- 4G of some kind (HSPA+ on T-Mobile and AT&T, WiMax on Sprint)
- 802.11 a/b/g/n Wi-Fi
- On-device encryption of user data
- Voice Talk voice commands (this is not the same as Google Voice Search)
- Screen Capture built right in (press the Power+Home keys simultaneously)

One specific spec worth highlighting is Samsung's Exynos processor, which should be quite a bit faster than the Tegra 2 that most dual-core phones have been using so far (with the exception of the TI OMAP on a few models). At 1.2GHz, the 2 cores should be mind-blowingly fast - faster than anything we here in the U.S. have experienced before.



Sprint will be offering the SII (labeled as the Epic 4G Touch) starting September 16th, at $199 for a new two-year agreement. The other two providers have yet to reveal their planned release dates (AT&T's released is rumored to be September 18th), but you can bet they will be at least somewhat in line with Sprint.



Below, I've highlighted (in bold) some of the specs that vary between the three devices.

## Sprint Galaxy S II Epic 4G Touch



Here are the official specs for Sprint's SII:

- Samsung Exynos™ 1.2GHz dual-core processor
- **4.52" Super AMOLED Plus display**
- 800x480 WVGA resolution - *yikes, we were hoping for a bit more on such a large screen*
- Dual cameras: 8MP, rear-facing camera/camcorder with auto-focus and flash that shoots video in 1080p HD high profile and 2MP, front-facing camera ideal for self-portraits or video chat
- 16GB of on-board memory, as well as a microSD card slot that supports up to a 32GB memory card.
- 3G/4G Mobile Hotspot capable, supporting up to eight Wi-Fi enabled devices on the Sprint 3G or 4G network
- Voice Talk by Vlingo™ allows users to give their Epic 4G Touch voice commands, including voice dial, text message, navigation, music, Web browsing and search
- Task Manager enables users to view and close the applications they have active and any items that may have been downloaded and to check on memory usage via the Task Manager widget
- Screen grab feature allows users to easily take a screen capture of the phone screen by pressing the power button and the home key simultaneously
- Samsung's TouchWiz user interface provides superior multitasking and customization for an enhanced visual and intuitive smartphone experience
- Wi-Fi 802.11 b/g/n/a capable
- Visual Voicemail
- Enterprise functionality provides support for exchange device management policies, offers increased security of data and services and enables mobile conferencing while on the go
- microSD card slot that supports up to a 32GB memory card
- Stereo Bluetooth Wireless Technology 3.0
- Sprint applications, including Sprint Zone, Sprint TV & Movies®, Sprint Navigation and NASCAR Sprint Cup Mobile - *these better be removable*
- Samsung *Media Hub* features thousands of new releases and top-grossing titles from major Hollywood studios and leading TV networks, including NBC Universal, Paramount, MTV, Warner Bros., CBS and FOX.
- Samsung *Social Hub* allows users to transfer email, instant messaging, contacts, calendar and social network connections, including Twitter, Facebook and LinkedIn accounts, into "Feeds" and "Messages" folders that can be either put into separate tabs or combined into comprehensive lists.
- Dimensions: 2.7 inches x 5.1 inches x 0.38 inches (LxWxT)
- **Battery: 1800 mAh Lithium-ion battery**
- Weight: 4.55 ounces

The Epic 4G Touch will be available **September 16th** for **$199.99**.

## AT&T Galaxy S II



And here are AT&T's official specs:

- 4G – HSPA+
- Android (2.3 Gingerbread)
- GSM  Quad-band (850/900/1800/1900MHz)
- UMTS Tri-band( 850/1900/2100MHz)
- 16GB of on-board memory, as well as a microSD card slot that supports up to a 32GB memory card.
- **Screen: 4.3" Super AMOLED Plus**
- Processor: 1.2Ghz x 2 (dual core)

- Camera:  8MP AF with LED flash + 2MP front
- Video Record: 1080p Full HD
- HDMI Out: HDMI via HDTV Smart Adapter with HDCP
- Connectivity:  Wi-Fi 802.11 a/b/g/n, Bluetooth 3.0
- **Battery: 1650mAh**
- Sensor: Motion UX, 6-axis gyroscope, proximity, light, noise (Audience A2220)

The word on the street is AT&T's variant is going to be released **September 18th**. The **price is unknown** at this time.

## T-Mobile Galaxy S II



**Update**: T-Mobile provided no details in their press release, but we've reached out to them, and here's what they had to say (no surprises there):

Please find the following information which we can confirm about the T-Mobile Samsung Galaxy S II device:

- Galaxy S II is a 4G smartphone powered by the latest version of Android Gingerbread
- With a 4.52-inch Super AMOLED Plus display, T-Mobile's Galaxy S II has one of the largest screens available on a Galaxy S II device
- Galaxy S II will have pre-loaded entertainment features, including Samsung Media Hub, T-Mobile TV and Netflix
- Improved Samsung TouchWiz user interface and six-axis motion sensing accelerometer and gyroscope
- Samsung Social Hub service
- 16GB of installed memory and a microSD card slot that supports an additional 32GB memory card
- Convergence features (view Samsung press release for specifics)
- Enterprise solutions (view Samsung press release for specifics)
- 8-megapixel rear facing camera with autofocus and flash and 1080p HD video recording/2-megapixel front facing camera
- Voice Talk, Task Manager, Samsung Kies Air, and Screen Grab Feature (view Samsung press release for specifics)

We'll have more exciting details to share in the coming weeks!

So, who's picking up one of these bad boys? Our fearless leader Artem is upgrading his EVO 4G - who else?

*Source: AT&T PR, T-Mobile PR, Sprint PR*

Tags: AT&T galaxy officials 2s IIS2 Sprint T-Mobile U.S.

Liam Spradlin    Besides being an avid Android fan and blogger, Liam is a Fashion and Commercial photographer, an Anthropology student, and fashion writer. He can usually be found reading through blogs, taking photos, or studying ancient pottery. He's been known to leave on international trips at a moment's notice, and can't resist a new opportunity.

[Add to circles]    Follow @LiamSpradlin  151 followers

SHARE AND ENJOY!

- Post to Twitter
  19



Done With This Post? You Might Also Like These:



- Wirefly Launches Samsung Galaxy S II Epic 4G Touch Pre-Order - Reserve Yours For $50 Less Than At Sprint ($149.99)



- T-Mobile Announces Details, Release Dates For Samsung Galaxy S II



- Unlocked Samsung Galaxy S Now Available For Preorder In The UK



- Three Sweden Gets Samsung Galaxy Z, A More Affordable, Lighter-Spec'd Galaxy S II



- Will Acer's Stream Make A Splash?



- [Deal Alert] Unlocked Samsung Galaxy Note GSM Available For $599 From Daily Steals ($100 Off)

## 15
## Responses
## to "Galaxy SII Variants For Sprint, AT&T, And T-Mobile Officially Announced - Coming Mid-September"

Add your own comment

**15 Comments**

- *Greg* says:
  August 30, 2011 at 3:41 pm

  Reply

  Loving these specs... but for the love of FSM, please get a better presenter

- *charles* says:

August 30, 2011 at 4:03 pm

**Reply**

Waiting on upgrade later in October, TMO.

*Ayman* says:
August 30, 2011 at 4:28 pm

**Reply**

maybe its me but i havent seen one source say sprints sgs2 has 16gb of internal storage.

*Eric* says:
August 30, 2011 at 6:34 pm

**Reply**

Umm.....I believe bullet point 5 above says exactly that.

*Nicole* says:
August 30, 2011 at 4:47 pm

**Reply**

Engadget did. http://www.engadget.com/2011/08/30/galaxy-s-ii-for-sprint-atandt-and-t-mobile-hands-on/

*Ayman* says:
August 30, 2011 at 4:51 pm

**Reply**

its not verifiable. sprints site doesnt mention it at all

edit: http://now.sprint.com/epictouch/?INTCID=AB:UEU:HERO:083011:EpicTouchPL:960x320
just checked there and it lists 16gb memory. awesome

*Artem Russakovskii* says:
August 30, 2011 at 5:59 pm

**Reply**

16GB was listed in the joint PR for all 3 phones.

*IamBeast* says:
August 30, 2011 at 5:07 pm

**Reply**

Omg...the Sprint version as a NOTIFICATION LIGHT :O. Omg :O. About time Sammy!

*jason* says:
August 30, 2011 at 5:22 pm

**Reply**

interesting that there appears to be no nfc.

the resolution for the bigger screens is a disappointment. 4" is fine, but i would like a higher res.

i'll be waiting for the next nexus.

- *Dave* says:
  [August 30, 2011 at 5:28 pm](#)

  **Reply**

  I'm also upgrading from my evo 4g

- *cj_31* says:
  [August 30, 2011 at 5:43 pm](#)

  **Reply**

  I have a SGS 4G as first smartphone ever. Although contract is still for 1 and a half year more and sure there will be tons of new phones by then... upgrading from a SGS 1 to a 2 is "meh!" I expected something different in the outside too. I know specs are great but lets not forget about the looks. I will wait for that Prime or some other phone with keyboard for a change.

- *Mat* says:
  [August 30, 2011 at 6:07 pm](#)

  **Reply**

  the resolution isn't a big a deal as everyone makes it out to be... These screens are by far the most beautiful on any device out right now... it puts the retina display to shame in my books so quit wining and wait
  for the nexus prime if resolution is all you want.

- *Leonid* says:
  [August 30, 2011 at 10:24 pm](#)

  **Reply**

  According to AnandTech, the T-Mobile version has a SnapDragon, not Exynos.

  - *Leonid* says:
    [August 31, 2011 at 12:10 am](#)

    **Reply**

    [http://www.anandtech.com/show/4714/why-i-believe-tmobiles-galaxy-s-ii-uses-a-qualcomm-soc](http://www.anandtech.com/show/4714/why-i-believe-tmobiles-galaxy-s-ii-uses-a-qualcomm-soc)

- *promotional products* says:
  [August 31, 2011 at 1:21 am](#)

  **Reply**

  Sprint Galaxy S II Epic 4G Touch: beautiful gadget with a reasonable price. Now I'll save money for it ;)

**Leave a Reply**

Name

Mail (will not be published



Website

Submit comment

Allowed tags: <a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>

☐ Notify me of followup comments via e-mail

## · Deals Of The Week

**Verizon Motorola Droid 4 LTE From Amazon**



$99.99 $199.99
+ $0 tax
+ free 2-day shipping
= $99.99 delivered

## · Android Device News

Select Your Device

- Select Your Device
  - Acer
  - beTouch E210
  - Iconia A100
  - Iconia A700
  - Iconia Smart
  - Iconia Tab A200
  - Iconia Tab A500
  - Liquid A1
  - Liquid e
  - Liquid Glow
  - Liquid Metal
  - Liquid Stream
  - Amazon
  - Kindle Fire
  - ARCHOS
  - 101
  - 101 G9
  - 28
  - 32
  - 35 Home Connect
  - 35 Smart Home Phone
  - 43
  - 5
  - 7
  - 70
  - 8
  - 80 G9
  - Gen 9
  - ASUS
  - Eee Pad MeMO 3D
  - Eee Pad MeMO ME171
  - Eee Pad MeMO ME370T
  - Eee Pad Slider
  - Eee Pad Transformer
  - Eee Pad Transformer Prime
  - Padfone
  - Transformer Pad Infinity
  - Barnes & Noble
  - Nook
  - Nook Tablet
  - NOOKcolor (Encore)
  - Casio
  - G'zOne Commando
  - Cowon
  - Dell
  - Aero
  - Blaze
  - Flash
  - Looking Glass
  - Opus One
  - Smoke
  - Streak
  - Streak 7
  - Thunder
  - Venue

- ◦ eLocity
- ◦ Enso
- ◦ zenPad
- ◦ enTourage
- ◦ eDGe
- ◦ Evolve III
- ◦ Maestro C
- ◦ Maestro S
- ◦ Garmin
- ◦ Garminfone
- ◦ Google
- ◦ CR-48
- ◦ Google TV
- ◦ HP
- ◦ TouchPad
- ◦ HTC
- ◦ Amaze 4G
- ◦ Aria (Liberty)
- ◦ Chacha
- ◦ Desire (Bravo/BravoC)
- ◦ Desire 2 (Saga)
- ◦ Desire HD (Ace)
- ◦ Desire HD2
- ◦ Desire S (Saga)
- ◦ Desire Z (Vision)
- ◦ Dream
- ◦ Droid Eris
- ◦ Droid Incredible
- ◦ Edge
- ◦ EVO 3D (Shooter)
- ◦ EVO 4G (Supersonic)
- ◦ EVO Design 4G
- ◦ EVO Shift 4G (Speedy)
- ◦ EVO View 4G
- ◦ Flyer
- ◦ G1 (Dream)
- ◦ G2 (Vision)
- ◦ HD2
- ◦ Hero
- ◦ Hero (Sprint, HeroC)
- ◦ Hero S
- ◦ Holiday / Raider
- ◦ Incredible 2 (Vivow)
- ◦ Incredible S (Vivo)
- ◦ Inspire 4G (Ace, Stallion)
- ◦ Jetstream
- ◦ Knight
- ◦ Legend
- ◦ Magic
- ◦ Merge
- ◦ myTouch
- ◦ myTouch 3G (Magic)
- ◦ myTouch 4G (Glacier)
- ◦ myTouch 4G Slide (Doubleshot)
- ◦ myTouch Slide (Espresso)
- ◦ Nexus One (Passion)
- ◦ One S
- ◦ One V
- ◦ One X
- ◦ Puccini
- ◦ Rezound
- ◦ Rhyme
- ◦ Salsa
- ◦ Sapphire
- ◦ Sensation / Sensation 4G (Pyramid)
- ◦ Sensation XE
- ◦ Sensation XL
- ◦ Status
- ◦ Thunderbolt (Mecha)
- ◦ Tianyi
- ◦ Vigor
- ◦ Ville
- ◦ Vivid
- ◦ Wildfire (Buzz)
- ◦ Wildfire S / Wildfire 2 (Marvel)
- ◦ Huawei
- ◦ Ascend D Quad
- ◦ Ascend P1/P1 S
- ◦ Comet
- ◦ Comet / Ideos
- ◦ Glory
- ◦ Honor (U8860)
- ◦ MediaPad
- ◦ Vision

- ICD
- Gemini
- INQ
- Cloud Touch
- Interpad
- Jawbone
- Kyocera
- Echo
- Zio M6000
- Lenovo
- IdeaPad A1
- IdeaPad K1
- IdeaPad K2110
- IdeaTab S2 10
- K800
- K91 TV
- S2
- ThinkPad Tablet
- LG
- Ally (Aloha)
- Apex
- Axis
- G-Slate
- G2x (p999)
- Genesis
- L3
- L5
- L7
- Marquee
- myTouch
- myTouch Q
- Nitro HD
- Optimus 2
- Optimus 2X (Star, p990)
- Optimus 3D (p920) / Thrill (p925)
- Optimus 3D MAX
- Optimus 3D Max/Cube
- Optimus 4X HD
- Optimus Black (p970)
- Optimus L3
- Optimus L7
- Optimus LTE
- Optimus M
- Optimus One
- Optimus Pad / G-Slate
- Optimus Pad LTE
- Optimus S
- Optimus T
- Optimus U
- Optimus V
- Optimus Vu
- Phoenix / Thrive
- Revolution
- Spectrum
- Viper
- Vortex
- X3/P880
- Logitech
- Revue
- Meizu
- Motorola
- ACTV
- Atrix 2
- Atrix 4G (Olympus)
- Backflip
- Bravo
- CHARM
- Citrus
- CLIQ / DEXT (Morrison)
- CLIQ 2
- CLIQ XT (Zeppelin)
- DEFY
- Defy+
- Devour
- Droid (Sholes)
- Droid 2
- Droid 2 Global
- Droid 3
- Droid 4
- Droid Bionic
- Droid Pro
- Droid RAZR
- Droid RAZR MAXX
- Droid X (Shadow)
- Droid X2

- Droid XYBOARD / XOOM 2
- Flipout / Twist
- Flipside
- i1
- Milestone
- Milestone 3
- Milestone XT720
- Olympus
- Photon 4G
- Pro
- Titanium
- Triumph
- XOOM
- XPRT
- MSI
- WindPad 100A
- NEC
- MGX
- Notion Ink
- Adam
- Panasonic
- Eluga
- Eluga Power
- Pantech
- Breakout
- Burst
- Element
- Pocket
- Parrot
- Asteroid
- RIM
- RocketFish
- Samsung
- Acclaim
- Behold II
- Captivate
- Captivate Glide
- Conquer
- Continuum
- DoubleTime
- Droid Charge / i510
- Epic 4G
- Epic 4G Touch
- Exhibit 2 4G
- Exhibit 4G
- Exhilarate
- Fascinate
- Galaxy 3 i5800
- Galaxy 5 i5500
- Galaxy Ace
- Galaxy Ace 2
- Galaxy Beam
- Galaxy Fit
- Galaxy Gio
- Galaxy Mini (Tass)
- Galaxy mini 2
- Galaxy Nexus / Nexus Prime
- Galaxy Note
- Galaxy Note 10.1
- Galaxy Player 4.0
- Galaxy Player 50
- Galaxy Prevail
- Galaxy Pro
- Galaxy Q
- Galaxy R
- Galaxy S
- Galaxy S 4G
- Galaxy S Aviator
- Galaxy S Blaze 4G
- Galaxy S II
- Galaxy S II LTE HD
- Galaxy S II Mini
- Galaxy S II Skyrocket
- Galaxy S III
- Galaxy SL
- Galaxy Tab
- Galaxy Tab 10.1
- Galaxy Tab 10.1N
- Galaxy Tab 10.1v
- Galaxy Tab 2
- Galaxy Tab 2 10.1
- Galaxy Tab 7.0 Plus
- Galaxy Tab 7.7
- Galaxy Tab 8.9
- Galaxy Tab Seven

- Galaxy W
- Galaxy Y Pro
- Galaxy Z
- Gravity SMART
- GT2
- Hercules
- Infuse 4G
- Intercept
- Mesmerize
- Moment
- Nexus S (Crespo/Soju)
- Nexus S 4G (Crespo4g)
- Replenish
- Rugby Smart
- Sidekick 4G
- Skyrocket HD
- Stratosphere
- Transfix
- Transform
- Transform Ultra
- Vibrant
- Sanyo
- Zio
- Sharp
- Galapagos 003SH
- Sony
- Internet TV
- S1
- S2
- Tablet S
- Xperia Arc S
- Xperia Neo V
- Xperia P
- Xperia S
- Xperia sola
- Xperia U
- Sony Ericsson
- Live w/ Walkman (Coconut)
- Nozomi
- Xperia Active (Satsuma)
- Xperia Arc (Anzu, X12)
- Xperia Duo
- Xperia Ion
- Xperia Mini / Mini Pro (Smultron / Mango)
- Xperia Neo (Hallon)
- Xperia Play (Zeus, PlayStation Phone)
- Xperia Pro (Iyokan)
- Xperia Ray (Urushi, ST18i)
- Xperia X10 (es209ra)
- Xperia X10 Mini / Mini Pro (Robyn / Mimmi)
- Xperia X8 (Shakira)
- Spring Design
- Alex
- Toshiba
- AC100
- AT270
- Excite 10 LE
- Excite X10 / AT200
- Thrive / Regza / Antares / AT100
- Thrive 7
- Velocity Micro
- Cruz Tablet
- Viewsonic
- 10Pro
- gTablet (SMB-A1002)
- V350
- ViewPad 7
- ViewPad 7x
- ViewPad E70
- ViewPhone 3
- Vizio
- VTAB1008
- Xiaomi / MIUI
- MI-ONE
- ZTE
- Avail
- Blade
- Mimosa X
- Optik

(Do not include the manufacturer in your search)

· **Follow**

◥ 50,902
followers
◥ 36,171
fans
◥ 22,100
readers
◥ 2,231
subscribers







·



·

· **Current Poll**

**Is "Google Play" A Smart Rebranding Or Bad Miscalculation?**

○ ○ In the long run, it's a good move.
○ ○ What were they thinking? Bad move, Google.

[ Vote ]

[View Results](#)

⟳ Loading ...

[Link to comments](#)

· **Our Sponsors**

  

· **Join The AP Team**

Android Police aims to be a **community site**, maintained and contributed to not only by the site founders but also by you – the user, the reader, the fan, and perhaps the writer?

If you **love technology** and **Android** as much as we do, if you want to **be heard**, if you care and want to **share** and become a regular **writer**, then [head over here for further instructions.](#)

·

· **Topics & Feeds**



Interested only in **specific topics**? No problem - find what you're looking for using the categories below.

You can **subscribe to RSS feeds for individual categories** and receive updates on what interests *YOU*.



- ◦ 4G
- ◦ Android OS
  - ▪ Cupcake 1.5
  - ▪ Donut 1.6
  - ▪ Eclair 2.1
  - ▪ Froyo 2.2
  - ▪ Gingerbread 2.3
  - ▪ Honeycomb 3.0/3.1/3.2
  - ▪ Ice Cream Sandwich 4.0
  - ▪ Jelly Bean
- ◦ Apps/Games
  - ▪ Applications
  - ▪ Games
- ◦ Carriers
  - ▪ Alltel
  - ▪ AT&T
  - ▪ Bell
  - ▪ Boost Mobile
  - ▪ Carphone Warehouse
  - ▪ Cricket Wireless
  - ▪ MetroPCS
  - ▪ O2
  - ▪ Orange
  - ▪ Republic Wireless
  - ▪ Rogers
  - ▪ SaskTel
  - ▪ Sprint
  - ▪ T-Mobile
  - ▪ TELUS
  - ▪ Three UK
  - ▪ US Cellular
  - ▪ Verizon Wireless
  - ▪ Virgin Mobile
  - ▪ Vodafone
- ◦ Contests / Giveaways
- ◦ Deals
- ◦ Dev
- ◦ Devices By Manufacturer
  - ▪ Acer
  - ▪ Amazon
  - ▪ ARCHOS
  - ▪ ASUS

- Barnes & Noble 
- Casio
- Cowon
- Dell
- eLocity
- Enso
- enTourage
- Evolve III
- Garmin
- Google
- HP
- HTC
- Huawei
- ICD
- INQ
- Interpad
- Jawbone
- Kyocera
- Lenovo
- LG
- Logitech
- Meizu
- Motorola
- MSI
- NEC
- Notion Ink
- Panasonic
- Pantech
- Parrot
- RIM
- RocketFish
- Samsung
- Sanyo
- Sharp
- Sony
- Sony Ericsson
- Spring Design
- Toshiba
- Velocity Micro
- Viewsonic
- Vizio
- Xiaomi / MIUI
- ZTE
- Editorials
- Features
  - Android Police Andy Awards: 2011
  - Best Apps For Rooted Users Series
  - Best Apps/Games/LWPs Of The Week
  - Bootscreen Animation Series
  - CyanogenMod 7 Theme Roundup
  - Home Screen Challenge
  - Hunt For The Best Dialer
  - Interviews
  - Keyboard Shootout
  - Mobile Security App Shootout
- Leaks
- Legal
- Mods
- News
- Off-Topic
- Podcast
- Polls
- Reviews
  - App Reviews

Galaxy SII Variants For Sprint, AT&T, And T-Mobile Officially Announced - Coming...    Page 16 of 18

- Game Reviews 
  - Other Reviews 
  - Phone Reviews 
  - Tablet Reviews 
- Rumors 
- Tablets 
- Tips 
- Tutorials 
- Videos 



### · Bunch of Other Dudes

  - Android Tablet Forums
  - Artem's Tech & Programming Blog
  - Droid Forums
  - Phone Arena
  - RootzWiki
  - TheUnlockr

### · Random Links

  - Cell Phone Chargers



· **Popular Posts**


[Updated] ASUS Transformer TF101 Ice Cream Sandwich Update Now Rolli...
in ASUS, Eee Pad Transformer, Ice Cream Sandwich 4.0, News with 95 comments


[Updated: Here Are The Winners!] Huge Giveaway: Win One Of Four GSM ...
in Apps/Games, Contests / Giveaways, Eee Pad Transformer Prime, Galaxy Nexus / Nexus Prime with 419 comments


[Updated x2] Download: Google Play Store (Formerly Android Market) v...
in Applications, News with 67 comments


43 Best (And 4 WTF) New Android Apps And Live Wallpapers From The La...
in Applications, Best Apps/Games/LWPs Of The Week, Games, News with 26 comments


[Updated] Watch: CyanogenMod 9 Gets A New Spiffy Boot Animation
in Mods, News, Videos with 19 comments

· **Recent Posts**


Verizon Droid Charge Update FP1 Imminent, Brings Bug Fixes, Enhancem...
in Droid Charge / i510, News, Verizon Wireless with 2 comments


[Deal Alert] Save Over 40% On The Philips Fidelio AS351 Android Spea...
in Deals with 0 comments


LogMeIn Rescue To Be Pre-Installed On All Future HTC Devices, Provid...
in Applications, HTC, News with 10 comments


[Rumor] Samsung Galaxy SIII May Feature Inductive Charging "Sec...
in Galaxy S III, News, Rumors with 40 comments


OnLive Launches L.A. Noire: Touch Edition, Bringing Context-Specific...
in Android OS, Games, News with 7 comments

· **Recent Comments**


"Just wait, someone is going to find an exploit regarding verizon's... "
by Deltaechoe on March 20, 2012


"You know the excuse about testing is so rediculous... Every unit... "
by Asphyx on March 20, 2012


"What sort of "Updated UI" is my question. "
by Jake Weisz on March 20, 2012


"Could this thing accommodate a proper (standard) keyboard and USB... "
by Cnby on March 20, 2012

°


" ☲☲☲☲☲☲☲☲☲☲ "
by ☲◯◯◯◯☲ on <u>March 20, 2012</u>



- <u>News</u>
- <u>Tutorials</u>
- <u>Tips</u>
- <u>Reviews</u>
- <u>Mods</u>
- <u>Apps/Games</u>
- <u>Devices</u>
- <u>Carriers</u>
- <u>Dev</u>
- <u>Videos</u>
- <u>About</u>
- <u>Contact</u>

© Artem Russakovskii, 2009-2012
.: 78 queries :.: 0.652s :.: Powered by <u>OpenSUSE</u> + <u>Apache</u> + <u>PHP</u> + <u>MySQL</u> + <u>WordPress</u> + <u>Linode VPS hosting</u> + <u>Dropbox</u> :.: <u>Privacy Policy</u> :.