| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   5:11-cv-01846-LHK <br><br> **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 822-7]** |

APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 5:11-CV-01846 LHK (PSG)
sf-3123030

1  Apple hereby moves to remove the following document from ECF, submitted
2  electronically on March 20, 2012:
3  Exhibit I [Docket No. 822-7] to the Declaration of Erik J. Olson [Docket No. 822-3]
4  attached to Docket No. 822 in Case No. 5:11-cv-01846-LHK (PSG).
5  This document, which is an excerpt of a confidential deposition transcript, was
6  inadvertently filed publicly, and it should have been filed under seal.  The ECF helpdesk has
7  already been contacted, and they have promptly locked the documents in question and are
8  awaiting the Court's order to remove it from the record.
9  Apple will today file a motion to seal this document and will lodge a copy with the
10  Clerk's Office on or before March 22, 2012.  Apple anticipates that Samsung will submit a
11  declaration and proposed sealing order pursuant to Local Rule 79-5(d).
12  For the foregoing reasons, Apple respectfully requests that the Court grant Apple's
13  Motion to Remove Incorrectly Filed Document [Docket No. 822-7].

Dated: March 21, 2012                    MORRISON & FOERSTER LLP

                                         By:  /s/ Michael A. Jacobs
                                              MICHAEL A. JACOBS

                                         Attorneys for Plaintiff and
                                         Counterclaim-Defendant
                                         APPLE INC.

APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 5:11-CV-01846 LHK (PSG)
sf-3123030