UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 822-7]** |

1   Apple has moved this Court to remove incorrectly filed Docket No. 822-7, an excerpt of a
2   confidential deposition transcript.  Apple states that it will be filing a motion to seal this
3   document and that it anticipates Samsung will submit a declaration and proposed sealing order
4   pursuant to Local Rule 79-5(d).

5   Having considered the arguments of the parties and the papers submitted, and finding
6   good cause therefor,

7   The Court hereby grants Apple's Motion to Remove Incorrectly Filed Document [Docket
8   No. 822-7] and orders that it be removed from the publicly available docket.

9   **IT IS SO ORDERED.**

12  Dated: _____, 2012

    _____
    HONORABLE PAUL S. GREWAL
    United States District Judge