1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER** |

Defendants seek an order directing Apple to produce all deposition transcripts from Apple employees and "other materials" from cases bearing a technological nexus to this action and allowing Samsung to serve additional written discovery.  Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Compel is DENIED.

**IT IS SO ORDERED.**

Dated: April _____, 2012.

> HONORABLE PAUL S. GREWAL
> United States Magistrate Judge

[PROPOSED] ORDER DENYING SAMSUNG'S MTC PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3122614